**Exhibit D**

**Debtors' Bank Accounts**

| # | Debtor | Account Bank | Country | Currency | Last Four Digits of Account Number | Account Type |
|---|---|---|---|---|---|---|
| (1) | Cred Inc. | Metropolitan Commercial Bank | USA | USD | 1141 | Operating |
| (2) | Cred Inc. | Metropolitan Commercial Bank | USA | USD | 3306 | Operating |
| (3) | Cred Inc. | Metropolitan Commercial Bank | USA | USD | 3314 | Credit Card Reserve |
| (4) | Cred Inc. | Metropolitan Commercial Bank | USA | USD | 2989 | F/B/O (Customers) |
| (5) | Cred Inc. | Silvergate Bank | USA | USD | 3127 | Operating |
| (6) | Cred Inc. | Silvergate Bank | USA | USD | 3135 | Network |
| (7) | Cred Inc. | Silvergate Bank | USA | USD | 3143 | Investments |
| (8) | Cred Inc. | Provident Bank | USA | USD | 8473 | Operating |
| (9) | Cred Inc. | Evolve Bank & Trust | USA | USD | 2846 | Operating |
| (10) | Cred Inc. | Evolve Bank & Trust | USA | USD | 2844 | Operating |
| (11) | Cred (US) LLC | Metropolitan Commercial Bank | USA | USD | 1664 | Operating |
| (12) | Cred (US) LLC | Metropolitan Commercial Bank | USA | USD | 1672 | Operating |
| (13) | Cred (US) LLC | Metropolitan Commercial Bank | USA | USD | 1270 | F/B/O (Customers) |
| (14) | Cred (US) LLC | Provident Bank | USA | USD | 8481 | Operating |
| (15) | Cred (US) LLC | Evolve Bank & Trust | USA | USD | 2842 | Sponsorship |
| (16) | Cred Capital, Inc. | Silvergate Bank | USA | USD | 3127 | Operating |
| (17) | Cred Capital, Inc. | Silvergate Bank | USA | USD | 3135 | Network |