## EXHIBIT B

**Voorhies Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (___) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF NELLWYN VOORHIES IN SUPPORT OF**
**DEBTORS' APPLICATION FOR ENTRY OF ORDER, PURSUANT TO**
**28 U.S.C. § 156(C), AUTHORIZING RETENTION AND APPOINTMENT**
**OF DONLIN, RECANO & COMPANY, INC. AS CLAIMS AND NOTICING**
**AGENT FOR DEBTORS, *NUNC PRO TUNC TO* PETITION DATE**

I, Nellwyn Voorhies, under penalty of perjury, declare as follows:

1.      I am the President of Donlin, Recano & Company, Inc. ("DRC"), a chapter 11 administrative services firm whose offices are located at 6201 15th Avenue, Brooklyn, New York 11219. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration (the "Declaration") in support of the Debtors' Application (the "Application") for entry of an order pursuant to 28 U.S.C. §156(c), authorizing the retention and appointment of Donlin, Recano & Company, Inc. as claims and noticing agent (the "Claims and Noticing Agent") for the Debtors *nunc pro tunc* to the Petition Date. Except as otherwise noted, I have personal knowledge of the facts contained in this Declaration.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

3.      As custodian of the Court's records pursuant to 28 U.S.C. § 156(c), DRC will

perform, at the request of the Office of the Clerk of the Court (the "Clerk"), the noticing and

claims related services specified in the Application and the Engagement Agreement. In addition,

at the Debtors' request, DRC will perform such other noticing, claims, solicitation/balloting,

administrative, technical, and support services specified in the Application and the Engagement

Agreement.

4.      DRC is one of the country's leading chapter 11 administrators, with experience in

noticing, claims administration, solicitation and balloting, and facilitating other administrative

aspects of chapter 11 cases. DRC has provided identical or substantially similar services in other

chapter 11 cases, including, among others: *In re AAC Holdings, Inc.*, Case-No. 20-11648 (JTD)

(Bankr. D. Del. 2020), *In re Borden Dairy Company*, Case No. 20-10010 (CSS) (Bankr. D. Del.

2020); *In re Open Road Films, LLC*, Case No. 18-12012 (LSS) (Bankr. D. Del. 2018); *In re EBH

Topco, LLC*, Case No. 18-11212 (BLS) (Bankr. D. Del. 2018); *In re PZ Wind Down, Inc.*, Case

No. 17-12890 (CSS) (Bankr. D. Del. 2017); *In re Velocity Holding Company, Inc.*, Case No. 17-

12442 (KJC) (Bankr. D. Del. 2017); *In re Mac Holding LLC*, Case No. 17-12226 (MFW)

(Bankr. D. Del. 2017).

5.      DRC represent, among other things, that:

    (a)    it will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the claims and noticing agent in the Chapter 11 Cases;

    (b)    by accepting employment in the Chapter 11 Cases, DRC waives any right to receive compensation from the United States government;

    (c)    in its capacity as the claims and noticing agent in the Chapter 11 Cases, it will not be an agent of the United States and will not act on behalf of the United States; and

(d)       it is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged.

6.       To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither DRC, nor any employee of DRC, has any materially adverse connections to the Debtors, their estates, their creditors, or equity interest holders, or other relevant parties, their respective attorneys and accountants that would conflict with the scope of DRC's retention or would create any interest adverse to the Debtors' estates or any other party-in-interest.

7.       The Debtors have many creditors and, from time to time, DRC may have represented certain of those creditors in completely unrelated matters. Proposed bankruptcy counsel for the Debtors has provided me with a list of the Debtors' creditors and other parties-in-interest (the "Conflicts List"), a copy of which is attached hereto as **Exhibit 1**. I have caused an examination of these records to be made to determine which, if any, of the parties on the Conflicts List DRC may have represented in the past or may be representing at the present time in totally unrelated matters. This search has disclosed that, to the best of my present knowledge, DRC has not in the past and is not currently representing any of the parties on the Conflicts List.

8.       Certain of DRC's professionals were formerly employed by a firm, Paul Hastings LLP, that may be a creditor or may provide professional services to parties in interest in these Chapter 11 Cases. Except as disclosed herein, these professionals did not work on any matters involving the Debtors while employed by this previous firm. Moreover, these professionals were not employed by this previous firm when these Chapter 11 Cases were filed.

9.       DRC is an affiliate of American Stock Transfer & Trust Company, LLC ("AST"). AST is a global financial communications and stakeholder management company. Within the

AST corporate structure, DRC operates as a separate and independent legal entity. Given the

legal and operational separateness of DRC from AST, DRC does not believe that any

relationships that AST and its affiliates maintain would create an interest of DRC that would be

materially adverse to the Debtors' estates or any class of creditors or equity security holders.

10.    To the extent I become aware of DRC having represented any other creditors of

the Debtors, I will file a supplemental declaration advising the Court of the same. To the extent

that DRC discovers any facts bearing on matters described herein, DRC will supplement the

information contained herein.

11.    Notwithstanding anything contained herein, as part of its diverse business, DRC is

the noticing, claims, and balloting agent for debtors in numerous cases involving many different

creditors (including taxing authorities), professionals, including attorneys, accountants,

investment bankers, and financial consultants, some of which may be creditors or represent

creditors and parties-in-interest in these Chapter 11 Cases. In addition, DRC has in the past and

will likely in the future continue working with other professionals involved in these Chapter 11

Cases in matters unrelated to these Chapter 11 Cases. Based upon my current knowledge of the

parties involved, and to the best of my knowledge, none of these business relations constitute

interests adverse to that of the creditors, or the Debtors' estates, with respect to the matter upon

which DRC is to be engaged. Additionally, DRC employees may, in the ordinary course of their

personal affairs, have relationships with certain creditors of the Debtors. However, to the best of

my knowledge, such relationships, to the extent they exist, are of a personal nature and

completely unrelated to these Chapter 11 Cases.

12.    Based upon the information available to me, I believe that DRC is a "disinterested

person" within the meaning of section 101(14) of the Bankruptcy Code, in that DRC and its

personnel: (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of these Chapter 11 Cases, a director, officer, or employee of the Debtors; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

13.     Prior to the filing of these Chapter 11 Cases, the Debtors paid DRC a retainer of $50,000.

14.     Under the terms of the Services Agreement, the Debtors have agreed to indemnify, defend, and hold harmless DRC and its affiliates, officers, directors, agents, employees, consultants, and subcontractors under certain circumstances specified in the Services Agreement, except in circumstances resulting solely from DRC's gross negligence or willful misconduct or as otherwise provided in the Services Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 8, 2020                     Respectfully submitted,

                                            Donlin, Recano & Company, Inc.

                                            _/s/ Nellwyn Voorhies_
                                            Nellwyn Voorhies
                                            President

5

**Exhibit 1**

**List of Parties in Interest**

## List of Parties in Interest

**Debtors**:
Cred Inc.
Cred (US) LLC
Cred Capital, Inc.
Cred                                  Merchant                                  Solutions                                  LLC
Cred (Puerto Rico) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Bankruptcy Judges and Staff:**
Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court:**
Una O'Boyle

**Office of the United States Trustee**
Benjamin Hackman

1

Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Shareholders**
Lu Hua
Daniel Schatt

**Current & Former Officers and Directors**
James Alexander
Daniel Goldstein
Jonathan Labovich
Grant Lyon
Francesco Matteini
Joe Podulka
Maxim Rokhline
Daniel Schatt
Daniel Wheeler

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank

Silvergate Bank

**<u>Noteholders</u>**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**<u>Top Unsecured Creditors</u>**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**<u>Vendors/Suppliers</u>**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc
Carneros Resort and Spa
Catherine A. Seemann
CDW Direct
Christen Interiors
Clayton Utz
Cloudflare
CoinDesk, Inc.
Comcast

Commercial Cleaning Pros
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Gene Kim
Global Relay Communications
Greenleaf Platters
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
Jim Ochsenreiter
John Barr
JST Systems
Jumio Corporation
KnowBe4, Inc.
La Concha
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Mara Herbkersman
Marlena Agency
Mary M Pringle
Matiri Kirtikumar Kotak
Meltwater

Methodical Valuation Services
Nevtec
Oracle
Parker and Lynch
Pawan Pandey
Peninsula Security Service
Piloto 151
PMB Solutions
Regulation D Resource
Regus
RocketSpace, Inc.
Ryan Ortega
Salesforce
Saltire Management Group LLC
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Todd Herschberg
Trulioo Information Services
Trupti Balekund
Uphold HQ, Inc.
User Centered Experiences, LLC
Viking PC Health Ltd
Yearwood Media
Zeroth Link LLC
Zuar

**<u>Partners</u>**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing

Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Saint Bitts LLC
True USD
TrueCoin LLC
Qtum Chain Foundation
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz LTD
Sarson Funds LLC

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Debtors' Professionals**
Cousins Law LLC
MACCO Restructuring Group
Paul Hastings LLP

**Other Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Insurance**
Hartford Financial Services Group.
AXIS Insurance Co.
Validus
Validus Specialty
Euclid Financial Institution Underwriters LLC
One Beacon n/k/a Intact Insurance Specialty Solutions
Western World Insurance Group

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Kaiser Permanente
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
VSP Vision Care

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County