## EXHIBIT C

## Insurance Policies

| **Type of Policy Coverage** | **Insurance Carrier(s)** | **Policy Number** | **Policy Term** | **Annual Policy Premium** |
|---|---|---|---|---|
| Commercial Liability Package (Property, General Liability, Auto, Umbrella) | Hartford | 57 SBA BL1118 DX | October 1, 2020 to October 1, 2021 | $4,286 |
| Cyber Liability | AXIS | P-001-000080303-03 | January 25, 2020 to January 25, 2021 | $29,314 |
| Errors & Omissions | Validus Specialty | FIP0000445 | January 25, 2020 to January 25, 2021 | $270,000 |
| Directors & Officers | Validus | FIP0000270 | January 25, 2020 to January 25, 2021 | $40,000 |
| Excess Directors & Officers | Euclid | EFI0701394 01 | January 25, 2020 to January 25, 2021 | $35,200 |
| Employed Lawyers | One Beacon | MML-12988-19 | October 9, 2020 to October 9, 2021 | $4,957 |