**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) |  |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR TELEPHONIC AND VIDEO HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 10, 2020 AT 3:00 P.M. (EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.  PARTIES SHOULD CALL IN TO COURTCALL BY 2:45 P.M. AS COURTCALL HAS BEEN EXPERIENCING DELAYS DUE TO THE VOLUME OF CALLS.**

**TO APPEAR BY VIDEO CONFERENCE, PARTIES SHOULD USE THE FOLLOWING INFORMATION: JOIN ZOOMGOV HEARING:**

**https://debuscourts.zoomgov.com/j/1603210334**
**PASSWORD: 313416**

**PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED. COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY, PARTIES SHOULD CONTACT COURTCALL, LLC AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**PLEASE TAKE NOTICE** that on November 7, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), each filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware:

**A.    VOLUNTARY PETITIONS**

1.    Cred Inc.

2.    Cred (US) LLC

3.    Cred Merchant Solutions LLC

4.    Cred Capital, Inc.

5.    Cred (Puerto Rico) LLC

**PLEASE TAKE FURTHER NOTICE** that in addition to filing the Petitions, the Debtors filed the following first day motions and related documents (collectively, the "First Day Motions"):

**B.    FIRST DAY DECLARATION**

1.    Declaration of Daniel Schatt in Support of Debtor's Chapter 11 Petitions and First Day Motions [Docket No. 12]

2.    Declaration of Drew McManigle, Founder and Chief Executive Officer, Macco Restructuring Group, LLC [Docket No. 16]

**C.    FIRST DAY MOTIONS**

3.    Motion of the Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases [Docket No.3]

4.    Debtor's Application for Entry of Order, Pursuant to 28 U.S.C. § 156(C), Authorizing Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for Debtors, *Nunc Pro Tunc* to Petition Date [Docket No. 9]

5.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post-petition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; and (IV) Granting Related Relief. [Docket No. 7]

6.      Motion of the Debtors for Entry of an Order (I) Authorizing Debtor to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 11]

7.      Motion of Debtors for Entry of Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief [Docket No. 10]

8.      Motion of the Debtors for Entry of Order (I) Restating and Enforcing Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of Bankruptcy Code, (II) Permitting Debtors to Modify Automatic Stay, (III) Approving Form and Manner of Notice, and (IV) Granting Related Relief [Docket No. 8]

9.      Motion of the Debtors for Entry of Order (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Redaction of Certain Personal Identification Information, and (IV) Granting Related Relief [Docket No. 6]

**D.      SECOND DAY MOTIONS**

10.     Motion of the Debtors For Entry of Order Authorizing Debtor to (I) Reject Unexpired Leases of Non-Residential Real Property, and (II) Abandon Property in Connection Therewith [Docket No. 4]

**PLEASE TAKE FURTHER NOTICE** that a telephonic and video hearing with respect to the First Day Motions is scheduled for November 10, 2020 at 3:00 (Eastern Time) before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware (the "First Day Hearing").  Parties who wish to participate in the First Day Hearing may do so by contacting CourtCall at 844-925-0626 AND by joining the Zoom hearing at https://debuscourts.zoomgov.com/j/1603210334; password: 313416.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.


Dated: November 9, 2020
      Wilmington, Delaware

           */s/ Scott D. Cousins*
           Scott D. Cousins (No. 3079)
           **COUSINS LAW LLC**
           Brandywine Plaza West
           1521 Concord Pike, Suite 301
           Wilmington, Delaware 19803
           Telephone:   (302) 824-7081
           Facsimile: :   (302) 295-0331
           Email:       scott.cousins@cousins-law.com

           - and -

           James T. Grogan (admission *pro hac vice* pending)
           Mack Wilson (admission *pro hac vice* pending)
           **PAUL HASTINGS LLP**
           600 Travis Street, Fifty-Eighth Floor
           Houston, Texas 77002
           Telephone:   (713) 860-7300
           Facsimile:   (713) 353-3100
           Email:       jamesgrogan@paulhastings.com
                        mackwilson@paulhastings.com

           - and -

           G. Alexander Bongartz (admission *pro hac vice* pending)
           Derek Cash (admission *pro hac vice* pending)
           **PAUL HASTINGS LLP**
           200 Park Avenue
           New York, New York 10166
           Telephone:   (212) 318-6000
           Facsimile:   (212) 319-4090
           Email:       alexbongartz@paulhastings.com
                        derekcash@paulhastings.com


           *Proposed Co-Counsel to the Debtors*