**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20- 12836 (JTD) |
| Debtors.[1] | ) ) ) | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of November, 2020, DRC, acting under my supervision, caused to be served the "*Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith*" (Docket No. 4), to be served via electronic mail upon the parties as set forth on Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth on Exhibit 3, attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

4. On the 9th day of November, 2020, DRC, acting under my supervision, caused to be served the "*Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Telephonic and Video Hearing on First Day Motions Scheduled for November 10, 2020 at 3:00 P.M. (Eastern Time), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware*" (Docket No. 17), to be served via electronic mail upon the parties as set forth on Exhibit 4; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 5; and via USPS Express Mail Overnight upon the parties as set forth on Exhibit 6, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of November, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
9th day of November, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                                                                    11/09/2020 02:45:38 PM

| | | | |
|---|---|---|---|
| 000036P001-1467S-001<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-001<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-001<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-001<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000044P001-1467S-001<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 006284P002-1467A-001<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016<br>LPERALTA@MCBANKNY.COM | 000024P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000026P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000030P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000034P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000039P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                                                                                                                                                   11/09/2020 02:45:38 PM

| 000043P001-1467S-001 | 000045P001-1467S-001 | 000046P001-1467S-001 | 000047P001-1467S-001 |
| --- | --- | --- | --- |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000048P001-1467S-001 | 000049P001-1467S-001 | 000050P001-1467S-001 | 000051P001-1467S-001 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000053P001-1467S-001 | 000052P001-1467S-001 | 000005P001-1467S-001 | |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | |

Records Printed : **35**

# EXHIBIT 2

**Cred Inc., et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                                                11/09/2020 03:07:40 PM

| | | | |
|---|---|---|---|
| 006267P002-1467A-001<br>2112 SEC TT LLC<br>SCANLANKEMPERBARD COMPANIES LLC<br>ATTN: ASSET MANAGER, TOWER PLAZA<br>222 SW COLUMBIA ST STE 700<br>PORTLAND OR 97201 | 006267S001-1467A-001<br>2112 SEC TT LLC<br>SCHWABE WILLIAMSON & WYATT, P.C.<br>JOHN GUINASSO<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE, STE 1700<br>PORTLAND OR 97204 | 006283P001-1467A-001<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 | 006285P001-1467A-001<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 |
| 000006P001-1467S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-001<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 006268P001-1467A-001<br>DOUGLAS EMMETT 2016 LLC<br>DOUGLAS EMMETT MANAGEMENT LLC<br>DIRECTOR OF PROPERTY MANAGEMENT<br>1299 OCEAN AVE<br>STE 1000<br>SANTA MONICA CA 90401 | 000002P001-1467S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000010P001-1467S-001<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000003P001-1467S-001<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000012P001-1467S-001<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-001<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |

Records Printed :   12

# EXHIBIT 3

**Cred Inc., et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                     11/09/2020 03:09:26 PM

| | | |
|---|---|---|
| 000013P001-1467S-001<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000009P001-1467S-001<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1467S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

Records Printed :   3

# EXHIBIT 4

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                 11/09/2020 09:55:50 PM

| 000036P001-1467S-001<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-001<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-001<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-001<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
|---|---|---|---|
| 006397P001-1467A-001<br>EVOLVE BANK AND TRUST<br>JAMIE ROBINSON; KRISTEN KINES<br>6070 POPLAR AVE<br>STE 200<br>MEMPHIS TN 38119<br>JAMIE.ROBINSON@GETEVOLVED.COM | 006397P001-1467A-001<br>EVOLVE BANK AND TRUST<br>JAMIE ROBINSON; KRISTEN KINES<br>6070 POPLAR AVE<br>STE 200<br>MEMPHIS TN 38119<br>KRISTEN.KINES@GETEVOLVED.COM | 000044P001-1467S-001<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 006284P002-1467A-001<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016<br>LPERALTA@MCBANKNY.COM |
| 000024P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000041P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000046P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000050P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-001<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006399P001-1467A-001<br>PROVIDENT BANK<br>MEAGHAN SWEENEY; KYLE HINGHER<br>5 MARKET ST<br>AMESBURY MA 01913<br>MSWEENEY@BANKPROV.COM |
| 006399P001-1467A-001<br>PROVIDENT BANK<br>MEAGHAN SWEENEY; KYLE HINGHER<br>5 MARKET ST<br>AMESBURY MA 01913<br>KHINGHER@BANKPROV.COM | 006398P001-1467A-001<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>AKELLEY@SILVERGATEBANK.COM | 006398P001-1467A-001<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>FINTECHSERVICE@SILVERGATE.COM | 006398P001-1467A-001<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>THANSON@SILVERGATEBANK.COM |
| 000052P001-1467S-001<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-001<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | | |

**Records Printed :    42**

# EXHIBIT 5

# Cred Inc., et al.
# Federal Express
# Exhibit Page

Page # : 1 of 1                                                                                           11/09/2020 09:23:58 PM

| | | | |
|---|---|---|---|
| 006283P001-1467A-001<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 | 006391P001-1467A-001<br>AXIS INSURANCE CO<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA GA 30022 | 006285P001-1467A-001<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 | 000006P001-1467S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000007P001-1467S-001<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 006393P001-1467A-001<br>EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC<br>234 SPRING LAKE DR<br>ITASCA IL 60143 | 000002P001-1467S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 006390P001-1467A-001<br>LOCKTON COMPANIES LLC<br>DBA LOCKTON INSURANCE BROKERS LLC<br>THREE EMBARCADERO CTR<br>SIXTH FL<br>SAN FRANCISCO CA 94111 |
| 000010P001-1467S-001<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000003P001-1467S-001<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 006396P001-1467A-001<br>ONE BEACON N/K/A INTACT INSURANCE<br>SPECIALTY SOLUTIONS<br>605 HIGHWAY 169 NORTH<br>STE 800<br>PLYMOUTH MN 55441 | 000012P001-1467S-001<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 |
| 006392P001-1467A-001<br>THE HARTFORD FINANCIAL SVC GROUP INC<br>690 ASYLUM AVE<br>HARTFORD CT 06155 | 000011P001-1467S-001<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 006395P002-1467A-001<br>VALIDUS SPECIALTY<br>4 WORLD TRADE CTR<br>150 GREENWICH ST 47TH FL<br>NEW YORK NY 10007 | 006394P001-1467A-001<br>WESTERN WORLD INSURANCE GROUP<br>UNDERWRITING MANAGER -<br>FI PROFESSIONAL LIABILITY<br>4 WORLD TRADE CTR<br>150 GREENWICH ST 47TH FL<br>NEW YORK NY 10007 |

Records Printed :   16

# EXHIBIT 6

**Cred Inc., et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                                            11/09/2020 09:24:26 PM

| 000013P001-1467S-001 | 000009P001-1467S-001 | 000001P001-1467S-001 |
| --- | --- | --- |
| ARIZONA ATTORNEY GENERALS OFFICE | FRANCHISE TAX BOARD | INTERNAL REVENUE SVC |
| PO BOX 6123 | BANKRUPTCY SECTION MS A340 | CENTRALIZED INSOLVENCY OPERATION |
| MD 7611 | PO BOX 2952 | PO BOX 7346 |
| PHOENIX AZ 85005 | SACRAMENTO CA 95812 | PHILADELPHIA PA 19101 |

Records Printed : **3**