# Court Conference

Calendar Date: 11/10/2020
Calendar Time: 03:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

*Amended Calendar   Nov 10 2020 12:27PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cred, Inc. | 20-12836 | Hearing | 10952383 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Darren Azman / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10951081 | Alexander Bongartz | (212) 318-6472 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10951127 | Pablo Bonjour | (302) 824-7081 ext. | Cousins Law LLC | Interested Party, Pablo Bonjour / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10952531 | Pablo Bonjour | (713) 363-0296 ext. | MACCO Restructuring Group, LLC | Debtor, Cred Inc. / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10952563 | Lenard Camacho | (352) 507-5696 ext. | Lenard Camacho - In Pro Per/Pro Se | Interested Party, Lenard Camacho / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10951517 | Derek Cash | (212) 318-6073 ext. | Paul Hastings LLP | Bankruptcy Counsel, Cred Inc. / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10952537 | Charley Chen | (520) 360-9318 ext. | Charley Chen - In Pro Per/Pro Se | Interested Party, Charley Chen / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10952540 | Frank Cottrell | (281) 725-8923 ext. | Frank Cottrell - In Pro Per/Pro Se | In Propria Persona, Frank Cottrell / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10950880 | Scott D. Cousins | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10952554 | Clint Cowen | (323) 497-8117 ext. | Clint Cowen - In Pro Per/Pro Se | Creditor, Clint Cowen / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10952600 | Manuel G Diaz | (703) 475-8103 ext. | Manuel G Diaz - In Pro Per/Pro Se | Interested Party, Manuel G Diaz / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10952409 | Joseph Evans | (212) 547-5767 ext. | McDermott Will & Emery LLP | Interested Party, Joseph Evans / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10950992 | Gregory W. Fox | (212) 459-7348 ext. | Goodwin Procter LLP | Interested Party, Goodwin Procter LLP / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10950471 | Marshall Glade | (404) 895-9566 ext. | B. Riley Financial Advisory Services | Interested Party, Marshall Glade / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 10951063 | James Grogan | (212) 318-6696 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred, Inc. | 20-12836 | Hearing | 10952599 | Cory A. Hendrix | (530) 391-2010 ext. | Cory A. Hendrix - In Pro Per/Pro Se | Interested Party, Cory Hendrix / LIVE |

| Cred, Inc. | 20-12836 | Hearing | 10952638 | Julyus Hudec | 01114206082 61332 ext. | Julyus Hudec - In Pro Per/Pro Se | Interested Party, Julyus Hudec / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Cred, Inc. | 20-12836 | Hearing | 10952567 | Daniyal Inamullah | (678) 907-1472 ext. | Daniyal Inamullah - In Pro Per/Pro Se | Interested Party, Daniyal Inamullah / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951548 | Matthew E. Kaslow | (215) 569-5500 ext. | Blank Rome LLP | Interested Party, Blank Rome LLP / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10952501 | Charlie Lee | (650) 996-9380 ext. | Charlie Lee - In Pro Per/Pro Se | Pro Se, Charlie Lee / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951220 | Grant lyon | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951928 | Joseph J. McMahon, Jr. | (302) 573-6491 ext. | Office of the US Trustee | U.S. Trustee, Office of the US Trustee / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951151 | Drew McManigle | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10952538 | Michael J Michelin | (219) 796-5255 ext. | Michael J Michelin - In Pro Per/Pro Se | Interested Party, Michael J Michelin / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951378 | John D. Penn | (214) 965-7734 ext. | Perkins Coie LLP | Interested Party, John D. Penn / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951209 | Joe Podulka | (302) 824-7081 ext. | Cousins Law LLC | Interested Party, Jod Podulka / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10950591 | Michael W. Reining | (617) 856-8326 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10949104 | John Schanne | (302) 573-6497 ext. | Office of the United States Trustee | U.S. Trustee, John Schanne / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10950936 | Dan Schatt | (302) 824-7081 ext. | Cousins Law LLC | Client, Dan Schatt / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10952642 | Dan Schatt | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10952666 | Enrico Serro | (559) 515-8842 ext. | Enrico Serro - In Pro Per/Pro Se | Interested Party, Enrico Serro / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10952498 | Brenden Sheehan | (916) 304-2504 ext. | Brenden Sheehan - In Pro Per/Pro Se | Creditor, Brenden Sheehan / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10952396 | Gregg A. Steinman | (305) 329-4473 ext. | McDermott Will & Emery LLP | Interested Party, Gregg Steinman / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951167 | Patrick Stewart | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951662 | Michael A. Sweet | (415) 364-5560 ext. | Fox Rothschild LLP | Bankruptcy Counsel, Fox Rothschild / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951990 | David Villagrana | (202) 329-5836 ext. | Office of the US Trustee | U.S. Trustee, David Villagrana / LISTEN ONLY |

| Cred, Inc. | 20-12836 | Hearing | 10951226 | Nellwyn Voorhies | (619) 346-1628 ext. | Donlin, Recano & Company, Inc. | Debtor, Cred, Inc. / LIVE |
|---|---|---|---|---|---|---|---|
| Cred, Inc. | 20-12836 | Hearing | 10952509 | Dan O Waller | (707) 616-7237 ext. | Dan O Waller - In Pro Per/Pro Se | Interested Party, Dan O Waller / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10951195 | Edward Weisfelner | (212) 209-4900 ext. | Brown Rudnick LLP | Interested Party, Edward Weisfalner / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951093 | Broocks Wilson | (713) 860-7343 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred, Inc. | 20-12836 | Hearing | 10951939 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |