**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC. | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 85-2308268 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED (US) LLC | ) | Case No. 20-12837 (JTD) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 83-1785799 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED CAPITAL, INC. | ) | Case No. 20-12838 (JTD) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-5094064 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED MERCHANT SOLUTIONS LLC | ) | Case No. 20-12839 (JTD) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-4583150 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED (PUERTO RICO) LLC | ) | Case No. 20-12840 (JTD) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 66-0943566 | ) | **Re: Docket Nos. 3** |

**ORDER GRANTING MOTION OF DEBTORS
AND DEBTORS IN POSSESSION FOR ORDER DIRECTING
JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES**

This matter coming before the Court on the *Motion of Debtors and Debtors In Possession for Order Directing Joint Administration of Their Chapter 11 Cases* (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly.  The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Cred Inc., Case No. 20-12836 (JTD).

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

4. Parties in interest are directed to use the proposed caption as indicated in the preceding decretal paragraph when filing pleadings with the Court in these chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "*In re Cred Inc., et al*.". The caption set forth in the preceding paragraph satisfies the requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n) in all respects.

5. A docket entry shall be made in in each of the Debtors' chapter 11 cases (except that of Cred, Inc.), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Cred Inc., Case No. 20-12836 (JTD), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 20-12836 (JTD) should be consulted for all matters affecting this case.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above captioned chapter 11 cases.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: November 10th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE