## EXHIBIT 1

**Form of Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) ) |  |

**NOTICE OF ENTRY OF ORDER CONFIRMING WORLDWIDE AUTOMATIC STAY, CERTAIN ANTI-DISCRIMINATION PROVISIONS, AND CERTAIN IPSO FACTO PROTECTIONS OF BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on November 7, 2020 (the "Petition Date"), the debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). These chapter 11 cases are pending before the Honorable Judge John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Cred Inc., et al.*, Case No. 20-12836 (JTD).

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of law, as provided by section 1107 of the Bankruptcy Code, each Debtor is, and has the legal status of, a debtor in possession.

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of Effective as of the Petition Date, by operation of law, as provided by section 1108 of the Bankruptcy Code, as a debtor in possession, each Debtor is authorized to operate its business in the ordinary course.

**PLEASE TAKE FURTHER NOTICE** that subject to and to the extent set forth in section 362 of the Bankruptcy Code and applicable law, the commencement of the above-captioned chapter 11 cases operates as a stay, applicable to all entities (including individuals, partnerships, corporations, estates, trusts, governmental units, and other entities and all those acting on their behalf), whether of the United States, any state or locality therein or any territory or possession thereof, or any non-U.S. jurisdiction from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases; or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Confirming Worldwide Automatic Stay, Certain Anti-Discrimination Provisions, and Certain Ipso Facto Protections of Bankruptcy Code, (II) Approving Form and Manner Of Notice, and (III) Granting Related Relief* [Docket No. __] (the "Order"), entered on November [•], 2020, and attached hereto as **Exhibit A**, all entities wherever located (including individuals, partnerships, corporations, and other entities and all those acting on their behalf), entities party to a contract or agreement with the Debtors, governmental units, whether of the United States, any state or locality therein or any territory or possession thereof, or any foreign country, are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment or any other claims of the Debtors against any party to the above-captioned cases. The Debtors expressly reserve the right to contest any claims which may be asserted against the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims or interests against, seek or assert causes of action or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against the Debtors or their estates must do so in front of the Court pursuant to the Order, the Bankruptcy Code, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 525 of the Bankruptcy Code, all governmental unit may not deny, revoke, suspend, or refuse to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, deny employment to, terminate the employment of, or discriminate with respect to employment against, the Debtors, or another person with whom the Debtors have been associated, solely because the Debtors are debtors under this title, have been insolvent before the commencement of the case under this title, or during the case but before the Debtors are granted or denied a discharge, or have not paid a debt that is dischargeable in the case under this title.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 365(e)(1) of the Bankruptcy Code, parties to contracts or agreements with the Debtors are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any entity (including governmental unit) seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law—including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding these chapter 11 cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly available docket of these chapter 11 cases at https://ecf.deb.uscourts.gov/ (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding these chapter 11 cases located online at https://www.donlinrecano.com/cred or (c) contacting the following proposed co-counsel for the Debtors:

**PAUL HASTINGS LLP**
James T. Grogan, Esq.
Mack Wilson, Esq.
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002

*Proposed Co-Counsel to the Debtors*