UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: <br><br> CRED INC., *et al.*, <br><br>        Debtors.[1] | ) Chapter 11 <br> ) <br> ) Case No. 20-12836 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 6** |

**CERTIFICATION OF COUNSEL TENDERING COMPETING ORDERS REGARDING ORDER (I) AUTHORIZING DEBTORS TO FILE A CONSOLIDATED LIST OF DEBTORS' 30 LARGEST UNSECURED CREDITORS, (II) AUTHORIZING DEBTORS TO SERVE CERTAIN PARTIES BY E-MAIL (III) AUTHORIZING DEBTORS TO REDACT OR WITHHOLD PUBLICATION OF CERTAIN PERSONAL IDENTIFICATION INFORMATION ON AN INTERIM BASIS, AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On November 9, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information, and (IV) Granting Related Relief [Docket No. 6] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto was a proposed form of order granting the relief requested in the Motion on a final basis (the "Proposed Interim Order")

2. On November 10, 2020, the Court held a telephonic and video hearing with respect to certain first-day relief (the "First Day Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

3.      At the First Day Hearing, the Court made certain rulings with respect to the relief requested by the Debtors in the Motion and the objections (the "Objection") raised by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

4.      The Debtors circulated the Proposed Interim Order to counsel for the U.S. Trustee. The U.S. Trustee rejected the language of the Proposed Order, and the parties have otherwise failed to agree on a satisfactory form of order. Accordingly, the Debtors and the U.S. Trustee agreed to submit competing orders with respect to this Court's rulings at the First Day Hearing.

5.      With respect to paragraph 4, the Debtors believe that it is not burdensome for customers to respond to an email inquiry from the Debtors by confirming that they want to receive hard copy service by mail. Given that the Debtors regularly communicate with customers via email, a customer's failure to respond should be deemed the necessary consent to email service. Moreover, the Debtors will not require any deadline to respond, *i.e.*, a customer can, at any time, decide to respond to request service by mail. Indeed, courts have routinely found that a party consents if such party is given the opportunity to opt out but fails to do so.[2]

6.      A clean version of the Proposed Interim Order as revised by the Debtors (the "Debtors' Revised Interim Order") is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Debtors' Revised Interim Order against the Proposed Interim Order is attached hereto as **Exhibit B**.

---

[2]  *See, e.g.*, *In re Genco Shipping & Trading Ltd.*, 513 B.R. 233, 271 (Bankr. S.D.N.Y. 2014) (granting "releases with respect to any affected party that consented to grant the releases or may be deemed to have done so through its ability to 'check the box' on the Plan ballots."); *In re DBSD North America, Inc.*, 419 B.R. 179, 218 (Bankr. S.D.N.Y. 2009) (holding that creditors who abstained from voting and failed to opt out of a third party release were deemed to have consented), judgment aff'd in part and reversed in part, on other grounds, 627 F.3d 496 (2d Cir. 2010); *In re Calpine*, 2007 WL 4565223 (Bankr. S.D.N.Y. Dec. 19, 2007) at *10 (approving third-party release where those "who abstain from voting and choose not to opt out of the releases, or who have otherwise consented to give a release").

- 3 -

7.      With respect to paragraph 4, the U.S. Trustee believes the Court ruled that an affirmative expression of consent to receipt of documents by electronic mail is required; the Debtors' proposed language provides that, if a customer does not respond to the Debtors' solicitation, they are deemed to consent to service by electronic mail.  The U.S. Trustee believes that silence is not a form of affirmative consent.

8.      A clean version of the Proposed Interim Order as revised by the U.S. Trustee (the "<u>U.S. Trustee's Revised Interim Order</u>") is attached hereto as **Exhibit C**.  For the convenience of the Court and all parties in interest, a blackline of the U.S. Trustee's Revised Interim Order against the Proposed Interim Order is attached hereto as **Exhibit D**.

WHEREFORE, the Debtors respectfully request that the Court enter the Debtors' Revised Interim Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: November 10, 2020
Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:	(302) 824-7081
Facsimile:	(302) 295-0331
Email:	scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:	(713) 860-7300
Facsimile:	(713) 353-3100
Email:	jamesgrogan@paulhastings.com
	mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:	(212) 318-6000
Facsimile:	(212) 319-4090
Email:	alexbongartz@paulhastings.com
	derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*