## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss:
COUNTY OF KINGS     )

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of November, 2020, DRC, acting under my supervision, caused to be served the "*Cred - Email Delivery of Certain Documents Related to Cred's Chapter 11 Filing*", a sample of which is attached as Exhibit 1, to be served via electronic mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of November, 2020, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
12th day of November, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

.

**EXHIBIT 1**

Dear Cred Customer:

On November 7, 2020, Cred Inc. and its subsidiaries ("Cred") filed for protection under chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Cred has made all court filings available for free at:
https://www.donlinrecano.com/Clients/cred/Dockets. You are welcome to review any documents filed with the Court on this website.

You will also be receiving the information electronically from Cred regarding any of the following events:
• The initial meeting of the creditors in accordance with section 341 of the Bankruptcy Code;
• A sale of substantially all of Cred's assets (unless the Bankruptcy Court directs another method of giving notice);
• A hearing (if any) on the approval of a settlement (unless the Bankruptcy Court directs another method of giving notice);
• A hearing (if any) on dismissal of the case or the conversion of the case to another chapter;
• The deadline for filing a proof of your claim against Cred;
• The hearing on the adequacy of a disclosure statement in respect of a chapter 11 plan;
• The hearing to confirm a chapter 11 plan; and
• Entry of the order confirming a chapter 11 plan.

**Please note that if you wish to receive paper copies of any of the foregoing you will need to submit your physical mailing address information at the following link:** Submit Physical Mailing Address

If you wish to receive copies of all documents filed by Cred in the chapter 11 cases, you must submit a formal request to the Bankruptcy Court in accordance with Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedures.

Sincerely,

Cred Inc. and its debtor subsidiaries

# EXHIBIT 2

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000001P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000005P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000009P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000010P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000011P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000013P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000014P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000015P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000016P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000017P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000018P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000019P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000020P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000021P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000022P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000023P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000024P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000025P001-1467A-003 | 000026P001-1467A-003 | 000027P001-1467A-003 | 000028P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467A-003 | 000030P001-1467A-003 | 000031P001-1467A-003 | 000032P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467A-003 | 000034P001-1467A-003 | 000035P001-1467A-003 | 000036P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467A-003 | 000038P001-1467A-003 | 000039P001-1467A-003 | 000040P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000041P001-1467A-003 | 000042P001-1467A-003 | 000043P001-1467A-003 | 000044P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000045P001-1467A-003 | 000046P001-1467A-003 | 000047P001-1467A-003 | 000048P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000049P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000050P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000052P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000053P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000054P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000055P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000056P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000073P001-1467A-003 | 000074P001-1467A-003 | 000075P001-1467A-003 | 000076P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000077P001-1467A-003 | 000078P001-1467A-003 | 000079P001-1467A-003 | 000080P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000081P001-1467A-003 | 000082P001-1467A-003 | 000083P001-1467A-003 | 000084P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000085P001-1467A-003 | 000086P001-1467A-003 | 000087P001-1467A-003 | 000088P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000089P001-1467A-003 | 000090P001-1467A-003 | 000091P001-1467A-003 | 000092P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000093P001-1467A-003 | 000094P001-1467A-003 | 000095P001-1467A-003 | 000096P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000097P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000098P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000099P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000100P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000101P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000102P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000103P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000104P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000105P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000106P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000107P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000108P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000109P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000110P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000111P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000112P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000113P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000114P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000115P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000116P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000117P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000118P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000119P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000120P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000121P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000122P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000123P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000124P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000125P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000126P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000127P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000128P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000129P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000130P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000131P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000132P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000133P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000134P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000135P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000136P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000137P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000138P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000139P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000140P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000141P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000142P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000143P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000144P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000145P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000146P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000147P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000148P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000149P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000150P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000151P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000152P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000153P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000154P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000155P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000156P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000157P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000158P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000159P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000160P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000161P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000162P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000163P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000164P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000165P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000167P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000168P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000169P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000171P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000172P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000173P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000176P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000201P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000202P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000203P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000204P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000205P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000206P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000209P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000210P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000212P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000213P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000215P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000216P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000217P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000218P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000219P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000220P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000221P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000222P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000223P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000224P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000225P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000226P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000227P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000228P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000229P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000230P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000231P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000232P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000233P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000234P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000235P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000236P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000237P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000238P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000239P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000240P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000241P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000242P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000243P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000244P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000245P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000246P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000247P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000248P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000249P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000250P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000251P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000252P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000253P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000254P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000255P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000256P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000257P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000258P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000259P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000260P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000261P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000262P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000263P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000264P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000265P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000266P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000267P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000268P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000269P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000270P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000271P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000272P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000273P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000274P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000275P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000276P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000277P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000278P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000279P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000280P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000281P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000282P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000283P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000284P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000285P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000286P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000287P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000288P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000289P001-1467A-003 | 000290P001-1467A-003 | 000291P001-1467A-003 | 000292P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000293P001-1467A-003 | 000294P001-1467A-003 | 000295P001-1467A-003 | 000296P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1467A-003 | 000298P001-1467A-003 | 000299P001-1467A-003 | 000300P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000301P001-1467A-003 | 000302P001-1467A-003 | 000303P001-1467A-003 | 000304P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1467A-003 | 000306P001-1467A-003 | 000307P001-1467A-003 | 000308P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1467A-003 | 000310P001-1467A-003 | 000311P001-1467A-003 | 000312P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000313P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000317P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000321P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000322P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000325P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000326P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000329P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000330P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000333P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000334P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000336P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000337P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000347P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000349P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000350P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000353P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000354P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000356P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000357P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000359P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000360P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000361P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000363P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000364P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000365P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000367P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000368P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000369P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000371P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000372P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000373P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000374P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000375P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000376P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000377P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000378P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000379P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000380P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000381P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000382P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000383P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000384P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| 000385P001-1467A-003 | 000386P001-1467A-003 | 000387P001-1467A-003 | 000388P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-1467A-003 | 000390P001-1467A-003 | 000391P001-1467A-003 | 000392P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-1467A-003 | 000394P001-1467A-003 | 000395P001-1467A-003 | 000396P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000397P001-1467A-003 | 000398P001-1467A-003 | 000399P001-1467A-003 | 000400P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000401P001-1467A-003 | 000402P001-1467A-003 | 000403P001-1467A-003 | 000404P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000405P001-1467A-003 | 000406P001-1467A-003 | 000407P001-1467A-003 | 000408P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000409P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000410P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000412P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000413P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000416P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000417P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000420P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000421P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000424P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000425P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000429P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000433P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000436P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000437P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000440P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000441P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000443P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000444P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000445P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000446P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000448P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000449P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000453P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000454P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000455P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000456P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000457P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000458P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000459P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000460P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000461P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000462P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000463P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000464P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000465P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000466P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000467P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000468P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000469P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000470P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000471P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000472P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000473P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000474P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000475P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000476P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000477P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000478P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000479P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000480P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000481P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000482P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000485P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000486P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000489P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000490P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000491P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000492P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000493P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000495P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000496P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000497P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000498P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000499P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000500P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000501P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000502P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000503P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000504P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000505P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000506P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000507P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000508P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000509P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000510P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000511P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000512P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000513P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000514P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000515P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000516P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000517P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000518P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000519P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000520P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000521P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000522P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000523P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000524P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000525P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000526P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000528P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000529P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000532P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000533P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000536P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000537P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000538P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000539P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000540P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000541P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000544P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000545P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000546P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000548P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000549P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000550P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000551P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

000553P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000554P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000555P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000556P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000557P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000558P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000559P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000560P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000561P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000562P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000563P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000564P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000565P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000566P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000567P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000568P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000569P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000570P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000571P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000572P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000573P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000574P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000575P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000576P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000577P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000579P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000580P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000581P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000582P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000583P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000584P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000585P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000586P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000587P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000588P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000589P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000590P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000591P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000592P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000593P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000594P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000595P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000596P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000597P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000599P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000600P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000601P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000602P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000604P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000605P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000608P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000609P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000612P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000613P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000614P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000615P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000616P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000617P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000619P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000620P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000621P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000622P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000623P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000624P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000625P001-1467A-003 | 000626P001-1467A-003 | 000627P001-1467A-003 | 000628P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000629P001-1467A-003 | 000630P001-1467A-003 | 000631P001-1467A-003 | 000632P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000633P001-1467A-003 | 000634P001-1467A-003 | 000635P001-1467A-003 | 000636P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000637P001-1467A-003 | 000638P001-1467A-003 | 000639P001-1467A-003 | 000640P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000641P001-1467A-003 | 000642P001-1467A-003 | 000643P001-1467A-003 | 000644P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000645P001-1467A-003 | 000646P001-1467A-003 | 000647P001-1467A-003 | 000648P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000649P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000650P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000651P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000652P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000653P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000654P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000655P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000656P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000665P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000666P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000667P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000668P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000669P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000670P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000671P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000672P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000673P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000674P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000675P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000676P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000677P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000678P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000679P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000680P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000681P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000682P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000683P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000684P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000685P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000686P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000687P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000688P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000689P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000690P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000691P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000692P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000693P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000694P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000695P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000696P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

000697P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000698P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000699P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000700P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000701P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000702P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000703P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000704P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000705P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000706P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000707P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000708P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000709P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000710P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000711P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000712P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000713P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000714P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000715P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000716P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000717P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000718P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000719P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000720P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000721P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000722P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000723P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000724P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000725P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000726P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000727P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000728P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000729P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000730P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000731P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000732P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000733P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000734P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000735P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000736P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000737P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000739P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000740P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000741P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000743P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000744P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000745P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000746P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000749P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000753P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000756P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000757P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000759P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000760P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000761P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000762P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000763P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000764P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000765P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000766P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000767P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000768P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000769P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000770P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000771P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000772P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000773P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000774P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000775P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000776P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000777P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000778P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000779P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000780P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000781P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000782P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000783P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000784P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000785P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000786P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000787P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000788P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000789P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000790P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000791P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000792P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000793P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000794P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000795P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000796P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000797P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000798P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000799P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000800P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000801P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000802P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000803P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000804P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000805P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000806P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000807P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000808P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000809P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000810P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000811P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000812P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000813P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000814P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000815P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000816P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000817P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000818P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000819P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000820P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000821P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000822P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000823P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000824P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000841P001-1467A-003 | 000842P001-1467A-003 | 000843P001-1467A-003 | 000844P001-1467A-003 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000845P001-1467A-003 | 000846P001-1467A-003 | 000847P001-1467A-003 | 000848P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000849P001-1467A-003 | 000850P001-1467A-003 | 000851P001-1467A-003 | 000852P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000853P001-1467A-003 | 000854P001-1467A-003 | 000855P001-1467A-003 | 000856P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000857P001-1467A-003 | 000858P001-1467A-003 | 000859P001-1467A-003 | 000860P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000861P001-1467A-003 | 000862P001-1467A-003 | 000863P001-1467A-003 | 000864P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000873P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000874P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000875P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000876P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000877P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000878P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000879P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000880P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000881P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000882P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000883P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000884P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000885P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000886P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000887P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000888P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000889P001-1467A-003 | 000890P001-1467A-003 | 000891P001-1467A-003 | 000892P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000893P001-1467A-003 | 000894P001-1467A-003 | 000895P001-1467A-003 | 000896P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000897P001-1467A-003 | 000898P001-1467A-003 | 000899P001-1467A-003 | 000900P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000901P001-1467A-003 | 000902P001-1467A-003 | 000903P001-1467A-003 | 000904P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000905P001-1467A-003 | 000906P001-1467A-003 | 000907P001-1467A-003 | 000908P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000909P001-1467A-003 | 000910P001-1467A-003 | 000911P001-1467A-003 | 000912P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000913P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000914P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000915P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000916P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000917P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000918P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000919P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000920P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000921P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000922P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000923P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000924P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000925P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000926P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000927P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000928P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000929P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000930P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000931P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000932P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000933P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000934P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000935P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000936P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 000937P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000938P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000939P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000940P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000941P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000942P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000943P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000944P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000945P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000946P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000947P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000948P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000949P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000950P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000951P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000952P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000961P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000962P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000963P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000964P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000965P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000966P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000967P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000968P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000969P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000970P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000971P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000972P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000973P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000974P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000975P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000976P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000977P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000978P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000979P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000980P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000981P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000982P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000983P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000984P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000985P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000986P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000987P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000988P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000989P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000990P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000991P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000992P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000993P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000994P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000995P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000996P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000997P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000998P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000999P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001000P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001001P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001005P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001009P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001010P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001011P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001012P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001013P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001014P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001015P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001016P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001017P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001018P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001019P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001020P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001021P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001022P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001023P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001024P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001025P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001026P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001027P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001028P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001029P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001030P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001031P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001032P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001033P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001034P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001035P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001036P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001037P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001038P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001039P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001040P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001041P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001042P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001043P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001044P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001045P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001046P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001047P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001048P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001049P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001050P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001051P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001052P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001053P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001054P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001055P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001056P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001081P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001082P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001083P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001084P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001085P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001086P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001087P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001088P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001089P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001090P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001091P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001092P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001093P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001094P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001095P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001096P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001097P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001098P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001099P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001100P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001101P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001102P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001103P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001104P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001105P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001106P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001107P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001108P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001109P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001110P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001111P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001112P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001113P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001114P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001115P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001116P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001117P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001118P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001119P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001120P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001121P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001122P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001123P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001124P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001125P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001126P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001127P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001128P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001129P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001130P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001131P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001132P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001133P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001134P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001135P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001136P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001137P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001138P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001139P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001140P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001141P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001142P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001143P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001144P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001145P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001146P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001147P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001148P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001149P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001150P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001151P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001152P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001153P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001154P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001155P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001156P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001157P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001158P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001159P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001160P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001161P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001162P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001163P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001164P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001165P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001166P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001167P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001168P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001169P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001170P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001171P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001172P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001173P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001174P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001175P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001176P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001201P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001202P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001203P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001204P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001205P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001206P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001207P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001208P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001209P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001210P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001211P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001212P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001213P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001214P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001215P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001216P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001217P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001218P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001219P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001220P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001221P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001222P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001223P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001224P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001252P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001253P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001254P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001255P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001256P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001257P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001258P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001259P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001260P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001261P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001262P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001263P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001264P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001265P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001266P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001267P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001268P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001269P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001270P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001271P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001272P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001273P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001274P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001275P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001276P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001277P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001278P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001279P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001280P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001281P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001282P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001283P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001284P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001285P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001286P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001287P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001288P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001289P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001290P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001291P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001292P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001293P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001294P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001295P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001296P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001297P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001298P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001299P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001300P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001301P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001302P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001303P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001304P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001305P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001306P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001307P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001308P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001309P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001310P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001311P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001312P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001313P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001314P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001315P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001316P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001317P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001318P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001319P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001320P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001321P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001322P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001323P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001324P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001325P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001326P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001327P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001328P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001329P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001330P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001331P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001332P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001333P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001334P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001335P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001336P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001337P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001338P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001339P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001340P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001341P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001342P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001343P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001344P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001345P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001346P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001347P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001348P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001349P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001350P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001351P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001352P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001353P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001354P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001355P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001356P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001357P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001358P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001359P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001360P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001361P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001362P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001363P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001364P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001365P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001366P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001367P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001368P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001369P001-1467A-003 | 001370P001-1467A-003 | 001371P001-1467A-003 | 001372P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001373P001-1467A-003 | 001374P001-1467A-003 | 001375P001-1467A-003 | 001376P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001377P001-1467A-003 | 001378P001-1467A-003 | 001379P001-1467A-003 | 001380P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001381P001-1467A-003 | 001382P001-1467A-003 | 001383P001-1467A-003 | 001384P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001385P001-1467A-003 | 001386P001-1467A-003 | 001387P001-1467A-003 | 001388P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001389P001-1467A-003 | 001390P001-1467A-003 | 001391P001-1467A-003 | 001392P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001393P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001394P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001395P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001396P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001397P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001398P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001399P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001400P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001401P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001402P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001403P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001404P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001405P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001406P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001407P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001408P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001409P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001410P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001411P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001412P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001413P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001414P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001415P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001416P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001417P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001418P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001419P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001420P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001421P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001422P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001423P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001424P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001425P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001426P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001427P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001428P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001429P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001430P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001431P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001432P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001433P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001434P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001435P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001436P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001437P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001438P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001439P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001440P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001441P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001442P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001443P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001444P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001445P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001446P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001447P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001448P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001449P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001450P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001451P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001452P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001453P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001454P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001455P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001456P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001457P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001458P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001459P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001460P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001461P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001462P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001463P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001464P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001465P001-1467A-003 | 001466P001-1467A-003 | 001467P001-1467A-003 | 001468P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001469P001-1467A-003 | 001470P001-1467A-003 | 001471P001-1467A-003 | 001472P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001473P001-1467A-003 | 001474P001-1467A-003 | 001475P001-1467A-003 | 001476P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001477P001-1467A-003 | 001478P001-1467A-003 | 001479P001-1467A-003 | 001480P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001481P001-1467A-003 | 001482P001-1467A-003 | 001483P001-1467A-003 | 001484P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001485P001-1467A-003 | 001486P001-1467A-003 | 001487P001-1467A-003 | 001488P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001489P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001490P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001491P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001492P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001493P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001494P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001495P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001496P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001497P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001498P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001499P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001500P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001501P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001502P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001503P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001504P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001505P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001506P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001507P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001508P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001509P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001510P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001511P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001512P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001513P001-1467A-003 | 001514P001-1467A-003 | 001515P001-1467A-003 | 001516P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001517P001-1467A-003 | 001518P001-1467A-003 | 001519P001-1467A-003 | 001520P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001521P001-1467A-003 | 001522P001-1467A-003 | 001523P001-1467A-003 | 001524P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001525P001-1467A-003 | 001526P001-1467A-003 | 001527P001-1467A-003 | 001528P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001529P001-1467A-003 | 001530P001-1467A-003 | 001531P001-1467A-003 | 001532P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001533P001-1467A-003 | 001534P001-1467A-003 | 001535P001-1467A-003 | 001536P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001537P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001538P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001539P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001540P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001541P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001542P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001543P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001544P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001545P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001546P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001547P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001548P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001549P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001550P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001551P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001552P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001553P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001554P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001555P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001556P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001557P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001558P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001559P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001560P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001561P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001562P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001563P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001564P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001565P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001566P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001567P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001568P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001569P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001570P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001571P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001572P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001573P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001574P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001575P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001576P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001577P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001578P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001579P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001580P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001581P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001582P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001583P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001584P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001585P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001586P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001587P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001588P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001589P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001590P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001591P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001592P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001593P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001594P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001595P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001596P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001597P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001598P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001599P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001600P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001601P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001602P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001603P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001604P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001605P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001606P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001607P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001608P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001609P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001610P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001611P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001612P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001613P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001614P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001615P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001616P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001617P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001618P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001619P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001620P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001621P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001622P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001623P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001624P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001625P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001626P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001627P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001628P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001629P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001630P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001631P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001632P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001633P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001634P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001635P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001636P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001637P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001638P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001639P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001640P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001641P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001642P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001643P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001644P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001645P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001646P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001647P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001648P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001649P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001650P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001651P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001652P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001653P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001654P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001655P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001656P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001665P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001666P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001667P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001668P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001669P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001670P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001671P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001672P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001673P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001674P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001675P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001676P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001677P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001678P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001679P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001680P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001681P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001682P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001683P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001684P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001685P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001686P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001687P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001688P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001689P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001690P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001691P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001692P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001693P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001694P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001695P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001696P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001697P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001698P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001699P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001700P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001701P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001702P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001703P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001704P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001705P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001706P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001707P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001708P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001709P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001710P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001711P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001712P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001713P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001714P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001715P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001716P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001717P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001718P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001719P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001720P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001721P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001722P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001723P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001724P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001725P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001726P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001727P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001728P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001729P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001730P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001731P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001732P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001733P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001734P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001735P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001736P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001737P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001738P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001739P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001740P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001741P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001742P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001743P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001744P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001745P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001746P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001747P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001748P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001749P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001750P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001751P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001752P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001753P001-1467A-003 | 001754P001-1467A-003 | 001755P001-1467A-003 | 001756P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001757P001-1467A-003 | 001758P001-1467A-003 | 001759P001-1467A-003 | 001760P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001761P001-1467A-003 | 001762P001-1467A-003 | 001763P001-1467A-003 | 001764P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001765P001-1467A-003 | 001766P001-1467A-003 | 001767P001-1467A-003 | 001768P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001769P001-1467A-003 | 001770P001-1467A-003 | 001771P001-1467A-003 | 001772P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001773P001-1467A-003 | 001774P001-1467A-003 | 001775P001-1467A-003 | 001776P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001777P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001778P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001779P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001780P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001781P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001782P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001783P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001784P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001785P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001786P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001787P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001788P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001789P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001790P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001791P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001792P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001793P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001794P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001795P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001796P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001797P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001798P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001799P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001800P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001801P001-1467A-003 | 001802P001-1467A-003 | 001803P001-1467A-003 | 001804P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001805P001-1467A-003 | 001806P001-1467A-003 | 001807P001-1467A-003 | 001808P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001809P001-1467A-003 | 001810P001-1467A-003 | 001811P001-1467A-003 | 001812P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001813P001-1467A-003 | 001814P001-1467A-003 | 001815P001-1467A-003 | 001816P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001817P001-1467A-003 | 001818P001-1467A-003 | 001819P001-1467A-003 | 001820P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001821P001-1467A-003 | 001822P001-1467A-003 | 001823P001-1467A-003 | 001824P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001841P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001842P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001843P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001844P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001845P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001846P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001847P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001848P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001849P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001850P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001851P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001852P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001853P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001854P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001855P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001856P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001857P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001858P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001859P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001860P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001861P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001862P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001863P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001864P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001873P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001874P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001875P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001876P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001877P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001878P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001879P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001880P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001881P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001882P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001883P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001884P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001885P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001886P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001887P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001888P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001889P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001890P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001891P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001892P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001893P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001894P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001895P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001896P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001897P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001898P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001899P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001900P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001901P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001902P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001903P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001904P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001905P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001906P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001907P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001908P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001909P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001910P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001911P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001912P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001913P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001914P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001915P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001916P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001917P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001918P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001919P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001920P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001921P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001922P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001923P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001924P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001925P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001926P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001927P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001928P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001929P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001930P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001931P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001932P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001933P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001934P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001935P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001936P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001937P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001938P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001939P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001940P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001941P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001942P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001943P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001944P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001945P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001946P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001947P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001948P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001949P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001950P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001951P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001952P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001961P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001962P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001963P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001964P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001965P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001966P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001967P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001968P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001969P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001970P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001971P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001972P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001973P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001974P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001975P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001976P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001977P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001978P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001979P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001980P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001981P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001982P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001983P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001984P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001985P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001986P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001987P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001988P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001989P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001990P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001991P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001992P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 001993P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001994P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001995P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001996P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001997P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001998P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001999P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002000P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002001P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002005P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002009P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002010P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002011P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002012P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002013P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002014P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002015P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002016P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002017P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002018P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002019P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002020P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002021P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002022P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002023P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002024P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002025P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002026P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002027P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002028P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002029P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002030P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002031P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002032P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002033P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002034P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002035P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002036P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002037P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002038P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002039P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002040P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002041P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002042P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002043P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002044P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002045P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002046P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002047P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002048P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002049P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002050P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002051P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002052P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002053P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002054P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002055P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002056P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002081P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002082P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002083P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002084P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002085P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002086P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002087P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002088P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002089P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002090P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002091P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002092P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002093P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002094P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002095P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002096P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002097P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002098P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002099P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002100P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002101P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002102P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002103P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002104P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002105P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002106P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002107P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002108P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002109P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002110P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002111P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002112P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002113P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002114P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002115P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002116P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002117P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002118P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002119P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002120P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002121P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002122P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002123P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002124P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002125P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002126P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002127P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002128P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002129P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002130P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002131P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002132P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002133P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002134P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002135P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002136P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002137P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002138P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002139P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002140P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002141P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002142P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002143P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002144P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002145P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002146P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002147P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002148P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002149P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002150P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002151P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002152P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002153P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002154P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002155P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002156P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002157P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002158P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002159P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002160P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002161P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002162P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002163P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002164P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002165P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002166P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002167P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002168P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002169P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002170P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002171P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002172P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002173P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002174P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002175P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002176P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002177P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002178P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002179P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002180P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002181P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002182P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002183P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002184P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002201P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002202P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002203P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002204P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002205P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002206P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002207P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002208P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002209P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002210P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002211P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002212P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002213P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002214P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002215P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002216P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002217P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002218P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002219P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002220P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002221P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002222P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002223P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002224P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002252P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002253P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002254P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002255P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002256P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002257P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002258P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002259P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002260P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002261P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002262P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002263P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002264P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002265P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002266P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002267P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002268P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002269P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002270P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002271P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002272P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002273P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002274P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002275P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002276P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002277P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002278P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002279P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002280P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:13 PM

| | | | |
|---|---|---|---|
| 002281P001-1467A-003 | 002282P001-1467A-003 | 002283P001-1467A-003 | 002284P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002285P001-1467A-003 | 002286P001-1467A-003 | 002287P001-1467A-003 | 002288P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002289P001-1467A-003 | 002290P001-1467A-003 | 002291P001-1467A-003 | 002292P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002293P001-1467A-003 | 002294P001-1467A-003 | 002295P001-1467A-003 | 002296P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002297P001-1467A-003 | 002298P001-1467A-003 | 002299P001-1467A-003 | 002300P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002301P001-1467A-003 | 002302P001-1467A-003 | 002303P001-1467A-003 | 002304P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002305P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002306P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002307P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002308P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002309P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002310P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002311P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002312P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002313P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002314P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002315P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002316P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002317P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002318P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002319P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002320P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002321P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002322P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002323P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002324P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002325P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002326P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002327P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002328P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002329P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002330P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002331P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002332P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002333P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002334P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002335P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002336P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002337P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002338P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002339P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002340P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002341P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002342P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002343P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002344P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002345P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002346P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002347P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002348P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002349P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002350P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002351P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002352P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002353P001-1467A-003 | 002354P001-1467A-003 | 002355P001-1467A-003 | 002356P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002357P001-1467A-003 | 002358P001-1467A-003 | 002359P001-1467A-003 | 002360P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002361P001-1467A-003 | 002362P001-1467A-003 | 002363P001-1467A-003 | 002364P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002365P001-1467A-003 | 002366P001-1467A-003 | 002367P001-1467A-003 | 002368P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002369P001-1467A-003 | 002370P001-1467A-003 | 002371P001-1467A-003 | 002372P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002373P001-1467A-003 | 002374P001-1467A-003 | 002375P001-1467A-003 | 002376P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002377P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002378P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002379P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002380P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002381P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002382P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002383P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002384P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002385P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002386P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002387P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002388P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002389P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002390P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002391P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002392P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002393P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002394P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002395P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002396P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002397P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002398P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002399P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002400P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002401P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002402P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002403P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002404P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002405P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002406P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002407P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002408P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002409P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002410P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002411P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002412P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002413P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002414P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002415P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002416P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002417P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002418P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002419P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002420P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002421P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002422P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002423P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002424P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002425P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002426P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002427P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002428P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002429P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002430P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002431P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002432P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002433P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002434P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002435P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002436P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002437P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002438P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002439P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002440P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002441P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002442P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002443P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002444P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002445P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002446P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002447P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002448P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002449P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002450P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002451P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002452P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002453P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002454P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002455P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002456P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002457P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002458P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002459P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002460P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002461P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002462P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002463P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002464P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002465P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002466P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002467P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002468P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002469P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002470P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002471P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002472P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002473P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002474P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002475P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002476P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002477P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002478P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002479P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002480P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002481P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002482P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002483P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002484P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002485P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002486P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002487P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002488P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002489P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002490P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002491P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002492P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002493P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002494P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002495P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002496P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002497P001-1467A-003 | 002498P001-1467A-003 | 002499P001-1467A-003 | 002500P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002501P001-1467A-003 | 002502P001-1467A-003 | 002503P001-1467A-003 | 002504P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002505P001-1467A-003 | 002506P001-1467A-003 | 002507P001-1467A-003 | 002508P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002509P001-1467A-003 | 002510P001-1467A-003 | 002511P001-1467A-003 | 002512P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002513P001-1467A-003 | 002514P001-1467A-003 | 002515P001-1467A-003 | 002516P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002517P001-1467A-003 | 002518P001-1467A-003 | 002519P001-1467A-003 | 002520P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002521P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002522P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002523P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002524P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002525P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002526P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002527P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002528P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002529P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002530P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002531P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002532P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002533P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002534P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002535P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002536P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002537P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002538P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002539P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002540P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002541P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002542P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002543P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002544P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002545P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002546P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002547P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002548P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002549P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002550P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002551P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002552P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002553P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002554P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002555P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002556P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002557P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002558P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002559P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002560P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002561P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002562P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002563P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002564P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002565P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002566P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002567P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002568P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002569P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002570P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002571P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002572P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002573P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002574P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002575P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002576P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002577P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002578P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002579P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002580P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002581P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002582P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002583P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002584P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002585P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002586P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002587P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002588P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002589P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002590P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002591P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002592P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002593P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002594P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002595P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002596P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002597P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002598P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002599P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002600P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002601P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002602P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002603P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002604P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002605P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002606P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002607P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002608P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002609P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002610P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002611P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002612P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002613P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002614P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002615P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002616P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

002617P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002618P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002619P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002620P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002621P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002622P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002623P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002624P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002625P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002626P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002627P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002628P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002629P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002630P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002631P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002632P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002633P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002634P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002635P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002636P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002637P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002638P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002639P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002640P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002641P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002642P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002643P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002644P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002645P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002646P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002647P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002648P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002649P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002650P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002651P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002652P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002653P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002654P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002655P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002656P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002665P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002666P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002667P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002668P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002669P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002670P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002671P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002672P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002673P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002674P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002675P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002676P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002677P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002678P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002679P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002680P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002681P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002682P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002683P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002684P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002685P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002686P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002687P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002688P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002689P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002690P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002691P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002692P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002693P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002694P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002695P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002696P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002697P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002698P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002699P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002700P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002701P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002702P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002703P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002704P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002705P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002706P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002707P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002708P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002709P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002710P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002711P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002712P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002713P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002714P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002715P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002716P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002717P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002718P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002719P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002720P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002721P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002722P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002723P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002724P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002725P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002726P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002727P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002728P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002729P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002730P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002731P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002732P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002733P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002734P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002735P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002736P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 002737P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002738P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002739P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002740P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002741P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002742P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002743P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002744P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002745P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002746P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002747P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002748P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002749P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002750P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002751P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002752P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002753P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002754P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002755P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002756P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002757P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002758P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002759P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002760P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 002761P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002762P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002763P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002764P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002765P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002766P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002767P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002768P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002769P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002770P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002771P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002772P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002773P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002774P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002775P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002776P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002777P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002778P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002779P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002780P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002781P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002782P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002783P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002784P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002785P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002786P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002787P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002788P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002789P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002790P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002791P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002792P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002793P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002794P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002795P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002796P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002797P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002798P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002799P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002800P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002801P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002802P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002803P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002804P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002805P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002806P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002807P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002808P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002809P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002810P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002811P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002812P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002813P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002814P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002815P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002816P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002817P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002818P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002819P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002820P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002821P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002822P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002823P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002824P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002841P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002842P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002843P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002844P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002845P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002846P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002847P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002848P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002849P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002850P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002851P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002852P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002853P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002854P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002855P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002856P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 002857P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002858P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002859P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002860P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002861P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002862P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002863P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002864P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002873P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002874P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002875P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002876P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002877P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002878P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002879P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002880P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002881P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002882P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002883P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002884P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002885P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002886P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002887P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002888P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002889P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002890P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002891P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002892P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002893P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002894P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002895P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002896P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002897P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002898P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002899P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002900P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002901P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002902P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002903P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002904P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

002905P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002906P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002907P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002908P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002909P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002910P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002911P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002912P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002913P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002914P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002915P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002916P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002917P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002918P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002919P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002920P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002921P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002922P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002923P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002924P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002925P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002926P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002927P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002928P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002929P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002930P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002931P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002932P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002933P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002934P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002935P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002936P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002937P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002938P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002939P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002940P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002941P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002942P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002943P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002944P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002945P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002946P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002947P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002948P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002949P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002950P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002951P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002952P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002961P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002962P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002963P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002964P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002965P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002966P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002967P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002968P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002969P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002970P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002971P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002972P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002973P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002974P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002975P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002976P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 002977P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002978P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002979P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002980P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002981P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002982P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002983P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002984P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002985P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002986P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002987P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002988P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002989P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002990P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002991P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002992P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002993P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002994P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002995P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002996P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002997P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002998P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002999P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003000P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

003001P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003002P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003003P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003004P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003005P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003006P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003007P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003008P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003009P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003010P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003011P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003012P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003013P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003014P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003015P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003016P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003017P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003018P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003019P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003020P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003021P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003022P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003023P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003024P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003025P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003026P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003027P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003028P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003029P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003030P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003031P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003032P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003033P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003034P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003035P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003036P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003037P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003038P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003039P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003040P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003041P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003042P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003043P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003044P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003045P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003046P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003047P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003048P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003049P001-1467A-003 | 003050P001-1467A-003 | 003051P001-1467A-003 | 003052P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003053P001-1467A-003 | 003054P001-1467A-003 | 003055P001-1467A-003 | 003056P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003057P001-1467A-003 | 003058P001-1467A-003 | 003059P001-1467A-003 | 003060P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003061P001-1467A-003 | 003062P001-1467A-003 | 003063P001-1467A-003 | 003064P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003065P001-1467A-003 | 003066P001-1467A-003 | 003067P001-1467A-003 | 003068P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003069P001-1467A-003 | 003070P001-1467A-003 | 003071P001-1467A-003 | 003072P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003081P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003082P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003083P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003084P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003085P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003086P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003087P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003088P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003089P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003090P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003091P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003092P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003093P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003094P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003095P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003096P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003097P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003098P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003099P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003100P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003101P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003102P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003103P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003104P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003105P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003106P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003107P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003108P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003109P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003110P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003111P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003112P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003113P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003114P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003115P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003116P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003117P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003118P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003119P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003120P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003121P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003122P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003123P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003124P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003125P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003126P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003127P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003128P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003129P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003130P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003131P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003132P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003133P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003134P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003135P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003136P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003137P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003138P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003139P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003140P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003141P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003142P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003143P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003144P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003145P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003146P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003147P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003148P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003149P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003150P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003151P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003152P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003153P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003154P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003155P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003156P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003157P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003158P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003159P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003160P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003161P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003162P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003163P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003164P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003165P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003166P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003167P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003168P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003169P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003170P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003171P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003172P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003173P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003174P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003175P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003176P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 003193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003201P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003202P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003203P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003204P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003205P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003206P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003207P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003208P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003209P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003210P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003211P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003212P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003213P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003214P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003215P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003216P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003217P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003218P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003219P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003220P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003221P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003222P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003223P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003224P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003252P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003253P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003254P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003255P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003256P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003257P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003258P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003259P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003260P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003261P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003262P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003263P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003264P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003265P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003266P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003267P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003268P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003269P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003270P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003271P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003272P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003273P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003274P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003275P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003276P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003277P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003278P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003279P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003280P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003281P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003282P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003283P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003284P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003285P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003286P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003287P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003288P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003289P001-1467A-003 | 003290P001-1467A-003 | 003291P001-1467A-003 | 003292P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003293P001-1467A-003 | 003294P001-1467A-003 | 003295P001-1467A-003 | 003296P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003297P001-1467A-003 | 003298P001-1467A-003 | 003299P001-1467A-003 | 003300P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003301P001-1467A-003 | 003302P001-1467A-003 | 003303P001-1467A-003 | 003304P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003305P001-1467A-003 | 003306P001-1467A-003 | 003307P001-1467A-003 | 003308P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003309P001-1467A-003 | 003310P001-1467A-003 | 003311P001-1467A-003 | 003312P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003313P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003314P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003315P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003316P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003317P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003318P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003319P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003320P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003321P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003322P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003323P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003324P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003325P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003326P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003327P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003328P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003329P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003330P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003331P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003332P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003333P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003334P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003335P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003336P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003337P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003338P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003339P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003340P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003341P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003342P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003343P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003344P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003345P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003346P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003347P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003348P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003349P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003350P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003351P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003352P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003353P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003354P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003355P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003356P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003357P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003358P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003359P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003360P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003361P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003362P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003363P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003364P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003365P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003366P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003367P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003368P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003369P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003370P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003371P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003372P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003373P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003374P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003375P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003376P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003377P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003378P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003379P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003380P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003381P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003382P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003383P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003384P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

003385P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003386P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003387P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003388P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003389P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003390P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003391P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003392P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003393P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003394P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003395P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003396P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003397P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003398P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003399P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003400P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003401P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003402P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003403P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003404P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003405P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003406P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003407P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003408P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| 003409P001-1467A-003 | 003410P001-1467A-003 | 003411P001-1467A-003 | 003412P001-1467A-003 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003413P001-1467A-003 | 003414P001-1467A-003 | 003415P001-1467A-003 | 003416P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003417P001-1467A-003 | 003418P001-1467A-003 | 003419P001-1467A-003 | 003420P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003421P001-1467A-003 | 003422P001-1467A-003 | 003423P001-1467A-003 | 003424P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003425P001-1467A-003 | 003426P001-1467A-003 | 003427P001-1467A-003 | 003428P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003429P001-1467A-003 | 003430P001-1467A-003 | 003431P001-1467A-003 | 003432P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003433P001-1467A-003 | 003434P001-1467A-003 | 003435P001-1467A-003 | 003436P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003437P001-1467A-003 | 003438P001-1467A-003 | 003439P001-1467A-003 | 003440P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003441P001-1467A-003 | 003442P001-1467A-003 | 003443P001-1467A-003 | 003444P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003445P001-1467A-003 | 003446P001-1467A-003 | 003447P001-1467A-003 | 003448P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003449P001-1467A-003 | 003450P001-1467A-003 | 003451P001-1467A-003 | 003452P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003453P001-1467A-003 | 003454P001-1467A-003 | 003455P001-1467A-003 | 003456P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003457P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003458P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003459P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003460P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003461P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003462P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003463P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003464P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003465P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003466P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003467P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003468P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003469P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003470P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003471P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003472P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003473P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003474P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003475P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003476P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003477P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003478P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003479P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003480P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003481P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003482P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003483P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003484P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003485P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003486P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003487P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003488P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003489P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003490P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003491P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003492P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003493P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003494P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003495P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003496P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003497P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003498P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003499P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003500P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003501P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003502P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003503P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003504P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003505P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003506P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003507P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003508P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003509P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003510P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003511P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003512P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003513P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003514P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003515P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003516P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003517P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003518P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003519P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003520P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003521P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003522P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003523P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003524P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003525P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003526P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003527P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003528P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003529P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003530P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003531P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003532P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003533P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003534P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003535P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003536P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003537P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003538P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003539P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003540P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003541P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003542P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003543P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003544P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003545P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003546P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003547P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003548P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003549P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003550P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003551P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003552P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003553P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003554P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003555P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003556P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003557P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003558P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003559P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003560P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003561P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003562P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003563P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003564P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003565P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003566P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003567P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003568P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003569P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003570P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003571P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003572P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003573P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003574P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003575P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003576P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003577P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003578P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003579P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003580P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003581P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003582P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003583P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003584P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003585P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003586P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003587P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003588P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003589P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003590P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003591P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003592P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003593P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003594P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003595P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003596P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003597P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003598P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003599P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003600P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003601P001-1467A-003 | 003602P001-1467A-003 | 003603P001-1467A-003 | 003604P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003605P001-1467A-003 | 003606P001-1467A-003 | 003607P001-1467A-003 | 003608P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003609P001-1467A-003 | 003610P001-1467A-003 | 003611P001-1467A-003 | 003612P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003613P001-1467A-003 | 003614P001-1467A-003 | 003615P001-1467A-003 | 003616P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003617P001-1467A-003 | 003618P001-1467A-003 | 003619P001-1467A-003 | 003620P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003621P001-1467A-003 | 003622P001-1467A-003 | 003623P001-1467A-003 | 003624P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003625P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003626P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003627P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003628P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003629P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003630P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003631P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003632P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003633P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003634P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003635P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003636P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003637P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003638P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003639P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003640P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003641P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003642P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003643P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003644P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003645P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003646P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003647P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003648P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003649P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003650P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003651P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003652P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003653P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003654P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003655P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003656P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003665P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003666P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003667P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003668P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003669P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003670P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003671P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003672P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003673P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003674P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003675P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003676P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003677P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003678P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003679P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003680P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003681P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003682P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003683P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003684P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003685P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003686P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003687P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003688P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003689P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003690P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003691P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003692P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003693P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003694P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003695P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003696P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 003697P001-1467A-003 | 003698P001-1467A-003 | 003699P001-1467A-003 | 003700P001-1467A-003 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003701P001-1467A-003 | 003702P001-1467A-003 | 003703P001-1467A-003 | 003704P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003705P001-1467A-003 | 003706P001-1467A-003 | 003707P001-1467A-003 | 003708P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003709P001-1467A-003 | 003710P001-1467A-003 | 003711P001-1467A-003 | 003712P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003713P001-1467A-003 | 003714P001-1467A-003 | 003715P001-1467A-003 | 003716P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003717P001-1467A-003 | 003718P001-1467A-003 | 003719P001-1467A-003 | 003720P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003721P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003722P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003723P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003724P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003725P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003726P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003727P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003728P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003729P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003730P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003731P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003732P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003733P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003734P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003735P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003736P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003737P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003738P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003739P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003740P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003741P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003742P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003743P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003744P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003745P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003746P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003747P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003748P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003749P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003750P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003751P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003752P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003753P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003754P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003755P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003756P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003757P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003758P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003759P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003760P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003761P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003762P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003763P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003764P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003765P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003766P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003767P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003768P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003769P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003770P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003771P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003772P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003773P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003774P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003775P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003776P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003777P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003778P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003779P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003780P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003781P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003782P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003783P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003784P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003785P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003786P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003787P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003788P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003789P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003790P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003791P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003792P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003793P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003794P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003795P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003796P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003797P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003798P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003799P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003800P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003801P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003802P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003803P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003804P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003805P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003806P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003807P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003808P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003809P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003810P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003811P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003812P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003813P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003814P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003815P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003816P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003817P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003818P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003819P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003820P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003821P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003822P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003823P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003824P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003841P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003842P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003843P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003844P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003845P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003846P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003847P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003848P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003849P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003850P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003851P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003852P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003853P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003854P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003855P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003856P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003857P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003858P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003859P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003860P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003861P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003862P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003863P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003864P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003873P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003874P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003875P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003876P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003877P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003878P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003879P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003880P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003881P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003882P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003883P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003884P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003885P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003886P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003887P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003888P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003889P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003890P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003891P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003892P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003893P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003894P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003895P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003896P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003897P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003898P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003899P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003900P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003901P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003902P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003903P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003904P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003905P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003906P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003907P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003908P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003909P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003910P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003911P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003912P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003913P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003914P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003915P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003916P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003917P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003918P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003919P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003920P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003921P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003922P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003923P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003924P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003925P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003926P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003927P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003928P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003929P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003930P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003931P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003932P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003933P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003934P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003935P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003936P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003937P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003938P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003939P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003940P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003941P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003942P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003943P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003944P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003945P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003946P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003947P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003948P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003949P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003950P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003951P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003952P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003961P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003962P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003963P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003964P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003965P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003966P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003967P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003968P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003969P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003970P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003971P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003972P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003973P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003974P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003975P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003976P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003977P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003978P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003979P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003980P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003981P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003982P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003983P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003984P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 003985P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003986P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003987P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003988P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003989P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003990P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003991P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003992P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003993P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003994P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003995P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003996P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003997P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003998P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003999P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004000P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004001P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004005P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004009P001-1467A-003 | 004010P001-1467A-003 | 004011P001-1467A-003 | 004012P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004013P001-1467A-003 | 004014P001-1467A-003 | 004015P001-1467A-003 | 004016P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004017P001-1467A-003 | 004018P001-1467A-003 | 004019P001-1467A-003 | 004020P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004021P001-1467A-003 | 004022P001-1467A-003 | 004023P001-1467A-003 | 004024P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004025P001-1467A-003 | 004026P001-1467A-003 | 004027P001-1467A-003 | 004028P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004029P001-1467A-003 | 004030P001-1467A-003 | 004031P001-1467A-003 | 004032P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004033P001-1467A-003 | 004034P001-1467A-003 | 004035P001-1467A-003 | 004036P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004037P001-1467A-003 | 004038P001-1467A-003 | 004039P001-1467A-003 | 004040P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004041P001-1467A-003 | 004042P001-1467A-003 | 004043P001-1467A-003 | 004044P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004045P001-1467A-003 | 004046P001-1467A-003 | 004047P001-1467A-003 | 004048P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004049P001-1467A-003 | 004050P001-1467A-003 | 004051P001-1467A-003 | 004052P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004053P001-1467A-003 | 004054P001-1467A-003 | 004055P001-1467A-003 | 004056P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

004081P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004082P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004083P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004084P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004085P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004086P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004087P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004088P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004089P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004090P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004091P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004092P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004093P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004094P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004095P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004096P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004097P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004098P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004099P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004100P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004101P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004102P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004103P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004104P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004105P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004106P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004107P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004108P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004109P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004110P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004111P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004112P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004113P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004114P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004115P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004116P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004117P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004118P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004119P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004120P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004121P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004122P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004123P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004124P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004125P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004126P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004127P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004128P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004129P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004130P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004131P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004132P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004133P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004134P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004135P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004136P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004137P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004138P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004139P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004140P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004141P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004142P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004143P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004144P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004145P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004146P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004147P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004148P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004149P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004150P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004151P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004152P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004153P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004154P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004155P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004156P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004157P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004158P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004159P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004160P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004161P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004162P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004163P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004164P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004165P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004166P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004167P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004168P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004169P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004170P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004171P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004172P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004173P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004174P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004175P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004176P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004201P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004202P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004203P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004204P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004205P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004206P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004207P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004208P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004209P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004210P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004211P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004212P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004213P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004214P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004215P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004216P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004217P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004218P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004219P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004220P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004221P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004222P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004223P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004224P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004252P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004253P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004254P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004255P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004256P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004257P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004258P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004259P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004260P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004261P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004262P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004263P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004264P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004265P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004266P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004267P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004268P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004269P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004270P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004271P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004272P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004273P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004274P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004275P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004276P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004277P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004278P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004279P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004280P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004281P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004282P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004283P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004284P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004285P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004286P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004287P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004288P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004289P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004290P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004291P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004292P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004293P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004294P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004295P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004296P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004297P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004298P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004299P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004300P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004301P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004302P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004303P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004304P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004305P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004306P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004307P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004308P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004309P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004310P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004311P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004312P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004313P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004314P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004315P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004316P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004317P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004318P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004319P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004320P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004321P001-1467A-003 | 004322P001-1467A-003 | 004323P001-1467A-003 | 004324P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004325P001-1467A-003 | 004326P001-1467A-003 | 004327P001-1467A-003 | 004328P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004329P001-1467A-003 | 004330P001-1467A-003 | 004331P001-1467A-003 | 004332P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004333P001-1467A-003 | 004334P001-1467A-003 | 004335P001-1467A-003 | 004336P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004337P001-1467A-003 | 004338P001-1467A-003 | 004339P001-1467A-003 | 004340P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004341P001-1467A-003 | 004342P001-1467A-003 | 004343P001-1467A-003 | 004344P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004345P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004346P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004347P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004348P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004349P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004350P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004351P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004352P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004353P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004354P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004355P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004356P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004357P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004358P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004359P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004360P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004361P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004362P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004363P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004364P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004365P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004366P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004367P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004368P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004369P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004370P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004371P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004372P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004373P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004374P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004375P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004376P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004377P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004378P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004379P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004380P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004381P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004382P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004383P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004384P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004385P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004386P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004387P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004388P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004389P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004390P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004391P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004392P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004393P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004394P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004395P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004396P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004397P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004398P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004399P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004400P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004401P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004402P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004403P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004404P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004405P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004406P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004407P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004408P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004409P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004410P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004411P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004412P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004413P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004414P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004415P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004416P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004417P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004418P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004419P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004420P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004421P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004422P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004423P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004424P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004425P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004426P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004427P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004428P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004429P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004430P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004431P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004432P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004433P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004434P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004435P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004436P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004437P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004438P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004439P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004440P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004441P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004442P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004443P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004444P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004445P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004446P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004447P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004448P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004449P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004450P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004451P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004452P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004453P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004454P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004455P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004456P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004457P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004458P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004459P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004460P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004461P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004462P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004463P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004464P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004465P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004466P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004467P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004468P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004469P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004470P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004471P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004472P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004473P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004474P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004475P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004476P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004477P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004478P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004479P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004480P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004481P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004482P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004483P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004484P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004485P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004486P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004487P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004488P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

　　　　　　　　　　　　　　　　　　　　　11/12/2020 06:31:14 PM

004489P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004490P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004491P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004492P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004493P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004494P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004495P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004496P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004497P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004498P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004499P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004500P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004501P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004502P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004503P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004504P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004505P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004506P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004507P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004508P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004509P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004510P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004511P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004512P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

004513P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004514P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004515P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004516P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004517P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004518P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004519P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004520P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004521P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004522P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004523P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004524P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004525P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004526P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004527P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004528P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004529P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004530P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004531P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004532P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004533P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004534P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004535P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004536P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004537P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004538P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004539P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004540P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004541P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004542P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004543P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004544P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004545P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004546P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004547P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004548P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004549P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004550P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004551P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004552P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004553P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004554P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004555P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004556P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004557P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004558P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004559P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004560P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 004561P001-1467A-003 | 004562P001-1467A-003 | 004563P001-1467A-003 | 004564P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004565P001-1467A-003 | 004566P001-1467A-003 | 004567P001-1467A-003 | 004568P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004569P001-1467A-003 | 004570P001-1467A-003 | 004571P001-1467A-003 | 004572P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004573P001-1467A-003 | 004574P001-1467A-003 | 004575P001-1467A-003 | 004576P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004577P001-1467A-003 | 004578P001-1467A-003 | 004579P001-1467A-003 | 004580P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004581P001-1467A-003 | 004582P001-1467A-003 | 004583P001-1467A-003 | 004584P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004585P001-1467A-003 | 004586P001-1467A-003 | 004587P001-1467A-003 | 004588P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004589P001-1467A-003 | 004590P001-1467A-003 | 004591P001-1467A-003 | 004592P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004593P001-1467A-003 | 004594P001-1467A-003 | 004595P001-1467A-003 | 004596P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004597P001-1467A-003 | 004598P001-1467A-003 | 004599P001-1467A-003 | 004600P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004601P001-1467A-003 | 004602P001-1467A-003 | 004603P001-1467A-003 | 004604P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004605P001-1467A-003 | 004606P001-1467A-003 | 004607P001-1467A-003 | 004608P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| 004609P001-1467A-003 | 004610P001-1467A-003 | 004611P001-1467A-003 | 004612P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004613P001-1467A-003 | 004614P001-1467A-003 | 004615P001-1467A-003 | 004616P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004617P001-1467A-003 | 004618P001-1467A-003 | 004619P001-1467A-003 | 004620P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004621P001-1467A-003 | 004622P001-1467A-003 | 004623P001-1467A-003 | 004624P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004625P001-1467A-003 | 004626P001-1467A-003 | 004627P001-1467A-003 | 004628P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004629P001-1467A-003 | 004630P001-1467A-003 | 004631P001-1467A-003 | 004632P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004633P001-1467A-003 | 004634P001-1467A-003 | 004635P001-1467A-003 | 004636P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004637P001-1467A-003 | 004638P001-1467A-003 | 004639P001-1467A-003 | 004640P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004641P001-1467A-003 | 004642P001-1467A-003 | 004643P001-1467A-003 | 004644P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004645P001-1467A-003 | 004646P001-1467A-003 | 004647P001-1467A-003 | 004648P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004649P001-1467A-003 | 004650P001-1467A-003 | 004651P001-1467A-003 | 004652P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004653P001-1467A-003 | 004654P001-1467A-003 | 004655P001-1467A-003 | 004656P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004665P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004666P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004667P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004668P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004669P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004670P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004671P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004672P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004673P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004674P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004675P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004676P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004677P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004678P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004679P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004680P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 004681P001-1467A-003 | 004682P001-1467A-003 | 004683P001-1467A-003 | 004684P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004685P001-1467A-003 | 004686P001-1467A-003 | 004687P001-1467A-003 | 004688P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004689P001-1467A-003 | 004690P001-1467A-003 | 004691P001-1467A-003 | 004692P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004693P001-1467A-003 | 004694P001-1467A-003 | 004695P001-1467A-003 | 004696P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004697P001-1467A-003 | 004698P001-1467A-003 | 004699P001-1467A-003 | 004700P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004701P001-1467A-003 | 004702P001-1467A-003 | 004703P001-1467A-003 | 004704P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004705P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004706P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004707P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004708P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004709P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004710P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004711P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004712P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004713P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004714P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004715P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004716P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004717P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004718P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004719P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004720P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004721P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004722P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004723P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004724P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004725P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004726P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004727P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004728P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004729P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004730P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004731P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004732P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004733P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004734P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004735P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004736P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004737P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004738P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004739P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004740P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004741P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004742P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004743P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004744P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004745P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004746P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004747P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004748P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004749P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004750P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004751P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004752P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| 004753P001-1467A-003 | 004754P001-1467A-003 | 004755P001-1467A-003 | 004756P001-1467A-003 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004757P001-1467A-003 | 004758P001-1467A-003 | 004759P001-1467A-003 | 004760P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004761P001-1467A-003 | 004762P001-1467A-003 | 004763P001-1467A-003 | 004764P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004765P001-1467A-003 | 004766P001-1467A-003 | 004767P001-1467A-003 | 004768P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004769P001-1467A-003 | 004770P001-1467A-003 | 004771P001-1467A-003 | 004772P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004773P001-1467A-003 | 004774P001-1467A-003 | 004775P001-1467A-003 | 004776P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004777P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004778P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004779P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004780P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004781P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004782P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004783P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004784P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004785P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004786P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004787P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004788P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004789P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004790P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004791P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004792P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004793P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004794P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004795P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004796P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004797P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004798P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004799P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004800P001-1467A-003 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004801P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004802P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004803P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004804P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004805P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004806P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004807P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004808P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004809P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004810P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004811P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004812P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004813P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004814P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004815P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004816P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004817P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004818P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004819P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004820P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004821P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004822P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004823P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004824P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004841P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004842P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004843P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004844P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004845P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004846P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004847P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004848P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004849P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004850P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004851P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004852P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004853P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004854P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004855P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004856P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004857P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004858P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004859P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004860P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004861P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004862P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004863P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004864P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004873P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004874P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004875P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004876P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004877P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004878P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004879P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004880P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004881P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004882P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004883P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004884P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004885P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004886P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004887P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004888P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004889P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004890P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004891P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004892P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004893P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004894P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004895P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004896P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004897P001-1467A-003 | 004898P001-1467A-003 | 004899P001-1467A-003 | 004900P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004901P001-1467A-003 | 004902P001-1467A-003 | 004903P001-1467A-003 | 004904P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004905P001-1467A-003 | 004906P001-1467A-003 | 004907P001-1467A-003 | 004908P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004909P001-1467A-003 | 004910P001-1467A-003 | 004911P001-1467A-003 | 004912P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004913P001-1467A-003 | 004914P001-1467A-003 | 004915P001-1467A-003 | 004916P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004917P001-1467A-003 | 004918P001-1467A-003 | 004919P001-1467A-003 | 004920P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

004921P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004922P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004923P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004924P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004925P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004926P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004927P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004928P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004929P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004930P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004931P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004932P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004933P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004934P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004935P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004936P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004937P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004938P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004939P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004940P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004941P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004942P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004943P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004944P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 004945P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004946P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004947P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004948P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004949P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004950P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004951P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004952P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004961P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004962P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004963P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004964P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004965P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004966P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004967P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004968P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004969P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004970P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004971P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004972P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004973P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004974P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004975P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004976P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004977P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004978P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004979P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004980P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004981P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004982P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004983P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004984P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004985P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004986P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004987P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004988P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004989P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004990P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004991P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004992P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004993P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004994P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004995P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004996P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004997P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004998P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004999P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005000P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005001P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005005P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005009P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005010P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005011P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005012P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005013P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005014P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005015P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005016P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

005017P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005018P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005019P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005020P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005021P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005022P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005023P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005024P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005025P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005026P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005027P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005028P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005029P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005030P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005031P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005032P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005033P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005034P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005035P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005036P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005037P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005038P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005039P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005040P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005041P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005042P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005043P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005044P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005045P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005046P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005047P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005048P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005049P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005050P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005051P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005052P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005053P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005054P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005055P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005056P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005081P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005082P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005083P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005084P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005085P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005086P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005087P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005088P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005089P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005090P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005091P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005092P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005093P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005094P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005095P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005096P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005097P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005098P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005099P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005100P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005101P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005102P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005103P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005104P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005105P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005106P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005107P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005108P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005109P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005110P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005111P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005112P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005113P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005114P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005115P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005116P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005117P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005118P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005119P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005120P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005121P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005122P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005123P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005124P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005125P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005126P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005127P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005128P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005129P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005130P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005131P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005132P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005133P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005134P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005135P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005136P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 005137P001-1467A-003 | 005138P001-1467A-003 | 005139P001-1467A-003 | 005140P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005141P001-1467A-003 | 005142P001-1467A-003 | 005143P001-1467A-003 | 005144P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005145P001-1467A-003 | 005146P001-1467A-003 | 005147P001-1467A-003 | 005148P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005149P001-1467A-003 | 005150P001-1467A-003 | 005151P001-1467A-003 | 005152P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005153P001-1467A-003 | 005154P001-1467A-003 | 005155P001-1467A-003 | 005156P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005157P001-1467A-003 | 005158P001-1467A-003 | 005159P001-1467A-003 | 005160P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005161P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005162P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005163P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005164P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005165P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005166P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005167P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005168P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005169P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005170P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005171P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005172P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005173P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005174P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005175P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005176P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005193P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005194P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005195P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005196P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005197P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005198P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005199P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005200P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005201P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005202P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005203P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005204P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005205P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005206P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005207P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005208P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005209P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005210P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005211P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005212P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005213P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005214P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005215P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005216P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005217P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005218P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005219P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005220P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005221P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005222P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005223P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005224P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005252P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005253P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005254P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005255P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005256P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005257P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005258P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005259P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005260P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005261P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005262P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005263P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005264P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005265P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005266P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005267P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005268P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005269P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005270P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005271P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005272P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005273P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005274P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005275P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005276P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005277P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005278P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005279P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005280P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005281P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005282P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005283P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005284P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005285P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005286P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005287P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005288P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005289P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005290P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005291P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005292P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005293P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005294P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005295P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005296P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005297P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005298P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005299P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005300P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005301P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005302P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005303P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005304P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005305P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005306P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005307P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005308P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005309P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005310P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005311P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005312P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005313P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005314P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005315P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005316P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005317P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005318P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005319P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005320P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005321P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005322P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005323P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005324P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005325P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005326P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005327P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005328P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005329P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005330P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005331P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005332P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005333P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005334P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005335P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005336P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005337P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005338P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005339P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005340P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005341P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005342P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005343P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005344P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005345P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005346P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005347P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005348P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005349P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005350P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005351P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005352P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005353P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005354P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005355P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005356P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005357P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005358P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005359P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005360P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005361P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005362P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005363P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005364P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005365P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005366P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005367P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005368P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005369P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005370P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005371P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005372P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005373P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005374P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005375P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005376P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005377P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005378P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005379P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005380P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005381P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005382P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005383P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005384P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005385P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005386P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005387P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005388P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005389P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005390P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005391P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005392P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005393P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005394P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005395P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005396P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005397P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005398P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005399P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005400P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005401P001-1467A-003 | 005402P001-1467A-003 | 005403P001-1467A-003 | 005404P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005405P001-1467A-003 | 005406P001-1467A-003 | 005407P001-1467A-003 | 005408P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005409P001-1467A-003 | 005410P001-1467A-003 | 005411P001-1467A-003 | 005412P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005413P001-1467A-003 | 005414P001-1467A-003 | 005415P001-1467A-003 | 005416P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005417P001-1467A-003 | 005418P001-1467A-003 | 005419P001-1467A-003 | 005420P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005421P001-1467A-003 | 005422P001-1467A-003 | 005423P001-1467A-003 | 005424P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005425P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005426P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005427P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005428P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005429P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005430P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005431P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005432P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005433P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005434P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005435P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005436P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005437P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005438P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005439P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005440P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005441P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005442P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005443P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005444P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005445P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005446P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005447P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005448P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005449P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005450P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005451P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005452P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005453P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005454P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005455P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005456P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005457P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005458P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005459P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005460P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005461P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005462P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005463P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005464P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005465P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005466P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005467P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005468P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005469P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005470P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005471P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005472P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005473P001-1467A-003 | 005474P001-1467A-003 | 005475P001-1467A-003 | 005476P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005477P001-1467A-003 | 005478P001-1467A-003 | 005479P001-1467A-003 | 005480P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005481P001-1467A-003 | 005482P001-1467A-003 | 005483P001-1467A-003 | 005484P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005485P001-1467A-003 | 005486P001-1467A-003 | 005487P001-1467A-003 | 005488P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005489P001-1467A-003 | 005490P001-1467A-003 | 005491P001-1467A-003 | 005492P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005493P001-1467A-003 | 005494P001-1467A-003 | 005495P001-1467A-003 | 005496P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005497P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005498P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005499P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005500P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005501P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005502P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005503P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005504P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005505P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005506P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005507P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005508P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005509P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005510P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005511P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005512P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005513P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005514P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005515P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005516P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005517P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005518P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005519P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005520P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005521P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005522P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005523P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005524P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005525P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005526P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005527P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005528P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005529P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005530P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005531P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005532P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005533P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005534P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005535P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005536P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005537P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005538P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005539P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005540P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005541P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005542P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005543P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005544P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005545P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005546P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005547P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005548P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005549P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005550P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005551P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005552P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005553P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005554P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005555P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005556P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005557P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005558P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005559P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005560P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005561P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005562P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005563P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005564P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005565P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005566P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005567P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005568P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005569P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005570P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005571P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005572P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005573P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005574P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005575P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005576P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005577P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005578P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005579P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005580P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005581P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005582P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005583P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005584P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005585P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005586P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005587P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005588P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005589P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005590P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005591P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005592P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005593P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005594P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005595P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005596P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005597P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005598P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005599P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005600P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005601P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005602P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005603P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005604P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005605P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005606P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005607P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005608P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005609P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005610P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005611P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005612P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005613P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005614P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005615P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005616P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005617P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005618P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005619P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005620P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005621P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005622P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005623P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005624P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005625P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005626P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005627P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005628P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005629P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005630P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005631P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005632P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005633P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005634P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005635P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005636P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005637P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005638P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005639P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005640P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005641P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005642P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005643P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005644P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005645P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005646P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005647P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005648P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005649P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005650P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005651P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005652P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005653P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005654P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005655P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005656P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005657P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005658P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005659P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005660P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005661P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005662P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005663P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005664P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005665P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005666P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005667P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005668P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005669P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005670P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005671P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005672P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005673P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005674P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005675P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005676P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005677P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005678P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005679P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005680P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005681P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005682P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005683P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005684P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005685P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005686P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005687P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005688P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005689P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005690P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005691P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005692P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005693P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005694P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005695P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005696P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005697P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005698P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005699P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005700P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005701P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005702P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005703P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005704P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005705P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005706P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005707P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005708P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005709P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005710P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005711P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005712P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

005713P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005714P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005715P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005716P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005717P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005718P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005719P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005720P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005721P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005722P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005723P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005724P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005725P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005726P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005727P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005728P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005729P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005730P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005731P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005732P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005733P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005734P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005735P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005736P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005737P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005738P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005739P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005740P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005741P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005742P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005743P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005744P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005745P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005746P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005747P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005748P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005749P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005750P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005751P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005752P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005753P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005754P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005755P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005756P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005757P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005758P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005759P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005760P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005761P001-1467A-003 | 005762P001-1467A-003 | 005763P001-1467A-003 | 005764P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005765P001-1467A-003 | 005766P001-1467A-003 | 005767P001-1467A-003 | 005768P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005769P001-1467A-003 | 005770P001-1467A-003 | 005771P001-1467A-003 | 005772P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005773P001-1467A-003 | 005774P001-1467A-003 | 005775P001-1467A-003 | 005776P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005777P001-1467A-003 | 005778P001-1467A-003 | 005779P001-1467A-003 | 005780P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005781P001-1467A-003 | 005782P001-1467A-003 | 005783P001-1467A-003 | 005784P001-1467A-003 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005785P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005786P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005787P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005788P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005789P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005790P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005791P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005792P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005793P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005794P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005795P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005796P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005797P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005798P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005799P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005800P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005801P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005802P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005803P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005804P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005805P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005806P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005807P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005808P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005809P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005810P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005811P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005812P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005813P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005814P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005815P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005816P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005817P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005818P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005819P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005820P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005821P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005822P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005823P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005824P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005825P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005826P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005827P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005828P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005829P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005830P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005831P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005832P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005833P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005834P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005835P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005836P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005837P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005838P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005839P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005840P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005841P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005842P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005843P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005844P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005845P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005846P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005847P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005848P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005849P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005850P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005851P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005852P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005853P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005854P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005855P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005856P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005857P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005858P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005859P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005860P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005861P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005862P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005863P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005864P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005865P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005866P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005867P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005868P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005869P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005870P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005871P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005872P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005873P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005874P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005875P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005876P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005877P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005878P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005879P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005880P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 005881P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005882P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005883P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005884P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005885P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005886P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005887P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005888P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005889P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005890P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005891P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005892P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005893P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005894P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005895P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005896P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005897P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005898P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005899P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005900P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005901P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005902P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005903P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005904P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

005905P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005906P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005907P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005908P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005909P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005910P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005911P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005912P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005913P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005914P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005915P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005916P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005917P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005918P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005919P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005920P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005921P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005922P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005923P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005924P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005925P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005926P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005927P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005928P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005929P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005930P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005931P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005932P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005933P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005934P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005935P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005936P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005937P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005938P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005939P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005940P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005941P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005942P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005943P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005944P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005945P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005946P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005947P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005948P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005949P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005950P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005951P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005952P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005953P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005954P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005955P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005956P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005957P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005958P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005959P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005960P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005961P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005962P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005963P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005964P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005965P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005966P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005967P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005968P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005969P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005970P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005971P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005972P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005973P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005974P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005975P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005976P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005977P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005978P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005979P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005980P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005981P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005982P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005983P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005984P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005985P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005986P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005987P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005988P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005989P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005990P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005991P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005992P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005993P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005994P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005995P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005996P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005997P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005998P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005999P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006000P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006001P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006002P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006003P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006004P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006005P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006006P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006007P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006008P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006009P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006010P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006011P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006012P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006013P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006014P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006015P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006016P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006017P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006018P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006019P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006020P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006021P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006022P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006023P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006024P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006025P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006026P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006027P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006028P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006029P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006030P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006031P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006032P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006033P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006034P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006035P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006036P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006037P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006038P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006039P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006040P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006041P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006042P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006043P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006044P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006045P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006046P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006047P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006048P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006049P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006050P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006051P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006052P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006053P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006054P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006055P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006056P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006057P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006058P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006059P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006060P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006061P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006062P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006063P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006064P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006065P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006066P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006067P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006068P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006069P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006070P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006071P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006072P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006073P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006074P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006075P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006076P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006077P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006078P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006079P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006080P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006081P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006082P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006083P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006084P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006085P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006086P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006087P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006088P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006089P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006090P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006091P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006092P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006093P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006094P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006095P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006096P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

006097P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006098P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006099P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006100P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006101P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006102P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006103P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006104P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006105P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006106P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006107P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006108P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006109P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006110P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006111P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006112P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006113P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006114P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006115P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006116P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006117P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006118P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006119P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006120P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/12/2020 06:31:14 PM

| | | | |
|---|---|---|---|
| 006121P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006122P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006123P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006124P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006125P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006126P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006127P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006128P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006129P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006130P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006131P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006132P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006133P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006134P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006135P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006136P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006137P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006138P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006139P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006140P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006141P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006142P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006143P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006144P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006145P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006146P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006147P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006148P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006149P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006150P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006151P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006152P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006153P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006154P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006155P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006156P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006157P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006158P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006159P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006160P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006161P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006162P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006163P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006164P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006165P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006166P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006167P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006168P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006169P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006170P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006171P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006172P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006173P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006174P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006175P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006176P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006177P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006178P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006179P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006180P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006181P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006182P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006183P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006184P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006185P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006186P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006187P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006188P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006189P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006190P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006191P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006192P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

006193P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006194P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006195P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006196P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006197P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006198P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006199P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006200P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006201P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006202P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006203P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006204P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006205P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006206P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006207P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006208P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006209P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006210P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006211P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006212P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006213P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006214P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006215P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006216P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006217P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006218P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006219P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006220P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006221P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006222P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006223P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006224P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006225P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006226P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006227P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006228P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006229P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006230P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006231P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006232P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006233P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006234P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006235P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006236P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006237P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006238P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006239P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006240P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006241P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006242P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006243P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006244P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006245P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006246P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006247P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006248P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006249P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006250P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006251P001-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006252P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006253P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006254P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006255P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006256P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006257P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006258P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006259P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006260P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006261P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006262P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006263P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006264P002-1467A-003<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/12/2020 06:31:14 PM

006339P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006340P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006341P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006342P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006343P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006344P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006345P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006346P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006347P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006348P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006349P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006350P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006351P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006352P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006353P001-1467A-003
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed :  **6279**