**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. DRC, acting under my supervision, caused to be served the following documents:

   a) Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases (Docket No. 3);

   b) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties By E-Mail (III) Authorizing Debtors to Redact Or Withhold Publication of Certain Personal Identification Information, and (IV) Granting Related Relief (Docket No. 6);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

c) Motion of Debtors for Entry Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; and (IV) Granting Related Relief (Docket No. 7);

d) Debtors' Motion for Entry of Order (I) Restating and Enforcing Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of Bankruptcy Code, (II) Permitting Debtors to Modify Automatic Stay, (III) Approving Form and Manner of Notice, and (IV) Granting Related Relief (Docket No. 8);

e) Debtors' Application for Entry of Order, Pursuant to 28 U.S.C. § 156 (c), Authorizing Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for Debtors, Nunc Pro Tunc to Petition Date (Docket No. 9);

f) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief (Docket No. 10);

g) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief (Docket No. 11);

h) Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions (Docket No. 12);

i) Declaration of Drew McManigle, Founder and Chief Executive Officer, Macco Restructuring Group, LLC (Docket No. 16);

j) Order Granting Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases (Docket No. 27);

k) Order Authorizing Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for Debtors, Nunc Pro Tunc to Petition Date (Docket No. 28);

l) Order (I) Confirming Worldwide Automatic Stay, Certain Antidiscrimination Provisions, and Certain Ipso Facto Protections of Bankruptcy Code, (II) Approving Form and Manner of Notice, and (III) Granting Related Relief (Docket No. 32);

    m) Certification of Counsel Tendering Competing Orders Regarding Order (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties By Email (III) Authorizing Debtors to Redact Or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief (Docket No. 33);

    n) Notice of Entry of (1) Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Sections 345(b) of Bankruptcy Code; and (IV) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 35);

    o) Notice of Entry of (1) Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties By E-Mail, (III) Authorizing Debtors to Redact Or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 36);

    p) Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 37);

    q) Notice of (1) Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith and (2) Final Hearing Thereon (Docket No. 38); and

    r) Notice of Entry of (1) Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief and (2) Final Hearing Thereon (Docket No. 39),

on the 11th day of November, 2020, via electronic mail upon the parties as set forth on Exhibit 1, and on the 12th day of November, 2020, via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

4. DRC, acting under my supervision, caused to be served the following documents:

   a) Motion of Debtors for Entry Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; and (IV) Granting Related Relief (Docket No. 7);

   b) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief (Docket No. 10);

   c) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief (Docket No. 11);

   d) Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions (Docket No. 12);

   e) Declaration of Drew McManigle, Founder and Chief Executive Officer, Macco Restructuring Group, LLC (Docket No. 16);

   f) Notice of Entry of (1) Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Sections 345(b) of Bankruptcy Code; and (IV) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 35);

   g) Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 37); and

   h) Notice of Entry of (1) Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief and (2) Final Hearing Thereon (Docket No. 39),

on the 11th day of November, 2020, via electronic mail upon the parties as set forth on Exhibit 3, and on the 12th day of November, 2020, via First Class US Mail upon the parties as set forth on Exhibit 4, attached hereto.

5. DRC, acting under my supervision, caused to be served the following documents:

   a) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief (Docket No. 10);

   b) Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions (Docket No. 12);

   c) Declaration of Drew McManigle, Founder and Chief Executive Officer, Macco Restructuring Group, LLC (Docket No. 16); and

   d) Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief; and (2) Final Hearing Thereon (Docket No. 37),

   on the 12th day of November, 2020, via First Class US Mail upon the parties as set forth on Exhibit 5, attached hereto.

6. On the 12th day of November, 2020, DRC, acting under my supervision, caused to be served the "*Notice of (1) Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith and (2) Final Hearing Thereon*" (Docket No. 38), via First Class US Mail upon the parties as set forth on Exhibit 6, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 13th day of November, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
13th day of November, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                                                                                         11/11/2020 06:01:56 PM

| | | | |
|---|---|---|---|
| 000036P001-1467S-002<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173 RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-002<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-002<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-002<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000044P001-1467S-002<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 006284P002-1467A-002<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016<br>LPERALTA@MCBANKNY.COM | 000024P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000026P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000030P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000034P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000039P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000043P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000050P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-002
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000052P001-1467S-002
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-002
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed : **35**

# EXHIBIT 2

# Cred Inc., et al.
## Exhibit Pages

Page # : 1 of 2                                                                                                                                           11/11/2020 05:57:20 PM

| | | | |
|---|---|---|---|
| 006283P001-1467A-002<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 | 000013P001-1467S-002<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 006285P001-1467A-002<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 | 000036P001-1467S-002<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS |
| 000014P001-1467S-002<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000008P001-1467S-002<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000004P001-1467S-002<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1467S-002<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000007P001-1467S-002<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-002<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1467S-002<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-002<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000044P001-1467S-002<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901 | 006284P002-1467A-002<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016 | 000010P001-1467S-002<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000024P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000025P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Exhibit Pages

Page # : 2 of 2                                                                                                          11/11/2020 05:57:20 PM

| | | | |
|---|---|---|---|
| 000038P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000042P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000047P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000050P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000051P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-002<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467S-002<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000012P001-1467S-002<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 |
| 000052P001-1467S-002<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939 | 000005P001-1467S-002<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1467S-002<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed :   47

# EXHIBIT 3

# Cred Inc., et al.
## Electronic Mail
## Exhibit Page

Page # : 1 of 1                                                                                                                                     11/11/2020 07:33:02 PM

| | | | |
|---|---|---|---|
| 006397P001-1467A-002A<br>EVOLVE BANK AND TRUST<br>JAMIE ROBINSON; KRISTEN KINES<br>6070 POPLAR AVE<br>STE 200<br>MEMPHIS TN 38119<br>JAMIE.ROBINSON@GETEVOLVED.COM | 006397P001-1467A-002A<br>EVOLVE BANK AND TRUST<br>JAMIE ROBINSON; KRISTEN KINES<br>6070 POPLAR AVE<br>STE 200<br>MEMPHIS TN 38119<br>KRISTEN.KINES@GETEVOLVED.COM | 006284P002-1467A-002A<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016<br>LPERALTA@MCBANKNY.COM | 006399P001-1467A-002A<br>PROVIDENT BANK<br>MEAGHAN SWEENEY; KYLE HINGHER<br>5 MARKET ST<br>AMESBURY MA 01913<br>MSWEENEY@BANKPROV.COM |
| 006399P001-1467A-002A<br>PROVIDENT BANK<br>MEAGHAN SWEENEY; KYLE HINGHER<br>5 MARKET ST<br>AMESBURY MA 01913<br>KHINGHER@BANKPROV.COM | 006398P001-1467A-002A<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>AKELLEY@SILVERGATEBANK.COM | 006398P001-1467A-002A<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>FINTECHSERVICE@SILVERGATE.COM | 006398P001-1467A-002A<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037<br>THANSON@SILVERGATEBANK.COM |

Records Printed :   8

# EXHIBIT 4

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                         11/11/2020 07:34:08 PM

| | | | |
|---|---|---|---|
| 006397P001-1467A-002A<br>EVOLVE BANK AND TRUST<br>JAMIE ROBINSON; KRISTEN KINES<br>6070 POPLAR AVE<br>STE 200<br>MEMPHIS TN 38119 | 006284P002-1467A-002A<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016 | 006399P001-1467A-002A<br>PROVIDENT BANK<br>MEAGHAN SWEENEY; KYLE HINGHER<br>5 MARKET ST<br>AMESBURY MA 01913 | 006398P001-1467A-002A<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037 |

Records Printed :   **4**

**EXHIBIT 5**

# Cred Inc., et al.
# Exhibit Page

Page # : 1 of 1                                                                                                                   11/11/2020 07:54:57 PM

| | | | |
|---|---|---|---|
| 006391P001-1467A-002B<br>AXIS INSURANCE CO<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA GA 30022 | 006393P001-1467A-002B<br>EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC<br>234 SPRING LAKE DR<br>ITASCA IL 60143 | 006390P001-1467A-002B<br>LOCKTON COMPANIES LLC<br>DBA LOCKTON INSURANCE BROKERS LLC<br>THREE EMBARCADERO CTR<br>SIXTH FL<br>SAN FRANCISCO CA 94111 | 006396P001-1467A-002B<br>ONE BEACON N/K/A INTACT INSURANCE<br>SPECIALTY SOLUTIONS<br>605 HIGHWAY 169 NORTH<br>STE 800<br>PLYMOUTH MN 55441 |
| 006392P001-1467A-002B<br>THE HARTFORD FINANCIAL SVC GROUP INC<br>690 ASYLUM AVE<br>HARTFORD CT 06155 | 006395P002-1467A-002B<br>VALIDUS SPECIALTY<br>4 WORLD TRADE CTR<br>150 GREENWICH ST 47TH FL<br>NEW YORK NY 10007 | 006394P001-1467A-002B<br>WESTERN WORLD INSURANCE GROUP<br>UNDERWRITING MANAGER -<br>FI PROFESSIONAL LIABILITY<br>4 WORLD TRADE CTR<br>150 GREENWICH ST 47TH FL<br>NEW YORK NY 10007 | |

Records Printed :   7

# EXHIBIT 6

# Cred Inc., et al.
# Exhibit Page

Page # : 1 of 1                                                                                                   11/11/2020 08:00:05 PM

| | | |
|---|---|---|
| 006267P002-1467A-002C<br>2112 SEC TT LLC<br>SCANLANKEMPERBARD COMPANIES LLC<br>ATTN: ASSET MANAGER, TOWER PLAZA<br>222 SW COLUMBIA ST STE 700<br>PORTLAND OR 97201 | 006267S001-1467A-002C<br>2112 SEC TT LLC<br>SCHWABE WILLIAMSON & WYATT, P.C.<br>JOHN GUINASSO<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE, STE 1700<br>PORTLAND OR 97204 | 006268P001-1467A-002C<br>DOUGLAS EMMETT 2016 LLC<br>DOUGLAS EMMETT MANAGEMENT LLC<br>DIRECTOR OF PROPERTY MANAGEMENT<br>1299 OCEAN AVE<br>STE 1000<br>SANTA MONICA CA 90401 |

Records Printed :   3