# Exhibit C

**Schatt Declaration**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF DANIEL SCHATT IN SUPPORT OF THE APPLICATION OF DEBTORS TO EMPLOY AND RETAIN COUSINS LAW LLC AS <u>CO-COUNSEL TO THE DEBTORS</u>, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Daniel Schatt of Cred Inc. (together with their affiliated debtors in possession, the "<u>Debtors</u>"), under penalty of perjury, declare as follows:

1. I am, among other things, the Chief Executive Officer of Cred Inc. ("<u>Cred</u>") and its chapter 11 debtor affiliates (as debtors and debtors in possession, the "<u>Debtors</u>"). In this capacity, I am familiar with the Debtors' day-to-day operations, business, financial affairs and books and records. I am directly involved in supervising outside counsel and monitoring and controlling legal costs.

2. I submit this declaration (the "<u>Declaration</u>") in support of the Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date (the "<u>Application</u>").[2]

3. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

documents and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

### The Debtors' Selection of Cousins Law as Co-Counsel

4. The Debtors recognize that a comprehensive review process is necessary when selecting and managing restructuring counsel to ensure that restructuring professionals are subject to the same client-driven market forces, scrutiny and accountability as professionals in non- restructuring engagements.

5. As noted in the Application, the Debtors seek to retain Paul Hastings LLP as their lead bankruptcy co-counsel in connection with the chapter 11 cases. Upon determining that these chapter 11 cases would be filed in the United States Bankruptcy Court for the District of Delaware, the Debtors selected Cousins Law LLC ("Cousins Law") to serve as their Delaware co-counsel. Cousins Law was selected because of the firm's extensive experience and knowledge in the field of debtors' and creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience and knowledge in practicing before this Court, and its ability to respond quickly to emergency hearings and other emergency matters. As such, the Debtors believe that Cousins Law is uniquely qualified to represent them in these chapter 11 cases.

### Cost Supervision

6. Cousins Law has informed the Debtors that Cousins Law intends to charge the Debtors for services rendered in these chapter 11 cases at Cousins Law's normal hourly rates in effect at the time the services are rendered. As Chief Executive Officer, I monitor the invoices submitted by our outside counsel.

7.  The Debtors recognize that it is their responsibility to closely monitor the billing practices of Cousins Law and their other professionals to ensure that fees and expenses paid by their estates remain consistent with the Debtors' expectations taking into account the exigencies and other circumstances of these chapter 11 cases.  To that end, the Debtors will continue to review and monitor the regular invoices submitted by Cousins Law, and, if necessary, periodically amend the budget and staffing plan to reflect developments in the cases as applicable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: November 17, 2020<br>San Mateo, California | Cred Inc.<br>(on behalf of itself and the other Debtors)<br><br>*/s/ Daniel Schatt*<br>Daniel Schatt<br>Chief Executive Officer |

3