**Schedule 1**

**OCP List**

| OCP Name | Service |
|---|---|
| Armanino LLP | Audit, Tax Services |
| Calfo Eakers LLP | Legal Services (Washington Litigation Counsel) |
| Crowell & Moring LLP | Legal Services (California Litigation Counsel) |
| Dentons US LLP | Legal Services, Employment Matters |
| Oracle | Accounting Technology Services |
| Pricket, Jones & Elliot, P.A. | Legal Services (Delaware Litigation Counsel) |