**<u>EXHIBIT B</u>**

**Voorhies Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**DECLARATION OF NELLWYN VOORHIES IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER APPROVING EMPLOYMENT AND
RETENTION OF DONLIN, RECANO & COMPANY, INC. AS ADMINISTRATIVE
ADVISOR FOR DEBTORS, EFFECTIVE *NUNC PRO TUNC TO* PETITION DATE**

I, Nellwyn Voorhies, under penalty of perjury, declare as follows:

1.      I am the President of Donlin, Recano & Company, Inc. ("DRC"), a chapter 11 administrative services firm whose offices are located at 6201 15th Avenue, Brooklyn, New York 11219. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This declaration is made in support of the *Debtors' Application for Entry of an Order Approving the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective* Nunc Pro Tunc *to Petition Date* (the "Application"),[2] which was filed contemporaneously herewith.

3.      As Administrative Advisor, DRC will perform the Administrative Services specified in the application and the Services Agreement.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

4.      The fees that DRC will charge in connection with the Administrative Services it renders to the Debtors are set forth in the Services Agreement. DRC's rates are competitive and comparable to the rates that DRC's competitors charge for similar services and are reasonable given the quality of DRC's services and DRC's bankruptcy expertise. DRC will seek reimbursement from the Debtors in accordance with the terms of the Services Agreement.

5.      DRC intends to apply to the Court for allowance of compensation and reimbursement of expenses incurred after the Petition Date in connection with the services it provides as Administrative Advisor pursuant to the Services Agreement. DRC will comply with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders entered in these chapter 11 cases regarding professional compensation and reimbursement of expenses.

6.      DRC is one of the country's leading chapter 11 administrators, with experience in claims administration, file preparation, noticing, balloting, tabulation, debt issuer, disbursement services, and facilitating other administrative aspects of chapter 11 cases of this size and complexity. DRC has provided identical or substantially similar services in other chapter 11 cases filed in this District and elsewhere.

7.      I represent, among other things, that:

    a.      DRC neither holds nor represents any interest adverse to the Debtors' estates;

    b.      I am not related or connected to and, to the best of my knowledge, no other professional of DRC is related to or connected to any United States Bankruptcy Judge for the District of Delaware or the U.S. Trustee or to any employee in the offices thereof;

    c.      DRC will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as Administrative Advisor in these chapter 11 cases;

d.      By accepting employment in these chapter 11 cases, DRC waives any right to receive compensation from the United States government in its capacity as the Debtors' Administrative Advisor in these chapter 11 cases;

e.      In its capacity as the Debtors' Administrative Advisor in these chapter 11 cases, DRC is not an agent of the United States and is not acting on behalf of the United States in these chapter 11 cases; and

f.      In its capacity as the Debtors' Administrative Advisor in these chapter 11 cases, DRC will not intentionally misrepresent any fact to the public.

8.      The terms of DRC's retention are set forth in Exhibit 1 annexed to the Application.

9.      To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither DRC, nor any employee of DRC, has any materially adverse connections to the Debtors, their estates, their creditors, or equity interest holders, or other relevant parties, their respective attorneys and accountants that would conflict with the scope of DRC's retention or would create any interest adverse to the Debtors' estates or any other party-in-interest.

10.      The Debtors have many creditors and, from time to time, DRC may have worked with certain of those creditors in completely unrelated matters. Proposed bankruptcy counsel for the Debtors has provided me with a list of the Debtors' creditors and other parties-in-interest (the "Conflicts List"), a copy of which is attached hereto as **Exhibit 1**.  I have caused an examination of these records to be made to determine which, if any, of the parties on the Conflicts List DRC may have worked with in the past or may work with at the present time in totally unrelated matters.  This search has disclosed that, to the best of my present knowledge, DRC has not in the past and is not currently working with any of the parties on the Conflicts List.

11.     One of DRC's professionals was formerly employed by Paul Hastings LLP, counsel for the Debtors in these chapter 11 cases.  This professional did not work on any matters involving the Debtors while employed by this firm.  Moreover, he was not employed by this previous firm when these chapter 11 cases were filed.

12.     DRC is an affiliate of American Stock Transfer & Trust Company, LLC ("AST"). AST is a global financial communications and stakeholder management company. Within the AST corporate structure, DRC operates as a separate and independent legal entity.  Given the legal and operational separateness of DRC from AST, DRC does not believe that any relationships that AST and its affiliates maintain would create an interest of DRC that would be materially adverse to the Debtors' estates or any class of creditors or equity security holders.

13.     To the extent I become aware of DRC having worked with any other creditors of the Debtors, I will file a supplemental declaration advising the Court of the same.  To the extent that DRC discovers any facts bearing on matters described herein, DRC will supplement the information contained herein.

14.     Notwithstanding anything contained herein, as part of its diverse business, DRC is the administrative advisor for debtors in numerous cases involving many different creditors (including taxing authorities), professionals, including attorneys, accountants, investment bankers, and financial consultants, some of which may be creditors or represent creditors and parties-in-interest in these chapter 11 cases.  In addition, DRC has in the past and will likely in the future continue working with other professionals involved in these chapter 11 cases in matters unrelated to these chapter 11 cases.  Based upon my current knowledge of the parties involved, and to the best of my knowledge, none of these business relations constitute interests adverse to that of the creditors, or the Debtors' estates, with respect to the matter upon which

DRC is to be engaged.  Additionally, DRC employees may, in the ordinary course of their personal affairs, have relationships with certain creditors of the Debtors.  However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to these chapter 11 cases.

15.     Based upon the information available to me, I believe that DRC is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, in that DRC and its personnel: (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of these chapter 11 cases, a director, officer, or employee of the Debtors; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

16.     Prior to the filing of these chapter 11 cases, the Debtors paid DRC a retainer of $50,000.

17.     Under the terms of the Services Agreement, the Debtors have agreed to indemnify, defend, and hold harmless DRC and its affiliates, officers, directors, agents, employees, consultants, and subcontractors under certain circumstances specified in the Services Agreement, except in circumstances resulting solely from DRC's gross negligence or willful misconduct or as otherwise provided in the Services Agreement.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on: November 17, 2020


/s/ Nellwyn Voorhies
Nellwyn Voorhies
President

## Exhibit 1

### List of Parties in Interest

**List of Parties in Interest**

**Debtors**:
Cred Inc.
Cred (US) LLC
Cred Capital, Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Bankruptcy Judges and Staff:**
Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court:**
Una O'Boyle

**Office of the United States Trustee**
Benjamin Hackman

1

Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Shareholders**
Lu Hua
Daniel Schatt

**Current & Former Officers and Directors**
James Alexander
Daniel Goldstein
Jonathan Labovich
Grant Lyon
Francesco Matteini
Joe Podulka
Maxim Rokhline
Daniel Schatt
Daniel Wheeler

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank

Silvergate Bank

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc
Carneros Resort and Spa
Catherine A. Seemann
CDW Direct
Christen Interiors
Clayton Utz
Cloudflare
CoinDesk, Inc.
Comcast

Commercial Cleaning Pros
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Gene Kim
Global Relay Communications
Greenleaf Platters
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
Jim Ochsenreiter
John Barr
JST Systems
Jumio Corporation
KnowBe4, Inc.
La Concha
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Mara Herbkersman
Marlena Agency
Mary M Pringle
Matiri Kirtikumar Kotak
Meltwater

Methodical Valuation Services
Nevtec
Oracle
Parker and Lynch
Pawan Pandey
Peninsula Security Service
Piloto 151
PMB Solutions
Regulation D Resource
Regus
RocketSpace, Inc.
Ryan Ortega
Salesforce
Saltire Management Group LLC
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Todd Herschberg
Trulioo Information Services
Trupti Balekund
Uphold HQ, Inc.
User Centered Experiences, LLC
Viking PC Health Ltd
Yearwood Media
Zeroth Link LLC
Zuar

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing

Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Saint Bitts LLC
True USD
TrueCoin LLC
Qtum Chain Foundation
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz LTD
Sarson Funds LLC

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Debtors' Professionals**
Cousins Law LLC
MACCO Restructuring Group
Paul Hastings LLP

**Other Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Insurance**
Hartford Financial Services Group.
AXIS Insurance Co.
Validus
Validus Specialty
Euclid Financial Institution Underwriters LLC
One Beacon n/k/a Intact Insurance Specialty Solutions
Western World Insurance Group

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Kaiser Permanente
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
VSP Vision Care

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County