100 ACRE CRED OPPORTUNITIES FUND LTD
650 CALIFORNIA ST
STE 05-128
SAN FRANCISCO CA 94108

10CLOUDS
LUKASZ GORCZYNSKI
BILLING SPECIALIST
UL PRZESKOK 2
WARSZAWA  00-032
POLAND

2112 SEC TT LLC
SCANLANKEMPERBARD COMPANIES LLC
ATTN: ASSET MANAGER, TOWER PLAZA
222 SW COLUMBIA ST STE 700
PORTLAND OR 97201

2112 SEC TT LLC
SCHWABE WILLIAMSON & WYATT, P.C.
JOHN GUINASSO
PACWEST CENTER
1211 SW FIFTH AVENUE, STE 1700
PORTLAND OR 97204

2655316 ONTARIO INC
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

6C MARKETING
VAT NUMBER: 30-71584936-0
LIBERTAD 443 - 6C
BUENOS AIRES  1012
ARGENTINA

ABM INDUSTRY GROUPS
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
STE 360
SHERMAN OAKS CA 91403

AHP
LPPO BOX 3217
SEATTLE WA 98114

AIRBITZ DBA EDGE
311 4TH AVE #413
SAN DIEGO CA 92101

ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

ALABAMA DEPT OF REVENUE
50 NORTH RIPLEY ST
MONTGOMERY AL 36132

ALASKA ATTORNEY GENERAL
KEVIN G CLARKSON
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994

ALASKA/JUNEAU COMMISSIONER'S OFFICE
PO BOX 110400
JUNEAU AK 99811-0400

ALESSI FERREIRA, CRISTIANE
ADDRESS ON FILE

ALEXANDER, JAMES
BIRD MARELLA BOXER WOLPERT NESSIM DROOKS
LINCENBERG AND RHOW PC
ADDRESS ON FILE

ALGO CAPITAL MASTER FUND LP
AKA BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

AMAZON WEB SVC
410 TERRY AVE NORTH
SEATTLE WA 98109

AMBER TECHNOLOGIES LIMITED
TIANTIAN KULLANDER
WICKHAMS CAY II
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

ANCHORAGE TRUST CO
MATHEW PUKALO
CLIENT EXPERIENCE MANAGER
4901 S ISABEL PL
STE 200
SIOUX FALLS SD 57101

ANGELROCK
CHRIS SPADAFORA
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

ANTHEM INC
220 VIRGINIA AVE
INDIANAPOLIS IN 46204

ANVIL ADVISOR
55 BROADWAY 4TH FLOOR
NEW YORK NY 10006

ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L
2443 FILLMORE ST STE 406
SAN FRANCISCO CA 94115

ARENDT
41A AVE JF KENNEDY
LUXEMBOURG  L-2082
LUXEMBOURG

ARIZONA ATTORNEY GENERAL
MARK BRNOVICH
1275 WEST WASHINGTON ST
PHOENIX AZ 85007

ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

ARIZONA DEPT OF REVENUE
1600 W MONROE ST
PHOENIX AZ 85007

ARKANSAS ATTORNEY GENERAL
LESLIE RUTLEDGE
323 CENTER ST
STE 200
LITTLE ROCK AR 72201-2610

ARKANSAS DEPT OF FINANCE AND ADMIN
1509 W 7TH ST
LITTLE ROCK AR 72201

ARKANSAS DEPT OF FINANCE AND ADMINISTRATION
700 W CAPITOL
LITTLE ROCK AR 72201

ARKANSAS SECRETARY OF STATE
STATE CAPITOL SUITE 256
500 WOODLANE STREET
LITTLE ROCK AR 72201

ARKONIS CAPITAL LTD
8 DUNCANNON ST
STE 218
LONDON  WC2N 4JF
UNITED KINGDOM

ARMANINO LLP
DIANA NAMAULEG
BILLING ADMINISTRATOR
50 W SAN FERNANDO ST
STE 600
SAN JOSE CA 95113-2433

ASCALEX
2445 AUGUSTINE DR STE 150
SANTA CLARA CA 95054

AX MOMENTUM LP
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

AXIS INSURANCE CO
11680 GREAT OAKS WAY
STE 500
ALPHARETTA GA 30022

BALEKUND, TRUPTI
ADDRESS ON FILE

BANK OF AMERICA NA
555 CALIFORNIA ST 6TH FLOOR
SAN FRANCISCO CA 94104

BARR, JOHN
ADDRESS ON FILE

BAY AREA WINDOW DRESSING
10 MOUNDS RD # 3C
SAN MATEO CA 94402

BEARDSLEY, JOSHUA
ADDRESS ON FILE

BERKE
KIRSTEN STEELE
2970 PEACHTREE RD NW
STE 300
ATLANTA GA 30305

BETTERSOURCE
33 NORTH FIRST ST
STE C2
CAMPBELL CA 95008

BHAT, DHIRAJ
ADDRESS ON FILE

BITANGELS
1250 AVENIDA JUAN PONCE DE LEON
THIRD FL
SAN JUAN PR 00907

BITGO
6216 S PINNACLE PL
STE 101
SIOUX FALLS SD 57108

BITPIE LIMITED
SECOND FL CAPITAL CITY INDEPENDENCE AVE
PO BOX 1008
VICTORIA, MAHE
SEYCHELLES

BITTEMPLE
THREE EMBARCADERO CTR STE P5
SAN FRANCISCO CA 94111

BITTREX INTERNATIONAL GMBH
800 5TH AVE
SEATTLE WA 98104

BLACKLANE
FEURIGSTR 59
BERLIN  10827
GERMANY

BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER # : 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

BRYAN CAVE LEIGHTON PAISNER LLP
BENJAMIN SAUL
1155 F ST NW
WASHINGTON DC 20004-1357

CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

CHAWLA, PAWAN
ADDRESS ON FILE

CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

CLAYTON UTZ
LEVEL 15 1 BLIGH ST
SYDNEY NSW  2000
AUSTRALIA

CLOUDFLARE
101 TOWNSEND ST
SAN FRANCISCO CA 94107

COINDESK INC
250 PK AVE SOUTH 5TH FLOOR
NEW YORK NY 94904

COINSTATS INC
2035 SUNSET LAKE RD #5-2
NEWARK DE 19702

COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CENTER
1300 BROADWAY 10TH FL
DENVER CO 80203

COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124

COMMERCIAL CLEANING PROS
PO BOX 30411
WALNUT CREEK CA 94598

COMMONWEALTH OF MASSACHUSETTS DEPT OF
REVENUE
PO BOX 7010
BOSTON MA 02204

COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT ST
ANNAPOLIS MD 21404

CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

CORP SVC CO
251 LITTLE FALLS DR
WILMINGTON DE 19808

CORP SVC CO
40 TECHNOLOGY PKWY SOUTH
#300
NORCROSS GA 30092

CORP SVC CO
1003 BISHOP ST
STE 1600 PAUAHI TOWER
HONOLULU HI 96813

CORP SVC CO
12550 W EXPLORER DR
STE 100
BOISE ID 83713

CORP SVC CO
135 NORTH PENNSYLVANIA ST
STE 1610
INDIANAPOLIS IN 46204

CORP SVC CO
2900 SW WANAMAKER DR
STE 204
TOPEKA KS 66614

CORP SVC CO
45 MEMORIAL CIR
AUGUSTA ME 04330

CORP SVC CO
2345 RICE ST
STE 230
ROSEVILLE MN 55113

CORP SVC CO
26 WEST SIXTH AVE
PO BOX 1691
HELENA MT 59624-1691

CORP SVC CO
2626 GLENWOOD AVE
STE 550
RALEIGH NC 27608

CORP SVC CO
1709 NORTH 19TH ST
STE 3
BISMARCK ND 58501-2121

CORP SVC CO
10 FERRY ST
STE 313
CONCORD NH 03301

CORP SVC CO
PRINCETON SOUTH CORPORATE CTR
STE 160 100 CHARLES EWING BLVD
EWING NJ 08628

CORP SVC CO
MC-CSC1
726 E MICHIGAN DR STE 101
HOBBS NM 88240-3465

CORP SVC CO
112 NORTH CURRY ST
CARSON CITY NV 89703

CORP SVC CO
80 STATE ST
ALBANY NY 12207-2543

CORP SVC CO
50 WEST BROAD ST
STE 1330
COLUMBUS OH 43215

CORP SVC CO
508 MEETING ST
WEST COLUMBIA SC 29169

CORP SVC CO
9360 GLACIER HIGHWAY
STE 202
JUNEAU AK 99801

CORP SVC CO
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

CORP SVC CO
1900 W LITTLETON BLVD
LITTLETON CO 80120

CORP SVC CO
100 PEARL ST
17TH FL MC-CSC1
HARTFORD CT 06103

CORP SVC CO
1090 VERMONT AVE NW
WASHINGTON DC 20005

CORP SVC CO
1201 HAYS ST
TALLAHASSEE FL 32301

CORP SVC CO
505 5TH AVE
STE 729
DES MOINES IA 50309

CORP SVC CO
421 WEST MAIN ST
FRANKFORT KY 40601

CORP SVC CO
84 STATE ST
BOSTON MA 02109

CORP SVC CO
7716 OLD CANTON RD
STE C
MADISON MS 39110

CORP SVC CO
10300 GREENBRIAR PL
OKLAHOMA CITY OK 73159-7653

CORP SVC CO
1127 BROADWAY ST NE
STE 310
SALEM OR 97301

CORP SVC CO
2595 INTERSTATE DR
STE 103
HARRISBURG PA 17110

CORP SVC CO
222 JEFFERSON BLVD
STE 200
WARWICK RI 02888

CORP SVC CO
503 SOUTH PIERRE ST
PIERRE SD 57501

CORP SVC CO
2908 POSTON AVE
NASHVILLE TN 37203

CORP SVC CO
15 WEST SOUTH TEMPLE
STE 600
SALT LAKE CITY UT 84101

CORP SVC CO
100 SHOCKOE SLIP
2ND FL
RICHMOND VA 23219

CORP SVC CO
100 NORTH MAIN ST
STE 2
BARRE VT 05641

CORP SVC CO
MC-CSC1
300 DESCHUTES WAY SW STE 208
TUMWATER WA 98501

CORP SVC CO
8040 EXCELSIOR DR
STE 400
MADISON WI 53717

CORP SVC CO
1821 LOGAN AVE
CHEYENNE WY 82001

CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC CO
211 E 7TH ST
STE 620
AUSTIN TX 78701-3218

CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC
2710 GTWY OAKS DR
STE 150N
SACRAMENTO CA 95833-3505

CORP SVC COMPANY, INC
641 SOUTH LAWRENCE ST
MONTGOMERY AL 36104

COUNTY OF SAN MATEO TAX COLLECTOR
555 COUNTY CTR
1ST FLOOR
REDWOOD CITY CA 94063

COWAN AGENCY
101 CALIFORNIA ST
STE 2710
SAN FRANCISCO CA 94111

CR FUND
LPPO BOX 3217
SEATTLE WA 98114

CREATIVE SOLUTIONS
CUSTOMER # 900829
1230 CAMPUS DR
MORGANVILLE NJ 07751

CRYPSIS
CARLTON E BEASLEY
1410 SPRING HILL RD
STE 300
MCLEAN VA 22102

CSC
ACCOUNT NO 81108785579
CO ID:3851984
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

CSC-LAWYERS INCORPORATING SVC (COMPANY)
601 ABBOT RD
EAST LANSING MI 48823

CSC-LAWYERS INCORPORATING SVC CO
7 ST PAUL ST
STE 820
BALTIMORE MD 21202

CSC-LAWYERS INCORPORATING SVC CO
221 BOLIVAR ST
JEFFERSON CITY MO 65101

CSC-LAWYERS INCORPORATING SVC CO
233 SOUTH 13TH ST
STE 1900
LINCOLN NE 68508

CT CORP
PO BOX 4349
CAROL STREAM IL 60197

CYBER QUANTUM PTE LTD
16 RAFFLES QUAY #3303
HONG KONG LEONG BUILDING
SINGAPORE  48581
SINGAPORE

DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS

DE LUDE, BETHANY
ADDRESS ON FILE

DE METZ, DELON
ADDRESS ON FILE

DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

DRAGONFLY INTERNATIONAL HOLDING LIMITED
KINGSTON CHAMBERS
PO BOX 173
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

ELEMENT TECHNOLOGIES
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

ELIG
112 BECKWITH AVE
CLAYTON NC 27527

EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

EQUITIES FIRST HOLDINGS
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

EUCLID FINANCIAL INSTITUTION UNDERWRITERS
LLC
234 SPRING LAKE DR
ITASCA IL 60143

EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

FENBUSHI INVESTMENT FUND LP
MAPLES CORPORATE SERVICES LIMITED
PO BOX 39
UGLAND HOUSE
GRAND CAYMAN  KY 1-1104
CAYMAN ISLANDS

FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

FIREBLOCKS
500 7TH AV
NEW YORK NY 10018

FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

GARG, ABHISHEK
ADDRESS ON FILE

GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

GETTY/IO INC
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

GOLDSTEIN, FERNANDO
ADDRESS ON FILE

GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

HA, HAN
ADDRESS ON FILE

HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

HAWAII DEPT OF LABOR AND INDUSTRIAL
RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

HERBKERSMAN, MARA
ADDRESS ON FILE

HERSCHBERG, TODD
ADDRESS ON FILE

HIREUP LLC
PO BOX 2148
DURANGO CO 81302

HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

HUA, LU
ADDRESS ON FILE

HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

HUMMER, DANIEL
ADDRESS ON FILE

HWANG, SUNG
ADDRESS ON FILE

IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

IDAHO STATE TAX COMMISION
800 E PK BLVD
PLAZA IV
BOISE ID 83712-7742

ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

ILLINOIS CORP SVC CO
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

ILLINOIS DEPT OF REVENUE
JAMES R THOMPSON CENTER  CONCOURSE LEVEL
100 WEST RANDOLPH ST
CHICAGO IL 60601-3274

ILLUMANT
431 FLORENCE ST
STE 210
PALO ALTO CA 94301

INAMULLAH, DANIYAL
ADDRESS ON FILE

INBOUND JUNCTION BG
INBOUNDJUNCTION IL
MENAHEM BEGIN 20 3RD FLOOR
RAMAT GAN  5270005
ISAREL

INCOME OPPORTUNITIES (LUXEMBOURG) SA
19 RUE DE BITBOURG
LUXEMBOURG  L-1273
LUXEMBOURG

INDIANA ATTORNEY GENERAL
CURTIS T HILL JR
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

INDIANA DEPT OF REVENUE
BANKRUPTCY SECTION MS 108
100 NORTH SENATE AVE RM N240
INDIANAPOLIS IN 46204

INNREG LLC
1101 BRICKELL AVE
SOUTH TOWER
MIAMI FL 33131

INTERIOR PLANT DESIGN
1950 MONTEREY RD
SAN JOSE CA 95112

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

IOWA ATTORNEY GENERAL
TOM MILLER
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319

IOWA DEPT OF REVENUE
PO BOX 10471
DES MOINES IA 50306-3457

IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901

JST SYSTEMS
ANAMARIA GOLEMAC
ANALYST JST CAPITAL
152 W 57TH ST
24TH FL
NEW YORK NY 10019

JUMIO CORP
395 PAGE MILL RD
STE 150
PALO ALTO CA 94306-2067

KACMAREK, MARIE
ADDRESS ON FILE

KAISER PERMANENTE
ONE KAISER PLZ
OAKLAND CA 94612

KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66625-9000

KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BUILDING SUITE 118
FRANKFORT KY 40601

KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

KHAKOO, ADNAN
ADDRESS ON FILE

KIM, MIN
ADDRESS ON FILE

KLINE, DEVON
ADDRESS ON FILE

KNOWBE4, INC
CUSTOMER ID C-031280
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

KOTAK, MAITRI KIRTIKUMAR
ADDRESS ON FILE

LABOVICH, JONATHAN
ADDRESS ON FILE

LALLY, JOSEPH
ADDRESS ON FILE

LEES FLORIST AND NURSERY
1420 UNIVERSITY AVE
BERKELEY CA 94702

LHV PLANK
ILONA LEBEDEV
AS LHV PANK
TARTU MNT 2
TALLINN  10145
ESTONIA

LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

LITECOIN FOUNDATION LIMITED
111 NORTH BRIDGE RD #08-19
PENINSUAL PLZ
SINGAPORE  179098
SINGAPORE

LIYANA, JOSEPH
ADDRESS ON FILE

LOCKTON COMPANIES LLC
DBA LOCKTON INSURANCE BROKERS LLC
THREE EMBARCADO CTR
SIXTH FL
SAN FRANCISCO CA 94111

LOCKTON INSURANCE BROKERS LLC
3 EMBARCADERO CTR 6TH FLOOR
SAN FRANCISCO CA 94111

LOGMEIN
320 SUMMER ST
BOSTON MA 02210

LOS ANGELES COUNTY TREASURER AND TAX
CONTROLL
225 N HILL ST
1ST FLOOR LOBBY
LOS ANGELES CA 90012

LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

LOUISIANA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE LA 70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

LYON, GRANT
ADDRESS ON FILE

MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

MAINE REVENUE SVC
24 STATE HOUSE STATION
AUGUSTA ME 04333

MARLENA AGENCY
278 HAMILTON AVE
PRINCETON NJ 08540

MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022

MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N. CALVERT ST STE 401
BALTIMORE MD 21202

MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALEY
ONE ASHBURTON PL
BOSTON MA 02108-1698

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY
1295 STATE ST
SPRINGFIELD MA 01111-0001

MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

METROPOLITAN COMMERCIAL BANK
LIZETTE PERALTA
99 PK AVE 4TH FLOOR
NEW YORK NY 10016

MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

MORAN, MEGAN
ADDRESS ON FILE

MOTGI, AMIT
ADDRESS ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| --- | --- | --- |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| --- | --- | --- |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE                  NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| --- | --- | --- |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE          NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE                 NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE	NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE                NAME AND E-MAIL ON FILE

| | | |
|---|---|---|
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |
| NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE | NAME AND E-MAIL ON FILE |

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE                    NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAME, ADDRESS, AND E-MAIL ON FILE

NAVIA BENEFITS SOLUTION
11400 SE 6TH ST
STE 125
BELLEVUE WA 98004

NEBRASKA ATTORNEY GENERAL
DOUG PETERSON
2115 STATE CAPITOL
LINCOLN NE 68509-8920

NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL SOUTH
2ND FLOOR
LINCOLN NE 68509-4818

NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME COURT BLDG
100 N CARSON ST
CARSON CITY NV 89701

NEVADA DEPT OF TAXATION
1550 E COLLEGE PKWY
CARSON CITY NV 89706

NEVTEC
1150 S BASCOM AVE STE 12
SAN JOSE CA 95128

NEW HAMPSHIRE ATTORNEY GENERAL
GORDON MACDONALD
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397

NEW HAMPSHIRE DEPT OF REV ADMIN
109 PLEASANT ST
CONCORD NH 03301

NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BUILDING
SANTA FE NM 87501

NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NG, HEIDI
ADDRESS ON FILE

NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHJEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

NORTH DAKOTA OFFICE OF STATE TAX
COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

OCHSENREITER, JIM
ADDRESS ON FILE

OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

ORTEGA, RYAN
ADDRESS ON FILE

PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

PEREZ, TRAVIS
ADDRESS ON FILE

PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

PODULKA, JOSEPH
ADDRESS ON FILE

PODULKA, JOSEPH
ADDRESS ON FILE

PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

PRINGLE, MARY M
ADDRESS ON FILE

PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

PUERTO RICO DEPT DE HACIENDA
EDIFICIO INTENDENTE RAMIREZ
EL PASEO COVDONGA
SAN JUAN PR 00901

QTUM CHAIN FOUNDATION
JINGAN DISTRICT YUYUAN RD
419TH BLDG 34
SHANGHAI
CHINA

RASHOTSKY, XAVIER
ADDRESS ON FILE

RAVULA, SUDHA MADHURI
ADDRESS ON FILE

REGULATION D RESOURCE
7333 WEST JEFFERSON AVE STE 225
LAKEWOOD CO 80235

RELIZ LTD
BLOCKFILLS
12 OFFICE 1 TREJQET HUGGIEGA
TRIQ VICTOR SCERRI
NAXXAR
MALTA

RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
1ST FLOOR
PROVIDENCE RI 02908

RICHARDS LAYTON AND FINGER PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

ROCKETSPACE INC
180 SANSOME ST 2ND FLOOR
SAN FRANCISCO CA 94104

ROKHLINE, MAKSIM
ADDRESS ON FILE

RUDDY GREGORY PLLC
1225 15TH STREET NW
WASHINGTON DC 20005

RUST, STEFAN
ADDRESS ON FILE

RUTSAERT LEGAL
14 RE DE STRASSEN
LUEMBOURG  2555
LUXEMBOURG

SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BA
SAINT KITTS AND NEVIS

SALESFORCE
415 MISSION ST
SAN FRANCISCO CA 94105

SALTIRE MANAGEMENT GROUP LLC
3281 SUTTON PL NW STE B
WASHINGTON DC 20016

SARSON FUNDS LLC
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

SCHATT, DAN
CRED INC
ADDRESS ON FILE

SCHATT, DAN
ADDRESS ON FILE

SD MAYER AND ASSOCIATES LLP
235 MONTGOMERY ST
30TH FLOOR
SAN FRANCISCO CA 94104

SEEMANN, CATHERINE A
ADDRESS ON FILE

SEQUOIA ONE
22 4TH ST
3RD FLOOR
SAN FRANCISCO CA 94103

SHEPPARD MULLIN
333 SOUTH HOPE ST
43RD FLOOR
LOS ANGELES CA 90071

SHORELINE LABS
425 CALIFORNIA ST STE 1200
SAN FRANCISCO CA 94104

SHRED-IT
7734 S 133RD ST
OMAHA NE 68138

SHUTTLE FINANCE INC
DBA ACRE
1447 2ND ST 2ND FLOOR
SANTA MONICA CA 90401

SILVERGATE
ASHTON KELLEY; OLLINKA EQUIHUA
TEDDY HANSON
4250 EXECUTIVE SQUARE
STE 100
LA JOLLA CA 92037

SILVERLINE
860 BROADWAY 5TH FL
NEW YORK NY 10003

SKILLERN, NICOLE
ADDRESS ON FILE

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

SONG, RANDY
ADDRESS ON FILE

SOS DISTRICT OF COLUMBIA
KIMBERLY A BASSETT
1350 PENNSYLVANIA AVE NW
ROOM 419
WASHINGTON DC 20004

SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

SOS OF ALASKA
KEVIN MEYER
333 W WILLOUGHBY AVE
9TH FLOOR
JUNEAU AK 99801

SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

SOS OF ARKANSAS
JOHN THURSTON
STATE CAPITOL
500 WOODLANE AVE
STE 256
LITTLE ROCK AR 72201

SOS OF CALIFORNIA
ALEX PADILLA
1500 11TH ST
SACRAMENTO CA 95814

SOS OF COLORADO
JENA GRISWOLD
COLORADO DEPT OF STATE
1700 BROADWAY
STE 200
DENVER CO 80290

SOS OF CONNECTICUT
DENISE W MERRILL
30 TRINITY ST
HARTFORD CT 06106

SOS OF DELAWARE
JEFFREY W BULLOCK
401 FEDERAL ST
STE 3
DOVER DE 19901

SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

SOS OF GUAM
JOSH TENORIO
LEUTENANT GOVERNOR
RICARDO J BORDALLO GOVERNORS COMPLEX
PO BOX 2950 HAGATNA GUAM 96932
ADELUP GU 96910

SOS OF HAWAII
JOSH GREEN
LEUTENANT GOVERNOR
STATE CAPITOL
ROOM 415
HONOLULU HI 96813

SOS OF IDAHO
LAWERENCE DENNEY
700 WEST JEFFERSON ST RM E205
PO BOX 83720
BOISE ID 83720-0080

SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD IL 62756

SOS OF INDIANA
CONNIE LAWSON
200 W WASHINGTON ST
ROOM 201
INDIANAPOLIS IN 46204

SOS OF IOWA
PAUL D PATE
FIRST FLOOR LUCAS BUILDING
321 E 12TH ST
DES MOINES IA 50319

SOS OF KANSAS
SCOTT SCHWAB
MEMORIAL HALL 1ST FLOOR
120 SW 10TH AVE
TOPEKA KS 66612-1594

SOS OF KENTUCKY
MICHAEL ADAMS
OFFICE OF THE KENTUCY SECRETARY OF STATE
700 CAPITAL AVE STE 152
FRANKFORT KY 40601

SOS OF LOUISIANA
R KYLE ARDOIN
8585 ARCHIVES AVE
PO BOX 94125 BATON ROUGE LA 708049125
BATON ROUGE LA 70809

SOS OF MAINE
MATTHEW DUNLAP
148 STATE HOUSE STATION
AUGUSTA ME 00433-0148

SOS OF MARYLAND
JOHN C WOBENSMITH
FRED L WINELAND BUILDING
16 FRANCIS ST
ANNAPOLIS MD 21401

SOS OF MASSACHUSETTS
WILLIAM FRANCIS GALVIN
ONE ASHBURTON PLACE
ROOM 1611
BOSTON MA 02108-1512

SOS OF MICHIGAN
JOCELYN BENSON
MICHIGAN DEPARTMENT OF STATE
LANSING MI 48919

SOS OF MINNESOTA
STEVE SIMON
OFFICE OF THE SECRETARY OF STATE
RETIREMENT SYSTEMS OF MINNESOTA BLDG
60 EMPIRE DR STE 100
ST. PAUL MN 55103

SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

SOS OF MISSOURI
JOHN R ASHCROFT
600 WEST MAIN ST
JEFFERSON CITY MO 65101

SOS OF MONTANA
COREY STAPLETON
STATE CAPITOL BUILDING 1301 E 6TH AVE
PO BOX 202801 HELENA MT 59620
HELENA MT 59601

SOS OF NEBRASKA
ROBERT BEVNEN
PO BOX 94608
LINCOLN NE 68509-4608

SOS OF NEVADA
BARBARA K CEGAVSKE
NEVADA STATE CAPITOL BLDG
101 N CARSON ST STE 3
CARSON CITY NV 89701

SOS OF NEW HAMPSHIRE
WILLIAM M GARDNER
107 N MAIN ST RM 204
STATE HOUSE
CONCORD NH 03301

SOS OF NEW JERSEY
TAHESHA WAY ESQ
225 W STATE ST
PO BOX 001
TRENTON NJ 08625-0300

SOS OF NEW MEXICO
MAGGIE TOULOUSE OLIVER
NEW MEXICO STATE CAPITOL ANNEX NORTH
325 DON GASPAR STE 300
SANTA FE NM 87501

SOS OF NEW YORK
ROSSANA ROSADO
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY NY 12231-0001

SOS OF NORTH CAROLINA
ELAINE F MARSHALL
2 SOUTH SALISBURY ST
PO BOX 29622
RALEIGH NC 27626-0622

SOS OF NORTH DAKOTA
ALVIN A AL JAEGER
600 E BLVD AVE
DEPT 108 1ST FLOOR
BISMARCK ND 58505-0500

SOS OF OHIO
FRANK LAROSE
180 EAST BROAD ST
16TH FLOOR
COLUMBUS OH 43215

SOS OF OKLAHOMA
MICHAEL ROGERS
2300 N LINCOLN BLVD
STE 101
OKLAHOMA CITY OK 73105-4897

SOS OF OREGON
BEV CLARNO
900 COURT ST NE
CAPTIAL RM 136
SALEM OR 97310-0722

SOS OF PENNSYLVANIA
KATHY BOOCKVAR
302 NORTH OFFICE BLDG
HARRISBURG PA 17120

SOS OF PUERTO RICO
ELMER ROMAIN
DEPTO DE ESTADO DE PR
CALLE SAN JOSE
SAN JUAN PR 00901

SOS OF RHODE ISLAND
NELLIE M GORBEA
82 SMITH ST
STATE HOUSE ROOM 217
PROVIDENCE RI 02903

SOS OF SOUTH CAROLINA
MARK HAMMOND
EDGAR BROWN BLDG
1205 PENDELTON ST STE 525
COLUMBIA SC 29201

SOS OF SOUTH DAKOTA
STEVE BARNETT
CAPITOL BUILDING
500 E CAPITOL AVE STE 204
PIERRE SD 57501-5070

SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

SOS OF UTAH
SPENCER COX
160 E 300 S
2ND FLOOR
SALT LAKE CITY UT 84111

SOS OF VERMONT
JIM CONDOS
26 TERREACE ST
MONTPELIER VT 05609-1101

SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

SOS OF WASHINGTON
KIM WYMAN
LEGISLATEIVE BUILDING
PO BOX 40220
OLYMPIA WA 98504-0220

SOS OF WEST VIRGINIA
MAC WARNER
BLDG 1 SUITE 157K
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305-0770

SOS OF WISCONSIN
DOUG LAFOLLETTE
PO BOX 7848
MADISON WI 53707-7848

SOS OF WYOMING
EDWARD A BUCHANAN
SECRETARY OF STATES OFFICE
2020 CAREY AVE
STE 600
CHEYENNE WY 82002-0020

SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

SOUTH CAROLINA DEPT OF REVENUE
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29201

SOUTH DAKOTA ATTORNEY GENERAL
JASON RAVNSBORG
1302 EAST HWY 14
STE 1
PIERRE SD 57501-8501

SOUTH DAKOTA DEPT OF REVENUE AND
REGULATION
445 E CAPITOL AVE
PIERRE SD 57501

SPICE VENTURE CAPITAL PTD LTD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE
SINGAPORE

STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL
RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

TELEMEIO
7 TERMAASEK BLVD
SINGAPORE  038987
SINGAPORE

TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

TOWER PLAZA TOWER (LINCOLN PROPERTY
COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERZE@IRVING
SINGAPORE 369546
SINGAPORE

UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

USER CENTERED EXPERIENCES LLC
95 MOUNTAIN SPRINGS DR
BONNY DOON CA 95060

UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

VERMONT ATTORNEY GENERAL
TJ DONOVAN
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 23501

WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

WHEELER, DANIEL
ADDRESS ON FILE

WILSON, STANLEY C
ADDRESS ON FILE

WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BUILDING ROOM 123
CHEYENNE WY 82002

WYOMING DEPT OF REVENUE
122 WEST 25TH ST HERSCHLER BLDG
3RD FL EAST
CHEYENNE WY 82002

XU, YIHAN
ADDRESS ON FILE

YEARWOOD MEDIA
JOHN YEARWOOD
PRESIDENT CEO
680 NE 119TH ST
BISCAYNE PARK FL 33161

YOUNG, ZACHARY
ADDRESS ON FILE

ZAVODNIK, ALEXANDER
ADDRESS ON FILE

ZEROTH LINK LLC
24016 2ND ST
HAYWARD CA 95054

ZHANG, KA
ADDRESS ON FILE

ZHANG, SALLY
ADDRESS ON FILE

ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704