## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Dec. 9, 2020 at 2:00 p.m. (ET)**<br>**Obj. Deadline: Dec. 2, 2020 at 4:00 p.m. (ET)**<br><br>**Re: Docket Nos. 34, 41, 43, 44, & 45** |

**ORDER AUTHORIZING THE FILING UNDER SEAL
OF CERTAIN CONFIDENTIAL INFORMATION
PURSUANT TO ORDER (I) AUTHORIZING DEBTORS TO FILE A
CONSOLIDATED LIST OF DEBTORS' 30 LARGEST UNSECURED CREDITORS,
(II) AUTHORIZING DEBTORS TO SERVE CERTAIN PARTIES BY E-MAIL, (III)
AUTHORIZING DEBTORS TO REDACT OR WITHHOLD PUBLICATION OF
CERTAIN PERSONAL IDENTIFICATION INFORMATION ON AN
INTERIM BASIS, AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 34]**

Upon consideration of the Motion (the "<u>Motion</u>")[2] of the above-captioned debtors and

debtors in possession (each a "<u>Debtors</u>" and, collectively, the "<u>Debtors</u>"), for entry of an Order

Authorizing the Filing under Seal of Certain Confidential Information Pursuant to Order (I)

Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II)

Authoring Debtors to Serve Certain Parties by E-mail, (III) Authorizing Debtors to Redact or

Withhold Publication of Certain Personal Identification Information on an Interim Basis, and

(IV) Granting Related Relief , all as more fully set forth in the Motion; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final

order consistent with Article III of the United States Constitution; and this Court having found

that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§

1408 and 1409; and this Court having found that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court

having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion

were appropriate under the circumstances and no other notice need be provided; and the Court

having reviewed the Motion; and a hearing having been held, if necessary, to consider the relief

requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and it appearing that the relief requested in the Motion is in the best

interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the

proceedings had before the Court and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:**

1.      The Motion is granted to the extent forth herein.

2.      The Debtors are authorized to file the Confidential Creditor Information under

seal.

3.      Without further order of the Court, and upon notice and an opportunity to object

being provided to the Debtors and the parties whose Confidential Creditor Information under

seal, the Confidential Creditor Information shall not be disseminated to anyone other than:  (a)

the Court, (b) the U.S. Trustee, and (c) counsel to any statutory committee.

4.      Each of the parties in the preceding paragraphs receiving the Confidential

Creditor Information shall at all times keep such Confidential Creditor Information strictly

confidential and shall not disclose the Confidential Information or the contents thereof to any

party whatsoever.

5.      The Debtors are authorized to take all reasonable actions necessary or appropriate

to effectuate the relief granted in this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.