IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 18, 2020, Krzysztof Majdak and Philippe Godinea filed the *Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (i) Dismissing the Cases; (ii) Converting the Cases to a Chapter 7 Liquidation; or (iii) Appointing a Chapter 11 trustee* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is enclosed herein.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **December 2, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801.  At the same, time you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **December 9, 2020 at 2:00 p.m. (ET)** before The Honorable John T. Dorsey, United States

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{00029590. }

Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th floor, courtroom 5, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 18, 2020
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

and

SARACHEK LAW FIRM
Joseph E. Sarachek (admitted *pro hac vice*)
Zachary E. Mazur (admitted *pro hac vice*)
670 White Plains Road
Penthouse Fl.
Scarsdale, New York 10583
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@sarscheklawfirm.com
zachary@sarscheklawfirm.com

*Counsel to Krzysztof Majdak and Philippe Godinea*