## EXHIBIT C

**Schatt Declaration**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**DECLARATION OF DANIEL B. SCHATT**
**IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING AND APPROVING RETENTION**
**AND EMPLOYMENT OF PAUL HASTINGS LLP AS COUNSEL TO DEBTORS**

I, Daniel B. Schatt, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am the co-founder and Chief Executive Officer of Cred Inc. ("Cred") and its chapter 11 debtor affiliates (as debtors and debtors in possession, the "Debtors"). I submit this declaration (this "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date* (the "Application")[2]. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. Based on my experience and input from members of the Debtors' management, the Debtors selected Paul Hastings as their counsel in these chapter 11 cases because they found Paul Hastings to be well qualified for this engagement. Paul Hastings has extensive experience and knowledge of the chapter 11 bankruptcy process and a long history of representing debtors and official committees in chapter 11 cases. Based on Paul Hastings' past experience in other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

bankruptcy cases, Paul Hastings' broad and directly applicable skill set, and the Debtors' experience with Paul Hastings, the Debtors decided to retain Paul Hastings as counsel in these chapter 11 cases. I believe that Paul Hastings is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

3. In selecting Paul Hastings, the Debtors reviewed the rates of Paul Hastings, including rates for bankruptcy services, and compared them to outside law firms that the Debtors have used in the past to determine that the rates are reasonable. Paul Hastings has informed the Debtors that its current hourly rates are Paul Hastings' standard hourly rates for work of this nature

4. In my capacity as Chief Executive Officer of Cred Inc., I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Paul Hastings, and can confirm that the rates Paul Hastings charged the Debtors in the prepetition period are the same as the rates Paul Hastings will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions. So long as Paul Hastings charges its standard hourly rates in effect at the time, the Debtors consent to such annual and other periodic rate increases.

5. The Debtors and Paul Hastings are working together on a budget and staffing plan for the period from the Petition Date through January 31, 2021, recognizing that in the course of chapter 11 cases like these, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Paul Hastings. The Debtors also recognize that it is their responsibility to closely monitor the billing practices of Paul Hastings and their other counsel to ensure that fees and expenses paid by their estates remain consistent

with the Debtors' expectations, taking into account the exigencies of these chapter 11 cases. To that end, the Debtors will continue to review and monitor the regular invoices submitted by Paul Hastings, and, together with Paul Hastings, periodically amend the budget and staffing plans to reflect developments in the cases as applicable.

6. As they did prepetition, the Debtors will continue to supervise the applicant's fees and expenses and manage costs. To this end, the budget will provide guidance on the amount of time and the level of professionals involved, as well as projections of average hourly rates for the professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 18, 2020              CRED INC., *et al.*
                                            Debtors and Debtors in Possession


                                             */s/ Daniel B. Schatt*
                                            Daniel B. Schatt
                                            Chief Executive Officer, Cred Inc.