# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Dec. 9, 2020 at 2:00 p.m. (ET)**<br>**Obj. Deadline: Dec. 2, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

PLEASE TAKE NOTICE that a hearing on the annexed *Debtors' Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs* (the "Motion") filed by the Debtors, shall be considered at a hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **December 9, 2020 at 2:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **December 2, 2020 at 4:00 p.m. (Eastern Time)** and shall be served on: (a) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon (Joseph.McMahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov)); (b) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002 (Attn: James T. Grogan (jamesgrogan@paulhastings.com) and Paul Hastings LLP, 200 Park Avenue, New York,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com)), proposed co-counsel for the Debtors; and (c) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803 (Attn. Scott D. Cousins (scott.cousins@cousins-law.com)), proposed co-counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: November 18, 2020
    Wilmington, Delaware

        /s/ *Scott D. Cousins*
        Scott D. Cousins (No. 3079)
        **COUSINS LAW LLC**
        Brandywine Plaza West
        1521 Concord Pike, Suite 301
        Wilmington, Delaware 19803
        Telephone:   (302) 824-7081
        Facsimile:    (302) 295-0331
        Email:         scott.cousins@cousins-law.com

        - and -

        James T. Grogan (admitted *pro hac vice*)
        Mack Wilson (admitted *pro hac vice*)
        **PAUL HASTINGS LLP**
        600 Travis Street, Fifty-Eighth Floor
        Houston, Texas 77002
        Telephone:   (713) 860-7300
        Facsimile:    (713) 353-3100
        Email:         jamesgrogan@paulhastings.com
                       mackwilson@paulhastings.com

        - and -

        G. Alexander Bongartz (admitted *pro hac vice*)
        Derek Cash (admitted *pro hac vice*)
        **PAUL HASTINGS LLP**
        200 Park Avenue
        New York, New York 10166
        Telephone:   (212) 318-6000
        Facsimile:    (212) 319-4090
        Email:         alexbongartz@paulhastings.com
                       derekcash@paulhastings.com

        *Proposed Co-Counsel to the Debtors*