# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: MandyB | Date Created: 11/19/2020 |
| Case: 20−12836−JTD | Form ID: van441 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty        Jason A. Gibson        gibson@teamrosner.com

                                                                                TOTAL: 1