# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF WESTCHESTER    )

I, Denise Fava, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.
2. I am employed by Sarachek Law Firm ("SLF"), 670 White Plains Road, Penthouse Fl., Scarsdale, New York 10583
3. On the 19th day of November, 2020, I caused to be served the "*Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (i) Dismissing the Cases; (ii) Converting the Cases to a Chapter 7 Liquidation; or (iii) Appointing a Chapter 11 trustee*" (the "Motion") *(*Docket No. 62) and the corresponding Notice to be served via USPS First Class Mail upon the parties as set forth on Exhibit 1, attached hereto.
4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 19th day of November, 2020, Scarsdale, New York.

By ___/s/ Denise Fava_____
       Denise Fava

Sworn before me this
19th day of November, 2020

/s/ Zachary E. Mazur
Notary Public, State of New York, No. 02MA6404012
Westchester County, Commission Expires February 10, 2024

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

# EXHIBIT 1

Cred Inc., et al.  
Service by USPS

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | 1521 CONCORD PI | WILMINGTON | DE | 19803 | |
| CRED INC. | ATTN: PRESIDENT/CEO | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | |
| DCP CAPITAL | KEVIN HU, KINGSTON CHAMBERS | PO BOX 173 | RD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6 | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 | PHILADELPHIA | PA | 19104-5016 | |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTII | LANSING | MI | 48922 | |
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | |
| UPHOLD, INC | JP THIERIOT | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY, ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | |