# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JasonSp | Date Created: 11/20/2020 |
| Case: 20−12836−JTD | Form ID: van441 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Jason A. Gibson   gibson@teamrosner.com

TOTAL: 1