# EXHIBIT A

November __, 2020

**V**IA **E**LECTRONIC **M**AIL **O**NLY
Coinbase, Inc.
Legal Department
E-mail: legal@coinbase.com

   NOTICE OF THEFT OF PERSONAL ASSETS -- REQUEST FOR ACCOUNT FREEZE

Dear Sir/Madam:

  This firm serves as counsel to Cred, Inc. ("Cred"), a cryptocurrency lender incorporated in Delaware but based with its headquarters in San Mateo, California. On November 7, 2020, Cred and its affiliated companies (collectively, the "Debtors") each filed for bankruptcy protection in the U.S. Bankruptcy Court for the District of Delaware (Case No. 20-br-12836, *et al.*). A copy of Cred's Bankruptcy petition is attached hereto, and copies of all pleadings may be viewed on the Bankruptcy Court's website: https://ecf.deb.uscourts.gov/.

  I am writing to put you on notice that as a result of fraudulent transactions by insiders/related parties at Cred and/or thus far unidentified third parties, a portion of the Debtors' assets have been misappropriated and have been processed to wallet addresses maintained at your exchange by people other than Debtors (the "Addresses"). Upon Court Order, we will provide an exemplar of addresses that deposited the misappropriated cryptocurrency into wallet addresses on your exchange. Please accept this letter as notice that any cryptocurrencies that remain in these Addresses at your exchange are the proceeds of a potential crime and are assets of Debtors' estate pursuant to Section 541(a) of the Bankruptcy Code and/or personal property of the creditors of Cred. Debtors intend to recover all property of Debtors' estates from the owner(s) of any addresses that received my clients' funds (the "Address Owners").

  We are putting you on notice that all or a portion of the cryptocurrency located in the Addresses is property of Debtors' estate; and that Debtors will be seeking the return of Debtors' assets. We ask that you immediately initiate your heightened security protocols and enhanced due diligence and that you freeze these accounts pending resolution of the dispute. If needed, you should file Suspicious Activity Reports with the appropriate legal authorities.

  I trust that you will keep frozen any and all crypto assets your exchange holds on behalf of Debtors and their estates while the recovery process works its course. If any crypto assets are released from the accounts of the Address Owners without an Order of the Delaware Bankruptcy Court, Debtors, their estates, and any underlying claimants may take any appropriate action against your exchange.

  I further trust that the evidence presented herein -- based on the work done to date -- will be more than sufficient to persuade a court or other legal authority that the Address Owners should return at least the identified cryptocurrency to my clients and may be sufficient to persuade the court that the full amount of my clients' loss should be returned plus additional assets for recovery costs. **TO BE CLEAR: WE ARE NOT ASKING YOU TO RETURN THE CRYPTOCURRENCY**

Coinbase, Inc.
Legal Department
November ____, 2020
- Page 2 of 2 -

**ABSENT A COURT ORDER. WE ARE ONLY ASKING YOU TO FREEZE THE ACCOUNTS FOR A SHORT TIME TO ALLOW THE BANKRUPTCY COURT TO MAKE A DETERMINATION AS TO OWNERSHIP OF THE CRYPTOCURRENCY ASSETS.**

In consideration of the foregoing, please confirm for me the following:

1) that you have received this letter;

2) that assets of the Address Owners are now frozen pending due legal process;

3) the identity of all accounts related to the Addresses which you believe, or which your records show, are under common control by any of the Address Owners;

4) that you will retain the details of any transfers made out of the Address Owners' accounts since receiving the bitcoins; and

5) whether any of the cryptocurrency transferred out of the Address Owners' accounts remains in any other accounts (and if so, whether you have frozen such accounts).

If there is any additional information that you would like provided, such as origination of the cryptocurrency or other meaningful information, I will endeavor to provide whatever I can without delay.

I look forward to hearing from you or one of your colleagues about this very serious, urgent matter. If you have any questions or need from me additional information, I am happy to work with you to do what is best for both your client and mine.

Respectfully Yours,

_/s/_____
*Counsel for Cred Inc.*

Enclosure