IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CRED INC., et al. | ) | Case No. 20-12836 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **D.I.** \_\_\_\_\_ |

**ORDER APPROVING EMERGENCY MOTION OF JAIME SHILLER, TAKASHI YANAGI, WU CHI KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND EMMANUEL BEAUFILS TO COMPEL THE DEBTORS TO MAKE DEMAND OF CERTAIN CRYPOCURRENCY EXCHANGES TO FREEZE THE TRANSFER OF CERTAIN ACCOUNTS THAT MAY HOLD THE DEBTORS' ASSETS**

Upon the Motion of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils (the "Motion")[1] compel the Debtors to make demand of certain cryptocurrency exchanges to freeze certain accounts that may hold the Debtors' assets; the Court having jurisdiction to hear the Motion; the Court finding notice was proper under the circumstances that such relief is in the best interest in the Debtors, their estates, and creditors and parties in interest, it is HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors are hereby ordered and directed to serve upon the Exchanges a demand substantially in the form attached as Exhibit A to the Motion, that the Exchanges freeze those accounts believed to hold the Debtors' Crypto, subject to further Order of the Court; and it is further

---

[1] Capitalized terms used by not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that Movants can provide notice to the listed exchanges/services with additional detailed information of the missing cryptocurrencies

ORDERED that the Court retains jurisdiction over the subject of this Order.