**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CRED INC., et al.[1] ) | Case No. 20-12836 (JTD) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**MOTION OF JAIME SHILLER, TAKASHI YANAGI, WU CHI KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND EMMANUEL BEAUFILS TO SHORTEN NOTICE WITH RESPECT TO ITS EMERGENCY MOTION TO COMPEL THE DEBTORS TO MAKE DEMAND OF CERTAIN CRYPTOCURRENCY EXCHANGES TO FREEZE THE TRANSFER OF CERTAIN ACCOUNTS THAT MAY <u>HOLD THE DEBTORS' ASSETS</u>**

Movants Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils (collectively, the "<u>Movants</u>"), by and through undersigned counsel, hereby jointly move (the "<u>Motion to Shorten</u>"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure for the District of Delaware (the "<u>Local Rules</u>"), and 11 U.S.C. § 105(a), for entry of an order substantially in the form attached hereto as **Exhibit A**, shortening the notice period and limiting notice with respect to the *Emergency Motion to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze Certain Accounts that May Hold the Debtors' Assets* (the "<u>Emergency Motion to Compel</u>"). More specifically, Movants respectfully request the Court schedule for hearing the Emergency Motion to Compel at the Court's earliest convenience and allow any

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred, Inc. (8268), Cred (US), LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions, LLC (3150), Cred (Puerto Rico), LLC (3566). Debtors' common mailing address is 3 East Third Avenue, San Mateo, California 94401.

12361072/1

interested party to object or otherwise respond to the Emergency Motion to Compel at the hearing. In support of the Motion to Shorten, Movants state as follows:

### JURISDICTION AND STATUTORY PREDICATES

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c), and Local Rules 2004-1(d) and 9006-1(c).

### BACKGROUND

3. On November 7, 2020, Debtors each filed voluntary bankruptcy petitions. [*See, e.g.*, Docket No. 1].

4. Contemporaneously with filing this Motion to Shorten, Movants filed their Emergency Motion to Compel. As more fully set forth in the Emergency Motion to Compel, Debtors purportedly operated a financial technology platform through which customers transferred cryptocurrency to Debtors -- generally through a loan agreement or financing agreement; and at least part of the reason for Debtors' bankruptcy filing was the theft of certain cryptocurrency in April 2020.

5. Movants are aware that some, but not all, of the cryptocurrency that was allegedly taken from Debtors (the "Debtors' Crypto")[2] can be traced to certain accounts with twenty-one (21) different cryptocurrency exchanges/services which have processed transactions from

---

[2] Movants understand that there may be issues with respect to whether the cryptocurrencies that were in Debtors' possession are property of Debtors' estates under Section 541, if Debtors were simply bailors for the actual owners who pledged or loaned their bitcoin to Debtors. Such designation is not relevant to the issues raised by this motion, and the definition used herein is solely for the purpose of identification.

12361072/1

cryptocurrency wallet addresses maintained or controlled by Debtors to the identified exchanges/services -- bitcoin to which Movants hold, at least in part, an ownership interest (the "Exchanges").[3] Specifically, the Exchanges processed at least 3,529 bitcoin belonging to Debtors, presently worth approximately $63,500,000.

6. The Exchanges include five (5) primary exchanges based in the United States (collectively, the "U.S. Exchanges").[4]

7. Upon information and belief, Debtors have not taken any action -- either prior to or since the Petition Date -- to notify any of the Exchanges that Debtors' Bitcoin is in those accounts and make demand that the Exchanges freeze those accounts holding Debtors' Bitcoin pending a further determination as to ownership.

8. On November 18, 2020, Krzysztof Majdak and Philippe Godinea (the "Original Movants") filed a Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b): (i) Dismissing the Cases; (ii) Converting the Cases to a Chapter 7 Liquidation; or (iii) Appointing a Chapter 11 Trustee [Docket No. 62] (the "Motion to Dismiss").  The Motion to Dismiss is scheduled to be heard on December 9, 2020.

## The Emergency Motion to Compel

9. As set forth in the declaration of the co-founder and Chief Executive Officer of Cred Inc., Debtors' bankruptcy was precipitated by the April 2020 theft by an imposter hired by Debtors of 800 bitcoin (worth over $10 million).

10. While Movants cannot ascertain how much of the cryptocurrencies remain at these exchanges/services, Movants believe in good faith that insiders of Debtors, third-parties related to

---

[3] Movants are willing to disclose to Debtors, the United States Trustee, and this Court, if necessary, the tracing analysis and non-public address information but believe public disclosure would not be in the best interests of the estates or their creditors.

[4] The Exchanges that are based in the United States are: (1) Bittrex, Inc., (2) Coinbase, Inc., (3) Xapo, Inc., (4) Gemini, and (5) Payward Inc. d/b/a Kraken.

12361072/1

Debtors, and presently-unidentified fraudsters hold accounts at the identified exchanges/services and that the exchanges/services are aware of accounts that are linked to Debtors' cryptocurrencies that remain at their exchanges/services.

11. The exchanges/services are the primary means for converting cryptocurrencies into U.S. Dollars/fiat currency for subsequent liquidation.

12. Specifically, the U.S. Exchanges, for example, processed at least 3,529 bitcoin belonging to Debtors, presently worth $63,500,000.00.

13. By and through the Emergency Motion to Compel, Movants request that Debtors' be required to serve upon the Exchanges a demand that such exchanges freeze all cryptocurrency accounts believed to hold the Debtors' Crypto as well as freeze any related accounts at the Exchanges that currently possess assets transacted to parties/accountholders known to be related to Debtors, including all insiders of the Debtor companies.

14. Time is of the essence with respect to the relief sought by the Emergency Motion to Compel. Because the Motion to Dismiss is not scheduled to be heard until December 9, 2020, there is a need to put all interested parties on notice immediately. Absent such seasonable relief, the damages that may be suffered by Debtors, the bankruptcy estates, Movants, and other creditors of Debtors may be significant and irreparable.

## RELIEF REQUESTED

15. By this Motion to Shorten, Movants seeks entry of an order, substantially in the form annexed hereto as **Exhibit A**, shortening notice and objection periods with respect to the Emergency Motion to Compel. More specifically, Movants respectfully request that the Court schedule a hearing to consider the Emergency Motion to Compel at the Court's earliest

convenience and allow any interested party to object or otherwise respond to the Emergency Motion to Compel at the hearing.

## BASIS FOR RELIEF REQUESTED

16. Pursuant to Local Rule 9006-1(c), all motions "shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date." In addition, the objection deadline "shall be no later than seven (7) days before the hearing date."

17. However, a court may shorten notice and limit it on such a motion for cause. Local Rule 9006-1(e) provides that the Court, for cause shown, may in its discretion reduce the notice period normally required. Movants respectfully submit that cause to shorten notice is shown here.

## CERTIFICATION PURSUANT TO LOCAL RULE 9006-1

18. The undersigned counsel certifies pursuant to Local Rule 9006-1 that they have contacted Debtors and the United States Trustee with respect to this request to shorten time. The Movants have exchanged emails and spoken with counsel for the Debtors about the request for expedited relief. The Debtors have not refused to consent to expedited relief, but they have not consented, either. They have expressed that they are willing to resolve the underlying issues in a way that is best for the estates, but have expressed an understanding as to the exigency of the situation and the Movants' need to seek relief on an expedited basis. The United States Trustee has advised that it has no objection to the shortening of time. The rights of the Debtors and United States Trustee to object to the Emergency Motion to Compel are, of course, fully reserved and preserved.

WHEREFORE, Movants respectfully request the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting to Movant such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: November 23, 2020 | **MORRIS JAMES LLP** |

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com

-and-

David C. Silver (*Pro Hac Vice* forthcoming)
SILVER MILLER
11780 West Sample Road
Coral Springs, Florida 33065
Phone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com

*Counsel to the Movants*

12361072/1