# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:
                )

CRED INC., et al.[1]
                )

               Debtors.  )

Chapter 11
Case No. 20-12836 (JTD)
(Jointly Administered)
**Re: D.I. 76**

### ORDER GRANTING MOTION OF JAIME SHILLER, TAKASHI YANAGI, WU CHI KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND EMMANUEL BEAUFILS TO SHORTEN NOTICE WITH RESPECT TO ITS EMERGENCY MOTION TO COMPEL THE DEBTORS TO MAKE DEMAND OF CERTAIN CRYPTOCURRENCY EXCHANGES TO FREEZE THE TRANSFER OF CERTAIN ACCOUNTS THAT MAY HOLD THE DEBTORS' ASSETS

Upon the motion ("Motion to Shorten") of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils (collectively, the "Movants") to shorten notice to consider *Emergency Motion to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze Certain Accounts that May Hold the Debtors' Assets* (the "Emergency Motion to Compel"), the Court having considered the Motion to Shorten; and the Court finding that the notice given of the Motion to Shorten is due and sufficient under the circumstances; and no other or further notice need be provided; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.     The Motion to Shorten is GRANTED.

---

[1]    Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred, Inc. (8268), Cred (US), LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions, LLC (3150), Cred (Puerto Rico), LLC (3566).  Debtors' common mailing address is 3 East Third Avenue, San Mateo, California 94401.

2.      The Emergency Motion to Compel and any objections thereto will be considered at

a hearing on ___November 25___, 2020 at __11:00__ a.m. (ET) (the "Hearing Date").

3.      Any interested party may object or otherwise respond to the Emergency Motion to

Compel at the hearing.

4.      Movants' counsel shall file and serve a copy of this Order via electronic mail upon

the following parties as soon as practicable: (i) the United States Trustee; (ii) counsel for Debtors;

and (iii) all parties that have requested notice pursuant to Bankruptcy Rule 2002.

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: November 23rd, 2020**
**Wilmington, Delaware**