# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC, *et al*., | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Avram E. Luft of Paul Hastings LLP to represent Cred Inc., *et al.* in this action.

Dated: November 24, 2020

*/s/ Scott D. Cousins*
Scott D. Cousins (DE Bar No. 3079)
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE  19803
Telephone:  +1 (302) 824-7081
Email: scott.cousins@cousins-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Avram E. Luft*
Paul Hastings LLP
200 Park Avenue, New York, NY 10166
(212) 318-6000
aviluft@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.