IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: 75** |

**LIMITED RESPONSE TO EMERGENCY MOTION OF JAIME SHILLER ET AL. TO COMPEL THE DEBTORS TO MAKE DEMAND OF CERTAIN CRYPTOCURRENCY EXCHANGES TO FREEZE THE TRANSFER OF CERTAIN ACCOUNTS THAT MAY HOLD THE DEBTORS' ASSETS**

Krzysztof Majdak and Philippe Godinea (the "Respondents"), by and through their undersigned counsel, hereby file this limited response to *Emergency Motion of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils to Compel the Debtors to Make Demand Of Certain Crypocurrency Exchanges to Freeze the Transfer of Certain Accounts That May Hold the Debtors' Assets* (the "Emergency Motion") [D.I. 75]:

1.  Respondents have reviewed the Emergency Motion and believe that there are serious allegations of mismanagement and fraud.

2.  Respondents previously filed a Motion [D.I. 62] for entry of an order pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code") directing that these Chapter 11 cases be (i) dismissed; (ii) converted to cases under Chapter 7 of the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{00029634. }

Bankruptcy Code; or alternatively (iii) for the appointment of a Chapter 11 trustee, which is scheduled to be heard on December 9, 2020.

3. To the extent this Court is inclined to grant the relief requested in the Emergency Motion, Respondents request that it be without prejudice to any rights of a Chapter 7 or Chapter 11 Trustee.

Respectfully submitted,

Date:  November 24, 2020
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-111
Email: gibson@teamrosner.com

and

SARACHEK LAW FIRM
Joseph E. Sarachek (admitted *pro hac vice*)
Zachary E. Mazur (admitted *pro hac vice*)
670 White Plains Road
Penthouse Fl.
Scarsdale, New York 10583
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@saracheklawfirm.com
zachary@saracheklawfirm.com

*Counsel to Krzysztof Majdak and Philippe Godinea*