## Exhibit A

Form of Letter

November __, 2020

<u>**VIA U.S. MAIL OR ELECTRONIC MAIL**</u>
[INSERT EXCHANGE CONTACT INFORMATION]

NOTICE OF THEFT OR CONVERSION OF PERSONAL ASSETS

Dear Sir/Madam:

 This firm serves as counsel to Cred, Inc. ("Cred"), a cryptocurrency lender incorporated in Delaware but based with its headquarters in San Mateo, California.  On November 7, 2020, Cred and its affiliated companies (collectively, the "Debtors") each filed for bankruptcy protection in the U.S. Bankruptcy Court for the District of Delaware (Case No. 20-br-12836, *et al.*).  A copy of Cred's Bankruptcy petition is attached hereto, and copies of all pleadings may be viewed on the Bankruptcy Court's website: https://ecf.deb.uscourts.gov/.

 I am writing to put you on notice that as a result of wrongful actions by third parties, a portion of the Debtors' assets have been misappropriated and may have been processed to wallet addresses that may be maintained at your exchange by people other than Debtors. Specifically, if anyone with an account on your exchange holds cryptocurrency associated with or linked to the blockchain addresses listed below, this letter notifies you that any cryptocurrencies which remain in such accounts are the proceeds of a potential crime or tortious conversion and are assets of the Debtors' estates that are recoverable under the Bankruptcy Code:

- 1HhGiE2JgUqweztdjpd5prpSt3YSkMs5Gk;
- 0x58ac2780289a9D2D788dA184F2c15C0586f8e53D;
- 463362d41ab2686977f6f7c8bcb40ffbbfbf7fb9846558c602a29351f2cdbba0;
- 3GGyZqR9Z79Sad8irEiDFtxPfxyCvYxEv3;
- 3GGyZqR9Z79Sad8irEiDFtxPfxyCvYxEv3;
- 2329c3648ad590ce615397103029ce2c396d9b3b74c26beb442cb9ee16cb6ca3; and
- 0xf225f18dbff318505fc2857abd78caf9310de2c2fa6f641254dab42f46cf19d6.

 Please be advised that the Debtors intend to recover such property of Debtors' estates from the owner(s) of any accounts that received the Debtors' assets from the addresses listed above.  We ask that you immediately initiate your heightened security protocols and enhanced due diligence and that you freeze any accounts that may contain property of the Debtors.  If needed, you should file Suspicious Activity Reports with the appropriate legal authorities.

 If there is any additional information that you would like provided, I will endeavor to provide whatever I can without delay.  I look forward to hearing from you or one of your colleagues about this very serious, urgent matter.

If you have any questions or need from me additional information, I am happy to work with you to do what is best for both your client and mine.

Respectfully Yours,

*/s/*
*Counsel for Cred Inc. and its subsidiaries*

Enclosure