UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR NOVEMBER 25, 2020 AT 11:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH COURTCALL AND ZOOM. PARTIES SHOULD CALL IN TO COURTCALL BY 10:45 A.M. AS COURTCALL HAS BEEN EXPERIENCING DELAYS DUE TO THE VOLUME OF CALLS.**

**TO APPEAR TELEPHONICALLY, PARTIES SHOULD CONTACT COURTCALL, LLC AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

**I.   CONTESTED MATTER GOING FORWARD:**

1.   Emergency Motion of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Emmanuel Beaufils To Compel The Debtors To Make Demand Of Certain Cryptocurrency Exchanges To Freeze The Transfer Of Certain Accounts That May Hold The Debtors' Assets [Docket No. 75 – Filed November 23, 2020]

Objection / Response Deadline:    At the Hearing

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]   **All Amended Items Appear in Bold**

[3]   All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

Objections / Responses Received To Date:

a. Limited Response To Emergency Motion Of Jaime Shiller Et Al. To Compel The Debtors To Make Demand Of Certain Cryptocurrency Exchanges To Freeze The Transfer Of Certain Accounts That May Hold The Debtors' Assets [Docket No. 81 – Filed November 24, 2020]

b. **Response of Debtors to Emergency Motion of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonathan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze the Transfer of Certain Accounts that May Hold the Debtors' Assets** [Docket No. 85 – Filed November 25,2020].

Status: This matter is going forward

Dated: November 25, 2020
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile: :  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
            mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
            derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*