# Court Conference

**U.S. Bankruptcy Court-District of Delaware**

Calendar Date: 11/25/2020

**Confirmed Telephonic Appearance Schedule**

Calendar Time: 11:00 AM ET

**Honorable John T. Dorsey**

**Courtroom**

*Amended Calendar  Nov 25 2020  7:43AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cred Inc. | 20-12836 | Hearing | 10975962 | Mark Anderson | (646) 799-5514 ext. | Uphold | Creditor, Mark Anderson / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10974945 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Darren Azman / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10974327 | Alexander Bongartz | (212) 318-6472 ext. | Paul Hastings LLP | Debtor, Cred, Inc / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10974935 | Pablo Bonjour | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10975063 | Kim Brown | (302) 467-4436 ext. | Landis Rath & Cobb LLP | Creditor, Upgrade Ya Investments / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10973169 | Scott D. Cousins | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred / LIVE |
| | | Cred Inc | 20-12836 | Hearing | 10975937 | Jim Gansman | (201) 315-2521 ext. | Rock Creek Advisors | Interested Party, Rock Creek Advisors / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10976018 | David L. Gay | (305) 530-0050 ext. | Carlton Fields, P.A. | Interested Party, David L. Gay / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10975842 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Krzysztof Majdak and Philippe Godinea / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10973752 | David Greenblatt | (212) 457-3317 ext. | David Greenblatt - In Pro Per/Pro Se | Interested Party, David Greenblatt / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10974582 | James Grogan | (212) 318-6696 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10976010 | Matthew E. Kaslow | (215) 569-5500 ext. | Blank Rome LLP | Interested Party, Blank Rome LLP / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10975702 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Interested Party, Client / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10973697 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Interested Party, United States of America / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10975866 | Earle Loxton | (278) 285-2050 ext. | Earle Loxton - In Pro Per/Pro Se | Creditor, Earle J Loxton / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 10974569 | Avi E. Luft | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 10974944 | Robert Craig Martin | (302) 468-5655 ext. | DLA Piper (US), LLP | Interested Party, Robert Craig Martin / LISTEN ONLY |
| Cred, Inc. | 20-12836 | Hearing | 10975889 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10975045 | Joseph J. McMahon, Jr. | (302) 573-6491 ext. | Office of the US Trustee | U.S. Trustee, Joseph McMahon / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10974980 | Drew McManigle | (410) 350-1839 ext. | MACCO Restructuring Group, LLC | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10975913 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Maple Partners LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10975947 | Joanne Molinaro | (224) 425-3339 ext. | Foley & Lardner LLP | Interested Party, Foley & Lardner LLP / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10973120 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Jaime Shiller, et al. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10975980 | Gary Nelson | (770) 330-5008 ext. | Gary Nelson - In Pro Per/Pro Se | Creditor, Gary Nelson / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10975082 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgrade Ya Investments / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10975002 | Joseph E. Sarachek | (646) 517-5420 ext. | The Sarachek Law Firm | Creditor, KRZYSZTOF MAJDAK and PHILIPPE GODINEA / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10975040 | John Schanne | (302) 573-6497 ext. | Office of the United States Trustee | U.S. Trustee, John Schanne / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10973981 | David Silver | (954) 516-6000 ext. | Silver Miller | Creditor, Jaime Schiller et al / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10973846 | Artem Skorostensky | (212) 813-8989 ext. | Goodwin Procter LLP | Interested Party, Goodwin Procter LLP / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10974725 | Gregg A. Steinman | (305) 329-4473 ext. | McDermott Will & Emery LLP | Interested Party, Gregg Steinman / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10974993 | Patrick Stewart | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10973109 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Creditor, Jaime Shiller, et al. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10974595 | Broocks Wilson | (713) 860-7343 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |