## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No.  20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF MARC PARRISH IN SUPPORT OF THE
## MOTION OF UPGRADEYA INVESTMENTS, LLC FOR
## RELIEF FROM STAY UNDER BANKRUPTCY CODE SECTION 362

I, Marc Parrish, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.     I am the managing member of UpgradeYa Investments, LLC ("UpgradeYa").  I submit this declaration (the "Declaration") in support of the *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* (the "Motion").  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  I am authorized by UpgradeYa to submit this Declaration and, if called upon to testify, I could and would testify to the facts set forth herein.

2.     UpgradeYa and Debtor Cred (US) LLC ("Cred") are parties to that certain Loan and Security Agreement (the "Agreement") dated April 20, 2020.  A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

3.     On April 21, 2020, Cred identified thirty (30) e-wallet accounts (the "Collateral Accounts") maintained by Fireblocks Inc. ("Fireblocks") to hold the Bitcoin to be deposited by UpgradeYa as collateral.  Between April 23, 2020 and April 27, 2020, UpgradeYa deposited

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

531.3004746 Bitcoins as collateral (the "Collateral") into the Collateral Accounts.  On April 27, 2020, the market value of the Collateral was $4,121,010.88.

4.      As set forth on the Form of Draw Certificate dated April 30, 2020 (the "Draw Certificate"), UpgradeYa drew the full $2 million Line of Credit (the "LOC Draw").  A true and correct copy of the Draw Certificate is attached hereto as **Exhibit B**.

5.      Debtor Cred LLC and UpgradeYa also entered into that certain Line of Credit Agreement dated April 30, 2020 (the "CredEarn Agreement") pursuant to which UpgradeYa allocated $120,000 of the LOC Draw as a loan to the Debtors as part of the Debtors' CredEarn program that was to be used to pay the interest accrued on the Line of Credit while earning eight percent (8%) interest.  A true and correct copy of the CredEarn Agreement is attached hereto as **Exhibit C**.

6.      Between April 2020 and August 2020, the value of the Collateral increased substantially as a result of a rise in the price of Bitcoin.  On August 20, 2020, the Collateral had a market value of $6,325,132.15 – an increase of over $2 million from the time it was initially pledged.

7.      On August 10, 2020, UpgradeYa requested to withdraw ten percent (10%) of the Bitcoin it had deposited into the Collateral Accounts to return the deposited Collateral to a loan-to-value ratio closer to the requisite fifty percent (50%).  A true and correct copy of the email from Marc Parrish to Cred employee Michael Zhang dated August 10, 2020 is attached hereto as **Exhibit D**.

8.       On August 13, 2020, the Debtors agreed to return 53.1200475 Bitcoin to UpgradeYa from the Collateral Accounts leaving 478.17 Bitcoin deposited as Collateral.  A true and

correct copy of the email from Michael Zhang to Marc Parrish dated August 13, 2020 is attached hereto as **Exhibit E**.

9.      On August 14, 2020, the Debtors issued an updated Draw Certificate (the "Updated Draw Certificate") reflecting the reduction of the Collateral being held by the Debtors. A true and correct copy of the Updated Draw Certificate is attached hereto as **Exhibit F**.

10.      On October 28, 2020, Cred informed UpgradeYa that it had experienced irregularities in the handling of specific corporate funds and had temporarily suspended all inflows and outflows of funds relating to the CredEarn program.  A true and correct copy of the email from Michael Zhang to Marc Parrish dated October 28, 2020 is attached hereto as **Exhibit G**.

11.      On October 29, 2020, UpgradeYa contacted the Debtors' Chief Executive Officer, Daniel Schatt, to inquire about the status of the Collateral being held by the Debtors and requested to settle the Line of Credit and withdraw the Collateral.  A true and correct copy of the email from Marc Parrish to Daniel Schatt dated October 29, 2020 is attached hereto as **Exhibit H**.

12.      On October 31, 2020, Mr. Schatt responded stating "unfortunately I won't be able to provide an update for 7-10 days."  A true and correct copy of the email from Daniel Schatt to Marc Parrish dated October 31, 2020 is attached hereto as **Exhibit I**.

13.      On November 7, 2020, UpgradeYa contacted Mr. Schatt stating that it can fulfill its obligations and will repay the entire $2 million Line of Credit in return for its Collateral.  A true and correct copy of the email from Marc Parrish to Daniel Schatt dated November 7, 2020 is attached hereto as **Exhibit J**.

14.      To date, the Debtors have not engaged UpgradeYa with respect to its offers to repay the Line of Credit and have its Collateral returned to it.

15.     On November 10, 2020, the Debtors confirmed in writing to UpgradeYa that it was holding 478.170 Bitcoin as collateral and that UpgradeYa had an active CredEarn program with a balance of $73,171.47. A true and correct copy of the email from Cred employee Heidi Ng to Marc Parrish dated November 10, 2020 is attached hereto as **Exhibit K**.

16.     As of the Petition Date, the Collateral held by the Debtors had a market value of $7,322,65.38 and the outstanding amount of all obligations under the Line of Credit was $2 million.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 25, 2020                  */s/ Marc Parrish*_____
                                          MARC PARRISH
                                          UPGRADEYA INVESTMENTS, LLC