# **EXHIBIT D**

SUBJECT: Collateral Withdraw
FROM: Marc Parrish <marc@upgradeya.com>
TO: Michael Zhang <michael.zhang@mycred.io>
DATE: 10/08/2020 14:10

Michael,

With the stability of the bull market since starting the loan with
Cred I think it is time to take out 10% of the collateral to get
closer to the original LTV and to go through the process so I know how
it works.
Of course the BTC that is withdrawn from Cred will be available should
it need to be put back in as collateral in the event the market turns
bearish.
Let me know the process and how we can best achieve this over the next
week or so.

Thanks,
Marc Parrish
UpgradeYa, LLC
843-324-8640

CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is
the property of UpgradeYa, intended only for the use of the intended
recipient(s). Unauthorized use or disclosure of this information is
prohibited. If you are not an intended recipient, please immediately
notify UpgradeYa and destroy any copies of this email. Receipt of this
e-mail shall not be deemed a waiver by UpgradeYa of any privilege or
the confidential nature of the information.