# EXHIBIT E

SUBJECT: Re: Collateral Withdraw
FROM: Michael Zhang <michael.zhang@mycred.io>
TO: Marc Parrish <marc@upgradeya.com>
DATE: 13/08/2020 14:59
ATTACHMENTS (20200813-145926-0000034): "Upgradeya Investments LLC Earn and borrow partial collateral redemption summary.pdf"

Hey Marc,

Apologies, the meeting invite didn't send. Let's discuss this over email and move to a meeting if necessary.

In regards to a partial collateral redemption, great news, it has been approved.

The plan is to redeem 53.1200475 BTC from your current collateral of 531.300475 BTC resulting in a new collateral amount of 478.17 BTC. Using the current BTC market price of $11,500 your LTV will change from 32.7% to 36.4%. This is summarized in the attached doc highlighted in green.

Please let me know if this is acceptable. Once you confirm I can begin drafting the necessary documents to reflect the changes.

Lastly, please send me your BTC wallet for us to transfer the collateral to. You can send it securely here.


Best regards,



**Ka Zhang (Michael)**
VP, Wealth

michael.zhang@mycred.io
+1 (310) 291-2597
mycred.io
Linkedin


On Thu, Aug 13, 2020 at 8:56 AM Marc Parrish <marc@upgradeya.com> wrote:
> Hey Michael,
>
> I didn't see an invite for a meeting today.  I will be busy this afternoon so today will not work.  Tomorrow should work if you want to set something up.
> No need for a meeting on my end only necessary if you feel a need for it.
>
> Thanks,
> Marc Parrish
> UpgradeYa, LLC
> 843-324-8640
>
> CONFIDENTIALITY NOTICE
>
> This e-mail contains privileged and confidential information which is the property of UpgradeYa, intended only for the use of the intended recipient(s). Unauthorized use or disclosure of this information is prohibited. If you are not an intended recipient, please immediately notify UpgradeYa and destroy any copies of this email. Receipt of this e-mail shall not be deemed a waiver by UpgradeYa of any privilege or the confidential nature of the information.
>
>
> On Mon, Aug 10, 2020 at 6:54 PM Michael Zhang <michael.zhang@mycred.io> wrote:
>> Hey Marc,
>>
>> Perfect, I just sent you an invite for Wednesday at 11 AM PST, feel free to modify it as needed.
>>
>> > As far as the refinancing does the 6% interest $ amount go up due to the new loan amount or is that based on the origination amount?
>>
>> The interest will be maintained at 6% APR, however, the amount of interest owed will go up depending on the amount of USD you pull from the LOC. I didn't want to change the amount of interest owed as a second draw has yet to be determined. Once we discuss it over a call, I can get back to you will a more detailed overview.
>>
>> Note - interest is calculated based on the amount you draw from the LOC. For example if you draw $2M out of the max of $3M you will only be charged interest on the $2M.
>>
>> I look forward to speaking Wednesday. If any questions come up beforehand, please let me know.
>>
>> Best regards,
>>
>> 
>>
>> **Ka Zhang (Michael)**
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>> +1 (310) 291-2597
>> mycred.io
>> Linkedin
>>
>>
>> On Mon, Aug 10, 2020 at 2:44 PM Marc Parrish <marc@upgradeya.com> wrote:
>>> Thanks Michael,

Yes let's plan a call for Wednesday.  Just send me an invite and I
should be able to make it work.  As far as the refinancing does the 6%
interest $ amount go up due to the new loan amount or is that based on
the origination amount?  From your attachment it looks
like it stays the same based on $2M.

Marc Parrish
UpgradeYa, LLC
843-324-8640

CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is
the property of UpgradeYa, intended only for the use of the intended
recipient(s). Unauthorized use or disclosure of this information is
prohibited. If you are not an intended recipient, please immediately
notify UpgradeYa and destroy any copies of this email. Receipt of this
e-mail shall not be deemed a waiver by UpgradeYa of any privilege or
the confidential nature of the information.

On Mon, Aug 10, 2020 at 2:47 PM Michael Zhang <michael.zhang@mycred.io> wrote:
>
> Hey Marc,
>
> I hope you had a great weekend.
>
> > With the stability of the bull market since starting the loan with Cred I think it is time to take out 10% of the collateral to get closer to the original LTV and to go through the process so I know how it works.
>
> With the current bull market, your LTV is fluctuating between 30%-33% LTV. Our LOC's are structured so that the collateral is locked-in for the duration of the loan term. Although we won't be able to redeem a portion of your collateral, we can offer a refinance option for a 1% fee.
>
> Referencing the program summary attached, the market price of BTC on 08/10/20 at 11:27 AM PST of $11,905.00 would put your total collateral value at $6,325,132.15. If you choose to activate the refinance option we will re-evaluate and update your collateral value to reflect the current market value of the underlying asset which would increase your LOC to $3,162,566.08. As a result, you will have an additional $1,162,566.08 to draw from - the 1% fee is based on the increase LOC totaling $11,625.66.
>
> It would be great to jump on a call to dive deeper. How does your schedule look for the rest of the week? I am available tomorrow from 10 AM to 2 PM PST and Wednesday from 1 PM to 4 PM PST. Let me know if any of those times work for you and if it's easier we can also communicate via email.
>
> Best regards,
>
> Ka Zhang (Michael)
>
> VP, Wealth
>
>
> michael.zhang@mycred.io
>
> +1 (310) 291-2597
>
> mycred.io
>
> Linkedin
>
>
>
> On Mon, Aug 10, 2020 at 11:10 AM Marc Parrish <marc@upgradeya.com> wrote:
>>
>> Michael,
>>
>> With the stability of the bull market since starting the loan with
>> Cred I think it is time to take out 10% of the collateral to get
>> closer to the original LTV and to go through the process so I know how
>> it works.
>> Of course the BTC that is withdrawn from Cred will be available should
>> it need to be put back in as collateral in the event the market turns
>> bearish.
>> Let me know the process and how we can best achieve this over the next
>> week or so.
>>
>> Thanks,
>> Marc Parrish
>> UpgradeYa, LLC
>> 843-324-8640
>>
>> CONFIDENTIALITY NOTICE
>>
>> This e-mail contains privileged and confidential information which is
>> the property of UpgradeYa, intended only for the use of the intended
>> recipient(s). Unauthorized use or disclosure of this information is

>> prohibited. If you are not an intended recipient, please immediately
>> notify UpgradeYa and destroy any copies of this email. Receipt of this
>> e-mail shall not be deemed a waiver by UpgradeYa of any privilege or
>> the confidential nature of the information.