# EXHIBIT F

# EXHIBIT A

## FORM OF DRAW CERTIFICATE - PARTIAL COLLATERAL REDEMPTIOM

### Draw Certificate No.1- UPDATED

**Date: August 14, 2020**

Re:   The Loan and Security Agreement (the "**Agreement**") by and between Cred (US) LLC and Borrower.

From:  Cred (US) LLC
Attn: 2121 S. El Camino Real, Suite 500
San Mateo, CA 94403

This Draw Certificate is prepared and delivered pursuant to the Agreement. Capitalized terms used but not defined herein have the meanings given to such terms in the Agreement. This Draw Certificate amends and restates in its entirety the Draw Certificate with Borrower dated April 30, 2020.

On the date of delivery set forth below, Borrower delivered and posted cryptocurrency and/or fiat currency in the number and type specified below to Lender's digital wallet pursuant to the Agreement.

| | |
|---|---|
| **Date of draw:** | April 30, 2020 |
| **Type and Number of Pledged Collateral – Updated to reflect partial redemption** | Original collateral - 531.3004746 BTC<br><br>Updated collateral August 13, 2020 – 478.17 BTC |
| **Date of delivery and posting of the draw proceeds to Borrower:**<br>(date on which interest begins accruing on the draw amount) | April 30, 2020 |
| **Type of cryptocurrency or fiat currency:** | [X]    fiat currency (type: USD) |
| **Number of tokens or USD:** | [X]    $2,000,000 |
| **Interest rate applicable to the draw:** | 6% |
| **Interest payment dates:** | $20,666.67 payable on 06/30/2020.<br><br>$30,666.67 payable on 09/30/20. |

-1-

|  | $30,666.67 payable on 12/31/2020. <br><br> $30,000 payable on 03/31/2021. <br><br> $10,000 payable on 04/30/2021 |
|---|---|
| **Principal payment dates:** | $2,000,000 payable on April 30, 2021. |
| **Collateral Return** | Upon payment in full of all principal, interest, and other amount due to lender. |

* * *

| **SIGNATURES TO Updated Exhibit A** |
|---|

**Lender:**

**CRED INC.**,
a Delaware corporation**

By: *Dan Schatt*
       91B4E836EB01409...
Name: Dan Schatt
Title: CEO

**Borrower:**

Marc Parrish
_____
                  [*print name*]

*Marc Parrish*
_____
  2E3D85A35A5340E...
                  [*signature*]