# EXHIBIT G

SUBJECT: Cred
FROM: Michael Zhang <michael.zhang@mycred.io>
TO: Marc Parrish <marc@upgradeya.com>
DATE: 28/10/2020 14:07

Hey Marc,

Cred has experienced irregularities in the handling of specific corporate funds by a perpetrator of fraudulent activity that has negatively impacted Cred's balance sheet and precipitated a law enforcement investigation into the loss of these funds. Cred is cooperating fully with law enforcement authorities in connection with the investigation into the incident. Cred is in the process of carrying out an internal accounting of its assets and assessing the impact of the incident on its current business and in consultation with legal counsel has determined to temporarily suspend all inflows and outflows of funds relating to the CredEarn program. No client personal information or other account data has been compromised. Given the circumstances, we are unable to comment further at this time but we will undertake to provide an update within the next 2 weeks. We thank you for your patience.


The Cred Team


I apologize as I don't have more information than this. I'll make sure to keep you updated as I learn more.

Best regards,



**Ka Zhang (Michael)**
VP, Wealth

michael.zhang@mycred.io
+1 (310) 291-2597
mycred.io
Linkedin

Cred (US) LLC is a licensed lender and allows some borrowers to earn a yield on cryptocurrency pledged as collateral. That yield feature is sometimes referred to as "CredEarn." Outside the United States, Cred LLC accepts loans of cryptocurrency fr or insured by the FDIC or any other governmental entity. Cred makes no representation regarding its creditworthiness or financial position. Cred can extend the term of any loan or pledge in its discretion. "CredBorrow" and "crypto line of credit" (abbre Lenders Law License 60DBO-91480.