# EXHIBIT I

---------- Forwarded message ---------
From: **Dan Schatt** <dan@mycred.io>
Date: Sat, Oct 31, 2020 at 11:22 AM
Subject: Re: Cred
To: Marc Parrish <marc@upgradeya.com>
Cc: Michael Zhang <michael.zhang@mycred.io>

Hi Marc – I've checked in with our Counsel and unfortunately I won't be able to provide an update for 7-10 days.  I realize that this puts you in a difficult position and I am so sorry that we cannot provide you with more information at this moment. We will reach out as soon as we are cleared to do so.

Thanks,

Dan

---

**From:** Dan Schatt <dan@mycred.io>
**Date:** Friday, October 30, 2020 at 7:27 AM
**To:** Marc Parrish <marc@upgradeya.com>
**Cc:** Michael Zhang <michael.zhang@mycred.io>
**Subject:** Re: Cred

Marc,

I completely understand.  Our team is actively reviewing your information, should be in touch soon.

Thanks,

Dan

Sent from my iPhone

1

On Oct 30, 2020, at 5:22 AM, Marc Parrish <marc@upgradeya.com> wrote:

Dan,

Did the team review my case?  I have not heard anything.

Like I have a previously stated, the value is too much to not have information and answers as to what is going on and the status of my collateral.

Do you have my collateral?

If yes, can I settle my loan and withdraw my collateral?

If no, what insurance do you have (what does it cover)?

If I don't hear anything soon then I will have no choice but to deploy a legal team for investigation into Cred to ultimately confirm the status of my collateral so I can make the proper financial decisions moving forward.

Marc Parrish

UpgradeYa Investments, LLC

Sent from Mobile Device

On Thu, Oct 29, 2020, 2:56 PM Dan Schatt <dan@mycred.io> wrote:

> Marc, I completely understand and deeply regret the stress we are causing. I've asked our team to review your situation, and we will definitely do everything we can to come to clarity as quickly as we can.
>
> **From:** Marc Parrish <marc@upgradeya.com>
> **Date:** Thursday, October 29, 2020 at 5:06 AM

**To:** Dan Schatt <dan@mycred.io>
**Cc:** Michael Zhang <michael.zhang@mycred.io>
**Subject:** Re: Cred

Thanks for the email Dan.

This limited amount of information creates many questions and reads like the situation is catastrophic and collateral is lost.

Waiting on the sidelines for two weeks while I have no clue what the status of my BTC is just not possible.  The amount of value that I feel is lost at this point is extremely troubling.

Some clarity in either direction is needed.  I understand you likely cannot answer my questions at this point. But I have to ask for my own sanity...

Do you have my collateral?

If yes, can I settle my loan and withdraw my collateral?

If no, what insurance do you have (what does it cover)?

I don't mean to add stress to an already stressful situation, but this Bitcoin/collateral is my life and not knowing the status is not acceptable.

Thanks,

Marc

Sent from Mobile Device

On Wed, Oct 28, 2020, 8:10 PM Dan Schatt <dan@mycred.io> wrote:

3

Marc,

First, let me say that I am very sorry for this news, and we will do everything we can to support you and provide you with updated information. Realistically, it's looking like it will take the full two week period to do the full assessment and provide you with much more information.   I will keep Michael fully up to date so he can provide you with any and all updates as they happen.  We truly hope to come to resolution soon so we can give you some peace of mind.

Thank you,

Dan

---

**From:** Marc Parrish <marc@upgradeya.com>
**Date:** Wednesday, October 28, 2020 at 1:02 PM
**To:** Michael Zhang <michael.zhang@mycred.io>
**Cc:** Dan Schatt <dan@mycred.io>
**Subject:** Re: Cred

Michael,

Thank you. The sooner the better.  Needless to say, this has become my top priority and concern.

Marc Parrish
UpgradeYa Investments, LLC
843-324-8640

On Wed, Oct 28, 2020 at 3:21 PM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey Marc,

4

I understand your concerns. My priority is to keep an open channel of communication going and give you updates as soon as I learn more.

CC'd is Dan Schatt, CEO, of Cred.

Best regards,



**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

Linkedin

Cred (US) LLC is a licensed lender and allows some borrowers to earn a yield on cryptocurrency pledged as collateral. That yield feature is sometimes referred to as "CredEarn." Outside the United States, Cred LLC accepts loans of cryptocurrency from non-U.S. persons and pays interest on those loans. Neither Cred LLC nor Cred (US) LLC sell or offer to sell investments or securities; neither entity is a bank and no transaction or arrangement provided by either entity is guaranteed or insured by the FDIC or any other governmental entity. Cred makes no representation regarding its creditworthiness or financial position. Cred can extend the term of any loan or pledge in its discretion. "CredBorrow" and "crypto line of credit" (abbreviated "C-LOC") are trade names for lending products of Cred (US) LLC. This communication may not be used to offer or sell anything in any jurisdiction if doing so is not lawful. Loans made or arranged pursuant to California Finance Lenders Law License 60DBO-91480.

On Wed, Oct 28, 2020 at 12:16 PM Marc Parrish <marc@upgradeya.com> wrote:

> Michael,

5

Thanks for sharing.  Please connect me with Dan Schatt.

This limited information has me very concerned about the security of the collateral and future business with Cred.

I need assurances that the full amount of the collateral is safe.  Obviously, the collateral value has greatly increased recently and this stresses the point of removing collateral to keep needed LTV vs having unneeded collateral at risk.

Thanks,

Marc Parrish
UpgradeYa Investments, LLC
843-324-8640

On Wed, Oct 28, 2020 at 2:07 PM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey Marc,
>
> Cred has experienced irregularities in the handling of specific corporate funds by a perpetrator of fraudulent activity that has negatively impacted Cred's balance sheet and precipitated a law enforcement investigation into the loss of these funds. Cred is cooperating fully with law enforcement authorities in connection with the investigation into the incident. Cred is in the process of carrying out an internal accounting of its assets and assessing the impact of the incident on its current business and in consultation with legal counsel has determined to temporarily suspend all inflows and outflows of funds relating to the CredEarn program. No client personal information or other account data has been compromised. Given the circumstances, we are unable to comment further at this time but we will undertake to provide an update within the next 2 weeks. We thank you for your patience.
>
> The Cred Team
>
> I apologize as I don't have more information than this. I'll make sure to keep you updated as I learn more.

Best regards,



**Ka Zhang (Michael)**

VP, Wealth

[michael.zhang@mycred.io](michael.zhang@mycred.io)

+1 (310) 291-2597

mycred.io

Linkedin

Cred (US) LLC is a licensed lender and allows some borrowers to earn a yield on cryptocurrency pledged as collateral. That yield feature is sometimes referred to as "CredEarn." Outside the United States, Cred LLC accepts loans of cryptocurrency from non-U.S. persons and pays interest on those loans. Neither Cred LLC nor Cred (US) LLC sell or offer to sell investments or securities; neither entity is a bank and no transaction or arrangement provided by either entity is guaranteed or insured by the FDIC or any other governmental entity. Cred makes no representation regarding its creditworthiness or financial position. Cred can extend the term of any loan or pledge in its discretion. "CredBorrow" and "crypto line of credit" (abbreviated "C-LOC") are trade names for lending products of Cred (US) LLC. This communication may not be used to offer or sell anything in any jurisdiction if doing so is not lawful. Loans made or arranged pursuant to California Finance Lenders Law License 60DBO-91480.

**Error! Filename not specified.**