# EXHIBIT J

SUBJECT: CredBorrow - Collateral Status
FROM: Marc Parrish <marc@upgradeya.com>
TO: "dan@mycred.io" <dan@mycred.io>
DATE: 07/11/2020 01:04

Dan,

I can fulfil my obligation and get $2M USD back on your books in return for my collateral. I suspect this will help with CredEarn liabilities.

let me know.

Marc Parrish
UpgradeYa Investments, LLC
843-324-8640