# **EXHIBIT K**

SUBJECT: Re: Letter from Cred
FROM: Heidi Ng <heidi@mycred.io>
TO: Marc Parrish <marc@upgradeya.com>
CC: Dan Schatt <dan@mycred.io>
DATE: 10/11/2020 16:31

Hi Marc,

Our record shows that we are holding 478.170 BTC as collateral for your loan of $2,000,000. And I can also confirm that you are an active credearn program with $73,171.47.

We cannot provide current balances at this point as we are in the process of reviewing all of the records and separating pre- and post-petition invoices. Cred will be filing a "Schedule of Assets and Liabilities."
In this document, Cred will list balances it believes are owed to its creditors.

While Cred cannot promise what the amount of payout will be on your claims, you can be sure that Cred will do everything it can to achieve the maximum recovery for all creditors.

Information about how to file a Proof of Claim is available at the following website address: https://www.donlinrecano.com/Clients/cred/Static/POC.
At some point in the case, every creditor will receive a copy of a Bar Date Notice which will be accompanied by a proof of claim form with instructions as to deadlines, etc.

If you have any questions regarding filing a claim, please seek the advice of legal counsel.

 Regards,
Heidi

On Tue, Nov 10, 2020 at 10:07 AM Marc Parrish <marc@upgradeya.com> wrote:
> Heidi,
>
> Please follow up with the requested information as I gather where my business stands with Cred, specifically what liability does Cred have on record to UpgradeYa Investments, LLC. I have collateral that is held with Cred. What is the status of that collateral? I have USD in credearn that is specifically there to cover the interest payment for the loan. Is that or will that be withdrawn from credearn to credborrow?
>
> Regards,
> Marc Parrish
> Upgrade Investments, LLC
>
>
>> Dan Schatt <dan@mycred.io> wrote:
>>
>>> Hi Marc,
>>>
>>> I'm connecting you with Heidi who can let you know what Cred has on record for UpgradeYa Investments. The Chapter 11 documents list the top 30 creditors.

Thank you,

Dan

---

**From:** Marc Parrish <marc@upgradeya.com>
**Date:** Sunday, November 8, 2020 at 7:17 PM
**To:** "dan@mycred.io" <dan@mycred.io>
**Subject:** Fwd: Letter from Cred

Dan,

I am sure you are busy. I just have one basic question. In the chapter 11 document attached where am I at for liabilities under the creditors? I have run the numbers and it has been inconclusive.

Or more simply put what do you have on the books as your liability to me?

Thanks,

Marc Parrish
UpgradeYa Investments, LLC
843-324-8640

---------- Forwarded message ---------
From: **The Cred Team** <support@mycred.io>
Date: Sun, Nov 8, 2020 at 2:39 PM
Subject: Letter from Cred
To: Upgradeya Investment LLC <marc@upgradeya.com>

Dear Upgradeya Investment LLC,

Thank you for your outsized patience over the past two weeks. During this time, our burning desire to communicate with you conflicted with our legal obligation to remain silent until we could arrive at a clear understanding of next steps. We know this period has been concerning and stressful for you, and it has been difficult for all of us at Cred that we could not communicate more. We have been working around the clock in discussion with many parties, including insurance providers, investors, restructuring specialists, and legal counsel to understand how Cred has been impacted from recent events and what it means for you.

We have come to the conclusion that it is in the best interest of our customers and all stakeholders for Cred to file for Chapter 11 of the US Bankruptcy Code.

Why Chapter 11 Bankruptcy? We can operate this process according to three principles that you deserve:

Transparency.  You will have full and continuous access to every disclosure about Cred, its history, and the recent events leading to our decision to file for Chapter 11 bankruptcy. Everyone will have the same information, and you can access all information [here](), by phone (1-877-739-9988), or by email ([credinfo@donlinrecano.com]()). The [self-serve portal]() will provide you with a frequently asked questions section, and give you a deeper understanding of the process.  It will be updated with new information regularly and you can sign up to receive email alerts.

Fairness.  In a bankruptcy proceeding, every customer will have the opportunity to participate in the process. There are no special deals that would favor one customer over another, and you will have an opportunity to review all documentation.

Efficiency. Chapter 11 has a well-established set of processes, and we expect to come to a resolution within a few months.

As we work through a comprehensive plan to recover assets, we will be evaluating several options, including sale of the company or company assets, restructuring, and liquidation of assets.  To that end, we have added Grant Lyon to Cred's Board of Directors to oversee the restructuring process. Grant has more than 30 years of experience in corporate restructuring, and I have great confidence in his fair and objective analysis of company operations, development of strategic plans, and liquidity alternatives that serve the best interests of Cred stakeholders. Cred has also engaged Paul Hastings LLP as its legal advisor during the Chapter 11 process , and MACCO Restructuring Group as financial advisor to evaluate M&A and other restructuring opportunities.

On a personal note, my thoughts and deepest apologies to our community, those who were willing to take a risk on us - our partners, investors, employees, and customers - for the anxiety, stress, and concern we have caused you.  Many Cred employees, including myself have significant amounts of money that have been entrusted with Cred.  We are committed to do whatever we can to arrive at the most favorable outcome we can for all of our customers.

Sincerely,
Dan Schatt
Co-Founder & CEO of Cred

Cred (US) LLC is a licensed lender and allows some borrowers to earn a yield on cryptocurrency pledged as collateral. Cred (US) LLC also rents cryptocurrency from users and pays rental fees calculated as an interest rate yield. The yield feature, whether as part of a pledge or a rental agreement, is sometimes referred to as "CredEarn." Outside the United States, Cred Inc. accepts loans of cryptocurrency from non-U.S. persons and pays interest on those loans. Neither Cred Inc. nor Cred (US) LLC sell or offer to sell investments or securities; neither entity is a bank and no transaction or arrangement provided by either entity is guaranteed or insured by the FDIC or any other governmental entity. Cred makes no representation regarding its creditworthiness or financial position. Cred can extend the term of any loan, crypto rental or pledge in its discretion. "CredBorrow" and "crypto line of credit" (abbreviated "C-LOC") are trade names for lending products of Cred (US) LLC. This communication may not be used to offer or sell anything in any jurisdiction if doing so is not lawful. All loans by Cred are made or arranged pursuant to California Finance Lenders Law License 60DBO-91480.
© 2020 Cred Inc. All Rights Reserved
Unsubscribe
Unsubscribe