**EXHIBIT C**

**Foster Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF
AN ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF SONORAN
CAPITAL ADVISORS, LLC TO PROVIDE DEBTORS A CHIEF RESTRUCTURING
OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATING
MATTHEW FOSTER AS DEBTORS' CHIEF RESTRUCTURING OFFICER**

I, Matthew K. Foster, declare and state under penalty of perjury as follows:

  1.  This Declaration is made in support of the *Debtors' Motion for Entry of an Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* (the "Motion").[2]

  2.  I am a Managing Director of Sonoran Capital Advisors, LLC ("Sonoran"), a turnaround, crisis management, and financial advisory firm that maintains an office at 1733 N. Greenfield Road, Mesa, Arizona 85205, and I am duly authorized to make this declaration (the "Declaration") on behalf of Sonoran.

  3.  I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

4.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Sonoran professionals, or learned from my review of other documents.  To the extent any information disclosed here requires amendment or modification as additional information becomes available to me, a supplemental declaration will be submitted.

### Sonoran's Qualifications

5.  Sonoran is a turnaround, crisis management, and financial advisory firm that specializes in interim executive management, turnaround consulting, operational due diligence, creditor advisory services, and financial and operational restructuring. Sonoran's debtor advisory services include a wide range of activities targeted at stabilizing and improving a company's financial position, including developing or validating forecasts and business plans and related assessments of a business's strategic position, monitoring and managing cash, cash flow, and supplier relationships, assessing and recommending cost-reduction strategies, and designing and negotiating financial restructuring packages.

6.  I am Sonoran's Managing Director and am based in Mesa, Arizona.  I have over fifteen (15) years of experience in corporate restructuring, private equity, consulting, and executive management.  My experience spans a variety of industries, primarily focusing on distressed middle-market companies.  Prior to joining Sonoran in 2017, I was a Director at KRyS Global USA (formerly Odyssey Capital Group, LLC), a restructuring financial advisory firm.  As detailed in my biography, attached to the Motion as Exhibit D, I have served as Chief Restructuring Officer for, among others, an oil field services company, a public pharmaceutical company, a regional airline, a charter coach company, as well as served as Interim Chief

Financial Officer for, among others, a refrigerated trucking company, a snack food manufacturer, and a technology company.

7.  I believe that Sonoran and I are qualified to represent the Debtors in these chapter 11 cases.

## Services to Be Provided

30.  As provided in the Engagement Letter, a copy of which is attached to the Motion as Exhibit B, Sonoran has agreed that Mr. Foster will serve as the Debtors' CRO and will assist the Debtors in evaluating and implementing strategic options. In addition, Sonoran has agreed to provide the Additional Personnel to assist the CRO in the execution of the CRO's duties.

31.  As detailed in the Engagement Letter, the CRO's duties include the following:

- The CRO shall lead and direct Additional Personnel and/or Macco Restructuring Group LLC, the Debtors' financial advisor ("Macco") in performing a financial review of the Debtors, including, but not limited to, a review and assessment of financial information as well as short and long-term projected cash flows (collectively, the "Financial Review");

- The CRO shall, with the assistance of Additional Personnel and/or Macco, if necessary, together and in cooperation with other applicable officers of the Debtors and the Debtors' other engaged professionals and counsel, (a) liaise with Debtors' counsel, board members, and creditor constituencies, (b) assist with cash flow and budgeting, (c) oversee creation of statements and schedules, (d) oversee and participate in initial debtor interview and other interaction with U.S. Trustee, (e) participate in the meeting with creditors as required by § 341 of the Bankruptcy Code, (f) oversee and sign monthly operating reports, (g) oversee, as necessary, the creation of plan and/or sale and/or settlement projections, analyses, and related court requirements, and (h) provide testimony as may be required in connection with any of the foregoing or may otherwise be required in a chapter 11 case;

- To the extent the Debtors file a plan under the Bankruptcy Code (a "Plan"), the CRO shall oversee the business aspects of the confirmation process including but not limited to (a) feasibility of the Plan, (b) completion of a chapter 7 comparison, (c) solicitation of votes from creditors, (d) testimony at a confirmation hearing, and (e) execution of the Plan after the effective date;

- To the extent the Debtors elect to sell certain assets under section 363 of the Bankruptcy Code, the CRO shall, at the discretion of the Board, oversee or assist in the sales process, as needed;

- To the extent the Debtors seek postpetition debtor-in-possession financing, the CRO shall, at the discretion of the Debtors' board, oversee or assist in the process of obtaining such financing;

- The CRO, with the assistance of Additional Personnel, Macco, or the Debtors' employees, shall evaluate potential sources of cash and other asset recovery for the Debtors and shall lead negotiations with these third parties; and

- The CRO and the Additional Personnel shall perform such other services as may be reasonably requested or directed by the Debtors' board and/or other authorized Debtor personnel; provided, however, that such services are not duplicative of work others are performing for the Debtors.

### **Professional Compensation**

32. As detailed in the Engagement Letter, Sonoran will be compensated as follows:

- Sonoran will be paid by the Debtors for the services of the CRO at a billing rate of $35,000 per calendar month ("Monthly Fee"). The Monthly Fee will be paid on the 1st of every month.

- Sonoran will be paid by the Debtors for the services of the Additional Personnel at the hourly billing rates outlined below ("Hourly Fees").

    - Managing Directors = $450 per hour
    - Senior Consultants = $395 per hour
    - Senior Associates = $325 per hour
    - Associates = $295 per hour
    - Analysts = $195 per hour

- In addition, Sonoran will be reimbursed for its reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging, duplicating, messenger and telephone charges. All fees and expenses will be billed on a monthly basis and payable upon receipt.

33. In addition, Sonoran will receive a $15,000 security retainer prior to the commencement of its activities to be held throughout this engagement. The retainer secures final payment of Sonoran's invoices for services rendered and expenses incurred. The retainer

will be returned to the Debtors upon payment in full of Sonoran's outstanding invoices or applied to any outstanding invoices at the conclusion of this engagement.

**Sonoran's Disinterestedness**

8. In connection with its proposed retention by the Debtors in these chapter 11 cases, Sonoran undertook to determine (a) whether it had any relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors and (b) all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its creditors, other parties in interest, the United States Trustee or any person employed in the Office of the United States Trustee (the "U.S. Trustee").

9. To check potential relationships and connections in these chapter 11 cases, Sonoran searched its client database to determine whether it had any relationship or connection with the entities identified by the Debtors or their representatives as potential parties in interest listed on **Exhibit 1** hereto. As part of this inquiry, Sonoran did not identify any connections, except as otherwise set forth in this Declaration.

10. Between 2009 and 2016, I was a Director for KRyS Global USA (formerly Odyssey Capital Group, LLC). Odyssey Capital Group, LLC was owned by Grant Lyon until 2014.

11. In 2016, I served as the CFO for Jumio Corporation, at which time Grant Lyon also served as the independent director for Jumio Corporation.

12. Landis Rath & Cobb LLP, counsel to UpgradeYa Investments, LLC, has represented me several times in the past and currently represents me as Plan Administrator in the chapter 11 cases of Argos Therapeutics, Inc., which case is pending in the U.S. Bankruptcy

5

Court for the District of Delaware. These past and current representations are unrelated to the Debtors' chapter 11 cases.

13. Sonoran is involved in a number of cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Moreover, Sonoran has in the past, and may in the future, be represented by several attorneys and law firms, some of which may be involved in these chapter 11 cases. Finally, Sonoran has in the past, and will likely in the future, be working with or opposite other professionals involved in these chapter 11 cases with respect to matters wholly unrelated to these chapter 11 cases. Based on our current knowledge of the professionals involved in these chapter 11 case and to the best of my knowledge, none of these business relationships constitute interests adverse to the estate in matters upon which Sonoran is to be employed and none are in connection with these chapter 11 cases.

14. The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these chapter 11 cases. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict including the efforts outlined above, Sonoran is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these chapter 11 cases. If Sonoran discovers any information that is contrary or pertinent to the statements made herein, Sonoran will promptly disclose such information to the Court.

15. Sonoran does not advise, has not advised, and will not advise any entity other than the Debtors in matters related to these chapter 11 cases. Sonoran will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or

parties in interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

16.  Except as otherwise set forth herein and in the Motion, to the best of my knowledge, information, and belief, neither Sonoran nor any employee of Sonoran is a creditor, an equity holder or an insider of the Debtors.  To the best of my knowledge, information and belief, neither Sonoran nor any employee of Sonoran is or was, within two (2) years before the Petition Date, a director, an officer or an employee of the Debtors.  Also, to the best of my knowledge, information and belief, neither the undersigned nor the Additional Personnel expected to assist the Debtors in these chapter 11 cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any persons employed in the office of the U.S. Trustee.

17.  Accordingly, to the best of my knowledge, information and belief: (a) Sonoran is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and holds no interest materially adverse to the Debtors, their creditors and shareholders for the matters for which Sonoran is to be employed; and (b) Sonoran has no connection to the Debtors, their creditors, shareholders or related parties herein.

18.  As of the Petition Date, Sonoran was not owed any fees by the Debtors with respect to any time period before their chapter 11 filings.

19.  Neither Sonoran nor its affiliates received any payments from the Debtors within the ninety (90) days prior to the Petition Date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 30, 2020
Mesa, Arizona

                                                  */s/ Matthew K. Foster*
                                                  Matthew K. Foster
                                                  Managing Director of
                                                  Sonoran Capital Advisors, LLC

**Exhibit 1**

**List of Parties in Interest**

## List of Parties in Interest

**Debtors**
Cred Inc.
Cred (US) LLC
Cred Capital, Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Bankruptcy Judges and Staff:**
Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court:**
Una O'Boyle

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Shareholders**
Lu Hua
Daniel Schatt

**Current & Former Officers and Directors**
James Alexander
Daniel Goldstein
Daniyal Inamullah
Jonathan Labovich
Grant Lyon
Francesco Matteini
Joe Podulka
Maxim Rokhline
Daniel Schatt
Daniel Wheeler

**Banks**
Evolve Bank & Trust

LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc
Carneros Resort and Spa
Catherine A. Seemann
CDW Direct
Christen Interiors
Clayton Utz
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Gene Kim
Global Relay Communications
Greenleaf Platters
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
Jim Ochsenreiter
John Barr
JST Systems
Jumio Corporation
KnowBe4, Inc.
La Concha
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Mara Herbkersman
Marlena Agency

2

Mary M Pringle
Matiri Kirtikumar Kotak
Meltwater
Methodical Valuation Services
Nevtec
Oracle
Parker and Lynch
Pawan Pandey
Peninsula Security Service
Piloto 151
PMB Solutions
Regulation D Resource
Regus
RocketSpace, Inc.
Ryan Ortega
Salesforce
Saltire Management Group LLC
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Todd Herschberg
Trulioo Information Services
Trupti Balekund
Uphold HQ, Inc.
User Centered Experiences, LLC
Viking PC Health Ltd
Yearwood Media
Zeroth Link LLC
Zuar

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited

Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Saint Bitts LLC
True USD
TrueCoin LLC
Qtum Chain Foundation
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz LTD
Sarson Funds LLC

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Debtors' Professionals**
Cousins Law LLC
MACCO Restructuring Group
Paul Hastings LLP

**Other Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC

Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Insurance**
Hartford Financial Services Group.
AXIS Insurance Co.
Validus
Validus Specialty
Euclid Financial Institution Underwriters LLC
One Beacon n/k/a Intact Insurance Specialty Solutions
Western World Insurance Group

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Kaiser Permanente
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
VSP Vision Care

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County