# EXHIBIT D

**Foster Biography**

# CURRICULUM VITAE

## MATTHEW K. FOSTER

### EDUCATIONAL BACKGROUND:

| | |
|---|---|
| 2003 | Bachelor of Arts degree in Finance<br>University of Utah<br>Salt Lake City, Utah |
| 2006 | Master of Business Administration<br>Northeastern University<br>Boston, Massachusetts |

### RELEVANT EMPLOYMENT:

| | |
|---|---|
| 2017 - Present | Sonoran Capital Advisors, LLC<br>*Restructuring Financial Advisory Firm*<br>Managing Director |
| 2009 – 2016 | KRyS Global USA (formerly Odyssey Capital Group, LLC)<br>*Restructuring Financial Advisory Firm*<br>Director |
| 2005, 2006 – 2009 | Citizens Capital, Inc<br>*Private Equity Arm of Citizens Bank*<br>Senior Associate |

### BOARD OF DIRECTORS EXPERIENCE:

| | |
|---|---|
| 2015-2016 | Ultura (Switzerland) GmbH<br>Rochem AG |
| 2006-2009 | *Board Director or Observer Representing Citizens Capital, Inc.*<br>AeroSat Corp.<br>Brainshark, Inc.<br>CaseSight, Inc. (formerly Animation Technologies)<br>Courion, Inc.<br>Expresspoint Technologies, Inc.<br>Faucet Queens, Inc.<br>Premix, Inc.<br>Softrax, Inc.<br>SP Industries, LLC |



# CURRICULUM VITAE

# MATTHEW K. FOSTER

SUMMARY OF SELECT ENGAGEMENTS:

- Hired as Chief Restructuring Officer for oil field services company that specialized in wireline and coiled tubing operations. Main responsibilities included oversight the bankruptcy filing in the Southern District of Texas, subsequent § 363 sale, and confirmation of a liquidating plan.

- Engaged as Chief Restructuring Officer for public pharmaceutical company whose immunotherapy cancer drugs did not pass FDA approval. Hired to oversee the Delaware bankruptcy filing and subsequent § 363 sale as well as confirmation of a liquidating plan and wind down of the estate.

- Initially engaged as financial advisor to a trucking company that was undergoing unexpected liquidity constraints. After discovery of misdeeds of the corporate controller, the engagement expanded into appointment as Chief Financial Officer. During the court of the subsequent nine month, responsibilities included oversight of forensic accounting work and prosecution of crimes committed by former controller, oversight of day-to-day liquidity and accounting/finance functions, and implementation of cost cutting measures.

- Appointed Chief Restructuring Officer for private equity owned regional airline based in San Juan, Puerto Rico that filed Chapter 11 in Delaware. Responsibilities included management/oversight of financial operations, bankruptcy filings, § 363 sale, and interactions DIP lender and other creditors.

- Engaged as Interim Chief Financial Officer for private equity owned refrigerated trucking company. Managed day-to-day financial operations and assisted in restructuring of equipment loans with five different lenders as well as senior loan with lender that funded the initial leveraged buyout.

- Hired as Chief Restructuring Officer and Interim Chief Financial Officer for charter coach company based in Phoenix, Arizona that filed Chapter 11 in Arizona. Responsibilities included management/oversight of financial operations, bankruptcy filings, interactions with creditors, and creation of a plan of reorganization.

- Engaged by oil field services company to assist with liquidity management, vendor communication, and process improvement during out-of-court restructuring.

- Acted as Receiver for family office that managed land holdings and other investments on behalf of family trusts after previous CEO and family member was accused of mismanaging cash and assets.

- Engaged as financial advisor to freestanding emergency centers with operations in Texas and Arizona.



# CURRICULUM VITAE

# MATTHEW K. FOSTER

- Hired by Brazilian churrascaria steakhouse chain to evaluate capital structure and subsequently raise capital to refinance debt with aggressive amortization.

- Advised Joint Provisional Liquidators for $3.5 billion hotel resort development in the Bahamas that was included in court proceedings in the U.S. and the Bahamas.

- Engaged as Interim Chief Financial Officer for private equity owned snack food manufacturer to manage accounting staff and liquidity during full management team turnover and financial restructuring.

- Hired as Interim Chief Financial Officer for technology company that was attempting to raise growth capital after alleged wrongdoings from previous management team. Managed the financial operations through Chapter 11 process and eventual § 363 sale. Buyer requested that I stay on as Interim CFO until permanent replacement was found.

- Advised Chief Restructuring Officer during restructuring, sale, and bankruptcy of two regional hospitals. Acted as intermediary for lender, buyer, and equity holders.

- Advised potential buyer of bankrupt regional hospital to be used as a platform/flag for expanding operations.

- Advised water membrane manufacturer during restructuring and eventual § 363 sale. Managed cash accounts, relationships with vendors/creditors, and liaised with bankruptcy counsel for all filings and information requests.

- Financial advisor to Committee of Unsecured Creditors for steel wire manufacturing business with multiple manufacturing facilities and over $40 million in debt.

- Advised Chief Restructuring Officer and Plan Administrator during the sale/liquidation of a portfolio of eight hotels carrying approximately $190 million of secured debt.

- Appointed Director of Swiss holding companies with subsidiaries in Germany and Italy that were marketed for sale.

- Supervised court-authorized marketing process for body armor and armor plating manufacturer during contentious Chapter 11 bankruptcy.

- Financial advisor for flavored cigar manufacturer involved in litigation with regulatory agency. Led marketing process, communicated with investors, and negotiated with lenders during Chapter 11 proceedings.

- Advised commercial real estate developer during restructuring of $3.8 billion portfolio which included more than 60 properties held in multiple investment entities.

4 | Page



# CURRICULUM VITAE

## MATTHEW K. FOSTER

- Advised scrap metal recycling company during out-of-court restructuring and subsequent merger.

- Authored report for defendant in fraudulent transfer litigation filed by Chapter 7 Trustee involving land and other assets that defendant received as part pre-bankruptcy settlement.

- Provided financial analysis and report to Special Litigation Committee of hotel and gaming company.

- Created cramdown interest analysis for secured lender of multi-family residential property in the Western U.S.

- Provided feasibility and interest rate analysis in Chapter 11 bankruptcy for construction equipment distributor.  Also provided valuation analysis for associated adversary proceeding.

- Advised residential real estate developer with over $90 million in debt.

- Provided interest rate analysis to residential home builder in Chapter 11.

- Advised Committee of Unsecured Creditors of dairy farms located across the Southeastern U.S. during Chapter 11 bankruptcy.

- Provided feasibility of debtor's plan and other analyses to Trustee of wholesale food distributor during Chapter 11 bankruptcy.

- Advised counsel for Committee of Unsecured Creditors of power generating company regarding potential fraudulent transfer claims.  Analysis included review of dividend recapitalization transaction and cash flow projections.

- Provided valuation and transaction analysis to real estate developer regarding potential sale of asset to related entity.

- Provided financial analysis to specialty grocery store chain during out-of-court debt restructuring.

- Provided a range of financial services including valuation, projections, cash flow analysis, and bankruptcy preparation to a distressed agricultural company that specialized in growing tomatoes hydroponically.

- Analyzed weekly and long term cash flows of a distressed agricultural company contemplating an out-of-court restructuring that included investment of third party capital.

5 | P a g e



# CURRICULUM VITAE

# MATTHEW K. FOSTER

- Advised one of two final bidders for debt secured by distressed and unfinished condominium development in Florida.

- Advised potential bidder during § 363 sale process of undersecured office property located in Southern California.

- Analyzed the potential creditor recovery for Committee of Unsecured Creditors of a technology company undergoing § 363 sale process with multiple bidders.

### DISTRESSED COMPANY/FINANCIAL SERVICES EXPERIENCE:

- Interim Executive Roles
- Chief Restructuring Officer
- Independent Directorships
- Acquisitions & Mergers
- Business Valuation
- Plan Feasibility
- Interest Rate Analysis
- Solvency Analysis
- Liquidation Analysis
- Out-of-court Restructuring
- Capital Acquisition
- Investment Underwriting
- Portfolio Management
- Cash Management
- Fraudulent Transfer/Avoidance Actions

