**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I did cause the foregoing *Maple Partners LLC's*

*Joinder to Debtors' Motions to Redact or Withhold Publication of Certain Personal Identification*

*Information and to File under Seal Certain Confidential Information* to be filed using the Court's

CM/ECF system, which will automatically send email notification to all parties and counsel of

record, and by electronic mail on the parties reflected on the attached service list.

SAUL EWING ARNSTEIN & LEHR LLP


*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

37797389.1 12/02/2020

## Service List

Scott D. Cousins, Esquire
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pile, Suite 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

Joseph D. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

James T. Grogan, Esquire
Mack Wilson, Esquire
Paul Hastings LLP
600 Travis Street, 58th Floor
Houston, TX 77002
james.grogan@paulhastings.com
mackwilson@paulhastings.com

Derek Cash, Esquire
G. Alexander Bongartz, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
alexbongartz@paulhastings.com
derekcash@paulhastings.com

37797389.1 12/02/2020