## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., et al.,<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

I, Kevin Bader, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On November 25th, 2020, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list in the manner indicated:

**NOTICE OF THEFT OR CONVERSION OF PERSONAL ASSETS**

Kevin Bader _____

SWORN TO AND SUBSCRIBED before me this 1st day of December, 2020

NOTARY PUBLIC _____

CHAD ANTHONY TOSCANO
MY COMMISSION
EXPIRES
December 26, 2021
NOTARY PUBLIC
STATE OF DELAWARE

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Aux Cayes FinTech Co. Ltd. d/b/a OKEx
Second Floor, The Quadrant, Manglier Street
Victoria, Mahe, Seychelles
okexmail0001@gmail.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Binance
Level 3, Melita Court,Triq Guiseppe Cali
Ta' Xbiex, Malta
access@binance.com
tradedesk1@binance.com

**VIA ELECTRONIC MAIL**
BitFinex
inforequests@bitfinex.com

**VIA ELECTRONIC MAIL**
BitMEX
admin@bitmex.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Bitpanda GmbH
Campus 2, Jakov-Lind-Strasse 2
1020 Vienna, Austria

**VIA U.S. MAIL OR ELECTRONIC MAIL**
BitStamp Ltd.
5 New Street Square
London EC4A 3TW, United Kingdom
info@bitstamp.net

**VIA U.S. MAIL OR ELECTRONIC MAIL**
BitStamp US, Inc. c/o Incorp Services, Inc.
919 North Market Street, Suite 950
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Bittrex Inc.
800 5th Avenue, Suite 4100
Seattle, Washington 98104

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Bittrex Inc. c/o Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

**VIA ELECTRONIC MAIL**
Bixin
support@bixin.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Coinbase, Inc. c/o Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Coinbase, Inc.
100 Pine Street, Suite 1250
San Francisco, California 94111

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Crypto.com, Inc. c/o The Corporation Trust
Company
Corporation Trust Center 1209 Orange St
Wilmington, Delaware 19801
contact@crypto.com

**VIA ELECTRONIC MAIL**
DRB Panama, Inc. d/b/a Deribit
support@deribit.com

**VIA ELECTRONIC MAIL**
FTX
support@ftx.com

**VIA ELECTRONIC MAIL**
Gemini
support@gemini.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Gemini Trust Company LLC
600 3rd Avenue
New York, New York 10016

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Gemini Exchange LLC c/o Corporation Trust
Company
1209 Orange Street
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
HDR Global Trading Ltd. d/b/a BitMEX
Second Floor, Capital City, Independence Avenue,
P.O. Box 1008
Victoria, Mahe, Seychelles
info@hdrglobaltradingltd.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
HitBTC
Hit Tech Solutions Development Ltd. Suite 15,
Oliaji Trade Centre, Francis Rachel Street, Victoria
Mahe, Seychelles
relations@hitbtc.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Hodltech OU d/b/a Coinpayments.com, Inc.
Tornimae 5, II Floor
10145 Tallinn, Estonia

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Huobi Inc. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Huobi Global Ltd.
Vistra Corporate Services Centre, 2nd Floor, The
Quadrant, Manglier Street
Victoria, Mahe, Seychelles
support@huobigroup.net

**VIA U.S. MAIL OR ELECTRONIC MAIL**
iFinex Inc. d/b/a BitFinex
17F-1, No. 266, Sec. 1, Wenhua Road, Banqiao
District
New Taipei City, Taiwan (ROC)

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Luno, Inc. c/o Incorporating Services, Ltd.
3500 S Dupont Hwy
Dover, Delaware 19901

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Luno, Inc.
5 Shenton Way, #10-01 UIC Building
Singapore 068808

**VIA ELECTRONIC MAIL**
OKEx
support@okex.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
OKEX USA Inc. c/o Corporate Creations Network
Inc.
3411 Silverside Road, Tantall Building, Suite 104
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Payward Inc. d/b/a Kraken
237 Kearny Street #102
San Francisco, California 94108

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Payward Inc. d/b/a Kraken c/o Harvard Business
Services Inc.
16192 Coastal Highway
Lewes, Delaware 19958

**VIA ELECTRONIC MAIL**
Ren
support@renproject.io

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Uphold HQ Inc.
900 Larkspur Landing Circle, Suite 209
Lakspur, California 94939
support@uphold.com

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Uphold HQ Inc. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19801

**VIA U.S. MAIL OR ELECTRONIC MAIL**
West Realm Shires Services, Inc. d/b/a FTX US
2000 Center Street, 4th Floor
Berkeley, California 94704
contact@ftx.us

**VIA U.S. MAIL OR ELECTRONIC MAIL**
West Realm Shires Services, Inc. d/b/a FTX US c/o
GKL Registered Agents of DE, Inc.
3900 S Dupton Highway
Dover, Delaware 19901

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Xapo, Inc.
364 University Avenue
Palo Alto, California 94301

**VIA U.S. MAIL OR ELECTRONIC MAIL**
Xapo, Inc. c/o Delaware Corporations LLC
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801