# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF SERVICE

I, Scott D. Cousins, declare and state under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and a partner of the firm of Cousins Law LLC ("Cousins Law"). Cousins Law is a Delaware law firm with offices at 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803.

2. On November 30, 2020, I caused a true and correct copy of the following document(s) to be served upon the parties below in the manner indicated:

**NOTICE OF THEFT OR CONVERSION OF PERSONAL ASSETS: Cred, Inc., Case No. 20-12836**

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Binance<br>support@binance.zendesk.com<br>privacy@binance.us | Huobi<br>xiangmufangfuwu@huobi.com |

3. Further, on November 25, 2020, I caused a true and correct copy of the following document(s) to be served upon the parties below in the manner indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

## NOTICE OF THEFT OR CONVERSION OF PERSONAL
## ASSETS: Cred, Inc., Case No. 20-12836

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|---|
| Aux Cayes FinTech Co. Ltd. d/b/a OKEx Second Floor, The Quadrant, Manglier Street Victoria, Mahe, Seychelles okexmail0001@gmail.com | BitMEX admin@bitmex.com | Bixin support@bixin.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Crypto.com, Inc. c/o The Corporation Trust Company Corporation Trust Center 1209 Orange St Wilmington, Delaware 19801 contact@crypto.com | Gemini support@gemini.com | HDR Global Trading Ltd. d/b/a BitMEX Second Floor, Capital City, Independence Avenue, P.O. Box 1008 Victoria, Mahe, Seychelles info@hdrglobaltradingltd.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| support@renproject.io | Binance Level 3, Melita Court,Triq Guiseppe Cali Ta' Xbiex, Malta access@binance.com tradedesk1@binance.com | DRB Panama, Inc. d/b/a Deribit support@deribit.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| West Realm Shires Services, Inc. d/b/a FTX US 2000 Center Street, 4th Floor Berkeley, California 94704 contact@ftx.us | HitBTC Hit Tech Solutions Development Ltd. Suite 15, Oliaji Trade Centre, Francis Rachel Street, Victoria Mahe, Seychelles relations@hitbtc.com | Huobi Global Ltd. Vistra Corporate Services Centre, 2nd Floor, The Quadrant, Manglier Street Victoria, Mahe, Seychelles support@huobigroup.net |

**VIA ELECTRONIC MAIL**

Uphold HQ Inc.
900 Larkspur Landing Circle, Suite 209
Lakspur, California 94939
support@uphold.com

**VIA ELECTRONIC MAIL**

BitFinex
inforequests@bitfinex.com

**VIA ELECTRONIC MAIL**

BitStamp Ltd.
5 New Street Square
London EC4A 3TW, United Kingdom
info@bitstamp.net

**VIA ELECTRONIC MAIL**

FTX
support@ftx.com

**VIA ELECTRONIC MAIL**

OKEx
support@okex.com

**VIA ELECTRONIC MAIL**

West Realm Shires Services, Inc. d/b/a FTX US
2000 Center Street, 4th Floor
Berkeley, California 94704
contact@ftx.us

**VIA ELECTRONIC MAIL**

HDR Global Trading Ltd. d/b/a BitMEX
Second Floor, Capital City, Independence Avenue,
P.O. Box 1008
Victoria, Mahe, Seychelles
info@hdrglobaltradingltd.com

**VIA ELECTRONIC MAIL**

FTX
support@ftx.com

**VIA ELECTRONIC MAIL**

Uphold HQ Inc.
900 Larkspur Landing Circle, Suite 209
Lakspur, California 94939
support@uphold.com

**VIA ELECTRONIC MAIL**

OKEx
support@okex.com

**VIA ELECTRONIC MAIL**

BitFinex
inforequests@bitfinex.com

**VIA ELECTRONIC MAIL**

Ren
support@renproject.io

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|---|
| BitStamp Ltd.<br>5 New Street Square<br>London EC4A 3TW,<br>United Kingdom<br>info@bitstamp.net | HitBTC<br>Hit Tech Solutions<br>Development Ltd. Suite<br>15, Oliaji Trade Centre,<br>Francis Rachel Street,<br>Victoria<br>Mahe, Seychelles<br>relations@hitbtc.com | Bixin<br>support@bixin.com |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2020
Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile:  (302) 295-0331
Email:  scott.cousins@cousins-law.com