# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.,* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that FisherBroyles, LLP appears as counsel for and on behalf of Thomas Arehart ("Arehart") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Arehart requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

**FISHERBROYLES, LLP**

Carl D. Neff, Esq.
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

-and-

Hollace Topol Cohen, Esq.
445 Park Avenue

New York, NY 10022
Telephone: (917) 365-4871
Email: hollace.cohen@fisherbroyles.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), Arehart requests that his attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Documents shall not be deemed or construed to be a waiver of (a) the rights of Arehart (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which Arehart may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments he expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Documents nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of Arehart, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

Dated: December 2, 2020

**FISHERBROYLES, LLP**

*/s/ Carl D. Neff*
Carl D. Neff (No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

-and-

Hollace Topol Cohen, Esq.
445 Park Avenue
New York, NY 10022
Telephone: (917) 365-4871
Email: hollace.cohen@fisherbroyles.com

*Counsel for Thomas Arehart*