**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | Jointly Administered |
| | |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Geoffrey G. Grivner, do hereby certify that on the 2nd day of December, 2020, I caused a copy of the foregoing *Response of James Alexander to the Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* to be served upon interested parties as indicated on the attached service list.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: December 2, 2020

**Service List:**

**Via electronic mail and ECF notification**
Counsel to Krzyystof Majdak and Philippe Godinea
Jason A. Gibson, Esq.
824 N. Market Street, Suite 810
Wilmington, DE 19801
Email: gibson@teamrosner.com

-and-

Joseph E. Saracheck, Esq. (Admitted Pro Hac Vice)
Zachary E. Mazur, Esq. (Admitted Pro Hac Vice)
670 White Plains Road
Penthouse Fl.
Scarsdale, NY 10583
Email: joe@saracheklawfirm.com
Email: zachary@saracheklawfirm.com