IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hearing Date: Dec. 9, 2020 at 2:00 p.m. (ET) |
| ) | Obj. Deadline: Dec. 2, 2020 at 4:00 p.m. (ET) |
| ) | Re: Docket No. 65 |

**LIMITED OBJECTION OF THOMAS AREHART TO DEBTORS' MOTION FOR ENTRY OF ORDERS (I)(A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND SALE HEARING AND APPROVING FORM AND MANNER OF NOTICE THEREOF, AND (C) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES AND FORM AND MANNER OF NOTICE THEREOF; AND (II) AUTHORIZING (A) THE SALE(S), FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Thomas Arehart ("Arehart" or "Borrower"), by and through his undersigned counsel, hereby submits this limited objection (the "Limited Objection") to the *Debtors' Motion For Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (III) Authorizing (A) The Sale(s) Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number. as applicable. are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc, (4064), Cred Merchant Solutions LLC (3150) and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**BACKGROUND**

1. On November 7, 2020 (the "Petition Date"), the above captioned Debtors commenced their cases under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") that are now pending before this Court.

2. On November 18, 2020, the Debtors filed the Motion [Docket No. 65].

3. The Debtors by the Motion seek approval of, among other things, bidding procedures, an auction, if appropriate, and scheduling a hearing for a sale pursuant to section 363 of the Bankruptcy Code or through a chapter 11 plan, "of some or all of the assets of one or more of the Debtors." In addition, Debtors propose to sell the assets free and clear of all liens, claims, encumbrances and interests. The Debtors state their belief that a sale or sales of their assets "would maximize the value of their estates for the benefit of all stakeholders." *See* paragraph 8 of the Motion.

**LIMITED OBJECTION**

4. Arehart does not object, generally, to the concept of a sale process with respect to the Debtor's assets, however, the Motion does not describe what assets may be sold. This creates concern for Arehart because on or about October 7, 2019, Arehart, as Borrower, entered into a Secured Line of Credit Agreement with Cred (US), as Lender ("Credit Agreement"). Pursuant to the Credit Agreement, Lender made a loan to Borrower in the amount of $56,670.60 (the "Loan"). On the same day, Arehart entered into a Pledge Agreement with Lender (the "Pledge Agreement") pursuant to which Arehart pledged 400,000 XRP (the "Pledged XRP") to secure Arehart's obligations under the Credit Agreement. Cred (US) acknowledged in the Closing Statement dated October 7, 2019 with respect to the Credit Agreement transaction that the Pledged XRP were delivered and posted in Lender's Digital Wallet on or about October 7, 2019 and the maturity date

of the Loan was October 7, 2020. At the time of the closing of the Loan the value of the Pledged XRP was approximately double the amount of the Loan. More recently the value of the Pledged XRP is more than four times the amount of the Loan.

5. On or about October 7, 2020, Lender and Borrower agreed to an extension of the term of the Loan for a period of up to six months. On that date, Lender and Borrower entered into a new Secured Line of Credit Agreement (the "2020 Credit Agreement") with respect to the Loan in the amount of $56,670,20 and a Program Summary which was signed by Dan Schatt on behalf of Cred (US) and by Arehart. The Program Summary lists under the heading "Collateral Pledge Details" the Program Start Date as October 8, 2020, acknowledges that the Pledged Collateral was received, states that the number and type of pledged assets is 400,000 XRP and states that the Pledge Maturity Date is April 8, 2021. The Program Summary further states that on October 8, 2020, the initial Credit Amount (*i.e.,* the Loan) is $56,670.60.

6. While the Credit Agreement appears to be property of Cred (US)'s estate, the Pledged XRP owned by Arehart and pledged to Cred (US) as security for Arehart's obligations under the 2020 Credit Agreement is not property of the estate but rather property of Arehart that is being held by Cred (US) as bailee. Bankruptcy Code section 541 is clear that only the interest held by a debtor at the commencement of the bankruptcy case becomes property of the estate. *In re Mort. Lenders Network, USA, Inc.*, 380 B.R. 131, 137 (Bankr. D. Del. 2007). Thus, Cred (US) is merely acting as bailee that has, at most, an unliquidated contingent interest in the Pledged XRP. *See In re Allonhill, LLC,* 2019 LEXIS 1304, at *163 (Bankr. D. Del. Apr. 25, 2019) (stating that where property is held by the debtor as bailee, agent or trustee, the property does not become part of the debtor's estate.) Accordingly, Cred (US) has no right to sell the Pledged XRP free and clear of the liens, claims and interests of Arehart.

7.      Further, Arehart is concerned that Cred (US) might attempt to sell Cred (US)'s interest in the 2020 Credit Agreement (which is not an executory contract) to an acquirer of Cred (US)'s assets without assuming Lender's obligations under the Pledge Agreement to, among other things, return the Pledged XRP upon payment of the Loan in full. Indeed, Section 8 of the Pledge Agreement entitled "Lender's Rights and Obligations with respect to the Collateral" states: "For the avoidance of doubt, with respect to cryptocurrency Collateral, Lender will return the same number and type of cryptocurrency tokens as Borrower pledges to Lender." While there is no indication that the Debtors will attempt to sell their interest in the 2020 Credit Agreement and the related Pledge Agreement, any such sale has the potential of causing serious and unnecessary financial damage to Arehart as borrower/pledgor.

8.      It is important to note that Arehart has, through his counsel, advised the Debtors that he would like to pay off the Loan so long as Cred (US) agrees that immediately upon payment of the Loan to Cred (US), Cred (US) will simultaneously return the Pledged XRP to Arehart. The 2020 Credit Agreement states that Borrower "has the right at any time to pay in advance the unpaid balance due under this agreement…." Moreover, the Pledge Agreement provides that upon Borrower's payment in full of the Loan, Borrower is entitled to return of the Pledged XRP.

9.      To date, the Debtors have not agreed to Arehart's proposal to pay the Loan in full provided the Debtors return the Pledged XRP. Nor have Debtors answered Arehart's questions whether the Pledged XRP are in the Digital Wallet where the Pledged XRP was posted at the time of the 2019 Closing and ostensibly continued to be on October 8, 2020, based on the Program Summary, and if not, where the Pledged XRP are located. While Arehart hopes to continue the dialogue with Debtors, Arehart has filed this limited objection to protect his rights under the Credit

Agreement, the 2020 Credit Agreement, the Pledge Agreement, the Program Summary and related documents with respect to, among other things, the Pledged XRP.

## RELIEF REQUESTED

10. In light of the uncertainty as to when the Loan will be paid off and the Pledged XRP returned to Arehart, Arehart respectfully requests that the proposed Bidding Procedures Order and the proposed Sale Order contain language that clearly states that neither Cred (US) nor any of the Debtors may sell any of the Loan, Credit Agreement, 2020 Credit Agreement, Pledge Agreement, the Program Summary or Pledged XRP without the assumption by an acquirer of all of the obligations of Cred (US) under the Credit Agreement, 2020 Credit Agreement, Pledge Agreement, the Program Summary and applicable law, including, without limitation, the obligation to return the Pledged XRP and any other Collateral (as defined in the Pledge Agreement) to Arehart immediately upon payment in full of the Loan; provided the acquirer has the financial ability to fulfill those obligations, and subject to Arehart's right to object to any such assumption or assignment.

## RESERVATION OF RIGHTS

11. Arehart reserves all of his rights, claims, causes of action, remedies and defenses at law and in equity with respect to the Loan, the Credit Agreement, Pledge Agreement, 2020 Credit Agreement, Program Summary, Pledged XRP, any other Collateral pledged to Cred (US) or any other transaction between Cred (US) and Arehart under the terms of the foregoing agreements and related documents, the Bankruptcy Code and under applicable nonbankruptcy law. Nothing herein shall be construed as a waiver of any claims, causes of action, remedies or defenses that Arehart has against any of the Debtors or any other person or entity under the Bankruptcy Code or applicable nonbankruptcy law, including, without limitation: the right to move for relief from the

automatic stay at any time to seek, among other things, return of the Pledged XRP immediately upon payment in full of the Loan; the right to object to any assumption or assignment of all of the obligations of Cred (US) under the Credit Agreement, 2020 Credit Agreement, Pledge Agreement, the Program Summary and applicable law; or the right to seek any recovery from applicable insurance policies.

WHEREFORE, Arehart respectfully requests that the Court order the Debtors to include in the Bidding Procedures Order and Sale Order language prohibiting Debtors from selling any of the Loan, Credit Agreement, 2020 Credit Agreement, Pledge Agreement, Program Summary, Pledged XRP or any other Collateral unless a financially capable acquirer assumes all of the obligations of Cred (US) under the Credit Agreement, 2020 Credit Agreement, Pledge Agreement, the Program Summary and applicable law, including without limitation, the obligation to return the Pledged XRP and other Collateral to Arehart immediately upon any payment in full of the Loan, and subject to Arehart's rights to object to any such assumption or assignment, and grant such other and further relief as the Court may deem just and proper.

Dated: December 2, 2020
Wilmington, Delaware

**FISHERBROYLES, LLP**

*/s/ Carl D. Neff*
Carl D. Neff (No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

-and-

Hollace Topol Cohen, Esq.
445 Park Avenue
New York, NY 10022
Telephone: (917) 365-4871
Email: hollace.cohen@fisherbroyles.com

*Counsel for Thomas Arehart*