# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I did cause the foregoing Limited Objection of Thomas Arehart to *Debtors' Motion For Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (III) Authorizing (A) The Sale(s) Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and by electronic mail on the parties reflected on the attached service list.

Dated: December 2, 2020                    **FISHERBROYLES, LLP**

*/s/ Carl D. Neff*
Carl D. Neff (No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

*Counsel to Thomas Arehart*

**SERVICE LIST**

Joseph D. McMahon, Jr., Esquire
John Schanne, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov

Scott D. Cousins, Esquire
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pile, Suite 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

James T. Grogan, Esquire
Mack Wilson, Esquire
Paul Hastings LLP
600 Travis Street, 58th Floor
Houston, TX 77002
jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

G. Alexander Bongartz, Esquire
Derek Cash, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
alexbongartz@paulhastings.com
derekcash@paulhastings.com