IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mark Pfeiffer, Esquire to represent James Alexander in this action.

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner, Esquire (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 N. Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Email: Geoffrey.grivner@bipc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Pennsylvania Bar and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for District Court.

Dated: December 2, 2020

/s/ Mark Pfeiffer
Mark Pfeiffer, Esquire
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.