**Exhibit D**

**Wu Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

**DECLARATION OF CHRISTOPHER K. WU IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF KRZYSZTOF MAJDAK AND PHILIPPE GODINEA FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1112(b) (I) DISMISSING THE CASES; (II) CONVERTIING THE CASES TO A CHAPTER 7 LIQUIDATION; OR (III) APPOINTING A CHAPTER 11 TRUSTEE**

I, Christopher K. Wu, declare and state under penalty of perjury as follows:

1. I submit this declaration (the "Declaration") in support of *Debtors' Objection to Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* (the "Objection"),[2] filed in opposition to the *Motion Of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting The Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* (the "Motion").

2. I am over the age of 18 and authorized to submit this Declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Objection.

A.  **Qualifications**

3.  I am the President of Teneo Restructuring and Senior Managing Director at Teneo Capital LLC, a professional services firm engaged in the business of providing professional services including investment banking, consulting and strategic communications ("Teneo"). The Debtors have applied to retain Teneo as investment banker in these cases. *See* Docket No. 63.

4.  In my role as President of Teneo Restructuring and Senior Managing Director at Teneo, I have advised numerous clients in a variety of different types of distressed transactions. At Teneo, and prior to my employment with Teneo, I have been involved in restructuring transactions and cases including: Vivus, Inc., CST Industries, Delivery Agent, Navillus Tile, Novum Pharmaceuticals, Welded Construction, Abengoa Bioenergy USA, Breitburn Energy, Zohar CDO 2003-1, DirectBuy Inc., Green Field Energy Services, Physiotherapy Holdings, Monitor Group, Northern Berkshire Health, Marco Polo Seatrade, Metro Fuel Inc., Biofuel Energy Inc., American Bancorp, RG Steel, MSR Resorts Golf, General Growth Properties Inc., Innkeepers USA Trust, Holley Performance Inc., FX Luxury Las Vegas I, Media News Inc., VeraSun Energy Inc., American Community Newspapers Inc., Ascendia Brands, Inc., Elite Model Management, and Metabolife International.

5.  Teneo's professionals have served as investment bankers in numerous chapter 11 cases, and have advised debtors, committees, and other parties in interest in numerous restructuring transactions, including some of the largest and most complicated cases.

6.  I have deep expertise in special situation M&A transactions advising both debtors and creditors and have supervised numerous sale and financing processes throughout my career in and out of court. In particular, I have personally managed over twenty 363 asset sales on behalf of Chapter 11 debtors. I have also represented significant creditors in more than twenty

363 sale processes. Collectively, I have advised major constituents in 363 sale or plan sale processes in over 50 chapter 11 cases.

7. Teneo's marketing efforts are also being augmented by senior professionals and consultants with deep expertise and knowledge of both financial technology companies and blockchain/cryptocurrency. Pierre-Alain Rikkers, a Senior Managing Director and leader of the firm's FinTech practice for the last four years, is leading the process with potential buyers. Mr. Rikkers is a Senior Managing Director with Teneo Capital, and, prior to Teneo, Mr. Rikkers led the US FinTech practice of Arma Partners, the leading European Tech & FinTech middle-market investment bank, and the global FinTech practice of Moelis & Company, one of the leading independent investment banks on Wall Street. Mr. Rikkers started his investment banking career in FinTech in 2006 with Bank of America Merrill Lynch (and predecessor entities) in London and New York, and prior to that spent a few years in the credit card industry. In total, Mr. Rikkers has been active as an operator and an advisor in the FinTech industry for more than 16 years. Mr. Rikkers has extensive experience advising financial technology companies, financial services firms and private equity funds investing in FinTech on a global basis. Mr. Rikkers has been involved with a variety of financing transactions involving companies like Nasdaq, NYSE Euronext, CBOE, MSCI, FIS, Greenhill and Blackstone, and a wide range of M&A transactions (sell-side, buy-side, minority recap, majority recap, spin-off, JV, etc) including, among others, the spin-off of LPS from FIS, the sale of Broadridge's Ridge business to Penson, the acquisition of TaxAct by H&R Block, the acquisition of iPay Technologies by Jack Henry, the sale of RSM by H&R Block, the sale of the Logic Group to Barclays, the recapitalization of Trustly by Bridgepoint, the sale of Multifonds to Temenos, the sale of Investcorp's stake in Skrill to

Optimal Payments, the recapitalization of Fenergo by Insight Partners and Aquiline, and the sale of CenPOS to Elavon.

8. In addition, the Teneo team is assisted by Matt Shapiro, an independent consultant specializing in cryptocurrencies and Senior Advisor to Teneo. Matt Shapiro is a Partner at Multicoin Capital, a thesis-driven investment firm that invests in cryptocurrencies, tokens, and blockchain companies reshaping trillion-dollar markets. Matt is a senior member on the investment team and also leads investor relations for the firm. He specializes in structured investments and incentivization alignment. His daily responsibilities also include strategy, due diligence, and negotiation. Prior to joining Multicoin, Shapiro was a Vice President in the investment banking group at Teneo where he was employed for approximately eight years. He has more than 10 years of investment banking experience diligencing investment opportunities, structuring nine- and ten-figure financings, creating joint ventures, managing spin-outs, and designing transaction economics to align interests of all stakeholders. Matt holds a degree in Finance and International Business from the University of Maryland.

**B.    The Marketing and Sale Process**

9. The Debtors, with the assistance of Teneo, are conducting an extensive outreach effort in connection with the marketing and potential sale of the Debtors' business as a going concern or of some subset of the Debtors' assets, including the Debtors' proprietary technology platform. In just the first 8 days since being retained, Teneo has already reached out to over 40 strategic and financial investors. Teneo and the Debtors have conducted seven videoconference meetings with potential interested parties of which four had contacted Cred on an unsolicited basis. Eight of those parties have already executed non-disclosure agreements and received access to a data room supplied with diligence information regarding the Debtors' businesses and

operations. Such information included, among other things, operational and asset details, licensure, IT and technological information, and other commercial agreements.

10. The marketing process remains ongoing. The Debtors and Teneo are continuing to solicit interest from additional parties and evaluating potential buyers that appear to have the financial wherewithal to complete a transaction with the Debtors. Based on these marketing efforts and interest expressed thus far, I believe there is a sound basis that the Debtors will obtain offers for the purchase of their business as a going concern or for the purchase of some subset of the Debtors' assets.

C.     **Efforts to Procure Debtor in Possession Financing**

11. In addition to Teneo's efforts in connection with the sale and marketing process, Teneo and the Debtors are evaluating various options for debtor in possession financing, so as to ensure that the Debtors have adequate liquidity to complete the chapter 11 process and/or consummate a sale transaction. So far, Teneo and the Debtors have initiated a process this week to reach out to lenders who may provide debtor in possession financing. So far, we have reached out to over 10 parties in connection with potential funding and expect to continue that outreach process and believe that financing for the debtors can be obtained.

12. As with the sale and marketing process, these efforts remain ongoing. The Debtors, with Teneo's assistance, are continuing to reach out to potential sources of funding and evaluate potential terms on which financing could provide the greatest benefit to the Debtors, their estates, and all parties in interest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2020
New York, New York

*/s/ Christopher Wu*
Christopher K. Wu
