IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CRED INC., et al.[1] | ) | Case No. 20-12836 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Docket No. 106** |

**NOTICE OF WITHDRAWAL OF OMNIBUS LIMITED OBJECTION OF JAMIE SHILLER, TAKASHI YANAGI, WU CHI KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND ERIC SCHURMAN TO DEBTORS' MOTIONS AND APPLICATIONS (I) TO MAINTAIN BANK ACCOUNTS, (II) PAY EMPLOYEE WAGES (III) APPROVE BIDDING PROCEDURES, SCHEDULING AN AUCTION AND SALE HEARING AND APPROVING FORM AND MANNER OF NOTICE THEREOF, AND APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES AND FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVE RETENTION APPLICATIONS OF CERTAIN PROPOSED DEBTOR PROFESSIONALS**

**PLEASE TAKE NOTICE THAT** Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman (collectively, the "Movants") hereby provides notice of their withdrawal, without prejudice, of their *Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors' Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

12385034.v1

*Proposed Debtor Professionals* [Docket No. 106] filed on December 2, 2020 with the United States Bankruptcy Court for the District of Delaware (the "Court").

| | |
|---|---|
| Dated: December 2, 2020 | **MORRIS JAMES LLP** |
| | */s/ Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Email: jwaxman@morrisjames.com |
| | Email: emonzo@morrisjames.com |
| | |
| | -and- |
| | |
| | David C. Silver, Esquire |
| | SILVER MILLER |
| | 11780 W Sample Road |
| | Coral Springs, Florida 33065 |
| | Phone: (954) 516-6000 |
| | |
| | *Counsel to the Movants* |

12385034.v1