# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.,* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Hollace Topol Cohen, of FisherBroyles, LLP, 445 Park Avenue, New York, NY 10022, to represent Thomas Arehart in this action.

Dated: December 2, 2020

/s/ Carl D. Neff
Carl D. Neff (No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Phone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with *the Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 2, 2020

/s/ Hollace Topol Cohen
Hollace Topol Cohen
FisherBroyles, LLP
445 Park Avenue, New York, NY 10022
Telephone: (917) 365-4871
Email: hollace.cohen@fisherbroyles.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.