# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> CRED INC., *et al.*,[1] <br><br>              Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br> (Jointly Administered) <br><br> Related Items: D.I. 6, 34 |

## CERTIFICATION OF COUNSEL RE: SUPPLEMENTAL ORDER REGARDING FILING NOTICE OF FORMATION OF OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS</u>

I, Joseph J. McMahon, Jr., undersigned counsel for Andrew R. Vara, United States Trustee for Region Three, certify:

1.  On November 8, 2020, the Debtors filed the *Motion of the Debtors for Entry of Order (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Redaction of Certain Personal Identification Information, and (IV) Granting Related Relief* [D.I. 6] (the "<u>Redaction Motion</u>").

2.  On November 10, 2020, this Court held a hearing on interim approval of the Redaction Motion. The Court orally indicated that the identity of members appointed to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") would be authorized to be made public upon appointment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

3.  On November 10, 2020, this Court entered an interim order with respect to the Redaction Motion [D.I. 34]. The interim order entered did not incorporate a provision for publication of the Committee members' names in the event of formation.

4.  The U.S. Trustee is prepared to file a notice of appointment of the Committee. The U.S. Trustee seeks entry of a supplemental order, consistent with the Court's November 10, 2020 ruling on that point, which authorizes the disclosure of the Committee member names and, to the extent the U.S. Trustee deems appropriate, their contact information.

5.  The U.S. Trustee circulated this Certification and the proposed form of order to Debtors' counsel prior to filing same with the Court. Debtors' counsel informed the U.S. Trustee that it does not object to entry of the proposed order.

WHEREFORE the U.S. Trustee requests that this Court enter the proposed form of order attached hereto authorizing the filing of the notice of Committee appointment disclosing the Committee member names.

Dated: December 3, 2020
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGION 3**

By: */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov