IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,<br><br>　　　　　Debtors. | :<br>:  Chapter 11<br>:<br>:  Case No. 20-12836 (JTD)<br>:  (Jointly Administered)<br>:<br>:  Related Items:  D.I. 6, 34 and __118__ |

**SUPPLEMENTAL ORDER AUTHORIZING THE DISCLOSURE OF MEMBER
INFORMATION IN CONNECTION WITH THE NOTICE OF FORMATION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This Court having held a hearing on interim approval of the *Motion of the Debtors for Entry of Order (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Redaction of Certain Personal Identification Information, and (IV) Granting Related Relief* [D.I. 6] (the "Redaction Motion"), at which hearing it indicated that, in the event that the Office of the United States Trustee ("U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee"), that the identity/contact information of the Committee members would be disclosed in a public filing; and given that the United States Trustee is prepared to appoint the Committee, this Court subsequently having entered an interim order [D.I. 34] (the "Interim Order") with respect to the Redaction Motion, it is hereby ORDERED that, notwithstanding anything in the Interim Order to the contrary, the U.S. Trustee is authorized to file a notice of Committee formation with this Court which publicly discloses the names of the Committee members and, to the extent the U.S. Trustee deems appropriate, their contact information (street address, telephone number and/or e-mail address).

Dated: December 3rd, 2020　　　　　　　　　　　　JOHN T. DORSEY
Wilmington, Delaware　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE