IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,[1]<br><br>                    Debtors. | :<br>:   Chapter 11<br>:<br>:   Case No. 20-12836 (JTD)<br>:   (Jointly Administered)<br>: |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1.  **DragonFly International Holding Limited**, Attn: Lindsay Lin, Maples Corporate Services (BVI) Limited, Kington Chambers, PO Box 173, Road Town, Tortola, British Virgin Islands, Phone: (703) 994-5176; Fax: (415) 889-6447; Email: lindsay@dcp.capital

2.  **Wendy Laraine Lee** (an individual)

3.  **Cedric de Lisser** (an individual)

4.  **Maple Partners, LLC**, Attn: Joshua Segall, 1309 Coffeen Avenue Suite 1200, Sheridan, WY 82801, Phone: (334) 245-3112; Fax: (307) 316-0481; Email: maplepartnersllc@gmail.com

5.  **Michael Michelin** (an individual)

6.  **Christopher Moser** (an individual)

7.  **Kyle Tuo Wang** (an individual)


DATED: December 3, 2020       ANDREW R. VARA
                 United States Trustee, Region 3


                  /s/ *Joseph J. McMahon* for
                 T. PATRICK TINKER
                 ASSISTANT UNITED STATES TRUSTEE


Attorneys assigned to these cases: Joseph J. McMahon, Jr., Esq., Tel: (302) 573-6491, Fax: (302) 573-6497, Email: joseph.mcmahon@usdoj.gov and John Schanne, Esq., Tel: (302) 573-6491, Fax: (302) 573-6497, Email: john.schanne@usdoj.gov

Proposed Debtors' Counsel: Scott D. Cousins, Esq., Tel: (302) 824-7081, Fax: (302) 295-0331, Email: scott.cousins@cousins-law.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.