## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss:
COUNTY OF KINGS          )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 17th day of November, 2020, DRC, acting under my supervision, caused to be served the following:

    a. Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof (Docket No. 52);

    b. Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to Debtors, Nunc Pro Tunc to Petition Date (Docket No. 53);

    c. Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (Docket No, 54);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

d.  Debtors' Motion, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, for Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in Ordinary Course of Business, Effective as of Petition Date (Docket No. 55);

e.  Debtors' Application for Entry of an Order Approving Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date (Docket No. 56); and

f.  Debtors' Application for Entry of an Order Authorizing Employment and Retention of Macco Restructuring Group LLC as Financial Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date (Docket No. 57),

to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of December, 2020, Brooklyn, New York.

By _Edward A Calderon_
Edward A. Calderon

Sworn before me this
2nd day of December, 2020

_Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

2

## **EXHIBIT 1**

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/17/2020 11:14:38 PM

| | | | |
|---|---|---|---|
| 000036P001-1467S-004<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-004<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-004<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-004<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000044P001-1467S-004<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000024P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000027P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000035P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000040P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000045P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000049P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000050P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000052P001-1467S-004
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-004
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :  **34**

**<u>EXHIBIT 2</u>**

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000013P001-1467S-004<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000036P001-1467S-004<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS | 000014P001-1467S-004<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000008P001-1467S-004<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000004P001-1467S-004<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1467S-004<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-004<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-004<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-004<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-004<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000044P001-1467S-004<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901 | 000010P001-1467S-004<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000024P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000041P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000046P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000050P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-004<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467S-004<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000012P001-1467S-004<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000052P001-1467S-004<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939 | 000005P001-1467S-004<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1467S-004<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |

Records Printed : **44**