**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20- 12836 (JTD) |
| Debtors.[1] | ) ) ) | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of November, 2020, DRC, acting under my supervision, caused to be served the following:

    a. Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee (Docket No. 62);

    b. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for Debtors, Effective Nunc Pro Tunc to November 16, 2020 (Docket No. 63);

    c. Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date (Docket No. 64);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

    d. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling An Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(S), Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (Docket No. 65); and

    e. Debtors' Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs (Docket No. 67),

to be served via electronic mail upon the parties set forth on <u>Exhibit 1</u>; and via US First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of December, 2020, Brooklyn, New York.

By_____
Edward A. Calderon

Sworn before me this
2nd day of December, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

2

# EXHIBIT 1

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                 11/19/2020 12:02:37 AM

| | | | |
|---|---|---|---|
| 000036P001-1467S-005<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-005<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-005<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-005<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000044P001-1467S-005<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000024P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000027P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000035P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000040P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-005<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                 11/19/2020 12:02:37 AM

000045P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000050P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-005
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000052P001-1467S-005
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-005
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :    **34**

# EXHIBIT 2

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                         11/19/2020 12:04:00 AM

| | | | |
|---|---|---|---|
| 000013P001-1467S-005<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-005<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-005<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-005<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-005<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-005<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-005<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000003P001-1467S-005<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000012P001-1467S-005<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-005<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | | |

Records Printed :   10