**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 9, 2020 at 2:00 p.m. (ET)<br>RE: Docket Nos. 7, 11, 57, 63, 65, 108 |

**REPLY OF DEBTORS TO OMNIBUS LIMITED OBJECTION OF JAMIE SHILLER, TAKASHI YANAGI, WU CHU KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND ERIC SCHURMAN TO DEBTORS' MOTIONS AND APPLICATIONS TO (1) MAINTAIN BANK ACCOUNTS, (II) PAY EMPLOYEE WAGES, AND (III) APPROVE BIDDING PROCEDURES, SCHEDULING AN AUCTION AND SALE HEARING AND APPROVING FORM AND MANNER OF NOTICE THEREOF, AND APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES AND FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVE RETENTION APPLICATIONS OF CERTAIN PROPOSED DEBTOR PROFESSIONALS**

TO THE HONORABLE BANKRUPTCY JUDGE JOHN T. DORSEY:

      Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") file this reply (the "Reply") to the omnibus limited objection (the "Objection")[2] of Movants to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] *Omnibus Limited Objection of Jamie Shillers, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motion and Applications (I) to Maintain Bank Accounts, (II) Pay Employee Wages, (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing, and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention of Certain Proposed Debtor Professionals* [Docket No. 108]. Capitalized terms used but not otherwise defined in this motion shall have the meanings set forth in the Objection.

Debtors': (i) Bank Account Motion;[3] (ii) Employee Motion;[4] (iii) Retention Applications;[5] and (iv) Sale Motion[6] (collectively, the "Motions"). In support of this Reply, the Debtors respectfully state as follows:

## BACKGROUND

1. The Movants object to six of the Debtors' sixteen motions and applications scheduled to be heard at the December 9, 2020 hearing (the "Hearing") on the basis that the Motions should not be heard until after the Court determines the pending Motion to Dismiss[7] and an official committee of unsecured creditors (the "Committee") is appointed.

2. The Debtors have no objection to the Court considering the Motions at the hearing after the Motion to Dismiss has been heard. Further, the Committee has now been appointed,[8] and the Debtors will work with the Committee's proposed counsel to agree on reasonable and appropriate deadlines for them to respond to the Motions in advance of the Hearing.[9] These developments should satisfy the Movants' Objection.

## REPLY

3. To the extent Movants still seek a continuance, despite the fact their Objection is now moot, the Court should deny the request as it would harm the Debtors' estates and their creditors.

---

[3] Docket No. 7.

[4] Docket No. 11.

[5] Docket Nos. 57 and 63.

[6] Docket No. 65.

[7] Docket No. 62.

[8] *Notice of Appointment of Creditors' Committee* [Docket No. 120].

[9] *See* Del. Bankr. L.R. 9006-1(c)(ii).

4. Time is of the essence in the Debtors' chapter 11 cases. Attached as **Exhibit A** is the Debtors' most recent 13-week cash flow forecast as prepared by their financial advisor, MACCO Restructuring Group LLC. Although the cash flow forecast demonstrates that the Debtors currently generate sufficient revenue to cover their operating disbursements, the Debtors' runway to execute a sale transaction is not unlimited and requires the Debtors to move as expeditiously as possible to get to a sale and ultimately a liquidating plan.

5. Moreover, the Debtors are retaining the employees that would be required to operate the business on the post-sale basis. Nevertheless, delay in executing on the Debtors' sale process risks attrition in the workforce that would detrimental to a value-maximizing sale transaction.

6. Thus, the longer these cases are delayed, the more likely the estates' value relative to its creditors' claims will be diminished.

7. As detailed in the Sale Motion, the best outcome here is a sale of the Debtors' business in the most expeditious manner possible. Delay or uncertainty regarding the Motions will jeopardize this process to the detriment of the Debtors' estates and their creditors.

8. Accordingly, the Court should consider the Motions at the Hearing and overrule the Objection.

[*Remainder of the page left intentionally blank.*]

WHEREFORE, the Debtors request the Court overrule the Objection, grant the Motions, and grant the Debtors such other and further relief as is just and proper.

Dated: December 4, 2020
    Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile: :   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
    mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (*pro hac vice* pending)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
    aviluft@paulhastings.com
    derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*