# Exhibit A

**13-Week Cash Flow**



# CRED

# 13 Week Cash Flow Forecast

As of December 04, 2020



Prepared by: MACCO Restructuring Group LLC



**Disclaimer**
As of December 04, 2020

## Forward-Looking Statements

Statements in this presentation which are not statements of historical fact are "forward looking statements" within the Safe Harbor provision of the Private Securities Litigation Reform act of 1995. Such statements are not guarantees of future performance. Many factors could cause our actual results, performance or achievements, or industry results, to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements. We make forward-looking statements based on currently available information, and we assume no obligation to update the statements made today or contained in other filings due to changes in underlying factors, new information, future developments, or otherwise, except as required by law.

## Third Party Information

This presentation, including certain forward-looking statements herein, include information obtained from third party sources that we believe to be reliable; however, we have not independently verified this third party information and cannot assure you of its accuracy or completeness. While we are not aware of any misstatements regarding any third party data contained in this presentation, such data involve risks and uncertainties and are subject to change based on various factors. We assume no obligation to revise or update this third party information to reflect future events or circumstances.

**Cred, Inc. and its affiliates**
13 Week Forecast (Actual)
As of December 04, 2020

| Footnotes | Week Ending | Pre-Petition 11/06/20 | Actual 11/13/20 | Actual 11/20/20 | Actual 11/27/20 | Forecast 2 12/04/20 | Forecast 3 12/11/20 | Forecast 4 12/18/20 | Forecast 5 12/25/20 | Forecast 6 01/01/21 | Forecast 7 01/08/21 | Forecast 8 01/15/21 | Forecast 9 01/22/21 | Forecast 10 01/29/21 | Forecast 11 02/05/21 | Forecast 12 02/12/21 | Forecast 13 02/19/21 | Weeks 0 thru 13 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Cash | $ 439,675 | $ 439,675 | $ 166,574 | $ 116,219 | $ 1,220,057 | $ 781,238 | $ 541,569 | $ 534,779 | $ 330,026 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 618,156 | $ 439,491 | $ 439,675 |
| | **Inflows** | | | | | | | | | | | | | | | | | |
| (1) | Asset Management Redemptions | | - | - | 1,032,184 | - | - | - | - | - | - | - | - | - | - | - | - | 1,032,184 |
| (2) | Interest Earned - moKredit/ Elevar | | - | - | - | - | - | - | - | 582,268 | - | 75,000 | - | - | 582,268 | - | - | 1,239,536 |
| (3) | Interest Earned - Customer Loans | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Crypto-Currency Conversions (Purchased) | | 80,730 | - | - | - | - | - | - | 1,499,035 | 38,235 | 104,532 | 33,152 | 1,869,719 | - | - | - | 3,625,403 |
| | Crypto-Currency Conversions - Fees @ .8% | | (669) | - | - | - | - | - | - | (12,422) | (317) | (866) | (275) | (15,494) | - | - | - | (30,043) |
| | Insurance Proceeds | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (4) | Other Receipts | | - | 15,758 | 114,959 | - | - | - | - | - | - | - | - | - | - | - | - | 130,718 |
| | **Total Inflows** | | $ 80,061 | $ 15,758 | $ 1,147,144 | $ - | $ - | $ - | $ - | $ 2,068,881 | $ 37,918 | $ 178,666 | $ 32,877 | $ 1,854,225 | $ 582,268 | $ - | $ - | $ 5,997,798 |
| (5) | Payroll, incl taxes and benefits | | (51,324) | - | - | (173,375) | (171,875) | - | (171,875) | - | - | (171,875) | - | (171,875) | - | (171,875) | - | (1,084,074) |
| | Contractor Payments | | (5,100) | (4,800) | - | (18,500) | (11,938) | - | (2,400) | (18,500) | (11,938) | - | (2,400) | (18,500) | (30,044) | - | (2,400) | (126,520) |
| (6) | Insurance Premiums | | (291,165) | - | (30,327) | - | - | - | (30,327) | - | - | - | (30,327) | - | - | - | (30,327) | (412,475) |
| | Taxes | | - | - | (750) | - | (750) | - | - | - | (750) | - | - | - | (750) | - | - | (3,000) |
| | Rent | | - | - | - | (125) | - | - | (125) | - | (125) | - | - | - | (125) | - | - | (375) |
| (7) | Accounts Payable | | (5,573) | (61,086) | (12,228) | (246,819) | (55,105) | (6,791) | (150) | (17,850) | (25,105) | (6,791) | (150) | (17,850) | (33,193) | (6,791) | (150) | (495,631) |
| | **Total Operating Disbursements** | | $ (353,162) | $ (65,886) | $ (43,306) | $ (438,819) | $ (239,668) | $ (6,791) | $ (204,752) | $ (36,350) | $ (37,918) | $ (178,666) | $ (32,877) | $ (208,225) | $ (64,112) | $ (178,666) | $ (32,877) | $ (2,122,075) |
| | **Net Operating Cash Flow** | | $ (273,101) | $ (50,128) | $ 1,103,838 | $ (438,819) | $ (239,668) | $ (6,791) | $ (204,752) | $ 2,032,532 | $ 0 | $ 0 | $ 0 | $ 1,646,000 | $ 518,156 | $ (178,666) | $ (32,877) | $ 3,875,723 |
| (8) | Professional Fees | | - | (675,000) | (71,000) | - | (828,033) | (650,000) | (71,000) | - | (925,000) | (650,000) | (71,000) | - | (925,000) | (650,000) | (71,000) | (5,587,033) |
| | US Trustee | | (4,880) | (7,486) | (1,155) | (4,433) | (10,785) | (6,634) | (2,785) | (367) | (11,040) | (8,370) | (1,049) | (2,103) | (9,991) | (8,370) | (1,049) | (80,498) |
| | **Total Non-Operating Costs** | | $ (4,880) | $ (682,486) | $ (72,155) | $ (4,433) | $ (838,817) | $ (656,634) | $ (73,785) | $ (367) | $ (936,040) | $ (658,370) | $ (72,049) | $ (2,103) | $ (934,991) | $ (658,370) | $ (72,049) | $ (5,667,531) |
| | Professional Fees Accrual Carve Out | | $ 4,880 | $ 682,486 | $ 72,155 | $ 4,433 | $ 838,817 | $ 656,634 | $ 73,785 | $ 367 | $ 936,040 | $ 658,370 | $ 72,049 | $ 2,103 | $ 934,991 | $ 658,370 | $ 72,049 | $ 5,667,531 |
| | Professional Fees Accrual Pay Down | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (2,262,558) | $ - | $ - | $ - | $ (1,646,000) | $ - | $ - | $ - | $ (3,908,558) |
| | Other Disbursements | | $ - | $ (227) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (227) |
| | **Net Cash Flow** | | $ (273,101) | $ (50,354) | $ 1,103,838 | $ (438,819) | $ (239,668) | $ (6,791) | $ (204,752) | $ (230,026) | $ 0 | $ 0 | $ 0 | $ 0 | $ 518,156 | $ (178,666) | $ (32,877) | $ (33,062) |
| (9) | **Ending Cash** | $ 439,675 | $ 166,574 | $ 116,219 | $ 1,220,057 | $ 781,238 | $ 541,569 | $ 534,779 | $ 330,026 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 618,156 | $ 439,491 | $ 406,613 | $ 406,613 |
| | Post-Petition Payables Accrued: | | $ 4,880 | $ 687,366 | $ 759,521 | $ 763,954 | $ 1,602,771 | $ 2,259,405 | $ 2,333,191 | $ 1,602,771 | $ 1,007,040 | $ 1,665,410 | $ 1,737,459 | $ 93,562 | $ 1,028,554 | $ 1,686,924 | $ 1,758,973 | |
| (10) | Net Liquidity: | | $ 2,009,555 | $ 1,425,356 | $ 2,487,694 | $ 4,008,432 | $ 2,008,744 | $ 1,345,320 | $ 1,066,782 | $ 1,599,911 | $ 2,935,725 | $ 2,172,823 | $ 2,067,621 | $ 1,841,799 | $ 1,424,965 | $ 587,929 | $ 483,002 | |
| (11) | **Key Assets** | | | | | | | | | | | | | | | | | |
| (12) | Assets Under Management | | $ 4,469,853 | $ 4,469,853 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | $ 3,422,620 | |
| (13) | Liquid Crypto-Currency | | $ 1,847,862 | $ 1,996,503 | $ 2,027,158 | $ 3,991,148 | $ 3,069,946 | $ 3,069,946 | $ 3,069,946 | $ 1,570,911 | $ 3,842,764 | $ 3,738,233 | $ 3,705,080 | $ 1,835,362 | $ 1,835,362 | $ 1,835,362 | $ 1,835,362 | |
| (14) | Illiquid Crypto-Currency | | $ 11,501,330 | $ 11,796,069 | $ 11,218,491 | $ 10,600,113 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | $ 10,590,990 | |
| (15) | Crypto-Currency Total: | | $ 13,349,192 | $ 13,792,572 | $ 13,245,649 | $ 14,591,261 | $ 13,660,936 | $ 13,660,936 | $ 13,660,936 | $ 12,161,900 | $ 14,433,754 | $ 14,329,222 | $ 14,296,070 | $ 12,426,351 | $ 12,426,351 | $ 12,426,351 | $ 12,426,351 | |
| | Fiat/ Total Liquid Assets | | | 0.16 | 0.15 | 0.15 | 0.10 | 0.06 | 0.03 | 0.03 | 0.03 | 0.05 | 0.25 | 0.19 | 0.18 | | | |

**Cred, Inc. and its affiliates**
13 Week Forecast Footnotes
As of December 04, 2020

Footnotes

1) Projected collections per discussion with management, actual realizable net value may vary significantly, timing of receipts may vary.
2) Interest received per discussion with management, actual timing of receipts may vary.
3) Per discussions with management, historical interest earned on customer loans averaged about $20K per month but collectability is uncertain going forward.
4) Other receipts include return of unused portions of retainers and utilization of prepaid payroll expenses.
5) Payroll occurs on the 15th and 30th of each month and is funded three (3) days prior to payroll date.
6) Insurance premiums include prepaid assets which occurred pre-petition plus recurring expense.
7) Includes trade accounts payable.
8) Estimated professional fees, actual timing of cash payment may vary. Current assumption is 14/DEC/2020 for initial application and payment of full quarter estimate to US Trustee, coinciding for a disbursement in the first period of 2021. Thereafter, monthly for professionals and quarterly for the US Trustee.
9) Forecast includes no assumptions related to a successful sale.
10) Net Liquidity = Ending Cash Available + (Liquid Crypto-Currency) - Post-Petition Payables Accrued.
11) Periods denoted as "Forecast" utilize petition date valuations for all assets.
    Periods denoted as "Actual" utilize closing market price on the last day of the period for liquid crypto-currency assets and 30-day trailing averages for illiquid crypto-currency assets.
    Actual realizable net value may vary significantly. Changes in valuation relate to periodic mark to market adjustments.
12) Assets Under Management consist of funds with Sarson Funds and Reliz LTD (Blockfills). Sarson Funds consists of an estimated 206 units of Bitcoin (BTC) and 842 units of Ethereum (ETH) per management.
13) Liquid Crypto-Currency assets are those held in Fireblocks and identified as liquid by management.
14) a. Illiquid Crypto-Currency assets consists of: all liquid and illiquid crypto-currency held in accounts frozen by Uphold HQ Inc., Cred's Lend-Borrow-Asset Token (LBA), Tap (XTP) and Universal Protocol Token (UPT).
    b. Illiquid Crypto-Currency assets also include a repurchase option with Equities First Holdings consisting of 2,000 units of Ethereum (Eth). Assets valued at the difference between the ending period spot price and cost basis of $75 per unit. Repurchase option is a European-styled option, exercisable only at expiration (January 11, 2021).
15) For the week ending December 4, 2020, expected collections came in the form of Crypto-Currency: 250,000 units USDC by moKredit, 75 BTC by Sarson.
    12 MM XTP units were also utilized in a liquidity project.

**Cred, Inc. and its affiliates**
13 Week Forecast Assumptions
As of December 04, 2020

---

Methodology

- The accompanying 13 week cash flow forecast was constructed utilizing forward looking financial information and incorporates discussions with management and estimates based on historical averages. Updated and complete historical financials for Company have not yet been made available for examination.
- Unless otherwise noted, activity presented herein presented on a cash basis.

Inflows

- Current presentation assumes conversion of available crypto-currency assets to cash for periods where there is an ending cash shortfall (i.e. projected negative cash balance). Minimum cash available per period target is $100,000 USD.

Non-Operating Costs

- Professional Fees includes estimated fees and expenses for the legal and financial advisors to the company and unsecured creditors committee.