# **<u>Exhibit B</u>**

{1311.001-W0063616.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 89, 91, 116, & ____ |

## ORDER GRANTING MOTION OF UPGRADEYA INVESTMENTS, LLC FOR RELIEF FROM STAY UNDER BANKRUPTCY CODE SECTION 362

Upon consideration of the *Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* (the "Motion"),[2] *UpgradeYa Investments, LLC's (I) Reply to Objection of the Debtors to the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7* and the Parrish Declarations; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and having reviewed the Motion, any objections or responses to the Motion, and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for relief granted herein;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Motion.

IT IS HEREBY ORDERED as follows:

1. The Motion is Granted as set forth herein.

2. The automatic stay of Bankruptcy Code section 362(a) is hereby modified to the extent applicable to permit UpgradeYa to take any and all actions necessary to recover the Collateral and/or the value thereof from any third parties and any applicable insurance proceeds.

3. This Order shall be fully effective and enforceable immediately upon entry, and the fourteen (14) day stay under Bankruptcy Rule 4001(a)(3) is waived.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: December ____, 2020
Wilmington, DE

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge