# **Exhibit C**

**From:** Grogan, James T. <jamesgrogan@paulhastings.com>
**Sent:** Tuesday, December 1, 2020 6:30 PM
**To:** Kim Brown <brown@lrclaw.com>; 'Matt Foster' <mfoster@sonorancap.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** RE: Cred -- UpgradeYa's Motion to Lift Stay

Hi Kim, following up on our call earlier, we confirmed with the Debtors that they currently have 160 bitcoin. Thanks.

**James Grogan | Partner**
Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7338 | Main: +1.713.860.7300 | Mobile: +1+917.859.2040 | jamesgrogan@paulhastings.com| www.paulhastings.com

**From:** Kim Brown <brown@lrclaw.com>
**Sent:** Tuesday, December 1, 2020 3:45 PM
**To:** 'Matt Foster' <mfoster@sonorancap.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** [EXT] RE: Cred -- UpgradeYa's Motion to Lift Stay

If someone can circulate a dial-in, I can still make 4:45 work.

**From:** Matt Foster <mfoster@sonorancap.com>
**Sent:** Tuesday, December 1, 2020 4:43 PM
**To:** Grogan, James T. <jamesgrogan@paulhastings.com>; Kim Brown <brown@lrclaw.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** RE: Cred -- UpgradeYa's Motion to Lift Stay

I'm just hopping off one call and have another starting at 5:00 PM Eastern but I can hop on at 4:45. If someone can circulate a dial in, I can join in a few minutes.

**From:** Grogan, James T. <jamesgrogan@paulhastings.com>
**Sent:** Tuesday, December 1, 2020 2:41 PM
**To:** Kim Brown <brown@lrclaw.com>; Bongartz, Alex <alexbongartz@paulhastings.com>; Matt Foster <mfoster@sonorancap.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** RE: Cred -- UpgradeYa's Motion to Lift Stay

I know Matt wanted to join the call and he may be tied up at the moment. Once he responds we can make ourselves available. Thanks.

**James Grogan | Partner**
Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7338 | Main: +1.713.860.7300 | Mobile: +1+917.859.2040 | jamesgrogan@paulhastings.com| www.paulhastings.com

---

**From:** Grogan, James T.
**Sent:** Tuesday, December 1, 2020 3:29 PM
**To:** 'Kim Brown' <brown@lrclaw.com>; Bongartz, Alex <alexbongartz@paulhastings.com>; Matt Foster <mfoster@sonorancap.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** RE: Cred -- UpgradeYa's Motion to Lift Stay

Works for me. I'm adding Matt Foster, our new CRO, so he can join the call and let us know if that time works for him.

**James Grogan | Partner**
Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7338 | Main: +1.713.860.7300 | Mobile: +1+917.859.2040 | jamesgrogan@paulhastings.com| www.paulhastings.com

---

**From:** Kim Brown <brown@lrclaw.com>
**Sent:** Tuesday, December 1, 2020 3:27 PM
**To:** Bongartz, Alex <alexbongartz@paulhastings.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** [EXT] RE: Cred -- UpgradeYa's Motion to Lift Stay

Good afternoon, Alex. Yes, I'm available this afternoon for a call. Does 4:45pm (EST) work for you?

Best,
Kim



**Kimberly A. Brown, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4436   F 302.467.4450   C 302.690.2898
brown@lrclaw.com | www.lrclaw.com | vCard

This message is intended only for the use of the individual or entity to which it is addressed, and may contain Information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

**From:** Bongartz, Alex <alexbongartz@paulhastings.com>
**Sent:** Tuesday, December 1, 2020 4:03 PM
**To:** Kim Brown <brown@lrclaw.com>
**Cc:** Adam Landis <landis@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Wilson, Mack <mackwilson@paulhastings.com>
**Subject:** Cred -- UpgradeYa's Motion to Lift Stay

Dear Mr. Brown,

I am reaching out regarding UpgradeYa's motion to lift the automatic stay that you filed last week in Cred's chapter 11 cases [Docket No. 89].

Would you be available for call with us this afternoon to discuss your motion?

Thank you,

Alex



**G. Alexander Bongartz** | **Of Counsel, Corporate Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6472 | C +1.617.838.5117 | Main: +1.212.318.6000 | Fax: +1.212.319.4090 |
alexbongartz@paulhastings.com | www.paulhastings.com

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name

and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.