IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MARC PARRISH IN
SUPPORT OF THE MOTION OF UPGRADEYA INVESTMENTS, LLC
FOR RELIEF FROM STAY UNDER BANKRUPTCY CODE SECTION 362**

I, Marc Parrish, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the managing member of UpgradeYa Investments, LLC ("UpgradeYa"). I submit this supplemental declaration (the "Supplemental Declaration") in support of the *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* (the "Motion") and *UpgradeYa Investments, LLC's (I) Reply to Objection of the Debtors to the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7* (the "Reply"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. I am authorized by UpgradeYa to submit this Declaration and, if called upon to testify, I could and would testify to the facts set forth herein.

2. From the outset of UpgradeYa's transactions with CredBorrow, Cred represented to UpgradeYa that the Collateral would be maintained in segregated e-wallets. Specifically, I was informed by Cred that once the Agreement was executed, Cred would establish (and did establish)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063612.}

new e-wallets to hold UpgradeYa's Collateral. A true and correct copy of the email from Cred employee Michael Zhang to Marc Parrish dated April 10, 2020 is attached hereto as **Exhibit 1**.

3. On April 23, 2020, Cred provided to me a report confirming receipt of the transferred Collateral detailing the balance of each of UpgradeYa's Collateral Accounts. A true and correct copy of the email from Cred employee Xavier Rashotsky to Marc Parrish dated April 23, 2020 is attached hereto as **Exhibit 2**.

4. Based on the Agreement and representations and communications made by Cred to me, it was my understanding that Collateral was deposited into and maintained in separate segregated e-wallet accounts. UpgradeYa provided the Collateral to Cred for the sole purpose of holding it as collateral for the Line of Credit pursuant to the terms of the Agreement.

5. To the best of my knowledge as informed after having lien searches performed at my direction on November 17 and 18, 2020, the Debtors have not filed a UCC-1 financing statement in South Carolina, where UpgradeYa is incorporated and located (nor have they filed one in California or Delaware).

6. UpgradeYa did not loan the Collateral to Cred. Nor did UpgradeYa provide Cred with authority to use, sell or otherwise dispose of the Collateral except as expressly set forth in the Agreement upon the event of a default. Cred never noticed any default and UpgradeYa is not, in fact, in default and Cred has not foreclosed on the Collateral.

7. Given the volatility of the price of Bitcoin and the Debtors' misappropriation of UpgradeYa's Collateral, I believe it is imperative that UpgradeYa immediately be granted relief from the automatic stay to pursue the recovery of its Bitcoin and/or the value thereof from third parties and/or any applicable insurance proceeds.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 4, 2020                /s/ *Marc Parrish*
                                       MARC PARRISH
                                       UPGRADEYA INVESTMENTS, LLC