# **<u>Exhibit 1</u>**

{1311.001-W0063612.}

SUBJECT: Re: UpgradeYa Investments, LLC - Loan
FROM: Michael Zhang <michael.zhang@mycred.io>
TO: Marc Parrish <marc@upgradeya.com>
CC: Xavier Rashotsky <xavier@mycred.io>
DATE: 10/04/2020 23:16

Hey Marc,

Thanks for the information.

<u>1. Once addresses are provided collateral will be filled within 1 week.</u>

Great to hear. Once we have the contracts signed we will begin creating new wallets for the transfers. I'll defer to <u>@Xavier Rashotsky</u> for any questions.

<u>2. The LOC preference would be 100% by the end of April. I believe April 26th but I will check on the exact date. If that is an issue please let me know and we will adjust accordingly.</u>

I will confirm with our Capital Markets team on Monday, but I do not foresee any issues as long as we have at least a week notice.


Best regards,



**Ka Zhang (Michael)**
Senior Wealth Associate

michael.zhang@mycred.io
+1 (310) 291-2597
mycred.io