# **<u>Exhibit 2</u>**

SUBJECT: Re: Col Pledge
FROM: Xavier Rashotsky <xavier@mycred.io>
TO: Marc Parrish <marc@upgradeya.com>
CC: Heidi Ng <heidi@mycred.io>, Michael Zhang <michael.zhang@mycred.io>, Daniyal Inamullah <d.inamullah@mycred.io>
DATE: 23/04/2020 21:05
ATTACHMENTS (20200423-210518-0000161): "TXlog4_23EOD.csv"

Hey Marc,

The attached reports all of the deposits that have been made to your collateral wallets to date. Touch base tomorrow.

Thanks!