## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Nos. 126 & 128** |

## CERTIFICATE OF SERVICE

I, Kimberly A. Brown, Esquire hereby certify that on December 4, 2020, a true and correct copy of the *UpgradeYa Investments, LLC's (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7* [D.I. 126] and *Supplemental Declaration of Marc Parrish, in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [D.I. 128] was caused to be served on the attached service list via CM/ECF and Electronic Mail.

Dated:  December 4, 2020

*/s/ Kimberly A. Brown*
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**E-MAIL**
COUSINS LAW LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Email: scott.cousins@cousins-law.com

**E-MAIL**
PAUL HASTINGS LLP
James T. Grogan
Mack Wilson
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Email: jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

**E-MAIL**
PAUL HASTINGS LLP
G. Alexander Bongartz
Avram E. Luft
Derek Cash
200 Park Avenue
New York, New York 10166
Email: alexbongartz@paulhastings.com
aviluft@paulhastings.com
derekcash@paulhastings.com

**E-MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
Joseph James McMahon, Jr.
John Henry Schanne, II
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov