IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 56** |

**SUPPLEMENTAL DECLARATION OF NELLWYN VOORHIES
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
APPROVING EMPLOYMENT AND RETENTION OF DONLIN, RECANO &
COMPANY, INC. AS ADMINISTRATIVE ADVISOR FOR DEBTORS,
EFFECTIVE *NUNC PRO TUNC TO* PETITION DATE**

I, Nellwyn Voorhies, under penalty of perjury pursuant to 26 U.S.C. § 1746, declare as follows:

1. I am the President of Donlin, Recano & Company, Inc. ("DRC"), a chapter 11 administrative services firm whose offices are located at 6201 15th Avenue, Brooklyn, New York 11219. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.[2]

2. I submit this declaration (the "Supplemental Declaration") to supplement my declaration, dated November 17, 2020, attached as Exhibit A to the *Debtors' Application for Entry of an Order Approving the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective* Nunc Pro Tunc *to Petition Date* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Certain of the disclosures herein relate to matters within the knowledge of other personnel at DRC and are based on information provided by them.

"Application"),[1] and to provide certain disclosures under sections 327(a) and 329(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). This Supplemental Declaration does not replace anything set forth in the Application, or any previously submitted declaration except as expressly set forth herein.

3. DRC conducted, and continues to conduct, research into its relations with the Debtor, its creditors, and other parties in interest in this chapter 11 case.

4. In connection with this continued research, it has come to DRC's attention that DRC's affiliate, AST, does not maintain a conflicts check system.

5. AST provides stock transfer solution services strictly to public companies or companies intending to trade shares publicly. These services include transfer agency services, initial public offering counseling, proxy solicitation assistance and data analysis, and electronic transmission of data services.

6. DRC operates as a separate and independent legal entity, and all DRC data is maintained on a separate server. No personnel from AST have access to confidential data held by DRC, and no DRC personnel have access to AST clientele data or knowledge of AST's connections. AST does not provide advisory services in restructurings. Given the legal and operational separateness of DRC from AST, DRC does not believe that any relationships that AST and its affiliates maintain would create an interest of DRC that would be materially adverse to the Debtor or the Debtor's estate or any class of creditors or equity security holders.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

7. Prior to the Petition Date, in connection with DRC's retention as claims and noticing agent, the Debtors provided DRC a retainer in the amount of $50,000.00. The retainer will be applied only to claims agent services performed pursuant to Section 156, not any services for which court approval is required under Section 327.

8. Should any additional information relevant to DRC's retention and employment in the above-captioned case come to DRC's attention, DRC will file additional supplemental declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: December 4, 2020
New York, New York

/s/ Nellwyn Voorhies
Nellwyn Voorhies
President