# EXHIBIT B

# Cred – September 2020

