# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I.** _____ |

## ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon consideration of the *Motion of the United States Trustee* ("U.S. Trustee") *for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion"); and finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, based upon the record, the Court finds that cause or other adequate grounds exist for the appointment of a chapter 11 trustee, pursuant to 11 U.S.C. § 1104(a). Based on the foregoing, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED insofar as it seeks the appointment of a chapter 11 trustee, and the U.S. Trustee is hereby directed to appoint a chapter 11 trustee.

2. The Court retains jurisdiction over all matters arising from or relating to the interpretation and enforcement of this Order.