# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,<br><br>　　　　　Debtors. | :<br>:  Chapter 11<br>:<br>:  Case No. 20-12836 (JTD)<br>:  (Jointly Administered)<br>:<br>:  **Re:  D.I.** _____ |

## ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER

Upon consideration of the *Motion of the United States Trustee* ("U.S. Trustee") *for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion"); and finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, based upon the record, the Court finds that there is the basis for appointment of an examiner, pursuant to 11 U.S.C. § 1104(c).  Based on the foregoing, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED insofar as it seeks the appointment of an examiner, and the U.S. Trustee is hereby directed to appoint an examiner.

2. The Court retains jurisdiction over all matters arising from or relating to the interpretation and enforcement of this Order.