# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,<br><br>              Debtors. | :   Chapter 11<br>:<br>:   Case No. 20-12836 (JTD)<br>:   (Jointly Administered)<br>:<br>:   **Re: D.I. _____** |

## ORDER CONVERTING CASES TO CASES UNDER CHAPTER 7

Upon consideration of the *Motion of the United States Trustee* ("U.S. Trustee") *for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion"); and finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, based upon the record, the Court finds that cause exists to convert the above-captioned chapter 11 cases to cases under chapter 7, pursuant to 11 U.S.C. § 1112(b). Based on the foregoing, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED insofar as it seeks to convert the above-captioned chapter 11 cases to cases under chapter 7, and the cases are hereby converted to cases under chapter 7.

2. The Debtors shall:

a. Forthwith turn over to the chapter 7 trustee all records and property of the estates under the Debtors' custody and control as required by Federal Rule of Bankruptcy Procedure ("FRBP") 1019(4); and

        b.        Within 15 days of the date of this Order file a schedule of unpaid debts incurred after commencement of the superseded cases including the name and address of each creditor, as required by FRBP 1019(5).

3.        The Debtors shall, within 30 days from the date of this order, file and transmit to the U.S. Trustee a final report and account as required by FRBP 1019(5)(A).

4.        The Court retains jurisdiction over all matters arising from or relating to the interpretation and enforcement of this Order.