IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,1<br><br>           Debtors. | :<br>:  Chapter 11<br>:<br>:  Case No. 20-12836 (JTD)<br>:  (Jointly Administered)<br>:<br>:  **Re:  D.I. 133** |

**MOTION TO SHORTEN NOTICE REGARDING MOTION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE, OR IN THE ALTERNATIVE, (I) DIRECTING THE APPOINTMENT OF AN EXAMINER, OR (II) CONVERTING THE CASES TO CHAPTER 7 CASES**

Andrew R. Vara, United States Trustee for Regions Three and Nine (the "U.S. Trustee"), by his counsel, hereby submits this Motion, pursuant to section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Local Rule 9006-1(e) of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period under Local Rule 9006-1(c) and Federal Rule of Bankruptcy Procedure 2002(a) (the "Bankruptcy Rules") with respect to the above-referenced motion (the "Motion"), and respectfully represents as follows:

1. The U.S. Trustee seeks to shorten the notice period for the Motion so that the Motion may be heard at either (i) the omnibus hearing scheduled for December 9, 2020 at 2:00 P.M. ET or (ii) the omnibus hearing scheduled for December 17, 2020 at 11:00 A.M. ET.  In addition, the Trustee asks that this Court set a response deadline so as to permit responses to the

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

1

Motion by 12:00 noon on December 8, 2020 (for the December 9 hearing) or December 14, 2020 (for the December 17 hearing).

2.      Good cause exists for the U.S. Trustee's request to shorten the notice period related to the Motion. A hearing on a motion to convert/appoint a trustee filed by creditors [D.I. 62] is scheduled for the December 9 hearing. Alternatively, the U.S. Trustee does not object to the Motion being listed for the December 17 hearing. Given the pace that the cases are moving at (with the Debtors seeking approval to initiate a sale process at the December 9 hearing), the U.S. Trustee believes that a prompt hearing on the Motion is necessary so that the cases can move forward with an appropriate fiduciary guiding same or, alternatively, with an examiner investigating the Debtors' pre-petition conduct.

3.      Prior to filing the Motion, the U.S. Trustee reached out to counsel to the Debtors and, separately, to the Official Committee of Unsecured Creditors to determine their positions with respect to the Motion to Shorten. In response, Debtors' counsel indicated that the Debtors objected to the Motion being listed for the December 9, 2020 hearing date, but the Debtors did not object to the Motion being listed for the December 17, 2020 hearing date. The Committee was formed yesterday afternoon; counsel for one of its members advised that the Committee is interviewing counsel this afternoon (Dec. 4) and hopes to select counsel today. The Committee indicated that it needs input from its counsel to respond regarding scheduling of the Motion and, therefore, is not yet able to take a position.

WHEREFORE, the U.S. Trustee respectfully requests that the Court (i) approve the shortened notice period and hearing on the Motion for either the December 9, 2020 or December 17, 2020 hearings; (ii) permit responses to the Motion to be made by 12:00 noon on December 8,

2020 (for the December 9 hearing) or December 14, 2020 (for the December 17 hearing); and (iii) grant such other and further relief as the Court deems just and proper.

Dated: December 4, 2020
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
John Schanne
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov
John.schanne@usdoj.gov