IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| CRED INC., *et al.*,[1] | : | |
| | : | Case No. 20-12836 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: D.I. _____** |

**ORDER REGARDING MOTION TO SHORTEN NOTICE REGARDING MOTION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE, OR IN THE ALTERNATIVE, (I) DIRECTING THE APPOINTMENT OF AN EXAMINER, OR (II) CONVERTING THE CASES TO CHAPTER 7 CASES**

Upon the motion (the "Motion to Shorten") of Andrew R. Vara, United States Trustee for Regions Three and Nine (the "U.S. Trustee"), by his counsel, for authority, pursuant to section 102 of the Bankruptcy Code[2] and Local Rule 9006-1(e), to shorten the notice period under Local Rule 9006-1(c) and Bankruptcy Rule 2002(a) with respect to the above-referenced motion (the "Motion"), all as more fully set forth in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that a hearing on the Motion shall be held on December \_\_\_\_\_, 2020 at _____ ET; and it is further

ORDERED that all responses and objections, if any, to the relief sought in the Motion may be made at the hearing; provided, however, that if an entity responds in writing, it shall do so by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

12 noon on December _____, 2020; and is further

      ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.