# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF KRZYSZTOF MAJDAK AND PHILIPPE GODINEAU'S INTENTION TO CALL WITNESSES FOR DECEMBER 9, 2020 HEARING

Krzysztof Majdak and Philippe Godineau, (the "Moving Creditors") by and through their undersigned counsel, hereby provide notice of their intention to call witnesses in connection with the hearing in support of their *Motion for Entry of an Order Pursuant to Section 1112(b) of Title 11 of the United States Code (the "Bankruptcy Code") Directing that these Chapter 11 Cases be (i) Dismissed; (ii) Converted to Cases under Chapter 7 of the Bankruptcy Code; or Alternatively (iii) for the Appointment of a Chapter 11 Trustee* (the "Motion") [D.I. 62] scheduled for December 9, 2020 at 2:00 p.m. (ET).

### Witness List

1. Daniyal Inamullah. The scope of the testimony will include, but not be limited to, Debtors' business practices and Debtors' gross mismanagement of the estate. The witness will testify telephonically from Denver, Colorado.

The Moving Creditors reserve the right to further amend or supplement this Witness List at or prior to the Hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{00029712. }

| | |
|---|---|
| Dated: December 4, 2020<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Jason Gibson  (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email:  gibson@teamrosner.com<br><br>and<br><br>SARACHEK LAW FIRM<br>Joseph E. Sarachek (admitted *pro hac vice*)<br>Zachary E. Mazur (admitted *pro hac vice*)<br>670 White Plains Road<br>Penthouse Fl.<br>Scarsdale, New York 10583<br>Telephone: (646) 517-5420<br>Facsimile: (646) 861-4950<br>joe@saracheklawfirm.com<br>zachary@saracheklawfirm.com<br><br>*Counsel to Krzysztof Majdak and Philippe Godineau* |