UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) | **Waiver of Local Rules Requested** |
|  | ) ) | RE: Docket Nos. 103 & 137 |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE
OPPOSITION OF DEBTORS TO RESPONSE OF JAMES
ALEXANDER TO THE MOTION OF KRZYSZTOF MAJDAK AND
PHILIPPE GODINEA FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C.
§ 1112(B) (I) DISMISSING THE CASES; (II) CONVERTING THE CASES TO A
CHAPTER 7 LIQUIDATION; OR (III) APPOINTING A CHAPTER 11 TRUSTEE**

Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") hereby move (this "Motion for Leave") and respectfully state as follows:

**Relief Requested**

1.     By this Motion for Leave, the Debtors seek entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), authorizing the Debtors to file and serve their Opposition of Debtors to the Response of James Alexander dated December 2, 2020 [Docket No. 103] (the "Response") to the Motion of Krzysztof Majdak and Phillipe Godineau's for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee dated November 11, 2020 [Docket No. 62] (the "Motion to Convert").[2]  While the Debtors believe that the Response is not

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    Capitalized terms used but not defined in this Opposition have the meanings set forth in the Response.

a "Reply Paper" within the meaning of rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), out of an abundance of caution they nevertheless seek leave to file this Response.

2. The Opposition will address issues raised in the Response filed in support of the Motion to Convert.

### Jurisdiction, Venue, and Statutory Predicates

3. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). In accordance with Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors confirm their consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory basis for the relief requested herein is Local Rule 9006-1(d).

### Background

6. On November 7, 2020 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

7. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), Local Rule 1015-1, and the *Order Granting*

*Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases* [Docket No. 27].

8.    On December 7, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 120] (the "Unsecured Creditors Committee").

9.    Additional information regarding the Debtors' business is set forth in the *Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 12].

**Basis for Relief**

10.    As noted above, out of an abundance of caution the Debtors are seeking leave of this Court to the extent the Response is deemed to be a "Reply Paper" within the meaning of Local Rule 9006-1(d).  To such ends, pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).  The agenda for the Hearing is due by 12:00 p.m. (prevailing Eastern Time) on December 7, 2020.  Accordingly, pursuant to Local Rule 9006-1(d), the deadline to file the Opposition was 4:00 p.m. (prevailing Eastern Time) on December 4, 2020 (the "Opposition Deadline").   Absent leave of the Court, the parties would be unable to file and serve the Opposition and the Court would be denied the opportunity to review the responses to the Objections in advance of the Hearing.

11.    The Debtors submit that cause exists to grant the relief requested by this Motion for Leave and approve an extension of the time by which to file the Opposition under Local Rule 9006-1(d).  The Opposition will provide the Court with critical information and arguments to consider when ruling on the relief requested in the Motion to Convert, and the Court's

consideration of the Opposition may reduce argument on this matter at the Hearing. Further, extending the Opposition Deadline will not prejudice the parties.

12. Accordingly, the Debtors submit that the relief requested herein is reasonable under the circumstances and should be approved.

### Notice

13. Notice of this Motion has been given to (i) the U.S. Trustee; (ii) counsel to the official committee of unsecured creditors; and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this motion is required.

### No Prior Motion

14. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

*[Remainder of page intentionally left blank.]*

- 5 -

      **WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, granting the relief requested in this Motion for Leave and such other and further relief as may be just and proper.

*[Remainder of page intentionally left blank]*

Dated: December 6, 2020
Wilmington, Delaware

/s/ Scott D. Cousins
---

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:       scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:       jamesgrogan@paulhastings.com
             mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:       alexbongartz@paulhastings.com
             derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*
*Proposed Co-Counsel to the Debtors*