# EXHIBIT B

CRED, Inc (98295)
Biling and Payments 90 Days Prior to Filing

| Trans. Type | Invoice Date | Invoice Number | Invoice Amount | Service Period | Payment Date | Payment Amount | Retainer Transfers | Retainer Draws | Retainer Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 8/12/2020 | 2243160 | $ 37,152.56 | Jul-20 | | | | | |
| Invoice | 8/12/2020 | 2243161 | $ 9,141.76 | Jul-20 | | | | | |
| Invoice | 8/25/2020 | 2244542 | $133,342.96 | Jul-20 | | | | | |
| Invoice | 9/14/2020 | 2246758 | $216,134.30 | Aug-20 | | | | | |
| Invoice | 9/30/2020 | 2248593 | $ 18,658.13 | Aug-20 | | | | | |
| Invoice | 10/9/2020 | 2249298 | $ 17,189.62 | Sep-20 | | | | | |
| Payment | | | | | 10/19/2020 | $ 85,962.65 | | | |
| Invoice | 11/1/2020 | 2252286 | $ 1,968.77 | Oct-20 | | | | | |
| Invoice | 11/1/2020 | 2252287 | $ 78,989.62 | Oct 2020-Nov 6, 2020 | | | | | |
| Payment | | | | | 11/2/2020 | | $ 200,000.00 | $ (80,958.39) | $ 119,041.61 |
| Payment | | | | | 11/5/2020 | $ 431,619.33 | | | |
| Payment | | | | | 11/6/2020 | | $ 200,000.00 | | $ 319,041.61 |
| Invoice | 11/7/2020 | 2252224 | $ 274,231.75 | Oct 2020-Nov 6, 2020 | | | | $ (274,231.75) | $ 44,809.86 |
| Invoice | 11/7/2020 | 2252288 | $ 8,663.00 | Sep 2020 & Nov 2020 | | | | $ (8,663.00) | $ 36,146.86 |