**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20- 12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                       ) ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 23rd day of November, 2020, DRC, acting under my supervision, caused to be served the following:

    a. "Notice of Entry of Order Confirming Worldwide Automatic Stay, Certain Antidiscrimination Provisions, and Certain Ipso Facto Protections of Bankruptcy Code", attached hereto as Exhibit 1; and

    b. "Notice of Chapter 11 Bankruptcy Case" (Docket No. 77),

to be served via electronic mail upon the parties set forth on Exhibit 2; and via US First Class Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of December, 2020, Brooklyn, New York.

By _/s/ Sung Joe Kim_
Sung Kim

Sworn before me this
2nd day of December, 2020

_/s/ John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF ENTRY OF ORDER CONFIRMING WORLDWIDE AUTOMATIC STAY, CERTAIN ANTI-DISCRIMINATION PROVISIONS, AND CERTAIN IPSO FACTO PROTECTIONS OF BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on November 7, 2020 (the "Petition Date"), the debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). These chapter 11 cases are pending before the Honorable Judge John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Cred Inc., et al.*, Case No. 20-12836 (JTD).

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of law, as provided by section 1107 of the Bankruptcy Code, each Debtor is, and has the legal status of, a debtor in possession.

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of law, as provided by section 1108 of the Bankruptcy Code, as a debtor in possession, each Debtor is authorized to operate its business in the ordinary course.

**PLEASE TAKE FURTHER NOTICE** that, subject to and to the extent set forth in section 362 of the Bankruptcy Code and applicable law, the commencement of the above-captioned chapter 11 cases operates as a stay, applicable to all entities (including individuals, partnerships, corporations, estates, trusts, governmental units, and other entities and all those acting on their behalf), whether of the United States, any state or locality therein or any territory or possession thereof, or any non-U.S. jurisdiction from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Confirming Worldwide Automatic Stay, Certain Anti-Discrimination Provisions, and Certain Ipso Facto Protections of Bankruptcy Code, (II) Approving Form and Manner of Notice, and (III) Granting Related Relief* [Docket No. 32] (the "Order"), entered on November 10, 2020, and attached hereto as **Exhibit A**, all entities wherever located (including individuals, partnerships, corporations, and other entities and all those acting on their behalf), entities party to a contract or agreement with the Debtors, governmental units, whether of the United States, any state or locality therein or any territory or possession thereof, or any foreign country, are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims or interests against, seek or assert causes of action or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against the Debtors or their estates must do so in front of the Court pursuant to the Order, the Bankruptcy Code, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 525 of the Bankruptcy Code, all governmental unit may not deny, revoke, suspend, or refuse to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, deny employment to, terminate the employment of, or discriminate with respect to employment against, the Debtors, or another

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment or any other claims of the Debtors against any party to the above-captioned cases. The Debtors expressly reserve the right to contest any claims which may be asserted against the Debtors.

person with whom the Debtors have been associated, solely because the Debtors are debtors under this title, have been insolvent before the commencement of the case under this title, or during the case but before the Debtors are granted or denied a discharge, or have not paid a debt that is dischargeable in the case under this title.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 365(e)(1) of the Bankruptcy Code, parties to contracts or agreements with the Debtors are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any entity (including governmental unit) seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law—including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

       **PLEASE TAKE FURTHER NOTICE** that additional information regarding these chapter 11 cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly available docket of these chapter 11 cases at https://ecf.deb.uscourts.gov/ (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding these chapter 11 cases located online at https://www.donlinrecano.com/cred, or (c) contacting the following proposed co-counsel for the Debtors:

       **COUSINS LAW LLC**
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803

- and -

**PAUL HASTINGS LLP**
James T. Grogan, Esq.
Mack Wilson, Esq.
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002

*Proposed Co-Counsel to the Debtors*

**Exhibit A to Notice**

**Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (__) |
| Debtors.¹ | ) ) | (Jointly Administered) |
| | ) ) | **Re: Docket Nos. 8** |

### ORDER (I) CONFIRMING WORLDWIDE AUTOMATIC STAY, CERTAIN ANTI-DISCRIMINATION PROVISIONS, AND CERTAIN *IPSO FACTO* PROTECTIONS OF BANKRUPTCY CODE, (II) APPROVING FORM AND MANNER OF NOTICE, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion")² of the debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") (a) restating and enforcing the worldwide automatic stay, anti-discrimination provisions, and *ipso facto* protections of the Bankruptcy Code, (b) modifying the automatic stay, (c) approving the form and manner of notice, and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

² Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Effective as of the Petition Date, by operation of law, as provided by section 1107 of the Bankruptcy Code, each Debtor is, and has the legal status of, a debtor in possession.

3. Effective as of the Petition Date, by operation of law, as provided by section 1108 of the Bankruptcy Code, as a debtor in possession, each Debtor is authorized to operate its business in the ordinary course.

4. Pursuant to and to the extent set forth in section 362 of the Bankruptcy Code and applicable law, the commencement of the above-captioned chapter 11 cases operates as a stay, applicable to all entities (including individuals, partnerships, corporations, estates, trusts, governmental units, and other entities and all those acting on their behalf), whether of the United States, any state or locality therein or any territory or possession thereof, or any non-U.S. jurisdiction, from:

    a.    commencing or continuing (including the issuance or employment of process) any judicial, administrative, or other action or

    proceeding against the Debtors that was or could have been commenced before the commencement of these chapter 11 cases or recovering a claim against the Debtors that arose before the commencement of these chapter 11 cases;

  b. enforcing, against the Debtors or against property of their estates, a judgment obtained before the commencement of these chapter 11 cases;

  c. acting to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates, wherever such property is located;

  d. taking any action to create, perfect, or enforce any lien against the property of the Debtors' estates;

  e. taking any action to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose prior to the commencement of these chapter 11 cases;

  f. taking any action to collect, assess, or recover a claim against the Debtors that arose prior to the commencement of these chapter 11 cases; and

  g. offsetting any debt owing to the Debtors that arose before the commencement of these chapter 11 cases against any claim against the Debtors.

5. Pursuant to and to the extent set forth in section 365(e)(1) of the Bankruptcy Code, notwithstanding any provision in an executory contract ("Contract") or unexpired lease ("Lease"), or in applicable law, an executory contract or unexpired lease of the debtor may not be terminated or modified, and any right or obligation under such contract or lease may not be terminated or modified, at any time after the commencement of these chapter 11 cases, because of a provision in such Contract or Lease that is conditioned on the (a) insolvency or financial condition of the Debtors at any time before the closing of these chapter 11 cases or (b) the commencement of these chapter 11 cases under the Bankruptcy Code.

6.  Pursuant to and to the extent set forth in section 525 of the Bankruptcy Code, a governmental unit may not deny, revoke, suspend, or refuse to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, deny employment to, terminate the employment of, or discriminate with respect to employment against, the Debtors, or another person with whom the Debtors have been associated, solely because the Debtors are debtors under this title, have been insolvent before the commencement of the case under the Bankruptcy Code, or during the case but before the Debtors are granted or denied a discharge, or have not paid a debt that is dischargeable in the case under the Bankruptcy Code.

7.  The form of Notice attached as **Exhibit 1** hereto is approved.  The Debtors are authorized, but not directed, to serve the Notice (including, as the Debtors deems necessary, accurate translations thereof which are filed with this Court prior to service), upon creditors, governmental units or other regulatory authorities, and parties in interest, wherever located.

8.  For the avoidance of doubt, this Order does not alter, expand or restrict the rights and protections under applicable law.

9.  The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.  The requirements set forth in Local Rule 9013-1 are satisfied by the contents of the Motion.

11.  The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: November 10th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

5

**EXHIBIT 2**

Case 20-12836-JTD    Doc 142    Filed 12/07/20    Page 12 of 15

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2

11/23/2020 05:46:42 PM

| | | | |
|---|---|---|---|
| 000036P001-1467S-007<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-007<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-007<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-007<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000044P001-1467S-007<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000024P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000027P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000035P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000040P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 20-12836-JTD  Doc 142  Filed 12/07/20  Page 13 of 15

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2

11/23/2020 05:46:42 PM

000045P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-007
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000052P001-1467S-007
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-007
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed : **33**

# EXHIBIT 3

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                  11/23/2020 05:56:12 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-007<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-007<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-007<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-007<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-007<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-007<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-007<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000050P001-1467S-007<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000003P001-1467S-007<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000012P001-1467S-007<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-007<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed :   **11**