**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR TELEPHONIC AND VIDEO**
**HEARING SCHEDULED FOR DECEMBER 9, 2020 AT 2:00 P.M. (ET),**
**BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED**
**STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

> **ANY PARTY WISHING TO PARTICIPATE IN THE HEARING**
> **MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.  PARTIES**
> **SHOULD CALL IN TO COURTCALL BY 1:45 P.M. AS COURTCALL**
> **HAS BEEN EXPERIENCING DELAYS DUE TO THE VOLUME OF CALLS.**
>
> **TO APPEAR BY VIDEO CONFERENCE,**
> **PARTIES SHOULD USE THE FOLLOWING INFORMATION:**
> **JOIN ZOOMGOV HEARING:**
>
> **https://debuscourts.zoomgov.com/j/1609764605**
> **PASSWORD: 777697**
>
> **PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.**
> **COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**
>
> **TO APPEAR TELEPHONICALLY,**
> **PARTIES SHOULD CONTACT COURTCALL, LLC**
> **AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**CONTINUED MATTERS:**

1.  Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith [Docket No. 4, 11/08/20]

    Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

    Objections / Responses Received:

    > A.  Informal comments of the U.S. Trustee

    Related Documents:

    > B.  Notice of (1) Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection There and (2) Final Hearing [Docket No. 38, 11/11/20]

    Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

2.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information, and (IV) Granting Related Relief [Docket No. 6, 11/08/20]

    Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

    Objections / Responses Received:

    > A.  Maple Partners LLC's Joinder to Debtors' Motions to Redact or Withhold Publication of Certain Personal Identification Information and to File Under Seal Certain Confidential Information [Docket No. 98, 12/02/20]

    > B.  Objection of The United States Trustee to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact or Withhold Information [Docket No. 132, 12/04/20]

    Related Documents:

    C.  Interim Order Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief [Docket No. 34, 11/10/20]

    D.  Notice of Entry (a) of Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 36, 11/11/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

3.    Motion to Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post Petition Intercompany Balances; (III) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 7, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

    A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

    B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert,

Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

C.  Informal comments of the U.S. Trustee

Related Documents:

D.  Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post Petition Intercompany Balances; (III) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 29, 11/10/20]

E.  Notice of Entry (a) of Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; And (IV) Granting Related Relief, and (b) Final Hearing Thereon [Docket No. 35, 11/11/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

4.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief [Docket No. 10, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

A.  Informal comments of the U.S. Trustee

Related Documents:

B.  Interim Order (I) Authorizing Debtors to (A) Maintain Insurance
Policies, (B) Pay All Related Obligations, and (II) Granting Related
Relief [Docket No. 31, 11/10/20]

C.  Notice of Entry (1) Of Interim Order (I) Authorizing Debtors to
(A) Maintain Insurance Policies, (B) Pay All Related Obligations and
(II) Granting Related Relief; And (2) Final Hearing Thereon [Docket
No. 37, 11/11/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing
scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been
extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S.
Trustee and the Official Committee of Unsecured Creditors.

5.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors
to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs,
and (II) Granting Related Relief [Docket No. 11, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended
to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu
Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin
Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel
Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman
To Debtors Motions And Applications (I) To Maintain Bank
Accounts, (II) Pay Employee Wages (III) Approve Bidding
Procedures, Scheduling An Auction And Sale Hearing And Approving
Form And Manner Of Notice Thereof, And Approving Assumption
And Assignment Procedures And Form And Manner Of Notice
Thereof; And (IV) Approve Retention Applications Of Certain
Proposed Debtor Professionals [Docket No. 108, 12/02/20]

B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller,
Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert,
Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan
Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and
Eric Schurman to Debtors' Motions and Applications to (I) Maintain
Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding
Procedures, Scheduling an Auction and Sale Hearing and Approving

- 5 -

Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

Related Documents:

C.  Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 30, 11/10/20]

D.  Notice of Entry (1) of Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 39, 11/10/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

6.      Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 52, 11/17/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

A.  Informal comments of the U.S. Department of Justice

B.  Informal comments of the U.S. Trustee

Related Documents:

C.  *Amended* Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner Thereof [Docket No. 74, 11/20/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee.

7.    Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to Debtors, *Nunc Pro Tunc* to Petition Date [Docket No. 53, 11/17/20]

    <u>Objection / Response Deadline</u>:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

    <u>Objections / Responses Received</u>:

        A.  Informal comments of the U.S. Trustee

    <u>Related Documents</u>:

        B.  Supplemental Declaration in Support of Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 131, 12/04/20]

    <u>Status</u>:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

8.    Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, For Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 54, 11/17/20]

    <u>Objection / Response Deadline</u>:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

    <u>Objections / Responses Received</u>:

        A.  Informal comments of the U.S. Trustee

    <u>Status</u>:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

9.    Debtors' Motion, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, For Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in Ordinary Course of Business, Effective as of Petition Date [Docket No. 55, 11/17/20]

    <u>Objection / Response Deadline</u>:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

    A.  Informal comments of the U.S. Trustee

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

10.    Debtors' Application for Entry of an Order Approving Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date [Docket No. 56, 11/17/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

    A.  Informal comments of the U.S. Trustee

Related Documents:

    B. Supplemental Declaration in Support of Debtors' Application for Entry of an Order Approving Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors [Docket No. 130, 12/04/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

11.    Debtors' Application for Entry of an Order Authorizing Employment and Retention of Macco Restructuring Group LLC as Financial Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date [Docket No. 57, 11/17/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Filed:

    A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman

To Debtors Motions And Applications (I) To Maintain Bank
Accounts, (II) Pay Employee Wages (III) Approve Bidding
Procedures, Scheduling An Auction And Sale Hearing And Approving
Form And Manner Of Notice Thereof, And Approving Assumption
And Assignment Procedures And Form And Manner Of Notice
Thereof; And (IV) Approve Retention Applications Of Certain
Proposed Debtor Professionals [Docket No. 108, 12/02/20]

B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller,
Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert,
Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan
Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and
Eric Schurman to Debtors' Motions and Applications to (I) Maintain
Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding
Procedures, Scheduling an Auction and Sale Hearing and Approving
Form and Manner of Notice Thereof, and Approving Assumption and
Assignment Procedures and Form and Manner of Notice Thereof; and
(IV) Approve Retention Applications of Certain Proposed Debtor
Professionals [Docket No. 123, 12/04/20]

C.  General Objection of The United States Trustee to the Debtors'
Professional Employment Applications and Bid Procedures Motion in
Light of Pending Trustee/Examiner/Conversion Motions [Docket No.
140, 12/6/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing
scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been
extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S.
Trustee and the Official Committee of Unsecured Creditors.

12.    Motion to File Under Seal Certain Confidential Information Pursuant to Order (I)
Authorizing Debtors to File A Consolidated List of Debtors 30 Largest Unsecured
Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III)
Authorizing Debtors to Redact or Withhold Publication of Certain Personal
Identification Information On An Interim Basis, And (IV) Granting Related Relief
[Docket No. 61, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended
to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

A.  Maple Partners LLC's Joinder to Debtors' Motions to Redact or
Withhold Publication of Certain Personal Identification Information
and to File Under Seal Certain Confidential Information [Docket No.
98, 12/02/20]

B.  Objection of The United States Trustee to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact or Withhold Information [Docket No. 132, 12/04/20]

Related Documents:

A.  Notice of Entry (1) of Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 36, 11/11/20]

B.  (Sealed) List of Creditors Holding 20 Largest Unsecured Claims [Docket No. 41, 11/12/20]

C.  (Sealed) List of Creditors Consolidated List [Docket No. 60, 11/18/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

13.     Debtors' Application for Entry of an Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for Debtors, Effective *Nunc Pro Tunc* to November 16, 2020 [Docket No. 63, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Filed:

A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

      B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

      C.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

14.     Debtors' Application for Entry of an Order Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date [Docket No. 64, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

      A.  Objection to the Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP, effective as of the Petition Date [Docket No. 139, 12/6/20]

      B.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

15.     Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 65, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Filed:

A.  Limited Objection of Thomas Arehart to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 104, 12/02/20]

B.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

C.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

       D.  Reply of Debtors to Limited Objection of Thomas Arehart to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice thereof; and (II) (A) Authorizing Sales Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Sale of Executory Contracts and Unexpired Leases [Docket No. 125, 12/04/20]

       E.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

       F.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

16.     Debtors' Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs [Docket No. 67, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Received:

       A.  Informal comments of the U.S. Trustee

Status:  The hearing on the Motion has been continued to the omnibus hearing scheduled for December 17, 2020 at 11:00 a.m.  The deadline to object has been extended to December 11, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.

**CONTESTED MATTERS:**

17.     Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a

Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 62, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

Objections / Responses Filed:

      A.  Response of James Alexander to the Motion of Krzysztof Majdak and Phillipe Godineau's for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 103, 12/02/20]

      B.  Partial Joinder of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Motion to Dismiss the Bankruptcy Cases, Convert Cases to Chapter 7, or Appoint a Chapter 11 Trustee [Docket No. 107, 12/02/20]

      C.  Debtor's Objection to Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 109, 12/02/20]

      D.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

      E.  Reply to Debtors' Objection to the Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C.§ 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 135, 12/04/20]

Related Documents:

      F.  Notice of Krzysztof Majdak and Philippe Godineau's Intention to Call Witnesses for December 9, 2020 Hearing [Docket No. 136, 12/04/20]

G.  Declaration of Daniyal Inamullah in Support of Krzysztof Majdak and Phillipe Godineau's Motion for Entry of An Order Pursuant to 11 U.S.C. § 1112(b)(I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 97, 12/01/20]

H.  Notice of Intent to Serve Subpoena Upon Daniyal Inamullah [Docket No. 117, 12/02/20]

I.  Opposition of Debtors to Response of James Alexander of Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. Section 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 137, 12/06/20]

J.  Debtors' Motion for Leave to File and Serve Opposition of Debtors to Response of James Alexander to the Motion of Krzysztof Majdak and Philippe Godinea for Entry of Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 138, 12/06/20]

Witness Information:  The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

(a)  Grant Lyon, co-founder of Arete Capital Partners, LLC will be available to testify by video from his home in New York, New York;

(b)  Matthew K. Foster, Managing Director of Sonoran Capital Advisors, LLC will be available to testify by video from his office in Mesa, Arizona;

(c)  Pablo Bonjour, Managing Director of MACCO Restructuring Group LLC will be available to testify by video from his home in Katy, Texas; and

(d)  Christopher K. Wu, Senior Managing Director of Teneo Capital LLC will be available to testify by video from his office in New York, New York.

The Debtors may have additional rebuttal witnesses that they will present, and will provide the Court with an amended agenda if they identify any additional witnesses.

Status:  This matter will be going forward.

18.   Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 89, 11/25/20]

     Related Documents:

         A.  Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 91, 11/25/20]

         B.  Supplemental Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 128, 12/3/20]

     Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 6, 2020 at 11:59 p.m. (ET) solely with respect to the U.S. Trustee]

     Objections / Responses Filed:

         C.  Objection of Debtors' to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 116, 12/02/20]

         D.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

     Witness Information:  The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

         (a) Pablo Bonjour, Managing Director of MACCO Restructuring Group LLC will be available to testify by video from his home in Katy, Texas.

     Status:  This matter will be going forward.

Dated: December 7, 2020
      Wilmington, Delaware

/s/ Scott D. Cousins

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile: :  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  alexbongartz@paulhastings.com
        derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*