# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED Inc., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF DARREN AZMAN

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of Darren Azman of the law firm McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, to represent the Official Committee of Unsecured Creditors of Cred Inc. in the above-captioned cases.

Dated:  December 7, 2020      */s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:     (302) 351-8711
Email:           dhurst@mwe.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## CERTIFICATION OF COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>

  Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, the United States District Court for the District of Colorado, Massachusetts and Eastern and Southern Districts of New York, and the United States Court of Appeals for the Second and Third Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  December 7, 2020

*/s/ Darren Azman*
Darren Azman
**McDERMOTT WILL & EMERY LLP**
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mwe.com

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*