# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED Inc., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF GREGG A. STEINMAN

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gregg A. Steinman of the law firm McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131-2184, to represent the Official Committee of Unsecured Creditors of Cred Inc. in the above-captioned cases.

Dated: December 7, 2020

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:     (302) 351-8711
Email:            dhurst@mwe.com

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: December 8th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE