IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION AND ORDER FOR <u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION OF TIMOTHY W. WALSH**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission <u>pro</u> <u>hac</u> <u>vice</u> of Timothy W. Walsh of the law firm McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, to represent the Official Committee of Unsecured Creditors of Cred Inc. in the above-captioned cases.

Dated:  December 8, 2020

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

**Dated: December 8th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE