

mwe.com

David R. Hurst
Attorney at Law
dhurst@mwe.com
+1 302 485 3930

December 8, 2020

*Via Electronic Mail*

The Honorable John T. Dorsey
United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
Wilmington, Delaware 19801

Re:   *In re Cred Inc., et al.*
      Case No.: 20-12836 (JTD)

Dear Judge Dorsey:

On behalf of the Official Committee of Unsecured Creditors of Cred Inc., *et al.* (the "Committee"), we write to request an adjournment of the hearing currently scheduled for December 9, 2020 at 2:00 p.m. with respect to the following matters:

i. *Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* [Docket No. 62], filed by Krzysztof Majdak and Philippe Godinea ("Majdak and Godinea");

ii. *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 89], filed by UpgradeYa Investments, LLC ("UpgradeYa"); and

iii. *Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases* [Docket No. 133], filed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

The Debtors commenced these chapter 11 cases on November 7, 2020. As the Court is aware, these chapter 11 cases involve novel and complex issues related to the loss of a significant amount of cryptocurrency to the detriment of thousands of investor creditors. Approximately four weeks after the cases commenced, on December 3, 2020, the U.S. Trustee appointed the Committee. The Committee immediately began the process of retaining counsel and a financial advisor, which were retained on December 5, 2020 and December 7, 2020, respectively. Since being appointed, the Committee has worked diligently to get up to speed.



*US practice conducted through McDermott Will & Emery LLP.*

Honorable John T. Dorsey
December 8, 2020
Page 2

However, prior to the Committee's appointment, twenty-one motions and applications were filed for the Court's consideration at the December 9, 2020 hearing. Accordingly, one of the Committee's immediate tasks was to meet and confer with each of the movants regarding these pleadings and the upcoming hearing. During these meetings, the Committee requested that the movants adjourn their respective motions and applications scheduled to be heard at the December 9, 2020 hearing.

As a result of these efforts, the Debtors agreed to adjourn all of their first and second day matters until December 17, 2020 at 11:00 a.m., and agreed to extend the Committee's response deadline to December 11, 2020 at 4:00 p.m. While the U.S. is willing to adjourn its motion if the motion by Majdak and Godinea, which seeks similar relief, also is adjourned, Majdak and Godinea have not agreed to adjourn their motion. Similarly, UpgradeYa has not agreed to adjourn its motion.

The Committee has scheduled two depositions this afternoon in an effort to gather as much information as possible prior to the December 9, 2020 hearing. However, despite the Committee's best efforts to review and analyze the important issues raised by the parties' pleadings, there simply is not enough time for the Committee to properly prepare for tomorrow's hearing.

For these reasons, the Committee respectfully requests that the Court adjourn the above-referenced motions to the December 17, 2020 (11:00 a.m.) hearing, and extend the Committee's response deadline to December 14, 2020 at 4:00 p.m. Of course, we will make ourselves available at the Court's earliest convenience for a conference on this matter. Thank you for your consideration.

        Respectfully,

        */s/ David R. Hurst*

        David R. Hurst

cc:    James T. Grogan, Esq.
        Pedro Jimenez, Esq.
        Adam Landis, Esq.
        Kimberly A. Brown, Esq.
        Matthew Pierce, Esq.
        Nicolas E. Jenner, Esq.
        Joseph Sarachek, Esq.
        Jason Gibson, Esq.
        Joseph J. McMahon, Jr., Esq.

