# EXHIBIT 8

# EXHIBIT A

## Assignment Agreement

THIS ASSIGNMENT AGREEMENT (this "Assignment Agreement") is made as of March 31, 2020, by and between Lu Hua ("Contributor"), and Cred Capital, Inc., a Delaware corporation ("Corporation"), pursuant to the Contribution Agreement, dated of even date herewith, by and between Corporation and Contributor (the "Contribution Agreement").

WHEREAS, Contributor owns the assets set forth on Appendix 1 attached hereto, (the "Assets"); and

WHEREAS, pursuant to the Contribution Agreement, Contributor shall contribute, convey, assign, transfer and deliver to Corporation, and Corporation shall receive, acquire and accept from Contributor, all of Contributor's right, title and interest in, to and under the Assets, free and clear of all liens, encumbrances and restrictions.

NOW THEREFORE, in consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Contributor hereby contributes, conveys, assigns, transfers and delivers to Corporation, and Corporation receives, acquires and accepts from Contributor, all of Contributor's right, title and interest in and to the Assets.

2. In the event this Assignment Agreement and Contribution Agreement do not, by themselves, operate to effect the legal conveyance of any of the Assets from Contributor to Corporation, then Contributor and Corporation will reasonably cooperate with each other to execute any such reasonably requested documentation for the sole purpose of completing the transfer of title of any of the Assets to Corporation as contemplated by the Contribution Agreement.

3. This Assignment Agreement will inure to the benefit of and bind the respective successors and assigns of the parties hereto.

4. If any provision of this Assignment Agreement is held invalid as a matter of law, such invalidity shall not affect the other provisions of this Assignment Agreement, all of which shall remain in full force and effect.

5. This Assignment Agreement, the Contribution Agreement and the other instruments and agreements referenced herein or therein constitute the entire agreement between Corporation and Contributor with respect to the subject matter hereof. Nothing contained herein shall modify or amend the terms of the Contribution Agreement. Without limiting the generality of the foregoing, nothing contained herein shall relieve or release either Corporation or Contributor from any of their respective covenants, obligations, duties, representations, warranties or indemnities under the Contribution Agreement or any other instrument or agreement to which they are a party or by which they are bound, it being the intention of the parties that such covenants, obligations, duties, representations, warranties and indemnities shall survive the execution and delivery of this Assignment Agreement.

A-1

601834384.3

6.  This Assignment Agreement may be executed in any number of counterparts (including by means of facsimile or PDF), each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7.  This Assignment Agreement shall be construed under the laws of the State of Delaware, without regard to its conflict of laws rules. Each party agrees that any judicial proceeding brought to enforce any provision of this Assignment Agreement or to recover damages for the breach of this Assignment Agreement shall be brought exclusively in the state and federal courts located in Delaware, and the parties respectively waive any objections to jurisdiction or venue of any such court.

IN WITNESS WHEREOF, this Assignment Agreement has been duly executed and delivered as of the date first above written.

**CONTRIBUTOR:**

DocuSigned by:
*[signature]*
9C3EBC71A1F7438...
Lu Hua

**CORPORATION:**

Cred Capital, Inc.
DocuSigned by:
By: *[signature: James Alexander]*
8E984A8E73A843D...
Name: James Alexander
Its: President and Chief Executive Officer

601834384.3

A-2

88

# APPENDIX 1

## ASSETS

300 Bitcoin (BTC)

[Appendix 1 to Contribution Agreement]