# EXHIBIT 9

## IRREVOCABLE PROXY

This Irrevocable Proxy ("**Agreement**"), effective as of April 6, 2020 by Zobar Agha, as the undersigned holder (the "**Holder**") of Series A Preferred Stock (the "**Shares**") of Cred Capital, Inc., a Delaware corporation (the "**Company**"), and James Alexander.

1  Irrevocable Proxy.

(a) Holder hereby irrevocably designates and appoints James Alexander, with full power of substitution, to represent Holder at all annual and special meetings of the stockholders of the Company and the undersigned hereby authorizes and empowers James Alexander to vote any and all Shares of the Company owned by the Holder or standing in its name to amend the Bylaws or Certificate of Incorporation of the Company in any manner that relates to the Company's Board of Directors, its size, or board designation rights generally, including but not limited to elect, remove or otherwise appoint any members of the Company's Board of Directors. This proxy is coupled with an interest and is an irrevocable proxy unless and until this Agreement terminates or expires pursuant to Section 1(b) hereof. Holder shall not hereafter, unless and until this Agreement terminates or expires pursuant to Section 1(b), purport to grant any other proxy or power of attorney with respect to any of the Shares, deposit any of the Shares into a voting trust or enter into any agreement (other than this Agreement), arrangement or understanding with any person, directly or indirectly, to vote, grant any proxy or give instructions with respect to the voting of any of the Shares, in each case, with respect to any of the matters set forth herein.

(b) This proxy shall continue in effect until and shall terminate upon the earliest to occur of (i) 3 years from the date hereof, (ii) the consummation of the Company's first underwritten public offering of its Common Stock (other than a registration statement relating either to the sale of securities to employees of the Company pursuant to its stock option, stock purchase or similar plan or an SEC Rule 145 transaction) and (iii) the consummation of a sale of the Company and distribution of proceeds for the benefit of the stockholders of the Company.

[Remainder of Page Intentionally Left Blank]

#1598536 v2 den

Doc ID: 88fcb55d8a4d6263a71d81817cd3aca119681c3e

**Holder:**

*Zobar Agha*
_____
**Zobar Agha**


_____
**James Alexander**

# ▽ HELLOSIGN                                               Audit Trail

| | |
|---|---|
| **TITLE** | Cred Proxy |
| **FILE NAME** | Cred Capital. Irr...847553v5 USA).doc |
| **DOCUMENT ID** | 88fcb55d8a4d6263a71d81817cd3aca119681c3e |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  04 / 07 / 2020  18:10:41 UTC

Sent for signature to James Alexander (james.alexander@credcapital.io) and Zobar Agha (zobarchin@gmail.com) from james.alexander@credcapital.io
IP: 172.250.48.47

**VIEWED**  04 / 07 / 2020  18:11:09 UTC

Viewed by James Alexander (james.alexander@credcapital.io)
IP: 172.250.48.47

**VIEWED**  04 / 14 / 2020  17:02:59 UTC

Viewed by Zobar Agha (zobarchin@gmail.com)
IP: 46.101.18.209

**SIGNED**  04 / 07 / 2020  18:11:18 UTC

Signed by James Alexander (james.alexander@credcapital.io)
IP: 172.250.48.47

**SIGNED**  04 / 14 / 2020  17:04:08 UTC

Signed by Zobar Agha (zobarchin@gmail.com)
IP: 46.101.18.209

**COMPLETED**  04 / 14 / 2020  17:04:08 UTC

The document has been completed.

Powered by ▽ HELLOSIGN