# EXHIBIT 10

# CRED CAPITAL

James Alexander <james@credcapital.io>

## Open items
1 message

**Dan Schatt** <dan@mycred.io>  Wed, Jun 3, 2020 at 6:57 PM
To: James Alexander <james@credcapital.io>

Hi James,

As we discussed over the phone Tuesday, let's nail down our common understanding between Cred and Cred Capital.

I'd like to make sure Cred Capital has its autonomy while we work to set up both companies for success. I'd like both entities to operate with a tight, aligned strategy we build together. You've already let me know you're open to Cred Capital running on a break-even basis with all revenue flowing to Cred Inc., as well as a 3-person board with a majority of the shareholder equity coming initially from Cred Inc. I don't think these should be a surprise...We want both organizations to be successful – and that means setting up both companies with business terms that are fair, equitable, help us raise money, and allow us to outmaneuver the competition.

Here are the open items. If you are in agreement, we can get outside counsel to codify in the form of amendments, file the appropriate paperwork, and move forward together!

1. Three member board, comprised of either the investor or yourself and at least 2 Cred Inc. officers. The Cred Inc. officers would be me and Joe. Joe is already an officer of Cred Capital, so he would be a good fit.

2. Cred Inc. to have the same class of preferred shares as the outside Investor (e.g. Class A Preferred with voting rights).

3. Lu's 300 BTC was never meant to be shareholder equity, it's a loan to be paid back...thus the preferred Class A shareholder equity would be Cred Inc. (85%) and the outside investor (15%). Obviously, we'll want to help attract more capital to Cred Capital, just as we'll do for Cred...

4. AMA agreement exclusivity to be 1 year with mutual right to terminate if there are irreconcilable business issues following a 30 day cure period and a mutual assignment clause if either company is acquired.

To ensure you have the autonomy you need to operate Cred Capital, we can put together a Board Approved "Delegation of Authority" document.

That's it! No long laundry list, just a few things that will keep us aligned, and executing a great strategy together! Look forward to hearing your thoughts.

Dan