## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CRED Inc., *et al.*, | : Case No. 20-12836 (JTD) |
| | : (Jointly Administered) |
| Debtors.[1] | : |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ryan Skeers files this Notice of Appearance and Request for Service of Notices and Papers and enters his appearance as a creditor and party-in-interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

| | |
|---|---|
| David L. Gay, Esq. | Michael Busenkell, Esq. |
| CARLTON FIELDS, P.A. | Amy D. Brown, Esq. |
| 2 MiamiCentral | GELLERT SCALI BUSENKELL & BROWN, LLC |
| 700 NW 1st Avenue, Ste. 1200 | 1201 N. Orange St., Suite 300 |
| Miami, Florida 33136-4118 | Wilmington, Delaware 19801 |
| Telephone: (305) 539-7265 | Telephone: (302) 425-5800 |
| Facsimile: (305) 530-0055 | Facsimile: (302) 425-5814 |
| DGay@carltonfields.com | mbusenkell@gsbblaw.com |
| | abrown@gsbblaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), the Creditors request that their attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of (a) the rights of the Creditors (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which the Creditors may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Papers nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the Creditors, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

| | |
|---|---|
| Dated: December 8, 2020<br>Wilmington, DE | Respectfully Submitted,<br><br>**GELLERT SCALI BUSENKELL & BROWN, LLC**<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>Amy D. Brown (DE 4077)<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 425-5800<br>Facsimile:   (302) 425-5814<br>mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com<br><br>**-**and-<br><br>David L. Gay, Esq.<br>CARLTON FIELDS, P.A.<br>2 MiamiCentral<br>700 NW 1st Avenue, Ste. 1200<br>Miami, FL 33136-4118<br>Telephone: (305) 539-7265<br>Facsimile:  (305) 530-0055<br>DGay@carltonfields.com<br><br>*Counsel to Ryan Skeers* |

## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esq. hereby certify that on December 8, 2020, I caused a true copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* to be served electronically upon all parties in interest registered to receive notice through the Court's CM/ECF System.

December 8, 2020                                */s/ Michael Busenkell*
                                                                         Michael Busenkell (DE 3933)