## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CRED Inc., *et al*., | : | Case No. 20-12836 (JTD) |
| Debtors. | : | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David L. Gay, Esq. to represent Ryan Skeers in this action.

Date: December 8, 2020

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(T) 302-425-5812/(F)302-425-5814
mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of the Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: December 8, 2020

*/s/ David L. Gay*
David L. Gay, Esq.
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136-4118
(T) 305-539-7265/(F) 305-530-0055
DGay@carltonfields.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

**Dated: December 8th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE