**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                Debtors.[1] | )<br>)   Chapter 11<br>)<br>)   Case No. 20-12836 (JTD)<br>)<br>)   (Jointly Administered)<br>)<br>)   **RE: Docket Nos. 4, 6, 7, 10, 11, 52, 53, 54, 55,**<br>)   **56, 57, 61, 62, 63, 64, 65, 67, 89, 133 & 134** |

**CERTIFICATION OF COUNSEL REQUESTING ORDER**
**ADJOURNING DECEMBER 9, 2020 HEARING DATE AND**
**CERTAIN OBJECTION DEADLINES RELATED THERETO**

The undersigned hereby certifies as follows:

1. Pending for hearing before the United States Bankruptcy Court for the District of Delaware (the "Court") on December 9, 2020 at 2:00 p.m. (Eastern Time) are the following motions and applications:

    1. Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith [Docket No. 4, 11/08/20];

    2. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information, and (IV) Granting Related Relief [Docket No. 6, 11/08/20];

    3. Motion to Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post Petition Intercompany Balances; (III) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 7, 11/08/20];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

4.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief [Docket No. 10, 11/08/20];

5.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 11, 11/08/20];

6.  Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 52, 11/17/20];

7.  Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to Debtors, *Nunc Pro Tunc* to Petition Date [Docket No. 53, 11/17/20];

8.  Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, For Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 54, 11/17/20];

9.  Debtors' Motion, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, For Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in Ordinary Course of Business, Effective as of Petition Date [Docket No. 55, 11/17/20];

10. Debtors' Application for Entry of an Order Approving Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date [Docket No. 56, 11/17/20];

11. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Macco Restructuring Group LLC as Financial Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date [Docket No. 57, 11/17/20];

12. Motion to File Under Seal Certain Confidential Information Pursuant to Order (I) Authorizing Debtors to File A Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information On An Interim Basis, And (IV) Granting Related Relief [Docket No. 61, 11/18/20];

13. Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 62, 11/18/20];

14. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for Debtors, Effective *Nunc Pro Tunc* to November 16, 2020 [Docket No. 63, 11/18/20];

15. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date [Docket No. 64, 11/18/20];

16. Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 65, 11/18/20];

17. Debtors' Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs [Docket No. 67, 11/18/20]; and

18. Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 89, 11/25/20]

(together, the "Second Day Motions").

2. In addition to the Second Day Motions, on December 4, 2020, the Office of the United States Trustee filed its (A) Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases dated December 12, 2020 [Docket No. 133] (the "U.S. Trustee's Trustee/Examiner Motion"); and (B) Motion to Shorten Notice Regarding Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases dated December 12, 2020 [Docket No. 134] (the "U.S. Trustee's Motion to Shorten").

3.     On December 8, 2020, the Court directed that the hearing on the Second Day Motions and the U.S. Trustee's Trustee/Examiner Motion be scheduled for December 17, 2020 at 11:00 a.m. (Eastern Time).

4.     As directed by the Court, counsel for the above-captioned debtors and debtors in possession (the "Debtors") prepared a form of order attached hereto as **Exhibit A** (the "Proposed Hearing Adjournment Order") and circulated it to various parties in interest including the Office of the United States Trustee (the "U.S. Trustee"), proposed counsel to the statutory committee of unsecured creditors (the "Committee"), counsel for Krzysztof Majdak and Philippe Godineau, and counsel for UpgradeYa Investments, LLC (together, the "Notice Parties").

5.     In addition, counsel for the Debtors prepared and circulated to the Notice Parties a form of notice of adjournment of the December 9, 2020 hearing date and certain objection deadlines related thereto (the "Proposed Notice of Adjournment") attached hereto as **Exhibit B**.

6.     Counsel for the Committee, the U.S. Trustee, UpgradeYa Investments, and Krzysztof Majdak and Philippe Godineau have indicated that they do not object to the entry of the Proposed Hearing Adjournment Order or the filing and service of the Proposed Notice of Adjournment.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Hearing Adjournment Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 8, 2020
    Wilmington, Delaware

|  |  |
|---|---|
|  | */s/* Scott D. Cousins |
|  | Scott D. Cousins (No. 3079) |
|  | **COUSINS LAW LLC** |
|  | Brandywine Plaza West |
|  | 1521 Concord Pike, Suite 301 |
|  | Wilmington, Delaware 19803 |
|  | Telephone:   (302) 824-7081 |
|  | Facsimile:   (302) 295-0331 |
|  | Email:   scott.cousins@cousins-law.com |

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
         mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
         derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*