IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>              Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>Hearing Date: Jan., 6, 2021 at 10:00 a.m.<br>Obj. Deadline: Dec., 30, 2020 at 4:00 p.m. |

## CORRECTIVE NOTICE OF HEARING

On December 8, 2020, James Alexander (the "Movant") filed its *Motion to Dismiss the Cred Capital, Inc. Case* [Docket No. 152] (the "Motion"). **YOU WERE PREVIOUSLY SERVED WITH A COPY OF THE MOTION**.

You are required to file a response, if any, to the Motion on or before **December 30, 2020 at 4:00 p.m.**

At the same time, you must serve a copy of the response upon the Movant's counsel:

| | |
|---|---|
| Geoffrey G. Grivner, Esquire<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Email: Geoffrey.grivner@bipc.com | Mark Pfeiffer, Esquire<br>Buchanan Ingersoll & Rooney PC<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>Email: mark.pfeiffer@bipc.com |

HEARING ON THE MOTION WILL BE HELD ON **JANUARY 6, 2021 AT 10:00 A.M. via Court-Call.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 9, 2020

                                                                                                    /s/ Geoffrey G. Grivner
                                                                                          Geoffrey G. Grivner (No. 4711)

                                                                                          Counsel for the Movant