# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | Jointly Administered |
| Debtors. | Hearing Date: Jan., 6, 2021 at 10:00 a.m. |
| | Obj. Deadline: Dec., 30, 2020 at 4:00 p.m. |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 9th day of December, 2020, I caused a copy of the foregoing *Corrective Notice of Hearing* to be served upon interested parties as indicated on the attached service list.

        Respectfully submitted,

        **BUCHANAN INGERSOLL & ROONEY PC**

        */s/ Geoffrey G. Grivner*
        Geoffrey G. Grivner (#4711)
        919 North Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 552-4200
        Facsimile: (302) 552-4295
        Email: geoffrey.grivner@bipc.com

        *Attorneys for James Alexander*

Dated: December 9, 2020

**Service List:**

Via electronic mail and ECF notification

**Counsel for Debtor**
**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: alexbongartz@paulhastings.com

**Derek Cash**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: derekcash@paulhastings.com

**Scott D. Cousins**
Cousins Law, LLC
1521 Concord Pike - Suite 301
Wilmington, DE 19803
Email: scott.cousins@cousins-law.com

**James T. Grogan**
Paul Hastings LLP
600 Travis Street
58th Floor
Houston, TX 77002
Email: jamesgrogan@paulhastings.com

**Avram E. Luft**
Cleary Gottlieb Steen & Hamilton LLP
200 Park Avenue
New York, NY 10166
Email: aviluft@paulhastings.com

**Broocks Wilson**
Paul Hastings LLP

600 Travis Street
58th Floor
Houston, TX 77002
Email: mackwilson@paulhastings.com

**Chapter 11 Trustee**
**Joseph James McMahon, Jr.**
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov

**John Henry Schanne, II**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: john.schanne@usdoj.gov

**Counsel for Creditor Committee**
**David R. Hurst**
McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com