**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* <br><br> CRED INC., *et al.*,[1] <br><br>             Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br> (Jointly Administered) <br><br> **Re:  D.I. 133** |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE, OR IN THE ALTERNATIVE, (I) DIRECTING THE APPOINTMENT OF AN EXAMINER, OR (II) CONVERTING THE CASES TO CHAPTER 7 CASES**

   **PLEASE TAKE NOTICE** that on December 4, 2020, Andrew R. Vara, United States Trustee for Regions Three and Nine ("U.S. Trustee"), filed his *Motion for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 P.M. (Eastern Time) on December 10, 2020;** *provided*, *however*, **that the Debtors and the Official Committee of Unsecured Creditors shall have until 4:00 P.M. (Eastern Time) on December 14, 2020 to respond to the Motion.**

   **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **Thursday, December 17, 2020 at 11:00 A.M. (Eastern Time)** before the Honorable John T. Dorsey, 5th Floor, Courtroom # 5, 824 Market Street, Wilmington, Delaware 19801.

   **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: December 9, 2020
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
John Schanne
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov