# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I. 64, 133** |

## NOTICE OF DEPOSITION

TO:　Cred Inc., *et al.*
　　　c/o James T. Grogan, Esq.
　　　PAUL HASTINGS LLP
　　　600 Travis Street, 58th Floor
　　　Houston, TX  77002
　　　james.grogan@paulhastings.com

　　　Andrew R. Vara, United States Trustee for Regions 3 and 9 ("U.S. Trustee"), through his counsel, hereby serves this Notice of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable through Federal Rule of Bankruptcy Procedure 7030, on Cred Inc., *et al.* (the above-captioned Debtors and Debtors in possession) and notifies them of their obligation to designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf, for appearance at a deposition to be held (i) via video at a location to be agreed upon by the U.S. Trustee and the Debtors, or (ii) at the offices of the U.S. Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lockbox 35, on **Tuesday, December 15, 2020 at noon ET**, to remain there until excused, and to testify. The testimony will also be recorded by stenographic means.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

1

The deposition topics are:

1. The topics and factual allegations contained in the *Motion of the U.S. Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* and its exhibits (the "Motion") [D.I. 133], together with any objection(s)/response(s) to the Motion; and

2. The topics and factual allegations contained in the *Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date* and its exhibits (the "Application") [D.I. 64], any supplement(s) to the Application, and the U.S. Trustee's objection to the Application [D.I. 139].

Dated: December 9, 2020
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
John Schanne
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov