**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED Inc., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF**
**JOSEPH B. EVANS**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of Joseph B. Evans of the law firm McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, to represent the Official Committee of Unsecured Creditors of Cred Inc. in the above-captioned cases.

Dated:  December 9, 2020      */s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:         dhurst@mwe.com

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Eastern and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  December 9, 2020　　　　/s/ *Joseph B. Evans*
　　　　　　　　　　　　　　　Joseph B. Evans
　　　　　　　　　　　　　　　**McDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　　　　　New York, New York 10173-1922
　　　　　　　　　　　　　　　Telephone:　(212) 547-5400
　　　　　　　　　　　　　　　Facsimile:　(212) 547-5444
　　　　　　　　　　　　　　　Email:　　　jbevans@mwe.com

　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee*
　　　　　　　　　　　　　　　*of Unsecured Creditors*