## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED Inc., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF
## JOSEPH B. EVANS

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of Joseph B. Evans of the law firm McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, to represent the Official Committee of Unsecured Creditors of Cred Inc. in the above-captioned cases.

Dated:  December 9, 2020

*/s/ David R. Hurst*

David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:      (302) 351-8711
Email:           dhurst@mwe.com

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: December 9th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE