## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF KINGS     )

I, Jennifer S. Goode, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 23rd day of November, 2020, DRC, acting under my supervision, caused to be served the following:

   a. *Notice of Chapter 11 Bankruptcy Case (Docket No. 77)*; and
   b. *Notice of Entry of Order Confirming Worldwide Automatic Stay, certain Anti-Discrimination Provisions, and certain IPSO Facto Protections of Bankruptcy Code,* attached hereto as Exhibit 1,

   to be served via electronic mail upon the parties set forth on Exhibit 2; and via US First Class Mail upon the parties as set forth on Exhibit 3, attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of December, 2020, Brooklyn, New York.

By _____
Jennifer S. Goode

Sworn before me this
9th day of December, 2020

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

.

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) |  |

## NOTICE OF ENTRY OF ORDER CONFIRMING WORLDWIDE AUTOMATIC STAY, CERTAIN ANTI-DISCRIMINATION PROVISIONS, AND CERTAIN IPSO FACTO PROTECTIONS OF BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on November 7, 2020 (the "<u>Petition Date</u>"), the debtors and debtors in possession (the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). These chapter 11 cases are pending before the Honorable Judge John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Cred Inc., et al.*, Case No. 20-12836 (JTD).

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of law, as provided by section 1107 of the Bankruptcy Code, each Debtor is, and has the legal status of, a debtor in possession.

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Petition Date, by operation of law, as provided by section 1108 of the Bankruptcy Code, as a debtor in possession, each Debtor is authorized to operate its business in the ordinary course.

**PLEASE TAKE FURTHER NOTICE** that, subject to and to the extent set forth in section 362 of the Bankruptcy Code and applicable law, the commencement of the above-captioned chapter 11 cases operates as a stay, applicable to all entities (including individuals, partnerships, corporations, estates, trusts, governmental units, and other entities and all those acting on their behalf), whether of the United States, any state or locality therein or any territory or possession thereof, or any non-U.S. jurisdiction from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Confirming Worldwide Automatic Stay, Certain Anti-Discrimination Provisions, and Certain Ipso Facto Protections of Bankruptcy Code, (II) Approving Form and Manner of Notice, and (III) Granting Related Relief* [Docket No. 32] (the "<u>Order</u>"), entered on November 10, 2020, and attached hereto as **<u>Exhibit A</u>**, all entities wherever located (including individuals, partnerships, corporations, and other entities and all those acting on their behalf), entities party to a contract or agreement with the Debtors, governmental units, whether of the United States, any state or locality therein or any territory or possession thereof, or any foreign country, are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims or interests against, seek or assert causes of action or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against the Debtors or their estates must do so in front of the Court pursuant to the Order, the Bankruptcy Code, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 525 of the Bankruptcy Code, all governmental unit may not deny, revoke, suspend, or refuse to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, deny employment to, terminate the employment of, or discriminate with respect to employment against, the Debtors, or another

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2]    Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment or any other claims of the Debtors against any party to the above-captioned cases. The Debtors expressly reserve the right to contest any claims which may be asserted against the Debtors.

person with whom the Debtors have been associated, solely because the Debtors are debtors under this title, have been insolvent before the commencement of the case under this title, or during the case but before the Debtors are granted or denied a discharge, or have not paid a debt that is dischargeable in the case under this title.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and to the extent set forth in section 365(e)(1) of the Bankruptcy Code, parties to contracts or agreements with the Debtors are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any entity (including governmental unit) seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law—including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding these chapter 11 cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly available docket of these chapter 11 cases at https://ecf.deb.uscourts.gov/ (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding these chapter 11 cases located online at https://www.donlinrecano.com/cred, or (c) contacting the following proposed co-counsel for the Debtors:

**COUSINS LAW LLC**
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803

- and -

**PAUL HASTINGS LLP**
James T. Grogan, Esq.
Mack Wilson, Esq.
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002

*Proposed Co-Counsel to the Debtors*

**<u>Exhibit A to Notice</u>**

**Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (__) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Nos. 8 |

**ORDER (I) CONFIRMING WORLDWIDE AUTOMATIC STAY, CERTAIN ANTI-DISCRIMINATION PROVISIONS, AND CERTAIN *IPSO FACTO* PROTECTIONS OF BANKRUPTCY CODE, (II) APPROVING FORM AND MANNER OF NOTICE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") (a) restating and enforcing the worldwide automatic stay, anti-discrimination provisions, and *ipso facto* protections of the Bankruptcy Code, (b) modifying the automatic stay, (c) approving the form and manner of notice, and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

other parties in interest; and this Court having found that the Debtors' notice of the Motion and

opportunity for a hearing on the Motion were appropriate under the circumstances and no other

notice need be provided; and this Court having reviewed the Motion and having heard the

statements in support of the relief requested therein at a hearing before this Court (the

"Hearing"); and this Court having determined that the legal and factual bases set forth in the

Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the

proceedings had before this Court; and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      Effective as of the Petition Date, by operation of law, as provided by

section 1107 of the Bankruptcy Code, each Debtor is, and has the legal status of, a debtor in

possession.

3.      Effective as of the Petition Date, by operation of law, as provided by section 1108

of the Bankruptcy Code, as a debtor in possession, each Debtor is authorized to operate its

business in the ordinary course.

4.      Pursuant to and to the extent set forth in section 362 of the Bankruptcy Code and

applicable law, the commencement of the above-captioned chapter 11 cases operates as a stay,

applicable to all entities (including individuals, partnerships, corporations, estates, trusts,

governmental units, and other entities and all those acting on their behalf), whether of the United

States, any state or locality therein or any territory or possession thereof, or any non-U.S.

jurisdiction, from:

> a.      commencing or continuing (including the issuance or employment
> of process) any judicial, administrative, or other action or

2

proceeding against the Debtors that was or could have been commenced before the commencement of these chapter 11 cases or recovering a claim against the Debtors that arose before the commencement of these chapter 11 cases;

b.      enforcing, against the Debtors or against property of their estates, a judgment obtained before the commencement of these chapter 11 cases;

c.      acting to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates, wherever such property is located;

d.      taking any action to create, perfect, or enforce any lien against the property of the Debtors' estates;

e.      taking any action to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose prior to the commencement of these chapter 11 cases;

f.      taking any action to collect, assess, or recover a claim against the Debtors that arose prior to the commencement of these chapter 11 cases; and

g.      offsetting any debt owing to the Debtors that arose before the commencement of these chapter 11 cases against any claim against the Debtors.

5.      Pursuant to and to the extent set forth in section 365(e)(1) of the Bankruptcy Code, notwithstanding any provision in an executory contract ("Contract") or unexpired lease ("Lease"), or in applicable law, an executory contract or unexpired lease of the debtor may not be terminated or modified, and any right or obligation under such contract or lease may not be terminated or modified, at any time after the commencement of these chapter 11 cases, because of a provision in such Contract or Lease that is conditioned on the (a) insolvency or financial condition of the Debtors at any time before the closing of these chapter 11 cases or (b) the commencement of these chapter 11 cases under the Bankruptcy Code.

3

6.      Pursuant to and to the extent set forth in section 525 of the Bankruptcy Code, a governmental unit may not deny, revoke, suspend, or refuse to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, deny employment to, terminate the employment of, or discriminate with respect to employment against, the Debtors, or another person with whom the Debtors have been associated, solely because the Debtors are debtors under this title, have been insolvent before the commencement of the case under the Bankruptcy Code, or during the case but before the Debtors are granted or denied a discharge, or have not paid a debt that is dischargeable in the case under the Bankruptcy Code.

7.      The form of Notice attached as **Exhibit 1** hereto is approved.  The Debtors are authorized, but not directed, to serve the Notice (including, as the Debtors deems necessary, accurate translations thereof which are filed with this Court prior to service), upon creditors, governmental units or other regulatory authorities, and parties in interest, wherever located.

8.      For the avoidance of doubt, this Order does not alter, expand or restrict the rights and protections under applicable law.

9.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.     The requirements set forth in Local Rule 9013-1 are satisfied by the contents of the Motion.

11.     The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

12.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: November 10th, 2020**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

5

**EXHIBIT 2**

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006376P001-1467A-008 | 006628P002-1467A-008 | 006629P002-1467A-008 | 006630P002-1467A-008 |
| 006631P002-1467A-008 | 006633P002-1467A-008 | 006634P002-1467A-008 | 006635P002-1467A-008 |
| 006636P002-1467A-008 | 006637P002-1467A-008 | 006638P003-1467A-008 | 006639P002-1467A-008 |
| 006640P002-1467A-008 | 006641P002-1467A-008 | 006642P002-1467A-008 | 006643P002-1467A-008 |
| 006644P002-1467A-008 | 006645P002-1467A-008 | 006646P002-1467A-008 | 006647P002-1467A-008 |
| 006648P002-1467A-008 | 006649P002-1467A-008 | 006650P002-1467A-008 | 006651P002-1467A-008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006652P002-1467A-008 | 006653P003-1467A-008 | 006654P002-1467A-008 | 006655P002-1467A-008 |
| 006656P002-1467A-008 | 006657P002-1467A-008 | 006711P001-1467A-008 | 006712P002-1467A-008 |
| 006713P002-1467A-008 | 006714P002-1467A-008 | 006715P002-1467A-008 | 006716P002-1467A-008 |
| 006717P002-1467A-008 | 006720P002-1467A-008 | 006721P002-1467A-008 | 006722P002-1467A-008 |
| 006723P002-1467A-008 | 006724P002-1467A-008 | 006725P002-1467A-008 | 006788P002-1467A-008 |
| 006789P002-1467A-008 | 006790P002-1467A-008 | 006791P003-1467A-008 | 006792P002-1467A-008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006793P002-1467A-008 | 006794P002-1467A-008 | 006795P002-1467A-008 | 006796P002-1467A-008 |
| 006797P002-1467A-008 | 006798P002-1467A-008 | 006799P002-1467A-008 | 006800P002-1467A-008 |
| 006801P003-1467A-008 | 006802P001-1467A-008 | 006803P001-1467A-008 | 006804P001-1467A-008 |
| 006805P001-1467A-008 | 006806P001-1467A-008 | 006807P002-1467A-008 | 006808P001-1467A-008 |
| 006809P001-1467A-008 | 006810P001-1467A-008 | 006811P001-1467A-008 | 006812P001-1467A-008 |
| 006813P002-1467A-008 | 006814P001-1467A-008 | 006815P001-1467A-008 | 006816P001-1467A-008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006817P001-1467A-008 | 006818P001-1467A-008 | 006819P001-1467A-008 | 006820P001-1467A-008 |
| 006821P001-1467A-008 | 006822P002-1467A-008 | 006824P001-1467A-008 | 006825P002-1467A-008 |
| 006826P001-1467A-008 | 006827P001-1467A-008 | 006828P002-1467A-008 | 006829P001-1467A-008 |
| 006830P001-1467A-008 | 006831P001-1467A-008 | 006832P001-1467A-008 | 006833P002-1467A-008 |
| 006834P001-1467A-008 | 006836P001-1467A-008 | 006837P002-1467A-008 | 006838P001-1467A-008 |
| 006839P001-1467A-008 | 006840P001-1467A-008 | 006841P001-1467A-008 | 006842P001-1467A-008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

006843P001-1467A-008                 006844P001-1467A-008                 006845P001-1467A-008                 006846P001-1467A-008

006847P001-1467A-008                 006848P001-1467A-008                 006849P001-1467A-008                 006850P001-1467A-008

006851P001-1467A-008                 006852P001-1467A-008                 006853P001-1467A-008                 006854P001-1467A-008

006855P002-1467A-008                 006856P002-1467A-008                 006857P002-1467A-008                 006858P002-1467A-008

006859P002-1467A-008                 006860P003-1467A-008                 006861P002-1467A-008                 006862P002-1467A-008

006863P002-1467A-008                 006864P002-1467A-008                 006865P002-1467A-008                 006866P002-1467A-008

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006867P002-1467A-008 | 006868P002-1467A-008 | 006869P001-1467A-008 | 006870P001-1467A-008 |
| 006871P001-1467A-008 | 006872P001-1467A-008 | 006873P001-1467A-008 | 006874P001-1467A-008 |
| 006875P001-1467A-008 | 006876P001-1467A-008 | 006877P001-1467A-008 | 006878P001-1467A-008 |
| 006879P001-1467A-008 | 006880P001-1467A-008 | 006881P001-1467A-008 | 006882P001-1467A-008 |
| 006883P001-1467A-008 | 006884P001-1467A-008 | 006885P001-1467A-008 | 006886P001-1467A-008 |
| 006902P002-1467A-008 | 006903P001-1467A-008 | 006904P001-1467A-008 | 006905P001-1467A-008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006906P001-1467A-008 | 006907P001-1467A-008 | 006908P001-1467A-008 | 006910P001-1467A-008 |
| 006911P001-1467A-008 | 006912P001-1467A-008 | 006913P001-1467A-008 | 002240P002-1467A-008<br>CRED 2240 |
| 003611P003-1467A-008<br>CRED 3611 | 006347P001-1467A-008<br>CRED 6347 | 006823P001-1467A-008<br>CRED 6823 | 006823P001-1467A-008<br>CRED 6823 |
| 000001P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000002P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000004P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000005P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000006P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000007P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000008P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000009P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000010P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000011P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000013P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000014P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000015P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000016P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000017P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000018P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000019P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000020P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000021P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000022P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000023P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000024P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000036P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000037P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000044P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000050P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000052P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000054P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000055P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000056P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000057P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000058P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000059P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000060P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000061P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000062P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000063P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000064P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000065P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000066P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000067P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000068P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000069P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000073P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000074P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000076P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000077P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000078P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000079P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000080P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000081P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000082P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000083P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000084P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000085P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000090P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000093P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000094P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000095P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000096P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000097P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000098P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000099P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000100P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000101P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000102P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000103P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000104P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000105P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000106P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000107P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000108P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

000109P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000110P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000111P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000112P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000113P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000114P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000115P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000116P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000117P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000118P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000119P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000120P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000121P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000122P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000123P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000124P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000125P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000126P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000127P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000128P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000129P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000130P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000131P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000132P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 000133P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000134P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000135P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000136P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000137P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000138P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000139P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000140P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000141P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000142P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000143P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000144P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000145P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000146P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000147P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000148P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000149P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000150P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000151P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000152P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000153P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000154P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000155P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000156P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000157P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000158P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000159P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000160P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000161P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000162P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000163P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000164P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000165P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000166P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000167P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000168P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000169P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000170P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000171P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000172P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000173P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000174P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000175P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000176P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000177P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000178P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000179P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000180P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000181P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000184P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000185P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000188P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000189P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000190P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000191P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000192P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000193P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000194P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000195P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000196P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000197P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000198P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000199P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000200P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000201P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000202P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000203P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000204P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000205P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000206P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000207P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000208P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000209P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000210P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000211P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000212P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000213P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000214P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000215P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000216P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000217P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000218P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000219P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000220P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000221P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000222P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000223P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000224P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000225P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000226P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000227P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000228P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000229P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000230P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000231P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000232P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000233P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000234P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000235P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000236P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000237P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000238P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000239P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000240P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000241P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000242P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000243P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000244P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000245P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000246P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000247P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000248P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000249P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000250P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000251P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000252P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000253P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000254P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000255P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000256P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000257P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000258P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000259P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000260P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000261P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000263P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000264P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000265P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000267P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000268P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000269P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000272P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000273P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000276P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 000277P001-1467A-008 | 000278P001-1467A-008 | 000279P001-1467A-008 | 000280P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000281P001-1467A-008 | 000282P001-1467A-008 | 000283P001-1467A-008 | 000284P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000285P001-1467A-008 | 000286P001-1467A-008 | 000287P001-1467A-008 | 000288P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000289P001-1467A-008 | 000290P001-1467A-008 | 000291P001-1467A-008 | 000292P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000293P001-1467A-008 | 000294P001-1467A-008 | 000295P001-1467A-008 | 000296P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000297P001-1467A-008 | 000298P001-1467A-008 | 000299P001-1467A-008 | 000300P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000301P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000302P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000303P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000304P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000305P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000306P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000307P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000308P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000309P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000312P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000313P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000316P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000317P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000320P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000321P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000322P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000324P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000325P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000326P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000328P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000329P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000330P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000332P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000333P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000334P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000335P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000336P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000337P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000338P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000339P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000340P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000342P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000347P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 000349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000356P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000357P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000359P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000360P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000361P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000363P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000364P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000365P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000367P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000368P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000369P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000371P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000372P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000373P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000374P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000375P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000376P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000377P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000378P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000379P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000380P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000381P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000382P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000383P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000384P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000385P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000386P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000387P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000388P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000389P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000390P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000391P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000392P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000393P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000394P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000395P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000396P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000405P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000406P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000407P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000408P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000409P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000410P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000411P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000412P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000413P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000414P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000415P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000416P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000417P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000418P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000419P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000420P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000421P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000422P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000423P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000424P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000425P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000426P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000427P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000428P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000429P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000430P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000431P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000432P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000433P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000434P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000435P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000436P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000437P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000438P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000439P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000440P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000441P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000442P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000443P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000444P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000445P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000446P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000447P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000448P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000449P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000450P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000451P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000452P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000453P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000454P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000455P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000456P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000457P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000458P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000459P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000460P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000461P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000462P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000463P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000464P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000465P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000466P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000467P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000468P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000469P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000470P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000471P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000472P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000473P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000474P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000475P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000476P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000477P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000478P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000479P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000480P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000481P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000482P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000484P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000485P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000486P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000488P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000489P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000490P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000491P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000492P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000493P001-1467A-008 | 000494P001-1467A-008 | 000495P001-1467A-008 | 000496P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000497P001-1467A-008 | 000498P001-1467A-008 | 000499P001-1467A-008 | 000500P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000501P001-1467A-008 | 000502P001-1467A-008 | 000503P001-1467A-008 | 000504P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000505P001-1467A-008 | 000506P001-1467A-008 | 000507P001-1467A-008 | 000508P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000509P001-1467A-008 | 000510P001-1467A-008 | 000511P001-1467A-008 | 000512P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000513P001-1467A-008 | 000514P001-1467A-008 | 000515P001-1467A-008 | 000516P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000517P001-1467A-008 | 000518P001-1467A-008 | 000519P001-1467A-008 | 000520P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000521P001-1467A-008 | 000522P001-1467A-008 | 000523P001-1467A-008 | 000524P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000525P001-1467A-008 | 000526P001-1467A-008 | 000527P001-1467A-008 | 000528P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000529P001-1467A-008 | 000530P001-1467A-008 | 000531P001-1467A-008 | 000532P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000533P001-1467A-008 | 000534P001-1467A-008 | 000535P001-1467A-008 | 000536P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000537P001-1467A-008 | 000538P001-1467A-008 | 000539P001-1467A-008 | 000540P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000541P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000544P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000545P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000546P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000548P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000549P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000550P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000551P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000552P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000553P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000554P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000555P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000556P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000557P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000558P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000559P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000560P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000561P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000562P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000563P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000564P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000565P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000566P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000567P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000568P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000569P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000570P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000571P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000572P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000573P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000574P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000575P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000576P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000577P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000578P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000579P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000580P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000581P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000582P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000583P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000584P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000585P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000586P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000587P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000588P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000589P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000590P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000591P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000592P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000593P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000594P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000595P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000596P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000597P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000599P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000600P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000601P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000602P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000604P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000605P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000608P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000609P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000612P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000613P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000614P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000615P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000616P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000617P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000618P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000619P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000620P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000621P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000622P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000623P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000624P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000625P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000626P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000627P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000628P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000629P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000630P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000631P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000632P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000633P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000634P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000635P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000636P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000637P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000638P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000639P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000640P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000641P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000642P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000643P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000644P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000645P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000646P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000647P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000648P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000649P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000650P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000651P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000652P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000653P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000654P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000655P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000656P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000657P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000658P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000659P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000660P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000661P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000662P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000663P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000664P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000665P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000666P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000667P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000668P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000669P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000670P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000671P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000672P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000673P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000674P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000675P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000676P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000677P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000678P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000679P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000680P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000681P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000682P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000683P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000684P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

000685P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000686P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000687P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000688P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000689P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000690P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000691P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000692P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000693P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000694P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000695P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000696P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000697P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000698P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000699P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000700P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000701P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000702P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000703P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000704P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000705P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000706P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000707P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000708P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000709P001-1467A-008 | 000710P001-1467A-008 | 000711P001-1467A-008 | 000712P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000713P001-1467A-008 | 000714P001-1467A-008 | 000715P001-1467A-008 | 000716P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000717P001-1467A-008 | 000718P001-1467A-008 | 000719P001-1467A-008 | 000720P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000721P001-1467A-008 | 000722P001-1467A-008 | 000723P001-1467A-008 | 000724P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000725P001-1467A-008 | 000726P001-1467A-008 | 000727P001-1467A-008 | 000728P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000729P001-1467A-008 | 000730P001-1467A-008 | 000731P001-1467A-008 | 000732P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 000733P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000734P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000735P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000736P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000737P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000739P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000740P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000741P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000743P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000744P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000745P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000746P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000748P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000749P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000752P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000753P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000756P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000757P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000759P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000760P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000761P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000762P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000763P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000764P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000765P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000766P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000767P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000768P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000769P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000770P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000771P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000772P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000773P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000774P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000775P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000776P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000777P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000778P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000779P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000780P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 000781P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000782P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000783P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000784P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000785P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000786P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000787P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000788P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000789P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000790P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000791P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000792P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000793P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000794P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000795P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000796P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000797P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000798P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000799P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000800P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000801P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000802P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000803P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000804P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000805P001-1467A-008 | 000806P001-1467A-008 | 000807P001-1467A-008 | 000808P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000809P001-1467A-008 | 000810P001-1467A-008 | 000811P001-1467A-008 | 000812P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000813P001-1467A-008 | 000814P001-1467A-008 | 000815P001-1467A-008 | 000816P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000817P001-1467A-008 | 000818P001-1467A-008 | 000819P001-1467A-008 | 000820P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000821P001-1467A-008 | 000822P001-1467A-008 | 000823P001-1467A-008 | 000824P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000825P001-1467A-008 | 000826P001-1467A-008 | 000827P001-1467A-008 | 000828P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000829P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000830P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000831P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000832P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000833P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000834P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000835P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000836P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000837P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000838P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000839P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000840P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000841P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000842P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000843P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000844P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000845P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000846P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000847P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000848P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000849P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000850P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000851P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000852P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000853P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000854P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000855P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000856P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000857P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000858P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000859P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000860P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000861P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000862P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000863P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000864P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000865P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000866P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000867P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000868P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000869P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000870P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000871P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000872P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000873P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000874P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000875P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000876P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000877P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000878P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000879P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000880P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000881P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000882P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000883P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000884P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000885P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000886P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000887P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000888P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000889P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000890P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000891P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000892P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000893P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000894P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000895P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000896P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000897P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000898P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000899P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000900P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000901P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000902P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000903P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000904P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000905P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000906P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000907P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000908P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000909P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000910P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000911P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000912P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000913P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000914P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000915P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000916P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000917P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000918P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000919P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000920P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000921P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000922P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000923P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000924P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000925P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000926P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000927P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000928P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000929P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000930P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000931P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000932P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000933P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000934P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000935P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000936P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000937P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000938P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000939P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000940P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000941P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000942P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000943P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000944P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000945P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000946P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000947P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000948P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000949P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000950P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000951P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000952P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000953P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000954P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000955P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000956P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000957P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000958P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000959P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000960P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000961P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000962P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000963P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000964P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000965P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000966P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000967P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000968P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000969P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000970P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000971P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000972P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000973P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000974P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000975P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000976P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000977P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000978P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000979P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000980P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000981P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000982P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000983P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000984P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000985P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000986P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000987P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000988P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000989P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000990P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000991P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000992P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000993P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000994P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000995P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000996P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000997P001-1467A-008 | 000998P001-1467A-008 | 000999P001-1467A-008 | 001000P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001001P001-1467A-008 | 001002P001-1467A-008 | 001003P001-1467A-008 | 001004P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001005P001-1467A-008 | 001006P001-1467A-008 | 001007P001-1467A-008 | 001008P002-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001009P001-1467A-008 | 001010P001-1467A-008 | 001011P001-1467A-008 | 001012P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001013P001-1467A-008 | 001014P001-1467A-008 | 001015P001-1467A-008 | 001016P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001017P001-1467A-008 | 001018P001-1467A-008 | 001019P001-1467A-008 | 001020P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001021P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001022P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001023P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001024P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001025P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001026P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001027P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001028P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001029P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001030P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001031P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001032P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001033P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001034P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001035P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001036P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001037P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001038P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001039P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001040P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001041P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001042P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001043P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001044P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001045P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001046P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001047P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001048P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001049P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001050P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001051P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001052P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001053P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001054P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001055P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001056P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001057P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001058P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001059P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001060P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001061P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001062P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001063P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001064P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001065P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001066P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001067P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001068P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001069P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001073P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001074P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001076P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001077P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001078P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001079P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001080P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001081P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001082P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001083P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001084P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001085P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001090P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001093P001-1467A-008 | 001094P001-1467A-008 | 001095P001-1467A-008 | 001096P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001097P003-1467A-008 | 001097P003-1467A-008 | 001098P001-1467A-008 | 001099P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001100P001-1467A-008 | 001101P001-1467A-008 | 001102P001-1467A-008 | 001103P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001104P001-1467A-008 | 001105P001-1467A-008 | 001106P001-1467A-008 | 001107P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001108P001-1467A-008 | 001109P001-1467A-008 | 001110P001-1467A-008 | 001111P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001112P001-1467A-008 | 001113P001-1467A-008 | 001114P001-1467A-008 | 001115P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001116P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001117P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001118P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001119P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001120P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001121P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001122P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001123P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001124P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001125P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001126P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001127P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001128P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001129P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001130P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001131P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001132P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001133P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001134P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001135P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001136P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001137P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001138P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001139P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001140P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001141P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001142P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001143P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001144P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001145P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001146P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001147P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001148P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001149P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001150P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001151P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001152P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001153P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001154P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001155P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001156P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001157P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001158P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001159P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001160P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001161P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001162P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001163P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001164P001-1467A-008 | 001165P001-1467A-008 | 001166P001-1467A-008 | 001167P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

001168P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001169P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001170P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001171P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001172P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001173P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001174P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001175P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001176P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001177P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001178P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001179P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001180P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001181P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001182P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001183P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001184P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001185P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001186P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001187P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001188P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001189P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001190P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001191P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001192P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001193P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001194P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001195P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001196P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001197P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001198P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001199P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001200P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001201P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001202P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001203P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001204P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001205P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001206P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001207P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001208P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001209P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001210P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001211P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001212P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001213P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001214P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001215P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001216P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001217P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001218P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001219P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001220P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001221P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001222P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001223P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001224P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001225P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001226P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001227P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001228P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001229P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001230P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001231P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001232P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001233P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001234P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001235P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001236P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001237P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001238P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001239P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001240P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001241P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001242P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001243P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001244P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001245P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001246P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001247P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001248P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001249P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001250P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001251P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001252P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001253P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001254P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001255P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001256P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001257P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001258P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001259P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001260P001-1467A-008 | 001261P001-1467A-008 | 001262P001-1467A-008 | 001263P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001264P001-1467A-008 | 001265P001-1467A-008 | 001266P001-1467A-008 | 001267P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001268P001-1467A-008 | 001269P001-1467A-008 | 001270P001-1467A-008 | 001271P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001272P001-1467A-008 | 001273P001-1467A-008 | 001274P001-1467A-008 | 001275P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001276P001-1467A-008 | 001277P001-1467A-008 | 001278P001-1467A-008 | 001279P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001280P001-1467A-008 | 001281P001-1467A-008 | 001282P001-1467A-008 | 001283P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 001284P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001285P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001286P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001287P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001288P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001289P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001290P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001291P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001292P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001293P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001294P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001295P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001296P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001297P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001298P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001299P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001300P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001301P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001302P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001303P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001304P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001305P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001306P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001307P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001308P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001309P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001310P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001311P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001312P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001313P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001314P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001315P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001316P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001317P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001318P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001319P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001320P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001321P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001322P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001323P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001324P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001325P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001326P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001327P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001328P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001329P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001330P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001331P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001332P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001333P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001334P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001335P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001336P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001337P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001338P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001339P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001340P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001342P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001347P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001356P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001357P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001358P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001359P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001360P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001361P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001362P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001363P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001364P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001365P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001366P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001367P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001368P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001369P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001370P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001371P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001372P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001373P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001374P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001375P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001376P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001377P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001378P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001379P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 001380P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001381P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001382P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001383P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001384P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001385P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001386P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001387P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001388P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001389P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001390P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001391P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001392P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001393P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001394P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001395P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001396P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001399P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001405P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001406P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001407P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001408P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001409P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001410P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001411P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001412P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001413P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001414P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001415P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001416P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001417P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001418P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001419P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001420P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001421P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001422P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001423P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001424P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001425P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001426P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001427P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001428P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001429P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001430P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001431P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001432P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001433P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001434P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001435P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001436P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001437P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001438P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001439P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001440P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001441P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001442P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001443P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001444P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001445P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001446P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001447P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001448P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001449P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001450P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001451P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001452P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001453P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001454P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001455P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001456P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001457P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001458P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001459P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001460P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001461P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001462P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001463P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001464P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001465P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001466P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001467P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001468P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001469P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001470P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001471P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001472P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001473P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001474P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001475P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001476P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001477P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001478P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001479P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001480P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001481P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001482P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001483P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001484P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001485P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001486P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001487P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001488P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001489P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001490P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001491P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001492P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001493P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001494P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001495P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001496P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001497P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001498P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001499P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001500P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001501P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001502P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001503P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001504P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001505P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001506P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001507P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001508P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001509P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001510P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001511P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001512P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001513P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001514P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001515P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001516P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001517P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001518P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001519P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001520P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001521P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001522P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001523P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001524P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001525P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001526P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001527P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001528P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001529P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001530P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001531P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001532P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001533P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001534P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001535P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001536P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001537P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001538P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001539P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001540P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001541P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001542P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001543P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001544P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001545P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001546P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001547P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001548P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001549P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001550P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001551P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001552P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001553P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001554P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001555P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001556P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001557P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001558P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001559P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001560P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001561P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001562P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001563P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001564P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001565P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001566P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001567P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001568P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001569P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001570P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001571P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 001572P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001573P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001574P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001575P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001576P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001577P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001578P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001579P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001580P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001581P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001582P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001583P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001584P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001585P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001586P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001587P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001588P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001589P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001590P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001591P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001592P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001593P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001594P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001595P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001596P001-1467A-008 | 001597P001-1467A-008 | 001598P001-1467A-008 | 001599P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001600P001-1467A-008 | 001601P001-1467A-008 | 001602P001-1467A-008 | 001603P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001604P001-1467A-008 | 001605P001-1467A-008 | 001606P001-1467A-008 | 001607P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001608P001-1467A-008 | 001609P001-1467A-008 | 001610P001-1467A-008 | 001611P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001612P001-1467A-008 | 001613P001-1467A-008 | 001614P001-1467A-008 | 001615P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001616P001-1467A-008 | 001617P001-1467A-008 | 001618P001-1467A-008 | 001619P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001620P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001621P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001622P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001623P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001624P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001625P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001626P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001627P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001628P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001629P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001630P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001631P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001632P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001633P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001634P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001635P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001636P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001637P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001638P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001639P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001640P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001641P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001642P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001643P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001644P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001645P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001646P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001647P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001648P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001649P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001650P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001651P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001652P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001653P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001654P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001655P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001656P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001657P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001658P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001659P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001660P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001661P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001662P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001663P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001664P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001665P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001666P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001667P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001668P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001669P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001670P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001671P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001672P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001673P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001674P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001675P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001676P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001677P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001678P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001679P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001680P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001681P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001682P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001683P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001684P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001685P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001686P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001687P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001688P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001689P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001690P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001691P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

001692P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001693P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001694P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001695P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001696P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001697P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001698P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001699P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001700P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001701P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001702P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001703P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001704P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001705P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001706P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001707P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001708P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001709P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001710P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001711P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001712P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001713P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001714P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001715P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001716P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001717P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001718P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001719P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001720P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001721P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001722P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001723P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001724P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001725P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001726P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001727P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001728P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001729P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001730P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001731P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001732P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001733P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001734P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001735P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001736P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001737P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001738P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001739P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001740P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001741P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001742P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001743P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001744P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001745P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001746P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001747P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001748P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001749P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001750P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001751P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001752P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001753P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001754P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001755P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001756P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001757P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001758P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001759P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001760P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001761P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001762P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001763P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001764P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001765P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001766P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001767P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001768P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001769P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001770P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001771P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001772P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001773P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001774P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001775P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001776P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001777P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001778P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001779P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001780P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001781P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001782P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001783P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001784P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001785P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001786P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001787P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001788P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001789P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001790P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001791P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001792P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001793P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001794P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001795P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001796P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001797P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001798P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001799P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001800P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001801P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001802P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001803P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001804P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001805P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001806P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001807P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001808P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001809P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001810P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001811P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001812P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001813P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001814P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001815P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001816P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001817P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001818P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001819P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001820P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001821P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001822P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001823P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001824P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001825P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001826P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001827P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001828P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001829P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001830P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001831P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001832P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001833P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001834P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001835P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001836P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001837P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001838P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001839P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001840P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001841P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001842P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001843P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001844P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001845P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001846P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001847P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001848P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001849P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001850P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001851P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001852P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001853P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001854P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001855P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001856P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001857P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001858P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001859P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001860P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001861P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001862P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001863P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001864P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001865P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001866P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001867P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001868P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001869P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001870P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001871P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001872P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001873P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001874P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001875P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001876P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001877P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001878P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001879P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001880P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001881P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001882P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001883P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001884P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001885P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001886P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001887P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001888P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001889P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001890P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001891P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001892P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001893P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001894P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001895P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001896P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001897P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001898P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001899P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001900P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001901P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001902P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001903P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001904P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001905P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001906P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001907P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001908P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001909P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001910P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001911P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001912P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001913P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001914P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001915P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001916P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001917P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001918P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001919P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001920P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001921P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001922P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001923P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001924P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001925P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001926P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001927P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001928P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001929P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001930P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001931P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001932P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001933P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001934P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001935P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001936P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001937P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001938P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001939P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001940P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001941P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001942P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001943P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001944P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001945P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001946P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001947P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001948P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001949P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001950P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001951P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001952P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001953P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001954P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001955P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

001956P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001957P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001958P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001959P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001960P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001961P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001962P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001963P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001964P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001965P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001966P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001967P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001968P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001969P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001970P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001971P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001972P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001973P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001974P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001975P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001976P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001977P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001978P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001979P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001980P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001981P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001982P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001983P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001984P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001985P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001986P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001987P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001988P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001989P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001990P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001991P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001992P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001993P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001994P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001995P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001996P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001997P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001998P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001999P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002000P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002001P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002002P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002003P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002004P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002005P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002006P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002007P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002008P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002009P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002010P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002011P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002012P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002013P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002014P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002015P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002016P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002017P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002018P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002019P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002020P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002021P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002022P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002023P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002024P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002025P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002026P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002027P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 002028P001-1467A-008 | 002029P001-1467A-008 | 002030P001-1467A-008 | 002031P001-1467A-008 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002032P001-1467A-008 | 002033P001-1467A-008 | 002034P001-1467A-008 | 002035P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002036P001-1467A-008 | 002037P001-1467A-008 | 002038P001-1467A-008 | 002039P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002040P001-1467A-008 | 002041P001-1467A-008 | 002042P001-1467A-008 | 002043P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002044P001-1467A-008 | 002045P001-1467A-008 | 002046P001-1467A-008 | 002047P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002048P001-1467A-008 | 002049P001-1467A-008 | 002050P001-1467A-008 | 002051P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002052P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002053P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002054P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002055P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002056P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002057P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002058P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002059P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002060P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002061P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002062P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002063P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002064P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002065P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002066P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002067P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002068P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002069P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002073P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002074P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002076P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002077P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002078P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002079P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002080P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002081P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002082P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002083P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002084P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002085P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002086P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002087P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002088P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002089P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002090P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002091P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002092P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002093P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002094P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002095P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002096P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002097P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002098P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002099P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002100P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002101P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002102P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002103P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002104P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002105P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002106P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002107P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002108P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002109P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002110P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002111P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002112P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002113P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002114P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002115P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002116P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002117P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002118P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002119P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002120P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002121P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002122P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002123P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002124P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002125P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002126P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002127P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002128P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002129P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002130P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002131P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002132P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002133P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002134P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002135P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002136P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002137P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002138P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002139P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002140P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002141P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002142P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002143P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002144P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002145P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002146P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002147P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002148P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002149P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002150P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002151P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002152P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002153P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002154P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002155P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002156P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002157P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002158P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002159P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002160P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002161P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002162P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002163P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002164P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002165P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002166P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002167P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002168P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002169P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002170P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002171P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 002172P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002173P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002174P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002175P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002176P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002177P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002178P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002179P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002180P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002181P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002182P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002183P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002184P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002185P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002186P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002187P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002188P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002189P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002190P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002191P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002192P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002193P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002194P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002195P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002196P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002197P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002198P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002199P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002200P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002201P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002202P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002203P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002204P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002205P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002206P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002207P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002208P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002209P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002210P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002211P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002212P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002213P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002214P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002215P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002216P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002217P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002218P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002219P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002220P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002221P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002222P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002223P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002224P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002225P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002226P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002227P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002228P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002229P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002230P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002231P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002232P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002233P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002234P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002235P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002236P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002237P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002238P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002239P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002241P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002242P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002243P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002244P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002245P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002246P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002247P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002248P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002249P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002250P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002251P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002252P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002253P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002254P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002255P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002256P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002257P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002258P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002259P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002260P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002261P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002262P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002263P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002264P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002265P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002266P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002267P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002268P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002269P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002270P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002271P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002272P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002273P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002274P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002275P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002276P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002277P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002278P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002279P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002280P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002281P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002282P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002283P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002284P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002285P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002286P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002287P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002288P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002289P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002290P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002291P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002292P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002293P001-1467A-008 | 002294P001-1467A-008 | 002295P001-1467A-008 | 002296P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002297P001-1467A-008 | 002298P001-1467A-008 | 002299P001-1467A-008 | 002300P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002301P001-1467A-008 | 002302P001-1467A-008 | 002303P001-1467A-008 | 002304P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002305P001-1467A-008 | 002306P001-1467A-008 | 002307P001-1467A-008 | 002308P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002309P001-1467A-008 | 002310P001-1467A-008 | 002311P001-1467A-008 | 002312P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002313P001-1467A-008 | 002314P001-1467A-008 | 002315P001-1467A-008 | 002316P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002317P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002318P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002319P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002320P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002321P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002322P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002323P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002324P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002325P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002326P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002327P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002328P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002329P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002330P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002331P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002332P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002333P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002334P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002335P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002336P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002337P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002338P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002339P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002340P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 002341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002342P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002347P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002356P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002357P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002358P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002359P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002360P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002361P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002362P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002363P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002364P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 002365P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002366P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002367P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002368P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002369P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002370P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002371P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002372P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002373P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002374P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002375P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002376P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002377P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002378P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002379P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002380P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002381P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002382P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002383P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002384P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002385P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002386P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002387P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002388P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002389P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002390P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002391P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002392P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002393P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002394P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002395P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002396P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002399P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002405P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002406P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002407P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002408P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002409P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002410P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002411P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002412P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002413P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002414P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002415P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002416P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002417P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002418P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002419P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002420P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002421P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002422P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002423P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002424P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002425P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002426P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002427P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002428P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002429P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002430P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002431P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002432P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002433P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002434P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002435P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002436P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002437P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002438P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002439P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002440P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002441P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002442P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002443P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002444P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002445P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002446P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002447P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002448P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002449P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002450P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002451P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002452P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002453P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002454P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002455P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002456P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002457P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002458P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002459P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002460P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002461P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002462P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002463P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002464P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002465P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002466P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002467P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002468P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002469P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002470P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002471P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002472P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002473P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002474P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002475P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002476P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002477P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002478P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002479P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002480P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002481P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002482P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002483P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002484P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002485P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002486P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002487P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002488P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002489P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002490P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002491P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002492P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002493P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002494P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002495P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002496P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002497P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002498P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002499P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002500P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002501P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002502P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002503P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002504P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002505P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002506P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002507P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002508P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002509P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002510P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002511P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002512P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002513P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002514P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002515P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002516P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002517P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002518P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002519P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002520P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002521P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002522P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002523P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002524P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002525P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002526P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002527P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002528P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002529P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002530P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002531P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002532P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002533P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002534P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002535P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002536P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002537P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002538P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002539P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002540P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002541P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002542P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002543P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002544P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002545P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002546P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002547P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002548P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002549P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002550P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002551P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002552P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002553P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002554P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002555P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002556P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002557P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002558P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002559P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002560P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002561P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002562P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002563P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002564P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002565P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002566P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002567P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002568P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002569P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002570P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002571P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002572P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002573P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002574P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002575P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002576P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002577P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002578P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002579P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002580P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002581P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002582P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002583P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002584P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002585P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002586P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002587P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002588P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002589P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002590P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002591P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002592P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002593P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002594P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002595P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002596P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002597P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002598P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002599P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002600P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002601P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002602P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002603P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002604P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002605P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002606P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002607P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002608P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002609P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002610P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002611P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002612P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002613P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002614P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002615P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002616P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002617P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002618P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002619P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002620P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002621P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002622P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002623P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002624P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002625P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002626P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002627P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002628P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002629P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002630P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002631P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002632P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002633P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002634P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002635P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002636P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002637P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002638P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002639P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002640P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002641P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002642P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002643P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002644P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002645P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002646P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002647P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002648P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002649P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002650P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002651P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002652P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002653P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002654P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002655P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002656P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002657P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002658P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002659P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002660P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002661P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002662P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002663P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002664P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002665P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002666P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002667P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002668P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002669P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002670P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002671P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002672P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002673P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002674P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002675P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002676P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002677P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002678P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002679P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002680P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002681P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002682P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002683P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002684P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002685P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002686P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002687P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002688P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002689P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002690P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002691P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002692P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002693P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002694P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002695P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002696P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002697P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002698P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002699P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002700P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002701P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002702P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002703P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002704P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002705P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002706P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002707P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002708P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002709P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002710P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002711P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002712P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002713P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002714P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002715P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002716P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002717P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002718P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002719P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002720P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002721P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002722P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002723P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002724P001-1467A-008 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002725P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002726P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002727P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002728P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002729P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002730P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002731P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002732P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002733P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002734P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002735P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002736P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002737P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002738P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002739P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002740P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002741P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002742P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002743P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002744P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002745P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002746P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002747P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002748P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002749P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002750P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002751P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002752P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002753P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002754P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002755P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002756P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002757P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002758P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002759P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002760P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002761P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002762P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002763P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002764P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002765P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002766P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002767P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002768P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002769P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002770P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002771P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002772P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002773P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002774P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002775P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002776P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002777P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002778P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002779P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002780P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002781P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002782P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002783P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002784P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002785P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002786P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002787P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002788P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002789P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002790P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002791P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002792P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002793P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002794P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002795P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002796P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002797P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002798P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002799P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002800P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002801P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002802P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002803P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002804P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002805P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002806P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002807P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002808P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002809P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002810P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002811P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002812P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002813P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002814P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002815P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002816P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002817P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002818P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002819P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002820P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002821P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002822P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002823P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002824P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002825P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002826P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002827P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002828P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002829P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002830P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002831P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002832P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002833P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002834P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002835P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002836P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002837P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002838P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002839P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002840P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002841P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002842P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002843P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002844P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002845P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002846P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002847P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002848P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002849P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002850P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002851P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002852P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002853P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002854P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002855P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002856P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002857P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002858P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002859P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002860P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002861P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002862P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002863P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002864P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002865P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002866P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002867P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002868P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002869P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002870P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002871P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002872P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002873P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002874P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002875P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002876P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002877P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002878P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002879P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002880P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002881P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002882P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002883P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002884P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002885P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002886P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002887P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002888P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002889P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002890P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002891P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002892P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002893P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002894P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002895P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002896P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002897P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002898P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002899P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002900P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002901P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002902P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002903P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002904P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002905P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002906P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002907P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002908P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002909P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002910P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002911P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002912P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002913P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002914P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002915P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002916P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002917P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002918P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002919P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002920P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002921P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002922P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002923P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002924P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002925P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002926P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002927P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002928P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002929P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002930P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002931P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002932P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002933P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002934P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002935P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002936P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002937P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002938P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002939P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002940P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002941P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002942P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002943P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002944P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002945P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002946P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002947P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002948P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002949P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002950P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002951P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002952P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002953P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002954P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002955P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002956P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002957P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002958P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002959P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002960P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002961P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002962P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002963P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002964P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002965P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002966P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002967P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002968P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002969P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002970P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002971P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002972P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002973P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002974P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002975P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002976P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002977P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002978P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002979P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002980P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002981P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002982P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002983P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002984P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002985P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002986P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002987P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002988P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

002989P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002990P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002991P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002992P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002993P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002994P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002995P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002996P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002997P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002998P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002999P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003000P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003001P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003002P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003003P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003004P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003005P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003006P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003007P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003008P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003009P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003010P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003011P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003012P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003013P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003014P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003015P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003016P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003017P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003018P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003019P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003020P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003021P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003022P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003023P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003024P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003025P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003026P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003027P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003028P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003029P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003030P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003031P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003032P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003033P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003034P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003035P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003036P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003037P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003038P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003039P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003040P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003041P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003042P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003043P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003044P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003045P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003046P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003047P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003048P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003049P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003050P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003051P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003052P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003053P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003054P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003055P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003056P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003057P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003058P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003059P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003060P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003061P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003062P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003063P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003064P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003065P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003066P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003067P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003068P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003069P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003070P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003071P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003072P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003073P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003074P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003075P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003076P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003077P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003078P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003079P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003080P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003081P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003082P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003083P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003084P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003085P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003090P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003093P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003094P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003095P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003096P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003097P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003098P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003099P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003100P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003101P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003102P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003103P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003104P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003105P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003106P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003107P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003108P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003109P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003110P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003111P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003112P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003113P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003114P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003115P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003116P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003117P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003118P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003119P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003120P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003121P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003122P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003123P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003124P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003125P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003126P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003127P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003128P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003129P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003130P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003131P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003132P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 003133P001-1467A-008 | 003134P001-1467A-008 | 003135P001-1467A-008 | 003136P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 003137P001-1467A-008 | 003138P001-1467A-008 | 003139P001-1467A-008 | 003140P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 003141P001-1467A-008 | 003142P001-1467A-008 | 003143P001-1467A-008 | 003144P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 003145P001-1467A-008 | 003146P001-1467A-008 | 003147P001-1467A-008 | 003148P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 003149P001-1467A-008 | 003150P001-1467A-008 | 003151P001-1467A-008 | 003152P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 003153P001-1467A-008 | 003154P001-1467A-008 | 003155P001-1467A-008 | 003156P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003157P001-1467A-008 | 003158P001-1467A-008 | 003159P001-1467A-008 | 003160P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003161P001-1467A-008 | 003162P001-1467A-008 | 003163P001-1467A-008 | 003164P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003165P001-1467A-008 | 003166P001-1467A-008 | 003167P001-1467A-008 | 003168P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003169P001-1467A-008 | 003170P001-1467A-008 | 003171P001-1467A-008 | 003172P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003173P001-1467A-008 | 003174P001-1467A-008 | 003175P001-1467A-008 | 003176P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003177P001-1467A-008 | 003178P001-1467A-008 | 003179P001-1467A-008 | 003180P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003181P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003182P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003183P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003184P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003185P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003186P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003187P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003188P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003189P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003190P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003191P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003192P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003193P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003194P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003195P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003196P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003197P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003198P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003199P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003200P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003201P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003202P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003203P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003204P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003205P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003206P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003207P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003208P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003209P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003210P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003211P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003212P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003213P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003214P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003215P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003216P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003217P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003218P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003219P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003220P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003221P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003222P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003223P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003224P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003225P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003226P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003227P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003228P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003229P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003230P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003231P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003232P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003233P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003234P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003235P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003236P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003237P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003238P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003239P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003240P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003241P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003242P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003243P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003244P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003245P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003246P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003247P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003248P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003249P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003250P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003251P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003252P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003253P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003254P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003255P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003256P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003257P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003258P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003259P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003260P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003261P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003262P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003263P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003264P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003265P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003266P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003267P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003268P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003269P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003270P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003271P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003272P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003273P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003274P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003275P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003276P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003277P001-1467A-008 | 003278P001-1467A-008 | 003279P001-1467A-008 | 003280P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003281P001-1467A-008 | 003282P001-1467A-008 | 003283P001-1467A-008 | 003284P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003285P001-1467A-008 | 003286P001-1467A-008 | 003287P001-1467A-008 | 003288P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003289P001-1467A-008 | 003290P001-1467A-008 | 003291P001-1467A-008 | 003292P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003293P001-1467A-008 | 003294P001-1467A-008 | 003295P001-1467A-008 | 003296P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003297P001-1467A-008 | 003298P001-1467A-008 | 003299P001-1467A-008 | 003300P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003301P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003302P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003303P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003304P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003305P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003306P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003307P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003308P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003309P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003310P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003311P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003312P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003313P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003314P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003315P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003316P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003317P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003318P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003319P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003320P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003321P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003322P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003323P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003324P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003325P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003326P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003327P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003328P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003329P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003330P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003331P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003332P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003333P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003334P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003335P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003336P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003337P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003338P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003339P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003340P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003341P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003342P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003343P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003344P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003345P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003346P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003347P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003348P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003356P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003357P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003358P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003359P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003360P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003361P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003362P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003363P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003364P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003365P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003366P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003367P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003368P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003369P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003370P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003371P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003372P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003373P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003374P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003375P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003376P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003377P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003378P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003379P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003380P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003381P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003382P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003383P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003384P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003385P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003386P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003387P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003388P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003389P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003390P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003391P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003392P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003393P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003394P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003395P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003396P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003399P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003405P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003406P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003407P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003408P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003409P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003410P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003411P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003412P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003413P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003414P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003415P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003416P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003417P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003418P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003419P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003420P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003421P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003422P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003423P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003424P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003425P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003426P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003427P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003428P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003429P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003430P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003431P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003432P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003433P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003434P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003435P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003436P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003437P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003438P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003439P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003440P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003441P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003442P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003443P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003444P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003445P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003446P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003447P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003448P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003449P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003450P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003451P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003452P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003453P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003454P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003455P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003456P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003457P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003458P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003459P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003460P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003461P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003462P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003463P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003464P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003465P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003466P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003467P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003468P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

003469P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003470P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003471P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003472P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003473P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003474P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003475P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003476P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003477P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003478P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003479P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003480P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003481P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003482P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003483P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003484P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003485P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003486P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003487P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003488P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003489P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003490P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003491P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003492P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003493P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003494P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003495P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003496P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003497P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003498P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003499P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003500P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003501P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003502P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003503P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003504P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003505P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003506P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003507P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003508P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003509P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003510P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003511P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003512P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003513P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003514P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003515P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003516P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003517P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003518P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003519P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003520P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003521P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003522P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003523P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003524P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003525P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003526P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003527P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003528P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003529P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003530P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003531P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003532P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003533P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003534P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003535P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003536P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003537P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003538P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003539P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003540P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 003541P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003542P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003543P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003544P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003545P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003546P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003547P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003548P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003549P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003550P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003551P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003552P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003553P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003554P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003555P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003556P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003557P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003558P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003559P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003560P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003561P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003562P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003563P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003564P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003565P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003566P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003567P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003568P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003569P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003570P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003571P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003572P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003573P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003574P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003575P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003576P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003577P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003578P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003579P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003580P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003581P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003582P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003583P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003584P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003585P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003586P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003587P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003588P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003589P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003590P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003591P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003592P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003593P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003594P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003595P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003596P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003597P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003598P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003599P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003600P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003601P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003602P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003603P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003604P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003605P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003606P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003607P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003608P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003609P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003610P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003612P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003613P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003614P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003615P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003616P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003617P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003618P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003619P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003620P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003621P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003622P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003623P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003624P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003625P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003626P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003627P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003628P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003629P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003630P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003631P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003632P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003633P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003634P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003635P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003636P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003637P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003638P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003639P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003640P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003641P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003642P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003643P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003644P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003645P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003646P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003647P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003648P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003649P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003650P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003651P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003652P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003653P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003654P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003655P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003656P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003657P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003658P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003659P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003660P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003661P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003662P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003663P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003664P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003665P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003666P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003667P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003668P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003669P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003670P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003671P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003672P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003673P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003674P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003675P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003676P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003677P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003678P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003679P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003680P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003681P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003682P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003683P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003684P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003685P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003686P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003687P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003688P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003689P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003690P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003691P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003692P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003693P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003694P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003695P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003696P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003697P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003698P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003699P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003700P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003701P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003702P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003703P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003704P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003705P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003706P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003707P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003708P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003709P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003710P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003711P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003712P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003713P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003714P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003715P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003716P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003717P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003718P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003719P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003720P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003721P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003722P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003723P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003724P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003725P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003726P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003727P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003728P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003729P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003730P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003731P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003732P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003733P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003734P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003735P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003736P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003737P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003738P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003739P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003740P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003741P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003742P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003743P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003744P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003745P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003746P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003747P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003748P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003749P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003750P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003751P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003752P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003753P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003754P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003755P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003756P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003757P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003758P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003759P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003760P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003761P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003762P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003763P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003764P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003765P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003766P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003767P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003768P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003769P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003770P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003771P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003772P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003773P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003774P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003775P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003776P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003777P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003778P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003779P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003780P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003781P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003782P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003783P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003784P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003785P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003786P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003787P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003788P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003789P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003790P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003791P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003792P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003793P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003794P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003795P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003796P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003797P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003798P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003799P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003800P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003801P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003802P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003803P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003804P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003805P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003806P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003807P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003808P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003809P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003810P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003811P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003812P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003813P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003814P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003815P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003816P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003817P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003818P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003819P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003820P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003821P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003822P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003823P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003824P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003825P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003826P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003827P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003828P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003829P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003830P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003831P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003832P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003833P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003834P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003835P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003836P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003837P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003838P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003839P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003840P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003841P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003842P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003843P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003844P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003845P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003846P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003847P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003848P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003849P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003850P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003851P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003852P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003853P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003854P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003855P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003856P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003857P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003858P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003859P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003860P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003861P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003862P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003863P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003864P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003865P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003866P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003867P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003868P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003869P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003870P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003871P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003872P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003873P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003874P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003875P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003876P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003877P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003878P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003879P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003880P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003881P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003882P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003883P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003884P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003885P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003886P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003887P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003888P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003889P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003890P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003891P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003892P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003893P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003894P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003895P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003896P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003897P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003898P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003899P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003900P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003901P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003902P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003903P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003904P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003905P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003906P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003907P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003908P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003909P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003910P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003911P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003912P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003913P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003914P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003915P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003916P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003917P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003918P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003919P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003920P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003921P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003922P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003923P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003924P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003925P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003926P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003927P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003928P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003929P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003930P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003931P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003932P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003933P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003934P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003935P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003936P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003937P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003938P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003939P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003940P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003941P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003942P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003943P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003944P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003945P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003946P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003947P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003948P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003949P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003950P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003951P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003952P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003953P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003954P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003955P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003956P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003957P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003958P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003959P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003960P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003961P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003962P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003963P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003964P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003965P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003966P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003967P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003968P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003969P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003970P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003971P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003972P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003973P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003974P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003975P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003976P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003977P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003978P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003979P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003980P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003981P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003982P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003983P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003984P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003985P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003986P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003987P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003988P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003989P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003990P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003991P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003992P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003993P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003994P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003995P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003996P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003997P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003998P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003999P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004000P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004001P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004002P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004003P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004004P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004005P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004006P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004007P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004008P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004009P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004010P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004011P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004012P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004013P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004014P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004015P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004016P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004017P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004018P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004019P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004020P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004021P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004022P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004023P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004024P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004025P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004026P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004027P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004028P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004029P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004030P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004031P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004032P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004033P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004034P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004035P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004036P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004037P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004038P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004039P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004040P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004041P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004042P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004043P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004044P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004045P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004046P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004047P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004048P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004049P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004050P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004051P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004052P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004053P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004054P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004055P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004056P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004057P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004058P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004059P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004060P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004061P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004062P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004063P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004064P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004065P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004066P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004067P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004068P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004069P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004073P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004074P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004076P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004077P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004078P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004079P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004080P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004081P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004082P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004083P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004084P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004085P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004090P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004093P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004094P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004095P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004096P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004097P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004098P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004099P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004100P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004101P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004102P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004103P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004104P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004105P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004106P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004107P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004108P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004109P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004110P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004111P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004112P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004113P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004114P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004115P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004116P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004117P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004118P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004119P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004120P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004121P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004122P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004123P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004124P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004125P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004126P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004127P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004128P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004129P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004130P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004131P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004132P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004133P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004134P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004135P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004136P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004137P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004138P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004139P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004140P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004141P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004142P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004143P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004144P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004145P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004146P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004147P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004148P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004149P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004150P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004151P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004152P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004153P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004154P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004155P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004156P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004157P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004158P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004159P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004160P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004161P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004162P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004163P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004164P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004165P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004166P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004167P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004168P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004169P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004170P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004171P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004172P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004173P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004174P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004175P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004176P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004177P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004178P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004179P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004180P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004181P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004182P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004183P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004184P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004185P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004186P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004187P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004188P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004189P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004190P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004191P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004192P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004193P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004194P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004195P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004196P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004197P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004198P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004199P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004200P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004201P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004202P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004203P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004204P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004205P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004206P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004207P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004208P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004209P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004210P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004211P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004212P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004213P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004214P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004215P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004216P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004217P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004218P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004219P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004220P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004221P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004222P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004223P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004224P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004225P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004226P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004227P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004228P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004229P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004230P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004231P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004232P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004233P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004234P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004235P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004236P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004237P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004238P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004239P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004240P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004241P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004242P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004243P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004244P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004245P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004246P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004247P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004248P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004249P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004249P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004250P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004251P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004252P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004253P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004254P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004255P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004256P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004257P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004258P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004259P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004260P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004261P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004262P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004263P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004264P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004265P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004266P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004267P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004268P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004269P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004270P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004271P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004272P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004273P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004274P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004275P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004276P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004277P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004278P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004279P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004280P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004281P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004282P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004283P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004284P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004285P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004286P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004287P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004288P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004289P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004290P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004291P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004292P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004293P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004294P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004295P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004296P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004297P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004298P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004299P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004300P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004301P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004302P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004303P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004304P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004305P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004306P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004307P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004308P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004309P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004310P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004311P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004312P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004313P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004314P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004315P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004316P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004317P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004318P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004319P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004320P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004321P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004322P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004323P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004324P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004325P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004326P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004327P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004328P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004329P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004330P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004331P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004332P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004333P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004334P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004335P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004336P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004337P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004338P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004339P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004340P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004342P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004347P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004356P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 004357P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004358P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004359P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004360P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004361P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004362P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004363P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004364P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004365P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004366P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004367P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004368P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004369P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004370P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004371P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004372P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004373P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004374P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004375P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004376P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004377P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004378P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004379P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004380P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004381P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004382P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004383P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004384P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004385P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004386P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004387P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004388P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004389P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004390P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004391P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004392P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004393P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004394P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004395P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004396P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004399P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004405P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004406P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004407P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004408P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004409P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004410P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004411P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004412P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004413P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004414P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004415P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004416P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004417P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004418P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004419P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004420P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004421P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004422P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004423P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004424P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004425P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004426P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004427P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004428P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004429P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004430P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004431P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004432P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004433P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004434P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004435P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004436P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004437P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004438P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004439P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004440P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004441P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004442P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004443P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004444P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004445P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004446P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004447P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004448P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004449P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004450P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004451P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004452P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004453P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004454P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004455P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004456P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004457P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004458P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004459P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004460P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004461P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004462P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004463P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004464P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004465P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004466P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004467P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004468P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004469P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004470P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004471P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004472P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004473P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004474P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004475P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004476P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004477P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004478P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004479P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004480P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004481P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004482P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004483P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004484P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004485P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004486P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004487P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004488P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004489P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004490P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004491P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004492P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004493P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004494P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004495P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004496P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004497P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004498P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004499P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004500P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004501P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004502P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004503P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004504P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004505P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004506P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004507P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004508P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004509P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004510P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004511P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004512P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004513P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004514P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004515P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004516P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004517P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004518P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004519P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004520P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004521P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004522P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004523P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004524P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004525P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004526P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004527P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004528P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004529P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004530P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004531P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004532P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004533P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004534P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004535P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004536P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004537P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004538P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004539P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004540P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004541P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004542P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004543P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004544P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004545P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004546P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004547P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004548P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004549P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004550P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004551P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004552P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004553P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004554P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004555P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004556P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004557P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004558P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004559P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004560P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004561P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004562P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004563P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004564P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004565P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004566P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004567P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004568P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004569P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004570P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004571P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004572P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

004573P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004574P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004575P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004576P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004577P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004578P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004579P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004580P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004581P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004582P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004583P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004584P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004585P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004586P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004587P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004588P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004589P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004590P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004591P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004592P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004593P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004594P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004595P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004596P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004597P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004598P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004599P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004600P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004601P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004602P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004603P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004604P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004605P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004606P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004607P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004608P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004609P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004610P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004611P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004612P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004613P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004614P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004615P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004616P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004617P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004618P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004619P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004620P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004621P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004622P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004623P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004624P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004625P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004626P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004627P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004628P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004629P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004630P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004631P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004632P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004633P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004634P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004635P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004636P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004637P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004638P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004639P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004640P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004641P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004642P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004643P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004644P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004645P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004646P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004647P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004648P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004649P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004650P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004651P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004652P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004653P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004654P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004655P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004656P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004657P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004658P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004659P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004660P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004661P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004662P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004663P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004664P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004665P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004666P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004667P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004668P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

004669P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004670P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004671P003-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004671P003-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004672P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004673P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004674P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004675P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004676P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004677P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004678P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004679P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004680P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004681P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004682P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004683P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004684P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004685P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004686P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004687P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004688P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004689P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004690P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004691P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004692P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004693P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004694P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004695P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004696P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004697P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004698P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004699P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004700P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004701P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004702P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004703P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004704P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004705P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004706P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004707P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004708P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004709P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004710P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004711P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004712P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004713P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004714P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004715P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 004716P001-1467A-008 | 004717P001-1467A-008 | 004718P001-1467A-008 | 004719P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004720P001-1467A-008 | 004721P001-1467A-008 | 004722P001-1467A-008 | 004723P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004724P001-1467A-008 | 004725P001-1467A-008 | 004726P001-1467A-008 | 004727P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004728P001-1467A-008 | 004729P001-1467A-008 | 004730P001-1467A-008 | 004731P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004732P001-1467A-008 | 004733P001-1467A-008 | 004734P001-1467A-008 | 004735P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004736P001-1467A-008 | 004737P001-1467A-008 | 004738P001-1467A-008 | 004739P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004740P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004741P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004742P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004743P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004744P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004745P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004746P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004747P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004748P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004749P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004750P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004751P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004752P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004753P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004754P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004755P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004756P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004757P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004758P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004759P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004760P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004761P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004762P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004763P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004764P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004765P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004766P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004767P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004768P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004769P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004770P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004771P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004772P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004773P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004774P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004775P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004776P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004777P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004778P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004779P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004780P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004781P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004782P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004783P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004784P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004785P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004786P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004787P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004788P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004789P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004790P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004791P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004792P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004793P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004794P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004795P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004796P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004797P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004798P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004799P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004800P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004801P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004802P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004803P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004804P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004805P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004806P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004807P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004808P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004809P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004810P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004811P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 004812P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004813P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004814P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004815P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
|---|---|---|---|
| 004816P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004817P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004818P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004819P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004820P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004821P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004822P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004823P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004824P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004825P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004826P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004827P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004828P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004829P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004830P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004831P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004832P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004833P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004834P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004835P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004836P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004837P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004838P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004839P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004840P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004841P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004842P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004843P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004844P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004845P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004846P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004847P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004848P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004849P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004850P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004851P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004852P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004853P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004854P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004855P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004856P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004857P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004858P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004859P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004860P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004861P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004862P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004863P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004864P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004865P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004866P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004867P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004868P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004869P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004870P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004871P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004872P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004873P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004874P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004875P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004876P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004877P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004878P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004879P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004880P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004881P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004882P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004883P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004884P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004885P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004886P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004887P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004888P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004889P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004890P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004891P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004892P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004893P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004894P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004895P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004896P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004897P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004898P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004899P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004900P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004901P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004902P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004903P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004904P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004905P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004906P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004907P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004908P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004909P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004910P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004911P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004912P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004913P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004914P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004915P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004916P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004917P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004918P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004919P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004920P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004921P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004922P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004923P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004924P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004925P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004926P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004927P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004928P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004929P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004930P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004931P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004932P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004933P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004934P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004935P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004936P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004937P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004938P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004939P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004940P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004941P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004942P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004943P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004944P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004945P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004946P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004947P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004948P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004949P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004950P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004951P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004952P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004953P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004954P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004955P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004956P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004957P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004958P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004959P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004960P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004961P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004962P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004963P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004964P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004965P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004966P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004967P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004968P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004969P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004970P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004971P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004972P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004973P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004974P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004975P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004976P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004977P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004978P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004979P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

| | | | |
|---|---|---|---|
| 004980P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004981P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004982P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004983P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004984P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004985P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004986P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004987P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004988P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004989P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004990P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004991P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004992P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004993P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004994P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004995P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004996P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004997P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004998P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004999P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005000P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005001P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005002P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005003P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005004P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005005P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005006P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005007P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005008P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005009P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005010P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005011P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005012P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005013P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005014P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005015P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005016P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005017P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005018P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005019P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005020P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005021P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005022P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005023P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005024P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005025P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005026P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005027P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

005028P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005029P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005030P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005031P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005032P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005033P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005034P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005035P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005036P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005037P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005038P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005039P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005040P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005041P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005042P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005043P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005044P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005045P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005046P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005047P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005048P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005049P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005050P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005051P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005052P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005053P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005054P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005055P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005056P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005057P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005058P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005059P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005060P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005061P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005062P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005063P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005064P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005065P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005066P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005067P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005068P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005069P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005073P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005074P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005076P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005077P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005078P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005079P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005080P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005081P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005082P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005083P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005084P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005085P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005090P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005093P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005094P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005095P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005096P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005097P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005098P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005099P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005100P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005101P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005102P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005103P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005104P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005105P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005106P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005107P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005108P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005109P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005110P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005111P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005112P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005113P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005114P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005115P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005116P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005117P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005118P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005119P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005120P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005121P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005122P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005123P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005124P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005125P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005126P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005127P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005128P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005129P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005130P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005131P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005132P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005133P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005134P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005135P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005136P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005137P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005138P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005139P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005140P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005141P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005142P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005143P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005144P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005145P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005146P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005147P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005148P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005149P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005150P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005151P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005152P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005153P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005154P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005155P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005156P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005157P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005158P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005159P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005160P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005161P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005162P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005163P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005164P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005165P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005166P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005167P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005168P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005169P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005170P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005171P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005172P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005173P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005174P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005175P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005176P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005177P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005178P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005179P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005180P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005181P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005182P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005183P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005184P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005185P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005186P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005187P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005188P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005189P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005190P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005191P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005192P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005193P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005194P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005195P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005196P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005197P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005198P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005199P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005200P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005201P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005202P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005203P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005204P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005205P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005206P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005207P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005208P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005209P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005210P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005211P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005212P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005213P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005214P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005215P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005216P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005217P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005218P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005219P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005220P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005221P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005222P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005223P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005224P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005225P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005226P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005227P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005228P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005229P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005230P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005231P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005232P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005233P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005234P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005235P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005236P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005237P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005238P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005239P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005240P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005241P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005242P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005243P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005244P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005245P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005246P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005247P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005248P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005249P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005250P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005251P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005252P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005253P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005254P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005255P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005256P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005257P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005258P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005259P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005260P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005261P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005262P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005263P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005264P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005265P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005266P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005267P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005268P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005269P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005270P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005271P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005272P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005273P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005274P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005275P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005276P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005277P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005278P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005279P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005280P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005281P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005282P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005283P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005284P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005285P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005286P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005287P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005288P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005289P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005290P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005291P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005292P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005293P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005294P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005295P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005296P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005297P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005298P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005299P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005300P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005301P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005302P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005303P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005304P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005305P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005306P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005307P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005308P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005309P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005310P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005311P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005312P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005313P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005314P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005315P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005316P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005317P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005318P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005319P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005320P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005321P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005322P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005323P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005324P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005325P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005326P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005327P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005328P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005329P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005330P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005331P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005332P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005333P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005334P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005335P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005336P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005337P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005338P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005339P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005340P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005342P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005347P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005351P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005352P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005353P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005354P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005355P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005356P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005357P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005358P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005359P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005360P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005361P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005362P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005363P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005364P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005365P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005366P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005367P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005368P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005369P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005370P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005371P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005372P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005373P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005374P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005375P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005376P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005377P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005378P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005379P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005380P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005381P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005382P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005383P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005384P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005385P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005386P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005387P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005388P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005389P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005390P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005391P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005392P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005393P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005394P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005395P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005396P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005397P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005398P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005399P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005400P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005401P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005402P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005403P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005404P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005405P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005406P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005407P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005408P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005409P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005410P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005411P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005412P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005413P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005414P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005415P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005416P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005417P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005418P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005419P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005420P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005421P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005422P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005423P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005424P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005425P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005426P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005427P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005428P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005429P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005430P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005431P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005432P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005433P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005434P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005435P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005436P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005437P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005438P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005439P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005440P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005441P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005442P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005443P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005444P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005445P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005446P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005447P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005448P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005449P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005450P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005451P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005452P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005453P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005454P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005455P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005456P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005457P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005458P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005459P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005460P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005461P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005462P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005463P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005464P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005465P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005466P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005467P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005468P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005469P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005470P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005471P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005472P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005473P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005474P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005475P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005476P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005477P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005478P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005479P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005480P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005481P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005482P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005483P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005484P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005485P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005486P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005487P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005488P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005489P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005490P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005491P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005492P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005493P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005494P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005495P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005496P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005497P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005498P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005499P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005500P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005501P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005502P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005503P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005504P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005505P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005506P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005507P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005508P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005509P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005510P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005511P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005512P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005513P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005514P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005515P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005516P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005517P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005518P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005519P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005520P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005521P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005522P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005523P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005524P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005525P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005526P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005527P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005528P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005529P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005530P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005531P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 005532P001-1467A-008 | 005533P001-1467A-008 | 005534P001-1467A-008 | 005535P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005536P001-1467A-008 | 005537P001-1467A-008 | 005538P001-1467A-008 | 005539P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005540P001-1467A-008 | 005541P001-1467A-008 | 005542P001-1467A-008 | 005543P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005544P001-1467A-008 | 005545P001-1467A-008 | 005546P001-1467A-008 | 005547P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005548P001-1467A-008 | 005549P001-1467A-008 | 005550P001-1467A-008 | 005551P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005552P001-1467A-008 | 005553P001-1467A-008 | 005554P001-1467A-008 | 005555P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005556P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005557P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005558P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005559P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005560P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005561P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005562P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005563P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005564P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005565P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005566P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005567P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005568P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005569P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005570P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005571P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005572P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005573P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005574P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005575P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005576P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005577P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005578P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005579P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005580P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005581P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005582P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005583P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005584P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005585P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005586P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005587P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005588P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005589P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005590P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005591P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005592P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005593P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005594P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005595P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005596P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005597P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005598P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005599P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005600P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005601P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005602P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005603P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005604P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005605P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005606P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005607P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005608P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005609P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005610P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005611P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005612P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005613P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005614P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005615P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005616P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005617P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005618P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005619P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005620P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005621P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005622P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005623P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005624P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005625P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005626P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005627P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005628P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005629P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005630P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005631P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005632P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005633P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005634P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005635P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005636P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005637P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005638P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005639P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005640P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005641P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005642P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005643P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005644P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005645P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005646P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005647P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005648P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005649P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005650P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005651P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005652P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005653P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005654P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005655P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005656P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005657P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005658P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005659P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005660P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005661P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005662P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005663P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005664P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005665P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005666P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005667P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005668P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005669P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005670P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005671P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005672P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005673P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005674P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005675P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005676P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005677P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005678P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005679P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005680P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005681P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005682P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005683P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005684P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005685P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005686P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005687P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005688P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005689P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005690P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005691P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005692P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005693P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005694P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005695P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005696P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005697P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005698P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005699P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005700P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005701P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005702P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005703P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005704P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005705P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005706P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005707P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005708P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005709P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005710P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005711P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005712P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005713P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005714P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005715P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005716P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005717P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005718P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005719P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005720P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005721P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005722P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005723P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 005724P001-1467A-008 | 005725P001-1467A-008 | 005726P001-1467A-008 | 005727P001-1467A-008 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005728P001-1467A-008 | 005729P001-1467A-008 | 005730P001-1467A-008 | 005731P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005732P001-1467A-008 | 005733P001-1467A-008 | 005734P001-1467A-008 | 005735P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005736P001-1467A-008 | 005737P001-1467A-008 | 005738P001-1467A-008 | 005739P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005740P001-1467A-008 | 005741P001-1467A-008 | 005742P001-1467A-008 | 005743P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005744P001-1467A-008 | 005745P001-1467A-008 | 005746P001-1467A-008 | 005747P001-1467A-008 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005748P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005749P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005750P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005751P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005752P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005753P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005754P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005755P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005756P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005757P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005758P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005759P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005760P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005761P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005762P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005763P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005764P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005765P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005766P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005767P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005768P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005769P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005770P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005771P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005772P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005773P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005774P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005775P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005776P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005777P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005778P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005779P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005780P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005781P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005782P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005783P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005784P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005785P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005786P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005787P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005788P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005789P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005790P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005791P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005792P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005793P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005794P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005795P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005796P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005797P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005798P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005799P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005800P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005801P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005802P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005803P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005804P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005805P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005806P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005807P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005808P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005809P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005810P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005811P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005812P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005813P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005814P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005815P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005816P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005817P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005818P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005819P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005820P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005821P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005822P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005823P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005824P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005825P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005826P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005827P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005828P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005829P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005830P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005831P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005832P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005833P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005834P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005835P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005836P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005837P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005838P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005839P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005840P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005841P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005842P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005843P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

11/23/2020 08:56:19 PM

005844P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005845P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005846P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005847P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005848P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005849P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005850P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005851P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005852P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005853P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005854P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005855P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005856P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005857P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005858P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005859P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005860P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005861P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005862P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005863P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005864P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005865P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005866P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005867P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005868P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005869P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005870P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005871P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005872P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005873P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005874P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005875P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005876P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005877P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005878P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005879P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005880P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005881P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005882P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005883P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005884P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005885P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005886P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005887P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005888P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005889P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005890P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005891P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005892P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005893P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005894P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005895P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005896P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005897P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005898P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005899P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005900P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005901P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005902P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005903P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005904P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005905P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005906P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005907P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005908P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005909P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005910P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005911P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005912P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005913P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005914P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005915P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005916P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005917P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005918P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005919P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005920P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005921P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005922P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005923P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005924P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005925P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005926P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005927P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005928P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005929P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005930P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005931P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005932P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005933P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005934P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005935P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005936P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005937P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005938P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005939P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005940P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005941P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005942P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005943P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005944P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005945P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005946P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005947P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005948P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005949P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005950P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005951P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005952P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005953P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005954P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005955P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005956P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005957P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005958P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005959P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005960P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005961P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005962P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005963P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005964P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005965P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005966P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005967P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005968P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005969P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005970P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005971P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005972P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005973P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005974P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005975P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005976P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005977P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005978P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005979P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005980P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005981P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005982P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005983P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005984P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005985P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005986P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005987P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005988P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005989P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005990P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005991P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005992P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005993P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005994P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005995P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005996P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005997P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005998P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005999P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006000P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006001P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006002P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006003P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006004P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006005P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006006P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006007P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006008P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006009P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006010P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006011P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006012P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006013P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006014P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006015P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006016P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006017P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006018P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006019P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006020P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006021P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006022P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006023P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006024P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006025P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006026P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006027P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006028P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006029P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006030P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006031P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006032P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006033P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006034P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006035P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006036P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006037P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006038P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006039P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006040P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006041P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006042P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006043P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006044P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006045P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006046P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006047P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006048P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006049P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006050P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006051P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006052P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006053P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006054P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006055P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006056P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006057P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006058P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006059P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006060P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006061P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006062P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006063P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006064P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006065P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006066P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006067P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006068P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006069P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006070P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006071P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006072P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006073P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006074P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006075P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006076P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006077P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006078P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006079P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006080P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006081P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006082P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006083P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006084P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006085P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006086P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006087P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006088P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006089P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006090P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006091P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006092P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006093P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006094P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006095P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006096P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006097P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006098P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006099P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006100P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006101P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006102P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006103P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006104P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006105P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006106P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006107P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006108P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006109P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006110P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006111P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006112P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006113P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006114P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006115P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006116P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006117P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006118P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006119P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006120P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006121P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006122P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006123P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006124P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006125P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006126P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006127P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006128P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006129P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006130P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006131P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006132P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006133P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006134P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006135P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006136P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006137P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006138P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006139P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006140P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006141P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006142P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006143P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006144P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006145P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006146P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006147P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006148P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006149P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006150P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006151P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006152P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006153P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006154P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006155P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006156P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006157P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006158P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006159P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006160P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006161P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006162P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006163P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006164P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006165P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006166P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006167P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006168P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006169P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006170P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006171P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006172P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006173P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006174P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006175P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006176P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006177P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006178P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006179P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006180P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006181P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006182P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006183P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006184P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006185P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006186P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006187P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006188P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006189P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006190P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006191P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006192P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006193P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006194P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006195P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006196P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006197P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006198P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006199P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006200P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006201P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006202P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006203P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006204P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006205P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006206P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006207P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006208P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006209P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006210P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006211P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006212P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006213P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006214P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006215P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006216P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006217P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006218P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006219P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006220P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006221P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006222P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006223P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006224P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006225P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006226P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006227P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

11/23/2020 08:56:19 PM

006228P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006229P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006230P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006231P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006232P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006233P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006234P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006235P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006236P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006237P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006238P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006239P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006240P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006241P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006242P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006243P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006244P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006245P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006246P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006247P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006248P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006249P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006250P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006251P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006252P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006253P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006254P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006255P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006256P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006257P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006258P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006259P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006260P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006261P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006262P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006263P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006264P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006339P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006340P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006341P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006342P002-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006343P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006344P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006345P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006346P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006348P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006349P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006350P001-1467A-008<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

006351P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006352P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006353P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006353P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006914P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006915P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006916P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006917P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006918P001-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006919P002-1467A-008
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed :    **6442**

# EXHIBIT 3

**Cred Inc., et al.**
**Exhibit Pages**

006270P001-1467A-008
100 ACRE CRED OPPORTUNITIES FUND LTD
650 CALIFORNIA ST
STE 05-128
SAN FRANCISCO CA 94108

006461P001-1467A-008
10CLOUDS
LUKASZ GORCZYNSKI
BILLING SPECIALIST
UL PRZESKOK 2
WARSZAWA 00-032
POLAND

006267P002-1467A-008
2112 SEC TT LLC
SCANLANKEMPERBARD COMPANIES LLC
ATTN: ASSET MANAGER, TOWER PLAZA
222 SW COLUMBIA ST STE 700
PORTLAND OR 97201

006267S001-1467A-008
2112 SEC TT LLC
SCHWABE WILLIAMSON & WYATT, P.C.
JOHN GUINASSO
PACWEST CENTER
1211 SW FIFTH AVENUE, STE 1700
PORTLAND OR 97204

006469P001-1467A-008
2655316 ONTARIO INC
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

6800

006422P001-1467A-008
6C MARKETING
VAT NUMBER: 30-71584936-0
LIBERTAD 443 - 6C
BUENOS AIRES  1012
ARGENTINA

006360P001-1467A-008
ABHISHEK GARG
ADDRESS INTENTIONALLY OMITTED

006446P001-1467A-008
ABM INDUSTRY GROUPS
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
STE 360
SHERMAN OAKS CA 91403

006367P001-1467A-008
ADNAN KHAKOO
ADDRESS INTENTIONALLY OMITTED

006277P001-1467A-008
AHP
LPPO BOX 3217
SEATTLE WA 98114

006414P001-1467A-008
AIRBITZ DBA EDGE
311 4TH AVE #413
SAN DIEGO CA 92101

006658P001-1467A-008
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

006491P001-1467A-008
ALABAMA DEPT OF REVENUE
50 NORTH RIPLEY ST
MONTGOMERY AL 36132

006659P001-1467A-008
ALASKA ATTORNEY GENERAL
KEVIN G CLARKSON
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994

006492P001-1467A-008
ALASKA/JUNEAU COMMISSIONER'S OFFICE
PO BOX 110400
JUNEAU AK 99811-0400

006387P001-1467A-008
ALEXANDER ZAVODNIK
ADDRESS INTENTIONALLY OMITTED

006274P001-1467A-008
ALGO CAPITAL MASTER FUND LP
AKA BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006758P001-1467A-008
AMAZON WEB SVC
410 TERRY AVE NORTH
SEATTLE WA 98109

006460P001-1467A-008
AMBER TECHNOLOGIES LIMITED
TIANTIAN KULLANDER
WICKHAMS CAY II
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006374P001-1467A-008
AMIT MOTGI
ADDRESS INTENTIONALLY OMITTED

006440P001-1467A-008
ANCHORAGE TRUST CO
MATHEW PUKALO
CLIENT EXPERIENCE MANAGER
4901 S ISABEL PL
STE 200
SIOUX FALLS SD 57101

006782P001-1467A-008
ANGELROCK
CHRIS SPADAFORA
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

006480P001-1467A-008
ANTHEM INC
220 VIRGINIA AVE
INDIANAPOLIS IN 46204

006764P001-1467A-008
ANVIL ADVISOR
55 BROADWAY 4TH FLOOR
NEW YORK NY 10006

006283P001-1467A-008
ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L
2443 FILLMORE ST STE 406
SAN FRANCISCO CA 94115

006468P001-1467A-008
ARENDT
41A AVE JF KENNEDY
LUXEMBOURG  L-2082
LUXEMBOURG

006660P001-1467A-008
ARIZONA ATTORNEY GENERAL
MARK BRNOVICH
1275 WEST WASHINGTON ST
PHOENIX AZ 85007

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006493P001-1467A-008<br>ARIZONA DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX AZ 85007 | 006461P001-1467A-008<br>ARKANSAS ATTORNEY GENERAL<br>LESLIE RUTLEDGE<br>323 CENTER ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 | 006401P001-1467A-008<br>ARKANSAS DEPT OF FINANCE AND ADMIN<br>1509 W 7TH ST<br>LITTLE ROCK AR 72201 | 006494P001-1467A-008<br>ARKANSAS DEPT OF FINANCE AND ADMINISTRATION<br>700 W CAPITOL<br>LITTLE ROCK AR 72201 |
| 006400P001-1467A-008<br>ARKANSAS SECRETARY OF STATE<br>STATE CAPITOL SUITE 256<br>500 WOODLANE STREET<br>LITTLE ROCK AR 72201 | 006785P001-1467A-008<br>ARKONIS CAPITAL LTD<br>8 DUNCANNON ST<br>STE 218<br>LONDON  WC2N 4JF<br>UNITED KINGDOM | 006467P001-1467A-008<br>ARMANINO LLP<br>DIANA NAMAULEG<br>BILLING ADMINISTRATOR<br>50 W SAN FERNANDO ST<br>STE 600<br>SAN JOSE CA 95113-2433 | 006891P001-1467A-008<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006891S001-1467A-008<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006891S002-1467A-008<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890P001-1467A-008<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S001-1467A-008<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006890S002-1467A-008<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006459P001-1467A-008<br>ASCALEX<br>2445 AUGUSTINE DR STE 150<br>SANTA CLARA CA 95054 | 006269P001-1467A-008<br>AX MOMENTUM LP<br>9465 COUNSELORS ROW<br>STE 200<br>INDIANAPOLIS IN 46240 | 006391P001-1467A-008<br>AXIS INSURANCE CO<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA GA 30022 |
| 006285P001-1467A-008<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 | 006726P001-1467A-008<br>BAY AREA WINDOW DRESSING<br>10 MOUNDS RD # 3C<br>SAN MATEO CA 94402 | 006433P001-1467A-008<br>BERKE<br>KIRSTEN STEELE<br>2970 PEACHTREE RD NW<br>STE 300<br>ATLANTA GA 30305 | 006358P001-1467A-008<br>BETHANY DE LUDE<br>ADDRESS INTENTIONALLY OMITTED |
| 006458P001-1467A-008<br>BETTERSOURCE<br>33 NORTH FIRST ST<br>STE C2<br>CAMPBELL CA 95008 | 006409P001-1467A-008<br>BITANGELS<br>1250 AVENIDA JUAN PONCE DE LEON<br>THIRD FL<br>SAN JUAN PR 00907 | 006441P001-1467A-008<br>BITGO<br>6216 S PINNACLE PL<br>STE 101<br>SIOUX FALLS SD 57108 | 006411P001-1467A-008<br>BITPIE LIMITED<br>SECOND FL CAPITAL CITY INDEPENDENCE AVE<br>PO BOX 1008<br>VICTORIA, MAHE<br>SEYCHELLES |
| 006781P001-1467A-008<br>BITTEMPLE<br>THREE EMBARCADERO CTR STE P5<br>SAN FRANCISCO CA 94111 | 006769P001-1467A-008<br>BITTREX INTERNATIONAL GMBH<br>800 5TH AVE<br>SEATTLE WA 98104 | 006430P001-1467A-008<br>BLACKLANE<br>FEURIGSTR 59<br>BERLIN  10827<br>GERMANY | 006892P001-1467A-008<br>BLOCKCHAIN AT BERKELEY<br>110 SPROUL HALL #5800<br>BERKELEY CA 94720 |

**Cred Inc., et al.**
**Exhibit Pages**

006272P001-1467A-008
BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

006457P001-1467A-008
BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

006278P001-1467A-008
BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006442P001-1467A-008
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

006463P001-1467A-008
BRYAN CAVE LEIGHTON PAISNER LLP
BENJAMIN SAUL
1155 F ST NW
WASHINGTON DC 20004-1357

006901P001-1467A-008
BUSINESS WIRE INC
101 CALIFORNIA ST
20TH FLOOR
SAN FRANCISCO CA 94111

006662P001-1467A-008
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

006479P001-1467A-008
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

006495P001-1467A-008
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

006549P001-1467A-008
CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

006496P001-1467A-008
CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

006757P001-1467A-008
CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

006739P001-1467A-008
CATHERINE A SEEMANN
ADDRESS INTENTIONALLY OMITTED

006777P001-1467A-008
CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

006745P001-1467A-008
CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

006424P001-1467A-008
CLAYTON UTZ
LEVEL 15 1 BLIGH ST
SYDNEY NSW  2000
AUSTRALIA

006449P001-1467A-008
CLOUDFLARE
101 TOWNSEND ST
SAN FRANCISCO CA 94107

006750P001-1467A-008
COINDESK INC
250 PK AVE SOUTH 5TH FLOOR
NEW YORK NY 94904

006416P001-1467A-008
COINSTATS INC
2035 SUNSET LAKE RD #5-2
NEWARK DE 19702

006663P001-1467A-008
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CENTER
1300 BROADWAY 10TH FL
DENVER CO 80203

006497P001-1467A-008
COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

006733P001-1467A-008
COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124

006776P001-1467A-008
COMMERCIAL CLEANING PROS
PO BOX 30411
WALNUT CREEK CA 94598

006498P001-1467A-008
COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE
PO BOX 7010
BOSTON MA 02204

006499P001-1467A-008
COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT ST
ANNAPOLIS MD 21404

006664P001-1467A-008
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

006288P001-1467A-008
CORP SVC CO
251 LITTLE FALLS DR
WILMINGTON DE 19808

006289P001-1467A-008
CORP SVC CO
40 TECHNOLOGY PKWY SOUTH
#300
NORCROSS GA 30092

**Cred Inc., et al.**
**Exhibit Pages**

006290P001-1467A-008
CORP SVC CO
1003 BISHOP ST
STE 1600 PAUAHI TOWER
HONOLULU HI 96813

006291P001-1467A-008
CORP SVC CO
12550 W EXPLORER DR
STE 100
BOISE ID 83713

006292P001-1467A-008
CORP SVC CO
135 NORTH PENNSYLVANIA ST
STE 1610
INDIANAPOLIS IN 46204

006293P001-1467A-008
CORP SVC CO
2900 SW WANAMAKER DR
STE 204
TOPEKA KS 66614

006294P001-1467A-008
CORP SVC CO
45 MEMORIAL CIR
AUGUSTA ME 04330

006295P001-1467A-008
CORP SVC CO
2345 RICE ST
STE 230
ROSEVILLE MN 55113

006296P001-1467A-008
CORP SVC CO
26 WEST SIXTH AVE
PO BOX 1691
HELENA MT 59624-1691

006297P001-1467A-008
CORP SVC CO
2626 GLENWOOD AVE
STE 550
RALEIGH NC 27608

006298P001-1467A-008
CORP SVC CO
1709 NORTH 19TH ST
STE 3
BISMARCK ND 58501-2121

006299P001-1467A-008
CORP SVC CO
10 FERRY ST
STE 313
CONCORD NH 03301

006300P001-1467A-008
CORP SVC CO
PRINCETON SOUTH CORPORATE CTR
STE 160 100 CHARLES EWING BLVD
EWING NJ 08628

006301P001-1467A-008
CORP SVC CO
MC-CSC1
726 E MICHIGAN DR STE 101
HOBBS NM 88240-3465

006302P001-1467A-008
CORP SVC CO
112 NORTH CURRY ST
CARSON CITY NV 89703

006303P001-1467A-008
CORP SVC CO
80 STATE ST
ALBANY NY 12207-2543

006304P001-1467A-008
CORP SVC CO
50 WEST BROAD ST
STE 1330
COLUMBUS OH 43215

006305P001-1467A-008
CORP SVC CO
508 MEETING ST
WEST COLUMBIA SC 29169

006306P001-1467A-008
CORP SVC CO
9360 GLACIER HIGHWAY
STE 202
JUNEAU AK 99801

006307P001-1467A-008
CORP SVC CO
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

006308P001-1467A-008
CORP SVC CO
1900 W LITTLETON BLVD
LITTLETON CO 80120

006309P001-1467A-008
CORP SVC CO
100 PEARL ST
17TH FL MC-CSC1
HARTFORD CT 06103

006310P001-1467A-008
CORP SVC CO
1090 VERMONT AVE NW
WASHINGTON DC 20005

006311P001-1467A-008
CORP SVC CO
1201 HAYS ST
TALLAHASSEE FL 32301

006312P001-1467A-008
CORP SVC CO
505 5TH AVE
STE 729
DES MOINES IA 50309

006313P001-1467A-008
CORP SVC CO
421 WEST MAIN ST
FRANKFORT KY 40601

006314P001-1467A-008
CORP SVC CO
84 STATE ST
BOSTON MA 02109

006315P001-1467A-008
CORP SVC CO
7716 OLD CANTON RD
STE C
MADISON MS 39110

006316P001-1467A-008
CORP SVC CO
10300 GREENBRIAR PL
OKLAHOMA CITY OK 73159-7653

006317P001-1467A-008
CORP SVC CO
1127 BROADWAY ST NE
STE 310
SALEM OR 97301

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006318P001-1467A-008<br>CORP SVC CO<br>2595 INTERSTATE DR<br>STE 103<br>HARRISBURG PA 17110 | 006319P001-1467A-008<br>CORP SVC CO<br>222 JEFFERSON BLVD<br>STE 200<br>WARWICK RI 02888 | 006320P001-1467A-008<br>CORP SVC CO<br>503 SOUTH PIERRE ST<br>PIERRE SD 57501 | 006321P001-1467A-008<br>CORP SVC CO<br>2908 POSTON AVE<br>NASHVILLE TN 37203 |
| 006322P001-1467A-008<br>CORP SVC CO<br>15 WEST SOUTH TEMPLE<br>STE 600<br>SALT LAKE CITY UT 84101 | 006323P001-1467A-008<br>CORP SVC CO<br>100 SHOCKOE SLIP<br>2ND FL<br>RICHMOND VA 23219 | 006324P001-1467A-008<br>CORP SVC CO<br>100 NORTH MAIN ST<br>STE 2<br>BARRE VT 05641 | 006325P001-1467A-008<br>CORP SVC CO<br>MC-CSC1<br>300 DESCHUTES WAY SW STE 208<br>TUMWATER WA 98501 |
| 006326P001-1467A-008<br>CORP SVC CO<br>8040 EXCELSIOR DR<br>STE 400<br>MADISON WI 53717 | 006327P001-1467A-008<br>CORP SVC CO<br>1821 LOGAN AVE<br>CHEYENNE WY 82001 | 006328P001-1467A-008<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC CO<br>211 E 7TH ST<br>STE 620<br>AUSTIN TX 78701-3218 | 006329P001-1467A-008<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC<br>2710 GTWY OAKS DR<br>STE 150N<br>SACRAMENTO CA 95833-3505 |
| 006330P001-1467A-008<br>CORP SVC COMPANY, INC<br>641 SOUTH LAWRENCE ST<br>MONTGOMERY AL 36104 | 006477P001-1467A-008<br>COUNTY OF SAN MATEO TAX COLLECTOR<br>555 COUNTY CTR<br>1ST FLOOR<br>REDWOOD CITY CA 94063 | 006450P001-1467A-008<br>COWAN AGENCY<br>101 CALIFORNIA ST<br>STE 2710<br>SAN FRANCISCO CA 94111 | 006279P001-1467A-008<br>CR FUND<br>LPPO BOX 3217<br>SEATTLE WA 98114 |
| 006426P001-1467A-008<br>CREATIVE SOLUTIONS<br>CUSTOMER # 900829<br>1230 CAMPUS DR<br>MORGANVILLE NJ 07751 | CRED 2240 | CRED 3611 | CRED 6347 |
| CRED 6376 | CRED 6388 | CRED 6628 | CRED 6629 |
| CRED 6630 | CRED 6631 | CRED 6633 | CRED 6634 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6635 | CRED 6636 | CRED 6637 | CRED 6638 |
| CRED 6639 | CRED 6640 | CRED 6641 | CRED 6642 |
| CRED 6643 | CRED 6644 | CRED 6645 | CRED 6646 |
| CRED 6647 | CRED 6648 | CRED 6649 | CRED 6650 |
| CRED 6651 | CRED 6652 | CRED 6653 | CRED 6654 |
| CRED 6655 | CRED 6656 | CRED 6657 | CRED 6711 |
| CRED 6712 | CRED 6713 | CRED 6714 | CRED 6715 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CRED 6716 | CRED 6717 | CRED 6720 | CRED 6721 |
| CRED 6722 | CRED 6723 | CRED 6724 | CRED 6725 |
| CRED 6788 | CRED 6789 | CRED 6790 | CRED 6791 |
| CRED 6792 | CRED 6793 | CRED 6794 | CRED 6795 |
| CRED 6796 | CRED 6797 | CRED 6798 | CRED 6799 |
| CRED 6801 | CRED 6802 | CRED 6803 | CRED 6804 |
| CRED 6805 | CRED 6806 | CRED 6807 | CRED 6808 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6809 | CRED 6810 | CRED 6811 | CRED 6812 |
| CRED 6813 | CRED 6814 | CRED 6815 | CRED 6816 |
| CRED 6817 | CRED 6818 | CRED 6819 | CRED 6820 |
| CRED 6821 | CRED 6822 | CRED 6823 | CRED 6824 |
| CRED 6825 | CRED 6826 | CRED 6827 | CRED 6828 |
| CRED 6829 | CRED 6830 | CRED 6831 | CRED 6832 |
| CRED 6833 | CRED 6834 | CRED 6835 | CRED 6836 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6837 | CRED 6838 | CRED 6839 | CRED 6840 |
| --- | --- | --- | --- |
| CRED 6841 | CRED 6842 | CRED 6843 | CRED 6844 |
| CRED 6845 | CRED 6846 | CRED 6847 | CRED 6848 |
| CRED 6849 | CRED 6850 | CRED 6851 | CRED 6852 |
| CRED 6853 | CRED 6854 | CRED 6855 | CRED 6856 |
| CRED 6857 | CRED 6858 | CRED 6859 | CRED 6860 |
| CRED 6861 | CRED 6862 | CRED 6863 | CRED 6864 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6865 | CRED 6866 | CRED 6868 | CRED 6869 |
| --- | --- | --- | --- |
| CRED 6870 | CRED 6871 | CRED 6872 | CRED 6873 |
| CRED 6874 | CRED 6875 | CRED 6876 | CRED 6877 |
| CRED 6878 | CRED 6879 | CRED 6880 | CRED 6881 |
| CRED 6882 | CRED 6883 | CRED 6884 | CRED 6885 |
| CRED 6886 | CRED 6902 | CRED 6904 | CRED 6905 |
| CRED 6906 | CRED 6907 | CRED 6908 | CRED 6909 |

# Cred Inc., et al.
# Exhibit Pages

CRED 6910

CRED 6911

CRED 6913

006354P001-1467A-008
CRISTIANE ALESSI FERREIRA
ADDRESS INTENTIONALLY OMITTED

006431P001-1467A-008
CRYPSIS
CARLTON E BEASLEY
1410 SPRING HILL RD
STE 300
MCLEAN VA 22102

006462P002-1467A-008
CSC
ACCOUNT NO 81108785579
CO ID:3851984
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

006331P001-1467A-008
CSC-LAWYERS INCORPORATING SVC (COMPANY)
601 ABBOT RD
EAST LANSING MI 48823

006332P001-1467A-008
CSC-LAWYERS INCORPORATING SVC CO
7 ST PAUL ST
STE 820
BALTIMORE MD 21202

006333P001-1467A-008
CSC-LAWYERS INCORPORATING SVC CO
221 BOLIVAR ST
JEFFERSON CITY MO 65101

006334P001-1467A-008
CSC-LAWYERS INCORPORATING SVC CO
233 SOUTH 13TH ST
STE 1900
LINCOLN NE 68508

006778P001-1467A-008
CT CORP
PO BOX 4349
CAROL STREAM IL 60197

006786P001-1467A-008
CYBER QUANTUM PTE LTD
16 RAFFLES QUAY #3303
HONG KONG LEONG BUILDING
SINGAPORE  48581
SINGAPORE

006282P003-1467A-008
DAN SCHATT
CRED INC
ADDRESS INTENTIONALLY OMITTED

006381P001-1467A-008
DAN SCHATT
ADDRESS INTENTIONALLY OMITTED

006363P001-1467A-008
DANIEL HUMMER
ADDRESS INTENTIONALLY OMITTED

006384P001-1467A-008
DANIEL WHEELER
ADDRESS INTENTIONALLY OMITTED

006365P001-1467A-008
DANIYAL INAMULLAH
ADDRESS INTENTIONALLY OMITTED

006780P001-1467A-008
DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

006429P001-1467A-008
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

006887P001-1467A-008
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B. FITZGERALD
600 UNIVERSITY ST
STE 2700
SEATTLE WA 98101

006887S001-1467A-008
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
AI LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006887S002-1467A-008
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888P001-1467A-008
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S001-1467A-008
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S002-1467A-008
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889P001-1467A-008
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006889S001-1467A-008
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889S002-1467A-008
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

# Cred Inc., et al.
## Exhibit Pages

006665P001-1467A-008
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

006359P001-1467A-008
DELON DE METZ
ADDRESS INTENTIONALLY OMITTED

006465P001-1467A-008
DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

006744P001-1467A-008
DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006775P001-1467A-008
DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

006423P001-1467A-008
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

006369P001-1467A-008
DEVON KLINE
ADDRESS INTENTIONALLY OMITTED

006356P001-1467A-008
DHIRAJ BHAT
ADDRESS INTENTIONALLY OMITTED

006445P001-1467A-008
DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

006421P001-1467A-008
DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

006500P001-1467A-008
DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

006666P001-1467A-008
DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

006451P001-1467A-008
DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

006746P001-1467A-008
DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

006268P001-1467A-008
DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

006447P001-1467A-008
DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

006280P001-1467A-008
DRAGONFLY INTERNATIONAL HOLDING LIMITED
KINGSTON CHAMBERS
PO BOX 173
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

006439P001-1467A-008
ELEMENT TECHNOLOGIES
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

006783P001-1467A-008
ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

006432P001-1467A-008
ELIG
112 BECKWITH AVE
CLAYTON NC 27527

006752P001-1467A-008
EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

006438P001-1467A-008
EQUITIES FIRST HOLDINGS
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

006393P001-1467A-008
EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC
234 SPRING LAKE DR
ITASCA IL 60143

006397P001-1467A-008
EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

006756P001-1467A-008
EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

006275P001-1467A-008
FENBUSHI INVESTMENT FUND LP
MAPLES CORPORATE SERVICES LIMITED
PO BOX 39
UGLAND HOUSE
GRAND CAYMAN  KY 1-1104
CAYMAN ISLANDS

006361P001-1467A-008
FERNANDO GOLDSTEIN
ADDRESS INTENTIONALLY OMITTED

006271P001-1467A-008
FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

# Cred Inc., et al.
## Exhibit Pages

006427P001-1467A-008
FIREBLOCKS
500 7TH AV
NEW YORK NY 10018

006448P001-1467A-008
FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

006550P001-1467A-008
FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

006667P001-1467A-008
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

006615P001-1467A-008
FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

006779P001-1467A-008
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

006266P001-1467A-008
GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

006473P001-1467A-008
GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

006668P001-1467A-008
GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

006501P001-1467A-008
GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

006420P001-1467A-008
GETTY/IO INC
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

006471P001-1467A-008
GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

006417P001-1467A-008
GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

006718P001-1467A-008
GRANT LYON
ADDRESS INTENTIONALLY OMITTED

006456P001-1467A-008
GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

006669P001-1467A-008
GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

006546P001-1467A-008
GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

006481P001-1467A-008
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

006362P001-1467A-008
HAN HA
ADDRESS INTENTIONALLY OMITTED

006670P001-1467A-008
HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

006551P001-1467A-008
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

006375P001-1467A-008
HEIDI NG
ADDRESS INTENTIONALLY OMITTED

006774P001-1467A-008
HIREUP LLC
PO BOX 2148
DURANGO CO 81302

006418P001-1467A-008
HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

006425P001-1467A-008
HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

006893P001-1467A-008
HUMAN CLOUD BUSINESS SOLUTIONS
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045
INDIA

006894P001-1467A-008
HUMANCLOUD TECHNOLOGIES
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045  INDIA

006671P001-1467A-008
IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006502P001-1467A-008<br>IDAHO STATE TAX COMMISION<br>800 E PK BLVD<br>PLAZA IV<br>BOISE ID 83712-7742 | 006672P001-1467A-008<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 006335P001-1467A-008<br>ILLINOIS CORP SVC CO<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 | 006503P001-1467A-008<br>ILLINOIS DEPT OF REVENUE<br>JAMES R THOMPSON CENTER  CONCOURSE LEVEL<br>100 WEST RANDOLPH ST<br>CHICAGO IL 60601-3274 |
| 006454P001-1467A-008<br>ILLUMANT<br>431 FLORENCE ST<br>STE 210<br>PALO ALTO CA 94301 | 006773P001-1467A-008<br>INBOUND JUNCTION BG<br>INBOUNDJUNCTION IL<br>MENAHEM BEGIN 20 3RD FLOOR<br>RAMAT GAN  5270005<br>ISAREL | 006787P001-1467A-008<br>INCOME OPPORTUNITIES (LUXEMBOURG) SA<br>19 RUE DE BITBOURG<br>LUXEMBOURG  L-1273<br>LUXEMBOURG | 006676P001-1467A-008<br>INDIANA ATTORNEY GENERAL<br>CURTIS T HILL JR<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| 006504P001-1467A-008<br>INDIANA DEPT OF REVENUE<br>BANKRUPTCY SECTION MS 108<br>100 NORTH SENATE AVE RM N240<br>INDIANAPOLIS IN 46204 | 006434P001-1467A-008<br>INNREG LLC<br>1101 BRICKELL AVE<br>SOUTH TOWER<br>MIAMI FL 33131 | 006740P001-1467A-008<br>INTERIOR PLANT DESIGN<br>1950 MONTEREY RD<br>SAN JOSE CA 95112 | 006505P001-1467A-008<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 |
| 006677P001-1467A-008<br>IOWA ATTORNEY GENERAL<br>TOM MILLER<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | 006506P001-1467A-008<br>IOWA DEPT OF REVENUE<br>PO BOX 10471<br>DES MOINES IA 50306-3457 | 006507P001-1467A-008<br>IRS INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 006281P002-1467A-008<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG AND RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S001-1467A-008<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S002-1467A-008<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S003-1467A-008<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S004-1467A-008<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S005-1467A-008<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S006-1467A-008<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER<br>ADDRESS INTENTIONALLY OMITTED | 006281S007-1467A-008<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>KODY M SPARKS<br>ADDRESS INTENTIONALLY OMITTED | 006453P001-1467A-008<br>JIM OCHSENREITER<br>ADDRESS INTENTIONALLY OMITTED |
| 006444P001-1467A-008<br>JOHN BARR<br>ADDRESS INTENTIONALLY OMITTED | 006370P001-1467A-008<br>JONATHAN LABOVICH<br>ADDRESS INTENTIONALLY OMITTED | 006371P001-1467A-008<br>JOSEPH LALLY<br>ADDRESS INTENTIONALLY OMITTED | 006372P001-1467A-008<br>JOSEPH LIYANA<br>ADDRESS INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Exhibit Pages

006377P001-1467A-008
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006407P001-1467A-008
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006355P001-1467A-008
JOSHUA BEARDSLEY
ADDRESS INTENTIONALLY OMITTED

006428P001-1467A-008
JST SYSTEMS
ANAMARIA GOLEMAC
ANALYST JST CAPITAL
152 W 57TH ST
24TH FL
NEW YORK NY 10019

006466P001-1467A-008
JUMIO CORP
395 PAGE MILL RD
STE 150
PALO ALTO CA 94306-2067

006482P001-1467A-008
KAISER PERMANENTE
ONE KAISER PLZ
OAKLAND CA 94612

006673P001-1467A-008
KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

006508P001-1467A-008
KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66625-9000

006678P001-1467A-008
KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BUILDING SUITE 118
FRANKFORT KY 40601

006509P001-1467A-008
KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

006436P001-1467A-008
KNOWBE4, INC
CUSTOMER ID C-031280
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

006895P001-1467A-008
LA CONCHA
PO BOX 6445
SAN JUAN PR 00914

006731P001-1467A-008
LEES FLORIST AND NURSERY
1420 UNIVERSITY AVE
BERKELEY CA 94702

006719P002-1467A-008
LHV PLANK
ILONA LEBEDEV
AS LHV PANK
TARTU MNT 2
TALLINN 10145
ESTONIA

006727P001-1467A-008
LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

006412P001-1467A-008
LITECOIN FOUNDATION LIMITED
111 NORTH BRIDGE RD #08-19
PENINSUAL PLZ
SINGAPORE  179098
SINGAPORE

006390P001-1467A-008
LOCKTON COMPANIES LLC
DBA LOCKTON INSURANCE BROKERS LLC
THREE EMBARCADERO CTR
SIXTH FL
SAN FRANCISCO CA 94111

006753P001-1467A-008
LOCKTON INSURANCE BROKERS LLC
3 EMBARCADERO CTR 6TH FLOOR
SAN FRANCISCO CA 94111

006754P001-1467A-008
LOGMEIN
320 SUMMER ST
BOSTON MA 02210

006476P001-1467A-008
LOS ANGELES COUNTY TREASURER AND TAX CONTROLL
225 N HILL ST
1ST FLOOR LOBBY
LOS ANGELES CA 90012

006679P001-1467A-008
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

006403P002-1467A-008
LOUISIANA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE LA 70802

006510P001-1467A-008
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

006402P001-1467A-008
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

006406P004-1467A-008
LU HUA
ADDRESS INTENTIONALLY OMITTED

006896P001-1467A-008
LUAS CONSTRUCTION AND FACILITIES
2900 SCOTT BLVD
SANTA CLARA CA 95054

006674P001-1467A-008
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04304

006511P001-1467A-008
MAINE REVENUE SVC
24 STATE HOUSE STATION
AUGUSTA ME 04333

**Cred Inc., et al.**
**Exhibit Pages**

006474P001-1467A-008
MAITRI KIRTIKUMAR KOTAK
ADDRESS INTENTIONALLY OMITTED

006380P001-1467A-008
MAKSIM ROKHLINE
ADDRESS INTENTIONALLY OMITTED

006765P001-1467A-008
MARA HERBKERSMAN
ADDRESS INTENTIONALLY OMITTED

006366P001-1467A-008
MARIE KACMAREK
ADDRESS INTENTIONALLY OMITTED

006751P001-1467A-008
MARLENA AGENCY
278 HAMILTON AVE
PRINCETON NJ 08540

006749P001-1467A-008
MARY M PRINGLE
ADDRESS INTENTIONALLY OMITTED

006680P001-1467A-008
MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022

006552P001-1467A-008
MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N. CALVERT ST STE 401
BALTIMORE MD 21202

006681P001-1467A-008
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698

006483P001-1467A-008
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
1295 STATE ST
SPRINGFIELD MA 01111-0001

006373P001-1467A-008
MEGAN MORAN
ADDRESS INTENTIONALLY OMITTED

006747P001-1467A-008
MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

006742P001-1467A-008
METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

006284P002-1467A-008
METROPOLITAN COMMERCIAL BANK
LIZETTE PERALTA
99 PK AVE 4TH FLOOR
NEW YORK NY 10016

006682P001-1467A-008
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

006512P001-1467A-008
MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

006368P001-1467A-008
MIN KIM
ADDRESS INTENTIONALLY OMITTED

006683P001-1467A-008
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

006513P001-1467A-008
MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

006675P001-1467A-008
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

006514P001-1467A-008
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

006684P001-1467A-008
MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

006515P001-1467A-008
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

006286P001-1467A-008
MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

006287P001-1467A-008
MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

006685P001-1467A-008
MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

006516P001-1467A-008
MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

000004P002-1467A-008
NAME AND ADDRESS INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Exhibit Pages**

11/23/2020 08:33:36 PM

| | | | |
|---|---|---|---|
| 000046P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000192P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000200P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000201P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000582P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000928P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000983P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001008P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001057P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001063P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001097P003-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001200P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001208P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001226P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001285P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001297P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001426P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001540P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001726P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001846P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001866P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001955P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001974P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002463P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002553P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002667P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002776P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002928P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002946P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002953P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003014P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003059P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003100P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003127P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003416P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003491P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003507P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003567P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003568P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003615P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003639P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003645P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003749P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003871P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003890P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004036P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004073P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004074P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004382P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004556P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004592P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004604P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004605P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004655P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004674P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004769P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

11/23/2020 08:33:36 PM

| | | | |
|---|---|---|---|
| 004843P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004869P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004919P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004995P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005055P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005056P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005067P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005084P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005090P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005102P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005186P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005187P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005222P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005399P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005417P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005593P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005607P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005657P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005723P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005755P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005780P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005904P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006085P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006339P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006340P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006341P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006342P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006343P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006344P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006345P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006346P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006348P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006349P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006350P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006351P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006352P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006353P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006766P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006914P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006915P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006916P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006917P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006918P001-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006919P002-1467A-008<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006484P001-1467A-008<br>NAVIA BENEFITS SOLUTION<br>11400 SE 6TH ST<br>STE 125<br>BELLEVUE WA 98004 | 006686P001-1467A-008<br>NEBRASKA ATTORNEY GENERAL<br>DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | 006517P001-1467A-008<br>NEBRASKA DEPT OF REVENUE<br>301 CENTENNIAL MALL SOUTH<br>2ND FLOOR<br>LINCOLN NE 68509-4818 | 006687P001-1467A-008<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME COURT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 |
| 006518P001-1467A-008<br>NEVADA DEPT OF TAXATION<br>1550 E COLLEGE PKWY<br>CARSON CITY NV 89706 | 006729P001-1467A-008<br>NEVTEC<br>1150 S BASCOM AVE STE 12<br>SAN JOSE CA 95128 | 006688P001-1467A-008<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>GORDON MACDONALD<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397 | 006519P001-1467A-008<br>NEW HAMPSHIRE DEPT OF REV ADMIN<br>109 PLEASANT ST<br>CONCORD NH 03301 |
| 006689P001-1467A-008<br>NEW JERSEY ATTORNEY GENERAL<br>GURBIR S GREWAL<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 006520P001-1467A-008<br>NEW JERSEY DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 006690P001-1467A-008<br>NEW MEXICO ATTORNEY GENERAL<br>HECTOR BALDERAS<br>408 GLISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 | 006521P001-1467A-008<br>NEW MEXICO TAX AND REVENUE DEPT<br>LEGAL SVC BUREAU<br>1100 SOUTH ST FRANCIS DR<br>SANTA FE NM 87504-0630 |

**Cred Inc., et al.**
**Exhibit Pages**

006691P001-1467A-008
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

006522P001-1467A-008
NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

006382P001-1467A-008
NICOLE SKILLERN
ADDRESS INTENTIONALLY OMITTED

006692P001-1467A-008
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

006523P001-1467A-008
NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

006693P001-1467A-008
NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHJEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

006528P001-1467A-008
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

006694P001-1467A-008
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

006553P001-1467A-008
OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

006524P001-1467A-008
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

006695P001-1467A-008
OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

006529P001-1467A-008
OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

006396P001-1467A-008
ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

006897P001-1467A-008
ORACLE
500 ORACLE PKWY
REDWOOD SHORES CA 94065

006696P001-1467A-008
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

006530P001-1467A-008
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

006898P001-1467A-008
PARKER AND LYNCH
44 MONTGOMERY ST
STE 1950
SAN FRANCISCO CA 94104

006743P001-1467A-008
PAUL HASTINGS
200 PARK AVE
NEW YORK NY 10166

006357P001-1467A-008
PAWAN CHAWLA
ADDRESS INTENTIONALLY OMITTED

006737P001-1467A-008
PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

006697P001-1467A-008
PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

006554P001-1467A-008
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

006525P001-1467A-008
PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

006734P001-1467A-008
PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

006728P001-1467A-008
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

006475P001-1467A-008
PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

006399P001-1467A-008
PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

006698P001-1467A-008
PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006526P001-1467A-008<br>PUERTO RICO DEPT DE HACIENDA<br>EDIFICIO INTENDENTE RAMIREZ<br>EL PASEO COVDONGA<br>SAN JUAN PR 00901 | 006415P001-1467A-008<br>QTUM CHAIN FOUNDATION<br>JINGAN DISTRICT YUYUAN RD<br>419TH BLDG 34<br>SHANGHAI<br>CHINA | 006383P001-1467A-008<br>RANDY SONG<br>ADDRESS INTENTIONALLY OMITTED | 006767P001-1467A-008<br>REGULATION D RESOURCE<br>7333 WEST JEFFERSON AVE STE 225<br>LAKEWOOD CO 80235 |
| 006899P001-1467A-008<br>REGUS<br>15233 VENTURA BLVD<br>STE 500<br>SHERMAN OAKS CA 91403 | 006273P001-1467A-008<br>RELIZ LTD<br>BLOCKFILLS<br>12 OFFICE 1 TREJQET HUGGIEGA<br>TRIQ VICTOR SCERRI<br>NAXXAR<br>MALTA | 006699P001-1467A-008<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 006527P001-1467A-008<br>RHODE ISLAND DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>1ST FLOOR<br>PROVIDENCE RI 02908 |
| 006486P002-1467A-008<br>RICHARDS LAYTON AND FINGER PA<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | 006900P001-1467A-008<br>ROBERT HALF<br>2884 SAND HILL RD<br>MENLO PARK CA 94025 | 006738P001-1467A-008<br>ROCKETSPACE INC<br>180 SANSOME ST 2ND FLOOR<br>SAN FRANCISCO CA 94104 | 006487P001-1467A-008<br>RUDDY GREGORY PLLC<br>1225 15TH STREET NW<br>WASHINGTON DC 20005 |
| 006488P001-1467A-008<br>RUTSAERT LEGAL<br>14 RE DE STRASSEN<br>LUEMBOURG  2555<br>LUXEMBOURG | 006762P002-1467A-008<br>RYAN ORTEGA<br>ADDRESS INTENTIONALLY OMITTED | 006410P001-1467A-008<br>SAINT BITTS LLC<br>858 ZENWAY BLVD<br>FRIGATE BA<br>SAINT KITTS AND NEVIS | 006760P001-1467A-008<br>SALESFORCE<br>415 MISSION ST<br>SAN FRANCISCO CA 94105 |
| 006389P001-1467A-008<br>SALLY ZHANG<br>ADDRESS INTENTIONALLY OMITTED | 006755P001-1467A-008<br>SALTIRE MANAGEMENT GROUP LLC<br>3281 SUTTON PL NW STE B<br>WASHINGTON DC 20016 | 006478P001-1467A-008<br>SARSON FUNDS LLC<br>9465 COUNSELORS ROW<br>STE 200<br>INDIANAPOLIS IN 46240 | 006489P001-1467A-008<br>SD MAYER AND ASSOCIATES LLP<br>235 MONTGOMERY ST<br>30TH FLOOR<br>SAN FRANCISCO CA 94104 |
| 006265P001-1467A-008<br>SEQUOIA ONE<br>22 4TH ST<br>3RD FLOOR<br>SAN FRANCISCO CA 94103 | 006490P001-1467A-008<br>SHEPPARD MULLIN<br>333 SOUTH HOPE ST<br>43RD FLOOR<br>LOS ANGELES CA 90071 | 006761P001-1467A-008<br>SHORELINE LABS<br>425 CALIFORNIA ST STE 1200<br>SAN FRANCISCO CA 94104 | 006768P001-1467A-008<br>SHRED-IT<br>7734 S 133RD ST<br>OMAHA NE 68138 |
| 006732P001-1467A-008<br>SHUTTLE FINANCE INC<br>DBA ACRE<br>1447 2ND ST 2ND FLOOR<br>SANTA MONICA CA 90401 | 006398P001-1467A-008<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037 | 006770P001-1467A-008<br>SILVERLINE<br>860 BROADWAY 5TH FL<br>NEW YORK NY 10003 | 006561P001-1467A-008<br>SOS DISTRICT OF COLUMBIA<br>KIMBERLY A BASSETT<br>1350 PENNSYLVANIA AVE NW<br>ROOM 419<br>WASHINGTON DC 20004 |

# Cred Inc., et al.
## Exhibit Pages

006562P001-1467A-008
SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

006563P001-1467A-008
SOS OF ALASKA
KEVIN MEYER
333 W WILLOUGHBY AVE
9TH FLOOR
JUNEAU AK 99801

006564P001-1467A-008
SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

006565P001-1467A-008
SOS OF ARKANSAS
JOHN THURSTON
STATE CAPITOL
500 WOODLANE AVE
STE 256
LITTLE ROCK AR 72201

006566P001-1467A-008
SOS OF CALIFORNIA
ALEX PADILLA
1500 11TH ST
SACRAMENTO CA 95814

006567P001-1467A-008
SOS OF COLORADO
JENA GRISWOLD
COLORADO DEPT OF STATE
1700 BROADWAY
STE 200
DENVER CO 80290

006568P001-1467A-008
SOS OF CONNECTICUT
DENISE W MERRILL
30 TRINITY ST
HARTFORD CT 06106

006569P001-1467A-008
SOS OF DELAWARE
JEFFREY W BULLOCK
401 FEDERAL ST
STE 3
DOVER DE 19901

006570P001-1467A-008
SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

006571P001-1467A-008
SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

006572P001-1467A-008
SOS OF GUAM
JOSH TENORIO
LEUTENANT GOVERNOR
RICARDO J BORDALLO GOVERNORS COMPLEX
PO BOX 2950 HAGATNA GUAM 96932
ADELUP GU 96910

006573P001-1467A-008
SOS OF HAWAII
JOSH GREEN
LEUTENANT GOVERNOR
STATE CAPITOL
ROOM 415
HONOLULU HI 96813

006574P001-1467A-008
SOS OF IDAHO
LAWERENCE DENNEY
700 WEST JEFFERSON ST RM E205
PO BOX 83720
BOISE ID 83720-0080

006575P001-1467A-008
SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD IL 62756

006576P001-1467A-008
SOS OF INDIANA
CONNIE LAWSON
200 W WASHINGTON ST
ROOM 201
INDIANAPOLIS IN 46204

006577P001-1467A-008
SOS OF IOWA
PAUL D PATE
FIRST FLOOR LUCAS BUILDING
321 E 12TH ST
DES MOINES IA 50319

006582P001-1467A-008
SOS OF KANSAS
SCOTT SCHWAB
MEMORIAL HALL 1ST FLOOR
120 SW 10TH AVE
TOPEKA KS 66612-1594

006583P001-1467A-008
SOS OF KENTUCKY
MICHAEL ADAMS
OFFICE OF THE KENTUCY SECRETARY OF STATE
700 CAPITAL AVE STE 152
FRANKFORT KY 40601

006584P001-1467A-008
SOS OF LOUISIANA
R KYLE ARDOIN
8585 ARCHIVES AVE
PO BOX 94125 BATON ROUGE LA 708049125
BATON ROUGE LA 70809

006578P001-1467A-008
SOS OF MAINE
MATTHEW DUNLAP
148 STATE HOUSE STATION
AUGUSTA ME 00433-0148

006579P001-1467A-008
SOS OF MARYLAND
JOHN C WOBENSMITH
FRED L WINELAND BUILDING
16 FRANCIS ST
ANNAPOLIS MD 21401

006585P001-1467A-008
SOS OF MASSACHUSETTS
WILLIAM FRANCIS GALVIN
ONE ASHBURTON PLACE
ROOM 1611
BOSTON MA 02108-1512

006580P001-1467A-008
SOS OF MICHIGAN
JOCELYN BENSON
MICHIGAN DEPARTMENT OF STATE
LANSING MI 48919

006586P001-1467A-008
SOS OF MINNESOTA
STEVE SIMON
OFFICE OF THE SECRETARY OF STATE
RETIREMENT SYSTEMS OF MINNESOTA BLDG
60 EMPIRE DR STE 100
ST. PAUL MN 55103

006581P001-1467A-008
SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

006587P001-1467A-008
SOS OF MISSOURI
JOHN R ASHCROFT
600 WEST MAIN ST
JEFFERSON CITY MO 65101

006588P001-1467A-008
SOS OF MONTANA
COREY STAPLETON
STATE CAPITOL BUILDING 1301 E 6TH AVE
PO BOX 202801 HELENA MT 59620
HELENA MT 59601

006589P001-1467A-008
SOS OF NEBRASKA
ROBERT BEVNEN
PO BOX 94608
LINCOLN NE 68509-4608

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006590P001-1467A-008<br>SOS OF NEVADA<br>BARBARA K CEGAVSKE<br>NEVADA STATE CAPITOL BLDG<br>101 N CARSON ST STE 3<br>CARSON CITY NV 89701 | 006591P001-1467A-008<br>SOS OF NEW HAMPSHIRE<br>WILLIAM M GARDNER<br>107 N MAIN ST RM 204<br>STATE HOUSE<br>CONCORD NH 03301 | 006592P001-1467A-008<br>SOS OF NEW JERSEY<br>TAHESHA WAY ESQ<br>225 W STATE ST<br>PO BOX 001<br>TRENTON NJ 08625-0300 | 006593P001-1467A-008<br>SOS OF NEW MEXICO<br>MAGGIE TOULOUSE OLIVER<br>NEW MEXICO STATE CAPITOL ANNEX NORTH<br>325 DON GASPAR STE 300<br>SANTA FE NM 87501 |
| 006594P001-1467A-008<br>SOS OF NEW YORK<br>ROSSANA ROSADO<br>ONE COMMERCE PLAZA<br>99 WASHINGTON AVE<br>ALBANY NY 12231-0001 | 006595P001-1467A-008<br>SOS OF NORTH CAROLINA<br>ELAINE F MARSHALL<br>2 SOUTH SALISBURY ST<br>PO BOX 29622<br>RALEIGH NC 27626-0622 | 006596P001-1467A-008<br>SOS OF NORTH DAKOTA<br>ALVIN A AL JAEGER<br>600 E BLVD AVE<br>DEPT 108 1ST FLOOR<br>BISMARCK ND 58505-0500 | 006597P001-1467A-008<br>SOS OF OHIO<br>FRANK LAROSE<br>180 EAST BROAD ST<br>16TH FLOOR<br>COLUMBUS OH 43215 |
| 006598P001-1467A-008<br>SOS OF OKLAHOMA<br>MICHAEL ROGERS<br>2300 N LINCOLN BLVD<br>STE 101<br>OKLAHOMA CITY OK 73105-4897 | 006599P001-1467A-008<br>SOS OF OREGON<br>BEV CLARNO<br>900 COURT ST NE<br>CAPTIAL RM 136<br>SALEM OR 97310-0722 | 006600P001-1467A-008<br>SOS OF PENNSYLVANIA<br>KATHY BOOCKVAR<br>302 NORTH OFFICE BLDG<br>HARRISBURG PA 17120 | 006602P001-1467A-008<br>SOS OF PUERTO RICO<br>ELMER ROMAIN<br>DEPTO DE ESTADO DE PR<br>CALLE SAN JOSE<br>SAN JUAN PR 00901 |
| 006601P001-1467A-008<br>SOS OF RHODE ISLAND<br>NELLIE M GORBEA<br>82 SMITH ST<br>STATE HOUSE ROOM 217<br>PROVIDENCE RI 02903 | 006603P001-1467A-008<br>SOS OF SOUTH CAROLINA<br>MARK HAMMOND<br>EDGAR BROWN BLDG<br>1205 PENDELTON ST STE 525<br>COLUMBIA SC 29201 | 006604P001-1467A-008<br>SOS OF SOUTH DAKOTA<br>STEVE BARNETT<br>CAPITOL BUILDING<br>500 E CAPITOL AVE STE 204<br>PIERRE SD 57501-5070 | 006605P001-1467A-008<br>SOS OF TENNESSEE<br>TRE HARGETT<br>312 ROSA L PARKS AVE<br>8TH FLOOR SNODGRASS TOWER<br>NASHVILLE TN 37243-1102 |
| 006606P001-1467A-008<br>SOS OF TEXAS<br>RUTH HUGHS<br>JAMES E RUDDER BUUILDING<br>1019 BRAZOS<br>AUSTIN TX 78701 | 006607P001-1467A-008<br>SOS OF UTAH<br>SPENCER COX<br>160 E 300 S<br>2ND FLOOR<br>SALT LAKE CITY UT 84111 | 006608P001-1467A-008<br>SOS OF VERMONT<br>JIM CONDOS<br>26 TERREACE ST<br>MONTPELIER VT 05609-1101 | 006609P001-1467A-008<br>SOS OF VIRGINIA<br>KELLY THOMASSON<br>PO BOX 1475<br>RICHMOND VA 23218 |
| 006610P001-1467A-008<br>SOS OF WASHINGTON<br>KIM WYMAN<br>LEGISLATEIVE BUILDING<br>PO BOX 40220<br>OLYMPIA WA 98504-0220 | 006611P001-1467A-008<br>SOS OF WEST VIRGINIA<br>MAC WARNER<br>BLDG 1 SUITE 157K<br>1900 KANAWHA BLVD EAST<br>CHARLESTON WV 25305-0770 | 006612P001-1467A-008<br>SOS OF WISCONSIN<br>DOUG LAFOLLETTE<br>PO BOX 7848<br>MADISON WI 53707-7848 | 006613P001-1467A-008<br>SOS OF WYOMING<br>EDWARD A BUCHANAN<br>SECRETARY OF STATES OFFICE<br>2020 CAREY AVE<br>STE 600<br>CHEYENNE WY 82002-0020 |
| 006700P001-1467A-008<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 006531P001-1467A-008<br>SOUTH DAKOTA DEPT OF REVENUE<br>301 GERVAIS ST<br>PO BOX 125<br>COLUMBIA SC 29201 | 006701P001-1467A-008<br>SOUTH DAKOTA ATTORNEY GENERAL<br>JASON RAVNSBORG<br>1302 EAST HWY 14<br>STE 1<br>PIERRE SD 57501-8501 | 006532P001-1467A-008<br>SOUTH DAKOTA DEPT OF REVENUE AND REGULATION<br>445 E CAPITOL AVE<br>PIERRE SD 57501 |

# Cred Inc., et al.
## Exhibit Pages

006276P001-1467A-008
SPICE VENTURE CAPITAL PTD LTD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE
SINGAPORE

006336P001-1467A-008
STANLEY C WILSON
ADDRESS INTENTIONALLY OMITTED

006338P002-1467A-008
STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006614P001-1467A-008
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

006621P001-1467A-008
STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

006533P001-1467A-008
STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

006534P001-1467A-008
STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

006622P001-1467A-008
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

006535P001-1467A-008
STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

006616P001-1467A-008
STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

006623P001-1467A-008
STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

006536P001-1467A-008
STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

006617P001-1467A-008
STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

006624P001-1467A-008
STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

006618P001-1467A-008
STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

006625P001-1467A-008
STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

006619P001-1467A-008
STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

006626P001-1467A-008
STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

006620P001-1467A-008
STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

006627P001-1467A-008
STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

006772P002-1467A-008
STEFAN RUST
ADDRESS INTENTIONALLY OMITTED

006379P001-1467A-008
SUDHA MADHURI RAVULA
ADDRESS INTENTIONALLY OMITTED

006364P001-1467A-008
SUNG HWANG
ADDRESS INTENTIONALLY OMITTED

006736P001-1467A-008
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

006730P001-1467A-008
TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

006763P001-1467A-008
TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

006437P001-1467A-008
TELEMEIO
7 TERMAASEK BLVD
SINGAPORE  038987
SINGAPORE

006702P001-1467A-008
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

# Cred Inc., et al.
## Exhibit Pages

006555P001-1467A-008
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

006537P001-1467A-008
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

006452P001-1467A-008
TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

006703P001-1467A-008
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

006538P001-1467A-008
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

006464P001-1467A-008
THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

006464S001-1467A-008
THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

006392P001-1467A-008
THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

006337P001-1467A-008
THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

006735P001-1467A-008
THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

006759P001-1467A-008
TODD HERSCHBERG
ADDRESS INTENTIONALLY OMITTED

006455P001-1467A-008
TOWER PLAZA TOWER (LINCOLN PROPERTY COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

006413P001-1467A-008
TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

006472P001-1467A-008
TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

006741P001-1467A-008
TRUPTI BALEKUND
ADDRESS INTENTIONALLY OMITTED

006784P001-1467A-008
UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERCE@IRVING
SINGAPORE  369546
SINGAPORE

006408P001-1467A-008
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

006556P001-1467A-008
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

006557P001-1467A-008
US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

006558P001-1467A-008
US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

006559P001-1467A-008
US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

006560P001-1467A-008
US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

006547P001-1467A-008
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

006548P001-1467A-008
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

006771P001-1467A-008
USER CENTERED EXPERIENCES LLC
95 MOUNTAIN SPRINGS DR
BONNY DOON CA 95060

006704P001-1467A-008
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

006539P001-1467A-008
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

006395P002-1467A-008
VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

**Cred Inc., et al.**
**Exhibit Pages**

006705P001-1467A-008
VERMONT ATTORNEY GENERAL
TJ DONOVAN
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

006540P001-1467A-008
VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

006470P001-1467A-008
VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

006706P001-1467A-008
VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

006541P001-1467A-008
VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

006419P002-1467A-008
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

006485P001-1467A-008
VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

006707P001-1467A-008
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

006542P001-1467A-008
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

006709P001-1467A-008
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

006405P001-1467A-008
WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

006543P001-1467A-008
WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 25301

006404P001-1467A-008
WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

006394P001-1467A-008
WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006708P001-1467A-008
WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

006544P001-1467A-008
WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

006710P001-1467A-008
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BUILDING ROOM 123
CHEYENNE WY 82002

006545P001-1467A-008
WYOMING DEPT OF REVENUE
122 WEST 25TH ST HERSCHLER BLDG
3RD FL EAST
CHEYENNE WY 82002

006378P001-1467A-008
XAVIER RASHOTSKY
ADDRESS INTENTIONALLY OMITTED

006435P001-1467A-008
YEARWOOD MEDIA
JOHN YEARWOOD
PRESIDENT CEO
680 NE 119TH ST
BISCAYNE PARK FL 33161

006385P001-1467A-008
YIHAN XU
ADDRESS INTENTIONALLY OMITTED

006386P001-1467A-008
ZACHARY YOUNG
ADDRESS INTENTIONALLY OMITTED

006748P001-1467A-008
ZEROTH LINK LLC
24016 2ND ST
HAYWARD CA 95054

006443P001-1467A-008
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704

Records Printed :   **752**