## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF DEPOSITION OF MARC PARRISH

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court District of Delaware, on December 16, 2020, the Official Committee of Unsecured Creditors will take the deposition, upon oral examination, of Marc Parrish commencing at 12:00 p.m. (ET), and continuing from day to day until completed, before an officer authorized to administer oaths, and to be recorded by stenographic means, to be held (a) via a Zoom video conference; or (b) at the offices of McDermott Will & Emery, 340 Madison Avenue, New York, New York 10173-1922.

*Remainder of Page Intentionally Left Blank*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 9, 2020 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br><br>- and -<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |