## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 9 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/09/2020 | 167 | Notice of Deposition Notice of Deposition of Marc Parrish Filed by Official Committee of Unsecured Creditors. (Hurst, David) (Entered: 12/09/2020) |

X _____
Laurie Heggan

Dated: December 9, 2020
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 9th day of December 2020, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

**CRED INC. 20-12836 (JTD)**

| | |
|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX, AZ 85005-6123 | BILLION LAW<br>MARK M BILLION, ESQ,<br>1073 S GOVERNOR AVE<br>DOVER, DE 19904 |
| BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER, ESQ,<br>919 N MARKET ST., STE 990<br>WILMINGTON, DE 19801 | CARLTON FIELDS PA<br>DAVID L GAY, ESQ,<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE., STE 1200<br>MIAMI, FL 33136-4118 |
| COUSINS LAW LLC<br>SCOTT D. COUSINS,<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE - SUITE 301<br>WILMINGTON, DE 19803 | CRED INC.<br>ATTN: PRESIDENT/CEO,<br>3 EAST THIRD AVENUE<br>SAN MATEO, CA 94401 |
| DCP CAPITAL<br>KEVIN HU, KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS VG1110 | DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT,<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 |
| DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS,<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX,<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS,<br>401 FEDERAL ST STE 4<br>DOVER, DE 19901 | DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT,<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904 |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN,<br>MAPLES CORPORATE SERVICES (BVI) LIMITED<br>KINGTON CHAMBERS, P O BOX 173<br>ROAD TOWN TORTOLA, BRITISH VIRGIN ISLANDS VG1110 | FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON,<br>222 DELAWARE AVE., STE 1410<br>WILMINGTON, DE 19801-1621 |

**CRED INC. 20-12836 (JTD)**

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL,<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS, IN 46240 | FISHERBROYLES LLP<br>CARL D NEFF,ESQ,<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON, DE 19803 |
| FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ,<br>445 PARK AVE<br>NEW YORK, NY 10022 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340,<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN,<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON, DE 19801 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION,<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION,<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5016 | JST CAPITAL<br>SCOTT FREEMAN,<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT, NJ 07901 |
| MAPLE PARTNERS LLC<br>JOSHUA SEGALL,<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN, WY 82801 | MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON,<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING, MI 48922 |
| OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON, DE 19801 | PAUL HASTINGS LLP<br>JAMES T. GROGAN, MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON, TX 77002 |
| PAUL HASTINGS LLP<br>G. ALEXANDER BONGARTZ, DEREK CASH<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ,<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON, DE 19899 |

**CRED INC. 20-12836 (JTD)**

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3,
300 SPRING GARDEN ST
PHILADELPHIA, PA 19123

UPHOLD, INC
JP THIERIOT,
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR, CA 94939

US ATTORNEY FOR DELAWARE
CHARLES OBERLY, ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON, DE 19801

US EPA REG 3
OFFICE OF REG. COUNSEL,
1650 ARCH ST
PHILADELPHIA, PA 19103

Landis Rath & Cobb LLP
Kimberly Brown, Adam Landis, Matthew Pierce
919 Market Street
Suite 1800
WILMINGTON, DE 19801