## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DEBTORS' AMENDED MOTION EXTENDING TIME TO FILE**
**SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion (as amended, the "<u>Motion</u>")[2] of the above-captioned debtors and

debtors in possession (the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (a) extending time to

file schedules and statement of financial affairs and (b) granting related relief; all as more fully

set forth in the Motion; and upon the Foster Declaration; and this Court having jurisdiction over

this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference*, dated

February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the

United States Constitution; and this Court having found that venue of this proceeding and the

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

found that the relief requested in the Motion is in the best interests of the Debtors' estates, their

creditors, and other parties in interest; and this Court having found that the Debtors' notice of the

Motion and opportunity for a hearing on the Motion were appropriate under the circumstances

and no other notice need be provided; and this Court having reviewed the Motion and having

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.

2.      The time by which the Debtors must file the Schedules is extended until the date that is 76 days after the Petition Date, up to and including January 22, 2021.

3.      Entry of this Order is without prejudice to the Debtors' rights to seek further extensions of the time within which to file the Schedules.

4.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.