**Exhibit B**

**Foster Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION OF MATTHEW K. FOSTER IN SUPPORT OF
DEBTORS' AMENDED MOTION FOR ENTRY OF ORDER EXTENDING
TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

I, Matthew K. Foster, declare and state under penalty of perjury as follows:

1. I submit this declaration (the "Declaration") in support of the *Debtors' Amended Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs* (the "Motion").[2]

2. I am the Chief Restructuring Officer for the Debtors.[3] I am also a Managing Director of Sonoran Capital Advisors, LLC ("Sonoran"), a turnaround, crisis management, and financial advisory firm that maintains an office at 1733 N. Greenfield Road, Mesa, Arizona 85205, and I am duly authorized to make this declaration (the "Declaration") on behalf of Sonoran.

3. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Motion.

[3] On December 1, 2020, the Debtors filed their motion [Docket No. 95] (the "CRO Motion") seeking entry of an order authorizing the Debtors to employ and retain Sonoran Capital Advisors, LLC and designating me, effective as of November 30,2 020, as the Debtors' Chief Restructuring Officer. The CRO Motion is schedules to be heard on December 17, 2020.

4.     Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Sonoran professionals, MACCO professionals, the Debtors' management team, or learned from my review of other documents.  To the extent any information disclosed here requires amendment or modification as additional information becomes available to me, a supplemental declaration will be submitted.

### Qualifications

5.     I am a Managing Director and co-founder of Sonoran and am based in Mesa, Arizona.  I have over fifteen (15) years of experience in corporate restructuring, private equity, consulting, and executive management.  My experience spans a variety of industries, primarily focusing on distressed middle-market companies.   Prior to joining Sonoran in 2017, I was a Director at KRyS Global USA (formerly Odyssey Capital Group, LLC), a restructuring financial advisory firm.  Among other things, I have served as Chief Restructuring Officer for, among others, an oil field services company, a public pharmaceutical company, a regional airline, a charter coach company, as well as served as Interim Chief Financial Officer for, among others, a refrigerated trucking company, a snack food manufacturer, and a technology company.

### Preparation of Schedules

6.     The Debtors recently removed Daniel Schatt as Chief Executive Officer (although he remains an employee, but not in an officer capacity).  In addition, the Debtors recently terminated the employment of their Chief Financial Officer, Mr. Joe Podulka, who has been replaced by Mr. Scott Wiley (an employee of Sonoran) as interim Chief Financial Officer. Furthermore, the Debtors' Controller is expected to commence maternity leave in the near term, and she will be replaced by Ms. Tonia Tautolo (also a Sonoran employee) as Interim Controller

until the Debtors' Controller returns.  Moreover, the Debtors have only 20 employees and don't have a large back-office staff to assist with the preparation of Schedules.

7.      Given the voluminous nature of the debtors' records (which include thousands of creditors) and the recent turnover in the Debtors' management, it will not be possible to complete the Debtors' Schedules on or before December 21, 2020.  I anticipate that the process will take approximately an additional 30 days to complete.

[*Remainder of page intentionally left blank.*]


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 9, 2020
Mesa, Arizona

                                                          */s/ Matthew K. Foster*
                                                          Matthew K. Foster
                                                          Managing Director of
                                                          Sonoran Capital Advisors, LLC