UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) | **Related D.I. 170**_____ |

### ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE OF HEARING ON DEBTORS' AMENDED MOTION FOR ENTRY OF ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") (a) scheduling a hearing on the Amended Motion, (b) shortening the period for notice of the hearing on the Amended Motion, and (c) setting a reply deadline, all as further detailed in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion to Shorten.

having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Shorten; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted as set forth herein.

2. The Amended Motion shall be heard on **December 17, 2020 at 11:00 a.m. (prevailing Eastern Time)**.

3. All objections to the relief requested by the Amended Motion shall be filed or before **December 14, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

4. The deadline for the Debtors to reply to any such responses shall be **December 15, 2020 at 4:00 p.m. (ET)**.

5. Immediately after the entry of this Order, the Debtors shall serve a copy of this Order and notice of the Amended Motion as set forth in the Motion to Shorten by email where available, otherwise by overnight mail.

6. The Debtors authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 10th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE