**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| CRED INC., *et al.*,[1] | : | |
| | : | |
| | : | Case No. 20-12836 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re:  D.I. 64, 133** |

**NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS**
**DIRECTED TO DEBTORS**

PLEASE TAKE NOTICE that Andrew R. Vara, United States Trustee for Regions 3 and

9, caused his *Request for Production of Documents Directed to Debtors* to be served to counsel to

the Debtors, counsel to the Official Committee of Unsecured Creditors, and counsel to Krzysztof

Majdak and Phillippe Godinea via electronic mail as indicated on the attached sheet(s).

Dated: December 10, 2020        Respectfully submitted,
      Wilmington, Delaware

                                  **ANDREW R. VARA**
                                  **UNITED STATES TRUSTEE,**
                                  **REGIONS 3 and 9**

                                  By: */s/ Joseph J. McMahon, Jr.*
                                  Joseph J. McMahon, Jr.
                                  Trial Attorney
                                  John Schanne
                                  Trial Attorney
                                  United States Department of Justice
                                  Office of the United States Trustee
                                  J. Caleb Boggs Federal Building
                                  844 King Street, Suite 2207, Lockbox 35
                                  Wilmington, DE 19801
                                  (302) 573-6491 (Phone)
                                  (302) 573-6497 (Fax)
                                  joseph.mcmahon@usdoj.gov
                                  john.schanne@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Scott D. Cousins
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
scott.cousins@cousins-law.com

James T. Grogan
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
jamesgrogan@paulhastings.com

G. Alexander Bongartz
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
alexbongartz@paulhastings.com

David R. Hurst
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
dhurst@mwe.com

Timothy W. Walsh
Darren Azman
**McDERMOTT WILL & EMERY LLP**
340 Madison Avenue
New York, NY 10173
twwalsh@mwe.com
dazman@mwe.com

Jason A. Gibson
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Suite 810
Wilmington, DE 19801
gibson@teamrosner.com

Joseph E. Sarachek
**SARACHEK LAW FIRM**
670 White Plains Road
Penthouse Fl.
Scarsdale, New York 10583
joe@saracheklawfirm.com
zachary@saracheklawfirm.com