UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |
| ) | RE: Docket No. 138 |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE AND
SERVE THE OPPOSITION OF DEBTORS TO RESPONSE OF JAMES
ALEXANDER TO THE MOTION OF KRZYSZTOF MAJDAK AND
PHILIPPE GODINEA FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C.
§ 1112(B) (I) DISMISSING THE CASES; (II) CONVERTING THE CASES TO A
CHAPTER 7 LIQUIDATION; OR (III) APPOINTING A CHAPTER 11 TRUSTEE**

Upon consideration of the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (each a "Debtors" and, collectively, the "Debtors"), for entry of an Order granting the Debtors leave and permission to file and serve their Opposition of Debtors to the Response of James Alexander dated December 2, 2020 [Docket No. 103] (the "Response") to the Motion of Krzysztof Majdak and Phillipe Godineau's for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee dated November 11, 2020 [Docket No. 62] (the "Motion to Convert") beyond the deadline set forth in rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), all as more fully set forth in the Motion; and the Court having

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Response.

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and a hearing having been held, if necessary, to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:**

1. The Motion for Leave is granted to the extent set forth herein.

2. The Debtors are granted leave and permission to file and serve the Opposition, and the Court will consider the Opposition.

3. The Debtors are authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Motion for Leave.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: December 11th, 2020  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE