## CERTIFICATE OF SERVICE

I certify that, on December 11, 2020, I caused to be served a copy/copies of the United States Trustee's **Notice of Deposition of Daniel Schatt** to be served via electronic mail to the persons listed below.

Scott D. Cousins
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
scott.cousins@cousins-law.com

James T. Grogan
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
jamesgrogan@paulhastings.com

G. Alexander Bongartz
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
alexbongartz@paulhastings.com

David R. Hurst
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
dhurst@mwe.com

Timothy W. Walsh
Darren Azman
**McDERMOTT WILL & EMERY LLP**
340 Madison Avenue
New York, NY 10173
twwalsh@mwe.com
dazman@mwe.com

Jason A. Gibson
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Suite 810
Wilmington, DE 19801
gibson@teamrosner.com

Joseph E. Sarachek
**SARACHEK LAW FIRM**
670 White Plains Road
Penthouse Fl.
Scarsdale, New York 10583
joe@saracheklawfirm.com
zachary@saracheklawfirm.com

Daniel M. Glassman
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
dglassman@crowell.com

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)

2