## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Winnie Yeung, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 9th day of December, 2020, DRC, acting under my supervision, caused to be served the "*Notice of Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases*", a sample of which is attached as Exhibit 1, to be served via electronic mail upon the parties as set forth on Exhibit 2, and via US First Class Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 11th day of December, 2020, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
11th day of December, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

.

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| CRED INC., *et al.*,[1] | : | |
| | : | Case No. 20-12836 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re:  D.I. 133** |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN
ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE, OR IN THE
ALTERNATIVE, (I) DIRECTING THE APPOINTMENT OF AN EXAMINER, OR (II)
CONVERTING THE CASES TO CHAPTER 7 CASES**

**PLEASE TAKE NOTICE** that on December 4, 2020, Andrew R. Vara, United States Trustee for Regions Three and Nine ("U.S. Trustee"), filed his *Motion for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 P.M. (Eastern Time) on December 10, 2020;** *provided*, *however*, **that the Debtors and the Official Committee of Unsecured Creditors shall have until 4:00 P.M. (Eastern Time) on December 14, 2020 to respond to the Motion.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **Thursday, December 17, 2020 at 11:00 A.M. (Eastern Time)** before the Honorable John T. Dorsey, 5th Floor, Courtroom # 5, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: December 9, 2020
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
John Schanne
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov

# EXHIBIT 2

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000066P001-1467S-018<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000057P001-1467S-018<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-018<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 002240P002-1467A-018<br>CRED 2240 |
| 002329P002-1467A-018<br>CRED 2329 | 003127P002-1467A-018<br>CRED 3127 | 003611P003-1467A-018<br>CRED 3611 | 006347P001-1467A-018<br>CRED 6347 |
| 006376P001-1467A-018<br>CRED 6376 | 006628P002-1467A-018<br>CRED 6628 | 006629P002-1467A-018<br>CRED 6629 | 006630P002-1467A-018<br>CRED 6630 |
| 006631P002-1467A-018<br>CRED 6631 | 006633P002-1467A-018<br>CRED 6633 | 006634P002-1467A-018<br>CRED 6634 | 006635P002-1467A-018<br>CRED 6635 |
| 006636P002-1467A-018<br>CRED 6636 | 006637P002-1467A-018<br>CRED 6637 | 006638P003-1467A-018<br>CRED 6638 | 006639P002-1467A-018<br>CRED 6639 |
| 006640P002-1467A-018<br>CRED 6640 | 006641P002-1467A-018<br>CRED 6641 | 006642P002-1467A-018<br>CRED 6642 | 006643P002-1467A-018<br>CRED 6643 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 006644P002-1467A-018<br>CRED 6644 | 006645P002-1467A-018<br>CRED 6645 | 006646P002-1467A-018<br>CRED 6646 | 006647P002-1467A-018<br>CRED 6647 |
| 006648P002-1467A-018<br>CRED 6648 | 006649P002-1467A-018<br>CRED 6649 | 006650P002-1467A-018<br>CRED 6650 | 006651P002-1467A-018<br>CRED 6651 |
| 006652P002-1467A-018<br>CRED 6652 | 006653P003-1467A-018<br>CRED 6653 | 006654P002-1467A-018<br>CRED 6654 | 006655P002-1467A-018<br>CRED 6655 |
| 006656P002-1467A-018<br>CRED 6656 | 006657P002-1467A-018<br>CRED 6657 | 006711P001-1467A-018<br>CRED 6711 | 006712P002-1467A-018<br>CRED 6712 |
| 006713P002-1467A-018<br>CRED 6713 | 006714P002-1467A-018<br>CRED 6714 | 006715P002-1467A-018<br>CRED 6715 | 006716P002-1467A-018<br>CRED 6716 |
| 006717P002-1467A-018<br>CRED 6717 | 006720P002-1467A-018<br>CRED 6720 | 006721P002-1467A-018<br>CRED 6721 | 006722P002-1467A-018<br>CRED 6722 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 006723P002-1467A-018<br>CRED 6723 | 006724P002-1467A-018<br>CRED 6724 | 006725P002-1467A-018<br>CRED 6725 | 006788P002-1467A-018<br>CRED 6788 |
| 006789P002-1467A-018<br>CRED 6789 | 006790P002-1467A-018<br>CRED 6790 | 006791P003-1467A-018<br>CRED 6791 | 006792P002-1467A-018<br>CRED 6792 |
| 006793P002-1467A-018<br>CRED 6793 | 006794P002-1467A-018<br>CRED 6794 | 006795P002-1467A-018<br>CRED 6795 | 006796P002-1467A-018<br>CRED 6796 |
| 006797P002-1467A-018<br>CRED 6797 | 006798P002-1467A-018<br>CRED 6798 | 006799P002-1467A-018<br>CRED 6799 | 006800P002-1467A-018<br>CRED 6800 |
| 006801P003-1467A-018<br>CRED 6801 | 006802P001-1467A-018<br>CRED 6802 | 006803P001-1467A-018<br>CRED 6803 | 006804P001-1467A-018<br>CRED 6804 |
| 006805P001-1467A-018<br>CRED 6805 | 006806P001-1467A-018<br>CRED 6806 | 006807P002-1467A-018<br>CRED 6807 | 006808P001-1467A-018<br>CRED 6808 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 006809P001-1467A-018<br>CRED 6809 | 006810P001-1467A-018<br>CRED 6810 | 006811P001-1467A-018<br>CRED 6811 | 006812P001-1467A-018<br>CRED 6812 |
| 006813P002-1467A-018<br>CRED 6813 | 006814P001-1467A-018<br>CRED 6814 | 006815P001-1467A-018<br>CRED 6815 | 006816P001-1467A-018<br>CRED 6816 |
| 006817P001-1467A-018<br>CRED 6817 | 006819P001-1467A-018<br>CRED 6819 | 006820P001-1467A-018<br>CRED 6820 | 006821P001-1467A-018<br>CRED 6821 |
| 006822P002-1467A-018<br>CRED 6822 | 006823P001-1467A-018<br>CRED 6823 | 006823P001-1467A-018<br>CRED 6823 | 006824P001-1467A-018<br>CRED 6824 |
| 006825P002-1467A-018<br>CRED 6825 | 006826P001-1467A-018<br>CRED 6826 | 006827P001-1467A-018<br>CRED 6827 | 006828P002-1467A-018<br>CRED 6828 |
| 006829P001-1467A-018<br>CRED 6829 | 006830P001-1467A-018<br>CRED 6830 | 006831P001-1467A-018<br>CRED 6831 | 006832P001-1467A-018<br>CRED 6832 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006833P002-1467A-018<br>CRED 6833 | 006834P001-1467A-018<br>CRED 6834 | 006836P001-1467A-018<br>CRED 6836 | 006837P002-1467A-018<br>CRED 6837 |
| 006838P001-1467A-018<br>CRED 6838 | 006839P001-1467A-018<br>CRED 6839 | 006840P001-1467A-018<br>CRED 6840 | 006841P001-1467A-018<br>CRED 6841 |
| 006842P001-1467A-018<br>CRED 6842 | 006843P001-1467A-018<br>CRED 6843 | 006844P001-1467A-018<br>CRED 6844 | 006845P001-1467A-018<br>CRED 6845 |
| 006846P001-1467A-018<br>CRED 6846 | 006847P001-1467A-018<br>CRED 6847 | 006848P001-1467A-018<br>CRED 6848 | 006849P001-1467A-018<br>CRED 6849 |
| 006850P001-1467A-018<br>CRED 6850 | 006851P001-1467A-018<br>CRED 6851 | 006852P001-1467A-018<br>CRED 6852 | 006853P001-1467A-018<br>CRED 6853 |
| 006854P001-1467A-018<br>CRED 6854 | 006855P002-1467A-018<br>CRED 6855 | 006856P002-1467A-018<br>CRED 6856 | 006857P002-1467A-018<br>CRED 6857 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006858P002-1467A-018<br>CRED 6858 | 006859P002-1467A-018<br>CRED 6859 | 006860P003-1467A-018<br>CRED 6860 | 006861P002-1467A-018<br>CRED 6861 |
| 006862P002-1467A-018<br>CRED 6862 | 006863P002-1467A-018<br>CRED 6863 | 006864P002-1467A-018<br>CRED 6864 | 006865P002-1467A-018<br>CRED 6865 |
| 006866P002-1467A-018<br>CRED 6866 | 006867P002-1467A-018<br>CRED 6867 | 006868P002-1467A-018<br>CRED 6868 | 006869P001-1467A-018<br>CRED 6869 |
| 006870P001-1467A-018<br>CRED 6870 | 006871P001-1467A-018<br>CRED 6871 | 006872P001-1467A-018<br>CRED 6872 | 006873P001-1467A-018<br>CRED 6873 |
| 006874P001-1467A-018<br>CRED 6874 | 006875P001-1467A-018<br>CRED 6875 | 006876P001-1467A-018<br>CRED 6876 | 006877P001-1467A-018<br>CRED 6877 |
| 006878P001-1467A-018<br>CRED 6878 | 006879P001-1467A-018<br>CRED 6879 | 006880P001-1467A-018<br>CRED 6880 | 006881P001-1467A-018<br>CRED 6881 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006882P001-1467A-018<br>CRED 6882 | 006883P001-1467A-018<br>CRED 6883 | 006884P001-1467A-018<br>CRED 6884 | 006885P001-1467A-018<br>CRED 6885 |
| 006886P001-1467A-018<br>CRED 6886 | 006902P002-1467A-018<br>CRED 6902 | 006903P001-1467A-018<br>CRED 6903 | 006904P001-1467A-018<br>CRED 6904 |
| 006905P001-1467A-018<br>CRED 6905 | 006906P001-1467A-018<br>CRED 6906 | 006907P001-1467A-018<br>CRED 6907 | 006908P001-1467A-018<br>CRED 6908 |
| 006910P001-1467A-018<br>CRED 6910 | 006911P001-1467A-018<br>CRED 6911 | 006912P001-1467A-018<br>CRED 6912 | 006913P001-1467A-018<br>CRED 6913 |
| 006920P001-1467A-018<br>CRED 6920 | 006921P001-1467A-018<br>CRED 6921 | 006922P001-1467A-018<br>CRED 6922 | 006923P001-1467A-018<br>CRED 6923 |
| 006924P001-1467A-018<br>CRED 6924 | 006925P001-1467A-018<br>CRED 6925 | 006927P001-1467A-018<br>CRED 6927 | 006928P001-1467A-018<br>CRED 6928 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 006929P001-1467A-018 | 006930P001-1467A-018 | 006931P001-1467A-018 | 006932P001-1467A-018 |
| CRED 6929 | CRED 6930 | CRED 6931 | CRED 6932 |

| 006933P001-1467A-018 | 006936P002-1467A-018 | 006937P001-1467A-018 | 006938P001-1467A-018 |
| CRED 6933 | CRED 6936 | CRED 6937 | CRED 6938 |

| 006939P001-1467A-018 | 006940P001-1467A-018 | 006941P001-1467A-018 | 006942P001-1467A-018 |
| CRED 6939 | CRED 6940 | CRED 6941 | CRED 6942 |

| 006943P001-1467A-018 | 006944P002-1467A-018 | 006945P002-1467A-018 | 006946P001-1467A-018 |
| CRED 6943 | CRED 6944 | CRED 6945 | CRED 6946 |

| 006947P001-1467A-018 | 006948P001-1467A-018 | 006949P002-1467A-018 | 006950P001-1467A-018 |
| CRED 6947 | CRED 6948 | CRED 6949 | CRED 6950 |

| 006951P001-1467A-018 | 006952P001-1467A-018 | 006953P001-1467A-018 | 006954P001-1467A-018 |
| CRED 6951 | CRED 6952 | CRED 6953 | CRED 6954 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

---

006955P001-1467A-018
CRED 6955

006956P002-1467A-018
CRED 6956

006957P002-1467A-018
CRED 6957

006958P002-1467A-018
CRED 6958

006959P001-1467A-018
CRED 6959

006960P001-1467A-018
CRED 6960

006961P001-1467A-018
CRED 6961

006962P001-1467A-018
CRED 6962

006963P001-1467A-018
CRED 6963

006964P001-1467A-018
CRED 6964

006965P001-1467A-018
CRED 6965

000036P001-1467S-018
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-018
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-018
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-018
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-018
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-018
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-018
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-018
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-018
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-018
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-018
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000004P001-1467S-018
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-018
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000062P001-1467S-018<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-018<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-018<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000001P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000002P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000004P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000005P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000006P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000007P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000008P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000009P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000010P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000011P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000013P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000014P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000015P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000016P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000017P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000018P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000019P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000020P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000021P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000022P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000023P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000024P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000024P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000025P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000027P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000035P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000036P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000039P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000041P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000043P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000044P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000046P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000048P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000050P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000052P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000053P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000054P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000055P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000056P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000057P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000058P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000059P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000060P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000061P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000062P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000063P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000064P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000065P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000066P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000067P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000068P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000069P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000070P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000071P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000072P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000073P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000074P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000075P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000076P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000077P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000078P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000079P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000080P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000081P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000082P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000083P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000084P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000085P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000086P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000087P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000088P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000089P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000090P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000091P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000092P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000093P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000094P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000095P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000096P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000097P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000098P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000099P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000100P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000101P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000102P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000103P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000116P001-1467A-018 | 000117P001-1467A-018 | 000118P001-1467A-018 | 000119P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000120P001-1467A-018 | 000121P001-1467A-018 | 000122P001-1467A-018 | 000123P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000124P001-1467A-018 | 000125P001-1467A-018 | 000126P001-1467A-018 | 000127P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000128P001-1467A-018 | 000129P001-1467A-018 | 000130P001-1467A-018 | 000131P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000132P001-1467A-018 | 000133P001-1467A-018 | 000134P001-1467A-018 | 000135P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000136P001-1467A-018 | 000137P001-1467A-018 | 000138P001-1467A-018 | 000139P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000140P001-1467A-018 | 000141P001-1467A-018 | 000142P001-1467A-018 | 000143P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000144P001-1467A-018 | 000145P001-1467A-018 | 000146P001-1467A-018 | 000147P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000148P001-1467A-018 | 000149P001-1467A-018 | 000150P001-1467A-018 | 000151P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000152P001-1467A-018 | 000153P001-1467A-018 | 000154P001-1467A-018 | 000155P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000156P001-1467A-018 | 000157P001-1467A-018 | 000158P001-1467A-018 | 000159P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000160P001-1467A-018 | 000161P001-1467A-018 | 000162P001-1467A-018 | 000163P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000164P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000165P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000166P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000167P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000168P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000169P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000170P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000171P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000172P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000173P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000174P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000175P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000176P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000177P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000178P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000179P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000180P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000181P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000182P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000183P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000184P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000185P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000186P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000187P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000188P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000189P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000190P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000191P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000192P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000193P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000194P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000195P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000196P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000197P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000198P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000199P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000200P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000201P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000202P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000203P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000204P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000205P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000206P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000207P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000208P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000209P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000210P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000211P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000212P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000213P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000214P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000215P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000216P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000217P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000218P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000219P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000220P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000221P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000222P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000223P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000224P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000225P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000226P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000227P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000228P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000229P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000230P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000231P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000232P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000233P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000234P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000235P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000236P001-1467A-018 | 000237P001-1467A-018 | 000238P001-1467A-018 | 000239P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000240P001-1467A-018 | 000241P001-1467A-018 | 000242P001-1467A-018 | 000243P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000244P001-1467A-018 | 000245P001-1467A-018 | 000246P001-1467A-018 | 000247P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000248P001-1467A-018 | 000249P001-1467A-018 | 000250P001-1467A-018 | 000251P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000252P001-1467A-018 | 000253P001-1467A-018 | 000254P001-1467A-018 | 000255P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000256P001-1467A-018 | 000257P001-1467A-018 | 000258P001-1467A-018 | 000259P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000260P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000261P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000262P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000263P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000264P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000265P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000266P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000267P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000268P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000269P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000270P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000271P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000272P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000273P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000274P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000275P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000276P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000277P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000278P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000279P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000280P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000281P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000282P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000283P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000284P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000285P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000286P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000287P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000288P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000289P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000290P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000291P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000292P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000293P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000294P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000295P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000296P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000297P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000298P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000299P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000300P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000301P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000302P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000303P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000304P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000305P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000306P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000307P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000308P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000309P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000310P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000311P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000312P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000313P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000314P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000315P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000316P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000317P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000318P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000324P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000325P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000326P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000327P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000328P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000329P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000330P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000331P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000332P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000333P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000334P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000335P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000336P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000337P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000338P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000339P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000340P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000341P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000342P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000343P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000344P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000345P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000346P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000347P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000348P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000349P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000350P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000351P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000352P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000353P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000354P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000355P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000356P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000357P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000358P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000359P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000360P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000361P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000362P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000363P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000364P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000365P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000366P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000367P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000368P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000369P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000370P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000371P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000372P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000373P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000374P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000375P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000376P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000377P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000378P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000379P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000380P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000381P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000382P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000383P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000384P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000385P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000386P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000387P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000388P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000389P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000390P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000391P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000392P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000393P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000394P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000395P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000396P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000397P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000398P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000399P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000400P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000401P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000402P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000403P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000404P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000405P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000406P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000407P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000408P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000409P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000410P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000411P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000412P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000413P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000414P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000415P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000416P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000417P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000418P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000419P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000420P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000421P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000422P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000423P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000424P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000425P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000426P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000427P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000428P001-1467A-018 | 000429P001-1467A-018 | 000430P001-1467A-018 | 000431P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000432P001-1467A-018 | 000433P001-1467A-018 | 000434P001-1467A-018 | 000435P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000436P001-1467A-018 | 000437P001-1467A-018 | 000438P001-1467A-018 | 000439P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000440P001-1467A-018 | 000441P001-1467A-018 | 000442P001-1467A-018 | 000443P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000444P001-1467A-018 | 000445P001-1467A-018 | 000446P001-1467A-018 | 000447P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000448P001-1467A-018 | 000449P001-1467A-018 | 000450P001-1467A-018 | 000451P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000452P001-1467A-018 | 000453P001-1467A-018 | 000454P001-1467A-018 | 000455P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000456P001-1467A-018 | 000457P001-1467A-018 | 000458P001-1467A-018 | 000459P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000460P001-1467A-018 | 000461P001-1467A-018 | 000462P001-1467A-018 | 000463P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000464P001-1467A-018 | 000465P001-1467A-018 | 000466P001-1467A-018 | 000467P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000468P001-1467A-018 | 000469P001-1467A-018 | 000470P001-1467A-018 | 000471P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000472P001-1467A-018 | 000473P001-1467A-018 | 000474P001-1467A-018 | 000475P002-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000476P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000477P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000478P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000479P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000480P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000481P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000482P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000483P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000484P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000485P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000486P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000487P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000488P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000489P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000490P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000491P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000492P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000493P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000494P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000495P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000496P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000497P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000498P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000499P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000500P001-1467A-018 | 000501P001-1467A-018 | 000502P001-1467A-018 | 000503P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000504P001-1467A-018 | 000505P001-1467A-018 | 000506P001-1467A-018 | 000507P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000508P001-1467A-018 | 000509P001-1467A-018 | 000510P001-1467A-018 | 000511P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000512P001-1467A-018 | 000513P001-1467A-018 | 000514P001-1467A-018 | 000515P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000516P001-1467A-018 | 000517P001-1467A-018 | 000518P001-1467A-018 | 000519P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000520P001-1467A-018 | 000521P001-1467A-018 | 000522P001-1467A-018 | 000523P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000524P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000525P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000526P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000527P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000528P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000529P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000530P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000531P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000532P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000533P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000534P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000535P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000536P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000537P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000538P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000539P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000540P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000541P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000542P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000543P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000544P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000545P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000546P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000547P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000548P001-1467A-018 | 000549P001-1467A-018 | 000550P001-1467A-018 | 000551P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000552P001-1467A-018 | 000553P001-1467A-018 | 000554P001-1467A-018 | 000555P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000556P001-1467A-018 | 000557P001-1467A-018 | 000558P001-1467A-018 | 000559P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000560P001-1467A-018 | 000561P001-1467A-018 | 000562P001-1467A-018 | 000563P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000564P001-1467A-018 | 000565P001-1467A-018 | 000566P001-1467A-018 | 000567P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000568P001-1467A-018 | 000569P001-1467A-018 | 000570P001-1467A-018 | 000571P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000572P001-1467A-018 | 000573P001-1467A-018 | 000574P001-1467A-018 | 000575P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000576P001-1467A-018 | 000577P001-1467A-018 | 000578P001-1467A-018 | 000579P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000580P001-1467A-018 | 000581P001-1467A-018 | 000582P002-1467A-018 | 000583P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000584P001-1467A-018 | 000585P001-1467A-018 | 000586P001-1467A-018 | 000587P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000588P001-1467A-018 | 000589P001-1467A-018 | 000590P001-1467A-018 | 000591P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000592P001-1467A-018 | 000593P001-1467A-018 | 000594P001-1467A-018 | 000595P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000596P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000597P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000598P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000599P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000600P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000601P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000602P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000603P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000604P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000605P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000606P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000607P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000608P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000609P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000610P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000611P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000612P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000613P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000614P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000615P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000616P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000617P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000618P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000619P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000620P001-1467A-018 | 000621P001-1467A-018 | 000622P001-1467A-018 | 000623P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000624P001-1467A-018 | 000625P001-1467A-018 | 000626P001-1467A-018 | 000627P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000628P001-1467A-018 | 000629P001-1467A-018 | 000630P001-1467A-018 | 000631P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000632P001-1467A-018 | 000633P001-1467A-018 | 000634P001-1467A-018 | 000635P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000636P001-1467A-018 | 000637P001-1467A-018 | 000638P001-1467A-018 | 000639P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000640P001-1467A-018 | 000641P001-1467A-018 | 000642P001-1467A-018 | 000643P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000644P001-1467A-018 | 000645P001-1467A-018 | 000646P001-1467A-018 | 000647P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000648P001-1467A-018 | 000649P001-1467A-018 | 000650P001-1467A-018 | 000651P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000652P001-1467A-018 | 000653P001-1467A-018 | 000654P001-1467A-018 | 000655P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000656P001-1467A-018 | 000657P001-1467A-018 | 000658P001-1467A-018 | 000659P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000660P001-1467A-018 | 000661P001-1467A-018 | 000662P001-1467A-018 | 000663P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000664P001-1467A-018 | 000665P001-1467A-018 | 000666P001-1467A-018 | 000667P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000668P001-1467A-018 | 000669P001-1467A-018 | 000670P001-1467A-018 | 000671P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000672P001-1467A-018 | 000673P001-1467A-018 | 000674P001-1467A-018 | 000675P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000676P001-1467A-018 | 000677P001-1467A-018 | 000678P001-1467A-018 | 000679P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000680P001-1467A-018 | 000681P001-1467A-018 | 000682P001-1467A-018 | 000683P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000684P001-1467A-018 | 000685P001-1467A-018 | 000686P001-1467A-018 | 000687P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000688P001-1467A-018 | 000689P001-1467A-018 | 000690P001-1467A-018 | 000691P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000692P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000693P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000694P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000695P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000696P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000697P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000698P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000699P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000700P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000701P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000702P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000703P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000704P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000705P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000706P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000707P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000708P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000709P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000710P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000711P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000712P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000713P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000714P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000715P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000716P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000717P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000718P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000719P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000720P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000721P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000722P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000723P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000724P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000725P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000726P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000727P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000728P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000729P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000730P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000731P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000732P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000733P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000747P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000748P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000749P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000750P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000751P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000752P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000753P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000754P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000755P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000756P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000757P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000758P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000759P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000760P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000761P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000762P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000763P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000764P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000765P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000766P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000767P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000768P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000769P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000770P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000776P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000780P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000782P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000783P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000784P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000785P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000786P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000787P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

000788P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000789P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000790P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000791P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000792P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000793P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000794P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000795P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000796P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000797P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000798P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000799P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000800P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000801P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000802P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000803P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000804P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000805P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000806P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000807P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000808P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000809P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000810P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000811P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000812P001-1467A-018 | 000813P001-1467A-018 | 000814P001-1467A-018 | 000815P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000816P001-1467A-018 | 000817P001-1467A-018 | 000818P001-1467A-018 | 000819P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000820P001-1467A-018 | 000821P001-1467A-018 | 000822P001-1467A-018 | 000823P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000824P001-1467A-018 | 000825P001-1467A-018 | 000826P001-1467A-018 | 000827P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000828P001-1467A-018 | 000829P001-1467A-018 | 000830P001-1467A-018 | 000831P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000832P001-1467A-018 | 000833P001-1467A-018 | 000834P001-1467A-018 | 000835P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000836P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000837P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000838P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000839P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000840P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000841P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000842P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000843P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000844P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000845P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000846P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000847P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000848P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000849P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000850P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000851P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000852P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000853P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000854P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000855P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000856P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000857P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000858P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000859P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 000860P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000861P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000862P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000863P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000864P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000865P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000866P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000867P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000868P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000869P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000870P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000871P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000872P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000873P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000874P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000875P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000876P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000877P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000878P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000879P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000880P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000881P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000882P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000883P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000884P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000885P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000886P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000887P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000888P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000889P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000890P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000891P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000892P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000893P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000894P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000895P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000896P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000897P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000898P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000899P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000900P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000904P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000906P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000908P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000909P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000910P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000911P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000912P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000913P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000914P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000915P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000916P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000917P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000918P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000919P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000920P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000921P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000922P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000923P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000924P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000925P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000926P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000927P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000928P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000929P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000930P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000931P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000932P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000933P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000934P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000935P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000936P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000937P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000938P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000939P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000940P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000941P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000942P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000943P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000944P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000945P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000946P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000947P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000948P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000949P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000950P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000951P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000952P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000953P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000954P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000955P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000956P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000957P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000958P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000959P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000960P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000961P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000962P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000963P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000964P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000965P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000966P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000967P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000968P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000969P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000970P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000971P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000972P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000973P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000974P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000975P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000976P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000977P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000978P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000979P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000980P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000981P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000982P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000983P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000984P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000985P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000986P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000987P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000988P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000989P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000990P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000991P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000992P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000993P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000994P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000995P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000996P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000997P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000998P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000999P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001000P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001001P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001002P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001003P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001004P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001005P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001006P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001007P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001008P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001009P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001010P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001011P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001012P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001013P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001014P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001015P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001016P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001017P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001018P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001019P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001020P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001021P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001022P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001023P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001024P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001025P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001026P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001027P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001028P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001029P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001030P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001031P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001032P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001033P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001034P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001035P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001036P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001037P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001038P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001039P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001040P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001041P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001042P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001043P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001044P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001045P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001046P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001047P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001048P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001049P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001050P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001051P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001052P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001053P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001054P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001055P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001056P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001057P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001058P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001059P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001060P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001061P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001062P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001063P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001064P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001065P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001066P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001067P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001068P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001069P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001070P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001071P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001072P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001073P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001074P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001075P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001076P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001077P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001078P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001079P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001080P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001081P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001082P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001083P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001084P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001085P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001086P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001087P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001088P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001089P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001090P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001091P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001092P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001093P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001094P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001095P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001096P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001097P003-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001097P003-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001098P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001099P001-1467A-018 | 001100P001-1467A-018 | 001101P001-1467A-018 | 001102P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001103P001-1467A-018 | 001104P001-1467A-018 | 001105P001-1467A-018 | 001106P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001107P001-1467A-018 | 001108P001-1467A-018 | 001109P001-1467A-018 | 001110P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001111P001-1467A-018 | 001112P001-1467A-018 | 001113P001-1467A-018 | 001114P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001115P001-1467A-018 | 001116P001-1467A-018 | 001117P001-1467A-018 | 001118P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001119P001-1467A-018 | 001120P001-1467A-018 | 001121P001-1467A-018 | 001122P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001123P001-1467A-018 | 001124P001-1467A-018 | 001125P001-1467A-018 | 001126P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001127P001-1467A-018 | 001128P001-1467A-018 | 001129P001-1467A-018 | 001130P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001131P001-1467A-018 | 001132P001-1467A-018 | 001133P001-1467A-018 | 001134P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001135P001-1467A-018 | 001136P001-1467A-018 | 001137P001-1467A-018 | 001138P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001139P001-1467A-018 | 001140P001-1467A-018 | 001141P001-1467A-018 | 001142P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001143P001-1467A-018 | 001144P001-1467A-018 | 001145P001-1467A-018 | 001146P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 001147P001-1467A-018 | 001148P001-1467A-018 | 001149P001-1467A-018 | 001150P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001151P001-1467A-018 | 001152P001-1467A-018 | 001153P001-1467A-018 | 001154P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001155P001-1467A-018 | 001156P001-1467A-018 | 001157P001-1467A-018 | 001158P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001159P001-1467A-018 | 001160P001-1467A-018 | 001161P001-1467A-018 | 001162P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001163P001-1467A-018 | 001164P001-1467A-018 | 001165P001-1467A-018 | 001166P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001167P001-1467A-018 | 001168P001-1467A-018 | 001169P001-1467A-018 | 001170P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001171P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001172P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001173P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001174P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001175P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001176P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001177P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001178P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001179P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001180P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001181P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001182P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001183P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001184P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001185P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001186P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001187P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001188P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001189P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001190P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001191P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001192P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001193P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001194P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001195P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001196P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001197P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001198P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001199P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001200P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001201P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001202P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001203P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001204P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001205P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001206P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001207P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001208P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001209P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001210P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001211P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001212P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001213P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001214P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001215P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001216P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001217P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001218P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001219P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001220P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001221P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001222P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001223P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001224P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001225P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001226P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001227P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001228P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001229P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001230P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001231P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001232P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001233P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001234P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001235P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001236P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001237P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001240P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 001243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001248P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001249P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001250P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001251P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001252P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001253P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001254P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001255P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001256P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001257P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001258P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001259P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001260P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001261P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001262P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001263P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001264P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001265P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001266P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001267P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001268P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001269P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001270P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001271P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001272P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001273P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001274P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001275P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001276P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001277P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001278P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001279P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001280P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001281P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001282P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001283P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001284P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001285P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001286P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001287P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001288P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001289P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001290P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001291P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001292P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001293P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001294P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001295P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001296P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001297P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001298P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001299P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001300P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001301P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001302P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001303P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001304P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001305P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001306P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001307P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001308P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001309P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001310P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001311P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001312P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001313P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001314P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001315P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001316P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001317P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001318P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001324P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001325P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001326P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001327P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001328P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001329P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001330P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001331P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001332P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001333P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001334P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001335P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001336P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001337P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001338P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001339P001-1467A-018 | 001340P001-1467A-018 | 001341P001-1467A-018 | 001342P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001343P001-1467A-018 | 001344P001-1467A-018 | 001345P001-1467A-018 | 001346P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001347P001-1467A-018 | 001348P001-1467A-018 | 001349P001-1467A-018 | 001350P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001351P001-1467A-018 | 001352P001-1467A-018 | 001353P001-1467A-018 | 001354P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001355P001-1467A-018 | 001356P001-1467A-018 | 001357P001-1467A-018 | 001358P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001359P001-1467A-018 | 001360P001-1467A-018 | 001361P001-1467A-018 | 001362P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001363P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001364P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001365P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001366P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001367P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001368P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001369P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001370P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001371P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001372P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001373P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001374P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001375P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001376P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001377P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001378P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001379P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001380P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001381P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001382P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001383P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001384P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001385P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001386P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001387P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001388P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001389P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001390P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001391P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001392P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001393P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001394P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001395P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001396P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001397P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001398P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001399P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001400P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001401P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001402P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001403P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001404P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001405P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001406P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001407P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001408P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001409P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001410P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001411P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001412P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001413P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001414P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001415P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001416P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001417P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001418P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001419P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001420P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001421P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001422P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001423P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001424P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001425P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001426P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001427P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001428P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001429P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001430P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001431P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001432P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001433P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001434P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001435P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001436P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001437P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001438P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001439P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001440P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001441P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001442P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001443P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001444P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001445P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001446P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001447P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001448P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001449P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001450P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001451P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001452P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001453P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001454P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001455P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001456P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001457P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001458P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001459P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001460P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001461P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001462P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001463P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001464P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001465P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001466P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001467P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001468P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001469P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001470P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001471P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001472P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001473P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001474P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001475P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001476P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001477P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001478P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001479P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001480P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001481P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001482P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001483P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001484P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001485P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001486P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001487P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001488P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001489P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001490P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001491P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001492P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001493P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001494P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001495P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001496P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001497P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001498P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001499P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001500P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001501P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001502P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001503P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001504P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001505P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001506P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001507P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001508P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001509P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001510P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001511P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001512P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001513P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001514P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001515P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001516P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001517P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001518P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001519P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001520P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001521P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001522P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001523P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001524P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001525P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001526P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001527P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001528P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001529P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001530P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001531P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001532P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001533P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001534P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001535P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001536P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001537P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001538P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001539P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001540P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001541P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001542P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001543P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001544P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001545P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001546P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001547P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001548P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001549P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001550P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001551P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001552P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001553P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001554P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001555P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001556P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001557P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001558P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001559P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001560P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001561P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001562P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001563P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001564P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001565P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001566P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001567P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001568P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001569P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001570P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001571P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001572P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001573P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001574P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001575P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001576P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001577P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001578P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 001579P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001580P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001581P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001582P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001583P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001584P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001585P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001586P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001587P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001588P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001589P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001590P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001591P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001592P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001593P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001594P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001595P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001596P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001597P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001598P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001599P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001600P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001601P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001602P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001603P001-1467A-018 | 001604P001-1467A-018 | 001605P001-1467A-018 | 001606P001-1467A-018 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001607P001-1467A-018 | 001608P001-1467A-018 | 001609P001-1467A-018 | 001610P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001611P001-1467A-018 | 001612P001-1467A-018 | 001613P001-1467A-018 | 001614P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001615P001-1467A-018 | 001616P001-1467A-018 | 001617P001-1467A-018 | 001618P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001619P001-1467A-018 | 001620P001-1467A-018 | 001621P001-1467A-018 | 001622P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001623P001-1467A-018 | 001624P001-1467A-018 | 001625P001-1467A-018 | 001626P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001627P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001628P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001629P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001630P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001631P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001632P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001633P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001634P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001635P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001636P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001637P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001638P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001639P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001640P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001641P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001642P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001643P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001644P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001645P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001646P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001647P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001648P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001649P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001650P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001651P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001652P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001653P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001654P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001655P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001656P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001657P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001658P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001659P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001660P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001661P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001662P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001663P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001664P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001665P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001666P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001667P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001668P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001669P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001670P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001671P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001672P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001673P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001674P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

001675P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001676P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001677P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001678P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001679P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001680P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001681P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001682P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001683P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001684P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001685P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001686P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001687P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001688P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001689P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001690P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001691P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001692P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001693P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001694P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001695P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001696P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001697P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001698P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 001699P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001700P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001701P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001702P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001703P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001704P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001705P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001706P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001707P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001708P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001709P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001710P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001711P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001712P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001713P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001714P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001715P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001716P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001717P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001718P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001719P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001720P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001721P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001722P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 001723P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001724P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001725P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001726P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001727P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001728P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001729P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001730P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001731P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001732P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001733P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001747P001-1467A-018 | 001748P001-1467A-018 | 001749P001-1467A-018 | 001750P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001751P001-1467A-018 | 001752P001-1467A-018 | 001753P001-1467A-018 | 001754P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001755P001-1467A-018 | 001756P001-1467A-018 | 001757P001-1467A-018 | 001758P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001759P001-1467A-018 | 001760P001-1467A-018 | 001761P001-1467A-018 | 001762P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001763P001-1467A-018 | 001764P001-1467A-018 | 001765P001-1467A-018 | 001766P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001767P001-1467A-018 | 001768P001-1467A-018 | 001769P001-1467A-018 | 001770P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001776P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001780P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001782P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001783P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001784P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001785P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001786P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001787P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001788P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001789P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001790P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001791P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001792P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001793P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001794P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001795P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001796P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001797P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001798P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001799P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001800P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001801P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001802P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001803P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001804P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001805P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001806P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001807P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001808P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001809P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001810P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001811P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001812P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001813P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001814P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001815P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001816P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001817P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001818P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001819P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001820P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001821P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001822P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001823P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001824P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001825P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001826P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001827P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001828P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001829P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001830P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001831P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001832P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001833P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001834P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001835P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001836P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001837P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001838P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001839P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001840P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001841P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001842P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001843P001-1467A-018 | 001844P001-1467A-018 | 001845P001-1467A-018 | 001846P002-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001847P001-1467A-018 | 001848P001-1467A-018 | 001849P001-1467A-018 | 001850P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001851P001-1467A-018 | 001852P001-1467A-018 | 001853P001-1467A-018 | 001854P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001855P001-1467A-018 | 001856P001-1467A-018 | 001857P001-1467A-018 | 001858P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001859P001-1467A-018 | 001860P001-1467A-018 | 001861P001-1467A-018 | 001862P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 001863P001-1467A-018 | 001864P001-1467A-018 | 001865P001-1467A-018 | 001866P002-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001867P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001868P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001869P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001870P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001871P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001872P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001873P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001874P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001875P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001876P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001877P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001878P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001879P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001880P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001881P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001882P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001883P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001884P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001885P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001886P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001887P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001888P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001889P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001890P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001891P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001892P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001893P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001894P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001895P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001896P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001897P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001898P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001899P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001900P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001904P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001906P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001908P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001909P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001910P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001911P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001912P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001913P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001914P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001915P001-1467A-018 | 001916P001-1467A-018 | 001917P001-1467A-018 | 001918P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001919P001-1467A-018 | 001920P001-1467A-018 | 001921P001-1467A-018 | 001922P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001923P001-1467A-018 | 001924P001-1467A-018 | 001925P001-1467A-018 | 001926P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001927P001-1467A-018 | 001928P001-1467A-018 | 001929P001-1467A-018 | 001930P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001931P001-1467A-018 | 001932P001-1467A-018 | 001933P001-1467A-018 | 001934P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001935P001-1467A-018 | 001936P001-1467A-018 | 001937P001-1467A-018 | 001938P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

001939P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001940P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001941P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001942P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001943P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001944P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001945P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001946P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001947P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001948P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001949P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001950P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001951P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001952P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001953P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001954P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001955P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001956P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001957P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001958P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001959P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001960P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001961P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001962P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

---

| | | | |
|---|---|---|---|
| 001963P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001964P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001965P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001966P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001967P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001968P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001969P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001970P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001971P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001972P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001973P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001974P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001975P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001976P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001977P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001978P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001979P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001980P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001981P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001982P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 001983P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001984P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001985P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 001986P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001987P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001988P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001989P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001990P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001991P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001992P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001993P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001994P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001995P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001996P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001997P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001998P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001999P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002000P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002001P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002002P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002003P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002004P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002005P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002006P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002007P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002008P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002009P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002010P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002011P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002012P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002013P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002014P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002015P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002016P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002017P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002018P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002019P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002020P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002021P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002022P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002023P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002024P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002025P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002026P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002027P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002028P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002029P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002030P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002031P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002032P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002033P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002034P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 002035P001-1467A-018 | 002036P001-1467A-018 | 002037P001-1467A-018 | 002038P001-1467A-018 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002039P001-1467A-018 | 002040P001-1467A-018 | 002041P001-1467A-018 | 002042P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002043P001-1467A-018 | 002044P001-1467A-018 | 002045P001-1467A-018 | 002046P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002047P001-1467A-018 | 002048P001-1467A-018 | 002049P001-1467A-018 | 002050P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002051P001-1467A-018 | 002052P001-1467A-018 | 002053P001-1467A-018 | 002054P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002055P001-1467A-018 | 002056P001-1467A-018 | 002057P001-1467A-018 | 002058P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002059P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002060P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002061P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002062P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002063P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002064P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002065P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002066P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002067P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002068P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002069P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002070P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002071P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002072P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002073P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002074P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002075P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002076P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002077P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002078P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002079P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002080P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002081P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002082P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002083P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002084P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002085P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002086P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002087P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002088P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002089P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002090P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002091P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002092P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002093P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002094P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002095P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002096P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002097P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002098P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002099P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002100P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002101P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002102P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002103P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002116P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002117P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002118P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002119P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002120P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002121P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002122P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002123P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002124P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002125P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002126P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002127P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002128P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002129P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002130P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002131P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002132P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002133P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002134P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002135P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002136P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002137P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002138P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002139P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002140P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002141P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002142P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002143P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002144P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002145P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002146P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002147P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002148P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002149P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002150P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002151P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002152P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002153P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002154P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002155P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002156P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002157P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002158P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002159P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002160P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002161P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002162P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002163P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002164P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002165P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002166P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002167P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002168P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002169P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002170P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002171P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002172P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002173P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002174P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002175P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002176P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002177P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002178P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002179P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002180P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002181P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002182P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002183P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002184P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002185P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002186P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002187P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002188P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002189P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002190P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002191P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002192P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002193P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002194P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002195P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002196P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002197P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002198P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002199P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002200P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002201P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002202P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 002203P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002204P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002205P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002206P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002207P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002208P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002209P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002210P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002211P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002212P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002213P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002214P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002215P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002216P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002217P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002218P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002219P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002220P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002221P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002222P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002223P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002224P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002225P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002226P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002227P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002228P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002229P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002230P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002231P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002232P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002233P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002234P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002235P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002236P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002237P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002248P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002249P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002250P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002251P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002252P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002253P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002254P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002255P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002256P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002257P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002258P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002259P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002260P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002261P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002262P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002263P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002264P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002265P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002266P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002267P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002268P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002269P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002270P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002271P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002272P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002273P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002274P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002275P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 002276P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002277P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002278P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002279P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002280P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002281P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002282P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002283P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002284P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002285P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002286P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002287P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002288P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002289P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002290P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002291P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002292P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002293P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002294P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002295P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002296P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002297P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002298P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002299P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002300P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002301P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002302P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002303P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002304P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002305P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002306P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002307P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002308P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002309P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002310P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002311P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002312P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002313P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002314P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002315P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002316P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002317P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002318P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002324P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002325P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002326P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002327P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002328P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002330P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002331P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002332P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002333P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002334P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002335P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002336P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002337P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002338P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002339P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002340P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002341P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002342P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002343P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002344P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002345P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002346P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002347P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002348P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 002349P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002350P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002351P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002352P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002353P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002354P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002355P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002356P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002357P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002358P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002359P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002360P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002361P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002362P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002363P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002364P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002365P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002366P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002367P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002368P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002369P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002370P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002371P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002372P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002373P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002374P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002375P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002376P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002377P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002378P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002379P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002380P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002381P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002382P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002383P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002384P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002385P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002386P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002387P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002388P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002389P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002390P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002391P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002392P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002393P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002394P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002395P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002396P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 002397P001-1467A-018 | 002398P001-1467A-018 | 002399P001-1467A-018 | 002400P001-1467A-018 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002401P001-1467A-018 | 002402P001-1467A-018 | 002403P001-1467A-018 | 002404P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002405P001-1467A-018 | 002406P001-1467A-018 | 002407P001-1467A-018 | 002408P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002409P001-1467A-018 | 002410P001-1467A-018 | 002411P001-1467A-018 | 002412P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002413P001-1467A-018 | 002414P001-1467A-018 | 002415P001-1467A-018 | 002416P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002417P001-1467A-018 | 002418P001-1467A-018 | 002419P001-1467A-018 | 002420P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002421P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002422P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002423P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002424P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002425P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002426P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002427P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002428P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002429P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002430P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002431P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002432P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002433P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002434P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002435P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002436P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002437P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002438P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002439P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002440P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002441P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002442P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002443P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002444P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 002445P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002446P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002447P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002448P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002449P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002450P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002451P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002452P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002453P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002454P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002455P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002456P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002457P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002458P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002459P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002460P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002461P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002462P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002463P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002464P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002465P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002466P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002467P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002468P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002469P001-1467A-018 | 002470P001-1467A-018 | 002471P001-1467A-018 | 002472P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002473P001-1467A-018 | 002474P001-1467A-018 | 002475P001-1467A-018 | 002476P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002477P001-1467A-018 | 002478P001-1467A-018 | 002479P001-1467A-018 | 002480P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002481P001-1467A-018 | 002482P001-1467A-018 | 002483P001-1467A-018 | 002484P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002485P001-1467A-018 | 002486P001-1467A-018 | 002487P001-1467A-018 | 002488P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002489P001-1467A-018 | 002490P001-1467A-018 | 002491P001-1467A-018 | 002492P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002493P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002494P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002495P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002496P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002497P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002498P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002499P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002500P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002501P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002502P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002503P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002504P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002505P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002506P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002507P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002508P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002509P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002510P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002511P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002512P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002513P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002514P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002515P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002516P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002517P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002518P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002519P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002520P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002521P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002522P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002523P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002524P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002525P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002526P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002527P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002528P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002529P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002530P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002531P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002532P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002533P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002534P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002535P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002536P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002537P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002538P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002539P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002540P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002541P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002542P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002543P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002544P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002545P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002546P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002547P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002548P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002549P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002550P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002551P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002552P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002553P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002554P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002555P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002556P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002557P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002558P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002559P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002560P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002561P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002562P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002563P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002564P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002565P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002566P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002567P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002568P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002569P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002570P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002571P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002572P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002573P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002574P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002575P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002576P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002577P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002578P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002579P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002580P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002581P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002582P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002583P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002584P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002585P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002586P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002587P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002588P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

002589P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002590P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002591P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002592P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002593P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002594P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002595P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002596P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002597P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002598P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002599P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002600P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002601P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002602P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002603P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002604P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002605P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002606P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002607P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002608P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002609P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002610P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002611P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002612P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002613P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002614P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002615P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002616P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002617P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002618P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002619P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002620P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002621P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002622P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002623P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002624P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002625P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002626P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002627P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002628P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002629P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002630P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002631P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002632P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002633P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002634P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002635P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002636P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002637P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002638P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002639P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002640P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002641P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002642P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002643P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002644P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002645P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002646P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002647P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002648P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002649P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002650P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002651P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002652P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002653P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002654P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002655P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002656P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002657P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002658P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002659P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002660P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002661P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002662P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002663P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002664P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002665P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002666P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002667P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002668P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002669P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002670P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002671P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002672P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002673P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002674P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002675P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002676P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002677P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002678P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002679P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002680P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002681P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002682P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002683P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002684P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 002685P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002686P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002687P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002688P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002689P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002690P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002691P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002692P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002693P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002694P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002695P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002696P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002697P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002698P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002699P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002700P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002701P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002702P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002703P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002704P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002705P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002706P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002707P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002708P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002709P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002710P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002711P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002712P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002713P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002714P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002715P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002716P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002717P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002718P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002719P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002720P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002721P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002722P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002723P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002724P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002725P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002726P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002727P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002728P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002729P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002730P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002731P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002732P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002733P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002747P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002748P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002749P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002750P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002751P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002752P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002753P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002754P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002755P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002756P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002757P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002758P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002759P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002760P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002761P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002762P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002763P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002764P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002765P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002766P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002767P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002768P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002769P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002770P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002776P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002780P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002782P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002783P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002784P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002785P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002786P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002787P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002788P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002789P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002790P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002791P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002792P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002793P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002794P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002795P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002796P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002797P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002798P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002799P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002800P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002801P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002802P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002803P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002804P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002805P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002806P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002807P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002808P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002809P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002810P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002811P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002812P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002813P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002814P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002815P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002816P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002817P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002818P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002819P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002820P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002821P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002822P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002823P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002824P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002825P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002826P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002827P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002828P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002829P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002830P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002831P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002832P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002833P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002834P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002835P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002836P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002837P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002838P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002839P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002840P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002841P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002842P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002843P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002844P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002845P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002846P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002847P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002848P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002849P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002850P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002851P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002852P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002853P001-1467A-018 | 002854P001-1467A-018 | 002855P001-1467A-018 | 002856P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002857P001-1467A-018 | 002858P001-1467A-018 | 002859P001-1467A-018 | 002860P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002861P001-1467A-018 | 002862P001-1467A-018 | 002863P001-1467A-018 | 002864P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002865P001-1467A-018 | 002866P001-1467A-018 | 002867P001-1467A-018 | 002868P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002869P001-1467A-018 | 002870P001-1467A-018 | 002871P001-1467A-018 | 002872P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002873P001-1467A-018 | 002874P001-1467A-018 | 002875P001-1467A-018 | 002876P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002877P001-1467A-018 | 002878P001-1467A-018 | 002879P001-1467A-018 | 002880P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002881P001-1467A-018 | 002882P001-1467A-018 | 002883P001-1467A-018 | 002884P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002885P001-1467A-018 | 002886P001-1467A-018 | 002887P001-1467A-018 | 002888P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002889P001-1467A-018 | 002890P001-1467A-018 | 002891P001-1467A-018 | 002892P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002893P001-1467A-018 | 002894P001-1467A-018 | 002895P001-1467A-018 | 002896P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002897P001-1467A-018 | 002898P001-1467A-018 | 002899P001-1467A-018 | 002900P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002904P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002906P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002908P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002909P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002910P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002911P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002912P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002913P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002914P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002915P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002916P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002917P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002918P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002919P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002920P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002921P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002922P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002923P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002924P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002925P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002926P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002927P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002928P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002929P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002930P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002931P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002932P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002933P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002934P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002935P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002936P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002937P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002938P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002939P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002940P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002941P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002942P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002943P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002944P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002945P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002946P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002947P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002948P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 002949P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002950P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002951P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002952P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002953P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002954P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002955P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002956P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002957P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002958P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002959P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002960P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002961P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002962P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002963P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002964P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002965P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002966P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002967P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002968P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 002969P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002970P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002971P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 002972P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002973P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002974P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002975P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002976P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002977P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002978P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002979P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002980P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002981P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002982P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002983P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002984P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002985P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002986P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002987P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002988P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002989P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002990P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002991P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002992P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002993P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002994P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002995P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002996P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

002997P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002998P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

002999P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003000P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003001P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003002P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003003P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003004P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003005P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003006P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003007P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003008P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003009P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003010P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003011P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003012P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003013P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003014P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003015P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003016P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003017P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003018P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003019P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003020P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003021P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003022P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003023P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003024P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003025P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003026P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003027P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003028P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003029P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003030P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003031P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003032P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003033P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003034P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003035P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003036P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003037P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003038P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003039P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003040P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003041P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003042P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003043P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003044P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003045P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003046P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003047P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003048P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003049P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003050P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003051P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003052P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003053P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003054P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003055P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003056P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003057P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003058P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003059P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003060P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003061P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003062P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003063P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003064P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003065P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003066P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003067P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003068P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

003069P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003070P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003071P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003072P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003073P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003074P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003075P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003076P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003077P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003078P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003079P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003080P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003081P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003082P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003083P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003084P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003085P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003086P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003087P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003088P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003089P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003090P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003091P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003092P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003093P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003094P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003095P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003096P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003097P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003098P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003099P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003100P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003101P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003102P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003103P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003116P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003117P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003118P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003119P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003120P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003121P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003122P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003123P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003124P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003125P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003126P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003128P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003129P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003130P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003131P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003132P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003133P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003134P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003135P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003136P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003137P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003138P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003139P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003140P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003141P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003142P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003143P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003144P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003145P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003146P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003147P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003148P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003149P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003150P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003151P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003152P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003153P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003154P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003155P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003156P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003157P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003158P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003159P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003160P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003161P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003162P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003163P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003164P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003165P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003166P001-1467A-018 | 003167P001-1467A-018 | 003168P001-1467A-018 | 003169P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003170P001-1467A-018 | 003171P001-1467A-018 | 003172P001-1467A-018 | 003173P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003174P001-1467A-018 | 003175P001-1467A-018 | 003176P001-1467A-018 | 003177P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003178P001-1467A-018 | 003179P001-1467A-018 | 003180P001-1467A-018 | 003181P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003182P001-1467A-018 | 003183P001-1467A-018 | 003184P001-1467A-018 | 003185P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003186P001-1467A-018 | 003187P001-1467A-018 | 003188P001-1467A-018 | 003189P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003190P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003191P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003192P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003193P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003194P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003195P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003196P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003197P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003198P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003199P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003200P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003201P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003202P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003203P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003204P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003205P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003206P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003207P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003208P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003209P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003210P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003211P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003212P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003213P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003214P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003215P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003216P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003217P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003218P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003219P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003220P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003221P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003222P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003223P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003224P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003225P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003226P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003227P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003228P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003229P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003230P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003231P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003232P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003233P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003234P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003235P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003236P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003237P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003240P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003248P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003249P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003250P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003251P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003252P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003253P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003254P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003255P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003256P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003257P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003258P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003259P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003260P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003261P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| 003262P001-1467A-018 | 003263P001-1467A-018 | 003264P001-1467A-018 | 003265P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003266P001-1467A-018 | 003267P001-1467A-018 | 003268P001-1467A-018 | 003269P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003270P001-1467A-018 | 003271P001-1467A-018 | 003272P001-1467A-018 | 003273P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003274P001-1467A-018 | 003275P001-1467A-018 | 003276P001-1467A-018 | 003277P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003278P001-1467A-018 | 003279P001-1467A-018 | 003280P001-1467A-018 | 003281P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003282P001-1467A-018 | 003283P001-1467A-018 | 003284P001-1467A-018 | 003285P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003286P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003287P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003288P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003289P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003290P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003291P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003292P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003293P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003294P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003295P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003296P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003297P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003298P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003299P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003300P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003301P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003302P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003303P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003304P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003305P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003306P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003307P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003308P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003309P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003310P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003311P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003312P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003313P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003314P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003315P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003316P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003317P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003318P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003324P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003325P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003326P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003327P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003328P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003329P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003330P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003331P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003332P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003333P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003334P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003335P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003336P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003337P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003338P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003339P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003340P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003341P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003342P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003343P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003344P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003345P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003346P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003347P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003348P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003349P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003350P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003351P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003352P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003353P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003354P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003355P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003356P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003357P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

003358P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003359P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003360P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003361P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003362P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003363P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003364P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003365P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003366P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003367P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003368P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003369P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003370P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003371P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003372P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003373P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003374P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003375P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003376P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003377P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003378P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003379P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003380P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003381P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003382P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003383P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003384P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003385P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003386P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003387P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003388P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003389P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003390P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003391P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003392P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003393P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003394P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003395P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003396P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003397P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003398P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003399P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003400P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003401P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003402P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003403P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003404P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003405P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003406P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003407P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003408P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003409P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003410P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003411P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003412P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003413P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003414P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003415P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003416P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003417P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003418P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003419P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003420P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003421P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003422P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003423P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003424P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003425P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003426P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003427P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003428P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003429P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003430P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003431P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003432P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003433P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003434P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003435P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003436P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003437P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003438P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003439P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003440P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003441P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003442P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003443P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003444P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003445P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003446P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003447P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003448P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003449P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003450P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003451P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003452P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003453P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003454P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003455P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003456P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003457P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003458P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003459P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003460P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003461P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003462P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003463P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003464P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003465P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003466P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003467P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003468P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003469P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003470P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003471P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003472P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003473P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003474P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003475P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003476P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003477P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003478P001-1467A-018 | 003479P001-1467A-018 | 003480P001-1467A-018 | 003481P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003482P001-1467A-018 | 003483P001-1467A-018 | 003484P001-1467A-018 | 003485P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003486P001-1467A-018 | 003487P001-1467A-018 | 003488P001-1467A-018 | 003489P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003490P001-1467A-018 | 003491P002-1467A-018 | 003492P001-1467A-018 | 003493P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003494P001-1467A-018 | 003495P001-1467A-018 | 003496P001-1467A-018 | 003497P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003498P001-1467A-018 | 003499P001-1467A-018 | 003500P001-1467A-018 | 003501P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003502P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003503P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003504P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003505P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003506P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003507P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003508P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003509P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003510P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003511P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003512P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003513P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003514P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003515P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003516P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003517P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003518P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003519P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003520P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003521P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003522P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003523P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003524P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003525P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003526P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003527P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003528P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003529P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003530P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003531P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003532P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003533P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003534P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003535P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003536P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003537P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003538P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003539P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003540P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003541P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003542P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003543P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003544P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003545P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003546P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003547P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003548P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003549P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003550P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003551P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003552P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003553P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003554P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003555P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003556P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003557P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003558P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003559P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003560P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003561P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003562P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003563P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003564P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003565P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003566P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003567P002-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003568P002-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003569P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003570P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003571P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003572P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003573P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003574P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003575P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003576P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003577P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003578P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003579P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003580P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003581P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003582P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003583P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003584P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003585P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003586P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003587P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003588P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003589P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003590P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003591P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003592P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003593P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003594P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003595P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003596P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003597P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003598P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003599P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003600P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003601P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003602P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003603P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003604P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003605P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003606P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003607P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003608P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003609P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003610P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003612P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003613P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003614P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003615P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003616P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003617P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003618P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003619P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003620P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003621P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003622P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003623P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003624P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003625P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003626P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003627P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003628P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003629P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003630P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003631P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003632P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003633P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003634P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003635P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003636P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003637P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003638P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003639P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003640P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003641P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003642P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003643P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003644P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003645P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003646P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003647P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003648P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003649P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003650P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003651P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003652P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003653P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003654P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003655P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003656P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003657P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003658P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003659P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003660P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003661P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003662P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003663P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003664P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003665P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003666P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003667P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003668P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003669P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003670P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003671P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003672P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003673P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003674P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003675P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003676P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003677P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003678P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003679P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003680P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003681P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003682P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003683P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003684P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003685P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003686P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003687P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003688P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003689P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003690P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003691P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003692P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003693P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003694P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003695P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003696P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003697P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003698P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003699P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003700P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003701P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003702P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003703P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003704P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003705P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003706P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003707P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003708P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003709P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003710P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003711P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003712P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003713P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003714P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003715P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003716P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003717P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003718P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003719P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003720P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003721P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003722P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003723P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003724P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003725P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003726P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003727P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003728P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003729P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003730P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003731P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003732P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003733P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003747P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003748P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003749P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003750P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003751P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003752P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003753P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003754P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003755P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003756P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003757P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003758P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003759P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003760P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003761P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003762P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003763P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003764P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003765P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003766P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003767P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003768P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003769P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003770P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003776P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003780P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003782P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003783P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003784P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003785P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003786P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003787P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003788P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003789P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003790P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:44 PM

003791P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003792P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003793P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003794P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003795P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003796P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003797P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003798P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003799P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003800P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003801P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003802P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003803P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003804P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003805P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003806P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003807P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003808P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003809P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003810P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003811P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003812P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003813P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003814P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003815P001-1467A-018 | 003816P001-1467A-018 | 003817P001-1467A-018 | 003818P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003819P001-1467A-018 | 003820P001-1467A-018 | 003821P001-1467A-018 | 003822P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003823P001-1467A-018 | 003824P001-1467A-018 | 003825P001-1467A-018 | 003826P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003827P001-1467A-018 | 003828P001-1467A-018 | 003829P001-1467A-018 | 003830P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003831P001-1467A-018 | 003832P001-1467A-018 | 003833P001-1467A-018 | 003834P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003835P001-1467A-018 | 003836P001-1467A-018 | 003837P001-1467A-018 | 003838P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003839P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003840P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003841P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003842P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003843P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003844P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003845P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003847P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003848P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003849P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003850P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003851P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003852P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003853P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003854P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003855P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003856P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003857P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003858P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003859P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003860P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003861P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003862P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003863P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003864P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003865P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003866P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003867P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003868P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003869P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003870P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003871P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003872P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003873P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003874P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003875P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003876P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003877P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003878P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003879P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003880P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003881P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003882P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003883P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003884P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003885P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003886P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003887P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003888P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003889P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003890P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003891P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003892P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003893P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003894P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003895P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003896P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003897P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003898P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003899P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003900P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003904P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003906P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003908P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003909P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003910P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003911P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003912P001-1467A-018 | 003913P001-1467A-018 | 003914P001-1467A-018 | 003915P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003916P001-1467A-018 | 003917P001-1467A-018 | 003918P001-1467A-018 | 003919P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003920P001-1467A-018 | 003921P001-1467A-018 | 003922P001-1467A-018 | 003923P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003924P001-1467A-018 | 003925P001-1467A-018 | 003926P001-1467A-018 | 003927P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003928P001-1467A-018 | 003929P001-1467A-018 | 003930P001-1467A-018 | 003931P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003932P001-1467A-018 | 003933P001-1467A-018 | 003934P001-1467A-018 | 003935P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003936P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003937P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003938P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003939P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003940P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003941P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003942P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003943P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003944P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003945P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003946P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003947P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003948P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003949P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003950P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003951P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003952P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003953P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003954P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003955P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003956P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003957P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003958P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003959P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:44 PM

| | | | |
|---|---|---|---|
| 003960P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003961P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003962P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003963P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003964P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003965P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003966P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003967P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003968P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003969P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003970P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003971P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003972P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003973P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003974P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003975P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003976P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003977P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003978P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003979P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 003980P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003981P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003982P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 003983P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

003984P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003985P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003986P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003987P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003988P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003989P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003990P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003991P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003992P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003993P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003994P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003995P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003996P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003997P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003998P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

003999P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004000P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004001P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004002P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004003P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004004P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004005P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004006P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004007P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004008P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004009P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004010P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004011P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004012P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004013P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004014P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004015P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004016P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004017P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004018P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004019P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004020P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004021P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004022P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004023P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004024P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004025P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004026P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004027P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004028P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004029P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004030P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004031P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004032P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004033P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004034P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004035P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004036P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004037P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004038P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004039P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004040P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004041P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004042P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004043P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004044P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004045P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004046P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004047P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004048P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004049P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004050P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004051P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004052P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004053P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004054P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004055P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004056P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004057P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004058P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004059P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004060P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004061P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004062P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004063P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004064P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004065P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004066P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004067P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004068P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004069P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004070P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004071P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004072P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004073P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004074P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004075P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004076P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004077P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004078P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004079P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

004080P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004081P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004082P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004083P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004084P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004085P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004086P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004087P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004088P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004089P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004090P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004091P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004092P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004093P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004094P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004095P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004096P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004097P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004098P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004099P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004100P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004101P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004102P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004103P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004116P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004117P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004118P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004119P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004120P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004121P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004122P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004123P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004124P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004125P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004126P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004127P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004128P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004129P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004130P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004131P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004132P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004133P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004134P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004135P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004136P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004137P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004138P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004139P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004140P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004141P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004142P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004143P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004144P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004145P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004146P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004147P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004148P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004149P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004150P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004151P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004152P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004153P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004154P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004155P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004156P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004157P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004158P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004159P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004160P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004161P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004162P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004163P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004164P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004165P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004166P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004167P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004168P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004169P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004170P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004171P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004172P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004173P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004174P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004175P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 004176P001-1467A-018 | 004177P001-1467A-018 | 004178P001-1467A-018 | 004179P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004180P001-1467A-018 | 004181P001-1467A-018 | 004182P001-1467A-018 | 004183P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004184P001-1467A-018 | 004185P001-1467A-018 | 004186P001-1467A-018 | 004187P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004188P001-1467A-018 | 004189P001-1467A-018 | 004190P001-1467A-018 | 004191P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004192P001-1467A-018 | 004193P001-1467A-018 | 004194P001-1467A-018 | 004195P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004196P001-1467A-018 | 004197P001-1467A-018 | 004198P001-1467A-018 | 004199P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004200P001-1467A-018 | 004201P001-1467A-018 | 004202P001-1467A-018 | 004203P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004204P001-1467A-018 | 004205P001-1467A-018 | 004206P001-1467A-018 | 004207P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004208P001-1467A-018 | 004209P001-1467A-018 | 004210P001-1467A-018 | 004211P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004212P001-1467A-018 | 004213P001-1467A-018 | 004214P001-1467A-018 | 004215P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004216P001-1467A-018 | 004217P001-1467A-018 | 004218P001-1467A-018 | 004219P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004220P001-1467A-018 | 004221P001-1467A-018 | 004222P001-1467A-018 | 004223P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004224P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004225P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004226P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004227P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004228P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004229P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004230P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004231P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004232P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004233P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004234P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004235P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004236P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004237P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004240P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004248P001-1467A-018 | 004249P001-1467A-018 | 004249P001-1467A-018 | 004250P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004251P001-1467A-018 | 004252P001-1467A-018 | 004253P001-1467A-018 | 004254P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004255P001-1467A-018 | 004256P001-1467A-018 | 004257P001-1467A-018 | 004258P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004259P001-1467A-018 | 004260P001-1467A-018 | 004261P001-1467A-018 | 004262P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004263P001-1467A-018 | 004264P001-1467A-018 | 004265P001-1467A-018 | 004266P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004267P001-1467A-018 | 004268P001-1467A-018 | 004269P001-1467A-018 | 004270P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004271P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004272P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004273P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004274P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004275P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004276P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004277P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004278P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004279P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004280P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004281P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004282P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004283P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004284P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004285P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004286P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004287P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004288P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004289P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004290P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004291P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004292P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004293P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004294P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004295P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004296P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004297P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004298P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004299P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004300P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004301P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004302P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004303P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004304P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004305P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004306P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004307P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004308P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004309P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004310P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004311P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004312P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004313P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004314P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004315P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004316P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004317P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004318P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004324P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004325P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004326P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004327P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004328P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004329P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004330P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004331P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004332P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004333P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004334P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004335P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004336P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004337P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004338P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004339P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004340P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004341P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004342P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004343P001-1467A-018 | 004344P001-1467A-018 | 004345P001-1467A-018 | 004346P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004347P001-1467A-018 | 004348P001-1467A-018 | 004349P001-1467A-018 | 004350P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004351P001-1467A-018 | 004352P001-1467A-018 | 004353P001-1467A-018 | 004354P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004355P001-1467A-018 | 004356P001-1467A-018 | 004357P001-1467A-018 | 004358P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004359P001-1467A-018 | 004360P001-1467A-018 | 004361P001-1467A-018 | 004362P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004363P001-1467A-018 | 004364P001-1467A-018 | 004365P001-1467A-018 | 004366P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004367P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004368P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004369P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004370P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004371P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004372P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004373P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004374P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004375P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004376P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004377P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004378P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004379P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004380P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004381P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004382P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004383P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004384P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004385P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004386P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004387P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004388P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004389P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004390P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004391P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004392P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004393P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004394P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004395P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004396P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004397P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004398P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004399P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004400P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004401P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004402P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004403P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004404P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004405P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004406P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004407P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004408P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004409P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004410P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004411P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004412P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004413P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004414P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004415P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004416P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004417P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004418P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004419P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004420P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004421P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004422P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004423P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004424P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004425P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004426P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004427P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004428P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004429P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004430P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004431P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004432P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004433P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004434P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004435P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004436P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004437P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004438P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004439P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004440P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004441P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004442P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004443P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004444P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004445P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004446P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004447P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004448P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004449P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004450P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004451P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004452P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004453P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004454P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004455P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004456P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004457P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004458P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004459P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004460P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004461P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004462P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004463P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004464P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004465P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004466P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004467P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004468P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004469P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004470P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004471P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004472P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004473P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004474P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004475P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004476P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004477P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004478P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004479P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004480P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004481P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004482P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004483P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004484P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004485P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004486P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004487P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004488P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004489P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004490P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004491P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004492P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004493P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004494P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004495P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004496P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004497P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004498P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004499P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004500P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004501P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004502P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004503P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004504P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004505P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004506P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004507P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004508P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004509P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004510P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004511P001-1467A-018 | 004512P001-1467A-018 | 004513P001-1467A-018 | 004514P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004515P001-1467A-018 | 004516P001-1467A-018 | 004517P001-1467A-018 | 004518P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004519P001-1467A-018 | 004520P001-1467A-018 | 004521P001-1467A-018 | 004522P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004523P001-1467A-018 | 004524P001-1467A-018 | 004525P001-1467A-018 | 004526P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004527P001-1467A-018 | 004528P001-1467A-018 | 004529P001-1467A-018 | 004530P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004531P001-1467A-018 | 004532P001-1467A-018 | 004533P001-1467A-018 | 004534P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004535P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004536P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004537P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004538P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004539P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004540P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004541P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004542P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004543P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004544P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004545P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004546P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004547P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004548P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004549P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004550P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004551P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004552P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004553P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004554P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004555P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004556P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004557P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004558P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004559P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004560P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004561P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004562P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004563P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004564P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004565P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004566P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004567P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004568P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004569P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004570P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004571P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004572P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004573P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004574P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004575P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004576P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004577P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004578P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004579P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004580P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004581P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004582P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004583P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004584P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004585P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004586P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004587P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004588P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004589P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004590P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004591P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004592P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004593P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004594P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004595P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004596P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004597P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004598P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004599P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004600P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004601P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004602P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004603P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004604P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004605P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004606P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

004607P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004608P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004609P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004610P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004611P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004612P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004613P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004614P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004615P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004616P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004617P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004618P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004619P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004620P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004621P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004622P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004623P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004624P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004625P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004626P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004627P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004628P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004629P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004630P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004631P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004632P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004633P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004634P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004635P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004636P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004637P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004638P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004639P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004640P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004641P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004642P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004643P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004644P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004645P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004646P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004647P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004648P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004649P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004650P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004651P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004652P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004653P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004654P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

004655P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004656P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004657P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004658P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004659P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004660P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004661P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004662P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004663P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004664P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004665P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004666P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004667P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004668P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004669P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004670P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004671P003-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004671P003-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004672P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004673P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004674P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004675P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004676P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004677P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004678P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004679P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004680P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004681P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004682P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004683P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004684P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004685P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004686P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004687P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004688P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004689P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004690P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004691P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004692P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004693P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004694P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004695P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004696P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004697P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004698P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004699P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004700P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004701P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004702P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004703P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004704P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004705P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004706P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004707P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004708P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004709P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004710P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004711P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004712P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004713P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004714P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004715P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004716P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004717P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004718P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004719P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004720P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004721P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004722P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004723P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004724P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004725P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004726P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004727P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004728P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004729P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004730P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004731P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004732P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004733P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004747P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004748P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004749P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004750P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004751P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004752P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004753P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004754P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004755P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004756P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004757P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004758P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004759P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004760P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004761P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004762P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004763P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004764P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004765P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004766P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004767P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004768P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004769P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004770P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004776P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004780P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004782P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004783P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004784P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004785P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004786P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004787P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004788P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004789P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004790P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004791P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004792P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004793P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004794P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004795P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004796P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004797P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

004798P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004799P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004800P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004801P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004802P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004803P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004804P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004805P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004806P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004807P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004808P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004809P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004810P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004811P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004812P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004813P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004814P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004815P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004816P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004817P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004818P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004819P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004820P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004821P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 20-12836-JTD    Doc 177    Filed 12/11/20    Page 217 of 308

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 212 of 273

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004822P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004823P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004824P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004825P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004826P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004827P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004828P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004829P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004830P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004831P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004832P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004833P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004834P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004835P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004836P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004837P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004838P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004839P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004840P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004841P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004842P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004843P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004844P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004845P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004846P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004847P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004848P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004849P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004850P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004851P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004852P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004853P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004854P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004855P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004856P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004857P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004858P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004859P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004860P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004861P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004862P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004863P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004864P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004865P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004866P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004867P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004868P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004869P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004870P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004871P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004872P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004873P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004874P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004875P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004876P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004877P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004878P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004879P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004880P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004881P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004882P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004883P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004884P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004885P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004886P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004887P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004888P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004889P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004890P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004891P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004892P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004893P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004894P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004895P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004896P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004897P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004898P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004899P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004900P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004904P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004906P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004908P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004909P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004910P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004911P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004912P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004913P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004914P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004915P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004916P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004917P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004918P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004919P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004920P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004921P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004922P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004923P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004924P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004925P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004926P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004927P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004928P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004929P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004930P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004931P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004932P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004933P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004934P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004935P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004936P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004937P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004938P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004939P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004940P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004941P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004942P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004943P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004944P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004945P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004946P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004947P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004948P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004949P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004950P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004951P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004952P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004953P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004954P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004955P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004956P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004957P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004958P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004959P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004960P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004961P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004962P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004963P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004964P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 004965P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 004966P001-1467A-018 | 004967P001-1467A-018 | 004968P001-1467A-018 | 004969P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004970P001-1467A-018 | 004971P001-1467A-018 | 004972P001-1467A-018 | 004973P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004974P001-1467A-018 | 004975P001-1467A-018 | 004976P001-1467A-018 | 004977P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004978P001-1467A-018 | 004979P001-1467A-018 | 004980P001-1467A-018 | 004981P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004982P001-1467A-018 | 004983P001-1467A-018 | 004984P001-1467A-018 | 004985P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 004986P001-1467A-018 | 004987P001-1467A-018 | 004988P001-1467A-018 | 004989P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

004990P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004991P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004992P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004993P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004994P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004995P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004996P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004997P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004998P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

004999P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005000P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005001P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005002P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005003P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005004P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005005P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005006P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005007P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005008P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005009P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005010P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005011P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005012P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005013P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 005014P001-1467A-018 | 005015P001-1467A-018 | 005016P001-1467A-018 | 005017P001-1467A-018 |
|---|---|---|---|
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005018P001-1467A-018 | 005019P001-1467A-018 | 005020P001-1467A-018 | 005021P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005022P001-1467A-018 | 005023P001-1467A-018 | 005024P001-1467A-018 | 005025P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005026P001-1467A-018 | 005027P001-1467A-018 | 005028P001-1467A-018 | 005029P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005030P001-1467A-018 | 005031P001-1467A-018 | 005032P001-1467A-018 | 005033P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005034P001-1467A-018 | 005035P001-1467A-018 | 005036P001-1467A-018 | 005037P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

005038P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005039P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005040P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005041P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005042P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005043P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005044P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005045P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005046P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005047P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005048P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005049P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005050P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005051P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005052P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005053P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005054P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005055P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005056P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005057P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005058P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005059P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005060P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005061P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005062P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005063P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005064P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005065P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005066P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005067P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005068P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005069P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005070P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005071P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005072P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005073P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005074P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005075P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005076P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005077P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005078P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005079P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005080P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005081P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005082P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005083P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005084P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005085P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005086P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005087P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005088P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005089P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005090P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005091P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005092P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005093P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005094P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005095P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005096P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005097P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005098P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005099P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005100P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005101P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005102P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005103P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005116P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005117P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005118P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005119P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005120P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005121P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005122P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005123P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005124P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005125P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005126P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005127P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005128P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005129P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005130P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005131P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005132P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005133P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005134P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005135P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005136P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005137P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005138P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005139P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005140P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005141P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005142P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005143P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005144P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005145P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005146P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005147P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005148P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005149P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005150P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005151P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005152P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005153P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005154P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005155P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005156P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005157P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

005158P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005159P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005160P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005161P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005162P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005163P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005164P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005165P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005166P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005167P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005168P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005169P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005170P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005171P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005172P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005173P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005174P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005175P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005176P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005177P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005178P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005179P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005180P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005181P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005182P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005183P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005184P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005185P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005186P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005187P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005188P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005189P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005190P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005191P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005192P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005193P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005194P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005195P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005196P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005197P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005198P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005199P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005200P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005201P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005202P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005203P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005204P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005205P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005206P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005207P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005208P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005209P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005210P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005211P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005212P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005213P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005214P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005215P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005216P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005217P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005218P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005219P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005220P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005221P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005222P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005223P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005224P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005225P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005226P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005227P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005228P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005229P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005230P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005231P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005232P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005233P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005234P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005235P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005236P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005237P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005240P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005248P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005249P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005250P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005251P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005252P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005253P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 005254P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005255P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005256P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005257P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005258P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005259P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005260P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005261P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005262P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005263P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005264P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005265P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005266P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005267P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005268P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005269P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005270P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005271P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005272P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005273P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005274P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005275P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005276P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005277P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005278P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005279P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005280P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005281P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005282P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005283P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005284P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005285P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005286P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005287P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005288P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005289P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005290P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005291P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005292P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005293P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005294P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005295P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005296P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005297P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005298P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005299P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005300P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005301P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 005302P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005303P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005304P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005305P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005306P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005307P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005308P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005309P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005310P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005311P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005312P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005313P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005314P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005315P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005316P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005317P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005318P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005319P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005320P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005321P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005322P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005323P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005324P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005325P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005326P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005327P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005328P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005329P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005330P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005331P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005332P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005333P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005334P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005335P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005336P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005337P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005338P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005339P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005340P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005341P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005342P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005343P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005344P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005345P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005346P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005347P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005348P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005349P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005350P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005351P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005352P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005353P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005354P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005355P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005356P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005357P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005358P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005359P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005360P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005361P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005362P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005363P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005364P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005365P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005366P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005367P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005368P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005369P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005370P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005371P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005372P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005373P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

005374P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005375P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005376P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005377P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005378P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005379P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005380P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005381P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005382P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005383P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005384P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005385P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005386P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005387P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005388P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005389P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005390P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005391P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005392P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005393P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005394P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005395P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005396P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005397P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005398P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005399P002-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005400P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005401P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005402P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005403P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005404P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005405P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005406P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005407P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005408P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005409P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005410P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005411P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005412P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005413P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005414P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005415P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005416P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005417P002-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005418P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005419P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005420P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005421P001-1467A-018 NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005422P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005423P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005424P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005425P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005426P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005427P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005428P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005429P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005430P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005431P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005432P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005433P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005434P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005435P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005436P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005437P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005438P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005439P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005440P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005441P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005442P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005443P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005444P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005445P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 005446P001-1467A-018 | 005447P001-1467A-018 | 005448P001-1467A-018 | 005449P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005450P001-1467A-018 | 005451P001-1467A-018 | 005452P001-1467A-018 | 005453P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005454P001-1467A-018 | 005455P001-1467A-018 | 005456P001-1467A-018 | 005457P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005458P001-1467A-018 | 005459P001-1467A-018 | 005460P001-1467A-018 | 005461P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005462P001-1467A-018 | 005463P001-1467A-018 | 005464P001-1467A-018 | 005465P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005466P001-1467A-018 | 005467P001-1467A-018 | 005468P001-1467A-018 | 005469P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 005470P001-1467A-018 | 005471P001-1467A-018 | 005472P001-1467A-018 | 005473P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005474P001-1467A-018 | 005475P001-1467A-018 | 005476P001-1467A-018 | 005477P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005478P001-1467A-018 | 005479P001-1467A-018 | 005480P001-1467A-018 | 005481P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005482P001-1467A-018 | 005483P001-1467A-018 | 005484P001-1467A-018 | 005485P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005486P001-1467A-018 | 005487P001-1467A-018 | 005488P001-1467A-018 | 005489P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005490P001-1467A-018 | 005491P001-1467A-018 | 005492P001-1467A-018 | 005493P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005494P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005495P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005496P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005497P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005498P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005499P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005500P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005501P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005502P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005503P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005504P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005505P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005506P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005507P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005508P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005509P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005510P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005511P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005512P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005513P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005514P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005515P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005516P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005517P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

005518P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005519P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005520P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005521P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005522P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005523P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005524P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005525P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005526P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005527P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005528P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005529P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005530P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005531P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005532P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005533P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005534P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005535P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005536P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005537P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005538P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005539P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005540P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005541P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005542P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005543P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005544P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005545P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005546P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005547P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005548P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005549P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005550P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005551P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005552P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005553P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005554P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005555P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005556P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005557P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005558P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005559P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005560P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005561P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005562P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005563P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005564P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005565P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005566P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005567P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005568P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005569P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005570P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005571P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005572P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005573P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005574P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005575P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005576P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005577P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005578P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005579P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005580P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005581P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005582P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005583P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005584P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005585P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005586P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005587P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005588P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005589P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 005590P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005591P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005592P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005593P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005594P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005595P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005596P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005597P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005598P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005599P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005600P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005601P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005602P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005603P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005604P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005605P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005606P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005607P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005608P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005609P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005610P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005611P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005612P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005613P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005614P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005615P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005616P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005617P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005618P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005619P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005620P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005621P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005622P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005623P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005624P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005625P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005626P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005627P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005628P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005629P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005630P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005631P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005632P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005633P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005634P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005635P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005636P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005637P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005638P001-1467A-018 | 005639P001-1467A-018 | 005640P001-1467A-018 | 005641P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005642P001-1467A-018 | 005643P001-1467A-018 | 005644P001-1467A-018 | 005645P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005646P001-1467A-018 | 005647P001-1467A-018 | 005648P001-1467A-018 | 005649P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005650P001-1467A-018 | 005651P001-1467A-018 | 005652P001-1467A-018 | 005653P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005654P001-1467A-018 | 005655P001-1467A-018 | 005656P001-1467A-018 | 005657P002-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005658P001-1467A-018 | 005659P001-1467A-018 | 005660P001-1467A-018 | 005661P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005662P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005663P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005664P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005665P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005666P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005667P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005668P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005669P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005670P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005671P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005672P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005673P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005674P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005675P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005676P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005677P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005678P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005679P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005680P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005681P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005682P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005683P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005684P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005685P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005686P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005687P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005688P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005689P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005690P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005691P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005692P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005693P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005694P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005695P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005696P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005697P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005698P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005699P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005700P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005701P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005702P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005703P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005704P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005705P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005706P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005707P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005708P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005709P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

005710P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005711P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005712P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005713P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005714P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005715P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005716P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005717P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005718P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005719P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005720P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005721P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005722P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005723P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005724P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005725P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005726P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005727P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005728P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005729P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005730P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005731P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005732P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

005733P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005734P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005735P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005736P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005737P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005738P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005739P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005740P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005741P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005742P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005743P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005744P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005745P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005746P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005747P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005748P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005749P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005750P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005751P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005752P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005753P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005754P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005755P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005756P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005757P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005758P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005759P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005760P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005761P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005762P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005763P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005764P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005765P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005766P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005767P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005768P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005769P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005770P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005771P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005772P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005773P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005774P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005775P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005776P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005777P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005778P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005779P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005780P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005781P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005782P001-1467A-018 | 005783P001-1467A-018 | 005784P001-1467A-018 | 005785P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005786P001-1467A-018 | 005787P001-1467A-018 | 005788P001-1467A-018 | 005789P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005790P001-1467A-018 | 005791P001-1467A-018 | 005792P001-1467A-018 | 005793P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005794P001-1467A-018 | 005795P001-1467A-018 | 005796P001-1467A-018 | 005797P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005798P001-1467A-018 | 005799P001-1467A-018 | 005800P001-1467A-018 | 005801P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005802P001-1467A-018 | 005803P001-1467A-018 | 005804P001-1467A-018 | 005805P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005806P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005807P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005808P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005809P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005810P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005811P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005812P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005813P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005814P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005815P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005816P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005817P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005818P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005819P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005820P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005821P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005822P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005823P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005824P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005825P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005826P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005827P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005828P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005829P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005830P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005831P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005832P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005833P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005834P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005835P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005836P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005837P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005838P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005839P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005840P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005841P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005842P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005843P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005844P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005845P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005846P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005847P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005848P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005849P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005850P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005851P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005852P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005853P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005854P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005855P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005856P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005857P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005858P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005859P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005860P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005861P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005862P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005863P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005864P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005865P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005866P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005867P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005868P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005869P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005870P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005871P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005872P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005873P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005874P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005875P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005876P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005877P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005878P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005879P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005880P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005881P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005882P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005883P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005884P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005885P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005886P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005887P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005888P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005889P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005890P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005891P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005892P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005893P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005894P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005895P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005896P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005897P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005898P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005899P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005900P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005901P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005902P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005903P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005904P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005905P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005906P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005907P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005908P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005909P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005910P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005911P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005912P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005913P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005914P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005915P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005916P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005917P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005918P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005919P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005920P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005921P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005922P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005923P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005924P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005925P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005926P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005927P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005928P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005929P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005930P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005931P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005932P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005933P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005934P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005935P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005936P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005937P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005938P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005939P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005940P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005941P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005942P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005943P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005944P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005945P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005946P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005947P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005948P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005949P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005950P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005951P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005952P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005953P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005954P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005955P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005956P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005957P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005958P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005959P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005960P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005961P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005962P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005963P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005964P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005965P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005966P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005967P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005968P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005969P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005970P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005971P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005972P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005973P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005974P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005975P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005976P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005977P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005978P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005979P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005980P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005981P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005982P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005983P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005984P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005985P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005986P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005987P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005988P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005989P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005990P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005991P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005992P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005993P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 005994P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005995P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005996P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 005997P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| 005998P001-1467A-018 | 005999P001-1467A-018 | 006000P001-1467A-018 | 006001P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 006002P001-1467A-018 | 006003P001-1467A-018 | 006004P001-1467A-018 | 006005P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 006006P001-1467A-018 | 006007P001-1467A-018 | 006008P001-1467A-018 | 006009P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 006010P001-1467A-018 | 006011P001-1467A-018 | 006012P001-1467A-018 | 006013P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 006014P001-1467A-018 | 006015P001-1467A-018 | 006016P001-1467A-018 | 006017P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 006018P001-1467A-018 | 006019P001-1467A-018 | 006020P001-1467A-018 | 006021P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

| | | | |
|---|---|---|---|
| 006022P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006023P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006024P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006025P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006026P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006027P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006028P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006029P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006030P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006031P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006032P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006033P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006034P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006035P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006036P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006037P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006038P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006039P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006040P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006041P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006042P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006043P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006044P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006045P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006046P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006047P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006048P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006049P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006050P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006051P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006052P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006053P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006054P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006055P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006056P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006057P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006058P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006059P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006060P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006061P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006062P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006063P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006064P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006065P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006066P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006067P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006068P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006069P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006070P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006071P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006072P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006073P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006074P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006075P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006076P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006077P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006078P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006079P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006080P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006081P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006082P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006083P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006084P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006085P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006086P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006087P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006088P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006089P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006090P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006091P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006092P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006093P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006094P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006095P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006096P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006097P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006098P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006099P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006100P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006101P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006102P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006103P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006104P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006105P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006106P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006107P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006108P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006109P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006110P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006111P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006112P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006113P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006114P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006115P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006116P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006117P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006118P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006119P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006120P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006121P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006122P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006123P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006124P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006125P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006126P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006127P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006128P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006129P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006130P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006131P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006132P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006133P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006134P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006135P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006136P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006137P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006138P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006139P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006140P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006141P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

006142P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006143P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006144P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006145P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006146P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006147P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006148P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006149P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006150P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006151P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006152P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006153P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006154P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006155P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006156P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006157P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006158P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006159P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006160P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006161P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006162P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006163P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006164P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006165P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006166P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006167P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006168P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006169P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006170P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006171P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006172P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006173P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006174P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006175P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006176P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006177P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006178P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006179P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006180P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006181P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006182P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006183P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006184P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006185P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006186P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006187P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006188P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006189P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

006190P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006191P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006192P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006193P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006194P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006195P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006196P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006197P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006198P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006199P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006200P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006201P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006202P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006203P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006204P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006205P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006206P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006207P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006208P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006209P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006210P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006211P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006212P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006213P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006214P001-1467A-018 | 006215P001-1467A-018 | 006216P001-1467A-018 | 006217P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006218P001-1467A-018 | 006219P001-1467A-018 | 006220P001-1467A-018 | 006221P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006222P001-1467A-018 | 006223P001-1467A-018 | 006224P001-1467A-018 | 006225P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006226P001-1467A-018 | 006227P001-1467A-018 | 006228P001-1467A-018 | 006229P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006230P001-1467A-018 | 006231P001-1467A-018 | 006232P001-1467A-018 | 006233P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006234P001-1467A-018 | 006235P001-1467A-018 | 006236P001-1467A-018 | 006237P001-1467A-018 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006238P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006239P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006240P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006241P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006242P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006243P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006244P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006245P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006246P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006247P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006248P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006249P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006250P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006251P001-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006252P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006253P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006254P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006255P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006256P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006257P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006258P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006259P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006260P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006261P002-1467A-018<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/09/2020 08:33:45 PM

006262P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006263P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006264P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006339P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006340P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006341P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006342P002-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006343P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006344P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006345P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006346P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006349P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006350P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006351P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006352P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006353P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006353P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006914P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006915P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006916P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006917P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006918P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006919P003-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006966P001-1467A-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/09/2020 08:33:45 PM

| | | |
|---|---|---|
| 000054P001-1467S-018 | 000052P001-1467S-018 | 000005P001-1467S-018 |
| SAUL EWING ARNSTEIN & LEHR LLP | UPHOLD, INC | US ATTORNEY FOR DELAWARE |
| MARK MINUTI,ESQ | JP THIERIOT | CHARLES OBERLY |
| 1201 NORTH MARKET ST.,STE 2300 | 900 LARKSPUR LANDING CIR | ELLEN SLIGHTS |
| P O BOX 1266 | STE 209 | 1313 NORTH MARKET ST |
| WILMINGTON DE 19899 | LARKSPUR CA 94939 | WILMINGTON DE 19801 |
| MARK.MINUTI@SAUL.COM | JP.THIERIOT@UPHOLD.COM | USADE.ECFBANKRUPTCY@USDOJ.GOV |

Records Printed :   **6531**

**EXHIBIT 3**

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006270P001-1467A-018<br>100 ACRE CRED OPPORTUNITIES FUND LTD<br>650 CALIFORNIA ST<br>STE 05-128<br>SAN FRANCISCO CA 94108 | 006461P001-1467A-018<br>10CLOUDS<br>LUKASZ GORCZYNSKI<br>BILLING SPECIALIST<br>UL PRZESKOK 2<br>WARSZAWA 00-032<br>POLAND | 006267P002-1467A-018<br>2112 SEC TT LLC<br>SCANLANKEMPERBARD COMPANIES LLC<br>ATTN: ASSET MANAGER, TOWER PLAZA<br>222 SW COLUMBIA ST STE 700<br>PORTLAND OR 97201 | 006267S001-1467A-018<br>2112 SEC TT LLC<br>SCHWABE WILLIAMSON & WYATT, P.C.<br>JOHN GUINASSO<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE, STE 1700<br>PORTLAND OR 97204 |
| 006469P001-1467A-018<br>2655316 ONTARIO INC<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA | 006422P001-1467A-018<br>6C MARKETING<br>VAT NUMBER: 30-71584936-0<br>LIBERTAD 443 - 6C<br>BUENOS AIRES  1012<br>ARGENTINA | 006446P001-1467A-018<br>ABM INDUSTRY GROUPS<br>KATHRINE MORITZ<br>ASSISTANT PROPERTY MANAGER<br>15301 VENTURA BLVD<br>STE 360<br>SHERMAN OAKS CA 91403 | 006277P001-1467A-018<br>AHP<br>LPPO BOX 3217<br>SEATTLE WA 98114 |
| 006414P001-1467A-018<br>AIRBITZ DBA EDGE<br>311 4TH AVE #413<br>SAN DIEGO CA 92101 | 006658P001-1467A-018<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 006491P001-1467A-018<br>ALABAMA DEPT OF REVENUE<br>50 NORTH RIPLEY ST<br>MONTGOMERY AL 36132 | 006659P001-1467A-018<br>ALASKA ATTORNEY GENERAL<br>KEVIN G CLARKSON<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994 |
| 006492P001-1467A-018<br>ALASKA/JUNEAU COMMISSIONER'S OFFICE<br>PO BOX 110400<br>JUNEAU AK 99811-0400 | 0063S4P001-1467A-018<br>CRISTIANE ALESSI FERREIRA<br>ADDRESS INTENTIONALLY OMITTED | 006281P002-1467A-018<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG AND RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S001-1467A-018<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S002-1467A-018<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S003-1467A-018<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S004-1467A-018<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S005-1467A-018<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S006-1467A-018<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER<br>ADDRESS INTENTIONALLY OMITTED | 006281S007-1467A-018<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>KODY M SPARKS<br>ADDRESS INTENTIONALLY OMITTED | 006274P001-1467A-018<br>ALGO CAPITAL MASTER FUND LP<br>AKA BORDERLESS CAPITAL<br>CRAIGMUIR CHAMBERS<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 006758P001-1467A-018<br>AMAZON WEB SVC<br>410 TERRY AVE NORTH<br>SEATTLE WA 98109 |
| 006460P001-1467A-018<br>AMBER TECHNOLOGIES LIMITED<br>TIANTIAN KULLANDER<br>WICKHAMS CAY II<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 006440P001-1467A-018<br>ANCHORAGE TRUST CO<br>MATHEW PUKALO<br>CLIENT EXPERIENCE MANAGER<br>4901 S ISABEL PL<br>STE 200<br>SIOUX FALLS SD 57101 | 006782P001-1467A-018<br>ANGELROCK<br>CHRIS SPADAFORA<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA | 006480P001-1467A-018<br>ANTHEM INC<br>220 VIRGINIA AVE<br>INDIANAPOLIS IN 46204 |

**Cred Inc., et al.**
**Exhibit Pages**

12/09/2020 07:50:32 PM

| | | | |
|---|---|---|---|
| 006764P001-1467A-018<br>ANVIL ADVISOR<br>55 BROADWAY 4TH FLOOR<br>NEW YORK NY 10006 | 006283P001-1467A-018<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 | 006468P001-1467A-018<br>ARENDT<br>41A AVE JF KENNEDY<br>LUXEMBOURG  L-2082<br>LUXEMBOURG | 006660P001-1467A-018<br>ARIZONA ATTORNEY GENERAL<br>MARK BRNOVICH<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007 |
| 000013P001-1467S-018<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 006493P001-1467A-018<br>ARIZONA DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX AZ 85007 | 006661P001-1467A-018<br>ARKANSAS ATTORNEY GENERAL<br>LESLIE RUTLEDGE<br>323 CENTER ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 | 006401P001-1467A-018<br>ARKANSAS DEPT OF FINANCE AND ADMIN<br>1509 W 7TH ST<br>LITTLE ROCK AR 72201 |
| 006494P001-1467A-018<br>ARKANSAS DEPT OF FINANCE AND ADMINISTRATION<br>700 W CAPITOL<br>LITTLE ROCK AR 72201 | 006400P001-1467A-018<br>ARKANSAS SECRETARY OF STATE<br>STATE CAPITOL SUITE 256<br>500 WOODLANE STREET<br>LITTLE ROCK AR 72201 | 006785P001-1467A-018<br>ARKONIS CAPITAL LTD<br>8 DUNCANNON ST<br>STE 218<br>LONDON  WC2N 4JF<br>UNITED KINGDOM | 006467P001-1467A-018<br>ARMANINO LLP<br>DIANA NAMAULEG<br>BILLING ADMINISTRATOR<br>50 W SAN FERNANDO ST<br>STE 600<br>SAN JOSE CA 95113-2433 |
| 006891P001-1467A-018<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006891S001-1467A-018<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006891S002-1467A-018<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890P001-1467A-018<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006890S001-1467A-018<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S002-1467A-018<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006459P001-1467A-018<br>ASCALEX<br>2445 AUGUSTINE DR STE 150<br>SANTA CLARA CA 95054 | 006269P001-1467A-018<br>AX MOMENTUM LP<br>9465 COUNSELORS ROW<br>STE 200<br>INDIANAPOLIS IN 46240 |
| 006391P001-1467A-018<br>AXIS INSURANCE CO<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA GA 30022 | 006741P001-1467A-018<br>TRUPTI BALEKUND<br>ADDRESS INTENTIONALLY OMITTED | 006285P001-1467A-018<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 | 006444P001-1467A-018<br>JOHN BARR<br>ADDRESS INTENTIONALLY OMITTED |
| 006726P001-1467A-018<br>BAY AREA WINDOW DRESSING<br>10 MOUNDS RD # 3C<br>SAN MATEO CA 94402 | 006355P001-1467A-018<br>JOSHUA BEARDSLEY<br>ADDRESS INTENTIONALLY OMITTED | 006433P001-1467A-018<br>BERKE<br>KIRSTEN STEELE<br>2970 PEACHTREE RD NW<br>STE 300<br>ATLANTA GA 30305 | 006458P001-1467A-018<br>BETTERSOURCE<br>33 NORTH FIRST ST<br>STE C2<br>CAMPBELL CA 95008 |

# Cred Inc., et al.
## Exhibit Pages

006356P001-1467A-018
DHIRAJ BHAT
ADDRESS INTENTIONALLY OMITTED

006409P001-1467A-018
BITANGELS
1250 AVENIDA JUAN PONCE DE LEON
THIRD FL
SAN JUAN PR 00907

006441P001-1467A-018
BITGO
6216 S PINNACLE PL
STE 101
SIOUX FALLS SD 57108

006411P001-1467A-018
BITPIE LIMITED
SECOND FL CAPITAL CITY INDEPENDENCE AVE
PO BOX 1008
VICTORIA, MAHE
SEYCHELLES

006781P001-1467A-018
BITTEMPLE
THREE EMBARCADERO CTR STE P5
SAN FRANCISCO CA 94111

006769P001-1467A-018
BITTREX INTERNATIONAL GMBH
800 5TH AVE
SEATTLE WA 98104

006430P001-1467A-018
BLACKLANE
FEURIGSTR 59
BERLIN 10827
GERMANY

006892P001-1467A-018
BLOCKCHAIN AT BERKELEY
110 SPROUL HALL #5800
BERKELEY CA 94720

006272P001-1467A-018
BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

006457P001-1467A-018
BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

006278P001-1467A-018
BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006442P001-1467A-018
BROOK FURNITURE RENTAL
CRAIGSLER #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

006463P001-1467A-018
BRYAN CAVE LEIGHTON PAISNER LLP
BENJAMIN SAUL
1155 F ST NW
WASHINGTON DC 20004-1357

006901P001-1467A-018
BUSINESS WIRE INC
101 CALIFORNIA ST
20TH FLOOR
SAN FRANCISCO CA 94111

006662P001-1467A-018
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

006479P001-1467A-018
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

006495P001-1467A-018
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

006549P001-1467A-018
CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

006496P001-1467A-018
CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

006757P001-1467A-018
CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

006777P001-1467A-018
CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

006357P001-1467A-018
PAWAN CHAWLA
ADDRESS INTENTIONALLY OMITTED

006745P001-1467A-018
CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

006424P001-1467A-018
CLAYTON UTZ
LEVEL 15 1 BLIGH ST
SYDNEY NSW  2000
AUSTRALIA

006449P001-1467A-018
CLOUDFLARE
101 TOWNSEND ST
SAN FRANCISCO CA 94107

006750P001-1467A-018
COINDESK INC
250 PK AVE SOUTH 5TH FLOOR
NEW YORK NY 94904

006416P001-1467A-018
COINSTATS INC
2035 SUNSET LAKE RD #5-2
NEWARK DE 19702

006663P001-1467A-018
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CENTER
1300 BROADWAY 10TH FL
DENVER CO 80203

**Cred Inc., et al.**
**Exhibit Pages**

006497P001-1467A-018
COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

006733P001-1467A-018
COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124

006776P001-1467A-018
COMMERCIAL CLEANING PROS
PO BOX 30411
WALNUT CREEK CA 94598

006498P001-1467A-018
COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE
PO BOX 7010
BOSTON MA 02204

006499P001-1467A-018
COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT ST
ANNAPOLIS MD 21404

006664P001-1467A-018
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

006288P001-1467A-018
CORP SVC CO
251 LITTLE FALLS DR
WILMINGTON DE 19808

006289P001-1467A-018
CORP SVC CO
40 TECHNOLOGY PKWY SOUTH
#300
NORCROSS GA 30092

006290P001-1467A-018
CORP SVC CO
1003 BISHOP ST
STE 1600 PAUAHI TOWER
HONOLULU HI 96813

006291P001-1467A-018
CORP SVC CO
12550 W EXPLORER DR
STE 100
BOISE ID 83713

006292P001-1467A-018
CORP SVC CO
135 NORTH PENNSYLVANIA ST
STE 1610
INDIANAPOLIS IN 46204

006293P001-1467A-018
CORP SVC CO
2900 SW WANAMAKER DR
STE 204
TOPEKA KS 66614

006294P001-1467A-018
CORP SVC CO
45 MEMORIAL CIR
AUGUSTA ME 04330

006295P001-1467A-018
CORP SVC CO
2345 RICE ST
STE 230
ROSEVILLE MN 55113

006296P001-1467A-018
CORP SVC CO
26 WEST SIXTH AVE
PO BOX 1691
HELENA MT 59624-1691

006297P001-1467A-018
CORP SVC CO
2626 GLENWOOD AVE
STE 550
RALEIGH NC 27608

006298P001-1467A-018
CORP SVC CO
1709 NORTH 19TH ST
STE 3
BISMARCK ND 58501-2121

006299P001-1467A-018
CORP SVC CO
10 FERRY ST
STE 313
CONCORD NH 03301

006300P001-1467A-018
CORP SVC CO
PRINCETON SOUTH CORPORATE CTR
STE 160 100 CHARLES EWING BLVD
EWING NJ 08628

006301P001-1467A-018
CORP SVC CO
MC-CSC1
726 E MICHIGAN DR STE 101
HOBBS NM 88240-3465

006302P001-1467A-018
CORP SVC CO
112 NORTH CURRY ST
CARSON CITY NV 89703

006303P001-1467A-018
CORP SVC CO
80 STATE ST
ALBANY NY 12207-2543

006304P001-1467A-018
CORP SVC CO
50 WEST BROAD ST
STE 1330
COLUMBUS OH 43215

006305P001-1467A-018
CORP SVC CO
508 MEETING ST
WEST COLUMBIA SC 29169

006306P001-1467A-018
CORP SVC CO
9360 GLACIER HIGHWAY
STE 202
JUNEAU AK 99801

006307P001-1467A-018
CORP SVC CO
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

006308P001-1467A-018
CORP SVC CO
1900 W LITTLETON BLVD
LITTLETON CO 80120

006309P001-1467A-018
CORP SVC CO
100 PEARL ST
17TH FL MC-CSC1
HARTFORD CT 06103

# Cred Inc., et al.
# Exhibit Pages

| | | | |
|---|---|---|---|
| 006310P001-1467A-018<br>CORP SVC CO<br>1090 VERMONT AVE NW<br>WASHINGTON DC 20005 | 006311P001-1467A-018<br>CORP SVC CO<br>1201 HAYS ST<br>TALLAHASSEE FL 32301 | 006312P001-1467A-018<br>CORP SVC CO<br>505 5TH AVE<br>STE 729<br>DES MOINES IA 50309 | 006313P001-1467A-018<br>CORP SVC CO<br>421 WEST MAIN ST<br>FRANKFORT KY 40601 |
| 006314P001-1467A-018<br>CORP SVC CO<br>84 STATE ST<br>BOSTON MA 02109 | 006315P001-1467A-018<br>CORP SVC CO<br>7716 OLD CANTON RD<br>STE C<br>MADISON MS 39110 | 006316P001-1467A-018<br>CORP SVC CO<br>10300 GREENBRIAR PL<br>OKLAHOMA CITY OK 73159-7653 | 006317P001-1467A-018<br>CORP SVC CO<br>1127 BROADWAY ST NE<br>STE 310<br>SALEM OR 97301 |
| 006318P001-1467A-018<br>CORP SVC CO<br>2595 INTERSTATE DR<br>STE 103<br>HARRISBURG PA 17110 | 006319P001-1467A-018<br>CORP SVC CO<br>222 JEFFERSON BLVD<br>STE 200<br>WARWICK RI 02888 | 006320P001-1467A-018<br>CORP SVC CO<br>503 SOUTH PIERRE ST<br>PIERRE SD 57501 | 006321P001-1467A-018<br>CORP SVC CO<br>2908 POSTON AVE<br>NASHVILLE TN 37203 |
| 006322P001-1467A-018<br>CORP SVC CO<br>15 WEST SOUTH TEMPLE<br>STE 600<br>SALT LAKE CITY UT 84101 | 006323P001-1467A-018<br>CORP SVC CO<br>100 SHOCKOE SLIP<br>2ND FL<br>RICHMOND VA 23219 | 006324P001-1467A-018<br>CORP SVC CO<br>100 NORTH MAIN ST<br>STE 2<br>BARRE VT 05641 | 006325P001-1467A-018<br>CORP SVC CO<br>MC-CSC1<br>300 DESCHUTES WAY SW STE 208<br>TUMWATER WA 98501 |
| 006326P001-1467A-018<br>CORP SVC CO<br>8040 EXCELSIOR DR<br>STE 400<br>MADISON WI 53717 | 006327P001-1467A-018<br>CORP SVC CO<br>1821 LOGAN AVE<br>CHEYENNE WY 82001 | 006328P001-1467A-018<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC CO<br>211 E 7TH ST<br>STE 620<br>AUSTIN TX 78701-3218 | 006329P001-1467A-018<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC<br>2710 GTWY OAKS DR<br>STE 150N<br>SACRAMENTO CA 95833-3505 |
| 006330P001-1467A-018<br>CORP SVC COMPANY, INC<br>641 SOUTH LAWRENCE ST<br>MONTGOMERY AL 36104 | 006477P001-1467A-018<br>COUNTY OF SAN MATEO TAX COLLECTOR<br>555 COUNTY CTR<br>1ST FLOOR<br>REDWOOD CITY CA 94063 | 006450P001-1467A-018<br>COWAN AGENCY<br>101 CALIFORNIA ST<br>STE 2710<br>SAN FRANCISCO CA 94111 | 006279P001-1467A-018<br>CR FUND<br>LPPO BOX 3217<br>SEATTLE WA 98114 |
| 006426P001-1467A-018<br>CREATIVE SOLUTIONS<br>CUSTOMER # 900829<br>1230 CAMPUS DR<br>MORGANVILLE NJ 07751 | CRED 2240 | CRED 2329 | CRED 3127 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CRED 3611 | CRED 6347 | CRED 6376 | CRED 6388 |
| CRED 6628 | CRED 6629 | CRED 6630 | CRED 6631 |
| CRED 6633 | CRED 6634 | CRED 6635 | CRED 6636 |
| CRED 6637 | CRED 6638 | CRED 6639 | CRED 6640 |
| CRED 6641 | CRED 6642 | CRED 6643 | CRED 6644 |
| CRED 6645 | CRED 6646 | CRED 6647 | CRED 6648 |
| CRED 6649 | CRED 6650 | CRED 6651 | CRED 6652 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6653 | CRED 6654 | CRED 6655 | CRED 6656 |
| CRED 6657 | CRED 6711 | CRED 6712 | CRED 6713 |
| CRED 6714 | CRED 6715 | CRED 6716 | CRED 6717 |
| CRED 6720 | CRED 6721 | CRED 6722 | CRED 6723 |
| CRED 6724 | CRED 6725 | CRED 6788 | CRED 6789 |
| CRED 6790 | CRED 6791 | CRED 6792 | CRED 6793 |
| CRED 6794 | CRED 6795 | CRED 6796 | CRED 6797 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6798 | CRED 6799 | CRED 6800 | CRED 6801 |
| --- | --- | --- | --- |
| CRED 6802 | CRED 6803 | CRED 6804 | CRED 6805 |
| CRED 6806 | CRED 6807 | CRED 6808 | CRED 6809 |
| CRED 6810 | CRED 6811 | CRED 6812 | CRED 6813 |
| CRED 6814 | CRED 6815 | CRED 6816 | CRED 6817 |
| CRED 6819 | CRED 6820 | CRED 6821 | CRED 6822 |
| CRED 6823 | CRED 6824 | CRED 6825 | CRED 6826 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6827 | CRED 6828 | CRED 6829 | CRED 6830 |
| CRED 6831 | CRED 6832 | CRED 6833 | CRED 6834 |
| CRED 6835 | CRED 6836 | CRED 6837 | CRED 6838 |
| CRED 6839 | CRED 6840 | CRED 6841 | CRED 6842 |
| CRED 6843 | CRED 6844 | CRED 6845 | CRED 6846 |
| CRED 6847 | CRED 6848 | CRED 6849 | CRED 6850 |
| CRED 6851 | CRED 6852 | CRED 6853 | CRED 6854 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6855 | CRED 6856 | CRED 6857 | CRED 6858 |
| CRED 6859 | CRED 6860 | CRED 6861 | CRED 6862 |
| CRED 6863 | CRED 6864 | CRED 6865 | CRED 6866 |
| CRED 6867 | CRED 6868 | CRED 6869 | CRED 6870 |
| CRED 6871 | CRED 6872 | CRED 6873 | CRED 6874 |
| CRED 6875 | CRED 6876 | CRED 6877 | CRED 6878 |
| CRED 6879 | CRED 6880 | CRED 6881 | CRED 6882 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CRED 6883 | CRED 6884 | CRED 6885 | CRED 6886 |
| CRED 6902 | CRED 6903 | CRED 6904 | CRED 6905 |
| CRED 6906 | CRED 6907 | CRED 6908 | CRED 6909 |
| CRED 6910 | CRED 6911 | CRED 6912 | CRED 6913 |
| CRED 6920 | CRED 6921 | CRED 6922 | CRED 6923 |
| CRED 6924 | CRED 6925 | CRED 6926 | CRED 6927 |
| CRED 6928 | CRED 6929 | CRED 6930 | CRED 6931 |

**Cred Inc., et al.**
**Exhibit Pages**

| CRED 6932 | CRED 6933 | CRED 6936 | CRED 6937 |
| CRED 6938 | CRED 6939 | CRED 6940 | CRED 6941 |
| CRED 6942 | CRED 6943 | CRED 6944 | CRED 6946 |
| CRED 6947 | CRED 6948 | CRED 6949 | CRED 6950 |
| CRED 6951 | CRED 6952 | CRED 6953 | CRED 6954 |
| CRED 6955 | CRED 6956 | CRED 6957 | CRED 6958 |
| CRED 6959 | CRED 6960 | CRED 6961 | CRED 6962 |

**Cred Inc., et al.**
**Exhibit Pages**

CRED 6963

CRED 6964

CRED 6965

006431P001-1467A-018
CRYPSIS
CARLTON E BEASLEY
1410 SPRING HILL RD
STE 300
MCLEAN VA 22102

006462P002-1467A-018
CSC
ACCOUNT NO 81108785579
CO ID:3851984
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

006331P001-1467A-018
CSC-LAWYERS INCORPORATING SVC (COMPANY)
601 ABBOT RD
EAST LANSING MI 48823

006332P001-1467A-018
CSC-LAWYERS INCORPORATING SVC CO
7 ST PAUL ST
STE 820
BALTIMORE MD 21202

006333P001-1467A-018
CSC-LAWYERS INCORPORATING SVC CO
221 BOLIVAR ST
JEFFERSON CITY MO 65101

006334P001-1467A-018
CSC-LAWYERS INCORPORATING SVC CO
233 SOUTH 13TH ST
STE 1900
LINCOLN NE 68508

006778P001-1467A-018
CT CORP
PO BOX 4349
CAROL STREAM IL 60197

006786P001-1467A-018
CYBER QUANTUM PTE LTD
16 RAFFLES QUAY #3303
HONG KONG LEONG BUILDING
SINGAPORE  48581
SINGAPORE

006780P001-1467A-018
DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

006358P001-1467A-018
BETHANY DE LUDE
ADDRESS INTENTIONALLY OMITTED

006359P001-1467A-018
DELON DE METZ
ADDRESS INTENTIONALLY OMITTED

006429P001-1467A-018
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

006887P001-1467A-018
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B. FITZGERALD
600 UNIVERSITY ST
STE 2700
SEATTLE WA 98101

006887S001-1467A-018
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
AI LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006887S002-1467A-018
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888P001-1467A-018
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S001-1467A-018
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S002-1467A-018
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889P001-1467A-018
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006889S001-1467A-018
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889S002-1467A-018
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006665P001-1467A-018
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1467S-018
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-018
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

006465P001-1467A-018
DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

# Cred Inc., et al.
# Exhibit Pages

006744P001-1467A-018
DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006775P001-1467A-018
DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

006423P001-1467A-018
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

006445P001-1467A-018
DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

006421P001-1467A-018
DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

006500P001-1467A-018
DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

006666P001-1467A-018
DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

006451P001-1467A-018
DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

006746P001-1467A-018
DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

006268P001-1467A-018
DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

006447P001-1467A-018
DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

006280P001-1467A-018
DRAGONFLY INTERNATIONAL HOLDING LIMITED
KINGSTON CHAMBERS
PO BOX 173
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

006439P001-1467A-018
ELEMENT TECHNOLOGIES
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

006783P001-1467A-018
ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

006432P001-1467A-018
ELIG
112 BECKWITH AVE
CLAYTON NC 27527

006752P001-1467A-018
EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

006438P001-1467A-018
EQUITIES FIRST HOLDINGS
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

006393P001-1467A-018
EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC
234 SPRING LAKE DR
ITASCA IL 60143

006397P001-1467A-018
EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

006756P001-1467A-018
EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

006275P001-1467A-018
FENBUSHI INVESTMENT FUND LP
MAPLES CORPORATE SERVICES LIMITED
PO BOX 39
UGLAND HOUSE
GRAND CAYMAN  KY 1-1104
CAYMAN ISLANDS

006271P001-1467A-018
FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006427P001-1467A-018
FIREBLOCKS
500 7TH AV
NEW YORK NY 10018

006448P001-1467A-018
FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

006550P001-1467A-018
FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

006667P001-1467A-018
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

006615P001-1467A-018
FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

000009P001-1467S-018
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

# Cred Inc., et al.
## Exhibit Pages

006779P001-1467A-018
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

006266P001-1467A-018
GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

006473P001-1467A-018
GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

006360P001-1467A-018
ABHISHEK GARG
ADDRESS INTENTIONALLY OMITTED

006668P001-1467A-018
GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

006501P001-1467A-018
GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

006420P001-1467A-018
GETTY/IO INC
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

006471P001-1467A-018
GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

006361P001-1467A-018
FERNANDO GOLDSTEIN
ADDRESS INTENTIONALLY OMITTED

006417P001-1467A-018
GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

006456P001-1467A-018
GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

006669P001-1467A-018
GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

006546P001-1467A-018
GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

006481P001-1467A-018
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

006362P001-1467A-018
HAN HA
ADDRESS INTENTIONALLY OMITTED

006670P001-1467A-018
HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

006551P001-1467A-018
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

006765P001-1467A-018
MARA HERBKERSMAN
ADDRESS INTENTIONALLY OMITTED

006759P001-1467A-018
TODD HERSCHBERG
ADDRESS INTENTIONALLY OMITTED

006774P001-1467A-018
HIREUP LLC
PO BOX 2148
DURANGO CO 81302

006418P001-1467A-018
HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

006406P004-1467A-018
LU HUA
ADDRESS INTENTIONALLY OMITTED

006425P001-1467A-018
HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

006893P001-1467A-018
HUMAN CLOUD BUSINESS SOLUTIONS
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045
INDIA

006894P002-1467A-018
HUMANCLOUD TECHNOLOGIES
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA  411045
INDIA

006363P001-1467A-018
DANIEL HUMMER
ADDRESS INTENTIONALLY OMITTED

006364P001-1467A-018
SUNG HWANG
ADDRESS INTENTIONALLY OMITTED

006671P001-1467A-018
IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

# Cred Inc., et al.
# Exhibit Pages

006502P001-1467A-018
IDAHO STATE TAX COMMISION
800 E PK BLVD
PLAZA IV
BOISE ID 83712-7742

006467P001-1467A-018
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

006335P001-1467A-018
ILLINOIS CORP SVC CO
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

006503P001-1467A-018
ILLINOIS DEPT OF REVENUE
JAMES R THOMPSON CENTER  CONCOURSE LEVEL
100 WEST RANDOLPH ST
CHICAGO IL 60601-3274

006454P001-1467A-018
ILLUMANT
431 FLORENCE ST
STE 210
PALO ALTO CA 94301

006365P001-1467A-018
DANIYAL INAMULLAH
ADDRESS INTENTIONALLY OMITTED

006773P001-1467A-018
INBOUND JUNCTION BG
INBOUNDJUNCTION IL
MENAHEM BEGIN 20 3RD FLOOR
RAMAT GAN  5270005
ISAREL

006787P001-1467A-018
INCOME OPPORTUNITIES (LUXEMBOURG) SA
19 RUE DE BITBOURG
LUXEMBOURG  L-1273
LUXEMBOURG

006676P001-1467A-018
INDIANA ATTORNEY GENERAL
CURTIS T HILL JR
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

006504P001-1467A-018
INDIANA DEPT OF REVENUE
BANKRUPTCY SECTION MS 108
100 NORTH SENATE AVE RM N240
INDIANAPOLIS IN 46204

006434P001-1467A-018
INNREG LLC
1101 BRICKELL AVE
SOUTH TOWER
MIAMI FL 33131

006740P001-1467A-018
INTERIOR PLANT DESIGN
1950 MONTEREY RD
SAN JOSE CA 95112

000001P001-1467S-018
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-018
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

006505P001-1467A-018
INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

006677P001-1467A-018
IOWA ATTORNEY GENERAL
TOM MILLER
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319

006506P001-1467A-018
IOWA DEPT OF REVENUE
PO BOX 10471
DES MOINES IA 50306-3457

006507P001-1467A-018
IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

006428P001-1467A-018
JST SYSTEMS
ANAMARIA GOLEMAC
ANALYST JST CAPITAL
152 W 57TH ST
24TH FL
NEW YORK NY 10019

006466P001-1467A-018
JUMIO CORP
395 PAGE MILL RD
STE 150
PALO ALTO CA 94306-2067

006366P001-1467A-018
MARIE KACMAREK
ADDRESS INTENTIONALLY OMITTED

006482P001-1467A-018
KAISER PERMANENTE
ONE KAISER PLZ
OAKLAND CA 94612

006673P001-1467A-018
KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

006508P001-1467A-018
KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66625-9000

006678P001-1467A-018
KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BUILDING SUITE 118
FRANKFORT KY 40601

006509P001-1467A-018
KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

006367P001-1467A-018
ADNAN KHAKOO
ADDRESS INTENTIONALLY OMITTED

006368P001-1467A-018
MIN KIM
ADDRESS INTENTIONALLY OMITTED

# Cred Inc., et al.
## Exhibit Pages

12/09/2020 07:50:32 PM

| | | | |
|---|---|---|---|
| 006369P001-1467A-018<br>DEVON KLINE<br>ADDRESS INTENTIONALLY OMITTED | 006436P001-1467A-018<br>KNOWBE4, INC<br>CUSTOMER ID C-031280<br>33 N GDN AVE<br>STE 1200<br>CLEARWATER FL 33755 | 006474P001-1467A-018<br>MAITRI KIRTIKUMAR KOTAK<br>ADDRESS INTENTIONALLY OMITTED | 006895P001-1467A-018<br>LA CONCHA<br>PO BOX 6445<br>SAN JUAN PR 00914 |
| 006370P001-1467A-018<br>JONATHAN LABOVICH<br>ADDRESS INTENTIONALLY OMITTED | 006371P001-1467A-018<br>JOSEPH LALLY<br>ADDRESS INTENTIONALLY OMITTED | 006731P001-1467A-018<br>LEES FLORIST AND NURSERY<br>1420 UNIVERSITY AVE<br>BERKELEY CA 94702 | 006719P002-1467A-018<br>LHV PLANK<br>ILONA LEBEDEV<br>AS LHV PANK<br>TARTU MNT 2<br>TALLINN 10145<br>ESTONIA |
| 006727P001-1467A-018<br>LINKEDIN<br>1000 W MAUDE AVE<br>SUNNYVALE CA 94085 | 006412P001-1467A-018<br>LITECOIN FOUNDATION LIMITED<br>111 NORTH BRIDGE RD #08-19<br>PENINSUAL PLZ<br>SINGAPORE 179098<br>SINGAPORE | 006372P001-1467A-018<br>JOSEPH LIYANA<br>ADDRESS INTENTIONALLY OMITTED | 006390P001-1467A-018<br>LOCKTON COMPANIES LLC<br>DBA LOCKTON INSURANCE BROKERS LLC<br>THREE EMBARCADERO CTR<br>SIXTH FL<br>SAN FRANCISCO CA 94111 |
| 006753P001-1467A-018<br>LOCKTON INSURANCE BROKERS LLC<br>3 EMBARCADERO CTR 6TH FLOOR<br>SAN FRANCISCO CA 94111 | 006754P001-1467A-018<br>LOGMEIN<br>320 SUMMER ST<br>BOSTON MA 02210 | 006476P001-1467A-018<br>LOS ANGELES COUNTY TREASURER AND TAX CONTROLL<br>225 N HILL ST<br>1ST FLOOR LOBBY<br>LOS ANGELES CA 90012 | 006679P001-1467A-018<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095 |
| 006403P002-1467A-018<br>LOUISIANA DEPT OF REVENUE<br>617 N 3RD ST<br>BATON ROUGE LA 70802 | 006510P001-1467A-018<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>617 NORTH 3RD ST<br>BATON ROUGE LA 70821 | 006402P001-1467A-018<br>LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVE<br>BATON ROUGE LA 70809 | 006896P001-1467A-018<br>LUAS CONSTRUCTION AND FACILITIES<br>2900 SCOTT BLVD<br>SANTA CLARA CA 95054 |
| 006718P001-1467A-018<br>GRANT LYON<br>ADDRESS INTENTIONALLY OMITTED | 006674P001-1467A-018<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 006511P001-1467A-018<br>MAINE REVENUE SVC<br>24 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 006751P001-1467A-018<br>MARLENA AGENCY<br>278 HAMILTON AVE<br>PRINCETON NJ 08540 |
| 006680P001-1467A-018<br>MARYLAND ATTORNEY GENERAL<br>BRIAN FROSH<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022 | 006552P001-1467A-018<br>MARYLAND DEPT OF LABOR<br>LICENSING AND REGULATION<br>SECRETARY<br>500 N. CALVERT ST STE 401<br>BALTIMORE MD 21202 | 006681P001-1467A-018<br>MASSACHUSETTS ATTORNEY GENERAL<br>MAURA HEALY<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698 | 006483P001-1467A-018<br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>1295 STATE ST<br>SPRINGFIELD MA 01111-0001 |

# Cred Inc., et al.
## Exhibit Pages

006747P001-1467A-018
MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

006742P001-1467A-018
METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

006284P002-1467A-018
METROPOLITAN COMMERCIAL BANK
LIZETTE PERALTA
99 PK AVE 4TH FLOOR
NEW YORK NY 10016

006682P001-1467A-018
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

006512P001-1467A-018
MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

000010P001-1467S-018
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

006683P001-1467A-018
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

006513P001-1467A-018
MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

006675P001-1467A-018
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

006514P001-1467A-018
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

006684P001-1467A-018
MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

006515P001-1467A-018
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

006286P001-1467A-018
MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

006287P001-1467A-018
MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

006685P001-1467A-018
MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

006516P001-1467A-018
MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

006373P001-1467A-018
MEGAN MORAN
ADDRESS INTENTIONALLY OMITTED

006374P001-1467A-018
AMIT MOTGI
ADDRESS INTENTIONALLY OMITTED

000050P001-1467S-018
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006766P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006914P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006915P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006916P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006917P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006918P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006919P003-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

006966P001-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

000004P002-1467A-018
NAME AND ADDRESS INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000046P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000192P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000200P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000582P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000928P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000983P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001008P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001057P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001063P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001200P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001208P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001226P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001285P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001297P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001426P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001540P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001726P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001866P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001955P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001974P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002463P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002553P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002667P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002776P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002928P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002946P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002953P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003014P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

12/09/2020 07:50:32 PM

| | | | |
|---|---|---|---|
| 003059P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003100P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003416P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003491P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003507P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003567P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003568P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003615P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003639P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003645P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003749P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003871P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004036P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004073P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004074P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004382P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004556P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004592P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004604P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004605P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004655P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004674P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004769P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004843P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004869P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004919P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004995P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005055P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005056P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005067P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005084P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005102P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005186P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005187P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005222P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005417P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005593P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005607P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005657P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005723P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005755P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005780P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005904P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006085P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006342P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001515P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005373P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005906P002-1467A-018<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006484P001-1467A-018<br>NAVIA BENEFITS SOLUTION<br>11400 SE 6TH ST<br>STE 125<br>BELLEVUE WA 98004 | 006686P001-1467A-018<br>NEBRASKA ATTORNEY GENERAL<br>DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | 006517P001-1467A-018<br>NEBRASKA DEPT OF REVENUE<br>301 CENTENNIAL MALL SOUTH<br>2ND FLOOR<br>LINCOLN NE 68509-4818 | 006687P001-1467A-018<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME COURT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 |
| 006518P001-1467A-018<br>NEVADA DEPT OF TAXATION<br>1550 E COLLEGE PKWY<br>CARSON CITY NV 89706 | 006729P001-1467A-018<br>NEVTEC<br>1150 S BASCOM AVE STE 12<br>SAN JOSE CA 95128 | 006688P001-1467A-018<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>GORDON MACDONALD<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397 | 006519P001-1467A-018<br>NEW HAMPSHIRE DEPT OF REV ADMIN<br>109 PLEASANT ST<br>CONCORD NH 03301 |

# Cred Inc., et al.
## Exhibit Pages

006689P001-1467A-018
NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

006520P001-1467A-018
NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

006690P001-1467A-018
NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BUILDING
SANTA FE NM 87501

006521P001-1467A-018
NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

006691P001-1467A-018
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

006522P001-1467A-018
NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

006375P001-1467A-018
HEIDI NG
ADDRESS INTENTIONALLY OMITTED

006692P001-1467A-018
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

006523P001-1467A-018
NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

006693P001-1467A-018
NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHJEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

006528P001-1467A-018
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

006453P001-1467A-018
JIM OCHSENREITER
ADDRESS INTENTIONALLY OMITTED

000003P001-1467S-018
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

006694P001-1467A-018
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

006553P001-1467A-018
OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

006524P001-1467A-018
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

006695P001-1467A-018
OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

006529P001-1467A-018
OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

006396P001-1467A-018
ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

006897P001-1467A-018
ORACLE
500 ORACLE PKWY
REDWOOD SHORES CA 94065

006696P001-1467A-018
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

006530P001-1467A-018
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

006762P002-1467A-018
RYAN ORTEGA
ADDRESS INTENTIONALLY OMITTED

006898P001-1467A-018
PARKER AND LYNCH
44 MONTGOMERY ST
STE 1950
SAN FRANCISCO CA 94104

006743P001-1467A-018
PAUL HASTINGS
200 PARK AVE
NEW YORK NY 10166

006737P001-1467A-018
PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

006697P001-1467A-018
PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

006554P001-1467A-018
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

# Cred Inc., et al.
## Exhibit Pages

006525P001-1467A-018
PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

006407P001-1467A-018
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006698P001-1467A-018
PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

006379P001-1467A-018
SUDHA MADHURI RAVULA
ADDRESS INTENTIONALLY OMITTED

006699P001-1467A-018
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

006738P001-1467A-018
ROCKETSPACE INC
180 SANSOME ST 2ND FLOOR
SAN FRANCISCO CA 94104

006488P001-1467A-018
RUTSAERT LEGAL
14 RE DE STRASSEN
LUEMBOURG  2555
LUXEMBOURG

006734P001-1467A-018
PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

006475P001-1467A-018
PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

006526P001-1467A-018
PUERTO RICO DEPT DE HACIENDA
EDIFICIO INTENDENTE RAMIREZ
EL PASEO COVDONGA
SAN JUAN PR 00901

006767P001-1467A-018
REGULATION D RESOURCE
7333 WEST JEFFERSON AVE STE 225
LAKEWOOD CO 80235

006527P001-1467A-018
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
1ST FLOOR
PROVIDENCE RI 02908

006380P001-1467A-018
MAKSIM ROKHLINE
ADDRESS INTENTIONALLY OMITTED

006410P001-1467A-018
SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BA
SAINT KITTS AND NEVIS

006728P001-1467A-018
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

006749P001-1467A-018
MARY M PRINGLE
ADDRESS INTENTIONALLY OMITTED

006415P001-1467A-018
QTUM CHAIN FOUNDATION
JINGAN DISTRICT YUYUAN RD
419TH BLDG 34
SHANGHAI
CHINA

006899P001-1467A-018
REGUS
15233 VENTURA BLVD
STE 500
SHERMAN OAKS CA 91403

006486P002-1467A-018
RICHARDS LAYTON AND FINGER PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

006487P001-1467A-018
RUDDY GREGORY PLLC
1225 15TH STREET NW
WASHINGTON DC 20005

006760P001-1467A-018
SALESFORCE
415 MISSION ST
SAN FRANCISCO CA 94105

006377P001-1467A-018
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006399P001-1467A-018
PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

006378P001-1467A-018
XAVIER RASHOTSKY
ADDRESS INTENTIONALLY OMITTED

006273P001-1467A-018
RELIZ LTD
BLOCKFILLS
12 OFFICE 1 TREIQET HUGGIEGA
TRIQ VICTOR SCERRI
NAXXAR
MALTA

006900P001-1467A-018
ROBERT HALF
2884 SAND HILL RD
MENLO PARK CA 94025

006772P002-1467A-018
STEFAN RUST
ADDRESS INTENTIONALLY OMITTED

006755P001-1467A-018
SALTIRE MANAGEMENT GROUP LLC
3281 SUTTON PL NW STE B
WASHINGTON DC 20016

**Cred Inc., et al.**
**Exhibit Pages**

---

006935P001-1467A-018
SARACHEK LAW FIRM
JOSEPH E SARACHEK / ZACHARY E MAZUR
670 WHITE PLAINS ROAD PENTHOUSE FLOOR
SCARSDALE NY 10583

006478P001-1467A-018
SARSON FUNDS LLC
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006282P003-1467A-018
DAN SCHATT
CRED INC
ADDRESS INTENTIONALLY OMITTED

006381P001-1467A-018
DAN SCHATT
ADDRESS INTENTIONALLY OMITTED

006489P001-1467A-018
SD MAYER AND ASSOCIATES LLP
235 MONTGOMERY ST
30TH FLOOR
SAN FRANCISCO CA 94104

006739P001-1467A-018
CATHERINE A SEEMANN
ADDRESS INTENTIONALLY OMITTED

006265P001-1467A-018
SEQUOIA ONE
22 4TH ST
3RD FLOOR
SAN FRANCISCO CA 94103

006490P001-1467A-018
SHEPPARD MULLIN
333 SOUTH HOPE ST
43RD FLOOR
LOS ANGELES CA 90071

006761P001-1467A-018
SHORELINE LABS
425 CALIFORNIA ST STE 1200
SAN FRANCISCO CA 94104

006768P001-1467A-018
SHRED-IT
7734 S 133RD ST
OMAHA NE 68138

006732P001-1467A-018
SHUTTLE FINANCE INC
DBA ACRE
1447 2ND ST 2ND FLOOR
SANTA MONICA CA 90401

006398P001-1467A-018
SILVERGATE
ASHTON KELLEY; OLLINKA EQUIHUA
TEDDY HANSON
4250 EXECUTIVE SQUARE
STE 100
LA JOLLA CA 92037

006770P001-1467A-018
SILVERLINE
860 BROADWAY 5TH FL
NEW YORK NY 10003

006382P001-1467A-018
NICOLE SKILLERN
ADDRESS INTENTIONALLY OMITTED

000012P001-1467S-018
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

006383P001-1467A-018
RANDY SONG
ADDRESS INTENTIONALLY OMITTED

006561P001-1467A-018
SOS DISTRICT OF COLUMBIA
KIMBERLY A BASSETT
1350 PENNSYLVANIA AVE NW
ROOM 419
WASHINGTON DC 20004

006562P001-1467A-018
SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

006563P001-1467A-018
SOS OF ALASKA
KEVIN MEYER
333 W WILLOUGHBY AVE
9TH FLOOR
JUNEAU AK 99801

006564P001-1467A-018
SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

006565P001-1467A-018
SOS OF ARKANSAS
JOHN THURSTON
STATE CAPITOL
500 WOODLANE AVE
STE 256
LITTLE ROCK AR 72201

006566P001-1467A-018
SOS OF CALIFORNIA
ALEX PADILLA
1500 11TH ST
SACRAMENTO CA 95814

006567P001-1467A-018
SOS OF COLORADO
JENA GRISWOLD
COLORADO DEPT OF STATE
1700 BROADWAY
STE 200
DENVER CO 80290

006568P001-1467A-018
SOS OF CONNECTICUT
DENISE W MERRILL
30 TRINITY ST
HARTFORD CT 06106

006569P001-1467A-018
SOS OF DELAWARE
JEFFREY W BULLOCK
401 FEDERAL ST
STE 3
DOVER DE 19901

006570P001-1467A-018
SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

006571P001-1467A-018
SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

006572P001-1467A-018
SOS OF GUAM
JOSH TENORIO
LEUTENANT GOVERNOR
RICARDO J BORDALLO GOVERNORS COMPLEX
PO BOX 2950 HAGATNA GUAM 96932
ADELUP GU 96910

**Cred Inc., et al.**
**Exhibit Pages**

006573P001-1467A-018
SOS OF HAWAII
JOSH GREEN
LEUTENANT GOVERNOR
STATE CAPITOL
ROOM 415
HONOLULU HI 96813

006574P001-1467A-018
SOS OF IDAHO
LAWERENCE DENNEY
700 WEST JEFFERSON ST RM E205
PO BOX 83720
BOISE ID 83720-0080

006575P001-1467A-018
SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD IL 62756

006576P001-1467A-018
SOS OF INDIANA
CONNIE LAWSON
200 W WASHINGTON ST
ROOM 201
INDIANAPOLIS IN 46204

006577P001-1467A-018
SOS OF IOWA
PAUL D PATE
FIRST FLOOR LUCAS BUILDING
321 E 12TH ST
DES MOINES IA 50319

006582P001-1467A-018
SOS OF KANSAS
SCOTT SCHWAB
MEMORIAL HALL 1ST FLOOR
120 SW 10TH AVE
TOPEKA KS 66612-1594

006583P001-1467A-018
SOS OF KENTUCKY
MICHAEL ADAMS
OFFICE OF THE KENTUCY SECRETARY OF STATE
700 CAPITAL AVE STE 152
FRANKFORT KY 40601

006584P001-1467A-018
SOS OF LOUISIANA
R KYLE ARDOIN
8585 ARCHIVES AVE
PO BOX 94125 BATON ROUGE LA 708049125
BATON ROUGE LA 70809

006578P001-1467A-018
SOS OF MAINE
MATTHEW DUNLAP
148 STATE HOUSE STATION
AUGUSTA ME 00433-0148

006579P001-1467A-018
SOS OF MARYLAND
JOHN C WOBENSMITH
FRED L WINELAND BUILDING
16 FRANCIS ST
ANNAPOLIS MD 21401

006585P001-1467A-018
SOS OF MASSACHUSETTS
WILLIAM FRANCIS GALVIN
ONE ASHBURTON PLACE
ROOM 1611
BOSTON MA 02108-1512

006580P001-1467A-018
SOS OF MICHIGAN
JOCELYN BENSON
MICHIGAN DEPARTMENT OF STATE
LANSING MI 48919

006586P001-1467A-018
SOS OF MINNESOTA
STEVE SIMON
OFFICE OF THE SECRETARY OF STATE
RETIREMENT SYSTEMS OF MINNESOTA BLDG
60 EMPIRE DR STE 100
ST. PAUL MN 55103

006581P001-1467A-018
SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

006587P001-1467A-018
SOS OF MISSOURI
JOHN R ASHCROFT
600 WEST MAIN ST
JEFFERSON CITY MO 65101

006588P001-1467A-018
SOS OF MONTANA
COREY STAPLETON
STATE CAPITOL BUILDING 1301 E 6TH AVE
PO BOX 202801 HELENA MT 59620
HELENA MT 59601

006589P001-1467A-018
SOS OF NEBRASKA
ROBERT BEVNEN
PO BOX 94608
LINCOLN NE 68509-4608

006590P001-1467A-018
SOS OF NEVADA
BARBARA K CEGAVSKE
NEVADA STATE CAPITOL BLDG
101 N CARSON ST STE 3
CARSON CITY NV 89701

006591P001-1467A-018
SOS OF NEW HAMPSHIRE
WILLIAM M GARDNER
107 N MAIN ST RM 204
STATE HOUSE
CONCORD NH 03301

006592P001-1467A-018
SOS OF NEW JERSEY
TAHESHA WAY ESQ
225 W STATE ST
PO BOX 001
TRENTON NJ 08625-0300

006593P001-1467A-018
SOS OF NEW MEXICO
MAGGIE TOULOUSE OLIVER
NEW MEXICO STATE CAPITOL ANNEX NORTH
325 DON GASPAR STE 300
SANTA FE NM 87501

006594P001-1467A-018
SOS OF NEW YORK
ROSSANA ROSADO
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY NY 12231-0001

006595P001-1467A-018
SOS OF NORTH CAROLINA
ELAINE F MARSHALL
2 SOUTH SALISBURY ST
PO BOX 29622
RALEIGH NC 27626-0622

006596P001-1467A-018
SOS OF NORTH DAKOTA
ALVIN A AL JAEGER
600 E BLVD AVE
DEPT 108 1ST FLOOR
BISMARCK ND 58505-0500

006597P001-1467A-018
SOS OF OHIO
FRANK LAROSE
180 EAST BROAD ST
16TH FLOOR
COLUMBUS OH 43215

006598P001-1467A-018
SOS OF OKLAHOMA
MICHAEL ROGERS
2300 N LINCOLN BLVD
STE 101
OKLAHOMA CITY OK 73105-4897

006599P001-1467A-018
SOS OF OREGON
BEV CLARNO
900 COURT ST NE
CAPTIAL RM 136
SALEM OR 97310-0722

006600P001-1467A-018
SOS OF PENNSYLVANIA
KATHY BOOCKVAR
302 NORTH OFFICE BLDG
HARRISBURG PA 17120

# Cred Inc., et al.
## Exhibit Pages

006602P001-1467A-018
SOS OF PUERTO RICO
ELMER ROMAIN
DEPTO DE ESTADO DE PR
CALLE SAN JOSE
SAN JUAN PR 00901

006603P001-1467A-018
SOS OF RHODE ISLAND
NELLIE M GORBEA
82 SMITH ST
STATE HOUSE ROOM 217
PROVIDENCE RI 02903

006603P001-1467A-018
SOS OF SOUTH CAROLINA
MARK HAMMOND
EDGAR BROWN BLDG
1205 PENDELTON ST STE 525
COLUMBIA SC 29201

006604P001-1467A-018
SOS OF SOUTH DAKOTA
STEVE BARNETT
CAPITOL BUILDING
500 E CAPITOL AVE STE 204
PIERRE SD 57501-5070

006605P001-1467A-018
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

006606P001-1467A-018
SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

006607P001-1467A-018
SOS OF UTAH
SPENCER COX
160 E 300 S
2ND FLOOR
SALT LAKE CITY UT 84111

006608P001-1467A-018
SOS OF VERMONT
JIM CONDOS
26 TERREACE ST
MONTPELIER VT 05609-1101

006609P001-1467A-018
SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

006610P001-1467A-018
SOS OF WASHINGTON
KIM WYMAN
LEGISLATEIVE BUILDING
PO BOX 40220
OLYMPIA WA 98504-0220

006611P001-1467A-018
SOS OF WEST VIRGINIA
MAC WARNER
BLDG 1 SUITE 157K
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305-0770

006612P001-1467A-018
SOS OF WISCONSIN
DOUG LAFOLLETTE
PO BOX 7848
MADISON WI 53707-7848

006613P001-1467A-018
SOS OF WYOMING
EDWARD A BUCHANAN
SECRETARY OF STATES OFFICE
2020 CAREY AVE
STE 600
CHEYENNE WY 82002-0020

006700P001-1467A-018
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

006531P001-1467A-018
SOUTH CAROLINA DEPT OF REVENUE
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29201

006701P001-1467A-018
SOUTH DAKOTA ATTORNEY GENERAL
JASON RAVNSBORG
1302 EAST HWY 14
STE 1
PIERRE SD 57501-8501

006532P001-1467A-018
SOUTH DAKOTA DEPT OF REVENUE AND REGULATION
445 E CAPITOL AVE
PIERRE SD 57501

006276P001-1467A-018
SPICE VENTURE CAPITAL PTD LTD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE
SINGAPORE

006338P002-1467A-018
STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006614P001-1467A-018
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

006621P001-1467A-018
STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

006533P001-1467A-018
STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

006534P001-1467A-018
STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

006622P001-1467A-018
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

006535P001-1467A-018
STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

006616P001-1467A-018
STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

006623P001-1467A-018
STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

006536P001-1467A-018
STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

**Cred Inc., et al.**
**Exhibit Pages**

006617P001-1467A-018
STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

006624P001-1467A-018
STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

006618P001-1467A-018
STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

006625P001-1467A-018
STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

006619P001-1467A-018
STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

006626P001-1467A-018
STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

006620P001-1467A-018
STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

006627P001-1467A-018
STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

006736P001-1467A-018
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

006730P001-1467A-018
TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

006763P001-1467A-018
TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

006437P001-1467A-018
TELEMEIO
7 TERMAASEK BLVD
SINGAPORE  038987
SINGAPORE

006702P001-1467A-018
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

006555P001-1467A-018
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

006537P001-1467A-018
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

006452P001-1467A-018
TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

006703P001-1467A-018
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

006538P001-1467A-018
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

006464P001-1467A-018
THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

006464S001-1467A-018
THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

006392P001-1467A-018
THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

006337P001-1467A-018
THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

006934P001-1467A-018
THE ROSNER LAW GROUP LLC
JASON A. GIBSON
824 N MARKET ST SUITE 810
WILMINGTON DE 19801

006735P001-1467A-018
THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

006455P001-1467A-018
TOWER PLAZA TOWER (LINCOLN PROPERTY COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

006413P001-1467A-018
TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

006472P001-1467A-018
TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

006784P001-1467A-018
UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERZE@IRVING
SINGAPORE 369546
SINGAPORE

**Cred Inc., et al.**
**Exhibit Pages**

006408P001-1467A-018
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

006556P001-1467A-018
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

006557P001-1467A-018
US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

006558P001-1467A-018
US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

006559P001-1467A-018
US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

006560P001-1467A-018
US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

006547P001-1467A-018
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

006548P001-1467A-018
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000011P001-1467S-018
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

006771P001-1467A-018
USER CENTERED EXPERIENCES LLC
95 MOUNTAIN SPRINGS DR
BONNY DOON CA 95060

006704P001-1467A-018
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

006539P001-1467A-018
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

006395P002-1467A-018
VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006705P001-1467A-018
VERMONT ATTORNEY GENERAL
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

006540P001-1467A-018
VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

006470P001-1467A-018
VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

006706P001-1467A-018
VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

006541P001-1467A-018
VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

006419P002-1467A-018
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

006485P001-1467A-018
VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

006707P001-1467A-018
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

006542P001-1467A-018
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

006709P001-1467A-018
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

006405P001-1467A-018
WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

006543P001-1467A-018
WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 23501

006404P001-1467A-018
WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

006394P001-1467A-018
WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006384P001-1467A-018
DANIEL WHEELER
ADDRESS INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Exhibit Pages**

12/09/2020 07:50:32 PM

| | | | |
|---|---|---|---|
| 006336P001-1467A-018<br>STANLEY C WILSON<br>ADDRESS INTENTIONALLY OMITTED | 006708P001-1467A-018<br>WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | 006544P001-1467A-018<br>WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713 | 006710P001-1467A-018<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BUILDING ROOM 123<br>CHEYENNE WY 82002 |
| 006545P001-1467A-018<br>WYOMING DEPT OF REVENUE<br>122 WEST 25TH ST HERSCHLER BLDG<br>3RD FL EAST<br>CHEYENNE WY 82002 | 006385P001-1467A-018<br>YIHAN XU<br>ADDRESS INTENTIONALLY OMITTED | 006435P001-1467A-018<br>YEARWOOD MEDIA<br>JOHN YEARWOOD<br>PRESIDENT CEO<br>680 NE 119TH ST<br>BISCAYNE PARK FL 33161 | 006386P001-1467A-018<br>ZACHARY YOUNG<br>ADDRESS INTENTIONALLY OMITTED |
| 006387P001-1467A-018<br>ALEXANDER ZAVODNIK<br>ADDRESS INTENTIONALLY OMITTED | 006748P001-1467A-018<br>ZEROTH LINK LLC<br>24016 2ND ST<br>HAYWARD CA 95054 | 006389P001-1467A-018<br>SALLY ZHANG<br>ADDRESS INTENTIONALLY OMITTED | 006443P001-1467A-018<br>ZUAR INC<br>KEVIN STELLNAR<br>504 LONG BOW LN<br>UNIT B<br>AUSTIN TX 78704 |

Records Printed :   **796**