**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 2nd day of December, 2020, DRC, acting under my supervision, caused to be served the following:

    a. "Declaration of Service of Notice of Theft or Conversion of Assets" (Docket No. 99); and

    b. "Declaration of Service of Notice of Theft or Conversion of Assets" (Docket No. 100),

    to be served via electronic mail upon the parties set forth on <u>Exhibit 1</u>; and via US First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of December, 2020, Brooklyn, New York.

By _____
Sung Kim

Sworn before me this
9th day of December, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**EXHIBIT 1**

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2

12/02/2020 03:57:27 PM

| | | | |
|---|---|---|---|
| 000057P001-1467S-011<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000036P001-1467S-011<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-011<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-011<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000004P001-1467S-011<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000055P001-1467S-011<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-011<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000058P001-1467S-011<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM |
| 000059P001-1467S-011<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000044P001-1467S-011<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000024P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000026P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000030P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000034P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                               12/02/2020 03:57:27 PM

| | | | |
|---|---|---|---|
| 000039P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000043P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000048P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000054P001-1467S-011<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM | 000052P001-1467S-011<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-011<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | |

Records Printed :  **39**

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                           12/02/2020 04:18:46 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-011<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-011<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-011<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-011<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-011<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-011<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-011<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000050P001-1467S-011<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000003P001-1467S-011<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000012P001-1467S-011<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-011<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed : **11**