**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF KINGS    )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 2nd day of December, 2020, DRC, acting under my supervision, caused to be served the "Notice of Intent to Serve Subpoena Upon Daniyal Inamullah" (Docket No. 117), to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of December, 2020, Brooklyn, New York.

By _____
    Sung Kim

Sworn before me this
9th day of December, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**EXHIBIT 1**

Case 20-12836-JTD   Doc 180   Filed 12/11/20   Page 3 of 6

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2

12/02/2020 10:06:21 PM

| | | | |
|---|---|---|---|
| 000057P001-1467S-013<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000036P001-1467S-013<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-013<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-013<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000004P001-1467S-013<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000055P001-1467S-013<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-013<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000058P001-1467S-013<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM |
| 000059P001-1467S-013<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000044P001-1467S-013<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000024P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000026P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000030P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000034P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-013<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000039P001-1467S-013 | 000040P001-1467S-013 | 000041P001-1467S-013 | 000042P001-1467S-013 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000043P001-1467S-013 | 000045P001-1467S-013 | 000046P001-1467S-013 | 000047P001-1467S-013 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| 000048P001-1467S-013 | 000049P001-1467S-013 | 000051P001-1467S-013 | 000053P001-1467S-013 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000054P001-1467S-013
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-013
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-013
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :  39

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                         12/02/2020 04:18:46 PM

| 000013P001-1467S-011 | 000006P001-1467S-011 | 000007P001-1467S-011 | 000009P001-1467S-011 |
| --- | --- | --- | --- |
| ARIZONA ATTORNEY GENERALS OFFICE | DELAWARE SECRETARY OF STATE | DELAWARE STATE TREASURY | FRANCHISE TAX BOARD |
| PO BOX 6123 | DIVISION OF CORPORATIONS | BANKRUPTCY DEPT | BANKRUPTCY SECTION MS A340 |
| MD 7611 | 401 FEDERAL ST STE 4 | 820 SILVER LAKE BLVD | PO BOX 2952 |
| PHOENIX AZ 85005-6123 | DOVER DE 19901 | STE 100 | SACRAMENTO CA 95812-2952 |
|  |  | DOVER DE 19904 |  |

| 000001P001-1467S-011 | 000002P001-1467S-011 | 000010P001-1467S-011 | 000050P001-1467S-011 |
| --- | --- | --- | --- |
| INTERNAL REVENUE SVC | INTERNAL REVENUE SVC | MICHIGAN DEPT OF TREASURY TAX POL DIV | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| CENTRALIZED INSOLVENCY OPERATION | CENTRALIZED INSOLVENCY OPERATION | LITIGATION LIAISON |  |
| PO BOX 7346 | 2970 MARKET ST | 430 WEST ALLEGAN ST |  |
| PHILADELPHIA PA 19101-7346 | MAIL STOP 5 Q30 133 | 2ND FLOOR AUSTIN BUILDING |  |
|  | PHILADELPHIA PA 19104-5016 | LANSING MI 48922 |  |

| 000003P001-1467S-011 | 000012P001-1467S-011 | 000011P001-1467S-011 |
| --- | --- | --- |
| OFFICE OF THE US TRUSTEE | SOCIAL SECURITY ADMINISTRATION | US EPA REG 3 |
| 844 KING ST | OFFICE OF THE GEN COUNSEL REGION 3 | OFFICE OF REG. COUNSEL |
| STE 2207 | 300 SPRING GARDEN ST | 1650 ARCH ST |
| WILMINGTON DE 19801 | PHILADELPHIA PA 19123 | PHILADELPHIA PA 19103 |

Records Printed : **11**