## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | **RE: Docket No. 57** |
| | ) | |

### SUPPLEMENTAL DECLARATION OF DREW MCMANIGLE IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF MACCO RESTRUCTURING GROUP LLC AS FINANCIAL ADVISOR FOR DEBTORS, EFFECTIVE *NUNC PRO TUNC* TO PETITION DATE

I, Drew McManigle, declare and state under penalty of perjury as follows:

1.      This supplemental declaration (the "Supplemental Declaration") is made in support of the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for the Debtors, Effective* Nunc Pro Tunc *to Petition Date* (as amended, the "Application"). Attached as Exhibit C to the Application was my original declaration (the "Original Declaration"), which is incorporated by reference.

2.      I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows. Unless otherwise defined, all terms used in this Declaration share the same meaning as those in the Application.

3.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other MACCO professionals or

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

learned from my review of other documents.  To the extent any information disclosed here requires amendment or modification as additional information becomes available to MACCO, a supplemental declaration will be submitted.

## **Disinterestedness**

4.      In connection with the proposed retention, MACCO was provided a list of the Debtors' creditors and other persons identified as parties in interest in the Debtors' Bankruptcy Cases.  A copy of that list is attached hereto as **Exhibit 1**.   Based upon my review, MACCO has not performed services for any of the entities set forth on **Exhibit 1**.  Accordingly, as set forth in further detail in the Original Declaration, at this time, I am not aware of any connection that would present a disqualifying conflict of interest.

5.      As noted in the Original Declaration, MACCO may have relationships with certain of the Debtors' creditors as vendors or in connection with other cases in which MACCO provides or provided services.  To be clear, the foregoing refers to relationships other than with entities for which MACCO performs services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2020


_____*/s/ Drew McManigle*_____
Drew McManigle
Founder & CEO of
MACCO Restructuring Group, LLC