**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | Re: Docket No. 63 |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER K. WU IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF TENEO CAPITAL LLC AS INVESTMENT BANKER FOR DEBTORS, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 16, 2020**

I, Christopher K. Wu, declare and state under penalty of perjury as follows:

1. This supplemental declaration (the "Supplemental Declaration") is made in support of the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for the Debtors, Effective* Nunc Pro Tunc *to November 16, 2020* (the "Application").[2]  Attached as Exhibit C to the Application was my original declaration (the "Original Declaration"), which is incorporated by reference.

2. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows. Unless otherwise defined, all terms used in this Declaration share the same meaning as those in the Application.

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Teneo professionals or learned from my review of other documents. To the extent any information disclosed here

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

requires amendment or modification as additional information becomes available to Teneo, a supplemental declaration will be submitted.

## Connections

4.  As noted in my Original Declaration, in connection with the proposed retention of Teneo and in compliance with Bankruptcy Rule 2014, Teneo and reviewed the list of potential parties in interest in these cases ("Interested Parties") against its corporate records, including of present and former clients (the "Review").  The list of Interested Parties utilized to conduct the Review had been inadvertently omitted from my Original Declaration, but is attached hereto as **Exhibit 1**.  Teneo's Review of the Interested Parties list (Exhibit 1 hereto) included the records of all operating Teneo affiliates, including Teneo Securities LLC and Goldin Associates, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2020

*Christopher K. Wu*
Christopher K. Wu