**Exhibit 1**

**List of Parties in Interest**

Case 20-12836-JTD    Doc 184-1    Filed 12/14/20    Page 1 of 4

# List of Parties in Interest

**Debtors**:
Cred Inc.
Cred (US) LLC
Cred Capital, Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Bankruptcy Judges and Staff:**
Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court:**
Una O'Boyle

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice

James R. O'Malley
Jane Leamy
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Shareholders**
Lu Hua
Daniel Schatt

**Current & Former Officers and Directors**
James Alexander
Daniel Goldstein
Daniyal Inamullah
Jonathan Labovich
Grant Lyon
Francesco Matteini
Joe Podulka
Maxim Rokhline
Daniel Schatt
Daniel Wheeler

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**

- 10Clouds
- 2655316 Ontario Inc.
- 6C Marketing
- ABM Industry Groups
- Amazon Web Service
- Amber Technologies Limited
- Anchorage Trust Company
- Anvil Advisors
- Arendt
- AScaleX
- Bay Area Window Dressing
- Bear Risk Advisory
- Berke
- BetterSource
- BitGo
- BitTemple
- Bittrex International Gmbh
- Blacklane
- Blockchain at Berkeley
- BlockPR
- Brook Furniture Rental
- Business Wire, Inc
- Carneros Resort and Spa
- Catherine A. Seemann
- CDW Direct
- Christen Interiors
- Clayton Utz
- Cloudflare
- CoinDesk, Inc.
- Comcast
- Commercial Cleaning Pros
- Cowan Agency
- Creative Solutions
- Crypsis
- CSC
- CT Corporation
- Davies Design Group Ltd
- Decentral Media
- Destination Design
- Developing the Next Leaders
- Digital Ninja Consulting
- DLT Productions Inc
- Docusign
- Element Technologies
- elig
- Equities First Holdings
- Excolo Construction Services
- Fireblocks Inc.
- First Associates
- Gene Kim
- Global Relay Communications
- Greenleaf Platters
- HireUp LLC
- Hubspot
- Human Cloud Business Solution
- HumanCloud Technologies
- Illumant
- Inbound Junction BG
- InnReg LLC
- Interior Plant Design
- IOL
- Jim Ochsenreiter
- John Barr
- JST Systems
- Jumio Corporation
- KnowBe4, Inc.
- La Concha
- Lee's Florist & Nursery
- LinkedIn
- LogMeIn
- Lua's Construction and Facilities
- Mara Herbkersman
- Marlena Agency
- Mary M Pringle
- Matiri Kirtikumar Kotak
- Meltwater
- Methodical Valuation Services
- Nevtec
- Oracle
- Parker and Lynch
- Pawan Pandey
- Peninsula Security Service
- Piloto 151
- PMB Solutions
- Regulation D Resource
- Regus
- RocketSpace, Inc.
- Ryan Ortega
- Salesforce
- Saltire Management Group LLC
- Sequoia One PEO LLC
- Shoreline Labs
- Shred-it
- Shuttle Finance Inc. (d/b/a Acre)
- Silverline
- Stefan Rust
- Tableau
- Tangent Capital Partners
- Teknos
- TeleMe.io
- Ternary Intelligence Inc.
- The Tintworks Enterprise
- Todd Herschberg
- Trulioo Information Services
- Trupti Balekund
- Uphold HQ, Inc.
- User Centered Experiences, LLC
- Viking PC Health Ltd
- Yearwood Media
- Zeroth Link LLC
- Zuar

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Saint Bitts LLC
True USD
TrueCoin LLC
Qtum Chain Foundation
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz LTD
Sarson Funds LLC

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Debtors' Professionals**
Cousins Law LLC
MACCO Restructuring Group
Teneo Capital LLC
Paul Hastings LLP

**Other Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Insurance**
Hartford Financial Services Group.
AXIS Insurance Co.
Validus
Validus Specialty
Euclid Financial Institution Underwriters LLC
One Beacon n/k/a Intact Insurance Specialty Solutions
Western World Insurance Group

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Kaiser Permanente
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
VSP Vision Care

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County