# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | |
| | (Jointly Administered) |
| Debtors.[1] | |
| | **RE: Docket No. 64, 133** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2020 the *Debtors' Objections and Responses to United States Trustee's Request for Production of Documents* were served as set forth below on the following counsel:

VIA EMAIL

Joseph J. McMahon, Jr., Esquire
UNITED STATES DEPARTMENT OF
JUSTICE—OFFICE OF THE UNITED
STATES TRUSTEE
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
joseph.mcmahon@usdoj.gov

[Remainder of page intentionally left blank]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: December 14, 2020
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:         scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:         jamesgrogan@paulhastings.com
                    mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:         alexbongartz@paulhastings.com
                    derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*