## **CERTIFICATE OF SERVICE**

I, Scott D. Cousins, hereby certify that on December 13, 2020, I caused a copy of the *Debtors' Objections and Responses to United States Trustee's Request for Production of Documents* to be served upon the parties identified below in the manner indicated:

VIA EMAIL

Joseph J. McMahon, Jr., Esquire
UNITED STATES DEPARTMENT OF JUSTICE—OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
joseph.mcmahon@usdoj.gov

Dated: December 14, 2020
Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)