# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No 20-12836-JTD |
|     CRED INC., et al.,[1] | ) Chapter 11 |
|     Debtor. | ) |

## LIMITED OBJECTION: DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF MACCO RESTRUCTURING GROUP LLC AS FINANCIAL ADVISOR FOR DEBTORS, EFFECTIVE NUNC PRO TUNC TO PETITION DATE

Daniyal Inamullah hereby objects to the captioned motion only insofar as it and its exhibits list him as an officer and/or director of the Debtor(s).  He has acted in neither capacity for any Debtor(s).

14 DECEMBER 2020

                                              BILLION LAW
                                              /s/ Mark M. Billion, Esq. (#5263)
                                              Mark M. Billion, Esquire
                                              1073 S. Governors Ave.
                                              Dover, DE 19904
                                              302-428-9400
                                              markbillion@billionlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.