## Exhibit A

**Wu Declaration**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[3] | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF CHRISTOPHER K. WU IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO REDACT OR WITHHOLD PUBLICATION OF CERTAIN PERSONAL IDENTIFICATION INFORMATION ON A FINAL BASIS AND FILE SUCH INFORMATION UNDER SEAL

I, Christopher K. Wu, declare and state under penalty of perjury as follows:

1.      I submit this declaration (the "Declaration") in support of the reply filed by Debtors (the "Reply") in support of (a) the Debtors' motion requesting, among other things, entry of a final order authorizing the Debtors to redact or withhold publication of certain personal identification information [Docket No. 6] (the "Consolidated List Motion") and (b) the Debtors' motion to seal such information [Docket No. 61] (the "Motion to Seal").

2.      I am over the age of 18 and authorized to submit this Declaration on behalf of the Debtors.  If called upon to testify, I could and would testify competently to the facts set forth herein.

3.      I am the President of Teneo Restructuring and Senior Managing Director at Teneo Capital LLC, a professional services firm engaged in the business of providing professional

---

[3]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

services including investment banking, consulting and strategic communications ("Teneo").  The

Debtors have applied to retain Teneo as investment banker in these cases.  *See* Docket No. 63.

4.      The Debtors, with the assistance of Teneo, are conducting an extensive outreach

effort as part of the marketing for sale of the Debtors' business, including the Debtors'

proprietary technology platform, its licenses, key personnel, utility token, and customer list.

5.      The customer list is one of the Debtors' key assets that Teneo is marketing for

sale.  Because the ability to retain anonymity is one of the key features of holding

cryptocurrencies, there is limited to no public information available as to which individuals or

entities hold cryptocurrencies.  Accordingly, it is expensive and time consuming for companies

that operate asset management platforms (like the Debtors) to identify potential customers,

attract them, enroll them (including having them go through a strict AML/KYC process) and

ultimately activate them as customers.  The significant investments required to build a customer

base make it a valuable asset of an asset management platform like that of the Debtors.

Therefore, potential buyers of the Debtors' assets will likely ascribe value to the customer lists,

provided, of course, that it is kept confidential so as to protect the customers from being targeted.

6.      I have had a number of discussions with potential buyers for the Debtors' assets

regarding the Debtors' existing customers and the customer lists.  These potential buyers are

interested in the Debtors' customers because they are hoping to retain them post-acquisition.  If

the customer lists were made public, the value of those lists (and as a result the Debtors' business

itself) could be materially diminished or dissipated.  Likewise, if customers were exposed to the

risk of scams and hacks (for example, because their personal information is publicly available), it

would make it harder for a buyer of the Debtors' business to retain the Debtors' customers,

which in turn, could depress interest and/or the sale price ultimately obtained.

7.    Cryptocurrencies are bearer assets like bearer bonds.  It is my understanding that many people avoid publicly disclosing such holdings because it could make them a target for unscrupulous people.  The debtors consider it critical to the success of the bankruptcy case to maintain confidentiality on their identities (and therefore confidence) while maximizing their recovery on their claims.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

true and correct.

Executed on: December 14, 2020
New York, New York

/s/ Christopher K. Wu
Christopher K. Wu