# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                    )          Chapter 11
                                          )
CRED INC.                                 )          Case No. 20-12836 (JTD)
                                          )
                Debtor.                   )
                                          )
_____           )

## NOTICE OF WITHDRAWAL OF CLAIM

Creditor Name: Daniel Groll

Creditor Address: Inselstraße 21, 63741 Aschaffenburg (Bavaria), Germany

Date of birth: ███/1983

Claim No.: ECN-173

Filing date of the claim: 11/22/2020

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/30/2020

*Daniel Groll*

Print Name: Daniel Groll

2020 DEC 14  AM 9:04





Dear Sir or Madam,

as requested by the helpdesk of the court, I hereby send you the notice of withdrawal of claim (and a copy of my passport). Thank you for your help and if more information is needed please let me know.

Yours faithfully,

Daniel Groll