# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket 167** |

## CROSS NOTICE OF DEPOSITION OF MARC PARRISH

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, as made applicable herein by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Cred Inc. ("Cred") and its affiliated debtors and debtors in possession, (the "Debtors"), by its undersigned counsel, will take the deposition upon oral examination of Marc Parrish on December 16, 2020 beginning at 12:00 p.m. ET, and continuing from day to day until completed, to be held (a) via a Zoom video conference; or (b) at the offices of McDermott Will & Emery, 340 Madison Avenue, New York, New York 10173-1922.

The deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video and/or stenographic means. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: December 14, 2020
    Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
       mackwilson@paulhastings.com

- and -

Avram E. Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   aviluft@paulhastings.com

*Proposed Co-Counsel to the Debtors*