## **EXHIBIT A**

**Clegg Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Cred Inc., *et al.*, [1] | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**DECLARATION OF PAMELA A. CLEGG IN SUPPORT OF OBJECTION OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF**
**UPGRADEYA INVESTMENTS, LLC FOR RELIEF FROM STAY UNDER**
**BANKRUPTCY CODE SECTION 362**

Under 28 U.S.C. § 1746, I, Pamela A. Clegg, declare as follows under the penalty of

perjury:

1.      I am an internationally recognized expert in cryptocurrency tracing.  I have over

fifteen years of diplomatic and private sector experience involving national security issues,

including, among other things, counterterrorism, money laundering, counternarcotics, security,

nation building, human trafficking, and financial crimes.  I am regularly hired by federal and

international law enforcement agencies to advise on such matters.  A true and correct copy of my

resume is attached hereto as **Exhibit A**.

2.      I am the Director of Financial Investigations and Education for CipherTrace

("CipherTrace"), a global leader in cryptocurrency intelligence and blockchain security.  In that

role, I work with governments, law enforcement officials, regulators, law firms, and financial

institutions around the world to conduct blockchain forensic investigations.  Moreover, I have

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

testified as a qualified expert witness on cryptocurrency tracing in *Frank Ahlgren, Jr. and Elise Leake, Co-Trustees on Behalf of the Ahlgren Management Trust v. Frank Ahlgren, III and The Copernican, LLC*, Case No. D-1-GN-20-001472 in the 261st District Court, Travis County, Texas.

3.      CipherTrace's cryptocurrency intelligence platform is comprised of proprietary algorithms, digital enrichment, advance clustering and tradecraft that combine to deliver unprecedented traceability and transparency to blockchain transactions.  CipherTrace's platform includes over 522 million attribution data points – such as account type, account holders, contract types, contract owners and other metadata – on cryptocurrency addresses, allowing CipherTrace unprecedented tracing capabilities.  In addition, CipherTrace's Professional Services department provides global training on blockchain, investigation of financial crimes, money laundering and other criminal activity within the cryptocurrency ecosystem.

4.      In my role as Director of Financial Investigations and Education at CipherTrace, I am familiar with, frequently use, and assist with the development of CipherTrace's cryptocurrency intelligence platform.  Moreover, I have created a certification course for users of the platform to allow them to substantiate their investigations in criminal, legal, and regulatory matters.  Governments, law enforcement officials, regulators, and financial institutions around the world routinely rely on CipherTrace's cryptocurrency intelligence platform.

5.      Prior to my time at CipherTrace, I held a position with the United States Government.  In that role, I managed programs to develop policies to help international governments strengthen internal law enforcement and other institutional capabilities to enable such governments to combat international narcotics trafficking, crime, money laundering, and terrorism.  After approximately nine years, I transitioned to the private sector as a Bank Secrecy

Act and Information Security Officer at First State Bank.  In that role, I was responsible for regulatory compliance with regard to the Bank Secrecy Act ("BSA"), anti-money laundering, and the Office of Foreign Asset Control's rules and regulations.  Additionally, I led and coordinated the overhaul of First State Bank's BSA program and implemented initiatives to increase the BSA department's access to clients and transactions.

6.      My experience also includes training and presenting, both domestically and internationally, with regard to cryptocurrency and financial crimes to, among others, INTERPOL, EUROPOL, the United Nations, Department of Justice, Department of Treasury, Department of Homeland Security, and Department of Defense.  A true and correct copy of a Letter of Appreciation from INTERPOL regarding CipherTrace's presentations at the 2020 Global Conference on Criminal Finances and Cryptocurrencies is attached hereto as **Exhibit B**. Attached hereto as **Exhibit C** is a list of CipherTrace's 2020 speaking engagements.  I am also a Certified Anti-Money Laundering Specialist (CAMS), holding a cryptocurrency certificate from MIT.

7.      I submit this declaration in support of the *Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief From Stay Under Bankruptcy Code Section 362*.

8.      I am over eighteen years of age, have never been convicted of a felony or crime involving moral turpitude, and am fully qualified and capable of making this declaration.  I have personal knowledge of all the facts recited herein, and those facts are true and correct.

9.      Bitcoin: Bitcoin ("BTC"), like other forms of cryptocurrency, is a decentralized virtual currency, which is supported by a peer-to-peer network.  All transactions are posted to a public ledger, called the "Blockchain" (which can be seen at https://Blockchain.info).  Although

transactions are visible on the public ledger, each transaction is only listed by a complex series of numbers and letters that do not identify the individuals involved in the transaction. This feature makes BTC pseudo-anonymous; however, law enforcement can identify the owner of a particular BTC address by analyzing the Blockchain.

10.     The analysis can also reveal additional addresses controlled by the same individual or entity. For example, a user or business may create many BTC addresses to receive payments from different customers. When the user wants to transact the BTC that it has received, it may group those addresses together to send a single transaction.

11.     Tracing BTC Funds: Unspent Transaction Outputs ("UTXOs") are the building blocks of BTC transactions on the Blockchains. A BTC transaction is made up of both inputs and outputs. Inputs can either contain a single address or multiple addresses, from which the UTXOs are being spent. The output address and/or addresses that receive spent funds from the inputs become UTXOs themselves until they are eventually spent. A visual example of these inputs and outputs is demonstrated in Figure 1 below.


Figure 1

12.     Every BTC transaction essentially creates a transfer of ownership by moving the UTXOs at the owner's address to the receiver's address. BTC was designed to function at the coin level—like bills and coins in cash—not at the account level, like a bank account. This feature allows investigators to follow the chain of ownership in BTC transactions. Not utilizing

UTXOs to visualize an investigation will fail to produce a clear and accurate depiction of the path a specific entity took to move its funds.

13.    In addition, a BTC transaction may sometimes result in the creation of change that is typically sent back to an address controlled by the same private key, as seen in Figure 1 above. One could think of BTC as being analogous to the cash in your wallet, with UTXOs as the bills in that wallet.  If Bob owes Alice $4 and only has a five-dollar bill in his wallet, he will give Alice the $5 bill and receive a one-dollar bill back in change, as demonstrated by Figure 2.



Figure 2

14.    If Bob wanted to send Alice 6 BTC but only had two 5 BTC UTXOs, he would need to spend both as inputs into his transaction to Alice.  Alice would receive the 6 BTC that she could now spend as a UTXO in a new transaction, and Bob would receive the change, minus any transaction fees, which he too could spend as a new UTXO, as illustrated in Figure 3.



Figure 3

15.     Calculating the total amount of BTC sitting at a wallet is simple.  Just as adding up all the cash left in your physical wallet will tell you how much money you have, counting all the UTXOs sitting at a BTC addresses will give you the balance.  Once there are no UTXOs sitting at an address, the address' balance is zero.

16.     <u>Commingling of Funds</u>: Unlike traditional banking services, like bank accounts, cryptocurrencies are typically held in a small number of wallets.  Caitlin Long, CEO of Avanti Financial Group, defines this process as commingling, which "means that the CCP or custodian will hold client collateral (BTC, in this case) in a commingled, or "omnibus account," rather than segregating them for each client in their own wallets." *See* Long, Caitlin, *Two Wall Street Terms Every Bitcoin Trader Needs to Learn Now* (Aug. 13, 2018), available at https://www.forbes.com/sites/caitlinlong/2018/08/13/the-r-and-c-words-enter-the-vocabulary-of-bitcoin-enthusiasts/?sh=63b2211368f3.  An example of commingling in traditional finance would be mutual funds.  Individual investors have their funds pooled together and while they each own a portion of the fund; it is difficult to trace back specific funds to a specific person.

17.     There are a number of ways that the ultimate origination or destination of BTC funds can be disguised, concealed or mixed – all of which can make it more difficult to track and trace assets.  "Mixers" and "tumblers" are entities intended to obfuscate the source or owner of particular units of cryptocurrency by commingling the cryptocurrency of several users prior to delivery of the units to their ultimate destination.  Similarly, BTC funds that are joined together via cryptocurrency exchange transactions or investment pools can also obfuscate the source or destination of the individual BTC sent into that exchange or investment pool because the commingling transactions conceal or disguise the nature, the location, the source, the ownership, or the control of a financial transaction.

18.    After BTC are commingled in a transaction, those BTC are reborn on the

Blockchain in the new denomination of the joined BTC.  That new denomination of BTC can be

divided up or broken down as subsequent transactions dictate, as shown below in Figure 4.

However, the identity of the commingled BTC prior to the transaction is lost.



Figure 4

*[Remainder of page intentionally left blank]*

Executed on: December 14, 2020
Rosston, Texas

/s/ Pamela A. Clegg
Pamela A. Clegg
Director of Financial Investigations
and Education of CipherTrace

**<u>EXHIBIT A</u>**

**Clegg Resume**

**Pamela A. Clegg, MBA, CAMS**



Director Financial Investigations & Education, CipherTrace
pamela@ciphertrace.com
940-7688799

**Profile**

Over 15 years of diplomatic and private sector service on the most cutting-edge national security issues of this generation, including but not limited to: counterterrorism, money laundering, counternarcotics, security and nation building.  I have over a decade of international experience with investigations, due diligence and operations mostly in Latin America with the U.S. Government.  Since transitioning to the private sector, I received my Certified Anti-Money Laundering Specialist (CAMS) certification, information security certifications.  I have deep and diverse experience liaising to build & maintain relationships & operating with foreign government authorities.  Cryptocurrency Expert Witness. Weapons qualified.

**Director Financial Investigations & Education, CipherTrace, Menlo Park, CA – 2018-Present**
- Responsible for coordinating and conducting cryptocurrency and blockchain investigations for International/National Law Enforcement, financial sector and legal customers.
- Conducted speaking engagements, presentations and training at large, global conferences to include INTERPOL, UN, EUROPOL, NFCTA, ACAMS, etc; as well as webinars for audience 1,000+.
- Provide direct assistance to law enforcement to aid in money laundering and other criminal investigations involving cryptocurrency transactions. Provide training to law enforcement agencies on blockchain software transaction tracing.  Presentations/Instruction conducted in English, Spanish and Portuguese.
- Created 8-hour certification course for cryptocurrency investigators.  Built material for certification and software training, in English and Spanish.
- Led partnership coordination with Cellebrite, spearheading development of cryptocurrency product and trainings offerings within Cellebrite.
- Liaison and business development with US and Foreign governments to assist with cryptocurrency research and trace capabilities.  Maintain up-to-date knowledge of global cryptocurrency regulations and recommendations.
- Publish research and white papers on relevant cryptocurrency updates and advancements.
- Integral part of product development, global business development process and direct sales, specifically within Latin America markets.
- Provided written expert opinions and testified as cryptocurrency expert witness.

**BSA & Information Security Officer, Asst Vice President, First State Bank; Gainesville, TX  – 2017-2018**
- Responsible for regulatory compliance with regard to the Bank Secrecy Act (BSA)/Anti-money laundering (AML)/Office of Foreign Asset Control (OFAC) rules and regulations. Led and coordinated an overhaul of the Bank's BSA program and implemented initiatives to increase the BSA department's access to clients and their transactions, as well as introduced measures to ensure Bank BSA compliance across the board.

- Responsible for Information Security regulatory compliance to include adherence to GLBA, GDPR and the FFIEC's CAT and exam procedures. Strengthen the Bank's incident Response Plan and created an information classification program.
- Served as key member of the Bank's security team, trained and established protocols for physical security incident response
- Coordinated and led efforts with IT security to identify and neutralize cyber threats.
- Maintained regular communication with senior management and Board of Directors incorporate management's guidance into the development of Bank policies and procedures in order to ensure the operating success and efficiency of the Bank.  Identify, track and report suspicious activity, ensure accurate and timely filings of CTRs and SARs.  Conducted basic and extended due diligence on exempt customers, high risk customers and new customers as required.
- Received certification in vendor management and attended multiple IT security and information security seminars and conferences.  Initiated and created the Bank's vendor management program and spearheaded the creation of a project management cycle and flow for all new projects throughout the Bank.

**Foreign Service Officer, United States Department of State (US DoS) – 2008-2016**
**(Additional, relevant details of US Government work authorized to be provided verbally)**
- US Embassy Panama City – 2014-2016   As a Political Officer, managed programs to develop policies with million-dollar budgets to help Government of Panama security officials strengthen law enforcement and other rule of law institutional capabilities to enable to Panamanian Government to more effectively combat international narcotics trafficking, international crime, money laundering and terrorism.  Developed, maintained and strengthened relationships with host and other foreign government officials.  Managed employees and locally employed staff.
- Washington D.C. – 2013-2014          As a Program Coordination Officer, developed workshops to enhance official training for officers being posted to Latin America to provide a deeper understanding of cultural norms and societal mores, and preparing officers in the realm of security and personal protection to enable them to carry-out duties in support of US policy in complicated and trying environments in Latin America.  Led and managed workshop presenters.
- US Embassy Mexico City – 2011-2012   As a US diplomat, worked as a Program Officer to develop policies and manage multi-million-dollar programs to help Government of Mexico security officials strengthen law enforcement and other rule of law institutional capabilities to enable the Mexican Government to more effectively combat international narcotics trafficking, international crime, money laundering and terrorism.  Implemented initiatives providing Mexico with technical assistance, equipment and best practice exchanges.
- Washington D.C. – 2009-2011          As a Political Officer, interpreted international political events impacting U.S. interests abroad.  Briefed Senior Officials and prepared detailed reports for policymakers.
- Hillah, Iraq – 2008-2009                As a Political Officer, worked to strengthen partnerships, civilian capacity and information sharing in Iraq to counter evolving terrorist threats and prevent the spread of violent extremism.  Administered programs to build security capabilities of foreign government partners to effectively counter terrorism.  Engaged Iraqi officials, reported on political and economic events and assisted personal protection initiatives.

**Project Manager, BAE; Vienna, VA – 2006-2008**

**Pamela A. Clegg, MBA, CAMS**

- Managed programs and status reports for projects.  Successfully outlined objectives and directly supported their execution, planned and coordinated time and resources.  Built relationships with agencies and government officials.

**Education**

University Autonoma of Madrid; Madrid, Spain        MBA, 2004
University of Texas; Austin, TX                                    B.A. Government/Spanish Literature, 2001

Weapons Quals
MIT Cryptocurrency Certificate

**Certifications and Conferences**

Speaker: INTERPOL/EUROPOL Global Conference on Criminal Finances and Cryptocurrencies; UN Cryptocurrency Working Group; INTERPOL Global Conference on Human Trafficking and Migrant Smuggling; LA Blockchain Summit; ACAMS FinTECH March 2020 and Various other  ACAMS Conferences and Events; CAMS – Certified Anti-Money Laundering Specialist – March 2018; Certification: Banking Vendor Manager (SBS Institute); TBA BSA/AML Compliance School and Management Seminar; Cryptocurrency:  Assessing Trends and AML Implications; Cyber Security Threats and Crimes 2017

**Skills**

Full fluency in Spanish (reading, writing, speaking), proficiency in Portuguese (reading, writing, speaking), basic Italian, international relations, relationship development, international security.  Held US Government security clearances (TS-SCI).

**LinkedIn**

www.linkedin.com/in/pamela-clegg-cams-mba-16261b123

## EXHIBIT B

**INTERPOL Letter of Appreciation**



INTERNATIONAL CRIMINAL POLICE ORGANIZATION          ORGANISATION INTERNATIONALE DE POLICE CRIMINELLE
ORGANIZACIÓN INTERNACIONAL DE POLICÍA CRIMINAL          المنظمــة الدوليـــة للشرطــة الجنائيـة

**INTERPOL**

# Letter of Appreciation

**CipherTrace**
https://ciphertrace.com/

**Date**      10 December 2020

**Our Ref.**   2020/1057/OEC/CNET/FCU/YJU/bl

**Contact**   Mr YOU Jung Kee
Criminal Intelligence Officer
INTERPOL Financial Crimes Unit
J.YOU@interpol.int

**Subject**      **Letter of Appreciation: 4th Global Conference on Criminal Finances and Cryptocurrencies**

Dear Sir/Madam,

On behalf of INTERPOL, I would like to express my deepest gratitude to CipherTrace for contributing to the 4th Global Conference on Criminal Finances and Cryptocurrencies which took place on 18-19 November 2020 under the framework of the tripartite partnership between INTERPOL, Europol and the Basel Institute of Governance.

This year's edition of the conference saw an outstanding turnout of more than 2000 participants from private and public sectors. The Financial Crimes Unit of INTERPOL received many favourable remarks from the attendees regarding the content and the overall quality of the conference. Notably, the presentation delivered by Ms. Pamela Clegg, Director of Financial Investigations & Education, added significant benefit to the event by raising attendees' awareness on the importance of cryptocurrency intelligence in combatting ransomware and sextortion scams and attacks. We are especially grateful to Ms. Clegg sharing her invaluable insights in a completely virtual setting, which required extra care and skill.

Once again, I would like to thank CipherTrace for making this conference a success and for your continued support in our initiatives. We look forward to opportunities for future collaboration.

Yours sincerely,

**Ilana DE WILD**
Director
Organized and Emerging Crime Directorate

INTERPOL For official use only

General Secretariat - Secrétariat général - Secretaría General - الأمانـة العامـة
200 Quai Charles de Gaulle | 69006 Lyon | France | T +33 4 72 44 70 00 | F +33 4 72 44 71 63 | www.interpol.int

## EXHIBIT C

**2020 Speaking Engagements**

### Speaking Engagements 2020

UNODC
United Nations Office on Drugs and Crime (UNODC) - the 3rd UNODC Southeast Asia Cryptocurrencies Working Group Meeting on 24 - 26 November 2020 in Bangkok, Thailand.

AIR Tech Sprint

ACAMS FinTECH Regulatory Summit https://www.acams.org/en/events/conferences/acams-san-francisco-conference#overview-a464f7e0

ACAMS North Texas, Phoenix
https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjewIPA-e7sAhXjRd8KHSEgAVs4ChAWMAF6BAgHEAI&url=http%3A%2F%2Ffiles.acams.org%2Fpdfs%2F2020%2FCENTX07072020_Presentation_Crypto_Intersect_FIs.pdf&usg=AOvVaw0GuGs-axxW-PvVv5hTXopq

INTERPOL - 4th Global Conference on Criminal Finances and Cryptocurrencies - INTERPOL, EUROPOL and the Basel Institute on Governance

Fintelekt
Fintelekt and the Philippines FIU (AMLC) are jointly conducting a week-long national level summit from Nov 23-27 which will be attended by regulators, law enforcement, intelligence agencies, judiciary, and all categories of reporting entities such as banks, insurers, DNFPBs etc.
https://www.fintelekt.com/phsummit2020/

LA Blockchain Summit
https://lablockchainsummit.com/speakers

ACFCS
https://www.acfcs.org/webinars/blockchain-tracing-cryptocurrency-anti-money-laundering-and-financial-investigation-workshop/

https://www.acfcs.org/webinars/case-studies-how-cryptocurrency-intelligence-tipped-the-scales-in-2020-sanctions-evasion/

Cellebrite

HTCIA
https://htcia.memberclicks.net/index.php?option=com_jevents&task=icalrepeat.detail&evid=240&Itemid=1&year=2020&month=03&day=27&title=socal-htcia-march-chapter-meeting-ciphertrace-session&uid=92f2f12f8e2221504df7d2ba48fd205c