**<u>EXHIBIT B</u>**

**Bonjour Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cred Inc., *et al.*, [1] | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DECLARATION OF PABLO BONJOUR IN SUPPORT OF OBJECTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF
UPGRADEYA INVESTMENTS, LLC FOR RELIEF FROM STAY UNDER
BANKRUPTCY CODE SECTION 362**

Under 28 U.S.C. § 1746, I, Pablo Bonjour, declare as follows under the penalty of

perjury:

1.      I am a managing director of MACCO Restructuring Group, LLC, the proposed

financial advisor to the Debtors.  I submit this declaration in support of the *Objection of the*

*Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief*

*From Stay Under Bankruptcy Code Section 362* (the "Objection").[2]

2.      Except as otherwise indicated herein, all facts set forth in this Declaration (a) are

based on my personal knowledge and/or information supplied to me by others at the Debtors and

the Debtors' professionals, (b) were learned from my review of relevant documents, or (c) are

my opinion based upon my experience and knowledge of the Debtors' operations and financial

condition.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.      The opinions and conclusions expressed herein are subject to change based on additional data, facts and information that may be received subsequent to the date of this report including, among other things, additional data, facts and information that becomes available in the public domain or that is made available by the Debtors or other parties in interest during discovery or otherwise.

**A.      The Debtors' Cryptocurrency E-Wallets**

4.      The Debtors maintain e-wallets at various online platforms that store, transfer, and issue digital assets, including, among others, with Fireblocks, Inc. ("Fireblocks").

**B.      Movant's Collateral**

5.      On April 20, 2020, Debtor Cred (US) LLC ("Cred") and Movant entered into that certain Loan and Security Agreement, pursuant to which Cred provided Movant with a $2 million revolving line of credit and, in exchange, Movant pledged and transferred the Collateral to the Debtors.

6.      To facilitate the transfer, the Debtors provided Movant with the addresses to thirty e-wallets (the "Collateral Wallets") that the Debtors maintain at Fireblocks.  Between April 22, 2020 and April 27, 2020, Movant deposited the Collateral into the Collateral Wallets.

7.      I have reviewed the Debtors' books and records and identified the Collateral Wallets.  I have also confirmed that, in the aggregate, the BTC transferred to the Collateral Wallets totals approximately 531 BTC, which is the amount Movant transferred to the Debtors pursuant to the Agreement.

8.      The addresses of the Collateral Wallets are below:



a.      Uunc;
b.      TJiS;
c.      epCu;
d.      i9nq;



e. aqoP;
f. dU7X;
g. T2Mr;
h. L2pd;
i. zpFf;
j. RWFK;
k. dy35;
l. IjEg;
m. ng7t;
n. jBim;
o. 5gsa;
p. S2m2;
q. 2sxe;
r. r2Xp;
s. X7ah;
t. Zpc2;
u. WrEc;
v. YMWR;
w. F7Pv;
x. Pene;
y. faJv;
z. 7b1w;
aa. sTKe;
bb. ZenP;
cc. nPMm; and
dd. rQYT.

**B.    The Debtors' Commingled the Collateral**

9.    I have also reviewed the transaction history for each Collateral Wallet, which shows that the transaction history for each Collateral Wallet is substantially similar.  In each instance, Movant transferred a *de minimis* amount of BTC to the Collateral Wallets (the "*De Minimis* Transfer") as a "test" to confirm the accuracy of the Collateral Wallets' address.  After successfully testing the Collateral Wallet address, Movant deposited larger amounts of BTC to the Collateral Wallets (the "Second Transfer" and, together with the *De Minimis* Transfer, the "Transfers").  After receiving the Transfers, within a few days, the Debtors commingled the Collateral with other BTC and transferred the combined BTC out of the Collateral Wallets into

other e-wallets held by either the Debtors or third parties.  As a result, each Collateral Wallet was left with (and still has) a zero BTC balance.

10.    The two primary e-wallets that received transfers of the Collateral from the Collateral Wallets are: (i) an e-wallet maintained by the Debtors at Fireblocks (the "General Debtor Wallet"); and (ii) a third-party e-wallet (the "Third-Party Wallet").  There have been 293 transactions involving over 2600 BTC in the General Debtor Wallet, more than 230 of which occurred after April 21, 2020.  As of September 18, 2020, the General Debtor Wallet has a zero BTC balance.[3]  There have been 461 transactions involving over 10,800 BTC in the Third-Party Wallet, over 400 of which occurred after April 24, 2020.  As of the date of this Declaration, the Third-Party Wallet has a BTC balance of approximately 29 BTC.[4]

## C.    Demonstration of Debtor Commingling of the Collateral

11.    Using the first Collateral Wallet listed above

(███████████████████████ unc) (the "Wallet"), I will provide a step-by-step review process to demonstrate how the Debtors' commingled the Collateral.[5]

12.    Bitcoin transactions are publicly available online at blockchain.com.  To view a transaction, users input e-wallet addresses into the search bar on the website, which can be seen in Illustration 1, below:

---

[3] A summary snapshot of the General Debtor Wallet's transaction history and final balance is attached hereto as **Exhibit B** and included in section D below.

[4] A summary snapshot of the Third-Party Wallet's transaction history and final balance is attached hereto as **Exhibit C** and included in section D below.

[5] I have conducted the same review described in this section with respect to each of the Collateral Wallets, and all tell a similar story.  For the sake of brevity, I did not conduct a step-by-step analysis of each Collateral Wallet. However, attached hereto as **Composite Exhibit A** are snapshots of each Collateral Wallet.

3

**Illustration 1**



13.       Upon entering the Wallet's address into the search bar, the transaction history is displayed (see Illustration 2 below).  Below Illustration 2, I provide enlarged snapshots and analysis of the specific transactions.

**Illustration 2**



4

14. Movant made the *De Minimis* Transfer of 0.00009942 BTC (highlighted in green) to the Wallet on April 21, 2020, as seen in Illustration 3 below:

**Illustration 3**

Hash [redacted]f06... 2020-04-21 10:46

[redacted]orgt... 1.04079426 BTC → [redacted]Zit... 0.00009942 BTC

[redacted]rJs... 1.04067287 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00009942 BTC

15. Movant made the Second Transfer of 27.29064974 BTC (highlighted in green) on April 22, 2020, as seen in Illustration 4 below:

**Illustration 4**

Hash [redacted]620... 2020-04-22 20:01

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]GoZX... | 72.45567728 BTC | [redacted]nos... | 91.31794009 BTC |
| [redacted]VbJ... | 1.00000000 BTC | [redacted]bBY... | 51.30577119 BTC |
| [redacted]dmk... | 13.50000000 BTC | [redacted]Aab... | 0.29361670 BTC |
| [redacted]LJKU... | 0.95335955 BTC | [redacted]2q... | 27.29064974 BTC |
| [redacted]nq... | 5.44848472 BTC | [redacted]78f... | 2.52245303 BTC |
| [redacted]s3Z... | 78.59585206 BTC | [redacted]6n... | 4.70935036 BTC |
| [redacted]uhS... | 1.61304292 BTC | [redacted]ZRM... | 27.29064974 BTC |
| [redacted]4k... | 0.83715781 BTC | [redacted]wZi... | 27.29064974 BTC |
| [redacted]wcH... | 15.00000000 BTC | [redacted]16r... | 45.16518830 BTC |
| [redacted]m5Q... | 17.73173039 BTC | [redacted]D8j... | 27.29064974 BTC |
| Load more inputs... (4 remaining) | | Load more outputs... (4 remaining) | |

Fee 0.00035510 BTC
(12.394 sat/B - 5.122 sat/WU - 2865 bytes)

+27.29064974 BTC



16.    On April 26, 2020, the Debtors made two transfers: (i) a transfer of .78017158

BTC to a third-party e-wallet; and (ii) a transfer of 59.26973398 BTC to the Debtor General

Wallet (together, the "Outgoing Transfers").  The Outgoing Transfers can be seen in Illustration

5 below:

**Illustration 5**



17.    In order to make the Outgoing Transfers, the Debtors needed to commingle BTC

from various e-wallets.  This commingling can be seen on the left-hand side of Illustration 5.

The highlighted line-items are the 0.00009942 BTC *De Minimis* Transfer and the 27.29064974

BTC Second Transfer.[6]  Above and below the highlighted items are BTC from other e-wallet

addresses.  Once the Outgoing Transfers occurred, it becomes impossible to know the exact

makeup of the Outgoing Transfers.  As a result, it is not possible to know where Movant's BTC

was transferred.

18.    To be clear, it is still known that the April BTC: (i) is represented in portions of

one of the two Outgoing Transfers; (ii) in the aggregate is contained in the 59.26973398 BTC

Outgoing Transfer; (iii) makes up the entirety of the .78017158 BTC Outgoing Transfer, with the

---

[6] As evidence by the matching Wallet address (1QAJokN9wTfWgBwZitsWuNcgxrGauPUunc).

D

April BTC being included in the 59.26973398 BTC Outgoing Transfer; or (iv) is in some combination of the foregoing scenarios. However, it is not possible to know with certainty which of the scenarios occurred, making it impossible to trace the Collateral.

**D.    The General Debtor Wallet and Third-Party Wallet**

19.    As demonstrated above, Movant's Collateral was commingled with other BTC only days after the Debtors received it. However, as demonstrated below, the Collateral was further commingled after it was transferred out of the Collateral Wallets. The vast majority of the Collateral was commingled and then transferred to either the General Debtor Wallet or the Third-Party Wallet.

20.    The transaction history and final balance of the General Debtor Wallet can be seen in Illustration 6 below:

**Illustration 6**



| Address | | 3XgS |
| --- | --- | --- |
| Format | UNKNOWN (UNKNOWN) | |
| Transactions | 293 | |
| Total Received | 2634.69218109 BTC | |
| Total Sent | 2634.69218109 BTC | |
| Final Balance | 0.00000000 BTC | |

21.    Illustration 6 shows that there have been 293 total transactions either to or from the General Debtor Wallet, which involved over 2600 BTC. Only 58 such transactions occurred prior to April 21, 2020. Meaning, there are well over 200 General Debtor Wallet transactions that may involve Movant's Collateral. Moreover, there are no BTC in the General Debtor

Wallet, which means that Movant's Collateral was not only commingled, but also transferred out of the General Debtor Wallet.

22.     The transaction history and final balance of the Third-Party Wallet can be seen in Illustration 7 below:

**Illustration 7**



23.     Illustration 7 shows that there have been 461 total transactions either to or from the Third-Party Wallet, which involved over 10,800 BTC.  Only 31 such transactions occurred prior to April 24, 2020.  Meaning, there are well over 400 Third-Party Wallet transactions that may involve Movant's Collateral.

24.     Moreover, while there are approximately 29 BTC currently in the Third-Party Wallet, a review of the Third-Party Wallet's transaction history demonstrates why it is not possible to determine whether those 29 BTC are the Collateral.   On December 1, 2020, the Third-Party Wallet received a transfer of approximately 70 BTC (Illustration 8 below):

**Illustration 8**



25.     This indicates that the current 29 BTC were received by the Third-Party Wallet sometime in December 2020 and, thus, it is not possible that the 29 BTC remaining in the Third-Party Wallet were received from Collateral Wallets.

[*Remainder of page intentionally left blank*]

Executed on: December 14, 2020
Houston, Texas

/s/ Pablo Bonjour
Pablo Bonjour
Managing Director of
Sonoran Capital Advisors, LLC

# COMPOSITE EXHIBIT A

**Collateral Wallets**



## Transactions ⓘ





**Blockchain.com** Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]TJiS |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 17.85359002 BTC |
| Total Sent | 17.85359002 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]26da... 2020-04-26 00:00

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]pEe... | 1.61279207 BTC | [redacted]PMk... | 0.78017158 BTC |
| [redacted]vQAD... | 0.04984712 BTC | [redacted]rPp... | 59.26973398 BTC |
| [redacted]vQAD... | 0.77998958 BTC | | |
| [redacted]wZit... | 0.00009942 BTC | | |
| [redacted]gwZi... | 27.29064974 BTC | | |
| [redacted]7E86... | 0.00007579 BTC | | |
| [redacted]jE86... | 17.85351423 BTC | | |
| [redacted]djbt... | 0.00006559 BTC | | |
| [redacted]djbt... | 12.46329297 BTC | | |
| [redacted]bvTc... | 0.00005122 BTC | | |

Fee 0.00047217 BTC
(30.463 sat/B - 7.616 sat/WU - 1550 bytes)

-17.85359002 BTC

Hash [redacted]32f... 2020-04-22 20:41

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]YhSE... | 12.75000000 BTC | [redacted]k4T... | 17.85351423 BTC |
| [redacted]gbBY... | 51.30577119 BTC | [redacted]b4j... | 3.63718144 BTC |
| [redacted]qqrro... | 21.49064211 BTC | [redacted]7Ng... | 0.64646738 BTC |
| [redacted]Cry... | 18.93991278 BTC | [redacted]E86... | 17.85351423 BTC |
| [redacted]Pnsz... | 8.96989776 BTC | [redacted]eaC... | 17.85351423 BTC |
| [redacted]XMWH... | 18.49998111 BTC | [redacted]inm... | 17.85351423 BTC |
| | | [redacted]nkzzj... | 1.08571987 BTC |
| | | [redacted]auk... | 17.85351423 BTC |
| | | [redacted]aqy... | 33.45262860 BTC |
| | | [redacted]kJ9H... | 3.86638373 BTC |

Fee 0.00025278 BTC
(18.587 sat/B - 7.206 sat/WU - 1360 bytes)

+17.85351423 BTC

Hash [redacted]b04... 2020-04-21 10:52

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]CrJs... | 1.04067287 BTC | [redacted]E86... | 0.00007579 BTC |
| | | [redacted]zObr... | 1.04057511 BTC |

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00007579 BTC





**Blockchain.com** Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]pCu |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 12.46335856 BTC |
| Total Sent | 12.46335856 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]6da... 2020-04-26 00:00

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]PpEe... | 1.61279207 BTC | [redacted]3PMk... | 0.78017158 BTC |
| [redacted]QAD... | 0.04984712 BTC | [redacted]rPp... | 59.26973398 BTC |
| [redacted]QAD... | 0.77998958 BTC | | |
| [redacted]wZit... | 0.00009942 BTC | | |
| [redacted]wZi... | 27.29064974 BTC | | |
| [redacted]E86... | 0.00007579 BTC | | |
| [redacted]E86... | 17.85351423 BTC | | |
| [redacted]jbt... | 0.00006559 BTC | | |
| [redacted]jbt... | 12.46329297 BTC | | |
| [redacted]bvTc... | 0.00005122 BTC | | |

Fee 0.00047217 BTC
(30.463 sat/B - 7.616 sat/WU - 1550 bytes)

-12.46335856 BTC

Hash [redacted]3dd2... 2020-04-23 08:39

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]RVtru... | 13.88090393 BTC | [redacted]NRDD... | 141.31364506 BTC |
| [redacted]zR9... | 32.45264800 BTC | [redacted]bY7... | 12.46329297 BTC |
| [redacted]JPR... | 5.75977846 BTC | [redacted]CWB... | 1.41636379 BTC |
| [redacted]mATs... | 153.77666484 BTC | [redacted]bP1... | 19.98961401 BTC |
| [redacted]ft4... | 3.44428492 BTC | [redacted]qr3... | 0.29397550 BTC |
| [redacted]VUsM... | 8.54312778 BTC | [redacted]rL6... | 1.83982415 BTC |
| [redacted]64s... | 9.31273442 BTC | [redacted]gRE... | 12.46329297 BTC |
| | | [redacted]dvH... | 12.46329297 BTC |
| | | [redacted]Djbt... | 12.46329297 BTC |
| | | [redacted]S7z... | 12.46329297 BTC |

Fee 0.00025499 BTC
(16.590 sat/B - 6.577 sat/WU - 1537 bytes)

+12.46329297 BTC

Hash [redacted]dfa... 2020-04-21 11:01

| Inputs | | Outputs | |
|---|---|---|---|
| [redacted]Ba6U... | 0.18932646 BTC | [redacted]jbt... | 0.00006559 BTC |
| | | [redacted]K8p... | 0.18923890 BTC |

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00006559 BTC









Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]9nq |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 4 |
| Total Received | 14.41580977 BTC |
| Total Sent | 14.41580977 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]038a... 2020-04-26 22:31

Inputs:
[redacted]rPp... 59.26973398 BTC
[redacted]BbvT... 14.41575855 BTC
[redacted]WEa... 0.00013025 BTC
[redacted]WEa... 25.06553892 BTC
[redacted]EaG... 0.00009659 BTC
[redacted]4EaG... 28.08699789 BTC
[redacted]7SO... 0.00011263 BTC
[redacted]7SO... 15.59717247 BTC
[redacted]3Da... 0.00008045 BTC
[redacted]9Da... 22.45645600 BTC

Outputs:
[redacted]VoD... 0.05000000 BTC
[redacted]rP... 164.84160550 BTC

Fee 0.00047223 BTC
(30.466 sat/B - 7.617 sat/WU - 1550 bytes)
-14.41575855 BTC

Hash [redacted]Gda... 2020-04-26 00:00

Inputs:
[redacted]pEe... 1.61279207 BTC
[redacted]OAD... 0.04984712 BTC
[redacted]OAD... 0.77998958 BTC
[redacted]vZrt... 0.00009942 BTC
[redacted]wZi... 27.29064974 BTC
[redacted]EB6... 0.00007579 BTC
[redacted]7EB... 17.85351423 BTC
[redacted]Dpt... 0.00006558 BTC
[redacted]Dpt... 12.46329297 BTC
[redacted]vTc... 0.00005122 BTC

Outputs:
[redacted]PMk... 0.78017158 BTC
[redacted]rPp... 59.26973398 BTC

Fee 0.00047217 BTC
(30.463 sat/B - 7.616 sat/WU - 1550 bytes)
-0.00005122 BTC

Hash [redacted]GeG... 2020-04-23 09:11

Inputs:
[redacted]ha7... 14.82109803 BTC
[redacted]BcG... 29.71148570 BTC
[redacted] 4.47202783 BTC
[redacted]Et4... 0.00582343 BTC
[redacted]pYt... 7.02960785 BTC
[redacted] 1.56566062 BTC
[redacted] 1.07266907 BTC
[redacted]kW... 25.78088963 BTC
[redacted]Saa... 0.00643415 BTC
[redacted]ULJ... 0.00427025 BTC
Load more inputs... (10 remaining)

Outputs:
[redacted]SpK... 2.61864777 BTC
[redacted]YAY... 14.41575855 BTC
[redacted]Gkb... 14.41575855 BTC
[redacted]Hn8... 15.29601546 BTC
[redacted]sfd... 14.41575855 BTC
[redacted]Cke... 2.50971936 BTC
[redacted]BbvT... 14.41575855 BTC
[redacted]qsL1... 14.41575855 BTC
[redacted]VFcr... 14.41575855 BTC
[redacted] 11.36513108 BTC
Load more outputs... (6 remaining)

Fee 0.00061355 BTC
(15.525 sat/B - 6.552 sat/WU - 3952 bytes)
+14.41575855 BTC

Hash [redacted]e39... 2020-04-21 11:12

Inputs:
[redacted]Qbr... 1.04057511 BTC

Outputs:
[redacted]vTc... 0.00005122 BTC
[redacted] 1.04050192 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)
+0.00005122 BTC

## Transactions ⓘ



| Hash | | | | | | |
|---|---|---|---|---|---|---|
| | 038a... | | | | 2020-04-26 22:31 | |
| | 3rPp... | 59.26973398 BTC | ➡ | | VoD... | 0.05000000 BTC |
| | 6bvT... | 14.41575855 BTC | | | 3rP... | 164.84160550 BTC |
| | WEa... | 0.00013025 BTC | | | | |
| | WEa... | 25.06553892 BTC | | | | |
| | aGr... | 0.00009659 BTC | | | | |
| | EaC... | 28.08699789 BTC | | | | |
| | C7SQ... | 0.00011263 BTC | | | | |
| | C7SQ... | 15.59717247 BTC | | | | |
| | GDaz... | 0.00008045 BTC | | | | |
| | GDa... | 22.45645600 BTC | | | | |

| Fee | 0.00047223 BTC | | -25.06566917 BTC |
|---|---|---|---|
| | (30.466 sat/B - 7.617 sat/WU - 1550 bytes) | | |

| Hash | | | | | | |
|---|---|---|---|---|---|---|
| | 2671... | | | | 2020-04-23 09:35 | |
| | CdUh... | 0.06040000 BTC | ➡ | | n4Kb... | 0.21988720 BTC |
| | JUXr... | 25.86131687 BTC | | | 3BfW | 25.06553892 BTC |
| | ULi... | 0.06750937 BTC | | | 5Gy... | 0.20746074 BTC |
| | eym... | 29.29705613 BTC | | | 93u... | 25.06553892 BTC |
| | JSZ... | 41.12258021 BTC | | | m9h... | 0.04873267 BTC |
| | 5vEQ... | 1.76057287 BTC | | | uR5... | 25.06553892 BTC |
| | k5u... | 3.48348864 BTC | | | 7pu... | 1.42096767 BTC |
| | xxk... | 21.49064211 BTC | | | 5mC... | 0.79627816 BTC |
| | FmQ... | 10.86088181 BTC | | | 2Aa... | 25.06553892 BTC |
| | JmYKr... | 2.84865540 BTC | | | WEa... | 25.06553892 BTC |
| | Load more inputs... (5 remaining) | | | Load more outputs... (4 remaining) | | |

| Fee | 0.00047895 BTC | | +25.06553892 BTC |
|---|---|---|---|
| | (15.786 sat/B - 6.566 sat/WU - 3034 bytes) | | |

| Hash | | | | | | |
|---|---|---|---|---|---|---|
| | 789c... | | | | 2020-04-21 11:12 | |
| | KBp... | 0.18923890 BTC | ➡ | | WEa... | 0.00013025 BTC |
| | | | | | vA5... | 0.18908668 BTC |

| Fee | 0.00002197 BTC | | +0.00013025 BTC |
|---|---|---|---|
| | (8.788 sat/B - 3.279 sat/WU - 250 bytes) | | |

5



Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]dU7X |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 28.08709448 BTC |
| Total Sent | 28.08709448 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]038a... 2020-04-26 22:31

[redacted]rPp... 59.26973398 BTC
[redacted]bvT... 14.41575855 BTC
[redacted]WEa... 0.00013025 BTC
[redacted]WEa... 25.06553892 BTC
[redacted]aGr... 0.00009659 BTC
[redacted]EaG... 28.08699789 BTC
[redacted]7SQ... 0.00011263 BTC
[redacted]7SQ... 15.59717247 BTC
[redacted]Daz... 0.00008045 BTC
[redacted]Da... 22.45645600 BTC

→

[redacted]VoD... 0.05000000 BTC
[redacted]P... 164.84160550 BTC

Fee 0.00047223 BTC
(30.466 sat/B - 7.617 sat/WU - 1550 bytes)

-28.08709448 BTC

Hash [redacted]48d... 2020-04-23 09:54

[redacted]N5Sw... 31.72507007 BTC
[redacted]XcBc... 42.40926543 BTC
[redacted]EaN... 25.29041649 BTC
[redacted]WRjZ... 47.70278176 BTC
[redacted]NRDD... 141.31364506 BTC
[redacted]Ru8... 18.93991278 BTC

→

[redacted]tqG... 14.32238809 BTC
[redacted]spD... 3.63939197 BTC
[redacted]R9... 19.61349487 BTC
[redacted]CnF... 16.14333163 BTC
[redacted]EaG... 28.08699789 BTC
[redacted]Ojt... 113.22726408 BTC
[redacted]pFK... 28.08699789 BTC
[redacted]1DD... 28.08699789 BTC
[redacted]mKix... 28.08699789 BTC
[redacted]rBb... 28.08699789 BTC

Fee 0.00023150 BTC
(16.985 sat/B - 6.594 sat/WU - 1363 bytes)

+28.08699789 BTC

Hash [redacted]235... 2020-04-21 11:12

[redacted]ibi... 1.04050192 BTC

→

[redacted]aGr... 0.00009659 BTC
[redacted]saF... 1.04038336 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00009659 BTC





Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]2Mr |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 15.59728510 BTC |
| Total Sent | 15.59728510 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]38a... 2020-04-26 22:31

[redacted]rPp... 59.26973398 BTC
[redacted]bvT... 14.41575855 BTC
[redacted]WEa... 0.00013025 BTC
[redacted]WEa... 25.06553892 BTC
[redacted]aGr... 0.00009659 BTC
[redacted]EaG... 28.08699789 BTC
[redacted]C7SQ... 0.00011263 BTC
[redacted]7SQ... 15.59717247 BTC
[redacted]GDaz... 0.00008045 BTC
[redacted]GDa... 22.45645600 BTC

→

[redacted]VoD... 0.05000000 BTC
[redacted]3rF... 164.84160550 BTC

Fee 0.00047223 BTC
(30.466 sat/B - 7.617 sat/WU - 1550 bytes)

-15.59728510 BTC

Hash [redacted]207... 2020-04-23 11:21

[redacted]woJ... 31.72507007 BTC
[redacted]unos... 91.31794009 BTC
[redacted]s1d... 25.06553892 BTC
[redacted]zR9... 19.61349487 BTC
[redacted]VdvH... 12.46329297 BTC
[redacted]JWB... 3.16261061 BTC
[redacted]wQit... 113.22726408 BTC

→

[redacted]2j... 15.59717247 BTC
[redacted]cA... 15.59717247 BTC
[redacted]MRf... 9.46889645 BTC
[redacted]i3k... 15.59717247 BTC
[redacted]BHy... 15.59717247 BTC
[redacted]4Bu... 75.72106388 BTC
[redacted]Bt9... 0.02905846 BTC
[redacted]VZy... 15.59717247 BTC
[redacted]q7... 16.12817826 BTC
[redacted]Z1Z... 4.01426141 BTC

Load more outputs... (2 remaining)

Fee 0.00028458 BTC
(17.786 sat/B - 6.887 sat/WU - 1600 bytes)

+15.59717247 BTC

Hash [redacted]21d... 2020-04-21 11:12

[redacted]saF... 1.04038336 BTC

→

[redacted]C7SQ... 0.00011263 BTC
[redacted]cQ3... 1.04024876 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00011263 BTC





## Address ⓘ

| | |
|---|---|
| Address | ████████████████████2pd 🗑 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 22.45653645 BTC |
| Total Sent | 22.45653645 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request    Donation Button

## Transactions ⓘ



| Hash | | | 2020-04-26 22:31 |
|---|---|---|---|
| | 3rPp... 59.26973398 BTC | VoD... 0.05000000 BTC | |
| | bvT... 14.41575855 BTC | 3rP... 164.84160550 BTC | |
| | WEa... 0.00013025 BTC | | |
| | WEa... 25.06553892 BTC | | |
| | EaGr... 0.00009659 BTC | | |
| | EaG... 28.08699789 BTC | | |
| | C7SQ... 0.00011263 BTC | | |
| | 7SQ... 15.59717247 BTC | | |
| | GDaz... 0.00008045 BTC | | |
| | 3GDa... 22.45645600 BTC | | |

| Fee | 0.00047223 BTC | | -22.45653645 BTC |
|---|---|---|---|
| | (30.466 sat/B - 7.617 sat/WU - 1550 bytes) | | |

| Hash | | | 2020-04-23 13:39 |
|---|---|---|---|
| | A86... 86.56899666 BTC | GDa... 22.45645600 BTC | |
| | | 3kS... 64.11249841 BTC | |

| Fee | 0.00004225 BTC | | +22.45645600 BTC |
|---|---|---|---|
| | (16.968 sat/B - 6.315 sat/WU - 249 bytes) | | |

| Hash | | | 2020-04-21 11:12 |
|---|---|---|---|
| | cQ3... 1.04024876 BTC | Daz... 0.00008045 BTC | |
| | | uY6... 1.04014634 BTC | |

| Fee | 0.00002197 BTC | | +0.00008045 BTC |
|---|---|---|---|
| | (8.823 sat/B - 3.284 sat/WU - 249 bytes) | | |



Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]pFf |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 11.42594481 BTC |
| Total Sent | 11.42594481 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]ab1... 2020-04-26 22:31

[redacted]3rP... 164.84160550 BTC
[redacted]JNY... 0.00014481 BTC
[redacted]HLJN 11.42580000 BTC
[redacted]3Lb... 0.00010678 BTC
[redacted]93L... 17.55550000 BTC
[redacted]E2q... 0.00007752 BTC
[redacted]E2... 29.85214522 BTC
[redacted]dyR... 0.00007898 BTC
[redacted]NdyR... 8.62595100 BTC
[redacted]Tnz... 0.00008191 BTC

→ [redacted]xMuJ... 0.00906299 BTC
[redacted]3rP... 232.29195648 BTC

Fee 0.00047225 BTC
(30.389 sat/B - 7.597 sat/WU - 1554 bytes)
-11.42594481 BTC

Hash [redacted]a90... 2020-04-23 13:39

[redacted]c7E... 76.80499666 BTC

→ [redacted]HLJN... 11.42580000 BTC
[redacted]cqrU... 65.37915441 BTC

Fee 0.00004225 BTC
(16.968 sat/B - 6.315 sat/WU - 249 bytes)
+11.42580000 BTC

Hash [redacted]9d9b... 2020-04-21 11:12

[redacted]uY6... 1.04014634 BTC

→ [redacted]JNY... 0.00014481 BTC
[redacted]722... 1.03997956 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)
+0.00014481 BTC





Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]WFK |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 17.55560678 BTC |
| Total Sent | 17.55560678 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]0ab1... 2020-04-26 22:31

[redacted]3rP... 164.84160550 BTC
[redacted]LJNY... 0.00014481 BTC
[redacted]LJN... 11.42580000 BTC
[redacted]g3Lb... 0.00010678 BTC
[redacted]H93L... 17.55550000 BTC
[redacted]yE2q... 0.00007752 BTC
[redacted]yE2... 29.85214522 BTC
[redacted]dyR... 0.00007898 BTC
[redacted]dyR... 8.62595100 BTC
[redacted]7Tnz... 0.00008191 BTC

→ [redacted]xMuJ... 0.00906299 BTC
[redacted]3rP... 232.29195648 BTC

Fee 0.00047225 BTC
(30.389 sat/B - 7.597 sat/WU - 1554 bytes)

-17.55560678 BTC

Hash [redacted]ad05... 2020-04-23 13:39

[redacted]p5jz... 56.87230431 BTC

→ [redacted]...H93L... 17.55550000 BTC
[redacted]rBS... 39.31676206 BTC

Fee 0.00004225 BTC
(16.900 sat/B - 6.306 sat/WU - 250 bytes)

+17.55550000 BTC

Hash [redacted]5ca... 2020-04-21 11:12

[redacted]722... 1.03997956 BTC

→ [redacted]3Lb... 0.00010678 BTC
[redacted]ZWBf... 1.03985081 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00010678 BTC





Blockchain.com Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]y35 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 29.85222274 BTC |
| Total Sent | 29.85222274 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]0ab1... 2020-04-26 22:31

[redacted]t3rP... 164.84160550 BTC
[redacted]LJNY... 0.00014481 BTC
[redacted]LJN... 11.42580000 BTC
[redacted]3Lb... 0.00010678 BTC
[redacted]93L... 17.55550000 BTC
[redacted]E2q... 0.00007752 BTC
[redacted]yE2... 29.85214522 BTC
[redacted]NdyR... 0.00007898 BTC
[redacted]dyR... 8.62595100 BTC
[redacted]Tnz... 0.00008191 BTC

→

[redacted]xMuJ... 0.00906299 BTC
[redacted]3rP... 232.29195648 BTC

Fee 0.00047225 BTC
(30.389 sat/B - 7.597 sat/WU - 1554 bytes)

-29.85222274 BTC

Hash [redacted]3f48... 2020-04-23 13:07

[redacted]S1F... 56.23500000 BTC

→

[redacted]mxgu.. 26.38280577 BTC
[redacted]3vE2.. 29.85214522 BTC

Fee 0.00004901 BTC
(19.683 sat/B - 7.326 sat/WU - 249 bytes)

+29.85214522 BTC

Hash [redacted]a639... 2020-04-21 11:12

[redacted]ZWBf... 1.03985081 BTC

→

[redacted]yE2q... 0.00007752 BTC
[redacted]xb9... 1.03975132 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00007752 BTC

















Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]jEg |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 8.62602998 BTC |
| Total Sent | 8.62602998 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]ab1... 2020-04-26 22:31

Inputs:
- [redacted]3rP... 164.84160550 BTC
- [redacted]JNY... 0.00014481 BTC
- [redacted]LJN... 11.42580000 BTC
- [redacted]3Lb... 0.00010678 BTC
- [redacted]93L... 17.55550000 BTC
- [redacted]E2q... 0.00007752 BTC
- [redacted]yE2... 29.85214522 BTC
- [redacted]dyR... 0.00007898 BTC
- [redacted]NdyR... 8.62595100 BTC
- [redacted]Tnz... 0.00008191 BTC

Outputs:
- [redacted]MuJ... 0.00906299 BTC
- [redacted]3rP... 232.29195648 BTC

Fee 0.00047225 BTC
(30.389 sat/B - 7.597 sat/WU - 1554 bytes)

-8.62602998 BTC

Hash [redacted]4c58... 2020-04-23 13:07

Inputs:
- [redacted]aAN... 23.56800000 BTC

Outputs:
- [redacted]dyR... 8.62595100 BTC
- [redacted]qTb... 14.94199999 BTC

Fee 0.00004901 BTC
(19.683 sat/B - 7.326 sat/WU - 249 bytes)

+8.62595100 BTC

Hash [redacted]84d... 2020-04-21 11:12

Inputs:
- [redacted]xb9... 1.03975132 BTC

Outputs:
- [redacted]dyR... 0.00007898 BTC
- peK... 1.03965037 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00007898 BTC

Blockchain.com   Wallet   Exchange   **Explorer**

| | |
|---|---|
| Address | [redacted]q7t |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 4 |
| Total Received | 19.67778191 BTC |
| Total Sent | 19.67778191 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request   Donation Button

## Transactions

| | Inputs | | Outputs |
|---|---|---|---|
| Hash | [redacted]98d... | | 2020-04-28 00:35 |
| | [redacted]3rP... 232.29195648 BTC | → | [redacted]PoSy... 0.64391458 BTC |
| | [redacted]OAD... 0.64352819 BTC | | [redacted]Pp... 312.27910296 BTC |
| | [redacted]OAD... 0.64373986 BTC | | |
| | [redacted]Tnz... 19.67770000 BTC | | |
| | [redacted]6Pn... 0.00008337 BTC | | |
| | [redacted]6Pn... 16.25250000 BTC | | |
| | [redacted]Sz1... 0.00008484 BTC | | |
| | [redacted]Sz1... 27.25213300 BTC | | |
| | [redacted]Sz1... 0.00008630 BTC | | |
| | [redacted]Sz1... 16.16160000 BTC | | |
| Fee | 0.00039450 BTC (25.435 sat/B - 6.359 sat/WU - 1551 bytes) | | -19.67770000 BTC |

| | Inputs | | Outputs |
|---|---|---|---|
| Hash | [redacted]ab1 | | 2020-04-26 22:31 |
| | [redacted]3rP... 164.84160550 BTC | → | [redacted]MuJ... 0.00906289 BTC |
| | [redacted]JNY... 0.00014481 BTC | | [redacted]3rP... 232.29195648 BTC |
| | [redacted]JN... 11.42580000 BTC | | |
| | [redacted]3Lb... 0.00010678 BTC | | |
| | [redacted]3L... 17.55550000 BTC | | |
| | [redacted]E2q... 0.00007752 BTC | | |
| | [redacted]E2... 29.85214522 BTC | | |
| | [redacted]dyR... 0.00007898 BTC | | |
| | [redacted]dyR... 8.62595100 BTC | | |
| | [redacted]Tnz... 0.00008191 BTC | | |
| Fee | 0.00047225 BTC (30.389 sat/B - 7.597 sat/WU - 1554 bytes) | | -0.00008191 BTC |

| | Inputs | | Outputs |
|---|---|---|---|
| Hash | [redacted]ec1... | | 2020-04-23 13:07 |
| | [redacted]XaM... 20.92264798 BTC | → | [redacted]AZa... 1.24489897 BTC |
| | | | [redacted]Tnz... 19.67770000 BTC |
| Fee | 0.00004901 BTC (19.683 sat/B - 7.326 sat/WU - 249 bytes) | | +19.67770000 BTC |

| | Inputs | | Outputs |
|---|---|---|---|
| Hash | [redacted]0a1... | | 2020-04-21 11:12 |
| | [redacted]poK... 1.03965037 BTC | → | [redacted]Tnz... 0.00008191 BTC |
| | | | [redacted]ENq... 1.03954649 BTC |
| Fee | 0.00002197 BTC (8.788 sat/B - 3.279 sat/WU - 250 bytes) | | +0.00008191 BTC |

Blockchain.com Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]Bim |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 16.25258337 BTC |
| Total Sent | 16.25258337 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]98d... 2020-04-28 00:35

[redacted]3rP... 232.29195648 BTC
[redacted]QAD... 0.64352819 BTC
[redacted]QAD... 0.64373986 BTC
[redacted]Tnz... 19.67770000 BTC
[redacted]Pn... 0.00008337 BTC
[redacted]Pn... 16.25250000 BTC
[redacted]Sz1... 0.00008484 BTC
[redacted]Sz1... 27.25213300 BTC
[redacted]zf... 0.00008630 BTC
[redacted]zf... 16.16160000 BTC

→

[redacted]Sy... 0.64391458 BTC
[redacted]rPp... 312.27910296 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-16.25258337 BTC

Hash [redacted]9222... 2020-04-23 13:30

[redacted]mxgu... 26.38280577 BTC

→

[redacted]SCu... 10.13025676 BTC
[redacted]Pn... 16.25250000 BTC

Fee 0.00004901 BTC
(19.683 sat/B - 7.326 sat/WU - 249 bytes)

+16.25250000 BTC

Hash [redacted]22e1... 2020-04-21 11:12

[redacted]ENq... 1.03954649 BTC

→

[redacted]Pn... 0.00008337 BTC
[redacted]uTB... 1.03944115 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00008337 BTC

**Blockchain.com** Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]Sgsa |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 27.25221784 BTC |
| Total Sent | 27.25221784 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]98d... 2020-04-28 00:35

[redacted]3rP... 232.29195648 BTC
[redacted]vQAD... 0.64352819 BTC
vQAD... 0.64373986 BTC
[redacted]7jnz... 19.67770000 BTC
G6Pn... 0.00008337 BTC
G6Pn... 16.25250000 BTC
[redacted]Sz1... 0.00008484 BTC
Sz1... 27.25213300 BTC
zf... 0.00008630 BTC
zf... 16.16160000 BTC

→

[redacted]PoSy... 0.64391458 BTC
[redacted]rPp... 312.27910296 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-27.25221784 BTC

Hash [redacted]c2eb... 2020-04-24 21:34

[redacted]cgrU... 65.37915441 BTC

→

[redacted]Sz1... 27.25213300 BTC
gkV8... 38.12696733 BTC

Fee 0.00005408 BTC
(21.719 sat/B - 8.084 sat/WU - 249 bytes)

+27.25213300 BTC

Hash [redacted]c00c... 2020-04-21 11:12

[redacted]CuTB.. 1.03944115 BTC

→

[redacted]Sz1... 0.00008484 BTC
[redacted]AJf... 1.03933434 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00008484 BTC





**Blockchain.com** Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]2m2 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 16.16168630 BTC |
| Total Sent | 16.16168630 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request | Donation Button

## Transactions

Hash [redacted]98d... 2020-04-28 00:35

Inputs:
- [redacted]3rP... 232.29195648 BTC
- [redacted]QAD... 0.64352819 BTC
- QAD... 0.64373986 BTC
- [redacted]nz... 19.67770000 BTC
- [redacted]Pn... 0.00008337 BTC
- Pn... 16.25250000 BTC
- [redacted]Sz1... 0.00008484 BTC
- Sz1... 27.25213300 BTC
- [redacted]zf... 0.00008630 BTC
- zf... 16.16160000 BTC

Outputs:
- [redacted]PoSy... 0.64391458 BTC
- rPp... 312.27910296 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-16.16168630 BTC

Hash [redacted]94f... 2020-04-24 22:09

Inputs:
- [redacted]E3kS... 64.11249841 BTC

Outputs:
- [redacted]ezf... 16.16160000 BTC
- [redacted]TWV... 47.95084433 BTC

Fee 0.00005408 BTC
(21.719 sat/B - 8.084 sat/WU - 249 bytes)

+16.16160000 BTC

Hash [redacted]5e1... 2020-04-21 11:18

Inputs:
- [redacted]AJf... 1.03933434 BTC

Outputs:
- [redacted]zf... 0.00008630 BTC
- b7G... 1.03922607 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00008630 BTC





## Transactions ⓘ



| | | |
|---|---|---|
| Hash | ████████████8fc... | 2020-04-28 00:35 |

| | | |
|---|---|---|
| | gPp... 312.27910296 BTC | ████████RmC... 0.18300000 BTC |
| | T5Wg... 0.00010239 BTC | rPp... 367.67896714 BTC |
| | MT5W... 18.23810000 BTC | |
| | 66Rc... 0.00010970 BTC | |
| | 66Rc... 20.20020101 BTC | |
| | ufqv... 0.00011116 BTC | |
| | nufq... 9.36663000 BTC | |
| | aBV... 0.00011263 BTC | |
| | aBV... 7.77777770 BTC | |
| | EwO... 0.00011409 BTC | |

| | | |
|---|---|---|
| Fee | 0.00039450 BTC (25.435 sat/B - 6.359 sat/WU - 1551 bytes) | -18.23820239 BTC |

| | | |
|---|---|---|
| Hash | ████████████99c6... | 2020-04-24 22:09 |

| | | |
|---|---|---|
| | rBS... 39.31676206 BTC | MT5W... 18.23810000 BTC |
| | | XYV... 21.07860798 BTC |

| | | |
|---|---|---|
| Fee | 0.00005408 BTC (21.719 sat/B - 8.084 sat/WU - 249 bytes) | +18.23810000 BTC |

| | | |
|---|---|---|
| Hash | 04f8c1de47293d8b551a0f91d33bd4d5b4b... | 2020-04-21 11:18 |

| | | |
|---|---|---|
| | vA5... 0.18908668 BTC | T5Wg... 0.00010239 BTC |
| | | XEY... 0.18896232 BTC |

| | | |
|---|---|---|
| Fee | 0.00002197 BTC (8.823 sat/B - 3.284 sat/WU - 249 bytes) | +0.00010239 BTC |

17



Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]2Xp |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 20.20031071 BTC |
| Total Sent | 20.20031071 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]8fc... 2020-04-28 00:35

[redacted]rPp... 312.27910296 BTC
[redacted]5Wg... 0.00010239 BTC
[redacted]T5W... 18.23810000 BTC
[redacted]6Rc... 0.00010970 BTC
6Rc... 20.20020101 BTC
[redacted]fqv... 0.00011116 BTC
[redacted]ufq... 9.36663000 BTC
[redacted]aBV... 0.00011263 BTC
aBV... 7.77777770 BTC
[redacted] 0.00011409 BTC

→

[redacted]RmC... 0.18300000 BTC
rPp... 367.67896714 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-20.20031071 BTC

Hash [redacted]545... 2020-04-24 22:09

[redacted]kV8... 38.12696733 BTC

→

[redacted]mUm... 17.92671224 BTC
[redacted]6Rc... 20.20020101 BTC

Fee 0.00005408 BTC
(21.632 sat/B - 8.072 sat/WU - 250 bytes)

+20.20020101 BTC

Hash [redacted]c588... 2020-04-21 11:18

[redacted]Tb7G... 1.03922607 BTC

→

[redacted]6Rc... 0.00010970 BTC
nSQh... 1.03909440 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00010970 BTC





Blockchain.com Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]X7ah |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 9.36674116 BTC |
| Total Sent | 9.36674116 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]8fc... 2020-04-28 00:35

[redacted]rPp... 312.27910296 BTC
[redacted]5Wg... 0.00010239 BTC
[redacted]T5W... 18.23810000 BTC
[redacted]6Rc... 0.00010970 BTC
6Rc... 20.20020101 BTC
[redacted]fqv... 0.00011116 BTC
[redacted]ufq... 9.36663000 BTC
[redacted]aBV... 0.00011263 BTC
aBV... 7.77777770 BTC
[redacted]FwQJ... 0.00011409 BTC

→

[redacted]RmC... 0.18300000 BTC
[redacted]rPp... 367.67896714 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-9.36674116 BTC

Hash [redacted]af... 2020-04-24 22:09

[redacted]7qTb... 14.94199999 BTC

→

[redacted]DKXZ... 5.57531591 BTC
hufq... 9.36663000 BTC

Fee 0.00005408 BTC
(21.719 sat/B - 8.084 sat/WU - 249 bytes)

+9.36663000 BTC

Hash [redacted]01d9... 2020-04-21 11:18

[redacted]hSQh... 1.03909440 BTC

→

[redacted]fqv... 0.00011116 BTC
[redacted]KCdX... 1.03896127 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00011116 BTC





Blockchain.com Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]pc2 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 7.77789033 BTC |
| Total Sent | 7.77789033 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]8fc... 2020-04-28 00:35

Inputs:
- [redacted]rPp... 312.27910296 BTC
- [redacted]T5Wg... 0.00010239 BTC
- [redacted]T5W... 18.23810000 BTC
- [redacted]6Rc... 0.00010970 BTC
- [redacted]6Rc... 20.20020101 BTC
- [redacted]fqv... 0.00011116 BTC
- [redacted]ufq... 9.36663000 BTC
- [redacted]aBV... 0.00011263 BTC
- [redacted]aBV... 7.77777770 BTC
- [redacted]FwQJ... 0.00011409 BTC

Outputs:
- [redacted]RmC... 0.18300000 BTC
- [redacted]rPp... 367.67896714 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)

-7.77789033 BTC

Hash [redacted]4c2... 2020-04-24 22:09

Inputs:
- [redacted]SCu... 10.13025676 BTC

Outputs:
- [redacted]i1... 2.35242498 BTC
- [redacted]aBV... 7.77777770 BTC

Fee 0.00005408 BTC
(21.719 sat/B - 8.084 sat/WU - 249 bytes)

+7.77777770 BTC

Hash [redacted]00... 2020-04-21 11:18

Inputs:
- [redacted]CdX... 1.03896127 BTC

Outputs:
- [redacted]aBV... 0.00011263 BTC
- [redacted]wT4e.. 1.03882667 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00011263 BTC









Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]WrEc |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 4 |
| Total Received | 12.53741409 BTC |
| Total Sent | 12.53741409 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request | Donation Button

## Transactions

Hash [redacted]090... 2020-04-28 01:08

[redacted]rPp... 367.67896714 BTC
[redacted]wO... 12.53730000 BTC
[redacted]a5L... 0.00012433 BTC
[redacted]a5L... 23.22502381 BTC
[redacted]wqT6... 0.00012582 BTC
[redacted]wqT... 18.22222220 BTC
[redacted]VLQ... 0.00012582 BTC
[redacted]yVL... 20.89734513 BTC
[redacted]zcH... 0.00013753 BTC
[redacted]zc... 18.18333330 BTC

→ [redacted]3mF... 0.00350000 BTC
[redacted]1P... 460.74081058 BTC

Fee 0.00039450 BTC
(25.452 sat/B - 6.363 sat/WU - 1550 bytes)
-12.53730000 BTC

Hash [redacted]o8fc... 2020-04-28 00:35

[redacted]rPp... 312.27910296 BTC
[redacted]5Wg... 0.00010239 BTC
[redacted]T5W... 18.23810000 BTC
[redacted]6Rc... 0.00010970 BTC
[redacted]6Rc... 20.20020101 BTC
[redacted]qv... 0.00011116 BTC
[redacted]vq... 9.36663000 BTC
[redacted]aBY... 0.00011263 BTC
[redacted]aBY... 7.77777770 BTC
[redacted]FwOJ... 0.00011409 BTC

→ [redacted]RmC... 0.18300000 BTC
[redacted]rPp... 367.67896714 BTC

Fee 0.00039450 BTC
(25.435 sat/B - 6.359 sat/WU - 1551 bytes)
-0.00011409 BTC

Hash [redacted]06b... 2020-04-24 22:09

[redacted]TWY... 47.95084433 BTC
[redacted]AZa... 1.24489897 BTC

→ [redacted]FwO... 12.53730000 BTC
[redacted]tZz... 36.65836500 BTC

Fee 0.00007830 BTC
(18.643 sat/B - 7.587 sat/WU - 420 bytes)
+12.53730000 BTC

Hash [redacted]edc... 2020-04-21 11:18

[redacted]T4e... 1.03882667 BTC

→ [redacted]FwOJ... 0.00011409 BTC
[redacted]HUY... 1.03869061 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)
+0.00011409 BTC

Blockchain.com | Wallet | Exchange | **Explorer**

| | |
|---|---|
| Address | [redacted]MWR |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 23.22514814 BTC |
| Total Sent | 23.22514814 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request | Donation Button

## Transactions

Hash [redacted]090...  2020-04-28 01:08

[redacted]3rPp... 367.67896714 BTC
[redacted]FwQ... 12.53730000 BTC
[redacted]2a5L... 0.00012433 BTC
a5L... 23.22502381 BTC
qT6... 0.00012582 BTC
[redacted]qT... 18.22222220 BTC
[redacted]VLQ... 0.00012582 BTC
[redacted]VL... 20.89734513 BTC
[redacted]zcH... 0.00013753 BTC
[redacted]Dzzc... 18.18333330 BTC

→

[redacted]3mF... 0.00350000 BTC
[redacted]3rP... 460.74081058 BTC

Fee 0.00039450 BTC
(25.452 sat/B - 6.363 sat/WU - 1550 bytes)

-23.22514814 BTC

Hash [redacted]338b...  2020-04-24 22:09

[redacted]tZz... 36.65836500 BTC

→

[redacted]PUx... 13.43328711 BTC
a5L... 23.22502381 BTC

Fee 0.00005408 BTC
(21.719 sat/B - 8.084 sat/WU - 249 bytes)

+23.22502381 BTC

Hash [redacted]a5ab...  2020-04-21 11:18

[redacted]HUY... 1.03869061 BTC

→

[redacted]2a5L 0.00012433 BTC
[redacted]bcb... 1.03854431 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00012433 BTC





## Transactions ⓘ



| | | |
|---|---|---|
| Hash | ██████████████████████090... | 2020-04-28 01:08 |
| | ██████3rPp... 367.67896714 BTC ⊕ ➡ | ██████████3mF... 0.00350000 BTC ⊕ |
| | █████FwQ... 12.53730000 BTC ⊕ | ████████3rP... 460.74081058 BTC ⊝ |
| | ████a5L... 0.00012433 BTC ⊕ | |
| | ████a5L... 23.22502381 BTC ⊕ | |
| | ████wqT6... 0.00012582 BTC ⊕ | |
| | ████wqT... 18.22222220 BTC ⊕ | |
| | ██████VLQ... 0.00012582 BTC ⊕ | |
| | ████yVL... 20.89734513 BTC ⊕ | |
| | ████zcH... 0.00013753 BTC ⊕ | |
| | ████Dzzc... 18.18333330 BTC ⊕ | |
| Fee | 0.00039450 BTC | -18.22234802 BTC |
| | (25.452 sat/B - 6.363 sat/WU - 1550 bytes) | |

| | | |
|---|---|---|
| Hash | ████████████Baae... | 2020-04-26 13:36 |
| | ████████7XYV... 21.07860798 BTC ⊕ ➡ | ████████████5Apb... 2.85633508 BTC ⊕ |
| | | ██████████wqT... 18.22222220 BTC ⊝ |
| Fee | 0.00005070 BTC | +18.22222220 BTC |
| | (20.280 sat/B - 7.567 sat/WU - 250 bytes) | |

| | | |
|---|---|---|
| Hash | ██████████████████Baac... | 2020-04-21 11:18 |
| | ██████████qbcb... 1.03854431 BTC 🔗 ➡ | ████████wqT6... 0.00012582 BTC ⊝ |
| | | ████████3iE... 1.03839652 BTC ⊝ |
| Fee | 0.00002197 BTC | +0.00012582 BTC |
| | (8.823 sat/B - 3.284 sat/WU - 249 bytes) | |



## Transactions ⓘ



| Hash | | | 2020-04-28 01:08 |
|---|---|---|---|
| | ...090... | | |
| | ...rPp... 367.67896714 BTC | ...3mF... 0.00350000 BTC | |
| | ...FwQ... 12.53730000 BTC | ...3rP... 460.74081058 BTC | |
| | ...a5L... 0.00012433 BTC | | |
| | ...a5L... 23.22502381 BTC | | |
| | ...vqT6... 0.00012582 BTC | | |
| | ...qT... 18.22222220 BTC | | |
| | ...VLQ... 0.00012582 BTC | | |
| | ...yVL... 20.89734513 BTC | | |
| | ...zcH... 0.00013753 BTC | | |
| | ...Dzzc... 18.18333330 BTC | | |

| Fee | 0.00039450 BTC | -20.89747095 BTC |
|---|---|---|
| | (25.452 sat/B - 6.363 sat/WU - 1550 bytes) | |

| Hash | | | 2020-04-26 13:36 |
|---|---|---|---|
| | ...b01... | | |
| | ...PUx... 13.43328711 BTC | ...uTx... 10.46257592 BTC | |
| | ...mUm... 17.92671224 BTC | ...yVL... 20.89734513 BTC | |

| Fee | 0.00007830 BTC | +20.89734513 BTC |
|---|---|---|
| | (18.599 sat/B - 7.580 sat/WU - 421 bytes) | |

| Hash | | | 2020-04-21 11:18 |
|---|---|---|---|
| | ...7598... | | |
| | ...3iE... 1.03839652 BTC | ...LQ... 0.00012582 BTC | |
| | | ...vGE... 1.03824873 BTC | |

| Fee | 0.00002197 BTC | +0.00012582 BTC |
|---|---|---|
| | (8.788 sat/B - 3.279 sat/WU - 250 bytes) | |

24



Blockchain.com Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]aJv |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 18.18347083 BTC |
| Total Sent | 18.18347083 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request | Donation Button

## Transactions

Hash [redacted]090... 2020-04-28 01:08

[redacted]3rPp... 367.67896714 BTC
[redacted]aFwQ... 12.53730000 BTC
[redacted]2a5L... 0.00012433 BTC
[redacted]2a5L... 23.22502381 BTC
[redacted]yqT6... 0.00012582 BTC
[redacted]qT... 18.22222220 BTC
[redacted]VLQ... 0.00012582 BTC
[redacted]yVL... 20.89734513 BTC
[redacted]cH... 0.00013753 BTC
[redacted] 18.18333330 BTC

→ [redacted]3mF... 0.00350000 BTC
[redacted]3rP... 460.74081058 BTC

Fee 0.00039450 BTC
(25.452 sat/B - 6.363 sat/WU - 1550 bytes)

-18.18347083 BTC

Hash [redacted]8b7... 2020-04-26 13:36

[redacted]5uTx... 10.46257592 BTC
[redacted]DKXZ... 5.57531591 BTC
[redacted]ei1... 2.35242498 BTC

→ [redacted]STH... 0.20687761 BTC
[redacted]zzc... 18.18333330 BTC

Fee 0.00010590 BTC
(17.858 sat/B - 7.581 sat/WU - 593 bytes)

+18.18333330 BTC

Hash [redacted]78d... 2020-04-21 11:18

[redacted]3vGE... 1.03824873 BTC

→ [redacted]zcH... 0.00013753 BTC
[redacted]4gU... 1.03808923 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00013753 BTC





## Transactions ⓘ



| Hash | | | 2020-04-29 02:25 |
|---|---|---|---|
| | 3rP... 460.74081058 BTC | → | TcW... 531.50000000 BTC |
| | QAD... 0.08183984 BTC | | PpE... 2.95262283 BTC |
| | QAD... 0.24982528 BTC | | |
| | ADP... 0.27259191 BTC | | |
| | QAD... 0.49075193 BTC | | |
| | QFt... 0.00014338 BTC | | |
| | gQ... 16.53333330 BTC | | |
| | TKF... 0.00013314 BTC | | |
| | KFQ... 11.11154111 BTC | | |
| | RGCa... 0.00011851 BTC | | |

Load more inputs... (5 remaining)

| Fee | 0.00050823 BTC | -16.53347668 BTC |
|---|---|---|
| | (22.193 sat/B - 5.548 sat/WU - 2290 bytes) | |

| Hash | | | 2020-04-27 10:41 |
|---|---|---|---|
| | M1C... 46.64376486 BTC | → | IsjQ... 16.53333330 BTC |
| | | | jP9X... 30.11039945 BTC |

| Fee | 0.00003211 BTC | +16.53333330 BTC |
|---|---|---|
| | (12.896 sat/B - 4.800 sat/WU - 249 bytes) | |

| Hash | | | 2020-04-21 11:18 |
|---|---|---|---|
| | 4gU... 1.03808923 BTC | → | QFt... 0.00014338 BTC |
| | | | H4Qm... 1.03792388 BTC |

| Fee | 0.00002197 BTC | +0.00014338 BTC |
|---|---|---|
| | (8.788 sat/B - 3.279 sat/WU - 250 bytes) | |

26



Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]TKe |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 11.11167425 BTC |
| Total Sent | 11.11167425 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]72da... 2020-04-29 02:25

[redacted]3rP... 460.74081058 BTC
[redacted]QAD... 0.08183984 BTC
[redacted]QAD... 0.24982528 BTC
[redacted]QADP... 0.27259191 BTC
[redacted]QAD... 0.49075193 BTC
[redacted]QFt... 0.00014338 BTC
[redacted]sjQ... 16.53333330 BTC
[redacted]TKF... 0.00013314 BTC
[redacted]TKFQ... 11.11154111 BTC
[redacted]RGCa... 0.00011851 BTC

→ [redacted]TcW... 531.50000000 BTC
[redacted]PpE... 2.95262283 BTC

Load more inputs... (5 remaining)

Fee 0.00050823 BTC
(22.193 sat/B - 5.548 sat/WU - 2290 bytes)

-11.11167425 BTC

Hash [redacted]6ab2... 2020-04-27 10:41

[redacted]rps... 44.45687561 BTC → [redacted]FQ... 11.11154111 BTC
[redacted]FR8m... 33.34530239 BTC

Fee 0.00003211 BTC
(12.896 sat/B - 4.800 sat/WU - 249 bytes)

+11.11154111 BTC

Hash [redacted]3135... 2020-04-21 11:18

[redacted]H4Qm... 1.03792388 BTC → [redacted]TKF... 0.00013314 BTC
[redacted]Bu7... 1.03776877 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00013314 BTC





## Transactions ⓘ



| | | |
|---|---|---|
| Hash | ▮▮▮▮▮▮▮2da... | 2020-04-29 02:25 |
| | ▮3rP... 460.74081058 BTC ⊕ | ▮▮▮PTcW... 531.50000000 BTC ⊕ |
| | ▮QAD... 0.08183984 BTC ⊕ | ▮PpE... 2.95262283 BTC ⊕ |
| | ▮QAD... 0.24982528 BTC ⊕ | |
| | ▮ADP... 0.27259191 BTC ⊕ | |
| | ▮QAD... 0.49075193 BTC ⊕ | |
| | ▮QFt... 0.00014338 BTC ⊕ | |
| | ▮sjQ... 16.53333330 BTC ⊕ | |
| | ▮TKF... 0.00013314 BTC ⊕ | |
| | ▮KFQ... 11.11154111 BTC ⊕ | |
| | ▮GCa... 0.00011851 BTC ⊕ | |
| | Load more inputs... (5 remaining) | |
| Fee | 0.00050823 BTC (22.193 sat/B - 5.548 sat/WU - 2290 bytes) | -19.86978551 BTC |

| | | |
|---|---|---|
| Hash | ▮▮▮▮▮8eb... | 2020-04-27 10:41 |
| | ▮Mof... 42.41117654 BTC ⊕ | ▮▮▮RGC... 19.86966700 BTC ⊕ |
| | | ▮Gbq... 22.54141659 BTC ⊕ |
| Fee | 0.00009295 BTC (37.180 sat/B - 13.873 sat/WU - 250 bytes) | +19.86966700 BTC |

| | | |
|---|---|---|
| Hash | ▮▮▮▮▮acf... | 2020-04-21 11:18 |
| | ▮JBu7... 1.03776877 BTC ⊕ | ▮▮▮GCa... 0.00011851 BTC ⊕ |
| | | ▮57F... 1.03762829 BTC ⊕ |
| Fee | 0.00002197 BTC (8.823 sat/B - 3.284 sat/WU - 249 bytes) | +0.00011851 BTC |

28









**Blockchain.com** Wallet Exchange **Explorer**

| | |
|---|---|
| Address | [redacted]PMm |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 15.00229169 BTC |
| Total Sent | 15.00229169 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]2da... 2020-04-29 02:25

[redacted]3rP... 460.74081058 BTC
[redacted]QAD... 0.08183984 BTC
[redacted]QAD... 0.24982528 BTC
[redacted]ADP... 0.27259191 BTC
[redacted]QAD... 0.49075193 BTC
[redacted]sjQFt... 0.00014338 BTC
[redacted]sjQ... 16.53333330 BTC
[redacted]TKF... 0.00013314 BTC
[redacted]KFQ... 11.11154111 BTC
[redacted]RGCa... 0.00011851 BTC

→

[redacted]TcW... 531.50000000 BTC
[redacted]PpE... 2.95262283 BTC

Load more inputs... (5 remaining)

Fee 0.00050823 BTC
(22.193 sat/B - 5.548 sat/WU - 2290 bytes)

-15.00229169 BTC

Hash [redacted]7e3... 2020-04-27 10:41

[redacted]vs1... 30.51887101 BTC

→

[redacted]RdX... 15.00222000 BTC
[redacted]tY7... 15.51656651 BTC

Fee 0.00008450 BTC
(33.936 sat/B - 12.631 sat/WU - 249 bytes)

+15.00222000 BTC

Hash [redacted]a5... 2020-04-21 11:18

[redacted]57F... 1.03762829 BTC

→

[redacted]dXm... 0.00007169 BTC
[redacted]x7X... 1.03753463 BTC

Fee 0.00002197 BTC
(8.823 sat/B - 3.284 sat/WU - 249 bytes)

+0.00007169 BTC

Blockchain.com Wallet Exchange Explorer

| | |
|---|---|
| Address | [redacted]QYT |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 3 |
| Total Received | 10.10008339 BTC |
| Total Sent | 10.10008339 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request Donation Button

## Transactions

Hash [redacted]2da... 2020-04-29 02:25

[redacted]grP... 460.74081058 BTC
[redacted]QAD... 0.08183984 BTC
[redacted]QAD... 0.24982528 BTC
[redacted]QADP... 0.27259191 BTC
[redacted]QAD... 0.49075193 BTC
[redacted]QFt... 0.00014338 BTC
[redacted]sjQ... 16.53333330 BTC
[redacted]TKF... 0.00013314 BTC
[redacted]TKFQ... 11.11154111 BTC
[redacted]RGCa... 0.00011851 BTC

→

[redacted]TcW... 531.50000000 BTC
[redacted]PpE... 2.95262283 BTC

Load more inputs... (5 remaining)

Fee 0.00050823 BTC
(22.193 sat/B - 5.548 sat/WU - 2290 bytes)

-10.10008339 BTC

Hash [redacted]2b1d... 2020-04-27 10:46

[redacted]EdNn... 29.74478340 BTC

→

[redacted]h5f... 10.10000000 BTC
[redacted]Ya7q.. 19.64475129 BTC

Fee 0.00003211 BTC
(12.844 sat/B - 4.793 sat/WU - 250 bytes)

+10.10000000 BTC

Hash [redacted]58c... 2020-04-21 11:18

[redacted]Tx7X... 1.03753463 BTC

→

[redacted]5fg... 0.00008339 BTC
[redacted]p3s... 1.03742927 BTC

Fee 0.00002197 BTC
(8.788 sat/B - 3.279 sat/WU - 250 bytes)

+0.00008339 BTC

## EXHIBIT B

**General Debtor Wallet**



| | |
|---|---|
| Address | ████████████████████ BXgS 🗑 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 293 |
| Total Received | 2634.69218109 BTC |
| Total Sent | 2634.69218109 BTC |
| Final Balance | 0.00000000 BTC |

Payment Request    Donation Button

## __EXHIBIT C__

**Third-Party Wallet**



| | |
|---|---|
| Address | ▮▮▮▮▮▮▮▮nYE 🗑 |
| Format | UNKNOWN (UNKNOWN) |
| Transactions | 461 |
| Total Received | 10839.44303166 BTC |
| Total Sent | 10810.08745289 BTC |
| Final Balance | 29.35557877 BTC |

Payment Request    Donation Button