## **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Cred Inc., *et al.*, [1] | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

**DECLARATION OF MARK FRIEDLER IN SUPPORT OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**FILING UNDER SEAL OF CERTAIN CONFIDENTIAL INFORMATION**

Under 28 U.S.C. § 1746, I, Mark A. Friedler, declare as follows under the penalty of perjury:

1.      I am a Senior Adviser at Dundon Advisers LLC ("Dundon").  Dundon is the financial adviser to the Committee in the Chapter 11 Cases of the Debtors.  My role in Dundon's engagement for the Committee is to serve as the primary blockchain and cryptocurrency expert. I am duly authorized to submit this declaration (the "Declaration") in support of *The Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information* (the "Joinder").[2]

2.      In particular, I submit this Declaration in support of the Debtors' Motion to Seal. For the reasons explained below, it is my view that the relief sought in the Motion to Seal is in the best interests of the Debtors, their estates, and their creditors.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Joinder.

3.      Prior to joining Dundon, I was a senior advisor and executive with several leading cryptocurrency and blockchain companies (2016–2019), where I participated in business development, partnerships, marketing, sales, fundraising, restructuring, and other activities. Recently, I served as a consultant for enterprise blockchain projects with ABInBev, working closely with partners, including IBM.

4.      Before my blockchain work, I worked for Oracle Corporation from 2014 to 2016 in its Data and Marketing Cloud divisions.  Previously, I was a start-up founder for a games technology and media company, GameDaily, which was acquired by Time Warner AOL.  I have also served as a consultant to several growth companies from 2001 to 2016 where I was involved on a daily basis in building data-driven products and marketing services.  In my work in the cryptocurrency vertical, I have worked closely with several exchanges, custody providers, and blockchain protocols and services, advising leadership executives on growth strategies and execution.

5.      On the basis of this experience and expertise, as well as my knowledge of the Debtors' activities that I have developed since my engagement, I believe revealing the Confidential Creditor Information imposes a *severe and unusual* risk of identity and asset theft. These risks are heightened with respect to the Debtors' customers because malefactors target consumers they believe to be holders of cryptocurrency—and by definition, the Debtors' creditors are practically all holders of cryptocurrency.  This risk is not conjectural—identity and asset theft targeting similarly "pre-qualified" cohorts of victims happens regularly.  Even if the relief sought in the Motion to Seal was inappropriate for *most* chapter 11 cases, it is very appropriate in *these* Chapter 11 Cases.

6.      Disclosed Confidential Creditor Information consisting solely of names enables a sophisticated malefactor to correlate significant additional information from public databases, including telephone numbers, home addresses, e-mail addresses, and places of employment of customers (except with respect to customers with the most common names).  Disclosed Confidential Creditor Information consisting of additional data, such as addresses or even just a city of residence, increases the sweep of that correlation to the most common names, as well as making several types of attacks even easier.

7.      Every primary means of cryptocurrency theft would be made far easier to perpetrate were malefactors able to assemble the Confidential Creditor Information and additional correlated information, which they will be able to do in the absence of the relief sought in the Motion to Seal.

8.      Malefactors with Confidential Creditor Information and additional correlated information can choose from multiple avenues of attack, discussed in the paragraphs below:

9.      **Stealing an Online Wallet**.  The most common way to steal digital assets is by stealing a digital wallet.  If a criminal knows or suspects that a person holds a wallet on a crypto exchange, as they would correctly know or suspect of most of the Debtors' creditors (at least with respect to popular crypto exchanges), they will try a variety of means to access that wallet and steal the assets by making use of the Confidential Creditor Information.  In September 2020, leading crypto currency exchange KuCoin was hacked for $150 Million in assets.[3]  A related theft is stealing assets from "hot wallets" kept at exchanges and other custody providers.  The

---

[3] https://www.zdnet.com/article/kucoin-cryptocurrency-exchange-hacked-for-150-million/

largest ever crypto robbery took place in January 2018 when $530 Million was stolen from hot wallets at the Coincheck exchange.[4]

10.    **Theft of Private Keys**.  There is no technical requirement to hold cryptocurrency in online wallets.  A slightly more sophisticated consumer can manage the private keys necessary to transact their cryptocurrency on the related blockchain in "hardware wallets."  If the private keys are stolen, the wallet's contents can be emptied.  Criminals who gain the Confidential Creditor Information that will be released in the absence of the relief sought in the Motion to Seal will know or suspect that a creditor is holding crypto currency.  The would-be thief can use the Confidential Creditor Information and correlated additional information in a variety of ways to trick a user into surrendering their private keys, including phishing emails, phone calls, and phony donation request.

11.    **Phishing Attacks**.  A "phishing" attack is when a person receives a message from an attacker masquerading as a trusted entity.  The goal is to dupe a victim into opening an email, instant message, or text message in order to steal user data, including login credentials, private keys, and account numbers.  Other phishing attacks include extortion and seeking to establish a relationship with a target by masquerading as someone else.  Simply opening an email or text message can run a computer program called a "Trojan," which can infect the host device and send back a variety of information, including key stroke logs and account information.  This information can be used to steal assets and additional private information from the potential victim.  Below are some specific examples provided by a security firm that its employees have received in just the first two weeks of December:

---

[4] https://www.medium.com/datadriveninvestor/the-biggest-robbery-in-history-530-million-worth-of-coincheck-cryptocurrency-theft-babce690af1d

a.  Phishing Email to Expose Crypto Wallets – An email received from an attacker fraudulently represented as being from Ripple.  The email asked the recipient to "white list" their wallet address in order to receive a settlement in Ripple's XRP tokens paid to their account.  If they had responded, the attacker would have had access to their wallet.

b.  A "Sextortion" Email Attack – An attacker sent an email claiming to have a compromising video of the recipient from their webcam and threatened to release the videos unless the recipient paid a ransom in Bitcoin.

c.  A LinkedIn invitation from an attacker posing to be Kees Van Dijkhuizen, the former CEO and Chairman of ABN-AMRO Bank, who claimed he was now CEO of a new crypto exchange.  This was a very believable invitation that would have given the attacker access to the recipients' LinkedIn trusted contacts.

12.    **Physical Robbery**.  Many holders of crypto assets have been robbed at gun point in home invasion robberies, being forced to surrender hardware wallets, passwords, and other access credentials to online wallets.  Thieves will easily determine the addresses of creditors with all but the most common of names merely by disclosure of the creditors' names, and of virtually all creditors if city of residence is disclosed in the Confidential Creditor Information.  (If the Confidential Creditor Information includes *addresess*, thieves will have to do no work at all.) Targeting of known holders of cryptocurrency to steal their wallets or keys is becoming increasingly common, as thieves know the assets can be quickly liquidated and cannot be easily traced.[5]

---

[5] https://www.thedailybeast.com/forget-hacking-thieves-are-stealing-bitcoins-at-gunpoint

13.    **SIM Swapping**.  "SIM swapping" is when a criminal gains access to a victim's cell phone account through an accomplice at a wireless provider.  That provider then issues a new SIM card so the criminal can take over the victim's number on a new device with the new SIM.  Because most providers of online wallets rely upon text messaging for security in password resets, a criminal who has obtained a SIM swapped device can effortlessly take over any such online wallet.[6]  The only "defense" to SIM swapping is that accomplices are expensive, and therefore criminals will not pay to SIM swap someone unless they are confident the target holds valuable crypto assets.  That expense *will be justified* with the pre-qualification that being a creditor of the Debtors constitutes, and particularly so with the ease of targeting if Confidential Creditor Information also includes cities of residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 14, 2020
Walnut Creek, California

/s/ Mark A. Friedler
Mark A. Friedler
Senior Adviser, Dundon Advisers LLC

---

[6] See, for example, https://markets.businessinsider.com/currencies/news/bitcoin-investor-loses-24-million-of-crypto-sim-swap-hackers-2019-11-1028677818