**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Cred Inc., *et al.*,[1] | ) Case No. 20-12836 (JTD) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF JOSHUA SEGALL IN SUPPORT OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE
FILING UNDER SEAL OF CERTAIN CONFIDENTIAL INFORMATION**

Under 28 U.S.C. § 1746, I, Joshua Segall, declare as follows under the penalty of perjury:

1. I am a member of Maple Partners LLC ("Maple Partners"), which is a member of the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.. I submit this declaration in support of *The Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information* (the "Joinder").[2]

2. I have been extensively involved with cryptocurrency for the past four years. This experience includes working directly with a cryptocurrency startup for three years on regulatory, compliance, KYC/AML, and security issues related to cryptocurrency. During this time, I have developed numerous contacts and relationships with other individuals and businesses involved in the cryptocurrency industry.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Joinder.

3. All facts set forth in this Declaration are based upon my personal knowledge and experience in the cryptocurrency space. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. I formed Maple Partners with another holder of ethereum (ETH) and bitcoin (BTC). Maple Partners' members are former customers of the Debtors.

5. The Cryptocurrency space is rife with fraud and scams because there are ways to steal cryptocurrency that are untraceable. In addition, because cryptocurrency is a new space, the same types of procedural safeguards that are in place for transactions with traditional banks or financial institutions do not exist. The result is that cryptocurrency is only as secure as the holder's individual security precautions.

6. Based upon my experience in the cryptocurrency space, the disclosure of individual customer names or other identifying information creates an undue risk that the Debtors' former customers will become the targets of attacks on their accounts, which could include phishing, SIM porting, viruses, doxxing, blackmail, and impostor emails, among others. These risks are exacerbated where the individual names of holders are revealed because anyone who is known to have large holdings of cryptocurrency is more likely to become a target for theft and fraud.

7. If a list of the largest customers is published, those parties are highly likely to become targets of scammers, and they will likely suffer an undue burden, in terms of both financial and personal costs.

8. Maple Partners' members were so concerned with the aforementioned risks that we formed a new entity (Maple Partners) for the specific purpose of protecting the names and other identifying information of Maple Partners' members.

9. Maple Partners has instituted comprehensive best practices for securing its accounts, but even these practices may not prevent a well-resourced operation from successfully hacking its accounts through various methods.

10. Although Maple Partners' members had the financial wherewithal to take these extraordinary steps, not every cryptocurrency holder has the means to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 14, 2020
Nashville, Tennessee

> */s/ Joshua Segall*
> Joshua Segall
> Maple Partners LLC