**Exhibit B**

| | |
|---|---|
| **To:** | Grogan, James T. |
| **Subject:** | RE: Continuance of Paul Hastings, Teneo, MAACO and Bid Procedures Applications/Motions to 12/17, Extension of Response Deadline -- Cred |

**From:** Grogan, James T.
**Sent:** Sunday, December 6, 2020 4:57 PM
**To:** 'McMahon, Joseph (USTP)' <Joseph.McMahon@usdoj.gov>
**Cc:** Scott Cousins <scott.cousins@cousins-law.com>; Bongartz, Alex <alexbongartz@paulhastings.com>; Schanne, John (USTP) <John.Schanne@usdoj.gov>
**Subject:** RE: Continuance of Paul Hastings, Teneo, MAACO and Bid Procedures Applications/Motions to 12/17, Extension of Response Deadline -- Cred

Hi Joe,

Scott sent a list of the things that we plan to go forward on a few minutes ago.  I have nothing more to say about Uphold except that I will be filing a supplemental disclosure declaration and will reiterate some of the points there.  Thanks, James



**James Grogan | Partner**
Paul Hastings LLP | 600 Travis Street, Fifty-Eighth Floor, Houston, TX 77002 | Direct: +1.713.860.7338 | Main: +1.713.860.7300 | Mobile: +1+917.859.2040 | jamesgrogan@paulhastings.com| www.paulhastings.com