**<u>Exhibit B</u>**

**Inamullah Deposition Transcript**

1  UNITED STATES BANKRUPTCY COURT

2  FOR THE DISTRICT OF DELAWARE

3

4

   IN RE:                        )

5                                )

        CRED INC, et al.,        )

6                                )

        DEBTORS.                 )  Case No. 20-12836 (JTD)

7                                )

                                 )

8                                )

                                 )

9  _____ )

10

11  VIDEOTAPED DEPOSITION OF

12  DANIYAL BALI MOHAMMAD INAMULLAH

13  TUESDAY, DECEMBER 8, 2020, 10:08 A.M.

14  VIA VIDEOCONFERENCE

15

16

17

18

19

20

21

22

23  Reported by Desiree Cooks, CSR No. 14075

24  Job No. 4366991

25  PAGES 1-238

Page 1

1                UNITED STATES BANKRUPTCY COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4

   IN RE:                        )

5                                )

          CRED INC, et al.,      )

6                                )

          DEBTORS.               ) Case No. 20-12836 (JTD)

7                                )

                                 )

8                                )

                                 )

9   _____)

10

11

12

13

14

15

16

17

18

19

20

21

22        THE VIDEOTAPED DEPOSITION OF DANIYAL BALI MOHAMMAD

23   INAMULLAH, taken via videoconference, on Tuesday, December 8,

24   2020, at 10:08 a.m., before Desiree Cooks, Certified Shorthand

25   Reporter, in and for the State of California.

                                              Page 2

```
1   APPEARANCES:
2   ALL APPEARING VIA VIDEOCONFERENCE
3
    For the Debtors:
4
            PAUL HASTINGS LLP
5           BY: BRYANT LIN, ESQ.
            515 South Flower Street, #25
6           Los Angeles, California 90071
            (213) 683-6105
7           Bryantlin@paulhastings.com
8           PAUL HASTINGS LLP
            BY: JAMES GROGAN, ESQ.
9           --  MACK WILSON, ESQ.
            600 Travis Street, Fifty-Eighth Floor
10          Houston, Texas 77002
            (713) 860-7300
11          Jamesgrogan@paulhastings.com
            Mackwilson@paulhastings.com
12
    For U.S. Trustees:
13
            OFFICE OF THE U.S. TRUSTEE
14          BY: JOSEPH McMAHON, ESQ.
            1313 North Market Street
15          Wilmington, Delaware 19801
            (302) 573-6277
16          Joseph.mcmahon@usdoj.com
17  For the Creditors:
18          McDERMOTT WILL & EMERY
            BY: JOSEPH B. EVANS, ESQ.
19          --  DARREN YANG, ESQ.
            340 Madison Avenue
20          New York, New York 10173
            (212) 547-5400
21          Jevans@mwe.com
            Dyang@mwe.com
22
23
24
25
```

Page 3

1    APPEARANCES (continued):

2    For Daniyal Inamullah:

3           BILLION LAW

            BY: MARK BILLION, ESQ.

4           922 New Road

            Wilmington, Delaware 19805

5           (302) 428-9400

            Markbillion@billionlaw.com

6

7    Also present:

8           Julio Luevano, Jr., Videographer

9           Pablo Bonjour

10          Zachary Mazur

11          Matthew Pierce

12          Joseph Sarachek

13

14

15

16

17

18

19

20

21

22

23

24

25

                                    Page 4

```
1                          INDEX

2

3    WITNESS: DANIYAL BALI MOHAMMAD INAMULLAH

4

5    EXAMINATION                                    PAGE

6    BY MR. LIN                                     9

7    BY MR. EVANS                                   178

8    BY MR. McMAHON                                 234

9    BY MR. BILLION                                 235

10

11

12                  INFORMATION REQUESTED

13                     PAGE      LINE

14                       (NONE)

15

16                   DOCUMENTS REQUESTED

17                     PAGE      LINE

18                       (NONE)

19

20            WITNESS INSTRUCTED NOT TO ANSWER

21                     PAGE      LINE

22                      13       10

23

24

25

                                          Page  5
```

```
 1                    INDEX TO EXHIBITS
 2      EXHIBIT                                  MARKED
 3       Exhibit 1    Notice of Intent to Serve      11
                      Subpoena Upon Daniyal Inamullah
 4
         Exhibit 2    Cred Offer Letter, December     29
 5                    18th, 2019
 6       Exhibit 3    Confidentiality,               53
                      Non-Solicitation and Inventions
 7                    Agreement
 8       Exhibit 4    Emails dated March 3rd, 2020,   53
                      with attachment
 9
         Exhibit 5    Emails dated April 5th & 6th,   64
10                    2020
11       Exhibit 6    Various emails from October 2020  66
12       Exhibit 7    Emails dated April 13th, 2020   74
13       Exhibit 8    Emails dated September 10th,    80
                      2020
14
         Exhibit 9    Emails dated July 5th, 2020     95
15
         Exhibit 10   Emails dated April 4th, 2020,  112
16                    with attachment
17       Exhibit 11   Emails dated April 10th, 2020  122
18       Exhibit 12   Various emails dated April 24th, 125
                      2020
19
         Exhibit 13   History - Google Drive         141
20
         Exhibit 14   Cred Mail - History - Invitation 144
21                    to Collaborate
22       Exhibit 15   Spreadsheet containing         145
                      information
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                    INDEX TO EXHIBITS

 2    EXHIBIT                                      MARKED

 3      Exhibit 16    Various emails dated February 1st,   149
                      2020

 4

        Exhibit 17    Various Emails dated               151
 5                    February 12th, 2020

 6      Exhibit 18    Emails dated August 21st, 2020      154

 7      Exhibit 19    Various Emails dated June 2020       156

 8      Exhibit 20    Emails dated February 5th, 2020      162

 9      Exhibit 21    Declaration of Daniyal Inamullah     168
                      in Support of Krzysztof Majdak and

10                    Philippe Godineau's Motion for
                      Entry of an Order Pursuant to 11

11                    u.s.c. 1112(b)(i) Dismissing the
                      Cases; (II) Converting the Cases

12                    to a Chapter 7 Liquidation; or
                      (III) Appointing a Chapter 11

13                    Trustee

14

15

16

17

18

19

20

21

22

23

24

25

                                                Page  7
```

```
1              TUESDAY, DECEMBER 8, 2020, 10:08 A.M.

2                       VIA VIDEOCONFERENCE

3

4              THE VIDEOGRAPHER:  Good morning.  We are on the    09:08:35

5    record.  The time is 10:08 a.m.  Today's date is           09:08:36

6    December 8th, 2020.  My name is Julio Luevano, Jr.  I'm     09:08:42

7    the notary video technician with Veritext Legal Solutions   09:08:45

8    located in Los Angeles, California.  We're recording        09:08:50

9    these proceedings via videoconference due to COVID-19.      09:08:53

10   This is Video 1 for the video deposition of Daniyal         09:08:59

11   Inamullah in the action entitled Cred, Inc.  The case       09:09:03

12   number is 20-12836.                                         09:09:12

13             Now if I can get a quick introduction on the      09:09:15

14   record beginning with counsel.                             09:09:18

15             MR. BILLION:  Hello.  My name is Mark Billion.     09:09:19

16   I'm the counsel for the deponent.                          09:09:22

17             MR. LIN:  Hi.  My name is Bryant Lin, and I'm      09:09:28

18   the counsel for the debtors.                               09:09:32

19             MR. EVANS:  Joseph Evans, counsel for the         09:09:35

20   creditors.                                                 09:09:38

21             MR. PIERCE:  Matthew Pierce, counsel to Upgrade    09:09:43

22   Investments, LLC.                                          09:09:46

23             MR. MCMAHON:  Joseph McMahon, counsel to the      09:09:51

24   Office of the United States Trustee.                       09:09:54

25             MR. MAZUR:  Zachary Mazur, counsel to Krzysztof   09:09:57
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Majdak and Philippe Godineau. | 09:10:05 |
| 2 | MR. SARACHEK:  And I'm with Zachary Mazur.  I'm | 09:10:05 |
| 3 | Joseph Sarachek. | 09:10:10 |
| 4 | THE VIDEOGRAPHER:  Thank you.  Ms. Reporter, if | 09:10:15 |
| 5 | you could please administer the oath. | |
| 6 | | |
| 7 | DANIYAL BALI MOHAMMAD INAMULLAH, | |
| 8 | having been first duly sworn, testifies as follows: | |
| 9 | | |
| 10 | EXAMINATION | 09:10:40 |
| 11 | BY MR. LIN: | 09:10:40 |
| 12 | Q     Please state your name and spell your full name | 09:10:41 |
| 13 | for the record, please. | 09:10:44 |
| 14 | A     Full name, Daniyal Bali Mohammad Inamullah. | 09:10:45 |
| 15 | It's spelled D-A-N-I-Y-A-L B-A-L-I M-O-H-A-M-M-A-D, | 09:10:49 |
| 16 | I-N-A-M-U-L-L-A-H. | 09:10:58 |
| 17 | Q     So my name is Bryant Lin.  I'm an attorney for | 09:10:59 |
| 18 | Paul Hastings LLP, and we represent the debtors.  And I | 09:11:05 |
| 19 | want to go over just a couple ground rules just so -- to | 09:11:08 |
| 20 | make sure that everyone's on the same page. | 09:11:10 |
| 21 | A     For sure. | 09:11:13 |
| 22 | Q     As you know that you're under oath.  So | 09:11:16 |
| 23 | although this deposition is in somewhat more of an | 09:11:18 |
| 24 | informal setting, the oath has the same effect as if you | 09:11:22 |
| 25 | were testifying for a court of law.  So please give us | 09:11:26 |

Page 9

| | | |
|---|---|---|
| 1 | your best and most honest answer. | 09:11:29 |
| 2 | Second, please also give us your best | 09:11:32 |
| 3 | testimony.  So if there's an answer in which you do not | 09:11:34 |
| 4 | know, do not guess.  But if applicable, please give your | 09:11:37 |
| 5 | best estimate. | 09:11:43 |
| 6 | Third, as you could see, there's a lot of | 09:11:43 |
| 7 | different attorneys and parties that are on the line. | 09:11:47 |
| 8 | Please do not -- I'm going to not try to speak over you, | 09:11:50 |
| 9 | and please don't speak over me just so -- just to make | 09:11:54 |
| 10 | Desiree's life a little easier, who's going to be | 09:11:57 |
| 11 | transcribing this -- your testimony. | 09:12:01 |
| 12 | Four is:  Are you under any medications or | 09:12:02 |
| 13 | under the influence of drugs or alcohol this morning? | 09:12:07 |
| 14 | A    No. | 09:12:09 |
| 15 | Q    Okay.  And, fifth, while -- as I mentioned | 09:12:10 |
| 16 | before, a Court Reporter is going to be transcribing | 09:12:16 |
| 17 | everything that's being said during this deposition.  So | 09:12:18 |
| 18 | for all my questions, verbal responses are required.  So | 09:12:22 |
| 19 | no "huh-uh" or nods of the heads.  Even though this is | 09:12:26 |
| 20 | being video-recorded, please give a verbal answer to all | 09:12:30 |
| 21 | my questions. | 09:12:35 |
| 22 | A    Okay. | 09:12:36 |
| 23 | Q    Also, we can take breaks, but if I'm in the | 09:12:37 |
| 24 | middle of a question or examining a particular document, | 09:12:41 |
| 25 | I may ask you to wait until after my question and after | 09:12:45 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | your answer before we go on the break. | 09:12:48 |
| 2 | Also, your attorney may object to one of my | 09:12:52 |
| 3 | questions or there might -- may be other attorneys in | 09:12:58 |
| 4 | this deposition that may object to my questions.  You | 09:13:01 |
| 5 | still have the obligation to answer my questions unless | 09:13:05 |
| 6 | you're specifically instructed by your attorney not to | 09:13:08 |
| 7 | answer my question.  Okay? | 09:13:11 |
| 8 | Remember "yes" or "no" answers, please. | 09:13:17 |
| 9 | A    Yes, sorry.  Understood. | 09:13:18 |
| 10 | Q    No worries. | 09:13:20 |
| 11 | Lastly, if there are any inconsistencies within | 09:13:21 |
| 12 | this deposition and, you know, later we take your | 09:13:26 |
| 13 | testimony at some other juncture, I can comment on the | 09:13:30 |
| 14 | inconsistency between your testimony today and your | 09:13:34 |
| 15 | testimony in the future.  Okay? | 09:13:37 |
| 16 | A    Okay. | 09:13:39 |
| 17 | MR. LIN:  I'm going to introduce marked as | 09:13:42 |
| 18 | Exhibit Number 1 -- let me just upload this. | 09:13:47 |
| 19 | (Exhibit 1 marked.) | 09:13:47 |
| 20 | BY MR. LIN: | 09:13:47 |
| 21 | Q    Do you see Exhibit Number 1 for you? | 09:14:03 |
| 22 | A    Yes.  I have it up. | 09:14:05 |
| 23 | Q    Okay.  Have you received this document before | 09:14:07 |
| 24 | today's testimony? | 09:14:10 |
| 25 | A    Via email, correct.  I believe you sent it to | 09:14:11 |

Page 11

| | | |
|---|---|---|
| 1 | me. | 09:14:15 |
| 2 | Q    And did you review it? | 09:14:16 |
| 3 | A    I did, yes. | 09:14:17 |
| 4 | Q    And what is this document, for the record? | 09:14:19 |
| 5 | A    I assume it's a request to come speak with | 09:14:23 |
| 6 | you-all today or be deposed today and provide information | 09:14:29 |
| 7 | as well. | 09:14:31 |
| 8 | Q    Okay.  Have you ever been deposed before? | 09:14:37 |
| 9 | A    No. | 09:14:39 |
| 10 | Q    Okay.  And what did you do to prepare for | 09:14:39 |
| 11 | today's deposition? | 09:14:41 |
| 12 | A    I reviewed, obviously, a lot of the documents | 09:14:45 |
| 13 | on the court filings.  I received some old emails from my | 09:14:49 |
| 14 | prior employment.  That's pretty much it. | 09:14:53 |
| 15 | Q    And your prior employment, does that include | 09:14:55 |
| 16 | Cred, Inc.? | 09:15:01 |
| 17 | A    Yes. | 09:15:02 |
| 18 | Q    So you had access to your prior emails at | 09:15:02 |
| 19 | Cred, Inc.? | 09:15:07 |
| 20 | A    Yes. | 09:15:07 |
| 21 | Q    Okay.  So for purposes of this deposition | 09:15:07 |
| 22 | today, if I just say "Cred," I'm referring to Cred, Inc. | 09:15:12 |
| 23 | Do you agree? | 09:15:16 |
| 24 | A    Understood. | 09:15:17 |
| 25 | Q    And if I say Cred Capital today, I'm referring | 09:15:18 |

Page 12

| | | |
|---|---|---|
| 1 | to Cred Capital, Inc. | 09:15:23 |
| 2 | Do you agree? | 09:15:26 |
| 3 | A    Got it. | 09:15:27 |
| 4 | Q    Okay.  Did you meet with counsel to prepare for | 09:15:33 |
| 5 | your deposition today? | 09:15:35 |
| 6 | A    Yes.  I met with my counsel Mark Billion.  Or | 09:15:36 |
| 7 | spoke to him, at least.  I didn't meet him in person. | 09:15:42 |
| 8 | Q    How long did you meet with your counsel or | 09:15:42 |
| 9 | speak to him? | 09:15:44 |
| 10 | MR. BILLION:  I'm going to object to the form | 09:15:45 |
| 11 | of the question.  I'm not sure how that's relevant.  I'm | 09:15:47 |
| 12 | going to instruct him not to answer. | 09:15:49 |
| 13 | MR. LIN:  Okay. | 09:15:51 |
| 14 | BY MR. LIN: | 09:15:51 |
| 15 | Q    Did you meet with anyone else to prepare for | 09:15:52 |
| 16 | your deposition? | 09:15:54 |
| 17 | A    I've not met with any person.  I've had -- no, | 09:15:54 |
| 18 | I haven't met with a person for the single purpose of | 09:16:02 |
| 19 | preparing for the deposition. | 09:16:09 |
| 20 | Q    Okay.  Are you being paid for your testimony? | 09:16:10 |
| 21 | A    No. | 09:16:11 |
| 22 | Q    Or receiving any sort of compensation, any | 09:16:12 |
| 23 | other sort of compensation, rather, for your testimony | 09:16:15 |
| 24 | today? | 09:16:17 |
| 25 | A    No.  I assume you mean financial | 09:16:17 |

Page 13

1    compensation; right?  Of dollars?  No.                    09:16:21

2        Q    Or other forms of compensation, as well,        09:16:25

3    besides.                                                  09:16:28

4        A    No.  No promises or anything like that.          09:16:28

5        Q    Is anyone -- is there anyone else in the room    09:16:30

6    with you today?                                           09:16:34

7        A    Just my dog in the corner.                       09:16:34

8        Q    Did you bring any notes or documents with you    09:16:39

9    today?                                                    09:16:42

10       A    No.  It's outside the ones that are stored on    09:16:42

11   my laptop, which I do not have up.                        09:16:46

12       Q    Did you bring your cell phone with you today?    09:16:48

13       A    I'm on my cell phone right now, yes.             09:16:53

14       Q    Oh, to do this deposition, I assume?             09:16:55

15       A    I called in with my cell phone, and laptop is    09:16:57

16   for the video.                                            09:17:01

17       Q    Understood.  Okay.                               09:17:01

18            Now, can I bring your attention to Exhibit A     09:17:03

19   of -- of Exhibit 1 that you're on right now.  I believe  09:17:08

20   it's on page -- it begins under -- one, two, three --     09:17:18

21            MR. BILLION:  Page 5.                            09:17:25

22            MR. LIN:  Page 5.  Thank you.                    09:17:25

23   BY MR. LIN:                                               09:17:27

24       Q    Have you received this document before?         09:17:28

25       A    Yeah.  You sent it to me.                        09:17:30

Page 14

| | | |
|---|---|---|
| 1 | Q     Yeah.  And did you review this particular | 09:17:33 |
| 2 | portion, though?  Exhibit A of this document? | 09:17:35 |
| 3 | A     Yes. | 09:17:38 |
| 4 | Q     Did you produce any documents to your counsel | 09:17:38 |
| 5 | pursuant to this request? | 09:17:43 |
| 6 | A     I did.  A couple of documents to counsel, and | 09:17:44 |
| 7 | there was a follow-up request that I sent to you about | 09:17:49 |
| 8 | the kind of specificity of what you guys were looking | 09:17:53 |
| 9 | for. | 09:17:56 |
| 10 | Q     And what did you do to search for the | 09:17:56 |
| 11 | documents? | 09:17:58 |
| 12 | A     For -- I mean, most of the documents with | 09:17:58 |
| 13 | respect to my emails were just in a folder, so I didn't | 09:18:06 |
| 14 | really have to do too much searching for that.  And | 09:18:09 |
| 15 | that's pretty much it. | 09:18:12 |
| 16 | And, again, I sent a request to ask you which | 09:18:16 |
| 17 | exact documents you're looking for given I don't have | 09:18:19 |
| 18 | access to my work laptop or work phone, which I didn't | 09:18:21 |
| 19 | get a response to.  But I'm happy to share and cooperate | 09:18:25 |
| 20 | to the best of my ability. | 09:18:29 |
| 21 | Q     But you have access to your work emails, | 09:18:30 |
| 22 | though; correct? | 09:18:33 |
| 23 | A     That's correct.  Uh-huh. | 09:18:34 |
| 24 | Q     And are you logging in to the Cred servers to | 09:18:35 |
| 25 | access these emails? | 09:18:40 |

Page 15

| | | | |
|---|---|---|---|
| 1 | A | No.  I saved PDFs. | 09:18:41 |
| 2 | Q | Did you save PDFs of all of your work emails? | 09:18:47 |
| 3 | A | No. | 09:18:50 |
| 4 | Q | Okay.  Did you save any other sort of documents | 09:18:50 |
| 5 | | from Cred? | 09:18:54 |
| 6 | A | There was some critical documents that we had | 09:18:54 |
| 7 | | sent to the investment committee.  For example, any | 09:19:01 |
| 8 | | proposal made, stuff like that. | 09:19:07 |
| 9 | Q | Did you search your personal emails for -- for | 09:19:10 |
| 10 | | documents responsive to the document request? | 09:19:13 |
| 11 | A | Yes.  There was only two emails I had received | 09:19:15 |
| 12 | | back in January from Mr. Schatt, and that was just, you | 09:19:20 |
| 13 | | know, at the beginning of my transition to my work email. | 09:19:24 |
| 14 | | But I didn't use my personal email for anything | 09:19:28 |
| 15 | | work-related. | 09:19:31 |
| 16 | Q | What about your personal cell phone? | 09:19:31 |
| 17 | | Did you -- did you look through your cell phone | 09:19:35 |
| 18 | | for responsive documents? | 09:19:39 |
| 19 | A | Yes.  I mean, I looked through it.  There's | 09:19:40 |
| 20 | | obviously some messages back and forth with people that | 09:19:42 |
| 21 | | used to work at Cred, things like that.  But that's about | 09:19:46 |
| 22 | | it.  Mostly after I had left. | 09:19:49 |
| 23 | Q | And did you delete any records that could be | 09:19:51 |
| 24 | | responsive to this request? | 09:19:56 |
| 25 | A | No. | 09:19:57 |

Page 16

| | | |
|---|---|---|
| 1 | Q    Did you search any other -- any other sort of | 09:19:58 |
| 2 | laptops or any cell phones or any other source of | 09:20:11 |
| 3 | information for responsive documents? | 09:20:15 |
| 4 | A    No. | 09:20:17 |
| 5 | Q    Just the ones that you've described thus far? | 09:20:19 |
| 6 | A    Laptop, cell phone.  And then I don't have | 09:20:24 |
| 7 | access to the rest of the docs.  That's the only | 09:20:27 |
| 8 | electronics I have. | 09:20:31 |
| 9 | Q    I see.  Did you attend college? | 09:20:32 |
| 10 | A    I did.  Undergrad- -- -graduate and graduate. | 09:20:34 |
| 11 | Q    And where did you attend college? | 09:20:39 |
| 12 | A    My undergraduate was at -- so I went to Oxford | 09:20:40 |
| 13 | College at Emory University -- which is a sister school | 09:20:47 |
| 14 | to Emory University, for my associate's degree.  And then | 09:20:52 |
| 15 | my bachelor's degree was completed at Emory University. | 09:20:52 |
| 16 | And I have a master's degree in business administration | 09:20:57 |
| 17 | from the University of Houston, C.T. Bauer school of | 09:20:59 |
| 18 | education. | 09:21:11 |
| 19 | (Court reporter clarification.) | 09:21:11 |
| 20 | THE WITNESS:  Sorry.  It's a specific name for | 09:21:13 |
| 21 | the graduate school -- graduate business school. | 09:21:15 |
| 22 | BY MR. LIN: | 09:21:24 |
| 23 | Q    Do you hold any professional licenses? | 09:21:24 |
| 24 | A    I don't think it's technically considered a | 09:21:27 |
| 25 | license, but I have a CFA charterholder certificate, but | 09:21:33 |

Page 17

```
 1    I previously had a few licenses when I was an investment    09:21:36

 2    representative in prior jobs.                               09:21:41

 3         Q    And what were those licenses?                    09:21:43

 4         A    Series 7, Series 66, Series 63, I believe, were  09:21:44

 5    the three that I held.  And maybe even 65.  I don't         09:21:53

 6    remember.  It's been a number of years.                    09:21:56

 7         Q    And when did you receive your CFA?               09:21:58

 8         A    2017.                                            09:22:01

 9         Q    Is the CFA considered current?                   09:22:03

10         A    Yes.  I've been paying on it every single year   09:22:14

11    and keeping up with educational requirements.              09:22:17

12         Q    And have you ever received any sanctions         09:22:19

13    related to your CFA license?                               09:22:23

14         A    No.                                              09:22:26

15         Q    Have you faced any disciplinary hearings         09:22:26

16    related to your CFA license?                               09:22:29

17         A    No.                                              09:22:29

18         Q    What about in relation to the other licenses     09:22:29

19    that you've received?                                      09:22:32

20         A    No.                                              09:22:33

21         Q    Do you have any professional certifications?     09:22:35

22         A    I don't believe so.  Can you define the types    09:22:41

23    of certifications that you'd be looking for?               09:22:46

24         Q    Like if --                                       09:22:48

25         A    Those are the only ones I have.                  09:22:49
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    Okay.  I see.  But I guess what I was thinking | 09:22:51 |
| 2 | of is, say, a specific certificate within your CFA | 09:22:54 |
| 3 | license that demonstrates an expertise in -- | 09:22:59 |
| 4 | A    No. | 09:23:02 |
| 5 | Q    Okay.  I see.  Now, where did you work | 09:23:02 |
| 6 | immediately prior to your employment at Cred? | 09:23:09 |
| 7 | A    I worked at a company named Salt Lending. | 09:23:10 |
| 8 | Q    And what did you do at Salt Lending? | 09:23:14 |
| 9 | A    I was a manager in their capital markets | 09:23:19 |
| 10 | division. | 09:23:22 |
| 11 | Q    And what was your responsibilities as manager | 09:23:22 |
| 12 | in the capital markets division? | 09:23:25 |
| 13 | A    To help facilitate liquidity for our lending | 09:23:28 |
| 14 | program. | 09:23:32 |
| 15 | Q    And what does that entail? | 09:23:33 |
| 16 | A    That entails either creating or finding | 09:23:35 |
| 17 | financial products to sell loans that we had made on | 09:23:40 |
| 18 | Salt's platform. | 09:23:44 |
| 19 | Q    And what sort of criteria would you employ to | 09:23:45 |
| 20 | select a particular loan to use on the Salt platform? | 09:23:50 |
| 21 | A    Sorry.  I'm not understanding.  Can you | 09:23:53 |
| 22 | restate? | 09:23:59 |
| 23 | Q    Yeah.  Like, what sort of information would you | 09:23:59 |
| 24 | credit or what would guide your decision-making process | 09:24:02 |
| 25 | in selecting one loan over another for consideration for | 09:24:05 |

Page 19

| | | |
|---|---|---|
| 1 | Salt? | 09:24:13 |
| 2 | A    Oh, I got it. | 09:24:13 |
| 3 | Q    Yeah. | 09:24:14 |
| 4 | A    So all the primary -- since all the loans that | 09:24:15 |
| 5 | we were making on the platform were collateral-based, you | 09:24:17 |
| 6 | know, it was primarily a question of liquidity.  So most | 09:24:17 |
| 7 | of our loans, for example, were made against Bitcoin and | 09:24:23 |
| 8 | Ethereum.  And, you know, we had lesser -- there was just | 09:24:27 |
| 9 | a list of cryptocurrencies that we accepted as | 09:24:29 |
| 10 | collateral.  That was the primary item that we looked at. | 09:24:33 |
| 11 | Q    And did your position at Salt, did you -- were | 09:24:36 |
| 12 | you in charge of doing due diligence on any of these | 09:24:44 |
| 13 | potential investments or loans? | 09:24:48 |
| 14 | A    So I was not in charge of the KYC or onboarding | 09:24:50 |
| 15 | piece of the equation, which is really the biggest risk | 09:24:56 |
| 16 | that we had, given that these loans were a | 09:24:59 |
| 17 | hundred percent collateralized.  There was no | 09:25:04 |
| 18 | underwriting or a credit that we had to analyze on our | 09:25:06 |
| 19 | end. | 09:25:06 |
| 20 | You know, so no, I wasn't really involved in a | 09:25:08 |
| 21 | that part of the process.  I was more involved on the | 09:25:10 |
| 22 | funds out part of the process, looking for ways that we | 09:25:13 |
| 23 | could sell our crypto financial products for loans that | 09:25:17 |
| 24 | had been originated. | 09:25:18 |
| 25 | Q    And you mentioned "funds out." | 09:25:19 |

Page 20

| | | |
|---|---|---|
| 1 | What is -- what is that? | 09:25:22 |
| 2 | A    So -- so there's funds coming in, meaning | 09:25:22 |
| 3 | collateral coming in -- actually, "funds out" is probably | 09:25:28 |
| 4 | the wrong way to phrase it -- and then we would send | 09:25:31 |
| 5 | money out in the form of loans. | 09:25:33 |
| 6 | And so what we would try to do is find a way to | 09:25:35 |
| 7 | sell that loan so we get -- you know, we can find | 09:25:37 |
| 8 | liquidity for that specific note that we had lent.  You | 09:25:40 |
| 9 | know, different ways people do that today, for example, | 09:25:44 |
| 10 | is securitization, finding a warehouse facility through a | 09:25:45 |
| 11 | bank or just selling via whole loan. | 09:25:49 |
| 12 | Q    I see.  And where did you work prior to Salt? | 09:25:52 |
| 13 | A    I worked at a consulting firm named Intrinsic | 09:25:56 |
| 14 | in Denver. | 09:26:01 |
| 15 | Q    And what did you do at Intrinsic? | 09:26:02 |
| 16 | A    I was their vice president.  So I was primarily | 09:26:05 |
| 17 | responsible for, you know, managing -- managing the | 09:26:09 |
| 18 | entire team, overseeing the evaluation methodologies. | 09:26:12 |
| 19 | You know, we were primarily consultants for | 09:26:17 |
| 20 | startup companies that were looking to -- or private | 09:26:19 |
| 21 | equity companies looking for, essentially, accounting | 09:26:23 |
| 22 | consulting.  So I oversaw a group, and I was specific -- | 09:26:25 |
| 23 | in the tax valuation group was my responsibility. | 09:26:28 |
| 24 | Q    So was any diligence -- did you have to do any | 09:26:32 |
| 25 | due diligence in this capacity, managing the team and | 09:26:37 |

Page 21

```
 1    valuation?                                              09:26:43

 2        A     Yes, yes.  Absolutely.  So when I -- when I say   09:26:43

 3    "managing the people," that would be -- they would     09:26:46

 4    produce reports.  My job, kind of like an associate or VP  09:26:49

 5    at an investment bank, would be to relay all the       09:26:53

 6    information the client provided, make sure that the    09:26:57

 7    appropriate methodologies had been used in whatever the   09:26:59

 8    analyst had put together, and provide recommendations, if   09:27:04

 9    I thought there should be a different methodology.  And   09:27:08

10    then as well do simple tasks like math checks, for     09:27:09

11    example.                                                09:27:19

12        Q     I see.  So would you say, in your position as a   09:27:19

13    consultant there, that you would have to verify the    09:27:27

14    accuracy of certain valuations of your team?           09:27:30

15        A     My job was more focused on the methodology, but   09:27:36

16    yes.  At the end of the day, which was critical to the   09:27:41

17    ultimate accuracy of the ultimate valuation, that is   09:27:43

18    correct.                                                09:27:47

19        Q     And then where did you work prior to this       09:27:47

20    consultancy job?                                        09:27:50

21        A     Houlihan Lokey, investment bank.              09:27:52

22        Q     And what did you do -- sorry.                 09:27:58

23        A     Yeah, no worries.  I was an associate in their   09:27:59

24    portfolio evaluation group.  I -- my job was primarily   09:28:02

25    focused on the oil and gas industry, so that was working   09:28:06
```

Page 22

| | | |
|---|---|---|
| 1 | with private equity firms, FP&A teams of large, you know, | 09:28:11 |
| 2 | oil and gas -- or oil and gas -- sorry, energy-based | 09:28:16 |
| 3 | companies.  And my primary responsibilities for private | 09:28:19 |
| 4 | equity companies was to opine on valuations, solvency | 09:28:23 |
| 5 | opinions, and different types of transaction opinions as | 09:28:29 |
| 6 | well from a consulting point of view. | 09:28:34 |
| 7 | Q    I see.  And how long did you work at Houlihan | 09:28:35 |
| 8 | Lokey? | 09:28:40 |
| 9 | A    I think it was like two and a quarter years, if | 09:28:40 |
| 10 | I remember correctly, roughly. | 09:28:43 |
| 11 | Q    Okay.  And just going back a bit, how long did | 09:28:45 |
| 12 | you work at Salt? | 09:28:47 |
| 13 | A    Salt was about a year, I believe.  Maybe a | 09:28:48 |
| 14 | little bit longer. | 09:28:54 |
| 15 | Q    What about the consulting firm? | 09:28:55 |
| 16 | A    About the same. | 09:28:59 |
| 17 | Q    And did you work at anywhere else after | 09:29:00 |
| 18 | college? | 09:29:05 |
| 19 | A    Yes.  After college, my first job was as a | 09:29:05 |
| 20 | financial advisor at Waddell & Reed.  After that, there | 09:29:12 |
| 21 | was a small consulting firm named LCG Associates.  After | 09:29:19 |
| 22 | that was E-Trade Financial.  And I believe that is it. | 09:29:24 |
| 23 | Oh, and then Ernst & Young as well after my graduate | 09:29:32 |
| 24 | degree. | 09:29:36 |
| 25 | Q    What did you do at Ernst & Young? | 09:29:36 |

Page 23

1     A     I was in their transaction advisory department,     09:29:39

2     so it was kind of the same thing I was working on in     09:29:43

3     Intrinsic except it was broader in its scale.  So I was     09:29:47

4     working in transaction opinions, purchase price     09:29:51

5     allocations, that sort of work.     09:29:54

6     Q     What are transaction opinions?     09:29:55

7     A     So if, you know, if there's a large corporation     09:29:57

8     that is acquiring another corporation, then essentially     09:30:04

9     we would do -- we would provide an opinion on how we     09:30:07

10     should allocate the valuation of the acquisition.  So,     09:30:11

11     you know, what value we should ascribe to fixed assets     09:30:14

12     and tangible assets, goodwill, that sort of stuff.     09:30:18

13     Q     And where do you currently work?     09:30:22

14     A     I work at Sarson Funds, LLP.     09:30:25

15     Q     And what do you do at Sarson Funds?     09:30:31

16     A     I'm their chief investment officer.     09:30:34

17     Q     And what is your responsibilities as their     09:30:36

18     chief investment officer?     09:30:40

19     A     To oversee the development products as well as     09:30:43

20     help create different strategies for clients that are --     09:30:46

21     for prospects.     09:30:50

22     Q     And who hired you at Sarson Funds?     09:30:51

23     A     It was a discussion I had had with the entire     09:31:02

24     executive team.     09:31:06

25     Q     And when did you have these discussion?  When     09:31:08

Page 24

| | | |
|---|---|---|
| 1 | did these discussions start, rather? | 09:31:12 |
| 2 | A    So John and I began our relationship -- John, | 09:31:13 |
| 3 | sorry, is the CEO of the Sarson Funds.  John and I | 09:31:18 |
| 4 | started conversations back in March of 2020, but that | 09:31:23 |
| 5 | wasn't related to my hire.  That was more onboarding, | 09:31:27 |
| 6 | doing due diligence on Sarson Funds as they are an asset | 09:31:33 |
| 7 | manager and Cred's platform. | 09:31:38 |
| 8 | I'd say my -- my job-related discussion | 09:31:40 |
| 9 | probably started around the summer, so mid June.  And so | 09:31:42 |
| 10 | I was certainly interested and looking forward to make | 09:31:46 |
| 11 | something happen.  But at the time, they did not have the | 09:31:51 |
| 12 | funds to hire in such an executive. | 09:31:53 |
| 13 | So waited a few months and just kept in touch. | 09:31:57 |
| 14 | And ultimately there was just a good opportunity for me | 09:32:01 |
| 15 | to move over. | 09:32:05 |
| 16 | Q    But in June, you were still employed by | 09:32:08 |
| 17 | Cred; correct? | 09:32:11 |
| 18 | A    That's correct.  Well -- well, I mean, | 09:32:12 |
| 19 | technically, I was -- depending the outcome of the James | 09:32:16 |
| 20 | Alexander case in June, I was still employed by Cred | 09:32:21 |
| 21 | Capital.  In July, I was technically employed by | 09:32:26 |
| 22 | Cred, Inc. | 09:32:29 |
| 23 | Q    I see.  And what is Sarson Funds's relationship | 09:32:29 |
| 24 | with Cred? | 09:32:35 |
| 25 | A    Asset manager and as well as they helped, you | 09:32:36 |

Page 25

```
1    know, provide some technical services.  For example, you      09:32:39

2    know, integration with some new types of technology.          09:32:43

3        Q     And does Sarson Funds currently have a              09:32:46

4    relationship with Cred?                                       09:32:51

5        A     Yes.  There was a current position that I           09:32:52

6    believe they were in -- when I say "they," I mean Cred --     09:32:59

7    are in two of the funds managed by Sarson Funds.  And        09:33:01

8    there is a -- I believe there was a mandate -- I don't        09:33:05

9    know if it was signed before or after I technically left     09:33:11

10   given that John handled most of it directly with Dan.        09:33:15

11   But there's a mandate to sell certain assets on Cred's       09:33:17

12   top sheet as well.                                           09:33:22

13       Q     I'm sorry.  What's John's last name?               09:33:22

14       A     Sarson.                                            09:33:24

15       Q     Oh, Sarson.  Sorry.                                09:33:25

16       A     Yeah.                                              09:33:28

17       Q     Are you currently working on any of these         09:33:28

18   projects at Sarson Funds related to Cred?                    09:33:30

19       A     I oversee the funds.                              09:33:33

20       Q     So is that a "yes" or "no"?                        09:33:37

21       A     Yes.                                               09:33:39

22       Q     So in any of your previous positions, did you     09:33:41

23   do any work on any financial restructurings for             09:33:51

24   bankruptcies?                                                09:33:54

25       A     In -- when I was working at Houlihan Lokey,        09:33:56
```

Page 26

| | | |
|---|---|---|
| 1 | given I had expertise in the oil and gas segments, if | 09:34:02 |
| 2 | there were complex or structuring deals -- given that, | 09:34:06 |
| 3 | you know, I started my employment, I'll call it, you | 09:34:09 |
| 4 | know, 2014, right when property markets were underwater, | 09:34:14 |
| 5 | specifically in November of 2014, and so there was | 09:34:18 |
| 6 | numerous restructurings that were occurring in oil and | 09:34:21 |
| 7 | gas. | 09:34:25 |
| 8 | So my primary responsibility was to opine on | 09:34:26 |
| 9 | the valuation of certain assets as a portfolio associate. | 09:34:29 |
| 10 | Q    And what sort of assets are these? | 09:34:34 |
| 11 | A    These could be E&P companies, so, you know, | 09:34:36 |
| 12 | drilling, exploration production-type companies.  They | 09:34:43 |
| 13 | could be midstream companies, so the transportation of | 09:34:45 |
| 14 | commodities.  I didn't work too much on downstream | 09:34:49 |
| 15 | refinery, but I may have had a project or two there as | 09:34:52 |
| 16 | well. | 09:34:56 |
| 17 | Q    What about in your educational background? | 09:34:57 |
| 18 | Did you take any courses on bankruptcy or | 09:34:58 |
| 19 | restructuring? | 09:35:00 |
| 20 | A    No. | 09:35:01 |
| 21 | Q    No finance courses on -- specific to | 09:35:03 |
| 22 | restructuring? | 09:35:10 |
| 23 | A    Not that I can remember.  I mean, there may | 09:35:10 |
| 24 | have been a chapter.  Honestly, it was a while ago. | 09:35:15 |
| 25 | There may have been a chapter or two, but there was no | 09:35:18 |

Page 27

1    course I took on bankruptcy or restructuring.                09:35:21

2        Q      And are you familiar with what a Section 363      09:35:23

3    Sale is?                                                     09:35:27

4        A      An asset sale.                                    09:35:27

5        Q      And have you ever participated in any asset       09:35:32

6    sale?                                                        09:35:35

7        A      I have not, no.  I have -- I have opined on       09:35:35

8    valuations for an asset sale, but I have never been the      09:35:42

9    banker for an asset sale.                                    09:35:46

10       Q      And how many times were you asked to opine on     09:35:47

11   an asset sale or the valuation of an asset pursuant to an    09:35:52

12   asset sale?                                                  09:35:57

13       A      It's been a few years, but if I had to guess,     09:35:58

14   somewhere between 10 to 20.                                  09:36:08

15       Q      And these -- are these 10 to 20 different         09:36:09

16   assets, or --                                                09:36:12

17       A      Different deals, correct.                         09:36:13

18       Q      And -- there was some crosstalk there.            09:36:24

19              So you mentioned that you opined on -- you        09:36:28

20   estimated from 10 to 20 different types of assets.           09:36:32

21              My question is:  Were these all related to one    09:36:36

22   bankruptcy, two bankruptcy, or how many bankruptcies?        09:36:40

23       A      It would be 10 to 20 discrete sales, so I'm not   09:36:43

24   sure -- and forgive me because I'm not very well versed      09:36:49

25   in the bankruptcy literature.  But I know some of them       09:36:51

Page 28

| | | |
|---|---|---|
| 1 | were pertaining to bankruptcy.  My guess is maybe most of | 09:36:54 |
| 2 | them, if not all.  But there were certainly, you know, | 09:36:58 |
| 3 | depressed-type valuations where a company was distressed | 09:37:00 |
| 4 | and they were looking for -- you know, restructuring | 09:37:04 |
| 5 | their debts, you know, selling off assets or something to | 09:37:06 |
| 6 | that extent. | 09:37:11 |
| 7 | Q    I see.  Is there any other sort of bankruptcy | 09:37:12 |
| 8 | experience that you have? | 09:37:17 |
| 9 | A    No. | 09:37:18 |
| 10 | Q    Okay. | 09:37:31 |
| 11 | A    Not work-wise. | 09:37:31 |
| 12 | MR. LIN:  I'm going to introduce Exhibit | 09:37:36 |
| 13 | Number 2.  Bear with me one second as I navigate this | 09:37:39 |
| 14 | document. | 09:37:44 |
| 15 | (Exhibit 2 marked.) | 09:37:50 |
| 16 | BY MR. LIN: | 09:37:50 |
| 17 | Q    So do you have Exhibit 2 ahead of you -- in | 09:38:10 |
| 18 | front of you? | 09:38:13 |
| 19 | A    Let me refresh.  One second. | 09:38:13 |
| 20 | Yes, I have it.  My offer letter. | 09:38:30 |
| 21 | Q    Yes.  Can you please review this letter? | 09:38:32 |
| 22 | A    Okay.  I've reviewed it. | 09:38:36 |
| 23 | Q    And is the signature at the bottom, is that -- | 09:39:16 |
| 24 | that's your signature; correct? | 09:39:19 |
| 25 | A    Yes. | 09:39:20 |

Page 29

| | | |
|---|---|---|
| 1 | Q    And when were you offered a job at Cred? | 09:39:21 |
| 2 | A    So I started conversations with James Alexander | 09:39:26 |
| 3 | about the position -- my guess is around November of | 09:39:38 |
| 4 | 2019, so I think they were looking for a vice president | 09:39:42 |
| 5 | at the time.  And, you know, based on my initial | 09:39:45 |
| 6 | conversations with James, he wanted to eventually hire me | 09:39:50 |
| 7 | but wanted for me to get a chance to visit the entire | 09:39:55 |
| 8 | team and get everyone else's opinion. | 09:39:59 |
| 9 | And so I don't remember the exact date, but | 09:40:01 |
| 10 | obviously it was before this offer letter was sent.  I | 09:40:02 |
| 11 | flew down to California to meet the team.  I think it | 09:40:05 |
| 12 | might have been December 8th or December 9th, if my | 09:40:10 |
| 13 | memory serves me correctly.  And then a week after -- or | 09:40:14 |
| 14 | a week or two after, we agreed on a salary, and I | 09:40:18 |
| 15 | received this document. | 09:40:22 |
| 16 | Q    And did you interview with Dan Schatt when you | 09:40:22 |
| 17 | flew down to meet the team? | 09:40:28 |
| 18 | A    Yes.  I met with him, had coffee with him for | 09:40:29 |
| 19 | about, you know, 30 minutes to an hour. | 09:40:32 |
| 20 | Q    So did you ever work for Cred Capital? | 09:40:38 |
| 21 | A    Yes. | 09:40:40 |
| 22 | Q    And what was your role at Cred Capital? | 09:40:45 |
| 23 | A    So when I was brought on to Cred Capital, my | 09:40:47 |
| 24 | title was head of capital markets.  The primary job at | 09:40:52 |
| 25 | Cred Capital given my, you know, lending background was | 09:40:57 |

Page 30

| | | |
|---|---|---|
| 1 | to help underwrite and sell debt products, bonds | 09:41:00 |
| 2 | essentially -- or market the bonds, I should say.  I'm | 09:41:06 |
| 3 | sorry. | 09:41:09 |
| 4 | Q    No worries. | 09:41:09 |
| 5 | A    I said -- I said -- "and market the bonds" was | 09:41:11 |
| 6 | my last comment. | 09:41:14 |
| 7 | Q    Okay.  And when were you hired at Cred Capital? | 09:41:15 |
| 8 | A    Technically, I received my letter -- I don't | 09:41:21 |
| 9 | have the exact date, but it probably was somewhere around | 09:41:25 |
| 10 | mid to late April. | 09:41:28 |
| 11 | Q    And who hired you? | 09:41:30 |
| 12 | A    James Alexander. | 09:41:36 |
| 13 | Q    So while you had a job at Cred Capital, did you | 09:41:39 |
| 14 | ever report to Dan Schatt? | 09:41:49 |
| 15 | A    Did I report to Dan Schatt?  Well, my direct | 09:41:51 |
| 16 | report was, you know, never Dan Schatt even while I was | 09:41:57 |
| 17 | at Cred, Inc., initially.  My direct report was James | 09:42:00 |
| 18 | Alexander. | 09:42:05 |
| 19 | I didn't -- I reported to the investment | 09:42:06 |
| 20 | committee, which was my responsibility when I was at | 09:42:08 |
| 21 | Cred -- well, technically James Alexander's | 09:42:12 |
| 22 | responsibility, but we reported directly to the | 09:42:16 |
| 23 | investment committee, I guess, as our direct report. | 09:42:18 |
| 24 | And then once I -- once the -- I guess whatever | 09:42:21 |
| 25 | you want to call it -- situation between Dan and Joe and | 09:42:26 |

Page 31

| | | |
|---|---|---|
| 1 | James escalated in July, I was let go from Cred Capital | 09:42:31 |
| 2 | by Dan Schatt, and then he became my direct report. | 09:42:39 |
| 3 | Q    I see.  So while you were at Cred Capital, did | 09:42:39 |
| 4 | you manage any other employees? | 09:42:44 |
| 5 | A    No.  I had -- there was two other employees at | 09:42:45 |
| 6 | the firm, Cred Capital-specific, but they were both in | 09:42:54 |
| 7 | business development. | 09:42:59 |
| 8 | Q    And who were these employees? | 09:43:00 |
| 9 | A    One of them was Randy Song and the other one | 09:43:02 |
| 10 | was Delon de Metz. | 09:43:06 |
| 11 | Q    And they're -- these two individuals are in | 09:43:09 |
| 12 | business development? | 09:43:12 |
| 13 | A    Yes, they were. | 09:43:12 |
| 14 | Q    I see.  Was there any other departments at Cred | 09:43:15 |
| 15 | Capital? | 09:43:22 |
| 16 | A    No.  There was consultants, but there was no | 09:43:22 |
| 17 | other department given it was a four-man office.  There | 09:43:25 |
| 18 | wasn't a whole lot of people there. | 09:43:29 |
| 19 | Q    And you say "consultants." | 09:43:31 |
| 20 | Do you mean outside consultants? | 09:43:32 |
| 21 | A    Yes. | 09:43:33 |
| 22 | Q    So when you were at Cred, what was your role at | 09:43:35 |
| 23 | Cred? | 09:43:44 |
| 24 | A    So my role at Cred was to -- so my specific job | 09:43:44 |
| 25 | responsibility initially was to find different investment | 09:43:56 |

Page 32

| | | |
|---|---|---|
| 1 | opportunities to maximize yield and to do diligence and | 09:44:01 |
| 2 | report that diligence to the investment committee and to | 09:44:08 |
| 3 | make proposals for these investments that I was looking | 09:44:11 |
| 4 | at to the investment committee as well. | 09:44:14 |
| 5 | Q    Did you have any other job duties at Cred? | 09:44:16 |
| 6 | A    Job duties, you said? | 09:44:19 |
| 7 | Q    Yes. | 09:44:23 |
| 8 | A    I was liaison with the accounting team, if you | 09:44:23 |
| 9 | want to pick through that.  So sometimes I would provide | 09:44:27 |
| 10 | them information if they had questions on investments | 09:44:30 |
| 11 | that were outstanding just to get the numbers right in | 09:44:33 |
| 12 | the books, that sort of stuff.  But, you know, nothing | 09:44:37 |
| 13 | particular. | 09:44:40 |
| 14 | At times, I was also requested to be on calls | 09:44:40 |
| 15 | with prospective investors, to help -- you know, help | 09:44:43 |
| 16 | them understand what I did, or what James and I did on | 09:44:48 |
| 17 | that team initially. | 09:44:51 |
| 18 | Q    I see.  So what was your job titles at Cred? | 09:44:52 |
| 19 | A    Initially, it was vice president capital | 09:44:57 |
| 20 | markets.  And then later on, it was head of capital | 09:45:02 |
| 21 | markets. | 09:45:05 |
| 22 | Q    And when did you -- | 09:45:06 |
| 23 | A    And that started in April. | 09:45:08 |
| 24 | Sorry.  I didn't mean to cut you off. | 09:45:09 |
| 25 | That was in April, head of capital markets. | 09:45:12 |

Page 33

```
 1        Q      So you became the head of capital market in      09:45:15

 2   April 2020 -- of Cred?                                       09:45:19

 3        A      That's correct.                                  09:45:19

 4        Q      Okay.  You mentioned --                          09:45:20

 5        A      Oh, depending -- sorry.  Let me just specify.    09:45:23

 6   I didn't mean to cut you off there.                          09:45:27

 7        Q      No, no.                                          09:45:28

 8        A      In April, I was hired by Cred Capital.  I got    09:45:29

 9   the title head of capital markets.  July, once, you know,    09:45:34

10   the whole situation occurred, I went back to Cred, Inc.,     09:45:39

11   and I retained the title of head of capital markets.         09:45:42

12        Q      Retained the title "capital markets" at          09:45:46

13   Cred; correct?                                               09:45:50

14        A      That's correct, yes.                             09:45:51

15        Q      Okay.  So you mentioned while you were at Cred   09:45:52

16   that you did due diligence work?                             09:46:00

17        A      Yeah.                                            09:46:06

18        Q      Was anyone else helping you on this work?        09:46:08

19        A      James Alexander while he was there.  And when I  09:46:10

20   was at Cred Capital, we were doing diligence on bond         09:46:16

21   underwritings.  And so I had -- one, two -- three            09:46:20

22   consultants that were helping me there.                      09:46:26

23             Once Cred -- once I was back at Cred, there was    09:46:28

24   sort of a junior associate that his primary job             09:46:34

25   responsibility was in accounting, but he was helping me     09:46:38
```

Page 34

| | | |
|---|---|---|
| 1 | out on the diligence side as well, but that was pretty | 09:46:40 |
| 2 | much the entire team. | 09:46:44 |
| 3 | Q    And what is the name of this accountant that | 09:46:46 |
| 4 | was helping you on the due diligence side? | 09:46:49 |
| 5 | A    Adnan -- Adnan Khakoo. | 09:46:51 |
| 6 | Q    Was there anyone else that would help you out | 09:46:54 |
| 7 | with due diligence besides the individuals that you | 09:47:01 |
| 8 | already referred to? | 09:47:05 |
| 9 | A    Sure.  For compliance-related work or on -- you | 09:47:06 |
| 10 | know, we would obviously tap into our compliance team to | 09:47:11 |
| 11 | make sure the appropriate KYC/AML-type policies were | 09:47:14 |
| 12 | completed.  For the structuring part of the deal, I would | 09:47:20 |
| 13 | rely on our general counsel Dan Wheeler to help opine on | 09:47:22 |
| 14 | the structure of the deal. | 09:47:26 |
| 15 | But they weren't directly on the capital | 09:47:29 |
| 16 | markets team doing diligence on the particular deal | 09:47:32 |
| 17 | itself.  When I say "deal," I mean, you know, doing | 09:47:35 |
| 18 | financial analysis and that sort of work.  Not | 09:47:37 |
| 19 | necessarily all the other elements of the process. | 09:47:39 |
| 20 | Q    And you mentioned KYC. | 09:47:41 |
| 21 | Do you mean "know your customer" diligence? | 09:47:46 |
| 22 | A    That's correct. | 09:47:48 |
| 23 | Q    And who are these individuals in the compliance | 09:47:49 |
| 24 | department that you would -- that would help you doing | 09:47:56 |
| 25 | the due diligence work? | 09:47:58 |

Page 35

| | | |
|---|---|---|
| 1 | A      So I always interfaced with our operations | 09:47:59 |
| 2 | team, so there were two individuals.  There was Xavier | 09:48:04 |
| 3 | Rashotsky and Heidi Ng, who was on the ops team.  And | 09:48:08 |
| 4 | they would communicate with our compliance team, who I | 09:48:14 |
| 5 | believe are European-based. | 09:48:18 |
| 6 |         And there was Francesco Martini (phonetic).  I | 09:48:19 |
| 7 | never really understood what his exact title was, but I | 09:48:21 |
| 8 | thought it was chief compliance officer.  And then there | 09:48:24 |
| 9 | was a junior under him named Dhiraj, who was also helping | 09:48:27 |
| 10 | with the compliance work. | 09:48:31 |
| 11 | Q      So are you familiar with Cred's accounting | 09:48:32 |
| 12 | practices? | 09:48:38 |
| 13 | A      I wouldn't -- "familiar," I don't know them too | 09:48:39 |
| 14 | well, given I wasn't on the accounting team and I wasn't | 09:48:45 |
| 15 | working on the audit.  But I certainly have an | 09:48:49 |
| 16 | understanding. | 09:48:51 |
| 17 | Q      But you mentioned that you would still liaise | 09:48:52 |
| 18 | with some of the accountants in your work? | 09:48:56 |
| 19 | A      Yes, for sure. | 09:48:58 |
| 20 | Q      I see.  Did you have access to, like, any | 09:49:00 |
| 21 | accounting software to do your valuations or to do your | 09:49:03 |
| 22 | workings? | 09:49:08 |
| 23 | A      No.  The only thing that I primarily used to | 09:49:08 |
| 24 | liaise with the team was an internal document called the | 09:49:11 |
| 25 | Cred ledger, which held the value of all the liabilities | 09:49:15 |

Page 36

| | | |
|---|---|---|
| 1 | and the value of all the assets.  But that wasn't | 09:49:20 |
| 2 | necessarily a complete picture of the balance sheet.  It | 09:49:23 |
| 3 | was just sort of segregated to a couple of line items, | 09:49:26 |
| 4 | essentially. | 09:49:30 |
| 5 | Q    I see.  Did you have access to Cred's, like, | 09:49:30 |
| 6 | customer records? | 09:49:38 |
| 7 | A    What do you mean when you say "customer | 09:49:39 |
| 8 | records"? | 09:49:44 |
| 9 | Do you mean, like, data on the loan or program | 09:49:45 |
| 10 | or something else? | 09:49:48 |
| 11 | Q    Yes.  Let's start with that, with data of the | 09:49:49 |
| 12 | loan -- with their particular loans. | 09:49:53 |
| 13 | A    So I -- I never -- if I requested it from the | 09:49:55 |
| 14 | sales team and it was primarily to tie out what was | 09:50:00 |
| 15 | listed on the Google Sheets document, I would go directly | 09:50:03 |
| 16 | to sales and then ask them for that documentation. | 09:50:06 |
| 17 | For example, a line of credit agreement or a | 09:50:09 |
| 18 | credit participation agreement.  I would just ask the | 09:50:13 |
| 19 | accounting or the sales teams directly, so I did have | 09:50:18 |
| 20 | that access.  I don't know if I -- there may have been an | 09:50:21 |
| 21 | accounting folder that I didn't have access to.  But | 09:50:24 |
| 22 | quite honestly, I never really searched for it. | 09:50:28 |
| 23 | Q    I see.  And you mentioned this Google Sheets | 09:50:31 |
| 24 | document that would have customer information. | 09:50:34 |
| 25 | Do you have access to that today? | 09:50:36 |

Page 37

| | | |
|---|---|---|
| 1 | A     No. | 09:50:38 |
| 2 | Q     What about customer wallet information? | 09:50:38 |
| 3 | A     No. | 09:50:44 |
| 4 | Q     What about a list of prospective clients that | 09:50:45 |
| 5 | Cred may be interested in reaching out to, if there was | 09:50:55 |
| 6 | such a thing? | 09:50:59 |
| 7 | A     I would not be -- I wasn't on that list | 09:51:02 |
| 8 | anyways.  That was more handled by the business | 09:51:06 |
| 9 | development team.  But I don't have a list of targets or | 09:51:08 |
| 10 | anything like that. | 09:51:12 |
| 11 | Q     So did you ever liaise or interact with the | 09:51:13 |
| 12 | business development team at Cred? | 09:51:20 |
| 13 | A     Yes. | 09:51:21 |
| 14 | Q     And how often would you interact with them? | 09:51:22 |
| 15 | A     At least two or three times a week.  One of | 09:51:30 |
| 16 | them was a really good friend of mine -- is a good friend | 09:51:33 |
| 17 | of mine.  And, you know, the other people on the BDT, | 09:51:37 |
| 18 | yeah, if they had questions on structuring for the deals | 09:51:42 |
| 19 | that they were working on or if XYZ was possible, they | 09:51:42 |
| 20 | would reach out to me quite frequently.  It could be | 09:51:47 |
| 21 | every day some weeks.  And some weeks, it may have been | 09:51:51 |
| 22 | just two or three times. | 09:51:52 |
| 23 | Q     I see.  So you mentioned before that James | 09:51:53 |
| 24 | Alexander has asserted Cred Capital was not Cred's | 09:52:01 |
| 25 | subsidiary and was instead, like, a complete separate | 09:52:06 |

Page 38

1    entity from Cred.                                      09:52:10

2        A    Yes.                                          09:52:13

3        Q    From your experience, did Cred Capital operate   09:52:13

4    completely separately from Cred?                      09:52:18

5        A    Yes.  The way that I viewed it is, given that   09:52:23

6    there was a business to sell bonds -- which was not a   09:52:28

7    business line at Cred, Inc. -- that operation was     09:52:31

8    completely independent.                               09:52:35

9            And everything I was told by James with respect   09:52:36

10    to how to operate was to treat Cred like a client.  You   09:52:40

11    know, obviously, a special client, given the         09:52:46

12    relationships between all the people.  But there was   09:52:47

13    always the intent to create an arm's-length relationship   09:52:50

14    between the two entities.                             09:52:53

15        Q    Did Cred and Cred Capital ever share resources   09:52:55

16    in their business operations?                         09:53:01

17        A    Yes.  So we shared people.  So IT, for example.   09:53:03

18    Accounting, for example.  There was times that there were   09:53:12

19    allocating from the IT teams, just using that as an   09:53:15

20    example, so he would perform certain duties for Cred   09:53:19

21    Capital.                                              09:53:24

22            There was -- initially, we were using the same   09:53:25

23    administrator for, you know, wages and benefits and stuff   09:53:27

24    like that.  And then eventually, they did spin off to   09:53:30

25    two, I guess, separate accounts, which I don't know how   09:53:33

                                                    Page 39

```
 1    they were structured, you know, on top of that.          09:53:36

 2              But they were technically separate, like        09:53:38

 3    different logins.  There were different bank accounts.    09:53:41

 4    There was a different Google account; although that was   09:53:44

 5    still managed by the IT individual, it was a separate     09:53:48

 6    domain that was also set up, which was Cred Capital.IL.   09:53:52

 7        Q    So you mentioned some accounting software that   09:53:57

 8    was a shared resource between Cred and Cred               09:54:01

 9    Capital; correct?                                         09:54:06

10        A    Accounting persons, not software.                09:54:06

11        Q    I see.  So it was one accounting person that     09:54:08

12    managed -- did the accounting for both Cred and Cred      09:54:11

13    Capital?                                                  09:54:14

14        A    So it depends on who you want to count as an     09:54:14

15    accounting professional.  So Joe Podulka was the CFO of   09:54:20

16    Cred and I believe technically a CFO of Cred Capital,     09:54:25

17    although I'd probably have to refer to my documents just  09:54:31

18    to be clear on that.                                      09:54:34

19              And so he was technically, like, working        09:54:35

20    between the two firms.  Adnan, who I mentioned before, he 09:54:37

21    was also helping provide, you know, help to the Cred's    09:54:42

22    team, provide information between Cred and Cred Capital,   09:54:46

23    I should say.                                             09:54:50

24              And those were the two primary individuals.     09:54:50

25        Q    Did Cred and Cred Capital share any other        09:54:53
```

Page 40

1    resources besides the resources that you mentioned?    09:54:56

2        A      Persons.  The technology piece was pretty    09:55:01

3    separate.  No, I can't think of anything else that was    09:55:07

4    shared.    09:55:16

5             Oh, I guess -- sorry.  One thing I should    09:55:16

6    mention, the real estate, which I guess is a big thing.    09:55:20

7    So I think they were about to negotiate something.  But,    09:55:23

8    essentially, when we were first at Cred, we were working    09:55:27

9    out of the office.  I forget the exact address off the    09:55:29

10   top of my head, but it was in the galleria.  And, you    09:55:33

11   know, so the same individuals were essentially going to    09:55:37

12   the same office at Cred Capital.  It was the same address    09:55:39

13   and firm.    09:55:45

14       Q      I just want to be clear:  So Cred and Cred    09:55:46

15   Capital were housed in the same facility?  They shared    09:55:51

16   the same office?    09:55:54

17       A      That's correct.  There were two, three -- there    09:55:55

18   were three other salespeople that were -- oh, I'm sorry.    09:55:58

19   I forgot about one other employee at Cred Capital I    09:56:00

20   forgot to mention.  Devon Kline was also hired.  She was    09:56:05

21   an operations person as well.  She also sat out of the    09:56:08

22   L.A. office.    09:56:10

23             But what I was going to say is there was    09:56:11

24   also -- Travis -- so two sales individuals that were also    09:56:14

25   in that same office that were technically Cred, Inc.,    09:56:18

                                                         Page 41

| | | |
|---|---|---|
| 1 | employees. | 09:56:22 |
| 2 | Q    So you mentioned Devon -- Devon Kline; right? | 09:56:22 |
| 3 | A    Yes. | 09:56:30 |
| 4 | Q    And Devon Kline, was she employed by Cred or | 09:56:31 |
| 5 | Cred Capital?  I didn't catch that. | 09:56:35 |
| 6 | A    I think it was Cred Capital.  I know we | 09:56:36 |
| 7 | performed all the interviews.  I'm not a hundred percent | 09:56:44 |
| 8 | certain, so I'd -- if you want to ask her, look up the | 09:56:44 |
| 9 | documents.  But I'm pretty sure she was employed by Cred | 09:56:50 |
| 10 | Capital. | 09:57:03 |
| 11 | Q    So you mentioned that you were responsible for | 09:57:03 |
| 12 | conducting due diligence of a prospective investment | 09:57:06 |
| 13 | opportunity at Cred; correct? | 09:57:11 |
| 14 | A    Yes. | 09:57:12 |
| 15 | Q    And can you walk me through some of the steps | 09:57:12 |
| 16 | that you would take to do due diligence on a prospective | 09:57:14 |
| 17 | investment? | 09:57:19 |
| 18 | A    Sure.  So if there's an asset manager, for | 09:57:20 |
| 19 | example, we didn't -- we did not increase our lending | 09:57:23 |
| 20 | opportunities at a Cred borrow program just because we | 09:57:26 |
| 21 | were, obviously, over-allocated to moKred. | 09:57:32 |
| 22 | From the asset manager's point of view, the | 09:57:34 |
| 23 | process is typically, first, to exchange some general | 09:57:36 |
| 24 | compliance information.  So information about beneficial | 09:57:40 |
| 25 | owners, information about, you know, the business itself, | 09:57:44 |

Page 42

| | | |
|---|---|---|
| 1 | some basic financial information to make sure that the | 09:57:48 |
| 2 | company that we're dealing with is in good health and in | 09:57:52 |
| 3 | good standing. | 09:57:56 |
| 4 | We would have multiple communications.  We | 09:57:56 |
| 5 | would run all the beneficial owner names through KYC | 09:57:59 |
| 6 | software -- or AML software.  Sorry.  I'm not sure which | 09:58:05 |
| 7 | one is relevant to those situations.  But, essentially, | 09:58:09 |
| 8 | to run their names through lists to make sure we were | 09:58:12 |
| 9 | dealing with good individuals. | 09:58:16 |
| 10 | From there, I would make phone calls to other | 09:58:17 |
| 11 | people in the industry to make sure that the individuals | 09:58:19 |
| 12 | that we were working with had a good and positive name in | 09:58:23 |
| 13 | the industry.  And, obviously, we would dive into the | 09:58:26 |
| 14 | risk management of the deal as well, so we would ask | 09:58:31 |
| 15 | questions, like, you know, what experience does the asset | 09:58:34 |
| 16 | management team have?  What are the strategies?  What are | 09:58:37 |
| 17 | the primary points of risk? | 09:58:41 |
| 18 | With all of that, I would combine and create an | 09:58:43 |
| 19 | investment proposal to the investment committee.  These | 09:58:49 |
| 20 | were typically three to five pages long.  The primary | 09:58:52 |
| 21 | bits of information was what type of risk are we | 09:58:56 |
| 22 | taking -- that was first and foremost what we thought | 09:59:00 |
| 23 | about; why I think the possible return justifies taking | 09:59:03 |
| 24 | that risk; and then any other details like, you know, if | 09:59:07 |
| 25 | their names have come up in the news or anything of that | 09:59:11 |

Page 43

```
 1   nature.                                              09:59:14

 2      Q     So you mentioned "we" a lot.                09:59:15

 3            Who are you referring to?                   09:59:18

 4      A     So I guess that is dynamic over the course of a  09:59:19

 5   year.  Initially, who I'm referring to is James     09:59:26

 6   Alexander.  And later on it would be primarily me and  09:59:29

 7   Adnan doing the work, but primarily me.              09:59:33

 8      Q     So before -- when James Alexander was still  09:59:36

 9   associated with Cred, it would be James Alexander and  09:59:41

10   you, and then later it would be you and Adnan; correct?  09:59:44

11      A     Yes.  That's correct.                       09:59:50

12      Q     Okay.  And those respective teams -- I'm just  09:59:51

13   going to refer to you as --                          09:59:57

14      A     Sure.                                        09:59:59

15      Q     That makes up the capital markets department at  10:00:00

16   those two particular time frames; is that correct --  10:00:04

17   right?                                               10:00:08

18      A     Yes.  I don't know if Adnan was technically  10:00:08

19   considered a capital markets person.  He was just helping  10:00:12

20   me because I needed some additional help, so I wouldn't  10:00:16

21   consider him to be part of the capital markets team; he  10:00:20

22   was more accounting-focused.  But he would help, you  10:00:22

23   know, a lot when we need it, for sure.               10:00:25

24            But James and I definitely were a team in that  10:00:28

25   respect.                                             10:00:32
```

Page 44

1     Q     Was there anyone else that was part of your          10:00:32

2     team at the capital markets besides the individuals that   10:00:36

3     you just referred to?                                      10:00:40

4     A     When I was at Cred Capital, there were              10:00:41

5     consultants that were hired that were also part of the     10:00:47

6     team.  You know, that was primarily people that were       10:00:50

7     focused on credit and risk.                                10:00:53

8           And then at Cred -- excuse me -- there was an        10:00:56

9     additional consultant with experience in derivatives that  10:00:58

10    we had brought on to help out as well.                     10:01:03

11    Q     And you mentioned how you would obtain               10:01:05

12    information from different departments at Cred in doing     10:01:09

13    due diligence like the business development side or the    10:01:14

14    compliance and the accounting side.                        10:01:21

15    A     Yeah.                                                 10:01:22

16    Q     Would you say that you were the point person or      10:01:23

17    the capital markets department was basically obtaining      10:01:24

18    all this information from these different departments at    10:01:28

19    Cred to conduct due diligence on a particular investment?  10:01:31

20    A     So the point person was typically the               10:01:36

21    operations team to collect the information.  We had an     10:01:43

22    internal Google Form document.  If we wanted to pursue a   10:01:45

23    specific -- if we wanted to pursue signatures, we would    10:01:50

24    fill out this Google Forms document.  We would provide     10:01:53

25    all the bits of information.                               10:01:56

                                                        Page 45

| | | |
|---|---|---|
| 1 | That Google Form document would then be | 10:01:57 |
| 2 | distributed to all the teams.  So accounting would need | 10:02:00 |
| 3 | to sign off, security, compliance, our team, capital | 10:02:03 |
| 4 | markets.  And I believe that was it for who would need to | 10:02:08 |
| 5 | sign off, technically speaking. | 10:02:12 |
| 6 | That was instituted I want to say during the | 10:02:14 |
| 7 | summer, but I don't know the exact pivot.  And then | 10:02:18 |
| 8 | before that, the capital markets team was certainly | 10:02:21 |
| 9 | responsible. | 10:02:26 |
| 10 | What I was at Cred Capital, you know, our | 10:02:26 |
| 11 | responsibility was, like you said, you know, put together | 10:02:28 |
| 12 | the financial analysis and then present it to the | 10:02:30 |
| 13 | investment committee.  And we would -- we would certainly | 10:02:34 |
| 14 | reach out to the other teams to facilitate their pieces | 10:02:38 |
| 15 | as well. | 10:02:44 |
| 16 | Q    And the way that you would present a specific | 10:02:44 |
| 17 | investment through the investment committee was through | 10:02:46 |
| 18 | the investment proposal, you said? | 10:02:49 |
| 19 | A    Yes. | 10:02:51 |
| 20 | Q    And would you be the primary person to draft | 10:02:52 |
| 21 | these investment proposals? | 10:02:56 |
| 22 | A    Yes. | 10:02:58 |
| 23 | Q    Did anyone else help you draft these investment | 10:02:59 |
| 24 | proposals? | 10:03:04 |
| 25 | A    The same individuals in that timeline I just | 10:03:05 |

Page 46

| | | |
|---|---|---|
| 1 | mentioned, so initially James helped and then Adnan later | 10:03:08 |
| 2 | on. | 10:03:12 |
| 3 | Q    I see.  Now, did the investment committee ever | 10:03:12 |
| 4 | act upon your investment proposals? | 10:03:19 |
| 5 | A    Yes.  So we acted upon Sarson Funds, which was | 10:03:21 |
| 6 | the first one that I was working on.  We acted upon | 10:03:29 |
| 7 | Blockfills, which was two different types of investments. | 10:03:32 |
| 8 | And then we were in process of lending to | 10:03:36 |
| 9 | another San Francisco-based trading company.  And, you | 10:03:42 |
| 10 | know, that was October, so, obviously, we didn't follow | 10:03:47 |
| 11 | through with that. | 10:03:50 |
| 12 | So, yeah, those are the three primary ones that | 10:03:53 |
| 13 | we acted upon. | 10:03:55 |
| 14 | Q    And by "acted upon," I probably should have | 10:03:56 |
| 15 | clarified this but -- | 10:04:00 |
| 16 | A    Sure. | 10:04:01 |
| 17 | Q    -- you mean Cred would enter into some sort of | 10:04:02 |
| 18 | business relationship with these entities that you just | 10:04:05 |
| 19 | mentioned? | 10:04:08 |
| 20 | A    Yes. | 10:04:08 |
| 21 | Q    Okay.  Now, did you ever create any due | 10:04:09 |
| 22 | diligence process for Cred? | 10:04:17 |
| 23 | A    I created our due diligence sheet, so it was a | 10:04:19 |
| 24 | list of questions that we need to ask asset managers and | 10:04:25 |
| 25 | potential lenders as well, so I did create that piece of | 10:04:29 |

Page 47

| | | |
|---|---|---|
| 1 | the process, yes.  As well as the template for proposals. | 10:04:34 |
| 2 | Q    Template for the investment proposals? | 10:04:38 |
| 3 | A    Yes. | 10:04:42 |
| 4 | Q    Were you -- did you do anything else to design | 10:04:43 |
| 5 | the due diligence process at Cred? | 10:04:55 |
| 6 | A    I -- I consulted with our consultants that had | 10:04:57 |
| 7 | been brought on to the platform.  I consulted with the | 10:05:05 |
| 8 | asset managers that were already on the platform as well | 10:05:08 |
| 9 | as the new ones quite frequently.  And, yeah, that's -- | 10:05:11 |
| 10 | to get their insight, essentially.  That was another big | 10:05:16 |
| 11 | piece of it. | 10:05:20 |
| 12 | Q    So you mentioned the due diligence checklist. | 10:05:20 |
| 13 | A    Uh-huh. | 10:05:29 |
| 14 | Q    And who was responsible for filling out this | 10:05:30 |
| 15 | checklist? | 10:05:32 |
| 16 | A    So it was, I mean, primarily me.  The idea was | 10:05:33 |
| 17 | there would be additional capital markets personnel down | 10:05:40 |
| 18 | the road, but I initially would be responsible for | 10:05:43 |
| 19 | filling out the template and then proposing it -- or | 10:05:46 |
| 20 | sending the proposal to the IC. | 10:05:50 |
| 21 | Q    And "the IC" is? | 10:05:53 |
| 22 | A    I'm sorry.  The investment committee. | 10:05:55 |
| 23 | Q    Okay.  So how many of these due diligence | 10:05:57 |
| 24 | sheets have you filled out? | 10:06:02 |
| 25 | A    There were the three that I just mentioned, and | 10:06:03 |

Page 48

```
 1    then there was an investment in a collateralized auto      10:06:09

 2    loan business that I had sent, and that was my proposal     10:06:14

 3    as well.                                                    10:06:19

 4            And -- let me see.  There was also a deal with      10:06:23

 5    an exchange-traded product company that I worked very       10:06:27

 6    closely with our general counsel to structure as well.      10:06:31

 7    That wasn't necessarily an investment proposal, given it    10:06:35

 8    was -- well, it was an investment proposal, but it wasn't   10:06:39

 9    a proposal for CredEarn products.  It was a proposal        10:06:42

10    bilaterally between the different entities.  So I guess     10:06:46

11    that would be another one.                                  10:06:46

12            But there may have been specific trades, I          10:06:51

13    guess, that I proposed.  But, you know, it would be         10:06:53

14    pretty small deals from what I would remember.  I mean,     10:06:57

15    like 1,500 thousand-type deals, nothing major.  But those   10:07:01

16    were -- there were two or three of those over the course    10:07:05

17    of ten months or so.                                        10:07:09

18            What I mean by a deal, for example, is like if      10:07:11

19    we wanted to sell a call option against Bitcoin, then I     10:07:13

20    would propose a certain price, for example.                 10:07:17

21       Q    So if any information was missing from, like, a     10:07:19

22    due diligence spreadsheet or the checklist that you         10:07:22

23    referred to, what would you do?                             10:07:26

24       A    I would try to find the information.  You know,     10:07:27

25    technically it was the investment committee that would      10:07:36
```

Page 49

| | | |
|---|---|---|
| 1 | need to opine on that decision.  Obviously, I couldn't | 10:07:38 |
| 2 | make the yes-or-no decision, given I was proposing it to | 10:07:41 |
| 3 | the investment committee. | 10:07:45 |
| 4 | And so, you know, if there was anything missing | 10:07:46 |
| 5 | from that documentation, then I would just have to -- | 10:07:50 |
| 6 | have to find that bit of information however, either by | 10:07:53 |
| 7 | phone call, research, whatever it was. | 10:07:57 |
| 8 | Q     And was this something that you did in terms of | 10:08:00 |
| 9 | following up on due diligence sheets, like if they're | 10:08:05 |
| 10 | missing certain items? | 10:08:07 |
| 11 | A     Yes.  So there was one in particular with | 10:08:09 |
| 12 | Blockfills, for example, who had an offshore structure, | 10:08:13 |
| 13 | and there were a number of recommendations made by our | 10:08:16 |
| 14 | general counsel for the asset management agreements. | 10:08:22 |
| 15 | And so, you know, a lot of that was trying to | 10:08:25 |
| 16 | figure out, you know, how we would structure that | 10:08:28 |
| 17 | offshore agreement with Cred, so it was a lot of work | 10:08:32 |
| 18 | around that piece, which was very legally focused and | 10:08:35 |
| 19 | drive by our general counsel.  That was one. | 10:08:38 |
| 20 | The second one was if -- you know, if they | 10:08:39 |
| 21 | didn't have a good understanding of why the strategy was | 10:08:44 |
| 22 | being deployed -- you know, obviously that's the biggest | 10:08:48 |
| 23 | piece of the puzzle for us, to make sure that it makes | 10:08:50 |
| 24 | sense with respect to our liabilities -- then I would go | 10:08:53 |
| 25 | back quite frequently and try to, you know, put the | 10:08:56 |

Veritext Legal Solutions
866 299-5127

```
1    pieces of the puzzle together.                         10:08:59

2           So there's -- obviously, there's a lending way  10:09:02

3    and there's an asset management way to make money.  So 10:09:03

4    there was some questions that had come up initially back 10:09:06

5    in March around Sarson and then -- which were legitimate 10:09:08

6    questions, and then other questions about Blockfills as  10:09:11

7    well that had come up initially -- those questions that  10:09:15

8    had come up initially pertaining to investment strategy. 10:09:35

9    And so I would go back to the managers and request the   10:09:41

10   appropriate information.                                 10:09:46

11        Q    And who was the first entity that you referred 10:09:47

12   to that you did the due diligence of filling out the due 10:09:52

13   diligence worksheet on the --                           10:09:59

14        A    Who's the first one?                          10:09:59

15        Q    Yeah.                                         10:10:00

16        A    It was probably Blockfills from where I created 10:10:01

17   the template.                                           10:10:04

18        Q    And when did you create this template?        10:10:05

19        A    It was -- I'm not going to be really good at   10:10:08

20   getting you an exact date.  I want to say it was late    10:10:17

21   April to mid May sometime.  It was around that time      10:10:20

22   frame, maybe even into the summer.  But certainly during 10:10:25

23   my tenure at Cred Capital -- certainly during my tenure  10:10:28

24   at Cred Capital.  Sorry.                                 10:10:33

25        Q    And would the due diligence process be the same 10:10:34
```

Page 51

| | | |
|---|---|---|
| 1 | at Cred versus Cred Capital? | 10:10:37 |
| 2 | A     So when I was at Cred, there was no | 10:10:39 |
| 3 | diligence -- due diligence process that was put in place | 10:10:46 |
| 4 | at the time, at least on paper.  And so no, no.  And | 10:10:48 |
| 5 | that's something that I created because there was the | 10:10:57 |
| 6 | lack of that operational process that was put in place. | 10:11:00 |
| 7 | Q     And you joined in December of 2019; correct? | 10:11:05 |
| 8 | A     I'm sorry.  Yep. | 10:11:08 |
| 9 | Q     And did anyone ask you to create this process, | 10:11:09 |
| 10 | the diligence process? | 10:11:13 |
| 11 | A     Did anyone ask me about it? | 10:11:14 |
| 12 | Q     I'm sorry.  Did anyone ask you to create the | 10:11:18 |
| 13 | due diligence process? | 10:11:22 |
| 14 | A     No. | 10:11:22 |
| 15 | MR. LIN:  I'm going to introduce as Exhibit | 10:11:33 |
| 16 | Number 3 -- sorry, it's taking a little while to load. | 10:11:54 |
| 17 | THE WITNESS:  No worries. | 10:11:57 |
| 18 | MR. LIN:  I'm sorry. | 10:12:20 |
| 19 | THE WITNESS:  I think it just popped up. | 10:12:25 |
| 20 | MR. LIN:  Yeah. | 10:12:27 |
| 21 | THE WITNESS:  I have it. | 10:12:33 |
| 22 | MR. LIN:  Okay.  No worries.  I'm actually | 10:12:34 |
| 23 | going to skip ahead and introduce a different document as | 10:12:36 |
| 24 | Exhibit Number 4.  We'll come back to this one, though. | 10:12:41 |
| 25 | THE WITNESS:  Okay. | 10:12:45 |

Page 52

| | | |
|---|---|---|
| 1 | (Exhibits 3 & 4 marked.) | 10:13:11 |
| 2 | BY MR. LIN: | 10:13:11 |
| 3 | Q    So do you have Exhibit Number 4 ahead of you -- | 10:13:11 |
| 4 | in front of you? | 10:13:14 |
| 5 | A    Give me one moment.  Okay.  I see it. | 10:13:15 |
| 6 | Q    Have you seen this email before? | 10:13:22 |
| 7 | A    I assume so.  It's from March.  I don't | 10:13:23 |
| 8 | remember it but my name is on it, so I assume I have. | 10:13:31 |
| 9 | Q    Do you have any reason to not believe this is | 10:13:35 |
| 10 | an email that you sent? | 10:13:39 |
| 11 | A    No. | 10:13:40 |
| 12 | Q    If I could bring your attention to Page 3 of | 10:13:42 |
| 13 | Exhibit Number 4. | 10:13:57 |
| 14 | A    Uh-huh. | 10:14:01 |
| 15 | Q    Do you have it in front of you? | 10:14:02 |
| 16 | A    Oh, yeah.  I guess I made it before.  That's | 10:14:03 |
| 17 | the checklist that I created. | 10:14:06 |
| 18 | Q    So this is the due diligence that you were | 10:14:08 |
| 19 | referring to before that you created? | 10:14:11 |
| 20 | A    It is.  Yeah, as I said before, I don't | 10:14:13 |
| 21 | remember exactly when I had made it.  I thought it was | 10:14:15 |
| 22 | during my tenure at Cred Capital.  I guess I was | 10:14:17 |
| 23 | mistaken.  But this is the correct checklist.  That is | 10:14:20 |
| 24 | correct. | 10:14:24 |
| 25 | Q    And how would you verify answers on this list? | 10:14:24 |

Page 53

```
 1        A       So it depends on the type of question, so     10:14:37

 2   information technology, I don't know.  That wasn't my       10:14:43

 3   responsibility, so I don't know how we would opine on      10:14:46

 4   that.                                                       10:14:50

 5             For the rest of the information -- you know,      10:14:51

 6   management presentation, so on and so forth -- it was a    10:14:56

 7   combination of, one, speak to the management team, making  10:14:59

 8   sure they could speak to all these results; second, if     10:15:02

 9   there's audited financial statements, we would, you know,  10:15:05

10   want a statement or at least talk to the audit lead or     10:15:08

11   audit principal to make sure that this is real.            10:15:11

12             And that was the primary thing that we did.      10:15:15

13   There was some occasions where we would speak to their     10:15:19

14   lawyers to make sure, for example, in the example of the   10:15:23

15   offshore structure for Blockfills, we spoke to them to     10:15:27

16   ask some questions.                                        10:15:30

17             And then we would also run, you know, like I     10:15:32

18   said, the business name, the beneficial owner name         10:15:37

19   through a KYC analysis system so if there's any pending    10:15:40

20   litigations or any items like that, we would get that in   10:15:43

21   the report.  I forgot the company software name.           10:15:47

22        Q       So you mentioned under the first bullet point 10:15:50

23   where it says "Information Technology" that you wouldn't    10:15:56

24   necessarily opine on this.                                 10:16:00

25             But who would opine on it?                       10:16:01
```

Page 54

| | | |
|---|---|---|
| 1 | A      So later on, there was a CISO that was hired, | 10:16:03 |
| 2 | Bethany, so that was her primary responsibility.  Given | 10:16:12 |
| 3 | that we didn't have a CISO or anything equivalent to that | 10:16:16 |
| 4 | before -- there was a lady.  Her name was Marie.  She | 10:16:21 |
| 5 | helped with some of the security processes.  So we would | 10:16:27 |
| 6 | deliver whatever we received on that end to her. | 10:16:30 |
| 7 | Q      And moving under Bullet Point Number 2, under | 10:16:34 |
| 8 | "Business Review," you mentioned, "We would conduct | 10:16:38 |
| 9 | certain calls with management, perhaps lawyers." | 10:16:41 |
| 10 | Who's "we" in this case? | 10:16:43 |
| 11 | A      "We" in this case -- so this is in April -- | 10:16:45 |
| 12 | sorry.  This was in March, so in this case, it would have | 10:16:50 |
| 13 | been James and I. | 10:16:53 |
| 14 | Q      Now, did you ever -- were you ever the only | 10:16:54 |
| 15 | person to reach out to other companies to verify the | 10:17:04 |
| 16 | information under this bullet point for the due diligence | 10:17:07 |
| 17 | checklist? | 10:17:10 |
| 18 | A      Yes. | 10:17:11 |
| 19 | Q      And how often would that occur? | 10:17:12 |
| 20 | A      On each new deal, I would typically make at | 10:17:16 |
| 21 | least two to three phone calls with external parties. | 10:17:22 |
| 22 | Q      And would it be to the business management for | 10:17:26 |
| 23 | these other parties or anyone else? | 10:17:30 |
| 24 | A      I mean, external parties. | 10:17:34 |
| 25 | Q      Yes, external parties. | 10:17:40 |

Page 55

```
 1       A     Audit professionals.  What do you -- sorry?      10:17:42

 2   Maybe I misunderstood the question.                        10:17:44

 3            Do you mind rephrasing?                           10:17:46

 4       Q     Yeah, no problem.                                10:17:48

 5            So you mentioned that you would reach out to      10:17:49

 6   external parties to verify certain information under this  10:17:51

 7   bullet point under the due diligence checklist.            10:17:56

 8       A     Yeah.                                            10:17:59

 9       Q     I just want to know who these external parties   10:17:59

10   were.                                                      10:18:03

11       A     Oh, okay.  So there were, for example, audit     10:18:03

12   teams.  I don't remember the exact ones off the top of my  10:18:06

13   head.  But, you know, if there was an audit that was       10:18:09

14   performed for a particular asset manager, we would reach   10:18:14

15   out to them.  So that would be a principal or some sort    10:18:17

16   of senior VP and above.                                    10:18:19

17            For legal, it would just be whoever the point     10:18:22

18   person was for their legal team.  Yeah, so it would just   10:18:25

19   be -- maybe a relationship manager is probably the         10:18:30

20   appropriate term.  I think that's what you may have been   10:18:36

21   pointing to.                                               10:18:39

22       Q     So would you ever reach out to the asset         10:18:39

23   managers themselves to verify this information?            10:18:41

24       A     Yes.  Typically, it was the asset managers that  10:18:45

25   were providing that information initially, and then we     10:18:51
```

Page 56

| | | |
|---|---|---|
| 1 | would use that information to do other things like make | 10:18:54 |
| 2 | calls or, you know, verify the information. | 10:18:56 |
| 3 | Q    Understood.  But would you ever go back to the | 10:18:59 |
| 4 | asset manager and ask them about certain bullet points | 10:19:06 |
| 5 | under this due diligence checklist? | 10:19:09 |
| 6 | A    Yes.  Typically, we would if there was a | 10:19:11 |
| 7 | complex entity chart.  And we would have some questions | 10:19:18 |
| 8 | on that piece for them.  But most of the questions that | 10:19:23 |
| 9 | we would ask the asset manager were pertaining to | 10:19:29 |
| 10 | strategy. | 10:19:34 |
| 11 | Q    I see.  So going back to the first bullet point | 10:19:34 |
| 12 | under "Security Audit Results." | 10:19:36 |
| 13 |      Do you know what that is? | 10:19:39 |
| 14 | A    It is, I assume, some sort of audit of their | 10:19:40 |
| 15 | security infrastructure, and it would be a third-party | 10:19:45 |
| 16 | consultant that would opine on it.  Most firms don't do | 10:19:48 |
| 17 | that.  But, you know, it's obviously a pretty big thing | 10:19:52 |
| 18 | on the checklist if it does exist. | 10:19:58 |
| 19 | Q    Why do you say you assume so?  I thought you | 10:20:00 |
| 20 | created the list. | 10:20:03 |
| 21 | A    What do you mean? | 10:20:04 |
| 22 | Q    Because you mentioned about security audit | 10:20:07 |
| 23 | results, you assumed that it would be a certain process | 10:20:10 |
| 24 | that would be employed.  But I thought you were the one | 10:20:14 |
| 25 | that created this list, so I assume that you knew what | 10:20:16 |

Page 57

1    this included.                                          10:20:20

2       A     Yeah, so -- right.  So these questions -- like,  10:20:20

3    I asked around, you know, for security or IT, you know,  10:20:23

4    "What are sort of some of the documents that you would   10:20:26

5    like us to collate for you?"  You know, I, obviously,    10:20:28

6    would not be doing analysis on an IT security audit, but 10:20:31

7    I did want to at least aggregate the information that    10:20:35

8    they had sent.                                          10:20:39

9       Q     I see.  So would it be correct to say that you  10:20:39

10   would aggregate the information listed on this checklist? 10:20:43

11      A     Yes.  Or at least provide it to them and        10:20:47

12   provide a Google Drive account for them to drop it in.   10:20:55

13   And it wouldn't be my responsibility to make sure that   10:21:00

14   they had checked all the boxes.  You know, I would ask,  10:21:02

15   for example, our security team and say, "Hey, are you    10:21:05

16   guys missing anything?  Do you need anything more?"  That 10:21:08

17   sort of thing.                                          10:21:11

18      Q     What about for the "Business Overview" section?  10:21:12

19            Was that your primary responsibility to fill    10:21:22

20   this out?                                               10:21:24

21      A     Yes.                                           10:21:29

22      Q     So under Section 2P, there's a bullet point     10:21:29

23   for, "Executive Team Plus Background."                  10:21:35

24            What is that?                                  10:21:38

25      A     Uh-huh.  So it was a question on whoever the    10:21:38

                                                            Page 58

```
 1    executive team at the asset manager is, so founder,         10:21:42

 2    C-suite, and what their backgrounds were.  Like, where      10:21:47

 3    they had worked at in the past, did they manage assets in   10:21:53

 4    the past, those sorts of questions.                         10:21:56

 5        Q     So is this going into the background of the       10:21:57

 6    executive team of the asset manager?                        10:22:00

 7        A     That's correct.                                   10:22:01

 8        Q     What is -- what does "vendor diligence process"   10:22:02

 9    mean?  It's under -- sorry -- Section 2Q, Subsection Q.     10:22:10

10        A     Got it.  If there are different vendors that     10:22:18

11    they -- that the asset manager uses -- for example, an      10:22:20

12    administrator or software, anything to that degree --       10:22:24

13    what sort of diligence they performed in order to           10:22:29

14    accomplish or say "yes" to that particular vendor.          10:22:31

15        Q     So under Section 3, we have, "Financial           10:22:35

16    Statement Analysis."                                        10:22:43

17              Is this something that is performed by you as     10:22:45

18    well?                                                       10:22:47

19        A     That's something I aggregated and would put       10:22:47

20    some -- you know, technically, yes.  I would aggregate      10:22:54

21    that information.  Typically for asset managers, many of    10:22:58

22    them are not willing to share this sort of information.     10:23:02

23    And so if it was not available, I would, in my proposal,   10:23:05

24    write that out, that, "Asset manager is not willing to      10:23:09

25    share X, Y, Z information."  And then at that point in      10:23:12
```

Page 59

| | | |
|---|---|---|
| 1 | time, you know, the investment committee would say "yes" | 10:23:16 |
| 2 | or "no" to that. | 10:23:19 |
| 3 | Q     And after you aggregate the information, were | 10:23:20 |
| 4 | you the one that would analyze the financial data and put | 10:23:23 |
| 5 | it into your investment proposal? | 10:23:26 |
| 6 | A     This -- yes, I would be responsible.  But we | 10:23:28 |
| 7 | never really did it because there wasn't -- there were | 10:23:36 |
| 8 | not any opportunities that we acted on where these sort | 10:23:40 |
| 9 | of financials were required. | 10:23:43 |
| 10 | This initially was set up, I believe, for our | 10:23:45 |
| 11 | due diligence underwriting on bond deals, if I remember | 10:23:50 |
| 12 | correctly, which, you know, we would have gone into this | 10:23:53 |
| 13 | level of depth.  But we never actually, you know, | 10:23:56 |
| 14 | underwrote a deal. | 10:23:59 |
| 15 | Q     So just to summarize, you would aggregate the | 10:24:02 |
| 16 | information under Section 1, "Information Technology," | 10:24:13 |
| 17 | and conduct the -- or fill out the items under Section 2, | 10:24:16 |
| 18 | "Business Overview," and then try to obtain and aggregate | 10:24:24 |
| 19 | the information under 3, "Financial Statement | 10:24:28 |
| 20 | Analysis"; correct? | 10:24:31 |
| 21 | A     Uh-huh.  That's correct. | 10:24:31 |
| 22 | Q     And you were also the one to -- who was | 10:24:33 |
| 23 | responsible for the accuracy of when an asset manager | 10:24:41 |
| 24 | fills out this information and sends it to you. | 10:24:47 |
| 25 | Would you be the person to verify the accuracy | 10:24:49 |

Page 60

| 1 | of their answers on this due diligence checklist? | 10:24:52 |
| 2 |     A    I think it was more the responsibility of the | 10:24:57 |
| 3 | investment committee to do that and poke holes on all the | 10:25:00 |
| 4 | data.  I would certainly be -- given I was proposing | 10:25:05 |
| 5 | certain opportunities, it was my responsibility to | 10:25:11 |
| 6 | aggregate all the information; do what I can to assess, | 10:25:14 |
| 7 | you know, the actual FSA, financial statement analysis; | 10:25:19 |
| 8 | and propose it. | 10:25:22 |
| 9 |        I don't think I was ultimately responsibility | 10:25:23 |
| 10 | for, you know, if -- whether or not it's true. | 10:25:27 |
| 11 |     Q    But why do you say that it's the investment | 10:25:29 |
| 12 | committee's responsibility to verify the accuracy of this | 10:25:33 |
| 13 | information if you're the person to aggregate the | 10:25:37 |
| 14 | information and to fill out the information, depending on | 10:25:42 |
| 15 | the subsections that I mentioned before? | 10:25:46 |
| 16 |     A    Because they would need to request, you know, | 10:25:47 |
| 17 | what I did to confirm the analyses, for example, | 10:25:53 |
| 18 | typically this is how an investment committee would work | 10:25:57 |
| 19 | is, you know, they would ask questions like, "Who did you | 10:26:01 |
| 20 | speak to?  You know, how did you confirm this document? | 10:26:03 |
| 21 | Is it audited?  Unaudited?"  And then questions about the | 10:26:07 |
| 22 | structure, so on and so forth. | 10:26:11 |
| 23 |        And they also would want to make sure that we | 10:26:14 |
| 24 | had run through the appropriate internal processes, like, | 10:26:17 |
| 25 | putting their names through, you know, vendor software or | 10:26:19 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | whatnot to confirm what we can. | 10:26:22 |
| 2 | Q    But they would still rely on you to put this | 10:26:25 |
| 3 | together for them; correct? | 10:26:33 |
| 4 | A    Sure.  Absolutely.  Yes. | 10:26:34 |
| 5 | THE VIDEOGRAPHER:  We are going off the record. | 10:26:53 |
| 6 | The time is 11:26 a.m. | 10:26:55 |
| 7 | (Break held off the record.) | 10:26:55 |
| 8 | THE VIDEOGRAPHER:  We are back on the record. | 10:38:46 |
| 9 | The time is 11:38 a.m. | 10:38:47 |
| 10 | BY MR. LIN: | 10:38:49 |
| 11 | Q    Great.  So, Mr. Inamullah, you understand that | 10:38:53 |
| 12 | you're still under oath? | 10:38:58 |
| 13 | A    Yes. | 10:39:00 |
| 14 | Q    And during your break, did you talk to anybody? | 10:39:01 |
| 15 | A    No. | 10:39:05 |
| 16 | Q    So I want to go back to the diligence | 10:39:06 |
| 17 | underwriting checklist. | 10:39:16 |
| 18 | A    Uh-huh. | 10:39:19 |
| 19 | Q    I just wanted to kind of get my sense of the | 10:39:20 |
| 20 | timing correct. | 10:39:23 |
| 21 | So under what dates were you responsible for | 10:39:24 |
| 22 | this checklist at your time at Cred? | 10:39:29 |
| 23 | A    What do you mean by "responsible for the | 10:39:31 |
| 24 | checklist"?  I mean, the checklist is just a list of, you | 10:39:38 |
| 25 | know, guided bits of information to request from, you | 10:39:42 |

Page 62

| | | |
|---|---|---|
| 1 | know, anyone.  But so if you say that, then I guess since | 10:39:46 |
| 2 | the document's inception, which I guess was around | 10:39:50 |
| 3 | March 3rd of 2020. | 10:39:54 |
| 4 | But, you know, ultimately the checklist is to | 10:39:55 |
| 5 | figure out what -- granted, by the way, this is an | 10:39:57 |
| 6 | underwriting checklist, an asset management checklist. | 10:40:03 |
| 7 | So I think, like -- I put it together, I don't know if I | 10:40:07 |
| 8 | was, quote/unquote, responsible for it. | 10:40:10 |
| 9 | Q    But you mentioned before the break that you | 10:40:12 |
| 10 | were the one who collected the information, synthesized | 10:40:14 |
| 11 | the information, and put it into an investment | 10:40:19 |
| 12 | proposal; correct? | 10:40:22 |
| 13 | A    Oh, sorry.  I thought you meant, like, the | 10:40:23 |
| 14 | creating the checklist itself. | 10:40:25 |
| 15 | Q    No, no. | 10:40:26 |
| 16 | A    I don't know.  Yeah, who was responsible for | 10:40:27 |
| 17 | executing on the checklist is what you meant; right? | 10:40:29 |
| 18 | Q    Sorry.  I should have clarified.  Yes. | 10:40:32 |
| 19 | A    No, no.  No worries.  I just want to -- just | 10:40:35 |
| 20 | paying attention. | 10:40:38 |
| 21 | Q    Yeah.  And that was from the document's | 10:40:38 |
| 22 | inception, you said; correct? | 10:40:41 |
| 23 | A    Yes. | 10:40:43 |
| 24 | Q    Okay.  And you mentioned that this checklist | 10:40:43 |
| 25 | wasn't used for asset managers. | 10:40:50 |

Page 63

```
 1              Did I hear you correctly?                    10:40:52

 2      A     That's correct.  This is a -- this specific    10:40:53

 3  document is a credit underwriting checklist.  So the     10:40:56

 4  reason we had presented this to Three Arrows Capital was  10:41:03

 5  in pursuit to the bonds that we were going to underwrite. 10:41:07

 6      Q     Now, is there a specific checklist -- diligence 10:41:11

 7  checklist specific to asset managers?                     10:41:18

 8      A     There was one that was created, yes.            10:41:20

 9              MR. LIN:  Okay.  I'm going to introduce another 10:41:32

10  exhibit.  I think it's Exhibit Number 5, if I have my     10:41:35

11  count correct.                                            10:41:44

12              THE WITNESS:  Yes.                             10:41:45

13              (Exhibit 5 marked.)                            10:42:07

14  BY MR. LIN:                                                10:42:07

15      Q     Sorry.  It's taking a while.                     10:42:08

16      A     No worries.                                      10:42:09

17      Q     Do you have that Exhibit 5?                       10:42:10

18      A     Yes.                                              10:42:46

19      Q     And have you seen this email before?             10:42:46

20      A     Yes.                                              10:42:49

21      Q     And that is your email in the address            10:42:52

22  line; right?                                               10:42:55

23      A     Yes.                                              10:42:56

24      Q     Can you take a quick second to review this        10:42:59

25  email, please.                                             10:43:07
```

Page 64

| | | |
|---|---|---|
| 1 | A    Will do. | 10:43:08 |
| 2 | Okay. | 10:43:31 |
| 3 | Q    So in the email from Delon de Metz -- I don't | 10:43:31 |
| 4 | know if it's a he or she, but -- | 10:43:35 |
| 5 | A    He. | 10:43:39 |
| 6 | Q    -- when you write, "Chris and I arrived at a | 10:43:41 |
| 7 | criteria guidelines for candidates based on internal | 10:43:42 |
| 8 | conversations and D's diligence checklist." | 10:43:45 |
| 9 | Does "D" refer to you here? | 10:43:50 |
| 10 | A    Yes, my nickname. | 10:43:52 |
| 11 | Q    And are there other emails where they refer to | 10:43:54 |
| 12 | you as D? | 10:43:57 |
| 13 | A    There could be, although the confusing piece of | 10:43:58 |
| 14 | it is that Delon's nickname was also D, so there | 10:44:04 |
| 15 | certainly are documents with my name and D as well. | 10:44:08 |
| 16 | Q    I see.  And is the diligence checklist that | 10:44:10 |
| 17 | Delon is mentioning is -- they referring to a -- the | 10:44:16 |
| 18 | checklist that's specific for asset managers or for | 10:44:22 |
| 19 | underwriting? | 10:44:25 |
| 20 | A    The diligence checklist -- "D's diligence | 10:44:26 |
| 21 | checklist" is the document that you had presented on | 10:44:33 |
| 22 | the -- the email with Mr. Davies. | 10:44:35 |
| 23 | Q    So Exhibit 3 is what Delon is mentioning or | 10:44:37 |
| 24 | referring to here? | 10:44:44 |
| 25 | A    Yes.  That's correct. | 10:44:44 |

Page 65

1          MR. LIN:  I'm going to introduce as Exhibit      10:45:02

2     Number 6.                                             10:45:02

3          (Exhibit 6 marked.)                              10:45:57

4     BY MR. LIN:                                           10:45:57

5     Q     Do you have Exhibit 6 in front of you?          10:45:57

6     A     Let me refresh.  Oh, there it is.               10:45:59

7          I have it in front of me.                        10:46:06

8     Q     Can you take a second to review or however you  10:46:07

9     long you need to review Exhibit 6.                    10:46:09

10    A     Sure.  Okay.                                     10:46:12

11    Q     Okay.  So you're done reviewing Exhibit         10:47:09

12    Number 6?                                             10:47:12

13    A     Yeah.  I've read through it, yes.               10:47:12

14    Q     And can you describe what Exhibit 6 is for the  10:47:15

15    record, please.                                       10:47:18

16    A     It's an exchange between myself and, you know,  10:47:20

17    Joe, I believe, and the team at Ripple, which is a    10:47:28

18    cryptocurrency blockchain company, pertaining to KYC. 10:47:35

19    Q     So in the very top of the thread, we have an    10:47:39

20    email from Joe to Ripple and yourself on November 16th, 10:47:42

21    2020.                                                 10:47:47

22    A     Yes.                                            10:47:48

23    Q     Why does Joe copy you to provide detail on this 10:47:49

24    transaction or on this email?                         10:47:53

25    A     I think he wanted me to specifically answer,    10:47:56

Page 66

| | | |
|---|---|---|
| 1 | like, what we were going to do with the ex-parte, you | 10:48:03 |
| 2 | know, if and when we borrowed it and the structure of | 10:48:06 |
| 3 | that agreement. | 10:48:10 |
| 4 | Q    So if I can direct your attention to the email | 10:48:15 |
| 5 | from you, I believe, on October 16th, 2020 at 5:33. | 10:48:18 |
| 6 | A    Yeah. | 10:48:25 |
| 7 | Q    I'll provide you a Bates number.  Sorry.  It's | 10:48:26 |
| 8 | hard to track.  I think it's Page 4, I believe. | 10:48:30 |
| 9 | Do you see the email? | 10:48:32 |
| 10 | A    Okay.  Yeah, I'm on it. | 10:48:34 |
| 11 | Q    And are the responses in blue your responses | 10:48:36 |
| 12 | when you go down the thread? | 10:48:39 |
| 13 | A    Yes.  That's me. | 10:48:40 |
| 14 | Q    So under Vanessa Zhang's email at 3:47 p.m., we | 10:48:42 |
| 15 | have a paragraph where it says, in blue, "The primary | 10:48:51 |
| 16 | usage of XRP will be a buffer for credit and redemption. | 10:48:55 |
| 17 | When a client program ends, Cred will return the | 10:49:01 |
| 18 | originally borrowed principal.  Some months, the value of | 10:49:05 |
| 19 | the redeemed funds exceeds the company's readily liquid | 10:49:07 |
| 20 | reserves," and so on and so forth. | 10:49:10 |
| 21 | Is that portion something that you've -- you | 10:49:13 |
| 22 | wrote? | 10:49:16 |
| 23 | A    Yes. | 10:49:16 |
| 24 | Q    So the other blue portions are stuff that you | 10:49:17 |
| 25 | wrote in response to Vanessa's questions; correct? | 10:49:20 |

Page 67

| | | |
|---|---|---|
| 1 | A     Yeah.  Despite the different fonts that's on | 10:49:24 |
| 2 | there. | 10:49:29 |
| 3 | Q     So were you asked to opine on what Cred was | 10:49:29 |
| 4 | going to do with XRP because he -- did you design the | 10:49:35 |
| 5 | strategy here? | 10:49:38 |
| 6 | A     We had not fully fleshed out the structure of | 10:49:38 |
| 7 | the deal, given it was -- you know, we were waiting on a | 10:49:43 |
| 8 | response from the Ripple team to see what exactly they | 10:49:46 |
| 9 | wanted to structure it as. | 10:49:49 |
| 10 | You know, this particular question that I'm | 10:49:51 |
| 11 | answering is, you know, why we wanted to borrow XRP in | 10:49:54 |
| 12 | the first place.  Based on earlier conversations with, | 10:49:58 |
| 13 | you know, Josh -- who's part of the Ripple team, our main | 10:50:02 |
| 14 | point of contact -- they were going to -- they were kind | 10:50:07 |
| 15 | of deciding between how they wanted to structure the | 10:50:09 |
| 16 | liquid collateral or to structure how they get a security | 10:50:13 |
| 17 | interest in the asset that backs the XRP. | 10:50:16 |
| 18 | But this is, you know, essentially just a | 10:50:20 |
| 19 | summary of why we wanted to facilitate the deal. | 10:50:22 |
| 20 | Q     And maybe I didn't catch this, but -- | 10:50:25 |
| 21 | A     Yeah. | 10:50:30 |
| 22 | Q     -- was it you who recommended to Cred to borrow | 10:50:30 |
| 23 | XRP? | 10:50:37 |
| 24 | A     This was more based on conversations that Dan | 10:50:38 |
| 25 | Schatt had with the Ripple team that started out as a | 10:50:47 |

Page 68

| | | |
|---|---|---|
| 1 | potential equity investment into Cred, and that was | 10:50:52 |
| 2 | probably -- I wasn't really an intimate part of those | 10:50:56 |
| 3 | conversations, but I'm assuming they started in June or | 10:50:59 |
| 4 | July of 2020.  And then as a follow-on to the potential | 10:51:02 |
| 5 | equity deal, we were trying to frame out how this deal | 10:51:06 |
| 6 | would go down, meaning the lending deal. | 10:51:11 |
| 7 | Later on, what ended up happening was that the | 10:51:14 |
| 8 | Ripple team was maybe not comfortable moving forward with | 10:51:18 |
| 9 | an equity deal, and so we thought it would be best to | 10:51:21 |
| 10 | focus on a debt-based deal first.  And so we were -- you | 10:51:26 |
| 11 | know, this email is part of the back-and-forth with | 10:51:28 |
| 12 | respect to how such a deal would be structured. | 10:51:31 |
| 13 | Q    I see.  So actually, can I direct your | 10:51:34 |
| 14 | attention to -- I think it's Page 5, and it's the email | 10:51:43 |
| 15 | from Vanessa Zhang at 546.  I think it's in direct | 10:51:48 |
| 16 | response to your last email where you answered her | 10:51:52 |
| 17 | questions. | 10:51:55 |
| 18 | A    Sure. | 10:51:55 |
| 19 | Q    And if you look at her signature line, it says | 10:51:56 |
| 20 | "Vanessa Zhang, senior manager" -- S.R. manager, I'm | 10:51:58 |
| 21 | assuming, means, "senior manager, due diligence." | 10:52:02 |
| 22 | A    Yep. | 10:52:05 |
| 23 | Q    Would you be contacted by other entities' due | 10:52:06 |
| 24 | diligence departments for information about Cred? | 10:52:14 |
| 25 | A    Yes.  So we would have requests for compliance, | 10:52:17 |

Page 69

| | | |
|---|---|---|
| 1 | which was very typical, no matter who we signed up with. | 10:52:24 |
| 2 | We would have requests for financial information as well, | 10:52:29 |
| 3 | and then we would have requests for, you know, | 10:52:31 |
| 4 | strategies.  For example, if they were investors on our | 10:52:34 |
| 5 | platform. | 10:52:38 |
| 6 | Q     And were you the primary person to answer these | 10:52:39 |
| 7 | questions on due diligence about Cred from third parties? | 10:52:43 |
| 8 | A     No, no.  So all the financial information was | 10:52:48 |
| 9 | referred to our accounting team, specifically Joe.  Then | 10:52:52 |
| 10 | second, we would -- for the compliance review, we | 10:52:56 |
| 11 | typically had all the documents on an internal drive, and | 10:53:02 |
| 12 | there were certain people at the firm that, you know, | 10:53:05 |
| 13 | could easily send over that compliance information. | 10:53:08 |
| 14 | Like Devon, for example, was brought on to help | 10:53:10 |
| 15 | facilitate that for a number of our relationships.  And I | 10:53:14 |
| 16 | think the security questions, for example, obviously | 10:53:19 |
| 17 | wouldn't be routed to me.  That would be routed to the | 10:53:22 |
| 18 | security team. | 10:53:25 |
| 19 | Q     So was this question, then, routed to you | 10:53:26 |
| 20 | because you were part of structuring the deal with XRP, | 10:53:30 |
| 21 | the potential deal with XRP? | 10:53:38 |
| 22 | A     Yeah.  The initial email when Joe copied me in, | 10:53:40 |
| 23 | yes, that's the reason. | 10:53:46 |
| 24 | Q     Okay.  So did your role at Cred also involve | 10:53:47 |
| 25 | setting CredEarn interest rates? | 10:53:56 |

Page 70

1    A    It certainly -- yeah, that was all discussed in    10:53:59

2    the investment committee, so we would discuss what the    10:54:05

3    rates should be set for the next period.    10:54:07

4    Q    But would you rec- -- make recommendations on    10:54:09

5    what CredEarn interest rates should be?    10:54:16

6    A    So I recommended a model, and so I guess    10:54:20

7    through that model, yes.  That model was adopted by the    10:54:24

8    investment committee.  It was a combination of a market    10:54:27

9    analysis as well as an option-based analysis to determine    10:54:31

10   the optimal interest rate.    10:54:36

11       And so I did recommend that model to the team,    10:54:38

12   and -- but yes, I would discuss, you know, where we    10:54:42

13   thought interest rates should be.    10:54:47

14   Q    You said "optimal interest rates."    10:54:49

15       What do you mean by "optimal interest rates"?    10:54:52

16   A    It just means how we can triangulate with the    10:54:55

17   information available to Cred an interest rate that makes    10:55:00

18   sense.  So there's, you know, two ways that you could    10:55:03

19   typically assess this.  One is that you can use, you    10:55:05

20   know, a credit risk model, which is typically used in    10:55:08

21   traditional markets; you know, just given the nascent    10:55:12

22   nature of the industry that typically isn't appropriate    10:55:15

23   for what we were trying to accomplish.    10:55:18

24       And then the second thing is just to take a    10:55:20

25   look at the market, which is typically how we set our    10:55:23

Page 71

| | | |
|---|---|---|
| 1 | rates.  And just try to remain competitive because, you | 10:55:25 |
| 2 | know, most of our competitors, for example, had on-demand | 10:55:29 |
| 3 | deposit accounts or deposit account-type structures -- so | 10:55:34 |
| 4 | you could withdraw, you know, at their discretion -- | 10:55:37 |
| 5 | whereas Cred had more of a CD-type structure.  We wanted | 10:55:41 |
| 6 | to make sure we were always at a premium to the market. | 10:55:45 |
| 7 | Q    And by "premium to the market," what do you | 10:55:50 |
| 8 | mean by that? | 10:55:53 |
| 9 | A    Just above where our primary competitors were | 10:55:53 |
| 10 | pricing their bonds at. | 10:55:57 |
| 11 | Q    And would you say the profitability to the -- | 10:55:59 |
| 12 | to the -- for the CredEarn program is one of the key | 10:56:07 |
| 13 | considerations for setting the interest rates? | 10:56:10 |
| 14 | A    Yeah, profitability is certainly Number 1. | 10:56:13 |
| 15 | Number 2 is deployment of capital.  Like, if we're | 10:56:20 |
| 16 | sitting at a certain rate, can we make money, like you | 10:56:25 |
| 17 | said?  Like, are there investment opportunities | 10:56:28 |
| 18 | available?  And then third would be liquidity, so how | 10:56:30 |
| 19 | much assets can we assemble at a certain interest rate. | 10:56:34 |
| 20 | Q    But the goal of the interest rates was to | 10:56:37 |
| 21 | essentially hopefully earn or obtain more CredEarn | 10:56:41 |
| 22 | customers and to expand the base and to receive more | 10:56:46 |
| 23 | money for Cred; correct? | 10:56:49 |
| 24 | A    Yes, yes.  It was profitability and liquidity, | 10:56:50 |
| 25 | kind of a combination of those two.  Yes. | 10:56:59 |

Page 72

| | | |
|---|---|---|
| 1 | Q     And is there a situation which Cred would | 10:57:01 |
| 2 | benefit from having low interest rates, I guess, compared | 10:57:03 |
| 3 | to the market? | 10:57:09 |
| 4 | A     Yes.  Our net interest expense would be lower, | 10:57:09 |
| 5 | so it's less operating expense for the business. | 10:57:13 |
| 6 | And just to kind of piggyback on that, the | 10:57:24 |
| 7 | second piece of it is that it would also allow us to take | 10:57:26 |
| 8 | less risk on our investments on the back end. | 10:57:31 |
| 9 | Q     To have lower interest rates? | 10:57:32 |
| 10 | A     Yeah.  If we have lower interest rates, it | 10:57:34 |
| 11 | means we can take less risk. | 10:57:37 |
| 12 | Q     Right.  And just to clarify, again, that the | 10:57:39 |
| 13 | interest rates needed to be calibrated in a way that | 10:57:47 |
| 14 | would drive CredEarn customers to Cred, | 10:57:51 |
| 15 | essentially; correct? | 10:57:54 |
| 16 | A     Uh-huh. | 10:57:55 |
| 17 | Q     So would you say that component of the Cred | 10:57:56 |
| 18 | interest rates are sales-driven? | 10:58:00 |
| 19 | A     Well, profitability is the first lens.  You | 10:58:02 |
| 20 | know, we have to make sure we can make money on the | 10:58:08 |
| 21 | deals.  You know, if we set the rates too high -- like | 10:58:11 |
| 22 | 20, 30 percent -- we would never make a dollar on it. | 10:58:15 |
| 23 | And then, yeah, Number 2 would be that goal, | 10:58:20 |
| 24 | specifically to get -- to drive customers to our | 10:58:23 |
| 25 | platform. | 10:58:25 |

Page 73

```
 1        Q     I see.  But, like, the two are somewhat hand in      10:58:25

 2   hand; right?  Like in terms of you can't --                     10:58:28

 3        A     Uh-huh.                                              10:58:30

 4        Q     -- you needed the clients to be there to invest     10:58:31

 5   their money in -- or put their money in CredEarn, but you       10:58:34

 6   needed also interest rates to attract them; correct?           10:58:37

 7        A     There's a -- there's an inverse relationship         10:58:40

 8   between the two for sure.  I mean, we had to balance            10:58:42

 9   that.                                                           10:58:45

10        Q     I see.  And were you the primary person that         10:58:45

11   would make that determination, trying to balance that          10:58:51

12   inverse relationship?                                           10:58:54

13        A     I mean, it was an investment committee               10:58:55

14   responsibility.  So yeah, certainly, I was a big part of       10:59:01

15   it.                                                             10:59:04

16             MR. LIN:  Okay.  I'm going to go ahead and            10:59:20

17   introduce Exhibit Number 7.                                     10:59:23

18             (Exhibit 7 marked.)                                   10:59:28

19   BY MR. LIN:                                                     10:59:28

20        Q     Please let me know when you get this.               10:59:28

21   Hopefully soon.                                                 10:59:31

22        A     Yeah.                                                10:59:32

23        Q     Did you receive -- or do you have Exhibit 7 in      10:59:54

24   front of you?                                                   10:59:57

25        A     Not yet.  Give me one moment.  My computer --       10:59:57
```

Page 74

| | | |
|---|---|---|
| 1 | okay. I have it now. | 11:00:18 |
| 2 | Q    Can you please review the email, please. | 11:00:21 |
| 3 | A    Yes.  Okay. | 11:00:23 |
| 4 | Q    Have you seen this email before? | 11:00:56 |
| 5 | A    Yes. | 11:00:58 |
| 6 | Q    Do you remember sending out this email? | 11:01:00 |
| 7 | A    Yes. | 11:01:03 |
| 8 | Q    So the top email from you on April 13th, 2020, | 11:01:05 |
| 9 | at 7:03 -- and I'm just going to quote for the purposes | 11:01:16 |
| 10 | of the record.  I know you reviewed this.  Quote, "We | 11:01:20 |
| 11 | recommend the following changes:  All changes are for | 11:01:25 |
| 12 | premium rates.  The best rates can remain the same. | 11:01:27 |
| 13 | BTC/UPBTC, 9 percent to 8 percent; XRP, 5 percent to | 11:01:33 |
| 14 | 4 percent; BCH, 6 percent to 4 percent; then LBA, 10 | 11:01:38 |
| 15 | percent to 8 percent; and then USD Stablecoin/DAI rates | 11:01:45 |
| 16 | fixed at 8 percent." | 11:01:54 |
| 17 | These were your recommendations; correct? | 11:01:55 |
| 18 | A    These are recommendations from Cred Capital to | 11:01:59 |
| 19 | the investment committee of Cred. | 11:02:04 |
| 20 | Q    And did you have a part in making -- | 11:02:05 |
| 21 | determining these interest rates? | 11:02:10 |
| 22 | A    Yes. | 11:02:12 |
| 23 | Q    Did anyone help you determine these interest | 11:02:13 |
| 24 | rates? | 11:02:17 |
| 25 | A    James Alexander. | 11:02:17 |

Page 75

| | | |
|---|---|---|
| 1 | Q    And you determined these interest rates using | 11:02:20 |
| 2 | the same analysis that you mentioned before in terms of | 11:02:26 |
| 3 | trying to balance that inverse relationship between | 11:02:30 |
| 4 | attracting customers but maintaining | 11:02:33 |
| 5 | profitability; correct? | 11:02:37 |
| 6 | A    Correct.  And this is part of a -- by the way, | 11:02:37 |
| 7 | there was one -- it shouldn't say "the best rates"; it's | 11:02:42 |
| 8 | the base rates.  But the -- the fundamental ethos for | 11:02:46 |
| 9 | this year, you know, starting back in January, February | 11:02:51 |
| 10 | when I was brought on is we wanted to reduce rates by at | 11:02:53 |
| 11 | least 2 to 4 percent over the course of the year.  And so | 11:02:56 |
| 12 | this was sort of the first step in that process. | 11:03:00 |
| 13 | Q    I'm sorry.  So you said the goal or the ethos | 11:03:09 |
| 14 | for Cred Capital was to try to reduce rates going | 11:03:13 |
| 15 | forward? | 11:03:17 |
| 16 | A    I think it was agreed to by the IC.  You know, | 11:03:17 |
| 17 | we just wanted to get to it eventually, be 2 to 4 percent | 11:03:21 |
| 18 | lower, you know, sitting in December.  And so this was | 11:03:26 |
| 19 | the first recommendation, I believe, to get us there. | 11:03:29 |
| 20 | Q    And by "first recommendation," do you mean | 11:03:33 |
| 21 | first recommendation that you hoped to provide the | 11:03:38 |
| 22 | investment committee? | 11:03:42 |
| 23 | A    Yes.  To reduce rates.  There may have been one | 11:03:43 |
| 24 | in March, but I don't think so. | 11:03:49 |
| 25 | Q    And did the investment committee adopt these | 11:03:52 |

Page 76

```
 1    rates that you and James Alexander proposed for the        11:03:57

 2    cryptocurrency that's listed in the email?                 11:04:03

 3       A     In this case, yes, I believe it was adopted.      11:04:06

 4       Q     Do you know if these rate changes were            11:04:08

 5    successful in terms of maintaining that balance between    11:04:15

 6    that inverse relationship we were discussing:  Between     11:04:21

 7    maintaining profitability and attracting clients?          11:04:24

 8       A     I do.  I think the reason why I say that is       11:04:27

 9    because we wanted to be priced, like I mentioned, at or    11:04:32

10    slightly above -- for example, this email pertains to      11:04:36

11    Celsius, who was probably the primary competitor when it   11:04:39

12    comes to setting the interest rates.  So we wanted to be   11:04:45

13    at or slightly above Celsius's interest rate.              11:04:49

14       Q     What about for your other proposals for           11:04:52

15    interest rates?  Or do you think that was also successful  11:04:54

16    in maintaining that balance?                               11:04:57

17       A     I don't know about successful in maintaining      11:04:59

18    the balance.  I know one issue we had over the summer was  11:05:05

19    that our interest rates were probably set too low.  It     11:05:09

20    was part of a marketing campaign that was suggested by     11:05:14

21    Dan and team and the IC to try to market our risk          11:05:19

22    management approach rather than higher interest rates.     11:05:24

23    And that was not a successful approach over the summer.    11:05:28

24          So that would be one where I feel like maybe         11:05:31

25    they were -- maybe my recommendations did not pan out as   11:05:35
```

Page 77

1    expected.                                            11:05:37

2        Q    And in that case, in September, you mentioned    11:05:38

3    that -- I'm sorry.  Scratch that.                    11:05:45

4            Who was responsible for setting that interest    11:05:50

5    rate in September 2020?                              11:05:52

6        A    The investment committee.                   11:05:54

7        Q    And who made the recommendation to the      11:05:57

8    investment committee to set the interest rates at the    11:05:59

9    levels they were in September 2020?                  11:06:03

10       A    I'd say this decision was a little bit more    11:06:06

11   collaborative.  You know, we realized that there was,    11:06:09

12   obviously, a lot of liquidity issues.  And then, second,    11:06:13

13   our rates were almost 4 percent lower than Celsius at the    11:06:16

14   time.                                                11:06:20

15           And so we kind of attributed the doldrums of    11:06:20

16   June to August just us being underpriced relative to our    11:06:27

17   competitors.  So I don't think there was any one proposal    11:06:32

18   made to the IC.  I think it was more of a collaborative    11:06:35

19   effort to set the rate to focus on that balance as you    11:06:38

20   mentioned.                                           11:06:41

21       Q    And at this time in September, who was on the    11:06:42

22   investment committee?                                11:06:46

23       A    Myself, Dan Schatt, Joe Podulka, Adnan Khakoo.    11:06:47

24       Q    So James Alexander at this point was not a    11:06:59

25   member of the investment committee?                  11:07:01

Page 78

| | | |
|---|---|---|
| 1 | A    No. | 11:07:04 |
| 2 | Q    And at this point in time, in September 2020, | 11:07:04 |
| 3 | who were the members of the capital markets team? | 11:07:12 |
| 4 | A    Me.  And that's pretty much it. | 11:07:15 |
| 5 | Q    Okay. | 11:07:19 |
| 6 | A    Just give me one moment.  Sorry. | 11:07:43 |
| 7 | Q    Okay.  No problem. | 11:07:46 |
| 8 | A    Sorry.  Doorbell goes off. | 11:08:03 |
| 9 | Q    So how would you describe your role in | 11:08:13 |
| 10 | September 2020 in making that decision in setting the | 11:08:20 |
| 11 | rates at that time? | 11:08:26 |
| 12 | A    My role was to provide information to the IC. | 11:08:27 |
| 13 | So, you know, aggregate the information from all of | 11:08:36 |
| 14 | the -- the public sources of information or where | 11:08:42 |
| 15 | everyone else was setting their rates and provide that to | 11:08:47 |
| 16 | the investment committee.  That was my primary role in | 11:08:50 |
| 17 | discussing how high, how low we should go. | 11:08:52 |
| 18 | Q    And what was your view in terms of these | 11:08:56 |
| 19 | interest rates?  Like, did you think that they were too | 11:09:05 |
| 20 | low at the time you made the recommendation, or did you | 11:09:08 |
| 21 | just think they were too high? | 11:09:10 |
| 22 | Or what were -- what was your opinion on it? | 11:09:12 |
| 23 | A    So we were certainly underpriced relative to | 11:09:13 |
| 24 | Celsius, which was a larger market player.  But certainly | 11:09:23 |
| 25 | there wasn't a concern that it was at risk to our | 11:09:25 |

Page 79

```
 1    investment.  And so one of the comments that I had made        11:09:28

 2    so that, you know, if we were going to increase rates, we      11:09:33

 3    should do so as a marketing expense.                           11:09:37

 4           For example, our rates -- I don't remember              11:09:41

 5    exactly what they were, but let's say they were at             11:09:42

 6    8 percent at the time, and we were going to increase them      11:09:44

 7    to 10 percent.  So that net interest differential of           11:09:46

 8    2 percent we should see as a marketing campaign rather         11:09:51

 9    than an actual sustainable yield that we could hold on         11:09:53

10    our platform.  That would allow me, then, to not have to       11:09:58

11    increase risk on the back end.                                 11:10:01

12       Q    So you say to consider the difference between          11:10:04

13    the rates as a marketing expense is because you think          11:10:10

14    that the difference between the rates would help market        11:10:14

15    CredEarn to the clients, customers?                            11:10:22

16       A    Yeah.  It would be a short-lived, essentially,         11:10:22

17    you know, rate increase.                                       11:10:25

18           MR. LIN:  I see.  I'm going to introduce as             11:10:31

19    Exhibit Number 8.  Hopefully it appears on your screen         11:10:33

20    shortly.                                                       11:10:40

21           (Exhibit 8 marked.)                                     11:10:48

22           THE WITNESS:  Sorry.  One second.                       11:10:48

23    BY MR. LIN:                                                    11:10:53

24       Q    Sorry.  Did you say something, Daniyal?                11:10:54

25    Daniyal?                                                       11:10:58
```

Page 80

| | | |
|---|---|---|
| 1 | A    I thought it popped up, but it didn't. | 11:10:59 |
| 2 | Okay.  I have it. | 11:11:11 |
| 3 | Q    Okay.  Can you review this email, please. | 11:11:11 |
| 4 | A    Okay.  Reviewed. | 11:11:29 |
| 5 | Q    Can you describe this email for the record, | 11:11:32 |
| 6 | please. | 11:11:36 |
| 7 | A    This is a conversation that I had with Devon | 11:11:36 |
| 8 | Kline, who was, as you can see, director of financial | 11:11:40 |
| 9 | operations.  Together, we were piecing together a | 11:11:43 |
| 10 | potential marketing campaign for our sales team, and this | 11:11:47 |
| 11 | is what it is.  It's kind of an explanation to -- to Dan | 11:11:52 |
| 12 | about that specific one, who I had prior conversations | 11:11:57 |
| 13 | about the same topic. | 11:12:04 |
| 14 | Q    So in Devon Kline's email, where it says -- | 11:12:05 |
| 15 | from September 10th, 2020, at 3:10 p.m., Devon writes, | 11:12:10 |
| 16 | "Dan, D and I discussed a promotion for September and | 11:12:16 |
| 17 | decided that the promotion that would level us with | 11:12:19 |
| 18 | our -- with competitors would be a 3 percent increase in | 11:12:22 |
| 19 | rates on BTC, BTH, USD and XRP.  We have capped the | 11:12:25 |
| 20 | promotion at 5 million." | 11:12:32 |
| 21 | "D" in this case is referring to you; correct? | 11:12:35 |
| 22 | A    Yes.  Yes, that's me. | 11:12:38 |
| 23 | Q    So you and Devon had a conversation about | 11:12:43 |
| 24 | setting these particular interest rates; correct? | 11:12:46 |
| 25 | A    Yes. | 11:12:48 |

Page 81

| | | |
|---|---|---|
| 1 | Q     And how did you decide on this particular | 11:12:50 |
| 2 | 3 percent interest -- sorry, 3 percent increase on the | 11:12:56 |
| 3 | rate on BTC, BTH, USD and XRP? | 11:13:00 |
| 4 | A     We looked at where Celsius was pricing their | 11:13:06 |
| 5 | instruments and tried to price at or above them.  I don't | 11:13:09 |
| 6 | remember exactly what they were on September 10th, but | 11:13:13 |
| 7 | that was the goal.  And that conversation was sparked as | 11:13:16 |
| 8 | a result of an investor committee -- investment committee | 11:13:19 |
| 9 | meeting that same day on September 10th.  So Dan asked me | 11:13:22 |
| 10 | to get with Devon and figure out what rates would allow | 11:13:25 |
| 11 | us to be competitive. | 11:13:30 |
| 12 | I'm just going to switch my AirPod because this | 11:13:31 |
| 13 | one is dying. | 11:13:35 |
| 14 | Q     Okay. | 11:13:36 |
| 15 | A     Can you hear me? | 11:13:41 |
| 16 | Q     Yes.  Can you hear me? | 11:13:42 |
| 17 | A     Yep. | 11:13:44 |
| 18 | Q     So I'm just going to direct your attention to | 11:13:45 |
| 19 | the email that you sent out same day at 3:32.  And you | 11:13:50 |
| 20 | said -- I'm just quoting your email -- "We decided to go | 11:13:56 |
| 21 | with the 3 percent premium on the stable coins and | 11:14:01 |
| 22 | 1 percent premium on BTC, BTH, and XRP," and in | 11:14:03 |
| 23 | parentheses, "(given our rates are already above | 11:14:08 |
| 24 | competitors)"; correct? | 11:14:12 |
| 25 | A     Uh-huh. | 11:14:14 |

Page 82

```
 1        Q      And that was based on the criteria that you      11:14:14

 2   previously described in terms of maintaining competitive     11:14:16

 3   with the competitors; correct?                               11:14:20

 4        A      Yes, that's correct.                             11:14:21

 5        Q      Do you know if the investment committee acted    11:14:23

 6   upon your -- by "acted upon," I mean did they adopt your     11:14:28

 7   proposal on changing these interest rates for these          11:14:34

 8   cryptocurrency?                                              11:14:39

 9        A      I believe they did, yes.                         11:14:41

10        Q      And this was on September 10, 2020; correct?     11:14:42

11        A      Uh-huh.  Yes.                                    11:14:49

12        Q      So did your role at Cred involve any other --    11:14:51

13   or any marketing activity of any Cred products?              11:15:23

14        A      Did my role specifically?                        11:15:26

15        Q      Yes.                                             11:15:31

16        A      I would be brought on to help business           11:15:31

17   development, sales, and C-suite explain some of the          11:15:34

18   investments that we had made.  So that was -- people         11:15:41

19   would frequently bring me on calls to discuss those          11:15:44

20   items.                                                       11:15:47

21        Q      And you were -- you would be placed on these     11:15:47

22   calls in order to attract clients to Cred or potential       11:15:50

23   business partners?                                           11:15:54

24        A      Yes.                                             11:15:55

25        Q      To both clients and business partners?           11:15:56
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A    Yes, to both clients and business partners. | 11:16:00 |
| 2 | Q    Did you do any other promotional activities | 11:16:03 |
| 3 | for -- for Cred? | 11:16:10 |
| 4 | A    I would help out on marketing campaigns like | 11:16:13 |
| 5 | this email that you had provided.  I was on a -- I was | 11:16:17 |
| 6 | on -- what do you call it? -- a podcast, a few podcasts | 11:16:24 |
| 7 | over the last year, which was promotional.  And that's | 11:16:30 |
| 8 | pretty much it.  And then outside of, obviously, direct | 11:16:34 |
| 9 | phone calls. | 11:16:37 |
| 10 | Q    Did you ever appear on YouTube to -- on behalf | 11:16:37 |
| 11 | of Cred to answer questions and to promote the company? | 11:16:42 |
| 12 | A    Oh, yes.  The AMA as well.  That's correct.  I | 11:16:46 |
| 13 | was on that as well. | 11:16:49 |
| 14 | Q    And when was the AMA? | 11:16:50 |
| 15 | A    I don't remember the exact day.  It must have | 11:16:51 |
| 16 | been September is my guess or maybe October.  I don't | 11:16:56 |
| 17 | remember off the top of my head.  I'm sorry. | 11:17:00 |
| 18 | Q    And by "AMA," you mean "ask me | 11:17:02 |
| 19 | anything"; correct? | 11:17:06 |
| 20 | A    Yes.  Uh-huh. | 11:17:06 |
| 21 | Q    So investors or Cred clients would ask you | 11:17:08 |
| 22 | questions, and you would field these questions and answer | 11:17:13 |
| 23 | them; correct? | 11:17:17 |
| 24 | A    That's correct.  Yes. | 11:17:18 |
| 25 | Q    Did you ever create any of Cred's marketing | 11:17:19 |

Page 84

1    materials?                                                11:17:25

2        A    Marketing materials?  I would create page      11:17:25

3    stacks for maybe some of the larger relationships.  There  11:17:34

4    was one file called -- I don't remember the exact name,   11:17:37

5    but it was essentially just an overview of our            11:17:41

6    all-weather strategy, which was adopted by Cred back in   11:17:47

7    2019.  And so it was basically just a rehash of that, and  11:17:52

8    there was an additional page with some high-level bullet  11:17:55

9    points about our company.                                 11:17:58

10       But those were the primary two, and then I           11:17:59

11   would also rehash other documentation that we had in our  11:18:02

12   platform for particular pitches that we had.              11:18:07

13       Q    I'm sorry.  What do you mean by "rehash certain  11:18:10

14   documents"?                                               11:18:14

15       A    So if there was, like, an investor presentation  11:18:14

16   that someone else had prepared before, you know, I would,  11:18:18

17   you know, repurpose that for investors.  And when I was   11:18:22

18   at Cred Capital, I did create, you know, the investment   11:18:26

19   or presentation material in pursuit of an equity          11:18:30

20   investment as well.                                       11:18:36

21       Q    Okay.  Any other materials that you would be in  11:18:36

22   charge of making towards marketing?                       11:18:43

23       A    I would sign off on marketing releases.  So if   11:18:45

24   marketing was going to release, you know, something on    11:18:56

25   Twitter or, you know, email blast, I would be one of the  11:18:58

Page 85

| | | |
|---|---|---|
| 1 | individuals that would sign off on that.  Recently, like, | 11:19:02 |
| 2 | starting in like August. | 11:19:06 |
| 3 | Q    So in August, you would be one of the persons | 11:19:07 |
| 4 | to sign off on a certain marketing release; correct? | 11:19:12 |
| 5 | A    That's correct. | 11:19:16 |
| 6 | Q    Do you remember any of these releases, | 11:19:18 |
| 7 | marketing releases? | 11:19:23 |
| 8 | A    There was one on this Stablecoin announcement. | 11:19:24 |
| 9 | I believe there was a golf tournament that we had.  Those | 11:19:29 |
| 10 | are the two that pop to mind. | 11:19:32 |
| 11 | Q    So you approved the marketing release for this | 11:19:35 |
| 12 | September promotion, Exhibit 8 -- that's related to | 11:19:40 |
| 13 | Exhibit 8? | 11:19:49 |
| 14 | A    Yes.  Uh-huh. | 11:19:49 |
| 15 | Q    Did your role at Cred involve managing the | 11:19:51 |
| 16 | company's relationship with its asset managers? | 11:19:59 |
| 17 | A    Yes.  I would be in constant communication with | 11:20:03 |
| 18 | our asset managers. | 11:20:10 |
| 19 | Q    And what would you be in communication | 11:20:12 |
| 20 | concerning with these asset managers? | 11:20:15 |
| 21 | A    Performance reports on, you know, whatever | 11:20:17 |
| 22 | cadence for each manager; market updates, to see where | 11:20:23 |
| 23 | the industry is moving and just questions about the | 11:20:28 |
| 24 | portfolio, if there were, you know, any anomalies or | 11:20:34 |
| 25 | things that we did not understand. | 11:20:38 |

Page 86

| | | |
|---|---|---|
| 1 | Q    And was this true of all of Cred's asset | 11:20:45 |
| 2 | managers? | 11:20:48 |
| 3 | A    Yes.  That's true, yes. | 11:20:48 |
| 4 | Q    What about when James Alexander was still part | 11:20:53 |
| 5 | of Cred?  Were you still the main point of contact for | 11:21:06 |
| 6 | these asset managers? | 11:21:11 |
| 7 | A    Yeah.  I was sort of the VP to the MD, if you | 11:21:12 |
| 8 | think about it from a banking concept.  So James was | 11:21:19 |
| 9 | certainly copied on everything, but I would facilitate | 11:21:22 |
| 10 | most of the work. | 11:21:25 |
| 11 | Q    And you mentioned anomalies. | 11:21:26 |
| 12 | What do you mean by that in terms of liaising | 11:21:30 |
| 13 | between an asset manager? | 11:21:35 |
| 14 | A    Under-performance was one, so there was a case | 11:21:36 |
| 15 | where a manager just didn't hit a benchmark, and we would | 11:21:43 |
| 16 | go to them and ask questions about what happened over the | 11:21:47 |
| 17 | last month.  There was a blowup of a company named | 11:21:50 |
| 18 | Martingale Capital back on March 12th. | 11:21:56 |
| 19 | So that firm closed up shop shortly after, so I | 11:22:00 |
| 20 | was working with them on that process, sending updates | 11:22:04 |
| 21 | about that situation to our investment community. | 11:22:09 |
| 22 | Those are two of the anomalies. | 11:22:09 |
| 23 | Q    What about managing relationships with | 11:22:11 |
| 24 | companies that offered cryptocurrencies? | 11:22:18 |
| 25 | A    Yes.  So I would liaise with a few, and that | 11:22:25 |

Page 87

```
 1    was pretty much to help facilitate different products,      11:22:29

 2    you know, on their platform.  So if I thought of anything   11:22:36

 3    unique, just based on my expertise and how we could         11:22:39

 4    package it for that particular company, I would be part     11:22:44

 5    of that deal.  Like with Ripple that you noted before.      11:22:47

 6         Q    Right.  And just to clarify, I'm not -- I'm       11:22:52

 7    sorry if you already answered this.                         11:22:57

 8              But in terms of, like, the everyday, though,      11:22:59

 9    with a company like Ripple that's offer cryptocurrency,     11:23:02

10    like, would you also be the point of contact there?         11:23:07

11         A    No.  That was typically the business             11:23:09

12    development team.  That would be the relationship           11:23:13

13    manager.  I would be brought on to just a few               11:23:17

14    conversations.                                              11:23:19

15         Q    And why would they introduce -- why would they   11:23:20

16    bring you on for these conversations?                       11:23:23

17         A    To introduce me to their team, to present        11:23:24

18    different types of structures on deals.  If, you know, I    11:23:29

19    had created one or thought one might be interesting.        11:23:33

20         Q    And going back to Martingale because you         11:23:38

21    mentioned that this was one of the anomalies, as you put    11:23:42

22    it.                                                         11:23:47

23              Were there any losses that were associated with  11:23:47

24    the Martingale transaction?                                 11:23:49

25         A    Yes.  That -- I don't remember exactly how much  11:23:51
```

Page 88

| | | |
|---|---|---|
| 1 | we had.  I want to say it was about 500 Bitcoin.  And we | 11:23:58 |
| 2 | had a total loss of 14 percent, if I remember the number, | 11:24:04 |
| 3 | of the amount that we had invested. | 11:24:08 |
| 4 | Q    I see.  And do you remember any other trades | 11:24:10 |
| 5 | between Cred and another party where you were the point | 11:24:18 |
| 6 | of contact and then there was some losses that ended or | 11:24:23 |
| 7 | that resulted from the relationship between Cred and the | 11:24:28 |
| 8 | entity? | 11:24:34 |
| 9 | A    Sure.  Sarson Funds that, you know, the first | 11:24:34 |
| 10 | two months were a lot in trade.  I think they were down 2 | 11:24:39 |
| 11 | to 3 percent, maybe it was 5 percent, relative to the | 11:24:47 |
| 12 | benchmark.  So, you know, after that happened, we did a | 11:24:49 |
| 13 | reassessment of that situation, and we were comfortable | 11:24:51 |
| 14 | moving forward with them. | 11:24:55 |
| 15 | Outside of that, there was no major losses, | 11:24:56 |
| 16 | outside of CryptoLabs, Quanta Coin, obviously.  But that | 11:25:06 |
| 17 | was not really related to trading losses.  But, yeah, | 11:25:09 |
| 18 | those probably are the top ones. | 11:25:12 |
| 19 | Q    And what caused those losses in those examples | 11:25:14 |
| 20 | that you just referred to? | 11:25:17 |
| 21 | A    So with Sarson Funds, we were in a fund called | 11:25:20 |
| 22 | Fifth Khagan, which is a small coin/small token fund. | 11:25:26 |
| 23 | And the premise was -- the premise was to send them to | 11:25:30 |
| 24 | Ethereum -- E-T-H-E-R-E-U-M, the symbol is ETH -- and we | 11:25:45 |
| 25 | would invest in products that we felt would outperform | 11:25:53 |

Page 89

| | | |
|---|---|---|
| 1 | ETH over the long run. | 11:25:59 |
| 2 | So what had happened is when we made the | 11:26:01 |
| 3 | initial investment in ETH, ETH was on fire.  I don't | 11:26:04 |
| 4 | remember the exact performance, but it was doing very | 11:26:08 |
| 5 | well.  And so our investment and other token | 11:26:10 |
| 6 | underperformed ETH; however, that flipped later on as ETH | 11:26:17 |
| 7 | sort of refracted and other investments were more | 11:26:21 |
| 8 | profitable in the longer run.  That was one. | 11:26:25 |
| 9 | And the losses related to Martingale, I think | 11:26:29 |
| 10 | their business name was Cryptolab Capital -- that was a | 11:26:32 |
| 11 | derivative company -- or medium-frequency | 11:26:39 |
| 12 | derivatives-focused company -- or investor, I should say. | 11:26:43 |
| 13 | What ended up happening there was that they trade on | 11:26:45 |
| 14 | exchanges with high amounts of leverage and high amounts | 11:26:52 |
| 15 | of volatility. | 11:26:52 |
| 16 | For example, one of the exchanges that they | 11:26:57 |
| 17 | traded on was a company named BitMEX, and what ended up | 11:26:59 |
| 18 | happening is on March 12th when crypto was falling, the | 11:27:04 |
| 19 | value of the futures contracts could not move in lockstep | 11:27:07 |
| 20 | with the value of the spot, which was Bitcoin. | 11:27:14 |
| 21 | And due to that, the stop-loss was executed | 11:27:19 |
| 22 | much lower than where they had placed those stop orders | 11:27:23 |
| 23 | at.  So, ultimately, that's the reason -- they're -- they | 11:27:28 |
| 24 | had two funds that they had managed; there was a dollar | 11:27:31 |
| 25 | fund and a Bitcoin fund.  The dollar fund, which | 11:27:34 |

Page 90

```
 1    thankfully we weren't invested in, was down 80,        11:27:37

 2    90 percent, I believe.  But the fund we were invested in  11:27:42

 3    was relatively protected.  It was only down 14 percent.   11:27:43

 4        Q    And in the example of Martingale, whose        11:27:45

 5    decision was it to enter into those futures contracts    11:27:54

 6    with Martingale?                                         11:28:02

 7        A    Martingale was the -- they were the investors.  11:28:03

 8    They invested in those futures contract.                 11:28:05

 9        Q    Oh, I see.  Then who was in charge of entering  11:28:06

10    into this agreement with Martingale?                     11:28:11

11        A    I honestly don't know.  That was before me.  I  11:28:16

12    assume it was the investment committee as well.          11:28:19

13        Q    So what is the investment committee at Cred?    11:28:22

14        A    What is?  So there's no documentation to lay    11:28:36

15    process and procedures for exactly what the investment   11:28:44

16    committee was, to my knowledge, at least.  But the intent 11:28:47

17    was to structure and have a body that was responsible for 11:28:52

18    the investments and risk management of the CredEarn and  11:28:58

19    CredBorrow portfolios.                                   11:29:12

20        Q    And were they responsible for anything else?    11:29:14

21        A    I guess if there were investment opportunities  11:29:20

22    outside of that, then they would probably would have     11:29:28

23    talked about it.  I know there was an investment made     11:29:32

24    into a Luxembourg vehicle, an acquisition that was made.  11:29:35

25            And that was, like, I believe, signed off by     11:29:39
```

Page 91

| | | |
|---|---|---|
| 1 | the investment committee as well.  But that was before my | 11:29:43 |
| 2 | time. | 11:29:46 |
| 3 | Q    And are you a member of this committee? | 11:29:47 |
| 4 | A    Yes. | 11:29:53 |
| 5 | Q    And who else is a member of the investment | 11:29:55 |
| 6 | committee? | 11:29:59 |
| 7 | A    It changed over time, so initially it was | 11:29:59 |
| 8 | James, me, Dan, Joe, Heidi, Sally, and then Dan Wheeler, | 11:30:05 |
| 9 | who was the general counsel. | 11:30:14 |
| 10 | And since there was no specific process for | 11:30:16 |
| 11 | adding or subtracting members, I think, you know, my | 11:30:19 |
| 12 | addition led to Sally retreating, for example, from the | 11:30:26 |
| 13 | investment committee.  And then ultimately back in, like, | 11:30:29 |
| 14 | September, you know, there was one occasion I believe -- | 11:30:32 |
| 15 | it was in August or July -- where I asked, you know, who | 11:30:35 |
| 16 | should be included in the next investment committee, and | 11:30:39 |
| 17 | Dan recommended that it just be the four of us that I | 11:30:42 |
| 18 | mentioned before:  Dan, Joe, Adnan, and myself. | 11:30:44 |
| 19 | Q    I see.  And do you know who's a member of the | 11:30:47 |
| 20 | investment committee but before your tenure at Cred? | 11:30:53 |
| 21 | A    I assume that same list that I gave you | 11:30:56 |
| 22 | initially minus myself, obviously.  I don't know what the | 11:31:03 |
| 23 | order or changes throughout the year were. | 11:31:07 |
| 24 | Q    Would it include James Alexander to the best of | 11:31:10 |
| 25 | your knowledge? | 11:31:14 |

Page 92

| | | |
|---|---|---|
| 1 | A      Probably.  Absolutely.  Yeah, exactly. | 11:31:14 |
| 2 | Q      So how does the investment committee reach a | 11:31:17 |
| 3 | decision on a particular investment? | 11:31:30 |
| 4 | A      A proposal is made to the investment committee. | 11:31:32 |
| 5 | One person typically -- the way that each meeting works | 11:31:38 |
| 6 | is that one person, which is primarily myself, at the end | 11:31:43 |
| 7 | of it would go through the performance, would go through | 11:31:46 |
| 8 | the liquidity situation at the company, and then any | 11:31:50 |
| 9 | proposals.  Not always that order, but, you know, one or | 11:31:53 |
| 10 | the other.  And there would typically need to be a | 11:31:57 |
| 11 | unanimous decision by the investment committee to move | 11:32:00 |
| 12 | forward with something. | 11:32:05 |
| 13 | Q      So the -- you said the decision has to be | 11:32:05 |
| 14 | unanimous, so everyone on the investment committee would | 11:32:10 |
| 15 | have to agree on a certain change or the proposed change | 11:32:13 |
| 16 | or investment or move beyond or to be accepted by the | 11:32:18 |
| 17 | investment committee; correct? | 11:32:22 |
| 18 | A      That's correct.  I mean, obviously, the person | 11:32:24 |
| 19 | proposing is, you know, in advocate of that particular | 11:32:25 |
| 20 | position.  But it would need consent by the rest of the | 11:32:30 |
| 21 | investment committee. | 11:32:34 |
| 22 | Q      Would the person proposing an investment or | 11:32:35 |
| 23 | making any sort of proposal before the investment | 11:32:39 |
| 24 | committee -- would they also have a vote on the | 11:32:42 |
| 25 | investment committee? | 11:32:45 |

Page 93

```
1        A     I think the votes were always just presumed to    11:32:46

2   be us, given it was that individual's proposal.             11:32:49

3        Q     Fair enough.  Yeah.                               11:32:52

4        A     Yeah.                                             11:32:53

5        Q     And have you ever made any recommendations to     11:32:53

6   the investment committee?                                   11:33:05

7        A     Yes.                                              11:33:06

8        Q     Do you remember how many recommendations that     11:33:07

9   you've made?                                                11:33:11

10        A     I think I said this before.  There was          11:33:11

11   somewhere between three to four actual strategies, and     11:33:17

12   there may have been two or three other actual              11:33:21

13   investments, like selling call options that were made.     11:33:24

14             Outside of trading strategies, I did make         11:33:27

15   recommendations about liquidity and -- yeah, and, like,    11:33:30

16   risk management, for example, were the other               11:33:37

17   recommendations.  But those were outside of investment     11:33:40

18   purview.                                                   11:33:44

19        Q     What about interest rate increases or            11:33:44

20   decreases?                                                 11:33:47

21        A     Sorry.  Yes, I see that as risk.  But, yeah,     11:33:47

22   that would be a part of it.                                11:33:51

23        Q     I'm sorry, you would see that as?  I just        11:33:52

24   didn't hear you.  Sorry.                                   11:33:55

25        A     I said risk management initially when I was      11:33:57
```

Page 94

```
1    talking about the role and the responsibilities, like you    11:34:00

2    set an interest rate policy as a part of risk management.     11:34:02

3        Q    What else would be considered part of risk          11:34:03

4    management of the investment committee purview?               11:34:07

5        A    Performance analysis, signing off on                11:34:15

6    investments -- you know, making sure, for example,            11:34:18

7    there's sufficient understanding of the risk, like I          11:34:21

8    mentioned before.  And, you know, those were probably the     11:34:24

9    biggest ones, and I'm making sure we have a good              11:34:29

10   understanding of performance month over month.                11:34:32

11       Q    And did you ever recommend to the investment         11:34:34

12   committee to partner up with a specific asset manager?        11:34:45

13       A    Yes.  So I recommended Sarson Funds back in --       11:34:48

14   I believe it was March, April.  I recommended Blockfills.     11:34:56

15   And those were the only two.                                  11:35:00

16       Q    Those are the only two asset managers that you       11:35:05

17   recommended --                                                11:35:07

18       A    Correct.                                             11:35:08

19       Q    -- to the investment committee; correct?            11:35:09

20       A    Let me just make sure -- yes, those were the         11:35:11

21   only two.                                                     11:35:18

22            MR. LIN:  I'm going to introduce another             11:35:39

23   exhibit as Exhibit Number 9.                                  11:35:41

24            (Exhibit 9 marked.)                                  11:35:53

25   ///                                                           11:35:53
```

Page 95

1    BY MR. LIN:                                                11:35:53

2        Q     Can you let me know when you receive it.         11:35:54

3        A     Okay.  I have it in front of me.                 11:35:56

4        Q     Can you take a moment to review this or however  11:36:08

5    long you need to review it.                                11:36:11

6        A     Yes, I've reviewed it -- I reviewed it.          11:36:37

7        Q     Do you recognize this email?                     11:36:40

8        A     Yes.                                             11:36:41

9        Q     Do you remember taking part in this email        11:36:42

10   conversation?                                              11:36:45

11       A     Yes.                                             11:36:46

12       Q     And can you just briefly describe this email     11:36:48

13   for the record, please.                                    11:36:52

14       A     This was Devon was attempting to create a sales  11:36:53

15   and marketing dec that we could distribute to prospects,   11:37:01

16   and there were some items that Xavier and I had pointed     11:37:06

17   out about some of the items that may or may not -- should   11:37:11

18   or should not be listed in that agreement or that --        11:37:16

19   sorry, on that marketing collateral, I should say.         11:37:20

20       Q     So Devon's email on July 5th, 2020 at            11:37:24

21   2:03 p.m., it says -- I'm just quoting from the email      11:37:30

22   here -- it says, "D" and "M."                              11:37:33

23             Are you D in this case?                          11:37:36

24       A     Yes.                                             11:37:38

25       Q     And if I could direct your attention to the     11:37:39

                                                        Page 96

```
 1   email immediately after Devon's email from Xavier        11:37:51

 2   Rashotsky -- I might have mispronounced that.  Sorry --   11:37:59

 3   at 10:20.  It says, "Devon, I'm linking you here to our   11:38:04

 4   partner onboarding forms."  And it's -- if you could see, 11:38:08

 5   it's blued out.                                           11:38:12

 6        A     Yeah.                                          11:38:14

 7        Q     "This was created in collaboration with       11:38:18

 8   compliance to create a diligence review on our partners   11:38:19

 9   prior to onboarding.  Unfortunately, next to none of      11:38:20

10   these existing partners are joining going through this    11:38:23

11   process.  Dan Schatt has assured me that many partners    11:38:26

12   would be launched, thus forcing an approval of partners   11:38:31

13   from compliance.  We need to collaborate together to      11:38:32

14   ensure this is completed."                                11:38:36

15            What is Xavier's role at Cred?                   11:38:38

16        A     He was a senior operations person.            11:38:40

17        Q     And what onboarding -- partner onboarding form 11:38:45

18   is he linking to in this email, if you remember?          11:38:52

19        A     Yeah, if you remember from earlier in our     11:38:54

20   conversation, I was referring to a Google Form document   11:38:58

21   that all vendors, no matter how -- you know, what type of 11:39:01

22   relationship it is, needed to go through that process.    11:39:06

23            And part of that partner form was gathering      11:39:09

24   compliance information and any other tidbits of           11:39:12

25   information that were required.  And then after the       11:39:16
```

Page 97

```
 1    information was aggregated, it would be sent to all the      11:39:19

 2    department heads.                                            11:39:22

 3        Q    I see.  Jumping a bit now down to your email on     11:39:23

 4    Monday, July 6th at 3:09 p.m. --                             11:39:31

 5        A    Yeah.                                               11:39:36

 6        Q    I'm just going to quote from your email.  You       11:39:37

 7    write, quote, "The only due diligence I put together was     11:39:39

 8    for Blockfills.  Here is the folder for all of the           11:39:43

 9    information.  They're an asset manager, so there was a       11:39:46

10    great deal of info.  We asked around for that as            11:39:50

11    documented in my emails to Dan Wheeler.  Let me know if     11:39:53

12    we need to save it here as well," end quote.                11:39:55

13            So on July 6th, 2020, it's true that this was       11:40:01

14    the only due diligence that you've done on -- at Cred?      11:40:04

15        A    So I helped with the due diligence process on      11:40:12

16    Sarson Funds, I should say, also.  But I wasn't the lead    11:40:17

17    for compliance back then on new managers.  So all the       11:40:20

18    initial information required for distribution such as --    11:40:24

19    such as, like, beneficial ownership information, LLC        11:40:30

20    agreements, any other operating agreements, that sort of   11:40:46

21    stuff was compiled.                                         11:40:51

22            Blockfills was probably the first time that I      11:40:53

23    did everything from soup to nuts, which is why I           11:40:56

24    mentioned it like that.                                     11:41:00

25        Q    And would you also include in that list of due    11:41:03
```

| | | |
|---|---|---|
| 1 | diligence that you put together the due diligence | 11:41:12 |
| 2 | underwriting checklist that we've included before, or are | 11:41:15 |
| 3 | you referring to some other process? | 11:41:19 |
| 4 | A    This would be some other process because this | 11:41:20 |
| 5 | was specific for credit underwriting.  This would be a | 11:41:25 |
| 6 | different process. | 11:41:29 |
| 7 | Q    And this is a process for asset manager due | 11:41:30 |
| 8 | diligence? | 11:41:34 |
| 9 | A    That's correct.  That's correct.  Asset | 11:41:34 |
| 10 | managers. | 11:41:41 |
| 11 | Q    I see.  And why didn't you do -- or did you | 11:41:41 |
| 12 | ever do due diligence on existing asset managers when you | 11:41:47 |
| 13 | joined Cred Capital -- or Cred?  Sorry. | 11:41:53 |
| 14 | A    The asset managers at Cred at the time I was | 11:41:57 |
| 15 | onboarded included Cryptolab and Quancoin, but all of | 11:42:03 |
| 16 | that due diligence had already been performed.  So | 11:42:12 |
| 17 | there's -- from my understanding.  So there was no need | 11:42:14 |
| 18 | to redo that analysis.  The investment committee had | 11:42:16 |
| 19 | already signed off on those investments, so there was | 11:42:19 |
| 20 | just no need for that. | 11:42:23 |
| 21 | On an ongoing basis, my responsibility was to | 11:42:24 |
| 22 | collate reporting performance information from all of the | 11:42:28 |
| 23 | individuals from the asset managers, I should say. | 11:42:31 |
| 24 | Q    I see.  So as an ongoing basis, you collected | 11:42:36 |
| 25 | information from the asset managers; correct? | 11:42:42 |

Page 99

```
 1      A    Yes.                                          11:42:45

 2      Q    And did you take any steps to verify the     11:42:47

 3  accuracy of that information that you received from the   11:42:51

 4  asset managers?                                        11:42:53

 5      A    No.  Most of the information was unaudited, per   11:42:55

 6  performance information -- per performance information.   11:43:03

 7      Q    Why didn't you take any other steps to try to   11:43:06

 8  verify this information?                                11:43:09

 9      A    For Quancoin, for example, the assumption was   11:43:10

10  that there was administrator that was sitting in between,   11:43:15

11  which gives Cred a lot of comfort.  Obviously, it turned   11:43:20

12  out to not be true, but that's what happened.          11:43:23

13           For Sarson Funds, we had an administrator as   11:43:25

14  well named Sabrina, and they provided -- they provide   11:43:31

15  daily reporting, so we were very comfortable with that,   11:43:35

16  and they were a very well-known administrator as well.   11:43:37

17  For, I guess, Blockfills, we received a daily report.  So   11:43:42

18  we couldn't obviously verify them on a daily basis, but   11:43:50

19  we had conversations with them on I think at least a   11:43:54

20  monthly basis about what transpired over the last month.   11:43:57

21           And I don't remember who else.  Elovar       11:44:00

22  (phonetic), I guess, we received monthly statements about   11:44:04

23  interest accruals, and then the idea from them was that   11:44:08

24  we would get an annual report from them around January,   11:44:13

25  every single year.                                     11:44:16
```

Page 100

| | | |
|---|---|---|
| 1 | Cred would try to get information. | 11:44:20 |
| 2 | Sorry.  Go ahead. | 11:44:22 |
| 3 | Q    I'm sorry.  I didn't mean to cut you off. | 11:44:22 |
| 4 | A    No, no worries.  It was my fault.  moKred I was | 11:44:25 |
| 5 | going to mention, we requested the information but, | 11:44:28 |
| 6 | obviously, we were never given anything. | 11:44:32 |
| 7 | Q    You were never given any sort of information | 11:44:33 |
| 8 | from moKredit? | 11:44:37 |
| 9 | A    I was on two phone calls with Lu Hua, and there | 11:44:37 |
| 10 | was information that was in the securitization that we | 11:44:43 |
| 11 | attempted to do, I guess, in January.  So there was a | 11:44:47 |
| 12 | deal that was underwritten.  It was probably a three- to | 11:44:50 |
| 13 | five-page summary of moKred, which contained some | 11:44:54 |
| 14 | financial information.  Obviously, all this diligence was | 11:44:57 |
| 15 | performed before me. | 11:45:00 |
| 16 | And that was it.  So we didn't receive one page | 11:45:01 |
| 17 | or any of that sort of information. | 11:45:06 |
| 18 | Q    I see.  So you've never, as the head of Cred | 11:45:07 |
| 19 | Capital, have tried to look at prior diligence that was | 11:45:20 |
| 20 | performed before you on asset managers and tried to | 11:45:23 |
| 21 | verify the accuracy of that information; correct? | 11:45:26 |
| 22 | A    I was head of capital markets at Cred Capital. | 11:45:30 |
| 23 | Q    Oh, capital markets. | 11:45:35 |
| 24 | A    That's all right.  But, I mean, for the asset | 11:45:39 |
| 25 | managers that we had on the platform once we were at Cred | 11:45:41 |

Page 101

```
 1    Capital, you know, assuming we would -- you know, we        11:45:47

 2    would just wait for the reports.  But there was no set of   11:45:47

 3    verification, I guess, that we performed.  There was no     11:45:52

 4    valuation, for example, that was in between us.             11:45:54

 5        Q    But why wouldn't you want to try to verify the    11:45:57

 6    accuracy of -- of, you know, information that was           11:46:02

 7    presented by an asset manager in the past as head of        11:46:07

 8    capital markets?                                            11:46:12

 9        A    Well, most of the relationships were new, if      11:46:17

10    you think about it, so we had just recently performed       11:46:19

11    diligence.  My initial mandate was to expand the breadth    11:46:22

12    of our revenue-generating opportunities.  And because of    11:46:24

13    that, it was a combination.  We would certainly get         11:46:28

14    financial information; ask some questions, which was very   11:46:32

15    typical; and then look for other opportunities and work     11:46:35

16    on diligence there.                                         11:46:37

17            I'd say, you know, most of the times in these       11:46:39

18    sorts of situations, we would just wait for audited         11:46:43

19    financial statements, which are typically performed on an   11:46:45

20    annual basis.  And then we would ask some questions or      11:46:49

21    discuss it with the audit partner, for example.             11:46:51

22            But we never got to that stage.                     11:46:54

23        Q    So you've never performed, like, for lack of      11:46:57

24    better terms, like, an audit review on your existing        11:47:02

25    relationships with asset managers to verify, you know,      11:47:06
```

Page 102

```
 1    they filled out their diligence forms correctly and, you    11:47:10

 2    know, prepared all this information correctly just as an     11:47:13

 3    example, I guess?  Is that true?                             11:47:18

 4        A     No, I was not.  That's correct.  I did not.  I     11:47:19

 5    never went through an audit review process.                 11:47:25

 6        Q     Do you know if James Alexander -- do you know      11:47:27

 7    if he did an audit review process of --                     11:47:31

 8        A     I don't know.                                      11:47:35

 9        Q     Okay.                                              11:47:37

10              MR. LIN:  I think now would be a good moment to    11:48:03

11    take a break if people want to take lunch.  I think --      11:48:05

12    how long do people need, perhaps?  30 minutes?              11:48:12

13    45 minutes?                                                 11:48:16

14              THE WITNESS:  30 minutes would be great.          11:48:17

15              (Discussion off the record.)                      11:48:41

16              THE VIDEOGRAPHER:  We are going off -- we are      11:48:41

17    going off the record.  The time is 12:48 p.m.              11:48:47

18              (A lunch recess was taken.)                       11:48:47

19              THE VIDEOGRAPHER:  We are back on the record.      12:40:31

20    The time is 1:40 p.m.                                       12:40:32

21    BY MR. LIN:                                                 12:40:33

22        Q     So, Mr. Inamullah, you recognize that you're      12:40:36

23    still under oath; correct?                                  12:40:39

24        A     Yes.                                              12:40:40

25        Q     And before we took a break -- actually, on the    12:40:40
```

Page 103

1    break, did you talk to anybody?                    12:40:46

2        A    Yes.  I talked to my counsel, and I talked to   12:40:47

3    my partner for a few seconds.  All disclosable     12:40:52

4    information.                                        12:40:57

5        Q    And your what, I'm sorry?  Besides your    12:40:58

6    counsel, I mean.                                    12:41:01

7        A    My work partner.  He had a quick question about   12:41:01

8    work.                                               12:41:04

9        Q    Okay.  So before the break, you mentioned that   12:41:05

10   there was two or three transactions, I believe, that you   12:41:10

11   identified in where the asset manager has lost money.   12:41:14

12   And those three -- and correct me if I'm misremembering   12:41:20

13   this -- one was Sarson's; you said they were briefly   12:41:25

14   losing money; two was Quantcoin; three was also -- what   12:41:31

15   was the third one?                                  12:41:40

16       A    Cryptolab Capital.  Nightingale.  Same one.   12:41:41

17       Q    Nightingale, Cryptolab Capital.            12:41:45

18            You are aware that Cred is undergoing -- has   12:41:49

19   filed for Chapter 11; correct?                      12:41:55

20       A    Yes.                                       12:41:57

21       Q    And are there other transactions at Cred that   12:41:58

22   has lost money that may have contributed to this overall   12:42:09

23   position for Cred?                                  12:42:13

24       A    Yes.  So I guess the moKred transactions along   12:42:13

25   with JST as sort of the consultant on how we should apply   12:42:23

Page 104

| | | |
|---|---|---|
| 1 | our hedges really contributed to, I think, the largest | 12:42:30 |
| 2 | discrepancy between assets and liabilities. | 12:42:34 |
| 3 | And what I mean by that is, you know, the | 12:42:37 |
| 4 | original strategy at Cred was to take in assets despite | 12:42:40 |
| 5 | what type of asset it is -- Bitcoin, ETH, whatever it may | 12:42:45 |
| 6 | be -- sell a piece of it for cash, and then lend that | 12:42:48 |
| 7 | cash to moKred. | 12:42:54 |
| 8 | When there was a cryptocurrency associated with | 12:42:56 |
| 9 | that strategy, we also needed to hedge the upside risk | 12:42:59 |
| 10 | associated with our liability.  And so I believe we had | 12:43:04 |
| 11 | hired JST as a consultant to help us with our hedging | 12:43:08 |
| 12 | platform.  I wasn't involved then, but I'm assuming that | 12:43:14 |
| 13 | was their primary responsibility along with providing | 12:43:18 |
| 14 | advice with our investment committee. | 12:43:22 |
| 15 | So what ended up happening is we had roughly | 12:43:24 |
| 16 | 800 Bitcoins on margin that was distributed amongst | 12:43:27 |
| 17 | different exchanges, primarily BitMEX, I believe.  And | 12:43:31 |
| 18 | what ultimately happened is because prices fell really | 12:43:35 |
| 19 | quickly and we were overleveraged, those assets were | 12:43:39 |
| 20 | wiped out, meaning they were liquidated by the exchanges. | 12:43:45 |
| 21 | And so although that in itself didn't cause the | 12:43:50 |
| 22 | discrepancy between assets and liabilities, it put the | 12:43:52 |
| 23 | balance sheet at a very weak position.  What I mean by | 12:43:55 |
| 24 | that is once the assets were liquidated, we -- | 12:43:58 |
| 25 | technically at that period of time, assets were valued | 12:44:03 |

Page 105

```
 1   more than liabilities, but we had to close those        12:44:08

 2   positions and wrap up our hedges and re-appropriate them.  12:44:11

 3        However, our issue is that we had no liquidity     12:44:14

 4   to reinstall those hedges.  And, you know, when the      12:44:18

 5   primary liquidity source for us at that time was moKred,  12:44:23

 6   which we requested $10 million to flow back to us to      12:44:27

 7   reinstall those hedges; however, they couldn't comply     12:44:30

 8   with that request.                                        12:44:33

 9        And so as we moved forward in time and Bitcoin      12:44:34

10   starts to move from 5,000 per dollar up to the summer     12:44:38

11   where I think it hit 10,000 -- 9- or 10,000 per dollar,   12:44:43

12   and today it stands at roughly 19,000, we were            12:44:46

13   essentially short a significant amount of Bitcoin.  On    12:44:49

14   the upside, we were losing dollars on a relative basis    12:44:54

15   pretty quickly.                                           12:44:58

16        Q    But during this time, you were also a member of  12:44:59

17   the investment committee; correct?                       12:45:06

18        A    Yes.  Well, during which time?  Sorry.         12:45:07

19        Q    Sorry.  I should specify.  You're right.       12:45:12

20             During March 2020?                             12:45:16

21        A    Yes.  I was part of the investment committee at  12:45:20

22   that time.                                                12:45:23

23        Q    And when did Cred hire JST as a consultant?    12:45:23

24        A    I don't remember.  I wasn't there.  I don't    12:45:31

25   remember off the top of my head.                          12:45:35
```

1      Q      So you're saying it preceded your          12:45:36

2      time; correct?                                     12:45:38

3      A      Yes.                                         12:45:38

4      Q      And why wasn't moKred able to return that   12:45:47

5      $10 million in cash?                                12:45:51

6      A      I don't know the reason.  What Dan had relayed   12:45:53

7      from -- to the investment committee was that the Chinese   12:46:01

8      regulator had essentially given borrowers an extension   12:46:05

9      due to COVID and tapped the liquidity market, so it   12:46:11

10     allowed borrowers to, essentially, delay principal ETH   12:46:15

11     payments indefinitely.  And so we couldn't get principal   12:46:19

12     back, and as a result we couldn't get our assets back   12:46:22

13     either.                                             12:46:27

14     Q      And at the time when crypto Bitcoin fell in   12:46:27

15     March 2020, whose decision was it to liquidate those   12:46:34

16     positions?                                          12:46:40

17     A      The exchanges, so the assets were sitting on   12:46:40

18     exchange in Long's position.                        12:46:46

19     Q      But in terms of those initial hedges, though,   12:46:52

20     who made those decisions -- who made that decision, I   12:46:55

21     guess?                                              12:46:59

22     A      To use that hedging strategy?               12:46:59

23     Q      Correct.                                     12:47:02

24     A      I assume it was our investment committee.  That   12:47:02

25     was all mocked up before my time, preceded.         12:47:06

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    And why did Cred's investment committee -- why | 12:47:10 |
| 2 | did they decide to pursue that particular strategy? | 12:47:16 |
| 3 | A    I honestly don't know.  I didn't like it.  One | 12:47:18 |
| 4 | of the things I was working on, as I mentioned before, | 12:47:28 |
| 5 | was to increase the diversity of our revenue allocation, | 12:47:31 |
| 6 | and that included, you know, adding asset managers to our | 12:47:35 |
| 7 | platform.  There's a number of reasons why I don't think | 12:47:37 |
| 8 | it was a sound strategy. | 12:47:40 |
| 9 | Q    So you said one of the reasons Cred adopted | 12:47:42 |
| 10 | that strategy was to diversify its assets; correct? | 12:47:48 |
| 11 | A    Sorry, I missed the first part of your | 12:47:53 |
| 12 | question. | 12:47:56 |
| 13 | Q    You mentioned the reason why Cred may have | 12:47:56 |
| 14 | adopted the strategy, this specific hedging strategy of | 12:48:05 |
| 15 | JST would it would diversify its assets; correct? | 12:48:13 |
| 16 | A    No.  The hedging strategy was implemented to | 12:48:17 |
| 17 | hedge against price increases for crypto to make sure we | 12:48:20 |
| 18 | weren't exposing ourselves on the upside.  It was not to | 12:48:25 |
| 19 | diversify anything.  It was all a symbiotic strategy. | 12:48:29 |
| 20 | Q    And do you disagree with that strategy? | 12:48:34 |
| 21 | A    Yes. | 12:48:36 |
| 22 | Q    Why so? | 12:48:36 |
| 23 | A    Hedging costs are really high.  It's nearly | 12:48:39 |
| 24 | impossible to -- it's nearly impossible to hedge | 12:48:45 |
| 25 | 80 percent exposure with five to six times leverage on | 12:48:51 |

Page 108

```
 1   international exchanges that are located in companies in    12:48:55

 2   other countries, and -- where there's no true price        12:49:03

 3   discovery on any of these futures contracts.               12:49:05

 4            Not only that, but I don't think they were        12:49:12

 5   ultimately profitable because hedging costs were high.     12:49:14

 6   It was difficult to get assets back when we needed it      12:49:18

 7   because we were on a rolling 30-day time -- on 30-day       12:49:23

 8   clock.  And while it provided some good yield -- I mean,    12:49:30

 9   it was 20, 30 percent yield, assuming they could pay        12:49:34

10   it -- ultimately, later on, after a few months, I          12:49:37

11   realized there was no financial information that we could   12:49:40

12   really hang our hat on.  And so that just made it really    12:49:43

13   difficult to justify that transaction.                     12:49:46

14       Q    So is it your position that JST -- I'm sorry.     12:49:49

15   Is it your position that Cred should not have hedged at     12:49:54

16   all, then, against Bitcoin?                                 12:49:59

17       A    No.  We should have hedged, assuming we were      12:50:01

18   going to move forward with the moKred strategy, but         12:50:04

19   it's -- you have to remember, it's a symbiotic              12:50:08

20   relationship.  You know, without -- if we were going to     12:50:11

21   implement moKred we had to do the hedging strategy or the   12:50:14

22   same thing would have happened, which ended up happening.   12:50:17

23   But you couldn't have one without the other.                12:50:21

24       Q    Can you elaborate a little bit in terms of why    12:50:23

25   you couldn't have one without the other?                    12:50:30
```

Page 109

1      A      Sure.  So the company assumes obviously that      12:50:31

2    Bitcoin is going to increase in value over time.  We're    12:50:34

3    in the cryptocurrency business.      12:50:38

4           And with that assumption in mind, we're      12:50:43

5    essentially taking cryptocurrency liabilities in the form    12:50:46

6    of CredEarn participations and translating that into a      12:50:48

7    dollar asset, which is -- in moKred.  Now, if crypto      12:50:54

8    starts to rise, we will not be able to return the same    12:50:58

9    number of cryptocurrency units back to the customer if we    12:51:02

10   do not hedge the upside exposure.      12:51:06

11          So just for example, let's say that Bitcoin is    12:51:09

12   at $10,000 today, I get in hundred bucks, I sell 80, and    12:51:12

13   I retain $20 on margin.  That $80 goes to moKred.  Now,    12:51:18

14   let's say two months later, Bitcoin is at $20,000 per      12:51:24

15   coin.  That just increased my dollar liability twofold    12:51:29

16   from $100 to $200.  And so we would have to use the $20    12:51:33

17   to mitigate the upside risk on the $100.      12:51:40

18     Q      I see.  So you mentioned that you disagreed      12:51:46

19   with the particular hedging strategy that JST employed.    12:51:51

20          Why?      12:51:56

21     A      I don't -- I'm sorry.  Let me just -- I don't    12:51:59

22   think it was JST's decision to engage in those hedges.    12:52:02

23   We requested them to engage in a hedging strategy.  So    12:52:06

24   I'm not saying JST did something wrong.  We essentially    12:52:12

25   gave them a mandate.  You know, Craig gave them a      12:52:15

Page 110

1    mandate.  It wasn't something that JST was doing wrong.    12:52:18

2       Q    Understood.  So you disagreed with that mandate    12:52:21

3    to have JST employ that specific strategy; correct?    12:52:24

4       A    Sure.  Uh-huh.    12:52:27

5       Q    But do you believe that Cred was taking on an    12:52:29

6    appropriate level of risk in adopting this particular    12:52:31

7    strategy at the time?    12:52:33

8       A    I mean, at the time, a year and a half had    12:52:34

9    passed in implementing the strategy.  So, yes, I    12:52:40

10   disagreed with them from a strategic perspective, which    12:52:44

11   is why I had recommended, you know, moving assets away    12:52:47

12   that strategy and diversifying it into some other one    12:52:52

13   that we had available.    12:52:56

14      Q    When did you make the strategy recommendation?    12:52:57

15      A    So there were -- so from the get-go, it was    12:52:59

16   sort of implied that that's what the strategy was, that    12:53:05

17   that's one of the reasons I was hired to begin with, was    12:53:09

18   to find different types of investment strategies, you    12:53:12

19   know, outside of the moKred relationship.    12:53:17

20          At the end of April of 2020, we also delivered    12:53:19

21   a document labeled, "Liquidity Analysis and    12:53:25

22   Recommendations."  And in that document, we had    12:53:29

23   recommended we should reduce our exposure as quickly as    12:53:32

24   possible to moKred and increase our exposure to other    12:53:36

25   allocations.    12:53:40

Page 111

| 1  | Q      So your recommendations are located in that | 12:53:40 |
| 2  | liquidity analysis memorandum; correct? | 12:53:47 |
| 3  | A      Correct. | 12:53:49 |
| 4  | MR. LIN:  I'd like to introduce Exhibit -- I | 12:53:54 |
| 5  | lost my count -- I think it was 9 or 8. | 12:53:58 |
| 6  | THE REPORTER:  I think it was 10. | 12:53:58 |
| 7  | MR. LIN:  Yes, Exhibit 10.  Thank you. | 12:54:18 |
| 8  | THE WITNESS:  All right.  I'm on it. | 12:54:23 |
| 9  | (Exhibit 10 marked.) | 12:54:25 |
| 10 | BY MR. LIN: | 12:54:25 |
| 11 | Q      I'm sorry? | 12:54:29 |
| 12 | A      I have it open. | 12:54:30 |
| 13 | Q      Okay.  Great.  Can you review the document, | 12:54:31 |
| 14 | Exhibit 10. | 12:54:33 |
| 15 | A      Yep.  Give me a moment.  Okay.  I reviewed it. | 12:54:33 |
| 16 | Q      So have you seen this document before? | 12:55:21 |
| 17 | A      Yes, I have seen this document before.  I | 12:55:23 |
| 18 | couldn't open the actual document, but I'm assuming | 12:55:29 |
| 19 | everything copied starting on page -- the bottom of | 12:55:33 |
| 20 | Page 1 is what was in that document or at least a piece | 12:55:37 |
| 21 | of it. | 12:55:41 |
| 22 | Q      Yes.  So if you go down to Page 6, there's -- | 12:55:43 |
| 23 | A      Oh, yeah, sorry.  This was the entire document. | 12:55:48 |
| 24 | Sorry. | 12:55:51 |
| 25 | Q      This is the attachment -- correct? -- part of | 12:55:51 |

Page 112

1    the document?                                              12:55:54

2        A    That is correct.  This isn't the final one --    12:55:54

3    sorry.  Go ahead.                                          12:55:58

4        Q    I was going to say this is the attachment to     12:55:59

5    the email -- correct? -- of the --                         12:56:02

6        A    That is correct.                                 12:56:05

7        Q    Okay.  And you said this --                      12:56:06

8        A    Now, I just want to make sure -- this is not     12:56:08

9    the final document that was delivered to IC.  There was a  12:56:10

10   review in between by our general counsel, and he had sent  12:56:13

11   an updated version, I believe.                             12:56:17

12       Q    Okay.  So if I could direct you to Page 6 of     12:56:21

13   Exhibit 10, this is the start of your liquidity analysis   12:56:34

14   memo.                                                      12:56:39

15       A    Okay.                                             12:56:39

16       Q    And I'm going -- I'm just reading from --        12:56:40

17   starting from the second paragraph.  It says, "Over the    12:56:42

18   last five years, this is the single largest draw -- daily  12:56:45

19   drawdown in BTC price.  As a result of the event, several  12:56:52

20   financial hedging instruments of Cred LLC were liquidated  12:56:55

21   given the falling market prices.  The resulting short      12:57:00

22   position on BTC has strike price of approximately 5,900.   12:57:02

23       "About 800 Bitcoin were lost in the                   12:57:05

24   arrangement.  The simultaneous decline in global          12:57:08

25   liquidity created additional balance sheet issues for     12:57:11

Page 113

1    Cred LLC, specifically a principal recall of          12:57:13

2    approximately 10 million from a lending partner,"     12:57:17

3    parentheses, "(moKredit) was delayed given liquidity  12:57:20

4    issues in the Chinese consumer loan portfolio.  As a  12:57:22

5    result, it was not possible to reconstitute the       12:57:26

6    appropriate hedging instruments at a more favorable   12:57:28

7    price."                                               12:57:33

8           So in the first paragraph where you talked     12:57:33

9    about the single largest daily drawdown in BTC price, is  12:57:36

10   this what you're referring to in your email as the,  12:57:42

11   quote/unquote, "post-flash crash"; correct?          12:57:46

12       A    Yes.                                         12:57:49

13       Q    And whose decision was it to provide this   12:57:50

14   $10 million to moKredit in the first place?          12:57:58

15       A    The initial loan that we made to moKred?    12:58:01

16       Q    Correct.                                    12:58:08

17       A    I don't know.  I wasn't -- that preceded me.  I  12:58:13

18   assume it was the investment committee.              12:58:14

19       Q    And were you involved in conducting any due  12:58:17

20   diligence on moKred?                                 12:58:22

21       A    I was -- I requested information almost      12:58:23

22   monthly, but, no, I was not part of the original     12:58:30

23   diligence team.  That was, I believe, back in 2018 or  12:58:33

24   2019.  So I certainly wasn't there then, and -- yeah.  12:58:40

25       Q    And you said that you requested information  12:58:42

Page 114

| | | |
|---|---|---|
| 1 | monthly. | 12:58:45 |
| 2 | Who did you this request information from? | 12:58:45 |
| 3 | A    The investment committee, specifically Dan, | 12:58:47 |
| 4 | given he was most in contact with Lu Hua. | 12:58:53 |
| 5 | Q    And did you request this in email or over phone | 12:58:57 |
| 6 | call or in person?  How did you make this request? | 12:59:01 |
| 7 | A    There were some phone calls where I asked what | 12:59:06 |
| 8 | information.  But there were also -- during the | 12:59:08 |
| 9 | investment committee meetings, I asked.  There were | 12:59:14 |
| 10 | liquidity updates that I'd provided to the investment | 12:59:16 |
| 11 | committee plus our general counsel, which included those | 12:59:19 |
| 12 | requests.  So there were multiple venues. | 12:59:21 |
| 13 | Q    And can -- I'd like to direct your attention to | 12:59:26 |
| 14 | Page 8 of your liquidity analysis memo.  And I'm going to | 12:59:37 |
| 15 | read starting from the bottom third paragraph up. | 12:59:43 |
| 16 | A    Okay. | 12:59:51 |
| 17 | Q    I'm quoting, "It's important to note that the | 12:59:52 |
| 18 | key risk in the recommended strategy is the significant | 12:59:54 |
| 19 | increase in cryptocurrency prices.  With the strategy | 12:59:58 |
| 20 | above, assuming a hundred percent increase in | 01:00:02 |
| 21 | cryptocurrency prices by the end of 2020, an additional | 01:00:05 |
| 22 | 5 million would be needed from moKred in addition to the | 01:00:09 |
| 23 | 3.3 million in order to reconstitute the hedging program | 01:00:13 |
| 24 | absent significant acceleration in growth of the loan | 01:00:16 |
| 25 | portfolio. | 01:00:19 |

Page 115

1          "Another key tradeoff to consider is that the          01:00:20

2    recalling -- is that recalling principal from moKred will     01:00:23

3    also reduce the weighted average return of the loan           01:00:26

4    portfolio for credit, cannibalizing a critical source of      01:00:30

5    revenue.  Given the situation, assets will be allocated       01:00:32

6    to more liquid positions in Cred's," quote,                   01:00:35

7    "'all-weather' strategy, specifically the allocation to       01:00:38

8    100 Acre Ventures and Quanta Coin will be increased given     01:00:41

9    the weekly, monthly liquidity profile investment              01:00:46

10   strategy," end quote.                                         01:00:48

11         You wrote these two paragraphs that I just             01:00:49

12   quoted; correct?                                              01:00:55

13    A     That's correct.                                        01:00:56

14    Q     And did these two paragraphs end up in the            01:00:56

15   final memorandum before the investment committee?            01:00:59

16    A     I honestly do not remember.  It probably did,         01:01:02

17   but I don't remember for sure.                                01:01:05

18    Q     So one of the key risks in the strategy that          01:01:06

19   you recommended was a significant price increase of          01:01:10

20   cryptocurrency; correct?                                     01:01:14

21    A     Yes.                                                   01:01:15

22    Q     And in your knowledge, towards the end of 2020,       01:01:16

23   did the price of cryptocurrency increase?                    01:01:22

24    A     Yes.  Over the year, absolutely.                      01:01:24

25    Q     And part of your strategy would result in an          01:01:28

Page 116

| | | |
|---|---|---|
| 1 | increase of allocation towards -- of Cred's assets to 100 | 01:01:36 |
| 2 | Acre Ventures and Quantcoin; correct? | 01:01:46 |
| 3 |     A    That's correct. | 01:01:47 |
| 4 |     Q    What is the all-weather strategy? | 01:01:47 |
| 5 |     A    The all-weather strategy was, I believe, | 01:02:00 |
| 6 | adopted November 2019 by the investment committee, but it | 01:02:02 |
| 7 | was a diversified allocation of four or five different | 01:02:06 |
| 8 | types of allocations that Cred should diversify assets | 01:02:13 |
| 9 | into.  It's modeled after Dalio's all-weather strategy, | 01:02:20 |
| 10 | if you're familiar with him. | 01:02:21 |
| 11 |     Q    I'm not. | 01:02:23 |
| 12 |     A    He's a famous investor. | 01:02:24 |
| 13 |     Q    So Cred's all-weather strategy is basically a | 01:02:28 |
| 14 | way to diversify its assets essentially; is that | 01:02:34 |
| 15 | accurate? | 01:02:38 |
| 16 |     A    That's correct. | 01:02:39 |
| 17 |     Q    And your take -- is this memorandum perhaps | 01:02:39 |
| 18 | your take on Cred's all-weather strategy, a way to | 01:02:46 |
| 19 | diversify its assets; correct? | 01:02:55 |
| 20 |     A    Yeah, I believe, you know, the all-weather | 01:02:58 |
| 21 | strategy would have certainly -- if we would have | 01:03:00 |
| 22 | instituted it earlier, would have definitely been better | 01:03:02 |
| 23 | for the firm.  So, yeah, it is my take on -- at the | 01:03:05 |
| 24 | application of the all-weather strategy to today's | 01:03:08 |
| 25 | portfolio or the portfolio at the time, I should say. | 01:03:11 |

Page 117

| | | |
|---|---|---|
| 1 | Q     So following your recommendations -- and I | 01:03:14 |
| 2 | think this was written around April of 2020 -- did Cred's | 01:03:19 |
| 3 | allocation in Quantcoin increase? | 01:03:29 |
| 4 | A     I don't remember.  I think we had an | 01:03:34 |
| 5 | allocation -- I don't remember when we finally delivered | 01:03:41 |
| 6 | this document to the investment committee, which is why I | 01:03:44 |
| 7 | can't really recall, but I believe we made an additional | 01:03:49 |
| 8 | allocation sometime mid-April to Quantcoin.  It was | 01:03:52 |
| 9 | around the same time, I should say. | 01:04:01 |
| 10 | Q     And did you ever -- so you mentioned you | 01:04:02 |
| 11 | requested additional information about moKredit from Dan | 01:04:08 |
| 12 | Schatt; correct? | 01:04:13 |
| 13 | A     Uh-huh.  Correct. | 01:04:14 |
| 14 | Q     Did you ever specifically request for any | 01:04:16 |
| 15 | updated diligence document from moKredit? | 01:04:18 |
| 16 | A     I requested financial reports and a loan tape. | 01:04:22 |
| 17 | Q     And a -- I'm sorry? | 01:04:28 |
| 18 | A     And a loan tape -- | 01:04:32 |
| 19 | Q     What is a loan tape? | 01:04:33 |
| 20 | A     -- which is -- a loan tape is just colloquial | 01:04:35 |
| 21 | for a register of all the loans on the platform, which | 01:04:38 |
| 22 | are essentially the assets that backstop our loan to | 01:04:42 |
| 23 | them. | 01:04:44 |
| 24 | Q     What about for JST in terms of -- did you do | 01:04:45 |
| 25 | any diligence in terms of researching their -- well, I | 01:04:52 |

Page 118

| | | |
|---|---|---|
| 1 | guess, did you do any additional diligence on JST? | 01:04:59 |
| 2 | A    No.  That relationship was consummated prior to | 01:05:04 |
| 3 | me being on Cred Capital or Cred.  But no, I didn't do | 01:05:12 |
| 4 | any additional diligence on JST. | 01:05:15 |
| 5 | Q    And when did you join the investment committee | 01:05:18 |
| 6 | at Cred? | 01:05:21 |
| 7 | A    I can't remember the last date.  I believe it | 01:05:22 |
| 8 | was -- whenever the first meeting of the year was for the | 01:05:31 |
| 9 | investment committee, which may have been January, | 01:05:33 |
| 10 | February.  I don't remember the exact date. | 01:05:34 |
| 11 | Q    And while you're on the investment committee, | 01:05:36 |
| 12 | were you ever asked to render a decision that would | 01:05:42 |
| 13 | affect Cred's investment in moKredit? | 01:05:44 |
| 14 | A    No. | 01:05:54 |
| 15 | Q    What about JST? | 01:05:54 |
| 16 | A    The -- I don't -- there may have been one.  I | 01:05:56 |
| 17 | just don't remember -- yes, actually, I'm sorry.  There | 01:06:09 |
| 18 | was two options trade that we put, I believe, around | 01:06:15 |
| 19 | April.  I might be wrong on that date, but there were two | 01:06:18 |
| 20 | options trade that we did presumably do that.  Sorry.  It | 01:06:22 |
| 21 | was probably -- it was definitely before April.  It was | 01:06:25 |
| 22 | February, is my guess. | 01:06:27 |
| 23 | Q    And as a member of the investment committee, | 01:06:28 |
| 24 | were you free to propose, like, a new deal or rescinding | 01:06:32 |
| 25 | a deal with an existing partner before the investment -- | 01:06:40 |

Page 119

| | | |
|---|---|---|
| 1 | A    Yes. | 01:06:43 |
| 2 | Q    So why didn't you propose ending the | 01:06:46 |
| 3 | relationship with JST in January or starting from -- | 01:06:49 |
| 4 | A    I don't know why I would have.  They had a | 01:06:58 |
| 5 | specific mandate with Cred that was already implemented, | 01:07:00 |
| 6 | and there were no signs that they were a bad actor. | 01:07:03 |
| 7 | Q    But you mentioned before that you disagreed | 01:07:07 |
| 8 | with their strategy, not -- | 01:07:09 |
| 9 | A    It wasn't their strategy. | 01:07:11 |
| 10 | Q    -- but Cred's mandate or directive towards JST | 01:07:13 |
| 11 | to implement a specific hedging strategy? | 01:07:17 |
| 12 | A    Right.  I disagreed with that strategy, which, | 01:07:19 |
| 13 | you know, this document is an example of.  But, I mean, | 01:07:28 |
| 14 | there was -- you know, JST wasn't doing anything wrong. | 01:07:30 |
| 15 | They were just following through what their mandate was. | 01:07:31 |
| 16 | Q    And -- but your recommendations, again, was | 01:07:34 |
| 17 | to -- well, one of the key risks of your recommendations, | 01:07:40 |
| 18 | in response to your disagreement with strategy that was | 01:07:43 |
| 19 | executed by JST, was the increase of price of | 01:07:48 |
| 20 | cryptocurrency; correct? | 01:07:54 |
| 21 | A    Yeah. | 01:07:56 |
| 22 | Q    And it -- the strategy that you employed would | 01:07:57 |
| 23 | also increase the company's allocation of | 01:07:59 |
| 24 | Quantcoin; correct? | 01:08:03 |
| 25 | A    Yes.  But those are, like, two very different | 01:08:03 |

Page 120

```
 1    things.  Like, Quanta Coin claimed at the time to have a      01:08:11
 2    Bitcoin benchmark, meaning there was no need to hedge         01:08:15
 3    around the corners.  So that's why that strategy was          01:08:19
 4    preferred at the time, obviously not knowing what it          01:08:22
 5    turned out to be.                                             01:08:26
 6        Q    Sorry.  What was the last part?  I think I           01:08:26
 7    might have clipped off on my audio.                           01:08:30
 8        A    I said obviously not knowing what ultimately         01:08:32
 9    transpired with them or what they turned out to be.           01:08:36
10        Q    Right.  But I'm just reciting your memo here --      01:08:39
11        A    Yeah, sure.                                          01:08:41
12        Q    -- in terms of, like, ultimate risk factors?        01:08:42
13        A    Yeah, I definitely made this -- exactly.  There      01:08:45
14    was no hedging requirement for Quantcoin, which is why I      01:08:48
15    really liked it.                                              01:08:51
16        Q    Did you ever market any credit product --           01:08:52
17    sorry, did you market -- have you ever marketed any Cred      01:08:58
18    products that involved moKredit to any prospective           01:09:01
19    clients?                                                      01:09:07
20        A    I may have been on calls related to the             01:09:07
21    securitization efforts starting in January.  I do            01:09:17
22    remember there was one particular call with a prospect       01:09:18
23    named Abra, where I was on a call and they had a bunch of     01:09:23
24    questions about moKredit.                                     01:09:28
25             And those are the two that really pop in mind.       01:09:29
```

```
 1    So "yes" would be my answer.                         01:09:34

 2            MR. LIN:  I'm going to introduce as Exhibit  01:09:44

 3    Number 11 -- I believe that's our count.             01:09:48

 4            (Exhibit 11 marked.)                          01:10:07

 5    BY MR. LIN:                                           01:10:07

 6        Q    Let me know if and when you receive it.     01:10:07

 7        A    Will do.                                     01:10:10

 8             I have it.                                   01:10:10

 9        Q    Can you review the document, please.        01:10:11

10        A    Will do.                                     01:10:13

11             Okay.  I reviewed it.                        01:10:32

12        Q    Yeah.  And do you remember receiving this email  01:10:38

13    thread?                                               01:10:41

14        A    Yes.  I'm sure I did, probably.             01:10:42

15        Q    If I could direct your attention to the email  01:10:48

16    on February 26th, 2020, and let me try to get you the  01:10:54

17    page number.  I know it's a long thread.             01:11:01

18        A    No worries.  No worries.                    01:11:03

19        Q    It's on Page 1, actually.  Sorry, it's right  01:11:07

20    below the parent email.  It's from John Wolfe at     01:11:10

21    LINE Corp.                                            01:11:15

22        A    Okay.                                        01:11:15

23        Q    And it says, "Hi, Dan.  Thank you for your  01:11:16

24    note.  Update on our side:  After digging into the   01:11:20

25    documents and assessing the notes with our risk team, we  01:11:22
```

Page 122

| | | |
|---|---|---|
| 1 | have decided that the concentration of the risk on one | 01:11:26 |
| 2 | lender coupled with China sovereign risk doesn't fit the | 01:11:29 |
| 3 | risk profile for LVC, though my hat remains off to James | 01:11:35 |
| 4 | and the team for structuring this product," end quote. | 01:11:41 |
| 5 | A    Uh-huh. | 01:11:44 |
| 6 | Q    So did you read this email before -- before | 01:11:45 |
| 7 | today, at least? | 01:11:47 |
| 8 | A    I believe I have.  I mean, I must have at the | 01:11:48 |
| 9 | time I received it, but it's not one that I focused on at | 01:11:52 |
| 10 | all. | 01:11:57 |
| 11 | Q    And who's John referring to when he says, "My | 01:11:57 |
| 12 | hat remains off for James and the team for structuring | 01:12:03 |
| 13 | this product"? | 01:12:09 |
| 14 | A    I assume the Cred team, in a broad sense. | 01:12:09 |
| 15 | Q    Not capital markets? | 01:12:13 |
| 16 | A    Well, I don't know what -- I wasn't a part of | 01:12:16 |
| 17 | the LINE Corp conversations in a lot of detail, so I | 01:12:24 |
| 18 | don't know exactly what he's speaking to.  But I know | 01:12:27 |
| 19 | structuring this deal, you know, required our general | 01:12:29 |
| 20 | counsel, James, the whole Luxembourg vehicle, which, you | 01:12:35 |
| 21 | know, was like an 18-month process that Cred had worked | 01:12:39 |
| 22 | on for a while.  So I assume it's the C-suite team that | 01:12:43 |
| 23 | they're referring to here. | 01:12:48 |
| 24 | Q    And when John Wolfe says that he -- "after | 01:12:49 |
| 25 | digging into the documents." | 01:12:58 |

Page 123

| | | |
|---|---|---|
| 1 | What documents do you think he's referring to? | 01:12:59 |
| 2 | A    I don't know.  Documents, if I had to guess, | 01:13:01 |
| 3 | it's probably the securitization documents. | 01:13:06 |
| 4 | Q    And have you read these documents before? | 01:13:09 |
| 5 | A    Yes. | 01:13:12 |
| 6 | Q    Was that a no or -- | 01:13:17 |
| 7 | A    Yes, yes.  I have. | 01:13:18 |
| 8 | Q    And when you were reviewing -- I'm sorry.  When | 01:13:20 |
| 9 | did you review these securitization documents? | 01:13:24 |
| 10 | A    It was -- I know there was a pretty big effort | 01:13:27 |
| 11 | at -- you know, when we started in January to start | 01:13:32 |
| 12 | selling these almost immediately.  So my guess is, you | 01:13:36 |
| 13 | know, sometime later in January, early February is when I | 01:13:39 |
| 14 | would have gone through them. | 01:13:42 |
| 15 | Q    Okay.  And at the time in reading those | 01:13:43 |
| 16 | securitization documents, like, did that raise any red | 01:13:53 |
| 17 | flags for you? | 01:13:58 |
| 18 | A    So the only thing I thought was that the | 01:13:58 |
| 19 | analysis was certainly light.  You know, there was only | 01:14:00 |
| 20 | about two to five pages of diligence on moKred.  It did | 01:14:05 |
| 21 | contain overview of the company, road map, financial | 01:14:11 |
| 22 | information which are all items that you would typically | 01:14:16 |
| 23 | see on that sort of document. | 01:14:20 |
| 24 | So there wasn't any huge red flags.  It just | 01:14:21 |
| 25 | seemed like a very simple document than what I was used | 01:14:25 |

Page 124

```
 1    to back in my banking days.                          01:14:28

 2            MR. LIN:   Okay.  I'd like to introduce another  01:14:36

 3    exhibit as Exhibit Number 12.                        01:14:38

 4            (Exhibit 12 marked.)                         01:15:11

 5    BY MR. LIN:                                          01:15:11

 6        Q    Let me know when you've received this document.  01:15:11

 7        A    I will.                                     01:15:14

 8        Q    Thank you.                                  01:15:14

 9        A    I have received it, and I have it up.       01:15:22

10        Q    Can you review it, please.                  01:15:24

11        A    Yeah, I mean, the document is 70 some-odd   01:15:27

12    pages.                                               01:15:52

13            Do you want me to review every page in detail,  01:15:52

14    or..                                                 01:15:55

15        Q    As long as you have some familiarity with the  01:15:55

16    bond offering.                                       01:15:58

17            Do you recognize the --                      01:16:00

18        A    I have a familiar- -- yeah, I recognize this  01:16:00

19    document.  That's correct.                           01:16:03

20        Q    Okay.  So the top line email, we have an email  01:16:04

21    from you to John Costantini (phonetic) and a couple of  01:16:13

22    other individuals at TrustToken as well as Xavier    01:16:19

23    Rashotsky and Delon de Metz on April 24th, 2020; correct?  01:16:24

24        A    Yep.                                        01:16:28

25        Q    Do you remember sending this email?          01:16:32
```

Page 125

| | | |
|---|---|---|
| 1 | A      Yeah, I'm sure I did.  I know we were in | 01:16:34 |
| 2 | discussions with TrustToken. | 01:16:38 |
| 3 | Q      And I'm just going to quote a little bit of the | 01:16:40 |
| 4 | email that -- of the email that you wrote.  It says -- | 01:16:44 |
| 5 | A      Okay. | 01:16:49 |
| 6 | Q      -- quote, "John and Ryan, the attached base | 01:16:50 |
| 7 | prospectus describes our latest -- our last bond | 01:16:54 |
| 8 | offering.  A few notes about the bond offering.  The | 01:16:58 |
| 9 | bonds were backed by a participation certificate and a | 01:17:02 |
| 10 | large corporate loan.  That corporate borrower granted a | 01:17:02 |
| 11 | general lien in its personal property assets with the | 01:17:06 |
| 12 | value at least equal to the loan.  The collateral did not | 01:17:08 |
| 13 | include cryptocurrency. | 01:17:12 |
| 14 | "Also, because of Cred's relationship with the | 01:17:14 |
| 15 | founder of the borrower, the loan documents were less | 01:17:16 |
| 16 | formal than that will be used to going forward" -- sorry | 01:17:18 |
| 17 | -- "those that will be used going forward with an | 01:17:21 |
| 18 | arm's-length borrowers.  Going forward, all loans on a | 01:17:27 |
| 19 | bank-standard loan documentation with perfected security | 01:17:29 |
| 20 | interest," end quote? | 01:17:32 |
| 21 | You wrote this paragraph; correct? | 01:17:33 |
| 22 | A      Yeah.  I think it was a general email that we | 01:17:35 |
| 23 | were sending -- it was a general solicitation email that | 01:17:40 |
| 24 | we were sending to sell the bonds. | 01:17:51 |
| 25 | Q      So John and Ryan requested information about | 01:17:54 |

```
1    this bond offering and then you provided this information      01:18:02

2    and attached the bond prospectus; correct?                    01:18:06

3         A    That's correct.                                      01:18:10

4         Q    And if you go down to page 6 of the base            01:18:10

5    prospectus -- I'll give you a page number just because I       01:18:21

6    know there's a lot of pages.  So it should be Page 8.          01:18:25

7    And --                                                         01:18:33

8         A    Page 8 of the total PDF or the --                   01:18:33

9         Q    Of the total PDF, correct.                          01:18:36

10        A    All right.  Give me one second.                     01:18:39

11        Q    And it's listed as Page 6 of the attachment.        01:18:42

12        A    Okay.  Perfect.  Thank you.  I'm there.             01:18:45

13        Q    Yeah.  And then do you see the "Specific            01:18:47

14   General Risk Factors"?                                         01:18:51

15        A    Yes.                                                 01:18:52

16        Q    So who drafted this document?                       01:18:55

17        A    I don't know.                                        01:19:00

18        Q    Were you aware at the time you were sending         01:19:03

19   this document that part of the general risk factors was       01:19:07

20   the company's participation with moKredit, essentially?       01:19:14

21        A    The relationship between Cred, you mean, and        01:19:18

22   moKredit?                                                      01:19:22

23        Q    Yes.  Correct.                                       01:19:23

24        A    Which is why I pointed that out.  Yeah, that's      01:19:24

25   correct.                                                       01:19:27
```

Page 127

| | | |
|---|---|---|
| 1 | Q    So you mentioned before that in April, you were | 01:19:27 |
| 2 | concerned -- you had some concerns with Cred's strategy | 01:19:34 |
| 3 | with regards to JST and moKred; correct? | 01:19:40 |
| 4 | A    Yes. | 01:19:48 |
| 5 | Q    But if you were concerned about Cred's approach | 01:19:50 |
| 6 | with moKredit and JST, then why did you forward this | 01:19:51 |
| 7 | document to them, to these individuals that are | 01:19:53 |
| 8 | requesting or soliciting for information? | 01:19:57 |
| 9 | A    Yeah, I mean, the -- I believe we had already | 01:20:10 |
| 10 | started a process with TrustToken that was facilitated by | 01:20:10 |
| 11 | our business development team, and I was brought in to | 01:20:11 |
| 12 | provide details about -- about the offering. | 01:20:13 |
| 13 | I actually think that, you know, as a result of | 01:20:18 |
| 14 | all the information that I put in bullet points here, | 01:20:23 |
| 15 | they did not go through with the deal because of that. | 01:20:25 |
| 16 | But I was providing information about the deal. | 01:20:28 |
| 17 | Q    I see.  So I want to go back to Exhibit 3.  It | 01:20:32 |
| 18 | should be already in your list of documents. | 01:20:44 |
| 19 | A    I'm there. | 01:20:48 |
| 20 | Q    Okay.  Thanks.  Can you take a look at this | 01:20:50 |
| 21 | document and review it. | 01:20:52 |
| 22 | A    I have before. | 01:20:55 |
| 23 | Q    Okay.  And can you go down to just the bottom | 01:20:58 |
| 24 | of the PDF. | 01:21:05 |
| 25 | Is this your signature? | 01:21:07 |

Page 128

```
 1        A     Yes.                                          01:21:07

 2        Q     And did you read and sign this document -- did  01:21:09

 3   you read the document before you signed the document?    01:21:13

 4        A     Yes.                                          01:21:15

 5        Q     And can I direct your attention to Page 2,    01:21:16

 6   Section 2, please, of the document.                      01:21:24

 7        A     Okay.                                         01:21:33

 8        Q     Are you there?                                01:21:33

 9        A     I'm there.                                    01:21:34

10        Q     And can you read -- so Subsection B says,     01:21:46

11   quote, "Employee will not access, copy, download, email,  01:21:49

12   reproduce, or otherwise duplicate, record, abstract, or  01:21:53

13   summarize any confidential information," and so and so   01:21:57

14   forth.                                                   01:22:02

15              You've read this particular section           01:22:02

16   before; correct?                                        01:22:04

17        A     Yes, I have.                                  01:22:05

18        Q     So you understand that you're -- as an employee  01:22:08

19   of Cred, you are not supposed to access, copy, download,  01:22:11

20   email, reproduce, duplicate, record, or abstract or      01:22:15

21   summarize any of Cred's confidential                     01:22:19

22   information; correct?                                    01:22:21

23        A     Unless there's reason to, yes.                01:22:22

24        Q     Have you ever without -- without an           01:22:25

25   authorization, copied, downloaded, emailed, reproduced or  01:22:28
```

Page 129

```
1   duplicated, recorded, abstract, or summarized any of the      01:22:34

2   company's confidential information?                            01:22:37

3       A      What do you mean by "authorization"?                01:22:38

4       Q      Did you get permission to copy confidential         01:22:41

5   information from Cred?                                          01:22:49

6       A      I did not get information from anyone at Cred       01:22:53

7   to download information -- or download emails.                 01:22:55

8       Q      And -- but did you download information without     01:22:58

9   permission?                                                    01:22:59

10      A      Yes, I downloaded emails and documents without      01:23:00

11  seeking permission from anyone at Cred.                        01:23:07

12      Q      Why did you not seek permission?                    01:23:09

13      A      Let me direct your attention to Section 10,         01:23:11

14  Sub-point L.                                                   01:23:18

15      Q      Section 10, Sub-point L.  Okay.  Page number --     01:23:22

16  okay.  Never mind.  I got it.                                  01:23:25

17      A      Yeah.  So I believe it's somewhere middle of        01:23:27

18  the paragraph.  I did have for the purpose of recording        01:23:30

19  or investigating a suspected violation of the law -- and       01:23:35

20  that's -- that's the reason I downloaded that                  01:23:41

21  information.  I did suspect that things that were icky,         01:23:42

22  and, ultimately, I just wanted to make sure that I             01:23:45

23  protected myself and I protected our customers.                01:23:49

24      Q      So it says, "Notwithstanding any provision of       01:23:52

25  this agreement" that you could still -- that you're able       01:23:57
```

                                                           Page 130

| | | |
|---|---|---|
| 1 | to provide or report violations of law or | 01:23:59 |
| 2 | regulation; correct? | 01:24:03 |
| 3 | A     Yes. | 01:24:03 |
| 4 | Q     Is there anything about this provision that | 01:24:05 |
| 5 | would say that you're able to copy confidential company | 01:24:07 |
| 6 | information and duplicate it for yourself? | 01:24:15 |
| 7 | MR. BILLION:  Object to the form of the | 01:24:19 |
| 8 | question. | 01:24:22 |
| 9 | You may answer. | 01:24:23 |
| 10 | BY MR. LIN: | 01:24:24 |
| 11 | Q     Yeah, you're supposed to answer. | 01:24:24 |
| 12 | A     I'm sorry.  Can you repeat the question one | 01:24:26 |
| 13 | more time. | 01:24:28 |
| 14 | Q     Yes.  Is there anything about this paragraph | 01:24:29 |
| 15 | that supercedes the requirement or the prohibition | 01:24:36 |
| 16 | against copying and downloading confidential company | 01:24:41 |
| 17 | information without authorization? | 01:24:44 |
| 18 | MR. BILLION:  Objection still stands. | 01:24:46 |
| 19 | You may answer. | 01:24:50 |
| 20 | THE WITNESS:  I believe that if I thought | 01:24:52 |
| 21 | something illegal was going on, per this paragraph, I | 01:24:53 |
| 22 | could retain the information for -- for those purposes, | 01:24:56 |
| 23 | yeah. | 01:25:02 |
| 24 | BY MR. LIN: | 01:25:02 |
| 25 | Q     But it says within the paragraph that you're | 01:25:03 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | able to provide disclosed information but not necessarily | 01:25:06 |
| 2 | to copy information from the company; correct? | 01:25:11 |
| 3 | MR. BILLION:  Object to the form of the | 01:25:13 |
| 4 | question. | 01:25:14 |
| 5 | THE WITNESS:  It says -- | 01:25:14 |
| 6 | MR. BILLION:  You may answer. | 01:25:16 |
| 7 | THE WITNESS:  -- that, "An individual should | 01:25:17 |
| 8 | not be held," dot, dot, dot, "per disclosure of a trade | 01:25:20 |
| 9 | secret, that is," dot, dot, dot. | 01:25:23 |
| 10 | So my assumption for this paragraph is that if | 01:25:25 |
| 11 | I feel like something nefarious is going on, I'm allowed | 01:25:28 |
| 12 | to get information, keep information to prove that to the | 01:25:31 |
| 13 | authorities. | 01:25:35 |
| 14 | BY MR. LIN: | 01:25:36 |
| 15 | Q    So did you ever reach out to law enforcement | 01:25:36 |
| 16 | afterwards, after downloading -- | 01:25:39 |
| 17 | A    After what? | 01:25:41 |
| 18 | Q    -- after -- well, I was about to finish. | 01:25:42 |
| 19 | Downloading confidential information from Cred? | 01:25:44 |
| 20 | A    Yes.  I did provide some documents.  I don't | 01:25:46 |
| 21 | remember.  I think it was somewhere between April and May | 01:25:51 |
| 22 | to the SEC. | 01:25:53 |
| 23 | Q    April and May of 2020? | 01:25:54 |
| 24 | A    Yeah.  I wasn't here in 2019, so 2020. | 01:25:57 |
| 25 | Q    So when did you make copies of confidential | 01:26:03 |

Page 132

| | | |
|---|---|---|
| 1 | Cred -- Cred's confidential information? | 01:26:09 |
| 2 | MR. BILLION:  Object to the form of the | 01:26:14 |
| 3 | question insofar it assumes that what he has is covered | 01:26:16 |
| 4 | by this. | 01:26:19 |
| 5 | You may answer. | 01:26:20 |
| 6 | THE WITNESS:  I'm sorry.  Mark, can you say | 01:26:22 |
| 7 | that one more time?  I didn't hear you. | 01:26:26 |
| 8 | MR. BILLION:  I objected to the form of the | 01:26:27 |
| 9 | question insofar as it assumes that what you copied is | 01:26:29 |
| 10 | confidential information. | 01:26:32 |
| 11 | That being said, you may -- you may answer to | 01:26:34 |
| 12 | the extent you can. | 01:26:37 |
| 13 | THE WITNESS:  So the information was downloaded | 01:26:37 |
| 14 | to my work laptop, I don't know, sometime in October, I | 01:26:42 |
| 15 | guess, maybe late October.  And then on to my own | 01:26:49 |
| 16 | personal thumb drive, you know, just before my departure. | 01:26:52 |
| 17 | BY MR. LIN: | 01:26:55 |
| 18 | Q     So after your departure, though, did you ever | 01:26:55 |
| 19 | reach out to law enforcement? | 01:26:59 |
| 20 | A     No. | 01:27:00 |
| 21 | Q     So you said you mentioned -- sorry, you | 01:27:01 |
| 22 | mentioned that you've reached out to law enforcement in | 01:27:05 |
| 23 | April of 2020; correct? | 01:27:08 |
| 24 | A     Yes. | 01:27:11 |
| 25 | Q     And what was -- what did you reach out to them | 01:27:11 |

Page 133

1    about?                                                    01:27:16

2       A    I wanted to make sure that, you know, because    01:27:16

3    of the items that I noticed under moKred, I wasn't fully  01:27:21

4    comfortable like I mentioned.  So I just wanted to        01:27:26

5    double-check that this relationship with moKred was good  01:27:28

6    and positive.  I never received a response back, so I     01:27:34

7    just assumed that, you know, things were okay.  I don't   01:27:37

8    know.                                                     01:27:41

9       Q    So when did you make this assumption that         01:27:46

10   things were okay?                                         01:27:49

11      A    Well, when I say, "things were okay," I mean,     01:27:50

12   maybe nothing, like, nefarious going on between the       01:27:53

13   actors is what I meant.  But that doesn't distort what I  01:27:57

14   believed to be, you know, just things related to their    01:28:00

15   financial situation.                                      01:28:05

16           So with respect to any sort of nefarious          01:28:06

17   relationship, I guess, soon after, maybe a month or two,  01:28:09

18   I just didn't think about it.                             01:28:12

19      Q    And which law enforcement agencies did you        01:28:14

20   contact in April?                                         01:28:17

21      A    Just the SEC.  I'm not sure if they're            01:28:19

22   considered a law enforcement agency, but I contacted      01:28:23

23   them.                                                     01:28:27

24      Q    Was there any other agencies that you've          01:28:27

25   contacted?                                                01:28:30

Page 134

| 1 | A | No. | 01:28:30 |

| 2 | Q | So it was just the SEC in April; correct? | 01:28:31 |

| 3 | A | That's correct. | 01:28:34 |

4    Q    So having heard no -- having reported    01:28:35

5    information to the SEC in April and not hearing anything    01:28:41

6    afterwards, why in October did you download the    01:28:47

7    information again?    01:28:51

8            Or why did you download information in October    01:28:52

9    knowing that --    01:28:57

10    A    Because I -- knowing what, sorry?    01:28:57

11    Q    Knowing that you've already reported    01:29:00

12    information in April and nothing came of it -- came of    01:29:02

13    reporting information?    01:29:07

14    A    Because there was much more information that I    01:29:07

15    had reported to our investment committee after that    01:29:10

16    April/May event related to more than just moKred.  You    01:29:15

17    know, this was related pertaining to the investment    01:29:19

18    committee.    01:29:22

19            And then -- actually, I did take that back.  I    01:29:23

20    forgot.  There was -- with Quanta Coin back in August, I    01:29:28

21    spoke to the FBI related to the Quanta Coin issue.  And    01:29:33

22    on that same call, you know, I brought up the similar    01:29:38

23    issues that I had brought up about moKred and the    01:29:42

24    liquidity situation in the past as well.  So I did bring    01:29:44

25    that up with the authorities at that point as well.  So I    01:29:48

Page 135

| | | |
|---|---|---|
| 1 | forgot about that piece of information. | 01:29:51 |
| 2 | Now to answer your direct question about | 01:29:53 |
| 3 | October.  In October, I took the information out because | 01:29:55 |
| 4 | I realized the situation -- the liquidity situation, in | 01:29:58 |
| 5 | particular -- had dramatically worsened.  I don't believe | 01:30:04 |
| 6 | we were in the right position.  You know, I came across | 01:30:08 |
| 7 | some emails that had been sent to prospects, and I don't | 01:30:13 |
| 8 | think it fully disclosed our current situation.  I don't | 01:30:17 |
| 9 | believe, you know, we were being necessarily honest in | 01:30:22 |
| 10 | some of those communications. | 01:30:24 |
| 11 | So I wanted to make sure the document that I | 01:30:26 |
| 12 | had produced with respect to telling the investment | 01:30:28 |
| 13 | committee that there was an inliquidity (sic) situation | 01:30:31 |
| 14 | that was getting worse and worse were documented, and I | 01:30:36 |
| 15 | have evidence of that. | 01:30:37 |
| 16 | Q    And you said that you mentioned the moKred | 01:30:38 |
| 17 | liquidity situation to the FBI. | 01:30:44 |
| 18 | What about the moKred liquidity situation | 01:30:48 |
| 19 | seemed illegal or nefarious to you? | 01:30:52 |
| 20 | A    It wasn't the moKred issue in particular.  It | 01:30:54 |
| 21 | was the widened gap as a result of the moKred issue | 01:30:59 |
| 22 | between assets and liabilities.  You know, we were | 01:31:02 |
| 23 | getting to a point where Cred had losses in excess of | 01:31:07 |
| 24 | what we believed to be our operating assets, and there | 01:31:10 |
| 25 | was no way to distinguish between company and client | 01:31:15 |

Page 136

1    assets at that point in time.                           01:31:21

2           And that was what I believed to be, you know,     01:31:22

3    kind of a situation that I didn't think that the company 01:31:25

4    should be doing to its customers.                        01:31:28

5      Q    So what do you mean by "doing to its              01:31:30

6    customers"?  In terms of the disclosures, or..           01:31:35

7      A    Yeah, disclosures in particular.  I didn't        01:31:37

8    think that we should've been operating for that period of 01:31:40

9    time just because the situation had worsened.  You know,  01:31:44

10   around that same time, Quantcoin issue, which the        01:31:46

11   Quantcoin issue surface, which dramatically worsened the 01:31:51

12   situation, so there was a number of things that had      01:31:56

13   happened.                                                01:31:59

14     Q    So when was this time that you did not think      01:31:59

15   that the company should be operating anymore because of  01:32:01

16   your concerns?                                           01:32:04

17     A    Not operating anymore?  Well, ultimately, that    01:32:05

18   was not a decision I made.  What I was trying to do was  01:32:12

19   gather information so that the investment committee and  01:32:15

20   the business can make a decision.  And the items I was   01:32:18

21   pushing for were, one, a solvency opinion by our CFO or  01:32:22

22   audit partners -- I forgot their name; it was part of the 01:32:29

23   email or something -- to basically say that the company  01:32:33

24   is a going concern.  That never materialized.            01:32:35

25          And then number two is putting together          01:32:39

                                                  Page 137

```
1    consistent reports with respect to assets and liabilities    01:32:42

2    over time directed at the investment committee asking         01:32:45

3    them, you know, when -- you know, when do we call it          01:32:48

4    essentially?                                                  01:32:54

5            So it wasn't really a decision I was able to          01:32:55

6    make.  It was more of a decision that the corporate          01:32:57

7    offices and the executives had to make.                      01:33:00

8        Q    Why do you say you were unable to make these        01:33:02

9    decisions if you were part of the investment committee at    01:33:06

10   the time?                                                     01:33:10

11       A    Because I -- when I was on the investment           01:33:10

12   committee, I would ask questions like, "Can we perform a      01:33:12

13   solvency opinion?"  To which the response was, "We'll        01:33:16

14   wait for the audit to get finished," or, "We'll wait for     01:33:20

15   X, Y, Z to get finished, and then we'll perform it."         01:33:23

16           So under my assumption, we were steering in a        01:33:24

17   direction to inevitably perform some sort of analysis by     01:33:28

18   accountants, which never happened.                           01:33:32

19       Q    But you were at Cred for about a year; correct?     01:33:37

20       A    No.  Because I was at Cred Capital in between       01:33:41

21   from, let's call it March/April through about July.          01:33:44

22       Q    But that entire time -- you were hired on in        01:33:49

23   December 2019, and you've left at November 2020               01:33:51

24   essentially, beginning of November 2020; correct?            01:33:56

25       A    That's correct.  About ten months.                  01:33:58
```

```
 1        Q      And during -- so ten months.                01:34:02

 2               And during those ten months, did Cred, in fact,  01:34:04

 3        actually have an audit?                            01:34:08

 4        A      Not for anything in 2020 to my knowledge.  We   01:34:14

 5        may have had a 2019 audit, but that's it.          01:34:19

 6        Q      So what information did you download in     01:34:23

 7        October?                                           01:34:27

 8        A      My reports to the investment committee about  01:34:27

 9        liquidity.  Those are the particular documents.  Those  01:34:32

10        are most of the documents.  The documents that you had  01:34:37

11        showed before, the liquidity analysis and recommendations  01:34:40

12        analysis, Draft 1.  That was one I downloaded, and there  01:34:43

13        was a corresponding Excel document associated with that  01:34:47

14        as well.                                           01:34:50

15               And there were also some communications that  01:34:51

16        Cred had sent to certain customers that I kept as well.  01:34:55

17        Q      Did you download anything else?             01:35:03

18        A      Let me check.  There were Slack messages that  01:35:04

19        TrustToken had with our company back in 2019 that I  01:35:23

20        downloaded.  That was in March 2019.               01:35:26

21               There were -- there was the emails about the  01:35:30

22        Amber trading relationship that I downloaded, which was  01:35:34

23        the market maker in Singapore, I believe.  And there was  01:35:40

24        a sales -- an internal sales email that I downloaded as  01:35:45

25        well.  And then all the Cred investment committee notes.  01:35:50
```

Veritext Legal Solutions
866 299-5127

```
 1              And I think that's it -- oh, the Quantcoin    01:35:53

 2    register, like the register event that happened in order  01:35:58

 3    as well.                                                  01:36:01

 4        Q    And so you did not download any, like, customer  01:36:02

 5    lists or anything like that?                              01:36:08

 6        A    No.                                              01:36:10

 7        Q    Right.  And why didn't you ask for Cred's        01:36:10

 8    permission before downloading this information?           01:36:18

 9        A    I assumed they would say no.  There was a        01:36:21

10    particular situation I remember where they would sent a   01:36:24

11    due diligence inbox to someone else, and I had logged in, 01:36:28

12    and Dan sort of immediately called me up and asked why I  01:36:30

13    was looking around.  So I was kind of a bit fearful about 01:36:34

14    asking for permission.                                    01:36:38

15        Q    Fearful in what way?                             01:36:39

16        A    I thought that they would point it down on me    01:36:43

17    somehow or tell me I was doing some wrong, fire me, any   01:36:49

18    of the above.                                             01:36:53

19        Q    And sorry, just before then, what were you       01:36:53

20    looking at just now?  You were looking at something to    01:37:00

21    tell me what documents you downloaded.                    01:37:04

22              What were you looking at?                       01:37:06

23        A    It was a list of all the documents I             01:37:07

24    downloaded.                                               01:37:09

25        Q    And what were you looking at, though, to see     01:37:09
```

Page 140

```
1   that list?                                           01:37:12

2       A    Explorer, Microsoft Explorer.              01:37:12

3       Q    On your personal laptop?                   01:37:18

4       A    Yes.                                        01:37:20

5            MR. LIN:  So I introduced another exhibit.  I   01:37:27

6   think our count is 13.                               01:37:30

7            (Exhibit 13 marked.)                        01:37:36

8   BY MR. LIN:                                          01:37:36

9       Q    Can you let me know when you receive it.   01:37:36

10      A    I will.                                      01:37:39

11      Q    Do you see the document?                    01:37:43

12           Sorry.  I should wait for you.              01:37:45

13      A    Yeah, I have it.                             01:37:47

14      Q    Do you recognize this document?             01:37:48

15      A    Yes.                                         01:37:49

16      Q    What is this document?                       01:37:51

17      A    This is, I assume, a history of everything that  01:37:54

18  I've downloaded to myself.  I'll say that the, "All Mail  01:37:59

19  Including Spam and Trash," I did not end up moving to my  01:38:05

20  personal information.  I didn't think I needed           01:38:10

21  everything.  And the Takeout email, which contained my   01:38:12

22  Google Drive information, I only downloaded, you know,    01:38:17

23  the liquidity analysis for example so I have one or two   01:38:19

24  documents from there, but I didn't end up getting         01:38:23

25  everything there.                                         01:38:27
```

Page 141

| | | |
|---|---|---|
| 1 | Q    So you didn't end up transferring this to | 01:38:28 |
| 2 | yourself? | 01:38:30 |
| 3 | A    Some of the documents from this.  I didn't | 01:38:31 |
| 4 | download the All Mail email, which was the top document. | 01:38:34 |
| 5 | I did download the Amber agreement, printed investment | 01:38:39 |
| 6 | committee notes for sure, and Quantcoin information for | 01:38:43 |
| 7 | sure, which I mentioned before. | 01:38:44 |
| 8 | Q    So you said that you were afraid of telling | 01:38:45 |
| 9 | Cred that you're downloading this information. | 01:38:51 |
| 10 | When did you put this package together, this | 01:38:54 |
| 11 | information? | 01:38:58 |
| 12 | A    I don't remember the exact date.  It must have | 01:38:58 |
| 13 | been September, October sometime. | 01:39:03 |
| 14 | Q    But at this point in time, didn't you already | 01:39:08 |
| 15 | resign from Cred? | 01:39:10 |
| 16 | A    You know, honestly, I don't remember the exact | 01:39:12 |
| 17 | timeline for when these were downloaded, so I don't want | 01:39:17 |
| 18 | to answer you one way or another.  But it could have been | 01:39:20 |
| 19 | for sure after I resigned. | 01:39:23 |
| 20 | Q    So if you were -- you had already resigned from | 01:39:25 |
| 21 | Cred, then what would you have to fear from Dan? | 01:39:32 |
| 22 | A    I mean, that wasn't more about fear of Dan. | 01:39:34 |
| 23 | That was more for protecting our customers.  I felt like | 01:39:43 |
| 24 | we weren't going to be honest at all that transpired, so | 01:39:47 |
| 25 | I wanted to have evidence of that as well. | 01:39:51 |

Page 142

1    Q     How would you not seeking authorization in          01:39:53

2    downloading the documents be protective of the clients?    01:39:59

3    A     Very simply put, the first-day motion --            01:40:02

4    first-day document -- I don't know the exact legal         01:40:10

5    jargon -- that Dan had submitted was kind of like exactly  01:40:14

6    what I predicted.  You know, there were certain bits of    01:40:18

7    information that were revealed and essentially the         01:40:21

8    attempted scapegoat, you know, Quantcoin and James as the  01:40:24

9    reason for the collapse of Cred.  I wanted to make sure    01:40:26

10   that there was sufficient documentation to show that      01:40:29

11   there were -- there was more in play.                     01:40:32

12   Q     And what do you mean "more at play"?                01:40:33

13   A     The whole moKred liquidation and hedging            01:40:37

14   strategy that I just discussed earlier.  That's what I'm  01:40:41

15   referring to.                                             01:40:44

16   Q     But you didn't -- well, after October, you         01:40:44

17   didn't report this to law enforcement?                   01:40:50

18   A     No.  I mean, they were going to declare            01:40:51

19   bankruptcy, so I assume there would be a process --      01:40:57

20   excuse me -- to investigate this.                        01:41:01

21   Q     And what day did you resign from Cred?            01:41:02

22   A     Must have been two weeks before November 6th,     01:41:21

23   if I look at the calendar.  I believe it was the 26th or  01:41:31

24   the 27th.  It might have been the morning of the 27th.   01:41:37

25         MR. LIN:  I'm going to introduce another           01:41:42

Page 143

| | | |
|---|---|---|
| 1 | exhibit, I think Exhibit 14. | 01:41:44 |
| 2 | THE WITNESS:  I'm sorry.  Say that again. | 01:41:50 |
| 3 | MR. LIN:  I'm going to introduce Exhibit | 01:41:52 |
| 4 | Number 14. | 01:41:54 |
| 5 | THE WITNESS:  Okay. | 01:41:54 |
| 6 | (Exhibit 14 marked.) | 01:41:55 |
| 7 | BY MR. LIN: | 01:41:55 |
| 8 | Q    Please let me know when you receive it. | 01:41:56 |
| 9 | A    I have it. | 01:42:05 |
| 10 | Q    Do you recognize this document? | 01:42:06 |
| 11 | A    Yes. | 01:42:06 |
| 12 | Q    What is this document? | 01:42:07 |
| 13 | A    I actually don't remember what's contained in | 01:42:08 |
| 14 | that history folder, to be honest.  But it was an | 01:42:17 |
| 15 | invitation from my personal address to get access, which | 01:42:22 |
| 16 | is -- and sent to that folder.  I don't remember what's | 01:42:27 |
| 17 | in that folder specifically. | 01:42:29 |
| 18 | Q    And you deleted this folder; correct? | 01:42:30 |
| 19 | A    Probably, yes. | 01:42:33 |
| 20 | Q    And you see that you sent this invitation from | 01:42:37 |
| 21 | your work email to your personal Gmail account; correct? | 01:42:46 |
| 22 | A    Yes. | 01:42:49 |
| 23 | Q    So dinamullah@gmail.com, that is your personal | 01:42:50 |
| 24 | email; correct? | 01:42:54 |
| 25 | A    Yes.  Correct. | 01:42:55 |

Page 144

| | | |
|---|---|---|
| 1 | Q    And you sent this invitation to collaborate | 01:42:56 |
| 2 | between yourself -- between your work email and your | 01:42:59 |
| 3 | personal account -- on October 29th, 2020; correct? | 01:43:02 |
| 4 | A    That is correct. | 01:43:05 |
| 5 | Q    And this occurred after you already resigned | 01:43:06 |
| 6 | from Cred; correct? | 01:43:09 |
| 7 | A    That's correct.  Uh-huh. | 01:43:10 |
| 8 | MR. LIN:  I'm going to introduce Exhibit | 01:43:19 |
| 9 | Number 15.  I'm sorry.  I got the wrong document here. | 01:43:20 |
| 10 | Bear with me for one second. | 01:43:51 |
| 11 | THE WITNESS:  Yeah, no worries. | 01:43:53 |
| 12 | Okay. | 01:44:11 |
| 13 | (Exhibit 15 marked.) | 01:44:13 |
| 14 | BY MR. LIN: | 01:44:13 |
| 15 | Q    Do you see Exhibit Number 15? | 01:44:14 |
| 16 | A    Yes. | 01:44:16 |
| 17 | Q    Can you review the document? | 01:44:16 |
| 18 | A    I see it.  It is a list of, I guess, investors, | 01:44:18 |
| 19 | maybe. | 01:44:25 |
| 20 | Q    Is there any reason why this -- why you would | 01:44:26 |
| 21 | want to send this to yourself in October? | 01:44:31 |
| 22 | A    This?  Yeah, this is a list of investors that | 01:44:34 |
| 23 | were part of James Alexander's personal network.  And | 01:44:38 |
| 24 | so -- yeah, I mean, that's the reason I had downloaded | 01:44:45 |
| 25 | it.  It wasn't investor targets or anything to that | 01:44:48 |

Page 145

```
 1    degree.  They were more just targets that we had put        01:44:51

 2    together over time.                                          01:44:54

 3              It was a document that I had worked on with the    01:44:55

 4    business development team and had downloaded for that        01:44:59

 5    purpose, but I haven't reached out to any of these           01:45:02

 6    individuals since.                                           01:45:05

 7         Q    Did you include this document amongst the files    01:45:07

 8    that you sent to yourself in October?                        01:45:10

 9         A    It was probably part of a different download,      01:45:11

10    if anything.  But no.  I'm sure I downloaded it to           01:45:23

11    myself, but maybe not at the same time.                      01:45:29

12         Q    So it wasn't part of Takeout, the ZIP file that    01:45:31

13    we've seen in --                                             01:45:37

14         A    Oh, it may have.  It may have been on that         01:45:38

15    document.  I don't remember, again, what's -- every          01:45:40

16    single document that was inside there, but it may have       01:45:42

17    been part of it.                                             01:45:47

18         Q    So you did include -- so you did download          01:45:48

19    documents other than the documents you described before,     01:45:52

20    which were the committee memos, the memos on Quantcoin.      01:45:54

21    There's other documents besides those documents that you     01:46:03

22    previously identified that you downloaded; correct?          01:46:03

23         A    Yeah.  I guess I may have, but those are the --    01:46:05

24    the ones I just listed off were the ones that are            01:46:07

25    currently saved on my platform.  I probably still            01:46:11
```

Page 146

| | | |
|---|---|---|
| 1 | obviously deleted it and felt like I didn't need to have | 01:46:13 |
| 2 | this. | 01:46:16 |
| 3 | Q    Have you ever provided any of this information | 01:46:16 |
| 4 | that you downloaded to any other parties? | 01:46:19 |
| 5 | A    I don't believe so.  I'm trying to think.  Give | 01:46:21 |
| 6 | me a moment here.  Oh, this one actually might be located | 01:46:35 |
| 7 | online.  I'll have to get back to you on that.  I don't | 01:46:49 |
| 8 | remember off the top of my head, and I don't want to say | 01:46:56 |
| 9 | something that is incorrect. | 01:46:58 |
| 10 | Q    So you'll get back to me in terms of whether or | 01:46:59 |
| 11 | not you sent any of this information that you downloaded | 01:47:03 |
| 12 | to any other parties? | 01:47:05 |
| 13 | A    Yes.  I will for sure. | 01:47:07 |
| 14 | Q    All right.  Do you remember if you sent | 01:47:08 |
| 15 | anything to James Alexander, any of this information that | 01:47:11 |
| 16 | you downloaded? | 01:47:15 |
| 17 | A    I doubt it was this information.  It gave me -- | 01:47:16 |
| 18 | it was his anyways, so I'm sure he had it backed up | 01:47:19 |
| 19 | somewhere. | 01:47:22 |
| 20 | Q    I'm not talking about just this customer list, | 01:47:22 |
| 21 | but I'm talking about all the documents that you | 01:47:25 |
| 22 | downloaded from October. | 01:47:27 |
| 23 | A    None of the emails that I had received, I sent | 01:47:29 |
| 24 | to him, no.  Or none of them -- go ahead.  Sorry. | 01:47:33 |
| 25 | Q    Well, you mentioned emails, but I'm talking | 01:47:36 |

Page 147

1    about any other documents to James Alexander.          01:47:39

2        A    So the only document that I would have sent to   01:47:41

3    James Alexander are the Cred Capital incorporation      01:47:45

4    documents, which he had requested after he was let go.  01:47:49

5    Just happy to provide them, and it's public.            01:47:49

6            And I don't -- I don't remember if I sent him    01:47:56

7    the investment committee notes, but if I did, I would   01:47:59

8    have sent it up to -- up to the point of his departure,  01:48:03

9    but that would have been it.                            01:48:05

10           But I can check back and get back to you on      01:48:07

11   that.  I don't remember.                                01:48:10

12       Q    What about your current employer, Sarson Funds?  01:48:10

13       A    No.  They already have a huge list.            01:48:17

14       Q    No, I'm not talk- -- I'm not just talking about  01:48:19

15   the customer list.  I'm talking about any of the        01:48:21

16   information that you downloaded in October.             01:48:23

17       A    Oh, no.  Absolutely not.  No, I didn't sent     01:48:24

18   anyone at Sarson Funds any of these documents.          01:48:28

19       Q    So are you familiar with Cred's investment in   01:48:44

20   what was thought to be with Quantcoin?                  01:48:47

21       A    I mean, a little bit.  I didn't perform         01:48:49

22   diligence or anything, but I'm aware of it.             01:48:55

23       Q    And why didn't you perform diligence on        01:48:57

24   Quantcoin?                                              01:49:01

25       A    I wasn't there.  They performed diligence      01:49:01

Page 148

| | | |
|---|---|---|
| 1 | before me. | 01:49:05 |
| 2 | Q    But you were on the investment committee when | 01:49:06 |
| 3 | Cred had an ongoing relationship with Quantcoin; correct? | 01:49:09 |
| 4 | A    Yeah.  So I would -- I mean, I would do | 01:49:14 |
| 5 | typically performance reporting, relay that information | 01:49:15 |
| 6 | when they asked one or two questions about performance | 01:49:20 |
| 7 | and what was related to it.  But that's probably it. | 01:49:23 |
| 8 | Q    So you said that you weren't at Cred when | 01:49:27 |
| 9 | Quantcoin was -- had a relationship. | 01:49:33 |
| 10 | But didn't Quantcoin -- | 01:49:36 |
| 11 | THE REPORTER:  I'm sorry, can you repeat your | 01:49:36 |
| 12 | answer? | 01:49:36 |
| 13 | THE WITNESS:  No, not at the start, no. | 01:50:09 |
| 14 | I believe that's what I said. | 01:50:13 |
| 15 | BY MR. LIN: | 01:50:14 |
| 16 | Q    But when did the relationship with Quantcoin | 01:50:14 |
| 17 | start? | 01:50:18 |
| 18 | A    From my understanding, May of 2019, during the | 01:50:18 |
| 19 | Consensus conference. | 01:50:22 |
| 20 | MR. LIN:  I'm going to attach another exhibit. | 01:50:31 |
| 21 | I believe we're at Number 16. | 01:50:37 |
| 22 | (Exhibit 16 marked.) | 01:50:48 |
| 23 | THE WITNESS:  Okay. | 01:50:48 |
| 24 | BY MR. LIN: | 01:50:48 |
| 25 | Q    Do you see the -- Exhibit Number 16? | 01:50:49 |

Page 149

| | | |
|---|---|---|
| 1 | A    I do. | 01:50:51 |
| 2 | Q    Can you review the information, please, | 01:50:52 |
| 3 | Exhibit 16. | 01:50:56 |
| 4 | A    Give me one moment. | 01:50:57 |
| 5 | Okay.  I've reviewed it. | 01:51:15 |
| 6 | Q    Yes.  So what is this document?  Can you | 01:51:24 |
| 7 | summarize just for the record, please? | 01:51:26 |
| 8 | A    So this document is a list of potential | 01:51:27 |
| 9 | investors as well that we wanted to target for our bond | 01:51:33 |
| 10 | operating. | 01:51:37 |
| 11 | Q    Okay.  And I'll direct your attention to | 01:51:38 |
| 12 | Page -- let's try to find this -- Page 5 of the PDF.  Do | 01:51:42 |
| 13 | you see where it says, "Quantcoin, Richard Chapman"? | 01:51:57 |
| 14 | A    Yes, I do. | 01:52:01 |
| 15 | Q    Okay.  And if we go down to Page 6, we see | 01:52:02 |
| 16 | Richard Chapman's email address. | 01:52:08 |
| 17 | A    Is that the next page over? | 01:52:17 |
| 18 | Q    Yes, the next page over.  It's the second -- | 01:52:18 |
| 19 | second block from the top, the very last line of the | 01:52:22 |
| 20 | second block.  It says, CEO, | 01:52:25 |
| 21 | richard.chapman@quantcoin.com. | 01:52:31 |
| 22 | A    Yep, I see it. | 01:52:33 |
| 23 | Q    So -- | 01:52:35 |
| 24 | A    Okay. | 01:52:38 |
| 25 | Q    -- you uploaded this information into Cred's | 01:52:39 |

Page 150

| | | |
|---|---|---|
| 1 | customers list or list of potential business development | 01:52:47 |
| 2 | leads? | 01:52:53 |
| 3 | A    Yes. | 01:52:53 |
| 4 | Q    And do you recognize this email address, | 01:52:54 |
| 5 | richard.chapman@quantcoin.com? | 01:52:57 |
| 6 | A    Yes. | 01:53:00 |
| 7 | Q    What is that address? | 01:53:00 |
| 8 | A    That's the supposed portfolio manager of | 01:53:05 |
| 9 | Quantcoin. | 01:53:13 |
| 10 | Q    So you were the one who uploaded the supposed | 01:53:13 |
| 11 | Quantcoin manager email into Cred's server; is that | 01:53:24 |
| 12 | correct? | 01:53:29 |
| 13 | A    I mean, this -- I wasn't doing Quantcoin in | 01:53:29 |
| 14 | particular.  This document, I believe, had hundreds if | 01:53:34 |
| 15 | not thousands of potential investors in it. | 01:53:37 |
| 16 | Q    And this document, though, who put it together? | 01:53:40 |
| 17 | A    I believe it was James Alexander.  It was his | 01:53:42 |
| 18 | personal contact. | 01:53:51 |
| 19 | MR. LIN:  I'm going to upload another exhibit, | 01:53:59 |
| 20 | Exhibit Number 17. | 01:54:11 |
| 21 | (Exhibit 17 marked.) | 01:54:24 |
| 22 | THE WITNESS:  Okay.  I have it, yes. | 01:54:24 |
| 23 | BY MR. LIN: | 01:54:26 |
| 24 | Q    Do you see that?  Can you read the document, | 01:54:27 |
| 25 | please. | 01:54:31 |

Page 151

```
 1      A      Okay.  I read the document.              01:54:47

 2      Q      Can you describe this document for us, please,  01:54:49

 3  for the record.                                     01:54:56

 4      A      This is a follow-up contribution to Quantcoin  01:54:57

 5  request.                                            01:55:02

 6      Q      And at this point, did you do any due diligence  01:55:06

 7  on Quantcoin before transmitting --                 01:55:08

 8      A      No.  I had been -- no, it had been ten days  01:55:12

 9  after our initial contribution, so there's no reason not  01:55:16

10  to believe the original diligence.                  01:55:20

11      Q      When you compare this email, though, compared  01:55:37

12  to the last exhibit -- I believe it was Exhibit 16 -- do  01:55:39

13  you notice that the emails for Richard Chapman are   01:55:44

14  different?                                          01:55:47

15      A      Looking back I do, yes.                  01:55:49

16      Q      But at the time, you didn't notice this  01:55:50

17  difference?                                         01:55:53

18      A      We may have noticed it was different, but we  01:55:53

19  could have attributed it to, like, the fund versus GP.  01:55:57

20  We didn't really think too much about it, too much to be  01:56:02

21  honest.                                             01:56:04

22      Q      So nobody in the capital markets team decided  01:56:04

23  to Google the email names to make sure it was correct?  01:56:08

24      A      There was a slash page at, I believe, both of  01:56:10

25  them from what I remember.                          01:56:15
```

Page 152

| | | |
|---|---|---|
| 1 | Q    So there was two slash pages for Quantcoin? | 01:56:17 |
| 2 | A    I remember there was a slash page that may have | 01:56:23 |
| 3 | redirected to the same one, but I do remember Googling | 01:56:28 |
| 4 | the email address.  That was back in February.  I'm not | 01:56:31 |
| 5 | sure if I did both of them. | 01:56:35 |
| 6 | Q    So in your email, you are transferring, I | 01:56:36 |
| 7 | think, a hundred Bitcoin. | 01:56:45 |
| 8 | At the time of the transfer, was that a | 01:56:48 |
| 9 | significant amount of money for the company to wire? | 01:56:51 |
| 10 | A    We had thousands of Bitcoin on our platform; | 01:56:53 |
| 11 | most of it had been transmitted into moKred.  It was | 01:57:00 |
| 12 | certainly sizable for the investor that we had brought on | 01:57:05 |
| 13 | for this contribution.  But, I mean, it wasn't, like, the | 01:57:08 |
| 14 | biggest deal we worked on. | 01:57:13 |
| 15 | Q    What about for Kingdom Trust and that email | 01:57:14 |
| 16 | address?  I could point it to you. | 01:57:22 |
| 17 | A    Yeah. | 01:57:24 |
| 18 | Q    Did you see it in this email thread? | 01:57:25 |
| 19 | A    Yeah, yeah.  The Kingdoms, plural, Trust.com | 01:57:27 |
| 20 | versus Kingdom Trust.  Nothing -- I didn't check on that. | 01:57:31 |
| 21 | The way I checked it is I Googled the name Scott Foster, | 01:57:37 |
| 22 | connected with him on LinkedIn.  I actually sent him a | 01:57:42 |
| 23 | few messages as well.  That's all the diligence on Scott | 01:57:45 |
| 24 | Foster. | 01:57:51 |
| 25 | Q    And did Cred have any specific processes in | 01:57:53 |

Page 153

1    place before sending currency to an outside party?    01:57:58

2        A    No.  There was no written processes.  Those    01:58:06

3    were primarily designed a few months later -- during the    01:58:12

4    summer, I believe -- when Xavier Rashotsky and Heidi put    01:58:15

5    it together along with the Fireblocks team.    01:58:21

6        Q    So did -- have you ever made a recommendation    01:58:23

7    as -- in terms of the processes that Cred should employ    01:58:27

8    in order to safeguard transfers of Cred funds?    01:58:36

9        A    Yes.  It would be one of two things:  Either    01:58:39

10    notate in our slide channel whenever we're about to make    01:58:46

11    a transfer, which was the easiest thing to do because we    01:58:50

12    had no formal process in place and then consummate the    01:58:53

13    transaction; or, two, to put in, you know, like a, you    01:58:56

14    know, whoever initiated the transfer couldn't sign off on    01:59:01

15    it essentially, that sort of stuff.    01:59:03

16        Q    And who made that recommendation that the    01:59:06

17    person initiating the transfer should not be the one    01:59:09

18    authorizing the transfer?    01:59:15

19        A    I don't remember to be honest.  It was probably    01:59:18

20    an investment committee conversation that we had.    01:59:20

21        MR. LIN:  I'm going to introduce another    01:59:33

22    exhibit, Exhibit Number 18, I believe.    01:59:36

23        (Exhibit 18 marked.)    01:59:54

24    BY MR. LIN:    01:59:54

25        Q    Can you let me know when you receive it.    01:59:54

Page 154

| | | | |
|---|---|---|---|
| 1 | A | I will. | 02:00:00 |
| 2 | Q | Daniyal, I'm sorry. | 02:00:00 |
| 3 | A | Okay.  I have it. | 02:00:06 |
| 4 | Q | Do you remember sending out this email -- | 02:00:07 |
| 5 | A | Yes. | 02:00:15 |
| 6 | Q | -- on August 21, 2020, at 4:57? | 02:00:15 |
| 7 | A | I remember. | 02:00:18 |
| 8 | Q | Seeing this "Message Not Delivered" | 02:00:18 |

9  notification from Gmail, did this raise any red flags for   02:00:25

10  you with regards to scottfoster@kingdomstrust.com?   02:00:34

11       A    Yes, it did.  I was concerned.  You know,   02:00:34

12  obviously the email bounced.  That was our administrator.   02:00:37

13  So there was obvious concerns about whether -- it raised   02:00:41

14  red flags, absolutely.   02:00:45

15       Q    So I see your email it says -- you forward this   02:00:46

16  to, I think, Adnan Khakoo, and you said, "From" -- "from   02:00:52

17  Tuesday, LOL"; correct?   02:00:57

18       A    Uh-huh.  Yes.   02:01:00

19       Q    Why did you forward this to Adnan?   02:01:02

20       A    We may have been having a conversation with   02:01:03

21  Scott about it.  I don't remember exactly why I sent it   02:01:17

22  to him.   02:01:19

23       Q    But at this point, did you notify anybody else   02:01:20

24  at Cred that you were getting these email bounceback   02:01:22

25  messages?   02:01:28

Page 155

| | | |
|---|---|---|
| 1 | A    Yeah, I would have informed both Dan and Joe. | 02:01:29 |
| 2 | Q    When were you aware that Scott Foster may have | 02:01:32 |
| 3 | been an imposter? | 02:01:48 |
| 4 | A    When the real Kingdom Trust responded to us | 02:01:50 |
| 5 | when we were asking why these emails kept being -- our | 02:01:55 |
| 6 | original assumption was that Scott Foster was fired or | 02:02:01 |
| 7 | something to that effect or he was let go or moved on to | 02:02:06 |
| 8 | something else.  So we just thought it was the Scott | 02:02:07 |
| 9 | Foster or part of it that was wrong, not the Kingdom | 02:02:10 |
| 10 | Trust part of it -- the Kingdoms Trust part of it. | 02:02:16 |
| 11 | Q    And going back to your original transfers of a | 02:02:17 |
| 12 | hundred Bitcoin to Quantcoin or what Cred thought to be | 02:02:21 |
| 13 | Quantcoin. | 02:02:28 |
| 14 | Did you have any suspicions about Scott Foster | 02:02:28 |
| 15 | or Quantcoin then when you made the transfer? | 02:02:31 |
| 16 | A    No. | 02:02:33 |
| 17 | MR. LIN:  I'm going to introduce another | 02:02:57 |
| 18 | exhibit, Exhibit Number 19, I believe. | 02:02:59 |
| 19 | THE WITNESS:  I have it. | 02:03:22 |
| 20 | (Exhibit 19 marked.) | 02:03:23 |
| 21 | BY MR. LIN: | 02:03:23 |
| 22 | Q    Did you receive -- can you review it, please. | 02:03:23 |
| 23 | A    Okay. | 02:03:58 |
| 24 | Q    So just to -- just to confirm and for the | 02:03:59 |
| 25 | record, can you summarize this email for us, please? | 02:04:05 |

Page 156

1    A    This is a confirmation of what Dan Schatt -- or    02:04:10

2    what Dan Schatt wanted me to confirm about James    02:04:15

3    requesting me to move out of Fireblocks.    02:04:20

4    Q    And in your response to Dan, we see it on    02:04:27

5    June 29th, 2020, at 8:49 p.m.    02:04:32

6    A    Uh-huh.    02:04:37

7    Q    You said that you received the request from    02:04:38

8    James to send the funds and that you sent the funds from    02:04:41

9    Fireblocks to various addresses that do not belong to    02:04:49

10    Cred or managed by any of Cred's asset managers; correct?    02:04:56

11    A    So -- yeah.  Accounts that had been set up,    02:05:00

12    yes.  So I received the request from James, and I sent --    02:05:08

13    with that request, I transferred the funds out of    02:05:10

14    Fireblocks.    02:05:13

15    Q    So did you receive James Alexander's request to    02:05:14

16    transfer these funds through Telegram?    02:05:20

17    A    No.  I received them in person.  I was in the    02:05:22

18    office at the time.    02:05:27

19    Q    So he was in person, and he asked you to make    02:05:27

20    these transfers?    02:05:31

21    A    Yep.  Uh-huh.    02:05:31

22    Q    Then why in Dan's initial message -- he asks or    02:05:33

23    he notes, "James made this request to you in Telegram."    02:05:38

24    Do you believe that he subsequently deleted the    02:05:42

25    Schatt conversation afterwards because he could no longer    02:05:44

Page 157

1    access the thread?                                          02:05:47

2        A    I don't know.  I never concerned myself --         02:05:49

3    sorry, sorry.  Go ahead.                                    02:05:51

4        Q    This is him confirming a conversation he had       02:05:52

5    with you earlier that day?                                  02:05:55

6        A    This is him asking questions about a               02:05:59

7    conversation we had earlier that day.  So the Telegram      02:06:02

8    request, I was trying to figure out.  Because James -- I    02:06:06

9    told him that James confirmed with me over the phone to     02:06:08

10   transfer the assets.                                        02:06:12

11       But what was in question how he transmitted the         02:06:13

12   address information, which I initially had thought would    02:06:16

13   have been through Telegram, but James doesn't really get    02:06:19

14   on Telegram very much.  And then later on, I remember --    02:06:22

15   as you can see from the bottom of the page where he tried   02:06:24

16   calling -- and I guess we just never connected after that   02:06:27

17   point in time.                                              02:06:30

18       But he had given me the address in person.              02:06:31

19       Q    So were you the person who initiated and           02:06:34

20   authorized this transfer of funds to James Alexander?       02:06:47

21       A    James requested I initiate it through the          02:06:51

22   Fireblocks portal, and I confirmed through the Fireblocks   02:06:55

23   portal, yes.                                                02:06:59

24       Q    I see.  And are you -- did you know that James     02:07:00

25   Alexander was having you transfer it to an account that     02:07:10

Page 158

1    was not within Cred's custody or control?                02:07:13

2        A    Assuming your interpretation of Cred excludes    02:07:16

3    Cred Capital, then yes.  He has -- he told me it would be    02:07:24

4    going to a Cred Capital account that he had set up.        02:07:27

5        Q    And are you or Alexander colluding with this    02:07:31

6    imposter who's pretending to be Quantcoin to transfer    02:07:38

7    funds outside of Cred?                                    02:07:42

8        A    I'm sorry?                                        02:07:43

9        Q    Are you colluding with this imposter, whoever's    02:07:44

10   pretending to be Quantcoin in our previous exhibits, to    02:07:50

11   transfer Cred Capital funds away from Cred?                02:07:54

12       A    No.                                                02:07:57

13       Q    Do you know if Alexander is colluding with this    02:07:58

14   imposter to transfer Cred funds away from Cred?            02:08:06

15       A    I don't know.                                    02:08:08

16       Q    So did you ever use Telegram to communicate        02:08:09

17   with anyone else from Cred or Cred Capital?                02:08:18

18       A    Yeah.  Telegram was used in a lot of stuff that    02:08:26

19   we were using.  We used it in trading, some                02:08:29

20   communications between myself and business development    02:08:31

21   projects.  So it was used quite frequently.                02:08:34

22       Q    And have you ever used Telegram in any other    02:08:37

23   instance to communicate with James Alexander besides this    02:08:49

24   particular transfer of funds?                            02:08:52

25       A    I might have, but James hasn't been on            02:08:54

Page 159

| | |
|---|---|
| 1 | Telegram.  He doesn't really like to use it quite | 02:09:02 |
| 2 | honestly.  So there may have been a conversation early on | 02:09:05 |
| 3 | in the year, but probably not. | 02:09:09 |
| 4 |     Q    If he didn't like to use it, then why did he | 02:09:11 |
| 5 | use it to transfer information to you about the wallet | 02:09:15 |
| 6 | information? | 02:09:20 |
| 7 |     A    I just said he didn't use Telegram for that | 02:09:21 |
| 8 | information. | 02:09:24 |
| 9 |     Q    Oh, okay.  I thought it was because he | 02:09:24 |
| 10 | transferred something and then he told you something in | 02:09:27 |
| 11 | person, but I might have been mistaken you on that. | 02:09:29 |
| 12 |     A    No. | 02:09:31 |
| 13 |     Q    So he always gave you everything to you in | 02:09:31 |
| 14 | person, then, all the information he gave you? | 02:09:34 |
| 15 |     A    The address and everything.  Uh-huh. | 02:09:36 |
| 16 |     Q    I see. | 02:09:38 |
| 17 |     A    Much safer that way. | 02:09:41 |
| 18 |     Q    Okay.  And are you still in conversations with | 02:09:43 |
| 19 | James Alexander today?  In communication? | 02:09:46 |
| 20 |     A    I've had -- yeah, I'm in communication, had a | 02:09:48 |
| 21 | couple of conversations.  Mostly about, you know, how | 02:09:53 |
| 22 | we're doing and about the businesses that we're working | 02:09:57 |
| 23 | on today. | 02:10:01 |
| 24 |     Q    Is that business that you're working on today, | 02:10:02 |
| 25 | does that include conversations about Cred? | 02:10:05 |

Page 160

```
1        A     No.  It's mostly about moving past Cred, to be    02:10:07
2   honest.  James working on a certain decentralized finance    02:10:13
3   project, and I'm working on -- you know, obviously at        02:10:23
4   Sarson Funds, as I mentioned before.                         02:10:24
5        Q     And what sort of business is James Alexander      02:10:25
6   working on?  What's the name of the company?                 02:10:30
7        A     Level Capital.                                    02:10:32
8        Q     And you mentioned that you would work on          02:10:34
9   business -- sorry, you would discuss business with James     02:10:38
10  Alexander, about what business that you're working           02:10:41
11  in; correct?                                                 02:10:44
12       A     Yeah.                                             02:10:44
13       Q     And that would include your role at Sarson        02:10:46
14  Funds; correct?                                              02:10:49
15       A     Correct.                                          02:10:50
16       Q     And Sarson Funds is also working on Cred          02:10:52
17  deals; correct?                                              02:10:55
18       A     Yes.                                              02:10:56
19       Q     So would those conversations about business       02:10:58
20  include Cred's business, vis-à-vis Sarson Funds?             02:11:02
21       A     Absolutely not.                                   02:11:07
22       Q     Okay.                                             02:11:08
23             MR. LIN:  Desiree, did you need to take a         02:11:11
24  break, you said?                                             02:11:13
25             Five minutes, then?                               02:11:19
```

Page 161

```
 1              THE REPORTER:  Yes, that's fine.          02:11:23

 2              THE VIDEOGRAPHER:  We are going off the record.  02:11:23

 3    The time is 3:11 p.m.                               02:11:25

 4              (Break held off the record.)              02:11:25

 5              THE VIDEOGRAPHER:  We are back on the record.  02:23:20

 6    The time is 3:23 p.m.                               02:23:21

 7    BY MR. LIN:                                         02:23:24

 8        Q    Great.  So, Daniyal, you understand that you're  02:23:28

 9    under oath?                                         02:23:32

10        A    Yes.                                       02:23:33

11        Q    Still under oath?                          02:23:33

12        A    Yeah.                                      02:23:35

13        Q    And during the break, did you speak to anybody?  02:23:36

14        A    No -- I'm sorry.  I did speak to my wife.  She  02:23:38

15    was just going to a different office, so she was letting  02:23:45

16    me know in between.  That's it.                     02:23:48

17              MR. LIN:  Okay.  I'm going to introduce another  02:23:53

18    exhibit.  I think it's going to be Exhibit Number 20.  02:23:55

19              (Exhibit 20 marked.)                      02:24:20

20              THE WITNESS:  Yes, I have it.             02:24:20

21    BY MR. LIN:                                         02:24:21

22        Q    And can you review Exhibit 20, please, and let  02:24:21

23    me know when you're finished.                       02:24:25

24        A    Reviewed.                                  02:24:32

25        Q    And do you see -- do you recognize this email?  02:24:33
```

                                                    Page 162

```
 1        A    Yes.                                          02:24:38

 2        Q    And can you describe this email for the record,  02:24:40

 3   please.                                                 02:24:44

 4        A    It's a suggestion on management process for our  02:24:44

 5   custodian.                                              02:24:50

 6        Q    And this is your suggestions for the management  02:24:51

 7   process; correct?                                       02:24:54

 8        A    Yes.                                          02:24:55

 9        Q    And you also write in the suggestion that --  02:24:55

10   I'm quoting now from your email -- that, quote, "I also  02:25:04

11   want to set up the transfers so that the person who     02:25:08

12   initiates the transfer will not have the ability to     02:25:11

13   authorize the transfer," end quote; correct?           02:25:15

14        A    Yep.                                          02:25:19

15        Q    And you wrote that statement; correct?       02:25:20

16        A    It looks correct.                            02:25:22

17        Q    So when you initiated the transfer and       02:25:23

18   authorized the transfer of funds to James Alexander, you  02:25:27

19   were violating this proposed management process for     02:25:29

20   Fireblocks; correct?                                    02:25:32

21        A    Well, two things.  One is that this was never  02:25:33

22   adopted; people kind of just ignored this email.  And  02:25:37

23   then, second, yeah, I mean, I was violating the fact that  02:25:43

24   I initiated a consent, but there was a request made by  02:25:45

25   James.  And he had, at the time, set up his -- his      02:25:50
```

Page 163

```
 1   equipment, I believe -- sorry.  That was for the February    02:25:53
 2   transfer.                                                     02:25:56
 3          But he did have it set up in time for June.            02:25:56
 4   But I just took a verbal authorization to initiate the        02:26:00
 5   transaction.                                                  02:26:03
 6      Q    But you also mentioned that the reason why you        02:26:04
 7   wanted this particular structure -- I'm, again, quoting       02:26:06
 8   from your email -- is --                                      02:26:09
 9      A    Yeah.                                                 02:26:10
10      Q    -- quote, "I wanted everyone to be aware of           02:26:11
11   structure so we can incorporate the correct controls to      02:26:14
12   avoid any potential collusion risk," end quote; correct?     02:26:19
13      A    Yes.                                                  02:26:20
14      Q    And what is -- what do you mean by "potential         02:26:21
15   collusion risk"?                                              02:26:25
16      A    If you have two of three, you know -- you would       02:26:26
17   need to basically convince another person to collude with    02:26:34
18   you.  So the fact that you couldn't initiate and sign off    02:26:38
19   on a transaction by yourself, just -- you know, adding       02:26:41
20   another person minimizes the collusion risk, essentially,    02:26:46
21   that I'm sending the funds to wherever I want it to be.      02:26:49
22      Q    So wasn't there -- didn't you essentially            02:26:53
23   collude then with James Alexander to transfer away these     02:26:59
24   funds from Cred?                                              02:27:02
25          MR. BILLION:  Objection.                              02:27:04
```

Page 164

1          THE WITNESS:  I wouldn't say.                    02:27:04

2          MR. BILLION:  Yeah, objection.  To the extent   02:27:05

3   it did ask if he's colluding, I don't think he's ever  02:27:07

4   made that statement.                                    02:27:10

5          That being said, you can answer.                 02:27:12

6          THE WITNESS:  Thank you.                         02:27:14

7          I was not colluding with James.  But at the      02:27:16

8   time of the transfer, first of all, this assumes that   02:27:19

9   Cred owned the assets, which is kind of an assumption of 02:27:23

10  that question, which that is up for debate.  And        02:27:28

11  currently there's a court process that's being brought  02:27:32

12  for that today.                                         02:27:37

13         Assuming that is not true, then I don't think    02:27:38

14  there was any collusion.  It was a bifurcated account for 02:27:40

15  Cred Capital where it was initiated from, and it was,   02:27:45

16  from my understanding, sent to a Cred Capital account.  02:27:49

17  BY MR. LIN:                                             02:27:52

18     Q     Did you ever transfer any other cryptocurrency 02:27:58

19  from Cred to accounts that were not owned or controlled  02:28:02

20  by Cred?                                                02:28:06

21     A     No.  I'm sorry.  The Cred Capital accounts, I  02:28:06

22  guess, but no.                                          02:28:12

23     Q     So let's just set aside the Cred Capital       02:28:13

24  transfer from -- between you and James Alexander for this 02:28:17

25  moment.                                                 02:28:20

                                                    Page 165

| | | |
|---|---|---|
| 1 | Did you transfer anything else, any other | 02:28:20 |
| 2 | cryptocurrency away from Cred to another entity without | 02:28:26 |
| 3 | authorization? | 02:28:30 |
| 4 | A    No.  No. | 02:28:30 |
| 5 | Q    What about Cred Capital's cryptocurrency? | 02:28:31 |
| 6 | Did you ever transfer Cred Capital | 02:28:40 |
| 7 | cryptocurrency away from Cred Capital.  To other accounts | 02:28:43 |
| 8 | without authorization? | 02:28:48 |
| 9 | A    You said to other Cred Capital accounts? | 02:28:48 |
| 10 | Q    No.  To other accounts that are not owned or | 02:28:55 |
| 11 | controlled by Cred Capital. | 02:29:00 |
| 12 | A    Oh, no.  No, no.  It was all Cred Capital | 02:29:00 |
| 13 | accounts that I sent to. | 02:29:03 |
| 14 | Q    Now, the transfer -- I do want to go back to | 02:29:04 |
| 15 | the James Alexander transfer. | 02:29:06 |
| 16 | Now, where were you transferring the funds | 02:29:07 |
| 17 | from?  Who owned those wallets? | 02:29:10 |
| 18 | A    That was a Cred Capital entity-controlled | 02:29:13 |
| 19 | wallet. | 02:29:18 |
| 20 | Q    So James Alexander was asking you to send money | 02:29:19 |
| 21 | from one Cred Capital -- what you're saying is a Cred | 02:29:30 |
| 22 | Capital-owned wallet to an outside account? | 02:29:34 |
| 23 | A    Yeah.  Wait, wait.  Outside account for Cred | 02:29:36 |
| 24 | Capital. | 02:29:43 |
| 25 | Q    Okay.  I see.  And how did Cred Capital get | 02:29:45 |

Page 166

```
1    that particular set of Bitcoin that you ended up          02:29:55

2    transferring?                                             02:29:58

3        A    That was an investment -- that was an            02:30:04

4    investment made by Lu Hua to Cred Capital.  It was a 300  02:30:05

5    Bitcoin.                                                  02:30:08

6             THE REPORTER:  I didn't hear the name.           02:30:24

7             THE WITNESS:  Lu Hua, L-U H-U-A.                 02:30:25

8             Sorry, Brian.                                    02:30:29

9    BY MR. LIN:                                               02:30:33

10       Q    No worries.                                      02:30:33

11            And why did Lu Hua give those crypto -- I'm      02:30:34

12   sorry.  Why did he transfer that cryptocurrency to Cred   02:30:38

13   Capital?                                                  02:30:43

14       A    So, initially, the Lu's Bitcoin were sent to --  02:30:43

15   I forgot which wallet it was sent to initially.  But      02:30:49

16   those assets were used to re-appropriate some of the      02:30:54

17   hedges on the long side.  So, you know, back when Bitcoin 02:30:56

18   was done at 5,000, it was the levered long Bitcoin, the   02:31:00

19   bottom of the market.                                     02:31:04

20            There was no documentation to consummate that    02:31:05

21   transaction, to my knowledge.  And then inevitably, Lu    02:31:09

22   signed an equity investment agreement where the Bitcoin   02:31:13

23   was essentially invested into Cred Capital, Inc., in      02:31:17

24   exchange for a certain number of shares.                  02:31:22

25       Q    And did Lu ever authorize this transfer of       02:31:24
```

Veritext Legal Solutions
866 299-5127

1    funds from Cred Capital wallet to another outside account    02:31:30

2    you're that asserting is belongs to Cred Capital?    02:31:36

3        A    That totally belonged to Cred Capital.  No, he    02:31:40

4    wasn't part of those discussions.    02:31:45

5        Q    Did Lu loan this money to Cred Capital, or did    02:31:46

6    he give the money to Cred Capital?    02:31:49

7        A    He invested it, equity investment for a series    02:31:50

8    of shares.    02:31:57

9        Q    And did Lu ever specifically tell you -- or if    02:31:58

10    you're otherwise aware of, did Lu Hua ever say that, "I    02:32:05

11    want to give 300 Bitcoin to Alexander"?    02:32:08

12        A    He said he wanted to give 300 Bitcoin to Cred    02:32:12

13    Capital.  I don't think there was a communication that    02:32:20

14    specifically named James.  Not to my knowledge.    02:32:23

15            MR. LIN:  Okay.  I'm going to introduce another    02:32:27

16    exhibit, Exhibit Number 21.    02:32:44

17            (Exhibit 21 marked.)    02:32:44

18    BY MR. LIN:    02:33:13

19        Q    Do you have Exhibit 21 in front of you?    02:33:13

20        A    Now I do.    02:33:17

21        Q    Do you recognize this exhibit?    02:33:18

22        A    Yes.    02:33:22

23        Q    And what is this document?    02:33:24

24        A    It's my declaration in support of a motion to    02:33:26

25    either move the case to a seven liquidation -- Chapter 7    02:33:33

Page 168

| | | |
|---|---|---|
| 1 | liquidation or appoint a Chapter 11 trustee. | 02:33:37 |
| 2 | Q    And did you write this declaration? | 02:33:42 |
| 3 | A    I ended the recommendation, but I did not type | 02:33:47 |
| 4 | the initial draft. | 02:33:58 |
| 5 | Q    Did you type any drafts of this declaration? | 02:33:59 |
| 6 | A    Yeah, I mean, I took what was given to me, | 02:34:01 |
| 7 | edited it, made sure the correct information was | 02:34:11 |
| 8 | included. | 02:34:13 |
| 9 | Q    So who initially drafted that information? | 02:34:14 |
| 10 | A    That would be the counsel for -- sorry.  I | 02:34:17 |
| 11 | didn't mean to cut you off. | 02:34:21 |
| 12 | Q    No, go ahead.  You were going to answer my | 02:34:22 |
| 13 | question anyway. | 02:34:25 |
| 14 | A    It was the counsel for Mr. Majdak Catan at | 02:34:26 |
| 15 | Godineau. | 02:34:30 |
| 16 | Q    So the counsel for Majdak and Godineau, they | 02:34:31 |
| 17 | were the one that's drafted it -- this declaration, gave | 02:34:38 |
| 18 | it to you, and then you edited the declaration; correct? | 02:34:40 |
| 19 | A    That's correct, yep. | 02:34:44 |
| 20 | Q    Did anyone else help you write the declaration? | 02:34:46 |
| 21 | A    No. | 02:34:48 |
| 22 | Q    Do you remember how many drafts that you went | 02:34:49 |
| 23 | back and forth with -- to finalize this declaration? | 02:34:53 |
| 24 | A    Maybe two or three. | 02:34:57 |
| 25 | Q    And at the very end, is that your electronic | 02:35:02 |

Page 169

1   signature?                                                  02:35:06

2       A    Yes.                                               02:35:07

3       Q    So did anyone sign in for you, or did you make     02:35:08

4   the signature yourself?                                     02:35:12

5       A    I made the signature myself.                       02:35:13

6       Q    And did the attorneys for Majdak and Godineau,     02:35:18

7   did they reach out to you to have this declaration?         02:35:28

8   Because you mentioned they drafted it first.                02:35:32

9       A    Yes.  They would have reached out to me to         02:35:39

10  start the conversation and asked if I would like to have    02:35:42

11  a declaration in their support.                             02:35:44

12      Q    And how did they end up finding you to draft       02:35:46

13  this declaration?                                           02:35:51

14      A    They must have been on LinkedIn, probably.         02:35:52

15      Q    And why did you agree to draft this                02:35:55

16  declaration?                                                02:35:58

17      A    Because -- as I mentioned before, I thought        02:35:58

18  there was a lot of information that was left out of         02:36:04

19  Mr. Schatt's initial document.  Sorry, I don't know what    02:36:07

20  the document name is.  But whatever he drafted initially    02:36:11

21  to kick off the Chapter 11 process, I thought there was a   02:36:14

22  lot of holes in it.  So I thought it would be -- it's       02:36:18

23  good for our customers to make sure they had the right      02:36:21

24  information.                                                02:36:25

25      Q    And did you receive any sort of compensation to    02:36:25

Veritext Legal Solutions
866 299-5127

```
 1    provide this declaration?                          02:36:27

 2       A     No.                                       02:36:28

 3       Q     Is Sarson Funds aware that you're providing   02:36:29

 4    this declaration?                                  02:36:45

 5       A     You told them I was -- I told John.  I don't   02:36:45

 6    know about the entire company, but certainly they know   02:36:56

 7    I'm kind of cooperating with the motion.  Not kind of, I   02:37:00

 8    am cooperating with the motion.  Sorry.            02:37:07

 9       Q     Okay.  Did Sarson Funds ever express any sort   02:37:09

10    of opinion as to how your declaration should be    02:37:19

11    fashioned?                                         02:37:21

12       A     No.                                       02:37:22

13       Q     And with regards to Sarson Funds, is Sarson   02:37:25

14    Funds working on any projects that are designed to   02:37:39

15    increase Cred's liquidity?                         02:37:41

16       A     Cred was invested in two funds, which are being   02:37:44

17    unwound.  I believe the maturity date was probably the   02:37:52

18    end of this month or maybe mid this month per the   02:37:58

19    administrator.  There's a second assignment that Cred has   02:38:02

20    Sarson Funds, which was consummated before I officially   02:38:07

21    joined, which is to sell some of the TAP tokens, T-A-P   02:38:11

22    tokens.                                            02:38:19

23       Q     And -- but to sell the TAP tokens, they need to   02:38:20

24    increase liquidity of it; right?                   02:38:24

25             Isn't that part of the process?           02:38:26
```

Page 171

| | | |
|---|---|---|
| 1 | A    I don't know how we would increase liquidity | 02:38:27 |
| 2 | for a token.  That's not part of our mandate. | 02:38:32 |
| 3 | Q    But you just mentioned that they're trying to | 02:38:34 |
| 4 | sell the token; right? | 02:38:36 |
| 5 | A    Sorry.  Maybe we're defining "liquidity" | 02:38:37 |
| 6 | differently.  I'm defining liquidity as selling TAP for | 02:38:44 |
| 7 | either Bitcoin or cash.  We're not artificially creating | 02:38:47 |
| 8 | liquidity.  We're not market making, for example. | 02:38:52 |
| 9 | Q    Right.  But they are trying to sell an asset | 02:38:55 |
| 10 | for Cred essentially; correct? | 02:39:01 |
| 11 | A    That's correct, yep. | 02:39:03 |
| 12 | Q    So is there any reason why Sarson would want | 02:39:06 |
| 13 | Cred to undergo Chapter 7 bankruptcy as opposed to | 02:39:25 |
| 14 | Chapter 11? | 02:39:29 |
| 15 | A    Why they would want to go through Chapter 7? | 02:39:43 |
| 16 | Q    Yeah, so let me explain. | 02:39:43 |
| 17 | So you understand that a business that files | 02:39:44 |
| 18 | Chapter 7 basically goes out of business and liquidates, | 02:39:48 |
| 19 | essentially? | 02:39:53 |
| 20 | A    Correct. | 02:39:53 |
| 21 | Q    Does Sarson have any specific opinions with | 02:39:53 |
| 22 | regards to whether or not they would like Cred to undergo | 02:39:57 |
| 23 | Chapter 7 bankruptcy? | 02:40:00 |
| 24 | A    No, never.  But what I would say is that just | 02:40:02 |
| 25 | assuming we would probably want them, Cred, to not | 02:40:08 |

```
 1    liquidate everything as soon as possible because we would    02:40:12

 2    have the opportunity to work with, I guess, a reorganized    02:40:15

 3    entity later on.                                             02:40:19

 4         Q    So why do you want Cred to go -- undergo          02:40:21

 5    Chapter 7 bankruptcy?                                        02:40:26

 6         A    Because I think our customers had a disservice    02:40:27

 7    done to them.  I think it was -- and the bankruptcy          02:40:34

 8    filing didn't reveal all the information.  I just felt       02:40:37

 9    like you have to be honest in the lending business, and      02:40:40

10    that's not something we did.                                 02:40:43

11         Q    Has James Alexander ever expressed an opinion     02:40:44

12    with regards to the way -- whether or not Cred should        02:40:48

13    undergo Chapter 7 bankruptcy?                                02:40:53

14         A    I think he filed a motion in support of --        02:40:56

15    sorry, I'm going to lose the legalese here, but he filed     02:40:59

16    a document in support of his motion.                         02:41:04

17         Q    Right.  But so help me understand here.  Like,    02:41:07

18    you were the head of Cred Capital, capital markets of        02:41:12

19    Cred --                                                      02:41:17

20         A    No worries.                                       02:41:18

21         Q    -- leading up into November, November 6th,        02:41:19

22    2020, I believe.  And you've had the ability to basically    02:41:23

23    invest and fashion certain -- basically take part in         02:41:29

24    certain investments, to head off a potential insolvency      02:41:33

25    for Cred; correct?                                           02:41:38
```

Page 173

1    A      Incorrect.  There was no way to draw all the        02:41:39

2    assets back from moKred in a substantial manner that we     02:41:43

3    could re-allocate to other investors.  The other thing      02:41:50

4    that would happen is, once we actually made an              02:41:50

5    allocation -- and 100 Acre Ventures is a very good          02:41:53

6    example of this.  We would make an allocation, and then     02:42:00

7    we would in a few weeks have to leave from that             02:42:02

8    allocation because there was a larger redemption coming     02:42:06

9    up.                                                         02:42:06

10         So we were never able to get to a place where         02:42:06

11   we had a good enough balance sheet to re-orient the         02:42:09

12   entire project.  And I was brought on board to try to fix   02:42:13

13   these issues and diversity the revenue streams.  But        02:42:17

14   without liquidity from moKred, there was just no possible   02:42:18

15   way to do it.                                               02:42:23

16    Q      But at the same time, you go on YouTube and         02:42:23

17   participate in an AMA, and there's no mention of this       02:42:27

18   inability to -- for -- of Cred of not being a going         02:42:29

19   concern; isn't that correct?                               02:42:34

20    A      Yeah, I mean, the purpose was AMA, it was more      02:42:36

21   to talk about certain projects and products that we were,   02:42:39

22   you know, about to release.  More the hopes was that we     02:42:42

23   could get our card product, for example, sooner rather      02:42:46

24   than later and our API products, which I assumed would be   02:42:49

25   second or third quarter that would help bring in            02:43:03

Page 174

```
 1    revenue -- so we were hoping to bring in these new          02:43:03
 2    products so we could, you know, help reduce the gap         02:43:07
 3    between assets and liabilities.                             02:43:11
 4        Q     And how did you try to do that in terms of        02:43:13
 5    reaching that?  Can you remind me, please?                  02:43:19
 6        A     What my suggestions per that document that you    02:43:22
 7    had set up before was -- you know, number one, the idea     02:43:24
 8    was how do we minimize risk in our total portfolio so we    02:43:27
 9    don't have more losses down the road?                       02:43:33
10            Second is to move to Bitcoin benchmark              02:43:34
11    investments, which did not necessitate the need for         02:43:38
12    hedging, which is obviously overleverage led to some of     02:43:42
13    those significant issues.                                   02:43:47
14            And then, lastly, just looking at different         02:43:48
15    strategies and bringing them on to our platform.  I         02:43:51
16    brought on Blockfills.  I brought on Sarsons.  And both     02:43:54
17    of those have been huge wins for the company so far.        02:43:57
18        Q     But at the same time, your -- the risk factors    02:44:01
19    within your strategy, again, was if the price of            02:44:04
20    cryptocurrency goes up.  That is a huge risk to distract    02:44:07
21    you going forward.                                          02:44:11
22            And that occurred; correct?                         02:44:12
23        A     Not in the strategy that I had brought on         02:44:13
24    board.  Those did not require -- like I mentioned, these    02:44:17
25    are all Bitcoin benchmark-dependent strategies.  And so     02:44:20
```

Page 175

```
 1    there was no need to hedge the upside exposure.  For      02:44:23

 2    example, if we were in a long portfolio of more of a beta 02:44:29

 3    play, which is what Sarson was, then we didn't            02:44:35

 4    necessarily need to hedge ETH, E-T-H, exposure because we 02:44:36

 5    were already naturally along that data.  So that was kind 02:44:39

 6    of an alternative way to avoid hedging costs.             02:44:43

 7        Q     And, sorry, can you remind me again what the    02:44:46

 8    name of the company that James Alexander is with right   02:44:49

 9    now?                                                     02:44:52

10        A     Level Capital.                                 02:44:52

11        Q     Level Capital.                                 02:44:55

12              Do you know if Level Capital has instructed    02:44:56

13    James Alexander to file that motion to convert Chapter 11 02:45:03

14    into Chapter 7?                                          02:45:09

15        A     I have no idea.                                02:45:11

16        Q     Has Sarson Funds ever asked you to find a -- or 02:45:13

17    to produce Cred's customer list to it?                  02:45:21

18        A     Has Sarson asked Cred to produce their customer 02:45:24

19    list to Sarson?                                         02:45:30

20        Q     No, no, no.  I'm sorry.                        02:45:31

21              Has Sarson ever asked you to produce Cred's    02:45:32

22    customer list to Sarson's?                              02:45:35

23        A     No.                                           02:45:37

24              MR. LIN:  Okay.  Can we take a five-minute      02:45:44

25    break?                                                   02:45:48
```

Page 176

```
1              MR. BILLIONS:  Just so folks are aware, we're    02:45:51

2    going to have some questions on behalf of the creditor's   02:45:53

3    committee.  So I don't know how long we want the break to  02:45:58

4    be, but we are going to have some questions.  I just want  02:45:59

5    people to know that.                                       02:46:02

6              MR. LIN:  Understood.  Thank you.                02:46:03

7              THE VIDEOGRAPHER:  We are going off the record.  02:46:04

8    The time is 3:46 p.m.                                      02:46:05

9              (Break held off the record.)                    02:55:51

10             THE VIDEOGRAPHER:  We are back on the record.    02:55:51

11   The time is 3:55 p.m.                                      02:55:54

12   BY MR. LIN:                                                02:55:56

13        Q    All right.  So, Daniyal, you -- you're aware     02:55:59

14   that you're still under oath; correct?                     02:56:02

15        A    Yes.                                             02:56:04

16        Q    And will you be participating in the upcoming    02:56:04

17   hearing on the declaration -- I'm sorry, on the motion     02:56:08

18   you submitted a declaration in support of?                 02:56:13

19        A    I believe so, yes.                               02:56:14

20        Q    Okay.  And will you let us know if you don't     02:56:16

21   decide to participate in that?                             02:56:20

22        A    Absolutely.                                      02:56:21

23        Q    In the hearing?                                  02:56:22

24             "Yes"?                                           02:56:23

25        A    I said absolutely, yeah.                         02:56:28
```

Page 177

```
 1      Q     Okay.  I didn't hear you.                      02:56:29

 2            MR. LIN:  Mr. Evans?                            02:56:33

 3                         EXAMINATION                        02:56:33

 4   BY MR. EVANS:                                            02:56:33

 5      Q     This is Joseph Evans, McDermott Will & Emery on 02:56:37

 6   behalf of the creditors committee.  Good afternoon.     02:56:39

 7      A     Hi.                                             02:56:42

 8      Q     So you were the head of capital markets at      02:56:45

 9   Cred; right?                                             02:56:49

10      A     Yes.                                            02:56:49

11      Q     And you described your role as considering      02:56:50

12   different investment opportunities to maximize deals,    02:56:55

13   conduct diligence, and to make proposals to the          02:56:57

14   investment committee; correct?                           02:56:59

15      A     Yes.                                            02:57:00

16      Q     And so it's your testimony today that the       02:57:01

17   investment committee, and not you, made investment       02:57:05

18   decisions; is that right?                                02:57:08

19      A     Yes.                                            02:57:09

20      Q     You were on the investment committee the entire 02:57:13

21   time you were employed at Cred; isn't that right?        02:57:16

22      A     And a few weeks after, but yes.                 02:57:20

23      Q     Okay.  So in your role as a chief -- as the     02:57:22

24   head of capital markets, you were tasked with finding    02:57:28

25   potential investments; right?                            02:57:33
```

Page 178

| | | | |
|---|---|---|---|
| 1 | A | Yeah. | 02:57:35 |
| 2 | Q | Analyzing those investments? | 02:57:36 |
| 3 | A | Yes. | 02:57:40 |
| 4 | Q | Making recommendations to the investment | 02:57:40 |
| 5 | committee? | | 02:57:43 |
| 6 | A | Yeah. | 02:57:44 |
| 7 | Q | And then in your role on the investment | 02:57:44 |
| 8 | committee, you were tasked with considering those | | 02:57:47 |
| 9 | investments; right? | | 02:57:50 |
| 10 | A | That's correct. | 02:57:51 |
| 11 | Q | And voting in favor or against those | 02:57:53 |
| 12 | investments; isn't that right? | | 02:57:56 |
| 13 | A | Yeah. | 02:57:58 |
| 14 | Q | Okay.  And you also testified that the way the | 02:57:58 |
| 15 | investment committee worked at Cred was that in order for | | 02:58:03 |
| 16 | an investment to be approved, it had to be announced; | | 02:58:09 |
| 17 | right? | | 02:58:14 |
| 18 | A | Yeah. | 02:58:14 |
| 19 | Q | So during your time at Cred in 2020, every | 02:58:15 |
| 20 | single investment decision that was made at Cred, you | | 02:58:20 |
| 21 | voted in favor of; isn't that right? | | 02:58:23 |
| 22 | | | Let me withdraw it. | 02:58:28 |
| 23 | A | No one -- | 02:58:30 |
| 24 | Q | Every single investment that was approved, you | 02:58:30 |
| 25 | voted in favor of in your role on the investment | | 02:58:34 |

Page 179

1    committee; isn't that right?                              02:58:37

2        A     That's correct; however, I'd like to note that  02:58:38

3    there were no investments that were recommended outside   02:58:42

4    of me.  So I'm the only one that made any proposals to     02:58:46

5    the investment committee during my tenure.                02:58:50

6        Q     Okay.  While you were at Cred, you made all the  02:58:53

7    recommendations; right?                                   02:58:55

8        A     Yes.                                             02:58:56

9        Q     And all the investments that Cred pursued or     02:58:58

10   accepted, you voted in favor of; right?                   02:59:02

11       A     Yeah.                                            02:59:07

12       Q     And you testified previously that it was your    02:59:08

13   responsibility as the head of capital markets or the      02:59:17

14   capital markets group to perform due diligence on         02:59:21

15   potential investments; right?                             02:59:24

16       A     That is correct.                                02:59:26

17       Q     Okay.  And then it was the investment            02:59:26

18   committee's responsibility to make sure that the due      02:59:30

19   diligence -- due diligence that the capital markets group 02:59:33

20   performed was sufficient; is that right?                  02:59:36

21       A     Yeah.                                            02:59:39

22       Q     And you're on the investment committee, so      02:59:39

23   you're effectively reviewing your own work; right?        02:59:44

24       A     Yes.  A piece of it.                            02:59:47

25       Q     Okay.  And just to clarify, there was a time    02:59:49

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | when you were working at Cred Capital; right? | 02:59:54 |
| 2 | A    Yeah. | 02:59:59 |
| 3 | Q    And what was that time period? | 02:59:59 |
| 4 | A    I think it was about April through July. | 03:00:00 |
| 5 | Q    And during that time period, from April to | 03:00:04 |
| 6 | July, you were still on the investment committee, weren't | 03:00:09 |
| 7 | you? | 03:00:14 |
| 8 | A    We participated in investment committee | 03:00:14 |
| 9 | meetings, yes.  There was no official register for | 03:00:19 |
| 10 | members.  So from our point of view, Cred Capital was | 03:00:23 |
| 11 | making recommendations to Cred, Inc., via the investment | 03:00:26 |
| 12 | committee. | 03:00:31 |
| 13 | Q    Did there ever come a time where you were at | 03:00:31 |
| 14 | Cred Capital when you voted in connection with the | 03:00:35 |
| 15 | investment committee? | 03:00:38 |
| 16 | A    I don't -- no one else proposed any | 03:00:39 |
| 17 | investments.  I was the only one that proposed any | 03:00:49 |
| 18 | investments. | 03:00:53 |
| 19 | Q    Okay.  During your time at Cred Capital, did | 03:00:53 |
| 20 | you ever propose any investment where the investment went | 03:00:55 |
| 21 | to a vote? | 03:00:59 |
| 22 | A    Yes.  So there was Blockfills, F-I-L-L-S.  And | 03:01:00 |
| 23 | there was obviously the liquidity analysis that we | 03:01:13 |
| 24 | performed and submitted as well, but that's not really an | 03:01:18 |
| 25 | investment. | 03:01:21 |

Page 181

| | | |
|---|---|---|
| 1 | Q    Okay.  So Blockfills was a cryptocurrency hedge | 03:01:21 |
| 2 | fund, for lack of a better term. | 03:01:26 |
| 3 | A    Right. | 03:01:29 |
| 4 | Q    And it's something that you proposed to the | 03:01:30 |
| 5 | investment committee; right? | 03:01:31 |
| 6 | A    Yes. | 03:01:33 |
| 7 | Q    And did the decision to use Blockfills come to | 03:01:33 |
| 8 | a vote? | 03:01:40 |
| 9 | A    Yes, it did. | 03:01:41 |
| 10 | Q    Did you vote in favor of Blockfills? | 03:01:43 |
| 11 | A    I proposed it.  So yes, I was in favor. | 03:01:45 |
| 12 | Q    So I want to ask some basic information about | 03:01:47 |
| 13 | the trading strategy we've been discussing today. | 03:01:58 |
| 14 | I understand that there was, at one time, a | 03:02:01 |
| 15 | need or reported need to hedge against an increase in | 03:02:08 |
| 16 | Bitcoin; right? | 03:02:13 |
| 17 | A    Yes. | 03:02:14 |
| 18 | Q    Okay.  So I heard the hedging strategy | 03:02:15 |
| 19 | discussion previously, but there were -- how was the | 03:02:21 |
| 20 | hedging done? | 03:02:27 |
| 21 | Who was actually doing the trading? | 03:02:27 |
| 22 | A    JST was initially doing the trading, so they | 03:02:29 |
| 23 | were actually tapped into exchanges and such.  And then | 03:02:35 |
| 24 | later on, you know, we placed maybe two trades at the | 03:02:38 |
| 25 | bottom of the market because JST's relationship with Cred | 03:02:42 |

Page 182

| | | |
|---|---|---|
| 1 | sort of fell through. | 03:02:47 |
| 2 | So we placed two trades, and then we | 03:02:48 |
| 3 | recommended to move to another asset manager, which was | 03:02:50 |
| 4 | 100 Acre Ventures, to handle most of our hedging | 03:02:56 |
| 5 | activities. | 03:02:58 |
| 6 | Q    Okay.  But -- so JST -- wasn't JST a | 03:02:58 |
| 7 | counterparty? | 03:03:03 |
| 8 | A    Yes. | 03:03:04 |
| 9 | Q    Okay.  So JST was not advising Cred; right? | 03:03:05 |
| 10 | A    This is the part of the relationship that I | 03:03:09 |
| 11 | think, you know, was certainly in conflict.  They had | 03:03:13 |
| 12 | both had a consulting as well as an asset management | 03:03:19 |
| 13 | agreement, and they were also bilaterally on the other | 03:03:22 |
| 14 | side of any trade that they had recommended to us. | 03:03:27 |
| 15 | Q    So JST was taking a -- you were taking a short | 03:03:27 |
| 16 | position -- you were taking a long position in decline, | 03:03:32 |
| 17 | and JST was taking a short position; right? | 03:03:37 |
| 18 | A    Not on that particular transaction.  So I | 03:03:40 |
| 19 | assume you're referring to the hedges.  Those hedges were | 03:03:44 |
| 20 | implemented by JST on exchanges, so they were not -- | 03:03:47 |
| 21 | those would be a futures contract, not bilateral | 03:03:51 |
| 22 | relationships. | 03:03:55 |
| 23 | There were other swaps that were entered into | 03:03:56 |
| 24 | in 2019 between Cred and JST on a bilateral basis.  And | 03:03:59 |
| 25 | there were also options contracts that Cred entered into | 03:04:06 |

Page 183

| | | |
|---|---|---|
| 1 | with JST, presumably on a bilateral basis but they may | 03:04:12 |
| 2 | have sold that exposure on the other end. | 03:04:17 |
| 3 |     Q    Okay.  Just so I get the relationship, JST was | 03:04:20 |
| 4 | a counterparty to certain trades; right? | 03:04:23 |
| 5 |     A    Yes. | 03:04:26 |
| 6 |     Q    They facilitated certain trades on | 03:04:27 |
| 7 | exchanges; right? | 03:04:32 |
| 8 |     A    Yes. | 03:04:32 |
| 9 |     Q    JST advised Cred on how to hedge; correct? | 03:04:32 |
| 10 |     A    That's correct. | 03:04:38 |
| 11 |     Q    Okay.  And ultimately in March of 2020, JST | 03:04:40 |
| 12 | liquidated a position; correct? | 03:04:47 |
| 13 |     A    So positions were liquidated by both the | 03:04:50 |
| 14 | exchange and JST. | 03:04:53 |
| 15 |     Q    Right.  We'll get to the exchange, but JST -- | 03:04:57 |
| 16 |     A    Sure. | 03:05:00 |
| 17 |     Q    What type of a transaction was that when JST | 03:05:00 |
| 18 | liquidated?  It was a swap; right? | 03:05:03 |
| 19 |     A    Right.  Swap transaction. | 03:05:07 |
| 20 |     Q    What kind of a swap? | 03:05:08 |
| 21 |     A    So we had crypto, so probably Bitcoin, ETH, or | 03:05:10 |
| 22 | XRP.  We would send it to JST in exchange for cash on an | 03:05:15 |
| 23 | over-collateralized basis, meaning Cred was sending more | 03:05:23 |
| 24 | than what we received on a dollar motion value, and we | 03:05:27 |
| 25 | would pay an interest rate against that as well. | 03:05:30 |

Page 184

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  Let me just unpack that. | 03:05:35 |
| 2 | | JST would effectively lend Cred money? | 03:05:39 |
| 3 | A | Yes. | 03:05:42 |
| 4 | Q | Okay.  And Cred would post Bitcoin in exchange | 03:05:44 |
| 5 | for the money? | | 03:05:53 |
| 6 | A | That's correct. | 03:05:53 |
| 7 | Q | And what was the leverage in that transaction? | 03:05:54 |
| 8 | A | They weren't levered, so they were is -- we | 03:05:58 |
| 9 | gave -- we had to give them over-collateralization on any | | 03:06:04 |
| 10 | cash that we received, so there was no leverage in those | | 03:06:09 |
| 11 | particular ones. | | 03:06:12 |
| 12 | Q | Okay.  So the cost and the liquidation was | 03:06:13 |
| 13 | Bitcoin dropped in value and you could no longer cover | | 03:06:20 |
| 14 | the cash reserve; right? | | 03:06:23 |
| 15 | A | Correct. | 03:06:24 |
| 16 | Q | Okay.  There was -- | 03:06:24 |
| 17 | A | I'm just going to switch AirPods really quick. | 03:06:28 |
| 18 | Give me one moment.  Sorry.  This one's dying. | | 03:06:35 |
| 19 | Q | Sure. | 03:06:38 |
| 20 | A | Are you able to hear me? | 03:06:50 |
| 21 | Q | I am, yes. | 03:06:52 |
| 22 | A | Okay. | 03:06:56 |
| 23 | Q | So JST was taking a -- JST was -- you had a | 03:07:00 |
| 24 | position with JST, but they were also advising Cred on | | 03:07:04 |
| 25 | hedging strategy; correct? | | 03:07:10 |

Page 185

Veritext Legal Solutions
866 299-5127

```
 1        A     That's correct.                              03:07:12

 2        Q     Okay.  And you testified previously that you 03:07:12

 3   had no involvement in the decision to use JST; right?   03:07:14

 4        A     That's correct.  Uh-huh.                      03:07:18

 5        Q     But didn't you also testify that the JST trades 03:07:19

 6   had a 30-day clock?                                      03:07:25

 7        A     Had a 30-day what, sorry?                     03:07:26

 8        Q     You said "30-day clock."  I assume means that 03:07:30

 9   you have to re-up every 30 days.                         03:07:36

10        A     I don't know what you're referring to.  I'm  03:07:39

11   sorry.  Did they have a 30-day -- you know, like, if I  03:07:42

12   requested money, then maybe they sent it back in 30 days. 03:07:48

13              But with the positions that we had outstanding 03:07:51

14   at the time, I don't think those were relevant.  There  03:07:53

15   were stated maturity dates.                              03:08:01

16        Q     There were stated maturity dates in early 2020? 03:08:02

17        A     Early to late, yeah.                          03:08:05

18        Q     Early to late.                                03:08:06

19              How far out were those maturity dates?        03:08:07

20        A     I want to say, from inception, they were      03:08:10

21   probably 6 to 12 months, maybe longer.                  03:08:14

22        Q     Okay.  And did Cred put any of those positions 03:08:16

23   on with JST while you were employed at Cred?             03:08:19

24        A     Yes.  We put on options trades with JST.  And 03:08:21

25   presumably during January and February, we were also    03:08:27
```

1    adjusting our hedges.                                    03:08:32

2       Q    Okay.  And when you adjusted hedges, did that    03:08:33

3    decision come to the investment committee, or did you    03:08:38

4    just make that decision?                                 03:08:40

5       A    No.  They were just adjusted with, like -- you   03:08:41

6    know, James and JST would essentially work on that       03:08:46

7    together.  So the idea was they were given a mandate,    03:08:48

8    which was approved by the investment committee.  And then 03:08:51

9    JST would act in accordance with our capital markets     03:08:54

10   team.                                                    03:08:59

11      Q    Okay.  So you're saying in March of 2020, when   03:08:59

12   deciding what hedge to put on, that decision did not go  03:09:02

13   to the investment committee?                             03:09:06

14      A    Those hedges were probably put on much earlier.  03:09:08

15   There was no -- like, there was no new hedges that       03:09:11

16   were -- I believe there was no new hedges that were      03:09:16

17   applied in March.  So those were probably, you know,     03:09:18

18   anytime before -- my guess is from November of 2019 to   03:09:21

19   February of 2020.                                        03:09:25

20          So we were -- you know, they were often rolling   03:09:29

21   the futures contracts in order to take advantage of price 03:09:30

22   discrepancies or spread.                                 03:09:34

23      Q    And when they would roll a futures contract or   03:09:36

24   make that decision, was that an investment committee     03:09:36

25   decision, or was that a capital markets decision?        03:09:41

Page 187

```
 1      A     No.  Capital markets.                     03:09:44

 2      Q     Right.  So from January until about March, that  03:09:46

 3  was James Alexander's decision?                     03:09:53

 4      A     Yeah, in consultation with JST.           03:09:54

 5      Q     Okay.  And following James Alexander's exit,  03:09:58

 6  those decisions were yours; right?                  03:10:03

 7      A     We never placed hedges after James left.  03:10:05

 8      Q     So I understand there were hedges with JST.  03:10:09

 9            What about hedges on exchanges directly?  Did  03:10:15

10  Cred ever have any hedges on exchanges directly?    03:10:19

11      A     We had two positions during March, which we  03:10:23

12  leveraged the coins that Lu had sent over, as I mentioned  03:10:29

13  prior.  And those were used directly by us to go, you  03:10:33

14  know, long -- long Bitcoin on exchanges.            03:10:37

15            After one, maybe two transactions, we called it  03:10:41

16  quits because we just didn't have the capacity to do that  03:10:47

17  on an ongoing basis.                                03:10:49

18      Q     And when you went long, Cred did that on  03:10:51

19  BitMEX; is that right?                              03:11:02

20      A     And OKEx.                                 03:11:02

21      Q     And OKEx?  Okay.                          03:11:03

22            And when Cred decided to go long, who made that  03:11:09

23  decision?  Was it the investment committee, or was it  03:11:11

24  James or you?                                       03:11:16

25      A     It would've been the investment committee.  You  03:11:16
```

Page 188

| | | |
|---|---|---|
| 1 | know, we all decided to use the funds that Lu had sent | 03:11:18 |
| 2 | over to lever long. | 03:11:20 |
| 3 | Q     And this was approximately 800 Bitcoin; is that | 03:11:25 |
| 4 | right? | 03:11:27 |
| 5 | A     No.  This was 300. | 03:11:27 |
| 6 | Q     300?  Okay. | 03:11:29 |
| 7 | And you were going long as part of a hedging | 03:11:30 |
| 8 | strategy; right? | 03:11:33 |
| 9 | A     That's correct. | 03:11:34 |
| 10 | Q     And how many Bitcoin were you trying to hedge | 03:11:35 |
| 11 | with the 300 you were investing? | 03:11:39 |
| 12 | A     Probably 6,000.  We obviously didn't hedge the | 03:11:43 |
| 13 | entire piece of it, but I think we were levered off 3 to | 03:11:47 |
| 14 | 4X when we placed those trades in March, so we were | 03:11:50 |
| 15 | covering, I'll call it, 12- to 1,500. | 03:11:54 |
| 16 | Q     Okay.  So let me unpack those numbers. | 03:12:00 |
| 17 | There's a 300 Bitcoin, and you'd have to hedge | 03:12:03 |
| 18 | against how many that are outstanding? | 03:12:05 |
| 19 | A     So our total liability at the time was, I | 03:12:07 |
| 20 | think, in excess of like 6,000 Bitcoin -- 5,000, 6,000 | 03:12:11 |
| 21 | Bitcoin.  So, I mean, obviously, 300 Bitcoin is not going | 03:12:16 |
| 22 | to make a dent in that number, but we did what we could. | 03:12:20 |
| 23 | So that 300 Bitcoin was levered long, what's | 03:12:25 |
| 24 | called -- I don't remember the exact number, but it might | 03:12:28 |
| 25 | have been three to four times the amount in margin.  So | 03:12:30 |

Page 189

| | | |
|---|---|---|
| 1 | multiplying that by 300, it's somewhere between -- sorry, | 03:12:34 |
| 2 | like 900 to 1,500, probably somewhere is what we were | 03:12:39 |
| 3 | covering at the time. | 03:12:39 |
| 4 | Q    Okay.  And so how many does that leave | 03:12:40 |
| 5 | outstanding that are not covered by hedge? | 03:12:43 |
| 6 | A    Thousands.  Maybe 4- to 5,000. | 03:12:45 |
| 7 | Q    And so BitMEX is a cryptocurrency | 03:12:50 |
| 8 | exchange; right? | 03:12:57 |
| 9 | A    Yes. | 03:12:57 |
| 10 | Q    And BitMEX is an exchange whereby a user can | 03:12:58 |
| 11 | get significant leverage; isn't that right? | 03:13:03 |
| 12 | A    That's correct. | 03:13:05 |
| 13 | Q    And they have a product called a Perpetual | 03:13:07 |
| 14 | Swap? | 03:13:11 |
| 15 | A    Yes. | 03:13:11 |
| 16 | Q    What's a Perpetual Swap? | 03:13:14 |
| 17 | A    It's essentially a futures contract without an | 03:13:17 |
| 18 | expiration date, which is the "perpetual" part of it. | 03:13:20 |
| 19 | Q    And the Perpetual Swap is what Cred decided to | 03:13:25 |
| 20 | do; right? | 03:13:27 |
| 21 | A    Yes. | 03:13:28 |
| 22 | Q    And with a Perpetual Swap, Cred has the chance | 03:13:28 |
| 23 | of getting completely wiped out; right? | 03:13:37 |
| 24 | A    Yeah.  I mean, there was a risk of that for | 03:13:39 |
| 25 | sure just based on BitMEX's history of liquidations, yes. | 03:13:44 |

Page 190

| | | |
|---|---|---|
| 1 | Q      And the leverage multiple, you think, is only | 03:13:52 |
| 2 | four or five times that Cred was using at BitMEX? | 03:13:55 |
| 3 | A      For that particular trade, yes. | 03:13:59 |
| 4 | Q      What is the highest multiple of leverage Cred | 03:14:01 |
| 5 | has used at BitMEX? | 03:14:07 |
| 6 | A      Prior to the collapse on March 12th, I believe | 03:14:09 |
| 7 | it was around somewhere between six and seven times. | 03:14:14 |
| 8 | Q      And Cred has ever -- has Cred ever gone over | 03:14:21 |
| 9 | ten times in any exchange? | 03:14:23 |
| 10 | A      Not to my knowledge. | 03:14:24 |
| 11 | Q      All right.  And would you have knowledge had | 03:14:27 |
| 12 | that happened during your time at Cred? | 03:14:30 |
| 13 | A      Yes. | 03:14:32 |
| 14 | Q      What about OKEx? | 03:14:33 |
| 15 | What were the positions that Cred had on OKEx? | 03:14:36 |
| 16 | A      The 300 Bitcoin position was through OKEx, that | 03:14:40 |
| 17 | I mentioned before. | 03:14:46 |
| 18 | Q      Okay.  So the 300 -- the 300 position was at | 03:14:47 |
| 19 | OKEx?  Okay. | 03:14:50 |
| 20 | And OKEx, like BitMEX, is another exchange that | 03:14:52 |
| 21 | allows customers to leverage their positions; right? | 03:14:55 |
| 22 | A      Yes.  Same thing. | 03:15:00 |
| 23 | Q      Okay.  And OKEx also offers Perpetual Swaps? | 03:15:01 |
| 24 | A      Yes. | 03:15:05 |
| 25 | Q      Okay.  So the position that you were talking | 03:15:05 |

Page 191

```
1   about at BitMEX, that was actually at OKEx?              03:15:08

2       A     The original 800 Bitcoin were primarily at     03:15:13

3   BitMEX, and then the 300 Bitcoin was at OKEx.            03:15:17

4       Q     Okay.  So I understand there was JST that was   03:15:22

5   providing some advice and also acting as a counterparty, 03:15:25

6   and there was some various other cryptocurrency hedge    03:15:29

7   funds that were discussed.                               03:15:33

8             But these decisions, the decisions where       03:15:34

9   someone at Cred went on BitMEX or OKEx and got a five- or 03:15:37

10  six-time -- five- or six-time Perpetual Swap -- that     03:15:41

11  decision was made by who?                                03:15:46

12      A     The investment committee to go -- lever long.   03:15:47

13      Q     Okay.  And you voted in favor of that position? 03:15:50

14      A     Yes.                                            03:15:53

15      Q     Okay.  You testified previously that you        03:15:54

16  thought that those hedges were a bad idea, right?        03:15:57

17      A     At the time where we were trading, it was       03:16:01

18  between 6 to 7X, like I mentioned, which was             03:16:03

19  significantly over-levered.  At the time, I thought it   03:16:07

20  was a smart decision because Bitcoin had bottomed out    03:16:09

21  around 5,000, so I thought it was okay to go up to like  03:16:13

22  three to four times leverage.                            03:16:13

23            So, yeah, I thought that was a fine decision.   03:16:17

24  And then in the liquidity analysis for ongoing operations 03:16:19

25  after this trade had ended, you know, I recommended we   03:16:23
```

Page 192

| | | |
|---|---|---|
| 1 | should at least decrease our leverage ratio down to 3X | 03:16:27 |
| 2 | max.  It was like 3.3.  I don't remember the exact | 03:16:33 |
| 3 | number. | 03:16:36 |
| 4 | Q    Okay.  So let me just understand it. | 03:16:36 |
| 5 | A    Yeah. | 03:16:38 |
| 6 | Q    When trade happened, you thought it was a good | 03:16:39 |
| 7 | idea? | 03:16:39 |
| 8 | A    When the 300 Bitcoin trade happened, you know, | 03:16:44 |
| 9 | at the bottom of the market, yes, I thought it was a good | 03:16:47 |
| 10 | idea. | 03:16:49 |
| 11 | Q    Okay.  What about the 800 Bitcoin transaction | 03:16:49 |
| 12 | that was used to hedge 5,500 Bitcoin? | 03:16:52 |
| 13 | A    I thought we were over-levered, and we were | 03:16:55 |
| 14 | levered somewhere between 6 and 7X.  And that translates | 03:17:00 |
| 15 | into, if crypto collapses, 15 percent to 20 percent, you | 03:17:06 |
| 16 | get fully liquidated. | 03:17:07 |
| 17 | And we were probably sitting somewhere at the | 03:17:09 |
| 18 | top of the market with an ongoing pandemic.  I didn't | 03:17:13 |
| 19 | think those trades were as smart.  And as a result of | 03:17:17 |
| 20 | that, we actually set stop losses somewhere around 7,000 | 03:17:19 |
| 21 | per coin.  And with the idea that we expected a dramatic | 03:17:25 |
| 22 | collapse in prices. | 03:17:30 |
| 23 | Q    Okay.  So just so I get it, in March of 2020, | 03:17:31 |
| 24 | you thought that the 800 Bitcoin position that had the | 03:17:36 |
| 25 | exposure of 5,500 was too risky; right? | 03:17:41 |

Page 193

| | | |
|---|---|---|
| 1 | A    Yes. | 03:17:45 |
| 2 | Q    Okay.  Nevertheless, you voted in favor of | 03:17:45 |
| 3 | taking that position; right? | 03:17:48 |
| 4 | A    I didn't take that position.  Those positions | 03:17:50 |
| 5 | were on -- I wasn't a part of that, but that was part of | 03:17:53 |
| 6 | the mandate for JST's hedging program. | 03:17:58 |
| 7 | Q    Okay. | 03:18:01 |
| 8 | A    So I voted -- | 03:18:02 |
| 9 | Q    Let me unpack this; all right?  Because there's | 03:18:03 |
| 10 | a lot -- we've been talking all day today, and there was | 03:18:07 |
| 11 | a lot of discussion over, "I wasn't involved in this, so | 03:18:11 |
| 12 | this wasn't my decision." | 03:18:14 |
| 13 | You were the head of capital markets; is that | 03:18:16 |
| 14 | right?  You were -- | 03:18:19 |
| 15 | A    Starting in April, yes. | 03:18:19 |
| 16 | Q    Okay.  And you testified previously there was | 03:18:20 |
| 17 | basically four people making the decisions; right? | 03:18:23 |
| 18 | A    Yes. | 03:18:25 |
| 19 | Q    Okay.  And you were one of them, weren't you? | 03:18:27 |
| 20 | A    Yes. | 03:18:29 |
| 21 | Q    And you and James and a couple of others, you | 03:18:32 |
| 22 | were making the decision as to what hedging position to | 03:18:36 |
| 23 | take? | 03:18:39 |
| 24 | A    Well, no.  Because -- I mean, that was starting | 03:18:40 |
| 25 | with the 300 Bitcoin.  The 800 Bitcoin, like I mentioned, | 03:18:47 |

Page 194

| | | |
|---|---|---|
| 1 | those positions had been put on since 2019.  Those were | 03:18:51 |
| 2 | already in play and were part of a mandate that James was | 03:18:56 |
| 3 | working on with JST, you know, bilaterally. | 03:18:58 |
| 4 | So there was no vote that I was ever a part of | 03:19:02 |
| 5 | with respect to that 800 Bitcoin. | 03:19:04 |
| 6 | Q    Okay.  Was the 800 Bitcoin in a Perpetual Swap? | 03:19:07 |
| 7 | A    I don't believe so.  I think they were part of | 03:19:11 |
| 8 | discrete -- there may have been some perks in there, | 03:19:14 |
| 9 | Perpetual Swaps, but I think most of it was futures | 03:19:19 |
| 10 | contracts with explicit maturity dates. | 03:19:24 |
| 11 | Q    Okay.  For the portion that was a Perpetual | 03:19:24 |
| 12 | Swap, either party can cancel that transaction at any | 03:19:29 |
| 13 | time; isn't that right? | 03:19:32 |
| 14 | A    It's a futures contract, so they're a | 03:19:33 |
| 15 | counterparty risk, not bilateral trade risk. | 03:19:40 |
| 16 | Q    No, the Perpetual Swap.  The Perpetual Swap you | 03:19:40 |
| 17 | can take on or off at any time; correct? | 03:19:45 |
| 18 | A    Yes. | 03:19:48 |
| 19 | Q    So during the time -- | 03:19:48 |
| 20 | A    But that's the same thing with normal -- sorry. | 03:19:51 |
| 21 | Go ahead. | 03:19:54 |
| 22 | Q    Go ahead. | 03:19:54 |
| 23 | A    I was saying you could do the same thing with | 03:19:54 |
| 24 | normal futures contract as well.  You could buy and sell | 03:19:56 |
| 25 | whenever you want. | 03:19:58 |

Page 195

1     Q     Right.  So all of these positions that you had     03:19:59

2   on in 2020, at any time, you or the investment committee    03:20:05

3   or anyone else, you could have decided to take them          03:20:09

4   off; correct?                                                03:20:12

5     A     Right.  After April, there weren't really any       03:20:12

6   positions left in hedging anyways, so that wasn't really     03:20:18

7   a decision we had to face probably after mid-April.          03:20:21

8     Q     Okay.  Other than the 300 Bitcoin trade we           03:20:24

9   talked about on OKEx and the 800 Bitcoin trade with JST,     03:20:30

10  where else was Cred trading through hedge against the        03:20:34

11  rise of Bitcoin?                                             03:20:42

12    A     Those were the primary venues to my knowledge.       03:20:42

13  JST was the one actually doing the trading.  There may       03:20:47

14  have been an exchange, like, Huobi, I think, was probably    03:20:50

15  a fair -- would be my guess.  H-U-O-B-I.                     03:20:59

16    Q     And when JST comes and contacts either you or        03:21:04

17  James and says, "We have a suggestion.  We should put on     03:21:10

18  this position to hedge," how does that work?                 03:21:12

19         Do you just make the decision and say, "Go           03:21:17

20  ahead," or do they have discretion to trade how they         03:21:19

21  please?                                                      03:21:23

22    A     I don't know.  I was never part of a                 03:21:24

23  conversation like that.  The only conversations I was a      03:21:26

24  part of were auctions contracts that we had engaged in,      03:21:29

25  which were spread.  So there was a mitigated upside and      03:21:33

Page 196

| | | |
|---|---|---|
| 1 | downside to those trades.  And so those were traded | 03:21:37 |
| 2 | bilaterally where we had to make a decision on a | 03:21:41 |
| 3 | particular trade. | 03:21:42 |
| 4 | But with respect to the hedges, I'm just not | 03:21:42 |
| 5 | sure. | 03:21:44 |
| 6 | Q    How was JST compensated? | 03:21:48 |
| 7 | A    I honestly don't know.  I think it might have | 03:21:50 |
| 8 | been a percentage of each trade would be my guess or the | 03:21:58 |
| 9 | spread on an options trade. | 03:22:02 |
| 10 | Q    Okay.  So we've talked about the on-exchange | 03:22:07 |
| 11 | transactions that were executed, but let me ask you one | 03:22:10 |
| 12 | more question about that. | 03:22:12 |
| 13 | Who actually clicked the buttons on OKEx and | 03:22:13 |
| 14 | BitMEX? | 03:22:17 |
| 15 | Who was the one that accessed the account that | 03:22:20 |
| 16 | actually traded it? | 03:22:23 |
| 17 | A    OKEx was me, and then JST was -- what's their | 03:22:24 |
| 18 | name? -- sorry, BitMEX was JST, BitMEX and Huobi and | 03:22:28 |
| 19 | OKEx.  They had their own account at OKEx. | 03:22:32 |
| 20 | Q    Okay.  So OKEx was you, and BitMEX was JST? | 03:22:37 |
| 21 | A    JST had BitMEX, OKEx, and Huobi, plus anyone | 03:22:42 |
| 22 | else that was also on the list.  We were just OKEx for | 03:22:47 |
| 23 | one trade. | 03:22:50 |
| 24 | (Multiple speakers speaking at once.) | 03:22:54 |
| 25 | Q    You only executed one trade on OKEx? | 03:22:54 |

Veritext Legal Solutions
866 299-5127

```
 1       A     One futures trade.  That's right.  Actually,    03:23:00

 2   I'm sorry, there may have been a smaller lead position.    03:23:01

 3   I don't remember the size of it, but it was pretty small.  03:23:06

 4   But it was two total trades, now that I think about it     03:23:09

 5   again.                                                     03:23:13

 6       Q     You say "futures trade."  I'm talking about any  03:23:13

 7   trading on any exchange.  It was only OKEx that you had    03:23:16

 8   to go all the way that you clicked the button --          03:23:20

 9       A     Oh, any trading.  I'm sorry.  I didn't realize   03:23:20

10   you had said that.                                         03:23:23

11          So outside of derivative contracts, there was       03:23:24

12   Bittrex.  There was a self-creating company, whose name    03:23:27

13   escapes me at the moment.  And then later on, we also      03:23:34

14   established OTC partnerships as well with FalconX.         03:23:40

15          What's the other company's name?  I'm sorry.        03:23:45

16   There's two other OTCs that names escapes me.  Galawon     03:23:47

17   Capital was the other one, and then another big OTC shop.  03:23:54

18       Q     And these are exchanges or OTC shops where you   03:23:54

19   had access to the account and you trade; right?           03:23:58

20       A     Yes.                                             03:24:02

21       Q     And did you have discussions to trade?          03:24:03

22       A     Yes.                                             03:24:05

23       Q     Was there ever a threshold number where you had  03:24:07

24   to check with the investment committee before you took on  03:24:12

25   a certain position?                                        03:24:15
```

Page 198

| | | |
|---|---|---|
| 1 | A      The only reason -- we weren't trading for -- to | 03:24:16 |
| 2 | generate a return.  We were primarily trading with | 03:24:20 |
| 3 | exchanges to manage the flow of redemptions and different | 03:24:23 |
| 4 | strategies that were allocated too. | 03:24:27 |
| 5 |       So with that in mind, there was never a | 03:24:32 |
| 6 | threshold number because we understood the amount of | 03:24:35 |
| 7 | redemptions that were upcoming at any given time. | 03:24:37 |
| 8 | Q      So those trade-ins were all the hedges? | 03:24:42 |
| 9 | A      It's not hedging.  But the swap transactions | 03:24:47 |
| 10 | were primarily for moving assets between, you know, | 03:24:50 |
| 11 | different types of assets. | 03:24:50 |
| 12 |       So let's say, for example, we had a hundred | 03:24:54 |
| 13 | Bitcoin on our Fireblocks account and we have an ETH | 03:24:55 |
| 14 | redemption that's coming due.  We could sell some Bitcoin | 03:25:00 |
| 15 | for ETH to make whole on that trade.  That was the | 03:25:02 |
| 16 | primary reason for engaging in swap markets. | 03:25:05 |
| 17 | Q      Okay.  Let's talk a little bit about the -- I | 03:25:10 |
| 18 | think you called them asset managers. | 03:25:13 |
| 19 | A      Yes. | 03:25:16 |
| 20 | Q      There was trading on exchanges, which you and | 03:25:17 |
| 21 | others are credited; right? | 03:25:22 |
| 22 | A      Yes.  Yeah. | 03:25:24 |
| 23 | Q      And there was trading on OTC exchanges, which | 03:25:25 |
| 24 | you did; right? | 03:25:28 |
| 25 | A      OTC exchanges were -- yeah, it was me, James, | 03:25:29 |

Page 199

```
1    and Adnan.                                            03:25:36

2         Q    You, James, and Adnan?  Okay.              03:25:37

3              And then there were transactions that were 03:25:40

4    facilitated by JST; right?                           03:25:43

5         A    Yes.                                        03:25:44

6         Q    And that was a combination of on-exchange  03:25:44

7    transactions, OTC transactions they found, and direct 03:25:49

8    transactions with JST?                               03:25:50

9         A    Yes.                                        03:25:52

10        Q    So -- and then there came a time when Cred 03:25:52

11   decided to use a variety of -- I think you called them 03:26:00

12   asset managers; right?                               03:26:04

13        A    Uh-huh.  Yeah.                             03:26:06

14        Q    What's an asset manager?                   03:26:07

15        A    Someone that pursues a particular investment 03:26:09

16   strategy for your assets.                            03:26:16

17        Q    When you -- when the investment committee  03:26:18

18   decided to take on an asset manager, did you provide a 03:26:25

19   risk profile that would authorize transactions?      03:26:30

20             How did it work?                           03:26:32

21        A    Yes.  There was a, you know, a written proposal 03:26:33

22   from each asset manager via email.  We had a Google Drive 03:26:36

23   account opened up with relevant information like      03:26:40

24   compliance documentation, strategy information, financial 03:26:43

25   statements, that sort of stuff.                      03:26:46
```

1    And those were provided to the investment    03:26:49

2    committee to make a decision.  Typically, you know, a day    03:26:52

3    or two before the actual meeting date.  And then they    03:26:55

4    would ask questions, and so we would either delay if    03:26:58

5    there was additional questions that needed to be solved,    03:27:01

6    or we would vote yes/no.    03:27:04

7    Q    Okay.  And these asset managers, once they were    03:27:06

8    approved, did they have to check with Cred or the    03:27:15

9    investment committee about each transaction, or did they    03:27:17

10    had discretion to execute the transactions?    03:27:21

11    A    They had discretion.    03:27:23

12    Q    And I believe you testified that you were in    03:27:24

13    constant communications was these asset managers; right?    03:27:28

14    A    Yes.    03:27:31

15    Q    Okay.  So they would update you on    03:27:32

16    transactions, different asset managers would tell you at    03:27:35

17    different times, some daily, some weekly, some    03:27:37

18    monthly; right?    03:27:41

19    A    Yeah, those would more broadly speak to -- you    03:27:42

20    know, these are not positions where we transact a lot, to    03:27:45

21    be honest.  You know, they're -- so we would more talk    03:27:50

22    about market exposures, market risk and stuff like that.    03:27:51

23    But they would advise me on the types of transaction that    03:27:53

24    they're engaging in.    03:27:56

25    Q    Okay.  And what was the relative size of the    03:28:03

Page 201

```
 1   funds that were held by the asset managers as opposed to      03:28:05

 2   half for the funds that were held in Cred's own wallets?      03:28:08

 3       A     Anywhere -- sorry, say that part about the          03:28:12

 4   wallets again?                                                03:28:16

 5       Q     The assets held by the asset managers versus        03:28:16

 6   the assets that Cred held in their own accounts.              03:28:21

 7       A     I really don't know what the ratio is, but          03:28:24

 8   maybe I can answer the question this way.  Our asset          03:28:24

 9   managers would hold anywhere between 1 to $10 million,        03:28:34

10   and that's including Quanta Coin, which is our greatest       03:28:37

11   allocation.  And in our custody account at any given          03:28:41

12   time, we would have anywhere between 1 to, like,              03:28:47

13   $20 million would be my guess.  It was very volatile.         03:28:51

14       Q     When you say "volatile," was the value of the       03:29:02

15   accounts held by the asset managers going up and down         03:29:05

16   significantly?  Is that what you mean by volatile?            03:29:08

17       A     No, no.  That was the accounts at -- yeah,          03:29:10

18   that, too.  But the account at Fireblocks, which was our      03:29:14

19   primary custodian were up and down just given redemption      03:29:17

20   flows and contribution flows.  But some of our asset          03:29:22

21   managers, you know, their balance has increased and           03:29:23

22   decreased a lot just because of redemptions and               03:29:27

23   contributions.                                                03:29:30

24       Q     Were the asset managers that the investment         03:29:31

25   committee decided to hire permitted to execute Perpetual      03:29:32
```

                                                    Page 202

```
1   Swaps?                                              03:29:44

2       A     Yes, there were.                          03:29:44

3       Q     Was there a maximum leverage given to any of    03:29:46

4   these asset managers by the investment committee?   03:29:50

5       A     No.  There was no risk paradigm that we gave to  03:29:55

6   them.  It would more work the other way, where they would  03:29:58

7   present their strategy with respect to their risk   03:30:00

8   constraints, and then we would opine yes/no.        03:30:02

9       Q     Let me unpack that.                       03:30:05

10            They would come to you with the risk      03:30:11

11  suggestion, and the investment committee would decide if  03:30:14

12  they were okay with that or not?                    03:30:15

13      A     I mean, they were essentially, like, selling  03:30:17

14  hedge fund products; right?  So there's a strategy that's  03:30:21

15  already in place.  It's not like they create a singular  03:30:24

16  strategy just for Cred.  And so in that strategy, you  03:30:29

17  know, we would just take a look at it, see what leverage  03:30:31

18  they typically deployed, and then based on that    03:30:33

19  knowledge, we would, you know, move forward or not with  03:30:34

20  the investment.                                     03:30:37

21      Q     Okay.  So big picture:  The asset managers were  03:30:38

22  not hedging your Bitcoin position; right?           03:30:45

23      A     No.                                        03:30:49

24      Q     The asset managers were just trying to make  03:30:50

25  money with the virtual currency you were providing;  03:30:53
```

Page 203

```
 1   right?                                                    03:30:53

 2       A    Correct.                                         03:30:53

 3       Q    And there was a variety of different strategies  03:30:56

 4   the asset managers used; right?                           03:30:59

 5       A    Yes.                                             03:31:01

 6       Q    But this wasn't tethered to protecting against   03:31:02

 7   the increase in decline; right?                           03:31:07

 8       A    They were.  We just didn't have any explicit     03:31:09

 9   hedges because we were naturally hedged via the           03:31:14

10   benchmark.  So if Bitcoin -- the benchmark for Ethereum   03:31:17

11   is the benchmark, then there's no need to hedge because   03:31:20

12   we're essentially trying to outperform index, which was   03:31:21

13   our liability.  So that's -- it didn't necessitate        03:31:25

14   hedging.                                                  03:31:28

15       Q    Okay.  Let me understand that because -- the     03:31:32

16   CredEarn program, right, on a basic level, your customers 03:31:37

17   provide -- the clients provide virtual currency.  Cred    03:31:40

18   promises the clients return of that virtual currency plus 03:31:46

19   interest?                                                 03:31:53

20       A    That's right.                                    03:31:54

21       Q    And these positions at these asset managers      03:31:54

22   weren't to hedge against the price of Bitcoin to make     03:32:02

23   sure the customer would get his money back; right?        03:32:03

24       A    No, they were not hedged outside of their        03:32:06

25   strategy.                                                 03:32:10
```

Page 204

```
 1        Q    Okay.  These positions at the asset management    03:32:11

 2   companies were to make money; you were creating the         03:32:14

 3   virtual currency provided by the customers with the asset   03:32:21

 4   managers in order to make a profit; right?                  03:32:22

 5        A    That's correct.                                   03:32:26

 6        Q    And so you're trading the clients' money, and     03:32:27

 7   in the event that there's a profit that exceeds the         03:32:31

 8   interest rate owed to the client, Cred keeps that; right?   03:32:35

 9        A    Yeah.                                             03:32:39

10        Q    Let's talk about Sarson Funds.                    03:32:48

11             You presented Sarson Funds as an opportunity to   03:32:50

12   the investment committee; right?                            03:32:53

13        A    Yes.                                              03:32:55

14        Q    In fact, it was one of your first presentations   03:32:55

15   to the investment committee; right?                         03:32:58

16        A    Yes.                                              03:33:00

17        Q    And Sarson -- how would you describe Sarson       03:33:00

18   Funds, as an asset manager?                                 03:33:09

19        A    Yeah.  It's a registered investment advisor.      03:33:09

20        Q    Sarson Funds is a registered investment           03:33:11

21   advisor?  Okay.                                             03:33:13

22        A    Yes.                                              03:33:14

23        Q    And there are two subfunds underneath the         03:33:14

24   Sarson Funds; isn't that right?                             03:33:21

25        A    That's correct.                                   03:33:22
```

                                                    Page 205

```
 1        Q      Okay.  And there's one called AX Momentum      03:33:23
 2   LP; right?                                                 03:33:29
 3        A      Right.                                         03:33:29
 4        Q      And that's called a large token fund; right?   03:33:30
 5        A      AX Momentum is a call-option fund, giving      03:33:33
 6   about -- Blockchain momentum.                              03:33:40
 7        Q      Okay.  AX Momentum is a call-option -- okay.   03:33:42
 8               And there was another one called Fifth         03:33:46
 9   Khagan; right?                                             03:33:50
10        A      Right.                                         03:33:50
11        Q      And those are both under Sarson Funds; isn't   03:33:52
12   that right?                                                03:33:56
13        A      Yeah.                                          03:33:56
14        Q      And I just want to make sure I got the names   03:33:57
15   right.                                                     03:34:00
16               But Sarson Funds LLC, that's a corporate       03:34:00
17   name; right?                                               03:34:04
18        A      Yes.                                           03:34:04
19        Q      Okay.  Give me one second.  I'm sorry, AX      03:34:05
20   Momentum was one of the funds Cred was invested            03:34:37
21   in; right?                                                 03:34:41
22        A      Yes.                                           03:34:41
23               MR. EVANS:  I'm going to share my screen.  I'm 03:34:45
24   going to designate this exhibit as CC-1.                   03:34:47
25               THE WITNESS:  Okay.                            03:34:50
```

Page 206

| | | |
|---|---|---|
| 1 | (Exhibit CC-1 marked.) | 03:35:02 |
| 2 | BY MR. EVANS: | 03:35:02 |
| 3 | Q    Do you recognize this document? | 03:35:03 |
| 4 | A    Yeah.  It's essentially a one-pager to explain | 03:35:03 |
| 5 | the strategy. | 03:35:08 |
| 6 | Q    Okay.  I'm going to scroll down. | 03:35:10 |
| 7 | Do you see what I'm doing here? | 03:35:13 |
| 8 | A    Yeah. | 03:35:14 |
| 9 | Q    I'm just going to zoom in.  What it says here | 03:35:17 |
| 10 | is, "Sarson Funds LLC is a third-party marketing company | 03:35:25 |
| 11 | and does not manage assets or provide investment advice." | 03:35:30 |
| 12 | Do you see that? | 03:35:34 |
| 13 | A    Yes. | 03:35:35 |
| 14 | Q    Okay.  So Sarson Funds LLC does not manage | 03:35:36 |
| 15 | assets; right? | 03:35:39 |
| 16 | A    I -- yeah, Sarson Funds is, I guess, I don't | 03:35:41 |
| 17 | know the exact legal structure behind it.  But to my | 03:35:48 |
| 18 | understanding, there's strategies with their own | 03:35:50 |
| 19 | independent LLC structures or maybe "LLC" is the wrong | 03:35:53 |
| 20 | terminology, but their own entity structures for the | 03:35:57 |
| 21 | actual hedge funds that do the investing.  And then | 03:35:59 |
| 22 | Sarson Funds essentially supports those strategies, | 03:36:02 |
| 23 | marketing efforts. | 03:36:06 |
| 24 | Q    Okay.  So Sarson Funds LLC is what you | 03:36:07 |
| 25 | presented to the investment committee; isn't that right? | 03:36:09 |

Page 207

| | | |
|---|---|---|
| 1 | A    I presented the strategies to the investment | 03:36:11 |
| 2 | committee. | 03:36:15 |
| 3 | Q    And Sarson Funds LLC says that it's a marketing | 03:36:15 |
| 4 | company and does not provide investment advice; right? | 03:36:21 |
| 5 | A    Yes, but they were essentially providing | 03:36:24 |
| 6 | information about strategies. | 03:36:26 |
| 7 | Q    Okay.  They're providing information about the | 03:36:28 |
| 8 | strategy, but they are disclaiming right here that | 03:36:32 |
| 9 | they're not providing investment advice; right? | 03:36:35 |
| 10 | A    Right. | 03:36:37 |
| 11 | Q    And, in fact, there's another entity, FutureSet | 03:36:38 |
| 12 | LLC, and they're saying they're a trading advisor; right? | 03:36:44 |
| 13 | Do you see that? | 03:36:49 |
| 14 | A    Yes. | 03:36:49 |
| 15 | Q    And then it says, "FutureSet LLC is not an | 03:36:49 |
| 16 | investment advisor either and does not offer investment | 03:36:56 |
| 17 | advisory services either." | 03:37:00 |
| 18 | Do you see that? | 03:37:03 |
| 19 | A    I do. | 03:37:04 |
| 20 | Q    When did you first talk to Sarson Funds about | 03:37:04 |
| 21 | being employed at Sarson Funds? | 03:37:17 |
| 22 | A    Probably mid to late June. | 03:37:19 |
| 23 | Q    Mid to late June. | 03:37:21 |
| 24 | When was Sarson Funds first onboarded at Cred? | 03:37:23 |
| 25 | A    I believe it was February, March.  Probably | 03:37:29 |

Page 208

| | | |
|---|---|---|
| 1 | March is my guess. | 03:37:32 |
| 2 | Q    Okay.  And is it fair to sigh that you were the | 03:37:33 |
| 3 | driving force for Sarson to be onboarded at Cred? | 03:37:35 |
| 4 | A    Yeah.  I probably did most of the work for that | 03:37:41 |
| 5 | relationship, yes. | 03:37:47 |
| 6 | Q    Okay.  So in March, Sarson Funds gets | 03:37:47 |
| 7 | onboarded; right? | 03:37:53 |
| 8 | And then in June, you asked Sarson Funds for a | 03:37:53 |
| 9 | job; is that right? | 03:37:58 |
| 10 | A    Yeah. | 03:37:58 |
| 11 | Q    Did they present you with the opportunity, or | 03:37:59 |
| 12 | did you ask them? | 03:38:02 |
| 13 | A    I asked them.  I informed them, you know, | 03:38:03 |
| 14 | probably the next couple of months, I was going to be | 03:38:09 |
| 15 | making a departure given the political solution as well | 03:38:11 |
| 16 | as the liquidity situation.  And he asked if I was | 03:38:15 |
| 17 | interested in the CIO position. | 03:38:19 |
| 18 | Q    Okay.  And we saw your offer letter from Cred. | 03:38:22 |
| 19 | Your salary was 165,000 a year; right? | 03:38:29 |
| 20 | A    Yes. | 03:38:32 |
| 21 | Q    What were you offered at Sarson? | 03:38:32 |
| 22 | A    Initially, 70.  And then I guess we worked our | 03:38:38 |
| 23 | way up to -- I think I'm at 120 or something like that. | 03:38:44 |
| 24 | Q    And how much virtual currency did Sarson offer | 03:38:50 |
| 25 | you? | 03:38:54 |

Page 209

| | | |
|---|---|---|
| 1 | A    Zero. | 03:38:54 |
| 2 | Q    Do you have options at Sarson? | 03:38:55 |
| 3 | A    Yes. | 03:38:57 |
| 4 | Q    And do you have any idea what your options are | 03:38:57 |
| 5 | worth now? | 03:39:01 |
| 6 | A    Still negotiating that, so I don't know | 03:39:02 |
| 7 | exactly.  I don't actually have a signed document for it. | 03:39:05 |
| 8 | Q    Okay. | 03:39:08 |
| 9 | A    The company hasn't raised significant money, I | 03:39:15 |
| 10 | will say that. | 03:39:18 |
| 11 | Q    Okay.  The Martingale cryptolab investment, | 03:39:19 |
| 12 | that was at BitMEX too, wasn't it? | 03:39:29 |
| 13 | A    Yes.  I believe BitMEX was one of the exchanges | 03:39:31 |
| 14 | that they use. | 03:39:35 |
| 15 | Q    Okay.  And that was another asset manager that | 03:39:36 |
| 16 | was using Perpetual Swaps; right? | 03:39:39 |
| 17 | A    I don't know exactly what they were investing | 03:39:42 |
| 18 | in specifically, but I know they were on BitMEX's | 03:39:46 |
| 19 | exchange, so I'll assume either perks like you mentioned | 03:39:49 |
| 20 | or futures contracts. | 03:39:53 |
| 21 | Q    Right.  And those positions were completely | 03:39:57 |
| 22 | liquidated; correct? | 03:39:59 |
| 23 | A    Partially.  So we didn't lose a hundred | 03:40:00 |
| 24 | percent.  We lost 14 percent. | 03:40:06 |
| 25 | Q    Okay.  When did you lose that 14 percent? | 03:40:08 |

Page 210

```
 1        A     It was the March flash crash.              03:40:11

 2        Q     So just so I understand, in March, the price of  03:40:23

 3   Bitcoin dropped about 50 percent from the highest price    03:40:28

 4   in February; correct?                                      03:40:32

 5        A     I'm sorry.  I was turning on the light.  Can    03:40:33

 6   you repeat that?                                           03:40:38

 7        Q     In March, the price of Bitcoin depleted about   03:40:38

 8   other 50 percent from the highest price in                 03:40:42

 9   February; right?                                           03:40:46

10        A     Yes.                                             03:40:46

11        Q     Right?  Is that -- do you remember that?        03:40:47

12        A     Yes.  Sorry.                                     03:40:49

13              I don't -- can you hear me?                      03:40:52

14        Q     Yeah, I can hear you now.  I think we went out   03:40:53

15   for a second.                                               03:40:57

16              So Bitcoin completely rebounded in               03:40:58

17   May; correct?                                               03:40:59

18        A     Yes.                                             03:41:00

19        Q     So whatever trading strategy was on, whatever   03:41:02

20   the hedges were, whatever the Perpetual Swaps were,        03:41:06

21   whatever the asset managers were doing, a one-month        03:41:11

22   decline in Bitcoin that was followed by a complete         03:41:15

23   rebound almost like the company went out                   03:41:22

24   completely; right?                                         03:41:25

25        A     Yes.                                             03:41:25
```

Page 211

```
 1         Q     I want to talk a little bit about the Quantcoin    03:41:26

 2   investment.  I'm not going to belabor it.                      03:41:42

 3               Quantcoin was first presented to the investment    03:41:49

 4   committee in February of 2020; isn't that right?              03:41:51

 5         A     I don't believe so.  I think it was -- they        03:41:54

 6   started their diligence much before in 2019, to my            03:41:58

 7   understanding.                                                03:42:02

 8         Q     They started their diligence before, but the      03:42:02

 9   first transactions were not until February of 2020?           03:42:04

10         A     That's correct.                                   03:42:07

11         Q     And in February -- between February and April     03:42:07

12   of 2020, there were 800 Bitcoins that were sent to            03:42:11

13   Quantcoin, at least you thought were sent; right?             03:42:14

14         A     Yeah.                                             03:42:17

15         Q     And during that time period, you were on the      03:42:18

16   investment committee; isn't that right?                       03:42:19

17         A     Yes.                                              03:42:21

18         Q     And you testified that the head of capital        03:42:25

19   markets is responsible for the initial due diligence, but    03:42:28

20   the investment company is responsible for making sure         03:42:33

21   that the capital markets does its due diligence; right?       03:42:33

22         A     Yes.                                              03:42:36

23         Q     So when the virtual currency was sent from Cred   03:42:40

24   to this imposter, your responsibility on the investment       03:42:47

25   committee was to make sure the due diligence was              03:42:50
```

```
 1   performed and to vote in favor of providing the money to      03:42:53

 2   the imposter; right?                                           03:42:59

 3       A    I -- there was no vote that I was a part of for       03:43:00

 4   Quanta Coin.  The deal was essentially signed between,         03:43:07

 5   you know, James and Dan between February 2nd and               03:43:11

 6   February 3rd.  There was no vote that was ever put up to       03:43:16

 7   the IC.                                                        03:43:20

 8       Q    Hold on one second.  You're saying the               03:43:21

 9   investment committee had nothing to do with the Quantcoin      03:43:27

10   investment?                                                    03:43:30

11       A    Not the investment committees I was on.  I           03:43:31

12   think they had already done the diligence.  They had          03:43:35

13   already put it on a vote that they were going to move          03:43:39

14   forward with the relationship.  I think James wanted to        03:43:41

15   meet their portfolio manager one last time in Paris.  And      03:43:44

16   after that, the deal was essentially consummated.  Our         03:43:47

17   operations team was -- yep.                                    03:43:51

18           MR. EVANS:  I'd like to present -- I'm going to        03:44:14

19   share my screen.  I want to present Exhibit CC-2.              03:44:16

20           (Exhibit CC-2 marked.)                                 03:44:39

21   BY MR. EVANS:                                                  03:44:39

22       Q    Do you remember talking to CoinDesk about this       03:44:39

23   case?                                                          03:44:42

24       A    Yes.                                                  03:44:42

25       Q    And you gave a phone interview to CoinDesk?          03:44:43
```

```
 1      A     Yes.                                        03:44:52

 2      Q     It was a couple of phone interviews, wasn't it?  03:44:52

 3      A     Yeah, it was a couple.                      03:44:55

 4      Q     And you just testified that the Quanta Coin  03:45:01

 5   decision did not go through the investment            03:45:03

 6   committee; right?                                     03:45:05

 7      A     Not any part -- decisions that I was a part of.  03:45:06

 8   I think it was already approved prior to when I started  03:45:09

 9   on the IC.                                            03:45:13

10      Q     Okay.  This states, "'James certainly led the  03:45:15

11   Quanta Coin diligence efforts.  That was on him, given he  03:45:21

12   was head of capital markets at the time,' said Inamullah.  03:45:24

13   'And Dan signed off on the deal.  He went through the  03:45:24

14   investment committee and he was responsible for asking  03:45:29

15   the right questions and doing the right diligence.'"   03:45:29

16            Those were your words; right?               03:45:32

17      A     Yes.                                        03:45:34

18      Q     Okay.  So you're saying that the Quantcoin  03:45:35

19   deal, that was James's fault; right?                  03:45:39

20      A     I'm not blaming anyone.  It definitely had to  03:45:44

21   passed through an investment committee for us to be able  03:45:49

22   to make that deal, but there was a vote on any investment  03:45:52

23   committee that I was a part of, at least.  So I assumed  03:45:54

24   it had happened prior to my being on that team.       03:45:55

25      Q     Did you just say you're not blaming anyone?  03:46:00
```

Page 214

```
 1        A      I don't think I am, any one person in general.      03:46:02

 2   I think it was an institutional issue.                         03:46:08

 3        Q      Okay.  It states, "James certainly led the         03:46:12

 4   Quantcoin diligence efforts.  That was on him, given he        03:46:15

 5   was head of capital markets at the time."                      03:46:17

 6               So you're not blaming James for his part in the    03:46:18

 7   due diligence?                                                 03:46:21

 8        A      Yeah, I mean, he was responsible for presenting    03:46:21

 9   the diligence.  I don't think the whole fault was James's      03:46:24

10   fault.  I think there was plenty of factors at play.           03:46:28

11        Q      Okay.  So the whole fault is not James's fault.    03:46:32

12   You're saying Dan signed off on the deal.                      03:46:34

13               So it was Dan's fault too; right?                  03:46:38

14        A      Yeah.  I mean, it was an IC's fault.  Both of      03:46:40

15   those individuals were on the IC.                              03:46:44

16        Q      So it was James's fault; right?  It was Dan's      03:46:46

17   fault.  It was the investment committee's fault.               03:46:50

18               And you're saying you had nothing to do with       03:46:54

19   it?                                                            03:46:56

20        A      I didn't perform any of the initial diligence.     03:46:57

21   I didn't review any of the diligence documents.  I came        03:47:01

22   in on Quanta Coin when we were gathering performance           03:47:04

23   information on a month-to-month basis.                         03:47:07

24        Q      Okay.  So you came in on Quanta Coin when you      03:47:09

25   started in January, first transaction was in February,        03:47:14
```

Page 215

1    the second transaction was in April.                    03:47:20

2          And during those four months when you were in     03:47:22

3    the capital markets group and you were on the investment 03:47:24

4    committee, you did no due diligence?                     03:47:27

5          A     On Quanta Coin, no.                          03:47:30

6          Q     I'd like to direct your attention to an exhibit 03:47:34

7    that was previously discussed.  It's Exhibit 10.  It is  03:47:44

8    in that folder online that we've been using.             03:47:48

9          A     I'm there.                                   03:47:54

10         Q     Do you recall this liquidity analysis you    03:47:55

11   provided on April 4th, 2020; right?                      03:47:59

12         A     Yes.                                         03:48:02

13         Q     And you wrote this, didn't you?              03:48:02

14         A     Yes.                                         03:48:03

15         Q     And in this document, you suggest providing  03:48:04

16   more money to Quanta Coin; right?                        03:48:08

17         A     Yes.                                         03:48:10

18         Q     And that's notwithstanding the fact that during 03:48:10

19   the last four months, you just testified you haven't done 03:48:15

20   any diligence whatsoever on Quantcoin?                   03:48:19

21         A     No.  I understand the diligence had already  03:48:20

22   been performed.  That's correct.                         03:48:23

23         Q     And you also testified that the investment   03:48:24

24   committee's mandate is to make sure the due diligence was 03:48:31

25   properly performed; right?                               03:48:33

Page 216

| | | |
|---|---|---|
| 1 | A    Yes. | 03:48:36 |
| 2 | Q    I don't have much longer. | 03:48:37 |
| 3 |      How long have you known Alexander? | 03:48:47 |
| 4 | A    Probably since May 2019.  May to -- | 03:48:51 |
| 5 | Q    How did you meet him? | 03:49:00 |
| 6 | A    I met him just -- I used to work at a company | 03:49:01 |
| 7 | named Salt prior to Cred.  And, you know, we just met on | 03:49:08 |
| 8 | the phone one day just during normal business routine. | 03:49:14 |
| 9 | Q    And he hired you; right?  He brought you on to | 03:49:17 |
| 10 | Cred? | 03:49:19 |
| 11 | A    Yes. | 03:49:20 |
| 12 | Q    And that was January 2020? | 03:49:20 |
| 13 | A    Technically, it was December 18th when I got my | 03:49:22 |
| 14 | offer letter.  But, yes, I came on in January. | 03:49:29 |
| 15 | Q    Okay.  And you directly reported to him; right? | 03:49:31 |
| 16 | A    Yes. | 03:49:34 |
| 17 | Q    And you consider him a friend? | 03:49:36 |
| 18 | A    I consider him a colleague -- considered him a | 03:49:40 |
| 19 | colleague.  I don't know if he's a friend.  I don't | 03:49:46 |
| 20 | really hang out with him. | 03:49:48 |
| 21 | Q    Okay.  And when you normally communicate with | 03:49:49 |
| 22 | Alexander, is it on Telegram, or is it some other medium? | 03:49:54 |
| 23 | A    When I normally communicate with him? | 03:49:57 |
| 24 | Q    Uh-huh. | 03:49:59 |
| 25 | A    Primarily through phone calls. | 03:50:00 |

Page 217

```
 1        Q     Through phone calls?  Okay.                03:50:09

 2              We won't belabor.  We already talked about the  03:50:09

 3     transfer, but there came a time where, at James's    03:50:12

 4     direction, you transferred virtual currency from a   03:50:17

 5     Fireblocks account.                                 03:50:17

 6              You remember; right?                       03:50:19

 7        A     Yes.                                       03:50:20

 8        Q     And did you receive this request via Telegram,  03:50:20

 9     or was it just an in-person conversation?           03:50:26

10        A     In-person conversation.                    03:50:30

11        Q     The wallets held at Fireblocks, who else had  03:50:32

12     access to them besides you?                         03:50:41

13        A     To the Fireblocks account?  James, and I   03:50:41

14     believe someone in accounting probably did too.  I don't  03:50:49

15     remember.  It might have been Sally or Adnan.  Adnan had  03:50:51

16     access to it.  That's what it was, and then Joe had  03:50:55

17     access.                                            03:50:59

18        Q     Okay.  And at this time in June 24, 2020, did  03:51:03

19     you have any idea that there was something wrong with the  03:51:09

20     Quanta Coin deal?                                  03:51:15

21        A     June, no.                                  03:51:16

22        Q     Okay.  When was the first time you ever became  03:51:17

23     aware that there might be an issue with the Quantcoin  03:51:20

24     deal?                                              03:51:22

25        A     When Kingdom Trust responded.  You know,   03:51:22
```

Page 218

| | | |
|---|---|---|
| 1 | initially, like I mentioned before, I thought maybe Scott | 03:51:28 |
| 2 | Foster had been fired or went to a different company. | 03:51:41 |
| 3 | And, yeah, later on -- I don't remember the exact date, | 03:51:44 |
| 4 | but it was the end of August, they -- "they" being | 03:51:48 |
| 5 | Kingdom Trust -- responded to our request for information | 03:51:53 |
| 6 | and said that we had been the victims of a scam. | 03:51:55 |
| 7 |     Q    Okay.  So at the time when you executed the | 03:51:58 |
| 8 | transfer on June 24, 2020, you're saying that you had no | 03:52:04 |
| 9 | idea there was anything wrong with the Quantcoin | 03:52:08 |
| 10 | transaction; right? | 03:52:10 |
| 11 |     A    No idea. | 03:52:11 |
| 12 |     Q    And you don't remember submitting a declaration | 03:52:12 |
| 13 | in this case; right?  Two declarations? | 03:52:14 |
| 14 |     A    About what, sorry? | 03:52:21 |
| 15 |     Q    You submitted two sworn statements in this | 03:52:22 |
| 16 | case, two declarations?  You were asked about them today. | 03:52:25 |
| 17 |     A    Yes. | 03:52:28 |
| 18 |     Q    And in one of those declarations, you say, "The | 03:52:29 |
| 19 | funds that Cred claims that James stole from Cred were | 03:52:31 |
| 20 | assets at Cred Capital, not customer assets that were | 03:52:36 |
| 21 | part of the CredEarn or CredBorrow programs.  Those | 03:52:36 |
| 22 | assets were segregated in separate custodial accounts to | 03:52:42 |
| 23 | ensure they were not commingled with Cred assets"; right? | 03:52:45 |
| 24 |     Those are your words? | 03:52:50 |
| 25 |     A    Yeah. | 03:52:50 |

Page 219

1      Q    So what you're saying is there wasn't a theft        03:52:51

2  of customer assets; right?                                    03:52:53

3      A    I don't think there was a theft at all, but          03:52:55

4  definitely not of customer assets.                            03:53:01

5      Q    Okay.  There wasn't a theft at all.  Let's           03:53:05

6  unpack that.                                                  03:53:07

7           Because it appears from the emails we reviewed       03:53:07

8  that these transactions were not authorized by Dan or         03:53:10

9  anyone else at the company; right?                            03:53:13

10     A    Yeah, but I guess the essential question is          03:53:15

11 whether or not he had the rights to give authorization        03:53:20

12 for those transaction to begin with.  The idea at the         03:53:22

13 time was that Cred Capital was an independently               03:53:25

14 functioning entity and that Dan essentially did not have      03:53:28

15 any say with respect to what happened.                        03:53:31

16          So, you know, James's request to me to transfer      03:53:34

17 the assets -- you know, my understanding was that he was      03:53:40

18 the only one that could give authorization for that           03:53:40

19 transfer.                                                     03:53:43

20     Q    Only one that could give authorization to           03:53:44

21 transfer out of the other Cred Capital account.  That's       03:53:47

22 not what he's asking you to do.  He's asking you to           03:53:52

23 transfer virtual currency into a Cred Capital                 03:53:53

24 account; right?                                               03:53:57

25     A    From a Cred Capital account to a Cred Capital        03:53:58

Page 220

1    account.                                                  03:54:01

2        Q    Okay.  Let me understand that now.              03:54:01

3            So you're saying that the wallet where the       03:54:03

4    virtual currency was transferred from was a Cred Capital 03:54:06

5    and not a Cred wallet; is that what you're saying?       03:54:13

6        A    Yeah, it was a separate login to a Fireblocks   03:54:15

7    account.                                                  03:54:17

8        Q    And that Fireblocks account was held by Cred    03:54:17

9    Capital and not Cred; is that what you're saying?        03:54:21

10       A    That's correct.                                 03:54:22

11       Q    And how did you confirm that?                   03:54:23

12       A    We onboarded a separate entity for Cred Capital 03:54:24

13   for that account with a separate domain name as well.    03:54:29

14       Q    Okay.  Let's move on a little bit.  I'm going   03:54:33

15   to do these quickly.                                     03:54:36

16           In your declarations, there was a number of      03:54:37

17   statements about why you think Cred lost so much money.  03:54:40

18   Okay?                                                     03:54:46

19           One of the first biggest issues was the          03:54:51

20   March 2020, what you call flash crash; right?           03:54:55

21       A    Yeah.                                           03:54:57

22       Q    And that was a significant decrease in Bitcoin  03:54:58

23   that caused Perpetual Swaps in other future positions to 03:55:01

24   be liquidated; right?                                    03:55:03

25       A    Yes.                                            03:55:04

                                                      Page 221

| | | |
|---|---|---|
| 1 | Q    Toward the end of April 2020, you and two | 03:55:05 |
| 2 | others, Dan Wheeler and James Alexander, drafted this | 03:55:18 |
| 3 | document, this liquidity document; right? | 03:55:22 |
| 4 | A    Yes. | 03:55:25 |
| 5 | Q    And in your declaration, it states, "Cred | 03:55:25 |
| 6 | Capital recommended the course of action for wind-up | 03:55:32 |
| 7 | operations as soon as possible.  Cred was unable to bring | 03:55:36 |
| 8 | equity capital or receive the liquidity back from moKred | 03:55:38 |
| 9 | by June 30th, 2020." | 03:55:41 |
| 10 | Do you remember that? | 03:55:44 |
| 11 | A    Yeah. | 03:55:44 |
| 12 | Q    Okay. | 03:55:44 |
| 13 | A    Yeah. | 03:55:46 |
| 14 | Q    So you thought Cred should be shut down if | 03:55:46 |
| 15 | moKredit doesn't give liquidity back by June 30th, | 03:55:49 |
| 16 | 2020; right? | 03:55:53 |
| 17 | A    Yeah. | 03:55:54 |
| 18 | Q    And moKred didn't give liquidity back by | 03:55:55 |
| 19 | June 30, 2020; right? | 03:56:00 |
| 20 | A    No. | 03:56:01 |
| 21 | Q    You testified previously that you went to the | 03:56:01 |
| 22 | SEC in April of 2020? | 03:56:08 |
| 23 | A    Yeah. | 03:56:10 |
| 24 | Q    Okay.  And you said you copied a few documents | 03:56:11 |
| 25 | and you went to the SEC; right? | 03:56:14 |

Page 222

```
 1        A     Yes.                                        03:56:15

 2        Q     How did you go to the SEC?  Did you knock on  03:56:17

 3   the door?  How did you contact them?                  03:56:22

 4        A     Online through their TS -- TCR portal.      03:56:23

 5        Q     Okay.  And you -- what did you file?        03:56:28

 6        A     Some of my emails, the liquidity analysis that  03:56:29

 7   you had reviewed, and I may have sent the securitization  03:56:31

 8   document as well.  But those are the primary one.      03:56:38

 9        Q     Did you draft up, like, a summary, a complaint,  03:56:41

10   something like that?                                   03:56:44

11        A     Yes.                                        03:56:44

12        Q     Okay.  Did you ever pick up the phone and call  03:56:44

13   the SEC?                                               03:56:49

14        A     No.                                         03:56:50

15        Q     Okay.  Did you ever go to the SEC's office and  03:56:50

16   talk with someone?                                    03:56:56

17        A     No.                                         03:56:57

18        Q     And you said that you were so concerned about  03:56:58

19   customer funds.                                       03:57:11

20              That's what you said; right?                03:57:12

21        A     Yeah.                                       03:57:12

22        Q     So you filed this complaint or information with  03:57:12

23   the SEC in April of 2020.  Okay.                      03:57:17

24        A     Okay.                                       03:57:24

25        Q     But then you kept working at Cred for another  03:57:24
```

Page 223

```
1    seven months; isn't that right?  Eight months?        03:57:27

2        A    I was working at Cred Capital from -- through  03:57:30

3    July.  And then at the end of July, I was back on at    03:57:33

4    Cred.  I guess my personal understanding at the time was 03:57:37

5    the courts would probably decide if there would be some  03:57:42

6    sort of legal separation between the two entities.       03:57:45

7             So I decided to sort of stick along until that 03:57:48

8    occurred.  You know, obviously, that did not occur later 03:57:51

9    on.  I was looking for other opportunities, and I found  03:57:54

10   the best fit for me and moved forward.                   03:57:57

11       Q    Hold on one second.  You said you were at Cred  03:58:00

12   Capital at the time and not Cred, Inc.?  And --          03:58:04

13       A    I was at Cred Capital from April -- no.  I      03:58:08

14   called the SEC during my tenure at Cred Capital, but I   03:58:11

15   was with Cred Capital as a completely separate business  03:58:14

16   as well outside of just CredEarn.  And I was looking to  03:58:20

17   work on those bond projects.                             03:58:25

18       Q    Okay.  You say it's a completely separate       03:58:25

19   business; right?                                         03:58:27

20            Okay.  During that time period, you were        03:58:30

21   advising the investment committee on investments; right? 03:58:32

22       A    Yes.                                            03:58:35

23       Q    During that time period, you voted in favor of  03:58:36

24   bringing on Blockfill at Cred, Inc.; right?              03:58:39

25       A    Yes.                                            03:58:42
```

Page 224

| | | |
|---|---|---|
| 1 | Q    During that time period, you were making | 03:58:43 |
| 2 | decisions that would affect the value of the investment | 03:58:46 |
| 3 | of Cred's claims; right? | 03:58:50 |
| 4 | A    Yes. | 03:58:52 |
| 5 | Q    Okay.  And although you were so concerned about | 03:58:53 |
| 6 | customer funds in April of 2020, you didn't contact the | 03:58:58 |
| 7 | SEC in May; right? | 03:59:01 |
| 8 | A    No -- actually, there was probably two or three | 03:59:02 |
| 9 | times I contacted the SEC from -- after April.  I don't | 03:59:09 |
| 10 | remember the exact dates.  It may have been May as well. | 03:59:13 |
| 11 | And I just provided updates as they came along. | 03:59:16 |
| 12 | Q    I understand.  So in between the first time you | 03:59:21 |
| 13 | contacted the SEC because you were concerned over | 03:59:23 |
| 14 | customer funds and your exit from Cred, you testified | 03:59:25 |
| 15 | that you were involved in marketing calls and soliciting | 03:59:27 |
| 16 | clients and otherwise promoting the business; isn't that | 03:59:31 |
| 17 | right? | 03:59:35 |
| 18 | A    That is correct. | 03:59:35 |
| 19 | Q    Notwithstanding the fact that you were so | 03:59:36 |
| 20 | concerned about customer funds that you contacted the | 03:59:38 |
| 21 | SEC, you continued to solicit more and more investments; | 03:59:42 |
| 22 | isn't that right? | 03:59:45 |
| 23 | A    I mean, yes and no.  My main concern with the | 03:59:46 |
| 24 | SEC was related to moKred.  You know, the assumption that | 03:59:52 |
| 25 | I had at the time that was sort of put forth was that | 03:59:53 |

Page 225

```
 1    even if we were able to bring in a certain amount of       03:59:58

 2    assets and also weighed equity financing, then we would    04:00:00

 3    be in a good position for the liquidity analysis that I     04:00:04

 4    had performed.  And so that was the assumption.             04:00:07

 5             Looking in hindsight, 20/20, yes, you're right.    04:00:10

 6    I should not have been on those phone calls trying to       04:00:14

 7    solicit new investors.                                      04:00:18

 8             Just really quickly, I really have to pick up      04:00:20

 9    my daughter.  Is there a way to, like, streamline this?     04:00:22

10    I don't want to cut you off.  I want to be --               04:00:26

11             MR. EVANS:  No, I understand.  I need about        04:00:29

12    seven minutes.  Can you do that?  I'll try to cut it down   04:00:31

13    to five.                                                    04:00:35

14             THE WITNESS:  You'll have to ask my wife.          04:00:35

15             MR. EVANS:  I'm almost there.  I appreciate you    04:00:36

16    bearing with me.  I know it's been a long day.             04:00:41

17             THE WITNESS:  Yes.                                 04:00:43

18    BY MR. EVANS:                                               04:00:44

19        Q    In your declaration that you submitted to the      04:00:46

20    court, you state, "I am certain that had CredEarn           04:00:51

21    customers known their assets were to be lent to an          04:00:55

22    insider entity and ultimately secured by uncollateralized   04:00:57

23    loans to Chinese gamers, most would not have lent money     04:01:00

24    to Cred"; correct?                                          04:01:03

25        A    Yes.                                               04:01:04
```

Page 226

| | | |
|---|---|---|
| 1 | Q    You say there you are certain. | 04:01:06 |
| 2 | When did you become certain of that? | 04:01:13 |
| 3 | A    A lot of the investors that I talked to when I | 04:01:14 |
| 4 | was going into detail about moKred were not willing to | 04:01:22 |
| 5 | move forward with the relationship.  One of those in | 04:01:25 |
| 6 | particular was Abra, for example.  You know, I went into | 04:01:27 |
| 7 | a good amount of detail about the investments. | 04:01:30 |
| 8 | And I don't remember the date on that | 04:01:34 |
| 9 | conversation, but I think sometime during the summer of | 04:01:36 |
| 10 | 2020 is when I realized that. | 04:01:40 |
| 11 | Q    Okay.  I'm just wrapping up.  When you left | 04:01:43 |
| 12 | Cred on November 2020, did you get a severance? | 04:01:49 |
| 13 | A    So I quit.  I believe they may have paid my | 04:01:52 |
| 14 | full two weeks of salary instead of one week of salary | 04:01:59 |
| 15 | for November 6th.  So I guess one week's worth of | 04:02:03 |
| 16 | severance. | 04:02:08 |
| 17 | Q    Okay.  I just have one more thing.  Give me a | 04:02:08 |
| 18 | second. | 04:02:14 |
| 19 | A    Sure.  I did not ask for that severance, just | 04:02:15 |
| 20 | to put it on the record. | 04:02:24 |
| 21 | MR. EVANS:  I'd like to mark as Exhibit CC-1 | 04:02:50 |
| 22 | (sic) a video from September 21st, 2020. | 04:02:52 |
| 23 | (Exhibit CC-2 marked.) | 04:02:55 |
| 24 | BY MR. EVANS: | 04:02:55 |
| 25 | Q    Do you see that? | 04:02:57 |

Veritext Legal Solutions
866 299-5127

```
 1        A    Yes.                                        04:02:57

 2        Q    And this is the video interview that you gave   04:02:58

 3   called an AMA conference.  We talked about it         04:03:00

 4   previously; right?                                    04:03:05

 5        A    Yes.                                        04:03:05

 6        Q    Okay.  I'm going to play a few clips for you.  04:03:05

 7        A    Okay.                                       04:03:12

 8             (Video playing.)                            04:03:12

 9   BY MR. EVANS:                                         04:03:47

10        Q    Now, at this time on September 21st, 2020,  04:03:47

11   following that presentation, did Cred accept any more   04:03:51

12   tokens on their platform?                             04:03:57

13        A    No.  We were planning on a CO2 token, which was   04:03:59

14   ultimately released by the Universal Protocol.        04:04:05

15        Q    Okay.  And you say here that, "There's a lot of   04:04:08

16   very exciting initiatives in the short term."         04:04:10

17        A    Okay.                                       04:04:14

18        Q    Right?                                      04:04:15

19        A    That was specific to our Visa relationship that   04:04:15

20   had just been consummated, and we were looking to release   04:04:19

21   some card products.                                   04:04:23

22        Q    But let me understand.  You're telling      04:04:23

23   customers that there are exciting initiatives in the   04:04:26

24   short term with Cred; isn't that right?               04:04:30

25        A    Yeah.  The plan was to release it, you know, in   04:04:34
```

                                                     Page 228

| | | |
|---|---|---|
| 1 | the next month or two, those card products.  So from my | 04:04:36 |
| 2 | understand understanding, those were pretty hefty | 04:04:38 |
| 3 | products honestly. | 04:04:41 |
| 4 | Q    Okay.  This is five months after -- this is | 04:04:42 |
| 5 | five months after you wrote a memo saying that Cred | 04:04:44 |
| 6 | should shut down; right? | 04:04:50 |
| 7 | A    Yes, I agree.  I shouldn't have done it.  I | 04:04:51 |
| 8 | agree with you. | 04:04:54 |
| 9 | Q    I'm playing 1:40. | 04:05:00 |
| 10 | (Video playing.) | 04:05:00 |
| 11 | BY MR. EVANS: | 04:05:39 |
| 12 | Q    Okay.  Nothing that you just said in that video | 04:05:39 |
| 13 | came true; correct? | 04:05:42 |
| 14 | A    That's correct. | 04:05:43 |
| 15 | (Video playing.) | 04:05:43 |
| 16 | BY MR. EVANS: | 04:06:26 |
| 17 | Q    Here, you're saying you look forward to, | 04:06:26 |
| 18 | "Having you all as customers"; correct? | 04:06:28 |
| 19 | A    Yes. | 04:06:34 |
| 20 | Q    And the purpose of these videos is to respond | 04:06:35 |
| 21 | to your clients and potential clients; right? | 04:06:37 |
| 22 | A    That's correct. | 04:06:40 |
| 23 | Q    And you're saying, "We look forward to building | 04:06:41 |
| 24 | a wonderful business as Cred"; isn't that right? | 04:06:43 |
| 25 | A    That's correct. | 04:06:48 |

Page 229

```
 1        Q     And this -- let's see -- six months -- five      04:06:52

 2    months after you wrote a memo saying that Cred should      04:06:56

 3    wind up its operations; right?                             04:07:01

 4        A     Yes.  That's correct.                            04:07:03

 5        Q     This statement was three months after the        04:07:04

 6    Bitcoin transfer to Alexander and Alexander being          04:07:07

 7    fired; right?                                              04:07:10

 8        A     Yes.                                             04:07:11

 9        Q     This statement was one month after the imposter  04:07:12

10    theft became known to you that 800 Bitcoin had been       04:07:17

11    lost; right?                                               04:07:21

12        A     That's correct.                                  04:07:21

13        Q     Okay.  This statement was six months after the   04:07:24

14    so-called flash crash, which caused all the Perpetual     04:07:28

15    Swaps and other futures positions to liquidate; right?    04:07:33

16        A     That's correct.                                  04:07:36

17        Q     And during this video, you didn't say to your    04:07:37

18    customers or your potential customers that Cred just lost  04:07:40

19    800 Bitcoin to an imposter, did you?                      04:07:47

20        A     I did not.                                       04:07:51

21        Q     You didn't say on that video that Cred lost 800  04:07:52

22    Bitcoin in March of 2020 due to a bad hedge, did you?     04:07:54

23        A     I did not.                                       04:07:59

24        Q     Here, what you're doing in this video is you're  04:07:59

25    promoting Cred, and you're hoping to raise even more      04:08:03
```

Page 230

```
 1   customer funds, weren't you?                          04:08:07

 2       A    Yes.                                         04:08:09

 3       Q    I only have four more questions.             04:08:10

 4            The documents that you took from the company's  04:08:22

 5   servers in September and October, you didn't hand those  04:08:25

 6   over to the government; right?                        04:08:31

 7       A    I did send some of those to the government.  04:08:33

 8   And then I was planning on sending them to the government  04:08:37

 9   once I got a Dropbox link after my August conversations  04:08:40

10   with the FBI, which, funnily, I just got during today.  04:08:44

11       Q    Okay.  So you took all your notes; right?    04:08:50

12   Every single one?                                      04:08:52

13       A    I downloaded it, but I didn't actually download  04:08:53

14   those to my personal computer.  I just took -- selected a  04:08:57

15   few emails.                                            04:09:00

16       Q    You copied every email that you had as a Cred  04:09:00

17   employee; right?                                       04:09:04

18       A    I downloaded it on the Takeout and then I     04:09:05

19   didn't -- the only emails I kept were the ones that I  04:09:10

20   printed to the PDF.                                    04:09:15

21       Q    What happened to the other ones?             04:09:17

22       A    I just didn't see a need for them.           04:09:19

23       Q    You don't have any access to them now?       04:09:21

24       A    No.                                          04:09:23

25       Q    No way to get ahold of them?                 04:09:23
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A     No. | 04:09:25 |
| 2 | Q     Okay.  What about your Telegram chats with your | 04:09:25 |
| 3 | colleagues at Cred? | 04:09:31 |
| 4 |     Do you have those still? | 04:09:34 |
| 5 | A     So I've been kicked out of all the | 04:09:35 |
| 6 | conversations I was on in my Telegram threads.  So, no, | 04:09:38 |
| 7 | I'm not part of those anyway. | 04:09:43 |
| 8 | Q     Did you ever delete any text messages with | 04:09:46 |
| 9 | James Alexander following filing of the complaint against | 04:09:49 |
| 10 | the State of California? | 04:09:53 |
| 11 | A     No. | 04:09:57 |
| 12 | Q     Okay.  Did you ever delete any text messages -- | 04:09:57 |
| 13 | messages, Telegram, WeChats, WhatsApps, however | 04:10:01 |
| 14 | defined -- concerning Cred? | 04:10:04 |
| 15 | A     No. | 04:10:06 |
| 16 | Q     You never deleted a single message? | 04:10:08 |
| 17 | A     No. | 04:10:16 |
| 18 | Q     Not even an innocuous one about lunch or | 04:10:16 |
| 19 | something?  Nothing? | 04:10:20 |
| 20 | A     No.  I wouldn't delete a message about lunch. | 04:10:20 |
| 21 | Q     Okay.  When you were asked -- | 04:10:24 |
| 22 | A     I really got to press on the time.  You said | 04:10:29 |
| 23 | seven minutes before.  I really got to pick up my | 04:10:31 |
| 24 | daughter. | 04:10:34 |
| 25 | Q     I'm almost done. | 04:10:35 |

```
 1              Did you talk to Alexander about this deposition    04:10:36
 2   today?                                                         04:10:39
 3       A    No, I have not, actually.                            04:10:39
 4       Q    Have you talked to Alexander about your              04:10:42
 5   declarations that you submitted in connection with this       04:10:46
 6   bankruptcy case?                                               04:10:47
 7       A    I informed him that I will be making                 04:10:48
 8   declarations but nothing about the specifics.                 04:10:53
 9       Q    What is your relationship with Krzysztof             04:10:56
10   Majdak?                                                        04:11:00
11       A    None.                                                 04:11:00
12       Q    What is your relationship with Philippe              04:11:01
13   Godineau?                                                      04:11:06
14       A    None.                                                 04:11:07
15       Q    So they just reached out to you out of the blue      04:11:09
16   and asked you to file a declaration on their behalf?          04:11:12
17       A    Their counsel did.                                   04:11:15
18       Q    What's your relationship with their counsel?        04:11:16
19       A    None.                                                 04:11:18
20       Q    Never met their counsel before?                      04:11:18
21       A    No.                                                   04:11:20
22       Q    So some lawyer calls you out of the blue, and       04:11:22
23   you say, "Okay, I'll sign a declaration"?                     04:11:28
24            That's what happened?                                04:11:29
25       A    Yeah.                                                 04:11:30
```

Page 233

```
 1              MR. EVANS:  I have nothing else.            04:11:34

 2              MR. MCMAHON:  Daniyal, it's Joseph McMahon from  04:11:39

 3    the U.S. trustee's office.  Some very brief questions.  04:11:44

 4                        EXAMINATION                       04:11:44

 5    BY MR. MCMAHON:                                        04:11:44

 6         Q     First, Uphold, you're familiar with what it  04:11:49

 7    is; correct?                                           04:11:51

 8         A     Yes.                                        04:11:52

 9         Q     In your own words, tell me what Uphold's    04:11:53

10    relationship with the debtors is.                      04:11:57

11         A     Uphold was the first partner for Cred.  It was  04:11:59

12    a venue for retail investors or people that were low on  04:12:03

13    crypto to put their assets into CredEarn.              04:12:08

14         Q     And you reviewed Mr. Schatt's first-day     04:12:11

15    declaration; right?                                    04:12:15

16         A     Yes.                                        04:12:16

17         Q     You're familiar with the $135 million figure  04:12:18

18    approximately for customer liabilities?                04:12:22

19         A     Yes.                                        04:12:25

20         Q     What percentage, based upon your knowledge,  04:12:26

21    does Uphold represent of that figure roughly?          04:12:34

22         A     Probably -- if I tried to guess if I had to  04:12:40

23    guess, I'd say between 40 and 45 percent.              04:12:44

24         Q     And Daniel Schatt, does he have any connections  04:12:46

25    with Uphold beyond the, I guess, Cred's business       04:12:53
```

Page 234

```
 1   relationship with the company?                         04:12:58

 2       A     I think him and JT go a way back.  They were  04:12:58

 3   friends before, but nothing that I would know.         04:13:03

 4       Q     Was Mr. Schatt a member of Uphold's board of  04:13:09

 5   directors at one point?                                04:13:13

 6       A     Yes.                                          04:13:14

 7       Q     And do you have an understanding as to how long 04:13:14

 8   he was on the board?                                   04:13:18

 9       A     At least a year.  I don't know exactly how    04:13:19

10   long.                                                  04:13:24

11             MR. MCMAHON:  No further questions for the    04:13:27

12   witness.  Thank you.                                   04:13:28

13             MR. BILLION:  This is Mark Billion.           04:13:38

14             Does anyone else have any further questions, or 04:13:41

15   may I question my witness briefly before we conclude   04:13:43

16   here?                                                  04:13:47

17             MR. MCMAHON:  No questions.                   04:13:47

18                       EXAMINATION                         04:13:48

19   BY MR. BILLION:                                        04:13:48

20       Q     Dan, you've sat through the deposition.  I    04:13:49

21   understand you have time constraints.  I'm going to ask 04:13:50

22   you to -- first to answer "yes" or "no," and then we'll 04:13:53

23   move from there.                                       04:13:56

24             Are there any topics you believe you wish to  04:13:57

25   discuss further after the deposition on the questions  04:14:00
```

Page 235

| | | |
|---|---|---|
| 1 | you've been asked today? | 04:14:02 |
| 2 | A    No. | 04:14:04 |
| 3 | Q    All right.  Thank you. | 04:14:05 |
| 4 | MR. BILLION:  In that case, I tender the | 04:14:07 |
| 5 | witness.  I'm going to ask to conclude the deposition. | 04:14:08 |
| 6 | THE WITNESS:  Thank you. | 04:14:21 |
| 7 | MR. LIN:  Sorry.  There was one -- there's one | 04:14:22 |
| 8 | thing, Daniyal, that you did mention that you're going to | 04:14:25 |
| 9 | get back to me with regards to the -- the communications | 04:14:27 |
| 10 | or potential -- any distribution of the documents that | 04:14:33 |
| 11 | you downloaded to any other party; correct? | 04:14:39 |
| 12 | THE WITNESS:  I'll let you know. | 04:14:43 |
| 13 | MR. LIN:  Okay.  Thank you.  That's all. | 04:14:44 |
| 14 | THE VIDEOGRAPHER:  This is Media 1, and this | 04:14:59 |
| 15 | marks the conclusion of today's deposition of Daniyal | 04:15:01 |
| 16 | Inamullah.  We're going off the record.  The time is | 04:15:07 |
| 17 | 5:15 p.m. | 04:15:10 |
| 18 | THE REPORTER:  Did any counsel want to purchase | |
| 19 | a certified transcrpt? | |
| 20 | MR. EVANS:  Yes. | |
| 21 | MR. MCMAHON:  Yes as well. | |
| 22 | (At 5:15 p.m., the deposition of | |
| 23 | DANIYAL BALI MOHAMMAD INAMULLAH was adjourned.) | |
| 24 | | |
| 25 | | |

Veritext Legal Solutions
866 299-5127

DECLARATION UNDER PENALTY OF PERJURY

   I, DANIYAL BALI MOHAMMAD INAMULLAH, do hereby certify
under penalty of perjury that I have reviewed the foregoing
transcript of my deposition taken on December 8, 2020;
that I have made such corrections as appear noted herein
in ink; that my testimony as contained herein, as
corrected, is true and correct.


   DATED this _____ day of _____,
20_____, at _____, California.


                         _____
                         DANIYAL BALI MOHAMMAD INAMULLAH

Veritext Legal Solutions
866 299-5127

```
1                    REPORTER'S CERTIFICATION

2

3        I, Desiree Cooks, Certified Shorthand Reporter in

4   and for the State of California, do hereby certify:

5

6        That the foregoing witness was by me duly sworn;

7   that the deposition was then taken before me at the time

8   and place herein set forth; that the testimony and

9   proceedings were reported stenographically by me and

10  later transcribed into typewriting under my direction;

11  that the foregoing is a true record of the testimony and

12  proceedings taken at that time.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a federal case,

15  before completion of the proceedings, review of the

16  transcript [ ] was [ ] was not requested.

17

18       IN WITNESS WHEREOF, I have subscribed my name on

19  this date: December 9, 2020

20

21

22

23            Desiree Cooks, CSR No. 14075

24

25
```

Page 238

**[& - 2p]**

## &

**&** 3:18 6:9 23:20
23:23,25 53:1
178:5

## 1

**1** 6:3 8:10 11:18
11:19,21 14:19
60:16 72:14 82:22
112:20 122:19
139:12 202:9,12
206:24 207:1
227:21 236:14
**1,500** 49:15 189:15
190:2
**1-238** 1:25
**10** 5:22 6:15 28:14
28:15,20,23 75:14
80:7 83:10 106:6
107:5 112:6,7,9,14
113:13 114:2,14
130:13,15 202:9
216:7
**10,000** 106:11,11
110:12
**100** 110:16,17
116:8 117:1 174:5
183:4
**10173** 3:20
**10:08** 1:13 2:24
8:1,5
**10:20** 97:3
**10th** 6:13,17 81:15
82:6,9
**11** 6:3,17 7:10,12
104:19 122:3,4
169:1 170:21
172:14 176:13
**1112** 7:11
**112** 6:15

**11:26** 62:6
**11:38** 62:9
**12** 6:18 125:3,4
186:21 189:15
**120** 209:23
**122** 6:17
**125** 6:18
**12:48** 103:17
**12th** 7:5 87:18
90:18 191:6
**13** 5:22 6:19 141:6
141:7
**1313** 3:14
**135** 234:17
**13th** 6:12 75:8
**14** 6:20 89:2 91:3
144:1,4,6 210:24
210:25
**14075** 1:23 238:23
**141** 6:19
**144** 6:20
**145** 6:22
**149** 7:3
**15** 6:22 145:9,13
145:15 193:15
**151** 7:4
**154** 7:6
**156** 7:7
**16** 7:3 149:21,22
149:25 150:3
152:12
**162** 7:8
**165,000** 209:19
**168** 7:9
**16th** 66:20 67:5
**17** 7:4 151:20,21
**178** 5:7
**17978** 238:22
**18** 7:6 123:21
154:22,23

**18th** 6:5 217:13
**19** 7:7 8:9 156:18
156:20
**19,000** 106:12
**19801** 3:15
**19805** 4:4
**1:40** 103:20 229:9
**1st** 7:3

## 2

**2** 6:4 29:13,15,17
55:7 60:17 72:15
73:23 76:11,17
80:8 89:10 129:5
129:6 213:19,20
227:23
**20** 7:8 28:14,15,20
28:23 73:22 109:9
110:13,16 162:18
162:19,22 193:15
202:13 237:11
**20,000** 110:14
**20-12836** 1:6 2:6
8:12
**20/20** 226:5
**200** 110:16
**2014** 27:4,5
**2017** 18:8
**2018** 114:23
**2019** 6:5 30:4 52:7
85:7 114:24 117:6
132:24 138:23
139:5,19,20
149:18 183:24
187:18 195:1
212:6 217:4
**2020** 1:13 2:24 6:8
6:10,11,12,13,14
6:15,17,18 7:3,5,6
7:7,8 8:1,6 25:4
34:2 63:3 66:21
67:5 69:4 75:8

78:5,9 79:2,10
81:15 83:10 96:20
98:13 106:20
107:15 111:20
115:21 116:22
118:2 122:16
125:23 132:23,24
133:23 138:23,24
139:4 145:3 155:6
157:5 173:22
179:19 184:11
186:16 187:11,19
193:23 196:2
212:4,9,12 216:11
217:12 218:18
219:8 221:20
222:1,9,16,19,22
223:23 225:6
227:10,12,22
228:10 230:22
237:5 238:19
**21** 7:9 155:6
168:16,17,19
**212** 3:20
**213** 3:6
**21st** 7:6 227:22
228:10
**234** 5:8
**235** 5:9
**24** 218:18 219:8
**24th** 6:18 125:23
**25** 3:5
**26th** 122:16
143:23
**27th** 143:24,24
**29** 6:4
**29th** 145:3 157:5
**2:03** 96:21
**2nd** 213:5
**2p** 58:22

**[2q - access]**

| | | | |
|---|---|---|---|
| **2q** 59:9 | **40** 234:23 | **65** 18:5 | **9** |
| **3** | **428-9400** 4:5 | **66** 6:11 18:4 | **9** 5:6 6:14 75:13 |
| **3** 6:6 52:16 53:1 | **4366991** 1:24 | **683-6105** 3:6 | 95:23,24 106:11 |
| 53:12 59:15 60:19 | **45** 103:13 234:23 | **6th** 6:9 98:4,13 | 112:5 238:19 |
| 65:23 81:18 82:2 | **4:57** 155:6 | 143:22 173:21 | **90** 91:2 |
| 82:2,21 89:11 | **4th** 6:15 216:11 | 227:15 | **900** 190:2 |
| 128:17 189:13 | **4x** 189:14 | | **90071** 3:6 |
| **3.3** 115:23 | | **7** | **922** 4:4 |
| **3.3.** 193:2 | **5** | **7** 6:12 7:12 18:4 | **95** 6:14 |
| **30** 30:19 73:22 | **5** 6:9 14:21,22 | 74:17,18,23 | **9th** 30:12 |
| 103:12,14 109:7,7 | 64:10,13,17 69:14 | 168:25 172:13,15 | |
| 109:9 186:6,7,8,9 | 75:13 81:20 89:11 | 172:18,23 173:5 | **a** |
| 186:11,12 222:19 | 115:22 150:12 | 173:13 176:14 | **a.m.** 1:13 2:24 8:1 |
| **300** 167:4 168:11 | **5,000** 106:10 | **7,000** 193:20 | 8:5 62:6,9 |
| 168:12 189:5,6,11 | 167:18 189:20 | **70** 125:11 209:22 | **ability** 15:20 |
| 189:17,21,23 | 190:6 192:21 | **713** 3:10 | 163:12 173:22 |
| 190:1 191:16,18 | **5,500** 193:12,25 | **74** 6:12 | **able** 107:4 110:8 |
| 191:18 192:3 | **5,900** 113:22 | **77002** 3:10 | 130:25 131:5 |
| 193:8 194:25 | **50** 211:3,8 | **7:03** 75:9 | 132:1 138:5 |
| 196:8 | **500** 89:1 | **7x** 192:18 193:14 | 174:10 185:20 |
| **302** 3:15 4:5 | **515** 3:5 | | 214:21 226:1 |
| **30th** 222:9,15 | **53** 6:6,8 | **8** | **abra** 121:23 227:6 |
| **340** 3:19 | **546** 69:15 | **8** 1:13 2:23 6:13 | **absent** 115:24 |
| **363** 28:2 | **547-5400** 3:20 | 8:1 75:13,15,16 | **absolutely** 22:2 |
| **3:09** 98:4 | **573-6277** 3:15 | 80:6,19,21 86:12 | 62:4 93:1 116:24 |
| **3:10** 81:15 | **5:15** 236:17,22 | 86:13 112:5 | 148:17 155:14 |
| **3:11** 162:3 | **5:33** 67:5 | 115:14 127:6,8 | 161:21 177:22,25 |
| **3:23** 162:6 | **5th** 6:9,14 7:8 | 237:5 | **abstract** 129:12,20 |
| **3:32** 82:19 | 96:20 | **80** 6:13 91:1 | 130:1 |
| **3:46** 177:8 | | 108:25 110:12,13 | **acceleration** |
| **3:47** 67:14 | **6** | **800** 105:16 113:23 | 115:24 |
| **3:55** 177:11 | **6** 6:11 66:2,3,5,9 | 189:3 192:2 | **accept** 228:11 |
| **3rd** 6:8 63:3 213:6 | 66:12,14 75:14 | 193:11,24 194:25 | **accepted** 20:9 |
| **3x** 193:1 | 112:22 113:12 | 195:5,6 196:9 | 93:16 180:10 |
| | 127:4,11 150:15 | 212:12 230:10,19 | **access** 12:18 15:18 |
| **4** | 186:21 192:18 | 230:21 | 15:21,25 17:7 |
| **4** 6:8 52:24 53:1,3 | 193:14 | **860-7300** 3:10 | 36:20 37:5,20,21 |
| 53:13 67:8 75:14 | **6,000** 189:12,20,20 | **8:49** 157:5 | 37:25 129:11,19 |
| 75:14 76:11,17 | **600** 3:9 | **8th** 8:6 30:12 | 144:15 158:1 |
| 78:13 190:6 | **63** 18:4 | | 198:19 218:12,16 |
| | **64** 6:9 | | 218:17 231:23 |

[accessed - allocation]

accessed 197:15
accomplish 59:14
 71:23
account 40:4
 58:12 72:3 144:21
 145:3 158:25
 159:4 165:14,16
 166:22,23 168:1
 197:15,19 198:19
 199:13 200:23
 202:11,18 218:5
 218:13 220:21,24
 220:25 221:1,7,8
 221:13
accountant 35:3
accountants 36:18
 138:18
accounting 21:21
 33:8 34:25 36:11
 36:14,21 37:19,21
 39:18 40:7,10,11
 40:12,15 44:22
 45:14 46:2 70:9
 218:14
accounts 39:25
 40:3 72:3 157:11
 165:19,21 166:7,9
 166:10,13 202:6
 202:15,17 219:22
accruals 100:23
accuracy 22:14,17
 60:23,25 61:12
 100:3 101:21
 102:6
accurate 117:15
acquiring 24:8
acquisition 24:10
 91:24
acre 116:8 117:2
 174:5 183:4

act 47:4 187:9
acted 47:5,6,13,14
 60:8 83:5,6
acting 192:5
action 8:11 222:6
activities 84:2
 183:5
activity 83:13
actor 120:6
actors 134:13
actual 61:7 80:9
 94:11,12 112:18
 201:3 207:21
adding 92:11
 108:6 164:19
addition 92:12
 115:22
additional 44:20
 45:9 48:17 85:8
 113:25 115:21
 118:7,11 119:1,4
 201:5
address 41:9,12
 64:21 144:15
 150:16 151:4,7
 153:4,16 158:12
 158:18 160:15
addresses 157:9
adjourned 236:23
adjusted 187:2,5
adjusting 187:1
administer 9:5
administration
 17:16
administrator
 39:23 59:12
 100:10,13,16
 155:12 171:19
adnan 35:5,5
 40:20 44:7,10,18
 47:1 78:23 92:18

155:16,19 200:1,2
 218:15,15
adopt 76:25 83:6
adopted 71:7 77:3
 85:6 108:9,14
 117:6 163:22
adopting 111:6
advantage 187:21
advice 105:14
 192:5 207:11
 208:4,9
advise 201:23
advised 184:9
advising 183:9
 185:24 224:21
advisor 23:20
 205:19,21 208:12
 208:16
advisory 24:1
 208:17
advocate 93:19
affect 119:13
 225:2
afraid 142:8
afternoon 178:6
agencies 134:19
 134:24
agency 134:22
aggregate 58:7,10
 59:20 60:3,15,18
 61:6,13 79:13
aggregated 59:19
 98:1
ago 27:24
agree 12:23 13:2
 93:15 170:15
 229:7,8
agreed 30:14
 76:16
agreement 6:7
 37:17,18 50:17

67:3 91:10 96:18
 130:25 142:5
 167:22 183:13
agreements 50:14
 98:20,20
ahead 29:17 52:23
 53:3 74:16 101:2
 113:3 147:24
 158:3 169:12
 195:21,22 196:20
ahold 231:25
airpod 82:12
airpods 185:17
al 1:5 2:5
alcohol 10:13
alexander 25:20
 30:2 31:12,18
 34:19 38:24 44:6
 44:8,9 75:25 77:1
 78:24 87:4 92:24
 103:6 147:15
 148:1,3 151:17
 158:20,25 159:5
 159:13,23 160:19
 161:5,10 163:18
 164:23 165:24
 166:15,20 168:11
 173:11 176:8,13
 217:3,22 222:2
 230:6,6 232:9
 233:1,4
alexander's 31:21
 145:23 157:15
 188:3,5
allocate 24:10
 174:3
allocated 42:21
 116:5 199:4
allocating 39:19
allocation 108:5
 116:7 117:1,7

[allocation - asset]

118:3,5,8 120:23
174:5,6,8 202:11
**allocations** 24:5
111:25 117:8
**allow** 73:7 80:10
82:10
**allowed** 107:10
132:11
**allows** 191:21
**alternative** 176:6
**ama** 84:12,14,18
174:17,20 228:3
**amber** 139:22
142:5
**aml** 35:11 43:6
**amount** 89:3
106:13 153:9
189:25 199:6
226:1 227:7
**amounts** 90:14,14
**analyses** 61:17
**analysis** 35:18
46:12 54:19 58:6
59:16 60:20 61:7
71:9,9 76:2 95:5
99:18 111:21
112:2 113:13
115:14 124:19
138:17 139:11,12
141:23 181:23
192:24 216:10
223:6 226:3
**analyst** 22:8
**analyze** 20:18 60:4
**analyzing** 179:2
**angeles** 3:6 8:8
**announced** 179:16
**announcement**
86:8
**annual** 100:24
102:20

**anomalies** 86:24
87:11,22 88:21
**answer** 5:20 10:1
10:3,20 11:1,5,7
13:12 66:25 70:6
84:11,22 122:1
131:9,11,19 132:6
133:5,11 136:2
142:18 149:12
165:5 169:12
202:8 235:22
**answered** 69:16
88:7
**answering** 68:11
**answers** 11:8
53:25 61:1
**anybody** 62:14
104:1 155:23
162:13
**anymore** 137:15
137:17
**anytime** 187:18
**anyway** 169:13
232:7
**anyways** 38:8
147:18 196:6
**api** 174:24
**appear** 84:10
237:6
**appearances** 3:1
4:1
**appearing** 3:2
**appears** 80:19
220:7
**applicable** 10:4
**application** 117:24
**applied** 187:17
**apply** 104:25
**appoint** 169:1
**appointing** 7:12

**appreciate** 226:15
**approach** 77:22
77:23 128:5
**appropriate** 22:7
35:11 51:10 56:20
61:24 71:22 106:2
111:6 114:6
167:16
**approval** 97:12
**approved** 86:11
179:16,24 187:8
201:8 214:8
**approximately**
113:22 114:2
189:3 234:18
**april** 6:9,12,15,17
6:18 31:10 33:23
33:25 34:2,8
51:21 55:11 75:8
95:14 111:20
118:2,8 119:19,21
125:23 128:1
132:21,23 133:23
134:20 135:2,5,12
135:16 138:21
181:4,5 194:15
196:5,7 212:11
216:1,11 222:1,22
223:23 224:13
225:6,9
**arm's** 39:13
126:18
**arrangement**
113:24
**arrived** 65:6
**arrows** 64:4
**artificially** 172:7
**ascribe** 24:11
**aside** 165:23
**asked** 28:10 58:3
68:3 82:9 92:15

98:10 115:7,9
119:12 140:12
149:6 157:19
170:10 176:16,18
176:21 209:8,13
209:16 219:16
232:21 233:16
236:1
**asking** 138:2
140:14 156:5
158:6 166:20
214:14 220:22,22
**asks** 157:22
**assemble** 72:19
**asserted** 38:24
**asserting** 168:2
**assess** 61:6 71:19
**assessing** 122:25
**asset** 25:6,25 28:4
28:5,8,9,11,11,12
42:18,22 43:15
47:24 48:8 50:14
51:3 56:14,22,24
57:4,9 59:1,6,11
59:21,24 60:23
63:6,25 64:7
65:18 68:17 86:16
86:18,20 87:1,6,13
95:12,16 98:9
99:7,9,12,14,23,25
100:4 101:20,24
102:7,25 104:11
105:5 108:6 110:7
157:10 172:9
183:3,12 199:18
200:12,14,18,22
201:7,13,16 202:1
202:5,8,15,20,24
203:4,21,24 204:4
204:21 205:1,3,18
210:15 211:21

[assets - bali]

**assets** 24:11,12
26:11 27:9,10
28:16,20 29:5
37:1 59:3 72:19
105:2,4,19,22,24
105:25 107:12,17
108:10,15 109:6
111:11 116:5
117:1,8,14,19
118:22 126:11
136:22,24 137:1
138:1 158:10
165:9 167:16
174:2 175:3
199:10,11 200:16
202:5,6 207:11,15
219:20,20,22,23
220:2,4,17 226:2
226:21 234:13
**assignment** 171:19
**associate** 22:4,23
27:9 34:24
**associate's** 17:14
**associated** 44:9
88:23 105:8,10
139:13
**associates** 23:21
**assume** 12:5 13:25
14:14 53:7,8
57:14,19,25 91:12
92:21 107:24
114:18 123:14,22
141:17 143:19
183:19 186:8
210:19
**assumed** 57:23
134:7 140:9
174:24 214:23
**assumes** 110:1
133:3,9 165:8

**assuming** 69:3,21
102:1 105:12
109:9,17 112:18
115:20 159:2
165:13 172:25
**assumption** 100:9
110:4 132:10
134:9 138:16
156:6 165:9
225:24 226:4
**assured** 97:11
**attach** 149:20
**attached** 126:6
127:2
**attachment** 6:8,16
112:25 113:4
127:11
**attempted** 101:11
143:8
**attempting** 96:14
**attend** 17:9,11
**attention** 14:18
53:12 63:20 67:4
69:14 82:18 96:25
115:13 122:15
129:5 130:13
150:11 216:6
**attorney** 9:17 11:2
11:6
**attorneys** 10:7
11:3 170:6
**attract** 74:6 83:22
**attracting** 76:4
77:7
**attributed** 78:15
152:19
**auctions** 196:24
**audio** 121:7
**audit** 36:15 54:10
54:11 56:1,11,13
57:12,14,22 58:6

102:21,24 103:5,7
137:22 138:14
139:3,5
**audited** 54:9 61:21
102:18
**august** 7:6 78:16
86:2,3 92:15
135:20 155:6
219:4 231:9
**authorities** 132:13
135:25
**authorization**
129:25 130:3
131:17 143:1
164:4 166:3,8
220:11,18,20
**authorize** 163:13
167:25 200:19
**authorized** 158:20
163:18 220:8
**authorizing**
154:18
**auto** 49:1
**available** 59:23
71:17 72:18
111:13
**avenue** 3:19
**average** 116:3
**avoid** 164:12
176:6
**aware** 104:18
127:18 148:22
156:2 164:10
168:10 171:3
177:1,13 218:23
**ax** 206:1,5,7,19

| **b** |
|---|

**b** 3:18 7:11 9:15
129:10 196:15
**bachelor's** 17:15

**back** 16:12,20
23:11 25:4 34:10
34:23 50:25 51:4
51:9 52:24 57:3
57:11 62:8,16
69:11 73:8 76:9
80:11 85:6 87:18
88:20 92:13 95:13
98:17 103:19
106:6 107:12,12
109:6 110:9
114:23 125:1
128:17 134:6
135:19,20 139:19
147:7,10 148:10
148:10 152:15
153:4 156:11
162:5 166:14
167:17 169:23
174:2 177:10
186:12 204:23
222:8,15,18 224:3
235:2 236:9
**backed** 126:9
147:18
**background** 27:17
30:25 58:23 59:5
**backgrounds** 59:2
**backs** 68:17
**backstop** 118:22
**bad** 120:6 192:16
230:22
**balance** 37:2 74:8
74:11 76:3 77:5
77:16,18 78:19
105:23 113:25
174:11 202:21
**bali** 1:12 2:22 5:3
9:7,14 236:23
237:3,18

[bank - blockchain]

bank  21:11 22:5
  22:21 40:3 126:19
banker  28:9
banking  87:8
  125:1
bankruptcies
  26:24 28:22
bankruptcy  1:1
  2:1 27:18 28:1,22
  28:22,25 29:1,7
  143:19 172:13,23
  173:5,7,13 233:6
base  72:22 76:8
  126:6 127:4
based  20:5 23:2
  30:5 36:5 47:9
  65:7 68:12,24
  69:10 71:9 83:1
  88:3 190:25
  203:18 234:20
basic  43:1 182:12
  204:16
basically  45:17
  85:7 117:13
  137:23 164:17
  172:18 173:22,23
  194:17
basis  99:21,24
  100:18,20 102:20
  106:14 183:24
  184:1,23 188:17
  215:23
bates  67:7
bauer  17:17
bch  75:14
bdt  38:17
bear  29:13 145:10
bearing  226:16
began  25:2
beginning  8:14
  16:13 138:24

begins  14:20
behalf  84:10 177:2
  178:6 233:16
belabor  212:2
  218:2
believe  11:25
  14:19 18:4,22
  23:13,22 26:6,8
  36:5 40:16 46:4
  53:9 60:10 66:17
  67:5,8 76:19 77:3
  83:9 86:9 91:2,25
  92:14 95:14
  104:10 105:10,17
  111:5 113:11
  114:23 117:5,20
  118:7 119:7,18
  122:3 123:8 128:9
  130:17 131:20
  136:5,9 139:23
  143:23 147:5
  149:14,21 151:14
  151:17 152:10,12
  152:24 154:4,22
  156:18 157:24
  164:1 171:17
  173:22 177:19
  187:16 191:6
  195:7 201:12
  208:25 210:13
  212:5 218:14
  227:13 235:24
believed  134:14
  136:24 137:2
belong  157:9
belonged  168:3
belongs  168:2
benchmark  87:15
  89:12 121:2
  175:10,25 204:10
  204:10,11

beneficial  42:24
  43:5 54:18 98:19
benefit  73:2
benefits  39:23
best  10:1,2,5 15:20
  69:9 75:12 76:7
  92:24 224:10
beta  176:2
bethany  55:2
better  102:24
  117:22 182:2
beyond  93:16
  234:25
bifurcated  165:14
big  41:6 48:10
  57:17 74:14
  124:10 198:17
  203:21
biggest  20:15
  50:22 95:9 153:14
  221:19
bilateral  183:21
  183:24 184:1
  195:15
bilaterally  49:10
  183:13 195:3
  197:2
billion  4:3,3 5:9
  8:15,15 13:6,10
  14:21 131:7,18
  132:3,6 133:2,8
  164:25 165:2
  235:13,13,19
  236:4
billionlaw.com  4:5
billions  177:1
bit  23:11,14 50:6
  78:10 98:3 109:24
  126:3 140:13
  148:21 199:17
  212:1 221:14

bitcoin  20:7 49:19
  89:1 90:20,25
  105:5 106:9,13
  107:14 109:16
  110:2,11,14
  113:23 121:2
  153:7,10 156:12
  167:1,5,14,17,18
  167:22 168:11,12
  172:7 175:10,25
  182:16 184:21
  185:4,13 188:14
  189:3,10,17,20,21
  189:21,23 191:16
  192:2,3,20 193:8
  193:11,12,24
  194:25,25 195:5,6
  196:8,9,11 199:13
  199:14 203:22
  204:10,22 211:3,7
  211:16,22 221:22
  230:6,10,19,22
bitcoins  105:16
  212:12
bitmex  90:17
  105:17 188:19
  190:7,10 191:2,5
  191:20 192:1,3,9
  197:14,18,18,20
  197:21 210:12,13
bitmex's  190:25
  210:18
bits  43:21 45:25
  62:25 143:6
bittrex  198:12
blaming  214:20,25
  215:6
blast  85:25
block  150:19,20
blockchain  66:18
  206:6

[blockfill - capital]

**blockfill** 224:24
**blockfills** 47:7
  50:12 51:6,16
  54:15 95:14 98:8
  98:22 100:17
  175:16 181:22
  182:1,7,10
**blowup** 87:17
**blue** 67:11,15,24
  233:15,22
**blued** 97:5
**board** 174:12
  175:24 235:4,8
**body** 91:17
**bond** 34:20 60:11
  125:16 126:7,8
  127:1,2 150:9
  224:17
**bonds** 31:1,2,5
  39:6 64:5 72:10
  126:9,24
**bonjour** 4:9
**books** 33:12
**borrow** 42:20
  68:11,22
**borrowed** 67:2,18
**borrower** 126:10
  126:15
**borrowers** 107:8
  107:10 126:18
**bottom** 29:23
  112:19 115:15
  128:23 158:15
  167:19 182:25
  193:9
**bottomed** 192:20
**bounceback**
  155:24
**bounced** 155:12
**boxes** 58:14

**breadth** 102:11
**break** 11:1 62:7,14
  63:9 103:11,25
  104:1,9 161:24
  162:4,13 176:25
  177:3,9
**breaks** 10:23
**brian** 167:8
**brief** 234:3
**briefly** 96:12
  104:13 235:15
**bring** 14:8,12,18
  53:12 83:19 88:16
  135:24 174:25
  175:1 222:7 226:1
**bringing** 175:15
  224:24
**broad** 123:14
**broader** 24:3
**broadly** 201:19
**brought** 30:23
  45:10 48:7 70:14
  76:10 83:16 88:13
  128:11 135:22,23
  153:12 165:11
  174:12 175:16,16
  175:23 217:9
**bryant** 3:5 8:17
  9:17
**bryantlin** 3:7
**btc** 75:13 81:19
  82:3,22 113:19,22
  114:9
**bth** 81:19 82:3,22
**bucks** 110:12
**buffer** 67:16
**building** 229:23
**bullet** 54:22 55:7
  55:16 56:7 57:4
  57:11 58:22 85:8
  128:14

**bunch** 121:23
**business** 17:16,21
  32:7,12 38:8,12
  39:6,7,16 42:25
  45:13 47:18 49:2
  54:18 55:8,22
  58:18 60:18 73:5
  83:16,23,25 84:1
  88:11 90:10 110:3
  128:11 137:20
  146:4 151:1
  159:20 160:24
  161:5,9,9,10,19,20
  172:17,18 173:9
  217:8 224:15,19
  225:16 229:24
  234:25
**businesses** 160:22
**button** 198:8
**buttons** 197:13
**buy** 195:24

### c

**c** 59:2 83:17
  123:22
**c.t.** 17:17
**cadence** 86:22
**calendar** 143:23
**calibrated** 73:13
**california** 2:25 3:6
  8:8 30:11 232:10
  237:11 238:4
**call** 27:3 31:25
  49:19 50:7 84:6
  94:13 115:6
  121:22,23 135:22
  138:3,21 189:15
  206:5,7 221:20
  223:12
**called** 14:15 36:24
  85:4 89:21 140:12
  188:15 189:24

  190:13 199:18
  200:11 206:1,4,8
  224:14 228:3
  230:14
**calling** 158:16
**calls** 33:14 43:10
  55:9,21 57:2
  83:19,22 84:9
  101:9 115:7
  121:20 217:25
  218:1 225:15
  226:6 233:22
**campaign** 77:20
  80:8 81:10
**campaigns** 84:4
**cancel** 195:12
**candidates** 65:7
**cannibalizing**
  116:4
**capacity** 21:25
  188:16
**capital** 12:25 13:1
  19:9,12 25:21
  30:20,22,23,24,25
  31:7,13 32:1,3,6
  32:15 33:19,20,25
  34:1,8,9,11,12,20
  35:15 38:24 39:3
  39:15,21 40:9,13
  40:16,22,25 41:12
  41:15,19 42:5,6,10
  44:15,19,21 45:2,4
  45:17 46:3,8,10
  48:17 51:23,24
  52:1 53:22 64:4
  72:15 75:18 76:14
  79:3 85:18 87:18
  90:10 99:13
  101:19,22,22,23
  102:1,8 104:16,17
  119:3 123:15

Veritext Legal Solutions
866 299-5127

[capital - co2]

138:20 148:3
152:22 159:3,4,11
159:17 161:7
165:15,16,21,23
166:6,7,9,11,12,18
166:21,22,24,25
167:4,13,23 168:1
168:2,3,5,6,13
173:18,18 176:10
176:11,12 178:8
178:24 180:13,14
180:19 181:1,10
181:14,19 187:9
187:25 188:1
194:13 198:17
212:18,21 214:12
215:5 216:3
219:20 220:13,21
220:23,25,25
221:4,9,12 222:6,8
224:2,12,13,14,15
**capital's** 166:5
**capital.il.** 40:6
**capped** 81:19
**card** 174:23
228:21 229:1
**case** 1:6 2:6 8:11
25:20 55:10,11,12
77:3 78:2 81:21
87:14 96:23
168:25 213:23
219:13,16 233:6
236:4 238:14
**cases** 7:11,11
**cash** 105:6,7 107:5
172:7 184:22
185:10,14
**catan** 169:14
**catch** 42:5 68:20
**cause** 105:21

**caused** 89:19
221:23 230:14
**cc** 206:24 207:1
213:19,20 227:21
227:23
**cd** 72:5
**cell** 14:12,13,15
16:16,17 17:2,6
**celsius** 77:11
78:13 79:24 82:4
**celsius's** 77:13
**ceo** 25:3 150:20
**certain** 22:14
26:11 27:9 39:20
42:8 49:20 50:10
55:9 56:6 57:4,23
61:5 70:12 72:16
72:19 85:13 86:4
93:15 139:16
143:6 161:2
167:24 173:23,24
174:21 184:4,6
198:25 226:1,20
227:1,2
**certainly** 25:10
29:2 36:15 46:8
46:13 51:22,23
61:4 65:15 71:1
72:14 74:14 79:23
79:24 87:9 102:13
114:24 117:21
124:19 153:12
171:6 183:11
214:10 215:3
**certificate** 17:25
19:2 126:9
**certification** 238:1
**certifications**
18:21,23
**certified** 2:24
236:19 238:3

**certify** 237:3
238:4
**cfa** 17:25 18:7,9
18:13,16 19:2
**cfo** 40:15,16
137:21
**chance** 30:7
190:22
**change** 93:15,15
**changed** 92:7
**changes** 75:11,11
77:4 92:23
**changing** 83:7
**channel** 154:10
**chapman** 150:13
152:13
**chapman's** 150:16
**chapter** 7:12,12
27:24,25 104:19
168:25 169:1
170:21 172:13,14
172:15,18,23
173:5,13 176:13
176:14
**charge** 20:12,14
85:22 91:9
**chart** 57:7
**charterholder**
17:25
**chats** 232:2
**check** 134:5
139:18 148:10
153:20 198:24
201:8
**checked** 58:14
153:21
**checklist** 48:12,15
49:22 53:17,23
55:17 56:7 57:5
57:18 58:10 61:1
62:17,22,24,24

63:4,6,6,14,17,24
64:3,6,7 65:8,16
65:18,20,21 99:2
**checks** 22:10
**chief** 24:16,18
36:8 178:23
**china** 123:2
**chinese** 107:7
114:4 226:23
**chris** 65:6
**cio** 209:17
**ciso** 55:1,3
**claimed** 121:1
**claims** 219:19
225:3
**clarification** 17:19
**clarified** 47:15
63:18
**clarify** 73:12 88:6
180:25
**clear** 40:18 41:14
**clicked** 197:13
198:8
**client** 22:6 39:10
39:11 67:17
136:25 205:8
**clients** 24:20 38:4
74:4 77:7 80:15
83:22,25 84:1,21
121:19 143:2
204:17,18 205:6
225:16 229:21,21
**clipped** 121:7
**clips** 228:6
**clock** 109:8 186:6
186:8
**close** 106:1
**closed** 87:19
**closely** 49:6
**co2** 228:13

[coffee - completed]

coffee 30:18

coin 89:16,22
110:15 116:8
121:1 135:20,21
193:21 202:10
213:4 214:4,11
215:22,24 216:5
216:16 218:20

coindesk 213:22
213:25

coins 82:21 188:12

collaborate 6:21
97:13 145:1

collaboration 97:7

collaborative
78:11,18

collapse 143:9
191:6 193:22

collapses 193:15

collate 58:5 99:22

collateral 20:5,10
21:3 68:16 96:19
126:12

collateralization
185:9

collateralized
20:17 49:1 184:23

colleague 217:18
217:19

colleagues 232:3

collect 45:21

collected 63:10
99:24

college 17:9,11,13
23:18,19

colloquial 118:20

collude 164:17,23

colluding 159:5,9
159:13 165:3,7

collusion 164:12
164:15,20 165:14

combination 54:7
71:8 72:25 102:13
200:6

combine 43:18

come 12:5 43:25
51:4,7,8 52:24
181:13 182:7
187:3 203:10

comes 77:12
196:16

comfort 100:11

comfortable 69:8
89:13 100:15
134:4

coming 21:2,3
174:8 199:14

comment 11:13
31:6

comments 80:1

commingled
219:23

committee 16:7
31:20,23 33:2,4
43:19 46:13,17
47:3 48:22 49:25
50:3 60:1 61:3,18
71:2,8 74:13
75:19 76:22,25
78:6,8,22,25 79:16
82:8,8 83:5 91:12
91:13,16 92:1,3,6
92:13,16,20 93:2,4
93:11,14,17,21,24
93:25 94:6 95:4
95:12,19 99:18
105:14 106:17,21
107:7,24 108:1
114:18 115:3,9,11
116:15 117:6
118:6 119:5,9,11
119:23 135:15,18

136:13 137:19
138:2,9,12 139:8
139:25 142:6
146:20 148:7
149:2 154:20
177:3 178:6,14,17
178:20 179:5,8,15
180:1,5,22 181:6,8
181:12,15 182:5
187:3,8,13,24
188:23,25 192:12
196:2 198:24
200:17 201:2,9
202:25 203:4,11
205:12,15 207:25
208:2 212:4,16,25
213:9 214:6,14,21
214:23 216:4
224:21

committee's 61:12
180:18 215:17
216:24

committees
213:11

commodities
27:14

communicate 36:4
159:16,23 217:21
217:23

communication
86:17,19 160:19
160:20 168:13

communications
43:4 136:10
139:15 159:20
201:13 236:9

community 87:21

companies 21:20
21:21 23:3,4
27:11,12,13 55:15
87:24 109:1 205:2

company 19:7
29:3 43:2 47:9
49:5 54:21 66:18
84:11 85:9 87:17
88:4,9 90:11,12,17
93:8 110:1 124:21
131:5,16 132:2
136:25 137:3,15
137:23 139:19
153:9 161:6 171:6
175:17 176:8
198:12 207:10
208:4 210:9
211:23 212:20
217:6 219:2 220:9
235:1

company's 67:19
86:16 120:23
127:20 130:2
198:15 231:4

compare 152:11

compared 73:2
152:11

compensated
197:6

compensation
13:22,23 14:1,2
170:25

competitive 72:1
82:11 83:2

competitor 77:11

competitors 72:2
72:9 78:17 81:18
82:24 83:3

compiled 98:21

complaint 223:9
223:22 232:9

complete 37:2
38:25 211:22

completed 17:15
35:12 97:14

**[completely - copy]**

completely 39:4,8
190:23 210:21
211:16,24 224:15
224:18
completion 238:15
complex 27:2 57:7
compliance 35:9
35:10,23 36:4,8,10
42:24 45:14 46:3
69:25 70:10,13
97:8,13,24 98:17
200:24
comply 106:7
component 73:17
computer 74:25
231:14
concentration
123:1
concept 87:8
concern 79:25
137:24 174:19
225:23
concerned 128:2,5
155:11 158:2
223:18 225:5,13
225:20
concerning 86:20
232:14
concerns 128:2
137:16 155:13
conclude 235:15
236:5
conclusion 236:15
conduct 45:19
55:8 60:17 178:13
conducting 42:12
114:19
conference 149:19
228:3
confidential
129:13,21 130:2,4

131:5,16 132:19
132:25 133:1,10
confidentiality 6:6
confirm 61:17,20
62:1 156:24 157:2
221:11
confirmation
157:1
confirmed 158:9
158:22
confirming 158:4
conflict 183:11
confusing 65:13
connected 153:22
158:16
connection 181:14
233:5
connections
234:24
consensus 149:19
consent 93:20
163:24
consider 44:21
80:12 116:1
217:17,18
consideration
19:25
considerations
72:13
considered 17:24
18:9 44:19 95:3
134:22 217:18
considering
178:11 179:8
consistent 138:1
constant 86:17
201:13
constraints 203:8
235:21
consultancy 22:20

consultant 22:13
45:9 57:16 104:25
105:11 106:23
consultants 21:19
32:16,19,20 34:22
45:5 48:6
consultation 188:4
consulted 48:6,7
consulting 21:13
21:22 23:6,15,21
183:12
consumer 114:4
consummate
154:12 167:20
consummated
119:2 171:20
213:16 228:20
contact 68:14 87:5
88:10 89:6 115:4
134:20 151:18
223:3 225:6
contacted 69:23
134:22,25 225:9
225:13,20
contacts 196:16
contain 124:21
contained 101:13
141:21 144:13
237:7
containing 6:22
continued 4:1
225:21
contract 91:8
183:21 187:23
190:17 195:14,24
contracts 90:19
91:5 109:3 183:25
187:21 195:10
196:24 198:11
210:20

contributed
104:22 105:1
contribution
152:4,9 153:13
202:20
contributions
202:23
control 159:1
controlled 165:19
166:11,18
controls 164:11
conversation 81:7
81:23 82:7 96:10
97:20 154:20
155:20 157:25
158:4,7 160:2
170:10 196:23
218:9,10 227:9
conversations
25:4 30:2,6 65:8
68:12,24 69:3
81:12 88:14,16
100:19 123:17
160:18,21,25
161:19 196:23
231:9 232:6
convert 176:13
converting 7:11
convince 164:17
cooks 1:23 2:24
238:3,23
cooperate 15:19
cooperating 171:7
171:8
copied 70:22 87:9
112:19 129:25
133:9 222:24
231:16
copies 132:25
copy 66:23 129:11
129:19 130:4

[copy - cred]

131:5 132:2
**copying** 131:16
**corner** 14:7
**corners** 121:3
**corp** 122:21
123:17
**corporate** 126:10
126:10 138:6
206:16
**corporation** 24:7
24:8
**correct** 11:25
15:22,23 22:18
25:17,18 28:17
29:24 34:3,13,14
35:22 40:9 41:17
42:13 44:10,11,16
52:7 53:23,24
58:9 59:7 60:20
60:21 62:3,20
63:12,22 64:2,11
65:25 67:25 72:23
73:15 74:6 75:17
76:5,6 81:21,24
82:24 83:3,4,10
84:12,19,23,24
86:4,5 93:17,18
95:18,19 99:9,9,25
101:21 103:4,23
104:12,19 106:17
107:2,23 108:10
108:15 111:3
112:2,3,25 113:2,5
113:6 114:11,16
116:12,13,20
117:2,3,16,19
118:12,13 120:20
120:24 125:19,23
126:21 127:2,3,9
127:23,25 128:3
129:16,22 131:2

132:2 133:23
135:2,3 138:19,24
138:25 144:18,21
144:24,25 145:3,4
145:6,7 146:22
149:3 151:12
152:23 155:17
157:10 161:11,14
161:15,17 163:7
163:13,15,16,20
164:11,12 169:7
169:18,19 172:10
172:11,20 173:25
174:19 175:22
177:14 178:14
179:10 180:2,16
184:9,10,12 185:6
185:15,25 186:1,4
189:9 190:12
195:17 196:4
204:2 205:5,25
210:22 211:4,17
212:10 216:22
221:10 225:18
226:24 229:13,14
229:18,22,25
230:4,12,16 234:7
236:11 237:8
**corrected** 237:8
**corrections** 237:6
**correctly** 23:10
30:13 60:12 64:1
103:1,2
**corresponding**
139:13
**cost** 185:12
**costantini** 125:21
**costs** 108:23 109:5
176:6
**counsel** 8:14,16,18
8:19,21,23,25 13:4

13:6,8 15:4,6
35:13 49:6 50:14
50:19 92:9 104:2
104:6 113:10
115:11 123:20
169:10,14,16
233:17,18,20
236:18
**count** 40:14 64:11
112:5 122:3 141:6
**counterparty**
183:7 184:4 192:5
195:15
**countries** 109:2
**couple** 9:19 15:6
37:3 125:21
160:21 194:21
209:14 214:2,3
**coupled** 123:2
**course** 28:1 44:4
49:16 76:11 222:6
**courses** 27:18,21
**court** 1:1 2:1 9:25
10:16 12:13 17:19
165:11 226:20
**courts** 224:5
**cover** 185:13
**covered** 133:3
190:5
**covering** 189:15
190:3
**covid** 8:9 107:9
**craig** 110:25
**crash** 114:11
211:1 221:20
230:14
**create** 24:20 39:13
43:18 47:21,25
51:18 52:9,12
84:25 85:2,18
96:14 97:8 203:15

**created** 47:23
51:16 52:5 53:17
53:19 57:20,25
64:8 88:19 97:7
113:25
**creating** 19:16
63:14 172:7
198:12 205:2
**cred** 1:5 2:5 6:4,20
8:11 12:16,19,22
12:22,25 13:1
15:24 16:5,21
19:6 25:17,20,22
25:24 26:4,6,18
30:1,20,22,23,25
31:7,13,17,21 32:1
32:3,6,14,22,23,24
33:5,18 34:2,8,10
34:13,15,20,23,23
36:25 38:5,12,24
39:1,3,4,7,10,15
39:15,20 40:6,8,8
40:12,12,16,16,22
40:22,25,25 41:8
41:12,14,14,19,25
42:4,5,6,9,13,20
44:9 45:4,8,12,19
46:10 47:17,22
48:5 50:17 51:23
51:24 52:1,1,2
53:22 62:22 67:17
68:3,22 69:1,24
70:7,24 71:17
72:5,23 73:1,14,17
75:18,19 76:14
83:12,13,22 84:3
84:11,21 85:6,18
86:15 87:5 89:5,7
91:13 92:20 97:15
98:14 99:13,13,14
100:11 101:1,18

[cred - dalio's]

101:22,25 104:18
104:21,23 105:4
106:23 108:9,13
109:15 111:5
113:20 114:1
117:8 119:3,3,6
120:5 121:17
123:14,21 127:21
129:19 130:5,6,11
132:19 133:1
136:23 138:19,20
139:2,16,25 142:9
142:15,21 143:9
143:21 145:6
148:3 149:3,8
153:25 154:7,8
155:24 156:12
157:10 159:2,3,4,7
159:11,11,14,14
159:17,17 160:25
161:1,16 164:24
165:9,15,16,19,20
165:21,23 166:2,5
166:6,7,9,11,12,18
166:21,21,23,25
167:4,12,23 168:1
168:2,3,5,6,12
171:16,19 172:10
172:13,22,25
173:4,12,18,19,25
174:18 176:18
178:9,21 179:15
179:19,20 180:6,9
181:1,10,11,14,19
182:25 183:9,24
183:25 184:9,23
185:2,4,24 186:22
186:23 188:10,18
188:22 190:19,22
191:2,4,8,8,12,15
192:9 196:10

200:10 201:8
202:6 203:16
204:17 205:8
206:20 208:24
209:3,18 212:23
217:7,10 219:19
219:19,20,23
220:13,21,23,25
220:25 221:4,5,8,9
221:12,17 222:5,7
222:14 223:25
224:2,4,11,12,13
224:14,15,24
225:14 226:24
227:12 228:11,24
229:5,24 230:2,18
230:21,25 231:16
232:3,14 234:11
**cred's** 25:7 26:11
36:11 37:5 38:24
40:21 84:25 87:1
108:1 116:6 117:1
117:13,18 118:2
119:13 120:10
126:14 128:2,5
129:21 133:1
140:7 148:19
150:25 151:11
157:10 159:1
161:20 171:15
176:17,21 202:2
225:3 234:25
**credborrow** 91:19
219:21
**credearn** 49:9
70:25 71:5 72:12
72:21 73:14 74:5
80:15 91:18 110:6
204:16 219:21
224:16 226:20
234:13

**credit** 19:24 20:18
37:17,18 45:7
64:3 67:16 71:20
99:5 116:4 121:16
**credited** 199:21
**creditor's** 177:2
**creditors** 3:17
8:20 178:6
**criteria** 19:19 65:7
83:1
**critical** 16:6 22:16
116:4
**crosstalk** 28:18
**crypto** 20:23
90:18 107:14
108:17 110:7
167:11 184:21
193:15 234:13
**cryptocurrencies**
20:9 87:24
**cryptocurrency**
66:18 77:2 83:8
88:9 105:8 110:3
110:5,9 115:19,21
116:20,23 120:20
126:13 165:18
166:2,5,7 167:12
175:20 182:1
190:7 192:6
**cryptolab** 90:10
99:15 104:16,17
210:11
**cryptolabs** 89:16
**csr** 1:23 238:23
**currency** 154:1
203:25 204:17,18
205:3 209:24
212:23 218:4
220:23 221:4
**current** 18:9 26:5
136:8 148:12

**currently** 24:13
26:3,17 146:25
165:11
**custodial** 219:22
**custodian** 163:5
202:19
**custody** 159:1
202:11
**customer** 35:21
37:6,7,24 38:2
110:9 140:4
147:20 148:15
176:17,18,22
204:23 219:20
220:2,4 223:19
225:6,14,20 231:1
234:18
**customers** 72:22
73:14,24 76:4
80:15 130:23
137:4,6 139:16
142:23 151:1
170:23 173:6
191:21 204:16
205:3 226:21
228:23 229:18
230:18,18
**cut** 33:24 34:6
101:3 169:11
226:10,12

**d**

**d** 9:15,15 65:9,12
65:14,15 81:16,21
96:22,23
**d's** 65:8,20
**dai** 75:15
**daily** 100:15,17,18
113:18 114:9
201:17
**dalio's** 117:9

**dan** 26:10 30:16
31:14,15,16,25
32:2 35:13 68:24
77:21 78:23 81:11
81:16 82:9 92:8,8
92:17,18 97:11
98:11 107:6 115:3
118:11 122:23
140:12 142:21,22
143:5 156:1 157:1
157:2,4 213:5
214:13 215:12
220:8,14 222:2
235:20
**dan's** 157:22
215:13,16
**daniel** 234:24
**daniyal** 1:12 2:22
4:2 5:3 6:3 7:9
8:10 9:7,14 80:24
80:25 155:2 162:8
177:13 234:2
236:8,15,23 237:3
237:18
**darren** 3:19
**data** 37:9,11 60:4
61:4 176:5
**date** 8:5 30:9 31:9
51:20 119:7,10,19
142:12 171:17
190:18 201:3
219:3 227:8
238:19
**dated** 6:8,9,12,13
6:14,15,17,18 7:3
7:4,6,7,8 237:10
**dates** 62:21 186:15
186:16,19 195:10
225:10
**daughter** 226:9
232:24

**davies** 65:22
**day** 22:16 38:21
82:9,19 84:15
109:7,7 143:3,4,21
158:5,7 186:6,7,8
186:11 194:10
201:2 217:8
226:16 234:14
237:10
**days** 125:1 152:8
186:9,12
**de** 32:10 65:3
125:23
**deal** 35:12,14,16
35:17 43:14 49:4
49:18 55:20 60:14
68:7,19 69:5,5,6,9
69:10,12 70:20,21
88:5 98:10 101:12
119:24,25 123:19
128:15,16 153:14
213:4,16 214:13
214:19,22 215:12
218:20,24
**dealing** 43:2,9
**deals** 27:2 28:17
38:18 49:14,15
60:11 73:21 88:18
161:17 178:12
**debate** 165:10
**debt** 31:1 69:10
**debtors** 1:6 2:6 3:3
8:18 9:18 234:10
**debts** 29:5
**dec** 96:15
**december** 1:13
2:23 6:4 8:1,6
30:12,12 52:7
76:18 138:23
217:13 237:5
238:19

**decentralized**
161:2
**decide** 82:1 108:2
177:21 203:11
224:5
**decided** 81:17
82:20 123:1
152:22 188:22
189:1 190:19
196:3 200:11,18
202:25 224:7
**deciding** 68:15
187:12
**decision** 19:24
50:1,2 78:10
79:10 91:5 93:3
93:11,13 107:15
107:20 110:22
114:13 119:12
137:18,20 138:5,6
179:20 182:7
186:3 187:3,4,12
187:24,25,25
188:3,23 192:11
192:20,23 194:12
194:22 196:7,19
197:2 201:2 214:5
**decisions** 107:20
138:9 178:18
188:6 192:8,8
194:17 214:7
225:2
**declaration** 7:9
168:24 169:2,5,17
169:18,20,23
170:7,11,13,16
171:1,4,10 177:17
177:18 219:12
222:5 226:19
233:16,23 234:15
237:1

**declarations**
219:13,16,18
221:16 233:5,8
**declare** 143:18
**decline** 113:24
183:16 204:7
211:22
**decrease** 193:1
221:22
**decreased** 202:22
**decreases** 94:20
**define** 18:22
**defined** 232:14
**defining** 172:5,6
**definitely** 44:24
117:22 119:21
121:13 214:20
220:4
**degree** 17:14,15
17:16 23:24 59:12
146:1
**delaware** 1:2 2:2
3:15 4:4
**delay** 107:10
201:4
**delayed** 114:3
**delete** 16:23 232:8
232:12,20
**deleted** 144:18
147:1 157:24
232:16
**deliver** 55:6
**delivered** 111:20
113:9 118:5 155:8
**delon** 32:10 65:3
65:17,23 125:23
**delon's** 65:14
**demand** 72:2
**demonstrates** 19:3
**dent** 189:22

[denver - discrepancy]

**denver** 21:14
**department** 24:1
  32:17 35:24 44:15
  45:17 98:2
**departments**
  32:14 45:12,18
  69:24
**departure** 133:16
  133:18 148:8
  209:15
**dependent** 175:25
**depending** 25:19
  34:5 61:14
**depends** 40:14
  54:1
**depleted** 211:7
**deployed** 50:22
  203:18
**deployment** 72:15
**deponent** 8:16
**deposed** 12:6,8
**deposit** 72:3,3
**deposition** 1:11
  2:22 8:10 9:23
  10:17 11:4,12
  12:11,21 13:5,16
  13:19 14:14 233:1
  235:20,25 236:5
  236:15,22 237:5
  238:7,14
**depressed** 29:3
**depth** 60:13
**derivative** 90:11
  198:11
**derivatives** 45:9
  90:12
**describe** 66:14
  79:9 81:5 96:12
  152:2 163:2
  205:17

**described** 17:5
  83:2 146:19
  178:11
**describes** 126:7
**design** 48:4 68:4
**designate** 206:24
**designed** 154:3
  171:14
**desiree** 1:23 2:24
  161:23 238:3,23
**desiree's** 10:10
**despite** 68:1 105:4
**detail** 66:23
  123:17 125:13
  227:4,7
**details** 43:24
  128:12
**determination**
  74:11
**determine** 71:9
  75:23
**determined** 76:1
**determining** 75:21
**development**
  24:19 32:7,12
  38:9,12 45:13
  83:17 88:12
  128:11 146:4
  151:1 159:20
**devon** 41:20 42:2
  42:2,4 70:14 81:7
  81:14,15,23 82:10
  96:14 97:3
**devon's** 96:20 97:1
**dhiraj** 36:9
**difference** 80:12
  80:14 152:17
**different** 10:7 21:9
  22:9 23:5 24:20
  28:15,17,20 32:25
  40:3,3,4 45:12,18

47:7 49:10 52:23
  59:10 68:1 88:1
  88:18 99:6 105:17
  111:18 117:7
  120:25 146:9
  152:14,18 162:15
  175:14 178:12
  199:3,11 201:16
  201:17 204:3
  219:2
**differential** 80:7
**differently** 172:6
**difficult** 109:6,13
**digging** 122:24
  123:25
**diligence** 20:12
  21:24,25 25:6
  33:1,2 34:16,20
  35:1,4,7,16,21,25
  42:12,16 45:13,19
  47:22,23 48:5,12
  48:23 49:22 50:9
  51:12,13,25 52:3,3
  52:10,13 53:18
  55:16 56:7 57:5
  59:8,13 60:11
  61:1 62:16 64:6
  65:8,16,20,20
  69:21,24 70:7
  97:8 98:7,14,15
  99:1,1,8,12,16
  101:14,19 102:11
  102:16 103:1
  114:20,23 118:15
  118:25 119:1,4
  124:20 140:11
  148:22,23,25
  152:6,10 153:23
  178:13 180:14,19
  180:19 212:6,8,19
  212:21,25 213:12

214:11,15 215:4,7
  215:9,20,21 216:4
  216:20,21,24
**dinamullah**
  144:23
**direct** 31:15,17,23
  32:2 67:4 69:13
  69:15 82:18 84:8
  96:25 113:12
  115:13 122:15
  129:5 130:13
  136:2 150:11
  200:7 216:6
**directed** 138:2
**direction** 138:17
  218:4 238:10
**directive** 120:10
**directly** 26:10
  31:22 35:15 37:15
  37:19 188:9,10,13
  217:15
**director** 81:8
**directors** 235:5
**disagree** 108:20
**disagreed** 110:18
  111:2,10 120:7,12
**disagreement**
  120:18
**disciplinary** 18:15
**disclaiming** 208:8
**disclosable** 104:3
**disclosed** 132:1
  136:8
**disclosure** 132:8
**disclosures** 137:6
  137:7
**discovery** 109:3
**discrepancies**
  187:22
**discrepancy** 105:2
  105:22

Veritext Legal Solutions
866 299-5127

[discrete - dropped]

**discrete** 28:23
  195:8
**discretion** 72:4
  196:20 201:10,11
**discuss** 71:2,12
  83:19 102:21
  161:9 235:25
**discussed** 71:1
  81:16 143:14
  192:7 216:7
**discussing** 77:6
  79:17 182:13
**discussion** 24:23
  24:25 25:8 103:15
  182:19 194:11
**discussions** 25:1
  126:2 168:4
  198:21
**dismissing** 7:11
**disservice** 173:6
**distinguish** 136:25
**distort** 134:13
**distract** 175:20
**distressed** 29:3
**distribute** 96:15
**distributed** 46:2
  105:16
**distribution** 98:18
  236:10
**district** 1:2 2:2
**dive** 43:13
**diversified** 117:7
**diversify** 108:10
  108:15,19 117:8
  117:14,19
**diversifying**
  111:12
**diversity** 108:5
  174:13
**division** 19:10,12

**docs** 17:7
**document** 10:24
  11:23 12:4 14:24
  15:2 16:10 29:14
  30:15 36:24 37:15
  37:24 45:22,24
  46:1 52:23 61:20
  64:3 65:21 97:20
  111:21,22 112:13
  112:16,17,18,20
  112:23 113:1,9
  118:6,15 120:13
  122:9 124:23,25
  125:6,11,19
  127:16,19 128:7
  128:21 129:2,3,3,6
  136:11 139:13
  141:11,14,16
  142:4 143:4
  144:10,12 145:9
  145:17 146:3,7,15
  146:16 148:2
  150:6,8 151:14,16
  151:24 152:1,2
  168:23 170:19,20
  173:16 175:6
  207:3 210:7
  216:15 222:3,3
  223:8
**document's** 63:2
  63:21
**documentation**
  37:16 50:5 85:11
  91:14 126:19
  143:10 167:20
  200:24
**documented** 98:11
  136:14
**documents** 5:16
  12:12 14:8 15:4,6
  15:11,12,17 16:4,6

16:10,18 17:3
  40:17 42:9 58:4
  65:15 70:11 85:14
  122:25 123:25
  124:1,2,3,4,9,16
  126:15 128:18
  130:10 132:20
  139:9,10,10
  140:21,23 141:24
  142:3 143:2
  146:19,19,21,21
  147:21 148:1,4,18
  215:21 222:24
  231:4 236:10
**dog** 14:7
**doing** 20:12 25:6
  34:20 35:16,17,24
  44:7 45:12 58:6
  90:4 111:1 120:14
  137:4,5 140:17
  151:13 160:22
  182:21,22 196:13
  207:7 211:21
  214:15 230:24
**doldrums** 78:15
**dollar** 73:22 90:24
  90:25 106:10,11
  110:7,15 184:24
**dollars** 14:1
  106:14
**domain** 40:6
  221:13
**door** 223:3
**doorbell** 79:8
**dot** 132:8,8,9,9,9
**double** 134:5
**doubt** 147:17
**download** 129:11
  129:19 130:7,7,8
  135:6,8 139:6,17
  140:4 142:4,5

146:9,18 231:13
**downloaded**
  129:25 130:10,20
  133:13 139:12,20
  139:22,24 140:21
  140:24 141:18,22
  142:17 145:24
  146:4,10,22 147:4
  147:11,16,22
  148:16 231:13,18
  236:11
**downloading**
  131:16 132:16,19
  140:8 142:9 143:2
**downside** 197:1
**downstream**
  27:14
**draft** 46:20,23
  139:12 169:4
  170:12,15 223:9
**drafted** 127:16
  169:9,17 170:8,20
  222:2
**drafts** 169:5,22
**dramatic** 193:21
**dramatically**
  136:5 137:11
**draw** 113:18 174:1
**drawdown** 113:19
  114:9
**drilling** 27:12
**drive** 6:19 50:19
  58:12 70:11 73:14
  73:24 133:16
  141:22 200:22
**driven** 73:18
**driving** 209:3
**drop** 58:12
**dropbox** 231:9
**dropped** 185:13
  211:3

Page 15

[drugs - equation]

**drugs** 10:13
**due** 8:9 20:12
21:25 25:6 34:16
35:4,7,25 42:12,16
45:13,19 47:21,23
48:5,12,23 49:22
50:9 51:12,12,25
52:3,13 53:18
55:16 56:7 57:5
60:11 61:1 69:21
69:23 70:7 90:21
98:7,14,15,25 99:1
99:7,12,16 107:9
114:19 140:11
152:6 180:14,18
180:19 199:14
212:19,21,25
215:7 216:4,24
230:22
**duly** 9:8 238:6
**duplicate** 129:12
129:20 131:6
**duplicated** 130:1
**duties** 33:5,6
39:20
**dyang** 3:21
**dying** 82:13
185:18
**dynamic** 44:4

**e**

**e** 23:22 89:24,24
89:24 176:4
**e&p** 27:11
**earlier** 68:12
97:19 117:22
143:14 158:5,7
187:14
**early** 124:13 160:2
186:16,17,18
**earn** 72:21

**easier** 10:10
**easiest** 154:11
**easily** 70:13
**edited** 169:7,18
**education** 17:18
**educational** 18:11
27:17
**effect** 9:24 156:7
**effectively** 180:23
185:2
**effort** 78:19
124:10
**efforts** 121:21
207:23 214:11
215:4
**eight** 224:1
**eighth** 3:9
**either** 19:16 50:6
107:13 154:9
168:25 172:7
195:12 196:16
201:4 208:16,17
210:19
**elaborate** 109:24
**electronic** 169:25
**electronics** 17:8
**elements** 35:19
**elovar** 100:21
**else's** 30:8
**email** 11:25 16:13
16:14 53:6,10
64:19,21,25 65:3
65:22 66:20,24
67:4,9,14 69:11,14
69:16 70:22 75:2
75:4,6,8 77:2,10
81:3,5,14 82:19,20
84:5 85:25 96:7,9
96:12,20,21 97:1,1
97:18 98:3,6
113:5 114:10

115:5 122:12,15
122:20 123:6
125:20,20,25
126:4,4,22,23
129:11,20 137:23
139:24 141:21
142:4 144:21,24
145:2 150:16
151:4,11 152:11
152:23 153:4,6,15
153:18 155:4,12
155:15,24 156:25
162:25 163:2,10
163:22 164:8
200:22 231:16
**emailed** 129:25
**emails** 6:8,9,11,12
6:13,14,15,17,18
7:3,4,6,7,8 12:13
12:18 15:13,21,25
16:2,9,11 65:11
98:11 130:7,10
136:7 139:21
147:23,25 152:13
156:5 220:7 223:6
231:15,19
**emery** 3:18 178:5
**emory** 17:13,14,15
**employ** 19:19
111:3 154:7
**employed** 25:16
25:20,21 42:4,9
57:24 110:19
120:22 178:21
186:23 208:21
**employee** 41:19
129:11,18 231:17
**employees** 32:4,5
32:8 42:1
**employer** 148:12

**employment** 12:14
12:15 19:6 27:3
**ended** 69:7 89:6
90:13,17 105:15
109:22 167:1
169:3 192:25
**ends** 67:17
**energy** 23:2
**enforcement**
132:15 133:19,22
134:19,22 143:17
**engage** 110:22,23
**engaged** 196:24
**engaging** 199:16
201:24
**ensure** 97:14
219:23
**entail** 19:15
**entails** 19:16
**enter** 47:17 91:5
**entered** 183:23,25
**entering** 91:9
**entire** 21:18 24:23
30:7 35:2 112:23
138:22 171:6
174:12 178:20
189:13
**entities** 39:14
47:18 49:10 69:23
224:6
**entitled** 8:11
**entity** 39:1 51:11
57:7 89:8 166:2
166:18 173:3
207:20 208:11
220:14 221:12
226:22
**entry** 7:10
**equal** 126:12
**equation** 20:15

[equipment - existing]

equipment 164:1
equity 21:21 23:1
  23:4 69:1,5,9
  85:19 167:22
  168:7 222:8 226:2
equivalent 55:3
ernst 23:23,25
escalated 32:1
escapes 198:13,16
esq 3:5,8,9,14,18
  3:19 4:3
essential 220:10
essentially 21:21
  24:8 31:2 37:4
  41:8,11 43:7
  48:10 68:18 72:21
  73:15 80:16 85:5
  106:13 107:8,10
  110:5,24 117:14
  118:22 127:20
  138:4,24 143:7
  154:15 164:20,22
  167:23 172:10,19
  187:6 190:17
  203:13 204:12
  207:4,22 208:5
  213:4,16 220:14
established 198:14
estate 41:6
estimate 10:5
estimated 28:20
et 1:5 2:5
eth 89:24 90:1,3,3
  90:6,6 105:5
  107:10 176:4
  184:21 199:13,15
ethereum 20:8
  89:24 204:10
ethos 76:8,13
european 36:5

evaluation 21:18
  22:24
evans 3:18 5:7
  8:19,19 178:2,4,5
  206:23 207:2
  213:18,21 226:11
  226:15,18 227:21
  227:24 228:9
  229:11,16 234:1
  236:20
event 113:19
  135:16 140:2
  205:7
eventually 30:6
  39:24 76:17
everyday 88:8
everyone's 9:20
evidence 136:15
  142:25
ex 67:1
exact 15:17 30:9
  31:9 36:7 41:9
  46:7 51:20 56:12
  84:15 85:4 90:4
  119:10 142:12,16
  143:4 189:24
  193:2 207:17
  219:3 225:10
exactly 53:21 68:8
  80:5 82:6 88:25
  91:15 93:1 121:13
  123:18 143:5
  155:21 210:7,17
  235:9
examination 5:5
  9:10 178:3 234:4
  235:18
examining 10:24
example 16:7 20:7
  21:9 22:11 26:1
  37:17 39:17,18,20

42:19 49:18,20
  50:12 54:14,14
  56:11 58:15 59:11
  61:17 70:4,14,16
  72:2 77:10 80:4
  90:16 91:4 92:12
  94:16 95:6 100:9
  102:4,21 103:3
  110:11 120:13
  141:23 172:8
  174:6,23 176:2
  199:12 227:6
examples 89:19
exceeds 67:19
  205:7
excel 139:13
excess 136:23
  189:20
exchange 42:23
  49:5 66:16 107:18
  167:24 184:14,15
  184:22 185:4
  190:8,10 191:9,20
  196:14 197:10
  198:7 200:6
  210:19
exchanges 90:14
  90:16 105:17,20
  107:17 109:1
  182:23 183:20
  184:7 188:9,10,14
  198:18 199:3,20
  199:23,25 210:13
exciting 228:16,23
excludes 159:2
excuse 45:8
  143:20
execute 201:10
  202:25
executed 90:21
  120:19 197:11,25

219:7
executing 63:17
executive 24:24
  25:12 58:23 59:1
  59:6
executives 138:7
exhibit 6:2,3,4,6,8
  6:9,11,12,13,14,15
  6:17,18,19,20,22
  7:2,3,4,6,7,8,9
  11:18,19,21 14:18
  14:19 15:2 29:12
  29:15,17 52:15,24
  53:3,13 64:10,10
  64:13,17 65:23
  66:1,3,5,9,11,14
  74:17,18,23 80:19
  80:21 86:12,13
  95:23,23,24 112:4
  112:7,9,14 113:13
  122:2,4 125:3,3,4
  128:17 141:5,7
  144:1,1,3,6 145:8
  145:13,15 149:20
  149:22,25 150:3
  151:19,20,21
  152:12,12 154:22
  154:22,23 156:18
  156:18,20 162:18
  162:18,19,22
  168:16,16,17,19
  168:21 206:24
  207:1 213:19,20
  216:6,7 227:21,23
exhibits 6:1 7:1
  53:1 159:10
exist 57:18
existing 97:10
  99:12 102:24
  119:25

**exit**  188:5 225:14
**expand**  72:22
 102:11
**expected**  78:1
 193:21
**expense**  73:4,5
 80:3,13
**experience**  29:8
 39:3 43:15 45:9
**expertise**  19:3
 27:1 88:3
**expiration**  190:18
**explain**  83:17
 172:16 207:4
**explanation**  81:11
**explicit**  195:10
 204:8
**exploration**  27:12
**explorer**  141:2,2
**exposing**  108:18
**exposure**  108:25
 110:10 111:23,24
 176:1,4 184:2
 193:25
**exposures**  201:22
**express**  171:9
**expressed**  173:11
**extension**  107:8
**extent**  29:6 133:12
 165:2
**external**  55:21,24
 55:25 56:6,9

**f**

**f**  181:22
**face**  196:7
**faced**  18:15
**facilitate**  19:13
 46:14 68:19 70:15
 87:9 88:1
**facilitated**  128:10
 184:6 200:4

**facility**  21:10
 41:15
**fact**  139:2 163:23
 164:18 205:14
 208:11 216:18
 225:19
**factors**  121:12
 127:14,19 175:18
 215:10
**fair**  94:3 196:15
 209:2
**falconx**  198:14
**falling**  90:18
 113:21
**familiar**  28:2
 36:11,13 117:10
 125:18 148:19
 234:6,17
**familiarity**  125:15
**famous**  117:12
**far**  17:5 175:17
 186:19
**fashion**  173:23
**fashioned**  171:11
**fault**  101:4 214:19
 215:9,10,11,11,13
 215:14,16,17,17
**favor**  179:11,21,25
 180:10 182:10,11
 192:13 194:2
 213:1 224:23
**favorable**  114:6
**fbi**  135:21 136:17
 231:10
**fear**  142:21,22
**fearful**  140:13,15
**february**  7:3,5,8
 76:9 119:10,22
 122:16 124:13
 153:4 164:1
 186:25 187:19

208:25 211:4,9
 212:4,9,11,11
 213:5,6 215:25
**federal**  238:14
**feel**  77:24 132:11
**fell**  105:18 107:14
 183:1
**felt**  89:25 142:23
 147:1 173:8
**field**  84:22
**fifth**  10:15 89:22
 206:8
**fifty**  3:9
**figure**  50:16 63:5
 82:10 158:8
 234:17,21
**file**  85:4 146:12
 176:13 223:5
 233:16
**filed**  104:19
 173:14,15 223:22
**files**  146:7 172:17
**filing**  173:8 232:9
**filings**  12:13
**fill**  45:24 58:19
 60:17 61:14
**filled**  48:24 103:1
**filling**  48:14,19
 51:12
**fills**  60:24
**final**  113:2,9
 116:15
**finalize**  169:23
**finally**  118:5
**finance**  27:21
 161:2
**financial**  13:25
 19:17 20:23 23:20
 23:22 26:23 35:18
 43:1 46:12 54:9
 59:15 60:4,19

61:7 70:2,8 81:8
 101:14 102:14,19
 109:11 113:20
 118:16 124:21
 134:15 200:24
**financials**  60:9
**financing**  226:2
**find**  21:6,7 32:25
 49:24 50:6 111:18
 150:12 176:16
**finding**  19:16
 21:10 170:12
 178:24
**fine**  162:1 192:23
**finish**  132:18
**finished**  138:14,15
 162:23
**fire**  90:3 140:17
**fireblocks**  154:5
 157:3,9,14 158:22
 158:22 163:20
 199:13 202:18
 218:5,11,13 221:6
 221:8
**fired**  156:6 219:2
 230:7
**firm**  21:13 23:15
 23:21 32:6 41:13
 70:12 87:19
 117:23
**firms**  23:1 40:20
 57:16
**first**  9:8 23:19
 41:8 42:23 43:22
 47:6 51:11,14
 54:22 57:11 68:12
 69:10 73:19 76:12
 76:19,20,21 89:9
 98:22 108:11
 114:8,14 119:8
 143:3,4 165:8

170:8 205:14
208:20,24 212:3,9
215:25 218:22
221:19 225:12
234:6,11,14
235:22
**fit** 123:2 224:10
**five** 43:20 101:13
108:25 113:18
117:7 124:20
161:25 176:24
191:2 192:9,10
226:13 229:4,5
230:1
**fix** 174:12
**fixed** 24:11 75:16
**flags** 124:17,24
155:9,14
**flash** 114:11 211:1
221:20 230:14
**fleshed** 68:6
**flew** 30:11,17
**flipped** 90:6
**floor** 3:9
**flow** 106:6 199:3
**flower** 3:5
**flows** 202:20,20
**focus** 69:10 78:19
**focused** 22:15,25
44:22 45:7 50:18
90:12 123:9
**folder** 15:13 37:21
98:8 144:14,16,17
144:18 216:8
**folks** 177:1
**follow** 15:7 47:10
69:4 152:4
**followed** 211:22
**following** 50:9
75:11 118:1
120:15 188:5

228:11 232:9
**follows** 9:8
**fonts** 68:1
**force** 209:3
**forcing** 97:12
**foregoing** 237:4
238:6,11,13
**foremost** 43:22
**forget** 41:9
**forgive** 28:24
**forgot** 41:19,20
54:21 135:20
136:1 137:22
167:15
**form** 13:10 21:5
45:22 46:1 97:17
97:20,23 110:5
131:7 132:3 133:2
133:8
**formal** 126:16
154:12
**forms** 14:2 45:24
97:4 103:1
**forth** 16:20 54:6
61:22 67:20 69:11
129:14 169:23
225:25 238:8
**forward** 25:10
69:8 76:15 89:14
93:12 106:9
109:18 126:16,17
126:18 128:6
155:15,19 175:21
203:19 213:14
224:10 227:5
229:17,23
**foster** 153:21,24
156:2,6,9,14 219:2
**found** 200:7 224:9
**founder** 59:1
126:15

**four** 10:12 32:17
92:17 94:11 117:7
189:25 191:2
192:22 194:17
216:2,19 231:3
**fp&a** 23:1
**frame** 51:22 69:5
**frames** 44:16
**francesco** 36:6
**francisco** 47:9
**free** 119:24
**frequency** 90:11
**frequently** 38:20
48:9 50:25 83:19
159:21
**friend** 38:16,16
217:17,19
**friends** 235:3
**front** 29:18 53:4
53:15 66:5,7
74:24 96:3 168:19
**fsa** 61:7
**full** 9:12,14 227:14
**fully** 68:6 134:3
136:8 193:16
**functioning**
220:14
**fund** 89:21,22
90:25,25,25 91:2
152:19 182:2
203:14 206:4,5
**fundamental** 76:8
**funds** 20:22,25
21:2,3 24:14,15,22
25:3,6,12 26:3,7,7
26:18,19 47:5
67:19 89:9,21
90:24 95:13 98:16
100:13 148:12,18
154:8 157:8,8,13
157:16 158:20

159:7,11,14,24
161:4,14,16,20
163:18 164:21,24
166:16 168:1
171:3,9,13,14,16
171:20 176:16
189:1 192:7 202:1
202:2 205:10,11
205:18,20,24
206:11,16,20
207:10,14,16,21
207:22,24 208:3
208:20,21,24
209:6,8 219:19
223:19 225:6,14
225:20 231:1
**funds's** 25:23
**funnily** 231:10
**further** 235:11,14
235:25 238:13
**future** 11:15
221:23
**futures** 90:19 91:5
91:8 109:3 183:21
187:21,23 190:17
195:9,14,24 198:1
198:6 210:20
230:15
**futureset** 208:11
208:15

**g**

**galawon** 198:16
**galleria** 41:10
**gamers** 226:23
**gap** 136:21 175:2
**gas** 22:25 23:2,2
27:1,7
**gather** 137:19
**gathering** 97:23
215:22

**general** 35:13
42:23 49:6 50:14
50:19 92:9 113:10
115:11 123:19
126:11,22,23
127:14,19 215:1
**generate** 199:2
**generating** 102:12
**getting** 51:20
136:14,23 141:24
155:24 190:23
**give** 9:25 10:2,4,20
53:5 74:25 79:6
112:15 127:5,10
147:5 150:4
167:11 168:6,11
168:12 185:9,18
206:19 220:11,18
220:20 222:15,18
227:17
**given** 15:17 20:16
26:10 27:1,2
30:25 32:17 36:14
39:5,11 49:7 50:2
55:2 61:4 68:7
71:21 82:23 94:2
101:6,7 107:8
113:21 114:3
115:4 116:5,8
158:18 169:6
187:7 199:7
202:11,19 203:3
209:15 214:11
215:4
**gives** 100:11
**giving** 206:5
**global** 113:24
**gmail** 144:21
155:9
**gmail.com** 144:23

**go** 9:19 11:1 32:1
37:15 50:24 51:9
57:3 62:16 67:12
69:6 74:16 79:17
82:20 87:16 93:7
93:7 97:22 101:2
111:15 112:22
113:3 127:4
128:15,17,23
147:24 148:4
150:15 156:7
158:3 166:14
169:12 172:15
173:4 174:16
187:12 188:13,22
192:12,21 195:21
195:22 196:19
198:8 214:5 223:2
223:15 235:2
**goal** 72:20 73:23
76:13 82:7
**godineau** 9:1
169:15,16 170:6
233:13
**godineau's** 7:10
**goes** 79:8 110:13
172:18 175:20
**going** 10:8,10,16
11:17 13:10,12
23:11 29:12 41:11
41:23 44:13 51:19
52:15,23 57:11
59:5 62:5 64:5,9
66:1 67:1 68:4,14
74:16 75:9 76:14
80:2,6,18 82:12,18
85:24 88:20 95:22
97:10 98:6 101:5
103:16,17 109:18
109:20 110:2
113:4,16 115:14

122:2 126:3,16,17
126:18 131:21
132:11 134:12
137:24 142:24
143:18,25 144:3
145:8 149:20
151:19 154:21
156:11,17 159:4
162:2,15,17,18
168:15 169:12
173:15 174:18
175:21 177:2,4,7
185:17 189:7,21
202:15 206:23,24
207:6,9 209:14
212:2 213:13,18
221:14 227:4
228:6 235:21
236:5,8,16
**golf** 86:9
**good** 8:4 25:14
38:16,16 43:2,3,9
43:12 50:21 51:19
95:9 103:10 109:8
134:5 170:23
174:5,11 178:6
193:6,9 226:3
227:7
**goodwill** 24:12
**google** 6:19 37:15
37:23 40:4 45:22
45:24 46:1 58:12
97:20 141:22
152:23 200:22
**googled** 153:21
**googling** 153:3
**government** 231:6
231:7,8
**gp** 152:19
**graduate** 17:10,10
17:21,21 23:23

**granted** 63:5
126:10
**great** 62:11 98:10
103:14 112:13
162:8
**greatest** 202:10
**grogan** 3:8
**ground** 9:19
**group** 21:22,23
22:24 180:14,19
216:3
**growth** 115:24
**guess** 10:4 19:1
28:13 29:1 30:3
31:23,24 39:25
41:5,6 44:4 49:10
49:13 53:16,22
63:1,2 71:6 73:2
84:16 91:21
100:17,22 101:11
102:3 103:3
104:24 107:21
119:1,22 124:2,12
133:15 134:17
145:18 146:23
158:16 165:22
173:2 187:18
196:15 197:8
202:13 207:16
209:1,22 220:10
224:4 227:15
234:22,23,25
**guide** 19:24
**guided** 62:25
**guidelines** 65:7
**guys** 15:8 58:16

**h**

**h** 9:15,16 89:24
167:7 176:4
196:15

[half - huh]

**half** 111:8 202:2
**hand** 74:1,2 231:5
**handle** 183:4
**handled** 26:10
38:8
**hang** 109:12
217:20
**happen** 25:11
174:4
**happened** 87:16
89:12 90:2 100:12
105:18 109:22
137:13 138:18
140:2 191:12
193:6,8 214:24
220:15 231:21
233:24
**happening** 69:7
90:13,18 105:15
109:22
**happy** 15:19 148:5
**hard** 67:8
**hastings** 3:4,8 9:18
**hat** 109:12 123:3
123:12
**head** 30:24 33:20
33:25 34:1,9,11
41:10 56:13 84:17
101:18,22 102:7
106:25 147:8
173:18,24 178:8
178:24 180:13
194:13 212:18
214:12 215:5
**heads** 10:19 98:2
**health** 43:2
**hear** 64:1 82:15,16
94:24 133:7 167:6
178:1 185:20
211:13,14

**heard** 135:4
182:18
**hearing** 135:5
177:17,23
**hearings** 18:15
**hedge** 105:9
108:17,24 110:10
121:2 176:1,4
182:1,15 184:9
187:12 189:10,12
189:17 190:5
192:6 193:12
196:10,18 203:14
204:11,22 207:21
230:22
**hedged** 109:15,17
204:9,24
**hedges** 105:1
106:2,4,7 107:19
110:22 167:17
183:19,19 187:1,2
187:14,15,16
188:7,8,9,10
192:16 197:4
199:8 204:9
211:20
**hedging** 105:11
107:22 108:14,16
108:23 109:5,21
110:19,23 113:20
114:6 115:23
120:11 121:14
143:13 175:12
176:6 182:18,20
183:4 185:25
189:7 194:6,22
196:6 199:9
203:22 204:14
**hefty** 229:2
**heidi** 36:3 92:8
154:4

**held** 18:5 36:25
62:7 132:8 162:4
177:9 202:1,2,5,6
202:15 218:11
221:8
**hello** 8:15
**help** 19:13 24:20
31:1 33:15,15
35:6,13,24 40:21
44:20,22 45:10
46:23 70:14 75:23
80:14 83:16 84:4
88:1 105:11
169:20 173:17
174:25 175:2
**helped** 25:25 47:1
55:5 98:15
**helping** 34:18,22
34:25 35:4 36:9
40:21 44:19
**hey** 58:15
**hi** 8:17 122:23
178:7
**high** 73:21 79:17
79:21 85:8 90:14
90:14 108:23
109:5
**higher** 77:22
**highest** 191:4
211:3,8
**hindsight** 226:5
**hire** 25:5,12 30:6
106:23 202:25
**hired** 24:22 31:7
31:11 34:8 41:20
45:5 55:1 105:11
111:17 138:22
217:9
**history** 6:19,20
141:17 144:14
190:25

**hit** 87:15 106:11
**hold** 17:23 80:9
202:9 213:8
224:11
**holes** 61:3 170:22
**honest** 10:1 136:9
142:24 144:14
152:21 154:19
161:2 173:9
201:21
**honestly** 27:24
37:22 91:11 108:3
116:16 142:16
160:2 197:7 229:3
**hoped** 76:21
**hopefully** 72:21
74:21 80:19
**hopes** 174:22
**hoping** 175:1
230:25
**houlihan** 22:21
23:7 26:25
**hour** 30:19
**housed** 41:15
**houston** 3:10
17:17
**hua** 101:9 115:4
167:4,7,11 168:10
**huge** 124:24
148:13 175:17,20
**huh** 10:19 15:23
48:13 53:14 58:25
60:21 62:18 73:16
74:3 82:25 83:11
84:20 86:14 111:4
118:13 123:5
145:7 155:18
157:6,21 160:15
186:4 200:13
217:24

[hundred - infrastructure]

**hundred** 20:17
42:7 110:12
115:20 153:7
156:12 199:12
210:23
**hundreds** 151:14
**huobi** 196:14
197:18,21

**i**

**ic** 48:20,21 76:16
77:21 78:18 79:12
113:9 213:7 214:9
215:15
**ic's** 215:14
**icky** 130:21
**idea** 48:16 100:23
175:7 176:15
187:7 192:16
193:7,10,21 210:4
218:19 219:9,11
220:12
**identified** 104:11
146:22
**ignored** 163:22
**ii** 7:11
**iii** 7:12
**illegal** 131:21
136:19
**immediately** 19:6
97:1 124:12
140:12
**implement** 109:21
120:11
**implemented**
108:16 120:5
183:20
**implementing**
111:9
**implied** 111:16
**important** 115:17

**impossible** 108:24
108:24
**imposter** 156:3
159:6,9,14 212:24
213:2 230:9,19
**inability** 174:18
**inamullah** 1:12
2:23 4:2 5:3 6:3
7:9 8:11 9:7,14
62:11 103:22
214:12 236:16,23
237:3,18
**inbox** 140:11
**inception** 63:2,22
186:20
**include** 12:15
92:24 98:25
126:13 146:7,18
160:25 161:13,20
**included** 58:1
92:16 99:2,15
108:6 115:11
169:8
**including** 141:19
202:10
**inconsistencies**
11:11
**inconsistency**
11:14
**incorporate**
164:11
**incorporation**
148:3
**incorrect** 147:9
174:1
**increase** 42:19
80:2,6,11,17 81:18
82:2 108:5 110:2
111:24 115:19,20
116:19,23 117:1
118:3 120:19,23

171:15,24 172:1
182:15 204:7
**increased** 110:15
116:8 202:21
**increases** 94:19
108:17
**indefinitely**
107:11
**independent** 39:8
207:19
**independently**
220:13
**index** 5:1 6:1 7:1
204:12
**individual** 40:5
132:7
**individual's** 94:2
**individuals** 32:11
35:7,23 36:2
40:24 41:11,24
43:9,11 45:2
46:25 86:1 99:23
125:22 128:7
146:6 215:15
**industry** 22:25
43:11,13 71:22
86:23
**inevitably** 138:17
167:21
**influence** 10:13
**info** 98:10
**informal** 9:24
**information** 5:12
6:22 12:6 17:3
19:23 22:6 33:10
37:24 38:2 40:22
42:24,24,25 43:1
43:21 45:12,18,21
45:25 49:21,24
50:6 51:10 54:2,5
54:23 55:16 56:6

56:23,25 57:1,2
58:7,10 59:21,22
59:25 60:3,16,16
60:19,24 61:6,13
61:14,14 62:25
63:10,11 69:24
70:2,8,13 71:17
79:12,13,14 97:24
97:25 98:1,9,18,19
99:22,25 100:3,5,6
100:6,8 101:1,5,7
101:10,14,17,21
102:6,14 103:2
104:4 109:11
114:21,25 115:2,8
118:11 124:22
126:25 127:1
128:8,14,16
129:13,22 130:2,5
130:6,7,8,21 131:6
131:17,22 132:1,2
132:12,12,19
133:1,10,13 135:5
135:7,8,12,13,14
136:1,3 137:19
139:6 140:8
141:20,22 142:6,9
142:11 143:7
147:3,11,15,17
148:16 149:5
150:2,25 158:12
160:5,6,8,14 169:7
169:9 170:18,24
173:8 182:12
200:23,24 208:6,7
215:23 219:5
223:22
**informed** 156:1
209:13 233:7
**infrastructure**
57:15

**initial** 30:5 70:22
90:3 98:18 102:11
107:19 114:15
152:9 157:22
169:4 170:19
212:19 215:20
**initially** 31:17
32:25 33:17,19
39:22 44:5 47:1
48:18 51:4,7,8
56:25 60:10 92:7
92:22 94:25
158:12 167:14,15
169:9 170:20
182:22 209:22
219:1
**initiate** 158:21
164:4,18
**initiated** 154:14
158:19 163:17,24
165:15
**initiates** 163:12
**initiating** 154:17
**initiatives** 228:16
228:23
**ink** 237:7
**inliquidity** 136:13
**innocuous** 232:18
**ins** 199:8
**inside** 146:16
**insider** 226:22
**insight** 48:10
**insofar** 133:3,9
**insolvency** 173:24
**instance** 159:23
**instituted** 46:6
117:22
**institutional** 215:2
**instruct** 13:12
**instructed** 5:20
11:6 176:12

**instruments** 82:5
113:20 114:6
**integration** 26:2
**intent** 6:3 39:13
91:16
**interact** 38:11,14
**interest** 68:17
70:25 71:5,10,13
71:14,15,17 72:13
72:19,20 73:2,4,9
73:10,13,18 74:6
75:21,23 76:1
77:12,13,15,19,22
78:4,8 79:19 80:7
81:24 82:2 83:7
94:19 95:2 100:23
126:20 184:25
204:19 205:8
**interested** 25:10
38:5 209:17
**interesting** 88:19
**interfaced** 36:1
**internal** 36:24
45:22 61:24 65:7
70:11 139:24
**international**
109:1
**interpretation**
159:2
**interview** 30:16
213:25 228:2
**interviews** 42:7
214:2
**intimate** 69:2
**intrinsic** 21:13,15
24:3
**introduce** 11:17
29:12 52:15,23
64:9 66:1 74:17
80:18 88:15,17
95:22 112:4 122:2

125:2 143:25
144:3 145:8
154:21 156:17
162:17 168:15
**introduced** 141:5
**introduction** 8:13
**inventions** 6:6
**inverse** 74:7,12
76:3 77:6
**invest** 74:4 89:25
173:23
**invested** 89:3 91:1
91:2,8 167:23
168:7 171:16
206:20
**investigate** 143:20
**investigating**
130:19
**investing** 189:11
207:21 210:17
**investment** 16:7
18:1 22:5,21
24:16,18 31:19,23
32:25 33:2,4
42:12,17 43:19,19
45:19 46:13,17,17
46:18,21,23 47:3,4
48:2,22 49:1,7,8
49:25 50:3 51:8
60:1,5 61:3,11,18
63:11 69:1 71:2,8
72:17 74:13 75:19
76:22,25 78:6,8,22
78:25 79:16 80:1
82:8 83:5 85:18
85:20 87:21 90:3
90:5 91:12,13,15
91:21,23 92:1,5,13
92:16,20 93:2,3,4
93:11,14,16,17,21
93:22,23,25 94:6

94:17 95:4,11,19
99:18 105:14
106:17,21 107:7
107:24 108:1
111:18 114:18
115:3,9,10 116:9
116:15 117:6
118:6 119:5,9,11
119:13,23,25
135:15,17 136:12
137:19 138:2,9,11
139:8,25 142:5
148:7,19 149:2
154:20 167:3,4,22
168:7 178:12,14
178:17,17,20
179:4,7,15,16,20
179:24,25 180:5
180:17,22 181:6,8
181:11,15,20,20
181:25 182:5
187:3,8,13,24
188:23,25 192:12
196:2 198:24
200:15,17 201:1,9
202:24 203:4,11
203:20 205:12,15
205:19,20 207:11
207:25 208:1,4,9
208:16,16 210:11
212:2,3,16,20,24
213:9,10,11 214:5
214:14,21,22
215:17 216:3,23
224:21 225:2
**investments** 8:22
20:13 33:3,10
47:7 73:8 83:18
90:7 91:18 94:13
95:6 99:19 173:24
175:11 178:25

[investments - kind]

179:2,9,12 180:3,9
180:15 181:17,18
224:21 225:21
227:7
**investor** 82:8
85:15 90:12
117:12 145:25
153:12
**investors** 33:15
70:4 84:21 85:17
91:7 145:18,22
150:9 151:15
174:3 226:7 227:3
234:12
**invitation** 6:20
144:15,20 145:1
**involve** 70:24
83:12 86:15
**involved** 20:20,21
105:12 114:19
121:18 194:11
225:15
**involvement** 186:3
**issue** 77:18 106:3
135:21 136:20,21
137:10,11 215:2
218:23
**issues** 78:12
113:25 114:4
135:23 174:13
175:13 221:19
**item** 20:10
**items** 37:3 50:10
54:20 60:17 83:20
96:16,17 124:22
134:3 137:20

**j**

**james** 3:8 25:19
30:2,6 31:12,17,21
32:1 33:16 34:19
38:23 39:9 44:5,8

44:9,24 47:1
55:13 75:25 77:1
78:24 87:4,8 92:8
92:24 103:6 123:3
123:12,20 143:8
145:23 147:15
148:1,3 151:17
157:2,8,12,15,23
158:8,9,13,20,21
158:24 159:23,25
160:19 161:2,5,9
163:18,25 164:23
165:7,24 166:15
166:20 168:14
173:11 176:8,13
187:6 188:3,5,7,24
194:21 195:2
196:17 199:25
200:2 213:5,14
214:10 215:3,6
218:13 219:19
222:2 232:9
**james's** 214:19
215:9,11,16 218:3
220:16
**jamesgrogan** 3:11
**january** 16:12
76:9 100:24
101:11 119:9
120:3 121:21
124:11,13 186:25
188:2 215:25
217:12,14
**jargon** 143:5
**jevans** 3:21
**job** 1:24 22:4,15
22:20,24 23:19
25:8 30:1,24
31:13 32:24 33:5
33:6,18 34:24
209:9

**jobs** 18:2
**joe** 31:25 40:15
66:17,20,23 70:9
70:22 78:23 92:8
92:18 156:1
218:16
**john** 25:2,2,3
26:10 122:20
123:11,24 125:21
126:6,25 171:5
**john's** 26:13
**join** 119:5
**joined** 52:7 99:13
171:21
**joining** 97:10
**joseph** 3:14,18
4:12 8:19,23 9:3
178:5 234:2
**joseph.mcmahon**
3:16
**josh** 68:13
**jr** 4:8 8:6
**jst** 104:25 105:11
106:23 108:15
109:14 110:19,24
111:1,3 118:24
119:1,4,15 120:3
120:10,14,19
128:3,6 182:22
183:6,6,9,15,17,20
183:24 184:1,3,9
184:11,14,15,17
184:22 185:2,23
185:23,24 186:3,5
186:23,24 187:6,9
188:4,8 192:4
195:3 196:9,13,16
197:6,17,18,20,21
200:4,8
**jst's** 110:22 182:25
194:6

**jt** 235:2
**jtd** 1:6 2:6
**julio** 4:8 8:6
**july** 6:14 25:21
32:1 34:9 69:4
92:15 96:20 98:4
98:13 138:21
181:4,6 224:3,3
**jumping** 98:3
**juncture** 11:13
**june** 7:7 25:9,16
25:20 69:3 78:16
157:5 164:3
208:22,23 209:8
218:18,21 219:8
222:9,15,19
**junior** 34:24 36:9
**justifies** 43:23
**justify** 109:13

**k**

**keep** 132:12
**keeping** 18:11
**keeps** 205:8
**kept** 25:13 139:16
156:5 223:25
231:19
**key** 72:12 115:18
116:1,18 120:17
**khagan** 89:22
206:9
**khakoo** 35:5 78:23
155:16
**kick** 170:21
**kicked** 232:5
**kind** 15:8 22:4
24:2 62:19 68:14
72:25 73:6 78:15
81:11 137:3
140:13 143:5
163:22 165:9
171:7,7 176:5

Veritext Legal Solutions
866 299-5127

[kind - legalese]

184:20
**kingdom**  153:15
  153:20 156:4,9
  218:25 219:5
**kingdoms**  153:19
  156:10
**kingdomstrust.c...**
  155:10
**kline**  41:20 42:2,4
  81:8
**kline's**  81:14
**knew**  57:25
**knock**  223:2
**know**  9:22 10:4
  11:12 16:13 20:6
  20:8,20 21:7,9,17
  21:19 23:1 24:7
  24:11 26:1,2,9
  27:3,4,11 28:25
  29:2,4,5 30:5,19
  30:25 31:16 33:12
  33:15 34:9 35:10
  35:17,21 36:13
  37:20 38:17 39:11
  39:23,25 40:1,21
  41:11 42:6,25
  43:15,24 44:18,23
  45:6 46:7,10,11
  47:10 49:13,24
  50:4,15,16,20,22
  50:25 54:2,3,5,9
  54:17 56:9,13
  57:2,13,17 58:3,3
  58:5,14 59:20
  60:1,12,13 61:7,10
  61:16,19,20,25
  62:25 63:1,4,7,16
  65:4 66:16 67:2
  68:7,10,11,13,18
  69:11 70:3,12
  71:12,18,20,21

72:2,4 73:20,21
74:20 75:10 76:9
76:16,18 77:4,17
77:18 78:11 79:13
80:2,17 83:5
85:16,17,18,24,25
86:21,24 88:2,18
89:9,12 91:11,23
92:11,14,15,19,22
93:9,19 95:6,8
96:2 97:21 98:11
102:1,1,6,17,25
103:2,6,6,8 105:3
106:4 107:6 108:3
108:6 109:20
110:25 111:11,19
114:17 117:20
120:4,13,14 122:6
122:17 123:16,18
123:18,19,21
124:2,10,11,13,19
125:6 126:1 127:6
127:17 128:13
133:14,16 134:2,7
134:8,14 135:17
135:22 136:6,9,22
137:2,9 138:3,3
141:9,22 142:16
143:4,6,8 144:8
154:13,14,25
155:11 158:2,24
159:13,15 160:21
161:3 162:16,23
164:16,19 167:17
170:19 171:6,6
172:1 174:22
175:2,7 176:12
177:3,5,20 182:24
183:11 186:10,11
187:6,17,20
188:14 189:1

192:25 193:8
195:3 196:22
197:7 199:10
200:21 201:2,20
201:21 202:7,21
203:17,19 207:17
209:13 210:6,17
210:18 213:5
217:7,19 218:25
220:16,17 224:8
225:24 226:16
227:6 228:25
235:3,9 236:12
**knowing**  121:4,8
  135:9,10,11
**knowledge**  91:16
  92:25 116:22
  139:4 167:21
  168:14 191:10,11
  196:12 203:19
  234:20
**known**  100:16
  217:3 226:21
  230:10
**krzysztof**  7:9 8:25
  233:9
**kyc**  20:14 35:11
  35:20 43:5 54:19
  66:18

|     **l**     |

**l**  9:15,15,16,16
  130:14,15 167:7
  181:22,22
**l.a.**  41:22
**labeled**  111:21
**lack**  52:6 102:23
  182:2
**lady**  55:4
**laptop**  14:11,15
  15:18 17:6 133:14
  141:3

**laptops**  17:2
**large**  23:1 24:7
  126:10 206:4
**larger**  79:24 85:3
  174:8
**largest**  105:1
  113:18 114:9
**lastly**  11:11
  175:14
**late**  31:10 51:20
  133:15 186:17,18
  208:22,23
**latest**  126:7
**launched**  97:12
**law**  4:3 9:25
  130:19 131:1
  132:15 133:19,22
  134:19,22 143:17
**lawyer**  233:22
**lawyers**  54:14
  55:9
**lay**  91:14
**lba**  75:14
**lcg**  23:21
**lead**  54:10 98:16
  198:2
**leading**  173:21
**leads**  151:2
**leave**  174:7 190:4
**led**  92:12 175:12
  214:10 215:3
**ledger**  36:25
**left**  16:22 26:9
  138:23 170:18
  188:7 196:6
  227:11
**legal**  8:7 56:17,18
  143:4 207:17
  224:6
**legalese**  173:15

[legally - login]

| | | | |
|---|---|---|---|
| **legally** 50:18 | 204:13 | **link** 231:9 | 148:13,15 150:8 |
| **legitimate** 51:5 | **liaise** 36:17,24 | **linkedin** 153:22 | 151:1,1 176:17,19 |
| **lend** 105:6 185:2 | 38:11 87:25 | 170:14 | 176:22 197:22 |
| **lender** 123:2 | **liaising** 87:12 | **linking** 97:3,18 | **listed** 37:15 58:10 |
| **lenders** 47:25 | **liaison** 33:8 | **liquid** 67:19 68:16 | 77:2 96:18 127:11 |
| **lending** 19:7,8,13 | **license** 17:25 | 116:6 | 146:24 |
| 30:25 42:19 47:8 | 18:13,16 19:3 | **liquidate** 107:15 | **lists** 43:8 140:5 |
| 51:2 69:6 114:2 | **licenses** 17:23 18:1 | 173:1 230:15 | **literature** 28:25 |
| 173:9 | 18:3,18 | **liquidated** 105:20 | **litigations** 54:20 |
| **length** 39:13 | **lien** 126:11 | 105:24 113:20 | **little** 10:10 23:14 |
| 126:18 | **life** 10:10 | 184:12,13,18 | 52:16 78:10 |
| **lens** 73:19 | **light** 124:19 211:5 | 193:16 210:22 | 109:24 126:3 |
| **lent** 21:8 226:21 | **liked** 121:15 | 221:24 | 148:21 199:17 |
| 226:23 | **lin** 3:5 5:6 8:17,17 | **liquidates** 172:18 | 212:1 221:14 |
| **lesser** 20:8 | 9:11,17 11:17,20 | **liquidation** 7:12 | **lived** 80:16 |
| **letter** 6:4 29:20,21 | 13:13,14 14:22,23 | 143:13 168:25 | **llc** 8:22 98:19 |
| 30:10 31:8 209:18 | 17:22 29:12,16 | 169:1 185:12 | 113:20 114:1 |
| 217:14 | 52:15,18,20,22 | **liquidations** | 206:16 207:10,14 |
| **letting** 162:15 | 53:2 62:10 64:9 | 190:25 | 207:19,19,24 |
| **level** 60:13 81:17 | 64:14 66:1,4 | **liquidity** 19:13 | 208:3,12,15 |
| 85:8 111:6 161:7 | 74:16,19 80:18,23 | 20:6 21:8 72:18 | **llp** 3:4,8 9:18 |
| 176:10,11,12 | 95:22 96:1 103:10 | 72:24 78:12 93:8 | 24:14 |
| 204:16 | 103:21 112:4,7,10 | 94:15 106:3,5 | **load** 52:16 |
| **levels** 78:9 | 122:2,5 125:2,5 | 107:9 111:21 | **loan** 19:20,25 21:7 |
| **lever** 189:2 192:12 | 131:10,24 132:14 | 112:2 113:13,25 | 21:11 37:9,12 |
| **leverage** 90:14 | 133:17 141:5,8 | 114:3 115:10,14 | 49:2 114:4,15 |
| 108:25 185:7,10 | 143:25 144:3,7 | 116:9 135:24 | 115:24 116:3 |
| 190:11 191:1,4,21 | 145:8,14 149:15 | 136:4,17,18 139:9 | 118:16,18,19,20 |
| 192:22 193:1 | 149:20,24 151:19 | 139:11 141:23 | 118:22 126:10,12 |
| 203:3,17 | 151:23 154:21,24 | 171:15,24 172:1,5 | 126:15,19 168:5 |
| **leveraged** 188:12 | 156:17,21 161:23 | 172:6,8 174:14 | **loans** 19:17 20:4,7 |
| **levered** 167:18 | 162:7,17,21 | 181:23 192:24 | 20:13,16,23 21:5 |
| 185:8 189:13,23 | 165:17 167:9 | 209:16 216:10 | 37:12 118:21 |
| 192:19 193:13,14 | 168:15,18 176:24 | 222:3,8,15,18 | 126:18 226:23 |
| **liabilities** 36:25 | 177:6,12 178:2 | 223:6 226:3 | **located** 8:8 109:1 |
| 50:24 105:2,22 | 236:7,13 | **list** 20:9 38:4,7,9 | 112:1 147:6 |
| 106:1 110:5 | **line** 5:13,17,21 | 47:24 53:25 57:20 | **lockstep** 90:19 |
| 136:22 138:1 | 10:7 37:3,17 39:7 | 57:25 62:24 92:21 | **logged** 140:11 |
| 175:3 234:18 | 64:22 69:19 | 98:25 128:18 | **logging** 15:24 |
| **liability** 105:10 | 122:21 123:17 | 140:23 141:1 | **login** 221:6 |
| 110:15 189:19 | 125:20 150:19 | 145:18,22 147:20 | |

Veritext Legal Solutions
866 299-5127

[logins - march]

**logins** 40:3
**lokey** 22:21 23:8
  26:25
**lol** 155:17
**long** 13:8 23:7,11
  43:20 66:9 90:1
  96:5 103:12
  122:17 125:15
  167:17,18 176:2
  177:3 183:16
  188:14,14,18,22
  189:2,7,23 192:12
  217:3 226:16
  235:7,10
**long's** 107:18
**longer** 23:14 90:8
  157:25 185:13
  186:21 217:2
**look** 16:17 42:8
  69:19 71:25
  101:19 102:15
  128:20 143:23
  203:17 229:17,23
**looked** 16:19
  20:10 82:4
**looking** 15:8,17
  18:23 20:22 21:20
  21:21 25:10 29:4
  30:4 33:3 140:13
  140:20,20,22,25
  152:15 175:14
  224:9,16 226:5
  228:20
**looks** 163:16
**los** 3:6 8:8
**lose** 173:15 210:23
  210:25
**losing** 104:14
  106:14
**loss** 89:2 90:21

**losses** 88:23 89:6
  89:15,17,19 90:9
  136:23 175:9
  193:20
**lost** 104:11,22
  112:5 113:23
  210:24 221:17
  230:11,18,21
**lot** 10:6 12:12
  32:18 44:2,23
  50:15,17 78:12
  89:10 100:11
  123:17 127:6
  159:18 170:18,22
  194:10,11 201:20
  202:22 227:3
  228:15
**low** 73:2 77:19
  79:17,20 234:12
**lower** 73:4,9,10
  76:18 78:13 90:22
**lp** 206:2
**lu** 101:9 115:4
  167:4,7,11,21,25
  168:5,9,10 188:12
  189:1
**lu's** 167:14
**luevano** 4:8 8:6
**lunch** 103:11,18
  232:18,20
**luxembourg** 91:24
  123:20
**lvc** 123:3

**m**

**m** 9:15,15,15,16
  89:24 96:22
**mack** 3:9
**mackwilson** 3:11
**madison** 3:19
**mail** 6:20 141:18
  142:4

**main** 68:13 87:5
  225:23
**maintaining** 76:4
  77:5,7,16,17 83:2
**majdak** 7:9 9:1
  169:14,16 170:6
  233:10
**major** 49:15 89:15
**maker** 139:23
**making** 19:24 20:5
  54:7 75:20 79:10
  85:22 93:23 95:6
  95:9 172:8 179:4
  181:11 194:17,22
  209:15 212:20
  225:1 233:7
**man** 32:17
**manage** 32:4 59:3
  199:3 207:11,14
**managed** 26:7
  40:5,12 90:24
  157:10
**management**
  43:14,16 50:14
  51:3 54:6,7 55:9
  55:22 63:6 77:22
  91:18 94:16,25
  95:2,4 163:4,6,19
  183:12 205:1
**manager** 19:9,11
  25:7,25 42:18
  56:14,19 57:4,9
  59:1,6,11,24 60:23
  69:20,20,21 86:22
  87:13,15 88:13
  95:12 98:9 99:7
  102:7 104:11
  151:8,11 183:3
  200:14,18,22
  205:18 210:15
  213:15

**manager's** 42:22
**managers** 47:24
  48:8 51:9 56:23
  56:24 59:21 63:25
  64:7 65:18 86:16
  86:18,20 87:2,6
  95:16 98:17 99:10
  99:12,14,23,25
  100:4 101:20,25
  102:25 108:6
  157:10 199:18
  200:12 201:7,13
  201:16 202:1,5,9
  202:15,21,24
  203:4,21,24 204:4
  204:21 205:4
  211:21
**managing** 21:17
  21:17,25 22:3
  86:15 87:23
**mandate** 26:8,11
  102:11 110:25
  111:1,2 120:5,10
  120:15 172:2
  187:7 194:6 195:2
  216:24
**manner** 174:2
**map** 124:21
**march** 6:8 25:4
  51:5 53:7 55:12
  63:3 76:24 87:18
  90:18 95:14
  106:20 107:15
  138:21 139:20
  184:11 187:11,17
  188:2,11 189:14
  191:6 193:23
  208:25 209:1,6
  211:1,2,7 221:20
  230:22

[margin - mentioned]

margin  105:16
110:13 189:25
marie  55:4
mark  4:3 8:15
13:6 133:6 227:21
235:13
markbillion  4:5
marked  6:2 7:2
11:17,19 29:15
53:1 64:13 66:3
74:18 80:21 95:24
112:9 122:4 125:4
141:7 144:6
145:13 149:22
151:21 154:23
156:20 162:19
168:17 207:1
213:20 227:23
market  3:14 31:2
31:5 34:1 71:8,25
72:6,7 73:3 77:21
79:24 80:14 86:22
107:9 113:21
121:16,17 139:23
167:19 172:8
182:25 193:9,18
201:22,22
marketed  121:17
marketing  77:20
80:3,8,13 81:10
83:13 84:4,25
85:2,22,23,24 86:4
86:7,11 96:15,19
207:10,23 208:3
225:15
markets  19:9,12
27:4 30:24 33:20
33:21,25 34:9,11
34:12 35:16 44:15
44:19,21 45:2,17
46:4,8 48:17

71:21 79:3 101:22
101:23 102:8
123:15 152:22
173:18 178:8,24
180:13,14,19
187:9,25 188:1
194:13 199:16
212:19,21 214:12
215:5 216:3
marks  236:15
martingale  87:18
88:20,24 90:9
91:4,6,7,10 210:11
martini  36:6
master's  17:16
material  85:19
materialized
137:24
materials  85:1,2
85:21
math  22:10
matter  70:1 97:21
matthew  4:11 8:21
maturity  171:17
186:15,16,19
195:10
max  193:2
maximize  33:1
178:12
maximum  203:3
mazur  4:10 8:25
8:25 9:2
mcdermott  3:18
178:5
mcmahon  3:14 5:8
8:23,23 234:2,2,5
235:11,17 236:21
md  87:7
mean  13:25 15:12
16:19 25:18 26:6
27:23 32:20 33:24

34:6 35:17,21
37:7,9 47:17
48:16 49:14,18
55:24 57:21 59:9
62:23,24 71:15
72:8 74:8,13
76:20 83:6 84:18
85:13 87:12 93:18
101:3,24 104:6
105:3,23 109:8
111:8 120:13
123:8 125:11
127:21 128:9
130:3 134:11
137:5 142:22
143:12,18 145:24
148:21 149:4
151:13 153:13
163:23 164:14
169:6,11 174:20
189:21 190:24
194:24 202:16
203:13 215:8,14
225:23
meaning  21:2 69:6
105:20 121:2
184:23
means  69:21 71:16
73:11 186:8
meant  63:13,17
134:13
media  236:14
medications  10:12
medium  90:11
217:22
meet  13:4,7,8,15
30:11,17 213:15
217:5
meeting  82:9 93:5
119:8 201:3

meetings  115:9
181:9
member  78:25
92:3,5,19 106:16
119:23 235:4
members  79:3
92:11 181:10
memo  113:14
115:14 121:10
229:5 230:2
memorandum
112:2 116:15
117:17
memory  30:13
memos  146:20,20
mention  41:6,20
101:5 174:17
236:8
mentioned  10:15
20:25 28:19 34:4
34:15 35:20 36:17
37:23 38:23 40:7
40:20 41:1 42:2
42:11 44:2 45:11
47:1,19 48:12,25
54:22 55:8 56:5
57:22 61:15 63:9
63:24 76:2 77:9
78:2,20 87:11
88:21 92:18 95:8
98:24 104:9 108:4
108:13 110:18
118:10 120:7
128:1 133:21,22
134:4 136:16
142:7 147:25
161:4,8 164:6
170:8,17 172:3
175:24 188:12
191:17 192:18
194:25 210:19

Veritext Legal Solutions
866 299-5127

**[mentioned - names]**

219:1
**mentioning** 65:17
65:23
**message** 155:8
157:22 232:16,20
**messages** 16:20
139:18 153:23
155:25 232:8,12
232:13
**met** 13:6,17,18
30:18 217:6,7
233:20
**methodologies**
21:18 22:7
**methodology** 22:9
22:15
**metz** 32:10 65:3
125:23
**microsoft** 141:2
**mid** 25:9 31:10
51:21 118:8
171:18 196:7
208:22,23
**middle** 10:24
130:17
**midstream** 27:13
**million** 81:20
106:6 107:5 114:2
114:14 115:22,23
202:9,13 234:17
**mind** 56:3 86:10
110:4 121:25
130:16 199:5
**mine** 38:16,17
**minimize** 175:8
**minimizes** 164:20
**minus** 92:22
**minute** 176:24
**minutes** 30:19
103:12,13,14
161:25 226:12

232:23
**mispronounced**
97:2
**misremembering**
104:12
**missed** 108:11
**missing** 49:21 50:4
50:10 58:16
**mistaken** 53:23
160:11
**misunderstood**
56:2
**mitigate** 110:17
**mitigated** 196:25
**mocked** 107:25
**model** 71:6,7,7,11
71:20
**modeled** 117:9
**mohammad** 1:12
2:22 5:3 9:7,14
236:23 237:3,18
**mokred** 42:21
101:4,13 104:24
105:7 106:5 107:4
109:18,21 110:7
110:13 111:19,24
114:15,20 115:22
116:2 124:20
128:3 134:3,5
135:16,23 136:16
136:18,20,21
143:13 153:11
174:2,14 222:8,18
225:24 227:4
**mokredit** 101:8
114:3,14 118:11
118:15 119:13
121:18,24 127:20
127:22 128:6
222:15

**moment** 53:5
74:25 79:6 96:4
103:10 112:15
147:6 150:4
165:25 185:18
198:13
**momentum** 206:1
206:5,6,7,20
**monday** 98:4
**money** 21:5 51:3
72:16,23 73:20
74:5,5 104:11,14
104:22 153:9
166:20 168:5,6
185:2,5 186:12
203:25 204:23
205:2,6 210:9
213:1 216:16
221:17 226:23
**month** 87:17
95:10,10 100:20
123:21 134:17
171:18,18 211:21
215:23,23 229:1
230:9
**monthly** 100:20
100:22 114:22
115:1 116:9
201:18
**months** 25:13
49:17 67:18 89:10
109:10 110:14
138:25 139:1,2
154:3 186:21
209:14 216:2,19
224:1,1 229:4,5
230:1,2,5,13
**morning** 8:4 10:13
143:24
**motion** 7:10 143:3
168:24 171:7,8

173:14,16 176:13
177:17 184:24
**move** 25:15 90:19
93:11,16 106:10
109:18 157:3
168:25 175:10
183:3 203:19
213:13 221:14
227:5 235:23
**moved** 106:9
156:7 224:10
**moving** 55:7 69:8
86:23 89:14
111:11 141:19
161:1 199:10
**multiple** 43:4
115:12 191:1,4
197:24
**multiplying** 190:1
**mwe.com** 3:21,21

**n**

**n** 9:15,16
**name** 8:6,15,17
9:12,12,14,17
17:20 26:13 35:3
43:12 53:8 54:18
54:18,21 55:4
65:15 85:4 90:10
137:22 153:21
161:6 167:6
170:20 176:8
197:18 198:12,15
206:17 221:13
238:18
**named** 19:7 21:13
23:21 36:9 87:17
90:17 100:14
121:23 168:14
217:7
**names** 43:5,8,25
61:25 152:23

**[names - offering]**

198:16 206:14
**nascent** 71:21
**naturally** 176:5
204:9
**nature** 44:1 71:22
**navigate** 29:13
**nearly** 108:23,24
**necessarily** 35:19
37:2 49:7 54:24
132:1 136:9 176:4
**necessitate** 175:11
204:13
**need** 44:23 46:2,4
47:24 50:1 58:16
61:16 66:9 93:10
93:20 96:5 97:13
98:12 99:17,20
103:12 121:2
147:1 161:23
164:17 171:23
175:11 176:1,4
182:15,15 204:11
226:11 231:22
**needed** 44:20
73:13 74:4,6
97:22 105:9 109:6
115:22 141:20
201:5
**nefarious** 132:11
134:12,16 136:19
**negotiate** 41:7
**negotiating** 210:6
**net** 73:4 80:7
**network** 145:23
**never** 28:8 31:16
36:7 37:13,22
60:7,13 73:22
101:6,7,18 102:22
102:23 103:5
130:16 134:6
137:24 138:18

158:2,16 163:21
172:24 174:10
188:7 196:22
199:5 232:16
233:20
**nevertheless** 194:2
**new** 3:20,20 4:4
26:2 48:9 55:20
98:17 102:9
119:24 175:1
187:15,16 226:7
**news** 43:25
**ng** 36:3
**nickname** 65:10
65:14
**nightingale** 104:16
104:17
**nods** 10:19
**non** 6:6
**normal** 195:20,24
217:8
**normally** 217:21
217:23
**north** 3:14
**notary** 8:7
**notate** 154:10
**note** 21:8 115:17
122:24 180:2
**noted** 88:5 237:6
**notes** 14:8 122:25
126:8 139:25
142:6 148:7
157:23 231:11
**notice** 6:3 152:13
152:16
**noticed** 134:3
152:18
**notification** 155:9
**notify** 155:23
**notwithstanding**
130:24 216:18

225:19
**november** 27:5
30:3 66:20 117:6
138:23,24 143:22
173:21,21 187:18
227:12,15
**number** 8:12
11:18,21 18:6
29:13 50:13 52:16
52:24 53:3,13
55:7 64:10 66:2
66:12 67:7 70:15
72:14,15 73:23
74:17 80:19 89:2
95:23 108:7 110:9
122:3,17 125:3
127:5 130:15
137:12,25 144:4
145:9,15 149:21
149:25 151:20
154:22 156:18
162:18 167:24
168:16 175:7
189:22,24 193:3
198:23 199:6
221:16
**numbers** 33:11
189:16
**numerous** 27:6
**nuts** 98:23

---

**o**

**o** 9:15 196:15
**oath** 9:5,22,24
62:12 103:23
162:9,11 177:14
**object** 11:2,4
13:10 131:7 132:3
133:2
**objected** 133:8
**objection** 131:18
164:25 165:2

**obligation** 11:5
**obtain** 45:11 60:18
72:21
**obtaining** 45:17
**obvious** 155:13
**obviously** 12:12
16:20 30:10 35:10
39:11 42:21 43:13
47:10 50:1,22
51:2 57:17 58:5
70:16 78:12 84:8
89:16 92:22 93:18
100:11,18 101:6
101:14 110:1
121:4,8 147:1
155:12 161:3
175:12 181:23
189:12,21 224:8
**occasion** 92:14
**occasions** 54:13
**occur** 55:19 224:8
**occurred** 34:10
145:5 175:22
224:8
**occurring** 27:6
**october** 6:11 47:10
67:5 84:16 133:14
133:15 135:6,8
136:3,3 139:7
142:13 143:16
145:3,21 146:8
147:22 148:16
231:5
**odd** 125:11
**offer** 6:4 29:20
30:10 88:9 208:16
209:18,24 217:14
**offered** 30:1 87:24
209:21
**offering** 125:16
126:8,8 127:1

128:12
offers 191:23
office 3:13 8:24
32:17 41:9,12,16
41:22,25 157:18
162:15 223:15
234:3
officer 24:16,18
36:8
offices 138:7
official 181:9
officially 171:20
offshore 50:12,17
54:15
oh 14:14 20:2
23:23 26:15 34:5
41:5,18 53:16
56:11 63:13 66:6
84:12 91:9 101:23
112:23 140:1
146:14 147:6
148:17 160:9
166:12 198:9
oil 22:25 23:2,2
27:1,6
okay 10:15,22
11:7,15,16,23 12:8
12:10,21 13:4,13
13:20 14:17 16:4
19:1,5 23:11
29:10,22 31:7
34:4,15 44:12
47:21 48:23 52:22
52:25 53:5 56:11
63:24 64:9 65:2
66:10,11 67:10
70:24 74:16 75:1
75:3 79:5,7 81:2,3
81:4 82:14 85:21
96:3 103:9 104:9
112:13,15 113:7

113:12,15 115:16
122:11,22 124:15
125:2,20 126:5
127:12 128:20,23
129:7 130:15,16
134:7,10,11 144:5
145:12 149:23
150:5,11,15,24
151:22 152:1
155:3 156:23
160:9,18 161:22
162:17 166:25
168:15 171:9
176:24 177:20
178:1,23 179:14
180:6,17,25
181:19 182:1,18
183:6,9 184:3,11
185:1,4,12,16,22
186:2,22 187:2,11
188:5,21 189:6,16
190:4 191:18,19
191:23,25 192:4
192:13,15,21
193:4,11,23 194:2
194:7,16,19 195:6
195:11 196:8
197:10,20 199:17
200:2 201:7,15,25
203:12,21 204:15
205:1,21 206:1,7,7
206:19,25 207:6
207:14,24 208:7
209:2,6,18 210:8
210:11,15,25
214:10,18 215:3
215:11,24 217:15
217:21 218:1,18
218:22 219:7
220:5 221:2,14,18
222:12,24 223:5

223:12,15,23,24
224:18,20 225:5
227:11,17 228:6,7
228:15,17 229:4
229:12 230:13
231:11 232:2,12
232:21 233:23
236:13
okex 188:20,21
191:14,15,16,19
191:20,23 192:1,3
192:9 196:9
197:13,17,19,19
197:20,21,22,25
198:7
old 12:13
onboarded 99:15
208:24 209:3,7
221:12
onboarding 20:14
25:5 97:4,9,17,17
once 31:24,24 34:9
34:23,23 101:25
105:24 174:4
197:24 201:7
231:9
one's 185:18
ones 14:10 17:5
18:25 47:12 48:9
56:12 89:18 95:9
146:24,24 185:11
231:19,21
ongoing 99:21,24
149:3 188:17
192:24 193:18
online 147:7 216:8
223:4
open 112:12,18
opened 200:23
operate 39:3,10

operating 73:5
98:20 136:24
137:8,15,17
150:10
operation 39:7
operational 52:6
operations 36:1
39:16 41:21 45:21
81:9 97:16 192:24
213:17 222:7
230:3
opine 23:4 27:8
28:10 35:13 50:1
54:3,24,25 57:16
68:3 203:8
opined 28:7,19
opinion 24:9 30:8
79:22 137:21
138:13 171:10
173:11
opinions 23:5,5
24:4,6 172:21
opportunities 33:1
42:20 60:8 61:5
72:17 91:21
102:12,15 178:12
224:9
opportunity 25:14
42:13 173:2
205:11 209:11
opposed 172:13
202:1
ops 36:3
optimal 71:10,14
71:15
option 49:19 71:9
206:5,7
options 94:13
119:18,20 183:25
186:24 197:9
210:2,4

Veritext Legal Solutions
866 299-5127

[order - pay]

order  7:10 59:13
  83:22 92:23 93:9
  115:23 140:2
  154:8 179:15
  187:21 205:4
orders  90:22
orient  174:11
original  105:4
  114:22 152:10
  156:6,11 192:2
  238:14
originally  67:18
originated  20:24
otc  198:14,17,18
  199:23,25 200:7
otcs  198:16
outcome  25:19
outperform  89:25
  204:12
outside  14:10
  32:20 84:8 89:15
  89:16 91:22 94:14
  94:17 111:19
  154:1 159:7
  166:22,23 168:1
  180:3 198:11
  204:24 224:16
outstanding  33:11
  186:13 189:18
  190:5
overall  104:22
overleverage
  175:12
overleveraged
  105:19
oversaw  21:22
oversee  24:19
  26:19
overseeing  21:18
overview  58:18
  60:18 85:5 124:21

owed  205:8
owned  165:9,19
  166:10,17,22
owner  43:5 54:18
owners  42:25
ownership  98:19
oxford  17:12

**p**

p  171:21
p.m.  67:14 81:15
  96:21 98:4 103:17
  103:20 157:5
  162:3,6 177:8,11
  236:17,22
pablo  4:9
package  88:4
  142:10
page  5:5,13,17,21
  9:20 14:20,21,22
  53:12 67:8 69:14
  85:2,8 101:13,16
  112:19,20,22
  113:12 115:14
  122:17,19 125:13
  127:4,5,6,8,11
  129:5 130:15
  150:12,12,15,17
  150:18 152:24
  153:2 158:15
pager  207:4
pages  1:25 43:20
  124:20 125:12
  127:6 153:1
paid  13:20 227:13
pan  77:25
pandemic  193:18
paper  52:4
paradigm  203:5
paragraph  67:15
  113:17 114:8
  115:15 126:21

130:18 131:14,21
  131:25 132:10
paragraphs
  116:11,14
parent  122:20
parentheses  82:23
  114:3
paris  213:15
part  20:21,22
  35:12 44:21 45:1
  45:5 68:13 69:2
  69:11 70:20 74:14
  75:20 76:6 77:20
  87:4 88:4 94:22
  95:2,3 96:9 97:23
  106:21 108:11
  112:25 114:22
  116:25 121:6
  123:16 127:19
  137:22 138:9
  145:23 146:9,12
  146:17 156:9,10
  156:10 168:4
  171:25 172:2
  173:23 183:10
  189:7 190:18
  194:5,5 195:2,4,7
  196:22,24 202:3
  213:3 214:7,7,23
  215:6 219:21
  232:7
parte  67:1
partially  210:23
participate  174:17
  177:21
participated  28:5
  181:8
participating
  177:16
participation
  37:18 126:9

127:20
participations
  110:6
particular  10:24
  15:1 19:20 33:13
  35:16 37:12 44:16
  45:19 50:11 56:14
  59:14 68:10 81:24
  82:1 85:12 88:4
  93:3,19 108:2
  110:19 111:6
  121:22 129:15
  136:5,20 137:7
  139:9 140:10
  151:14 159:24
  164:7 167:1
  183:18 185:11
  191:3 197:3
  200:15 227:6
parties  10:7 55:21
  55:23,24,25 56:6,9
  70:7 147:4,12
partner  95:12
  97:4,17,23 102:21
  104:3,7 114:2
  119:25 234:11
partners  83:23,25
  84:1 97:8,10,11,12
  137:22
partnerships
  198:14
party  57:15 89:5
  154:1 195:12
  207:10 236:11
passed  111:9
  214:21
paul  3:4,8 9:18
paulhastings.com
  3:7,11,11
pay  109:9 184:25

[paying - plus]

paying 18:10
  63:20
payments 107:11
pdf 127:8,9 128:24
  150:12 231:20
pdfs 16:1,2
penalty 237:1,4
pending 54:19
people 16:20 21:9
  22:3 32:18 38:17
  39:12,17 43:11
  45:6 70:12 83:18
  103:11,12 163:22
  177:5 194:17
  234:12
percent 20:17 42:7
  73:22 75:13,13,13
  75:14,14,14,15,15
  75:16 76:11,17
  78:13 80:6,7,8
  81:18 82:2,2,21,22
  89:2,11,11 91:2,3
  108:25 109:9
  115:20 193:15,15
  210:24,24,25
  211:3,8 234:23
percentage 197:8
  234:20
perfect 127:12
perfected 126:19
perform 39:20
  138:12,15,17
  148:21,23 180:14
  215:20
performance
  86:21 87:14 90:4
  93:7 95:5,10
  99:22 100:6,6
  149:5,6 215:22
performed 42:7
  56:14 59:13,17

99:16 101:15,20
  102:3,10,19,23
  148:25 180:20
  181:24 213:1
  216:22,25 226:4
period 71:3
  105:25 137:8
  181:3,5 212:15
  224:20,23 225:1
perjury 237:1,4
perks 195:8
  210:19
permission 130:4
  130:9,11,12 140:8
  140:14
permitted 202:25
perpetual 190:13
  190:16,18,19,22
  191:23 192:10
  195:6,9,11,16,16
  202:25 210:16
  211:20 221:23
  230:14
person 13:7,17,18
  40:11 41:21 44:19
  45:16,20 46:20
  55:15 56:18 60:25
  61:13 70:6 74:10
  93:5,6,18,22 97:16
  115:6 154:17
  157:17,19 158:18
  158:19 160:11,14
  163:11 164:17,20
  215:1 218:9,10
personal 16:9,14
  16:16 126:11
  133:16 141:3,20
  144:15,21,23
  145:3,23 151:18
  224:4 231:14

personnel 48:17
persons 40:10
  41:2 86:3
perspective
  111:10
pertaining 29:1
  51:8 57:9 66:18
  135:17
pertains 77:10
  238:13
philippe 7:10 9:1
  233:12
phone 14:12,13,15
  15:18 16:16,17
  17:6 43:10 50:7
  55:21 84:9 101:9
  115:5,7 158:9
  213:25 214:2
  217:8,25 218:1
  223:12 226:6
phones 17:2
phonetic 36:6
  100:22 125:21
phrase 21:4
pick 33:9 223:12
  226:8 232:23
picture 37:2
  203:21
piece 20:15 41:2
  47:25 48:11 50:18
  50:23 57:8 65:13
  73:7 105:6 112:20
  136:1 180:24
  189:13
pieces 46:14 51:1
piecing 81:9
pierce 4:11 8:21
  8:21
piggyback 73:6
pitches 85:12

pivot 46:7
place 52:3,6 68:12
  114:14 154:1,12
  174:10 203:15
  238:8
placed 83:21
  90:22 182:24
  183:2 188:7
  189:14
plan 228:25
planning 228:13
  231:8
platform 19:18,20
  20:5 25:7 48:7,8
  70:5 73:25 80:10
  85:12 88:2 101:25
  105:12 108:7
  118:21 146:25
  153:10 175:15
  228:12
play 143:11,12
  176:3 195:2
  215:10 228:6
player 79:24
playing 228:8
  229:9,10,15
please 9:5,12,13
  9:25 10:2,4,8,9,20
  11:8 29:21 64:25
  66:15 74:20 75:2
  75:2 81:3,6 96:13
  122:9 125:10
  129:6 144:8 150:2
  150:7 151:25
  152:2 156:22,25
  162:22 163:3
  175:5 196:21
plenty 215:10
plural 153:19
plus 58:23 115:11
  197:21 204:18

[podcast - prior]

podcast 84:6
podcasts 84:6
podulka 40:15
  78:23
point 23:6 42:22
  45:16,20 54:22
  55:7,16 56:7,17
  57:11 58:22 59:25
  68:14 78:24 79:2
  87:5 88:10 89:5
  130:14,15 135:25
  136:23 137:1
  140:16 142:14
  148:8 152:6
  153:16 155:23
  158:17 181:10
  235:5
pointed 96:16
  127:24
pointing 56:21
points 43:17 57:4
  85:9 128:14
poke 61:3
policies 35:11
policy 95:2
political 209:15
pop 86:10 121:25
popped 52:19 81:1
portal 158:22,23
  223:4
portfolio 22:24
  27:9 86:24 114:4
  115:25 116:4
  117:25,25 151:8
  175:8 176:2
  213:15
portfolios 91:19
portion 15:2 67:21
  195:11
portions 67:24

position 20:11
  22:12 26:5 30:3
  93:20 104:23
  105:23 107:18
  109:14,15 113:22
  136:6 183:16,16
  183:17 184:12
  185:24 191:16,18
  191:25 192:13
  193:24 194:3,4,22
  196:18 198:2,25
  203:22 209:17
  226:3
positions 26:22
  106:2 107:16
  116:6 184:13
  186:13,22 188:11
  191:15,21 194:4
  195:1 196:1,6
  201:20 204:21
  205:1 210:21
  221:23 230:15
positive 43:12
  134:6
possible 38:19
  43:23 111:24
  114:5 173:1
  174:14 222:7
post 114:11 185:4
potential 20:13
  47:25 69:1,4
  70:21 81:10 83:22
  150:8 151:1,15
  164:12,14 173:24
  178:25 180:15
  229:21 230:18
  236:10
practices 36:12
preceded 107:1,25
  114:17

predicted 143:6
preferred 121:4
premise 89:23,23
premium 72:6,7
  75:12 82:21,22
prepare 12:10
  13:4,15
prepared 85:16
  103:2
preparing 13:19
present 4:7 46:12
  46:16 88:17 203:7
  209:11 213:18,19
presentation 54:6
  85:15,19 228:11
presentations
  205:14
presented 64:4
  65:21 102:7
  205:11 207:25
  208:1 212:3
presenting 215:8
president 21:16
  30:4 33:19
press 232:22
presumably
  119:20 184:1
  186:25
presumed 94:1
pretending 159:6
  159:10
pretty 12:14 15:15
  35:1 41:2 42:9
  49:14 57:17 79:4
  84:8 88:1 106:15
  124:10 198:3
  229:2
previous 26:22
  159:10
previously 18:1
  83:2 146:22

180:12 182:19
  186:2 192:15
  194:16 216:7
  222:21 228:4
price 24:4 49:20
  82:5 108:17 109:2
  113:19,22 114:7,9
  116:19,23 120:19
  175:19 187:21
  204:22 211:2,3,7,8
priced 77:9
prices 105:18
  113:21 115:19,21
  193:22
pricing 72:10 82:4
primarily 20:6
  21:16,19 22:24
  36:23 37:14 44:6
  44:7 45:6 48:16
  93:6 105:17 154:3
  192:2 199:2,10
  217:25
primary 20:4,10
  23:3 27:8 30:24
  34:24 40:24 43:17
  43:20 46:20 47:12
  54:12 55:2 58:19
  67:15 70:6 72:9
  74:10 77:11 79:16
  85:10 105:13
  106:5 196:12
  199:16 202:19
  223:8
principal 54:11
  56:15 67:18
  107:10,11 114:1
  116:2
printed 142:5
  231:20
prior 12:14,15,18
  18:2 19:6 21:12

Veritext Legal Solutions
866 299-5127

[prior - pursuant]

22:19 81:12 97:9
101:19 119:2
188:13 191:6
214:8,24 217:7
**private** 21:20 23:1
23:3
**probably** 21:3
25:9 31:9 40:17
47:14 51:16 56:19
69:2 77:11,19
89:18 91:22 93:1
95:8 98:22 101:12
116:16 119:21
122:14 124:3
144:19 146:9,25
149:7 154:19
160:3 170:14
171:17 172:25
184:21 186:21
187:14,17 189:12
190:2 193:17
196:7,14 208:22
208:25 209:4,14
217:4 218:14
224:5 225:8
234:22
**problem** 56:4 79:7
**procedures** 91:15
**proceedings** 8:9
238:9,12,15
**process** 19:24
20:21,22 35:19
42:23 47:8,22
48:1,5 51:25 52:3
52:6,9,10,13 57:23
59:8 76:12 87:20
91:15 92:10 97:11
97:22 98:15 99:3
99:4,6,7 103:5,7
123:21 128:10
143:19 154:12

163:4,7,19 165:11
170:21 171:25
**processes** 55:5
61:24 153:25
154:2,7
**produce** 15:4 22:4
176:17,18,21
**produced** 136:12
**product** 49:5
121:16 123:4,13
174:23 190:13
**production** 27:12
**products** 19:17
20:23 24:19 31:1
49:9 83:13 88:1
89:25 121:18
174:21,24 175:2
203:14 228:21
229:1,3
**professional** 17:23
18:21 40:15
**professionals** 56:1
**profile** 116:9
123:3 200:19
**profit** 205:4,7
**profitability** 72:11
72:14,24 73:19
76:5 77:7
**profitable** 90:8
109:5
**program** 19:14
37:9 42:20 67:17
72:12 115:23
194:6 204:16
**programs** 219:21
**prohibition**
131:15
**project** 27:15
161:3 174:12
**projects** 26:18
159:21 171:14

174:21 224:17
**promises** 14:4
204:18
**promote** 84:11
**promoting** 225:16
230:25
**promotion** 81:16
81:17,20 86:12
**promotional** 84:2
84:7
**properly** 216:25
**property** 27:4
126:11
**proposal** 16:8
43:19 46:18 48:20
49:2,7,8,9,9 59:23
60:5 63:12 78:17
83:7 93:4,23 94:2
200:21
**proposals** 33:3
46:21,24 47:4
48:1,2 77:14 93:9
178:13 180:4
**propose** 49:20
61:8 119:24 120:2
181:20
**proposed** 49:13
77:1 93:15 163:19
181:16,17 182:4
182:11
**proposing** 48:19
50:2 61:4 93:19
93:22
**prospect** 121:22
**prospective** 33:15
38:4 42:12,16
121:18
**prospects** 24:21
96:15 136:7
**prospectus** 126:7
127:2,5

**protected** 91:3
130:23,23
**protecting** 142:23
204:6
**protective** 143:2
**protocol** 228:14
**prove** 132:12
**provide** 12:6 22:8
24:9 26:1 33:9
40:21,22 45:24
58:11,12 66:23
67:7 76:21 79:12
79:15 100:14
114:13 128:12
131:1 132:1,20
148:5 171:1
200:18 204:17,17
207:11 208:4
**provided** 22:6
84:5 100:14 109:8
115:10 127:1
147:3 201:1 205:3
216:11 225:11
**providing** 56:25
105:13 128:16
171:3 192:5
203:25 208:5,7,9
213:1 216:15
**provision** 130:24
131:4
**public** 79:14 148:5
**purchase** 24:4
236:18
**purpose** 13:18
130:18 146:5
174:20 229:20
**purposes** 12:21
75:9 131:22
**pursuant** 7:10
15:5 28:11

Veritext Legal Solutions
866 299-5127

[pursue - reason]

**pursue** 45:22,23
108:2
**pursued** 180:9
**pursues** 200:15
**pursuit** 64:5 85:19
**purview** 94:18
95:4
**pushing** 137:21
**put** 22:8 46:11
50:25 52:3,6
59:19 60:4 62:2
63:7,11 74:5
88:21 98:7 99:1
105:22 119:18
128:14 142:10
143:3 146:1
151:16 154:4,13
186:22,24 187:12
187:14 195:1
196:17 213:6,13
225:25 227:20
234:13
**putting** 61:25
137:25
**puzzle** 50:23 51:1

**q**

**quancoin** 99:15
100:9
**quanta** 89:16
116:8 121:1
135:20,21 202:10
213:4 214:4,11
215:22,24 216:5
216:16 218:20
**quantcoin** 104:14
117:2 118:3,8
120:24 121:14
137:10,11 140:1
142:6 143:8
146:20 148:20,24
149:3,9,10,16

150:13 151:9,11
151:13 152:4,7
153:1 156:12,13
156:15 159:6,10
212:1,3,13 213:9
214:18 215:4
216:20 218:23
219:9
**quantcoin.com**
151:5
**quantcoin.com.**
150:21
**quarter** 23:9
174:25
**question** 10:24,25
11:7 13:11 20:6
28:21 54:1 56:2
58:25 68:10 70:19
104:7 108:12
131:8,12 132:4
133:3,9 136:2
158:11 165:10
169:13 197:12
202:8 220:10
235:15
**questions** 10:18,21
11:3,4,5 33:10
38:18 43:15 47:24
51:4,6,6,7 54:16
57:7,8 58:2 59:4
61:19,21 67:25
69:17 70:7,16
84:11,22,22 86:23
87:16 102:14,20
121:24 138:12
149:6 158:6 177:2
177:4 201:4,5
214:15 231:3
234:3 235:11,14
235:17,25

**quick** 8:13 64:24
104:7 185:17
**quickly** 105:19
106:15 111:23
221:15 226:8
**quit** 227:13
**quite** 37:22 38:20
48:9 50:25 159:21
160:1
**quits** 188:16
**quote** 63:8 75:9,10
98:6,7,12 114:11
116:6,10 123:4
126:3,6,20 129:11
163:10,13 164:10
164:12
**quoted** 116:12
**quoting** 82:20
96:21 115:17
163:10 164:7

**r**

**r** 89:24
**raise** 124:16 155:9
230:25
**raised** 155:13
210:9
**randy** 32:9
**rashotsky** 36:3
97:2 125:23 154:4
**rate** 71:10,17
72:16,19 77:4,13
78:5,19 80:17
82:3 94:19 95:2
184:25 205:8
**rates** 70:25 71:3,5
71:13,14,15 72:1
72:13,20 73:2,9,10
73:13,18,21 74:6
75:12,12,15,21,24
76:1,7,8,10,14,23
77:1,12,15,19,22

78:8,13 79:11,15
79:19 80:2,4,13,14
81:19,24 82:10,23
83:7
**ratio** 193:1 202:7
**reach** 38:20 46:14
55:15 56:5,14,22
93:2 132:15
133:19,25 170:7
**reached** 133:22
146:5 170:9
233:15
**reaching** 38:5
175:5
**read** 66:13 115:15
123:6 124:4 129:2
129:3,10,15
151:24 152:1
**readily** 67:19
**reading** 113:16
124:15
**real** 41:6 54:11
156:4
**realize** 198:9
**realized** 78:11
109:11 136:4
227:10
**really** 15:14 20:15
20:20 36:7 37:22
38:16 51:19 60:7
69:2 89:17 105:1
105:18 108:23
109:12,12 118:7
121:15,25 138:5
152:20 158:13
160:1 181:24
185:17 196:5,6
202:7 217:20
226:8,8 232:22,23
**reason** 53:9 64:4
70:23 77:8 90:23

Veritext Legal Solutions
866 299-5127

[reason - relevant]

107:6 108:13
129:23 130:20
143:9 145:20,24
152:9 164:6
172:12 199:1,16
**reasons**   108:7,9
111:17
**reassessment**
89:13
**rebound**   211:23
**rebounded**   211:16
**rec**   71:4
**recall**   114:1 118:7
216:10
**recalling**   116:2,2
**receive**   18:7 72:22
74:23 96:2 101:16
122:6 141:9 144:8
154:25 156:22
157:15 170:25
218:8 222:8
**received**   11:23
12:13 14:24 16:11
18:12,19 30:15
31:8 55:6 100:3
100:17,22 123:9
125:6,9 134:6
147:23 157:7,12
157:17 184:24
185:10
**receiving**   13:22
122:12
**recess**   103:18
**reciting**   121:10
**recognize**   96:7
103:22 125:17,18
141:14 144:10
151:4 162:25
168:21 207:3
**recommend**   71:11
75:11 95:11

**recommendation**
76:19,20,21 78:7
79:20 111:14
154:6,16 169:3
**recommendations**
22:8 50:13 71:4
75:17,18 77:25
94:5,8,15,17
111:22 112:1
118:1 120:16,17
139:11 179:4
180:7 181:11
**recommended**
68:22 71:6 92:17
95:13,14,17
111:11,23 115:18
116:19 180:3
183:3,14 192:25
222:6
**reconstitute**   114:5
115:23
**record**   8:5,14 9:13
12:4 62:5,7,8
66:15 75:10 81:5
96:13 103:15,17
103:19 129:12,20
150:7 152:3
156:25 162:2,4,5
163:2 177:7,9,10
227:20 236:16
238:11
**recorded**   10:20
130:1
**recording**   8:8
130:18
**records**   16:23 37:6
37:8
**red**   124:16,24
155:9,14
**redeemed**   67:19

**redemption**   67:16
174:8 199:14
202:19
**redemptions**
199:3,7 202:22
**redirected**   153:3
**redo**   99:18
**reduce**   76:10,14
76:23 111:23
116:3 175:2
**reed**   23:20
**refer**   40:17 44:13
65:9,11
**referred**   35:8 45:3
49:23 51:11 70:9
89:20
**referring**   12:22,25
44:3,5 53:19
65:17,24 81:21
97:20 99:3 114:10
123:11,23 124:1
143:15 183:19
186:10
**refinery**   27:15
**refracted**   90:7
**refresh**   29:19 66:6
**regards**   128:3
155:10 171:13
172:22 173:12
236:9
**register**   118:21
140:2,2 181:9
**registered**   205:19
205:20
**regulation**   131:2
**regulator**   107:8
**rehash**   85:7,11,13
**reinstall**   106:4,7
**related**   16:15
18:13,16 25:5,8
26:18 28:21 35:9

86:12 89:17 90:9
121:20 134:14
135:16,17,21
149:7 225:24
**relation**   18:18
**relationship**   25:2
25:23 26:4 39:13
47:18 56:19 74:7
74:12 76:3 77:6
86:16 88:12 89:7
97:22 109:20
111:19 119:2
120:3 126:14
127:21 134:5,17
139:22 149:3,9,16
182:25 183:10
184:3 209:5
213:14 227:5
228:19 233:9,12
233:18 234:10
235:1
**relationships**
39:12 70:15 85:3
87:23 102:9,25
183:22
**relative**   78:16
79:23 89:11
106:14 201:25
**relatively**   91:3
**relay**   22:5 149:5
**relayed**   107:6
**release**   85:24 86:4
86:11 174:22
228:20,25
**released**   228:14
**releases**   85:23
86:6,7
**relevant**   13:11
43:7 186:14
200:23

[rely - retained]

rely  35:13 62:2
remain  72:1 75:12
remains  123:3,12
remember  11:8
  18:6 23:10 27:23
  30:9 49:14 53:8
  53:21 56:12 60:11
  75:6 80:4 82:6
  84:15,17 85:4
  86:6 88:25 89:2,4
  90:4 94:8 96:9
  97:18,19 100:21
  106:24,25 109:19
  116:16,17 118:4,5
  119:7,10,17
  121:22 122:12
  125:25 132:21
  140:10 142:12,16
  144:13,16 146:15
  147:8,14 148:6,11
  152:25 153:2,3
  154:19 155:4,7,21
  158:14 169:22
  189:24 193:2
  198:3 211:11
  213:22 218:6,15
  219:3,12 222:10
  225:10 227:8
remind  175:5
  176:7
render  119:12
reorganized  173:2
repeat  131:12
  149:11 211:6
rephrasing  56:3
report  31:14,15,16
  31:17,23 32:2
  33:2 54:21 100:17
  100:24 131:1
  143:17

reported  1:23
  31:19,22 135:4,11
  135:15 182:15
  217:15 238:9
reporter  2:25 9:4
  10:16 17:19 112:6
  149:11 162:1
  167:6 236:18
  238:3
reporter's  238:1
reporting  99:22
  100:15 135:13
  149:5
reports  22:4 86:21
  102:2 118:16
  138:1 139:8
represent  9:18
  234:21
representative
  18:2
reproduce  129:12
  129:20
reproduced
  129:25
repurpose  85:17
request  12:5 15:5
  15:7,16 16:10,24
  51:9 61:16 62:25
  106:8 115:2,5,6
  118:14 152:5
  157:7,12,13,15,23
  158:8 163:24
  218:8 219:5
  220:16
requested  5:12,16
  33:14 37:13 101:5
  106:6 110:23
  114:21,25 118:11
  118:16 126:25
  148:4 158:21
  186:12 238:16

requesting  128:8
  157:3
requests  69:25
  70:2,3 115:12
require  175:24
required  10:18
  60:9 97:25 98:18
  123:19
requirement
  121:14 131:15
requirements
  18:11
rescinding  119:24
research  50:7
researching
  118:25
reserve  185:14
reserves  67:20
resign  142:15
  143:21
resigned  142:19
  142:20 145:5
resource  40:8
resources  39:15
  41:1,1
respect  15:13 39:9
  44:25 50:24 69:12
  134:16 136:12
  138:1 195:5 197:4
  203:7 220:15
respective  44:12
respond  229:20
responded  156:4
  218:25 219:5
response  15:19
  67:25 68:8 69:16
  120:18 134:6
  138:13 157:4
responses  10:18
  67:11,11

responsibilities
  19:11 23:3 24:17
  95:1
responsibility
  21:23 27:8 31:20
  31:22 32:25 34:25
  46:11 54:3 55:2
  58:13,19 61:2,5,9
  61:12 74:14 99:21
  105:13 180:13,18
  212:24
responsible  21:17
  42:11 46:9 48:14
  48:18 60:6,23
  62:21,23 63:8,16
  78:4 91:17,20
  212:19,20 214:14
  215:8
responsive  16:10
  16:18,24 17:3
rest  17:7 54:5
  93:20
restate  19:22
restructuring
  27:19,22 28:1
  29:4
restructurings
  26:23 27:6
result  82:8 107:12
  113:19 114:5
  116:25 128:13
  136:21 193:19
resulted  89:7
resulting  113:21
results  54:8 57:12
  57:23
retail  234:12
retain  110:13
  131:22
retained  34:11,12

**retreating** 92:12
**return** 43:23
  67:17 107:4 110:8
  116:3 199:2
  204:18
**reveal** 173:8
**revealed** 143:7
**revenue** 102:12
  108:5 116:5
  174:13 175:1
**review** 12:2 15:1
  29:21 55:8 64:24
  66:8,9 70:10 75:2
  81:3 96:4,5 97:8
  102:24 103:5,7
  112:13 113:10
  122:9 124:9
  125:10,13 128:21
  145:17 150:2
  156:22 162:22
  215:21 238:15
**reviewed** 12:12
  29:22 75:10 81:4
  96:6,6 112:15
  122:11 150:5
  162:24 220:7
  223:7 234:14
  237:4
**reviewing** 66:11
  124:8 180:23
**richard** 150:13,16
  152:13
**richard.chapman**
  150:21 151:5
**right** 14:1,13,19
  27:4 33:11 42:2
  44:17 58:2 63:17
  64:22 73:12 74:2
  88:6 101:24
  106:19 112:8
  120:12 121:10

122:19 127:10
136:6 140:7
147:14 170:23
171:24 172:4,9
173:17 176:8
177:13 178:9,18
178:21,25 179:9
179:12,17,21
180:1,7,10,15,20
180:23 181:1
182:3,5,16 183:9
183:17 184:4,7,15
184:18,19 185:14
186:3 188:2,6,19
189:4,8 190:8,11
190:20,23 191:11
191:21 192:16
193:25 194:3,9,14
194:17 195:13
196:1,5 198:1,19
199:21,24 200:4
200:12 201:13,18
203:14,22 204:1,4
204:7,16,20,23
205:4,8,12,15,24
206:2,3,4,9,10,12
206:15,17,21
207:15,25 208:4,8
208:9,10,12 209:7
209:9,19 210:16
210:21 211:9,11
211:24 212:4,13
212:16,21 213:2
214:6,15,15,16,19
215:13,16 216:11
216:16,25 217:9
217:15 218:6
219:10,13,23
220:2,9,24 221:20
221:24 222:3,16
222:19,25 223:20

224:1,19,21,24
225:3,7,17,22
226:5 228:4,18,24
229:6,21,24 230:3
230:7,11,15 231:6
231:11,17 234:15
236:3
**rights** 220:11
**ripple** 66:17,20
  68:8,13,25 69:8
  88:5,9
**rise** 110:8 196:11
**risk** 20:15 43:14
  43:17,21,24 45:7
  71:20 73:8,11
  77:21 79:25 80:11
  91:18 94:16,21,25
  95:2,3,7 105:9
  110:17 111:6
  115:18 121:12
  122:25 123:1,2,3
  127:14,19 164:12
  164:15,20 175:8
  175:18,20 190:24
  195:15,15 200:19
  201:22 203:5,7,10
**risks** 116:18
  120:17
**risky** 193:25
**road** 4:4 48:18
  124:21 175:9
**role** 30:22 32:22
  32:24 70:24 79:9
  79:12,16 83:12,14
  86:15 95:1 97:15
  161:13 178:11,23
  179:7,25
**roll** 187:23
**rolling** 109:7
  187:20

**room** 14:5
**roughly** 23:10
  105:15 106:12
  234:21
**routed** 70:17,17
  70:19
**routine** 217:8
**rules** 9:19
**run** 43:5,8 54:17
  61:24 90:1,8
**ryan** 126:6,25

**s**

**s** 181:22
**s.r.** 69:20
**sabrina** 100:14
**safeguard** 154:8
**safer** 160:17
**salary** 30:14
  209:19 227:14,14
**sale** 28:3,4,6,8,9
  28:11,12
**sales** 28:23 37:14
  37:16,19 41:24
  73:18 81:10 83:17
  96:14 139:24,24
**salespeople** 41:18
**sally** 92:8,12
  218:15
**salt** 19:7,8,20 20:1
  20:11 21:12 23:12
  23:13 217:7
**salt's** 19:18
**san** 47:9
**sanctions** 18:12
**sarachek** 4:12 9:2
  9:3
**sarson** 24:14,15,22
  25:3,6,23 26:3,7
  26:14,15,18 47:5
  51:5 89:9,21
  95:13 98:16

[sarson - sent]

100:13 148:12,18
161:4,13,16,20
171:3,9,13,13,20
172:12,21 176:3
176:16,18,19,21
205:10,11,17,17
205:20,24 206:11
206:16 207:10,14
207:16,22,24
208:3,20,21,24
209:3,6,8,21,24
210:2
**sarson's** 104:13
176:22
**sarsons** 175:16
**sat** 41:21 235:20
**save** 16:2,4 98:12
**saved** 16:1 146:25
**saw** 209:18
**saying** 107:1
110:24 166:21
187:11 195:23
208:12 213:8
214:18 215:12,18
219:8 220:1 221:3
221:5,9 229:5,17
229:23 230:2
**says** 54:23 67:15
69:19 81:14 96:21
96:22 97:3 113:17
122:23 123:11,24
126:4 129:10
130:24 131:25
132:5 150:13,20
155:15 196:17
207:9 208:3,15
**scale** 24:3
**scam** 219:6
**scapegoat** 143:8
**schatt** 16:12 30:16
31:14,15,16 32:2

68:25 78:23 97:11
118:12 157:1,2,25
234:24 235:4
**schatt's** 170:19
234:14
**school** 17:13,17,21
17:21
**scott** 153:21,23
155:21 156:2,6,8
156:14 219:1
**scottfoster** 155:10
**scratch** 78:3
**screen** 80:19
206:23 213:19
**scroll** 207:6
**search** 15:10 16:9
17:1
**searched** 37:22
**searching** 15:14
**sec** 132:22 134:21
135:2,5 222:22,25
223:2,13,23
224:14 225:7,9,13
225:21,24
**sec's** 223:15
**second** 10:2 29:13
29:19 50:20 54:8
64:24 66:8 70:10
71:24 73:7 78:12
80:22 113:17
127:10 145:10
150:18,19,20
163:23 171:19
174:25 175:10
206:19 211:15
213:8 216:1
224:11 227:18
**seconds** 104:3
**secret** 132:9
**section** 28:2 58:18
58:22 59:9,15

60:16,17 129:6,15
130:13,15
**secured** 226:22
**securitization**
21:10 101:10
121:21 124:3,9,16
223:7
**security** 46:3 55:5
57:12,15,22 58:3,6
58:15 68:16 70:16
70:18 126:19
**see** 10:6 11:21
17:9 19:1,5 21:12
22:12 23:7 25:23
29:7 32:3,14
33:18 36:20 37:5
37:23 38:23 40:11
47:3 49:4 53:5
57:11 58:9 65:16
67:9 68:8 69:13
74:1,10 80:8,18
81:8 86:22 89:4
91:9 92:19 94:21
94:23 97:4 98:3
99:11,24 101:18
110:18 124:23
127:13 128:17
140:25 141:11
144:20 145:15,18
149:25 150:13,15
150:22 151:24
153:18 155:15
157:4 158:15,24
160:16 162:25
166:25 203:17
207:7,12 208:13
208:18 227:25
230:1 231:22
**seeing** 155:8
**seek** 130:12

**seeking** 130:11
143:1
**seen** 53:6 64:19
75:4 112:16,17
146:13
**segments** 27:1
**segregated** 37:3
219:22
**select** 19:20
**selected** 231:14
**selecting** 19:25
**self** 198:12
**sell** 19:17 20:23
21:7 26:11 31:1
39:6 49:19 105:6
110:12 126:24
171:21,23 172:4,9
195:24 199:14
**selling** 21:11 29:5
94:13 124:12
172:6 203:13
**send** 21:4 70:13
89:23 145:21
157:8 166:20
184:22 231:7
**sending** 48:20
75:6 87:20 125:25
126:23,24 127:18
154:1 155:4
164:21 184:23
231:8
**sends** 60:24
**senior** 56:16 69:20
69:21 97:16
**sense** 50:24 62:19
71:18 123:14
**sent** 11:25 14:25
15:7,16 16:7
30:10 49:2 53:10
58:8 82:19 98:1
113:10 136:7

Veritext Legal Solutions
866 299-5127

[sent - soon]

139:16 140:10
144:16,20 145:1
146:8 147:11,14
147:23 148:2,6,8
148:17 153:22
155:21 157:8,12
165:16 166:13
167:14,15 186:12
188:12 189:1
212:12,13,23
223:7
**separate** 38:25
39:25 40:2,5 41:3
219:22 221:6,12
221:13 224:15,18
**separately** 39:4
**separation** 224:6
**september** 6:13
78:2,5,9,21 79:2
79:10 81:15,16
82:6,9 83:10
84:16 86:12 92:14
142:13 227:22
228:10 231:5
**series** 18:4,4,4
168:7
**serve** 6:3
**server** 151:11
**servers** 15:24
231:5
**serves** 30:13
**services** 26:1
208:17
**set** 40:6 60:10 71:3
71:25 73:21 77:19
78:8,19 95:2
102:2 157:11
159:4 163:11,25
164:3 165:23
167:1 175:7
193:20 238:8

**setting** 9:24 70:25
72:13 77:12 78:4
79:10,15 81:24
**seven** 168:25
191:7 224:1
226:12 232:23
**severance** 227:12
227:16,19
**share** 15:19 39:15
40:25 59:22,25
206:23 213:19
**shared** 39:17 40:8
41:4,15
**shares** 167:24
168:8
**sheet** 26:12 37:2
47:23 105:23
113:25 174:11
**sheets** 37:15,23
48:24 50:9
**shop** 87:19 198:17
**shops** 198:18
**short** 80:16 106:13
113:21 183:15,17
228:16,24
**shorthand** 2:24
238:3
**shortly** 80:20
87:19
**should've** 137:8
**show** 143:10
**showed** 139:11
**shut** 222:14 229:6
**sic** 136:13 227:22
**side** 35:1,4 45:13
45:14 122:24
167:17 183:14
**sigh** 209:2
**sign** 46:3,5 85:23
86:1,4 129:2
154:14 164:18

170:3 233:23
**signature** 29:23,24
69:19 128:25
170:1,4,5 238:22
**signatures** 45:23
**signed** 26:9 70:1
91:25 99:19 129:3
167:22 210:7
213:4 214:13
215:12
**significant** 106:13
115:18,24 116:19
153:9 175:13
190:11 210:9
221:22
**significantly**
192:19 202:16
**signing** 95:5
**signs** 120:6
**similar** 135:22
**simple** 22:10
124:25
**simply** 143:3
**simultaneous**
113:24
**singapore** 139:23
**single** 13:18 18:10
100:25 113:18
114:9 146:16
179:20,24 231:12
232:16
**singular** 203:15
**sister** 17:13
**sitting** 72:16 76:18
100:10 107:17
193:17
**situation** 31:25
34:10 73:1 87:21
89:13 93:8 116:5
134:15 135:24
136:4,4,8,13,17,18

137:3,9,12 140:10
209:16
**situations** 43:7
102:18
**six** 108:25 191:7
192:10,10 230:1
230:13
**sizable** 153:12
**size** 198:3 201:25
**skip** 52:23
**slack** 139:18
**slash** 152:24 153:1
153:2
**slide** 154:10
**slightly** 77:10,13
**small** 23:21 49:14
89:22,22 198:3
**smaller** 198:2
**smart** 192:20
193:19
**software** 36:21
40:7,10 43:6,6
54:21 59:12 61:25
**sold** 184:2
**solicit** 225:21
226:7
**solicitation** 6:6
126:23
**soliciting** 128:8
225:15
**solution** 209:15
**solutions** 8:7
**solved** 201:5
**solvency** 23:4
137:21 138:13
**somewhat** 9:23
74:1
**song** 32:9
**soon** 74:21 134:17
173:1 222:7

Veritext Legal Solutions
866 299-5127

[sooner - strategies]

**sooner** 174:23
**sorry** 11:9 17:20
19:21 22:22 23:2
25:3 26:13,15
31:3 33:24 34:5
41:5,18 43:6
48:22 51:24 52:8
52:12,16,18 55:12
56:1 59:9 63:13
63:18 64:15 67:7
76:13 78:3 79:6,8
80:22,24 82:2
84:17 85:13 88:7
94:21,23,24 96:19
97:2 99:13 101:2
101:3 104:5
106:18,19 108:11
109:14 110:21
112:11,23,24
113:3 118:17
119:17,20 121:6
121:17 122:19
124:8 126:16
131:12 133:6,21
135:10 140:19
141:12 144:2
145:9 147:24
149:11 155:2
158:3,3 159:8
161:9 162:14
164:1 165:21
167:8,12 169:10
170:19 171:8
172:5 173:15
176:7,20 177:17
185:18 186:7,11
190:1 195:20
197:18 198:2,9,15
202:3 206:19
211:5,12 219:14
236:7

**sort** 13:22,23 16:4
17:1 19:19,23
24:5,12 27:10
29:7 33:12 34:24
35:18 37:3 47:17
56:15 57:14 58:4
58:17 59:13,22
60:8 76:12 87:7
90:7 93:23 98:20
101:7,17 104:25
111:16 124:23
134:16 138:17
140:12 154:15
161:5 170:25
171:9 183:1
200:25 224:6,7
225:25
**sorts** 59:4 102:18
**sound** 108:8
**soup** 98:23
**source** 17:2 106:5
116:4
**sources** 79:14
**south** 3:5
**sovereign** 123:2
**spam** 141:19
**sparked** 82:7
**speak** 10:8,9 12:5
13:9 54:7,8,13
61:20 162:13,14
201:19
**speakers** 197:24
**speaking** 46:5
123:18 197:24
**special** 39:11
**specific** 17:20 19:2
21:8,22 27:21
32:6,24 45:23
46:16 49:12 64:2
64:6,7 65:18
81:12 92:10 95:12

99:5 108:14 111:3
120:5,11 127:13
153:25 172:21
228:19
**specifically** 11:6
27:5 66:25 70:9
73:24 83:14 114:1
115:3 116:7
118:14 144:17
168:9,14 210:18
**specificity** 15:8
**specifics** 233:8
**specify** 34:5
106:19
**spell** 9:12
**spelled** 9:15
**spin** 39:24
**spoke** 13:7 54:15
135:21
**spot** 90:20
**spread** 187:22
196:25 197:9
**spreadsheet** 6:22
49:22
**stable** 82:21
**stablecoin** 75:15
86:8
**stacks** 85:3
**stage** 102:22
**standard** 126:19
**standing** 43:3
**stands** 106:12
131:18
**start** 25:1 37:11
113:13 124:11
149:13,17 170:10
**started** 25:4,9 27:3
30:2 33:23 68:25
69:3 124:11
128:10 212:6,8
214:8 215:25

**starting** 76:9 86:2
112:19 113:17
115:15 120:3
121:21 194:15,24
**starts** 106:10
110:8
**startup** 21:20
**state** 2:25 9:12
226:20 232:10
238:4
**stated** 186:15,16
**statement** 54:10
59:16 60:19 61:7
163:15 165:4
230:5,9,13
**statements** 54:9
100:22 102:19
200:25 219:15
221:17
**states** 1:1 2:1 8:24
214:10 215:3
222:5
**steering** 138:16
**stenographically**
238:9
**step** 76:12
**steps** 42:15 100:2
100:7
**stick** 224:7
**stole** 219:19
**stop** 90:21,22
193:20
**stored** 14:10
**strategic** 111:10
**strategies** 24:20
43:16 70:4 94:11
94:14 111:18
175:15,25 199:4
204:3 207:18,22
208:1,6

Veritext Legal Solutions
866 299-5127

[strategy - talked]

**strategy** 50:21
51:8 57:10 68:5
85:6 105:4,9
107:22 108:2,8,10
108:14,14,16,19
108:20 109:18,21
110:19,23 111:3,7
111:9,12,14,16
115:18,19 116:7
116:10,18,25
117:4,5,9,13,18,21
117:24 120:8,9,11
120:12,18,22
121:3 128:2
143:14 175:19,23
182:13,18 185:25
189:8 200:16,24
203:7,14,16,16
204:25 207:5
208:8 211:19
**streamline** 226:9
**streams** 174:13
**street** 3:5,9,14
**strike** 113:22
**structure** 35:14
49:6 50:12,16
54:15 61:22 67:2
68:6,9,15,16 72:5
91:17 164:7,11
207:17
**structured** 40:1
69:12
**structures** 72:3
88:18 207:19,20
**structuring** 27:2
35:12 38:18 70:20
123:4,12,19
**stuff** 16:8 24:12
33:12 39:23 67:24
98:21 154:15
159:18 200:25

201:22
**sub** 130:14,15
**subfunds** 205:23
**submitted** 143:5
177:18 181:24
219:15 226:19
233:5
**submitting** 219:12
**subpoena** 6:3
**subscribed** 238:18
**subsection** 59:9
129:10
**subsections** 61:15
**subsequently**
157:24
**subsidiary** 38:25
**substantial** 174:2
**subtracting** 92:11
**successful** 77:5,15
77:17,23
**sufficient** 95:7
143:10 180:20
**suggest** 216:15
**suggested** 77:20
**suggestion** 163:4,9
196:17 203:11
**suggestions** 163:6
175:6
**suite** 59:2 83:17
123:22
**summarize** 60:15
129:13,21 150:7
156:25
**summarized** 130:1
**summary** 68:19
101:13 223:9
**summer** 25:9 46:7
51:22 77:18,23
106:10 154:4
227:9

**supercedes** 131:15
**support** 7:9
168:24 170:11
173:14,16 177:18
**supports** 207:22
**supposed** 129:19
131:11 151:8,10
**sure** 9:20,21 13:11
22:6 28:24 35:9
35:11 36:19 42:9
42:18 43:1,6,8,11
44:14,23 47:16
50:23 54:8,11,14
58:13 61:23 62:4
66:10 69:18 72:6
73:20 74:8 89:9
95:6,9,20 108:17
110:1 111:4 113:8
116:17 121:11
122:14 126:1
130:22 134:2,21
136:11 142:6,7,19
143:9 146:10
147:13,18 152:23
153:5 169:7
170:23 180:18
184:16 185:19
190:25 197:5
204:23 206:14
212:20,25 216:24
227:19
**surface** 137:11
**suspect** 130:21
**suspected** 130:19
**suspicions** 156:14
**sustainable** 80:9
**swap** 184:18,19,20
190:14,16,19,22
192:10 195:6,12
195:16,16 199:9
199:16

**swaps** 183:23
191:23 195:9
203:1 210:16
211:20 221:23
230:15
**switch** 82:12
185:17
**sworn** 9:8 219:15
238:6
**symbiotic** 108:19
109:19
**symbol** 89:24
**synthesized** 63:10
**system** 54:19

**t**

**t** 89:24 171:21
176:4
**take** 10:23 11:12
27:18 42:16 64:24
66:8 71:24 73:7
73:11 96:4 100:2
100:7 103:11,11
105:4 117:17,18
117:23 128:20
135:19 161:23
173:23 176:24
187:21 194:4,23
195:17 196:3
200:18 203:17
**taken** 2:23 103:18
237:5 238:7,12
**takeout** 141:21
146:12 231:18
**talk** 54:10 62:14
104:1 148:14
174:21 199:17
201:21 205:10
208:20 212:1
223:16 233:1
**talked** 91:23 104:2
104:2 114:8 196:9

Page 43

[talked - third]

| | | | |
|---|---|---|---|
| 197:10 218:2 | 214:24 | 83:2 87:12 88:8 | 134:11,14 137:12 |
| 227:3 228:3 233:4 | **teams** 23:1 37:19 | 102:24 107:19 | 154:9 163:21 |
| **talking** 95:1 | 39:19 44:12 46:2 | 109:24 118:24,25 | **think** 17:24 23:9 |
| 147:20,21,25 | 46:14 56:12 | 121:12 137:6 | 30:4,11 41:3,7 |
| 148:14,15 191:25 | **technical** 26:1 | 147:10 154:7 | 42:6 43:23 52:19 |
| 194:10 198:6 | **technically** 17:24 | 175:4 | 56:20 61:2,9 63:7 |
| 213:22 | 25:19,21 26:9 | **testified** 179:14 | 64:10 66:25 67:8 |
| **tangible** 24:12 | 31:8,21 40:2,16,19 | 180:12 186:2 | 69:14,15 70:16 |
| **tap** 35:10 171:21 | 41:25 44:18 46:5 | 192:15 194:16 | 76:16,24 77:8,15 |
| 171:23 172:6 | 49:25 59:20 | 201:12 212:18 | 78:17,18 79:19,21 |
| **tape** 118:16,18,19 | 105:25 217:13 | 214:4 216:19,23 | 80:13 87:8 89:10 |
| 118:20 | **technician** 8:7 | 222:21 225:14 | 90:9 92:11 94:1 |
| **tapped** 107:9 | **technology** 26:2 | **testifies** 9:8 | 94:10 100:19 |
| 182:23 | 41:2 54:2,23 | **testify** 186:5 | 102:10 103:10,11 |
| **target** 150:9 | 60:16 | **testifying** 9:25 | 105:1 106:11 |
| **targets** 38:9 | **telegram** 157:16 | **testimony** 10:3,11 | 108:7 109:4 |
| 145:25 146:1 | 157:23 158:7,13 | 11:13,14,15,24 | 110:22 112:5,6 |
| **tasked** 178:24 | 158:14 159:16,18 | 13:20,23 178:16 | 118:2,4 121:6 |
| 179:8 | 159:22 160:1,7 | 237:7 238:8,11 | 124:1 126:22 |
| **tasks** 22:10 | 217:22 218:8 | **tethered** 204:6 | 128:13 132:21 |
| **tax** 21:23 | 232:2,6,13 | **texas** 3:10 | 134:18 136:8 |
| **tcr** 223:4 | **tell** 140:17,21 | **text** 232:8,12 | 137:3,8,14 140:1 |
| **team** 21:18,25 | 168:9 201:16 | **thank** 9:4 14:22 | 141:6,20 144:1 |
| 22:14 24:24 30:8 | 234:9 | 112:7 122:23 | 147:5 152:20 |
| 30:11,17 33:8,17 | **telling** 136:12 | 125:8 127:12 | 153:7 155:16 |
| 35:2,10,16 36:2,3 | 142:8 228:22 | 165:6 177:6 | 162:18 165:3,13 |
| 36:4,14,24 37:14 | **template** 48:1,2,19 | 235:12 236:3,6,13 | 168:13 173:6,7,14 |
| 38:9,12 40:22 | 51:17,18 | **thankfully** 91:1 | 181:4 183:11 |
| 43:16 44:21,24 | **ten** 49:17 138:25 | **thanks** 128:20 | 186:14 189:13,20 |
| 45:2,6,21 46:3,8 | 139:1,2 152:8 | **theft** 220:1,3,5 | 191:1 193:19 |
| 54:7 56:18 58:15 | 191:9 | 230:10 | 195:7,9 196:14 |
| 58:23 59:1,6 | **tender** 236:4 | **thing** 24:2 36:23 | 197:7 198:4 |
| 66:17 68:8,13,25 | **tenure** 51:23,23 | 38:6 41:5,6 54:12 | 199:18 200:1 |
| 69:8 70:9,18 | 53:22 92:20 180:5 | 57:17 58:17 71:24 | 209:23 211:14 |
| 71:11 77:21 79:3 | 224:14 | 109:22 124:18 | 212:5 213:12,14 |
| 81:10 88:12,17 | **term** 56:20 182:2 | 154:11 174:3 | 214:8 215:1,2,9,10 |
| 114:23 122:25 | 228:16,24 | 191:22 195:20,23 | 220:3 221:17 |
| 123:4,12,14,22 | **terminology** | 227:17 236:8 | 227:9 235:2 |
| 128:11 146:4 | 207:20 | **things** 16:21 57:1 | **thinking** 19:1 |
| 152:22 154:5 | **terms** 50:8 74:2 | 86:25 108:4 121:1 | **third** 10:6 57:15 |
| 187:10 213:17 | 76:2 77:5 79:18 | 130:21 134:7,10 | 70:7 72:18 104:15 |

Veritext Legal Solutions
866 299-5127

[third - transaction]

115:15 174:25
207:10
**thought**  22:9 36:8
43:22 53:21 57:19
57:24 63:13 69:9
71:13 81:1 88:2
88:19 124:18
131:20 140:16
148:20 156:8,12
158:12 160:9
170:17,21,22
192:16,19,21,23
193:6,9,13,24
212:13 219:1
222:14
**thousand**  49:15
**thousands**  151:15
153:10 190:6
**thread**  66:19
67:12 122:13,17
153:18 158:1
**threads**  232:6
**three**  14:20 18:5
34:21 38:15,22
41:17,18 43:20
47:12 48:25 49:16
55:21 64:4 94:11
94:12 101:12
104:10,12,14
164:16 169:24
189:25 192:22
225:8 230:5
**threshold**  198:23
199:6
**thumb**  133:16
**tidbits**  97:24
**tie**  37:14
**time**  8:5 25:11
30:5 44:16 51:21
52:4 60:1 62:6,9
62:22 78:14,21

79:2,11,20 80:6
92:2,7 98:22
99:14 103:17,20
105:25 106:5,9,16
106:18,22 107:2
107:14,25 109:7
110:2 111:7,8
117:25 118:9
121:1,4 123:9
124:15 127:18
131:13 133:7
137:1,9,10,14
138:2,10,22
142:14 146:2,11
152:16 153:8
157:18 158:17
162:3,6 163:25
164:3 165:8
174:16 175:18
177:8,11 178:21
179:19 180:25
181:3,5,13,19
182:14 186:14
189:19 190:3
191:12 192:10,10
192:17,19 195:13
195:17,19 196:2
199:7 200:10
202:12 212:15
213:15 214:12
215:5 218:3,18,22
219:7 220:13
224:4,12,20,23
225:1,12,25
228:10 232:22
235:21 236:16
238:7,12
**timeline**  46:25
142:17
**times**  28:10 33:14
38:15,22 39:18

102:17 108:25
189:25 191:2,7,9
192:22 201:17
225:9
**timing**  62:20
**title**  30:24 34:9,11
34:12 36:7
**titles**  33:18
**today**  11:14 12:6,6
12:22,25 13:5,24
14:6,9,12 21:9
37:25 106:12
110:12 123:7
160:19,23,24
165:12 178:16
182:13 194:10
219:16 231:10
233:2 236:1
**today's**  8:5 11:24
12:11 117:24
236:15
**token**  89:22 90:5
172:2,4 206:4
228:13
**tokens**  171:21,22
171:23 228:12
**told**  39:9 158:9
159:3 160:10
171:5,5
**top**  26:12 40:1
41:10 56:12 66:19
75:8 84:17 89:18
106:25 125:20
142:4 147:8
150:19 193:18
**topic**  81:13
**topics**  235:24
**total**  89:2 127:8,9
175:8 189:19
198:4

**totally**  168:3
**touch**  25:13
**tournament**  86:9
**track**  67:8
**trade**  23:22 89:10
90:13 119:18,20
132:8 183:14
191:3 192:25
193:6,8 195:15
196:8,9,20 197:3,8
197:9,23,25 198:1
198:6,19,21 199:8
199:15
**traded**  49:5 90:17
197:1,16
**tradeoff**  116:1
**trades**  49:12 89:4
182:24 183:2
184:4,6 186:5,24
189:14 193:19
197:1 198:4
**trading**  47:9 89:17
94:14 139:22
159:19 182:13,21
182:22 192:17
196:10,13 198:7,9
199:1,2,20,23
205:6 208:12
211:19
**traditional**  71:21
**transact**  201:20
**transaction**  23:5
24:1,4,6 66:24
88:24 109:13
154:13 164:5,19
167:21 183:18
184:17,19 185:7
193:11 195:12
201:9,23 215:25
216:1 219:10
220:12

Veritext Legal Solutions
866 299-5127

[transactions - ultimately]

transactions
104:10,21,24
188:15 197:11
199:9 200:3,7,7,8
200:19 201:10,16
212:9 220:8
transcribed
238:10
transcribing   10:11
10:16
transcript   237:5
238:14,16
transcrpt   236:19
transfer   153:8
154:11,14,17,18
156:15 157:16
158:10,20,25
159:6,11,14,24
160:5 163:12,13
163:17,18 164:2
164:23 165:8,18
165:24 166:1,6,14
166:15 167:12,25
218:3 219:8
220:16,19,21,23
230:6
transferred
157:13 160:10
218:4 221:4
transferring   142:1
153:6 166:16
167:2
transfers   154:8
156:11 157:20
163:11
transition   16:13
translates   193:14
translating   110:6
transmitted
153:11 158:11

transmitting
152:7
transpired   100:20
121:9 142:24
transportation
27:13
trash   141:19
travis   3:9 41:24
treat   39:10
triangulate   71:16
tried   82:5 101:19
101:20 158:15
234:22
true   61:10 87:1,3
98:13 100:12
103:3 109:2
165:13 229:13
237:8 238:11
trust   153:15,20
156:4,10,10
218:25 219:5
trust.com   153:19
trustee   3:13 7:13
8:24 169:1
trustee's   234:3
trustees   3:12
trusttoken   125:22
126:2 128:10
139:19
try   10:8 21:6
49:24 50:25 60:18
72:1 76:14 77:21
100:7 101:1 102:5
122:16 150:12
174:12 175:4
226:12
trying   50:15 69:5
71:23 74:11 76:3
137:18 147:5
158:8 172:3,9
189:10 203:24

204:12 226:6
ts   223:4
tuesday   1:13 2:23
8:1 155:17
turned   100:11
121:5,9
turning   211:5
twitter   85:25
two   14:20 16:11
23:9 26:7 27:15
27:25 28:22 30:14
32:5,11 34:21
36:2 38:15,22
39:14,25 40:20,24
41:17,24 44:16
47:7 49:16 55:21
71:18 72:25 74:1
74:8 85:10 86:10
87:22 89:10 90:24
94:12 95:15,16,21
101:9 104:10,14
110:14 116:11,14
119:18,19 120:25
121:25 124:20
134:17 137:25
141:23 143:22
149:6 153:1 154:9
154:13 163:21
164:16 169:24
171:16 182:24
183:2 188:11,15
198:4,16 201:3
205:23 219:13,15
219:16 222:1
224:6 225:8
227:14 229:1
twofold   110:15
type   27:12 29:3
35:11 43:21 49:15
54:1 72:3,5 97:21
105:5 169:3,5

184:17
types   18:22 23:5
26:2 28:20 47:7
88:18 111:18
117:8 199:11
201:23
typewriting
238:10
typical   70:1
102:15
typically   42:23
43:20 45:20 55:20
56:24 57:6 59:21
61:18 70:11 71:19
71:20,22,25 88:11
93:5,10 102:19
124:22 149:5
201:2 203:18

**u**

u   9:16 89:24 167:7
167:7 196:15
u.s.   3:12,13 234:3
u.s.c.   7:11
uh   10:19 15:23
48:13 53:14 58:25
60:21 62:18 73:16
74:3 82:25 83:11
84:20 86:14 111:4
118:13 123:5
145:7 155:18
157:6,21 160:15
186:4 200:13
217:24
ultimate   22:17,17
121:12
ultimately   25:14
61:9 63:4 90:23
92:13 105:18
109:5,10 121:8
130:22 137:17
184:11 226:22

Veritext Legal Solutions
866 299-5127

[ultimately - videoconference]

| | | | |
|---|---|---|---|
| 228:14 | **understood** 11:9 | **upgrade** 8:21 | **vanessa's** 67:25 |
| **unable** 138:8 | 12:24 14:17 36:7 | **uphold** 234:6,11 | **variety** 200:11 |
| 222:7 | 57:3 111:2 177:6 | 234:21,25 | 204:3 |
| **unanimous** 93:11 | 199:6 | **uphold's** 234:9 | **various** 6:11,18 |
| 93:14 | **underwater** 27:4 | 235:4 | 7:3,4,7 157:9 |
| **unaudited** 61:21 | **underwrite** 31:1 | **upload** 11:18 | 192:6 |
| 100:5 | 64:5 | 151:19 | **vehicle** 91:24 |
| **uncollateralized** | **underwriting** | **uploaded** 150:25 | 123:20 |
| 226:22 | 20:18 60:11 62:17 | 151:10 | **vendor** 59:8,14 |
| **undergo** 172:13 | 63:6 64:3 65:19 | **upside** 105:9 | 61:25 |
| 172:22 173:4,13 | 99:2,5 | 106:14 108:18 | **vendors** 59:10 |
| **undergoing** | **underwritings** | 110:10,17 176:1 | 97:21 |
| 104:18 | 34:21 | 196:25 | **ventures** 116:8 |
| **undergrad** 17:10 | **underwritten** | **usage** 67:16 | 117:2 174:5 183:4 |
| **undergraduate** | 101:12 | **usd** 75:15 81:19 | **venue** 234:12 |
| 17:12 | **underwrote** 60:14 | 82:3 | **venues** 115:12 |
| **underneath** | **unfortunately** | **usdoj.com** 3:16 | 196:12 |
| 205:23 | 97:9 | **use** 16:14 19:20 | **verbal** 10:18,20 |
| **underperformed** | **unique** 88:3 | 57:1 71:19 107:22 | 164:4 |
| 90:6 | **united** 1:1 2:1 8:24 | 110:16 159:16 | **verification** 102:3 |
| **underpriced** 78:16 | **units** 110:9 | 160:1,4,5,7 182:7 | **verify** 22:13 53:25 |
| 79:23 | **universal** 228:14 | 186:3 189:1 | 55:15 56:6,23 |
| **understand** 33:16 | **university** 17:13 | 200:11 210:14 | 57:2 60:25 61:12 |
| 62:11 86:25 | 17:14,15,17 | **user** 190:10 | 100:2,8,18 101:21 |
| 129:18 162:8 | **unpack** 185:1 | **uses** 59:11 | 102:5,25 |
| 172:17 173:17 | 189:16 194:9 | **v** | **veritext** 8:7 |
| 182:14 188:8 | 203:9 220:6 | **valuation** 21:23 | **versed** 28:24 |
| 192:4 193:4 | **unquote** 63:8 | 22:1,17 24:10 | **version** 113:11 |
| 204:15 211:2 | 114:11 | 27:9 28:11 102:4 | **versus** 52:1 152:19 |
| 216:21 221:2 | **unwound** 171:17 | **valuations** 22:14 | 153:20 202:5 |
| 225:12 226:11 | **upbtc** 75:13 | 23:4 28:8 29:3 | **vice** 21:16 30:4 |
| 228:22 229:2 | **upcoming** 177:16 | 36:21 | 33:19 |
| 235:21 | 199:7 | **value** 24:11 36:25 | **victims** 219:6 |
| **understanding** | **update** 122:24 | 37:1 67:18 90:19 | **video** 8:7,10,10 |
| 19:21 36:16 50:21 | 201:15 | 90:20 110:2 | 10:20 14:16 |
| 95:7,10 99:17 | **updated** 113:11 | 126:12 184:24 | 227:22 228:2,8 |
| 149:18 165:16 | 118:15 | 185:13 202:14 | 229:10,12,15 |
| 207:18 212:7 | **updates** 86:22 | 225:2 | 230:17,21,24 |
| 220:17 224:4 | 87:20 115:10 | **valued** 105:25 | **videoconference** |
| 229:2 235:7 | 225:11 | **vanessa** 67:14 | 1:14 2:23 3:2 8:2 |
| | | 69:15,20 | 8:9 |

Veritext Legal Solutions
866 299-5127

[videographer - work]

**videographer** 4:8
8:4 9:4 62:5,8
103:16,19 162:2,5
177:7,10 236:14
**videos** 229:20
**videotaped** 1:11
2:22
**view** 23:6 42:22
79:18 181:10
**viewed** 39:5
**violating** 163:19
163:23
**violation** 130:19
**violations** 131:1
**virtual** 203:25
204:17,18 205:3
209:24 212:23
218:4 220:23
221:4
**vis** 161:20,20
**visa** 228:19
**visit** 30:7
**volatile** 202:13,14
202:16
**volatility** 90:15
**vote** 93:24 181:21
182:8,10 195:4
201:6 213:1,3,6,13
214:22
**voted** 179:21,25
180:10 181:14
192:13 194:2,8
224:23
**votes** 94:1
**voting** 179:11
**vp** 22:4 56:16 87:7

**w**

**waddell** 23:20
**wages** 39:23
**wait** 10:25 102:2
102:18 138:14,14

141:12 166:23,23
**waited** 25:13
**waiting** 68:7
**walk** 42:15
**wallet** 38:2 160:5
166:19,22 167:15
168:1 221:3,5
**wallets** 166:17
202:2,4 218:11
**want** 9:19 31:25
33:9 40:14 41:14
42:8 46:6 51:20
54:10 56:9 58:7
61:23 62:16 63:19
89:1 102:5 103:11
113:8 125:13
128:17 142:17
145:21 147:8
163:11 164:21
166:14 168:11
172:12,15,25
173:4 177:3,4
182:12 186:20
195:25 206:14
212:1 213:19
226:10,10 236:18
**wanted** 30:6,7
45:22,23 49:19
62:19 66:25 68:9
68:11,15,19 72:5
76:10,17 77:9,12
130:22 134:2,4
136:11 142:25
143:9 150:9 157:2
164:7,10 168:12
213:14
**warehouse** 21:10
**way** 21:4,6 39:5
46:16 51:2,3 63:5
73:13 76:6 93:5
117:14,18 136:25

140:15 142:18
153:21 160:17
173:12 174:1,15
176:6 179:14
198:8 202:8 203:6
209:23 226:9
231:25 235:2
**ways** 20:22 21:9
71:18
**we've** 99:2 146:13
182:13 194:10
197:10 216:8
**weak** 105:23
**weather** 85:6
116:7 117:4,5,9,13
117:18,20,24
**wechats** 232:13
**week** 30:13,14
38:15 227:14
**week's** 227:15
**weekly** 116:9
201:17
**weeks** 38:21,21
143:22 174:7
178:22 227:14
**weighed** 226:2
**weighted** 116:3
**went** 17:12 34:10
103:5 169:22
181:20 188:18
192:9 211:14,23
214:13 219:2
222:21,25 227:6
**whatnot** 62:1
**whatsapps** 232:13
**whatsoever**
216:20
**wheeler** 35:13
92:8 98:11 222:2
**whereof** 238:18

**whoever's** 159:9
**widened** 136:21
**wife** 162:14
226:14
**willing** 59:22,24
227:4
**wilmington** 3:15
4:4
**wilson** 3:9
**wind** 222:6 230:3
**wins** 175:17
**wiped** 105:20
190:23
**wire** 153:9
**wise** 29:11
**wish** 235:24
**withdraw** 72:4
179:22
**witness** 5:3,20
17:20 52:17,19,21
52:25 64:12 80:22
103:14 112:8
131:20 132:5,7
133:6,13 144:2,5
145:11 149:13,23
151:22 156:19
162:20 165:1,6
167:7 206:25
226:14,17 235:12
235:15 236:5,6,12
238:6,18
**wolfe** 122:20
123:24
**wonderful** 229:24
**words** 214:16
219:24 234:9
**work** 15:18,18,21
16:2,13,15,21 19:5
21:12 22:19 23:7
23:12,17 24:5,13
24:14 26:23 27:14

Veritext Legal Solutions
866 299-5127

[work - à]

29:11 30:20 34:16
34:18 35:9,18,25
36:10,18 44:7
50:17 61:18 87:10
102:15 104:7,8
133:14 144:21
145:2 161:8 173:2
180:23 187:6
196:18 200:20
203:6 209:4 217:6
224:17
**worked** 19:7 21:13
49:5 59:3 123:21
146:3 153:14
179:15 209:22
**working** 22:25
24:2,4 26:17,25
36:15 38:19 40:19
41:8 43:12 47:6
87:20 108:4
160:22,24 161:2,3
161:6,10,16
171:14 181:1
195:3 223:25
224:2
**workings** 36:22
**works** 93:5
**worksheet** 51:13
**worries** 11:10
22:23 31:4 52:17
52:22 63:19 64:16
101:4 122:18,18
145:11 167:10
173:20
**worse** 136:14,14
**worsened** 136:5
137:9,11
**worth** 210:5
227:15
**would've** 188:25

**wrap** 106:2
**wrapping** 227:11
**write** 59:24 65:6
98:7 163:9 169:2
169:20
**writes** 81:15
**written** 118:2
154:2 200:21
**wrong** 21:4 110:24
111:1 119:19
120:14 140:17
145:9 156:9
207:19 218:19
219:9
**wrote** 67:22,25
116:11 126:4,21
163:15 216:13
229:5 230:2

**x**

**x** 59:25 138:15
**xavier** 36:2 96:16
97:1 125:22 154:4
**xavier's** 97:15
**xrp** 67:16 68:4,11
68:17,23 70:20,21
75:13 81:19 82:3
82:22 184:22
**xyz** 38:19

**y**

**y** 9:15 59:25
138:15
**yang** 3:19
**yeah** 14:25 15:1
19:23 20:3 22:23
26:16 34:17 38:18
45:15 47:12 48:9
51:15 52:20 53:16
53:20 56:4,8,18
58:2 63:16,21
66:13 67:6,10

68:1,21 70:22
71:1 72:14 73:10
73:23 74:14,22
80:16 87:7 89:17
93:1 94:3,4,15,21
97:6,19 98:5
112:23 114:24
117:20,23 120:21
121:11,13 122:12
125:11,18 126:1
126:22 127:13,24
128:9 130:17
131:11,23 132:24
137:7 141:13
145:11,22,24
146:23 149:4
153:17,19,19
156:1 157:11
159:18 160:20
161:12 162:12
163:23 164:9
165:2 166:23
169:6 172:16
174:20 177:25
179:1,6,13,18
180:11,21 181:2
186:17 188:4
190:24 192:23
193:5 199:22,25
200:13 201:19
202:17 205:9,19
206:13 207:4,8,16
209:4,10 211:14
212:14 214:3
215:8,14 219:3,25
220:10 221:6,21
222:11,13,17,23
223:21 228:25
233:25
**year** 18:10 23:13
44:5 76:9,11 84:7

92:23 100:25
111:8 116:24
119:8 138:19
160:3 209:19
235:9
**years** 18:6 23:9
28:13 113:18
**yep** 52:8 69:22
82:17 112:15
125:24 150:22
157:21 163:14
169:19 172:11
213:17
**yield** 33:1 80:9
109:8,9
**york** 3:20,20
**young** 23:23,25
**youtube** 84:10
174:16

**z**

**z** 59:25 138:15
**zachary** 4:10 8:25
9:2
**zero** 210:1
**zhang** 69:15,20
**zhang's** 67:14
**zip** 146:12
**zoom** 207:9

**à**

**à** 161:20

Veritext Legal Solutions
866 299-5127