**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 54** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS**

The undersigned hereby certifies as follows:

1. On November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed their Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, For Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 54] (the "Interim Compensation Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 2, 2020, in response to certain comments received from the Office of the United States Trustee, the Debtors revised the form of order attached to the Interim Compensation Motion, which is attached hereto as **Exhibit A** (the "Proposed Interim Compensation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. The Proposed Interim Compensation Order has been circulated to the Office of the United States Trustee for the District of Delaware, which have indicated that they do not object to the entry of the Proposed Interim Compensation Order. For the convenience of the Court and all parties in interest, a blackline of the Proposed Interim Compensation Order against the form of order filed with the Interim Compensation Motion is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Interim Compensation Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 14, 2020
    Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:	(302) 824-7081
Facsimile:	(302) 295-0331
Email:	scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:	(713) 860-7300
Facsimile:	(713) 353-3100
Email:	jamesgrogan@paulhastings.com
	mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:	(212) 318-6000
Facsimile:	(212) 319-4090
Email:	alexbongartz@paulhastings.com
	derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*