UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-12836 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket Nos. 56 & 130** |
| CRED INC., *et al.*, | |
| Debtors.[1] | |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER APPROVING THE EMPLOYMENT AND RETENTION OF DONLIN, RECANO & COMPANY, INC. AS ADMINISTRATIVE ADVISOR FOR DEBTORS, EFFECTIVE *NUNC PRO TUNC* TO PETITION DATE**

The undersigned hereby certifies as follows:

1. On November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed their Application for Entry of an Order Approving the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective Nunc Pro Tun to Petition Date [Docket No. 56] (the "Application")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 2, 2020, in response to certain comments received from the Office of the United States Trustee, the Debtors revised the form of order attached to the Application, which is attached hereto as **Exhibit A** (the "Proposed Order").

3. The Proposed Order has been circulated to the Office of the United States Trustee for the District of Delaware, which has indicated that it does not object to the entry of the Proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Order.  For the convenience of the Court and all parties in interest, a blackline of the Proposed Order against the form of order filed with the Application is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 14, 2020
       Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
       mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
       derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*