# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |
|---|---|

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 14, 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/14/2020 | 190 | Objection Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 (related document(s)89) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hurst, David) (Entered: 12/14/2020) |
| 12/14/2020 | 191 | Objection The Official Committee of Unsecured Creditors' Omnibus Objecion to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee (related document(s)62, 103, 107, 126, 132, 152) Filed by Official Committee of Unsecured Creditors (Hurst, David) (Entered: 12/14/2020) |
| 12/14/2020 | 193 | Joinder The Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information (related document(s)61) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hurst, David) (Entered: 12/14/2020) |

X _Laurie A. Heggan_
Laurie Heggan

Dated: December 14, 2020
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 14th day of December 2020, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

| | |
|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | BILLION LAW MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904 |
| BUCHANAN INGERSOLL & ROONEY PC GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801 | CARLTON FIELDS PA DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118 |
| COUSINS LAW LLC SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803 | CRED INC. ATTN: PRESIDENT/CEO<br>3 EAST THIRD AVENUE<br>SAN MATEO CA 94401 |
| DCP CAPITAL KEVIN HU KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | DELAWARE ATTORNEY GENERAL BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | DELAWARE SECRETARY OF STATE DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 |
| DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | DELAWARE STATE TREASURY BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS<br>P O BOX 173<br>ROAD TOWN<br>TORTOLA<br>BRITISH VIRGIN ISLANDS | FAEGRE DRINKER BIDDLE & REATH LLP PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621 |

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240 | FISHERBROYLES LLP CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803 |
| FISHERBROYLES LLP HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| GELLERT SCALI BUSENKELL & BROWN LLC MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801 | INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | JST CAPITAL SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901 |
| MAPLE PARTNERS LLC JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801 | MCDERMOTT WILL & EMERY LLP TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922 |
| MCDERMOTT WILL & EMERY LLP DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801 | MICHIGAN DEPT OF TREASURY TAX POL DIV LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | PAUL HASTINGS LLP JAMES T. GROGAN<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002 |

| | |
|---|---|
| PAUL HASTINGS LLP MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002 | PAUL HASTINGS LLP G. ALEXANDER BONGARTZ<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| PAUL HASTINGS LLP DEREK CASH<br>200 PARK AVENUE<br>NEW YORK NY 10166 | SAUL EWING ARNSTEIN & LEHR LLP MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899 |
| SOCIAL SECURITY ADMINISTRATION OFFICE OF THE GEN COUNSEL<br>REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | UPHOLD, INC JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939 |
| US ATTORNEY FOR DELAWARE CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | US EPA REG 3 OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |