**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>            Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Dec. 17, 2020 at 11:00 a.m. (ET)**<br><br>**RE: Docket Nos. 169 & 182** |

**REPLY OF DEBTORS TO OBJECTION OF THE UNITED STATES TRUSTEE TO THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

TO THE HONORABLE BANKRUPTCY JUDGE JOHN T. DORSEY:

Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") file this reply (the "Reply") to the objection (the "Objection")[2] of Andrew R. Vara, United States Trustee for Regions Three and Nine (the "U.S. Trustee") to the *Debtors' Amended Motion for Entry of an Order Extending the Time to File Schedules and Statements of Financial affairs* (the "Motion") [Docket No. 169]. In support of this Reply, the Debtors respectfully state as follows:

**REPLY**

1.      The Debtors are fully aware of the need for complete and accurate schedules and statements of financial affairs ("Schedules"), as well as the need for expediency in these cases. Accordingly, the Debtors and their advisers are working diligently and expeditiously to prepare the Schedules. However, other circumstances have required some delay in completing this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    *Objection of the United States Trustee to the Debtors' Amended Motion for Entry of an Order Extending the Time to File Schedules and Statements of Financial Affairs* [Docket No. 182]. Capitalized terms used but not otherwise defined in this motion shall have the meanings set forth in the Objection.

process. Given the speed with which these cases had to be filed, the efforts required to accurately complete the Schedules (including converting the amount of cryptocurrency owed to each of the Debtors' more than 6,000 customers as of the Petition Date), as well as workforce reductions and changes in the Debtors' management team, the Debtors determined they would not be able to timely file complete and accurate Schedules within the time period provided for under the Bankruptcy Rules.

2. Notwithstanding these challenges, the Debtors have agreed, at the request of the Committee, that they will complete the Schedules by January 7, 2021, as set forth in the plan support agreement ("PSA") with the Official Committee of Unsecured Creditors (the "Committee"). The PSA milestone for filing the Schedules is 61 days after the Debtors commenced these chapter 11 cases—15 days less than the 76 days provided for by the Motion's proposed January 22, 2021 deadline. Accordingly, the Debtors are requesting that the Court extend the time to file the Schedules to **January 7, 2021**. In addition, the Debtors have agreed to consult with the Committee before seeking any further extension of the filing deadline.

3. Contrary to the U.S. Trustee's assertion, the Debtors' need for a modest extension (given the circumstances) is in no way evidence "that the cases need to be run by an independent fiduciary." To the contrary, the volume of information required for the Debtors schedules, the changes in Debtors' management, and the PSA with the Committee—present good cause to extend the Debtors' deadlines for filing the Schedules. The Court should therefore grant the Motion and overrule the Objection.

4. Finally, to be clear, the Debtors are not seeking to set the bar date prior to the deadline for the Debtors to file the Schedules. In particular, the Debtors have agreed with the Committee to push back the proposed general bar date to **February 10, 2021**.

5.	A copy of the revised proposed order reflecting the change in the proposed deadline to file the Schedules is attached as **Exhibit A**, and a blackline marked to show changes against the proposed order attached to the Motion is attached as **Exhibit B**.

[*Remainder of the page left intentionally blank.*]

WHEREFORE, the Debtors request the Court overrule the Objection, grant the Motion, and grant the Debtors such other and further relief as is just and proper.

Dated: December 14, 2020
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        alexbongartz@paulhastings.com
              aviluft@paulhastings.com
              derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*