## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

## NOTICE OF COMMITTEE'S INTENT TO OFFER
## WITNESS TESTIMONY AT DECEMBER 17, 2020 HEARING

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

"Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby supplies

the following information regarding the witnesses they intend to present at the December 17,

2020 (11:00 a.m.) hearing (the "Hearing") scheduled in the Chapter 11 Cases:

### WITNESS NO. 1[2]

1. Name and title of witness: Pamela Clegg, Director of Financial Investigations and
   Education at Ciphertrace.

2. Topic of testimony: Ms. Clegg will testify as an expert witness regarding
   cryptocurrency tracing in connection with the *Motion of UpgradeYa Investments,
   LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 89]
   (the "UpgradeYa Lift Stay Motion") and the Committee's opposition thereto.

3. Direct testimony of witness: Ms. Clegg's initial direct testimony has been
   presented through the *Declaration of Pamela A. Clegg in Support of Objection of
   the Official Committee of Unsecured Creditors to Motion of UpgradeYa
   Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362*
   [Docket No. 190-1] (the "Clegg Declaration").  The Committee intends to elicit
   additional direct testimony from Ms. Clegg at the Hearing.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred
Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East
Third Avenue, San Mateo, California 94401.

[2]  The numbering of witnesses set forth herein is not meant to demonstrate or dictate the order of witness
testimony during the Hearing.

4. <u>Location of witness</u>: Austin, Texas.

5. <u>Place from which the witness will testify</u>: Office.

6. <u>Whether anyone else will be in the room</u>: No one will be in the room with Ms. Clegg during her testimony.

7. <u>Whether the witness will have any documents</u>: Ms. Clegg will have a copy of the Clegg Declaration and associated exhibits.

8. <u>Parties seeking to cross examine the witness and their counsel</u>: The Committee believes that UpgradeYa Investments, LLC ("<u>UpgradeYa</u>") may seek to cross-examine Ms. Clegg.  UpgradeYa is represented by Landis Rath & Cobb LLP.

**WITNESS NO. 2**

1. <u>Name and title of witness</u>: Pablo Bonjour, Managing Director at MACCO Restructuring Group, LLC, the Debtors' proposed financial advisor.

2. <u>Topic of testimony</u>: Mr. Bonjour will testify in support of the Committee's opposition to the UpgradeYa Lift Stay Motion.

3. <u>Direct testimony of witness</u>: Mr. Bonjour's direct testimony has been presented through the *Declaration of Pablo Bonjour in Support of Debtors' Objection to Motion of Krzysztof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* [Docket No. 109-3], the *Declaration of Pablo Bonjour in Support of Debtors' Objection to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 116-1], and the *Declaration of Pablo Bonjour in Support of Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 190-2] (collectively, the "<u>Bonjour Declarations</u>").  The Committee may elicit additional direct testimony from Mr. Bonjour at the Hearing.

4. <u>Location of witness</u>: Houston, Texas.

5. <u>Place from which the witness will testify</u>: Office.

6. <u>Whether anyone else will be in the room</u>: No one will be in the room with Mr. Bonjour during his testimony.

7. <u>Whether the witness will have any documents</u>: In connection with his testimony regarding the UpgradeYa Lift Stay Motion, Mr. Bonjour will have a copy of the

Bonjour Declarations, the UpgradeYa Lift Stay Motion, all filed objections and responses thereto, and all associated declarations and exhibits.

8. <u>Parties seeking to cross examine the witness and their counsel</u>: The Committee believes that UpgradeYa may seek to cross-examine Mr. Bonjour.

## WITNESS NO. 3

1. <u>Name and title of witness</u>: Mark Friedler, Senior Advisor at Dundon Advisors LLC, the Committee's financial advisor.

2. <u>Topic of testimony</u>: Mr. Friedler will testify regarding the unique risks associated with disclosure of customer information in the cryptocurrency context.

3. <u>Direct testimony of witness</u>: Mr. Friedler's direct testimony has been presented through the *Declaration of Mark Friedler in Support of the Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information* [Docket No. 193-1] (the "<u>Friedler Declaration</u>").

4. <u>Location of witness</u>: Walnut Creek, California.

5. <u>Place from which the witness will testify</u>: Home.

6. <u>Whether anyone else will be in the room</u>: No one will be in the room with Mr. Friedler during his testimony.

7. <u>Whether the witness will have any documents</u>: Mr. Friedler will have a copy of the Friedler Declaration.

8. <u>Parties seeking to cross examine the witness and their counsel</u>: The Committee believes that the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") may seek to cross examine Mr. Friedler. The U.S. Trustee is represented by Joseph J. McMahon, Jr.

## WITNESS NO. 4

1. <u>Name and title of witness</u>: Joshua Segall, Member of Maple Partners LLC ("<u>Maple Partners</u>").

2. <u>Topic of testimony</u>: Mr. Segall will testify regarding the precautionary actions taken by Maple Partners to protect their personal information in connection with cryptocurrency transactions.

3. <u>Direct testimony of witness</u>: Mr. Segall's direct testimony has been presented through the *Declaration of Joshua Segall in Support of the Official Committee of*

*Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information* [Docket No. 193-2] (the "<u>Segall Declaration</u>").

4. <u>Location of witness</u>: Nashville, Tennessee.

5. <u>Place from which the witness will testify</u>: Home.

6. <u>Whether anyone else will be in the room</u>: No one will be in the room with Mr. Segall during his testimony.

7. <u>Whether the witness will have any documents</u>: Mr. Segall will have a copy of the Segall Declaration.

8. <u>Parties seeking to cross examine the witness and their counsel</u>: The Committee believes that the U.S. Trustee may seek to cross examine Mr. Segall.


Dated:  December 15, 2020
     Wilmington, Delaware

MᴄDᴇʀᴍᴏᴛᴛ Wɪʟʟ & Eᴍᴇʀʏ LLP

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*