UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) | **Re: Docket Nos. 11 & 30** |

**NOTICE OF FILING OF PROPOSED FINAL ORDER WITH RESPECT TO
MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL
ORDERS (I) AUTHORIZING DEBTORS TO (A) PAY EMPLOYEE
OBLIGATIONS AND (B) CONTINUE EMPLOYEE
BENEFIT PROGRAMS; AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on November 8, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 11] (the "Wages Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on November 10, 2020 the Court entered its Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 30] (the "Interim Wages Order") with the Court.

PLEASE TAKE FURTHER NOTICE that in response to certain informal comments raised from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee"), the Debtors

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

revised the form of the proposed final order with respect to the Wages Motion (the "Proposed Final Wages Order").  A copy of the Proposed Final Wages Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in response for the convenience of the Court and all parties in interest, a blackline comparison of the Proposed Final Wages Order marked against the Interim Wages Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, a hearing (the "Hearing") to consider the relief requested in the Wages Motion and entry of the Proposed Final Wages Order is currently scheduled for **December 17, 2020 at 11:00 a.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank.*]

Dated: December 15, 2020
Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*