**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **RE: Docket Nos. 7, 29, 183 & 215** |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE**
**REPLY TO LIMITED OBJECTION OF THE UNITED STATES TRUSTEE**
**TO THE DEBTORS' MOTION FOR FINAL ORDER (I) AUTHORIZING**
**DEBTORS TO (A) CONTINUE TO OPERATE THEIR CASH MANAGEMENT**
**SYSTEM, (B) HONOR CERTAIN PREPETITION OBLIGATIONS**
**RELATED THERETO, (C) MAINTAIN EXISTING BUSINESS FORMS,**
**AND (D) CONTINUE TO PERFORM INTERCOMPANY TRANSACTIONS;**
**(II) GRANTING ADMINISTRATIVE EXPENSE**
**STATUS TO POSTPETITION INTERCOMPANY BALANCES;**
**(III) WAIVING THE REQUIREMENTS OF SECTION**
**345(B) OF THE BANKRUPTCY CODE; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the Motion for Leave (the "Motion for Leave")[2] of the above-captioned debtors and debtors in possession (each a "Debtors" and, collectively, the "Debtors"), for entry of an Order granting the Debtors leave and permission to file and serve their Reply dated December 15, 2020 [Docket No. 215] to the Limited Objection of the United States Trustee (the "U.S. Trustee") dated December 14, 2020 [Docket No. 183] (the "Limited Objection") to the *Debtors' Motion for Final Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

*Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* (the "<u>Motion</u>") [Docket No. 7] beyond the deadline set forth in rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), all as more fully set forth in the Motion for Leave; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion for Leave in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion for Leave is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion for Leave and opportunity for a hearing on the Motion for Leave were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion for Leave; and the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion for Leave is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:**

1.      The Motion for Leave is granted to the extent set forth herein.

2.      The Debtors are granted leave and permission to file and serve the Reply, and the Court will consider the Reply.

3.      The Debtors are authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Motion for Leave.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.