## Exhibit A

**Supplemental Foster Declaration**

Case 20-12836-JTD    Doc 218-1    Filed 12/15/20    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.¹ | ) |  |
|  | ) |  |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF SONORAN CAPITAL ADVISORS, LLC TO PROVIDE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATING MATTHEW FOSTER AS DEBTORS' CHIEF RESTRUCTURING OFFICER**

I, Matthew K. Foster, declare and state under penalty of perjury as follows:

1. This supplemental declaration ("Supplemental Declaration") is made in support of the *Debtors' Motion for Entry of an Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* [Docket No. 95] (the "Motion").²

2. I am a Managing Director of Sonoran Capital Advisors, LLC ("Sonoran"), a turnaround, crisis management, and financial advisory firm that maintains an office at 1733 N. Greenfield Road, Mesa, Arizona 85205, and I am duly authorized to make this declaration (the "Declaration") on behalf of Sonoran.

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

² Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

3. Since November 30, 2020, I have been providing CRO services to the Debtors. In that capacity I have provided independent oversight over all the Debtors operations, including, among other things, the Debtors' cash expenditures, working with the Debtors' professionals to prepare schedules and statements, reviewing and reconciling accounting records, working with the Debtors' investment banker, Teneo Capital LLC ("Teneo") on the marketing and sale process, and ensuring the Debtors' compliance with U.S. Trustee requirements.

4. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

5. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Sonoran professionals, information supplied to me by MACCO professionals, or learned from my review of other documents. To the extent any information disclosed here requires amendment or modification as additional information becomes available to me, a supplemental declaration will be submitted.

## Services to Be Provided

6. In consultation with the Official Committee of Unsecured Creditors (the "Committee"), Sonoran has agreed to limit the scope of its engagement on a going forward basis, as of December 14, 2020.

7. Sonoran will now provide three personnel for the Debtors. Myself as CRO at a rate of $35,000 per calendar month, Scott Wiley as interim CFO at a rate of $395 per hour, and Tonia Tautolo as interim Controller at a rate of $150 per hour.

8.      The CFO will be responsible for managing the Debtors' financial affairs during these chapter 11 cases and, with the assistance of the Controller, will assist the Debtors in preparing cash flow and other financial statements, and meeting the Debtors' reporting requirements under the Bankruptcy Rules and US Trustee regulations, as well as the plan support agreement recently agreed to with the Committee.

9.      I understand the Debtors need the service of an interim CFO and controller because at present they do not have a CFO and do not have the requisite workforce necessary to handle the regular reporting requirements in these chapter 11 cases.

10.     Sonoran shall only provide further personnel to the Debtors in the event: 1) I determine they are necessary; 2) the Debtors file a notice with the Court detailing the personnel and services to be provided; and 3) no objection is filed by the Committee within three days of the notice's filing.  If the Committee timely objects to Sonoran's provision of further personnel, I may request the Court determine whether the proposed usage of the further personnel is reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 15, 2020
Mesa, Arizona

/s/ Matthew K. Foster
Matthew K. Foster
Managing Director of
Sonoran Capital Advisors, LLC