**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Waiver of Local Rules Requested**<br><br>RE: Docket Nos. 95, 206 & 218 |

**DEBTORS' MOTION FOR LEAVE TO FILE REPLY TO OBJECTION OF THE UNITED STATES TRUSTEE TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF SONORAN CAPITAL ADVISORS, LLC TO PROVIDE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATING MATTHEW FOSTER AS DEBTORS' CHIEF RESTRUCTURING OFFICER**

Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") hereby move (this "Motion for Leave") and respectfully state as follows:

**Relief Requested**

1. By this Motion for Leave, the Debtors seek entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), authorizing the Debtors to file and serve their Reply dated December 15, 2020 [Docket No. 218] to the United States Trustee's objection dated December 14, 2020 [Docket No. 206] (the "Objection")[2] to the *Debtors' Motion for Entry of an Order Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] *Objection of the United States Trustee to the Debtor's Motion for Entry of an Order Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* [Docket No. 206]. Capitalized terms used but not otherwise defined in this motion shall have the meanings set forth in the Objection.

*Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* (the "CRO Motion") [Docket No. 95] beyond the deadline set forth in rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2. The Reply will address issues raised in the Objection filed in opposition to the CRO Motion.

**Jurisdiction, Venue, and Statutory Predicates**

3. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). In accordance with Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors confirm their consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory basis for the relief requested herein is Local Rule 9006-1(d).

**Background**

6. On November 7, 2020 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

7.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), Local Rule 1015-1, and the *Order Granting Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases* [Docket No. 27].

8.      On December 7, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 120] (the "Committee").

## Basis for Relief

9.      Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).  The agenda for the hearing on the CRO Motion (the "Hearing") was filed by 12:00 p.m. (prevailing Eastern Time) on December 15, 2020.  Accordingly, pursuant to Local Rule 9006-1(d), the deadline to file the Reply was 4:00 p.m. (prevailing Eastern Time) on December 14, 2020 (the "Opposition Deadline").  By agreement of the Debtors, the U.S. Trustee and the Committee, the deadline for the U.S. Trustee to object to the CRO Motion was extended to December 14, 2020 at 4:00 p.m. (ET).  There was no agreement, however, as to the deadline for the Debtor to file any reply to the Objection.

10.     Thus, absent leave of the Court, the Debtors would be unable to file and serve the Reply and the Court would be denied the opportunity to the Reply to the Objection in advance of the Hearing.

11.     The Debtors submit that cause exists to grant the relief requested by this Motion for Leave and approve an extension of the time by which to file the Reply under Local Rule 9006-1(d).  The Reply will provide the Court with critical information and arguments to consider when ruling on the relief requested in the CRO Motion, and the Court's consideration of the Reply may

reduce argument on this matter at the Hearing. Further, extending the Reply Deadline will not prejudice the parties.

12. Moreover, as set forth more fully in the Reply, the Proposed Order discloses

- discloses the Sonoran personnel engaged by the Debtors and their roles at the Debtors;
- provides that personnel providing services at an hourly rate shall keep time entries in 1/10 hour increments;
- provides that, notwithstanding anything contained in the Engagement Letter to the contrary, there shall be no limitation of Sonoran's liability in connection with the engagement; and
- deletes the final sentence of section 10 of the Engagement Letter (which refers to certain indemnity and limitation on liability provisions).[3]

13. The Debtors submit that these accommodations should resolve the matters raised by the U.S. Trustee. In addition, the Court's consideration of the Reply will streamline argument at the Hearing. Finally, extending the Reply Deadline will not prejudice the parties.

14. Accordingly, the Debtors submit that the relief requested herein is reasonable under the circumstances and cause exists for the Court to grant leave to file and serve the Reply.

### Notice

15. Notice of this Motion for Leave has been given to (i) the U.S. Trustee; (ii) counsel to the official committee of unsecured creditors; and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this motion is required.

### No Prior Motion

16. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

---

[3] *Id*.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, granting the relief requested in this Motion for Leave and such other and further relief as may be just and proper.

*[Remainder of page intentionally left blank]*

Dated: December 15, 2020
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
   mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
   derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*