**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CRED INC., *et al.*,[1]<br><br>      Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered)<br><br>**Re: D.I. 64, 133**<br><br>**Hearing Date: December 17, 2020 at 11:00 A.M. ET** |

**NOTICE OF INTENTION OF THE UNITED STATES TRUSTEE
TO CALL WITNESSES**

Andrew R. Vara, United States Trustee for Region 3 ("U.S. Trustee") intends to call (i) Daniyal Inamullah and (ii) Dan Schatt with regards to the two agenda items listed below (reference is to the agenda docketed at D.I. 209):

1.  No. 20 on the agenda -- the *Motion of the U.S. Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (i) Directing the Appointment of an Examiner, or (ii) Converting the Cases to Chapter 7 Cases* (the "Motion") [D.I. 133]; and

2.  No. 15 on the agenda -- the *Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date* (the "Application") [D.I. 64].

The U.S. Trustee reserves the right to cross-examine Mr. Inamullah, Mr. Schatt, and witnesses called by other parties regarding testimony that any other party-in-interest adduces.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

1

Nothing hereing waives any of the U.S. Trustee's privileges (including attorney-client, deliberative process, and executive) or work-product protection, and the U.S. Trustee reserves all such rights and privileges.

| | |
|---|---|
| Dated: December 16, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Joseph J. McMahon, Jr.*<br>Joseph J. McMahon, Jr.<br>Trial Attorney<br>John Schanne<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>joseph.mcmahon@usdoj.gov<br>john.schanne@usdoj.gov |