**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED, INC., *et al.*,<br><br>             Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jorian L. Rose, Esq. to represent Uphold, Inc. in this action.

Date: December 14, 2020

    */s/ Jeffrey J. Lyons*
    Jeffrey J. Lyons (#6437)
    Baker & Hostetler LLP
    1201 North Market Street, 14th Floor
    Wilmington, DE 19801-1147
    Telephone: (302) 468-7088
    Email: jjlyons@bakerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 14, 2020

    */s/ Jorian L. Rose*
    Jorian L. Rose, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile:  (212) 589-4201
    Email: jrose@bakerlaw.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

                                                                   JOHN T. DORSEY
Dated: December 16th, 2020                                  UNITED STATES BANKRUPTCY JUDGE
Wilmington, Delaware