IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Cred Inc., *et al.*,[1] | ) Case No. 20-12836 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related to Docket Nos. 52 and 74** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE
AND JOINDER TO THE AMENDED MOTION OF DEBTORS, PURSUANT
TO BANKRUPTCY CODE SECTIONS 105(a), 502, AND 503 AND
BANKRUPTCY RULE 2002, FOR ENTRY OF AN ORDER
(I) FIXING DEADLINE FOR FILING PROOFS OF CLAIM AND
(II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submits this response and joinder (this "Response and Joinder") to the *Amended Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* [Docket No. 74] (the "Bar Date Motion").[2]  In support of the Bar Date Motion and this Response and Joinder, the Committee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bar Date Motion.

## RESPONSE AND JOINDER

1.      The Committee generally supports the relief sought in the Bar Date Motion. However, based on novel issues presented in these Chapter 11 Cases, the Committee believes it would be appropriate to include a new section on the Proof of Claim Form. More specifically, any creditor whose claim is based on cryptocurrency transferred to the Debtors should have the ability to elect a preference to receive a distribution in the same form of cryptocurrency, instead of U.S. dollars. Attached hereto as **Exhibit A** is the Committee's proposed amended Proof of Claim Form (the "Amended Claim Form").

2.      The Committee is not aware of any other liquidation case commenced under the U.S. Bankruptcy Code (or any of its predecessors) in which creditors were entitled to receive a distribution other than in U.S. dollars. Moreover, the Committee acknowledges that there may very well be certain legal and practical considerations that preclude a distribution to creditors in the form of cryptocurrency. As such, the Amended Claim Form makes clear that, notwithstanding a creditor's election to receive a distribution in the form of cryptocurrency, such creditor may ultimately receive a distribution in U.S. dollars. The Committee has discussed the Amended Claim Form with the Debtors and understands that they agree with the revisions.

3.      To be clear, the Committee is not seeking authorization from this Court to make distributions to creditors, let alone authorization to make distributions to creditors in the form of cryptocurrency. Rather, the Committee only seeks authorization of the Amended Claim Form, so that creditors may express their preferred form of distribution when they submit a proof of claim. The Committee and the Debtors will continue to evaluate these issues and will ultimately seek approval of distribution procedures under a plan of liquidation.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>December 16, 2020 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile:  (302) 351-8711<br><br>- and -<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |