## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>  Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. No. 223** |

### CERTIFICATE OF SERVICE

I, Matthew R. Pierce, Esquire hereby certify that on December 16, 2020, a true and correct copy of the *Reply to the Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [D.I. 223] was caused to be served on the attached service list via CM/ECF and Electronic Mail.

Dated: December 16, 2020
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063747.}

**E-MAIL**
COUSINS LAW LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Email: scott.cousins@cousins-law.com

**E-MAIL**
PAUL HASTINGS LLP
James T. Grogan
Mack Wilson
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Email: jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

**E-MAIL**
PAUL HASTINGS LLP
G. Alexander Bongartz
Avram E. Luft
Derek Cash
200 Park Avenue
New York, New York 10166
Email: alexbongartz@paulhastings.com
aviluft@paulhastings.com
derekcash@paulhastings.com

**E-MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
Joseph James McMahon, Jr.
John Henry Schanne, II
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov

**E-MAIL**
MCDERMOTT WILL & EMERY LLP
David R. Hurst
Avram E. Luft
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com

**E-MAIL**
MCDERMOTT WILL & EMERY LLP
Timothy W. Walsh
Darren Azman
340 Madison Avenue
New York, NY 10173
Email: twwalsh@mwe.com
dazman@mwe.com