**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                 Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 52 & 74** |

**NOTICE OF FILING OF PROPOSED ORDER (I) FIXING**
**DEADLINES FOR FILING PROOFS OF CLAIM AND**
**(II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

PLEASE TAKE NOTICE that on November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 52] (the "Original Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on November 20, 2020 the Debtors filed their *Amended* Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner Thereof [Docket No. 74] (the "Amended Bar Date Motion") with the Court.

PLEASE TAKE FURTHER NOTICE that in response to certain informal comments raised from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee"), the Debtors revised the form of the proposed final order with respect to the Amended Bar Date Motion (the "Proposed Amended Bar Date Order").  A copy of the Proposed Amended Bar Date Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in response for the convenience of the Court and all parties in interest, a blackline comparison of the Proposed Amended Bar Date Order marked against the order originally filed with the Amended Bar Date Motion is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, a hearing (the "Hearing") to consider the relief requested in the Amended Bar Date Motion and entry of the Proposed Amended Bar Date Order is currently scheduled for **December 17, 2020 at 11:00 a.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank.*]

Dated: December 16, 2020
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:         scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:         jamesgrogan@paulhastings.com
               mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:         alexbongartz@paulhastings.com
               derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*