## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 234** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2020, a copy of the *Non-Party Daniel Schatt's Motion to Quash Subpoena to Testify at Hearing* (D.I. 234) was served in the manner indicated upon the parties identified in the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: December 17, 2020
       Wilmington, Delaware

MORRIS NICHOLS ARSHT AND TUNNELL LLP

*/s/ Nader A. Amer*
Donna L. Culver (Bar No. 2983)
Robert J. Dehney (Bar No. 3578)
Nader A. Amer (Bar No. 6635)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
dculver@mnat.com
namer@mnat.com

and

Daniel M. Glassman
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
dglassman@crowell.com

*Counsel for Daniel Schatt*