**SERVICE LIST**

Via CM/ECF (for registered users) and Electronic mail:

| | |
|---|---|
| Paul Hastings LLP<br>G. Alexander Bongartz<br>Derek Cash<br>Avram E. Luft<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>alexbongartz@paulhastings.com<br>derekcash@paulhastings.com<br>aviluft@paulhastings.com | Cousins Law, LLC<br>Scott D. Cousins<br>1521 Concord Pike - Suite 301<br>Wilmington, DE 19803<br>302-824-7081<br>scott.cousins@cousins-law.com |
| Paul Hastings LLP<br>James T. Grogan<br>Broocks Wilson<br>600 Travis Street<br>58th Floor<br>Houston, TX 77002<br>713-860-7300<br>jamesgrogan@paulhastings.com<br>mackwilson@paulhastings.com | Office of the United States Trustee<br>Joseph James McMahon, Jr.<br>John Henry Schanne, II<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302)-573-6491<br>joseph.mcmahon@usdoj.gov;<br>john.schanne@usdoj.gov |
| McDermott Will & Emery LLP<br>Darren Azman<br>Joseph B. Evans<br>Timothy W. Walsh<br>340 Madison Avenue<br>New York, NY 10173<br>212-547-5423<br>dazman@mwe.com<br>jbevans@mwe.com<br>twwalsh@mwe.com | McDermott Will & Emery LLP<br>David R. Hurst<br>The Nemours Building<br>1007 North Orange Street<br>4th Floor<br>Wilmington, DE 19801<br>302-485-3930<br>dhurst@mwe.com |
| McDermott Will & Emery LLP<br>Gregg A. Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131<br>gsteinman@mwe.com | The Rosner Law Group LLC<br>Jason A. Gibson<br>824 N. Market Street, Suite 810<br>Wilmington DE 19801<br>gibson@teamrosner.com |

| | |
|---|---|
| Joseph E. Sarachek<br>670 White Plains Road, Penthouse Suite<br>Scarsdaly, NY 10583<br>646-403-9775<br>joe@saracheklawfirm.com | |