## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 10th day of December, 2020, DRC, acting under my supervision, caused to be served the following:

    a.  *Debtors' Amended Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs* (Docket No. 169); and

    b.  *Motion to Shorten Notice with Respect to Debtors' Amended Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs* (Docket No. 170),

    to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 11th day of December, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
11th day of December, 2020

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

_____
Notary Public

**<u>EXHIBIT 1</u>**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000066P001-1467S-019
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

000057P001-1467S-019
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

000064P001-1467S-019
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

000036P001-1467S-019
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-019
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-019
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-019
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-019
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-019
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-019
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-019
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-019
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-019
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-019
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-019
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-019
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P001-1467S-019
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P001-1467S-019
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000063P001-1467S-019
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/10/2020 03:44:17 PM

| | | | |
|---|---|---|---|
| 000029P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000038P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000042P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000047P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000053P001-1467S-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000054P001-1467S-019<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM | 000052P001-1467S-019<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-019<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |

Records Printed : **48**

**<u>EXHIBIT 2</u>**

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-019
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000006P001-1467S-019
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-019
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-019
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-019
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-019
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-019
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-019
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

000012P001-1467S-019
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-019
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed : **11**