# Court Conference

| Calendar Date: | 12/17/2020 |
| Calendar Time: | 11:00 AM ET |

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable John T. Dorsey**

**Courtroom**

*Amended Calendar   Dec 17 2020 11:21AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cred Inc. | 20-12836 | Hearing | 11011093 | Angela M. Allen | (312) 923-2989 ext. | Jenner & Block LLP | Non-Party, Non-Party / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11012271 | Aaron Angert | (281) 455-3872 ext. | Aaron Angert - In Pro Per/Pro Se | Interested Party, Aaron Angert / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11011965 | Richard Archer | (646) 783-7101 ext. | Law360 | Interested Party, Law360 / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11012092 | Sam Ashworth | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11007271 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11011901 | Mark Billion | (302) 428-9400 ext. | Mark Billion Law | Witness, Danilal Inamullah / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11008099 | Alexander Bongartz | (212) 318-6472 ext. | Paul Hastings LLP | Debtor, Cred, Inc / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11007342 | Pablo Bonjour | (302) 824-7081 ext. | Cousins Law LLC | Witness, Pablo Bonjour / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 10997557 | Kevin Carey | (267) 675-4614 ext. | Hogan Lovells US LLP | Interested Party, Hogan Lovells US LLP / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11011909 | D. Scott Carlton | (213) 683-6113 ext. 6113 | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11008075 | Derek Cash | (212) 318-6073 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11007332 | Pamela Clegg | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Pamela Clegg / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11009868 | Hollace T. Cohen | (917) 365-4871 ext. | FisherBroyles LLP | Creditor, Thomas Airhart / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11010661 | Scott D. Cousins | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11011978 | Donna L. Culver | (302) 351-9208 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Daniel Schatt / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11012096 | Matthew Dundon | (917) 838-1930 ext. | Dundon Advisers LLC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11007287 | Joseph Evans | (212) 547-5767 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009787 | Matthew K Foster | (610) 470-7061 ext. | Matthew K Foster - In Pro Per/Pro Se | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11012078 | Gregory W. Fox | (212) 459-7348 ext. | Goodwin Procter LLP | Interested Party, Goodwin Procter LLP / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11007358 | Mark Friedler | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Mark Friedler / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11004517 | David L. Gay | (305) 530-0050 ext. | Carlton Fields, P.A. | Creditor, Ryan Skeers / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11001810 | Geoffrey Grivner | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11008084 | James Grogan | (718) 860-7338 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11012191 | Michael Hammill | 46856879966 ext. | Michael Hammill | Interested Party, Michael Hammill / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010442 | Paul E. Harner | (646) 346-8020 ext. | Ballard Spahr LLP | Debtor, Cred, INC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11007280 | David Hurst | (302) 485-3900 ext. 5068 | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11011902 | Danilal Inamullah | (302) 428-9400 ext. | Mark Billion Law | Witness, Danilal Inamullah / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11011967 | Patrick A. Jackson | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | Interested Party, James Schregardus / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11010483 | Nicolas Jenner | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11008095 | Pedro A. Jimenez | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11010498 | Jonathan Kormansky | (415) 559-0214 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010465 | Adam G. Landis | (302) 467-4411 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11011976 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Interested Party, Client / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11012184 | Wendy Lee | (760) 705-8888 ext. | Wendy Lee - In Pro Per/Pro Se | In Propria Persona, Wendy Lee / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11010022 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Representing, United States of America / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11008929 | Jason S Levin | (302) 888-6800 ext. | Morris James LLP | Creditor, Jaime Shiller et al / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11008119 | Bryant Lin | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11011115 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Client, Krzysztof Majdak and Philippe Godinea / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11011985 | Earle Loxton | (278) 285-2050 ext. | Earle Loxton - In Pro Per/Pro Se | Interested Party, Earle J Loxton / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11008165 | Avi E. Luft | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009780 | Grant Iyon | (302) 824-7081 ext. | Cousins Law LLC | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11010455 | Vincent J. Marriott | (215) 864-8236 ext. | Ballard Spahr LLP | Debtor, Cred, INC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11007273 | Robert Craig Martin | (302) 468-5655 ext. | DLA Piper (US), LLP | Interested Party, Robert Craig Martin / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010508 | Gunnar Martz | (415) 651-3352 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010886 | Alex Mazier | (917) 816-4379 ext. | Dundon Advisers LLC | Interested Party, Dundon Advisers LLC / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11012147 | Zachary Mazur | (646) 519-4396 ext. | The Sarachek Law Firm | Representing, Zachary Mazur / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 10997413 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11011373 | Joseph J. McMahon, Jr. | (302) 573-6491 ext. | Office of the US Trustee | Trustee, United States Trustee / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009800 | Drew McManigle | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009660 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Maple Partners LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11012107 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Jaime Shiller, et al. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11010476 | Carl Neff | (302) 482-4244 ext. | Fisher Broyles, LLP | Interested Party, Thomas Airehart / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11010532 | Marc Parrish | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11001812 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, Lessor / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11001799 | Mark Pfeiffer | (215) 665-8700 ext. 3921 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |

| Cred Inc. | 20-12836 | Hearing | 11010476 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgrade Ya Investments / LIVE |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11011596 | Austin M Prouty | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 10997016 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Interested Party, N/A / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010839 | Michael A Sabella | (212) 589-4200 ext. | Baker & Hostetler, LLP | Interested Party, Michael A Sabella / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11010280 | Joseph E. Sarachek | (646) 517-5420 ext. | The Sarachek Law Firm | Moving Party, KRZYSZTOF MAJDAK and PHILIPPE GODINEAU / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009537 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009538 | John Schanne | (302) 573-6497 ext. | Office of the United States Trustee | U.S. Trustee, John Schanne / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11002918 | Therese Scheuer | (202) 551-6029 ext. | Securities & Exchange Commission | Interested Party, Securities & Exchange Commission / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11011989 | Andrew J. Scurria | (212) 416-4917 ext. | The Wall Street Journal | In Propria Persona, Andrew J. Scurria / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11007366 | Joshua Segall | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Joshua Segall / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11008162 | David Silver | (954) 516-6000 ext. | Silver Miller | Creditor, Jaime Schiller et al / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11001837 | Kody Sparks | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11007301 | Gregg A. Steinman | (305) 329-4473 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11007314 | Timothy W. Walsh | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11007221 | Wayne P. Weitz | (212) 457-3308 ext. | GlassRatner Advisory & Capital Group, LLC | Interested Party, Creditors/Investors / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11008149 | Broocks Wilson | (713) 860-7343 ext. | Paul Hastings LLP | Debtor, Cred Inc / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11009793 | christopher Wu | (610) 470-7061 ext. | christopher Wu - In Pro Per/Pro Se | Witness, Cred, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11012057 | Darren Yang | (857) 253-8890 ext. | McDermott Will & Emery LLP | Representing, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Cred Inc. | 20-18236 | Hearing | 11012216 | Eric Reubel | (917) 816-4379 ext. | Dundon Advisers LLC | Interested Party, Dundon Advisers LLC / LISTEN ONLY |