**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *THIRD* AMENDED[2] AGENDA FOR TELEPHONIC AND VIDEO**
**HEARING SCHEDULED FOR <u>DECEMBER 18, 2020 AT 9:30 A.M.</u> (ET),**
**BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED**
**STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

<u>**THIS HEARING HAS BEEN CONTINUED TO DECEMBER 18, 2020 AT 9:30 A.M**</u>

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING**
**MUST APPEAR THROUGH <u>BOTH</u> COURTCALL AND ZOOM. PARTIES**
**SHOULD CALL IN TO COURTCALL BY 9:15 A.M. AS COURTCALL**
**HAS BEEN EXPERIENCING DELAYS DUE TO THE VOLUME OF CALLS.**

**TO APPEAR BY VIDEO CONFERENCE,**
**PARTIES SHOULD USE THE FOLLOWING INFORMATION:**
**JOIN ZOOMGOV HEARING:**

**https://debuscourts.zoomgov.com/j/1609764605**
**PASSWORD: 777697**

**PLEASE NOTE: AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.**
**COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY,**
**PARTIES SHOULD CONTACT COURTCALL, LLC**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    **Amended items appear in bold.**

[3]    All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**UNCONTESTED MATTERS UNDER CERTIFICATION OF COUNSEL**

1.  Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject
    Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in
    Connection Therewith [Docket No. 4, 11/08/20]

    Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended
    to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee
    and the Official Committee of Unsecured Creditors.]

    Objections / Responses Received:

    > A. Informal comments of the U.S. Trustee

    Related Documents:

    > B. Notice of (1) Motion of Debtors for Entry of Order Authorizing
    > Debtors to (I) Reject Unexpired Leases of Nonresidential Real
    > Property and (II) Abandon Property in Connection There and (2) Final
    > Hearing [Docket No. 38, 11/11/20]

    > C. Certificate of No Objection Regarding Debtors Motion for Entry of
    > an Order Authorizing Debtors to (I) Reject Unexpired Leases of
    > Nonresidential Real Property and (II) Abandon Property in Connection
    > Therewith [Docket No. 197, 12/14/20]

    Status:  A Certificate of No Objection has been filed. Unless the Court has
    questions regarding the requested relief, no hearing is necessary.

2.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors
    to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II)
    Granting Related Relief [Docket No. 10, 11/08/20]

    Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended
    to December 14, 2020 at 4:00 p.m. (ET) with respect to the U.S. Trustee and to
    December 15, 2020 at 4:00 p.m. (ET) with respect to the Official Committee of
    Unsecured Creditors.]

    Objections / Responses Received:

    > A. Informal comments of the U.S. Trustee

    Related Documents:

    B.  Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief [Docket No. 31, 11/10/20]

    C.  Notice of Entry (1) Of Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations and (II) Granting Related Relief; And (2) Final Hearing Thereon [Docket No. 37, 11/11/20]

    D.  Certification of Counsel Regarding Final Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief [Docket No. 211, 12/15/20]

Status:  A Certification of Counsel has been filed. Unless the Court has questions regarding the requested relief, no hearing is necessary.

3.    Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to Debtors, *Nunc Pro Tunc* to Petition Date [Docket No. 53, 11/17/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

    A.  Informal comments of the U.S. Trustee

Related Documents:

    B.  Supplemental Declaration in Support of Application of Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 131, 12/04/20]

    C.  Certification of Counsel Regarding Order Authorizing Debtors to Employ and Retain Cousins Law LLC as Co-Counsel to Debtors, *Nunc Pro Tunc* to Petition Date [Docket No. 199, 12/14/20]

Status:  A Certification of Counsel has been filed. Unless the Court has questions regarding the requested relief, no hearing is necessary.

4.    Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, For Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 54, 11/17/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

      A.  Informal comments of the U.S. Trustee

Related Documents:

      B.  Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 198, 12/14/20]

Status:  A Certification of Counsel has been filed. Unless the Court has questions regarding the requested relief, no hearing is necessary.

5.      Debtors' Motion, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, For Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in Ordinary Course of Business, Effective as of Petition Date [Docket No. 55, 11/17/20]

      Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 15, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

      Related Documents:

            A.  Certification of Counsel Regarding Order Authorizing Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, Effective as of Petition Date [Docket No. 210, 12/15/20]

      Objections / Responses Received:

            B.  Informal comments of the U.S. Trustee

      Status:  A Certification of Counsel has been filed. Unless the Court has questions regarding the requested relief, no hearing is necessary.

6.      Debtors' Application for Entry of an Order Approving Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for Debtors, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 56, 11/17/20]

      Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

      A.  Informal comments of the U.S. Trustee

Related Documents:

      B.  Supplemental Declaration in Support of Debtors' Application for
Entry of an Order Approving Employment and Retention of Donlin,
Recano & Company, Inc. as Administrative Advisor for Debtors
[Docket No. 130, 12/04/20]

      C.  Certification of Counsel Regarding Order Authorizing Debtors'
Application for Entry of an Order Approving the Employment and
Retention of Donlin, Recano & Company, Inc. as Administrative
Advisor for Debtors, Effective *Nunc Pro Tunc* to Petition Date
[Docket No. 200, 12/14/20]

Status:  A Certification of Counsel has been filed. Unless the Court has questions
regarding the requested relief, no hearing is necessary.

## CONTESTED MATTERS GOING FORWARD:

7.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors
to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II)
Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors
to Redact or Withhold Publication of Certain Personal Identification Information,
and (IV) Granting Related Relief [Docket No. 6, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended
to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee
and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

      A.  Maple Partners LLC's Joinder to Debtors' Motions to Redact or
Withhold Publication of Certain Personal Identification Information
and to File Under Seal Certain Confidential Information [Docket No.
98, 12/02/20]

      B.  Objection of The United States Trustee to Motion of the Debtors
for Entry of an Order Authorizing the Debtors to Redact or Withhold
Information [Docket No. 132, 12/04/20]

      C.  Debtors' Reply in Support of Motion for Entry of an Order
Authorizing Debtors to Redact or Withhold Publication of Certain

Personal Identification Information on a Final Basis and File Such Information Under Seal [Docket No. 187, 12/14/20]

D.  The Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information [Docket No. 193, 12/14/20]

Related Documents:

E.  Interim Order Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief [Docket No. 34, 11/10/20]

F.  Notice of Entry (a) of Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 36, 11/11/20]

G.  Notice of Committee's Intent to Offer Witness Testimony at December 17, 2020 Hearing, [Docket No. 207 12/15/20]

Witness Information: The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

(a)  Christopher K. Wu, Senior Managing Director of Teneo Capital LLC will be available to testify by video from his office in New York, New York.

The Official Committee of Unsecured Creditors intends to offer testimony by declaration, to the extent that live testimony is necessary:

(b)  Joshua Seagall, Member of Maple Partners LLC, will be available to testify from his home in Nashville, Tennessee.

(c) Mark Friedler, Senior Advisor at Dundon Advisors LLC, will be available to testify from his home in Walnut Creek, California

Status:  This matter is going forward.

8.    Motion to Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing

Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post Petition Intercompany Balances; (III) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 7, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) with respect to the U.S. Trustee and to December 15, 2020 at 4:00 p.m. (ET) with respect to the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

      A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

      B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

      C.  Limited Objection of the United States Trustee to Debtors' Motion (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 183, 12/14/20]

D.  Reply of Debtors to Limited Objection of the United States Trustee to the Debtors' Motion for Final Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 215, 12/15/20]

Related Documents:

E.  Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Post Petition Intercompany Balances; (III) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 29, 11/10/20]

F.  Notice of Entry (a) of Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; And (IV) Granting Related Relief, and (b) Final Hearing Thereon [Docket No. 35, 11/11/20]

G.  Debtors' Motion for Leave to File Reply to Limited Objection of The United States Trustee to the Debtors' Motion for Final Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 216, 12/15/20]

Status:  This matter is going forward.

9.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 11, 11/08/20]

Objection / Response Deadline:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 15, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

>  A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

>  B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

Related Documents:

>  C.  Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 30, 11/10/20]

>  D.  Notice of Entry (1) of Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 39, 11/10/20]

>  E.  Notice of Filing of Proposed Final Order With Respect to Motion of Debtors for Entry of Interim and Final Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs; and (II) Granting Related Relief [Docket No. 214, 12/15/20]

<u>Status</u>: This matter is going forward.

10.     Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 52, 11/17/20]

   <u>Objection / Response Deadline</u>:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

   <u>Objections / Responses Received</u>:

   A.  Informal comments of the U.S. Department of Justice

   B.  Informal comments of the U.S. Trustee

   C.  The Official Committee of Unsecured Creditors' Response and Joinder to the Amended Motion of Debtors. Pursuant to Bankruptcy Code Sections 105(a),502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 230, 12/16/20]

   <u>Related Documents</u>:

   D.  *Amended* Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner Thereof [Docket No. 74, 11/20/20]

   E.  Notice of Filing of Proposed Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 232, 12/16/20]

   <u>Status</u>:  This matter is going forward.

11.     Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for Debtors, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 57, 11/17/20]

   <u>Objection / Response Deadline</u>:  December 1, 2020 at 4:00 p.m. (ET) [Extended to December 15, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Filed:

      A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

      B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

      C.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

      D.  Limited Objection of Daniyal Inamullah to Debtors Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for Debtors, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 186, 12/14/20]

      E.  Reply of Debtors to General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 202, 12/14/20]

Related Documents:

      F. Supplemental Declaration of Drew McManigle in Support of Debtors Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial

Advisor for Debtors, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 181, 12/12/20]

G.  Notice of Filing of Proposed Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for Debtors, Effective Nunc Pro Tunc to Petition Date [Docket No. 220, 12/15/20]

Status:  This matter is going forward.

12.    Motion to File Under Seal Certain Confidential Information Pursuant to Order (I) Authorizing Debtors to File A Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information On An Interim Basis, And (IV) Granting Related Relief [Docket No. 61, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

A.  Maple Partners LLC's Joinder to Debtors' Motions to Redact or Withhold Publication of Certain Personal Identification Information and to File Under Seal Certain Confidential Information [Docket No. 98, 12/02/20]

B.  Objection of The United States Trustee to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact or Withhold Information [Docket No. 132, 12/04/20]

C.  Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on a Final Basis and File Such Information Under Seal [Docket No. 187, 12/14/20]

D.  The Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information [Docket No. 193, 12/14/20]

Related Documents:

E.  Notice of Entry (1) of Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Redact or Withhold Publication of Certain

Personal Identification Information on an Interim Basis, and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 36, 11/11/20]

F.  (Sealed) List of Creditors Holding [30] Largest Unsecured Claims [Docket No. 41, 11/12/20]

G.  (Sealed) List of Creditors Consolidated List [Docket No. 60, 11/18/20]

H.  Notice of Committee's Intent to Offer Witness Testimony at December 17, 2020 Hearing [Docket No. 207, 12/15/20]

Witness Information: The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

(a)  Pablo Bonjour, Managing Director of MACCO Restructuring Group LLC will be available to testify by video from his home in Katy, Texas; and

(b)  Christopher K. Wu, Senior Managing Director of Teneo Capital LLC will be available to testify by video from his office in New York, New York.

The Official Committee of Unsecured Creditors intends to offer testimony by declaration, to the extent that live testimony is necessary:

(c)  Joshua Seagall, Member of Maple Partners LLC, will be available to testify from his home in Nashville, Tennessee.

(d) Mark Friedler, Senior Advisor at Dundon Advisors LLC, will be available to testify from his home in Walnut Creek, California

Status:  This matter is going forward.

13.    Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 62, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Filed:

A.  Response of James Alexander to the Motion of Krzysztof Majdak and Phillipe Godineau's for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 103, 12/02/20]

B.  Partial Joinder of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Motion to Dismiss the Bankruptcy Cases, Convert Cases to Chapter 7, or Appoint a Chapter 11 Trustee [Docket No. 107, 12/02/20]

C.  Debtor's Objection to Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 109, 12/02/20]

D.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

E.  Reply to Debtors' Objection to the Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C.§ 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 135, 12/04/20]

F.  The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 191, 12/14/20]

G.  Debtors' (A) Objection to Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases and (B) Supplement to Objection to Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. Section 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 195, 12/14/20]

H.  Reply of Krzysztof Majdak and Philippe Godineau to the Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 217, 12/15/20]

Related Documents:

I.  Notice of Krzysztof Majdak and Philippe Godineau's Intention to Call Witnesses for December 9, 2020 Hearing [Docket No. 136, 12/04/20]

J.  Declaration of Daniyal Inamullah in Support of Krzysztof Majdak and Phillipe Godineau's Motion for Entry of An Order Pursuant to 11 U.S.C. § 1112(b)(I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 97, 12/01/20]

K.  Notice of Intent to Serve Subpoena Upon Daniyal Inamullah [Docket No. 117, 12/02/20]

L.  Opposition of Debtors to Response of James Alexander of Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. Section 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 137, 12/06/20]

M.  Debtors' Motion for Leave to File and Serve Opposition of Debtors to Response of James Alexander to the Motion of Krzysztof Majdak and Philippe Godinea for Entry of Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 138, 12/06/20]

Witness Information:  The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

(a)  Grant Lyon, co-founder of Arete Capital Partners, LLC will be available to testify by video from his home in New York, New York;

(b)  Matthew K. Foster, Managing Director of Sonoran Capital Advisors, LLC will be available to testify by video from his office in Mesa, Arizona;

(c)  Pablo Bonjour, Managing Director of MACCO Restructuring Group LLC will be available to testify by video from his home in Katy, Texas; and

(d)  Christopher K. Wu, Senior Managing Director of Teneo Capital LLC will be available to testify by video from his office in New York, New York.

The Debtors may have additional rebuttal witnesses that they will present, and will provide the Court with an amended agenda if they identify any additional witnesses.

Status:  This matter is going forward.

14.     Debtors' Application for Entry of an Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for Debtors, Effective *Nunc Pro Tunc* to November 16, 2020 [Docket No. 63, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) with respect to the U.S. Trustee and to December 15, 2020 at 4:00 p.m. (ET) with respect to the Official Committee of Unsecured Creditors.]

Objections / Responses Filed:

        A.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

        B.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

C.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

D.  Reply of Debtors to General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 202, 12/14/20]

Related Documents:

E. Supplemental Declaration of Christopher K. Wu in Support of Debtors' Applications for Entry of An Order Authorizing Employment and Retention of Teneo Capital LLC as Investment Banker for Debtors, Effective *Nunc Pro Tunc* to November 16, 2020 [Docket No. 184, 12/14/20]

F.  Notice of Filing of Proposed Order Authorizing Employment and Retention of Teneo Capital Group LLC as Investment Banker for Debtors, Effective *Nunc Pro Tunc* to November 16, 2020 [Docket No. 228, 12/16/2020]

Status:  This matter is going forward.

15.    Debtors' Application for Entry of an Order Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date [Docket No. 64, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

A.  Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP as Counsel to the Debtors, effective as of the Petition Date [Docket No. 139, 12/6/20]

B.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

C.  Reply of Debtors to Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving the Retention of Paul Hastings LLP as Counsel to the Debtors Effective as of the Petition Date [Docket No. 194, 12/14/20]

D.  Reply of Debtors to General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 202, 12/14/20]

Related Documents:

E.  Notice of Service of Request for Production of Documents Directed to Debtors [Docket No. 173, 12/10/20]

F.  Notice of Service of Debtors' Objections and Responses to United States Trustee's Request for Production of Documents [Docket No. 185, 12/14/20]

G.  First Supplemental Declaration of James T. Grogan in Support of Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors [Docket No. 192, 12/14/20]

H.  Notice of Intention of the United States Trustee to Call Witnesses [Docket No. 222, 12/16/20]

I.  Second Supplemental Declaration of James T. Grogan in Support of Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP as Counsel to Debtors [Docket No. 233, 12/16/20]

Status:  This matter is going forward.

16.    Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 65, 11/18/20]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) with respect to the U.S. Trustee and to December 15, 2020 at 4:00 p.m. (ET) with respect to the Official Committee of Unsecured Creditors.]

Objections / Responses Filed:

A.  Limited Objection of Thomas Arehart to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 104, 12/02/20]

B.  Omnibus Limited Objection Of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, And Eric Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals [Docket No. 108, 12/02/20]

C.  Reply of Debtors to Omnibus Limited Objection of Jamie Shiller, Takashi Yanagi, Wu Chu King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Debtors' Motions and Applications to (I) Maintain Bank Accounts (II) Pay Employee Wages, and (III) Approve Bidding Procedures, Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (IV) Approve Retention Applications of Certain Proposed Debtor Professionals [Docket No. 123, 12/04/20]

D.  Reply of Debtors to Limited Objection of Thomas Arehart to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice thereof; and (II) (A) Authorizing Sales Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Sale of Executory Contracts and Unexpired Leases [Docket No. 125, 12/04/20]

E.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

F.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

G.  Reply of Debtors to General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 202, 12/14/20]

Related Documents:

H.  Notice of Filing of Proposed Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (D) Granting Related Relief [Docket No. 225, 12/16/20]

Status:  This matter is going forward.

17.    Debtors' Motion for Entry of Order Extending Time to File Schedules and Statements of Financial Affairs [Docket No. 67, 11/18/20]

Objection / Response Deadline:  December 14, 2020 at 4:00 p.m.

Objections / Responses Received:

A.  Objection of the United States Trustee to Debtors' Amended Motion for Entry of an Order Extending Time to File Schedules and Statements of Financial Affairs [Docket No. 182, 12/14/20]
B.  Reply of Debtors to the Objection of the United States Trustee to Debtors' Amended Motion for Entry of an Order Extending Time to File Schedules and Statements of Financial Affairs [Docket No. 203, 12/14/20]

Related Documents:

B.  Amended Motion to Extend Deadline to File Schedules or Provide Required Information [Docket No. 169, 12/10/20]

Status:  This matter is going forward.

18.     Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy
        Code Section 362 [Docket No. 89, 11/25/20]

        Related Documents:

                A.  Declaration of Marc Parrish in Support of the Motion of
                UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy
                Code Section 362 [Docket No. 91, 11/25/20]

                B.  Supplemental Declaration of Marc Parrish in Support of the
                Motion of UpgradeYa Investments, LLC for Relief from Stay Under
                Bankruptcy Code Section 362 [Docket No. 128, 12/3/20]

                C.  Cross Notice of Deposition of Marc Parrish [Docket No. 189,
                12/14/20]

                D.  Notice of UpgradeYa Investments, LLC's Intent to Offer Witness
                Testimony at the Hearing on December 17, 2020 [Docket No. 224,
                12/16/2020]

        Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended
        to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee
        and the Official Committee of Unsecured Creditors, with the deadline for
        UpgradeYa Investments, LLC's reply being December 16, 2020 at noon]

        Objections / Responses Filed:

                E.  Objection of Debtors' to Motion of UpgradeYa Investments, LLC
                for Relief from Stay Under Bankruptcy Code Section 362 [Docket No.
                116, 12/02/20]

                F.  UpgradeYa Investments, LLCs (I) Reply to Objection of the
                Debtors to Motion of UpgradeYa Investments, LLC for Relief from
                Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in
                the Motion for an Order Converting the Chapter 11 Cases to Chapter 7
                [Docket No. 126, 12/04/20]

                G.  Objection of the Official Committee of Unsecured Creditors to
                Motion of UpgradeYa Investments, LLC for Relief from Stay Under
                Bankruptcy Code Section 362 [Docket No. 190, 12/14/20]

                H.  Notice of Committee's Intent to Offer Witness Testimony at
                December 17, 2020 Hearing, [Docket No. 207, 12/15/20]

I.  UpgradeYa Investments, LLC's Reply to the Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 223, 12/16/20]

Witness Information:  UpgradeYa Investments, LLC intends to offer testimony by declaration. To the extent live testimony is necessary:

(a) Marc Parrish, Managing Member of UpgradeYa Investments, LLC will be available to testify by video from his home in South Carolina.

The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

(b) Pablo Bonjour, Managing Director of MACCO Restructuring Group LLC will be available to testify by video from his home in Katy, Texas.

The Official Committee of Unsecured Creditors intends to offer testimony by declaration. To the extent live testimony is necessary:

(c) Pamela Clegg, Director of Financial Investigations and Education at Ciphertrace, will be available from her office in Austin, Texas.

(d) Mark Friedler, Senior Advisor at Dundon Advisors LLC, the Committee's Financial Advisor, will be available to testify from his home in Walnut Creek, California.

Status:  This matter is going forward.

19.    Debtors' Motion for Entry of an Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officers and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 95, 12/1/20]

Objection / Response Deadline: December 10, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

Objections / Responses Received:

A.  Objection of the United States Trustee to Debtors' Motion for Entry of Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 206, 12/14/20]

B.  Reply of Debtors to Objection of The United States Trustee to the Debtors' Motion for Entry of an Order Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 218, 12/15/20]

Related Documents:

C.  Debtors' Motion for Leave to File Reply to Objection of The United States Trustee to the Debtors' Motion for Entry of an Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 219, 12/15/20]

D.  Notice of Filing of Revised Proposed Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 221, 12/16/20]

Status: This matter is going forward.

20.     Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases [Docket No. 133, 12/14/20]

Objection / Response Deadline: December 10, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the Debtors and the Official Committee of Unsecured Creditors.]

Related Documents:

A.  Motion to Shorten Notice Regarding Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases [Docket No. 134, 12/4/20]

B.  Notice of Hearing re: Motion for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 [Docket No. 162, 12/9/20]

C.  Notice of Service of Request for Production of Documents Directed to Debtors [Docket No. 173, 12/10/20]

D.  Notice of Service of Debtors' Objections and Responses to United States Trustee's Request for Production of Documents [Docket No. 185, 12/14/20]

E.  Notice of Intention of the United States Trustee to Call Witnesses [Docket No. 222, 12/16/20]

F.  Non-Party Daniel Schatt's Motion to Quash Subpoena to Testify at Hearing [Docket No.234, 12/17/20]

Objections / Responses Received:

G.  The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 191, 12/14/20]

H.  Debtors' (A) Objection to Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases and (B) Supplement to Objection to Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. Section 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee [Docket No. 195, 12/14/20]

Status: This matter is going forward.

Dated: December 17, 2020
    Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile: :  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  alexbongartz@paulhastings.com
        derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*