# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable John T. Dorsey

Courtroom

Calendar Date: 12/18/2020
Calendar Time: 09:30 AM ET

*Amended Calendar   Dec 18 2020 12:49PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cred Inc. | 20-12836 | Hearing | 11013559 | Angela M. Allen | (312) 923-2989 ext. | Jenner & Block LLP | Non-Party, Non-Party / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11013973 | Richard Archer | (646) 783-7101 ext. | Law360 | Interested Party, Law360 / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11013550 | Sam Ashworth | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11013488 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013329 | Alexander Bongartz | (212) 318-6472 ext. | Paul Hastings LLP | Debtor, Cred, Inc / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013287 | Pablo Bonjour | (302) 824-7081 ext. | Cousins Law LLC | Witness, Pablo Bonjour / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013357 | D. Scott Carlton | (213) 683-6113 ext. 6113 | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013351 | Derek Cash | (212) 318-6073 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013496 | Pamela Clegg | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Pamela Clegg / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013998 | Hollace T. Cohen | (917) 365-4871 ext. | FisherBroyles LLP | Creditor, Thomas Arehart / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013243 | Scott D. Cousins | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11014047 | Donna L. Culver | (302) 351-9208 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Daniel Schatt / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11014035 | Cedric De lisser | (970) 372-6582 ext. | Cedric De lisser - In Pro Per/Pro Se | In Propria Persona, Cedric De lisser / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11013995 | Matthew Dundon | (917) 838-1930 ext. | Dundon Advisers LLC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11013506 | Joseph Evans | (212) 547-5767 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013277 | Matthew K Foster | (610) 470-7061 ext. | Matthew K Foster - In Pro Per/Pro Se | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013502 | Mark Friedler | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Mark Friedler / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014065 | David L. Gay | (305) 530-0050 ext. | Carlton Fields, P.A. | Creditor, Ryan Skeers / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013174 | Geoffrey Grivner | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013312 | James Grogan | (718) 860-7338 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013425 | Michael Hammill | (468) 568-7996 ext. | Michael Hammill-In Pro Per/Pro Se | Interested Party, Michael Hammill / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11014032 | Paul E. Harner | (646) 346-8020 ext. | Ballard Spahr LLP | Debtor, Cred, INC / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013506 | David Hurst | (302) 485-3900 ext. 5068 | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014068 | Patrick A. Jackson | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | Interested Party, James Schregardus / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013230 | Nicolas Jenner | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013315 | Pedro A. Jimenez | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013231 | Jonathan Kormansky | (415) 559-0214 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013219 | Adam G. Landis | (302) 467-4411 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014030 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Interested Party, Client / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11014043 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Representing, United States of America / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013968 | Jason S Levin | (302) 888-6800 ext. | Morris James LLP | Creditor, Jaime Shiller et al / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013977 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Client, Krzysztof Majdak and Philippe Godinea / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014688 | Earle Loxton | (278) 285-2050 ext. | Earle Loxton - In Pro Per/Pro Se | Interested Party, Earle J Loxton / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013334 | Avi E. Luft | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11013272 | Grant Lyon | (302) 824-7081 ext. | Cousins Law LLC | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014016 | Robert Craig Martin | (302) 468-5655 ext. | DLA Piper (US), LLP | Interested Party, Robert Craig Martin / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013234 | Gunnar Martz | (415) 651-3352 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013954 | Alex Mazier | (917) 816-4379 ext. | Dundon Advisers LLC | Interested Party, Dundon Advisers LLC / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013132 | Zachary Mazur | (646) 519-4396 ext. | The Sarachek Law Firm | Moving Party, Krzysztof Majdak and Philippe Godineau / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013942 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013944 | Joseph J. McMahon, Jr. | (302) 573-6491 ext. | Office of the US Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013289 | Drew McManigle | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013965 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Jaime Shiller, et al. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013470 | Lucian Murley | (302) 421-6898 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Maple Partners LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014949 | Carl Neff | (302) 482-4244 ext. | Fisher Broyles, LLP | Interested Party, Thomas Airehart / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013215 | Marc Parrish | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013178 | Mark Pfeiffer | (215) 665-8700 ext. 3921 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013223 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgrade Ya Investments / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013368 | Austin M Prouty | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013316 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Interested Party, N/A / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013376 | Michael A Sabella | (212) 589-4200 ext. | Baker & Hostetler, LLP | Interested Party, Michael A Sabella / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013145 | Joseph E. Sarachek | (646) 517-5420 ext. | The Sarachek Law Firm | Moving Party, Krzysztof Majdak and Philippe Godineau / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014031 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013153 | John Schanne | (302) 573-6497 ext. | Office of the United States Trustee | U.S. Trustee, John Schanne / LIVE |

| Cred Inc. | 20-12836 | Hearing | 11013248 | Therese Scheder | (202) 551-6029 ext. | Securities & Exchange Commission | Interested Party, Securities & Exchange Commission / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11014038 | Andrew J. Scurria | (212) 416-4917 ext. | The Wall Street Journal | In Propria Persona, Andrew J. Scurria / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013511 | Joshua Segall | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Joshua Segall / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014039 | David Silver | (954) 516-6000 ext. | Silver Miller | Creditor, Jaime Schiller et al / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013170 | Kody Sparks | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013516 | Gregg A. Steinman | (305) 329-4473 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013521 | Timothy W. Walsh | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013116 | Wayne P. Weitz | (212) 457-3308 ext. | GlassRatner Advisory & Capital Group, LLC | Interested Party, Creditors/Investors / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11013340 | Broocks Wilson | (713) 860-7343 ext. | Paul Hastings LLP | Debtor, Cred Inc / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11013283 | christopher Wu | (610) 470-7061 ext. | christopher Wu - In Pro Per/Pro Se | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11014026 | Darren Yang | (857) 253-8890 ext. | McDermott Will & Emery LLP | Representing, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Cred Inc. | 20-18236 | Hearing | 11013991 | Eric Reubel | (917) 816-4379 ext. | Dundon Advisers LLC | Interested Party, Dundon Advisers LLC / LISTEN ONLY |