**<u>Schedule 1</u>**

**OCP List**

| OCP Name | Service |
|---|---|
| Crowell & Moring LLP | Legal Services (California Litigation Counsel) |
| Pricket, Jones & Elliot, P.A. | Legal Services (Delaware Litigation Counsel) |