**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 11 & 30** |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) PAY EMPLOYEE OBLIGATIONS AND (B) CONTINUE EMPLOYEE BENEFIT PROGRAMS, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.　　On November 8, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 11] (the "Wages Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.　　On November 10, 2020, this Court entered its Interim Order (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 30] (the "Interim Wages Order").

3.　　In response to certain comments received from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]　　Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Wages Motion.

Inc. *et al.* (the "Committee") the Debtors revised the form of the Interim Wages Order, which is attached hereto as **Exhibit A** (the "Proposed Final Wages Order").

4.      The Proposed Final Wages Order has been circulated to counsel to the U.S. Trustee and counsel to the Committee, both which have indicated that they do not object to the entry of the Proposed Final Wages Order.  For the convenience of the Court and all parties in interest, a blackline of the Proposed Final Wages Order against the form of order filed with the Wages Motion is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Final Wages Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 21, 2020
   Wilmington, Delaware

       */s/ Scott D. Cousins*

       Scott D. Cousins (No. 3079)
       **COUSINS LAW LLC**
       Brandywine Plaza West
       1521 Concord Pike, Suite 301
       Wilmington, Delaware 19803
       Telephone: (302) 824-7081
       Facsimile: (302) 295-0331
       Email:  scott.cousins@cousins-law.com

       - and -

       James T. Grogan (admitted *pro hac vice*)
       Mack Wilson (admitted *pro hac vice*)
       **PAUL HASTINGS LLP**
       600 Travis Street, Fifty-Eighth Floor
       Houston, Texas 77002
       Telephone: (713) 860-7300
       Facsimile: (713) 353-3100
       Email:  jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

       - and -

       G. Alexander Bongartz (admitted *pro hac vice*)
       Derek Cash (admitted *pro hac vice*)
       **PAUL HASTINGS LLP**
       200 Park Avenue
       New York, New York 10166
       Telephone: (212) 318-6000
       Facsimile: (212) 319-4090
       Email:  alexbongartz@paulhastings.com
          derekcash@paulhastings.com

       *Proposed Co-Counsel to the Debtors*