**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) | **Re: Docket Nos. 6, 34 & 61** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING DEBTORS TO REDACT OR WITHHOLD PUBLICATION OF CERTAIN PERSONAL IDENTIFICATION INFORMATION ON A FINAL BASIS AND FILE SUCH INFORMATION UNDER SEAL**

The undersigned hereby certifies as follows:

1. On November 18, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Motion to File Under Seal Certain Confidential Information Pursuant to Order (I) Authorizing Debtors to File A Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Serve Certain Parties by E-Mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information On An Interim Basis, And (IV) Granting Related Relief [Docket No. 61] (the "Motion to Seal")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On November 10, 2020, this Court entered its Interim Order (I) Authorizing Debtors to File a Consolidated List of Debtors 30 Largest Unsecured Creditors, (II) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion to Seal.

Interim Basis, and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 36] (the "Interim Seal Order").

3. In response to certain comments received from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee") the Debtors revised the form of the Interim Seal Order, which is attached hereto as **Exhibit A** (the "Proposed Final Seal Order").

4. The Proposed Final Seal Order has been circulated to counsel to the U.S. Trustee and counsel to the Committee, both which have indicated that they do not object to the entry of the Proposed Final Seal Order. For the convenience of the Court and all parties in interest, a blackline of the Proposed Final Seal Order against the form of order filed in connection with Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on a Final Basis and File Such Information Under Seal on December 14, 2020 [Docket No. 187] (the "First Revised Seal Order") is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Final Seal Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 21, 2020
      Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
      mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
      derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*