**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
|  | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 95** |

**CERTIFICATION OF COUNSEL REGARDING ORDER**
**(I) AUTHORIZING EMPLOYMENT AND RETENTION OF SONORAN**
**CAPITAL ADVISORS, LLC TO PROVIDE DEBTORS A CHIEF RESTRUCTURING**
**OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATING**
**MATTHEW FOSTER AS DEBTORS' CHIEF RESTRUCTURING OFFICER**

The undersigned hereby certifies as follows:

1.    On December 1, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Debtors' Motion for Entry of an Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer [Docket No. 95] (the "Sonoran CRO Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.    In response to certain comments received from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sonoran CRO Motion.

Inc. *et al.* (the "<u>Committee</u>") the Debtors revised the form of order attached to the Sonoran CRO Motion, which is attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Sonoran CRO Order</u>").

      3.      The Proposed Sonoran CRO Order has been circulated to counsel to the U.S. Trustee and counsel to the Committee, both which have indicated that they do not object to the entry of the Proposed Sonoran CRO Order.  For the convenience of the Court and all parties in interest, a blackline of the Proposed Sonoran CRO Order against the form of order filed on December 16, 2020 entitled "Notice of Filing of Revised Proposed Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer" [Docket No. 221] (the "<u>First Revised Sonoran CRO Order</u>") is attached hereto as **<u>Exhibit B</u>**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Sonoran CRO Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 21, 2020
   Wilmington, Delaware

*/s/ Scott D. Cousins*

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:        alexbongartz@paulhastings.com
              derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*