**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 52 & 74** |

**CERTIFICATION OF COUNSEL REGARDING ORDER**
**(I) FIXING DEADLINES FOR FILING PROOFS OF CLAIM**
**AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

The undersigned hereby certifies as follows:

1. On November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 52] (the "Original Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On November 20, 2020 the Debtors filed their Amended Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 502, and 503 and Bankruptcy Rule 2002, for Entry of an Order (I) Fixing Deadline for Filing Proofs of Claim and (II) Approving Form and Manner Thereof [Docket No. 74] (the "Amended Bar Date Motion")[2] with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Amended Bar Date Motion.

3. In response to certain comments received from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee") the Debtors revised the form of order attached to the Amended Bar Date Motion, which is attached hereto as **Exhibit A** (the "Proposed Amended Bar Date Order").

4. The Proposed Amended Bar Date Order has been circulated to counsel to the U.S. Trustee and counsel to the Committee, both which have indicated that they do not object to the entry of the Proposed Amended Bar Date Order. For the convenience of the Court and all parties in interest, a blackline of the Proposed Amended Bar Date Order against the form of order filed with the Amended Bar Date Motion is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Amended Bar Date Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: December 20, 2020
      Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
          derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*