**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                   Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 54, 198, & 244** |

**NOTICE OF FILING OF <u>REVISED</u> ORDER ESTABLISHING**
**PROCEDURES FOR INTERIM COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS**

PLEASE TAKE NOTICE that on November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") filed the Motion of Debtors, Pursuant to Bankruptcy Code Sections 105(a), 330, and 331 and Bankruptcy Rule 2016, For Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 54] (the "<u>Interim Compensation Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

PLEASE TAKE FURTHER NOTICE that on December 21, 2020, at the request of the Debtors, the Court entered its Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 244] (the "<u>Original Interim Compensation Order</u>").

PLEASE TAKE FURTHER NOTICE that the Debtors have further revised the Original Interim Compensation Order to attach **Exhibit 1** thereto, which exhibit has been revised from the form of exhibit attached to the Motion as referenced in the Original Interim Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Order, in the form attached hereto as **Exhibit A** (the "Proposed Revised Interim Compensation Order"). For the convenience of the Court and all parties in interest, a blackline of the Revised Interim Compensation Order against the Original Interim Compensation Order is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

Dated: December 21, 2020
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
    mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
    derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*