# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 57, 181 & 254** |

## NOTICE OF FILING OF <u>REVISED</u> ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF MACCO RESTRUCTURING GROUP LLC AS FINANCIAL ADVISOR FOR DEBTORS, EFFECTIVE NUNC PRO TUNC TO PETITION DATE

PLEASE TAKE NOTICE that on November 17, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") filed Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for Debtors, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 57] (the "<u>MACCO Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

PLEASE TAKE FURTHER NOTICE that in response to certain informal comments raised from the Office of the United States Trustee (the "<u>U.S. Trustee</u>") and counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "<u>Committee</u>"), the Debtors revised the form of the proposed final order with respect to the MACCO Application (the "<u>Proposed MACCO Order</u>").

PLEASE TAKE FURTHER NOTICE that on December 21, 2020 submitted the Proposed MACCO Order under Certification of Counsel Regarding Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Debtors, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 254] (the "Original Proposed MACCO Order").

PLEASE TAKE FURTHER NOTICE that, at the request of the Court, the Debtors have further revised the Original Proposed MACCO Order in the form attached hereto as **Exhibit A** (the "Revised Proposed MACCO Order"). For the convenience of the Court and all parties in interest, a blackline of the Revised Proposed MACCO Order against the Original Proposed MACCO Order is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

Dated: December 21, 2020
      Wilmington, Delaware

/s/ Scott D. Cousins
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
                mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        alexbongartz@paulhastings.com
                derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*