# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) | **Docket No. 273** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2020, I caused a copy of the Initial Monthly Operating Report—November 7, 2020 – November 30, 2020 and Monthly Operating Report—November 7, 2020 – November 30, 2020 [Docket No. 273] to be served upon the following party in the manner indicated:

**Via Email**

Joseph J. McMahon, Jr.
UNITED STATES DEPARTMENT OF JUSTICE –
 OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
joseph.mcmahon@usdoj.gov


Dated: December 21, 2020
       Wilmington, Delaware

                          */s/ Scott D. Cousins*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.