**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC, *et al.,*<br><br>        Debtor(s). | Case No. 20-12836-JTD<br><br>Chapter 11<br><br>(Jointly Administered) |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Oracle America, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter, a Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California  94105-3493
> Telephone:     (415) 227-0900
> Facsimile:     (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle is, or may be, entitled under agreements, in

-2-

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated: December 22, 2020 | By:  /s/ Shawn M. Christianson<br>Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 227-0900<br>Facsimile:   (415) 227-0770<br><br>**Attorneys for Oracle America, Inc.** |