**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CRED INC., *et al.*,[1]<br><br>                Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered)<br><br><br>**Re:  D.I. 62 and 133** |

**CERTIFICATE OF COUNSEL RE:  PROPOSED FORM OF
ORDER (I) DENYING MOTIONS TO APPOINT A CHAPTER 11
TRUSTEE, (II) DENYING MOTIONS TO CONVERT CASES TO
CASES UNDER CHAPTER 7, (III) DENYING MOTION TO
DISMISS CASE AND (IV) DIRECTING THE
<u>APPOINTMENT OF AN EXAMINER</u>**

Joseph J. McMahon, Jr., counsel to Andrew R. Vara, United States Trustee for Region 3

("U.S. Trustee"), certifies:

1.  On November 18, 2020, Krzysztof Majdak and Philippe Godineau filed their

*Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II)*

*Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* [D.I.

62] (the "<u>Majdak/Godineau Motion</u>").

2.  On December 4, 2020, the U.S. Trustee filed his *Motion for Entry of an Order*

*Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an*

*Examiner, or (II) Converting the Cases to Chapter 7 Cases* [D.I. 133] (the "<u>U.S. Trustee</u>

<u>Motion</u>" and, together with the Majdak/Godineau Trustee Motion, the "<u>Motions</u>").

3.  On December 17 and 18, 2020, a hearing was held with respect to the Motions.

The Court ruled with regard to the Motions on December 18.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

4.      Attached as **Exhibit A** is the U.S. Trustee's proposed form of order relating to the Motions.

5.      Undersigned counsel circulated the initial, proposed form of order to the following parties prior to its submission to the Court counsel (that is, a version different than the version attached as **Exhibit A**):  (i) Krzysztof Majdak and Philippe Godineau; (ii) the Debtors; (iii) the Official Committee of Unsecured Creditors; (iv) Jamie Shiller, *et al.*, and (v) UpgradeYa Investments, LLC.  Subsequent to that initial communication, the U.S Trustee's proposed form of order was revised to adopt certain changes requested by the Debtors/Committee.  Due to the exigency of the matter and the limited amount of time available with the impending holidays, the U.S. Trustee was not able to circulate the further, revised order to the other parties (beyond the Debtors and the Committee).

6.      The form of order, as revised, is acceptable to the Debtors and the Committee.

Dated:  December 23, 2020          Respectfully submitted,
        Wilmington, Delaware

                                   **ANDREW R. VARA**
                                   **UNITED STATES TRUSTEE,**
                                   **REGIONS 3 and 9**

                                   By: */s/ Joseph J. McMahon, Jr.*
                                   Joseph J. McMahon, Jr.
                                   Trial Attorney
                                   John Schanne
                                   Trial Attorney
                                   United States Department of Justice
                                   Office of the United States Trustee
                                   J. Caleb Boggs Federal Building
                                   844 King Street, Suite 2207, Lockbox 35
                                   Wilmington, DE 19801
                                   (302) 573-6491 (Phone)
                                   (302) 573-6497 (Fax)
                                   joseph.mcmahon@usdoj.gov
                                   john.schanne@usdoj.gov