EXHIBIT B

<u>Walsh Declaration</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF TIMOTHY W. WALSH IN SUPPORT OF THE
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF CRED INC., *ET AL.* TO RETAIN AND EMPLOY MCDERMOTT WILL & EMERY
LLP, AS COUNSEL, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 5, 2020**

Under 28 U.S.C. § 1746, I, Timothy W. Walsh, declare as follows under the penalty of

perjury:

1.      I am a partner of the firm of McDermott Will & Emery LLP ("McDermott").

McDermott maintains offices at, among other places, 340 Madison Avenue, New York, New

York 10173 and The Nemours Building, 1007 Orange Street, 4th Floor, Wilmington, Delaware

19801.  I am a member in good standing of the Bar of the State of New York, and I have been

admitted to practice in the United State District Courts for the Eastern District of Michigan, the

Northern, Southern, and Eastern Districts of New York, and the Western District of Wisconsin,

as well as the United States Bankruptcy Courts for the Northern, Southern, and Eastern Districts

of New York.  There are no disciplinary proceedings pending against me.

2.      I am familiar with the matters set forth herein and make this declaration (the

"Declaration") in support of the application (the "Application")[2] of the Official Committee of

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
        identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred
        Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East
        Third Avenue, San Mateo, California 94401.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
        Application.

Unsecured Creditors (the "Committee") of Cred Inc. and its affiliated debtors and debtors in

possession (collectively, the "Debtors") authorizing and approving the Committee's retention

and employment of McDermott as counsel to the Committee.

3.     On December 3, 2020, pursuant to section 1102 of title 11 of the United States

Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware (the "U.S.

Trustee") appointed the Committee in the Chapter 11 Cases. *See* Docket No. 120.  The

Committee currently comprises: (i) DragonFly International Holding Limited; (ii) Wendy Lee;

(iii) Cedric de Lisser; (iv) Maple Partners, LLC; (v) Michael Michelin; (vi) Christopher Moser;

and (vii) Kyle Tuo Wang.  On December 5, 2020, the Committee selected McDermott to serve as

counsel to the Committee, subject to Court approval.  On December 7, 2020, the Committee

selected Dundon Advisers LLC to serve as financial advisor to the Committee, subject to Court

approval.

4.     I am not, nor is McDermott, an insider of the Debtors.  Except as set forth below,

neither McDermott nor I hold directly any claim, debt, or equity security of the Debtors.

5.     To the best of my knowledge and information, no partner or employee of

McDermott has been, within two years before the Petition Date, a director, officer, or employee

of the Debtors.

6.     McDermott does not have an interest materially adverse to the interests of the

Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason

of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any

other reason.

7.     McDermott does not currently represent the Debtors or, to the best of my

knowledge and information, any of the Debtors' related parties, affiliates, partners, or

subsidiaries.  Moreover, McDermott will not undertake the representation of any party other than the Committee in connection with the Chapter 11 Cases.

8.      To the best of my knowledge and information, McDermott neither holds nor represents any interest adverse to the interests of the Debtors or their estates with respect to the matters on which McDermott is employed.  Moreover, based upon information available to me, I believe that McDermott is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

9.      In preparing this Declaration, through my colleagues, I submitted to McDermott's computerized client and conflict database (the "Conflict Database") the names set forth on a list of parties in interest identified by the Debtors and additional parties identified by McDermott, which included: (i) the Debtors; (ii) the Debtors' former names; (iii) non-Debtor affiliates; (iv) the Debtors' asset managers; (v) the Debtors' banks; (vi) the Committee members; (vii) the Debtors' current and former officers and directors; (viii) the Debtors' insurance providers; (ix) the Debtors' landlords; (x) the Debtors' major borrowers; (xi) the Debtors' noteholders; (xii) the Debtors' partners; (xiii) the Debtors' professionals; (xiv) the Debtors' taxing authorities and other significant governmental authorities; (xv) the Debtor's shareholders; (xvi) the Debtors' third party benefits providers; (xvii) the Debtors' top unsecured creditors; (xviii) the Debtors' vendors and suppliers; (xix) other interested parties; and (xx) the United States Trustee and Court personnel.  A copy of the list of the parties searched by McDermott is annexed hereto as **Schedule 1** (collectively, the "Searched Parties").

10.     The Conflict Database maintained by McDermott is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged, and, in each instance, the identity of certain related parties and adverse parties and

certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of McDermott that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, McDermott maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

### Representation of Parties in Interest

11.    Set forth in **Schedule 2** annexed hereto is a listing of the Searched Parties from **Schedule 1** that McDermott either: (i) currently represents (or represents a related party thereto) (the "Current Clients") in matters wholly unrelated to the Chapter 11 Cases; or (ii) in the past represented (or represented a related party thereto) in matters wholly unrelated to the Chapter 11 Cases. In connection with the services to be rendered to the Committee, McDermott will not commence a cause of action against any Current Client with respect to the Chapter 11 Cases, unless McDermott has received a waiver from the Current Client allowing McDermott to commence such an action. In connection with the Chapter 11 Cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting McDermott to participate in such action, the Committee will retain conflicts counsel to represent the interests of the Debtors' unsecured creditors.

### No Connections with Parties Representing 1% or More of McDermott's Revenues for 2017, 2018, or 2019

12.    At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, McDermott reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities,

were clients of McDermott and, as a result, made payments to McDermott for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of McDermott's total revenues for such calendar year.  In connection with this Declaration, McDermott has reviewed similar information for the years 2017, 2018, and 2019.

13.    McDermott's revenues for services rendered on behalf of each of the parties in interest identified in **Schedule 2** aggregate, with respect to each such party in interest, less than 1% of McDermott's annual revenue in each of calendar year 2017, 2018, and 2019.

### Connections with the Debtors

14.    McDermott has not represented the Debtors or any of the Debtors' affiliates.

15.    McDermott in the past has represented parties potentially adverse to the Debtors and the Debtors' affiliates in matters wholly unrelated to the Chapter 11 Cases.

### Specific Disclosures

16.    One McDermott staff attorney, Jonathan Yang, had invested between approximately $100 and $500 in the Debtors interest bearing crypto program, CredEarn, prior to the Chapter 11 Cases.  Mr. Yang will not be involved in McDermott's representation of the Committee in any way.

### Other Connections and General Disclosures

17.    McDermott performed general diligence to determine any connections beyond what is disclosed in the attached schedules.  McDermott may have represented in the past and/or currently or in the future may represent entities (other than parties in the attached schedules) not known currently to McDermott in matters wholly unrelated to the Chapter 11 Cases who may be parties in interest in these cases.  To the extent that McDermott discovers any such information

or needs to update the information disclosed herein, McDermott will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

18.     It is possible that a professionally managed retirement plan on behalf of McDermott employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

19.     None of McDermott's representations of creditors or other parties in interest who are involved in the Chapter 11 Cases comprise a material component of McDermott's practice, nor does McDermott currently represent such parties on any issue relating to the Chapter 11 Cases.  For the reasons stated herein, McDermott represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

## Compensation

20.     McDermott is willing to be retained by the Committee as its counsel and will make appropriate applications to this Court pursuant to Bankruptcy Code sections 330 and 331 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of the Court.  The current hourly rates charged by McDermott for professionals and paraprofessionals employed in its U.S. offices are provided below:

| Billing Category | Range |
|---|---|
| Partners | $875 - $2,000 |
| Senior Counsel | $755 - $1,605 |
| Employee Counsel | $320 - $1,515 |
| Associates | $545 - $995 |
| Paraprofessionals | $115 - $650 |

21.    The names, positions, and applicable hourly rates of the McDermott attorneys currently expected to have primary responsibility for providing services to the Committee are as follows:[3]

| Attorney | Position / Department | Hourly Rate |
|---|---|---|
| Timothy W. Walsh | Partner / Corporate Advisory | $1,530 |
| David R. Hurst | Partner / Corporate Advisory | $1,050 |
| Darren Azman | Partner / Corporate Advisory | $985 |
| Joseph B. Evans | Associate / Trial | $850 |
| Gregg Steinman | Associate / Corporate Advisory | $745 |
| Darren Yang | Associate / Corporate Advisory | $545 |

The foregoing hourly rates are subject to periodic increase (typically effective as of January of each year) in the normal course of McDermott's business.  These rates are set at a level designed to compensate McDermott fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  McDermott operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his

---

[3]    From time to time, other attorneys and paralegals will assist in the representation of the Committee in connection with the Chapter 11 Cases.

or her area of specialization, the firm's expertise, performance, reputation, the nature of the work involved, and other factors.

22.     It is McDermott's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals," and computerized research.  McDermott will seek reimbursement for such expenses in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, and any further orders of the Court for all professional services performed and expenses incurred.

23.     No agreement exists, nor will any be made, to share any compensation received by McDermott for its services with any other person or firm other than members of McDermott.

24.     The foregoing constitutes the statement of McDermott pursuant to Bankruptcy Code sections 328(a), 329, 504, and 1103(a), Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

**Statement Regarding U.S. Trustee Guidelines**

25.     McDermott intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final fee applications to be filed by McDermott in the course of its engagement.  In doing so, however, McDermott reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the U.S. Trustee Guidelines.

26.     The following is provided in response to the request for additional information set forth in Section D.1 of the U.S. Trustee Guidelines:

8

**Question:**     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

**Question:**     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:     No.

**Question:**     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response:     McDermott did not represent the Committee or any member of the Committee prior to the Petition Date.

**Question:**     Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response:     McDermott expects to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any orders of this Court.  Recognizing that unforeseeable fees and expenses may arise in large chapter 11 cases, McDermott may need to amend the budget as necessary to reflect changed circumstances or unanticipated developments.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 23, 2020

By:    */s/ Timothy W. Walsh*
        Timothy W. Walsh
        Partner
        McDermott Will & Emery LLP

## Schedule 1

### Schedule of Searched Parties

**Debtors**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**Bankruptcy Judges and Staff (for the District of Delaware)**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashley M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupezewski, Karen
Syzmanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.

Werkheiser, Rachel

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Clerk of the Court**
O'Boyle, Una

**Committee Members**
de Lisser, Cedric
DragonFly International Holding Limited
Lee, Wendy Laraine
Maple Partners, LLC
Michelin, Michael
Moser, Christopher
Wang, Kyle Tuo

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant
Matteini, Francesco
Podulka, Joe
Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group
One Beacon n/k/a Intact Insurance Specialty
Solutions
Validus
Validus Specialty
Western World Insurance Group

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Office of the United States Trustee**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com

Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Ptd. Ltd.

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Cousins Law, LLC
Dentons US LLP
Donlin, Recano & Company, Inc.
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group LLC
Paul Hastings LLP
PricwaterhouseCoopers
Richards Layton & Finger, P.A.
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin
Sonoran Capital Advisors, LLC
Teneo Capital LLC

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu
Schatt, Daniel

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County

**Third-Party-Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**Debtors' Top Unsecured Creditors**
Names on file[1]
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple

---

[1]    McDermott has an unredacted version of the Debtors' top 30 unsecured creditors and has searched its conflicts database using same.

Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davis Design Group Ltd.
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technoloiges
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara
Herschberg, Todd
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Tchnologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems

Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions
Pringle, Mary M.
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC
Seemann, Catherina A.
Shequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC

Zuar

**<u>Other Interested Parties</u>**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Schedule 2**

**Schedule of Searched Parties and/or Certain Related Parties that
McDermott Currently Represents, or in the Past Represented, in
Matters Unrelated to the Chapter 11 Cases**

**EXHIBIT 1 – CURRENT[1] CLIENTS[2]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| Amazon Web Service | Amazon.com |
| Anchorage Trust Company | Anchorage EBT, First Anchorage Company |
| Anthem, Inc. | Anthem, Inc. |
| AXIS Insurance Co. | AXIS Specialty U.S. Services, Inc. AXIS Specialty Limited AXIS Managing Agency Ltd |
| Bryan Cave Leighton Paisner LLP | Bryan Cave Leighton Paisner LLP |
| Business Wire, Inc. | World Book, Inc. Government Employees Insurance Co. Berkshire Hathaway Energy Company f/k/a MidAmerican Energy Company GEICO General Insurance Company Tcorp62108 LLC d/b/a Haven Healthcare Berkshire Hathaway Direct Insurance Company f/k/a American Centennial Insurance Company Berkshire Hathaway Guard Insurance Company Berkshire Hathaway Homestate Companies National Fire & Marine |
| Comcast | NBC Universal, Inc. Sky Italia srl |
| CT Corporation | Wolters Kluwer |
| Dentons US LLP | Dentons Cohen & Grigsby |
| Edge | Edge Investment Partners LLC |
| Guardian Life Insurance Company of America | Guardian Life Insurance Co. of America |
| Lee, Charles | Lee, Charles |
| LinkedIn | Microsoft Corporation BGI (Bill Gates Investments) Boundless Immigration, Inc. |
| Permanente, Kaiser | Permanente Federation LLC Permanente Medical Group, Inc. Hawai'i Permanente Medical Group |
| PricewaterhouseCoopers | PricewaterhouseCoopers Ukraine Lehman Brothers Finance AG |
| Provident Bank | Vanquis Bank Limited |
| Silverline | Silver Line Partners, LP |

---

[1]   The term "current client" means a client to whom time was posted in the 12 months preceding December 5, 2020, the date the Committee selected McDermott as its proposed counsel.

[2]   McDermott may currently represent or have previously represented certain affiliates of the entities disclosed herein, and the disclosure is accordingly broad in scope.

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| Validus | American International Specialty Lines<br>AIG<br>Validus (Bermuda) Services Limited<br>AIG (Regulatory) |
| Western World Insurance Group | AIG (Regulatory) |

**EXHIBIT 2 – FORMER CLIENTS[3]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a McDermott Client |
|---|---|
| Anchorage Trust Company | Amazon Trust, First Anchorage Company |

---

[3]   The term "former client" means a client to whom time was posted between 12 and 36 months preceding December 5, 2020, the date the Committee selected McDermott as its proposed counsel, but for whom no time has been posted in the 12 months preceding December 5, 2020.

3

**EXHIBIT 3 – CLOSED CLIENTS[4]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a McDermott Client |
|---|---|
| Business Wire, Inc. | MidAmerican Energy Pipeline Group<br>Kraft Heinz Company<br>Marmon Retail Technologies Company<br>International Dairy Queen, Inc.<br>International Dairy Queen, Inc.<br>Lee Enterprises, Inc. |
| Comcast | Comcast Cable Communications, LLC |
| CSC | Xchanging Limited |
| Hartford Financial Services Group | Hartford Financial Services Group |
| Permanente, Kaiser | Kaiser Foundation Health Plan, Inc.<br>Southern California Permanente Medical Group<br>Colorado Permanente Medical Group |
| Salesforce | Salesforce |
| Validus Specialty, Inc. | American International Group, Inc. |

---

[4]    The term "closed client" means a client to whom time was posted in the 36 months preceding December 5, 2020, the date the Committee selected McDermott as its proposed counsel, but for which the client representation has been closed.