**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                  ) ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 7th day of December, 2020, DRC, acting under my supervision, caused to be served the following:

    a.  "Opposition of Debtors to Response of James Alexander to the Motion of Krzysztof Majdak and Philippe Godinea for Entry of Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee" (Docket 137); and

    b.  "Debtors' Motion for Leave to File and Serve Opposition of Debtors to Response of James Alexander to the Motion of Krzysztof Majdak and Philippe Godinea for Entry of Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee" (Docket No. 138),

    to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of December, 2020, Brooklyn, New York.

By Edward A. Calderon
Edward A. Calderon

Sworn before me this
18th day of December, 2020

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

## **EXHIBIT 1**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000057P001-1467S-014<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000036P001-1467S-014<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-014<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-014<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000004P001-1467S-014<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000060P001-1467S-014<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DEP.CAPITAL | 000055P001-1467S-014<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-014<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM |
| 000058P001-1467S-014<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM | 000059P001-1467S-014<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000044P001-1467S-014<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000061P001-1467S-014<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM |
| 000024P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-014<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/07/2020 10:31:31 AM

000037P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000054P001-1467S-014
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-014
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-014
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :   **41**

**<u>EXHIBIT 2</u>**

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-014
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000006P001-1467S-014
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-014
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-014
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-014
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-014
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-014
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-014
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-014
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

000012P001-1467S-014
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-014
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed :   **11**