## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of December, 2020, DRC, acting under my supervision, caused to be served the following:

   a. "Notice of Adjournment of December 9, 2020 Hearing Date and Certain Objection Deadlines Related Thereto" (Docket No. 159); and

   b. "Notice of *Amended* Agenda for Telephonic and Video Hearing Scheduled for December 9, 2020 at 2:00 p.m. (ET), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware" (Docket No. 160),

   to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of December, 2020, Brooklyn, New York.

By _____
                    Edward A. Calderon

Sworn before me this
18th day of December, 2020

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

_____
Notary Public

## **EXHIBIT 1**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

---

000057P001-1467S-017
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

000064P001-1467S-017
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

000036P001-1467S-017
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-017
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-017
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-017
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-017
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-017
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-017
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-017
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-017
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-017
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-017
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-017
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-017
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P001-1467S-017
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P001-1467S-017
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000063P001-1467S-017
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000030P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000037P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000054P001-1467S-017
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTIESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-017
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-017
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed : **47**

**<u>EXHIBIT 2</u>**

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-017
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000006P001-1467S-017
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-017
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-017
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-017
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-017
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-017
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-017
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-017
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

000012P001-1467S-017
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-017
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed : **11**