**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 23rd day of December, 2020, DRC, acting under my supervision, caused to be served the "*Notice of Sale, Bidding Procedures, Auction, Sale Objection, Sale Hearing and Other Deadlines Related Thereto*", a sample of which is attached as Exhibit 1, to be served via electronic mail upon the parties as set forth on Exhibit 2, and via US First Class Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 28th day of December, 2020, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
28th day of December, 2020
_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

.

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, SALE OBJECTION,**
**SALE HEARING AND OTHER DEADLINES RELATED THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.      On December 21, 2020, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered an Order (the "<u>Bidding Procedures Order</u>") authorizing certain procedures (the "<u>Bidding Procedures</u>") to be used in connection with the sale(s) (the "<u>Sale(s)</u>") (including pursuant to section 363 of the Bankruptcy Code or a chapter 11 plan of reorganization) of some or all of the assets or equity interests of one or more of the above-captioned debtors in possession (collectively, the "<u>Debtors</u>") (such assets and equity interests, collectively, the "<u>Assets</u>").[2]

2.      Copies of the Bidding Procedures Order and the Bidding Procedures may be obtained free of charge on the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Donlin Recano & Company, at https://www.donlinrecano.com/cred (the "<u>DRC Website</u>").  Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market St, Wilmington, Delaware 19801, and may be viewed for a fee on the internet at the Court's website (https://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

3.      On **February 3, 2021 at 1:00 p.m. (prevailing Eastern Time),** a hearing (the "<u>Sale Hearing</u>") will take place before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St, Wilmington, Delaware19801, where the Debtors will present for the Court's approval one or more bid(s) for the Assets (each, a "<u>Successful Bid</u>").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bidding Procedures.

4.     Pursuant to the Bidding Procedures Order, written preliminary indications of interest (each, a "Proposal") are to be submitted no later than **January 6, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "Proposal Deadline") to the following parties: (i) the Debtors, 3 East Third Avenue, Suite 200, San Mateo, CA 94401; (ii) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston TX, 77002, Attn: James T. Grogan, Esq., Mack Wilson, Esq., Alexander Bongartz, Esq., and Derek Cash, Esq., proposed counsel for the Debtors, jamesgrogan@paulhastings.com, mackwilson@paulhastings.com, alexbongartz@paulhastings.com, derekcash@paulhastings.com; and (iii) Teneo Capital LLC, 280 Park Avenue, 4th Floor, New York, NY, 10017, Attn: Chris Wu, the Debtors' investment banker, chris.wu@teneo.com (the foregoing entities in clauses (i) through (iii), the "Bid Notice Parties").

5.     To be eligible to participate in the bidding process for any or all Assets, a Prospective Bidder must deliver to the Bid Notice Parties: (i) if the Prospective Bidder wishes access to information regarding the Assets, an executed confidentiality agreement, in form and substance satisfactory to the Debtors; (ii) a statement and other factual support demonstrating to the Debtors' reasonable satisfaction that the Prospective Bidder has a *bona fide* interest in purchasing the specified Assets; and (iii) preliminary proof of the Prospective Bidder's financial capacity to close the proposed Sale.

6.     Any party that intends to participate in the Auction (each, a "Prospective Bidder") must submit its final, binding bid (a "Final Bid") in writing to the Bid Notice Parties on or before **January 15, 2021 at 5:00 p.m. (prevailing Eastern Time)** (the "Final Bid Deadline"); provided that the Debtors, with the consent of the Committee, shall have the discretion to extend in writing the Final Bid Deadline for any Prospective Bidder. Any bid received after the Final Bid Deadline will not constitute a Qualified Bid (as such term is defined in the Bidding Procedures). Contemporaneously with the submission of its Final Bid, each Prospective Bidder must provide a Good Faith Deposit (as such term is defined in the Bidding Procedures) by wire transfer or certified check pursuant to delivery instructions to be provided by the Debtors prior to the Final Bid Deadline.

7.     The Debtors, with the consent of the Committee, will evaluate each Qualified Bid using any and all factors that the Debtors deem reasonably pertinent, including, without limitation: (i) the amount of the Purchase Price, including the form of consideration; (ii) the risks and timing associated with consummating the applicable Sale, (iii) the Assets included in or excluded from the Qualified Bid, including the Proposed Assumed Contracts, and (iv) the ability to obtain any and all necessary regulatory or other approvals for the proposed Sale.

8.     The Debtors, with the consent of the Committee, will make a determination regarding which Final Bid(s) qualify as Qualified Bid(s) and notify all Prospective Bidders whether they have been selected as Qualified Bidders prior to the Auction.

9.     If the Debtors receive more than one Qualified Bid for any of the Assets, the Debtors will conduct the Auction.  The Auction, if required, will be conducted at the offices of Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002 on **January 18, 2021, at a time to be determined,** or at such other time and location as designated by the

Debtors, provided that the Debtors may designate a telephonic or video-enabled platform in lieu of an in-person Auction.

10.    If the Debtors receive no more than one Qualified Bid with respect to any of the Assets, the Debtors may determine, with the consent of the Committee, not to hold an auction for such Assets and instead declare the applicable Qualified Bid as the Successful Bid for such Assets and request that the Court approve the applicable Purchase Agreement at the Sale Hearing.

11.    Each Qualified Bidder participating in the Auction will be required to confirm in writing and on the record at the Auction that (i) it has not engaged in any collusion with respect to the submission of any bid or the Auction and (ii) each Qualified Bid it submits at the Auction is a binding, good faith and bona fide offer to purchase the Assets identified in such bid.

12.    Pursuant to the Bidding Procedures Order, the Debtors may, as they deem necessary and appropriate in the prudent exercise of their business judgment, with the consent of the Committee execute one or more "stalking horse" agreements (each the "Stalking Horse Agreement") for any subset of the Assets of such Stalking Horse Agreement(s), which may, subject to Court approval, include bid protections; *provided*, *however* that the Assets shall not include cryptocurrency without the consent of the Committee.

13.    Promptly after the conclusion of the Auction, the Debtors shall file with the Court, serve on the Sale Notice Parties (as defined in the Bidding Procedures Order) and cause to be published on the website maintained by Donlin Recano & Company, the Debtors' claims and noticing agent, at https://www.donlinrecano.com/cred (the "DRC Website"), the results of the Auction, which will include (i) a copy of all Successful Bid(s) and Backup Bid(s), if any, (ii) the identities of the Successful Bidder(s) and Backup Bidder(s), and (iii) a copy of the Purchase Agreements(s) of the Successful Bidder(s).

14.    Promptly after the conclusion of the Auction, the Debtors will (a) file with the Court, serve on the Sale Notice Parties, by email, and cause to be published on the DRC Website, (i) the Notice of the Proposed Assumed Contracts and (ii) each Successful Bidder's and Backup Bidder's proposed form of adequate assurance of future performance with respect to the relevant Proposed Assumed Contracts and (b) mail the Notice of Proposed Assumed Contracts to all relevant Counterparties.

15.    The Good Faith Deposits will be held by the Debtors in a non-interest-bearing escrow or trust account and will not become property of the Debtors' estates.  The Good Faith Deposits will be retained by the Debtors, notwithstanding the Court's approval of any Sale(s) for the applicable Assets, until no later than five (5) business days after the conclusion of the Auction, except for the Good Faith Deposit(s) of Successful Bidder(s) and Backup Bidder(s); provided that, if a Stalking Horse Bidder is not the Successful Bidder or Backup Bidder, its Good Faith Deposit will be returned to such Stalking Horse Bidder in accordance with the applicable Stalking Horse Agreement.  The Debtors will retain the Good Faith Deposits of Backup Bidders until the earlier of (i) five (5) business days after the closing of the Sale(s) of the applicable Assets and (ii) 60 days after the date of the Sale Hearing.

16.     At the closing of a Sale, the Successful Bidder will be entitled to a credit for the amount of its Good Faith Deposit.  If a Successful Bidder fails to consummate a Sale because of a breach that entitles the Debtors to terminate the applicable Purchase Agreement, then, the Debtors will be entitled to retain such Successful Bidder's Good Faith Deposit as partial compensation for the damages caused to the Debtors and their estates as a result of such breach or failure to perform.

17.      Each Successful Bid (including any Backup Bid that is subsequently deemed a Successful Bid) will be subject to approval by the Court.  The Sale Hearing will take place on **February 3, 2021 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market St, Wilmington, Delaware 19801.

18.     At the Sale Hearing, the Debtors will seek entry of order(s) (each, a "Sale Order") approving, among other things, the Sale(s) of some or all of the Assets to the Successful Bidder(s). The Sale Hearing may be adjourned or rescheduled by the Debtors.

19.     The Debtors may reject at any time, before entry of the applicable Sale Order, any bid that, the Debtors determine, with the consent of the Committee is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bankruptcy Code or the Bidding Procedures, or (iii) contrary to the best interests of the Debtors and their estates.

20.     Objections to a Sale, including any objection to the sale of any Assets free and clear of liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code (each, a "Sale Objection"), or to entry of a Sale Order must (i) be in writing and specify the nature of such objection, (ii) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and all orders of the Court, and (iii) be filed with the Court and served on: (i) the Chambers of the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 N. Market St, Wilmington, DE 19801; (ii) the Debtors, 3 East Third Avenue, Suite 200, San Mateo, CA 94401; (iii) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston TX, 77002, Attn: James T. Grogan, Esq., Mack Wilson, Esq., Alexander Bongartz, Esq., and Derek Cash, Esq., proposed counsel for the Debtors, jamesgrogan@paulhastings.com, mackwilson@paulhastings.com, alexbongartz@paulhastings.com, derekcash@paulhastings.com (iv) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, DE 19803, Attn: Scott D. Cousins, counsel for the Debtors, scott.cousins@cousins-law.com, (v) the Office of the United States Trustee, 844 N. King St #2207, Wilmington, DE 19801, Attn: Joseph McMahon and John Schanne, joseph.mcmahon@usdoj.gov, john.schanne@usdoj.gov; (vi) proposed counsel to the Committee (a) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173-1922, Attn: Timothy Walsh and Darren Azman (twwalsh@mwe.com, dazman@mwe.com) and (b) McDermott Will & Emery LLP, The Nemours Building, 1007 North Orange Street, 4th Floor, Wilmington, DE 19801, Attn: David Hurst (dhurst@mwe.com); (vii) the Internal Revenue Service; and (viii) the United States Attorney for the District of Delaware (collectively, the "Objection Recipients") by **January 27, 2021, at 5:00 p.m. (prevailing Eastern Time)**.

21.     All Sale Objections not resolved by the parties prior thereto will be heard at the Sale Hearing. **THE FAILURE OF ANY PARTY TO TIMELY FILE AND SERVE A SALE**

**OBJECTION FOREVER WILL BAR SUCH PARTY FROM ASSERTING, AT THE APPLICABLE SALE HEARING OR THEREAFTER, ANY OBJECTION TO THE RELIEF REQUESTED IN THE MOTION, OR TO THE CONSUMMATION OF THE APPLICABLE SALE(S), INCLUDING THE TRANSFER OF THE ASSETS TO THE APPLICABLE SUCCESSFUL BIDDER(S), FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO SECTION 363(f) OF THE BANKRUPTCY CODE.**

22.     If a Successful Bidder fails to consummate the approved Sale, a hearing to authorize the assumption and assignment of Proposed Assumed Contracts to the applicable Backup Bidder(s) will be held before the Court on no less than five (5) business days' notice, with objections due at least one (1) business day prior to such hearing, unless otherwise ordered by the Court.  For the avoidance of doubt, the scope of such hearing will be limited to issues relating to the adequate assurance of future performance by the applicable Backup Bidder(s).

23.     The Debtors may, in any manner consistent with applicable law, and with the consent of the Committee, modify the procedures and deadlines set forth herein (including, without limitation, extending the Final Bid Deadline, modifying the Qualified Bid requirements, modifying the procedures for conducting the Auction, rescheduling the Auction or adjourning the Sale Hearing) or adopt new rules, procedures and deadlines in order to, in their sole and reasonable discretion, maximize value for their estates; provided that the Debtors may not amend these Bidding Procedures or the bidding process to reduce their obligations to obtain the consent of the Committee without the consent of the Committee or further order of the Court.  All such modifications and additional rules will be communicated to each of the Sale Notice Parties, Prospective Bidders and Qualified Bidders; provided that, to the extent such modifications occur at the Auction, disclosure of such modifications may be limited to those in attendance at the Auction.

24.     This Notice is subject to the full terms and conditions set forth in the Bidding Procedures Order and the Bidding Procedures.  The Debtors reserve the right to, in their reasonable discretion, modify the Bidding Procedures at any time, including, without limitation, to extend the deadlines and proposed dates set forth therein, including the Final Bid Deadline, changing the date of the Auction, and adjourning and/or rescheduling the Sale Hearing; provided that the Debtors may not amend the Bidding Procedures to reduce or otherwise modify their obligations to obtain the consent of the Committee without the consent of the Committee or further Court Order.

25.     Copies of the Bidding Procedures Order and the Bidding Procedures may be obtained free of charge on the DRC Website.  Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market St, Wilmington, Delaware 19801, and may be viewed for a fee on the internet at the Court's website (https://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

26.     Parties interested in receiving additional information about the Debtors, the Bidding Procedures, the Sale(s), the Assets, or the Auction may make requests to Teneo, the Debtors' investment banker

Dated: December 21, 2020
       Wilmington, Delaware

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
*Co-Counsel to the Debtors*

# EXHIBIT 2

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000067P001-1467S-025<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-025<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-025<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-025<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM |
| 000069P001-1467S-025<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000057P001-1467S-025<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-025<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 006259P002-1467A-025<br>CIN00001 |
| 000018P001-1467A-025<br>CIN00002 | 000019P001-1467A-025<br>CIN00003 | 000020P001-1467A-025<br>CIN00004 | 000021P001-1467A-025<br>CIN00005 |
| 000022P001-1467A-025<br>CIN00006 | 000023P001-1467A-025<br>CIN00007 | 000024P001-1467A-025<br>CIN00008 | 000025P001-1467A-025<br>CIN00009 |
| 000026P001-1467A-025<br>CIN00010 | 000027P001-1467A-025<br>CIN00011 | 000028P001-1467A-025<br>CIN00012 | 000029P001-1467A-025<br>CIN00013 |
| 000030P001-1467A-025<br>CIN00014 | 000031P001-1467A-025<br>CIN00015 | 000032P001-1467A-025<br>CIN00016 | 000033P001-1467A-025<br>CIN00017 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000034P001-1467A-025<br>CIN00018 | 000035P001-1467A-025<br>CIN00019 | 000036P001-1467A-025<br>CIN00020 | 006342P002-1467A-025<br>CIN00021 |
| 000037P001-1467A-025<br>CIN00022 | 000038P001-1467A-025<br>CIN00023 | 000039P001-1467A-025<br>CIN00024 | 000040P001-1467A-025<br>CIN00025 |
| 000041P001-1467A-025<br>CIN00026 | 000042P001-1467A-025<br>CIN00027 | 000043P001-1467A-025<br>CIN00028 | 000044P001-1467A-025<br>CIN00029 |
| 000045P001-1467A-025<br>CIN00030 | 000046P002-1467A-025<br>CIN00031 | 000047P001-1467A-025<br>CIN00032 | 000048P001-1467A-025<br>CIN00033 |
| 000049P001-1467A-025<br>CIN00034 | 000050P001-1467A-025<br>CIN00035 | 006261P002-1467A-025<br>CIN00036 | 000051P001-1467A-025<br>CIN00037 |
| 000052P001-1467A-025<br>CIN00038 | 000053P001-1467A-025<br>CIN00039 | 000054P001-1467A-025<br>CIN00040 | 000055P001-1467A-025<br>CIN00041 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000056P001-1467A-025<br>CIN00042 | 000057P001-1467A-025<br>CIN00043 | 000058P001-1467A-025<br>CIN00044 | 000059P001-1467A-025<br>CIN00045 |
| 000060P002-1467A-025<br>CIN00046 | 006940P001-1467A-025<br>CIN00046 | 000061P001-1467A-025<br>CIN00047 | 000062P001-1467A-025<br>CIN00048 |
| 000063P001-1467A-025<br>CIN00049 | 000064P001-1467A-025<br>CIN00050 | 000065P001-1467A-025<br>CIN00051 | 000066P002-1467A-025<br>CIN00052 |
| 006715P002-1467A-025<br>CIN00052 | 000067P001-1467A-025<br>CIN00053 | 000068P001-1467A-025<br>CIN00054 | 000069P001-1467A-025<br>CIN00055 |
| 000070P002-1467A-025<br>CIN00056 | 006942P001-1467A-025<br>CIN00056 | 000071P001-1467A-025<br>CIN00057 | 000072P001-1467A-025<br>CIN00058 |
| 000073P001-1467A-025<br>CIN00059 | 000074P001-1467A-025<br>CIN00060 | 000075P001-1467A-025<br>CIN00061 | 000076P001-1467A-025<br>CIN00062 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000077P001-1467A-025<br>CIN00063 | 000078P001-1467A-025<br>CIN00064 | 000079P001-1467A-025<br>CIN00065 | 000080P001-1467A-025<br>CIN00066 |
| 000081P001-1467A-025<br>CIN00067 | 000082P001-1467A-025<br>CIN00068 | 000083P001-1467A-025<br>CIN00069 | 000084P001-1467A-025<br>CIN00070 |
| 000085P001-1467A-025<br>CIN00071 | 000086P002-1467A-025<br>CIN00072 | 006797P002-1467A-025<br>CIN00072 | 000087P001-1467A-025<br>CIN00073 |
| 000088P001-1467A-025<br>CIN00074 | 000089P001-1467A-025<br>CIN00075 | 000090P001-1467A-025<br>CIN00076 | 000091P001-1467A-025<br>CIN00077 |
| 000092P001-1467A-025<br>CIN00078 | 000093P001-1467A-025<br>CIN00079 | 000094P001-1467A-025<br>CIN00080 | 000095P001-1467A-025<br>CIN00081 |
| 000096P001-1467A-025<br>CIN00082 | 000097P001-1467A-025<br>CIN00083 | 000098P001-1467A-025<br>CIN00084 | 000099P001-1467A-025<br>CIN00085 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000100P001-1467A-025<br>CIN00086 | 000101P001-1467A-025<br>CIN00087 | 000102P001-1467A-025<br>CIN00088 | 000103P001-1467A-025<br>CIN00089 |
| 000104P001-1467A-025<br>CIN00090 | 000105P001-1467A-025<br>CIN00091 | 000106P001-1467A-025<br>CIN00092 | 000107P001-1467A-025<br>CIN00093 |
| 000108P001-1467A-025<br>CIN00094 | 000109P001-1467A-025<br>CIN00095 | 000110P001-1467A-025<br>CIN00096 | 000111P001-1467A-025<br>CIN00097 |
| 000112P001-1467A-025<br>CIN00098 | 006262P002-1467A-025<br>CIN00099 | 000113P001-1467A-025<br>CIN00100 | 000114P001-1467A-025<br>CIN00101 |
| 000115P001-1467A-025<br>CIN00102 | 000116P001-1467A-025<br>CIN00103 | 000117P001-1467A-025<br>CIN00104 | 000118P001-1467A-025<br>CIN00105 |
| 000119P001-1467A-025<br>CIN00106 | 000120P001-1467A-025<br>CIN00107 | 000121P001-1467A-025<br>CIN00108 | 000122P001-1467A-025<br>CIN00109 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000123P001-1467A-025<br>CIN00110 | 000124P001-1467A-025<br>CIN00111 | 000125P001-1467A-025<br>CIN00112 | 000126P001-1467A-025<br>CIN00113 |
| 000127P001-1467A-025<br>CIN00114 | 000128P001-1467A-025<br>CIN00115 | 000129P001-1467A-025<br>CIN00116 | 000130P001-1467A-025<br>CIN00117 |
| 000131P001-1467A-025<br>CIN00118 | 000132P001-1467A-025<br>CIN00119 | 000137P001-1467A-025<br>CIN00120 | 000133P001-1467A-025<br>CIN00121 |
| 000134P001-1467A-025<br>CIN00122 | 000135P001-1467A-025<br>CIN00123 | 000136P001-1467A-025<br>CIN00124 | 000138P001-1467A-025<br>CIN00125 |
| 006346P001-1467A-025<br>CIN00126 | 000139P001-1467A-025<br>CIN00127 | 000140P001-1467A-025<br>CIN00128 | 000141P001-1467A-025<br>CIN00129 |
| 000142P001-1467A-025<br>CIN00130 | 000143P001-1467A-025<br>CIN00131 | 000144P001-1467A-025<br>CIN00132 | 000145P001-1467A-025<br>CIN00133 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000146P001-1467A-025<br>CIN00134 | 000147P001-1467A-025<br>CIN00135 | 000148P001-1467A-025<br>CIN00136 | 000149P001-1467A-025<br>CIN00137 |
| 000150P001-1467A-025<br>CIN00138 | 000151P001-1467A-025<br>CIN00139 | 000152P001-1467A-025<br>CIN00140 | 000153P001-1467A-025<br>CIN00141 |
| 000154P001-1467A-025<br>CIN00142 | 000155P001-1467A-025<br>CIN00143 | 000156P001-1467A-025<br>CIN00144 | 000157P001-1467A-025<br>CIN00145 |
| 000158P001-1467A-025<br>CIN00146 | 000159P001-1467A-025<br>CIN00147 | 000160P001-1467A-025<br>CIN00148 | 000161P001-1467A-025<br>CIN00149 |
| 000162P001-1467A-025<br>CIN00150 | 000163P001-1467A-025<br>CIN00151 | 000164P001-1467A-025<br>CIN00152 | 000165P001-1467A-025<br>CIN00153 |
| 000166P001-1467A-025<br>CIN00154 | 000167P001-1467A-025<br>CIN00155 | 000168P001-1467A-025<br>CIN00156 | 000169P001-1467A-025<br>CIN00157 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000170P001-1467A-025 | 000171P001-1467A-025 | 000172P001-1467A-025 | 000173P001-1467A-025 |
| CIN00158 | CIN00159 | CIN00160 | CIN00161 |

| 000174P001-1467A-025 | 000175P001-1467A-025 | 000176P001-1467A-025 | 000177P001-1467A-025 |
| CIN00162 | CIN00163 | CIN00164 | CIN00165 |

| 000178P001-1467A-025 | 000003P001-1467A-025 | 000179P001-1467A-025 | 000180P001-1467A-025 |
| CIN00166 | CIN00167 | CIN00168 | CIN00169 |

| 000181P001-1467A-025 | 000182P001-1467A-025 | 000183P001-1467A-025 | 000184P001-1467A-025 |
| CIN00170 | CIN00171 | CIN00172 | CIN00173 |

| 000185P001-1467A-025 | 000186P001-1467A-025 | 000187P001-1467A-025 | 000188P001-1467A-025 |
| CIN00174 | CIN00175 | CIN00176 | CIN00177 |

| 000189P001-1467A-025 | 000190P001-1467A-025 | 000191P001-1467A-025 | 000192P002-1467A-025 |
| CIN00178 | CIN00179 | CIN00180 | CIN00181 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000193P001-1467A-025<br>CIN00182 | 000194P001-1467A-025<br>CIN00183 | 000195P002-1467A-025<br>CIN00184 | 006855P004-1467A-025<br>CIN00184 |
| 000196P001-1467A-025<br>CIN00185 | 000197P001-1467A-025<br>CIN00186 | 000198P001-1467A-025<br>CIN00187 | 006229P001-1467A-025<br>CIN00188 |
| 000199P001-1467A-025<br>CIN00189 | 000200P002-1467A-025<br>CIN00190 | 000201P002-1467A-025<br>CIN00191 | 006912P001-1467A-025<br>CIN00191 |
| 000202P001-1467A-025<br>CIN00192 | 000203P001-1467A-025<br>CIN00193 | 000204P001-1467A-025<br>CIN00194 | 000205P001-1467A-025<br>CIN00195 |
| 000206P001-1467A-025<br>CIN00196 | 000207P001-1467A-025<br>CIN00197 | 000208P001-1467A-025<br>CIN00198 | 000209P001-1467A-025<br>CIN00199 |
| 000210P001-1467A-025<br>CIN00200 | 000211P001-1467A-025<br>CIN00201 | 000212P001-1467A-025<br>CIN00202 | 000213P001-1467A-025<br>CIN00203 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000214P001-1467A-025<br>CIN00204 | 000215P001-1467A-025<br>CIN00205 | 000216P001-1467A-025<br>CIN00206 | 000217P001-1467A-025<br>CIN00207 |
| 000218P001-1467A-025<br>CIN00208 | 000219P001-1467A-025<br>CIN00209 | 000220P001-1467A-025<br>CIN00210 | 000221P001-1467A-025<br>CIN00211 |
| 000222P001-1467A-025<br>CIN00212 | 000223P001-1467A-025<br>CIN00213 | 000224P001-1467A-025<br>CIN00214 | 000225P001-1467A-025<br>CIN00215 |
| 000226P001-1467A-025<br>CIN00216 | 000227P001-1467A-025<br>CIN00217 | 000228P001-1467A-025<br>CIN00218 | 000229P001-1467A-025<br>CIN00219 |
| 000230P001-1467A-025<br>CIN00220 | 000231P001-1467A-025<br>CIN00221 | 000233P001-1467A-025<br>CIN00222 | 000234P001-1467A-025<br>CIN00223 |
| 000235P001-1467A-025<br>CIN00224 | 000236P001-1467A-025<br>CIN00225 | 000237P001-1467A-025<br>CIN00226 | 000238P001-1467A-025<br>CIN00227 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000239P001-1467A-025<br>CIN00228 | 000240P001-1467A-025<br>CIN00229 | 000241P001-1467A-025<br>CIN00230 | 000242P001-1467A-025<br>CIN00231 |
| 000243P001-1467A-025<br>CIN00232 | 000244P001-1467A-025<br>CIN00233 | 000245P001-1467A-025<br>CIN00234 | 000246P001-1467A-025<br>CIN00235 |
| 000247P001-1467A-025<br>CIN00236 | 000248P001-1467A-025<br>CIN00237 | 000249P001-1467A-025<br>CIN00238 | 000250P001-1467A-025<br>CIN00239 |
| 000251P001-1467A-025<br>CIN00240 | 000252P002-1467A-025<br>CIN00241 | 006714P003-1467A-025<br>CIN00241 | 000253P001-1467A-025<br>CIN00242 |
| 000254P001-1467A-025<br>CIN00243 | 000255P001-1467A-025<br>CIN00244 | 000256P001-1467A-025<br>CIN00245 | 000257P001-1467A-025<br>CIN00246 |
| 006343P001-1467A-025<br>CIN00247 | 000258P001-1467A-025<br>CIN00248 | 000259P001-1467A-025<br>CIN00249 | 000260P001-1467A-025<br>CIN00250 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000261P001-1467A-025<br>CIN00251 | 000262P001-1467A-025<br>CIN00252 | 000263P001-1467A-025<br>CIN00253 | 000264P001-1467A-025<br>CIN00254 |
| 000265P001-1467A-025<br>CIN00255 | 000266P001-1467A-025<br>CIN00256 | 000267P001-1467A-025<br>CIN00257 | 000268P001-1467A-025<br>CIN00258 |
| 000269P001-1467A-025<br>CIN00259 | 000270P001-1467A-025<br>CIN00260 | 000271P001-1467A-025<br>CIN00261 | 000272P001-1467A-025<br>CIN00262 |
| 000273P001-1467A-025<br>CIN00263 | 000274P001-1467A-025<br>CIN00264 | 000275P001-1467A-025<br>CIN00265 | 000276P001-1467A-025<br>CIN00266 |
| 000277P001-1467A-025<br>CIN00267 | 000278P001-1467A-025<br>CIN00268 | 000279P001-1467A-025<br>CIN00269 | 000280P001-1467A-025<br>CIN00270 |
| 000281P001-1467A-025<br>CIN00271 | 000282P001-1467A-025<br>CIN00272 | 000283P001-1467A-025<br>CIN00273 | 000284P001-1467A-025<br>CIN00274 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000285P001-1467A-025<br>CIN00275 | 000286P001-1467A-025<br>CIN00276 | 000287P001-1467A-025<br>CIN00277 | 000288P001-1467A-025<br>CIN00278 |
| 000289P001-1467A-025<br>CIN00279 | 000290P001-1467A-025<br>CIN00280 | 000291P001-1467A-025<br>CIN00281 | 000292P001-1467A-025<br>CIN00282 |
| 000293P001-1467A-025<br>CIN00283 | 0063349P001-1467A-025<br>CIN00284 | 000294P001-1467A-025<br>CIN00285 | 000295P001-1467A-025<br>CIN00286 |
| 000296P001-1467A-025<br>CIN00287 | 000297P001-1467A-025<br>CIN00288 | 000298P001-1467A-025<br>CIN00289 | 000299P001-1467A-025<br>CIN00290 |
| 000300P001-1467A-025<br>CIN00291 | 000301P001-1467A-025<br>CIN00292 | 000302P001-1467A-025<br>CIN00293 | 000303P001-1467A-025<br>CIN00294 |
| 000304P001-1467A-025<br>CIN00295 | 000305P001-1467A-025<br>CIN00296 | 000306P001-1467A-025<br>CIN00297 | 000307P001-1467A-025<br>CIN00298 |

# Cred Inc., et al.
## Electronic Mail
### Exhibit Pages

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000308P001-1467A-025<br>CIN00299 | 000309P001-1467A-025<br>CIN00300 | 000310P001-1467A-025<br>CIN00301 | 000311P001-1467A-025<br>CIN00302 |
| 000312P001-1467A-025<br>CIN00303 | 000313P001-1467A-025<br>CIN00304 | 000314P001-1467A-025<br>CIN00305 | 000315P001-1467A-025<br>CIN00306 |
| 000316P001-1467A-025<br>CIN00307 | 000317P001-1467A-025<br>CIN00308 | 000318P001-1467A-025<br>CIN00309 | 000319P001-1467A-025<br>CIN00310 |
| 000320P001-1467A-025<br>CIN00311 | 000321P001-1467A-025<br>CIN00312 | 000322P001-1467A-025<br>CIN00313 | 000323P001-1467A-025<br>CIN00314 |
| 000324P001-1467A-025<br>CIN00315 | 000325P001-1467A-025<br>CIN00316 | 000326P001-1467A-025<br>CIN00317 | 000327P001-1467A-025<br>CIN00318 |
| 000328P001-1467A-025<br>CIN00319 | 000329P001-1467A-025<br>CIN00320 | 000330P002-1467A-025<br>CIN00321 | 006872P001-1467A-025<br>CIN00321 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

000331P001-1467A-025
CIN00322

000332P001-1467A-025
CIN00323

000333P001-1467A-025
CIN00324

000334P001-1467A-025
CIN00325

000335P001-1467A-025
CIN00326

000336P001-1467A-025
CIN00327

000337P001-1467A-025
CIN00328

000338P001-1467A-025
CIN00329

000339P001-1467A-025
CIN00330

000340P001-1467A-025
CIN00331

000341P001-1467A-025
CIN00332

000342P001-1467A-025
CIN00333

000343P001-1467A-025
CIN00334

000344P001-1467A-025
CIN00335

000345P001-1467A-025
CIN00336

000346P001-1467A-025
CIN00337

000347P001-1467A-025
CIN00338

000348P001-1467A-025
CIN00339

000349P001-1467A-025
CIN00340

000350P001-1467A-025
CIN00341

000351P001-1467A-025
CIN00342

000352P001-1467A-025
CIN00343

000353P001-1467A-025
CIN00344

000354P001-1467A-025
CIN00345

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000355P001-1467A-025<br>CIN00346 | 000356P001-1467A-025<br>CIN00347 | 000357P001-1467A-025<br>CIN00348 | 000358P001-1467A-025<br>CIN00349 |
| 000359P001-1467A-025<br>CIN00350 | 000360P001-1467A-025<br>CIN00351 | 000361P001-1467A-025<br>CIN00352 | 000362P001-1467A-025<br>CIN00353 |
| 000363P002-1467A-025<br>CIN00354 | 006904P001-1467A-025<br>CIN00354 | 000364P001-1467A-025<br>CIN00355 | 000365P001-1467A-025<br>CIN00356 |
| 000366P001-1467A-025<br>CIN00357 | 000367P001-1467A-025<br>CIN00358 | 000368P001-1467A-025<br>CIN00359 | 000369P001-1467A-025<br>CIN00360 |
| 000370P001-1467A-025<br>CIN00361 | 000371P001-1467A-025<br>CIN00362 | 000372P001-1467A-025<br>CIN00363 | 000373P001-1467A-025<br>CIN00364 |
| 000374P001-1467A-025<br>CIN00365 | 000375P001-1467A-025<br>CIN00366 | 000376P001-1467A-025<br>CIN00367 | 000377P001-1467A-025<br>CIN00368 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000378P001-1467A-025<br>CIN00369 | 000379P001-1467A-025<br>CIN00370 | 000380P001-1467A-025<br>CIN00371 | 000381P001-1467A-025<br>CIN00372 |
| 000382P001-1467A-025<br>CIN00373 | 000383P001-1467A-025<br>CIN00374 | 000384P001-1467A-025<br>CIN00375 | 000385P001-1467A-025<br>CIN00376 |
| 000386P001-1467A-025<br>CIN00377 | 000387P001-1467A-025<br>CIN00378 | 000388P001-1467A-025<br>CIN00379 | 000389P001-1467A-025<br>CIN00380 |
| 000390P001-1467A-025<br>CIN00381 | 000391P001-1467A-025<br>CIN00382 | 000392P001-1467A-025<br>CIN00383 | 000393P001-1467A-025<br>CIN00384 |
| 000394P001-1467A-025<br>CIN00385 | 000395P001-1467A-025<br>CIN00386 | 000396P001-1467A-025<br>CIN00387 | 000397P001-1467A-025<br>CIN00388 |
| 000398P001-1467A-025<br>CIN00389 | 000399P001-1467A-025<br>CIN00390 | 000400P001-1467A-025<br>CIN00391 | 000401P001-1467A-025<br>CIN00392 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000402P002-1467A-025<br>CIN00393 | 006808P002-1467A-025<br>CIN00393 | 000403P001-1467A-025<br>CIN00394 | 000404P001-1467A-025<br>CIN00395 |
| 000405P001-1467A-025<br>CIN00396 | 000406P001-1467A-025<br>CIN00397 | 000407P001-1467A-025<br>CIN00398 | 000408P002-1467A-025<br>CIN00399 |
| 006642P003-1467A-025<br>CIN00399 | 000409P001-1467A-025<br>CIN00400 | 000410P002-1467A-025<br>CIN00401 | 000411P001-1467A-025<br>CIN00402 |
| 000412P001-1467A-025<br>CIN00403 | 000413P001-1467A-025<br>CIN00404 | 000414P001-1467A-025<br>CIN00405 | 000415P001-1467A-025<br>CIN00406 |
| 000416P001-1467A-025<br>CIN00407 | 000417P001-1467A-025<br>CIN00408 | 000418P001-1467A-025<br>CIN00409 | 000419P001-1467A-025<br>CIN00410 |
| 000420P001-1467A-025<br>CIN00411 | 000421P001-1467A-025<br>CIN00412 | 000422P001-1467A-025<br>CIN00413 | 000423P001-1467A-025<br>CIN00414 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000424P001-1467A-025<br>CIN00415 | 000425P001-1467A-025<br>CIN00416 | 000426P001-1467A-025<br>CIN00417 | 000427P001-1467A-025<br>CIN00418 |
| 000428P001-1467A-025<br>CIN00419 | 000429P001-1467A-025<br>CIN00420 | 000430P001-1467A-025<br>CIN00421 | 000431P001-1467A-025<br>CIN00422 |
| 000432P001-1467A-025<br>CIN00423 | 000433P001-1467A-025<br>CIN00424 | 000434P001-1467A-025<br>CIN00425 | 000435P001-1467A-025<br>CIN00426 |
| 000436P002-1467A-025<br>CIN00427 | 006992P002-1467A-025<br>CIN00427 | 000437P001-1467A-025<br>CIN00428 | 000438P001-1467A-025<br>CIN00429 |
| 000439P001-1467A-025<br>CIN00430 | 000440P001-1467A-025<br>CIN00431 | 000441P001-1467A-025<br>CIN00432 | 000442P001-1467A-025<br>CIN00433 |
| 000443P001-1467A-025<br>CIN00434 | 000444P001-1467A-025<br>CIN00435 | 000445P001-1467A-025<br>CIN00436 | 000446P001-1467A-025<br>CIN00437 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000447P001-1467A-025<br>CIN00438 | 000448P001-1467A-025<br>CIN00439 | 000449P001-1467A-025<br>CIN00440 | 000450P001-1467A-025<br>CIN00441 |
| 000451P001-1467A-025<br>CIN00442 | 000452P001-1467A-025<br>CIN00443 | 000453P001-1467A-025<br>CIN00444 | 000454P001-1467A-025<br>CIN00445 |
| 000455P001-1467A-025<br>CIN00446 | 000456P001-1467A-025<br>CIN00447 | 000457P001-1467A-025<br>CIN00448 | 000458P001-1467A-025<br>CIN00449 |
| 000459P002-1467A-025<br>CIN00450 | 006811P001-1467A-025<br>CIN00450 | 000460P001-1467A-025<br>CIN00451 | 000461P001-1467A-025<br>CIN00452 |
| 000462P002-1467A-025<br>CIN00453 | 000462P002-1467A-025<br>CIN00453 | 006230P002-1467A-025<br>CIN00453 | 006230P002-1467A-025<br>CIN00453 |
| 006983P002-1467A-025<br>CIN00453 | 000463P002-1467A-025<br>CIN00455 | 006651P003-1467A-025<br>CIN00455 | 000464P001-1467A-025<br>CIN00456 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

000465P001-1467A-025
CIN00457

000466P001-1467A-025
CIN00458

000467P001-1467A-025
CIN00459

000468P001-1467A-025
CIN00460

000469P001-1467A-025
CIN00461

000470P001-1467A-025
CIN00462

000471P001-1467A-025
CIN00463

000472P001-1467A-025
CIN00464

000473P001-1467A-025
CIN00465

000474P002-1467A-025
CIN00466

000474P002-1467A-025
CIN00466

006946P001-1467A-025
CIN00466

006946P001-1467A-025
CIN00466

000475P002-1467A-025
CIN00467

000476P001-1467A-025
CIN00468

000477P001-1467A-025
CIN00469

000478P001-1467A-025
CIN00470

000479P001-1467A-025
CIN00471

000480P001-1467A-025
CIN00472

000481P001-1467A-025
CIN00473

000482P001-1467A-025
CIN00474

000483P001-1467A-025
CIN00475

006231P001-1467A-025
CIN00476

000484P001-1467A-025
CIN00477

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| 000485P001-1467A-025 | 000486P001-1467A-025 | 000487P001-1467A-025 | 000488P001-1467A-025 |
| CIN00478 | CIN00479 | CIN00480 | CIN00481 |

000489P001-1467A-025    000490P001-1467A-025    000491P001-1467A-025    000492P001-1467A-025
CIN00482                CIN00483                CIN00484                CIN00485

000493P001-1467A-025    000494P001-1467A-025    000495P001-1467A-025    000496P001-1467A-025
CIN00486                CIN00487                CIN00488                CIN00489

000497P001-1467A-025    000498P001-1467A-025    000499P001-1467A-025    000500P001-1467A-025
CIN00490                CIN00491                CIN00492                CIN00493

000501P001-1467A-025    000502P001-1467A-025    000503P001-1467A-025    000504P001-1467A-025
CIN00494                CIN00495                CIN00496                CIN00497

000505P001-1467A-025    000506P001-1467A-025    000507P001-1467A-025    000508P001-1467A-025
CIN00498                CIN00499                CIN00500                CIN00501

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000509P001-1467A-025<br>CIN00502 | 000510P001-1467A-025<br>CIN00503 | 000511P001-1467A-025<br>CIN00504 | 000512P001-1467A-025<br>CIN00505 |
| 000513P001-1467A-025<br>CIN00506 | 000514P001-1467A-025<br>CIN00507 | 000515P001-1467A-025<br>CIN00508 | 000516P001-1467A-025<br>CIN00509 |
| 000517P001-1467A-025<br>CIN00510 | 000518P001-1467A-025<br>CIN00511 | 000519P001-1467A-025<br>CIN00512 | 000520P001-1467A-025<br>CIN00513 |
| 000521P001-1467A-025<br>CIN00514 | 000522P001-1467A-025<br>CIN00515 | 000523P001-1467A-025<br>CIN00516 | 000524P001-1467A-025<br>CIN00517 |
| 000525P001-1467A-025<br>CIN00518 | 000526P001-1467A-025<br>CIN00519 | 000527P001-1467A-025<br>CIN00520 | 000528P002-1467A-025<br>CIN00521 |
| 006849P001-1467A-025<br>CIN00521 | 000529P001-1467A-025<br>CIN00522 | 000530P001-1467A-025<br>CIN00523 | 000531P001-1467A-025<br>CIN00524 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000532P001-1467A-025
CIN00525

000533P001-1467A-025
CIN00526

000534P001-1467A-025
CIN00527

000535P001-1467A-025
CIN00528

000536P001-1467A-025
CIN00529

000537P001-1467A-025
CIN00530

000538P001-1467A-025
CIN00531

000539P001-1467A-025
CIN00532

000540P001-1467A-025
CIN00533

000541P001-1467A-025
CIN00534

000542P001-1467A-025
CIN00535

000543P001-1467A-025
CIN00536

000544P001-1467A-025
CIN00537

000545P001-1467A-025
CIN00538

000546P001-1467A-025
CIN00539

000547P001-1467A-025
CIN00540

000548P001-1467A-025
CIN00541

000549P001-1467A-025
CIN00542

000550P001-1467A-025
CIN00543

000551P001-1467A-025
CIN00544

000552P001-1467A-025
CIN00545

000553P001-1467A-025
CIN00546

000554P001-1467A-025
CIN00547

000555P001-1467A-025
CIN00548

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000556P001-1467A-025<br>CIN00549 | 000557P001-1467A-025<br>CIN00550 | 000558P001-1467A-025<br>CIN00551 | 000559P001-1467A-025<br>CIN00552 |
| 000560P001-1467A-025<br>CIN00553 | 000561P001-1467A-025<br>CIN00554 | 000562P001-1467A-025<br>CIN00555 | 000563P001-1467A-025<br>CIN00556 |
| 000564P001-1467A-025<br>CIN00557 | 000565P001-1467A-025<br>CIN00558 | 000566P001-1467A-025<br>CIN00559 | 000567P001-1467A-025<br>CIN00560 |
| 000568P001-1467A-025<br>CIN00561 | 000569P001-1467A-025<br>CIN00562 | 000570P001-1467A-025<br>CIN00563 | 000571P001-1467A-025<br>CIN00564 |
| 000572P001-1467A-025<br>CIN00565 | 000573P001-1467A-025<br>CIN00566 | 006232P001-1467A-025<br>CIN00567 | 000574P001-1467A-025<br>CIN00568 |
| 000575P001-1467A-025<br>CIN00569 | 000576P001-1467A-025<br>CIN00570 | 000577P001-1467A-025<br>CIN00571 | 000578P001-1467A-025<br>CIN00572 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000579P001-1467A-025<br>CIN00573 | 000580P001-1467A-025<br>CIN00574 | 000581P001-1467A-025<br>CIN00575 | 000582P002-1467A-025<br>CIN00576 |
| 006233P001-1467A-025<br>CIN00577 | 000583P001-1467A-025<br>CIN00578 | 000584P001-1467A-025<br>CIN00579 | 000585P001-1467A-025<br>CIN00580 |
| 000586P001-1467A-025<br>CIN00581 | 000587P001-1467A-025<br>CIN00582 | 000588P001-1467A-025<br>CIN00583 | 000589P001-1467A-025<br>CIN00584 |
| 000590P001-1467A-025<br>CIN00585 | 000591P001-1467A-025<br>CIN00586 | 000592P001-1467A-025<br>CIN00587 | 000593P001-1467A-025<br>CIN00588 |
| 000594P001-1467A-025<br>CIN00589 | 000595P001-1467A-025<br>CIN00590 | 000596P001-1467A-025<br>CIN00591 | 000597P001-1467A-025<br>CIN00592 |
| 000598P001-1467A-025<br>CIN00593 | 000599P001-1467A-025<br>CIN00594 | 000600P001-1467A-025<br>CIN00595 | 000601P001-1467A-025<br>CIN00596 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000602P002-1467A-025<br>CIN00597 | 006724P002-1467A-025<br>CIN00597 | 000603P001-1467A-025<br>CIN00598 | 006352P001-1467A-025<br>CIN00599 |
| 000604P001-1467A-025<br>CIN00600 | 000605P001-1467A-025<br>CIN00601 | 000606P001-1467A-025<br>CIN00602 | 000607P001-1467A-025<br>CIN00603 |
| 000608P001-1467A-025<br>CIN00604 | 000609P001-1467A-025<br>CIN00605 | 000610P001-1467A-025<br>CIN00606 | 000611P001-1467A-025<br>CIN00607 |
| 000612P001-1467A-025<br>CIN00608 | 000613P001-1467A-025<br>CIN00609 | 000614P002-1467A-025<br>CIN00610 | 006790P002-1467A-025<br>CIN00610 |
| 000615P002-1467A-025<br>CIN00611 | 006807P002-1467A-025<br>CIN00611 | 000616P001-1467A-025<br>CIN00612 | 000617P002-1467A-025<br>CIN00613 |
| 006856P004-1467A-025<br>CIN00613 | 000618P001-1467A-025<br>CIN00614 | 000619P001-1467A-025<br>CIN00615 | 000620P001-1467A-025<br>CIN00616 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000621P001-1467A-025<br>CIN00617 | 000622P001-1467A-025<br>CIN00618 | 000623P001-1467A-025<br>CIN00619 | 000624P001-1467A-025<br>CIN00620 |
| 000625P001-1467A-025<br>CIN00621 | 000626P001-1467A-025<br>CIN00622 | 000627P001-1467A-025<br>CIN00623 | 000628P001-1467A-025<br>CIN00624 |
| 000629P002-1467A-025<br>CIN00625 | 006907P001-1467A-025<br>CIN00625 | 000630P002-1467A-025<br>CIN00626 | 006909P001-1467A-025<br>CIN00626 |
| 000631P001-1467A-025<br>CIN00627 | 000632P001-1467A-025<br>CIN00628 | 000633P001-1467A-025<br>CIN00629 | 000634P001-1467A-025<br>CIN00630 |
| 000635P001-1467A-025<br>CIN00631 | 000636P001-1467A-025<br>CIN00632 | 000637P001-1467A-025<br>CIN00633 | 000638P001-1467A-025<br>CIN00634 |
| 000639P001-1467A-025<br>CIN00635 | 000640P001-1467A-025<br>CIN00636 | 000641P001-1467A-025<br>CIN00637 | 000642P001-1467A-025<br>CIN00638 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000643P001-1467A-025<br>CIN00639 | 000644P001-1467A-025<br>CIN00640 | 000645P001-1467A-025<br>CIN00641 | 000646P001-1467A-025<br>CIN00642 |
| 000647P001-1467A-025<br>CIN00643 | 000648P001-1467A-025<br>CIN00644 | 000649P001-1467A-025<br>CIN00645 | 000650P001-1467A-025<br>CIN00646 |
| 000651P001-1467A-025<br>CIN00647 | 000652P001-1467A-025<br>CIN00648 | 000653P001-1467A-025<br>CIN00649 | 000654P001-1467A-025<br>CIN00650 |
| 000655P001-1467A-025<br>CIN00651 | 000656P002-1467A-025<br>CIN00652 | 000656P002-1467A-025<br>CIN00652 | 006723P002-1467A-025<br>CIN00652 |
| 006723P002-1467A-025<br>CIN00652 | 000657P001-1467A-025<br>CIN00653 | 000658P001-1467A-025<br>CIN00654 | 000659P001-1467A-025<br>CIN00655 |
| 000660P001-1467A-025<br>CIN00656 | 000661P001-1467A-025<br>CIN00657 | 000662P001-1467A-025<br>CIN00658 | 000663P001-1467A-025<br>CIN00659 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000664P001-1467A-025<br>CIN00660 | 000665P001-1467A-025<br>CIN00661 | 000666P001-1467A-025<br>CIN00662 | 000667P002-1467A-025<br>CIN00663 |
| 006798P002-1467A-025<br>CIN00663 | 000668P001-1467A-025<br>CIN00664 | 000669P001-1467A-025<br>CIN00665 | 000670P001-1467A-025<br>CIN00666 |
| 000671P001-1467A-025<br>CIN00667 | 000672P001-1467A-025<br>CIN00668 | 000673P001-1467A-025<br>CIN00669 | 000674P001-1467A-025<br>CIN00670 |
| 000675P001-1467A-025<br>CIN00671 | 000676P001-1467A-025<br>CIN00672 | 000677P001-1467A-025<br>CIN00673 | 000678P001-1467A-025<br>CIN00674 |
| 000679P001-1467A-025<br>CIN00675 | 000680P001-1467A-025<br>CIN00676 | 000681P001-1467A-025<br>CIN00677 | 000682P001-1467A-025<br>CIN00678 |
| 000683P001-1467A-025<br>CIN00679 | 000684P001-1467A-025<br>CIN00680 | 000685P001-1467A-025<br>CIN00681 | 000686P001-1467A-025<br>CIN00682 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000687P001-1467A-025<br>CIN00683 | 000688P001-1467A-025<br>CIN00684 | 000689P001-1467A-025<br>CIN00685 | 000690P001-1467A-025<br>CIN00686 |
| 000691P001-1467A-025<br>CIN00687 | 000692P001-1467A-025<br>CIN00688 | 000693P001-1467A-025<br>CIN00689 | 000694P001-1467A-025<br>CIN00690 |
| 000695P001-1467A-025<br>CIN00691 | 000696P001-1467A-025<br>CIN00692 | 000697P001-1467A-025<br>CIN00693 | 000698P001-1467A-025<br>CIN00694 |
| 000699P001-1467A-025<br>CIN00695 | 000700P001-1467A-025<br>CIN00696 | 000701P001-1467A-025<br>CIN00697 | 000702P001-1467A-025<br>CIN00698 |
| 000703P001-1467A-025<br>CIN00699 | 000704P001-1467A-025<br>CIN00700 | 000705P001-1467A-025<br>CIN00701 | 000706P001-1467A-025<br>CIN00702 |
| 000707P001-1467A-025<br>CIN00703 | 000708P001-1467A-025<br>CIN00704 | 006347P001-1467A-025<br>CIN00705 | 000709P001-1467A-025<br>CIN00706 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000710P001-1467A-025<br>CIN00707 | 000711P001-1467A-025<br>CIN00708 | 000712P001-1467A-025<br>CIN00709 | 000713P001-1467A-025<br>CIN00710 |
| 000714P001-1467A-025<br>CIN00711 | 000715P001-1467A-025<br>CIN00712 | 000716P001-1467A-025<br>CIN00713 | 000717P001-1467A-025<br>CIN00714 |
| 000718P001-1467A-025<br>CIN00715 | 000719P001-1467A-025<br>CIN00716 | 000720P001-1467A-025<br>CIN00717 | 000721P001-1467A-025<br>CIN00718 |
| 000722P001-1467A-025<br>CIN00719 | 000723P001-1467A-025<br>CIN00720 | 000724P001-1467A-025<br>CIN00721 | 000725P001-1467A-025<br>CIN00722 |
| 000726P001-1467A-025<br>CIN00723 | 000727P001-1467A-025<br>CIN00724 | 000728P001-1467A-025<br>CIN00725 | 000729P001-1467A-025<br>CIN00726 |
| 000730P001-1467A-025<br>CIN00727 | 000731P001-1467A-025<br>CIN00728 | 000732P001-1467A-025<br>CIN00729 | 000733P001-1467A-025<br>CIN00730 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| 000734P001-1467A-025<br>CIN00731 | 000735P001-1467A-025<br>CIN00732 | 000736P001-1467A-025<br>CIN00733 | 000737P001-1467A-025<br>CIN00734 |
|---|---|---|---|
| 000738P001-1467A-025<br>CIN00735 | 000739P001-1467A-025<br>CIN00736 | 000740P001-1467A-025<br>CIN00737 | 000741P001-1467A-025<br>CIN00738 |
| 000742P001-1467A-025<br>CIN00739 | 000743P001-1467A-025<br>CIN00740 | 000744P001-1467A-025<br>CIN00741 | 000745P001-1467A-025<br>CIN00742 |
| 000746P001-1467A-025<br>CIN00743 | 000747P001-1467A-025<br>CIN00744 | 000748P001-1467A-025<br>CIN00745 | 000749P001-1467A-025<br>CIN00746 |
| 000750P001-1467A-025<br>CIN00747 | 000751P001-1467A-025<br>CIN00748 | 000752P001-1467A-025<br>CIN00749 | 000753P001-1467A-025<br>CIN00750 |
| 000754P001-1467A-025<br>CIN00751 | 000755P001-1467A-025<br>CIN00752 | 000756P001-1467A-025<br>CIN00753 | 000757P001-1467A-025<br>CIN00754 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000758P001-1467A-025<br>CIN00755 | 006339P001-1467A-025<br>CIN00756 | 000759P001-1467A-025<br>CIN00757 | 000760P001-1467A-025<br>CIN00758 |
| 000761P001-1467A-025<br>CIN00759 | 000762P001-1467A-025<br>CIN00760 | 000763P001-1467A-025<br>CIN00761 | 000764P001-1467A-025<br>CIN00762 |
| 000765P001-1467A-025<br>CIN00763 | 000766P001-1467A-025<br>CIN00764 | 000767P001-1467A-025<br>CIN00765 | 000768P001-1467A-025<br>CIN00766 |
| 000769P001-1467A-025<br>CIN00767 | 000770P001-1467A-025<br>CIN00768 | 000771P001-1467A-025<br>CIN00769 | 000772P001-1467A-025<br>CIN00770 |
| 000773P001-1467A-025<br>CIN00771 | 000774P001-1467A-025<br>CIN00772 | 000775P001-1467A-025<br>CIN00773 | 000776P001-1467A-025<br>CIN00774 |
| 000777P001-1467A-025<br>CIN00775 | 000778P001-1467A-025<br>CIN00776 | 000820P001-1467A-025<br>CIN00777 | 000779P001-1467A-025<br>CIN00778 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000780P001-1467A-025<br>CIN00779 | 000781P001-1467A-025<br>CIN00780 | 000782P001-1467A-025<br>CIN00781 | 000783P001-1467A-025<br>CIN00782 |
| 000784P002-1467A-025<br>CIN00783 | 006815P001-1467A-025<br>CIN00783 | 000785P002-1467A-025<br>CIN00784 | 006985P002-1467A-025<br>CIN00784 |
| 000786P001-1467A-025<br>CIN00785 | 000787P001-1467A-025<br>CIN00786 | 000788P001-1467A-025<br>CIN00787 | 000789P001-1467A-025<br>CIN00788 |
| 000790P001-1467A-025<br>CIN00789 | 000791P001-1467A-025<br>CIN00790 | 000792P001-1467A-025<br>CIN00791 | 000793P002-1467A-025<br>CIN00792 |
| 006653P004-1467A-025<br>CIN00792 | 000794P001-1467A-025<br>CIN00793 | 000795P001-1467A-025<br>CIN00794 | 000796P001-1467A-025<br>CIN00795 |
| 000797P001-1467A-025<br>CIN00796 | 000798P001-1467A-025<br>CIN00797 | 000799P002-1467A-025<br>CIN00798 | 006990P002-1467A-025<br>CIN00798 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000800P001-1467A-025<br>CIN00799 | 000801P001-1467A-025<br>CIN00800 | 000802P001-1467A-025<br>CIN00801 | 000803P001-1467A-025<br>CIN00802 |
| 000804P001-1467A-025<br>CIN00803 | 000805P001-1467A-025<br>CIN00804 | 000806P001-1467A-025<br>CIN00805 | 000807P001-1467A-025<br>CIN00806 |
| 000808P001-1467A-025<br>CIN00807 | 000809P001-1467A-025<br>CIN00808 | 000810P001-1467A-025<br>CIN00809 | 000811P001-1467A-025<br>CIN00810 |
| 000812P001-1467A-025<br>CIN00811 | 000813P001-1467A-025<br>CIN00812 | 000814P001-1467A-025<br>CIN00813 | 000815P001-1467A-025<br>CIN00814 |
| 000816P001-1467A-025<br>CIN00815 | 000817P001-1467A-025<br>CIN00816 | 000818P001-1467A-025<br>CIN00817 | 000819P001-1467A-025<br>CIN00818 |
| 000821P001-1467A-025<br>CIN00819 | 000822P001-1467A-025<br>CIN00820 | 000823P001-1467A-025<br>CIN00821 | 000824P001-1467A-025<br>CIN00822 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000825P001-1467A-025<br>CIN00823 | 000826P001-1467A-025<br>CIN00824 | 000827P001-1467A-025<br>CIN00825 | 000828P001-1467A-025<br>CIN00826 |
| 000829P001-1467A-025<br>CIN00827 | 000830P001-1467A-025<br>CIN00828 | 000831P001-1467A-025<br>CIN00829 | 000832P001-1467A-025<br>CIN00830 |
| 000833P001-1467A-025<br>CIN00831 | 000834P001-1467A-025<br>CIN00832 | 000835P001-1467A-025<br>CIN00833 | 000836P001-1467A-025<br>CIN00834 |
| 000837P001-1467A-025<br>CIN00835 | 000838P001-1467A-025<br>CIN00836 | 000839P001-1467A-025<br>CIN00837 | 000840P001-1467A-025<br>CIN00838 |
| 000841P001-1467A-025<br>CIN00839 | 000842P001-1467A-025<br>CIN00840 | 000843P001-1467A-025<br>CIN00841 | 000844P001-1467A-025<br>CIN00842 |
| 000845P001-1467A-025<br>CIN00843 | 000846P002-1467A-025<br>CIN00844 | 006982P002-1467A-025<br>CIN00844 | 006982P002-1467A-025<br>CIN00844 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000847P001-1467A-025<br>CIN00845 | 000848P001-1467A-025<br>CIN00846 | 000849P001-1467A-025<br>CIN00847 | 000850P001-1467A-025<br>CIN00848 |
| 000851P001-1467A-025<br>CIN00849 | 000852P001-1467A-025<br>CIN00850 | 000853P001-1467A-025<br>CIN00851 | 000854P001-1467A-025<br>CIN00852 |
| 000855P001-1467A-025<br>CIN00853 | 000856P001-1467A-025<br>CIN00854 | 000857P001-1467A-025<br>CIN00855 | 000858P001-1467A-025<br>CIN00856 |
| 000859P001-1467A-025<br>CIN00857 | 000860P001-1467A-025<br>CIN00858 | 000861P001-1467A-025<br>CIN00859 | 000862P001-1467A-025<br>CIN00860 |
| 000863P001-1467A-025<br>CIN00861 | 000864P001-1467A-025<br>CIN00862 | 000865P001-1467A-025<br>CIN00863 | 000866P001-1467A-025<br>CIN00864 |
| 000867P001-1467A-025<br>CIN00865 | 000868P001-1467A-025<br>CIN00866 | 000869P001-1467A-025<br>CIN00867 | 000870P001-1467A-025<br>CIN00868 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000871P001-1467A-025<br>CIN00869 | 000872P001-1467A-025<br>CIN00870 | 000873P001-1467A-025<br>CIN00871 | 000874P001-1467A-025<br>CIN00872 |
| 000875P001-1467A-025<br>CIN00873 | 000876P001-1467A-025<br>CIN00874 | 000877P001-1467A-025<br>CIN00875 | 000878P001-1467A-025<br>CIN00876 |
| 000879P001-1467A-025<br>CIN00877 | 000880P001-1467A-025<br>CIN00878 | 000881P001-1467A-025<br>CIN00879 | 000882P001-1467A-025<br>CIN00880 |
| 000883P001-1467A-025<br>CIN00881 | 000884P001-1467A-025<br>CIN00882 | 000885P001-1467A-025<br>CIN00883 | 000886P001-1467A-025<br>CIN00884 |
| 000887P001-1467A-025<br>CIN00885 | 000888P001-1467A-025<br>CIN00886 | 000889P001-1467A-025<br>CIN00887 | 000890P001-1467A-025<br>CIN00888 |
| 000891P001-1467A-025<br>CIN00889 | 000892P001-1467A-025<br>CIN00890 | 000893P001-1467A-025<br>CIN00891 | 000894P001-1467A-025<br>CIN00892 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000895P001-1467A-025<br>CIN00893 | 000896P001-1467A-025<br>CIN00894 | 000897P001-1467A-025<br>CIN00895 | 000898P001-1467A-025<br>CIN00896 |
| 000899P001-1467A-025<br>CIN00897 | 000900P001-1467A-025<br>CIN00898 | 000901P001-1467A-025<br>CIN00899 | 000902P001-1467A-025<br>CIN00900 |
| 000903P001-1467A-025<br>CIN00901 | 000904P001-1467A-025<br>CIN00902 | 000905P001-1467A-025<br>CIN00903 | 000906P001-1467A-025<br>CIN00904 |
| 000907P001-1467A-025<br>CIN00905 | 000908P001-1467A-025<br>CIN00906 | 000909P001-1467A-025<br>CIN00907 | 000910P001-1467A-025<br>CIN00908 |
| 000911P002-1467A-025<br>CIN00909 | 006830P001-1467A-025<br>CIN00909 | 000912P001-1467A-025<br>CIN00910 | 000913P001-1467A-025<br>CIN00911 |
| 000914P001-1467A-025<br>CIN00912 | 000915P001-1467A-025<br>CIN00913 | 000916P001-1467A-025<br>CIN00914 | 000917P001-1467A-025<br>CIN00915 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

000918P001-1467A-025
CIN00916

000919P001-1467A-025
CIN00917

000920P001-1467A-025
CIN00918

000921P001-1467A-025
CIN00919

000922P001-1467A-025
CIN00920

000923P001-1467A-025
CIN00921

000924P001-1467A-025
CIN00922

000925P001-1467A-025
CIN00923

000926P001-1467A-025
CIN00924

000927P001-1467A-025
CIN00925

000928P002-1467A-025
CIN00926

000929P001-1467A-025
CIN00927

000930P001-1467A-025
CIN00928

000931P001-1467A-025
CIN00929

000932P001-1467A-025
CIN00930

000933P001-1467A-025
CIN00931

000934P001-1467A-025
CIN00932

000935P001-1467A-025
CIN00933

000936P001-1467A-025
CIN00934

000937P001-1467A-025
CIN00935

000938P001-1467A-025
CIN00936

000939P001-1467A-025
CIN00937

000940P001-1467A-025
CIN00938

000941P001-1467A-025
CIN00939

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000942P001-1467A-025
CIN00940

000943P001-1467A-025
CIN00941

000944P001-1467A-025
CIN00942

000945P001-1467A-025
CIN00943

000946P001-1467A-025
CIN00944

000947P001-1467A-025
CIN00945

000948P001-1467A-025
CIN00946

000949P001-1467A-025
CIN00947

000950P001-1467A-025
CIN00948

000951P001-1467A-025
CIN00949

000952P001-1467A-025
CIN00950

000953P001-1467A-025
CIN00951

000954P001-1467A-025
CIN00952

000955P001-1467A-025
CIN00953

000956P001-1467A-025
CIN00954

000957P001-1467A-025
CIN00955

000958P001-1467A-025
CIN00956

000959P001-1467A-025
CIN00957

000960P001-1467A-025
CIN00958

000961P001-1467A-025
CIN00959

000962P001-1467A-025
CIN00960

000963P001-1467A-025
CIN00961

000964P001-1467A-025
CIN00962

000965P001-1467A-025
CIN00963

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000966P001-1467A-025<br>CIN00964 | 000967P001-1467A-025<br>CIN00965 | 000968P001-1467A-025<br>CIN00966 | 000969P001-1467A-025<br>CIN00967 |
| 000970P001-1467A-025<br>CIN00968 | 000971P001-1467A-025<br>CIN00969 | 000972P001-1467A-025<br>CIN00970 | 000973P001-1467A-025<br>CIN00971 |
| 000974P001-1467A-025<br>CIN00972 | 000975P001-1467A-025<br>CIN00973 | 000976P001-1467A-025<br>CIN00974 | 000977P001-1467A-025<br>CIN00975 |
| 000978P001-1467A-025<br>CIN00976 | 000979P001-1467A-025<br>CIN00977 | 000980P001-1467A-025<br>CIN00978 | 000981P001-1467A-025<br>CIN00979 |
| 000982P001-1467A-025<br>CIN00980 | 000983P002-1467A-025<br>CIN00981 | 000984P001-1467A-025<br>CIN00982 | 000985P001-1467A-025<br>CIN00983 |
| 000986P001-1467A-025<br>CIN00984 | 000987P001-1467A-025<br>CIN00985 | 000988P001-1467A-025<br>CIN00986 | 000989P001-1467A-025<br>CIN00987 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 000990P001-1467A-025<br>CIN00988 | 000991P001-1467A-025<br>CIN00989 | 000992P001-1467A-025<br>CIN00990 | 000993P001-1467A-025<br>CIN00991 |
| 000994P001-1467A-025<br>CIN00992 | 000995P001-1467A-025<br>CIN00993 | 000996P001-1467A-025<br>CIN00994 | 000997P001-1467A-025<br>CIN00995 |
| 000998P001-1467A-025<br>CIN00996 | 000999P001-1467A-025<br>CIN00997 | 001000P001-1467A-025<br>CIN00998 | 001001P001-1467A-025<br>CIN00999 |
| 001002P001-1467A-025<br>CIN01000 | 001003P001-1467A-025<br>CIN01001 | 001004P001-1467A-025<br>CIN01002 | 001005P001-1467A-025<br>CIN01003 |
| 001006P001-1467A-025<br>CIN01004 | 001007P001-1467A-025<br>CIN01005 | 001008P002-1467A-025<br>CIN01006 | 001009P001-1467A-025<br>CIN01007 |
| 001010P001-1467A-025<br>CIN01008 | 001011P001-1467A-025<br>CIN01009 | 001012P001-1467A-025<br>CIN01010 | 001013P001-1467A-025<br>CIN01011 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001014P001-1467A-025<br>CIN01012 | 001015P001-1467A-025<br>CIN01013 | 001016P001-1467A-025<br>CIN01014 | 001017P001-1467A-025<br>CIN01015 |
| 001018P001-1467A-025<br>CIN01016 | 001019P001-1467A-025<br>CIN01017 | 001020P001-1467A-025<br>CIN01018 | 001021P001-1467A-025<br>CIN01019 |
| 001022P001-1467A-025<br>CIN01020 | 001023P001-1467A-025<br>CIN01021 | 001024P001-1467A-025<br>CIN01022 | 001025P001-1467A-025<br>CIN01023 |
| 001026P001-1467A-025<br>CIN01024 | 001027P001-1467A-025<br>CIN01025 | 001028P001-1467A-025<br>CIN01026 | 001030P001-1467A-025<br>CIN01027 |
| 001031P001-1467A-025<br>CIN01028 | 001032P001-1467A-025<br>CIN01029 | 001033P001-1467A-025<br>CIN01030 | 001034P001-1467A-025<br>CIN01031 |
| 001035P001-1467A-025<br>CIN01032 | 001036P001-1467A-025<br>CIN01033 | 001037P001-1467A-025<br>CIN01034 | 001038P001-1467A-025<br>CIN01035 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001039P001-1467A-025<br>CIN01036 | 001040P001-1467A-025<br>CIN01037 | 001041P001-1467A-025<br>CIN01038 | 001042P001-1467A-025<br>CIN01039 |
| 001043P001-1467A-025<br>CIN01040 | 001044P001-1467A-025<br>CIN01041 | 001045P001-1467A-025<br>CIN01042 | 001046P001-1467A-025<br>CIN01043 |
| 001047P001-1467A-025<br>CIN01044 | 001048P001-1467A-025<br>CIN01045 | 001049P001-1467A-025<br>CIN01046 | 001050P001-1467A-025<br>CIN01047 |
| 001051P001-1467A-025<br>CIN01048 | 001052P001-1467A-025<br>CIN01049 | 001053P001-1467A-025<br>CIN01050 | 001054P001-1467A-025<br>CIN01051 |
| 001055P001-1467A-025<br>CIN01052 | 001056P002-1467A-025<br>CIN01053 | 006859P003-1467A-025<br>CIN01053 | 001057P002-1467A-025<br>CIN01054 |
| 001058P001-1467A-025<br>CIN01055 | 001059P001-1467A-025<br>CIN01056 | 001060P001-1467A-025<br>CIN01057 | 001061P001-1467A-025<br>CIN01058 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 001062P001-1467A-025<br>CIN01059 | 001063P002-1467A-025<br>CIN01060 | 001064P001-1467A-025<br>CIN01061 | 001065P001-1467A-025<br>CIN01062 |
| 001066P001-1467A-025<br>CIN01063 | 001067P001-1467A-025<br>CIN01064 | 001068P001-1467A-025<br>CIN01065 | 001069P002-1467A-025<br>CIN01066 |
| 006845P001-1467A-025<br>CIN01066 | 001070P001-1467A-025<br>CIN01067 | 001071P001-1467A-025<br>CIN01068 | 001072P001-1467A-025<br>CIN01069 |
| 001073P001-1467A-025<br>CIN01070 | 001074P001-1467A-025<br>CIN01071 | 001075P001-1467A-025<br>CIN01072 | 001076P001-1467A-025<br>CIN01073 |
| 001077P001-1467A-025<br>CIN01074 | 001078P001-1467A-025<br>CIN01075 | 001079P001-1467A-025<br>CIN01076 | 001080P001-1467A-025<br>CIN01077 |
| 001081P001-1467A-025<br>CIN01078 | 001082P001-1467A-025<br>CIN01079 | 001083P001-1467A-025<br>CIN01080 | 001084P001-1467A-025<br>CIN01081 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001085P001-1467A-025<br>CIN01082 | 001086P001-1467A-025<br>CIN01083 | 001087P001-1467A-025<br>CIN01084 | 001088P001-1467A-025<br>CIN01085 |
| 001089P001-1467A-025<br>CIN01086 | 001090P001-1467A-025<br>CIN01087 | 001091P001-1467A-025<br>CIN01088 | 001092P001-1467A-025<br>CIN01089 |
| 001093P001-1467A-025<br>CIN01090 | 001094P001-1467A-025<br>CIN01091 | 001095P001-1467A-025<br>CIN01092 | 001096P001-1467A-025<br>CIN01093 |
| 001098P001-1467A-025<br>CIN01094 | 001099P001-1467A-025<br>CIN01095 | 001100P001-1467A-025<br>CIN01096 | 001101P001-1467A-025<br>CIN01097 |
| 001102P001-1467A-025<br>CIN01098 | 001103P002-1467A-025<br>CIN01099 | 006927P001-1467A-025<br>CIN01099 | 001104P001-1467A-025<br>CIN01100 |
| 001105P002-1467A-025<br>CIN01101 | 006817P001-1467A-025<br>CIN01101 | 001106P001-1467A-025<br>CIN01102 | 001107P002-1467A-025<br>CIN01103 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006844P001-1467A-025<br>CIN01103 | 001108P001-1467A-025<br>CIN01104 | 001109P001-1467A-025<br>CIN01105 | 001110P001-1467A-025<br>CIN01106 |
| 001111P001-1467A-025<br>CIN01107 | 001112P001-1467A-025<br>CIN01108 | 001113P001-1467A-025<br>CIN01109 | 001114P001-1467A-025<br>CIN01110 |
| 001115P001-1467A-025<br>CIN01111 | 001116P001-1467A-025<br>CIN01112 | 001117P001-1467A-025<br>CIN01113 | 001118P001-1467A-025<br>CIN01114 |
| 001119P001-1467A-025<br>CIN01115 | 001120P001-1467A-025<br>CIN01116 | 001121P001-1467A-025<br>CIN01117 | 001122P001-1467A-025<br>CIN01118 |
| 001123P001-1467A-025<br>CIN01119 | 001124P001-1467A-025<br>CIN01120 | 001125P002-1467A-025<br>CIN01121 | 006963P002-1467A-025<br>CIN01121 |
| 001126P001-1467A-025<br>CIN01122 | 001127P001-1467A-025<br>CIN01123 | 001128P001-1467A-025<br>CIN01124 | 001129P001-1467A-025<br>CIN01125 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001130P001-1467A-025<br>CIN01126 | 001131P002-1467A-025<br>CIN01127 | 006951P001-1467A-025<br>CIN01127 | 001132P001-1467A-025<br>CIN01128 |
| 001133P001-1467A-025<br>CIN01129 | 001134P001-1467A-025<br>CIN01130 | 001135P001-1467A-025<br>CIN01131 | 001136P001-1467A-025<br>CIN01132 |
| 001137P001-1467A-025<br>CIN01133 | 001138P001-1467A-025<br>CIN01134 | 001139P002-1467A-025<br>CIN01135 | 006941P001-1467A-025<br>CIN01135 |
| 001140P001-1467A-025<br>CIN01136 | 001141P001-1467A-025<br>CIN01137 | 001142P001-1467A-025<br>CIN01138 | 001143P001-1467A-025<br>CIN01139 |
| 001144P002-1467A-025<br>CIN01140 | 006713P002-1467A-025<br>CIN01140 | 001145P001-1467A-025<br>CIN01141 | 001146P001-1467A-025<br>CIN01142 |
| 001147P001-1467A-025<br>CIN01143 | 001148P001-1467A-025<br>CIN01144 | 001149P002-1467A-025<br>CIN01145 | 006979P002-1467A-025<br>CIN01145 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001150P002-1467A-025<br>CIN01146 | 006875P001-1467A-025<br>CIN01146 | 001151P001-1467A-025<br>CIN01147 | 001152P001-1467A-025<br>CIN01148 |
| 001153P001-1467A-025<br>CIN01149 | 001154P001-1467A-025<br>CIN01150 | 001155P001-1467A-025<br>CIN01151 | 001156P001-1467A-025<br>CIN01152 |
| 001157P001-1467A-025<br>CIN01153 | 001158P001-1467A-025<br>CIN01154 | 001159P001-1467A-025<br>CIN01155 | 001160P001-1467A-025<br>CIN01156 |
| 001161P001-1467A-025<br>CIN01157 | 001162P001-1467A-025<br>CIN01158 | 001163P001-1467A-025<br>CIN01159 | 001164P001-1467A-025<br>CIN01160 |
| 001165P001-1467A-025<br>CIN01161 | 001166P001-1467A-025<br>CIN01162 | 001167P001-1467A-025<br>CIN01163 | 001168P001-1467A-025<br>CIN01164 |
| 001169P001-1467A-025<br>CIN01165 | 001170P002-1467A-025<br>CIN01166 | 006805P001-1467A-025<br>CIN01166 | 001171P001-1467A-025<br>CIN01167 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001172P001-1467A-025<br>CIN01168 | 001173P001-1467A-025<br>CIN01169 | 001174P001-1467A-025<br>CIN01170 | 001175P001-1467A-025<br>CIN01171 |
| 001176P001-1467A-025<br>CIN01172 | 001177P001-1467A-025<br>CIN01173 | 001178P001-1467A-025<br>CIN01174 | 001179P001-1467A-025<br>CIN01175 |
| 001180P001-1467A-025<br>CIN01176 | 001181P001-1467A-025<br>CIN01177 | 001182P001-1467A-025<br>CIN01178 | 001183P001-1467A-025<br>CIN01179 |
| 001184P001-1467A-025<br>CIN01180 | 001185P001-1467A-025<br>CIN01181 | 001186P001-1467A-025<br>CIN01182 | 001187P001-1467A-025<br>CIN01183 |
| 001188P001-1467A-025<br>CIN01184 | 001189P001-1467A-025<br>CIN01185 | 001190P001-1467A-025<br>CIN01186 | 001191P001-1467A-025<br>CIN01187 |
| 001192P001-1467A-025<br>CIN01188 | 001193P001-1467A-025<br>CIN01189 | 001194P001-1467A-025<br>CIN01190 | 001195P001-1467A-025<br>CIN01191 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001196P001-1467A-025<br>CIN01192 | 001197P001-1467A-025<br>CIN01193 | 001198P001-1467A-025<br>CIN01194 | 001199P001-1467A-025<br>CIN01195 |
| 001200P003-1467A-025<br>CIN01196 | 006921P001-1467A-025<br>CIN01196 | 001201P001-1467A-025<br>CIN01197 | 001202P001-1467A-025<br>CIN01198 |
| 001203P001-1467A-025<br>CIN01199 | 001204P001-1467A-025<br>CIN01200 | 001205P001-1467A-025<br>CIN01201 | 001206P001-1467A-025<br>CIN01202 |
| 001207P001-1467A-025<br>CIN01203 | 001208P002-1467A-025<br>CIN01204 | 001209P001-1467A-025<br>CIN01205 | 001210P001-1467A-025<br>CIN01206 |
| 001211P001-1467A-025<br>CIN01207 | 001212P001-1467A-025<br>CIN01208 | 001213P001-1467A-025<br>CIN01209 | 001214P001-1467A-025<br>CIN01210 |
| 001215P001-1467A-025<br>CIN01211 | 001216P001-1467A-025<br>CIN01212 | 001217P001-1467A-025<br>CIN01213 | 001218P001-1467A-025<br>CIN01214 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001219P001-1467A-025<br>CIN01215 | 001220P001-1467A-025<br>CIN01216 | 001221P001-1467A-025<br>CIN01217 | 001222P001-1467A-025<br>CIN01218 |
| 001223P001-1467A-025<br>CIN01219 | 001224P001-1467A-025<br>CIN01220 | 001225P001-1467A-025<br>CIN01221 | 001226P002-1467A-025<br>CIN01222 |
| 001227P001-1467A-025<br>CIN01223 | 001228P001-1467A-025<br>CIN01224 | 001229P001-1467A-025<br>CIN01225 | 001230P001-1467A-025<br>CIN01226 |
| 001231P001-1467A-025<br>CIN01227 | 001232P001-1467A-025<br>CIN01228 | 001233P001-1467A-025<br>CIN01229 | 001234P001-1467A-025<br>CIN01230 |
| 001235P001-1467A-025<br>CIN01231 | 001236P001-1467A-025<br>CIN01232 | 001237P001-1467A-025<br>CIN01233 | 001238P001-1467A-025<br>CIN01234 |
| 001239P001-1467A-025<br>CIN01235 | 001240P001-1467A-025<br>CIN01236 | 001241P001-1467A-025<br>CIN01237 | 001242P001-1467A-025<br>CIN01238 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001243P001-1467A-025<br>CIN01239 | 001244P001-1467A-025<br>CIN01240 | 001245P001-1467A-025<br>CIN01241 | 001246P001-1467A-025<br>CIN01242 |
| 001247P001-1467A-025<br>CIN01243 | 001248P001-1467A-025<br>CIN01244 | 001249P001-1467A-025<br>CIN01245 | 001250P001-1467A-025<br>CIN01246 |
| 001251P001-1467A-025<br>CIN01247 | 001252P001-1467A-025<br>CIN01248 | 001253P002-1467A-025<br>CIN01249 | 006711P001-1467A-025<br>CIN01249 |
| 001254P001-1467A-025<br>CIN01250 | 001255P002-1467A-025<br>CIN01251 | 006969P001-1467A-025<br>CIN01251 | 001256P001-1467A-025<br>CIN01252 |
| 001257P001-1467A-025<br>CIN01253 | 001258P001-1467A-025<br>CIN01254 | 001259P001-1467A-025<br>CIN01255 | 001260P001-1467A-025<br>CIN01256 |
| 001261P001-1467A-025<br>CIN01257 | 001262P001-1467A-025<br>CIN01258 | 001263P001-1467A-025<br>CIN01259 | 001264P001-1467A-025<br>CIN01260 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001265P001-1467A-025<br>CIN01261 | 001266P001-1467A-025<br>CIN01262 | 001267P001-1467A-025<br>CIN01263 | 001268P001-1467A-025<br>CIN01264 |
| 001269P001-1467A-025<br>CIN01265 | 001270P001-1467A-025<br>CIN01266 | 001271P001-1467A-025<br>CIN01267 | 001272P001-1467A-025<br>CIN01268 |
| 001273P001-1467A-025<br>CIN01269 | 001274P001-1467A-025<br>CIN01270 | 001275P001-1467A-025<br>CIN01271 | 001276P001-1467A-025<br>CIN01272 |
| 001277P001-1467A-025<br>CIN01273 | 001278P001-1467A-025<br>CIN01274 | 001279P001-1467A-025<br>CIN01275 | 001280P001-1467A-025<br>CIN01276 |
| 001281P002-1467A-025<br>CIN01277 | 006832P001-1467A-025<br>CIN01277 | 001282P001-1467A-025<br>CIN01278 | 001283P001-1467A-025<br>CIN01279 |
| 001284P001-1467A-025<br>CIN01280 | 001285P002-1467A-025<br>CIN01281 | 001286P001-1467A-025<br>CIN01282 | 001287P001-1467A-025<br>CIN01283 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001288P002-1467A-025<br>CIN01284 | 006645P003-1467A-025<br>CIN01284 | 001289P001-1467A-025<br>CIN01285 | 001290P001-1467A-025<br>CIN01286 |
| 001291P001-1467A-025<br>CIN01287 | 001292P001-1467A-025<br>CIN01288 | 001293P001-1467A-025<br>CIN01289 | 001294P001-1467A-025<br>CIN01290 |
| 001295P001-1467A-025<br>CIN01291 | 001296P001-1467A-025<br>CIN01292 | 001297P002-1467A-025<br>CIN01293 | 001298P001-1467A-025<br>CIN01294 |
| 001299P001-1467A-025<br>CIN01295 | 001300P001-1467A-025<br>CIN01296 | 001301P001-1467A-025<br>CIN01297 | 001302P001-1467A-025<br>CIN01298 |
| 001303P001-1467A-025<br>CIN01299 | 001304P001-1467A-025<br>CIN01300 | 001305P001-1467A-025<br>CIN01301 | 001306P001-1467A-025<br>CIN01302 |
| 001307P001-1467A-025<br>CIN01303 | 001308P001-1467A-025<br>CIN01304 | 001309P001-1467A-025<br>CIN01305 | 001310P001-1467A-025<br>CIN01306 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001311P001-1467A-025<br>CIN01307 | 001312P001-1467A-025<br>CIN01308 | 001313P001-1467A-025<br>CIN01309 | 001314P001-1467A-025<br>CIN01310 |
| 001315P001-1467A-025<br>CIN01311 | 001316P001-1467A-025<br>CIN01312 | 001317P001-1467A-025<br>CIN01313 | 001318P001-1467A-025<br>CIN01314 |
| 001319P003-1467A-025<br>CIN01315 | 006824P001-1467A-025<br>CIN01315 | 001320P001-1467A-025<br>CIN01316 | 001321P001-1467A-025<br>CIN01317 |
| 001322P001-1467A-025<br>CIN01318 | 001323P001-1467A-025<br>CIN01319 | 001324P001-1467A-025<br>CIN01320 | 001325P001-1467A-025<br>CIN01321 |
| 001326P001-1467A-025<br>CIN01322 | 001327P001-1467A-025<br>CIN01323 | 001328P001-1467A-025<br>CIN01324 | 001329P001-1467A-025<br>CIN01325 |
| 001330P002-1467A-025<br>CIN01326 | 001330P002-1467A-025<br>CIN01326 | 006883P001-1467A-025<br>CIN01326 | 006883P001-1467A-025<br>CIN01326 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001331P002-1467A-025<br>CIN01327 | 006846P001-1467A-025<br>CIN01327 | 001332P001-1467A-025<br>CIN01328 | 001333P001-1467A-025<br>CIN01329 |
| 001334P001-1467A-025<br>CIN01330 | 001335P001-1467A-025<br>CIN01331 | 001336P002-1467A-025<br>CIN01332 | 006965P001-1467A-025<br>CIN01332 |
| 001337P001-1467A-025<br>CIN01333 | 001338P001-1467A-025<br>CIN01334 | 001339P001-1467A-025<br>CIN01335 | 001340P001-1467A-025<br>CIN01336 |
| 001341P001-1467A-025<br>CIN01337 | 001342P001-1467A-025<br>CIN01338 | 000005P002-1467A-025<br>CIN01339 | 001343P001-1467A-025<br>CIN01340 |
| 001344P001-1467A-025<br>CIN01341 | 006256P002-1467A-025<br>CIN01342 | 001345P001-1467A-025<br>CIN01343 | 001346P001-1467A-025<br>CIN01344 |
| 001347P001-1467A-025<br>CIN01345 | 001348P001-1467A-025<br>CIN01346 | 001349P001-1467A-025<br>CIN01347 | 001350P001-1467A-025<br>CIN01348 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001351P001-1467A-025<br>CIN01349 | 001352P001-1467A-025<br>CIN01350 | 001353P001-1467A-025<br>CIN01351 | 001354P001-1467A-025<br>CIN01352 |
| 001355P001-1467A-025<br>CIN01353 | 001356P001-1467A-025<br>CIN01354 | 001357P001-1467A-025<br>CIN01355 | 001358P001-1467A-025<br>CIN01356 |
| 001359P001-1467A-025<br>CIN01357 | 001360P001-1467A-025<br>CIN01358 | 001361P001-1467A-025<br>CIN01359 | 001362P001-1467A-025<br>CIN01360 |
| 001363P001-1467A-025<br>CIN01361 | 001364P001-1467A-025<br>CIN01362 | 001365P002-1467A-025<br>CIN01363 | 001365P002-1467A-025<br>CIN01363 |
| 006917P001-1467A-025<br>CIN01363 | 006917P001-1467A-025<br>CIN01363 | 001366P001-1467A-025<br>CIN01364 | 001367P001-1467A-025<br>CIN01365 |
| 001368P001-1467A-025<br>CIN01366 | 001369P001-1467A-025<br>CIN01367 | 001370P001-1467A-025<br>CIN01368 | 001371P001-1467A-025<br>CIN01369 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001372P001-1467A-025<br>CIN01370 | 001373P001-1467A-025<br>CIN01371 | 001374P001-1467A-025<br>CIN01372 | 001375P001-1467A-025<br>CIN01373 |
| 001376P001-1467A-025<br>CIN01374 | 001377P001-1467A-025<br>CIN01375 | 001378P001-1467A-025<br>CIN01376 | 001379P001-1467A-025<br>CIN01377 |
| 001380P001-1467A-025<br>CIN01378 | 001381P001-1467A-025<br>CIN01379 | 001382P001-1467A-025<br>CIN01380 | 001383P001-1467A-025<br>CIN01381 |
| 001384P001-1467A-025<br>CIN01382 | 001385P001-1467A-025<br>CIN01383 | 001386P001-1467A-025<br>CIN01384 | 001387P001-1467A-025<br>CIN01385 |
| 001388P001-1467A-025<br>CIN01386 | 001389P001-1467A-025<br>CIN01387 | 001390P001-1467A-025<br>CIN01388 | 001391P002-1467A-025<br>CIN01389 |
| 006923P001-1467A-025<br>CIN01389 | 001392P001-1467A-025<br>CIN01390 | 001393P001-1467A-025<br>CIN01391 | 001394P001-1467A-025<br>CIN01392 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001395P001-1467A-025<br>CIN01393 | 001396P001-1467A-025<br>CIN01394 | 001397P001-1467A-025<br>CIN01395 | 001398P001-1467A-025<br>CIN01396 |
| 001399P001-1467A-025<br>CIN01397 | 001400P001-1467A-025<br>CIN01398 | 001401P001-1467A-025<br>CIN01399 | 001402P001-1467A-025<br>CIN01400 |
| 001403P001-1467A-025<br>CIN01401 | 001404P001-1467A-025<br>CIN01402 | 001405P001-1467A-025<br>CIN01403 | 001406P001-1467A-025<br>CIN01404 |
| 001407P001-1467A-025<br>CIN01405 | 001408P001-1467A-025<br>CIN01406 | 001409P001-1467A-025<br>CIN01407 | 001410P001-1467A-025<br>CIN01408 |
| 001411P001-1467A-025<br>CIN01409 | 001412P001-1467A-025<br>CIN01410 | 001413P001-1467A-025<br>CIN01411 | 001414P001-1467A-025<br>CIN01412 |
| 001415P001-1467A-025<br>CIN01413 | 001416P001-1467A-025<br>CIN01414 | 001417P001-1467A-025<br>CIN01415 | 001418P001-1467A-025<br>CIN01416 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001419P001-1467A-025<br>CIN01417 | 001420P001-1467A-025<br>CIN01418 | 001421P001-1467A-025<br>CIN01419 | 001422P001-1467A-025<br>CIN01420 |
| 001423P001-1467A-025<br>CIN01421 | 001424P001-1467A-025<br>CIN01422 | 001425P001-1467A-025<br>CIN01423 | 001426P002-1467A-025<br>CIN01424 |
| 001427P001-1467A-025<br>CIN01425 | 001428P001-1467A-025<br>CIN01426 | 001429P001-1467A-025<br>CIN01427 | 001430P001-1467A-025<br>CIN01428 |
| 001431P001-1467A-025<br>CIN01429 | 001432P001-1467A-025<br>CIN01430 | 001433P001-1467A-025<br>CIN01431 | 001434P001-1467A-025<br>CIN01432 |
| 001435P001-1467A-025<br>CIN01433 | 001436P001-1467A-025<br>CIN01434 | 001437P001-1467A-025<br>CIN01435 | 001438P001-1467A-025<br>CIN01436 |
| 001439P001-1467A-025<br>CIN01437 | 001440P001-1467A-025<br>CIN01438 | 001441P001-1467A-025<br>CIN01439 | 001442P001-1467A-025<br>CIN01440 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001443P001-1467A-025
CIN01441

001444P001-1467A-025
CIN01442

001445P001-1467A-025
CIN01443

001446P001-1467A-025
CIN01444

001447P001-1467A-025
CIN01445

001448P001-1467A-025
CIN01446

001449P001-1467A-025
CIN01447

001450P001-1467A-025
CIN01448

001451P001-1467A-025
CIN01449

001452P001-1467A-025
CIN01450

001453P001-1467A-025
CIN01451

001454P001-1467A-025
CIN01452

001455P001-1467A-025
CIN01453

001456P001-1467A-025
CIN01454

001457P001-1467A-025
CIN01455

001458P001-1467A-025
CIN01456

001459P001-1467A-025
CIN01457

001460P001-1467A-025
CIN01458

001461P001-1467A-025
CIN01459

001462P002-1467A-025
CIN01460

007005P002-1467A-025
CIN01460

001463P001-1467A-025
CIN01461

001464P001-1467A-025
CIN01462

001465P001-1467A-025
CIN01463

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001466P001-1467A-025<br>CIN01464 | 001467P001-1467A-025<br>CIN01465 | 001468P001-1467A-025<br>CIN01466 | 001469P001-1467A-025<br>CIN01467 |
| 001470P001-1467A-025<br>CIN01468 | 001471P001-1467A-025<br>CIN01469 | 001472P001-1467A-025<br>CIN01470 | 001473P001-1467A-025<br>CIN01471 |
| 001474P002-1467A-025<br>CIN01472 | 001474P002-1467A-025<br>CIN01472 | 006656P004-1467A-025<br>CIN01472 | 006656P004-1467A-025<br>CIN01472 |
| 001475P001-1467A-025<br>CIN01473 | 001476P001-1467A-025<br>CIN01474 | 001477P001-1467A-025<br>CIN01475 | 001478P001-1467A-025<br>CIN01476 |
| 001479P001-1467A-025<br>CIN01477 | 001480P001-1467A-025<br>CIN01478 | 001481P001-1467A-025<br>CIN01479 | 001482P001-1467A-025<br>CIN01480 |
| 001483P001-1467A-025<br>CIN01481 | 000004P002-1467A-025<br>CIN01482 | 001484P001-1467A-025<br>CIN01483 | 001485P001-1467A-025<br>CIN01484 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001486P001-1467A-025<br>CIN01485 | 001487P001-1467A-025<br>CIN01486 | 001488P001-1467A-025<br>CIN01487 | 001489P001-1467A-025<br>CIN01488 |
| 001490P001-1467A-025<br>CIN01489 | 001491P001-1467A-025<br>CIN01490 | 001492P001-1467A-025<br>CIN01491 | 001493P001-1467A-025<br>CIN01492 |
| 001494P001-1467A-025<br>CIN01493 | 001495P001-1467A-025<br>CIN01494 | 001496P001-1467A-025<br>CIN01495 | 001497P001-1467A-025<br>CIN01496 |
| 001498P001-1467A-025<br>CIN01497 | 001499P002-1467A-025<br>CIN01498 | 006865P003-1467A-025<br>CIN01498 | 006865P003-1467A-025<br>CIN01498 |
| 001500P002-1467A-025<br>CIN01499 | 006989P002-1467A-025<br>CIN01499 | 001501P001-1467A-025<br>CIN01500 | 001502P001-1467A-025<br>CIN01501 |
| 001503P001-1467A-025<br>CIN01502 | 001504P001-1467A-025<br>CIN01503 | 001505P001-1467A-025<br>CIN01504 | 001506P001-1467A-025<br>CIN01505 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001507P001-1467A-025<br>CIN01506 | 001508P001-1467A-025<br>CIN01507 | 001509P001-1467A-025<br>CIN01508 | 001510P001-1467A-025<br>CIN01509 |
| 001511P001-1467A-025<br>CIN01510 | 001512P001-1467A-025<br>CIN01511 | 001513P001-1467A-025<br>CIN01512 | 001514P001-1467A-025<br>CIN01513 |
| 001515P002-1467A-025<br>CIN01514 | 001516P001-1467A-025<br>CIN01515 | 001517P002-1467A-025<br>CIN01516 | 006834P001-1467A-025<br>CIN01516 |
| 001518P001-1467A-025<br>CIN01517 | 001519P001-1467A-025<br>CIN01518 | 001520P001-1467A-025<br>CIN01519 | 001521P001-1467A-025<br>CIN01520 |
| 001522P001-1467A-025<br>CIN01521 | 001523P001-1467A-025<br>CIN01522 | 001524P001-1467A-025<br>CIN01523 | 001525P001-1467A-025<br>CIN01524 |
| 001526P001-1467A-025<br>CIN01525 | 001527P001-1467A-025<br>CIN01526 | 001528P001-1467A-025<br>CIN01527 | 001529P002-1467A-025<br>CIN01528 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 006919P003-1467A-025<br>CIN01528 | 001530P001-1467A-025<br>CIN01529 | 001531P001-1467A-025<br>CIN01530 | 001532P001-1467A-025<br>CIN01531 |
| 001533P001-1467A-025<br>CIN01532 | 001534P001-1467A-025<br>CIN01533 | 001535P001-1467A-025<br>CIN01534 | 001536P001-1467A-025<br>CIN01535 |
| 001537P001-1467A-025<br>CIN01536 | 001538P001-1467A-025<br>CIN01537 | 001539P001-1467A-025<br>CIN01538 | 001540P002-1467A-025<br>CIN01539 |
| 001541P001-1467A-025<br>CIN01540 | 001542P001-1467A-025<br>CIN01541 | 001543P001-1467A-025<br>CIN01542 | 001544P001-1467A-025<br>CIN01543 |
| 001545P002-1467A-025<br>CIN01544 | 006864P003-1467A-025<br>CIN01544 | 001546P001-1467A-025<br>CIN01545 | 001547P001-1467A-025<br>CIN01546 |
| 001548P001-1467A-025<br>CIN01547 | 001549P001-1467A-025<br>CIN01548 | 001550P001-1467A-025<br>CIN01549 | 001551P001-1467A-025<br>CIN01550 |

| | | | |
|---|---|---|---|
| 001552P001-1467A-025<br>CIN01551 | 001553P001-1467A-025<br>CIN01552 | 001554P001-1467A-025<br>CIN01553 | 001555P001-1467A-025<br>CIN01554 |
| 001556P001-1467A-025<br>CIN01555 | 001557P001-1467A-025<br>CIN01556 | 001558P001-1467A-025<br>CIN01557 | 001559P001-1467A-025<br>CIN01558 |
| 001560P001-1467A-025<br>CIN01559 | 001561P001-1467A-025<br>CIN01560 | 001562P001-1467A-025<br>CIN01561 | 001563P001-1467A-025<br>CIN01562 |
| 001564P001-1467A-025<br>CIN01563 | 001565P001-1467A-025<br>CIN01564 | 001566P001-1467A-025<br>CIN01565 | 001567P001-1467A-025<br>CIN01566 |
| 001568P001-1467A-025<br>CIN01567 | 001569P001-1467A-025<br>CIN01568 | 001570P001-1467A-025<br>CIN01569 | 001571P001-1467A-025<br>CIN01570 |
| 001572P001-1467A-025<br>CIN01571 | 001573P001-1467A-025<br>CIN01572 | 001574P001-1467A-025<br>CIN01573 | 001575P001-1467A-025<br>CIN01574 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 001576P001-1467A-025<br>CIN01575 | 001577P001-1467A-025<br>CIN01576 | 001578P001-1467A-025<br>CIN01577 | 001579P002-1467A-025<br>CIN01578 |
| 001579P002-1467A-025<br>CIN01578 | 006630P003-1467A-025<br>CIN01578 | 006630P003-1467A-025<br>CIN01578 | 001580P001-1467A-025<br>CIN01579 |
| 001581P001-1467A-025<br>CIN01580 | 001582P001-1467A-025<br>CIN01581 | 001583P001-1467A-025<br>CIN01582 | 001584P001-1467A-025<br>CIN01583 |
| 001585P001-1467A-025<br>CIN01584 | 001586P002-1467A-025<br>CIN01585 | 006788P002-1467A-025<br>CIN01585 | 001587P001-1467A-025<br>CIN01586 |
| 001588P001-1467A-025<br>CIN01587 | 001589P001-1467A-025<br>CIN01588 | 001590P001-1467A-025<br>CIN01589 | 001591P001-1467A-025<br>CIN01590 |
| 001592P001-1467A-025<br>CIN01591 | 001593P001-1467A-025<br>CIN01592 | 001594P001-1467A-025<br>CIN01593 | 001595P001-1467A-025<br>CIN01594 |

# Cred Inc., et al.
## Electronic Mail
### Exhibit Pages

| | | | |
|---|---|---|---|
| 001596P001-1467A-025<br>CIN01595 | 001597P001-1467A-025<br>CIN01596 | 001598P002-1467A-025<br>CIN01597 | 001598P002-1467A-025<br>CIN01597 |
| 006638P004-1467A-025<br>CIN01597 | 006638P004-1467A-025<br>CIN01597 | 001599P001-1467A-025<br>CIN01598 | 001600P001-1467A-025<br>CIN01599 |
| 001601P001-1467A-025<br>CIN01600 | 001602P001-1467A-025<br>CIN01601 | 001603P001-1467A-025<br>CIN01602 | 001604P001-1467A-025<br>CIN01603 |
| 001605P001-1467A-025<br>CIN01604 | 001606P001-1467A-025<br>CIN01605 | 001607P002-1467A-025<br>CIN01606 | 006843P003-1467A-025<br>CIN01606 |
| 001608P001-1467A-025<br>CIN01607 | 001609P001-1467A-025<br>CIN01608 | 001610P001-1467A-025<br>CIN01609 | 001611P001-1467A-025<br>CIN01610 |
| 001612P001-1467A-025<br>CIN01611 | 001613P002-1467A-025<br>CIN01612 | 006644P003-1467A-025<br>CIN01612 | 001614P001-1467A-025<br>CIN01613 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001615P001-1467A-025<br>CIN01614 | 001616P001-1467A-025<br>CIN01615 | 001617P001-1467A-025<br>CIN01616 | 001618P001-1467A-025<br>CIN01617 |
| 001619P001-1467A-025<br>CIN01618 | 001620P001-1467A-025<br>CIN01619 | 001621P001-1467A-025<br>CIN01620 | 001622P001-1467A-025<br>CIN01621 |
| 001623P001-1467A-025<br>CIN01622 | 001624P001-1467A-025<br>CIN01623 | 001625P001-1467A-025<br>CIN01624 | 001626P001-1467A-025<br>CIN01625 |
| 001627P001-1467A-025<br>CIN01626 | 001628P001-1467A-025<br>CIN01627 | 001629P001-1467A-025<br>CIN01628 | 001630P001-1467A-025<br>CIN01629 |
| 001631P001-1467A-025<br>CIN01630 | 001632P001-1467A-025<br>CIN01631 | 001633P001-1467A-025<br>CIN01632 | 001634P001-1467A-025<br>CIN01633 |
| 001635P001-1467A-025<br>CIN01634 | 001636P001-1467A-025<br>CIN01635 | 001637P001-1467A-025<br>CIN01636 | 001638P001-1467A-025<br>CIN01637 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001639P001-1467A-025<br>CIN01638 | 001640P001-1467A-025<br>CIN01639 | 001029P001-1467A-025<br>CIN01640 | 001641P001-1467A-025<br>CIN01641 |
| 001642P001-1467A-025<br>CIN01642 | 001643P001-1467A-025<br>CIN01643 | 001644P001-1467A-025<br>CIN01644 | 001645P001-1467A-025<br>CIN01645 |
| 001646P001-1467A-025<br>CIN01646 | 001647P001-1467A-025<br>CIN01647 | 001648P001-1467A-025<br>CIN01648 | 001649P001-1467A-025<br>CIN01649 |
| 001650P001-1467A-025<br>CIN01650 | 001651P001-1467A-025<br>CIN01651 | 001652P001-1467A-025<br>CIN01652 | 001653P001-1467A-025<br>CIN01653 |
| 001654P001-1467A-025<br>CIN01654 | 001655P001-1467A-025<br>CIN01655 | 001656P001-1467A-025<br>CIN01656 | 001657P002-1467A-025<br>CIN01657 |
| 006631P003-1467A-025<br>CIN01657 | 001658P001-1467A-025<br>CIN01658 | 001659P001-1467A-025<br>CIN01659 | 001660P001-1467A-025<br>CIN01660 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001661P001-1467A-025<br>CIN01661 | 001662P001-1467A-025<br>CIN01662 | 001663P001-1467A-025<br>CIN01663 | 001664P001-1467A-025<br>CIN01664 |
| 001665P001-1467A-025<br>CIN01665 | 001666P001-1467A-025<br>CIN01666 | 001667P001-1467A-025<br>CIN01667 | 001668P001-1467A-025<br>CIN01668 |
| 001669P001-1467A-025<br>CIN01669 | 001670P001-1467A-025<br>CIN01670 | 001671P001-1467A-025<br>CIN01671 | 001672P001-1467A-025<br>CIN01672 |
| 001673P001-1467A-025<br>CIN01673 | 001674P001-1467A-025<br>CIN01674 | 001675P001-1467A-025<br>CIN01675 | 001676P001-1467A-025<br>CIN01676 |
| 001677P001-1467A-025<br>CIN01677 | 001678P001-1467A-025<br>CIN01678 | 001679P001-1467A-025<br>CIN01679 | 001680P001-1467A-025<br>CIN01680 |
| 001681P001-1467A-025<br>CIN01681 | 001682P001-1467A-025<br>CIN01682 | 001683P002-1467A-025<br>CIN01683 | 006860P004-1467A-025<br>CIN01683 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 001684P001-1467A-025<br>CIN01684 | 001685P001-1467A-025<br>CIN01685 | 001686P001-1467A-025<br>CIN01686 | 001687P001-1467A-025<br>CIN01687 |
| 001688P001-1467A-025<br>CIN01688 | 001689P001-1467A-025<br>CIN01689 | 001690P002-1467A-025<br>CIN01690 | 006948P001-1467A-025<br>CIN01690 |
| 001691P001-1467A-025<br>CIN01691 | 001692P001-1467A-025<br>CIN01692 | 001693P001-1467A-025<br>CIN01693 | 001694P001-1467A-025<br>CIN01694 |
| 001695P001-1467A-025<br>CIN01695 | 001696P001-1467A-025<br>CIN01696 | 001697P001-1467A-025<br>CIN01697 | 001698P001-1467A-025<br>CIN01698 |
| 001699P001-1467A-025<br>CIN01699 | 001700P001-1467A-025<br>CIN01700 | 001701P001-1467A-025<br>CIN01701 | 001702P001-1467A-025<br>CIN01702 |
| 001703P001-1467A-025<br>CIN01703 | 001704P001-1467A-025<br>CIN01704 | 001705P001-1467A-025<br>CIN01705 | 001706P001-1467A-025<br>CIN01706 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001707P001-1467A-025<br>CIN01707 | 001708P001-1467A-025<br>CIN01708 | 001709P001-1467A-025<br>CIN01709 | 001710P001-1467A-025<br>CIN01710 |
| 001711P001-1467A-025<br>CIN01711 | 001712P001-1467A-025<br>CIN01712 | 001713P002-1467A-025<br>CIN01713 | 001713P002-1467A-025<br>CIN01713 |
| 006976P002-1467A-025<br>CIN01713 | 006976P002-1467A-025<br>CIN01713 | 001714P001-1467A-025<br>CIN01714 | 001715P001-1467A-025<br>CIN01715 |
| 001716P001-1467A-025<br>CIN01716 | 001717P001-1467A-025<br>CIN01717 | 001718P001-1467A-025<br>CIN01718 | 001719P001-1467A-025<br>CIN01719 |
| 001720P001-1467A-025<br>CIN01720 | 001721P001-1467A-025<br>CIN01721 | 001722P001-1467A-025<br>CIN01722 | 001723P001-1467A-025<br>CIN01723 |
| 001724P001-1467A-025<br>CIN01724 | 001725P001-1467A-025<br>CIN01725 | 001726P002-1467A-025<br>CIN01726 | 001727P001-1467A-025<br>CIN01727 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001728P001-1467A-025<br>CIN01728 | 001729P001-1467A-025<br>CIN01729 | 001730P002-1467A-025<br>CIN01730 | 006652P003-1467A-025<br>CIN01730 |
| 001731P001-1467A-025<br>CIN01731 | 001732P001-1467A-025<br>CIN01732 | 001733P001-1467A-025<br>CIN01733 | 001734P001-1467A-025<br>CIN01734 |
| 001735P001-1467A-025<br>CIN01735 | 001736P001-1467A-025<br>CIN01736 | 001737P001-1467A-025<br>CIN01737 | 001738P001-1467A-025<br>CIN01738 |
| 001739P001-1467A-025<br>CIN01739 | 001740P001-1467A-025<br>CIN01740 | 001741P001-1467A-025<br>CIN01741 | 001742P001-1467A-025<br>CIN01742 |
| 001743P001-1467A-025<br>CIN01743 | 001744P001-1467A-025<br>CIN01744 | 001745P001-1467A-025<br>CIN01745 | 001746P001-1467A-025<br>CIN01746 |
| 001747P002-1467A-025<br>CIN01747 | 006884P001-1467A-025<br>CIN01747 | 001748P001-1467A-025<br>CIN01748 | 001749P001-1467A-025<br>CIN01749 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:13 PM

| | | | |
|---|---|---|---|
| 001750P001-1467A-025<br>CIN01750 | 001751P001-1467A-025<br>CIN01751 | 001752P001-1467A-025<br>CIN01752 | 001753P001-1467A-025<br>CIN01753 |
| 001754P001-1467A-025<br>CIN01754 | 001755P001-1467A-025<br>CIN01755 | 001756P001-1467A-025<br>CIN01756 | 001757P001-1467A-025<br>CIN01757 |
| 001758P001-1467A-025<br>CIN01758 | 001759P001-1467A-025<br>CIN01759 | 001760P001-1467A-025<br>CIN01760 | 001761P001-1467A-025<br>CIN01761 |
| 001762P001-1467A-025<br>CIN01762 | 001763P001-1467A-025<br>CIN01763 | 001764P001-1467A-025<br>CIN01764 | 001765P001-1467A-025<br>CIN01765 |
| 001766P001-1467A-025<br>CIN01766 | 001767P001-1467A-025<br>CIN01767 | 001768P001-1467A-025<br>CIN01768 | 001769P001-1467A-025<br>CIN01769 |
| 001770P001-1467A-025<br>CIN01770 | 001771P001-1467A-025<br>CIN01771 | 001772P001-1467A-025<br>CIN01772 | 001773P001-1467A-025<br>CIN01773 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001774P001-1467A-025<br>CIN01774 | 001775P001-1467A-025<br>CIN01775 | 001776P001-1467A-025<br>CIN01776 | 001777P001-1467A-025<br>CIN01777 |
| 001778P001-1467A-025<br>CIN01778 | 001779P001-1467A-025<br>CIN01779 | 001780P001-1467A-025<br>CIN01780 | 001781P001-1467A-025<br>CIN01781 |
| 001782P001-1467A-025<br>CIN01782 | 001783P001-1467A-025<br>CIN01783 | 001784P001-1467A-025<br>CIN01784 | 001785P001-1467A-025<br>CIN01785 |
| 001786P001-1467A-025<br>CIN01786 | 001787P001-1467A-025<br>CIN01787 | 001788P001-1467A-025<br>CIN01788 | 001789P002-1467A-025<br>CIN01789 |
| 006647P003-1467A-025<br>CIN01789 | 001790P001-1467A-025<br>CIN01790 | 001791P001-1467A-025<br>CIN01791 | 001792P001-1467A-025<br>CIN01792 |
| 001793P001-1467A-025<br>CIN01793 | 001794P001-1467A-025<br>CIN01794 | 001795P001-1467A-025<br>CIN01795 | 001796P001-1467A-025<br>CIN01796 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001797P001-1467A-025 | 001798P001-1467A-025 | 001799P001-1467A-025 | 001800P001-1467A-025 |
| CIN01797 | CIN01798 | CIN01799 | CIN01800 |
| 001801P003-1467A-025 | 006932P002-1467A-025 | 006933P002-1467A-025 | 001802P001-1467A-025 |
| CIN01801 | CIN01801 | CIN01801 | CIN01802 |
| 001803P001-1467A-025 | 001804P001-1467A-025 | 001805P001-1467A-025 | 001806P001-1467A-025 |
| CIN01803 | CIN01804 | CIN01805 | CIN01806 |
| 001807P001-1467A-025 | 001808P001-1467A-025 | 001809P001-1467A-025 | 001810P001-1467A-025 |
| CIN01807 | CIN01808 | CIN01809 | CIN01810 |
| 001811P001-1467A-025 | 001812P001-1467A-025 | 001813P001-1467A-025 | 001814P001-1467A-025 |
| CIN01811 | CIN01812 | CIN01813 | CIN01814 |
| 001815P001-1467A-025 | 001816P001-1467A-025 | 001817P001-1467A-025 | 001818P001-1467A-025 |
| CIN01815 | CIN01816 | CIN01817 | CIN01818 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

001819P001-1467A-025
CIN01819

001820P001-1467A-025
CIN01820

001821P001-1467A-025
CIN01821

001822P001-1467A-025
CIN01822

001823P001-1467A-025
CIN01823

001824P001-1467A-025
CIN01824

001825P001-1467A-025
CIN01825

001826P001-1467A-025
CIN01826

001827P001-1467A-025
CIN01827

001828P001-1467A-025
CIN01828

001829P001-1467A-025
CIN01829

001830P001-1467A-025
CIN01830

001831P001-1467A-025
CIN01831

001832P001-1467A-025
CIN01832

001833P001-1467A-025
CIN01833

001834P001-1467A-025
CIN01834

001835P001-1467A-025
CIN01835

001836P001-1467A-025
CIN01836

001837P001-1467A-025
CIN01837

001838P001-1467A-025
CIN01838

001839P002-1467A-025
CIN01839

001840P001-1467A-025
CIN01840

001841P001-1467A-025
CIN01841

001842P001-1467A-025
CIN01842

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001843P001-1467A-025<br>CIN01843 | 001844P001-1467A-025<br>CIN01844 | 001845P001-1467A-025<br>CIN01845 | 001846P002-1467A-025<br>CIN01846 |
| 006857P003-1467A-025<br>CIN01846 | 001847P001-1467A-025<br>CIN01847 | 001848P001-1467A-025<br>CIN01848 | 001849P001-1467A-025<br>CIN01849 |
| 001850P001-1467A-025<br>CIN01850 | 001851P001-1467A-025<br>CIN01851 | 001852P001-1467A-025<br>CIN01852 | 001853P001-1467A-025<br>CIN01853 |
| 001854P001-1467A-025<br>CIN01854 | 001855P001-1467A-025<br>CIN01855 | 001856P001-1467A-025<br>CIN01856 | 001857P001-1467A-025<br>CIN01857 |
| 001858P001-1467A-025<br>CIN01858 | 001859P001-1467A-025<br>CIN01859 | 001860P001-1467A-025<br>CIN01860 | 001861P001-1467A-025<br>CIN01861 |
| 001862P001-1467A-025<br>CIN01862 | 001863P001-1467A-025<br>CIN01863 | 001864P001-1467A-025<br>CIN01864 | 001865P001-1467A-025<br>CIN01865 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001866P002-1467A-025<br>CIN01866 | 001867P001-1467A-025<br>CIN01867 | 001868P001-1467A-025<br>CIN01868 | 001869P001-1467A-025<br>CIN01869 |
| 001870P001-1467A-025<br>CIN01870 | 001871P001-1467A-025<br>CIN01871 | 001872P001-1467A-025<br>CIN01872 | 001873P001-1467A-025<br>CIN01873 |
| 001874P001-1467A-025<br>CIN01874 | 001875P001-1467A-025<br>CIN01875 | 001876P001-1467A-025<br>CIN01876 | 001877P001-1467A-025<br>CIN01877 |
| 001878P001-1467A-025<br>CIN01878 | 001879P001-1467A-025<br>CIN01879 | 001880P001-1467A-025<br>CIN01880 | 001881P001-1467A-025<br>CIN01881 |
| 001882P001-1467A-025<br>CIN01882 | 001883P001-1467A-025<br>CIN01883 | 001884P001-1467A-025<br>CIN01884 | 001885P001-1467A-025<br>CIN01885 |
| 001886P001-1467A-025<br>CIN01886 | 001887P001-1467A-025<br>CIN01887 | 001888P001-1467A-025<br>CIN01888 | 001889P001-1467A-025<br>CIN01889 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 001890P001-1467A-025<br>CIN01890 | 001891P001-1467A-025<br>CIN01891 | 001892P001-1467A-025<br>CIN01892 | 001893P001-1467A-025<br>CIN01893 |
| 001894P001-1467A-025<br>CIN01894 | 001895P001-1467A-025<br>CIN01895 | 001896P001-1467A-025<br>CIN01896 | 001897P001-1467A-025<br>CIN01897 |
| 001898P001-1467A-025<br>CIN01898 | 001899P001-1467A-025<br>CIN01899 | 001900P001-1467A-025<br>CIN01900 | 001901P001-1467A-025<br>CIN01901 |
| 001902P001-1467A-025<br>CIN01902 | 001903P001-1467A-025<br>CIN01903 | 001904P001-1467A-025<br>CIN01904 | 001905P001-1467A-025<br>CIN01905 |
| 001906P001-1467A-025<br>CIN01906 | 001907P001-1467A-025<br>CIN01907 | 001908P001-1467A-025<br>CIN01908 | 001909P001-1467A-025<br>CIN01909 |
| 001910P001-1467A-025<br>CIN01910 | 001911P001-1467A-025<br>CIN01911 | 001912P001-1467A-025<br>CIN01912 | 001913P001-1467A-025<br>CIN01913 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 001914P001-1467A-025<br>CIN01914 | 001915P001-1467A-025<br>CIN01915 | 001916P001-1467A-025<br>CIN01916 | 001917P001-1467A-025<br>CIN01917 |
| 001918P001-1467A-025<br>CIN01918 | 001919P001-1467A-025<br>CIN01919 | 001920P001-1467A-025<br>CIN01920 | 001921P001-1467A-025<br>CIN01921 |
| 001922P001-1467A-025<br>CIN01922 | 001923P001-1467A-025<br>CIN01923 | 001924P001-1467A-025<br>CIN01924 | 001925P001-1467A-025<br>CIN01925 |
| 001926P001-1467A-025<br>CIN01926 | 001927P001-1467A-025<br>CIN01927 | 001928P001-1467A-025<br>CIN01928 | 001929P001-1467A-025<br>CIN01929 |
| 001930P001-1467A-025<br>CIN01930 | 001931P001-1467A-025<br>CIN01931 | 001932P001-1467A-025<br>CIN01932 | 001933P001-1467A-025<br>CIN01933 |
| 001934P001-1467A-025<br>CIN01934 | 001935P001-1467A-025<br>CIN01935 | 001936P001-1467A-025<br>CIN01936 | 001937P001-1467A-025<br>CIN01937 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 001938P001-1467A-025<br>CIN01938 | 001939P001-1467A-025<br>CIN01939 | 001940P001-1467A-025<br>CIN01940 | 001941P001-1467A-025<br>CIN01941 |
| 001942P002-1467A-025<br>CIN01942 | 006944P002-1467A-025<br>CIN01942 | 001943P001-1467A-025<br>CIN01943 | 001944P001-1467A-025<br>CIN01944 |
| 001945P001-1467A-025<br>CIN01945 | 001946P001-1467A-025<br>CIN01946 | 001947P001-1467A-025<br>CIN01947 | 001948P001-1467A-025<br>CIN01948 |
| 001949P001-1467A-025<br>CIN01949 | 001950P001-1467A-025<br>CIN01950 | 001951P001-1467A-025<br>CIN01951 | 001952P001-1467A-025<br>CIN01952 |
| 001953P001-1467A-025<br>CIN01953 | 001954P001-1467A-025<br>CIN01954 | 001955P002-1467A-025<br>CIN01955 | 001956P001-1467A-025<br>CIN01956 |
| 001957P001-1467A-025<br>CIN01957 | 001958P001-1467A-025<br>CIN01958 | 001959P001-1467A-025<br>CIN01959 | 001960P001-1467A-025<br>CIN01960 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001961P001-1467A-025<br>CIN01961 | 001962P001-1467A-025<br>CIN01962 | 001963P001-1467A-025<br>CIN01963 | 001964P001-1467A-025<br>CIN01964 |
| 001965P001-1467A-025<br>CIN01965 | 001966P001-1467A-025<br>CIN01966 | 001967P001-1467A-025<br>CIN01967 | 001968P001-1467A-025<br>CIN01968 |
| 001969P001-1467A-025<br>CIN01969 | 001970P001-1467A-025<br>CIN01970 | 001971P001-1467A-025<br>CIN01971 | 001972P001-1467A-025<br>CIN01972 |
| 001973P001-1467A-025<br>CIN01973 | 001974P002-1467A-025<br>CIN01974 | 001975P001-1467A-025<br>CIN01975 | 001976P001-1467A-025<br>CIN01976 |
| 001977P001-1467A-025<br>CIN01977 | 001978P001-1467A-025<br>CIN01978 | 001979P001-1467A-025<br>CIN01979 | 001980P001-1467A-025<br>CIN01980 |
| 001981P001-1467A-025<br>CIN01981 | 001982P001-1467A-025<br>CIN01982 | 001983P001-1467A-025<br>CIN01983 | 001984P001-1467A-025<br>CIN01984 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001985P001-1467A-025<br>CIN01985 | 001986P001-1467A-025<br>CIN01986 | 001987P001-1467A-025<br>CIN01987 | 001988P001-1467A-025<br>CIN01988 |
| 001989P001-1467A-025<br>CIN01989 | 001990P001-1467A-025<br>CIN01990 | 001991P001-1467A-025<br>CIN01991 | 001992P001-1467A-025<br>CIN01992 |
| 001993P001-1467A-025<br>CIN01993 | 001994P001-1467A-025<br>CIN01994 | 001995P001-1467A-025<br>CIN01995 | 001996P001-1467A-025<br>CIN01996 |
| 001997P001-1467A-025<br>CIN01997 | 001998P001-1467A-025<br>CIN01998 | 001999P001-1467A-025<br>CIN01999 | 002000P001-1467A-025<br>CIN02000 |
| 002001P001-1467A-025<br>CIN02001 | 002002P001-1467A-025<br>CIN02002 | 002003P001-1467A-025<br>CIN02003 | 002004P002-1467A-025<br>CIN02004 |
| 006943P001-1467A-025<br>CIN02004 | 002005P001-1467A-025<br>CIN02005 | 002006P001-1467A-025<br>CIN02006 | 002007P001-1467A-025<br>CIN02007 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002008P001-1467A-025<br>CIN02008 | 002009P001-1467A-025<br>CIN02009 | 002010P001-1467A-025<br>CIN02010 | 002011P001-1467A-025<br>CIN02011 |
| 002012P001-1467A-025<br>CIN02012 | 002013P001-1467A-025<br>CIN02013 | 002014P001-1467A-025<br>CIN02014 | 002015P001-1467A-025<br>CIN02015 |
| 002016P001-1467A-025<br>CIN02016 | 002017P001-1467A-025<br>CIN02017 | 002018P001-1467A-025<br>CIN02018 | 002019P001-1467A-025<br>CIN02019 |
| 002020P001-1467A-025<br>CIN02020 | 002021P001-1467A-025<br>CIN02021 | 002022P001-1467A-025<br>CIN02022 | 002023P001-1467A-025<br>CIN02023 |
| 002024P001-1467A-025<br>CIN02024 | 002025P001-1467A-025<br>CIN02025 | 002026P001-1467A-025<br>CIN02026 | 002027P001-1467A-025<br>CIN02027 |
| 002028P001-1467A-025<br>CIN02028 | 002029P001-1467A-025<br>CIN02029 | 002030P001-1467A-025<br>CIN02030 | 002031P001-1467A-025<br>CIN02031 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002032P001-1467A-025<br>CIN02032 | 002033P001-1467A-025<br>CIN02033 | 002034P001-1467A-025<br>CIN02034 | 002035P001-1467A-025<br>CIN02035 |
| 002036P001-1467A-025<br>CIN02036 | 002037P001-1467A-025<br>CIN02037 | 002038P001-1467A-025<br>CIN02038 | 002039P001-1467A-025<br>CIN02039 |
| 002040P001-1467A-025<br>CIN02040 | 002041P001-1467A-025<br>CIN02041 | 002042P001-1467A-025<br>CIN02042 | 002043P001-1467A-025<br>CIN02043 |
| 002044P001-1467A-025<br>CIN02044 | 002045P001-1467A-025<br>CIN02045 | 002046P001-1467A-025<br>CIN02046 | 002047P001-1467A-025<br>CIN02047 |
| 002048P001-1467A-025<br>CIN02048 | 002049P001-1467A-025<br>CIN02049 | 002050P001-1467A-025<br>CIN02050 | 002051P001-1467A-025<br>CIN02051 |
| 002052P001-1467A-025<br>CIN02052 | 002053P001-1467A-025<br>CIN02053 | 002054P001-1467A-025<br>CIN02054 | 002055P001-1467A-025<br>CIN02055 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002056P001-1467A-025<br>CIN02056 | 002057P001-1467A-025<br>CIN02057 | 002058P001-1467A-025<br>CIN02058 | 002059P001-1467A-025<br>CIN02059 |
| 002060P001-1467A-025<br>CIN02060 | 002061P001-1467A-025<br>CIN02061 | 002062P001-1467A-025<br>CIN02062 | 002063P001-1467A-025<br>CIN02063 |
| 002064P001-1467A-025<br>CIN02064 | 002065P001-1467A-025<br>CIN02065 | 002066P001-1467A-025<br>CIN02066 | 002067P001-1467A-025<br>CIN02067 |
| 002068P001-1467A-025<br>CIN02068 | 002069P001-1467A-025<br>CIN02069 | 002070P001-1467A-025<br>CIN02070 | 002071P001-1467A-025<br>CIN02071 |
| 002072P001-1467A-025<br>CIN02072 | 002073P001-1467A-025<br>CIN02073 | 002074P001-1467A-025<br>CIN02074 | 002075P001-1467A-025<br>CIN02075 |
| 002076P001-1467A-025<br>CIN02076 | 002077P001-1467A-025<br>CIN02077 | 002078P001-1467A-025<br>CIN02078 | 002079P001-1467A-025<br>CIN02079 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002080P001-1467A-025<br>CIN02080 | 002081P001-1467A-025<br>CIN02081 | 002082P001-1467A-025<br>CIN02082 | 002083P001-1467A-025<br>CIN02083 |
| 002084P001-1467A-025<br>CIN02084 | 002085P001-1467A-025<br>CIN02085 | 002086P001-1467A-025<br>CIN02086 | 006234P001-1467A-025<br>CIN02087 |
| 002087P001-1467A-025<br>CIN02088 | 002088P001-1467A-025<br>CIN02089 | 002089P001-1467A-025<br>CIN02090 | 002090P001-1467A-025<br>CIN02091 |
| 002091P001-1467A-025<br>CIN02092 | 002092P001-1467A-025<br>CIN02093 | 002093P001-1467A-025<br>CIN02094 | 002094P001-1467A-025<br>CIN02095 |
| 002095P002-1467A-025<br>CIN02096 | 002095P002-1467A-025<br>CIN02096 | 006915P001-1467A-025<br>CIN02096 | 006915P001-1467A-025<br>CIN02096 |
| 002096P001-1467A-025<br>CIN02097 | 002097P001-1467A-025<br>CIN02098 | 002098P001-1467A-025<br>CIN02099 | 002099P001-1467A-025<br>CIN02100 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002100P001-1467A-025<br>CIN02101 | 006235P001-1467A-025<br>CIN02102 | 002101P001-1467A-025<br>CIN02103 | 002102P001-1467A-025<br>CIN02104 |
| 002103P001-1467A-025<br>CIN02105 | 002104P001-1467A-025<br>CIN02106 | 002105P001-1467A-025<br>CIN02107 | 002106P001-1467A-025<br>CIN02108 |
| 002107P001-1467A-025<br>CIN02109 | 002108P001-1467A-025<br>CIN02110 | 006236P001-1467A-025<br>CIN02111 | 002109P001-1467A-025<br>CIN02112 |
| 002110P001-1467A-025<br>CIN02113 | 002111P002-1467A-025<br>CIN02114 | 006640P003-1467A-025<br>CIN02114 | 002112P001-1467A-025<br>CIN02115 |
| 002113P001-1467A-025<br>CIN02116 | 002114P001-1467A-025<br>CIN02117 | 002115P001-1467A-025<br>CIN02118 | 002116P001-1467A-025<br>CIN02119 |
| 002117P001-1467A-025<br>CIN02120 | 002118P001-1467A-025<br>CIN02121 | 002119P001-1467A-025<br>CIN02122 | 002120P001-1467A-025<br>CIN02123 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002121P001-1467A-025<br>CIN02124 | 002122P001-1467A-025<br>CIN02125 | 002123P001-1467A-025<br>CIN02126 | 002124P001-1467A-025<br>CIN02127 |
| 002125P001-1467A-025<br>CIN02128 | 002126P001-1467A-025<br>CIN02129 | 002127P001-1467A-025<br>CIN02130 | 002128P001-1467A-025<br>CIN02131 |
| 002129P001-1467A-025<br>CIN02132 | 002130P001-1467A-025<br>CIN02133 | 002131P001-1467A-025<br>CIN02134 | 002132P001-1467A-025<br>CIN02135 |
| 002133P001-1467A-025<br>CIN02136 | 002134P001-1467A-025<br>CIN02137 | 002135P001-1467A-025<br>CIN02138 | 002136P001-1467A-025<br>CIN02139 |
| 002137P001-1467A-025<br>CIN02140 | 002138P001-1467A-025<br>CIN02141 | 002139P001-1467A-025<br>CIN02142 | 002140P001-1467A-025<br>CIN02143 |
| 002141P001-1467A-025<br>CIN02144 | 002142P001-1467A-025<br>CIN02145 | 002143P001-1467A-025<br>CIN02146 | 002144P001-1467A-025<br>CIN02147 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 104 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 95 of 277                                    12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 006264P002-1467A-025<br>CIN02148 | 002145P001-1467A-025<br>CIN02149 | 002146P001-1467A-025<br>CIN02150 | 002147P001-1467A-025<br>CIN02151 |
| 002148P001-1467A-025<br>CIN02152 | 002149P001-1467A-025<br>CIN02153 | 002150P001-1467A-025<br>CIN02154 | 002151P001-1467A-025<br>CIN02155 |
| 002152P001-1467A-025<br>CIN02156 | 002153P002-1467A-025<br>CIN02157 | 006905P001-1467A-025<br>CIN02157 | 002154P001-1467A-025<br>CIN02158 |
| 002155P001-1467A-025<br>CIN02159 | 002156P001-1467A-025<br>CIN02160 | 002157P001-1467A-025<br>CIN02161 | 002158P001-1467A-025<br>CIN02162 |
| 002159P001-1467A-025<br>CIN02163 | 002160P001-1467A-025<br>CIN02164 | 002161P001-1467A-025<br>CIN02165 | 002162P001-1467A-025<br>CIN02166 |
| 002163P001-1467A-025<br>CIN02167 | 002164P001-1467A-025<br>CIN02168 | 002165P001-1467A-025<br>CIN02169 | 002166P001-1467A-025<br>CIN02170 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002167P001-1467A-025<br>CIN02171 | 002168P001-1467A-025<br>CIN02172 | 002169P001-1467A-025<br>CIN02173 | 002170P001-1467A-025<br>CIN02174 |
| 002171P001-1467A-025<br>CIN02175 | 002172P001-1467A-025<br>CIN02176 | 002173P002-1467A-025<br>CIN02177 | 006931P001-1467A-025<br>CIN02177 |
| 002174P001-1467A-025<br>CIN02178 | 002175P001-1467A-025<br>CIN02179 | 002176P001-1467A-025<br>CIN02180 | 002177P001-1467A-025<br>CIN02181 |
| 002178P001-1467A-025<br>CIN02182 | 002179P001-1467A-025<br>CIN02183 | 002180P001-1467A-025<br>CIN02184 | 002181P001-1467A-025<br>CIN02185 |
| 002182P001-1467A-025<br>CIN02186 | 002183P001-1467A-025<br>CIN02187 | 002184P001-1467A-025<br>CIN02188 | 002185P001-1467A-025<br>CIN02189 |
| 002186P001-1467A-025<br>CIN02190 | 002187P001-1467A-025<br>CIN02191 | 002188P001-1467A-025<br>CIN02192 | 002189P001-1467A-025<br>CIN02193 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002190P001-1467A-025<br>CIN02194 | 002191P001-1467A-025<br>CIN02195 | 002192P001-1467A-025<br>CIN02196 | 002193P002-1467A-025<br>CIN02197 |
| 006910P001-1467A-025<br>CIN02197 | 006910P001-1467A-025<br>CIN02197 | 002194P001-1467A-025<br>CIN02198 | 002195P001-1467A-025<br>CIN02199 |
| 002196P001-1467A-025<br>CIN02200 | 002197P001-1467A-025<br>CIN02201 | 002198P001-1467A-025<br>CIN02202 | 002199P001-1467A-025<br>CIN02203 |
| 002200P001-1467A-025<br>CIN02204 | 002201P001-1467A-025<br>CIN02205 | 002202P001-1467A-025<br>CIN02206 | 002203P001-1467A-025<br>CIN02207 |
| 002204P001-1467A-025<br>CIN02208 | 002205P001-1467A-025<br>CIN02209 | 002206P001-1467A-025<br>CIN02210 | 002207P001-1467A-025<br>CIN02211 |
| 002208P001-1467A-025<br>CIN02212 | 002209P001-1467A-025<br>CIN02213 | 002210P001-1467A-025<br>CIN02214 | 002211P001-1467A-025<br>CIN02215 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002212P001-1467A-025<br>CIN02216 | 002213P001-1467A-025<br>CIN02217 | 002214P001-1467A-025<br>CIN02218 | 002215P001-1467A-025<br>CIN02219 |
| 002216P001-1467A-025<br>CIN02220 | 002217P001-1467A-025<br>CIN02221 | 002218P001-1467A-025<br>CIN02222 | 002219P001-1467A-025<br>CIN02223 |
| 002220P001-1467A-025<br>CIN02224 | 002221P001-1467A-025<br>CIN02225 | 002222P001-1467A-025<br>CIN02226 | 002223P001-1467A-025<br>CIN02227 |
| 002224P001-1467A-025<br>CIN02228 | 002225P001-1467A-025<br>CIN02229 | 002226P001-1467A-025<br>CIN02230 | 002227P001-1467A-025<br>CIN02231 |
| 002228P001-1467A-025<br>CIN02232 | 002229P001-1467A-025<br>CIN02233 | 002230P001-1467A-025<br>CIN02234 | 002231P001-1467A-025<br>CIN02235 |
| 002232P001-1467A-025<br>CIN02236 | 002233P001-1467A-025<br>CIN02237 | 002234P001-1467A-025<br>CIN02238 | 002235P001-1467A-025<br>CIN02239 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002236P001-1467A-025<br>CIN02240 | 002237P001-1467A-025<br>CIN02241 | 002238P001-1467A-025<br>CIN02242 | 002239P002-1467A-025<br>CIN02243 |
| 007008P002-1467A-025<br>CIN02243 | 002240P002-1467A-025<br>CIN02244 | 002241P001-1467A-025<br>CIN02245 | 002242P001-1467A-025<br>CIN02246 |
| 002243P001-1467A-025<br>CIN02247 | 002244P001-1467A-025<br>CIN02248 | 002245P001-1467A-025<br>CIN02249 | 002246P001-1467A-025<br>CIN02250 |
| 002247P001-1467A-025<br>CIN02251 | 002248P001-1467A-025<br>CIN02252 | 002249P001-1467A-025<br>CIN02253 | 002250P002-1467A-025<br>CIN02254 |
| 006789P003-1467A-025<br>CIN02254 | 002251P001-1467A-025<br>CIN02255 | 002252P001-1467A-025<br>CIN02256 | 002253P001-1467A-025<br>CIN02257 |
| 002254P001-1467A-025<br>CIN02258 | 002255P001-1467A-025<br>CIN02259 | 002256P001-1467A-025<br>CIN02260 | 002257P001-1467A-025<br>CIN02261 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002258P001-1467A-025<br>CIN02262 | 002259P001-1467A-025<br>CIN02263 | 002260P001-1467A-025<br>CIN02264 | 002261P001-1467A-025<br>CIN02265 |
| 002262P001-1467A-025<br>CIN02266 | 002263P001-1467A-025<br>CIN02267 | 002264P001-1467A-025<br>CIN02268 | 002265P001-1467A-025<br>CIN02269 |
| 002266P001-1467A-025<br>CIN02270 | 002267P001-1467A-025<br>CIN02271 | 002268P001-1467A-025<br>CIN02272 | 002269P001-1467A-025<br>CIN02273 |
| 002270P001-1467A-025<br>CIN02274 | 002271P001-1467A-025<br>CIN02275 | 002272P001-1467A-025<br>CIN02276 | 002273P001-1467A-025<br>CIN02277 |
| 002274P001-1467A-025<br>CIN02278 | 002275P001-1467A-025<br>CIN02279 | 002276P001-1467A-025<br>CIN02280 | 002277P001-1467A-025<br>CIN02281 |
| 002278P001-1467A-025<br>CIN02282 | 002279P001-1467A-025<br>CIN02283 | 002280P001-1467A-025<br>CIN02284 | 002281P001-1467A-025<br>CIN02285 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002282P001-1467A-025<br>CIN02286 | 002283P001-1467A-025<br>CIN02287 | 002284P001-1467A-025<br>CIN02288 | 002285P001-1467A-025<br>CIN02289 |
| 002286P001-1467A-025<br>CIN02290 | 002287P001-1467A-025<br>CIN02291 | 002288P001-1467A-025<br>CIN02292 | 002289P001-1467A-025<br>CIN02293 |
| 002290P001-1467A-025<br>CIN02294 | 002291P001-1467A-025<br>CIN02295 | 002292P001-1467A-025<br>CIN02296 | 002293P001-1467A-025<br>CIN02297 |
| 002294P001-1467A-025<br>CIN02298 | 002295P001-1467A-025<br>CIN02299 | 002296P001-1467A-025<br>CIN02300 | 002297P001-1467A-025<br>CIN02301 |
| 002298P001-1467A-025<br>CIN02302 | 002299P001-1467A-025<br>CIN02303 | 002300P001-1467A-025<br>CIN02304 | 002301P001-1467A-025<br>CIN02305 |
| 002302P001-1467A-025<br>CIN02306 | 002303P001-1467A-025<br>CIN02307 | 002304P001-1467A-025<br>CIN02308 | 002305P001-1467A-025<br>CIN02309 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002306P001-1467A-025<br>CIN02310 | 002307P001-1467A-025<br>CIN02311 | 002308P002-1467A-025<br>CIN02312 | 006720P002-1467A-025<br>CIN02312 |
| 002309P001-1467A-025<br>CIN02313 | 002310P001-1467A-025<br>CIN02314 | 002311P001-1467A-025<br>CIN02315 | 002312P001-1467A-025<br>CIN02316 |
| 002313P001-1467A-025<br>CIN02317 | 002314P001-1467A-025<br>CIN02318 | 002315P001-1467A-025<br>CIN02319 | 002316P001-1467A-025<br>CIN02320 |
| 002317P001-1467A-025<br>CIN02321 | 002318P001-1467A-025<br>CIN02322 | 002319P001-1467A-025<br>CIN02323 | 002320P001-1467A-025<br>CIN02324 |
| 002321P001-1467A-025<br>CIN02325 | 002322P001-1467A-025<br>CIN02326 | 002323P001-1467A-025<br>CIN02327 | 002324P001-1467A-025<br>CIN02328 |
| 002325P001-1467A-025<br>CIN02329 | 002326P001-1467A-025<br>CIN02330 | 002327P001-1467A-025<br>CIN02331 | 002328P001-1467A-025<br>CIN02332 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002329P002-1467A-025<br>CIN02333 | 002330P001-1467A-025<br>CIN02334 | 002331P001-1467A-025<br>CIN02335 | 002332P001-1467A-025<br>CIN02336 |
| 002333P001-1467A-025<br>CIN02337 | 002334P001-1467A-025<br>CIN02338 | 002335P001-1467A-025<br>CIN02339 | 002336P001-1467A-025<br>CIN02340 |
| 002337P001-1467A-025<br>CIN02341 | 002338P001-1467A-025<br>CIN02342 | 002339P001-1467A-025<br>CIN02343 | 002340P001-1467A-025<br>CIN02344 |
| 002341P001-1467A-025<br>CIN02345 | 002342P001-1467A-025<br>CIN02346 | 002343P001-1467A-025<br>CIN02347 | 002344P001-1467A-025<br>CIN02348 |
| 002345P001-1467A-025<br>CIN02349 | 002346P001-1467A-025<br>CIN02350 | 002347P001-1467A-025<br>CIN02351 | 002348P001-1467A-025<br>CIN02352 |
| 002349P001-1467A-025<br>CIN02353 | 002350P001-1467A-025<br>CIN02354 | 002351P001-1467A-025<br>CIN02355 | 002352P001-1467A-025<br>CIN02356 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002353P001-1467A-025<br>CIN02357 | 002354P001-1467A-025<br>CIN02358 | 002355P001-1467A-025<br>CIN02359 | 002356P001-1467A-025<br>CIN02360 |
| 002357P001-1467A-025<br>CIN02361 | 002358P001-1467A-025<br>CIN02362 | 002359P001-1467A-025<br>CIN02363 | 002360P001-1467A-025<br>CIN02364 |
| 002361P001-1467A-025<br>CIN02365 | 002362P001-1467A-025<br>CIN02366 | 002363P001-1467A-025<br>CIN02367 | 002364P001-1467A-025<br>CIN02368 |
| 002365P001-1467A-025<br>CIN02369 | 002366P001-1467A-025<br>CIN02370 | 002367P001-1467A-025<br>CIN02371 | 002368P001-1467A-025<br>CIN02372 |
| 002369P001-1467A-025<br>CIN02373 | 002370P001-1467A-025<br>CIN02374 | 002371P001-1467A-025<br>CIN02375 | 002372P001-1467A-025<br>CIN02376 |
| 002373P001-1467A-025<br>CIN02377 | 002374P001-1467A-025<br>CIN02378 | 002375P001-1467A-025<br>CIN02379 | 002376P001-1467A-025<br>CIN02380 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002377P001-1467A-025<br>CIN02381 | 002378P001-1467A-025<br>CIN02382 | 002379P001-1467A-025<br>CIN02383 | 002380P001-1467A-025<br>CIN02384 |
| 002381P001-1467A-025<br>CIN02385 | 002382P001-1467A-025<br>CIN02386 | 002383P001-1467A-025<br>CIN02387 | 002384P001-1467A-025<br>CIN02388 |
| 002385P001-1467A-025<br>CIN02389 | 002386P001-1467A-025<br>CIN02390 | 002387P001-1467A-025<br>CIN02391 | 002388P001-1467A-025<br>CIN02392 |
| 002389P001-1467A-025<br>CIN02393 | 002390P001-1467A-025<br>CIN02394 | 002391P001-1467A-025<br>CIN02395 | 002392P001-1467A-025<br>CIN02396 |
| 002393P001-1467A-025<br>CIN02397 | 002394P001-1467A-025<br>CIN02398 | 002395P001-1467A-025<br>CIN02399 | 006237P001-1467A-025<br>CIN02400 |
| 002396P001-1467A-025<br>CIN02401 | 002397P001-1467A-025<br>CIN02402 | 002398P001-1467A-025<br>CIN02403 | 002399P001-1467A-025<br>CIN02404 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002400P001-1467A-025<br>CIN02405 | 002401P001-1467A-025<br>CIN02406 | 002402P001-1467A-025<br>CIN02407 | 002403P001-1467A-025<br>CIN02408 |
| 002404P001-1467A-025<br>CIN02409 | 002405P001-1467A-025<br>CIN02410 | 002406P001-1467A-025<br>CIN02411 | 002407P001-1467A-025<br>CIN02412 |
| 002408P001-1467A-025<br>CIN02413 | 002409P001-1467A-025<br>CIN02414 | 002410P001-1467A-025<br>CIN02415 | 002411P001-1467A-025<br>CIN02416 |
| 002412P001-1467A-025<br>CIN02417 | 002413P001-1467A-025<br>CIN02418 | 002414P002-1467A-025<br>CIN02419 | 006959P002-1467A-025<br>CIN02419 |
| 002415P001-1467A-025<br>CIN02420 | 002416P001-1467A-025<br>CIN02421 | 002417P001-1467A-025<br>CIN02422 | 002418P001-1467A-025<br>CIN02423 |
| 002419P001-1467A-025<br>CIN02424 | 002420P001-1467A-025<br>CIN02425 | 002421P001-1467A-025<br>CIN02426 | 002422P001-1467A-025<br>CIN02427 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002423P001-1467A-025<br>CIN02428 | 002424P001-1467A-025<br>CIN02429 | 002425P001-1467A-025<br>CIN02430 | 002426P001-1467A-025<br>CIN02431 |
| 002427P001-1467A-025<br>CIN02432 | 002428P001-1467A-025<br>CIN02433 | 002429P002-1467A-025<br>CIN02434 | 006974P001-1467A-025<br>CIN02434 |
| 002430P001-1467A-025<br>CIN02435 | 002431P001-1467A-025<br>CIN02436 | 002432P001-1467A-025<br>CIN02437 | 002433P001-1467A-025<br>CIN02438 |
| 002434P001-1467A-025<br>CIN02439 | 002435P002-1467A-025<br>CIN02440 | 006987P001-1467A-025<br>CIN02440 | 002436P001-1467A-025<br>CIN02441 |
| 002437P001-1467A-025<br>CIN02442 | 000001P002-1467A-025<br>CIN02443 | 002438P002-1467A-025<br>CIN02444 | 006799P003-1467A-025<br>CIN02444 |
| 006800P002-1467A-025<br>CIN02444 | 002439P001-1467A-025<br>CIN02445 | 002440P001-1467A-025<br>CIN02446 | 002441P001-1467A-025<br>CIN02447 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002442P001-1467A-025<br>CIN02448 | 002443P001-1467A-025<br>CIN02449 | 002444P001-1467A-025<br>CIN02450 | 002445P001-1467A-025<br>CIN02451 |
| 002446P001-1467A-025<br>CIN02452 | 002447P001-1467A-025<br>CIN02453 | 002448P001-1467A-025<br>CIN02454 | 002449P001-1467A-025<br>CIN02455 |
| 002450P001-1467A-025<br>CIN02456 | 002451P001-1467A-025<br>CIN02457 | 002452P001-1467A-025<br>CIN02458 | 002453P001-1467A-025<br>CIN02459 |
| 002454P001-1467A-025<br>CIN02460 | 002455P001-1467A-025<br>CIN02461 | 002456P001-1467A-025<br>CIN02462 | 002457P001-1467A-025<br>CIN02463 |
| 002458P001-1467A-025<br>CIN02464 | 002459P001-1467A-025<br>CIN02465 | 002460P001-1467A-025<br>CIN02466 | 002461P001-1467A-025<br>CIN02467 |
| 002462P001-1467A-025<br>CIN02468 | 002463P002-1467A-025<br>CIN02469 | 002464P001-1467A-025<br>CIN02470 | 002465P001-1467A-025<br>CIN02471 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002466P001-1467A-025<br>CIN02472 | 002467P001-1467A-025<br>CIN02473 | 002468P001-1467A-025<br>CIN02474 | 002469P001-1467A-025<br>CIN02475 |
| 002470P001-1467A-025<br>CIN02476 | 002471P001-1467A-025<br>CIN02477 | 002472P001-1467A-025<br>CIN02478 | 002473P001-1467A-025<br>CIN02479 |
| 002474P001-1467A-025<br>CIN02480 | 002475P001-1467A-025<br>CIN02481 | 002476P001-1467A-025<br>CIN02482 | 002477P001-1467A-025<br>CIN02483 |
| 002478P001-1467A-025<br>CIN02484 | 002479P001-1467A-025<br>CIN02485 | 002480P001-1467A-025<br>CIN02486 | 002481P001-1467A-025<br>CIN02487 |
| 002482P001-1467A-025<br>CIN02488 | 002483P001-1467A-025<br>CIN02489 | 002484P001-1467A-025<br>CIN02490 | 002485P001-1467A-025<br>CIN02491 |
| 002486P001-1467A-025<br>CIN02492 | 002487P001-1467A-025<br>CIN02493 | 002488P002-1467A-025<br>CIN02494 | 006816P001-1467A-025<br>CIN02494 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002489P001-1467A-025<br>CIN02495 | 002490P001-1467A-025<br>CIN02496 | 002491P001-1467A-025<br>CIN02497 | 002492P001-1467A-025<br>CIN02498 |
| 002493P001-1467A-025<br>CIN02499 | 002494P001-1467A-025<br>CIN02500 | 002495P001-1467A-025<br>CIN02501 | 002496P001-1467A-025<br>CIN02502 |
| 002497P001-1467A-025<br>CIN02503 | 002498P001-1467A-025<br>CIN02504 | 002499P001-1467A-025<br>CIN02505 | 002500P001-1467A-025<br>CIN02506 |
| 002501P001-1467A-025<br>CIN02507 | 002502P001-1467A-025<br>CIN02508 | 002503P001-1467A-025<br>CIN02509 | 002504P001-1467A-025<br>CIN02510 |
| 002505P001-1467A-025<br>CIN02511 | 002506P002-1467A-025<br>CIN02512 | 006643P003-1467A-025<br>CIN02512 | 002507P002-1467A-025<br>CIN02513 |
| 006717P002-1467A-025<br>CIN02513 | 002508P001-1467A-025<br>CIN02514 | 002509P001-1467A-025<br>CIN02515 | 002510P001-1467A-025<br>CIN02516 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002511P001-1467A-025<br>CIN02517 | 002512P001-1467A-025<br>CIN02518 | 002513P001-1467A-025<br>CIN02519 | 002514P001-1467A-025<br>CIN02520 |
| 002515P001-1467A-025<br>CIN02521 | 002516P001-1467A-025<br>CIN02522 | 002517P001-1467A-025<br>CIN02523 | 002518P001-1467A-025<br>CIN02524 |
| 002519P001-1467A-025<br>CIN02525 | 002520P001-1467A-025<br>CIN02526 | 002521P001-1467A-025<br>CIN02527 | 002522P001-1467A-025<br>CIN02528 |
| 002523P001-1467A-025<br>CIN02529 | 002524P001-1467A-025<br>CIN02530 | 002525P001-1467A-025<br>CIN02531 | 002526P001-1467A-025<br>CIN02532 |
| 002527P001-1467A-025<br>CIN02533 | 002528P001-1467A-025<br>CIN02534 | 002529P001-1467A-025<br>CIN02535 | 002530P002-1467A-025<br>CIN02536 |
| 006922P001-1467A-025<br>CIN02536 | 002531P001-1467A-025<br>CIN02537 | 002532P002-1467A-025<br>CIN02538 | 006637P003-1467A-025<br>CIN02538 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002533P001-1467A-025<br>CIN02539 | 002534P001-1467A-025<br>CIN02540 | 002535P001-1467A-025<br>CIN02541 | 002536P001-1467A-025<br>CIN02542 |
| 002537P001-1467A-025<br>CIN02543 | 002538P001-1467A-025<br>CIN02544 | 002539P001-1467A-025<br>CIN02545 | 002540P001-1467A-025<br>CIN02546 |
| 002541P002-1467A-025<br>CIN02547 | 006826P001-1467A-025<br>CIN02547 | 002542P001-1467A-025<br>CIN02548 | 002543P001-1467A-025<br>CIN02549 |
| 002544P001-1467A-025<br>CIN02550 | 002545P001-1467A-025<br>CIN02551 | 002546P001-1467A-025<br>CIN02552 | 002547P002-1467A-025<br>CIN02553 |
| 006847P001-1467A-025<br>CIN02553 | 002548P001-1467A-025<br>CIN02554 | 002549P001-1467A-025<br>CIN02555 | 002550P001-1467A-025<br>CIN02556 |
| 002551P001-1467A-025<br>CIN02557 | 002552P001-1467A-025<br>CIN02558 | 002553P002-1467A-025<br>CIN02559 | 002554P001-1467A-025<br>CIN02560 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002555P001-1467A-025<br>CIN02561 | 002556P001-1467A-025<br>CIN02562 | 002557P001-1467A-025<br>CIN02563 | 002558P001-1467A-025<br>CIN02564 |
| 002559P001-1467A-025<br>CIN02565 | 002560P001-1467A-025<br>CIN02566 | 002561P001-1467A-025<br>CIN02567 | 002562P001-1467A-025<br>CIN02568 |
| 002563P001-1467A-025<br>CIN02569 | 002564P001-1467A-025<br>CIN02570 | 002565P001-1467A-025<br>CIN02571 | 002566P001-1467A-025<br>CIN02572 |
| 002567P001-1467A-025<br>CIN02573 | 002568P001-1467A-025<br>CIN02574 | 002569P001-1467A-025<br>CIN02575 | 002570P001-1467A-025<br>CIN02576 |
| 002571P001-1467A-025<br>CIN02577 | 002572P001-1467A-025<br>CIN02578 | 002573P001-1467A-025<br>CIN02579 | 002574P001-1467A-025<br>CIN02580 |
| 002575P001-1467A-025<br>CIN02581 | 002576P001-1467A-025<br>CIN02582 | 002577P002-1467A-025<br>CIN02583 | 002577P002-1467A-025<br>CIN02583 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 006977P002-1467A-025<br>CIN02583 | 006977P002-1467A-025<br>CIN02583 | 002578P001-1467A-025<br>CIN02584 | 002579P001-1467A-025<br>CIN02585 |
| 002580P001-1467A-025<br>CIN02586 | 002581P001-1467A-025<br>CIN02587 | 002582P001-1467A-025<br>CIN02588 | 002583P001-1467A-025<br>CIN02589 |
| 002584P001-1467A-025<br>CIN02590 | 002585P001-1467A-025<br>CIN02591 | 002586P001-1467A-025<br>CIN02592 | 002587P001-1467A-025<br>CIN02593 |
| 002588P001-1467A-025<br>CIN02594 | 002589P001-1467A-025<br>CIN02595 | 002590P001-1467A-025<br>CIN02596 | 002591P002-1467A-025<br>CIN02597 |
| 006828P003-1467A-025<br>CIN02597 | 002592P001-1467A-025<br>CIN02598 | 002593P001-1467A-025<br>CIN02599 | 002594P001-1467A-025<br>CIN02600 |
| 002595P001-1467A-025<br>CIN02601 | 002596P001-1467A-025<br>CIN02602 | 002597P001-1467A-025<br>CIN02603 | 002598P001-1467A-025<br>CIN02604 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002599P001-1467A-025<br>CIN02605 | 002600P001-1467A-025<br>CIN02606 | 002601P001-1467A-025<br>CIN02607 | 002602P001-1467A-025<br>CIN02608 |
| 002603P001-1467A-025<br>CIN02609 | 002604P001-1467A-025<br>CIN02610 | 002605P001-1467A-025<br>CIN02611 | 002606P001-1467A-025<br>CIN02612 |
| 002607P001-1467A-025<br>CIN02613 | 002608P001-1467A-025<br>CIN02614 | 002609P001-1467A-025<br>CIN02615 | 002610P001-1467A-025<br>CIN02616 |
| 002611P001-1467A-025<br>CIN02617 | 002612P001-1467A-025<br>CIN02618 | 002613P001-1467A-025<br>CIN02619 | 002614P001-1467A-025<br>CIN02620 |
| 002615P001-1467A-025<br>CIN02621 | 002616P001-1467A-025<br>CIN02622 | 002617P001-1467A-025<br>CIN02623 | 002618P001-1467A-025<br>CIN02624 |
| 002619P001-1467A-025<br>CIN02625 | 002620P001-1467A-025<br>CIN02626 | 002621P001-1467A-025<br>CIN02627 | 002622P001-1467A-025<br>CIN02628 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002623P001-1467A-025<br>CIN02629 | 002624P001-1467A-025<br>CIN02630 | 002625P001-1467A-025<br>CIN02631 | 002626P001-1467A-025<br>CIN02632 |
| 002627P001-1467A-025<br>CIN02633 | 002628P001-1467A-025<br>CIN02634 | 002629P001-1467A-025<br>CIN02635 | 002630P001-1467A-025<br>CIN02636 |
| 002631P001-1467A-025<br>CIN02637 | 002632P001-1467A-025<br>CIN02638 | 002633P001-1467A-025<br>CIN02639 | 002634P001-1467A-025<br>CIN02640 |
| 002635P001-1467A-025<br>CIN02641 | 002636P001-1467A-025<br>CIN02642 | 002637P001-1467A-025<br>CIN02643 | 002638P001-1467A-025<br>CIN02644 |
| 002639P001-1467A-025<br>CIN02645 | 002640P001-1467A-025<br>CIN02646 | 002641P001-1467A-025<br>CIN02647 | 002642P001-1467A-025<br>CIN02648 |
| 002643P001-1467A-025<br>CIN02649 | 002644P001-1467A-025<br>CIN02650 | 002645P001-1467A-025<br>CIN02651 | 002646P001-1467A-025<br>CIN02652 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

002647P001-1467A-025
CIN02653

002648P001-1467A-025
CIN02654

002649P001-1467A-025
CIN02655

002650P001-1467A-025
CIN02656

002651P001-1467A-025
CIN02657

002652P001-1467A-025
CIN02658

002653P001-1467A-025
CIN02659

002654P002-1467A-025
CIN02660

002654P002-1467A-025
CIN02660

006809P002-1467A-025
CIN02660

006809P002-1467A-025
CIN02660

002655P001-1467A-025
CIN02661

002656P001-1467A-025
CIN02662

002657P001-1467A-025
CIN02663

002658P001-1467A-025
CIN02664

002659P001-1467A-025
CIN02665

002660P001-1467A-025
CIN02666

002661P001-1467A-025
CIN02667

002662P001-1467A-025
CIN02668

002663P001-1467A-025
CIN02669

002664P001-1467A-025
CIN02670

002665P001-1467A-025
CIN02671

002666P001-1467A-025
CIN02672

002667P002-1467A-025
CIN02673

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002668P002-1467A-025<br>CIN02674 | 006793P003-1467A-025<br>CIN02674 | 002669P001-1467A-025<br>CIN02675 | 002670P001-1467A-025<br>CIN02676 |
| 002671P001-1467A-025<br>CIN02677 | 002672P001-1467A-025<br>CIN02678 | 002673P001-1467A-025<br>CIN02679 | 002674P001-1467A-025<br>CIN02680 |
| 002675P001-1467A-025<br>CIN02681 | 002676P001-1467A-025<br>CIN02682 | 002677P001-1467A-025<br>CIN02683 | 002678P001-1467A-025<br>CIN02684 |
| 006238P002-1467A-025<br>CIN02685 | 006964P001-1467A-025<br>CIN02685 | 002679P001-1467A-025<br>CIN02686 | 002680P001-1467A-025<br>CIN02687 |
| 002681P001-1467A-025<br>CIN02688 | 002682P001-1467A-025<br>CIN02689 | 002683P001-1467A-025<br>CIN02690 | 002684P001-1467A-025<br>CIN02691 |
| 002685P001-1467A-025<br>CIN02692 | 002686P001-1467A-025<br>CIN02693 | 002687P001-1467A-025<br>CIN02694 | 002688P001-1467A-025<br>CIN02695 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 006260P002-1467A-025<br>CIN02696 | 002689P001-1467A-025<br>CIN02697 | 002690P001-1467A-025<br>CIN02698 | 002691P001-1467A-025<br>CIN02699 |
| 002692P001-1467A-025<br>CIN02700 | 002693P001-1467A-025<br>CIN02701 | 002694P001-1467A-025<br>CIN02702 | 002695P001-1467A-025<br>CIN02703 |
| 002696P001-1467A-025<br>CIN02704 | 002697P001-1467A-025<br>CIN02705 | 002698P001-1467A-025<br>CIN02706 | 002699P001-1467A-025<br>CIN02707 |
| 002700P001-1467A-025<br>CIN02708 | 002701P001-1467A-025<br>CIN02709 | 002702P002-1467A-025<br>CIN02710 | 006879P001-1467A-025<br>CIN02710 |
| 002703P001-1467A-025<br>CIN02711 | 002704P002-1467A-025<br>CIN02712 | 006851P001-1467A-025<br>CIN02712 | 002705P001-1467A-025<br>CIN02713 |
| 002706P001-1467A-025<br>CIN02714 | 002707P001-1467A-025<br>CIN02715 | 002708P001-1467A-025<br>CIN02716 | 002709P001-1467A-025<br>CIN02717 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002710P001-1467A-025<br>CIN02718 | 002711P001-1467A-025<br>CIN02719 | 002712P001-1467A-025<br>CIN02720 | 002713P001-1467A-025<br>CIN02721 |
| 002714P001-1467A-025<br>CIN02722 | 002715P001-1467A-025<br>CIN02723 | 002716P001-1467A-025<br>CIN02724 | 002717P001-1467A-025<br>CIN02725 |
| 002718P001-1467A-025<br>CIN02726 | 002719P001-1467A-025<br>CIN02727 | 002720P001-1467A-025<br>CIN02728 | 002721P001-1467A-025<br>CIN02729 |
| 002722P001-1467A-025<br>CIN02730 | 002723P001-1467A-025<br>CIN02731 | 002724P001-1467A-025<br>CIN02732 | 002725P002-1467A-025<br>CIN02733 |
| 006874P001-1467A-025<br>CIN02733 | 002726P001-1467A-025<br>CIN02734 | 002727P001-1467A-025<br>CIN02735 | 002728P001-1467A-025<br>CIN02736 |
| 002729P001-1467A-025<br>CIN02737 | 002730P001-1467A-025<br>CIN02738 | 002731P001-1467A-025<br>CIN02739 | 002732P001-1467A-025<br>CIN02740 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002733P001-1467A-025<br>CIN02741 | 002734P001-1467A-025<br>CIN02742 | 002735P001-1467A-025<br>CIN02743 | 002736P001-1467A-025<br>CIN02744 |
| 002737P001-1467A-025<br>CIN02745 | 002738P001-1467A-025<br>CIN02746 | 002739P001-1467A-025<br>CIN02747 | 002740P001-1467A-025<br>CIN02748 |
| 002741P001-1467A-025<br>CIN02749 | 002742P001-1467A-025<br>CIN02750 | 002743P001-1467A-025<br>CIN02751 | 002744P001-1467A-025<br>CIN02752 |
| 002745P001-1467A-025<br>CIN02753 | 002746P001-1467A-025<br>CIN02754 | 002747P001-1467A-025<br>CIN02755 | 002748P001-1467A-025<br>CIN02756 |
| 002749P001-1467A-025<br>CIN02757 | 002750P001-1467A-025<br>CIN02758 | 002751P001-1467A-025<br>CIN02759 | 002752P001-1467A-025<br>CIN02760 |
| 002753P001-1467A-025<br>CIN02761 | 002754P001-1467A-025<br>CIN02762 | 002755P001-1467A-025<br>CIN02763 | 002756P001-1467A-025<br>CIN02764 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002757P001-1467A-025<br>CIN02765 | 002758P001-1467A-025<br>CIN02766 | 002759P001-1467A-025<br>CIN02767 | 002760P001-1467A-025<br>CIN02768 |
| 002761P001-1467A-025<br>CIN02769 | 002762P001-1467A-025<br>CIN02770 | 002763P001-1467A-025<br>CIN02771 | 002764P001-1467A-025<br>CIN02772 |
| 002765P001-1467A-025<br>CIN02773 | 002986P001-1467A-025<br>CIN02774 | 002768P001-1467A-025<br>CIN02775 | 002769P001-1467A-025<br>CIN02776 |
| 002770P001-1467A-025<br>CIN02777 | 002771P001-1467A-025<br>CIN02778 | 002772P001-1467A-025<br>CIN02779 | 002773P001-1467A-025<br>CIN02780 |
| 002774P001-1467A-025<br>CIN02781 | 002775P001-1467A-025<br>CIN02782 | 002776P002-1467A-025<br>CIN02783 | 002777P001-1467A-025<br>CIN02784 |
| 002778P001-1467A-025<br>CIN02785 | 002779P002-1467A-025<br>CIN02786 | 006833P003-1467A-025<br>CIN02786 | 006945P003-1467A-025<br>CIN02786 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002780P001-1467A-025<br>CIN02787 | 002781P001-1467A-025<br>CIN02788 | 002782P001-1467A-025<br>CIN02789 | 002783P001-1467A-025<br>CIN02790 |
| 002784P001-1467A-025<br>CIN02791 | 002785P001-1467A-025<br>CIN02792 | 002786P001-1467A-025<br>CIN02793 | 002787P001-1467A-025<br>CIN02794 |
| 002788P001-1467A-025<br>CIN02795 | 002789P001-1467A-025<br>CIN02796 | 002790P001-1467A-025<br>CIN02797 | 002791P001-1467A-025<br>CIN02798 |
| 002792P002-1467A-025<br>CIN02799 | 006961P001-1467A-025<br>CIN02799 | 002793P001-1467A-025<br>CIN02800 | 002794P001-1467A-025<br>CIN02801 |
| 002795P001-1467A-025<br>CIN02802 | 006239P001-1467A-025<br>CIN02803 | 002796P001-1467A-025<br>CIN02804 | 002797P001-1467A-025<br>CIN02805 |
| 002798P001-1467A-025<br>CIN02806 | 006240P001-1467A-025<br>CIN02807 | 002799P001-1467A-025<br>CIN02808 | 002800P001-1467A-025<br>CIN02809 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002801P001-1467A-025<br>CIN02810 | 002802P001-1467A-025<br>CIN02811 | 002803P001-1467A-025<br>CIN02812 | 002804P001-1467A-025<br>CIN02813 |
| 002805P001-1467A-025<br>CIN02814 | 002806P001-1467A-025<br>CIN02815 | 002807P001-1467A-025<br>CIN02816 | 002808P001-1467A-025<br>CIN02817 |
| 002809P001-1467A-025<br>CIN02818 | 002810P001-1467A-025<br>CIN02819 | 002811P001-1467A-025<br>CIN02820 | 002812P001-1467A-025<br>CIN02821 |
| 002813P001-1467A-025<br>CIN02822 | 002814P001-1467A-025<br>CIN02823 | 002815P001-1467A-025<br>CIN02824 | 002816P001-1467A-025<br>CIN02825 |
| 002817P001-1467A-025<br>CIN02826 | 002818P001-1467A-025<br>CIN02827 | 002819P001-1467A-025<br>CIN02828 | 002820P001-1467A-025<br>CIN02829 |
| 002821P001-1467A-025<br>CIN02830 | 002822P001-1467A-025<br>CIN02831 | 002823P001-1467A-025<br>CIN02832 | 002824P001-1467A-025<br>CIN02833 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002825P001-1467A-025<br>CIN02834 | 002767P001-1467A-025<br>CIN02835 | 002826P001-1467A-025<br>CIN02836 | 002827P001-1467A-025<br>CIN02837 |
| 002828P001-1467A-025<br>CIN02838 | 002829P001-1467A-025<br>CIN02839 | 002830P001-1467A-025<br>CIN02840 | 002831P001-1467A-025<br>CIN02841 |
| 002832P001-1467A-025<br>CIN02842 | 002833P001-1467A-025<br>CIN02843 | 002834P001-1467A-025<br>CIN02844 | 002835P001-1467A-025<br>CIN02845 |
| 002836P001-1467A-025<br>CIN02846 | 002837P001-1467A-025<br>CIN02847 | 002838P001-1467A-025<br>CIN02848 | 002839P001-1467A-025<br>CIN02849 |
| 002840P001-1467A-025<br>CIN02850 | 002841P001-1467A-025<br>CIN02851 | 002842P001-1467A-025<br>CIN02852 | 002843P001-1467A-025<br>CIN02853 |
| 002844P001-1467A-025<br>CIN02854 | 002845P001-1467A-025<br>CIN02855 | 002846P001-1467A-025<br>CIN02856 | 002847P001-1467A-025<br>CIN02857 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002848P001-1467A-025
CIN02858

002849P001-1467A-025
CIN02859

002850P001-1467A-025
CIN02860

002851P001-1467A-025
CIN02861

002852P001-1467A-025
CIN02862

002853P001-1467A-025
CIN02863

002854P001-1467A-025
CIN02864

002855P001-1467A-025
CIN02865

002856P001-1467A-025
CIN02866

002857P001-1467A-025
CIN02867

002858P001-1467A-025
CIN02868

002859P001-1467A-025
CIN02869

002860P001-1467A-025
CIN02870

002861P001-1467A-025
CIN02871

002862P001-1467A-025
CIN02872

002863P001-1467A-025
CIN02873

002864P001-1467A-025
CIN02874

002865P001-1467A-025
CIN02875

002866P001-1467A-025
CIN02876

002867P001-1467A-025
CIN02877

002868P001-1467A-025
CIN02878

002869P001-1467A-025
CIN02879

002870P001-1467A-025
CIN02880

002871P001-1467A-025
CIN02881

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002872P001-1467A-025<br>CIN02882 | 002873P001-1467A-025<br>CIN02883 | 002874P003-1467A-025<br>CIN02884 | 006939P001-1467A-025<br>CIN02884 |
| 002875P001-1467A-025<br>CIN02885 | 002876P001-1467A-025<br>CIN02886 | 002877P001-1467A-025<br>CIN02887 | 002878P001-1467A-025<br>CIN02888 |
| 002879P001-1467A-025<br>CIN02889 | 002880P001-1467A-025<br>CIN02890 | 002881P001-1467A-025<br>CIN02891 | 002882P001-1467A-025<br>CIN02892 |
| 002883P001-1467A-025<br>CIN02893 | 002884P001-1467A-025<br>CIN02894 | 002885P001-1467A-025<br>CIN02895 | 002886P001-1467A-025<br>CIN02896 |
| 002887P001-1467A-025<br>CIN02897 | 002888P001-1467A-025<br>CIN02898 | 002889P001-1467A-025<br>CIN02899 | 002890P001-1467A-025<br>CIN02900 |
| 002891P001-1467A-025<br>CIN02901 | 002892P001-1467A-025<br>CIN02902 | 002893P001-1467A-025<br>CIN02903 | 002766P001-1467A-025<br>CIN02904 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002894P001-1467A-025<br>CIN02905 | 002895P001-1467A-025<br>CIN02906 | 002896P001-1467A-025<br>CIN02907 | 002897P001-1467A-025<br>CIN02908 |
| 002898P001-1467A-025<br>CIN02909 | 002899P001-1467A-025<br>CIN02910 | 002900P001-1467A-025<br>CIN02911 | 002901P001-1467A-025<br>CIN02912 |
| 002902P001-1467A-025<br>CIN02913 | 002903P001-1467A-025<br>CIN02914 | 002904P001-1467A-025<br>CIN02915 | 002905P001-1467A-025<br>CIN02916 |
| 002906P001-1467A-025<br>CIN02917 | 002907P001-1467A-025<br>CIN02918 | 002908P001-1467A-025<br>CIN02919 | 002909P001-1467A-025<br>CIN02920 |
| 002910P001-1467A-025<br>CIN02921 | 002911P001-1467A-025<br>CIN02922 | 002912P001-1467A-025<br>CIN02923 | 002913P001-1467A-025<br>CIN02924 |
| 002914P001-1467A-025<br>CIN02925 | 002915P001-1467A-025<br>CIN02926 | 002916P001-1467A-025<br>CIN02927 | 002917P001-1467A-025<br>CIN02928 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002918P001-1467A-025<br>CIN02929 | 002919P001-1467A-025<br>CIN02930 | 002920P001-1467A-025<br>CIN02931 | 002921P001-1467A-025<br>CIN02932 |
| 002922P001-1467A-025<br>CIN02933 | 002923P001-1467A-025<br>CIN02934 | 002924P001-1467A-025<br>CIN02935 | 002925P001-1467A-025<br>CIN02936 |
| 002926P001-1467A-025<br>CIN02937 | 002927P001-1467A-025<br>CIN02938 | 002928P002-1467A-025<br>CIN02939 | 002929P001-1467A-025<br>CIN02940 |
| 002930P001-1467A-025<br>CIN02941 | 002931P001-1467A-025<br>CIN02942 | 002932P001-1467A-025<br>CIN02943 | 002933P001-1467A-025<br>CIN02944 |
| 002934P001-1467A-025<br>CIN02945 | 002935P001-1467A-025<br>CIN02946 | 002936P001-1467A-025<br>CIN02947 | 002937P001-1467A-025<br>CIN02948 |
| 002938P001-1467A-025<br>CIN02949 | 002939P001-1467A-025<br>CIN02950 | 002940P001-1467A-025<br>CIN02951 | 002941P001-1467A-025<br>CIN02952 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 002942P001-1467A-025<br>CIN02953 | 002943P001-1467A-025<br>CIN02954 | 002944P001-1467A-025<br>CIN02955 | 002945P001-1467A-025<br>CIN02956 |
| 002946P002-1467A-025<br>CIN02957 | 002947P001-1467A-025<br>CIN02958 | 002948P001-1467A-025<br>CIN02959 | 002949P001-1467A-025<br>CIN02960 |
| 002950P001-1467A-025<br>CIN02961 | 002951P001-1467A-025<br>CIN02962 | 002952P001-1467A-025<br>CIN02963 | 002953P002-1467A-025<br>CIN02964 |
| 002954P001-1467A-025<br>CIN02965 | 002955P001-1467A-025<br>CIN02966 | 002956P001-1467A-025<br>CIN02967 | 002957P001-1467A-025<br>CIN02968 |
| 002958P001-1467A-025<br>CIN02969 | 002959P001-1467A-025<br>CIN02970 | 002960P001-1467A-025<br>CIN02971 | 002961P001-1467A-025<br>CIN02972 |
| 002962P001-1467A-025<br>CIN02973 | 002963P001-1467A-025<br>CIN02974 | 002964P001-1467A-025<br>CIN02975 | 002965P001-1467A-025<br>CIN02976 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002966P001-1467A-025<br>CIN02977 | 002967P001-1467A-025<br>CIN02978 | 002968P001-1467A-025<br>CIN02979 | 002969P001-1467A-025<br>CIN02980 |
| 002970P001-1467A-025<br>CIN02981 | 002971P001-1467A-025<br>CIN02982 | 002972P001-1467A-025<br>CIN02983 | 002973P001-1467A-025<br>CIN02984 |
| 002974P001-1467A-025<br>CIN02985 | 002975P001-1467A-025<br>CIN02986 | 002976P001-1467A-025<br>CIN02987 | 002977P001-1467A-025<br>CIN02988 |
| 002978P001-1467A-025<br>CIN02989 | 002979P001-1467A-025<br>CIN02990 | 002980P001-1467A-025<br>CIN02991 | 002981P001-1467A-025<br>CIN02992 |
| 002982P001-1467A-025<br>CIN02993 | 002983P001-1467A-025<br>CIN02994 | 002984P001-1467A-025<br>CIN02995 | 002985P002-1467A-025<br>CIN02996 |
| 006634P003-1467A-025<br>CIN02996 | 002987P001-1467A-025<br>CIN02997 | 002988P001-1467A-025<br>CIN02998 | 002989P001-1467A-025<br>CIN02999 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002990P001-1467A-025<br>CIN03000 | 002991P001-1467A-025<br>CIN03001 | 002992P001-1467A-025<br>CIN03002 | 002993P001-1467A-025<br>CIN03003 |
| 002994P001-1467A-025<br>CIN03004 | 002995P001-1467A-025<br>CIN03005 | 002996P001-1467A-025<br>CIN03006 | 002997P001-1467A-025<br>CIN03007 |
| 002998P001-1467A-025<br>CIN03008 | 002999P001-1467A-025<br>CIN03009 | 003000P001-1467A-025<br>CIN03010 | 003001P001-1467A-025<br>CIN03011 |
| 003002P001-1467A-025<br>CIN03012 | 003003P001-1467A-025<br>CIN03013 | 003004P001-1467A-025<br>CIN03014 | 003005P001-1467A-025<br>CIN03015 |
| 003006P001-1467A-025<br>CIN03016 | 003007P001-1467A-025<br>CIN03017 | 003008P001-1467A-025<br>CIN03018 | 003009P001-1467A-025<br>CIN03019 |
| 003010P001-1467A-025<br>CIN03020 | 003011P001-1467A-025<br>CIN03021 | 003012P001-1467A-025<br>CIN03022 | 003013P001-1467A-025<br>CIN03023 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003014P002-1467A-025<br>CIN03024 | 003015P001-1467A-025<br>CIN03025 | 003016P001-1467A-025<br>CIN03026 | 003017P001-1467A-025<br>CIN03027 |
| 003018P001-1467A-025<br>CIN03028 | 003019P001-1467A-025<br>CIN03029 | 003020P001-1467A-025<br>CIN03030 | 003021P001-1467A-025<br>CIN03031 |
| 003022P001-1467A-025<br>CIN03032 | 003023P001-1467A-025<br>CIN03033 | 003024P001-1467A-025<br>CIN03034 | 003025P001-1467A-025<br>CIN03035 |
| 003026P001-1467A-025<br>CIN03036 | 003027P001-1467A-025<br>CIN03037 | 003028P001-1467A-025<br>CIN03038 | 003029P001-1467A-025<br>CIN03039 |
| 003030P001-1467A-025<br>CIN03040 | 003031P001-1467A-025<br>CIN03041 | 003032P001-1467A-025<br>CIN03042 | 003033P001-1467A-025<br>CIN03043 |
| 003034P001-1467A-025<br>CIN03044 | 003035P002-1467A-025<br>CIN03045 | 006853P001-1467A-025<br>CIN03045 | 003036P001-1467A-025<br>CIN03046 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003037P001-1467A-025<br>CIN03047 | 003038P001-1467A-025<br>CIN03048 | 003039P001-1467A-025<br>CIN03049 | 003040P001-1467A-025<br>CIN03050 |
| 003041P001-1467A-025<br>CIN03051 | 003042P001-1467A-025<br>CIN03052 | 003043P001-1467A-025<br>CIN03053 | 003044P001-1467A-025<br>CIN03054 |
| 003045P001-1467A-025<br>CIN03055 | 003046P001-1467A-025<br>CIN03056 | 003047P001-1467A-025<br>CIN03057 | 003048P001-1467A-025<br>CIN03058 |
| 003049P001-1467A-025<br>CIN03059 | 003050P001-1467A-025<br>CIN03060 | 003051P001-1467A-025<br>CIN03061 | 003052P002-1467A-025<br>CIN03062 |
| 006953P001-1467A-025<br>CIN03062 | 003053P001-1467A-025<br>CIN03063 | 003054P001-1467A-025<br>CIN03064 | 003055P001-1467A-025<br>CIN03065 |
| 003056P001-1467A-025<br>CIN03066 | 003057P001-1467A-025<br>CIN03067 | 003058P001-1467A-025<br>CIN03068 | 003059P002-1467A-025<br>CIN03069 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003060P001-1467A-025<br>CIN03070 | 003061P001-1467A-025<br>CIN03071 | 003062P001-1467A-025<br>CIN03072 | 003063P001-1467A-025<br>CIN03073 |
| 003064P001-1467A-025<br>CIN03074 | 003065P001-1467A-025<br>CIN03075 | 003066P001-1467A-025<br>CIN03076 | 003067P001-1467A-025<br>CIN03077 |
| 003068P001-1467A-025<br>CIN03078 | 003069P001-1467A-025<br>CIN03079 | 003070P001-1467A-025<br>CIN03080 | 006253P002-1467A-025<br>CIN03081 |
| 003071P001-1467A-025<br>CIN03082 | 003072P001-1467A-025<br>CIN03083 | 003073P001-1467A-025<br>CIN03084 | 003074P001-1467A-025<br>CIN03085 |
| 003075P001-1467A-025<br>CIN03086 | 003076P001-1467A-025<br>CIN03087 | 003077P001-1467A-025<br>CIN03088 | 003078P001-1467A-025<br>CIN03089 |
| 003079P001-1467A-025<br>CIN03090 | 003080P001-1467A-025<br>CIN03091 | 003081P001-1467A-025<br>CIN03092 | 003082P001-1467A-025<br>CIN03093 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003083P001-1467A-025<br>CIN03094 | 003084P001-1467A-025<br>CIN03095 | 003085P001-1467A-025<br>CIN03096 | 003086P001-1467A-025<br>CIN03097 |
| 003087P001-1467A-025<br>CIN03098 | 003088P001-1467A-025<br>CIN03099 | 003089P001-1467A-025<br>CIN03100 | 003090P002-1467A-025<br>CIN03101 |
| 003091P001-1467A-025<br>CIN03103 | 003092P001-1467A-025<br>CIN03104 | 003093P001-1467A-025<br>CIN03105 | 003094P001-1467A-025<br>CIN03106 |
| 003095P001-1467A-025<br>CIN03107 | 003096P001-1467A-025<br>CIN03108 | 003097P001-1467A-025<br>CIN03109 | 003098P001-1467A-025<br>CIN03110 |
| 003099P001-1467A-025<br>CIN03111 | 003100P002-1467A-025<br>CIN03112 | 003101P001-1467A-025<br>CIN03113 | 003102P001-1467A-025<br>CIN03114 |
| 003103P001-1467A-025<br>CIN03115 | 003104P001-1467A-025<br>CIN03116 | 003105P001-1467A-025<br>CIN03117 | 003106P001-1467A-025<br>CIN03118 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003107P001-1467A-025<br>CIN03119 | 003108P002-1467A-025<br>CIN03120 | 006812P001-1467A-025<br>CIN03120 | 003109P001-1467A-025<br>CIN03121 |
| 003110P001-1467A-025<br>CIN03122 | 003111P001-1467A-025<br>CIN03123 | 003112P001-1467A-025<br>CIN03124 | 003113P001-1467A-025<br>CIN03125 |
| 003114P001-1467A-025<br>CIN03126 | 003115P001-1467A-025<br>CIN03127 | 003116P001-1467A-025<br>CIN03128 | 003117P001-1467A-025<br>CIN03129 |
| 003118P001-1467A-025<br>CIN03130 | 003119P001-1467A-025<br>CIN03131 | 003120P002-1467A-025<br>CIN03132 | 006876P001-1467A-025<br>CIN03132 |
| 003121P001-1467A-025<br>CIN03133 | 003122P001-1467A-025<br>CIN03134 | 003123P002-1467A-025<br>CIN03135 | 006955P001-1467A-025<br>CIN03135 |
| 003124P002-1467A-025<br>CIN03136 | 006792P002-1467A-025<br>CIN03136 | 003125P001-1467A-025<br>CIN03137 | 003126P001-1467A-025<br>CIN03138 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003127P002-1467A-025<br>CIN03139 | 003128P001-1467A-025<br>CIN03140 | 003129P001-1467A-025<br>CIN03141 | 003130P001-1467A-025<br>CIN03142 |
| 003131P001-1467A-025<br>CIN03143 | 003132P001-1467A-025<br>CIN03144 | 003133P001-1467A-025<br>CIN03145 | 003134P001-1467A-025<br>CIN03146 |
| 003135P001-1467A-025<br>CIN03147 | 003136P003-1467A-025<br>CIN03148 | 003136P003-1467A-025<br>CIN03148 | 006803P001-1467A-025<br>CIN03148 |
| 006803P001-1467A-025<br>CIN03148 | 003137P001-1467A-025<br>CIN03149 | 003138P001-1467A-025<br>CIN03150 | 003139P001-1467A-025<br>CIN03151 |
| 003140P001-1467A-025<br>CIN03152 | 003141P001-1467A-025<br>CIN03153 | 003142P001-1467A-025<br>CIN03154 | 003143P001-1467A-025<br>CIN03155 |
| 003144P001-1467A-025<br>CIN03156 | 003145P001-1467A-025<br>CIN03157 | 003146P001-1467A-025<br>CIN03158 | 003147P001-1467A-025<br>CIN03159 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003148P001-1467A-025<br>CIN03160 | 003149P001-1467A-025<br>CIN03161 | 006341P001-1467A-025<br>CIN03162 | 003150P001-1467A-025<br>CIN03163 |
| 003151P001-1467A-025<br>CIN03164 | 003152P001-1467A-025<br>CIN03165 | 003153P001-1467A-025<br>CIN03166 | 003154P001-1467A-025<br>CIN03167 |
| 003155P001-1467A-025<br>CIN03168 | 003156P002-1467A-025<br>CIN03169 | 006810P001-1467A-025<br>CIN03169 | 003157P001-1467A-025<br>CIN03170 |
| 003158P001-1467A-025<br>CIN03171 | 003159P001-1467A-025<br>CIN03172 | 003160P001-1467A-025<br>CIN03173 | 003161P001-1467A-025<br>CIN03174 |
| 003162P002-1467A-025<br>CIN03175 | 006960P001-1467A-025<br>CIN03175 | 003163P001-1467A-025<br>CIN03176 | 003164P001-1467A-025<br>CIN03177 |
| 003165P001-1467A-025<br>CIN03178 | 003166P001-1467A-025<br>CIN03179 | 003167P001-1467A-025<br>CIN03180 | 003168P001-1467A-025<br>CIN03181 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003169P001-1467A-025<br>CIN03182 | 003170P001-1467A-025<br>CIN03183 | 003171P001-1467A-025<br>CIN03184 | 003172P001-1467A-025<br>CIN03185 |
| 003173P001-1467A-025<br>CIN03186 | 003174P001-1467A-025<br>CIN03187 | 003175P001-1467A-025<br>CIN03188 | 003176P001-1467A-025<br>CIN03189 |
| 003177P001-1467A-025<br>CIN03190 | 003178P001-1467A-025<br>CIN03191 | 003179P001-1467A-025<br>CIN03192 | 006241P001-1467A-025<br>CIN03193 |
| 003180P001-1467A-025<br>CIN03194 | 003181P001-1467A-025<br>CIN03195 | 003182P001-1467A-025<br>CIN03196 | 003183P001-1467A-025<br>CIN03197 |
| 003184P001-1467A-025<br>CIN03198 | 003185P001-1467A-025<br>CIN03199 | 003186P001-1467A-025<br>CIN03200 | 003187P001-1467A-025<br>CIN03201 |
| 003188P001-1467A-025<br>CIN03202 | 003189P001-1467A-025<br>CIN03203 | 003190P001-1467A-025<br>CIN03204 | 003191P001-1467A-025<br>CIN03205 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003192P001-1467A-025<br>CIN03206 | 003193P001-1467A-025<br>CIN03207 | 003194P001-1467A-025<br>CIN03208 | 003195P001-1467A-025<br>CIN03209 |
| 003196P001-1467A-025<br>CIN03210 | 003197P001-1467A-025<br>CIN03211 | 003198P001-1467A-025<br>CIN03212 | 003199P001-1467A-025<br>CIN03213 |
| 003200P001-1467A-025<br>CIN03214 | 003201P001-1467A-025<br>CIN03215 | 003202P001-1467A-025<br>CIN03216 | 003203P001-1467A-025<br>CIN03217 |
| 003204P001-1467A-025<br>CIN03218 | 003205P001-1467A-025<br>CIN03219 | 003206P001-1467A-025<br>CIN03220 | 003207P001-1467A-025<br>CIN03221 |
| 003208P001-1467A-025<br>CIN03222 | 003209P001-1467A-025<br>CIN03223 | 003210P001-1467A-025<br>CIN03224 | 003211P001-1467A-025<br>CIN03225 |
| 003212P001-1467A-025<br>CIN03226 | 003213P001-1467A-025<br>CIN03227 | 003214P001-1467A-025<br>CIN03228 | 003215P001-1467A-025<br>CIN03229 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003216P001-1467A-025<br>CIN03230 | 003217P002-1467A-025<br>CIN03231 | 006823P001-1467A-025<br>CIN03231 | 006823P001-1467A-025<br>CIN03231 |
| 003218P001-1467A-025<br>CIN03232 | 003219P001-1467A-025<br>CIN03233 | 003220P001-1467A-025<br>CIN03234 | 003221P001-1467A-025<br>CIN03235 |
| 006254P002-1467A-025<br>CIN03236 | 003222P001-1467A-025<br>CIN03237 | 003223P001-1467A-025<br>CIN03238 | 003224P001-1467A-025<br>CIN03239 |
| 003225P001-1467A-025<br>CIN03240 | 003226P001-1467A-025<br>CIN03241 | 003227P001-1467A-025<br>CIN03242 | 003228P001-1467A-025<br>CIN03243 |
| 003229P001-1467A-025<br>CIN03244 | 003230P001-1467A-025<br>CIN03245 | 003231P001-1467A-025<br>CIN03246 | 003232P002-1467A-025<br>CIN03247 |
| 006906P001-1467A-025<br>CIN03247 | 003233P001-1467A-025<br>CIN03248 | 003234P001-1467A-025<br>CIN03249 | 003235P001-1467A-025<br>CIN03250 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

003236P001-1467A-025
CIN03251

003237P001-1467A-025
CIN03252

003238P001-1467A-025
CIN03253

003239P001-1467A-025
CIN03254

003240P001-1467A-025
CIN03255

003241P001-1467A-025
CIN03256

003242P001-1467A-025
CIN03257

003243P001-1467A-025
CIN03258

003244P001-1467A-025
CIN03259

003245P001-1467A-025
CIN03260

003246P001-1467A-025
CIN03261

003247P001-1467A-025
CIN03262

003248P001-1467A-025
CIN03263

003249P001-1467A-025
CIN03264

003250P001-1467A-025
CIN03265

003251P001-1467A-025
CIN03266

003252P001-1467A-025
CIN03267

003253P001-1467A-025
CIN03268

003254P001-1467A-025
CIN03269

003255P001-1467A-025
CIN03270

003256P001-1467A-025
CIN03271

003257P001-1467A-025
CIN03272

003258P001-1467A-025
CIN03273

003259P001-1467A-025
CIN03274

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003260P001-1467A-025<br>CIN03275 | 003261P001-1467A-025<br>CIN03276 | 003262P001-1467A-025<br>CIN03277 | 003263P001-1467A-025<br>CIN03278 |
| 003264P001-1467A-025<br>CIN03279 | 003265P001-1467A-025<br>CIN03280 | 003266P001-1467A-025<br>CIN03281 | 003267P001-1467A-025<br>CIN03282 |
| 003268P001-1467A-025<br>CIN03283 | 003269P001-1467A-025<br>CIN03284 | 003270P001-1467A-025<br>CIN03285 | 003271P001-1467A-025<br>CIN03286 |
| 003272P001-1467A-025<br>CIN03287 | 003273P001-1467A-025<br>CIN03288 | 003274P001-1467A-025<br>CIN03289 | 003275P001-1467A-025<br>CIN03290 |
| 003276P001-1467A-025<br>CIN03291 | 003277P001-1467A-025<br>CIN03292 | 003278P001-1467A-025<br>CIN03293 | 003279P001-1467A-025<br>CIN03294 |
| 003280P001-1467A-025<br>CIN03295 | 003281P002-1467A-025<br>CIN03296 | 006938P001-1467A-025<br>CIN03296 | 003282P001-1467A-025<br>CIN03297 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| 003283P001-1467A-025 | 003284P001-1467A-025 | 003285P001-1467A-025 | 003286P001-1467A-025 |
| CIN03298 | CIN03299 | CIN03300 | CIN03301 |

| 003287P002-1467A-025 | 006885P001-1467A-025 | 003288P001-1467A-025 | 003289P001-1467A-025 |
| CIN03302 | CIN03302 | CIN03303 | CIN03304 |

| 003290P001-1467A-025 | 003291P001-1467A-025 | 003292P001-1467A-025 | 003293P001-1467A-025 |
| CIN03305 | CIN03306 | CIN03307 | CIN03308 |

| 003294P001-1467A-025 | 003295P001-1467A-025 | 003296P001-1467A-025 | 003297P001-1467A-025 |
| CIN03309 | CIN03310 | CIN03311 | CIN03312 |

| 003298P001-1467A-025 | 003299P001-1467A-025 | 003300P001-1467A-025 | 003301P001-1467A-025 |
| CIN03313 | CIN03314 | CIN03315 | CIN03316 |

| 003302P001-1467A-025 | 003303P001-1467A-025 | 003304P001-1467A-025 | 003305P001-1467A-025 |
| CIN03317 | CIN03318 | CIN03319 | CIN03320 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003306P002-1467A-025<br>CIN03321 | 006928P001-1467A-025<br>CIN03321 | 003307P001-1467A-025<br>CIN03322 | 003308P001-1467A-025<br>CIN03323 |
| 003309P001-1467A-025<br>CIN03324 | 003310P001-1467A-025<br>CIN03325 | 003311P001-1467A-025<br>CIN03326 | 003312P001-1467A-025<br>CIN03327 |
| 003313P001-1467A-025<br>CIN03328 | 003314P001-1467A-025<br>CIN03329 | 003315P001-1467A-025<br>CIN03330 | 003316P001-1467A-025<br>CIN03331 |
| 003317P001-1467A-025<br>CIN03332 | 003318P001-1467A-025<br>CIN03333 | 003319P001-1467A-025<br>CIN03334 | 003320P001-1467A-025<br>CIN03335 |
| 003321P001-1467A-025<br>CIN03336 | 003322P001-1467A-025<br>CIN03337 | 006242P001-1467A-025<br>CIN03338 | 003323P001-1467A-025<br>CIN03339 |
| 003324P001-1467A-025<br>CIN03340 | 003325P001-1467A-025<br>CIN03341 | 003326P001-1467A-025<br>CIN03342 | 003327P001-1467A-025<br>CIN03343 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003328P001-1467A-025<br>CIN03344 | 003329P001-1467A-025<br>CIN03345 | 003330P001-1467A-025<br>CIN03346 | 003331P001-1467A-025<br>CIN03347 |
| 003332P001-1467A-025<br>CIN03348 | 003333P001-1467A-025<br>CIN03349 | 003334P001-1467A-025<br>CIN03350 | 003335P001-1467A-025<br>CIN03351 |
| 003336P001-1467A-025<br>CIN03352 | 003337P001-1467A-025<br>CIN03353 | 003338P001-1467A-025<br>CIN03354 | 003339P001-1467A-025<br>CIN03355 |
| 003340P001-1467A-025<br>CIN03356 | 003341P001-1467A-025<br>CIN03357 | 003342P001-1467A-025<br>CIN03358 | 003343P001-1467A-025<br>CIN03359 |
| 003344P001-1467A-025<br>CIN03360 | 003345P001-1467A-025<br>CIN03361 | 003346P001-1467A-025<br>CIN03362 | 003347P001-1467A-025<br>CIN03363 |
| 003348P001-1467A-025<br>CIN03364 | 003349P001-1467A-025<br>CIN03365 | 003350P001-1467A-025<br>CIN03366 | 003351P001-1467A-025<br>CIN03367 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003352P001-1467A-025<br>CIN03368 | 003353P001-1467A-025<br>CIN03369 | 003354P002-1467A-025<br>CIN03370 | 006871P002-1467A-025<br>CIN03370 |
| 003355P001-1467A-025<br>CIN03371 | 003356P001-1467A-025<br>CIN03372 | 003357P001-1467A-025<br>CIN03373 | 003358P001-1467A-025<br>CIN03374 |
| 003359P001-1467A-025<br>CIN03375 | 003360P001-1467A-025<br>CIN03376 | 003361P001-1467A-025<br>CIN03377 | 003362P001-1467A-025<br>CIN03378 |
| 003363P001-1467A-025<br>CIN03379 | 003364P001-1467A-025<br>CIN03380 | 003365P001-1467A-025<br>CIN03381 | 003366P001-1467A-025<br>CIN03382 |
| 003367P001-1467A-025<br>CIN03383 | 003368P001-1467A-025<br>CIN03384 | 003369P001-1467A-025<br>CIN03385 | 003370P001-1467A-025<br>CIN03386 |
| 003371P001-1467A-025<br>CIN03387 | 003372P001-1467A-025<br>CIN03388 | 003373P001-1467A-025<br>CIN03389 | 003374P001-1467A-025<br>CIN03390 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003375P001-1467A-025<br>CIN03391 | 003376P001-1467A-025<br>CIN03392 | 003377P001-1467A-025<br>CIN03393 | 003378P001-1467A-025<br>CIN03394 |
| 003379P001-1467A-025<br>CIN03395 | 003380P001-1467A-025<br>CIN03396 | 003381P001-1467A-025<br>CIN03397 | 003382P001-1467A-025<br>CIN03398 |
| 003383P001-1467A-025<br>CIN03399 | 003384P001-1467A-025<br>CIN03400 | 003385P001-1467A-025<br>CIN03401 | 003386P001-1467A-025<br>CIN03402 |
| 003387P001-1467A-025<br>CIN03403 | 003388P001-1467A-025<br>CIN03404 | 003389P001-1467A-025<br>CIN03405 | 003390P001-1467A-025<br>CIN03406 |
| 003391P001-1467A-025<br>CIN03407 | 003392P001-1467A-025<br>CIN03408 | 003393P001-1467A-025<br>CIN03409 | 003394P001-1467A-025<br>CIN03410 |
| 003395P001-1467A-025<br>CIN03411 | 003396P001-1467A-025<br>CIN03412 | 003397P001-1467A-025<br>CIN03413 | 003398P001-1467A-025<br>CIN03414 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 159 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 150 of 277                                                    12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003399P001-1467A-025<br>CIN03415 | 003400P001-1467A-025<br>CIN03416 | 003401P001-1467A-025<br>CIN03417 | 003402P001-1467A-025<br>CIN03418 |
| 003403P001-1467A-025<br>CIN03419 | 003404P001-1467A-025<br>CIN03420 | 003405P001-1467A-025<br>CIN03421 | 003406P001-1467A-025<br>CIN03422 |
| 003407P001-1467A-025<br>CIN03423 | 003408P001-1467A-025<br>CIN03424 | 003409P001-1467A-025<br>CIN03425 | 003410P001-1467A-025<br>CIN03426 |
| 003411P001-1467A-025<br>CIN03427 | 003412P001-1467A-025<br>CIN03428 | 003413P001-1467A-025<br>CIN03429 | 003414P001-1467A-025<br>CIN03430 |
| 003415P001-1467A-025<br>CIN03431 | 003416P002-1467A-025<br>CIN03432 | 003417P001-1467A-025<br>CIN03433 | 003418P001-1467A-025<br>CIN03434 |
| 003419P001-1467A-025<br>CIN03435 | 003420P001-1467A-025<br>CIN03436 | 003421P001-1467A-025<br>CIN03437 | 003422P001-1467A-025<br>CIN03438 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 160 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 151 of 277                                                    12/24/2020 01:04:14 PM

003423P001-1467A-025
CIN03439

003424P001-1467A-025
CIN03440

003425P001-1467A-025
CIN03441

003426P001-1467A-025
CIN03442

003427P001-1467A-025
CIN03443

003428P001-1467A-025
CIN03444

003429P001-1467A-025
CIN03445

003430P001-1467A-025
CIN03446

003431P001-1467A-025
CIN03447

003432P001-1467A-025
CIN03448

003433P001-1467A-025
CIN03449

003434P001-1467A-025
CIN03450

003435P001-1467A-025
CIN03451

003436P001-1467A-025
CIN03452

003437P001-1467A-025
CIN03453

003438P001-1467A-025
CIN03454

003439P001-1467A-025
CIN03455

003440P001-1467A-025
CIN03456

003441P001-1467A-025
CIN03457

003442P002-1467A-025
CIN03458

007007P002-1467A-025
CIN03458

003443P001-1467A-025
CIN03459

003444P001-1467A-025
CIN03460

003445P001-1467A-025
CIN03461

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003446P003-1467A-025<br>CIN03462 | 006628P004-1467A-025<br>CIN03462 | 006796P003-1467A-025<br>CIN03462 | 003447P001-1467A-025<br>CIN03463 |
| 003448P001-1467A-025<br>CIN03464 | 003449P001-1467A-025<br>CIN03465 | 003450P001-1467A-025<br>CIN03466 | 003451P002-1467A-025<br>CIN03467 |
| 006840P001-1467A-025<br>CIN03467 | 003452P001-1467A-025<br>CIN03468 | 003453P001-1467A-025<br>CIN03469 | 003454P001-1467A-025<br>CIN03470 |
| 003455P001-1467A-025<br>CIN03471 | 003456P001-1467A-025<br>CIN03472 | 003457P001-1467A-025<br>CIN03473 | 003458P001-1467A-025<br>CIN03474 |
| 003459P001-1467A-025<br>CIN03475 | 003460P001-1467A-025<br>CIN03476 | 003461P001-1467A-025<br>CIN03477 | 003462P001-1467A-025<br>CIN03478 |
| 003463P001-1467A-025<br>CIN03479 | 003464P001-1467A-025<br>CIN03480 | 003465P001-1467A-025<br>CIN03481 | 003466P001-1467A-025<br>CIN03482 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003467P001-1467A-025<br>CIN03483 | 003468P001-1467A-025<br>CIN03484 | 003469P001-1467A-025<br>CIN03485 | 003470P001-1467A-025<br>CIN03486 |
| 003471P001-1467A-025<br>CIN03487 | 003472P001-1467A-025<br>CIN03488 | 003473P001-1467A-025<br>CIN03489 | 003474P001-1467A-025<br>CIN03490 |
| 003475P001-1467A-025<br>CIN03491 | 003476P001-1467A-025<br>CIN03492 | 003477P001-1467A-025<br>CIN03493 | 003478P001-1467A-025<br>CIN03494 |
| 003479P001-1467A-025<br>CIN03495 | 003480P001-1467A-025<br>CIN03496 | 003481P001-1467A-025<br>CIN03497 | 003482P001-1467A-025<br>CIN03498 |
| 003483P001-1467A-025<br>CIN03499 | 003484P001-1467A-025<br>CIN03500 | 003485P001-1467A-025<br>CIN03501 | 003486P001-1467A-025<br>CIN03502 |
| 003487P001-1467A-025<br>CIN03503 | 003488P001-1467A-025<br>CIN03504 | 003489P001-1467A-025<br>CIN03505 | 003490P001-1467A-025<br>CIN03506 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003491P002-1467A-025<br>CIN03507 | 003492P001-1467A-025<br>CIN03508 | 003493P001-1467A-025<br>CIN03509 | 003494P001-1467A-025<br>CIN03510 |
| 003495P001-1467A-025<br>CIN03511 | 003496P001-1467A-025<br>CIN03512 | 003497P001-1467A-025<br>CIN03513 | 003498P001-1467A-025<br>CIN03514 |
| 003499P001-1467A-025<br>CIN03515 | 003500P001-1467A-025<br>CIN03516 | 003501P001-1467A-025<br>CIN03517 | 003502P001-1467A-025<br>CIN03518 |
| 003503P001-1467A-025<br>CIN03519 | 003504P001-1467A-025<br>CIN03520 | 003505P001-1467A-025<br>CIN03521 | 003506P001-1467A-025<br>CIN03522 |
| 003507P002-1467A-025<br>CIN03523 | 003508P001-1467A-025<br>CIN03524 | 003509P001-1467A-025<br>CIN03525 | 003510P001-1467A-025<br>CIN03526 |
| 003511P001-1467A-025<br>CIN03527 | 003512P001-1467A-025<br>CIN03528 | 003513P001-1467A-025<br>CIN03529 | 003514P001-1467A-025<br>CIN03530 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003515P001-1467A-025<br>CIN03531 | 003516P001-1467A-025<br>CIN03532 | 003517P001-1467A-025<br>CIN03533 | 003518P001-1467A-025<br>CIN03534 |
| 003519P001-1467A-025<br>CIN03535 | 003520P001-1467A-025<br>CIN03536 | 003521P001-1467A-025<br>CIN03537 | 003522P001-1467A-025<br>CIN03538 |
| 003523P001-1467A-025<br>CIN03539 | 003524P001-1467A-025<br>CIN03540 | 003525P001-1467A-025<br>CIN03541 | 003526P001-1467A-025<br>CIN03542 |
| 003527P001-1467A-025<br>CIN03543 | 003528P001-1467A-025<br>CIN03544 | 003529P001-1467A-025<br>CIN03545 | 003530P001-1467A-025<br>CIN03546 |
| 003531P001-1467A-025<br>CIN03547 | 003532P001-1467A-025<br>CIN03548 | 003533P001-1467A-025<br>CIN03549 | 003534P001-1467A-025<br>CIN03550 |
| 003535P001-1467A-025<br>CIN03551 | 003536P001-1467A-025<br>CIN03552 | 003537P001-1467A-025<br>CIN03553 | 003538P001-1467A-025<br>CIN03554 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003539P001-1467A-025<br>CIN03555 | 003540P001-1467A-025<br>CIN03556 | 003541P001-1467A-025<br>CIN03557 | 003542P001-1467A-025<br>CIN03558 |
| 003543P001-1467A-025<br>CIN03559 | 003544P001-1467A-025<br>CIN03560 | 003545P001-1467A-025<br>CIN03561 | 003546P001-1467A-025<br>CIN03562 |
| 003547P001-1467A-025<br>CIN03563 | 003548P001-1467A-025<br>CIN03564 | 003549P001-1467A-025<br>CIN03565 | 003550P001-1467A-025<br>CIN03566 |
| 003551P001-1467A-025<br>CIN03567 | 003552P001-1467A-025<br>CIN03568 | 003553P001-1467A-025<br>CIN03569 | 003554P001-1467A-025<br>CIN03570 |
| 003555P002-1467A-025<br>CIN03571 | 006929P001-1467A-025<br>CIN03571 | 003556P001-1467A-025<br>CIN03572 | 003557P001-1467A-025<br>CIN03573 |
| 003558P001-1467A-025<br>CIN03574 | 003559P001-1467A-025<br>CIN03575 | 003560P001-1467A-025<br>CIN03576 | 003561P001-1467A-025<br>CIN03577 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003562P001-1467A-025<br>CIN03578 | 003563P001-1467A-025<br>CIN03579 | 003564P001-1467A-025<br>CIN03580 | 003565P001-1467A-025<br>CIN03581 |
| 003566P001-1467A-025<br>CIN03582 | 003567P002-1467A-025<br>CIN03583 | 003568P002-1467A-025<br>CIN03584 | 003569P001-1467A-025<br>CIN03585 |
| 003570P001-1467A-025<br>CIN03586 | 003571P001-1467A-025<br>CIN03587 | 003572P001-1467A-025<br>CIN03588 | 003573P001-1467A-025<br>CIN03589 |
| 003574P001-1467A-025<br>CIN03590 | 003575P001-1467A-025<br>CIN03591 | 003576P001-1467A-025<br>CIN03592 | 003577P001-1467A-025<br>CIN03593 |
| 003578P001-1467A-025<br>CIN03594 | 003579P002-1467A-025<br>CIN03595 | 006654P003-1467A-025<br>CIN03595 | 003580P001-1467A-025<br>CIN03596 |
| 003581P001-1467A-025<br>CIN03597 | 003582P001-1467A-025<br>CIN03598 | 003583P001-1467A-025<br>CIN03599 | 003584P001-1467A-025<br>CIN03600 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003585P002-1467A-025<br>CIN03601 | 006854P001-1467A-025<br>CIN03601 | 003586P001-1467A-025<br>CIN03602 | 003587P001-1467A-025<br>CIN03603 |
| 003588P001-1467A-025<br>CIN03604 | 003589P001-1467A-025<br>CIN03605 | 003590P001-1467A-025<br>CIN03606 | 003591P001-1467A-025<br>CIN03607 |
| 003592P001-1467A-025<br>CIN03608 | 003593P001-1467A-025<br>CIN03609 | 003594P001-1467A-025<br>CIN03610 | 003595P001-1467A-025<br>CIN03611 |
| 003596P001-1467A-025<br>CIN03612 | 003597P001-1467A-025<br>CIN03613 | 003598P001-1467A-025<br>CIN03614 | 003599P001-1467A-025<br>CIN03615 |
| 003600P001-1467A-025<br>CIN03616 | 003601P001-1467A-025<br>CIN03617 | 003602P001-1467A-025<br>CIN03618 | 003603P002-1467A-025<br>CIN03619 |
| 006954P001-1467A-025<br>CIN03619 | 003604P001-1467A-025<br>CIN03620 | 003605P001-1467A-025<br>CIN03621 | 003606P001-1467A-025<br>CIN03622 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003607P002-1467A-025<br>CIN03623 | 006636P003-1467A-025<br>CIN03623 | 003608P001-1467A-025<br>CIN03624 | 003609P001-1467A-025<br>CIN03625 |
| 003610P001-1467A-025<br>CIN03626 | 003611P003-1467A-025<br>CIN03627 | 003612P001-1467A-025<br>CIN03628 | 003613P001-1467A-025<br>CIN03629 |
| 003614P001-1467A-025<br>CIN03630 | 003615P002-1467A-025<br>CIN03631 | 003616P001-1467A-025<br>CIN03632 | 003617P001-1467A-025<br>CIN03633 |
| 003618P001-1467A-025<br>CIN03634 | 003619P001-1467A-025<br>CIN03635 | 003620P001-1467A-025<br>CIN03636 | 003621P001-1467A-025<br>CIN03637 |
| 003622P001-1467A-025<br>CIN03638 | 003623P001-1467A-025<br>CIN03639 | 003624P001-1467A-025<br>CIN03640 | 003625P001-1467A-025<br>CIN03641 |
| 003626P001-1467A-025<br>CIN03642 | 003627P001-1467A-025<br>CIN03643 | 003628P001-1467A-025<br>CIN03644 | 003629P001-1467A-025<br>CIN03645 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003630P001-1467A-025<br>CIN03646 | 003631P001-1467A-025<br>CIN03647 | 003632P001-1467A-025<br>CIN03648 | 003633P001-1467A-025<br>CIN03649 |
| 003634P001-1467A-025<br>CIN03650 | 003635P001-1467A-025<br>CIN03651 | 003636P001-1467A-025<br>CIN03652 | 003637P001-1467A-025<br>CIN03653 |
| 003638P001-1467A-025<br>CIN03654 | 003639P002-1467A-025<br>CIN03655 | 003640P001-1467A-025<br>CIN03656 | 003641P001-1467A-025<br>CIN03657 |
| 003642P001-1467A-025<br>CIN03658 | 003643P001-1467A-025<br>CIN03659 | 003644P002-1467A-025<br>CIN03660 | 006827P001-1467A-025<br>CIN03660 |
| 003645P002-1467A-025<br>CIN03661 | 003646P001-1467A-025<br>CIN03662 | 003647P002-1467A-025<br>CIN03663 | 006725P002-1467A-025<br>CIN03663 |
| 003648P002-1467A-025<br>CIN03664 | 006791P003-1467A-025<br>CIN03664 | 003649P001-1467A-025<br>CIN03665 | 003650P001-1467A-025<br>CIN03666 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

003651P001-1467A-025
CIN03667

003652P001-1467A-025
CIN03668

003653P001-1467A-025
CIN03669

003654P001-1467A-025
CIN03670

003655P001-1467A-025
CIN03671

003656P001-1467A-025
CIN03672

003657P001-1467A-025
CIN03673

003658P001-1467A-025
CIN03674

003659P001-1467A-025
CIN03675

003660P001-1467A-025
CIN03676

003661P001-1467A-025
CIN03677

003662P001-1467A-025
CIN03678

003663P001-1467A-025
CIN03679

003664P001-1467A-025
CIN03680

003665P001-1467A-025
CIN03681

003666P001-1467A-025
CIN03682

003667P001-1467A-025
CIN03683

003668P001-1467A-025
CIN03684

003669P001-1467A-025
CIN03685

003670P001-1467A-025
CIN03686

003671P001-1467A-025
CIN03687

003672P001-1467A-025
CIN03688

003673P001-1467A-025
CIN03689

003674P001-1467A-025
CIN03690

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003675P001-1467A-025<br>CIN03691 | 003676P001-1467A-025<br>CIN03692 | 003677P001-1467A-025<br>CIN03693 | 003678P001-1467A-025<br>CIN03694 |
| 003679P001-1467A-025<br>CIN03695 | 003680P001-1467A-025<br>CIN03696 | 003681P001-1467A-025<br>CIN03697 | 003682P001-1467A-025<br>CIN03698 |
| 003683P001-1467A-025<br>CIN03699 | 003684P001-1467A-025<br>CIN03700 | 003685P001-1467A-025<br>CIN03701 | 003686P001-1467A-025<br>CIN03702 |
| 003687P001-1467A-025<br>CIN03703 | 003688P001-1467A-025<br>CIN03704 | 003689P001-1467A-025<br>CIN03705 | 003690P001-1467A-025<br>CIN03706 |
| 003691P001-1467A-025<br>CIN03707 | 003692P001-1467A-025<br>CIN03708 | 003693P001-1467A-025<br>CIN03709 | 003694P001-1467A-025<br>CIN03710 |
| 003695P001-1467A-025<br>CIN03711 | 003696P001-1467A-025<br>CIN03712 | 003697P001-1467A-025<br>CIN03713 | 003698P001-1467A-025<br>CIN03714 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003699P001-1467A-025<br>CIN03715 | 003700P001-1467A-025<br>CIN03716 | 003701P001-1467A-025<br>CIN03717 | 003702P001-1467A-025<br>CIN03718 |
| 003703P001-1467A-025<br>CIN03719 | 003704P001-1467A-025<br>CIN03720 | 006340P001-1467A-025<br>CIN03721 | 003705P001-1467A-025<br>CIN03722 |
| 003706P001-1467A-025<br>CIN03723 | 003707P001-1467A-025<br>CIN03724 | 003708P001-1467A-025<br>CIN03725 | 003709P001-1467A-025<br>CIN03726 |
| 003710P001-1467A-025<br>CIN03727 | 003711P001-1467A-025<br>CIN03728 | 003712P001-1467A-025<br>CIN03729 | 003713P001-1467A-025<br>CIN03730 |
| 003714P001-1467A-025<br>CIN03731 | 003715P001-1467A-025<br>CIN03732 | 003716P001-1467A-025<br>CIN03733 | 003717P001-1467A-025<br>CIN03734 |
| 003718P001-1467A-025<br>CIN03735 | 003719P001-1467A-025<br>CIN03736 | 003720P001-1467A-025<br>CIN03737 | 003721P001-1467A-025<br>CIN03738 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003722P001-1467A-025<br>CIN03739 | 003723P001-1467A-025<br>CIN03740 | 003724P001-1467A-025<br>CIN03741 | 003725P001-1467A-025<br>CIN03742 |
| 003726P001-1467A-025<br>CIN03743 | 003727P001-1467A-025<br>CIN03744 | 003728P001-1467A-025<br>CIN03745 | 003729P001-1467A-025<br>CIN03746 |
| 003730P001-1467A-025<br>CIN03747 | 003731P001-1467A-025<br>CIN03748 | 003732P001-1467A-025<br>CIN03749 | 003733P001-1467A-025<br>CIN03750 |
| 003734P001-1467A-025<br>CIN03751 | 003735P001-1467A-025<br>CIN03752 | 003736P001-1467A-025<br>CIN03753 | 003737P001-1467A-025<br>CIN03754 |
| 003738P001-1467A-025<br>CIN03755 | 003739P001-1467A-025<br>CIN03756 | 003740P001-1467A-025<br>CIN03757 | 003741P001-1467A-025<br>CIN03758 |
| 003742P001-1467A-025<br>CIN03759 | 003743P001-1467A-025<br>CIN03760 | 003744P001-1467A-025<br>CIN03761 | 003745P001-1467A-025<br>CIN03762 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003746P001-1467A-025<br>CIN03763 | 003747P001-1467A-025<br>CIN03764 | 003748P002-1467A-025<br>CIN03765 | 006973P001-1467A-025<br>CIN03765 |
| 003749P002-1467A-025<br>CIN03766 | 003750P001-1467A-025<br>CIN03767 | 003751P001-1467A-025<br>CIN03768 | 003752P001-1467A-025<br>CIN03769 |
| 003753P001-1467A-025<br>CIN03770 | 003754P001-1467A-025<br>CIN03771 | 003755P001-1467A-025<br>CIN03772 | 003756P001-1467A-025<br>CIN03773 |
| 003757P001-1467A-025<br>CIN03774 | 003758P001-1467A-025<br>CIN03775 | 003759P001-1467A-025<br>CIN03776 | 003760P001-1467A-025<br>CIN03777 |
| 003761P001-1467A-025<br>CIN03778 | 003762P001-1467A-025<br>CIN03779 | 003763P001-1467A-025<br>CIN03780 | 003764P001-1467A-025<br>CIN03781 |
| 003765P001-1467A-025<br>CIN03782 | 003766P001-1467A-025<br>CIN03783 | 003767P001-1467A-025<br>CIN03784 | 003768P001-1467A-025<br>CIN03785 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003769P001-1467A-025<br>CIN03786 | 003770P001-1467A-025<br>CIN03787 | 003771P001-1467A-025<br>CIN03788 | 003772P001-1467A-025<br>CIN03789 |
| 003773P001-1467A-025<br>CIN03790 | 003774P001-1467A-025<br>CIN03791 | 003775P001-1467A-025<br>CIN03792 | 003776P001-1467A-025<br>CIN03793 |
| 003777P001-1467A-025<br>CIN03794 | 003778P001-1467A-025<br>CIN03795 | 003779P001-1467A-025<br>CIN03796 | 003780P001-1467A-025<br>CIN03797 |
| 003781P001-1467A-025<br>CIN03798 | 003782P001-1467A-025<br>CIN03799 | 003783P001-1467A-025<br>CIN03800 | 003784P002-1467A-025<br>CIN03801 |
| 006958P002-1467A-025<br>CIN03801 | 003785P001-1467A-025<br>CIN03802 | 003786P001-1467A-025<br>CIN03803 | 003787P001-1467A-025<br>CIN03804 |
| 003788P001-1467A-025<br>CIN03805 | 003789P001-1467A-025<br>CIN03806 | 003790P001-1467A-025<br>CIN03807 | 003791P001-1467A-025<br>CIN03808 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003792P001-1467A-025<br>CIN03809 | 003793P001-1467A-025<br>CIN03810 | 003794P001-1467A-025<br>CIN03811 | 003795P001-1467A-025<br>CIN03812 |
| 000007P001-1467A-025<br>CIN03813 | 003796P001-1467A-025<br>CIN03814 | 003797P001-1467A-025<br>CIN03815 | 003798P001-1467A-025<br>CIN03816 |
| 003799P001-1467A-025<br>CIN03817 | 003800P001-1467A-025<br>CIN03818 | 003801P001-1467A-025<br>CIN03819 | 003802P001-1467A-025<br>CIN03820 |
| 003803P001-1467A-025<br>CIN03821 | 003804P001-1467A-025<br>CIN03822 | 003805P001-1467A-025<br>CIN03823 | 003806P001-1467A-025<br>CIN03824 |
| 003807P001-1467A-025<br>CIN03825 | 003808P001-1467A-025<br>CIN03826 | 003809P001-1467A-025<br>CIN03827 | 003810P001-1467A-025<br>CIN03828 |
| 003811P001-1467A-025<br>CIN03829 | 003812P001-1467A-025<br>CIN03830 | 003813P001-1467A-025<br>CIN03831 | 003814P001-1467A-025<br>CIN03832 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003815P001-1467A-025<br>CIN03833 | 003816P001-1467A-025<br>CIN03834 | 003817P001-1467A-025<br>CIN03835 | 003818P001-1467A-025<br>CIN03836 |
| 003819P001-1467A-025<br>CIN03837 | 003820P001-1467A-025<br>CIN03838 | 003821P001-1467A-025<br>CIN03839 | 003822P001-1467A-025<br>CIN03840 |
| 003823P001-1467A-025<br>CIN03841 | 003824P001-1467A-025<br>CIN03842 | 003825P001-1467A-025<br>CIN03843 | 003826P001-1467A-025<br>CIN03844 |
| 003827P001-1467A-025<br>CIN03845 | 003828P001-1467A-025<br>CIN03846 | 003829P001-1467A-025<br>CIN03847 | 003830P001-1467A-025<br>CIN03848 |
| 003831P001-1467A-025<br>CIN03849 | 003832P001-1467A-025<br>CIN03850 | 003833P001-1467A-025<br>CIN03851 | 003834P001-1467A-025<br>CIN03852 |
| 003835P001-1467A-025<br>CIN03853 | 003836P001-1467A-025<br>CIN03854 | 003837P001-1467A-025<br>CIN03855 | 003838P001-1467A-025<br>CIN03856 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 178 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 169 of 277                                                                                    12/24/2020 01:04:14 PM

003839P001-1467A-025
CIN03857

003840P001-1467A-025
CIN03858

003841P001-1467A-025
CIN03859

003842P001-1467A-025
CIN03860

003843P003-1467A-025
CIN03861

003843P003-1467A-025
CIN03861

006916P001-1467A-025
CIN03861

006916P001-1467A-025
CIN03861

003844P001-1467A-025
CIN03862

003845P001-1467A-025
CIN03863

003847P002-1467A-025
CIN03865

003847P002-1467A-025
CIN03865

006838P001-1467A-025
CIN03865

006838P001-1467A-025
CIN03865

003848P001-1467A-025
CIN03866

003849P001-1467A-025
CIN03867

006243P001-1467A-025
CIN03868

003850P001-1467A-025
CIN03869

003851P001-1467A-025
CIN03870

003852P001-1467A-025
CIN03871

003853P001-1467A-025
CIN03872

003854P001-1467A-025
CIN03873

003855P001-1467A-025
CIN03874

003856P001-1467A-025
CIN03875

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003857P002-1467A-025<br>CIN03876 | 006950P001-1467A-025<br>CIN03876 | 003858P001-1467A-025<br>CIN03877 | 003859P001-1467A-025<br>CIN03878 |
| 003860P001-1467A-025<br>CIN03879 | 003861P001-1467A-025<br>CIN03880 | 003862P001-1467A-025<br>CIN03881 | 003863P001-1467A-025<br>CIN03882 |
| 003864P001-1467A-025<br>CIN03883 | 003865P001-1467A-025<br>CIN03884 | 003866P001-1467A-025<br>CIN03885 | 003867P001-1467A-025<br>CIN03886 |
| 003868P001-1467A-025<br>CIN03887 | 003869P001-1467A-025<br>CIN03888 | 003870P001-1467A-025<br>CIN03889 | 003871P002-1467A-025<br>CIN03890 |
| 003872P001-1467A-025<br>CIN03891 | 003873P001-1467A-025<br>CIN03892 | 003874P001-1467A-025<br>CIN03893 | 003875P001-1467A-025<br>CIN03894 |
| 003876P001-1467A-025<br>CIN03895 | 003877P001-1467A-025<br>CIN03896 | 003878P001-1467A-025<br>CIN03897 | 003879P001-1467A-025<br>CIN03898 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 003880P001-1467A-025<br>CIN03899 | 003881P001-1467A-025<br>CIN03900 | 003882P001-1467A-025<br>CIN03901 | 003883P001-1467A-025<br>CIN03902 |
| 003884P001-1467A-025<br>CIN03903 | 003885P001-1467A-025<br>CIN03904 | 003886P001-1467A-025<br>CIN03905 | 003887P001-1467A-025<br>CIN03906 |
| 003888P001-1467A-025<br>CIN03907 | 003889P002-1467A-025<br>CIN03908 | 006244P002-1467A-025<br>CIN03908 | 006850P001-1467A-025<br>CIN03908 |
| 006344P001-1467A-025<br>CIN03910 | 003890P002-1467A-025<br>CIN03911 | 006867P003-1467A-025<br>CIN03911 | 003891P001-1467A-025<br>CIN03912 |
| 003892P002-1467A-025<br>CIN03913 | 006804P001-1467A-025<br>CIN03913 | 003893P001-1467A-025<br>CIN03914 | 003894P001-1467A-025<br>CIN03915 |
| 003895P001-1467A-025<br>CIN03916 | 003896P001-1467A-025<br>CIN03917 | 003897P002-1467A-025<br>CIN03918 | 006957P003-1467A-025<br>CIN03918 |

| | | | |
|---|---|---|---|
| 003898P001-1467A-025<br>CIN03919 | 003899P001-1467A-025<br>CIN03920 | 003900P001-1467A-025<br>CIN03921 | 003901P001-1467A-025<br>CIN03922 |
| 003902P001-1467A-025<br>CIN03923 | 003903P001-1467A-025<br>CIN03924 | 003904P001-1467A-025<br>CIN03925 | 003905P001-1467A-025<br>CIN03926 |
| 003906P001-1467A-025<br>CIN03927 | 003907P001-1467A-025<br>CIN03928 | 003908P001-1467A-025<br>CIN03929 | 003909P001-1467A-025<br>CIN03930 |
| 003910P001-1467A-025<br>CIN03931 | 003911P001-1467A-025<br>CIN03932 | 003912P001-1467A-025<br>CIN03933 | 003913P001-1467A-025<br>CIN03934 |
| 003914P001-1467A-025<br>CIN03935 | 003915P001-1467A-025<br>CIN03936 | 003916P001-1467A-025<br>CIN03937 | 003917P001-1467A-025<br>CIN03938 |
| 003918P001-1467A-025<br>CIN03939 | 003919P001-1467A-025<br>CIN03940 | 003920P001-1467A-025<br>CIN03941 | 003921P001-1467A-025<br>CIN03942 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

003922P001-1467A-025
CIN03943

003923P002-1467A-025
CIN03944

006794P002-1467A-025
CIN03944

003924P001-1467A-025
CIN03945

003925P001-1467A-025
CIN03946

003926P001-1467A-025
CIN03947

003927P001-1467A-025
CIN03948

003928P001-1467A-025
CIN03949

003929P001-1467A-025
CIN03950

003930P001-1467A-025
CIN03951

003931P001-1467A-025
CIN03952

003932P001-1467A-025
CIN03953

003933P001-1467A-025
CIN03954

003934P001-1467A-025
CIN03955

003935P001-1467A-025
CIN03956

003936P001-1467A-025
CIN03957

003937P001-1467A-025
CIN03958

003938P001-1467A-025
CIN03959

003939P001-1467A-025
CIN03960

003940P001-1467A-025
CIN03961

003941P001-1467A-025
CIN03962

003942P001-1467A-025
CIN03963

003943P001-1467A-025
CIN03964

003944P001-1467A-025
CIN03965

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003945P001-1467A-025<br>CIN03966 | 003946P001-1467A-025<br>CIN03967 | 003947P001-1467A-025<br>CIN03968 | 003948P001-1467A-025<br>CIN03969 |
| 003949P001-1467A-025<br>CIN03970 | 003950P001-1467A-025<br>CIN03971 | 003951P002-1467A-025<br>CIN03972 | 006858P003-1467A-025<br>CIN03972 |
| 003952P001-1467A-025<br>CIN03973 | 003953P001-1467A-025<br>CIN03974 | 003954P001-1467A-025<br>CIN03975 | 003955P001-1467A-025<br>CIN03976 |
| 003956P001-1467A-025<br>CIN03977 | 003957P001-1467A-025<br>CIN03978 | 003958P002-1467A-025<br>CIN03979 | 006947P001-1467A-025<br>CIN03979 |
| 003959P001-1467A-025<br>CIN03980 | 003960P001-1467A-025<br>CIN03981 | 003961P001-1467A-025<br>CIN03982 | 003962P001-1467A-025<br>CIN03983 |
| 003963P001-1467A-025<br>CIN03984 | 003964P001-1467A-025<br>CIN03985 | 000008P001-1467A-025<br>CIN03986 | 003965P001-1467A-025<br>CIN03987 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003966P001-1467A-025<br>CIN03988 | 003967P001-1467A-025<br>CIN03989 | 003968P001-1467A-025<br>CIN03990 | 003969P001-1467A-025<br>CIN03991 |
| 003970P001-1467A-025<br>CIN03992 | 003971P001-1467A-025<br>CIN03993 | 000009P001-1467A-025<br>CIN03994 | 003972P001-1467A-025<br>CIN03995 |
| 003973P001-1467A-025<br>CIN03996 | 003974P001-1467A-025<br>CIN03997 | 003975P001-1467A-025<br>CIN03998 | 003976P001-1467A-025<br>CIN03999 |
| 003977P001-1467A-025<br>CIN04000 | 003978P001-1467A-025<br>CIN04001 | 003979P001-1467A-025<br>CIN04002 | 003980P001-1467A-025<br>CIN04003 |
| 003981P001-1467A-025<br>CIN04004 | 003982P001-1467A-025<br>CIN04005 | 003983P001-1467A-025<br>CIN04006 | 003984P002-1467A-025<br>CIN04007 |
| 006877P001-1467A-025<br>CIN04007 | 003985P001-1467A-025<br>CIN04008 | 003986P001-1467A-025<br>CIN04009 | 003987P001-1467A-025<br>CIN04010 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003988P001-1467A-025
CIN04011

003989P001-1467A-025
CIN04012

003990P001-1467A-025
CIN04013

003991P001-1467A-025
CIN04014

003992P001-1467A-025
CIN04015

003993P001-1467A-025
CIN04016

003994P001-1467A-025
CIN04017

003995P001-1467A-025
CIN04018

003996P001-1467A-025
CIN04019

003997P001-1467A-025
CIN04020

003998P001-1467A-025
CIN04021

003999P001-1467A-025
CIN04022

004000P001-1467A-025
CIN04023

004001P001-1467A-025
CIN04024

004002P001-1467A-025
CIN04025

004003P001-1467A-025
CIN04026

004004P001-1467A-025
CIN04027

004005P001-1467A-025
CIN04028

004006P001-1467A-025
CIN04029

004007P001-1467A-025
CIN04030

004008P001-1467A-025
CIN04031

004009P001-1467A-025
CIN04032

004010P001-1467A-025
CIN04033

004011P001-1467A-025
CIN04034

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004012P001-1467A-025<br>CIN04035 | 004013P002-1467A-025<br>CIN04036 | 006841P001-1467A-025<br>CIN04036 | 004014P001-1467A-025<br>CIN04037 |
| 004015P001-1467A-025<br>CIN04038 | 004016P001-1467A-025<br>CIN04039 | 004017P001-1467A-025<br>CIN04040 | 004018P001-1467A-025<br>CIN04041 |
| 004019P001-1467A-025<br>CIN04042 | 004020P001-1467A-025<br>CIN04043 | 000006P001-1467A-025<br>CIN04044 | 004021P001-1467A-025<br>CIN04045 |
| 004022P001-1467A-025<br>CIN04046 | 004023P001-1467A-025<br>CIN04047 | 004024P001-1467A-025<br>CIN04048 | 004025P001-1467A-025<br>CIN04049 |
| 004026P001-1467A-025<br>CIN04050 | 004027P001-1467A-025<br>CIN04051 | 004028P001-1467A-025<br>CIN04052 | 004029P001-1467A-025<br>CIN04053 |
| 004030P001-1467A-025<br>CIN04054 | 004031P001-1467A-025<br>CIN04055 | 004032P001-1467A-025<br>CIN04056 | 004033P001-1467A-025<br>CIN04057 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004034P001-1467A-025<br>CIN04058 | 004035P001-1467A-025<br>CIN04059 | 004036P002-1467A-025<br>CIN04060 | 004037P001-1467A-025<br>CIN04061 |
| 004038P001-1467A-025<br>CIN04062 | 004039P001-1467A-025<br>CIN04063 | 004040P001-1467A-025<br>CIN04064 | 004041P001-1467A-025<br>CIN04065 |
| 004042P001-1467A-025<br>CIN04066 | 004043P001-1467A-025<br>CIN04067 | 004044P001-1467A-025<br>CIN04068 | 004045P001-1467A-025<br>CIN04069 |
| 004046P001-1467A-025<br>CIN04070 | 004047P001-1467A-025<br>CIN04071 | 004048P001-1467A-025<br>CIN04072 | 004049P001-1467A-025<br>CIN04073 |
| 004050P001-1467A-025<br>CIN04074 | 004051P001-1467A-025<br>CIN04075 | 004052P001-1467A-025<br>CIN04076 | 006258P002-1467A-025<br>CIN04077 |
| 004053P001-1467A-025<br>CIN04078 | 004054P001-1467A-025<br>CIN04079 | 004055P001-1467A-025<br>CIN04080 | 004056P001-1467A-025<br>CIN04081 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004057P001-1467A-025<br>CIN04082 | 004058P001-1467A-025<br>CIN04083 | 004059P001-1467A-025<br>CIN04084 | 004060P001-1467A-025<br>CIN04085 |
| 004061P001-1467A-025<br>CIN04086 | 004062P001-1467A-025<br>CIN04087 | 004063P001-1467A-025<br>CIN04088 | 004064P001-1467A-025<br>CIN04089 |
| 004065P001-1467A-025<br>CIN04090 | 004066P001-1467A-025<br>CIN04091 | 004067P001-1467A-025<br>CIN04092 | 004068P001-1467A-025<br>CIN04093 |
| 004069P001-1467A-025<br>CIN04094 | 004070P001-1467A-025<br>CIN04095 | 004071P001-1467A-025<br>CIN04096 | 004072P001-1467A-025<br>CIN04097 |
| 004073P002-1467A-025<br>CIN04098 | 004074P002-1467A-025<br>CIN04099 | 004075P001-1467A-025<br>CIN04100 | 004076P001-1467A-025<br>CIN04101 |
| 004077P001-1467A-025<br>CIN04102 | 004078P001-1467A-025<br>CIN04103 | 004079P001-1467A-025<br>CIN04104 | 004080P001-1467A-025<br>CIN04105 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004081P001-1467A-025<br>CIN04106 | 004082P001-1467A-025<br>CIN04107 | 004083P001-1467A-025<br>CIN04108 | 004084P001-1467A-025<br>CIN04109 |
| 004085P001-1467A-025<br>CIN04110 | 004086P001-1467A-025<br>CIN04111 | 004087P001-1467A-025<br>CIN04112 | 004088P001-1467A-025<br>CIN04113 |
| 004089P001-1467A-025<br>CIN04114 | 004090P001-1467A-025<br>CIN04115 | 004091P001-1467A-025<br>CIN04116 | 004092P001-1467A-025<br>CIN04117 |
| 004093P001-1467A-025<br>CIN04118 | 004094P001-1467A-025<br>CIN04119 | 004095P001-1467A-025<br>CIN04120 | 004096P001-1467A-025<br>CIN04121 |
| 004097P001-1467A-025<br>CIN04122 | 004098P001-1467A-025<br>CIN04123 | 004099P001-1467A-025<br>CIN04124 | 004100P001-1467A-025<br>CIN04125 |
| 004101P001-1467A-025<br>CIN04126 | 004102P001-1467A-025<br>CIN04127 | 004103P001-1467A-025<br>CIN04128 | 004104P001-1467A-025<br>CIN04129 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004105P001-1467A-025<br>CIN04130 | 004106P001-1467A-025<br>CIN04131 | 004107P001-1467A-025<br>CIN04132 | 004108P001-1467A-025<br>CIN04133 |
| 004109P001-1467A-025<br>CIN04134 | 004110P001-1467A-025<br>CIN04135 | 004111P001-1467A-025<br>CIN04136 | 004112P001-1467A-025<br>CIN04137 |
| 004113P001-1467A-025<br>CIN04138 | 004114P001-1467A-025<br>CIN04139 | 004115P001-1467A-025<br>CIN04140 | 004116P001-1467A-025<br>CIN04141 |
| 004117P001-1467A-025<br>CIN04142 | 004118P001-1467A-025<br>CIN04143 | 004119P001-1467A-025<br>CIN04144 | 004120P001-1467A-025<br>CIN04145 |
| 004121P001-1467A-025<br>CIN04146 | 004122P001-1467A-025<br>CIN04147 | 004123P001-1467A-025<br>CIN04148 | 004124P001-1467A-025<br>CIN04149 |
| 004125P001-1467A-025<br>CIN04150 | 004126P001-1467A-025<br>CIN04151 | 004127P001-1467A-025<br>CIN04152 | 004128P001-1467A-025<br>CIN04153 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004129P001-1467A-025<br>CIN04154 | 004130P001-1467A-025<br>CIN04155 | 004131P001-1467A-025<br>CIN04156 | 004132P001-1467A-025<br>CIN04157 |
| 004133P001-1467A-025<br>CIN04158 | 004134P001-1467A-025<br>CIN04159 | 004135P001-1467A-025<br>CIN04160 | 004136P001-1467A-025<br>CIN04161 |
| 004137P001-1467A-025<br>CIN04162 | 004138P001-1467A-025<br>CIN04163 | 004139P001-1467A-025<br>CIN04164 | 004140P001-1467A-025<br>CIN04165 |
| 004141P001-1467A-025<br>CIN04166 | 004142P001-1467A-025<br>CIN04167 | 004143P001-1467A-025<br>CIN04168 | 004144P001-1467A-025<br>CIN04169 |
| 004145P001-1467A-025<br>CIN04170 | 004146P001-1467A-025<br>CIN04171 | 004147P001-1467A-025<br>CIN04172 | 004148P001-1467A-025<br>CIN04173 |
| 004149P001-1467A-025<br>CIN04174 | 004150P001-1467A-025<br>CIN04175 | 004151P001-1467A-025<br>CIN04176 | 004152P001-1467A-025<br>CIN04177 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004153P001-1467A-025<br>CIN04178 | 004154P001-1467A-025<br>CIN04179 | 004155P001-1467A-025<br>CIN04180 | 004156P001-1467A-025<br>CIN04181 |
| 004157P001-1467A-025<br>CIN04182 | 004158P001-1467A-025<br>CIN04183 | 004159P001-1467A-025<br>CIN04184 | 004160P001-1467A-025<br>CIN04185 |
| 004161P001-1467A-025<br>CIN04186 | 004162P001-1467A-025<br>CIN04187 | 004163P001-1467A-025<br>CIN04188 | 004164P001-1467A-025<br>CIN04189 |
| 004165P002-1467A-025<br>CIN04190 | 006829P001-1467A-025<br>CIN04190 | 004166P001-1467A-025<br>CIN04191 | 004167P001-1467A-025<br>CIN04192 |
| 004168P001-1467A-025<br>CIN04193 | 004169P001-1467A-025<br>CIN04194 | 004170P001-1467A-025<br>CIN04195 | 004171P001-1467A-025<br>CIN04196 |
| 004172P001-1467A-025<br>CIN04197 | 004173P001-1467A-025<br>CIN04198 | 004174P001-1467A-025<br>CIN04199 | 004175P001-1467A-025<br>CIN04200 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004176P001-1467A-025<br>CIN04201 | 004177P001-1467A-025<br>CIN04202 | 004178P001-1467A-025<br>CIN04203 | 004179P001-1467A-025<br>CIN04204 |
| 004180P001-1467A-025<br>CIN04205 | 004181P001-1467A-025<br>CIN04206 | 004182P001-1467A-025<br>CIN04207 | 004183P001-1467A-025<br>CIN04208 |
| 004184P001-1467A-025<br>CIN04209 | 004185P001-1467A-025<br>CIN04210 | 004186P001-1467A-025<br>CIN04211 | 004187P001-1467A-025<br>CIN04212 |
| 004188P001-1467A-025<br>CIN04213 | 004189P001-1467A-025<br>CIN04214 | 004190P001-1467A-025<br>CIN04215 | 004191P001-1467A-025<br>CIN04216 |
| 004192P001-1467A-025<br>CIN04217 | 004193P001-1467A-025<br>CIN04218 | 004194P001-1467A-025<br>CIN04219 | 004195P001-1467A-025<br>CIN04220 |
| 004196P001-1467A-025<br>CIN04221 | 004197P001-1467A-025<br>CIN04222 | 004198P001-1467A-025<br>CIN04223 | 004199P001-1467A-025<br>CIN04224 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004200P001-1467A-025<br>CIN04225 | 004201P001-1467A-025<br>CIN04226 | 004202P001-1467A-025<br>CIN04227 | 004203P001-1467A-025<br>CIN04228 |
| 004204P001-1467A-025<br>CIN04229 | 004205P001-1467A-025<br>CIN04230 | 004206P001-1467A-025<br>CIN04231 | 004207P001-1467A-025<br>CIN04232 |
| 004208P001-1467A-025<br>CIN04233 | 004209P001-1467A-025<br>CIN04234 | 004210P001-1467A-025<br>CIN04235 | 004211P001-1467A-025<br>CIN04236 |
| 004212P001-1467A-025<br>CIN04237 | 004213P001-1467A-025<br>CIN04238 | 004214P002-1467A-025<br>CIN04239 | 006984P003-1467A-025<br>CIN04239 |
| 004215P001-1467A-025<br>CIN04240 | 004216P001-1467A-025<br>CIN04241 | 004217P001-1467A-025<br>CIN04242 | 004218P001-1467A-025<br>CIN04243 |
| 004219P001-1467A-025<br>CIN04244 | 004220P001-1467A-025<br>CIN04245 | 004221P001-1467A-025<br>CIN04246 | 004222P001-1467A-025<br>CIN04247 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004223P001-1467A-025<br>CIN04248 | 004224P001-1467A-025<br>CIN04249 | 004225P001-1467A-025<br>CIN04250 | 004226P001-1467A-025<br>CIN04251 |
| 004227P001-1467A-025<br>CIN04252 | 004228P001-1467A-025<br>CIN04253 | 004229P001-1467A-025<br>CIN04254 | 004230P001-1467A-025<br>CIN04255 |
| 004231P001-1467A-025<br>CIN04256 | 004232P001-1467A-025<br>CIN04257 | 004233P001-1467A-025<br>CIN04258 | 004234P001-1467A-025<br>CIN04259 |
| 004235P001-1467A-025<br>CIN04260 | 004236P001-1467A-025<br>CIN04261 | 004237P001-1467A-025<br>CIN04262 | 004238P001-1467A-025<br>CIN04263 |
| 004239P001-1467A-025<br>CIN04264 | 004240P001-1467A-025<br>CIN04265 | 004241P001-1467A-025<br>CIN04266 | 004242P001-1467A-025<br>CIN04267 |
| 004243P001-1467A-025<br>CIN04268 | 004244P001-1467A-025<br>CIN04269 | 004245P001-1467A-025<br>CIN04270 | 004246P001-1467A-025<br>CIN04271 |

Case 20-12836-JTD   Doc 288   Filed 12/29/20   Page 196 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 187 of 277                                           12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004247P001-1467A-025<br>CIN04272 | 004248P001-1467A-025<br>CIN04273 | 004249P001-1467A-025<br>CIN04274 | 004249P001-1467A-025<br>CIN04274 |
| 004250P001-1467A-025<br>CIN04275 | 004251P001-1467A-025<br>CIN04276 | 004252P001-1467A-025<br>CIN04277 | 004253P001-1467A-025<br>CIN04278 |
| 004254P001-1467A-025<br>CIN04279 | 004255P001-1467A-025<br>CIN04280 | 004256P002-1467A-025<br>CIN04281 | 006882P002-1467A-025<br>CIN04281 |
| 004257P001-1467A-025<br>CIN04282 | 004258P001-1467A-025<br>CIN04283 | 004259P001-1467A-025<br>CIN04284 | 004260P001-1467A-025<br>CIN04285 |
| 004261P001-1467A-025<br>CIN04286 | 004262P001-1467A-025<br>CIN04287 | 004263P001-1467A-025<br>CIN04288 | 004264P001-1467A-025<br>CIN04289 |
| 004265P001-1467A-025<br>CIN04290 | 004266P001-1467A-025<br>CIN04291 | 004267P001-1467A-025<br>CIN04292 | 004268P001-1467A-025<br>CIN04293 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004269P001-1467A-025<br>CIN04294 | 004270P001-1467A-025<br>CIN04295 | 004271P001-1467A-025<br>CIN04296 | 004272P001-1467A-025<br>CIN04297 |
| 004273P001-1467A-025<br>CIN04298 | 004274P001-1467A-025<br>CIN04299 | 004275P001-1467A-025<br>CIN04300 | 004276P001-1467A-025<br>CIN04301 |
| 004277P001-1467A-025<br>CIN04302 | 004278P001-1467A-025<br>CIN04303 | 004279P001-1467A-025<br>CIN04304 | 004280P001-1467A-025<br>CIN04305 |
| 004281P001-1467A-025<br>CIN04306 | 004282P001-1467A-025<br>CIN04307 | 004283P001-1467A-025<br>CIN04308 | 004284P001-1467A-025<br>CIN04309 |
| 004285P001-1467A-025<br>CIN04310 | 004286P002-1467A-025<br>CIN04311 | 006868P003-1467A-025<br>CIN04311 | 004287P001-1467A-025<br>CIN04312 |
| 004288P001-1467A-025<br>CIN04313 | 004289P002-1467A-025<br>CIN04314 | 006878P001-1467A-025<br>CIN04314 | 004290P001-1467A-025<br>CIN04315 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004291P001-1467A-025<br>CIN04316 | 004292P001-1467A-025<br>CIN04317 | 004293P001-1467A-025<br>CIN04318 | 006252P002-1467A-025<br>CIN04319 |
| 004294P001-1467A-025<br>CIN04320 | 004295P001-1467A-025<br>CIN04321 | 004296P001-1467A-025<br>CIN04322 | 004297P001-1467A-025<br>CIN04323 |
| 004298P001-1467A-025<br>CIN04324 | 004299P001-1467A-025<br>CIN04325 | 004300P001-1467A-025<br>CIN04326 | 004301P001-1467A-025<br>CIN04327 |
| 004302P001-1467A-025<br>CIN04328 | 004303P001-1467A-025<br>CIN04329 | 004304P002-1467A-025<br>CIN04330 | 006924P001-1467A-025<br>CIN04330 |
| 004305P001-1467A-025<br>CIN04331 | 004306P001-1467A-025<br>CIN04332 | 004307P001-1467A-025<br>CIN04333 | 004308P001-1467A-025<br>CIN04334 |
| 004309P001-1467A-025<br>CIN04335 | 004310P001-1467A-025<br>CIN04336 | 004311P001-1467A-025<br>CIN04337 | 004312P001-1467A-025<br>CIN04338 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004313P001-1467A-025<br>CIN04339 | 004314P001-1467A-025<br>CIN04340 | 004315P001-1467A-025<br>CIN04341 | 004316P002-1467A-025<br>CIN04342 |
| 004316P002-1467A-025<br>CIN04342 | 006925P001-1467A-025<br>CIN04342 | 006925P001-1467A-025<br>CIN04342 | 004317P001-1467A-025<br>CIN04343 |
| 004318P001-1467A-025<br>CIN04344 | 004319P001-1467A-025<br>CIN04345 | 004320P001-1467A-025<br>CIN04346 | 004321P001-1467A-025<br>CIN04347 |
| 004322P001-1467A-025<br>CIN04348 | 004323P001-1467A-025<br>CIN04349 | 004324P001-1467A-025<br>CIN04350 | 004325P001-1467A-025<br>CIN04351 |
| 004326P001-1467A-025<br>CIN04352 | 004327P001-1467A-025<br>CIN04353 | 004328P001-1467A-025<br>CIN04354 | 004329P001-1467A-025<br>CIN04355 |
| 004330P001-1467A-025<br>CIN04356 | 004331P001-1467A-025<br>CIN04357 | 004332P001-1467A-025<br>CIN04358 | 004333P001-1467A-025<br>CIN04359 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004334P001-1467A-025<br>CIN04360 | 004335P001-1467A-025<br>CIN04361 | 004336P001-1467A-025<br>CIN04362 | 004337P001-1467A-025<br>CIN04363 |
| 004338P001-1467A-025<br>CIN04364 | 004339P001-1467A-025<br>CIN04365 | 004340P001-1467A-025<br>CIN04366 | 004341P001-1467A-025<br>CIN04367 |
| 004342P001-1467A-025<br>CIN04368 | 004343P001-1467A-025<br>CIN04369 | 004344P001-1467A-025<br>CIN04370 | 004345P001-1467A-025<br>CIN04371 |
| 004346P001-1467A-025<br>CIN04372 | 004347P001-1467A-025<br>CIN04373 | 004348P001-1467A-025<br>CIN04374 | 004349P002-1467A-025<br>CIN04375 |
| 006376P001-1467A-025<br>CIN04375 | 004350P001-1467A-025<br>CIN04376 | 004351P001-1467A-025<br>CIN04377 | 004352P001-1467A-025<br>CIN04378 |
| 004353P001-1467A-025<br>CIN04379 | 004354P001-1467A-025<br>CIN04380 | 004355P001-1467A-025<br>CIN04381 | 004356P001-1467A-025<br>CIN04382 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004357P001-1467A-025<br>CIN04383 | 004358P001-1467A-025<br>CIN04384 | 004359P001-1467A-025<br>CIN04385 | 004360P001-1467A-025<br>CIN04386 |
| 004361P001-1467A-025<br>CIN04387 | 004362P001-1467A-025<br>CIN04388 | 004363P001-1467A-025<br>CIN04389 | 004364P001-1467A-025<br>CIN04390 |
| 004365P001-1467A-025<br>CIN04391 | 004366P001-1467A-025<br>CIN04392 | 004367P002-1467A-025<br>CIN04393 | 006902P002-1467A-025<br>CIN04393 |
| 004368P001-1467A-025<br>CIN04394 | 004369P001-1467A-025<br>CIN04395 | 004370P001-1467A-025<br>CIN04396 | 004371P001-1467A-025<br>CIN04397 |
| 004372P001-1467A-025<br>CIN04398 | 004373P001-1467A-025<br>CIN04399 | 004374P001-1467A-025<br>CIN04400 | 004375P001-1467A-025<br>CIN04401 |
| 004376P001-1467A-025<br>CIN04402 | 004377P001-1467A-025<br>CIN04403 | 004378P001-1467A-025<br>CIN04404 | 004379P001-1467A-025<br>CIN04405 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004380P001-1467A-025<br>CIN04406 | 004381P001-1467A-025<br>CIN04407 | 004382P002-1467A-025<br>CIN04408 | 004383P001-1467A-025<br>CIN04409 |
| 004384P001-1467A-025<br>CIN04410 | 004385P001-1467A-025<br>CIN04411 | 004386P001-1467A-025<br>CIN04412 | 004387P001-1467A-025<br>CIN04413 |
| 004388P001-1467A-025<br>CIN04414 | 004389P001-1467A-025<br>CIN04415 | 004390P001-1467A-025<br>CIN04416 | 004391P001-1467A-025<br>CIN04417 |
| 004392P001-1467A-025<br>CIN04418 | 004393P001-1467A-025<br>CIN04419 | 004394P001-1467A-025<br>CIN04420 | 004395P001-1467A-025<br>CIN04421 |
| 004396P001-1467A-025<br>CIN04422 | 004397P001-1467A-025<br>CIN04423 | 004398P001-1467A-025<br>CIN04424 | 004399P001-1467A-025<br>CIN04425 |
| 004400P001-1467A-025<br>CIN04426 | 004401P001-1467A-025<br>CIN04427 | 004402P001-1467A-025<br>CIN04428 | 004403P001-1467A-025<br>CIN04429 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004404P001-1467A-025<br>CIN04430 | 004405P001-1467A-025<br>CIN04431 | 004406P001-1467A-025<br>CIN04432 | 004407P001-1467A-025<br>CIN04433 |
| 004408P001-1467A-025<br>CIN04434 | 004409P001-1467A-025<br>CIN04435 | 004410P001-1467A-025<br>CIN04436 | 004411P001-1467A-025<br>CIN04437 |
| 004412P001-1467A-025<br>CIN04438 | 004413P001-1467A-025<br>CIN04439 | 004414P001-1467A-025<br>CIN04440 | 004415P001-1467A-025<br>CIN04441 |
| 004416P001-1467A-025<br>CIN04442 | 004417P001-1467A-025<br>CIN04443 | 004418P001-1467A-025<br>CIN04444 | 004419P001-1467A-025<br>CIN04445 |
| 004420P001-1467A-025<br>CIN04446 | 004421P001-1467A-025<br>CIN04447 | 004422P001-1467A-025<br>CIN04448 | 004423P001-1467A-025<br>CIN04449 |
| 004424P001-1467A-025<br>CIN04450 | 004425P001-1467A-025<br>CIN04451 | 004426P001-1467A-025<br>CIN04452 | 004427P001-1467A-025<br>CIN04453 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004428P001-1467A-025<br>CIN04454 | 004429P001-1467A-025<br>CIN04455 | 004430P001-1467A-025<br>CIN04456 | 004431P001-1467A-025<br>CIN04457 |
| 004432P001-1467A-025<br>CIN04458 | 004433P001-1467A-025<br>CIN04459 | 004434P001-1467A-025<br>CIN04460 | 004435P001-1467A-025<br>CIN04461 |
| 004436P001-1467A-025<br>CIN04462 | 004437P001-1467A-025<br>CIN04463 | 004438P001-1467A-025<br>CIN04464 | 004439P001-1467A-025<br>CIN04465 |
| 004440P001-1467A-025<br>CIN04466 | 004441P001-1467A-025<br>CIN04467 | 004442P001-1467A-025<br>CIN04468 | 004443P001-1467A-025<br>CIN04469 |
| 004444P001-1467A-025<br>CIN04470 | 004469P001-1467A-025<br>CIN04471 | 004445P001-1467A-025<br>CIN04472 | 004446P001-1467A-025<br>CIN04473 |
| 004447P001-1467A-025<br>CIN04474 | 004448P001-1467A-025<br>CIN04475 | 004449P001-1467A-025<br>CIN04476 | 004450P001-1467A-025<br>CIN04477 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004451P001-1467A-025<br>CIN04478 | 004452P001-1467A-025<br>CIN04479 | 004453P001-1467A-025<br>CIN04480 | 004454P001-1467A-025<br>CIN04481 |
| 004455P001-1467A-025<br>CIN04482 | 004456P001-1467A-025<br>CIN04483 | 004457P001-1467A-025<br>CIN04484 | 004458P001-1467A-025<br>CIN04485 |
| 004459P001-1467A-025<br>CIN04486 | 004460P001-1467A-025<br>CIN04487 | 004461P001-1467A-025<br>CIN04488 | 004462P001-1467A-025<br>CIN04489 |
| 004463P001-1467A-025<br>CIN04490 | 004464P001-1467A-025<br>CIN04491 | 004465P001-1467A-025<br>CIN04492 | 004466P001-1467A-025<br>CIN04493 |
| 004467P001-1467A-025<br>CIN04494 | 004468P001-1467A-025<br>CIN04495 | 004470P001-1467A-025<br>CIN04496 | 004471P001-1467A-025<br>CIN04497 |
| 004472P001-1467A-025<br>CIN04498 | 004473P001-1467A-025<br>CIN04499 | 004474P001-1467A-025<br>CIN04500 | 004475P001-1467A-025<br>CIN04501 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004476P001-1467A-025<br>CIN04502 | 004477P001-1467A-025<br>CIN04503 | 004478P001-1467A-025<br>CIN04504 | 004479P001-1467A-025<br>CIN04505 |
| 004480P001-1467A-025<br>CIN04506 | 004481P001-1467A-025<br>CIN04507 | 004482P001-1467A-025<br>CIN04508 | 004483P001-1467A-025<br>CIN04509 |
| 004484P001-1467A-025<br>CIN04510 | 004485P001-1467A-025<br>CIN04511 | 004486P001-1467A-025<br>CIN04512 | 004487P001-1467A-025<br>CIN04513 |
| 004488P001-1467A-025<br>CIN04514 | 004489P001-1467A-025<br>CIN04515 | 004490P001-1467A-025<br>CIN04516 | 004491P001-1467A-025<br>CIN04517 |
| 004492P001-1467A-025<br>CIN04518 | 004493P002-1467A-025<br>CIN04519 | 006949P002-1467A-025<br>CIN04519 | 004494P001-1467A-025<br>CIN04520 |
| 004495P001-1467A-025<br>CIN04521 | 004496P001-1467A-025<br>CIN04522 | 004497P001-1467A-025<br>CIN04523 | 004498P001-1467A-025<br>CIN04524 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004499P001-1467A-025<br>CIN04525 | 004500P001-1467A-025<br>CIN04526 | 004501P001-1467A-025<br>CIN04527 | 004502P001-1467A-025<br>CIN04528 |
| 004503P001-1467A-025<br>CIN04529 | 004504P001-1467A-025<br>CIN04530 | 004505P001-1467A-025<br>CIN04531 | 004506P001-1467A-025<br>CIN04532 |
| 004507P001-1467A-025<br>CIN04533 | 004508P001-1467A-025<br>CIN04534 | 004509P001-1467A-025<br>CIN04535 | 004510P002-1467A-025<br>CIN04536 |
| 006822P003-1467A-025<br>CIN04536 | 004511P001-1467A-025<br>CIN04537 | 004512P001-1467A-025<br>CIN04538 | 004513P001-1467A-025<br>CIN04539 |
| 004514P001-1467A-025<br>CIN04540 | 004515P001-1467A-025<br>CIN04541 | 004516P001-1467A-025<br>CIN04542 | 004517P001-1467A-025<br>CIN04543 |
| 004518P001-1467A-025<br>CIN04544 | 004519P001-1467A-025<br>CIN04545 | 004520P001-1467A-025<br>CIN04546 | 004521P001-1467A-025<br>CIN04547 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004522P001-1467A-025<br>CIN04548 | 004523P001-1467A-025<br>CIN04549 | 004524P001-1467A-025<br>CIN04550 | 004525P001-1467A-025<br>CIN04551 |
| 004526P001-1467A-025<br>CIN04552 | 004527P001-1467A-025<br>CIN04553 | 004528P001-1467A-025<br>CIN04554 | 004529P001-1467A-025<br>CIN04555 |
| 004530P001-1467A-025<br>CIN04556 | 004531P001-1467A-025<br>CIN04557 | 004532P001-1467A-025<br>CIN04558 | 004533P001-1467A-025<br>CIN04559 |
| 004534P001-1467A-025<br>CIN04560 | 004535P001-1467A-025<br>CIN04561 | 004536P001-1467A-025<br>CIN04562 | 004537P001-1467A-025<br>CIN04563 |
| 004538P001-1467A-025<br>CIN04564 | 004539P001-1467A-025<br>CIN04565 | 004540P001-1467A-025<br>CIN04566 | 004541P001-1467A-025<br>CIN04567 |
| 004542P001-1467A-025<br>CIN04568 | 004543P001-1467A-025<br>CIN04569 | 004544P001-1467A-025<br>CIN04570 | 004545P001-1467A-025<br>CIN04571 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004546P001-1467A-025<br>CIN04572 | 004547P001-1467A-025<br>CIN04573 | 004548P001-1467A-025<br>CIN04574 | 004549P001-1467A-025<br>CIN04575 |
| 004550P001-1467A-025<br>CIN04576 | 004551P001-1467A-025<br>CIN04577 | 004552P001-1467A-025<br>CIN04578 | 004553P001-1467A-025<br>CIN04579 |
| 004554P001-1467A-025<br>CIN04580 | 004555P001-1467A-025<br>CIN04581 | 004556P002-1467A-025<br>CIN04582 | 004561P001-1467A-025<br>CIN04583 |
| 004557P001-1467A-025<br>CIN04584 | 004558P001-1467A-025<br>CIN04585 | 004559P001-1467A-025<br>CIN04586 | 004560P001-1467A-025<br>CIN04587 |
| 004562P001-1467A-025<br>CIN04588 | 004563P001-1467A-025<br>CIN04589 | 004564P001-1467A-025<br>CIN04590 | 004565P001-1467A-025<br>CIN04591 |
| 004566P001-1467A-025<br>CIN04592 | 004567P001-1467A-025<br>CIN04593 | 004568P001-1467A-025<br>CIN04594 | 004569P001-1467A-025<br>CIN04595 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004570P001-1467A-025<br>CIN04596 | 004571P001-1467A-025<br>CIN04597 | 004572P001-1467A-025<br>CIN04598 | 004573P001-1467A-025<br>CIN04599 |
| 004574P001-1467A-025<br>CIN04600 | 004575P001-1467A-025<br>CIN04601 | 004576P001-1467A-025<br>CIN04602 | 004577P001-1467A-025<br>CIN04603 |
| 004578P001-1467A-025<br>CIN04604 | 004579P001-1467A-025<br>CIN04605 | 004580P001-1467A-025<br>CIN04606 | 004581P001-1467A-025<br>CIN04607 |
| 004582P001-1467A-025<br>CIN04608 | 004583P001-1467A-025<br>CIN04609 | 004584P001-1467A-025<br>CIN04610 | 004585P001-1467A-025<br>CIN04611 |
| 004586P001-1467A-025<br>CIN04612 | 004587P001-1467A-025<br>CIN04613 | 004588P001-1467A-025<br>CIN04614 | 004589P001-1467A-025<br>CIN04615 |
| 004590P001-1467A-025<br>CIN04616 | 004591P001-1467A-025<br>CIN04617 | 004592P002-1467A-025<br>CIN04618 | 004593P001-1467A-025<br>CIN04619 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004594P001-1467A-025<br>CIN04620 | 004595P001-1467A-025<br>CIN04621 | 004596P001-1467A-025<br>CIN04622 | 004597P001-1467A-025<br>CIN04623 |
| 004598P001-1467A-025<br>CIN04624 | 004599P001-1467A-025<br>CIN04625 | 004600P001-1467A-025<br>CIN04626 | 004601P001-1467A-025<br>CIN04627 |
| 004602P001-1467A-025<br>CIN04628 | 004603P001-1467A-025<br>CIN04629 | 004604P002-1467A-025<br>CIN04630 | 004605P003-1467A-025<br>CIN04631 |
| 006863P003-1467A-025<br>CIN04631 | 004606P001-1467A-025<br>CIN04632 | 004607P001-1467A-025<br>CIN04633 | 004608P001-1467A-025<br>CIN04634 |
| 004609P001-1467A-025<br>CIN04635 | 004610P001-1467A-025<br>CIN04636 | 004611P001-1467A-025<br>CIN04637 | 004612P001-1467A-025<br>CIN04638 |
| 004613P001-1467A-025<br>CIN04639 | 004614P002-1467A-025<br>CIN04640 | 006869P001-1467A-025<br>CIN04640 | 004615P001-1467A-025<br>CIN04641 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004616P001-1467A-025<br>CIN04642 | 004617P001-1467A-025<br>CIN04643 | 004618P001-1467A-025<br>CIN04644 | 004619P001-1467A-025<br>CIN04645 |
| 004620P001-1467A-025<br>CIN04646 | 004621P001-1467A-025<br>CIN04647 | 004622P001-1467A-025<br>CIN04648 | 004623P001-1467A-025<br>CIN04649 |
| 004624P001-1467A-025<br>CIN04650 | 004625P001-1467A-025<br>CIN04651 | 004626P001-1467A-025<br>CIN04652 | 004627P001-1467A-025<br>CIN04653 |
| 004628P001-1467A-025<br>CIN04654 | 004629P001-1467A-025<br>CIN04655 | 004630P001-1467A-025<br>CIN04656 | 004631P001-1467A-025<br>CIN04657 |
| 004632P001-1467A-025<br>CIN04658 | 004633P001-1467A-025<br>CIN04659 | 004634P001-1467A-025<br>CIN04660 | 004635P001-1467A-025<br>CIN04661 |
| 004636P001-1467A-025<br>CIN04662 | 004637P001-1467A-025<br>CIN04663 | 004638P001-1467A-025<br>CIN04664 | 004639P001-1467A-025<br>CIN04665 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004640P001-1467A-025 CIN04666 | 004641P001-1467A-025 CIN04667 | 004642P001-1467A-025 CIN04668 | 004643P001-1467A-025 CIN04669 |
| 004644P001-1467A-025 CIN04670 | 004645P001-1467A-025 CIN04671 | 004646P001-1467A-025 CIN04672 | 004647P001-1467A-025 CIN04673 |
| 004648P001-1467A-025 CIN04674 | 004649P001-1467A-025 CIN04675 | 004650P001-1467A-025 CIN04676 | 004651P001-1467A-025 CIN04677 |
| 004652P001-1467A-025 CIN04678 | 004653P001-1467A-025 CIN04679 | 004654P001-1467A-025 CIN04680 | 004655P002-1467A-025 CIN04681 |
| 004656P001-1467A-025 CIN04682 | 004657P001-1467A-025 CIN04683 | 004658P001-1467A-025 CIN04684 | 004659P001-1467A-025 CIN04685 |
| 004660P001-1467A-025 CIN04686 | 004661P001-1467A-025 CIN04687 | 004662P001-1467A-025 CIN04688 | 004663P002-1467A-025 CIN04689 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006986P002-1467A-025<br>CIN04689 | 004664P001-1467A-025<br>CIN04690 | 004665P001-1467A-025<br>CIN04691 | 004666P001-1467A-025<br>CIN04692 |
| 004667P001-1467A-025<br>CIN04693 | 004668P001-1467A-025<br>CIN04694 | 004669P001-1467A-025<br>CIN04695 | 004670P001-1467A-025<br>CIN04696 |
| 004672P001-1467A-025<br>CIN04697 | 004673P001-1467A-025<br>CIN04698 | 004674P002-1467A-025<br>CIN04699 | 004675P001-1467A-025<br>CIN04700 |
| 004676P001-1467A-025<br>CIN04701 | 004677P001-1467A-025<br>CIN04702 | 004678P001-1467A-025<br>CIN04703 | 004679P001-1467A-025<br>CIN04704 |
| 004680P001-1467A-025<br>CIN04705 | 004681P001-1467A-025<br>CIN04706 | 004682P001-1467A-025<br>CIN04707 | 004683P002-1467A-025<br>CIN04708 |
| 006806P001-1467A-025<br>CIN04708 | 004684P001-1467A-025<br>CIN04709 | 004685P001-1467A-025<br>CIN04710 | 004686P001-1467A-025<br>CIN04711 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004687P001-1467A-025<br>CIN04712 | 004688P001-1467A-025<br>CIN04713 | 004689P001-1467A-025<br>CIN04714 | 004690P001-1467A-025<br>CIN04715 |
| 004691P001-1467A-025<br>CIN04716 | 004692P002-1467A-025<br>CIN04717 | 006956P003-1467A-025<br>CIN04717 | 004693P001-1467A-025<br>CIN04718 |
| 004694P001-1467A-025<br>CIN04719 | 004695P002-1467A-025<br>CIN04720 | 004695P002-1467A-025<br>CIN04720 | 006966P002-1467A-025<br>CIN04720 |
| 006966P002-1467A-025<br>CIN04720 | 006991P002-1467A-025<br>CIN04720 | 006991P002-1467A-025<br>CIN04720 | 004696P001-1467A-025<br>CIN04721 |
| 004697P001-1467A-025<br>CIN04722 | 004698P001-1467A-025<br>CIN04723 | 004699P001-1467A-025<br>CIN04724 | 004700P001-1467A-025<br>CIN04725 |
| 004701P001-1467A-025<br>CIN04726 | 004702P001-1467A-025<br>CIN04727 | 004703P001-1467A-025<br>CIN04728 | 004704P001-1467A-025<br>CIN04729 |

Case 20-12836-JTD   Doc 288   Filed 12/29/20   Page 216 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 207 of 277

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004705P001-1467A-025<br>CIN04730 | 004706P001-1467A-025<br>CIN04731 | 004707P001-1467A-025<br>CIN04732 | 004708P001-1467A-025<br>CIN04733 |
| 004709P001-1467A-025<br>CIN04734 | 004710P001-1467A-025<br>CIN04735 | 004711P001-1467A-025<br>CIN04736 | 004712P001-1467A-025<br>CIN04737 |
| 004713P001-1467A-025<br>CIN04738 | 004714P001-1467A-025<br>CIN04739 | 004715P001-1467A-025<br>CIN04740 | 004716P001-1467A-025<br>CIN04741 |
| 004717P001-1467A-025<br>CIN04742 | 004718P001-1467A-025<br>CIN04743 | 004719P001-1467A-025<br>CIN04744 | 004720P001-1467A-025<br>CIN04745 |
| 004721P001-1467A-025<br>CIN04746 | 004722P001-1467A-025<br>CIN04747 | 004723P001-1467A-025<br>CIN04748 | 004724P001-1467A-025<br>CIN04749 |
| 004725P001-1467A-025<br>CIN04750 | 004726P001-1467A-025<br>CIN04751 | 004727P001-1467A-025<br>CIN04752 | 004728P001-1467A-025<br>CIN04753 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004729P001-1467A-025<br>CIN04754 | 004730P001-1467A-025<br>CIN04755 | 004731P001-1467A-025<br>CIN04756 | 004732P001-1467A-025<br>CIN04757 |
| 004733P001-1467A-025<br>CIN04758 | 004734P001-1467A-025<br>CIN04759 | 006345P001-1467A-025<br>CIN04760 | 004735P001-1467A-025<br>CIN04761 |
| 004736P001-1467A-025<br>CIN04762 | 004737P001-1467A-025<br>CIN04763 | 004738P001-1467A-025<br>CIN04764 | 004739P001-1467A-025<br>CIN04765 |
| 004740P001-1467A-025<br>CIN04766 | 004741P001-1467A-025<br>CIN04767 | 004742P001-1467A-025<br>CIN04768 | 004743P001-1467A-025<br>CIN04769 |
| 004744P001-1467A-025<br>CIN04770 | 004745P001-1467A-025<br>CIN04771 | 004746P001-1467A-025<br>CIN04772 | 004747P001-1467A-025<br>CIN04773 |
| 004748P001-1467A-025<br>CIN04774 | 004749P001-1467A-025<br>CIN04775 | 004750P001-1467A-025<br>CIN04776 | 004751P001-1467A-025<br>CIN04777 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004752P001-1467A-025<br>CIN04778 | 004753P001-1467A-025<br>CIN04779 | 004754P001-1467A-025<br>CIN04780 | 004755P001-1467A-025<br>CIN04781 |
| 004756P001-1467A-025<br>CIN04782 | 004757P001-1467A-025<br>CIN04783 | 004758P001-1467A-025<br>CIN04784 | 004759P001-1467A-025<br>CIN04785 |
| 004760P001-1467A-025<br>CIN04786 | 004761P001-1467A-025<br>CIN04787 | 004762P001-1467A-025<br>CIN04788 | 004763P001-1467A-025<br>CIN04789 |
| 004764P001-1467A-025<br>CIN04790 | 004765P001-1467A-025<br>CIN04791 | 004766P001-1467A-025<br>CIN04792 | 004767P001-1467A-025<br>CIN04793 |
| 004768P001-1467A-025<br>CIN04794 | 004769P003-1467A-025<br>CIN04795 | 004770P001-1467A-025<br>CIN04796 | 004771P001-1467A-025<br>CIN04797 |
| 004772P001-1467A-025<br>CIN04798 | 004773P001-1467A-025<br>CIN04799 | 004774P001-1467A-025<br>CIN04800 | 004775P001-1467A-025<br>CIN04801 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004776P001-1467A-025<br>CIN04802 | 004777P001-1467A-025<br>CIN04803 | 004778P001-1467A-025<br>CIN04804 | 004779P001-1467A-025<br>CIN04805 |
| 004780P001-1467A-025<br>CIN04806 | 004781P001-1467A-025<br>CIN04807 | 004782P001-1467A-025<br>CIN04808 | 004783P001-1467A-025<br>CIN04809 |
| 004784P001-1467A-025<br>CIN04810 | 004785P001-1467A-025<br>CIN04811 | 004786P001-1467A-025<br>CIN04812 | 004787P001-1467A-025<br>CIN04813 |
| 004788P001-1467A-025<br>CIN04814 | 004789P001-1467A-025<br>CIN04815 | 004790P001-1467A-025<br>CIN04816 | 004791P001-1467A-025<br>CIN04817 |
| 004792P001-1467A-025<br>CIN04818 | 004793P001-1467A-025<br>CIN04819 | 004794P001-1467A-025<br>CIN04820 | 004795P001-1467A-025<br>CIN04821 |
| 004796P001-1467A-025<br>CIN04822 | 004797P001-1467A-025<br>CIN04823 | 004798P001-1467A-025<br>CIN04824 | 004799P001-1467A-025<br>CIN04825 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 220 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 211 of 277                                                                12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004800P001-1467A-025<br>CIN04826 | 004801P001-1467A-025<br>CIN04827 | 006245P001-1467A-025<br>CIN04828 | 004802P001-1467A-025<br>CIN04829 |
| 004803P001-1467A-025<br>CIN04830 | 004804P001-1467A-025<br>CIN04831 | 004805P001-1467A-025<br>CIN04832 | 004806P001-1467A-025<br>CIN04833 |
| 004807P001-1467A-025<br>CIN04834 | 004808P001-1467A-025<br>CIN04835 | 004809P001-1467A-025<br>CIN04836 | 004810P001-1467A-025<br>CIN04837 |
| 004811P001-1467A-025<br>CIN04838 | 004812P001-1467A-025<br>CIN04839 | 004813P001-1467A-025<br>CIN04840 | 004814P001-1467A-025<br>CIN04841 |
| 004815P001-1467A-025<br>CIN04842 | 004816P001-1467A-025<br>CIN04843 | 004817P001-1467A-025<br>CIN04844 | 004818P001-1467A-025<br>CIN04845 |
| 004819P001-1467A-025<br>CIN04846 | 004820P001-1467A-025<br>CIN04847 | 004821P001-1467A-025<br>CIN04848 | 004822P001-1467A-025<br>CIN04849 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004823P001-1467A-025<br>CIN04850 | 004824P001-1467A-025<br>CIN04851 | 004825P001-1467A-025<br>CIN04852 | 004826P001-1467A-025<br>CIN04853 |
| 004827P001-1467A-025<br>CIN04854 | 004828P001-1467A-025<br>CIN04855 | 004829P001-1467A-025<br>CIN04856 | 004830P001-1467A-025<br>CIN04857 |
| 004831P001-1467A-025<br>CIN04858 | 004832P001-1467A-025<br>CIN04859 | 004833P001-1467A-025<br>CIN04860 | 006246P001-1467A-025<br>CIN04861 |
| 004834P001-1467A-025<br>CIN04862 | 004835P001-1467A-025<br>CIN04863 | 004836P001-1467A-025<br>CIN04864 | 004837P001-1467A-025<br>CIN04865 |
| 004838P001-1467A-025<br>CIN04866 | 004839P001-1467A-025<br>CIN04867 | 004840P001-1467A-025<br>CIN04868 | 004841P001-1467A-025<br>CIN04869 |
| 004842P001-1467A-025<br>CIN04870 | 004843P002-1467A-025<br>CIN04871 | 004844P001-1467A-025<br>CIN04872 | 004845P001-1467A-025<br>CIN04873 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004846P001-1467A-025<br>CIN04874 | 004847P001-1467A-025<br>CIN04875 | 004848P001-1467A-025<br>CIN04876 | 004849P001-1467A-025<br>CIN04877 |
| 004850P001-1467A-025<br>CIN04878 | 004851P001-1467A-025<br>CIN04879 | 004852P001-1467A-025<br>CIN04880 | 004853P001-1467A-025<br>CIN04881 |
| 004854P001-1467A-025<br>CIN04882 | 004855P001-1467A-025<br>CIN04883 | 004856P001-1467A-025<br>CIN04884 | 004857P001-1467A-025<br>CIN04885 |
| 004858P001-1467A-025<br>CIN04886 | 004859P001-1467A-025<br>CIN04887 | 004860P001-1467A-025<br>CIN04888 | 004861P001-1467A-025<br>CIN04889 |
| 004862P002-1467A-025<br>CIN04890 | 006920P001-1467A-025<br>CIN04890 | 004863P001-1467A-025<br>CIN04891 | 004864P001-1467A-025<br>CIN04892 |
| 000010P001-1467A-025<br>CIN04893 | 004865P001-1467A-025<br>CIN04894 | 004866P001-1467A-025<br>CIN04895 | 004867P001-1467A-025<br>CIN04896 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004868P001-1467A-025
CIN04897

004869P002-1467A-025
CIN04898

004870P001-1467A-025
CIN04899

004871P001-1467A-025
CIN04900

004872P001-1467A-025
CIN04901

004873P001-1467A-025
CIN04902

004874P001-1467A-025
CIN04903

004875P001-1467A-025
CIN04904

004876P001-1467A-025
CIN04905

004877P001-1467A-025
CIN04906

004878P001-1467A-025
CIN04907

004879P001-1467A-025
CIN04908

004880P001-1467A-025
CIN04909

004881P001-1467A-025
CIN04910

004882P001-1467A-025
CIN04911

004883P001-1467A-025
CIN04912

004884P001-1467A-025
CIN04913

004885P001-1467A-025
CIN04914

004886P001-1467A-025
CIN04915

004887P001-1467A-025
CIN04916

004888P001-1467A-025
CIN04917

004889P001-1467A-025
CIN04918

004890P001-1467A-025
CIN04919

004891P001-1467A-025
CIN04920

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 004892P001-1467A-025<br>CIN04921 | 004893P001-1467A-025<br>CIN04922 | 004894P001-1467A-025<br>CIN04923 | 004895P001-1467A-025<br>CIN04924 |
| 004896P001-1467A-025<br>CIN04925 | 004897P003-1467A-025<br>CIN04926 | 006635P003-1467A-025<br>CIN04926 | 004898P001-1467A-025<br>CIN04927 |
| 004899P001-1467A-025<br>CIN04928 | 004900P001-1467A-025<br>CIN04929 | 004901P001-1467A-025<br>CIN04930 | 004902P001-1467A-025<br>CIN04931 |
| 004903P001-1467A-025<br>CIN04932 | 004904P001-1467A-025<br>CIN04933 | 004905P001-1467A-025<br>CIN04934 | 004906P001-1467A-025<br>CIN04935 |
| 004907P001-1467A-025<br>CIN04936 | 004908P001-1467A-025<br>CIN04937 | 004909P001-1467A-025<br>CIN04938 | 004910P001-1467A-025<br>CIN04939 |
| 004911P001-1467A-025<br>CIN04940 | 004912P001-1467A-025<br>CIN04941 | 004913P001-1467A-025<br>CIN04942 | 004914P001-1467A-025<br>CIN04943 |

| | | | |
|---|---|---|---|
| 004915P001-1467A-025<br>CIN04944 | 004916P001-1467A-025<br>CIN04945 | 004917P001-1467A-025<br>CIN04946 | 004918P001-1467A-025<br>CIN04947 |
| 004919P002-1467A-025<br>CIN04948 | 004920P001-1467A-025<br>CIN04949 | 004921P001-1467A-025<br>CIN04950 | 004922P001-1467A-025<br>CIN04951 |
| 004923P001-1467A-025<br>CIN04952 | 004924P001-1467A-025<br>CIN04953 | 006247P001-1467A-025<br>CIN04954 | 004925P001-1467A-025<br>CIN04955 |
| 004926P001-1467A-025<br>CIN04956 | 004927P001-1467A-025<br>CIN04957 | 004928P001-1467A-025<br>CIN04958 | 004929P001-1467A-025<br>CIN04959 |
| 004930P001-1467A-025<br>CIN04960 | 004931P001-1467A-025<br>CIN04961 | 004932P001-1467A-025<br>CIN04962 | 004933P001-1467A-025<br>CIN04963 |
| 004934P001-1467A-025<br>CIN04964 | 004935P001-1467A-025<br>CIN04965 | 004936P001-1467A-025<br>CIN04966 | 004937P001-1467A-025<br>CIN04967 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004938P001-1467A-025<br>CIN04968 | 004939P001-1467A-025<br>CIN04969 | 004940P001-1467A-025<br>CIN04970 | 004941P001-1467A-025<br>CIN04971 |
| 004942P001-1467A-025<br>CIN04972 | 004943P001-1467A-025<br>CIN04973 | 004944P001-1467A-025<br>CIN04974 | 004945P001-1467A-025<br>CIN04975 |
| 004946P001-1467A-025<br>CIN04976 | 004947P001-1467A-025<br>CIN04977 | 004948P001-1467A-025<br>CIN04978 | 004949P001-1467A-025<br>CIN04979 |
| 004950P001-1467A-025<br>CIN04980 | 004951P001-1467A-025<br>CIN04981 | 004952P001-1467A-025<br>CIN04982 | 004953P001-1467A-025<br>CIN04983 |
| 004954P001-1467A-025<br>CIN04984 | 004955P001-1467A-025<br>CIN04985 | 004956P001-1467A-025<br>CIN04986 | 004957P001-1467A-025<br>CIN04987 |
| 004958P001-1467A-025<br>CIN04988 | 004959P001-1467A-025<br>CIN04989 | 004960P002-1467A-025<br>CIN04990 | 006712P002-1467A-025<br>CIN04990 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004961P001-1467A-025<br>CIN04991 | 004962P001-1467A-025<br>CIN04992 | 004963P001-1467A-025<br>CIN04993 | 004964P001-1467A-025<br>CIN04994 |
| 004965P002-1467A-025<br>CIN04995 | 006839P002-1467A-025<br>CIN04995 | 004966P001-1467A-025<br>CIN04996 | 004967P001-1467A-025<br>CIN04997 |
| 004968P002-1467A-025<br>CIN04998 | 006970P001-1467A-025<br>CIN04998 | 004969P001-1467A-025<br>CIN04999 | 004970P001-1467A-025<br>CIN05000 |
| 004971P001-1467A-025<br>CIN05001 | 004972P002-1467A-025<br>CIN05002 | 006629P003-1467A-025<br>CIN05002 | 004973P001-1467A-025<br>CIN05003 |
| 006255P002-1467A-025<br>CIN05004 | 006263P002-1467A-025<br>CIN05005 | 004974P001-1467A-025<br>CIN05006 | 004975P001-1467A-025<br>CIN05007 |
| 004976P001-1467A-025<br>CIN05008 | 004977P001-1467A-025<br>CIN05009 | 004978P001-1467A-025<br>CIN05010 | 004979P001-1467A-025<br>CIN05011 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 004980P001-1467A-025<br>CIN05012 | 004981P001-1467A-025<br>CIN05013 | 004982P001-1467A-025<br>CIN05014 | 004983P001-1467A-025<br>CIN05015 |
| 004984P001-1467A-025<br>CIN05016 | 004985P001-1467A-025<br>CIN05017 | 000232P001-1467A-025<br>CIN05018 | 004986P001-1467A-025<br>CIN05019 |
| 004987P001-1467A-025<br>CIN05020 | 004988P001-1467A-025<br>CIN05021 | 004989P001-1467A-025<br>CIN05022 | 004990P001-1467A-025<br>CIN05023 |
| 004991P001-1467A-025<br>CIN05024 | 004992P001-1467A-025<br>CIN05025 | 004993P001-1467A-025<br>CIN05026 | 004994P001-1467A-025<br>CIN05027 |
| 004995P002-1467A-025<br>CIN05028 | 004996P001-1467A-025<br>CIN05029 | 004997P001-1467A-025<br>CIN05030 | 004998P001-1467A-025<br>CIN05031 |
| 004999P001-1467A-025<br>CIN05032 | 005000P001-1467A-025<br>CIN05033 | 005001P001-1467A-025<br>CIN05034 | 005002P001-1467A-025<br>CIN05035 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005003P001-1467A-025<br>CIN05036 | 005004P001-1467A-025<br>CIN05037 | 005005P001-1467A-025<br>CIN05038 | 005006P001-1467A-025<br>CIN05039 |
| 005007P001-1467A-025<br>CIN05040 | 005008P001-1467A-025<br>CIN05041 | 005009P001-1467A-025<br>CIN05042 | 005010P001-1467A-025<br>CIN05043 |
| 005011P001-1467A-025<br>CIN05044 | 005012P001-1467A-025<br>CIN05045 | 005013P001-1467A-025<br>CIN05046 | 005014P001-1467A-025<br>CIN05047 |
| 005015P001-1467A-025<br>CIN05048 | 005016P001-1467A-025<br>CIN05049 | 005017P001-1467A-025<br>CIN05050 | 005018P001-1467A-025<br>CIN05051 |
| 005019P001-1467A-025<br>CIN05052 | 005020P001-1467A-025<br>CIN05053 | 005021P001-1467A-025<br>CIN05054 | 005022P001-1467A-025<br>CIN05055 |
| 005023P001-1467A-025<br>CIN05056 | 005024P001-1467A-025<br>CIN05057 | 005025P001-1467A-025<br>CIN05058 | 005026P001-1467A-025<br>CIN05059 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005027P001-1467A-025<br>CIN05060 | 005028P001-1467A-025<br>CIN05061 | 005029P001-1467A-025<br>CIN05062 | 005030P001-1467A-025<br>CIN05063 |
| 005031P001-1467A-025<br>CIN05064 | 005032P001-1467A-025<br>CIN05065 | 005033P001-1467A-025<br>CIN05066 | 005034P001-1467A-025<br>CIN05067 |
| 000002P001-1467A-025<br>CIN05068 | 005035P002-1467A-025<br>CIN05069 | 006873P002-1467A-025<br>CIN05069 | 005036P001-1467A-025<br>CIN05070 |
| 005037P001-1467A-025<br>CIN05071 | 005038P001-1467A-025<br>CIN05072 | 005039P001-1467A-025<br>CIN05073 | 005040P001-1467A-025<br>CIN05074 |
| 005041P001-1467A-025<br>CIN05075 | 005042P001-1467A-025<br>CIN05076 | 005043P001-1467A-025<br>CIN05077 | 005044P001-1467A-025<br>CIN05078 |
| 005045P001-1467A-025<br>CIN05079 | 005046P001-1467A-025<br>CIN05080 | 005047P001-1467A-025<br>CIN05081 | 005048P001-1467A-025<br>CIN05082 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005049P001-1467A-025<br>CIN05083 | 005050P001-1467A-025<br>CIN05084 | 005051P001-1467A-025<br>CIN05085 | 005052P001-1467A-025<br>CIN05086 |
| 005053P001-1467A-025<br>CIN05087 | 005054P001-1467A-025<br>CIN05088 | 005055P002-1467A-025<br>CIN05089 | 005056P002-1467A-025<br>CIN05090 |
| 005057P001-1467A-025<br>CIN05091 | 005058P001-1467A-025<br>CIN05092 | 005059P001-1467A-025<br>CIN05093 | 005060P001-1467A-025<br>CIN05094 |
| 005061P001-1467A-025<br>CIN05095 | 005062P001-1467A-025<br>CIN05096 | 005063P001-1467A-025<br>CIN05097 | 005064P001-1467A-025<br>CIN05098 |
| 005065P001-1467A-025<br>CIN05099 | 005066P001-1467A-025<br>CIN05100 | 005067P002-1467A-025<br>CIN05101 | 005068P001-1467A-025<br>CIN05102 |
| 005069P001-1467A-025<br>CIN05103 | 005070P001-1467A-025<br>CIN05104 | 005071P001-1467A-025<br>CIN05105 | 005072P001-1467A-025<br>CIN05106 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005073P001-1467A-025<br>CIN05107 | 005074P001-1467A-025<br>CIN05108 | 005075P001-1467A-025<br>CIN05109 | 005076P001-1467A-025<br>CIN05110 |
| 005077P001-1467A-025<br>CIN05111 | 005078P001-1467A-025<br>CIN05112 | 005079P001-1467A-025<br>CIN05113 | 005080P001-1467A-025<br>CIN05114 |
| 005081P001-1467A-025<br>CIN05115 | 005082P001-1467A-025<br>CIN05116 | 005083P001-1467A-025<br>CIN05117 | 005084P003-1467A-025<br>CIN05118 |
| 005085P002-1467A-025<br>CIN05118 | 006862P003-1467A-025<br>CIN05118 | 005086P001-1467A-025<br>CIN05120 | 005087P001-1467A-025<br>CIN05121 |
| 005088P001-1467A-025<br>CIN05122 | 005089P001-1467A-025<br>CIN05123 | 005090P002-1467A-025<br>CIN05124 | 006903P001-1467A-025<br>CIN05124 |
| 005091P001-1467A-025<br>CIN05125 | 005092P001-1467A-025<br>CIN05126 | 005093P001-1467A-025<br>CIN05127 | 005094P002-1467A-025<br>CIN05128 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006962P001-1467A-025<br>CIN05128 | 005095P001-1467A-025<br>CIN05129 | 005096P001-1467A-025<br>CIN05130 | 005097P001-1467A-025<br>CIN05131 |
| 005098P001-1467A-025<br>CIN05132 | 005099P001-1467A-025<br>CIN05133 | 005100P001-1467A-025<br>CIN05134 | 005101P001-1467A-025<br>CIN05135 |
| 005102P002-1467A-025<br>CIN05136 | 005103P001-1467A-025<br>CIN05137 | 005104P001-1467A-025<br>CIN05138 | 005105P001-1467A-025<br>CIN05139 |
| 005106P001-1467A-025<br>CIN05140 | 005107P001-1467A-025<br>CIN05141 | 005108P002-1467A-025<br>CIN05142 | 006716P002-1467A-025<br>CIN05142 |
| 006716P002-1467A-025<br>CIN05142 | 005109P001-1467A-025<br>CIN05143 | 005110P001-1467A-025<br>CIN05144 | 005111P001-1467A-025<br>CIN05145 |
| 005112P001-1467A-025<br>CIN05146 | 005113P001-1467A-025<br>CIN05147 | 005114P001-1467A-025<br>CIN05148 | 005115P001-1467A-025<br>CIN05149 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005116P001-1467A-025<br>CIN05150 | 005117P001-1467A-025<br>CIN05151 | 005118P001-1467A-025<br>CIN05152 | 005119P001-1467A-025<br>CIN05153 |
| 005120P001-1467A-025<br>CIN05154 | 005121P001-1467A-025<br>CIN05155 | 005122P001-1467A-025<br>CIN05156 | 005123P001-1467A-025<br>CIN05157 |
| 005124P001-1467A-025<br>CIN05158 | 005125P001-1467A-025<br>CIN05159 | 005126P001-1467A-025<br>CIN05160 | 005127P001-1467A-025<br>CIN05161 |
| 005128P001-1467A-025<br>CIN05162 | 005129P001-1467A-025<br>CIN05163 | 005130P001-1467A-025<br>CIN05164 | 005131P001-1467A-025<br>CIN05165 |
| 005132P001-1467A-025<br>CIN05166 | 005133P001-1467A-025<br>CIN05167 | 005134P001-1467A-025<br>CIN05168 | 005135P001-1467A-025<br>CIN05169 |
| 005136P001-1467A-025<br>CIN05170 | 005137P001-1467A-025<br>CIN05171 | 005138P002-1467A-025<br>CIN05172 | 006649P003-1467A-025<br>CIN05172 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005139P002-1467A-025<br>CIN05173 | 006801P003-1467A-025<br>CIN05173 | 005140P001-1467A-025<br>CIN05174 | 005141P001-1467A-025<br>CIN05175 |
| 005142P001-1467A-025<br>CIN05176 | 005143P001-1467A-025<br>CIN05177 | 005144P001-1467A-025<br>CIN05178 | 005145P001-1467A-025<br>CIN05179 |
| 005146P001-1467A-025<br>CIN05180 | 005147P001-1467A-025<br>CIN05181 | 005148P001-1467A-025<br>CIN05182 | 005149P001-1467A-025<br>CIN05183 |
| 005150P001-1467A-025<br>CIN05184 | 005151P001-1467A-025<br>CIN05185 | 005152P001-1467A-025<br>CIN05186 | 005153P001-1467A-025<br>CIN05187 |
| 005154P001-1467A-025<br>CIN05188 | 005155P001-1467A-025<br>CIN05189 | 005156P001-1467A-025<br>CIN05190 | 005157P001-1467A-025<br>CIN05191 |
| 005158P001-1467A-025<br>CIN05192 | 005159P001-1467A-025<br>CIN05193 | 005160P001-1467A-025<br>CIN05194 | 005161P002-1467A-025<br>CIN05195 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006633P003-1467A-025<br>CIN05195 | 005162P001-1467A-025<br>CIN05196 | 005163P001-1467A-025<br>CIN05197 | 005164P003-1467A-025<br>CIN05198 |
| 006972P002-1467A-025<br>CIN05198 | 005165P001-1467A-025<br>CIN05199 | 005166P001-1467A-025<br>CIN05200 | 005167P001-1467A-025<br>CIN05201 |
| 005168P001-1467A-025<br>CIN05202 | 005169P001-1467A-025<br>CIN05203 | 005170P001-1467A-025<br>CIN05204 | 005171P001-1467A-025<br>CIN05205 |
| 005172P001-1467A-025<br>CIN05206 | 005173P001-1467A-025<br>CIN05207 | 005174P001-1467A-025<br>CIN05208 | 005175P001-1467A-025<br>CIN05209 |
| 005176P001-1467A-025<br>CIN05210 | 005177P001-1467A-025<br>CIN05211 | 005178P001-1467A-025<br>CIN05212 | 005179P001-1467A-025<br>CIN05213 |
| 005180P002-1467A-025<br>CIN05214 | 006937P001-1467A-025<br>CIN05214 | 005181P001-1467A-025<br>CIN05215 | 005182P001-1467A-025<br>CIN05216 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 237 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 228 of 277

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005183P001-1467A-025<br>CIN05217 | 005184P001-1467A-025<br>CIN05218 | 005185P001-1467A-025<br>CIN05219 | 005186P002-1467A-025<br>CIN05220 |
| 005187P002-1467A-025<br>CIN05221 | 005188P001-1467A-025<br>CIN05222 | 005189P001-1467A-025<br>CIN05223 | 005190P001-1467A-025<br>CIN05224 |
| 005191P001-1467A-025<br>CIN05225 | 005192P001-1467A-025<br>CIN05226 | 005193P001-1467A-025<br>CIN05227 | 005194P001-1467A-025<br>CIN05228 |
| 005195P001-1467A-025<br>CIN05229 | 005196P001-1467A-025<br>CIN05230 | 005197P001-1467A-025<br>CIN05231 | 005198P001-1467A-025<br>CIN05232 |
| 005199P001-1467A-025<br>CIN05233 | 005200P001-1467A-025<br>CIN05234 | 005201P001-1467A-025<br>CIN05235 | 005202P001-1467A-025<br>CIN05236 |
| 005203P001-1467A-025<br>CIN05237 | 006248P001-1467A-025<br>CIN05238 | 005204P001-1467A-025<br>CIN05239 | 005205P001-1467A-025<br>CIN05240 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005206P001-1467A-025<br>CIN05241 | 005207P001-1467A-025<br>CIN05242 | 005208P001-1467A-025<br>CIN05243 | 005209P002-1467A-025<br>CIN05244 |
| 006848P001-1467A-025<br>CIN05244 | 005210P001-1467A-025<br>CIN05245 | 005211P001-1467A-025<br>CIN05246 | 005212P002-1467A-025<br>CIN05247 |
| 005212P002-1467A-025<br>CIN05247 | 006914P001-1467A-025<br>CIN05247 | 006914P001-1467A-025<br>CIN05247 | 005213P001-1467A-025<br>CIN05248 |
| 005214P001-1467A-025<br>CIN05249 | 005215P002-1467A-025<br>CIN05250 | 005215P002-1467A-025<br>CIN05250 | 006918P001-1467A-025<br>CIN05250 |
| 006918P001-1467A-025<br>CIN05250 | 005216P001-1467A-025<br>CIN05251 | 005217P001-1467A-025<br>CIN05252 | 005218P001-1467A-025<br>CIN05253 |
| 005219P002-1467A-025<br>CIN05254 | 006978P002-1467A-025<br>CIN05254 | 005220P001-1467A-025<br>CIN05255 | 005221P001-1467A-025<br>CIN05256 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005222P002-1467A-025<br>CIN05257 | 005223P001-1467A-025<br>CIN05258 | 005224P001-1467A-025<br>CIN05259 | 005225P001-1467A-025<br>CIN05260 |
| 005226P001-1467A-025<br>CIN05261 | 005227P002-1467A-025<br>CIN05262 | 006836P001-1467A-025<br>CIN05262 | 005228P001-1467A-025<br>CIN05263 |
| 005229P001-1467A-025<br>CIN05264 | 005230P001-1467A-025<br>CIN05265 | 005231P001-1467A-025<br>CIN05266 | 005232P001-1467A-025<br>CIN05267 |
| 005233P001-1467A-025<br>CIN05268 | 005234P001-1467A-025<br>CIN05269 | 005235P001-1467A-025<br>CIN05270 | 005236P001-1467A-025<br>CIN05271 |
| 005237P001-1467A-025<br>CIN05272 | 005238P001-1467A-025<br>CIN05273 | 005239P001-1467A-025<br>CIN05274 | 005240P001-1467A-025<br>CIN05275 |
| 005241P001-1467A-025<br>CIN05276 | 005242P001-1467A-025<br>CIN05277 | 005243P001-1467A-025<br>CIN05278 | 005244P001-1467A-025<br>CIN05279 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 005245P001-1467A-025 | 005246P001-1467A-025 | 005247P001-1467A-025 | 005248P001-1467A-025 |
| CIN05280 | CIN05281 | CIN05282 | CIN05283 |

| 005249P001-1467A-025 | 005250P001-1467A-025 | 005251P001-1467A-025 | 005252P001-1467A-025 |
| CIN05284 | CIN05285 | CIN05286 | CIN05287 |

| 005253P001-1467A-025 | 005254P001-1467A-025 | 005255P001-1467A-025 | 005256P001-1467A-025 |
| CIN05288 | CIN05289 | CIN05290 | CIN05291 |

| 005257P001-1467A-025 | 005258P001-1467A-025 | 005259P001-1467A-025 | 005260P001-1467A-025 |
| CIN05292 | CIN05293 | CIN05294 | CIN05295 |

| 005261P001-1467A-025 | 005262P002-1467A-025 | 006968P001-1467A-025 | 005263P002-1467A-025 |
| CIN05296 | CIN05297 | CIN05297 | CIN05298 |

| 006971P001-1467A-025 | 005264P001-1467A-025 | 005265P001-1467A-025 | 005266P001-1467A-025 |
| CIN05298 | CIN05299 | CIN05300 | CIN05301 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005267P001-1467A-025<br>CIN05302 | 005268P001-1467A-025<br>CIN05303 | 005269P002-1467A-025<br>CIN05304 | 006820P001-1467A-025<br>CIN05304 |
| 005270P001-1467A-025<br>CIN05305 | 005271P001-1467A-025<br>CIN05306 | 005272P001-1467A-025<br>CIN05307 | 005273P001-1467A-025<br>CIN05308 |
| 005274P001-1467A-025<br>CIN05309 | 005275P001-1467A-025<br>CIN05310 | 000012P001-1467A-025<br>CIN05311 | 000013P001-1467A-025<br>CIN05312 |
| 005276P001-1467A-025<br>CIN05313 | 005277P002-1467A-025<br>CIN05314 | 006657P003-1467A-025<br>CIN05314 | 005278P001-1467A-025<br>CIN05315 |
| 005279P002-1467A-025<br>CIN05316 | 006835P001-1467A-025<br>CIN05316 | 005280P001-1467A-025<br>CIN05317 | 005281P001-1467A-025<br>CIN05318 |
| 005282P001-1467A-025<br>CIN05319 | 005283P001-1467A-025<br>CIN05320 | 005284P001-1467A-025<br>CIN05321 | 005285P001-1467A-025<br>CIN05322 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005286P001-1467A-025<br>CIN05323 | 005287P001-1467A-025<br>CIN05324 | 005288P001-1467A-025<br>CIN05325 | 005289P001-1467A-025<br>CIN05326 |
| 0062249P001-1467A-025<br>CIN05327 | 006250P001-1467A-025<br>CIN05328 | 005290P001-1467A-025<br>CIN05329 | 005291P001-1467A-025<br>CIN05330 |
| 005292P001-1467A-025<br>CIN05331 | 005293P001-1467A-025<br>CIN05332 | 005294P001-1467A-025<br>CIN05333 | 005295P001-1467A-025<br>CIN05334 |
| 005296P001-1467A-025<br>CIN05335 | 005297P001-1467A-025<br>CIN05336 | 005298P001-1467A-025<br>CIN05337 | 005299P001-1467A-025<br>CIN05338 |
| 005300P001-1467A-025<br>CIN05339 | 005301P001-1467A-025<br>CIN05340 | 005302P001-1467A-025<br>CIN05341 | 005303P001-1467A-025<br>CIN05342 |
| 005304P001-1467A-025<br>CIN05343 | 005305P001-1467A-025<br>CIN05344 | 005306P001-1467A-025<br>CIN05345 | 005307P001-1467A-025<br>CIN05346 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

005308P001-1467A-025
CIN05347

005309P002-1467A-025
CIN05348

005309P002-1467A-025
CIN05348

006930P001-1467A-025
CIN05348

006930P001-1467A-025
CIN05348

005310P001-1467A-025
CIN05349

005311P002-1467A-025
CIN05350

006821P001-1467A-025
CIN05350

005312P001-1467A-025
CIN05351

005313P001-1467A-025
CIN05352

005314P002-1467A-025
CIN05353

006837P002-1467A-025
CIN05353

005315P001-1467A-025
CIN05354

005316P001-1467A-025
CIN05355

005317P001-1467A-025
CIN05356

005318P001-1467A-025
CIN05357

005319P001-1467A-025
CIN05358

005320P001-1467A-025
CIN05359

005321P001-1467A-025
CIN05360

005322P001-1467A-025
CIN05361

005323P001-1467A-025
CIN05362

005324P001-1467A-025
CIN05363

005325P001-1467A-025
CIN05364

005326P001-1467A-025
CIN05365

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005327P001-1467A-025<br>CIN05366 | 005328P001-1467A-025<br>CIN05367 | 005329P001-1467A-025<br>CIN05368 | 005330P001-1467A-025<br>CIN05369 |
| 005331P001-1467A-025<br>CIN05370 | 005332P001-1467A-025<br>CIN05371 | 005333P001-1467A-025<br>CIN05372 | 005334P001-1467A-025<br>CIN05373 |
| 005335P001-1467A-025<br>CIN05374 | 005336P002-1467A-025<br>CIN05375 | 006655P003-1467A-025<br>CIN05375 | 005337P001-1467A-025<br>CIN05376 |
| 005338P001-1467A-025<br>CIN05377 | 005339P001-1467A-025<br>CIN05378 | 005340P001-1467A-025<br>CIN05379 | 005341P001-1467A-025<br>CIN05380 |
| 005342P001-1467A-025<br>CIN05381 | 005343P001-1467A-025<br>CIN05382 | 005344P001-1467A-025<br>CIN05383 | 005345P001-1467A-025<br>CIN05384 |
| 005346P001-1467A-025<br>CIN05385 | 005347P001-1467A-025<br>CIN05386 | 005348P001-1467A-025<br>CIN05387 | 005349P001-1467A-025<br>CIN05388 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005350P001-1467A-025<br>CIN05389 | 005351P001-1467A-025<br>CIN05390 | 005352P001-1467A-025<br>CIN05391 | 005353P001-1467A-025<br>CIN05392 |
| 005354P001-1467A-025<br>CIN05393 | 005355P001-1467A-025<br>CIN05394 | 005356P001-1467A-025<br>CIN05395 | 005357P001-1467A-025<br>CIN05396 |
| 005358P002-1467A-025<br>CIN05397 | 006936P002-1467A-025<br>CIN05397 | 005359P001-1467A-025<br>CIN05398 | 005360P001-1467A-025<br>CIN05399 |
| 005361P001-1467A-025<br>CIN05400 | 005362P001-1467A-025<br>CIN05401 | 005363P001-1467A-025<br>CIN05402 | 005364P001-1467A-025<br>CIN05403 |
| 005365P001-1467A-025<br>CIN05404 | 005366P001-1467A-025<br>CIN05405 | 005367P001-1467A-025<br>CIN05406 | 005368P001-1467A-025<br>CIN05407 |
| 005369P001-1467A-025<br>CIN05408 | 005370P001-1467A-025<br>CIN05409 | 005371P001-1467A-025<br>CIN05410 | 005372P001-1467A-025<br>CIN05411 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

005373P002-1467A-025
CIN05412

005378P001-1467A-025
CIN05413

005374P001-1467A-025
CIN05414

005375P001-1467A-025
CIN05415

005376P001-1467A-025
CIN05416

005377P001-1467A-025
CIN05417

005379P001-1467A-025
CIN05418

005380P001-1467A-025
CIN05419

005381P001-1467A-025
CIN05420

005382P001-1467A-025
CIN05421

005383P001-1467A-025
CIN05422

005384P001-1467A-025
CIN05423

005385P001-1467A-025
CIN05424

005386P001-1467A-025
CIN05425

005387P001-1467A-025
CIN05426

005388P001-1467A-025
CIN05427

005389P001-1467A-025
CIN05428

005390P001-1467A-025
CIN05429

005391P001-1467A-025
CIN05430

005392P001-1467A-025
CIN05431

005393P001-1467A-025
CIN05432

005394P001-1467A-025
CIN05433

005395P001-1467A-025
CIN05434

005396P001-1467A-025
CIN05435

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005397P001-1467A-025<br>CIN05436 | 005398P001-1467A-025<br>CIN05437 | 005399P002-1467A-025<br>CIN05438 | 005400P001-1467A-025<br>CIN05439 |
| 005401P001-1467A-025<br>CIN05440 | 005402P001-1467A-025<br>CIN05441 | 005403P001-1467A-025<br>CIN05442 | 005404P001-1467A-025<br>CIN05443 |
| 005405P001-1467A-025<br>CIN05444 | 005406P001-1467A-025<br>CIN05445 | 005407P001-1467A-025<br>CIN05446 | 005408P001-1467A-025<br>CIN05447 |
| 005409P001-1467A-025<br>CIN05448 | 005410P001-1467A-025<br>CIN05449 | 005411P001-1467A-025<br>CIN05450 | 005412P001-1467A-025<br>CIN05451 |
| 005413P001-1467A-025<br>CIN05452 | 005414P001-1467A-025<br>CIN05453 | 005415P001-1467A-025<br>CIN05454 | 005416P002-1467A-025<br>CIN05455 |
| 006866P003-1467A-025<br>CIN05455 | 005417P002-1467A-025<br>CIN05456 | 005418P001-1467A-025<br>CIN05457 | 005419P001-1467A-025<br>CIN05458 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005420P001-1467A-025<br>CIN05459 | 005421P001-1467A-025<br>CIN05460 | 005422P001-1467A-025<br>CIN05461 | 005423P001-1467A-025<br>CIN05462 |
| 005424P001-1467A-025<br>CIN05463 | 005425P001-1467A-025<br>CIN05464 | 005426P001-1467A-025<br>CIN05465 | 005427P001-1467A-025<br>CIN05466 |
| 005428P001-1467A-025<br>CIN05467 | 005429P001-1467A-025<br>CIN05468 | 005430P001-1467A-025<br>CIN05469 | 005431P001-1467A-025<br>CIN05470 |
| 005432P001-1467A-025<br>CIN05471 | 005433P001-1467A-025<br>CIN05472 | 005434P001-1467A-025<br>CIN05473 | 005435P001-1467A-025<br>CIN05474 |
| 005436P001-1467A-025<br>CIN05475 | 005437P001-1467A-025<br>CIN05476 | 005438P001-1467A-025<br>CIN05477 | 005439P001-1467A-025<br>CIN05478 |
| 005440P001-1467A-025<br>CIN05479 | 005441P001-1467A-025<br>CIN05480 | 005442P001-1467A-025<br>CIN05481 | 005443P001-1467A-025<br>CIN05482 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005444P001-1467A-025<br>CIN05483 | 005445P001-1467A-025<br>CIN05484 | 005446P001-1467A-025<br>CIN05485 | 005447P001-1467A-025<br>CIN05486 |
| 005448P001-1467A-025<br>CIN05487 | 005449P001-1467A-025<br>CIN05488 | 005450P001-1467A-025<br>CIN05489 | 005451P001-1467A-025<br>CIN05490 |
| 005452P001-1467A-025<br>CIN05491 | 005453P001-1467A-025<br>CIN05492 | 005454P001-1467A-025<br>CIN05493 | 005455P001-1467A-025<br>CIN05494 |
| 005456P001-1467A-025<br>CIN05495 | 005457P001-1467A-025<br>CIN05496 | 005458P001-1467A-025<br>CIN05497 | 005459P001-1467A-025<br>CIN05498 |
| 005460P001-1467A-025<br>CIN05499 | 005461P001-1467A-025<br>CIN05500 | 005462P001-1467A-025<br>CIN05501 | 005463P001-1467A-025<br>CIN05502 |
| 005464P001-1467A-025<br>CIN05503 | 005465P001-1467A-025<br>CIN05504 | 005466P001-1467A-025<br>CIN05505 | 005467P001-1467A-025<br>CIN05506 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005468P001-1467A-025<br>CIN05507 | 005469P001-1467A-025<br>CIN05508 | 005470P001-1467A-025<br>CIN05509 | 005471P001-1467A-025<br>CIN05510 |
| 005472P001-1467A-025<br>CIN05511 | 005473P001-1467A-025<br>CIN05512 | 005474P001-1467A-025<br>CIN05513 | 000011P001-1467A-025<br>CIN05514 |
| 005475P001-1467A-025<br>CIN05515 | 005476P002-1467A-025<br>CIN05516 | 005476P002-1467A-025<br>CIN05516 | 006881P001-1467A-025<br>CIN05516 |
| 006881P001-1467A-025<br>CIN05516 | 005477P001-1467A-025<br>CIN05517 | 005478P001-1467A-025<br>CIN05518 | 005479P001-1467A-025<br>CIN05519 |
| 005480P001-1467A-025<br>CIN05520 | 005481P001-1467A-025<br>CIN05521 | 005482P001-1467A-025<br>CIN05522 | 005483P001-1467A-025<br>CIN05523 |
| 005484P001-1467A-025<br>CIN05524 | 005485P001-1467A-025<br>CIN05525 | 005486P001-1467A-025<br>CIN05526 | 005487P001-1467A-025<br>CIN05527 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 251 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 242 of 277                                                    12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005488P001-1467A-025<br>CIN05528 | 005489P001-1467A-025<br>CIN05529 | 006353P001-1467A-025<br>CIN05530 | 006353P001-1467A-025<br>CIN05530 |
| 005490P001-1467A-025<br>CIN05531 | 005491P001-1467A-025<br>CIN05532 | 005492P001-1467A-025<br>CIN05533 | 005493P002-1467A-025<br>CIN05534 |
| 006639P003-1467A-025<br>CIN05534 | 005494P001-1467A-025<br>CIN05535 | 005495P001-1467A-025<br>CIN05536 | 005496P001-1467A-025<br>CIN05537 |
| 005497P001-1467A-025<br>CIN05538 | 005498P001-1467A-025<br>CIN05539 | 005499P001-1467A-025<br>CIN05540 | 005500P001-1467A-025<br>CIN05541 |
| 005501P001-1467A-025<br>CIN05542 | 005502P001-1467A-025<br>CIN05543 | 005503P001-1467A-025<br>CIN05544 | 005504P001-1467A-025<br>CIN05545 |
| 005505P001-1467A-025<br>CIN05546 | 005506P001-1467A-025<br>CIN05547 | 005507P001-1467A-025<br>CIN05548 | 005508P001-1467A-025<br>CIN05549 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005509P001-1467A-025<br>CIN05550 | 005510P001-1467A-025<br>CIN05551 | 005511P001-1467A-025<br>CIN05552 | 005512P001-1467A-025<br>CIN05553 |
| 005513P001-1467A-025<br>CIN05554 | 005514P001-1467A-025<br>CIN05555 | 005515P001-1467A-025<br>CIN05556 | 005516P001-1467A-025<br>CIN05557 |
| 005517P001-1467A-025<br>CIN05558 | 005518P001-1467A-025<br>CIN05559 | 005519P001-1467A-025<br>CIN05560 | 005520P001-1467A-025<br>CIN05561 |
| 005521P001-1467A-025<br>CIN05562 | 005522P001-1467A-025<br>CIN05563 | 005523P001-1467A-025<br>CIN05564 | 005524P002-1467A-025<br>CIN05565 |
| 006680P001-1467A-025<br>CIN05565 | 005525P001-1467A-025<br>CIN05566 | 005526P001-1467A-025<br>CIN05567 | 005527P001-1467A-025<br>CIN05568 |
| 005528P001-1467A-025<br>CIN05569 | 005529P001-1467A-025<br>CIN05570 | 005530P001-1467A-025<br>CIN05571 | 005531P001-1467A-025<br>CIN05572 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005532P001-1467A-025<br>CIN05573 | 005533P001-1467A-025<br>CIN05574 | 005534P001-1467A-025<br>CIN05575 | 005535P001-1467A-025<br>CIN05576 |
| 005536P001-1467A-025<br>CIN05577 | 005537P001-1467A-025<br>CIN05578 | 005538P001-1467A-025<br>CIN05579 | 005539P001-1467A-025<br>CIN05580 |
| 005540P001-1467A-025<br>CIN05581 | 005541P001-1467A-025<br>CIN05582 | 005542P001-1467A-025<br>CIN05583 | 005543P001-1467A-025<br>CIN05584 |
| 005544P001-1467A-025<br>CIN05585 | 005545P001-1467A-025<br>CIN05586 | 005546P001-1467A-025<br>CIN05587 | 005547P001-1467A-025<br>CIN05588 |
| 005548P001-1467A-025<br>CIN05589 | 005549P001-1467A-025<br>CIN05590 | 005550P001-1467A-025<br>CIN05591 | 005551P001-1467A-025<br>CIN05592 |
| 005552P002-1467A-025<br>CIN05593 | 006646P003-1467A-025<br>CIN05593 | 005553P001-1467A-025<br>CIN05594 | 005554P002-1467A-025<br>CIN05595 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006852P001-1467A-025<br>CIN05595 | 005555P002-1467A-025<br>CIN05596 | 006988P001-1467A-025<br>CIN05596 | 006988P001-1467A-025<br>CIN05596 |
| 005556P001-1467A-025<br>CIN05597 | 005557P001-1467A-025<br>CIN05598 | 005558P001-1467A-025<br>CIN05599 | 005559P001-1467A-025<br>CIN05600 |
| 005560P001-1467A-025<br>CIN05601 | 005561P001-1467A-025<br>CIN05602 | 005562P001-1467A-025<br>CIN05603 | 005563P001-1467A-025<br>CIN05604 |
| 005564P001-1467A-025<br>CIN05605 | 006350P001-1467A-025<br>CIN05606 | 001097P003-1467A-025<br>CIN05607 | 001097P003-1467A-025<br>CIN05607 |
| 004671P003-1467A-025<br>CIN05607 | 004671P003-1467A-025<br>CIN05607 | 005565P001-1467A-025<br>CIN05609 | 005566P001-1467A-025<br>CIN05610 |
| 005567P001-1467A-025<br>CIN05611 | 005568P001-1467A-025<br>CIN05612 | 005569P001-1467A-025<br>CIN05613 | 005570P001-1467A-025<br>CIN05614 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005571P001-1467A-025<br>CIN05615 | 005572P001-1467A-025<br>CIN05616 | 005573P001-1467A-025<br>CIN05617 | 005574P001-1467A-025<br>CIN05618 |
| 005575P001-1467A-025<br>CIN05619 | 005576P001-1467A-025<br>CIN05620 | 005577P001-1467A-025<br>CIN05621 | 005578P001-1467A-025<br>CIN05622 |
| 005579P001-1467A-025<br>CIN05623 | 005580P001-1467A-025<br>CIN05624 | 005581P001-1467A-025<br>CIN05625 | 005582P001-1467A-025<br>CIN05626 |
| 005583P001-1467A-025<br>CIN05627 | 005584P001-1467A-025<br>CIN05628 | 005585P001-1467A-025<br>CIN05629 | 005586P001-1467A-025<br>CIN05630 |
| 005587P001-1467A-025<br>CIN05631 | 005588P001-1467A-025<br>CIN05632 | 005589P001-1467A-025<br>CIN05633 | 005590P001-1467A-025<br>CIN05634 |
| 005591P001-1467A-025<br>CIN05635 | 005592P001-1467A-025<br>CIN05636 | 005593P002-1467A-025<br>CIN05637 | 005594P001-1467A-025<br>CIN05638 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005595P001-1467A-025<br>CIN05639 | 000014P001-1467A-025<br>CIN05640 | 005596P001-1467A-025<br>CIN05641 | 005597P001-1467A-025<br>CIN05642 |
| 005598P001-1467A-025<br>CIN05643 | 005599P001-1467A-025<br>CIN05644 | 005600P001-1467A-025<br>CIN05645 | 005601P001-1467A-025<br>CIN05646 |
| 005602P001-1467A-025<br>CIN05647 | 005603P001-1467A-025<br>CIN05648 | 005604P001-1467A-025<br>CIN05649 | 005605P001-1467A-025<br>CIN05650 |
| 005606P001-1467A-025<br>CIN05651 | 005607P002-1467A-025<br>CIN05652 | 005608P001-1467A-025<br>CIN05653 | 005609P001-1467A-025<br>CIN05654 |
| 005610P001-1467A-025<br>CIN05655 | 005611P001-1467A-025<br>CIN05656 | 005612P001-1467A-025<br>CIN05657 | 005613P001-1467A-025<br>CIN05658 |
| 005614P001-1467A-025<br>CIN05659 | 005615P001-1467A-025<br>CIN05660 | 005616P001-1467A-025<br>CIN05661 | 005617P001-1467A-025<br>CIN05662 |

| | | | |
|---|---|---|---|
| 005618P001-1467A-025<br>CIN05663 | 005619P001-1467A-025<br>CIN05664 | 005620P001-1467A-025<br>CIN05665 | 005621P001-1467A-025<br>CIN05666 |
| 005622P001-1467A-025<br>CIN05667 | 005623P001-1467A-025<br>CIN05668 | 005624P001-1467A-025<br>CIN05669 | 005625P001-1467A-025<br>CIN05670 |
| 005626P001-1467A-025<br>CIN05671 | 005627P001-1467A-025<br>CIN05672 | 005628P001-1467A-025<br>CIN05673 | 005629P001-1467A-025<br>CIN05674 |
| 005630P001-1467A-025<br>CIN05675 | 005631P001-1467A-025<br>CIN05676 | 005632P001-1467A-025<br>CIN05677 | 005633P001-1467A-025<br>CIN05678 |
| 005634P001-1467A-025<br>CIN05679 | 005635P001-1467A-025<br>CIN05680 | 005636P001-1467A-025<br>CIN05681 | 005637P001-1467A-025<br>CIN05682 |
| 006257P002-1467A-025<br>CIN05683 | 005638P001-1467A-025<br>CIN05684 | 005639P001-1467A-025<br>CIN05685 | 005640P001-1467A-025<br>CIN05686 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005641P001-1467A-025<br>CIN05687 | 005642P001-1467A-025<br>CIN05688 | 005643P001-1467A-025<br>CIN05689 | 005644P001-1467A-025<br>CIN05690 |
| 005645P001-1467A-025<br>CIN05691 | 005646P001-1467A-025<br>CIN05692 | 005647P001-1467A-025<br>CIN05693 | 005648P001-1467A-025<br>CIN05694 |
| 005649P001-1467A-025<br>CIN05695 | 005650P001-1467A-025<br>CIN05696 | 005651P001-1467A-025<br>CIN05697 | 005652P001-1467A-025<br>CIN05698 |
| 005653P001-1467A-025<br>CIN05699 | 005654P001-1467A-025<br>CIN05700 | 005655P001-1467A-025<br>CIN05701 | 005656P001-1467A-025<br>CIN05702 |
| 005657P002-1467A-025<br>CIN05703 | 005658P001-1467A-025<br>CIN05704 | 005659P001-1467A-025<br>CIN05705 | 005660P001-1467A-025<br>CIN05706 |
| 005661P001-1467A-025<br>CIN05707 | 000015P002-1467A-025<br>CIN05708 | 006913P001-1467A-025<br>CIN05708 | 005662P001-1467A-025<br>CIN05709 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005663P001-1467A-025<br>CIN05710 | 005664P001-1467A-025<br>CIN05711 | 005665P001-1467A-025<br>CIN05712 | 005666P001-1467A-025<br>CIN05713 |
| 005667P001-1467A-025<br>CIN05714 | 005668P001-1467A-025<br>CIN05715 | 005669P001-1467A-025<br>CIN05716 | 005670P001-1467A-025<br>CIN05717 |
| 005671P001-1467A-025<br>CIN05718 | 005672P001-1467A-025<br>CIN05719 | 005673P001-1467A-025<br>CIN05720 | 005674P001-1467A-025<br>CIN05721 |
| 005675P001-1467A-025<br>CIN05722 | 005676P001-1467A-025<br>CIN05723 | 005677P001-1467A-025<br>CIN05724 | 005678P001-1467A-025<br>CIN05725 |
| 005679P001-1467A-025<br>CIN05726 | 005680P001-1467A-025<br>CIN05727 | 000016P001-1467A-025<br>CIN05728 | 005681P001-1467A-025<br>CIN05729 |
| 005682P001-1467A-025<br>CIN05730 | 005683P001-1467A-025<br>CIN05731 | 005684P001-1467A-025<br>CIN05732 | 005685P001-1467A-025<br>CIN05733 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 260 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 251 of 277                                                    12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005686P001-1467A-025<br>CIN05734 | 005687P001-1467A-025<br>CIN05735 | 005688P001-1467A-025<br>CIN05736 | 005689P001-1467A-025<br>CIN05737 |
| 005690P001-1467A-025<br>CIN05738 | 005691P001-1467A-025<br>CIN05739 | 005692P001-1467A-025<br>CIN05740 | 005693P002-1467A-025<br>CIN05741 |
| 006722P002-1467A-025<br>CIN05741 | 005694P001-1467A-025<br>CIN05742 | 005695P001-1467A-025<br>CIN05743 | 005696P001-1467A-025<br>CIN05744 |
| 005697P001-1467A-025<br>CIN05745 | 005698P001-1467A-025<br>CIN05746 | 005699P001-1467A-025<br>CIN05747 | 005700P001-1467A-025<br>CIN05748 |
| 005701P001-1467A-025<br>CIN05749 | 005702P001-1467A-025<br>CIN05750 | 005703P001-1467A-025<br>CIN05751 | 005704P001-1467A-025<br>CIN05752 |
| 005705P001-1467A-025<br>CIN05753 | 005706P001-1467A-025<br>CIN05754 | 005707P001-1467A-025<br>CIN05755 | 005708P001-1467A-025<br>CIN05756 |

Case 20-12836-JTD    Doc 288    Filed 12/29/20    Page 261 of 319

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 252 of 277

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005709P001-1467A-025<br>CIN05757 | 005710P001-1467A-025<br>CIN05758 | 005711P001-1467A-025<br>CIN05759 | 005712P001-1467A-025<br>CIN05760 |
| 005713P001-1467A-025<br>CIN05761 | 005714P001-1467A-025<br>CIN05762 | 006351P001-1467A-025<br>CIN05763 | 005715P001-1467A-025<br>CIN05764 |
| 005716P001-1467A-025<br>CIN05765 | 005717P001-1467A-025<br>CIN05766 | 005718P001-1467A-025<br>CIN05767 | 005719P001-1467A-025<br>CIN05768 |
| 005720P001-1467A-025<br>CIN05769 | 005721P001-1467A-025<br>CIN05770 | 005722P001-1467A-025<br>CIN05771 | 005723P002-1467A-025<br>CIN05772 |
| 005724P001-1467A-025<br>CIN05773 | 005725P001-1467A-025<br>CIN05774 | 005726P001-1467A-025<br>CIN05775 | 005727P001-1467A-025<br>CIN05776 |
| 005728P001-1467A-025<br>CIN05777 | 005729P001-1467A-025<br>CIN05778 | 005730P001-1467A-025<br>CIN05779 | 005731P001-1467A-025<br>CIN05780 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005732P001-1467A-025<br>CIN05781 | 005733P001-1467A-025<br>CIN05782 | 005734P001-1467A-025<br>CIN05783 | 005735P001-1467A-025<br>CIN05784 |
| 005736P001-1467A-025<br>CIN05785 | 005737P001-1467A-025<br>CIN05786 | 005738P001-1467A-025<br>CIN05787 | 005739P001-1467A-025<br>CIN05788 |
| 005740P001-1467A-025<br>CIN05789 | 005741P002-1467A-025<br>CIN05790 | 006802P001-1467A-025<br>CIN05790 | 005742P001-1467A-025<br>CIN05791 |
| 005743P001-1467A-025<br>CIN05792 | 005744P001-1467A-025<br>CIN05793 | 005745P001-1467A-025<br>CIN05794 | 005746P001-1467A-025<br>CIN05795 |
| 005747P001-1467A-025<br>CIN05796 | 005748P001-1467A-025<br>CIN05797 | 005749P001-1467A-025<br>CIN05798 | 005750P001-1467A-025<br>CIN05799 |
| 005751P001-1467A-025<br>CIN05800 | 005752P001-1467A-025<br>CIN05801 | 005753P001-1467A-025<br>CIN05802 | 005754P001-1467A-025<br>CIN05803 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005755P002-1467A-025<br>CIN05804 | 005756P001-1467A-025<br>CIN05805 | 005757P001-1467A-025<br>CIN05806 | 005758P001-1467A-025<br>CIN05807 |
| 005759P001-1467A-025<br>CIN05808 | 005760P001-1467A-025<br>CIN05809 | 005761P002-1467A-025<br>CIN05810 | 006993P002-1467A-025<br>CIN05810 |
| 005762P001-1467A-025<br>CIN05811 | 005763P001-1467A-025<br>CIN05812 | 005764P001-1467A-025<br>CIN05813 | 005765P001-1467A-025<br>CIN05814 |
| 005766P001-1467A-025<br>CIN05815 | 005767P001-1467A-025<br>CIN05816 | 005768P001-1467A-025<br>CIN05817 | 005769P001-1467A-025<br>CIN05818 |
| 005770P001-1467A-025<br>CIN05819 | 005771P001-1467A-025<br>CIN05820 | 005772P001-1467A-025<br>CIN05821 | 005773P001-1467A-025<br>CIN05822 |
| 005774P002-1467A-025<br>CIN05823 | 006648P003-1467A-025<br>CIN05823 | 005775P001-1467A-025<br>CIN05824 | 005776P001-1467A-025<br>CIN05825 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 005777P001-1467A-025 | 005778P001-1467A-025 | 005779P001-1467A-025 | 005780P002-1467A-025 |
| CIN05826 | CIN05827 | CIN05828 | CIN05829 |

| 005781P001-1467A-025 | 005782P001-1467A-025 | 005783P001-1467A-025 | 005784P001-1467A-025 |
| CIN05830 | CIN05831 | CIN05832 | CIN05833 |

| 005785P001-1467A-025 | 005786P001-1467A-025 | 005787P001-1467A-025 | 005788P001-1467A-025 |
| CIN05834 | CIN05835 | CIN05836 | CIN05837 |

| 005789P001-1467A-025 | 005790P001-1467A-025 | 005791P001-1467A-025 | 005792P001-1467A-025 |
| CIN05838 | CIN05839 | CIN05840 | CIN05841 |

| 005793P001-1467A-025 | 005794P001-1467A-025 | 005795P001-1467A-025 | 005796P001-1467A-025 |
| CIN05842 | CIN05843 | CIN05844 | CIN05845 |

| 005797P001-1467A-025 | 005798P001-1467A-025 | 005799P001-1467A-025 | 005800P001-1467A-025 |
| CIN05846 | CIN05847 | CIN05848 | CIN05849 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005801P001-1467A-025<br>CIN05850 | 005802P001-1467A-025<br>CIN05851 | 005803P001-1467A-025<br>CIN05852 | 006251P001-1467A-025<br>CIN05853 |
| 005804P001-1467A-025<br>CIN05854 | 005805P001-1467A-025<br>CIN05855 | 005806P001-1467A-025<br>CIN05856 | 005807P002-1467A-025<br>CIN05857 |
| 006650P003-1467A-025<br>CIN05857 | 005808P001-1467A-025<br>CIN05858 | 005809P001-1467A-025<br>CIN05859 | 005810P001-1467A-025<br>CIN05860 |
| 005811P001-1467A-025<br>CIN05861 | 005812P001-1467A-025<br>CIN05862 | 005813P001-1467A-025<br>CIN05863 | 005814P001-1467A-025<br>CIN05864 |
| 005815P001-1467A-025<br>CIN05865 | 005816P001-1467A-025<br>CIN05866 | 005817P001-1467A-025<br>CIN05867 | 005818P001-1467A-025<br>CIN05868 |
| 005819P001-1467A-025<br>CIN05869 | 005820P001-1467A-025<br>CIN05870 | 005821P001-1467A-025<br>CIN05871 | 005822P001-1467A-025<br>CIN05872 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005823P001-1467A-025<br>CIN05873 | 005824P001-1467A-025<br>CIN05874 | 005825P001-1467A-025<br>CIN05875 | 005826P001-1467A-025<br>CIN05876 |
| 005827P001-1467A-025<br>CIN05877 | 005828P001-1467A-025<br>CIN05878 | 005829P001-1467A-025<br>CIN05879 | 005830P001-1467A-025<br>CIN05880 |
| 005831P001-1467A-025<br>CIN05881 | 005832P001-1467A-025<br>CIN05882 | 005833P001-1467A-025<br>CIN05883 | 005834P001-1467A-025<br>CIN05884 |
| 005835P001-1467A-025<br>CIN05885 | 005836P001-1467A-025<br>CIN05886 | 005837P001-1467A-025<br>CIN05887 | 005838P001-1467A-025<br>CIN05888 |
| 005839P001-1467A-025<br>CIN05889 | 005840P001-1467A-025<br>CIN05890 | 005841P001-1467A-025<br>CIN05891 | 005842P001-1467A-025<br>CIN05892 |
| 005843P001-1467A-025<br>CIN05893 | 005844P001-1467A-025<br>CIN05894 | 005845P001-1467A-025<br>CIN05895 | 005846P001-1467A-025<br>CIN05896 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005847P001-1467A-025<br>CIN05897 | 005848P001-1467A-025<br>CIN05898 | 005849P001-1467A-025<br>CIN05899 | 005850P001-1467A-025<br>CIN05900 |
| 005851P001-1467A-025<br>CIN05901 | 005852P001-1467A-025<br>CIN05902 | 005853P001-1467A-025<br>CIN05903 | 005854P001-1467A-025<br>CIN05904 |
| 005855P001-1467A-025<br>CIN05905 | 005856P001-1467A-025<br>CIN05906 | 005857P001-1467A-025<br>CIN05907 | 005858P001-1467A-025<br>CIN05908 |
| 005859P001-1467A-025<br>CIN05909 | 005860P001-1467A-025<br>CIN05910 | 005861P001-1467A-025<br>CIN05911 | 005862P001-1467A-025<br>CIN05912 |
| 005863P001-1467A-025<br>CIN05913 | 005864P001-1467A-025<br>CIN05914 | 005865P001-1467A-025<br>CIN05915 | 005866P001-1467A-025<br>CIN05916 |
| 005867P001-1467A-025<br>CIN05917 | 005868P001-1467A-025<br>CIN05918 | 005869P001-1467A-025<br>CIN05919 | 005870P001-1467A-025<br>CIN05920 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005871P001-1467A-025<br>CIN05921 | 005872P001-1467A-025<br>CIN05922 | 005873P001-1467A-025<br>CIN05923 | 005874P001-1467A-025<br>CIN05924 |
| 005875P001-1467A-025<br>CIN05925 | 005876P001-1467A-025<br>CIN05926 | 005877P001-1467A-025<br>CIN05927 | 005878P001-1467A-025<br>CIN05928 |
| 005879P001-1467A-025<br>CIN05929 | 005880P001-1467A-025<br>CIN05930 | 005881P001-1467A-025<br>CIN05931 | 005882P001-1467A-025<br>CIN05932 |
| 005883P001-1467A-025<br>CIN05933 | 005884P001-1467A-025<br>CIN05934 | 005885P001-1467A-025<br>CIN05935 | 005886P001-1467A-025<br>CIN05936 |
| 005887P001-1467A-025<br>CIN05937 | 005888P001-1467A-025<br>CIN05938 | 005889P001-1467A-025<br>CIN05939 | 005890P001-1467A-025<br>CIN05940 |
| 005891P001-1467A-025<br>CIN05941 | 005892P001-1467A-025<br>CIN05942 | 005893P001-1467A-025<br>CIN05943 | 005894P001-1467A-025<br>CIN05944 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005895P001-1467A-025<br>CIN05945 | 005896P001-1467A-025<br>CIN05946 | 005897P001-1467A-025<br>CIN05947 | 005898P001-1467A-025<br>CIN05948 |
| 005899P001-1467A-025<br>CIN05949 | 005900P001-1467A-025<br>CIN05950 | 005901P001-1467A-025<br>CIN05951 | 005902P001-1467A-025<br>CIN05952 |
| 005903P001-1467A-025<br>CIN05953 | 005904P002-1467A-025<br>CIN05954 | 005905P001-1467A-025<br>CIN05955 | 005906P002-1467A-025<br>CIN05956 |
| 005907P001-1467A-025<br>CIN05957 | 005908P001-1467A-025<br>CIN05958 | 005909P001-1467A-025<br>CIN05959 | 005910P001-1467A-025<br>CIN05960 |
| 005911P001-1467A-025<br>CIN05961 | 005912P001-1467A-025<br>CIN05962 | 005913P001-1467A-025<br>CIN05963 | 005914P001-1467A-025<br>CIN05964 |
| 005915P001-1467A-025<br>CIN05965 | 005916P001-1467A-025<br>CIN05966 | 005917P001-1467A-025<br>CIN05967 | 005918P001-1467A-025<br>CIN05968 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005919P001-1467A-025<br>CIN05969 | 005920P001-1467A-025<br>CIN05970 | 005921P001-1467A-025<br>CIN05971 | 005922P001-1467A-025<br>CIN05972 |
| 005923P001-1467A-025<br>CIN05973 | 005924P001-1467A-025<br>CIN05974 | 005925P001-1467A-025<br>CIN05975 | 005926P001-1467A-025<br>CIN05976 |
| 005927P001-1467A-025<br>CIN05977 | 005928P001-1467A-025<br>CIN05978 | 005929P001-1467A-025<br>CIN05979 | 005930P001-1467A-025<br>CIN05980 |
| 005931P001-1467A-025<br>CIN05981 | 005932P001-1467A-025<br>CIN05982 | 005933P001-1467A-025<br>CIN05983 | 005934P001-1467A-025<br>CIN05984 |
| 005935P001-1467A-025<br>CIN05985 | 005936P001-1467A-025<br>CIN05986 | 005937P001-1467A-025<br>CIN05987 | 005938P001-1467A-025<br>CIN05988 |
| 005939P001-1467A-025<br>CIN05989 | 005940P001-1467A-025<br>CIN05990 | 005941P001-1467A-025<br>CIN05991 | 005942P001-1467A-025<br>CIN05992 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005943P001-1467A-025<br>CIN05993 | 005944P001-1467A-025<br>CIN05994 | 005945P001-1467A-025<br>CIN05995 | 005946P001-1467A-025<br>CIN05996 |
| 005947P001-1467A-025<br>CIN05997 | 005948P001-1467A-025<br>CIN05998 | 005949P001-1467A-025<br>CIN05999 | 005950P001-1467A-025<br>CIN06000 |
| 005951P001-1467A-025<br>CIN06001 | 005952P001-1467A-025<br>CIN06002 | 005953P001-1467A-025<br>CIN06003 | 005954P001-1467A-025<br>CIN06004 |
| 005955P001-1467A-025<br>CIN06005 | 005956P001-1467A-025<br>CIN06006 | 005957P001-1467A-025<br>CIN06007 | 005958P001-1467A-025<br>CIN06008 |
| 005959P001-1467A-025<br>CIN06009 | 005960P001-1467A-025<br>CIN06010 | 005961P001-1467A-025<br>CIN06011 | 005962P001-1467A-025<br>CIN06012 |
| 005963P001-1467A-025<br>CIN06013 | 005964P001-1467A-025<br>CIN06014 | 005965P001-1467A-025<br>CIN06015 | 005966P001-1467A-025<br>CIN06016 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005967P001-1467A-025<br>CIN06017 | 005968P001-1467A-025<br>CIN06018 | 005969P001-1467A-025<br>CIN06019 | 005970P001-1467A-025<br>CIN06020 |
| 005971P001-1467A-025<br>CIN06021 | 005972P001-1467A-025<br>CIN06022 | 005973P001-1467A-025<br>CIN06023 | 005974P001-1467A-025<br>CIN06024 |
| 005975P002-1467A-025<br>CIN06025 | 006886P001-1467A-025<br>CIN06025 | 005976P001-1467A-025<br>CIN06026 | 005977P001-1467A-025<br>CIN06027 |
| 005978P001-1467A-025<br>CIN06028 | 005979P001-1467A-025<br>CIN06029 | 005980P001-1467A-025<br>CIN06030 | 005981P001-1467A-025<br>CIN06031 |
| 005982P001-1467A-025<br>CIN06032 | 005983P001-1467A-025<br>CIN06033 | 005984P001-1467A-025<br>CIN06034 | 005985P002-1467A-025<br>CIN06035 |
| 007006P003-1467A-025<br>CIN06035 | 005986P001-1467A-025<br>CIN06036 | 005987P001-1467A-025<br>CIN06037 | 005988P001-1467A-025<br>CIN06038 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 005989P001-1467A-025<br>CIN06039 | 005990P001-1467A-025<br>CIN06040 | 005991P001-1467A-025<br>CIN06041 | 005992P001-1467A-025<br>CIN06042 |
| 005993P001-1467A-025<br>CIN06043 | 005994P001-1467A-025<br>CIN06044 | 005995P001-1467A-025<br>CIN06045 | 005996P001-1467A-025<br>CIN06046 |
| 005997P001-1467A-025<br>CIN06047 | 005998P001-1467A-025<br>CIN06048 | 005999P001-1467A-025<br>CIN06049 | 006000P001-1467A-025<br>CIN06050 |
| 006001P001-1467A-025<br>CIN06051 | 006002P001-1467A-025<br>CIN06052 | 006003P001-1467A-025<br>CIN06053 | 006004P002-1467A-025<br>CIN06054 |
| 006926P001-1467A-025<br>CIN06054 | 006005P002-1467A-025<br>CIN06055 | 006813P003-1467A-025<br>CIN06055 | 006006P002-1467A-025<br>CIN06056 |
| 006825P003-1467A-025<br>CIN06056 | 006967P002-1467A-025<br>CIN06056 | 006007P001-1467A-025<br>CIN06057 | 006008P001-1467A-025<br>CIN06058 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006009P001-1467A-025<br>CIN06059 | 006010P001-1467A-025<br>CIN06060 | 006011P001-1467A-025<br>CIN06061 | 006012P001-1467A-025<br>CIN06062 |
| 006013P001-1467A-025<br>CIN06063 | 006014P001-1467A-025<br>CIN06064 | 006015P001-1467A-025<br>CIN06065 | 006016P001-1467A-025<br>CIN06066 |
| 006017P001-1467A-025<br>CIN06067 | 006018P001-1467A-025<br>CIN06068 | 006019P001-1467A-025<br>CIN06069 | 006020P001-1467A-025<br>CIN06070 |
| 006021P001-1467A-025<br>CIN06071 | 006022P001-1467A-025<br>CIN06072 | 006023P001-1467A-025<br>CIN06073 | 006024P001-1467A-025<br>CIN06074 |
| 006025P001-1467A-025<br>CIN06075 | 006026P001-1467A-025<br>CIN06076 | 006027P001-1467A-025<br>CIN06077 | 006028P001-1467A-025<br>CIN06078 |
| 006029P001-1467A-025<br>CIN06079 | 006030P001-1467A-025<br>CIN06080 | 006031P001-1467A-025<br>CIN06081 | 006032P001-1467A-025<br>CIN06082 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006033P001-1467A-025<br>CIN06083 | 006034P001-1467A-025<br>CIN06084 | 006035P001-1467A-025<br>CIN06085 | 006036P001-1467A-025<br>CIN06086 |
| 006037P001-1467A-025<br>CIN06087 | 006038P001-1467A-025<br>CIN06088 | 006039P001-1467A-025<br>CIN06089 | 006040P001-1467A-025<br>CIN06090 |
| 006041P001-1467A-025<br>CIN06091 | 006042P001-1467A-025<br>CIN06092 | 006043P001-1467A-025<br>CIN06093 | 006044P001-1467A-025<br>CIN06094 |
| 006045P001-1467A-025<br>CIN06095 | 006046P001-1467A-025<br>CIN06096 | 006047P001-1467A-025<br>CIN06097 | 006048P001-1467A-025<br>CIN06098 |
| 006049P001-1467A-025<br>CIN06099 | 006050P001-1467A-025<br>CIN06100 | 006051P001-1467A-025<br>CIN06101 | 006052P001-1467A-025<br>CIN06102 |
| 006053P001-1467A-025<br>CIN06103 | 006054P001-1467A-025<br>CIN06104 | 006055P001-1467A-025<br>CIN06105 | 006056P001-1467A-025<br>CIN06106 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006057P001-1467A-025<br>CIN06107 | 006058P001-1467A-025<br>CIN06108 | 006059P001-1467A-025<br>CIN06109 | 006060P001-1467A-025<br>CIN06110 |
| 006061P001-1467A-025<br>CIN06111 | 006062P001-1467A-025<br>CIN06112 | 006063P001-1467A-025<br>CIN06113 | 006064P001-1467A-025<br>CIN06114 |
| 006065P001-1467A-025<br>CIN06115 | 006066P001-1467A-025<br>CIN06116 | 006067P001-1467A-025<br>CIN06117 | 006068P001-1467A-025<br>CIN06118 |
| 006069P001-1467A-025<br>CIN06119 | 006070P001-1467A-025<br>CIN06120 | 006071P001-1467A-025<br>CIN06121 | 006072P001-1467A-025<br>CIN06122 |
| 006073P001-1467A-025<br>CIN06123 | 006074P002-1467A-025<br>CIN06124 | 006721P002-1467A-025<br>CIN06124 | 006075P001-1467A-025<br>CIN06125 |
| 006076P001-1467A-025<br>CIN06126 | 006077P001-1467A-025<br>CIN06127 | 006078P001-1467A-025<br>CIN06128 | 006079P001-1467A-025<br>CIN06129 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

12/24/2020 01:04:14 PM

| 006080P001-1467A-025 | 006081P001-1467A-025 | 006082P001-1467A-025 | 006083P001-1467A-025 |
| CIN06130 | CIN06131 | CIN06132 | CIN06133 |

| 006084P001-1467A-025 | 006085P002-1467A-025 | 006861P003-1467A-025 | 006086P001-1467A-025 |
| CIN06134 | CIN06135 | CIN06135 | CIN06136 |

| 006087P001-1467A-025 | 006088P001-1467A-025 | 006089P001-1467A-025 | 006090P001-1467A-025 |
| CIN06137 | CIN06138 | CIN06139 | CIN06140 |

| 006091P001-1467A-025 | 006092P001-1467A-025 | 006093P001-1467A-025 | 006094P001-1467A-025 |
| CIN06141 | CIN06142 | CIN06143 | CIN06144 |

| 006095P001-1467A-025 | 006096P001-1467A-025 | 006097P001-1467A-025 | 006098P001-1467A-025 |
| CIN06145 | CIN06146 | CIN06147 | CIN06148 |

| 006099P001-1467A-025 | 006100P001-1467A-025 | 006101P001-1467A-025 | 006102P002-1467A-025 |
| CIN06149 | CIN06150 | CIN06151 | CIN06152 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006814P001-1467A-025<br>CIN06152 | 006103P001-1467A-025<br>CIN06153 | 006104P001-1467A-025<br>CIN06154 | 006105P001-1467A-025<br>CIN06155 |
| 006106P001-1467A-025<br>CIN06156 | 006107P001-1467A-025<br>CIN06157 | 006108P001-1467A-025<br>CIN06158 | 006109P001-1467A-025<br>CIN06159 |
| 006110P001-1467A-025<br>CIN06160 | 006111P001-1467A-025<br>CIN06161 | 006112P001-1467A-025<br>CIN06162 | 006113P001-1467A-025<br>CIN06163 |
| 006114P001-1467A-025<br>CIN06164 | 006115P001-1467A-025<br>CIN06165 | 006116P001-1467A-025<br>CIN06166 | 006117P001-1467A-025<br>CIN06167 |
| 006118P001-1467A-025<br>CIN06168 | 006119P001-1467A-025<br>CIN06169 | 006120P001-1467A-025<br>CIN06170 | 006121P001-1467A-025<br>CIN06171 |
| 006122P001-1467A-025<br>CIN06172 | 006123P001-1467A-025<br>CIN06173 | 006124P001-1467A-025<br>CIN06174 | 006125P001-1467A-025<br>CIN06175 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006126P001-1467A-025<br>CIN06176 | 006127P001-1467A-025<br>CIN06177 | 006128P001-1467A-025<br>CIN06178 | 006129P001-1467A-025<br>CIN06179 |
| 006130P001-1467A-025<br>CIN06180 | 006131P002-1467A-025<br>CIN06181 | 006952P001-1467A-025<br>CIN06181 | 006132P001-1467A-025<br>CIN06182 |
| 006133P001-1467A-025<br>CIN06183 | 006134P001-1467A-025<br>CIN06184 | 006135P001-1467A-025<br>CIN06185 | 006136P001-1467A-025<br>CIN06186 |
| 006137P001-1467A-025<br>CIN06187 | 006138P001-1467A-025<br>CIN06188 | 006139P001-1467A-025<br>CIN06189 | 006140P001-1467A-025<br>CIN06190 |
| 006141P001-1467A-025<br>CIN06191 | 006142P001-1467A-025<br>CIN06192 | 006143P001-1467A-025<br>CIN06193 | 006144P001-1467A-025<br>CIN06194 |
| 006145P001-1467A-025<br>CIN06195 | 006146P001-1467A-025<br>CIN06196 | 006147P001-1467A-025<br>CIN06197 | 006148P001-1467A-025<br>CIN06198 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006149P001-1467A-025<br>CIN06199 | 006150P001-1467A-025<br>CIN06200 | 006151P001-1467A-025<br>CIN06201 | 006152P001-1467A-025<br>CIN06202 |
| 006153P001-1467A-025<br>CIN06203 | 006154P001-1467A-025<br>CIN06204 | 006155P001-1467A-025<br>CIN06205 | 006156P001-1467A-025<br>CIN06206 |
| 006157P001-1467A-025<br>CIN06207 | 006158P001-1467A-025<br>CIN06208 | 006159P001-1467A-025<br>CIN06209 | 006160P001-1467A-025<br>CIN06210 |
| 006161P001-1467A-025<br>CIN06211 | 006162P001-1467A-025<br>CIN06212 | 006163P001-1467A-025<br>CIN06213 | 006164P001-1467A-025<br>CIN06214 |
| 006165P001-1467A-025<br>CIN06215 | 006166P001-1467A-025<br>CIN06216 | 006167P001-1467A-025<br>CIN06217 | 006168P001-1467A-025<br>CIN06218 |
| 006169P001-1467A-025<br>CIN06219 | 006170P001-1467A-025<br>CIN06220 | 006171P001-1467A-025<br>CIN06221 | 006172P001-1467A-025<br>CIN06222 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006173P001-1467A-025<br>CIN06223 | 006174P001-1467A-025<br>CIN06224 | 006175P001-1467A-025<br>CIN06225 | 006176P001-1467A-025<br>CIN06226 |
| 006177P001-1467A-025<br>CIN06227 | 006178P001-1467A-025<br>CIN06228 | 006179P002-1467A-025<br>CIN06229 | 006842P001-1467A-025<br>CIN06229 |
| 006180P001-1467A-025<br>CIN06230 | 006181P001-1467A-025<br>CIN06231 | 006182P001-1467A-025<br>CIN06232 | 006183P001-1467A-025<br>CIN06233 |
| 000017P001-1467A-025<br>CIN06234 | 006184P001-1467A-025<br>CIN06235 | 006185P001-1467A-025<br>CIN06236 | 006186P001-1467A-025<br>CIN06237 |
| 006187P001-1467A-025<br>CIN06238 | 006188P001-1467A-025<br>CIN06239 | 006189P001-1467A-025<br>CIN06240 | 006190P001-1467A-025<br>CIN06241 |
| 006191P001-1467A-025<br>CIN06242 | 006192P001-1467A-025<br>CIN06243 | 006193P001-1467A-025<br>CIN06244 | 006194P001-1467A-025<br>CIN06245 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006195P001-1467A-025<br>CIN06246 | 006196P001-1467A-025<br>CIN06247 | 006197P001-1467A-025<br>CIN06248 | 006198P001-1467A-025<br>CIN06249 |
| 006199P001-1467A-025<br>CIN06250 | 006200P001-1467A-025<br>CIN06251 | 006201P001-1467A-025<br>CIN06252 | 006202P001-1467A-025<br>CIN06253 |
| 006203P001-1467A-025<br>CIN06254 | 006204P001-1467A-025<br>CIN06255 | 006205P001-1467A-025<br>CIN06256 | 006206P001-1467A-025<br>CIN06257 |
| 006207P002-1467A-025<br>CIN06258 | 006388P001-1467A-025<br>CIN06258 | 006208P001-1467A-025<br>CIN06259 | 006209P001-1467A-025<br>CIN06260 |
| 006210P001-1467A-025<br>CIN06261 | 006211P001-1467A-025<br>CIN06262 | 006212P001-1467A-025<br>CIN06263 | 006213P001-1467A-025<br>CIN06264 |
| 006214P001-1467A-025<br>CIN06265 | 006215P001-1467A-025<br>CIN06266 | 006216P001-1467A-025<br>CIN06267 | 006217P001-1467A-025<br>CIN06268 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006218P001-1467A-025<br>CIN06269 | 006219P001-1467A-025<br>CIN06270 | 006220P001-1467A-025<br>CIN06271 | 006221P001-1467A-025<br>CIN06272 |
| 006222P001-1467A-025<br>CIN06273 | 006223P001-1467A-025<br>CIN06274 | 006224P001-1467A-025<br>CIN06275 | 006225P001-1467A-025<br>CIN06276 |
| 006226P001-1467A-025<br>CIN06277 | 006227P001-1467A-025<br>CIN06278 | 006228P001-1467A-025<br>CIN06279 | 006641P003-1467A-025<br>CIN06280 |
| 006819P001-1467A-025<br>CIN06281 | 006908P001-1467A-025<br>CIN06282 | 006831P001-1467A-025<br>CIN06283 | 006980P003-1467A-025<br>CIN06284 |
| 006981P002-1467A-025<br>CIN06285 | 007004P002-1467A-025<br>CIN06286 | 006795P002-1467A-025<br>CIN06287 | 006870P001-1467A-025<br>CIN06288 |
| 006975P001-1467A-025<br>CIN06289 | 006911P001-1467A-025<br>CIN06290 | 000036P001-1467S-025<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-025<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000008P001-1467S-025
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-025
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-025
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-025
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-025
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-025
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-025
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000056P001-1467S-025
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-025
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-025
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-025
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P001-1467S-025
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH,DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P001-1467S-025
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000063P001-1467S-025
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

12/24/2020 01:04:14 PM

| | | | |
|---|---|---|---|
| 000034P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000039P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000043P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000048P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006994P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006995P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006996P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006997P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006998P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006999P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007000P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007001P001-1467A-025<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

007002P001-1467A-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007003P001-1467A-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007050P001-1467A-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007051P001-1467A-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-025
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-025
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000054P001-1467S-025
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-025
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-025
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :    **6633**

**EXHIBIT 3**

# Cred Inc., et al.
# Exhibit Pages

006270P001-1467A-025
100 ACRE CRED OPPORTUNITIES FUND LTD
650 CALIFORNIA ST
STE 05-128
SAN FRANCISCO CA 94108

006461P001-1467A-025
10CLOUDS
LUKASZ GORCZYNSKI
BILLING SPECIALIST
UL PRZESKOK 2
WARSZAWA 00-032
POLAND

006267P002-1467A-025
2112 SEC TT LLC
SCANLANKEMPERBARD COMPANIES LLC
ATTN: ASSET MANAGER, TOWER PLAZA
222 SW COLUMBIA ST STE 700
PORTLAND OR 97201

006267S001-1467A-025
2112 SEC TT LLC
SCHWABE WILLIAMSON & WYATT, P.C.
JOHN GUINASSO
PACWEST CENTER
1211 SW FIFTH AVENUE, STE 1700
PORTLAND OR 97204

006469P001-1467A-025
2655316 ONTARIO INC
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

006422P001-1467A-025
6C MARKETING
VAT NUMBER: 30-71584936-0
LIBERTAD 443 - 6C
BUENOS AIRES  1012
ARGENTINA

006360P001-1467A-025
ABHISHEK GARG
ADDRESS INTENTIONALLY OMITTED

006446P001-1467A-025
ABM INDUSTRY GROUPS
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
STE 360
SHERMAN OAKS CA 91403

007011P001-1467A-025
ACCUSOURCE INC
1181 CALIFORNIA AVE STE 240
CORONA CA 92881-7298

006367P001-1467A-025
ADNAN KHAKOO
ADDRESS INTENTIONALLY OMITTED

007012P001-1467A-025
ADOBE INC
345 PK AVE
SAN JOSE CA 95110-2704

006277P001-1467A-025
AHP
LPPO BOX 3217
SEATTLE WA 98114

007010P001-1467A-025
AHP I
PO BOX 3217
SEATTLE WA 98114

006414P001-1467A-025
AIRBITZ DBA EDGE
311 4TH AVE #413
SAN DIEGO CA 92101

006658P001-1467A-025
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

006491P001-1467A-025
ALABAMA DEPT OF REVENUE
50 NORTH RIPLEY ST
MONTGOMERY AL 36132

006659P001-1467A-025
ALASKA ATTORNEY GENERAL
KEVIN G CLARKSON
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994

006492P001-1467A-025
ALASKA/JUNEAU COMMISSIONER'S OFFICE
PO BOX 110400
JUNEAU AK 99811-0400

006387P001-1467A-025
ALEXANDER ZAVODNIK
ADDRESS INTENTIONALLY OMITTED

006274P001-1467A-025
ALGO CAPITAL MASTER FUND LP
AKA BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006758P001-1467A-025
AMAZON WEB SVC
410 TERRY AVE NORTH
SEATTLE WA 98109

006460P001-1467A-025
AMBER TECHNOLOGIES LIMITED
TIANTIAN KULLANDER
WICKHAMS CAY II
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006374P001-1467A-025
AMIT MOTGI
ADDRESS INTENTIONALLY OMITTED

006440P001-1467A-025
ANCHORAGE TRUST CO
MATHEW PUKALO
CLIENT EXPERIENCE MANAGER
4901 S ISABEL PL
STE 200
SIOUX FALLS SD 57101

006782P001-1467A-025
ANGELROCK
CHRIS SPADAFORA
21 NELSON ST
TORONTO ON M5V 3H9
CANADA

006480P001-1467A-025
ANTHEM INC
220 VIRGINIA AVE
INDIANAPOLIS IN 46204

006764P001-1467A-025
ANVIL ADVISOR
55 BROADWAY 4TH FLOOR
NEW YORK NY 10006

006283P001-1467A-025
ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L
2443 FILLMORE ST STE 406
SAN FRANCISCO CA 94115

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006468P001-1467A-025<br>ARENDT<br>41A AVE JF KENNEDY<br>LUXEMBOURG L-2082<br>LUXEMBOURG | 006660P001-1467A-025<br>ARIZONA ATTORNEY GENERAL<br>MARK BRNOVICH<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007 | 000013P001-1467S-025<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 006493P001-1467A-025<br>ARIZONA DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX AZ 85007 |
| 006661P001-1467A-025<br>ARKANSAS ATTORNEY GENERAL<br>LESLIE RUTLEDGE<br>323 CENTER ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 | 006401P001-1467A-025<br>ARKANSAS DEPT OF FINANCE AND ADMIN<br>1509 W 7TH ST<br>LITTLE ROCK AR 72201 | 006494P001-1467A-025<br>ARKANSAS DEPT OF FINANCE AND ADMINISTRATION<br>700 W CAPITOL<br>LITTLE ROCK AR 72201 | 006400P001-1467A-025<br>ARKANSAS SECRETARY OF STATE<br>STATE CAPITOL SUITE 256<br>500 WOODLANE STREET<br>LITTLE ROCK AR 72201 |
| 006785P001-1467A-025<br>ARKONIS CAPITAL LTD<br>8 DUNCANNON ST<br>STE 218<br>LONDON WC2N 4JF<br>UNITED KINGDOM | 006467P001-1467A-025<br>ARMANINO LLP<br>DIANA NAMAULEG<br>BILLING ADMINISTRATOR<br>50 W SAN FERNANDO ST<br>STE 600<br>SAN JOSE CA 95113-2433 | 006891P001-1467A-025<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006891S001-1467A-025<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006891S002-1467A-025<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890P001-1467A-025<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S001-1467A-025<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S002-1467A-025<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006459P001-1467A-025<br>ASCALEX<br>2445 AUGUSTINE DR STE 150<br>SANTA CLARA CA 95054 | 007013P001-1467A-025<br>ATLASSIAN<br>HERBERT SMITH FREEHILLS LLP<br>EXCHANGE HOUSE<br>PRIMROSE ST<br>LONDON EC2A 2EG<br>UNITED KINGDOM | 007014P001-1467A-025<br>AUTOPILOTHQ INC<br>149 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105-3739 | 006269P001-1467A-025<br>AX MOMENTUM LP<br>9465 COUNSELORS ROW<br>STE 200<br>INDIANAPOLIS IN 46240 |
| 006391P001-1467A-025<br>AXIS INSURANCE CO<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA GA 30022 | 006285P001-1467A-025<br>BANK OF AMERICA NA<br>555 CALIFORNIA ST 6TH FLOOR<br>SAN FRANCISCO CA 94104 | 006726P001-1467A-025<br>BAY AREA WINDOW DRESSING<br>10 MOUNDS RD # 3C<br>SAN MATEO CA 94402 | 006433P001-1467A-025<br>BERKE<br>KIRSTEN STEELE<br>2970 PEACHTREE RD NW<br>STE 300<br>ATLANTA GA 30305 |
| 006358P001-1467A-025<br>BETHANY DE LUDE<br>ADDRESS INTENTIONALLY OMITTED | 006458P001-1467A-025<br>BETTERSOURCE<br>33 NORTH FIRST ST<br>STE C2<br>CAMPBELL CA 95008 | 006409P001-1467A-025<br>BITANGELS<br>1250 AVENIDA JUAN PONCE DE LEON<br>THIRD FL<br>SAN JUAN PR 00907 | 006441P001-1467A-025<br>BITGO<br>6216 S PINNACLE PL<br>STE 101<br>SIOUX FALLS SD 57108 |

**Cred Inc., et al.**
**Exhibit Pages**

006411P001-1467A-025
BITPIE LIMITED
SECOND FL CAPITAL CITY INDEPENDENCE AVE
PO BOX 1008
VICTORIA, MAHE
SEYCHELLES

006781P001-1467A-025
BITTEMPLE
THREE EMBARCADERO CTR STE P5
SAN FRANCISCO CA 94111

006769P001-1467A-025
BITTREX INTERNATIONAL GMBH
800 5TH AVE
SEATTLE WA 98104

006430P001-1467A-025
BLACKLANE
FEURIGSTR 59
BERLIN 10827
GERMANY

006892P001-1467A-025
BLOCKCHAIN AT BERKELEY
110 SPROUL HALL #5800
BERKELEY CA 94720

006272P001-1467A-025
BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

006457P001-1467A-025
BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

006278P001-1467A-025
BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006442P001-1467A-025
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

007015P001-1467A-025
BROOK FURNITURE RENTAL
100 N FIELD DR STE 220
LAKE FOREST IL 60045

006463P001-1467A-025
BRYAN CAVE LEIGHTON PAISNER LLP
BENJAMIN SAUL
1155 F ST NW
WASHINGTON DC 20004-1357

006901P001-1467A-025
BUSINESS WIRE INC
101 CALIFORNIA ST
20TH FLOOR
SAN FRANCISCO CA 94111

007016P001-1467A-025
CALENDLY LLC
271 17TH ST NW STE 1000
ATLANTA GA 30363-6201

006662P001-1467A-025
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

006479P001-1467A-025
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

006495P001-1467A-025
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

006549P001-1467A-025
CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

006496P001-1467A-025
CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

006757P001-1467A-025
CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

006739P001-1467A-025
CATHERINE A SEEMANN
ADDRESS INTENTIONALLY OMITTED

006777P001-1467A-025
CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

006745P001-1467A-025
CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

CIN00021

CIN00031

CIN00046

CIN00052

CIN00056

CIN00072

**Cred Inc., et al.**
**Exhibit Pages**

| CIN00126 | CIN00181 | CIN00184 | CIN00190 |
| --- | --- | --- | --- |
| CIN00191 | CIN00241 | CIN00241 | CIN00247 |
| CIN00284 | CIN00321 | CIN00354 | CIN00393 |
| CIN00399 | CIN00401 | CIN00427 | CIN00450 |
| CIN00453 | CIN00455 | CIN00466 | CIN00467 |
| CIN00521 | CIN00576 | CIN00597 | CIN00599 |
| CIN00610 | CIN00611 | CIN00613 | CIN00625 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN00626 | CIN00652 | CIN00663 | CIN00705 |
| CIN00756 | CIN00783 | CIN00784 | CIN00792 |
| CIN00798 | CIN00844 | CIN00909 | CIN00926 |
| CIN00981 | CIN01006 | CIN01053 | CIN01054 |
| CIN01060 | CIN01066 | CIN01099 | CIN01101 |
| CIN01103 | CIN01121 | CIN01127 | CIN01135 |
| CIN01140 | CIN01145 | CIN01146 | CIN01166 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CIN01196 | CIN01204 | CIN01222 | CIN01249 |
| CIN01251 | CIN01277 | CIN01281 | CIN01284 |
| CIN01293 | CIN01315 | CIN01326 | CIN01327 |
| CIN01332 | CIN01363 | CIN01389 | CIN01424 |
| CIN01460 | CIN01472 | CIN01482 | CIN01498 |
| CIN01499 | CIN01514 | CIN01516 | CIN01528 |
| CIN01539 | CIN01544 | CIN01578 | CIN01585 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CIN01597 | CIN01606 | CIN01612 | CIN01657 |
| CIN01683 | CIN01690 | CIN01713 | CIN01726 |
| CIN01730 | CIN01747 | CIN01789 | CIN01801 |
| CIN01839 | CIN01846 | CIN01866 | CIN01942 |
| CIN01955 | CIN01974 | CIN02004 | CIN02096 |
| CIN02114 | CIN02157 | CIN02177 | CIN02197 |
| CIN02243 | CIN02244 | CIN02254 | CIN02312 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN02333 | CIN02419 | CIN02434 | CIN02440 |
| --- | --- | --- | --- |
| CIN02444 | CIN02469 | CIN02494 | CIN02512 |
| CIN02513 | CIN02536 | CIN02538 | CIN02547 |
| CIN02553 | CIN02559 | CIN02583 | CIN02597 |
| CIN02660 | CIN02673 | CIN02674 | CIN02685 |
| CIN02710 | CIN02712 | CIN02733 | CIN02783 |
| CIN02786 | CIN02799 | CIN02884 | CIN02939 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN02957 | CIN02964 | CIN02996 | CIN03024 |
| CIN03045 | CIN03062 | CIN03069 | CIN03101 |
| CIN03112 | CIN03120 | CIN03132 | CIN03135 |
| CIN03136 | CIN03139 | CIN03148 | CIN03162 |
| CIN03169 | CIN03175 | CIN03231 | CIN03247 |
| CIN03296 | CIN03302 | CIN03321 | CIN03370 |
| CIN03432 | CIN03458 | CIN03462 | CIN03467 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN03507 | CIN03523 | CIN03571 | CIN03583 |
| CIN03584 | CIN03595 | CIN03601 | CIN03619 |
| CIN03623 | CIN03627 | CIN03631 | CIN03655 |
| CIN03660 | CIN03661 | CIN03663 | CIN03664 |
| CIN03721 | CIN03765 | CIN03766 | CIN03801 |
| CIN03801 | CIN03861 | CIN03865 | CIN03876 |
| CIN03890 | CIN03908 | CIN03910 | CIN03911 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| CIN03913 | CIN03918 | CIN03944 | CIN03972 |
| CIN03979 | CIN04007 | CIN04036 | CIN04060 |
| CIN04098 | CIN04099 | CIN04190 | CIN04239 |
| CIN04281 | CIN04311 | CIN04314 | CIN04330 |
| CIN04342 | CIN04375 | CIN04393 | CIN04408 |
| CIN04519 | CIN04582 | CIN04618 | CIN04630 |
| CIN04631 | CIN04640 | CIN04681 | CIN04689 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN04699 | CIN04708 | CIN04717 | CIN04720 |
| CIN04760 | CIN04795 | CIN04871 | CIN04890 |
| CIN04898 | CIN04926 | CIN04948 | CIN04990 |
| CIN04995 | CIN04998 | CIN05002 | CIN05028 |
| CIN05069 | CIN05089 | CIN05090 | CIN05101 |
| CIN05118 | CIN05124 | CIN05128 | CIN05136 |
| CIN05142 | CIN05172 | CIN05173 | CIN05195 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN05198 | CIN05214 | CIN05220 | CIN05221 |
| CIN05244 | CIN05247 | CIN05250 | CIN05254 |
| CIN05257 | CIN05262 | CIN05297 | CIN05298 |
| CIN05304 | CIN05314 | CIN05316 | CIN05348 |
| CIN05350 | CIN05353 | CIN05375 | CIN05397 |
| CIN05412 | CIN05438 | CIN05455 | CIN05456 |
| CIN05516 | CIN05530 | CIN05534 | CIN05565 |

**Cred Inc., et al.**
**Exhibit Pages**

| CIN05593 | CIN05595 | CIN05596 | CIN05606 |
| --- | --- | --- | --- |
| CIN05607 | CIN05637 | CIN05652 | CIN05703 |
| CIN05708 | CIN05741 | CIN05763 | CIN05772 |
| CIN05790 | CIN05804 | CIN05810 | CIN05823 |
| CIN05829 | CIN05857 | CIN05954 | CIN05956 |
| CIN06025 | CIN06035 | CIN06054 | CIN06055 |
| CIN06056 | CIN06124 | CIN06135 | CIN06135 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| CIN06152 | CIN06181 | CIN06229 | CIN06258 |
| CIN06280 | CIN06281 | CIN06282 | CIN06283 |
| CIN06284 | CIN06285 | CIN06286 | CIN06287 |
| CIN06288 | CIN06289 | CIN06290 | 006424P001-1467A-025<br>CLAYTON UTZ<br>LEVEL 15 1 BLIGH ST<br>SYDNEY NSW  2000<br>AUSTRALIA |
| 006449P001-1467A-025<br>CLOUDFLARE<br>101 TOWNSEND ST<br>SAN FRANCISCO CA 94107 | 006750P001-1467A-025<br>COINDESK INC<br>250 PK AVE SOUTH 5TH FLOOR<br>NEW YORK NY 94904 | 006416P001-1467A-025<br>COINSTATS INC<br>2035 SUNSET LAKE RD #5-2<br>NEWARK DE 19702 | 006663P001-1467A-025<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203 |
| 006497P001-1467A-025<br>COLORADO DEPT OF REVENUE<br>1375 SHERMAN ST<br>DENVER CO 80261 | 006733P001-1467A-025<br>COMCAST<br>1485 BAYSHORE BLVD<br>SAN FRANCISCO CA 94124 | 006776P001-1467A-025<br>COMMERCIAL CLEANING PROS<br>PO BOX 30411<br>WALNUT CREEK CA 94598 | 006498P001-1467A-025<br>COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE<br>PO BOX 7010<br>BOSTON MA 02204 |
| 006499P001-1467A-025<br>COMPTROLLER OF MARYLAND REVENUE<br>REVENUE ADMINISTRATION CENTER<br>80 CALVERT ST<br>ANNAPOLIS MD 21404 | 006664P001-1467A-025<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120 | 006288P002-1467A-025<br>CORP SVC CO<br>JOANNE SMITH<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 006289P001-1467A-025<br>CORP SVC CO<br>40 TECHNOLOGY PKWY SOUTH<br>#300<br>NORCROSS GA 30092 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006290P001-1467A-025<br>CORP SVC CO<br>1003 BISHOP ST<br>STE 1600 PAUAHI TOWER<br>HONOLULU HI 96813 | 006291P001-1467A-025<br>CORP SVC CO<br>12550 W EXPLORER DR<br>STE 100<br>BOISE ID 83713 | 006292P001-1467A-025<br>CORP SVC CO<br>135 NORTH PENNSYLVANIA ST<br>STE 1610<br>INDIANAPOLIS IN 46204 | 006293P001-1467A-025<br>CORP SVC CO<br>2900 SW WANAMAKER DR<br>STE 204<br>TOPEKA KS 66614 |
| 006294P001-1467A-025<br>CORP SVC CO<br>45 MEMORIAL CIR<br>AUGUSTA ME 04330 | 006295P001-1467A-025<br>CORP SVC CO<br>2345 RICE ST<br>STE 230<br>ROSEVILLE MN 55113 | 006296P001-1467A-025<br>CORP SVC CO<br>26 WEST SIXTH AVE<br>PO BOX 1691<br>HELENA MT 59624-1691 | 006297P001-1467A-025<br>CORP SVC CO<br>2626 GLENWOOD AVE<br>STE 550<br>RALEIGH NC 27608 |
| 006298P001-1467A-025<br>CORP SVC CO<br>1709 NORTH 19TH ST<br>STE 3<br>BISMARCK ND 58501-2121 | 006299P001-1467A-025<br>CORP SVC CO<br>10 FERRY ST<br>STE 313<br>CONCORD NH 03301 | 006300P001-1467A-025<br>CORP SVC CO<br>PRINCETON SOUTH CORPORATE CTR<br>STE 160 100 CHARLES EWING BLVD<br>EWING NJ 08628 | 006301P001-1467A-025<br>CORP SVC CO<br>MC-CSC1<br>726 E MICHIGAN DR STE 101<br>HOBBS NM 88240-3465 |
| 006302P001-1467A-025<br>CORP SVC CO<br>112 NORTH CURRY ST<br>CARSON CITY NV 89703 | 006303P001-1467A-025<br>CORP SVC CO<br>80 STATE ST<br>ALBANY NY 12207-2543 | 006304P001-1467A-025<br>CORP SVC CO<br>50 WEST BROAD ST<br>STE 1330<br>COLUMBUS OH 43215 | 006305P001-1467A-025<br>CORP SVC CO<br>508 MEETING ST<br>WEST COLUMBIA SC 29169 |
| 006306P001-1467A-025<br>CORP SVC CO<br>9360 GLACIER HIGHWAY<br>STE 202<br>JUNEAU AK 99801 | 006307P001-1467A-025<br>CORP SVC CO<br>8825 N 23RD AVE<br>STE 100<br>PHOENIX AZ 85021 | 006308P001-1467A-025<br>CORP SVC CO<br>1900 W LITTLETON BLVD<br>LITTLETON CO 80120 | 006309P001-1467A-025<br>CORP SVC CO<br>100 PEARL ST<br>17TH FL MC-CSC1<br>HARTFORD CT 06103 |
| 006310P001-1467A-025<br>CORP SVC CO<br>1090 VERMONT AVE NW<br>WASHINGTON DC 20005 | 006311P001-1467A-025<br>CORP SVC CO<br>1201 HAYS ST<br>TALLAHASSEE FL 32301 | 006312P001-1467A-025<br>CORP SVC CO<br>505 5TH AVE<br>STE 729<br>DES MOINES IA 50309 | 006313P001-1467A-025<br>CORP SVC CO<br>421 WEST MAIN ST<br>FRANKFORT KY 40601 |
| 006314P001-1467A-025<br>CORP SVC CO<br>84 STATE ST<br>BOSTON MA 02109 | 006315P001-1467A-025<br>CORP SVC CO<br>7716 OLD CANTON RD<br>STE C<br>MADISON MS 39110 | 006316P001-1467A-025<br>CORP SVC CO<br>10300 GREENBRIAR PL<br>OKLAHOMA CITY OK 73159-7653 | 006317P001-1467A-025<br>CORP SVC CO<br>1127 BROADWAY ST NE<br>STE 310<br>SALEM OR 97301 |

# Cred Inc., et al.
## Exhibit Pages

12/24/2020 12:32:27 PM

| | | | |
|---|---|---|---|
| 006318P001-1467A-025<br>CORP SVC CO<br>2595 INTERSTATE DR<br>STE 103<br>HARRISBURG PA 17110 | 006319P001-1467A-025<br>CORP SVC CO<br>222 JEFFERSON BLVD<br>STE 200<br>WARWICK RI 02888 | 006320P001-1467A-025<br>CORP SVC CO<br>503 SOUTH PIERRE ST<br>PIERRE SD 57501 | 006321P001-1467A-025<br>CORP SVC CO<br>2908 POSTON AVE<br>NASHVILLE TN 37203 |
| 006322P001-1467A-025<br>CORP SVC CO<br>15 WEST SOUTH TEMPLE<br>STE 600<br>SALT LAKE CITY UT 84101 | 006323P001-1467A-025<br>CORP SVC CO<br>100 SHOCKOE SLIP<br>2ND FL<br>RICHMOND VA 23219 | 006324P001-1467A-025<br>CORP SVC CO<br>100 NORTH MAIN ST<br>STE 2<br>BARRE VT 05641 | 006325P001-1467A-025<br>CORP SVC CO<br>MC-CSC1<br>300 DESCHUTES WAY SW STE 208<br>TUMWATER WA 98501 |
| 006326P001-1467A-025<br>CORP SVC CO<br>8040 EXCELSIOR DR<br>STE 400<br>MADISON WI 53717 | 006327P001-1467A-025<br>CORP SVC CO<br>1821 LOGAN AVE<br>CHEYENNE WY 82001 | 006328P001-1467A-025<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC CO<br>211 E 7TH ST<br>STE 620<br>AUSTIN TX 78701-3218 | 006329P001-1467A-025<br>CORP SVC CO<br>D/B/A CSC-LAWYERS INCORPORATING SVC<br>2710 GTWY OAKS DR<br>STE 150N<br>SACRAMENTO CA 95833-3505 |
| 006330P001-1467A-025<br>CORP SVC COMPANY, INC<br>641 SOUTH LAWRENCE ST<br>MONTGOMERY AL 36104 | 006477P001-1467A-025<br>COUNTY OF SAN MATEO TAX COLLECTOR<br>555 COUNTY CTR<br>1ST FLOOR<br>REDWOOD CITY CA 94063 | 006450P001-1467A-025<br>COWAN AGENCY<br>101 CALIFORNIA ST<br>STE 2710<br>SAN FRANCISCO CA 94111 | 006279P001-1467A-025<br>CR FUND<br>LPPO BOX 3217<br>SEATTLE WA 98114 |
| 007009P001-1467A-025<br>CR FUND I<br>PO BOX 3217<br>SEATTLE WA 98114 | 006426P001-1467A-025<br>CREATIVE SOLUTIONS<br>CUSTOMER # 900829<br>1230 CAMPUS DR<br>MORGANVILLE NJ 07751 | 006354P001-1467A-025<br>CRISTIANE ALESSI FERREIRA<br>ADDRESS INTENTIONALLY OMITTED | 006431P001-1467A-025<br>CRYPSIS<br>CARLTON E BEASLEY<br>1410 SPRING HILL RD<br>STE 300<br>MCLEAN VA 22102 |
| 006462P002-1467A-025<br>CSC<br>ACCOUNT NO 81108785579<br>CO ID:3851984<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808-1674 | 006331P001-1467A-025<br>CSC-LAWYERS INCORPORATING SVC (COMPANY)<br>601 ABBOT RD<br>EAST LANSING MI 48823 | 006332P001-1467A-025<br>CSC-LAWYERS INCORPORATING SVC CO<br>7 ST PAUL ST<br>STE 820<br>BALTIMORE MD 21202 | 006333P001-1467A-025<br>CSC-LAWYERS INCORPORATING SVC CO<br>221 BOLIVAR ST<br>JEFFERSON CITY MO 65101 |
| 006334P001-1467A-025<br>CSC-LAWYERS INCORPORATING SVC CO<br>233 SOUTH 13TH ST<br>STE 1900<br>LINCOLN NE 68508 | 006778P001-1467A-025<br>CT CORP<br>PO BOX 4349<br>CAROL STREAM IL 60197 | 006786P001-1467A-025<br>CYBER QUANTUM PTE LTD<br>16 RAFFLES QUAY #3303<br>HONG KONG LEONG BUILDING<br>SINGAPORE  48581<br>SINGAPORE | 006282P003-1467A-025<br>DAN SCHATT<br>CRED INC<br>ADDRESS INTENTIONALLY OMITTED |

# Cred Inc., et al.
## Exhibit Pages

006381P001-1467A-025
DAN SCHATT
ADDRESS INTENTIONALLY OMITTED

006363P001-1467A-025
DANIEL HUMMER
ADDRESS INTENTIONALLY OMITTED

006384P001-1467A-025
DANIEL WHEELER
ADDRESS INTENTIONALLY OMITTED

006365P001-1467A-025
DANIYAL INAMULLAH
ADDRESS INTENTIONALLY OMITTED

006780P001-1467A-025
DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

006429P001-1467A-025
DECENTAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

006887P001-1467A-025
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B. FITZGERALD
600 UNIVERSITY ST
STE 2700
SEATTLE WA 98101

006887S001-1467A-025
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
AI LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006887S002-1467A-025
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888P001-1467A-025
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S001-1467A-025
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S002-1467A-025
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889P001-1467A-025
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006889S001-1467A-025
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889S002-1467A-025
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006665P001-1467A-025
DELAWARE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1467S-025
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-025
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

006359P001-1467A-025
DELON DE METZ
ADDRESS INTENTIONALLY OMITTED

006465P001-1467A-025
DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

006744P001-1467A-025
DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006775P001-1467A-025
DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

006423P001-1467A-025
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

006369P001-1467A-025
DEVON KLINE
ADDRESS INTENTIONALLY OMITTED

006356P001-1467A-025
DHIRAJ BHAT
ADDRESS INTENTIONALLY OMITTED

006445P001-1467A-025
DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

006421P001-1467A-025
DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

006500P001-1467A-025
DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

**Cred Inc., et al.**
**Exhibit Pages**

006666P001-1467A-025
DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

006451P001-1467A-025
DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

007017P001-1467A-025
DNH GODADDYCOM
14455 N HAYDEN RD STE 226
SCOTTSDALE AZ 85260-6947

007018P001-1467A-025
DOCKER INC
318 CAMBRIDGE AVE
PALO ALTO CA 94306

007019P001-1467A-025
DOCSEND
351 CALIFORNIA ST
SAN FRANCISCO CA 94104

006746P001-1467A-025
DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

007020P001-1467A-025
DOCUSIGN
221 MAIN ST STE 1550
SAN FRANCISCO CA 94105

006268P001-1467A-025
DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

006447P001-1467A-025
DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

006280P001-1467A-025
DRAGONFLY INTERNATIONAL HOLDING LIMITED
KINGSTON CHAMBERS
PO BOX 173
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

006439P001-1467A-025
ELEMENT TECHNOLOGIES
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

006783P001-1467A-025
ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

006432P001-1467A-025
ELIG
112 BECKWITH AVE
CLAYTON NC 27527

006752P001-1467A-025
EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

006438P001-1467A-025
EQUITIES FIRST HOLDINGS
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

006393P001-1467A-025
EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC
234 SPRING LAKE DR
ITASCA IL 60143

006397P001-1467A-025
EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

006756P001-1467A-025
EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

007021P001-1467A-025
EXPENSIFY
88 KEARNEY ST
SAN FRANCISCO CA 94104

006275P001-1467A-025
FENBUSHI INVESTMENT FUND LP
MAPLES CORPORATE SERVICES LIMITED
PO BOX 39
UGLAND HOUSE
GRAND CAYMAN  KY 1-1104
CAYMAN ISLANDS

006361P001-1467A-025
FERNANDO GOLDSTEIN
ADDRESS INTENTIONALLY OMITTED

006271P001-1467A-025
FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006427P001-1467A-025
FIREBLOCKS
500 7TH AV
NEW YORK NY 10018

006448P001-1467A-025
FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

006550P001-1467A-025
FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

006667P001-1467A-025
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

006615P001-1467A-025
FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

000009P001-1467S-025
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

# Cred Inc., et al.
## Exhibit Pages

12/24/2020 12:32:27 PM

006779P001-1467A-025
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

006266P001-1467A-025
GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

006473P001-1467A-025
GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

006668P001-1467A-025
GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

006501P001-1467A-025
GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

006420P001-1467A-025
GETTY.IO INC
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

007023P001-1467A-025
GITHUB
88 COLIN P KELLY JR ST
SAN FRANCISCO CA 94107

006471P001-1467A-025
GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

007024P001-1467A-025
GLOBAL RELAY USA INC
286 MADISON AVE 7TH FLOOR
NEW YORK NY 10017

007025P001-1467A-025
GOOGLE
1600 AMPHITHEATER PKWY
MOUNTAIN VIEW CA 94043

006417P001-1467A-025
GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

006718P001-1467A-025
GRANT LYON
ADDRESS INTENTIONALLY OMITTED

006456P001-1467A-025
GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

006669P001-1467A-025
GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

006546P001-1467A-025
GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

006481P001-1467A-025
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

006362P001-1467A-025
HAN HA
ADDRESS INTENTIONALLY OMITTED

006670P001-1467A-025
HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

006551P001-1467A-025
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

006375P001-1467A-025
HEIDI NG
ADDRESS INTENTIONALLY OMITTED

006774P001-1467A-025
HIREUP LLC
PO BOX 2148
DURANGO CO 81302

006418P001-1467A-025
HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

006425P001-1467A-025
HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

006893P001-1467A-025
HUMAN CLOUD BUSINESS SOLUTIONS
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045
INDIA

006894P002-1467A-025
HUMANCLOUD TECHNOLOGIES
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA  411045
INDIA

006671P001-1467A-025
IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

006502P001-1467A-025
IDAHO STATE TAX COMMISION
800 E PK BLVD
PLAZA IV
BOISE ID 83712-7742

006672P001-1467A-025
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006335P001-1467A-025<br>ILLINOIS CORP SVC CO<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 | 006503P001-1467A-025<br>ILLINOIS DEPT OF REVENUE<br>JAMES R THOMPSON CENTER  CONCOURSE LEVEL<br>100 WEST RANDOLPH ST<br>CHICAGO IL 60601-3274 | 006454P001-1467A-025<br>ILLUMANT<br>431 FLORENCE ST<br>STE 210<br>PALO ALTO CA 94301 | 006773P001-1467A-025<br>INBOUND JUNCTION BG<br>INBOUNDJUNCTION IL<br>MENAHEM BEGIN 20 3RD FLOOR<br>RAMAT GAN  5270005<br>ISAREL |
| 007026P001-1467A-025<br>INBOUNDJUNCTION<br>MENAHEIM BEGIN 20 3RD FLOOR<br>IL RAMAT GAN 5270005<br>TEL AVIV<br>ISRAEL | 006787P001-1467A-025<br>INCOME OPPORTUNITIES (LUXEMBOURG) SA<br>19 RUE DE BITBOURG<br>LUXEMBOURG  L-1273<br>LUXEMBOURG | 006676P001-1467A-025<br>INDIANA ATTORNEY GENERAL<br>CURTIS T HILL JR<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 006504P001-1467A-025<br>INDIANA DEPT OF REVENUE<br>BANKRUPTCY SECTION MS 108<br>100 NORTH SENATE AVE RM N240<br>INDIANAPOLIS IN 46204 |
| 007027P001-1467A-025<br>INFURA<br>CONSENSYS<br>49 BOGART ST<br>BROOKLYN NY 11206 | 006434P001-1467A-025<br>INNREG LLC<br>1101 BRICKELL AVE<br>SOUTH TOWER<br>MIAMI FL 33131 | 007028P001-1467A-025<br>INTERCOM.IO<br>55 2ND ST 4TH FLOOR<br>SAN FRANCISCO CA 94105 | 006740P001-1467A-025<br>INTERIOR PLANT DESIGN<br>1950 MONTEREY RD<br>SAN JOSE CA 95112 |
| 000001P001-1467S-025<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-025<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 006505P001-1467A-025<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 007029P001-1467A-025<br>INVISION SOFTWARE<br>110 LAKE AVE SOUTH<br>STE 35<br>NESCONSET NY 11767 |
| 006677P001-1467A-025<br>IOWA ATTORNEY GENERAL<br>TOM MILLER<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | 006506P001-1467A-025<br>IOWA DEPT OF REVENUE<br>PO BOX 10471<br>DES MOINES IA 50306-3457 | 006507P001-1467A-025<br>IRS INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 006281P002-1467A-025<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG AND RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S001-1467A-025<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S002-1467A-025<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S003-1467A-025<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S004-1467A-025<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S005-1467A-025<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S006-1467A-025<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER<br>ADDRESS INTENTIONALLY OMITTED | 006281S007-1467A-025<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>KODY M SPARKS<br>ADDRESS INTENTIONALLY OMITTED | 007030P001-1467A-025<br>JAMF SOFTWARE LLC<br>100 WASHINGTON AVE S<br>STE 1100<br>MINNEAPOLIS MN 55401 |

# Cred Inc., et al.
## Exhibit Pages

007031P001-1467A-025
JETBRAINS AMERICAS INC
989 EAST HILLSDALE BLVD STE 200
FOSTER CITY CA 94404

006453P001-1467A-025
JIM OCHSENREITER
ADDRESS INTENTIONALLY OMITTED

006444P001-1467A-025
JOHN BARR
ADDRESS INTENTIONALLY OMITTED

006370P001-1467A-025
JONATHAN LABOVICH
ADDRESS INTENTIONALLY OMITTED

006371P001-1467A-025
JOSEPH LALLY
ADDRESS INTENTIONALLY OMITTED

006372P001-1467A-025
JOSEPH LIYANA
ADDRESS INTENTIONALLY OMITTED

006377P001-1467A-025
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006407P001-1467A-025
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006355P001-1467A-025
JOSHUA BEARDSLEY
ADDRESS INTENTIONALLY OMITTED

006428P001-1467A-025
JST SYSTEMS
ANAMARIA GOLEMAC
ANALYST JST CAPITAL
152 W 57TH ST
24TH FL
NEW YORK NY 10019

006466P001-1467A-025
JUMIO CORP
395 PAGE MILL RD
STE 150
PALO ALTO CA 94306-2067

006482P001-1467A-025
KAISER PERMANENTE
ONE KAISER PLZ
OAKLAND CA 94612

006673P001-1467A-025
KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

006508P001-1467A-025
KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66625-9000

006678P001-1467A-025
KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BUILDING SUITE 118
FRANKFORT KY 40601

006509P001-1467A-025
KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

006436P002-1467A-025
KNOWBE4 INC
CUSTOMER ID C-031280
ALICIA DIETZEN
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

006895P001-1467A-025
LA CONCHA
PO BOX 6445
SAN JUAN PR 00914

006731P001-1467A-025
LEES FLORIST AND NURSERY
1420 UNIVERSITY AVE
BERKELEY CA 94702

006719P002-1467A-025
LHV PLANK
ILONA LEBEDEV
AS LHV PANK
TARTU MNT 2
TALLINN 10145
ESTONIA

006727P001-1467A-025
LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

006412P001-1467A-025
LITECOIN FOUNDATION LIMITED
111 NORTH BRIDGE RD #08-19
PENINSUAL PLZ
SINGAPORE 179098
SINGAPORE

006390P001-1467A-025
LOCKTON COMPANIES LLC
DBA LOCKTON INSURANCE BROKERS LLC
THREE EMBARCADERO CTR
SIXTH FL
SAN FRANCISCO CA 94111

006753P001-1467A-025
LOCKTON INSURANCE BROKERS LLC
3 EMBARCADERO CTR 6TH FLOOR
SAN FRANCISCO CA 94111

006754P001-1467A-025
LOGMEIN
320 SUMMER ST
BOSTON MA 02210

007032P001-1467A-025
LOGMEIN LASTPASS
320 SUMMER ST
BOSTON MA 02210

006476P001-1467A-025
LOS ANGELES COUNTY TREASURER AND TAX CONTROLL
225 N HILL ST
1ST FLOOR LOBBY
LOS ANGELES CA 90012

006679P001-1467A-025
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

# Cred Inc., et al.
## Exhibit Pages

006403P002-1467A-025
LOUISIANA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE LA 70802

006510P001-1467A-025
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

006402P001-1467A-025
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

006406P004-1467A-025
LU HUA
ADDRESS INTENTIONALLY OMITTED

006896P001-1467A-025
LUAS CONSTRUCTION AND FACILITIES
2900 SCOTT BLVD
SANTA CLARA CA 95054

007033P001-1467A-025
LUCIDCHARTCOM
10355 S JORDAN GTWY STE 150
SOUTH JORDAN UT 84095

006674P001-1467A-025
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

006511P001-1467A-025
MAINE REVENUE SVC
24 STATE HOUSE STATION
AUGUSTA ME 04333

006474P001-1467A-025
MAITRI KIRTIKUMAR KOTAK
ADDRESS INTENTIONALLY OMITTED

006380P001-1467A-025
MAKSIM ROKHLINE
ADDRESS INTENTIONALLY OMITTED

006765P001-1467A-025
MARA HERBKERSMAN
ADDRESS INTENTIONALLY OMITTED

006366P001-1467A-025
MARIE KACMAREK
ADDRESS INTENTIONALLY OMITTED

006751P001-1467A-025
MARLENA AGENCY
278 HAMILTON AVE
PRINCETON NJ 08540

006749P001-1467A-025
MARY M PRINGLE
ADDRESS INTENTIONALLY OMITTED

006680P001-1467A-025
MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022

006552P001-1467A-025
MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N. CALVERT ST STE 401
BALTIMORE MD 21202

006681P001-1467A-025
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALEY
ONE ASHBURTON PL
BOSTON MA 02108-1698

006483P001-1467A-025
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
1295 STATE ST
SPRINGFIELD MA 01111-0001

006373P001-1467A-025
MEGAN MORAN
ADDRESS INTENTIONALLY OMITTED

006747P001-1467A-025
MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

006742P001-1467A-025
METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

006284P002-1467A-025
METROPOLITAN COMMERCIAL BANK
LIZETTE PERALTA
99 PK AVE 4TH FLOOR
NEW YORK NY 10016

006682P001-1467A-025
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

006512P001-1467A-025
MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

000010P001-1467S-025
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

007034P001-1467A-025
MICROSOFT
ONE MICROSOFT WAY
REDMOND WA 98052-7329

006368P001-1467A-025
MIN KIM
ADDRESS INTENTIONALLY OMITTED

006683P001-1467A-025
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

# Cred Inc., et al.
## Exhibit Pages

---

006513P001-1467A-025
MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

006675P001-1467A-025
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

006514P001-1467A-025
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

006684P001-1467A-025
MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

006515P001-1467A-025
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

006286P001-1467A-025
MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

006287P001-1467A-025
MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

006685P001-1467A-025
MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

006516P001-1467A-025
MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

000050P001-1467S-025
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006766P001-1467A-025
NAME AND ADDRESS INTENTIONALLY OMITTED

006484P001-1467A-025
NAVIA BENEFITS SOLUTION
11400 SE 6TH ST
STE 125
BELLEVUE WA 98004

006686P001-1467A-025
NEBRASKA ATTORNEY GENERAL
DOUG PETERSON
2115 STATE CAPITOL
LINCOLN NE 68509-8920

006517P001-1467A-025
NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL SOUTH
2ND FLOOR
LINCOLN NE 68509-4818

006687P001-1467A-025
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME COURT BLDG
100 N CARSON ST
CARSON CITY NV 89701

006518P001-1467A-025
NEVADA DEPT OF TAXATION
1550 E COLLEGE PKWY
CARSON CITY NV 89706

006729P001-1467A-025
NEVTEC
1150 S BASCOM AVE STE 12
SAN JOSE CA 95128

006688P001-1467A-025
NEW HAMPSHIRE ATTORNEY GENERAL
GORDON MACDONALD
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397

006519P001-1467A-025
NEW HAMPSHIRE DEPT OF REV ADMIN
109 PLEASANT ST
CONCORD NH 03301

006689P001-1467A-025
NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

006520P001-1467A-025
NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

006690P001-1467A-025
NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BUILDING
SANTA FE NM 87501

006521P001-1467A-025
NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

006691P001-1467A-025
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

006522P001-1467A-025
NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

006382P001-1467A-025
NICOLE SKILLERN
ADDRESS INTENTIONALLY OMITTED

006692P001-1467A-025
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

006523P001-1467A-025
NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

# Cred Inc., et al.
# Exhibit Pages

12/24/2020 12:32:27 PM

006693P001-1467A-025
NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

006528P001-1467A-025
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

006694P001-1467A-025
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

006553P001-1467A-025
OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

006524P001-1467A-025
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

006695P001-1467A-025
OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

006529P001-1467A-025
OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

006396P001-1467A-025
ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

006897P001-1467A-025
ORACLE
500 ORACLE PKWY
REDWOOD SHORES CA 94065

006696P001-1467A-025
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

006530P001-1467A-025
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

006898P001-1467A-025
PARKER AND LYNCH
44 MONTGOMERY ST
STE 1950
SAN FRANCISCO CA 94104

006743P001-1467A-025
PAUL HASTINGS
200 PARK AVE
NEW YORK NY 10166

006357P001-1467A-025
PAWAN CHAWLA
ADDRESS INTENTIONALLY OMITTED

006737P001-1467A-025
PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

006697P001-1467A-025
PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

006554P001-1467A-025
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

006525P001-1467A-025
PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

006734P001-1467A-025
PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

006728P001-1467A-025
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

007035P001-1467A-025
POSTMAN
309 VENKATESH COMPLEX 2ND FLOOR
100 FEET RD INDIRANAGAR
BANGALORE KARNATAKA  560038
INDIA

007036P001-1467A-025
POYNT CO
4151 MIDDLEFIELD RD FL 2
PALO ALTO CA 94303

006475P001-1467A-025
PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

007037P001-1467A-025
PRODUCTBOARD
612 HOWARD ST 4TH FLOOR
SAN FRANCISCO CA 94105

006399P001-1467A-025
PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

006698P001-1467A-025
PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

006526P001-1467A-025
PUERTO RICO DEPT DE HACIENDA
EDIFICIO INTENDENTE RAMIREZ
EL PASEO COVDONGA
SAN JUAN PR 00901

006415P001-1467A-025
QTUM CHAIN FOUNDATION
JINGAN DISTRICT YUYUAN RD
419TH BLDG 34
SHANGHAI
CHINA

**Cred Inc., et al.**
**Exhibit Pages**

006383P001-1467A-025
RANDY SONG
ADDRESS INTENTIONALLY OMITTED

006767P001-1467A-025
REGULATION D RESOURCE
7333 WEST JEFFERSON AVE STE 225
LAKEWOOD CO 80235

006899P001-1467A-025
REGUS
15233 VENTURA BLVD
STE 500
SHERMAN OAKS CA 91403

006273P001-1467A-025
RELIZ LTD
BLOCKFILLS
12 OFFICE 1 TREJQET HUGGIEGA
TRIQ VICTOR SCERRI
NAXXAR
MALTA

006699P001-1467A-025
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

006527P001-1467A-025
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
1ST FLOOR
PROVIDENCE RI 02908

006486P002-1467A-025
RICHARDS LAYTON AND FINGER PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

006900P001-1467A-025
ROBERT HALF
2884 SAND HILL RD
MENLO PARK CA 94025

006738P001-1467A-025
ROCKETSPACE INC
180 SANSOME ST 2ND FLOOR
SAN FRANCISCO CA 94104

006487P001-1467A-025
RUDDY GREGORY PLLC
1225 15TH STREET NW
WASHINGTON DC 20005

006488P001-1467A-025
RUTSAERT LEGAL
14 RE DE STRASSEN
LUEMBOURG  2555
LUXEMBOURG

006762P002-1467A-025
RYAN ORTEGA
ADDRESS INTENTIONALLY OMITTED

006410P001-1467A-025
SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BA
SAINT KITTS AND NEVIS

006760P001-1467A-025
SALESFORCE
415 MISSION ST
SAN FRANCISCO CA 94105

006389P001-1467A-025
SALLY ZHANG
ADDRESS INTENTIONALLY OMITTED

006755P001-1467A-025
SALTIRE MANAGEMENT GROUP LLC
3281 SUTTON PL NW STE B
WASHINGTON DC 20016

006935P001-1467A-025
SARACHEK LAW FIRM
JOSEPH E SARACHEK / ZACHARY E MAZUR
670 WHITE PLAINS ROAD PENTHOUSE FLOOR
SCARSDALE NY 10583

006478P001-1467A-025
SARSON FUNDS LLC
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006489P001-1467A-025
SD MAYER AND ASSOCIATES LLP
235 MONTGOMERY ST
30TH FLOOR
SAN FRANCISCO CA 94104

007038P001-1467A-025
SECURITY PUBLIC STORAGE
110 EAST 25TH AVE
SAN MATEO CA 94403

007039P001-1467A-025
SENDGRID
929 PEARL ST
BOULDER CO 80302

007040P001-1467A-025
SENDSAFELYCOM
1460 BROADWAY FOURTH FLOOR
NEW YORK NY 10036

007041P001-1467A-025
SENTRY
132 HAWTHORNE ST
SAN FRANCISCO CA 94107

006265P001-1467A-025
SEQUOIA ONE
22 4TH ST
3RD FLOOR
SAN FRANCISCO CA 94103

006490P001-1467A-025
SHEPPARD MULLIN
333 SOUTH HOPE ST
43RD FLOOR
LOS ANGELES CA 90071

006761P001-1467A-025
SHORELINE LABS
425 CALIFORNIA ST STE 1200
SAN FRANCISCO CA 94104

006768P001-1467A-025
SHRED-IT
7734 S 133RD ST
OMAHA NE 68138

006732P001-1467A-025
SHUTTLE FINANCE INC
DBA ACRE
1447 2ND ST 2ND FLOOR
SANTA MONICA CA 90401

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006398P001-1467A-025<br>SILVERGATE<br>ASHTON KELLEY; OLLINKA EQUIHUA<br>TEDDY HANSON<br>4250 EXECUTIVE SQUARE<br>STE 100<br>LA JOLLA CA 92037 | 006770P001-1467A-025<br>SILVERLINE<br>860 BROADWAY 5TH FL<br>NEW YORK NY 10003 | 007042P001-1467A-025<br>SKETCH<br>FLIGHT FORUM 40 BEGANE GROND<br>5657 DB EINDHOVEN<br>NETHERLANDS | 007043P001-1467A-025<br>SLACK<br>500 HOWARD ST<br>SAN FRANCISCO CA 94105 |
| 000012P001-1467S-025<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 006561P001-1467A-025<br>SOS DISTRICT OF COLUMBIA<br>KIMBERLY A BASSETT<br>1350 PENNSYLVANIA AVE NW<br>ROOM 419<br>WASHINGTON DC 20004 | 006562P001-1467A-025<br>SOS OF ALABAMA<br>JOHN H MERRILL<br>PO BOX 5616<br>MONTGOMERY AL 36103-5616 | 006563P001-1467A-025<br>SOS OF ALASKA<br>KEVIN MEYER<br>333 W WILLOUGHBY AVE<br>9TH FLOOR<br>JUNEAU AK 99801 |
| 006564P001-1467A-025<br>SOS OF ARIZONA<br>KATIE HOBBS<br>OFFICE OF THE SECRETARY OF STATE<br>1700 W WASHINGTON ST<br>F17<br>PHOENIX AZ 85007-2888 | 006565P001-1467A-025<br>SOS OF ARKANSAS<br>JOHN THURSTON<br>STATE CAPITOL<br>500 WOODLANE AVE<br>STE 256<br>LITTLE ROCK AR 72201 | 006566P001-1467A-025<br>SOS OF CALIFORNIA<br>ALEX PADILLA<br>1500 11TH ST<br>SACRAMENTO CA 95814 | 006567P001-1467A-025<br>SOS OF COLORADO<br>JENA GRISWOLD<br>COLORADO DEPT OF STATE<br>1700 BROADWAY<br>STE 200<br>DENVER CO 80290 |
| 006568P001-1467A-025<br>SOS OF CONNECTICUT<br>DENISE W MERRILL<br>30 TRINITY ST<br>HARTFORD CT 06106 | 006569P001-1467A-025<br>SOS OF DELAWARE<br>JEFFREY W BULLOCK<br>401 FEDERAL ST<br>STE 3<br>DOVER DE 19901 | 006570P001-1467A-025<br>SOS OF FLORIDA<br>LAUREL M LEE<br>RA GRAY BUILDING<br>500 SOUTH BRONOUGH ST<br>TALLAHASSEE FL 32399-0250 | 006571P001-1467A-025<br>SOS OF GEORGIA<br>BRAD RAFFENSPERGER<br>214 STATE CAPITOL<br>ATLANTA GA 30334 |
| 006572P001-1467A-025<br>SOS OF GUAM<br>JOSH TENORIO<br>LEUTENANT GOVERNOR<br>RICARDO J BORDALLO GOVERNORS COMPLEX<br>PO BOX 2950 HAGATNA GUAM 96932<br>ADELUP GU 96910 | 006573P001-1467A-025<br>SOS OF HAWAII<br>JOSH GREEN<br>LEUTENANT GOVERNOR<br>STATE CAPITOL<br>ROOM 415<br>HONOLULU HI 96813 | 006574P001-1467A-025<br>SOS OF IDAHO<br>LAWERENCE DENNEY<br>700 WEST JEFFERSON ST RM E205<br>PO BOX 83720<br>BOISE ID 83720-0080 | 006575P001-1467A-025<br>SOS OF ILLINOIS<br>JESSE WHITE<br>213 STATE CAPITOL<br>SPRINGFIELD IL 62756 |
| 006576P001-1467A-025<br>SOS OF INDIANA<br>CONNIE LAWSON<br>200 W WASHINGTON ST<br>ROOM 201<br>INDIANAPOLIS IN 46204 | 006577P001-1467A-025<br>SOS OF IOWA<br>PAUL D PATE<br>FIRST FLOOR LUCAS BUILDING<br>321 E 12TH ST<br>DES MOINES IA 50319 | 006582P001-1467A-025<br>SOS OF KANSAS<br>SCOTT SCHWAB<br>MEMORIAL HALL 1ST FLOOR<br>120 SW 10TH AVE<br>TOPEKA KS 66612-1594 | 006583P001-1467A-025<br>SOS OF KENTUCKY<br>MICHAEL ADAMS<br>OFFICE OF THE KENTUCY SECRETARY OF STATE<br>700 CAPITAL AVE STE 152<br>FRANKFORT KY 40601 |
| 006584P001-1467A-025<br>SOS OF LOUISIANA<br>R KYLE ARDOIN<br>8585 ARCHIVES AVE<br>PO BOX 94125 BATON ROUGE LA 708049125<br>BATON ROUGE LA 70809 | 006578P001-1467A-025<br>SOS OF MAINE<br>MATTHEW DUNLAP<br>148 STATE HOUSE STATION<br>AUGUSTA ME 00433-0148 | 006579P001-1467A-025<br>SOS OF MARYLAND<br>JOHN C WOBENSMITH<br>FRED L WINELAND BUILDING<br>16 FRANCIS ST<br>ANNAPOLIS MD 21401 | 006585P001-1467A-025<br>SOS OF MASSACHUSETTS<br>WILLIAM FRANCIS GALVIN<br>ONE ASHBURTON PLACE<br>ROOM 1611<br>BOSTON MA 02108-1512 |

# Cred Inc., et al.
# Exhibit Pages

---

006580P001-1467A-025
SOS OF MICHIGAN
JOCELYN BENSON
MICHIGAN DEPARTMENT OF STATE
LANSING MI 48919

006586P001-1467A-025
SOS OF MINNESOTA
STEVE SIMON
OFFICE OF THE SECRETARY OF STATE
RETIREMENT SYSTEMS OF MINNESOTA BLDG
60 EMPIRE DR STE 100
ST. PAUL MN 55103

006581P001-1467A-025
SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

006587P001-1467A-025
SOS OF MISSOURI
JOHN R ASHCROFT
600 WEST MAIN ST
JEFFERSON CITY MO 65101

006588P001-1467A-025
SOS OF MONTANA
COREY STAPLETON
STATE CAPITOL BUILDING 1301 E 6TH AVE
PO BOX 202801 HELENA MT 59620
HELENA MT 59601

006589P001-1467A-025
SOS OF NEBRASKA
ROBERT BEVNEN
PO BOX 94608
LINCOLN NE 68509-4608

006590P001-1467A-025
SOS OF NEVADA
BARBARA K CEGAVSKE
NEVADA STATE CAPITOL BLDG
101 N CARSON ST STE 3
CARSON CITY NV 89701

006591P001-1467A-025
SOS OF NEW HAMPSHIRE
WILLIAM M GARDNER
107 N MAIN ST RM 204
STATE HOUSE
CONCORD NH 03301

006592P001-1467A-025
SOS OF NEW JERSEY
TAHESHA WAY ESQ
225 W STATE ST
PO BOX 001
TRENTON NJ 08625-0300

006593P001-1467A-025
SOS OF NEW MEXICO
MAGGIE TOULOUSE OLIVER
NEW MEXICO STATE CAPITOL ANNEX NORTH
325 DON GASPAR STE 300
SANTA FE NM 87501

006594P001-1467A-025
SOS OF NEW YORK
ROSSANA ROSADO
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY NY 12231-0001

006595P001-1467A-025
SOS OF NORTH CAROLINA
ELAINE F MARSHALL
2 SOUTH SALISBURY ST
PO BOX 29622
RALEIGH NC 27626-0622

006596P001-1467A-025
SOS OF NORTH DAKOTA
ALVIN A AL JAEGER
600 E BLVD AVE
DEPT 108 1ST FLOOR
BISMARCK ND 58505-0500

006597P001-1467A-025
SOS OF OHIO
FRANK LAROSE
180 EAST BROAD ST
16TH FLOOR
COLUMBUS OH 43215

006598P001-1467A-025
SOS OF OKLAHOMA
MICHAEL ROGERS
2300 N LINCOLN BLVD
STE 101
OKLAHOMA CITY OK 73105-4897

006599P001-1467A-025
SOS OF OREGON
BEV CLARNO
900 COURT ST NE
CAPTIAL RM 136
SALEM OR 97310-0722

006600P001-1467A-025
SOS OF PENNSYLVANIA
KATHY BOOCKVAR
302 NORTH OFFICE BLDG
HARRISBURG PA 17120

006602P001-1467A-025
SOS OF PUERTO RICO
ELMER ROMAIN
DEPTO DE ESTADO DE PR
CALLE SAN JOSE
SAN JUAN PR 00901

006601P001-1467A-025
SOS OF RHODE ISLAND
NELLIE M GORBEA
82 SMITH ST
STATE HOUSE ROOM 217
PROVIDENCE RI 02903

006603P001-1467A-025
SOS OF SOUTH CAROLINA
MARK HAMMOND
EDGAR BROWN BLDG
1205 PENDELTON ST STE 525
COLUMBIA SC 29201

006604P001-1467A-025
SOS OF SOUTH DAKOTA
STEVE BARNETT
CAPITOL BUILDING
500 E CAPITOL AVE STE 204
PIERRE SD 57501-5070

006605P001-1467A-025
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

006606P001-1467A-025
SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

006607P001-1467A-025
SOS OF UTAH
SPENCER COX
160 E 300 S
2ND FLOOR
SALT LAKE CITY UT 84111

006608P001-1467A-025
SOS OF VERMONT
JIM CONDOS
26 TERREACE ST
MONTPELIER VT 05609-1101

006609P001-1467A-025
SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

006610P001-1467A-025
SOS OF WASHINGTON
KIM WYMAN
LEGISLATEIVE BUILDING
PO BOX 40220
OLYMPIA WA 98504-0220

006611P001-1467A-025
SOS OF WEST VIRGINIA
MAC WARNER
BLDG 1 SUITE 157K
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305-0770

# Cred Inc., et al.
## Exhibit Pages

006612P001-1467A-025
SOS OF WISCONSIN
DOUG LAFOLLETTE
PO BOX 7848
MADISON WI 53707-7848

006613P001-1467A-025
SOS OF WYOMING
EDWARD A BUCHANAN
SECRETARY OF STATES OFFICE
2020 CAREY AVE
STE 600
CHEYENNE WY 82002-0020

006700P001-1467A-025
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

006531P001-1467A-025
SOUTH CAROLINA DEPT OF REVENUE
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29201

006701P001-1467A-025
SOUTH DAKOTA ATTORNEY GENERAL
JASON RAVNSBORG
1302 EAST HWY 14
STE 1
PIERRE SD 57501-8501

006532P001-1467A-025
SOUTH DAKOTA DEPT OF REVENUE AND REGULATION
445 E CAPITOL AVE
PIERRE SD 57501

007044P001-1467A-025
SPECTRUM
60 COLUMBUS CIR
NEW YORK NY 10023

006276P001-1467A-025
SPICE VENTURE CAPITAL PTD LTD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE
SINGAPORE

007045P001-1467A-025
SPROUT SOCIAL INC
131 S DEARBORN ST STE 700
CHICAGO IL 60603

006336P001-1467A-025
STANLEY C WILSON
ADDRESS INTENTIONALLY OMITTED

006338P002-1467A-025
STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006614P001-1467A-025
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

006621P001-1467A-025
STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

006533P001-1467A-025
STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

006534P001-1467A-025
STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

006622P001-1467A-025
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

006535P001-1467A-025
STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

006616P001-1467A-025
STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

006623P001-1467A-025
STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

006536P001-1467A-025
STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

006617P001-1467A-025
STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

006624P001-1467A-025
STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

006818P001-1467A-025
STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

006625P001-1467A-025
STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

006619P001-1467A-025
STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

006626P001-1467A-025
STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

006620P001-1467A-025
STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

006627P001-1467A-025
STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

# Cred Inc., et al.
## Exhibit Pages

006772P002-1467A-025
STEFAN RUST
ADDRESS INTENTIONALLY OMITTED

006379P001-1467A-025
SUDHA MADHURI RAVULA
ADDRESS INTENTIONALLY OMITTED

006364P001-1467A-025
SUNG HWANG
ADDRESS INTENTIONALLY OMITTED

006736P001-1467A-025
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

006730P001-1467A-025
TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

006763P001-1467A-025
TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

006437P001-1467A-025
TELEMEIO
7 TERMAASEK BLVD
SINGAPORE 038987
SINGAPORE

006702P001-1467A-025
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

006555P001-1467A-025
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

006537P001-1467A-025
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

006452P001-1467A-025
TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

006703P001-1467A-025
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

006538P001-1467A-025
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

006464P001-1467A-025
THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

006464S001-1467A-025
THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

006392P001-1467A-025
THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

006337P001-1467A-025
THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

006934P001-1467A-025
THE ROSNER LAW GROUP LLC
JASON A. GIBSON
824 N MARKET ST SUITE 810
WILMINGTON DE 19801

006735P001-1467A-025
THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

006759P002-1467A-025
TODD HERSCHBERG
ADDRESS INTENTIONALLY OMITTED

006455P001-1467A-025
TOWER PLAZA TOWER (LINCOLN PROPERTY COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

006413P001-1467A-025
TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

006472P001-1467A-025
TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

007046P001-1467A-025
TRULIOO INFORMATION SYSTEMS
1200 1055 WEST HASTINGS ST
VANCOUVER BC V6E 2E9
CANADA

006741P001-1467A-025
TRUPTI BALEKUND
ADDRESS INTENTIONALLY OMITTED

007047P001-1467A-025
TWILIO INC
101 SPEAR ST FL 1
SAN FRANCISCO CA 94105-1580

006784P001-1467A-025
UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERZE@IRVING
SINGAPORE 369546
SINGAPORE

006408P001-1467A-025
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

**Cred Inc., et al.**
**Exhibit Pages**

006556P001-1467A-025
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

006557P001-1467A-025
US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

006558P001-1467A-025
US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

006559P001-1467A-025
US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

006560P001-1467A-025
US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

006547P001-1467A-025
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

006548P001-1467A-025
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000011P001-1467S-025
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

006771P002-1467A-025
USER CENTERED EXPERIENCES LLC
DEB VOISIN
95 MOUNTAIN SPRINGS DR
SANTA CRUZ CA 95060

006704P001-1467A-025
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

006539P001-1467A-025
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

006395P002-1467A-025
VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006705P001-1467A-025
VERMONT ATTORNEY GENERAL
TJ DONOVAN
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

006540P001-1467A-025
VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

007022P001-1467A-025
VERVENT FIRST ASSOCIATES
10182 TELESIS CT STE 300
SAN DIEGO CA 92121

006470P001-1467A-025
VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

006706P001-1467A-025
VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

006541P001-1467A-025
VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

006419P002-1467A-025
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

006485P001-1467A-025
VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

006707P001-1467A-025
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

006542P001-1467A-025
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

006709P001-1467A-025
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

006405P001-1467A-025
WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

006543P001-1467A-025
WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 23501

006404P001-1467A-025
WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

006394P001-1467A-025
WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006708P001-1467A-025
WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

**Cred Inc., et al.**
**Exhibit Pages**

006544P001-1467A-025
WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

006710P001-1467A-025
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BUILDING ROOM 123
CHEYENNE WY 82002

006545P001-1467A-025
WYOMING DEPT OF REVENUE
122 WEST 25TH ST HERSCHLER BLDG
3RD FL EAST
CHEYENNE WY 82002

006378P001-1467A-025
XAVIER RASHOTSKY
ADDRESS INTENTIONALLY OMITTED

006435P001-1467A-025
YEARWOOD MEDIA
JOHN YEARWOOD
PRESIDENT CEO
680 NE 119TH ST
BISCAYNE PARK FL 33161

006385P001-1467A-025
YIHAN XU
ADDRESS INTENTIONALLY OMITTED

007048P001-1467A-025
YOUR REMOTE ASSISTANT
3193 ASHBROOK LN
SAN RAMON CA 94582

006386P001-1467A-025
ZACHARY YOUNG
ADDRESS INTENTIONALLY OMITTED

006748P001-1467A-025
ZEROTH LINK LLC
24016 2ND ST
HAYWARD CA 95054

007049P001-1467A-025
ZOOM US
55 ALMADEN BLVD 6TH FL
SAN JOSE CA 95113

006443P001-1467A-025
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704

Records Printed :   **879**