### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Pedro A. Jimenez of Paul Hastings LLP to represent Cred Inc., *et al.* in the above referenced cases.

Dated: December 30, 2020

      */s/ Scott D. Cousins*
Scott D. Cousins (DE Bar No. 3079)
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: +1 (302) 824-7081
Email: scott.cousins@cousins-law.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

      */s/ Pedro A. Jimenez*
Pedro A. Jimenez
Paul Hastings LLP
200 Park Avenue, New York, NY 10166
(212) 318-6790
pedrojimenez@paulhastings.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

      JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Dated: December 30th, 2020
Wilmington, Delaware