**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20- 12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF KINGS       )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of December, 2020, DRC, acting under my supervision, caused to be served the following documents:

    a. *Notice of Filing of Blackline of Revised Proposed Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* (Docket No. 221);

    b. *Notice of Filing of Proposed Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (D) Granting Related Relief* (Docket No. 225);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

c. *Notice of Filing of Proposed Order Authorizing Employment and Retention of Teneo Capital Group LLC Investment Banker for Debtors, Effective* Nunc Pro Tunc *to November 16, 2020* (Docket No. 228);

d. *Notice of* Amended *Agenda for Telephonic and Video Hearing Scheduled for December 17, 2020 at 11:00 a.m. (ET), before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware* (Docket No. 229); and

e. *Notice of Filing of Proposed Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* (Docket No. 232),

to be served via electronic mail upon the parties set forth on <u>Exhibit 1</u>; and via US First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 24th day of December, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
24th day of December, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

2

**EXHIBIT 1**

Case 20-12836-JTD   Doc 291   Filed 12/30/20   Page 4 of 8

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

Page # : 1 of 3

12/16/2020 08:53:33 PM

| | | | |
|---|---|---|---|
| 000067P001-1467S-022<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-022<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-022<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-022<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM |
| 000057P001-1467S-022<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-022<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000036P001-1467S-022<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-022<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000008P001-1467S-022<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-022<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000060P001-1467S-022<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-022<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000056P001-1467S-022<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000058P001-1467S-022<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM | 000059P001-1467S-022<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000065P001-1467S-022<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM |
| 000065P001-1467S-022<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM | 000044P001-1467S-022<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000061P001-1467S-022<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-022<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM |
| 000062P001-1467S-022<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-022<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000024P001-1467S-022<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-022<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Case 20-12836-JTD   Doc 291   Filed 12/30/20   Page 5 of 8

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 3

12/16/2020 08:53:33 PM

000026P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000037P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-022
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| | | |
|---|---|---|
| 000054P001-1467S-022 | 000052P001-1467S-022 | 000005P001-1467S-022 |
| SAUL EWING ARNSTEIN & LEHR LLP | UPHOLD, INC | US ATTORNEY FOR DELAWARE |
| MARK MINUTI,ESQ | JP THIERIOT | CHARLES OBERLY |
| 1201 NORTH MARKET ST.,STE 2300 | 900 LARKSPUR LANDING CIR | ELLEN SLIGHTS |
| P O BOX 1266 | STE 209 | 1313 NORTH MARKET ST |
| WILMINGTON DE 19899 | LARKSPUR CA 94939 | WILMINGTON DE 19801 |
| MARK.MINUTI@SAUL.COM | JP.THIERIOT@UPHOLD.COM | USADE.ECFBANKRUPTCY@USDOJ.GOV |

Records Printed :  **51**

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                       12/16/2020 08:53:06 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-022<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-022<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-022<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-022<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-022<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-022<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-022<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000050P001-1467S-022<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000003P001-1467S-022<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000012P001-1467S-022<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-022<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed :   11