# Exhibit A

**E-Mail Between Schatt and Alexander Outlining Cred Capital's Structure**

**From:** Dan Schatt <dan@mycred.io>
**Date:** Sunday, March 15, 2020 at 2:10 PM
**To:** James Alexander <james.alexander@mycred.io>, Dan Wheeler <dan.wheeler@mycred.io>
**Cc:** Joe Podulka <joe@mycred.io>, James Alexander <james.alexander@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

Thanks James, summary is exactly as we discussed.

Dan W – This should completely eliminate any potential conflict of interest.

Thanks,
Dan

**From:** James Alexander <james.alexander@mycred.io>
**Date:** Sunday, March 15, 2020 at 2:07 PM
**To:** Dan Wheeler <dan.wheeler@mycred.io>
**Cc:** Joe Podulka <joe@mycred.io>, Dan Schatt <dan@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

Hi Dan W.,

I've spoken with Dan S. and following are the action items.  Given market conditions, I recommend we close asap. We will continue to fundraise; which will be greatly aided by initial funding and actual being in business.

1. Revise cap table so only two shareholders initially, including the investor and Cred LLC.  Revise titles of employees to exclude shareholder. All CCI employees will continue to participate in Cred LLC profit plan and LBA.

2. BOD three members including investor, Joe and James.

3. Pls send AMA to Dan S. for his signature. And I will then be able to go back to investor for his approval of revised cap table.

4. @Joe, how much cash will Cred LLC contribute to closing and initial funding--50% of total and investor is other 50%?  $150-500k is range. Future capital contributions could be in kind.

Regards,

James