## Exhibit B

**Declaration of John Mark Zeberkiewicz**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JOHN MARK ZEBERKIEWICZ IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF JAMES ALEXANDER TO DISMISS THE CRED CAPITAL, INC. CASE**

I, John Mark Zeberkiewicz, declare that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney admitted and in good standing to practice in the State of Delaware.

2. I am a director of the law firm of Richards Layton & Finger, P.A. ("RLF" or the "Firm"), located at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801. I submit this declaration in support of the *Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case*.

3. The facts set forth in this declaration are based upon my personal knowledge and the Firm's client/matter records that were reviewed by me.

4. In June of 2020, Cred Inc. ("Cred") engaged the Firm to assist with the correction of issues relating to the governance structure of its subsidiary, Cred Capital, Inc. ("Cred Capital").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

5. In determining the best way to correct the structure, the Firm reviewed Cred Capital's Certificate of Incorporation filed with the Delaware Secretary of State on March 10, 2020 (the "Original Charter"), and Cred Capital's Amended and Restated Certificate of Incorporation filed with the Delaware Secretary of State on June 22, 2020 (the "Amended Charter").

6. The Firm determined that because the Original Charter contained an inaccurate record of certain matters therein, filing a Certificate of Correction under section 103(f) of the Delaware General Corporate Law ("DGCL") was the most efficient way to correct Cred Capital's governance structure.

7. In that regard, the Firm prepared a Certificate of Correction (the "Certificate of Correction") that corrected the Original Charter to reflect that Daniel Schatt and Joseph Podulka were the initial directors of Cred Capital. Podulka, on behalf of Cred Capital, executed the Certificate of Correction filed it with the Delaware Secretary of State on June 29, 2020.

8. Under section 103(f) of the DGCL, following the effectiveness of the filing of the Certificate of Correction, Schatt and Podulka were the initial directors of Cred Capital, and the correction was effective as of the filing date of the Original Charter, March 10, 2020, except as to those persons substantially and adversely affected by the correction and, as to those persons the instrument as corrected (i.e., the Original Charter) was effective from the effectiveness of the filing of the Certificate of Correction.

9. Accordingly, Podulka's filing of the Certificate of Correction to correct an inaccuracy in the Original Charter was permitted under Section 103(f) of the DGCL and had the effect set forth therein.

*[Remainder of page intentionally left blank].*

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 30th day of December, 2020

*/s/ John Mark Zeberkiewicz*
John Mark Zeberkiewicz
