# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Cred Inc., *et al.*,[1] | ) ) | Case No. 20-12836 (JTD) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Related to Docket Nos. 152, 296** |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO MOTION OF JAMES ALEXANDER TO DISMISS THE CRED CAPITAL, INC. CASE

1. The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submits this joinder (the "Joinder") to *Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* [Docket No. 296] (the "Objection") filed in opposition to the *Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* [Docket No. 152] (the "Motion to Dismiss").

2. The Committee has reviewed the Objection and hereby joins and incorporates all of the factual assertions and legal arguments set forth by the Debtors in the Objection.

3. The Committee reaffirms its position that Mr. Alexander's request for dismissal is merely a tactic to deflect attention away from his own wrongdoing, manufacture leverage in his other ongoing legal battles, and escape liability in these Chapter 11 Cases (*e.g.*, from avoidance actions that would otherwise be brought by Cred Capital against Mr. Alexander).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

4. The Committee reserves the right to supplement this Joinder and further reserves the right to participate in the hearing on the Motion to Dismiss, including to make argument and examine witnesses.

WHEREFORE, for the reasons set forth in the Objection, the Committee requests that the Court deny the Motion to Dismiss.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 30, 2020 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br><br>- and -<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>*Proposed Counsel to the Committee* |