UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **RE: Docket No. 279** |

**NOTICE OF FILING OF STIPULATION GRANTING
DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO COMMENCE LITIGATION**

PLEASE TAKE NOTICE that on December 23, 2020, the Debtors filed the *Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet* [Docket No. 279] (the "PSA Approval Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, as set forth more fully in the PSA Approval Motion and subject to Bankruptcy Court approval, the PSA contemplates a chapter 11 plan of liquidation centered on an expeditious liquidation of the Debtors' assets, first through the Debtors' proposed asset sale process to be conducted pursuant to section 363 of the Bankruptcy Code, and, irrespective of whether an actionable transaction comes to fruition, the transfer of all of the Debtors' assets, including sale proceeds, if any, cryptocurrency, and estate causes of action into a liquidation trust (the "Cred Liquidation Trust").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that the PSA Approval Motion further contemplates that, following confirmation of the Plan, all Causes of Action will be transferred to the Cred Liquidation Trust for prosecution by a Liquidation Trustee.[2]

PLEASE TAKE FURTHER NOTICE that as set forth more fully in the PSA Approval Motion, the Debtors and the Committee agreed to include several materials terms in the PSA, including:

(a) the Debtors' consent to the Committee having derivative standing to pursue all Causes of Action against any current or prior insider, affiliate, or employee of any Debtor; and

(b) after consultation with the Debtors, and provided that the Debtors' estates have sufficient funds to pursue such Cause of Action, the Debtors' agreement to grant the Committee derivative standing to pursue any other Cause of Action on behalf of the Debtors' estates that the Committee, in good faith, believes must be pursued prior to the Effective Date of the Plan.

(together, the "Derivative Standing Provisions of the PSA"). *See generally* ¶ 14 of the PSA Approval Motion.

PLEASE TAKE FURTHER NOTICE that, as part of its negotiations with the Debtors regarding the Derivative Standing Provisions of the PSA, the Committee requested, and the Debtors agreed, for the Debtors to enter into a stipulation granting the Committee derivative standing to investigate and bring the Causes of Action (the "Derivative Standing Stipulation").

PLEASE TAKE FURTHER NOTICE that in connection with the PSA Approval Motion, the Debtors and the Committee have proposed the entry of an Order Approving Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Litigation in the form attached as **Exhibit A** hereto (the "Proposed Derivative Standing Order").

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the PSA or the PSA Approval Motion.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Derivative Standing Order, attached hereto as **Exhibit A**, in connection with its approval of the PSA Approval Motion.

Dated: December 31, 2020
       Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
        derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*