**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Feb. 3, 2021 at 1:00 p.m. (EST)**<br>**Obj. Deadline: Jan. 25, 2021 at 4:00 p.m. (EST)** |

**APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328 AND
1103, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1, AUTHORIZING
AND APPROVING THE EMPLOYMENT AND RETENTION OF DUNDON
ADVISERS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 7, 2020**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors") submits this application (the "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing and approving the employment and retention of Dundon Advisers LLC ("Dundon Advisers") as financial advisor to the Committee in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), *nunc pro tunc* to December 7, 2020, pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

support of the Application, the Committee submits the declaration of Matthew Dundon (the "Dundon Declaration"), a principal of Dundon Advisers, attached hereto as **Exhibit B**. In further support of the Application, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Committee consents to the entry of a final order by the Court.

3. The statutory predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code. Relief is also proper pursuant to Bankruptcy Rule 2014 and Local Rule 2014-1.

## BACKGROUND

4. On November 7, 2020 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5. On December 3, 2020, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. *See* Docket No. 120. On December 4 and 5, 2020, the Committee met by video conference, and further deliberated, and engaged McDermott Will & Emery LLP as its counsel. On December 7, 2020, the Committee

met by video conference and engaged Dundon Advisers as its financial advisor in these Chapter 11 Cases.

6.      Information regarding the Debtors' history, business operations, capital structure, and the events leading up to the commencement of these Chapter 11 Cases can be found in certain declarations in favor the Debtors' first day relief set forth at Docket Nos. 12 and 16, and supplemented by other pleadings filed in these cases.

## RELIEF REQUESTED

7.      By this Application, the Committee requests entry an order approving the employment and retention of Dundon Advisers as the Committee's financial advisor, *nunc pro tunc* to December 7, 2020, which is the date on which Dundon Advisers began rendering services to the Committee. The Committee seeks to retain Dundon Advisers to perform financial advisory services for the Committee, in accordance with the terms set forth in this Application, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code.

## THE RETENTION OF DUNDON ADVISERS IS WARRANTED

8.      Dundon Advisers is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990's and which has a leading national platform particularly focused on litigation claims in bankruptcy. Dundon Advisers is or recently was financial adviser or co-financial adviser to the official committees of unsecured creditors appointed in the *Alpha Entertainment (XFL)*, *BeavEx*, *Comcar*, *Celadon*, *Juno USA*, *Fuse Media*, *iPic Theatres*, *Impresa Aerospace, LBI Media*, *Loot Crate*, *Maines Paper & Food*, *Mallinckrodt, Proteus Digital Health*, *Open Road Films*, *SIW Holdings*, *Youfit*, *YogaWorks*, and *Vector Launch* cases in this District; the *All American Oil and Gas* and *Remnant Oil Company* cases in the Western District of Texas; the *Eco-Stim* cases in the Southern District

of Texas; the *Golds Gym*, *LaSalle Group* and *Studio Movie Grill* cases in the Northern District of Texas; the *Jagged Peak* cases in the District of Nevada; the *Slidebelts* case in the Eastern District of California; the *Frank Theatres, Congoleum* and *Video Corporation of America* cases in the District of New Jersey; the *Goodrich Quality Theatres* cases in the Western District of Michigan; the *Valmiera Glass* case in the Northern District of Georgia; the *K&W Cafeterias* case in the Middle District of North Carolina, the *Glostation USA* cases in the Central District of California; the *Agera Energy, Aralez Pharmaceuticals,* and *McClatchy Company* cases in the Southern District of New York; the *Wave Computing Inc.* cases in the Northern District of California and the *1 Global Capital* cases in the Southern District of Florida. Dundon Advisers is or recently was financial adviser or co-financial adviser to the Official Committee of Tort Claimants in the *PG&E* cases in the Northern District of California; the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* cases, the Ad Hoc Committee of Consumer and Worker Litigation Creditors in the *Hertz* cases, the Ad Hoc Committee of Equity Securities Holders in the *RAIT Financial* cases, the Ad Hoc Group of Plan Participants in the *Ruby Tuesday* cases in this District; and the Ad Hoc Committee of Individual Victims in the *Purdue* cases in the Southern District of New York. All of the foregoing are highly complex chapter 11 cases. In addition to its service as a financial adviser to committees, Dundon Advisers' clients have been appointed to dozens of official committees of unsecured creditors in this and other districts since April 2016, and Dundon Advisers has taken an active role in the activities of many of those Committees. Dundon Advisers also provides financial advisory and investment management services in other bankruptcy and non-bankruptcy contexts.

9. Leadership in these Chapter 11 Cases for Dundon Advisers will be provided by firm Principal Matthew Dundon, Managing Director Alex Mazier, Director Eric Reubel, and

4

Senior Director Mark Friedler. The Committee's selection of Dundon Advisers as a financial advisor was based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice relevant to the scope of the Committee's mandate; (b) Dundon Advisers' senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these Chapter 11 Cases; (c) and Dundon Advisers' particular knowledge and expertise in technology and cases alleging investor/customer fraud.

10.     The Committee determined that Dundon Advisers brought a unique blend of case-specific knowledge, relevant experience, and expertise. The Committee believes that Dundon Advisers' proposed compensation structure is competitive, appropriate, and reasonable in the context of these Chapter 11 Cases.

## Scope of Services

11.     Dundon Advisers will provide such financial advisory services to the Committee as the Committee deems appropriate and feasible in order to advise the Committee in the course of these Chapter 11 Cases, including, but not limited to, the following:

- Assist in the analysis, review, and monitoring of the restructuring process, including, but not limited to, an assessment of the unsecured claims pool and potential recoveries for unsecured creditors;

- Develop a complete understanding of the Debtors' businesses and their valuations;

- Determine whether there are viable alternative paths for the disposition of the Debtors' assets from those being currently proposed by the Debtors;

- Monitor, and to the extent appropriate, assist the Debtors in efforts to develop and solicit transactions which would support unsecured creditor recovery;

- Assist the Committee in identifying, valuing, and pursuing estate causes of action, including, but not limited to, relating to pre-petition transactions, control person liability, and lender liability;

- Assist the Committee to address claims against the Debtors and to identify, preserve, value, and monetize tax assets of the Debtors;

- Advise the Committee in negotiations with the Debtors and third parties;

- Assist the Committee in reviewing the Debtors' financial reports, including, but not limited to, statements of financial affairs, schedules of assets and liabilities, cash budgets, and monthly operating reports;

- Review and provide analysis of any proposed disclosure statement and chapter 11 plan and if appropriate, assist the Committee in developing an alternative chapter 11 Plan;

- Attend meetings and assist in discussions with the Committee, the Debtors, the U.S. Trustee, and other parties in interest and professionals;

- Present at meetings of the Committee, as well as meetings with other key stakeholders and parties;

- Perform such other advisory services for the Committee as may be necessary or proper in these proceedings, subject to the aforementioned scope; and

- Provide testimony on behalf of the Committee as and when may be deemed appropriate.

## Professional Compensation

12. Section 328(a) of the Bankruptcy Code provides, in relevant part, that a committee appointed under Bankruptcy Code section 1102 "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

13. Subject to the Court's approval, and in accordance with Bankruptcy Code section 328(a), Dundon Advisers proposes to render its services on a hourly fee basis based on the firm's customary hourly rates currently in effect through and including June 30, 2021 as set forth below for the professionals currently on the team:

| Professional | Standard Hourly Rate |
|---|---|
| Alex Mazier | $700 |
| Ammar Alyemany | $400 |
| April Kimm | $525 |
| Colin Breeze | $630 |
| Demetri Xistris | $550 |
| Eric Reubel | $600 |
| Harry Tucker | $475 |
| Heather Barlow | $700 |
| HeJing Cui | $400 |
| Laurence Pelosi | $700 |
| Lee Rooney | $400 |
| Matthew Dundon | $750 |
| Mark Friedler | $675 |
| Michael Garbe | $525 |
| Ming Shen | $650 |
| Peter Hurwitz | $700 |
| Phillip Preis | $650 |
| Tabish Rizvi | $550 |

14. Non-working travel time is billed at 50% of otherwise applicable rates. Any professionals added to the team assigned to these Chapter 11 Cases whose rates are not set forth above will be at rates consistent with those above based upon such professionals' education, expertise, and experience. Dundon Advisers agrees to discount its receivables to the extent necessary such that total fees billed do not exceed $550 per hour across all professionals. Dundon Advisers further agrees to reduce its final fee application such that its total fees do not exceed the product of $125,000 multiplied by the number of months, including the fractional final month, between December 7, 2020 and the date that the Committee is discharged from service by way of Plan effectiveness as to all Debtors, dissolution of the Committee, dismissal of each of the Chapter 11 Cases, or conversion of each of the Chapter 11 Cases to chapter 7.

15. Dundon Advisers will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. Dundon

Advisers will charge for these expenses at rates consistent with or discounted to charges made to other Dundon Advisers clients.

16. Dundon Advisers will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above.

17. In light of the foregoing, the Committee believes that Dundon Advisers' fee structure is reasonable, market-based, and designed to fairly compensate Dundon Advisers for its work in these Chapter 11 Cases.

### Disinterestedness; Lack of Adverse Interest

18. To the best of the Committee's knowledge and based on the Dundon Declaration, the Committee submits that Dundon Advisers is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). The Committee further submits that Dundon Advisers currently neither holds nor represents any interest adverse to the Debtors' estates or the Committee with respect to the matters on which Dundon Advisors is being employed, except as set forth in the Dundon Declaration. Further, except as set forth in the Dundon Declaration, Dundon Advisers has no connection with any Debtors, creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

19. Dundon Advisers will not, while employed by the Committee, represent any other entity having an adverse interest in connection with these Chapter 11 Cases.

20. The Committee has been informed that Dundon Advisers is conducting an ongoing review of its files to ensure that no disqualifying circumstances arise. To the extent that Dundon Advisers discovers any connection with any interested party or enters into any new

relationship with any interested party, Dundon Advisers will promptly supplement its disclosure to the Court.

21. The Committee submits that the employment of Dundon Advisers on the terms and conditions set forth herein is in the best interests of the Committee and its constituency. The Committee requests that Dundon Advisers' retention be made effective as of December 7, 2020, in order to allow Dundon Advisers to be compensated for the work it performed for the Committee as of and following the date it was retained, subject to the Court's consideration and approval of this Application. Due to the size and complex nature of these Chapter 11 Cases, as well as the expedited schedule occasioned by the Debtors seeking relief during the early stages of these Chapter 11 Cases, there was an immediate need for Dundon Advisers to perform services for the Committee upon its retention. The Committee submits that under the circumstances, retroactive approval to December 7, 2020, the date of Dundon Advisers' retention, is warranted.

## **NOTICE**

22. Notice of this Application will be provided to: (i) the U.S. Trustee; (ii) counsel to the Debtors; and (iii) all other parties that have requested notice pursuant to Local Rule 2002-1(b). The Committee respectfully submits that no further notice is required.

## **NO PRIOR REQUEST**

23. No previous application for the relief requested herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Committee respectfully requests entry of an order substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to employ and retain Dundon Advisers as financial advisor to the Committee, *nunc pro tunc* to December 7, 2020, and granting such other and further relief as is just and proper.

Dated: January 4, 2021

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRED INC., *ET AL*.

By: */s/ Michael Michelin*
Name: Michael Michelin, not in his individual capacity but solely as Co-Chair of the Official Committee of Unsecured Creditors of Cred Inc., *et al*.