EXHIBIT B

Dundon Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF MATTHEW DUNDON IN SUPPORT OF
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014,
AND LOCAL RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT
AND RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO DECEMBER 7, 2020**

I, MATTHEW DUNDON, declare under penalty of perjury as follows:

I am a Principal of Dundon Advisers LLC ("Dundon Advisers"), and am duly authorized to execute this declaration on behalf of Dundon Advisers. I submit this declaration (the "Declaration") in support of the application (the "Application") for entry of an order authorizing the employment and retention of Dundon Advisers as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") *nunc pro tunc* to December 7, 2020. Unless otherwise stated, I have personal knowledge of the facts stated herein. To the extent any information disclosed herein requires amendment or modification upon Dundon Advisers' completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**Dundon Advisers' Qualifications**

1.  Dundon Advisers is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990's and which has a leading national platform particularly focused on litigation claims in bankruptcy. Dundon Advisers is or recently was financial adviser or co-financial adviser to the official committees of unsecured creditors appointed in the *Alpha Entertainment (XFL)*, *BeavEx*, *Comcar*, *Celadon*, *Juno USA*, *Fuse Media*, *iPic Theatres*, *Impresa Aerospace, LBI Media*, *Loot Crate*, *Maines Paper & Food*, *Mallinckrodt*, *Proteus Digital Health*, *Open Road Films*, *SIW Holdings*, *Youfit*, *YogaWorks*, and *Vector Launch* cases in this District; the *All American Oil and Gas* and *Remnant Oil Company* cases in the Western District of Texas; the *Eco-Stim* cases in the Southern District of Texas; the *Golds Gym*, *LaSalle Group* and *Studio Movie Grill* cases in the Northern District of Texas; the *Jagged Peak* cases in the District of Nevada; the *Slidebelts* case in the Eastern District of California; the *Frank Theatres, Congoleum* and *Video Corporation of America* cases in the District of New Jersey; the *Goodrich Quality Theatres* cases in the Western District of Michigan; the *Valmiera Glass* case in the Northern District of Georgia; the *K&W Cafeterias* case in the Middle District of North Carolina, the *Glostation USA* cases in the Central District of California; the *Agera Energy, Aralez Pharmaceuticals,* and *McClatchy Company* cases in the Southern District of New York; the *Wave Computing Inc.* cases in the Northern District of California and the *1 Global Capital* cases in the Southern District of Florida. Dundon Advisers is or recently was financial adviser or co-financial adviser to the Official Committee of Tort Claimants in the *PG&E* cases in the Northern District of California; the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* cases, the Ad Hoc Committee of Consumer and Worker Litigation Creditors in the *Hertz* cases, the Ad Hoc Committee of Equity Securities Holders in

2

the *RAIT Financial* cases, the Ad Hoc Group of Plan Participants in the *Ruby Tuesday* cases in this District; and the Ad Hoc Committee of Individual Victims in the *Purdue* cases in the Southern District of New York.  All of the foregoing are highly complex chapter 11 cases.  In addition to its service as a financial adviser to committees, Dundon Advisers' clients have been appointed to dozens of official committees of unsecured creditors in this and other districts since April 2016, and Dundon Advisers has taken an active role in the activities of many of those Committees.  Dundon Advisers also provides financial advisory and investment management services in other bankruptcy and non-bankruptcy contexts.

2.     I believe that the Committee has selected Dundon Advisers as its financial advisor based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice relevant to the scope of the Committee's mandate; (b) Dundon Advisers' senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these cases; and (c) Dundon Advisers' and its professionals' extensive experience in the field.

3.     I further believe that the Committee determined that Dundon Advisers will bring a unique blend of case-specific knowledge, relevant experience, and expertise given the firm's experience and familiarity with the Debtors.

**Professional Compensation**

4.     Subject to the Court's approval and in accordance with Bankruptcy Code section 328(a), I will cause Dundon Advisers to render its services on a hourly fee basis based on the firm's customary hourly rates currently in effect through and including June 30, 2021 as set forth below for the professionals currently on the team:

| Professional | Standard Hourly Rate |
|---|---|
| Alex Mazier | $700 |

3

| Professional | Standard Hourly Rate |
|---|---|
| Ammar Alyemany | $400 |
| April Kimm | $525 |
| Colin Breeze | $630 |
| Demetri Xistris | $550 |
| Eric Reubel | $600 |
| Harry Tucker | $475 |
| Heather Barlow | $700 |
| HeJing Cui | $400 |
| Laurence Pelosi | $700 |
| Lee Rooney | $400 |
| Matthew Dundon | $750 |
| Mark Friedler | $675 |
| Michael Garbe | $525 |
| Ming Shen | $650 |
| Peter Hurwitz | $700 |
| Phillip Preis | $650 |
| Tabish Rizvi | $550 |

5.      Non-working travel time is billed at 50% of otherwise applicable rates. Any professionals added to the team assigned to these Chapter 11 Cases whose rates are not set forth above will be at rates consistent with those above based upon such professionals' education, expertise, and experience. Dundon Advisers agrees to discount is receivables to the extent necessary such that total fees billed do not exceed $550 per hour across all professionals. Dundon Advisers further agrees to reduce its final fee application such that its total fees do not exceed the product of $125,000 multiplied by the number of months, including the fractional final month, between December 7, 2020 and the date that the Committee is discharged from service by way of Plan effectiveness as to all Debtors, dissolution of the Committee, dismissal of each of the Chapter 11 Cases, or conversion of each of the Chapter 11 Cases to chapter 7.

6.      Dundon Advisers will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. Dundon

4

Advisers will charge for these expenses at rates consistent with or discounted to charges made to other Dundon Advisers clients.

7. Dundon Advisers will maintain detailed records of fees and expenses incurred in connection with the rendering of the professional services described above.

8. I believe that this fee structure is reasonable, market-based, and designed to fairly compensate Dundon Advisers for its work in these Chapter 11 Cases.

## **Disinterestedness**

9. Neither Dundon Advisers, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Committee seeks to engage Dundon Advisers, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

10. From time to time, Dundon Advisers has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases. As described below, however, Dundon Advisers has undertaken a detailed search to determine and to disclose whether it is providing or has provided services to any significant creditor, investors, insider, or other party in interest in such unrelated matters.

11. Dundon Advisers provides services in connection with numerous cases, proceedings, and transactions unrelated to these Chapter 11 Cases. Those unrelated matters involve numerous attorneys, financial advisors, and creditors, some of whom may be claimants or parties with actual or potential interests in these Chapter 11 Cases or may represent such parties.

12. Dundon Advisers' personnel may have business associations with certain creditors of the Debtors unrelated to these Chapter 11 Cases. In addition, in the ordinary course of its business, Dundon Advisers may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these Chapter 11 Cases.

13. In connection with the preparation of this Declaration, Dundon Advisers conducted a review of its (and its employees') contacts with the Debtors, their non-Debtors affiliates, and certain entities holding large claims against or interests in the Debtors that were made known to Dundon Advisers by counsel to the Debtors in these cases. A listing of the parties reviewed is reflected in "Schedule 1" attached to this Declaration.

14. Dundon Advisers has a past or present association with three firms set forth on Schedule 1. None of these relationships have any connection to these cases. I believe that none of these associations individually, nor all them in the aggregate, constitutes any conflict of interest with respect to Dundon Advisers' performance of its duties. These associations are described as follows:

- Dundon Advisers purchases insurance coverage from The Hartford in the ordinary course of its business.
- An affiliate of CSC is an investment management client of Dundon.
- Dundon Advisers purchases services from LinkedIn in the ordinary course of its business.

15. Additionally, Mark Friedler is a professional acquaintance of Min Kim, a former non-executive employee of the Debtors.

16. Except as disclosed above, based on the results of its review, Dundon Advisers (including its employees) does not have a relationship with any of the parties listed in Schedule 1 in matters related to these proceedings.

6

17. Further, as part of its diverse practice, Dundon Advisers is involved in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants who may represent claimants and parties in interest in these Chapter 11 Cases. Further, Dundon Advisers (including its employees) has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on Dundon Advisers' current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors, and none is in connection with these Chapter 11 Cases.

18. Dundon Advisers is conducting an ongoing review of its files to ensure that no disqualifying circumstances arise. To the extent that Dundon Advisers discovers any connection with any interested party or enters into any new relationship with any interested party, Dundon Advisers will promptly supplement its disclosure to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2021

*/s/ Matthew J. Dundon*
Matthew J. Dundon

# SCHEDULE 1

## Schedule of Searched Parties

**Debtors**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**Bankruptcy Judges and Staff (for the District of Delaware)**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashley M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupezewski, Karen

Syzmanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.
Werkheiser, Rachel

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Clerk of the Court**
O'Boyle, Una

**Committee Members**
de Lisser, Cedric
DragonFly International Holding Limited
Lee, Wendy Laraine
Maple Partners, LLC
Michelin, Michael
Moser, Christopher
Wang, Kyle Tuo

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant
Matteini, Francesco
Podulka, Joe
Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group
One Beacon n/k/a Intact Insurance Specialty Solutions
Validus
Validus Specialty

Western World Insurance Group

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Office of the United States Trustee**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David

Vinson, Ramona
Wynn, Dion

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Ptd. Ltd.

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Cousins Law, LLC
Dentons US LLP
Donlin, Recano & Company, Inc.
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group LLC
Paul Hastings LLP
PricwaterhouseCoopers
Richards Layton & Finger, P.A.

Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin
Sonoran Capital Advisors, LLC
Teneo Capital LLC

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu
Schatt, Daniel

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County

**Third-Party-Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**Debtors' Top Unsecured Creditors**
Names on file[1]
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups

---

[1] Dundon has an unredacted version of the Debtors' top 30 unsecured creditors and has searched its conflicts database using same.

Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davis Design Group Ltd.
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technoloiges
elig
Equities First Holdings

Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara
Herschberg, Todd
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Tchnologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems
Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions
Pringle, Mary M.
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC

Seemann, Catherina A.
Shequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC
Zuar

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance