# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered |

## NOTICE OF JAMES ALEXANDER'S INTENTION TO
## CALL WITNESSES FOR JANUARY 6, 2021 HEARING

James Alexander ("Alexander"), by and through his undersigned counsel, hereby provides notice of his intention to call witnesses in connection with the hearing in support of his Motion to Dismiss the Cred Capital, Inc. Case (the "Motion") [D.I. 152 ] scheduled for January 6, 2021 at 10:00 a.m. (ET).

## WITNESS LIST

1.  James Alexander. The scope of the testimony will include, but not be limited to, the formation and capitalization of Cred Capital, Inc., Alexander's role as president and sole board member, and Daniel Schatt's and Joseph Podulka's actions purporting to remove Alexander and reincorporate and recapitalize Cred Capital, Inc. The witness will testify telephonically from a location to be supplemented.

Alexander reserves the right to further amend or supplement this Witness List at or prior to the Hearing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

<u>/s/ Geoffrey G. Grivner</u>
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: January 4, 2021