# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No.: 20-12836 (JTD) |
| Debtors.¹ | Jointly Administered |

## NOTICE OF UPGRADEYA INVESTMENTS, LLC'S INTENT TO OFFER WITNESS TESTIMONY AT THE HEARING ON JANUARY 6, 2021

**PLEASE TAKE NOTICE** that UpgradeYa Investments, LLC ("UpgradeYa") hereby provides the following information regarding the witnesses it intends to present at the hearing scheduled in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") on January 6, 2021 (the "Hearing"):

### WITNESS INFORMATION

1. Name and title of witness: Marc Parrish, managing member of UpgradeYa.

2. Scope of testimony: Mr. Parrish will testify as to UpgradeYa's relationship and transactions with the Debtors pre and postpetition in connection with the *Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 89] (the "RFS Motion") and (ii) the above-captioned debtors' (the "Debtors") and the Official Committee of Unsecured Creditors' (the "Committee") opposition to the RFS Motion.

3. Direct testimony of witness: Mr. Parrish's initial direct testimony has been presented through (i) the *Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 91] and (ii) the *Supplemental Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 128]. UpgradeYa may elicit additional direct testimony from Mr. Parrish at the Hearing.

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063819.}

4. <u>Location and place from which the witness will testify</u>:  Mr. Parrish will testify from his home in South Carolina.

## RESERVATION OF RIGHTS

UpgradeYa reserves the right to amend and supplement this witness list at any time prior to the Hearing.  Additionally, UpgradeYa reserves all rights to cross examine any and all witnesses proffered in connection with the RFS Motion and to call any rebuttal witnesses as it may deem necessary at the Hearing.

| | |
|---|---|
| Dated: January 4, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>*Counsel to UpgradeYa Investments, LLC* |