**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO
HEARING SCHEDULED FOR JANUARY 6, 2021 AT 10:00 A.M. (ET),
BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

> **ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
> MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.  PARTIES
> SHOULD CALL IN TO COURTCALL BY 9:45 A.M. AS COURTCALL
> HAS BEEN EXPERIENCING DELAYS DUE TO THE VOLUME OF CALLS.**
>
> **TO APPEAR BY VIDEO CONFERENCE,
> PARTIES SHOULD USE THE FOLLOWING INFORMATION:
> JOIN ZOOMGOV HEARING:**
>
> **Link:  https://debuscourts.zoomgov.com/j/1617221389
> Password:  111419**
>
> **PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.
> COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**
>
> **TO APPEAR TELEPHONICALLY,
> PARTIES SHOULD CONTACT COURTCALL, LLC
> AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]     All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**CONTINUED MATTERS:**

1.   Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 279, 12/23/20]

  Objection / Response Deadline:  December 30, 2020 at 4:00p.m. ET [Extended to January 1, 2021 at 6:00p.m. ET solely with respect to the United States Trustee]

  Objections / Responses Received:

  A.  Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 302, 12/31/20]

  Related Documents:

  B.  Notice of Filing of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Litigation [Docket No. 304, 12/31/20]

  Status: The hearing on this matter has been continued to February 3, 2021 at 1:00 p.m. ET

**ADVERSARY MATTERS:**

2.   Pre-Trial Conference, *Complaint for Turnover Pursuant to Bankruptcy Code Section 542* [Adv. Docket No. 1, 11/18/20]

  Status:  The hearing on this matter has been continued to February 3, 2021 at 1:00 p.m. ET

**CONTESTED MATTERS**:

3.   Debtors' Application for Entry of an Order Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Debtors, Effective as of Petition Date [Docket No. 64, 11/18/20]

  Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors.]

  Objections / Responses Received:

A.  Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP as Counsel to the Debtors, effective as of the Petition Date [Docket No. 139, 12/6/20]

B.  General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 140, 12/6/20]

C.  Reply of Debtors to Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving the Retention of Paul Hastings LLP as Counsel to the Debtors Effective as of the Petition Date [Docket No. 194, 12/14/20]

D.  Reply of Debtors to General Objection of The United States Trustee to the Debtors' Professional Employment Applications and Bid Procedures Motion in Light of Pending Trustee/Examiner/Conversion Motions [Docket No. 202, 12/14/20]

Related Documents:

E.  Notice of Service of Request for Production of Documents Directed to Debtors [Docket No. 173, 12/10/20]

F.  Notice of Service of Debtors' Objections and Responses to United States Trustee's Request for Production of Documents [Docket No. 185, 12/14/20]

G.  First Supplemental Declaration of James T. Grogan in Support of Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors [Docket No. 192, 12/14/20]

H.  Notice of Intention of the United States Trustee to Call Witnesses [Docket No. 222, 12/16/20]

I.  Second Supplemental Declaration of James T. Grogan in Support of Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP as Counsel to Debtors [Docket No. 233, 12/16/20]

Status:  The Court heard arguments on this matter at the December 18, 2020 hearing; it is going forward to the extent that the Court has any additional questions.

4.      Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 89, 11/25/20]

Related Documents:

A.  Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 91, 11/25/20]

B.  Supplemental Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 128, 12/3/20]

C.  Cross Notice of Deposition of Marc Parrish [Docket No. 189, 12/14/20]

D.  Notice of UpgradeYa Investments, LLC's Intent to Offer Witness Testimony at the Hearing on December 17, 2020 [Docket No. 224, 12/16/2020]

Objection / Response Deadline:  December 2, 2020 at 4:00 p.m. (ET) [Extended to December 14, 2020 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee and the Official Committee of Unsecured Creditors, with the deadline for UpgradeYa Investments, LLC's reply being December 16, 2020 at noon]

Objections / Responses Filed:

E.  Objection of Debtors' to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 116, 12/02/20]

F.  UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 126, 12/04/20]

G.  Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 [Docket No. 190, 12/14/20]

H.  Notice of Committee's Intent to Offer Witness Testimony at December 17, 2020 Hearing, [Docket No. 207, 12/15/20]

I.  UpgradeYa Investments, LLC's Reply to the Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa

Investments, LLC for Relief from Stay Under Bankruptcy Code
Section 362 [Docket No. 223, 12/16/20]

J.  Notice of UpgradeYa Investments, LLC's Intent to Offer Witness
Testimony at the Hearing on January 6, 2021 [Docket No. 307,
1/04/21

Witness Information:  UpgradeYa Investments, LLC intends to offer testimony by
declaration. To the extent live testimony is necessary:

(a) Marc Parrish, Managing Member of UpgradeYa Investments, LLC will
be available to testify by video from his home in South Carolina.

The Debtors intend to offer testimony by declaration.  To the extent live
testimony is necessary:

(b) Pablo Bonjour, Managing Director of MACCO Restructuring Group
LLC will be available to testify by video from his home in Katy, Texas.

The Official Committee of Unsecured Creditors intends to offer testimony
by declaration. To the extent live testimony is necessary:

(c) Pamela Clegg, Director of Financial Investigations and Education at
Ciphertrace, will be available from her office in Austin, Texas.

(d) Mark Friedler, Senior Advisor at Dundon Advisors LLC, the
Committee's Financial Advisor, will be available to testify from his home
in Walnut Creek, California.

Status:  This matter is going forward.

5.      Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No.
        152, 12/08/20]

Objection / Response Deadline:  December 30, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:

A.  The Official Committee of Unsecured Creditors' Omnibus
Objection to Motions Seeking Conversion, Dismissal, and
Appointment of a Chapter 11 Trustee [Docket No. 191, 12/14/20]

B.  Reply to the Official Committee of Unsecured Creditors' Omnibus
Objection to Motions Seeking Conversion, Dismissal, and
Appointment of a Chapter 11 Trustee [Docket No. 217, 12/15/20]

      C.  Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296, 12/30/20]

      D.  Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection of Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 297, 12/30/20]

<u>Related Documents</u>:

      E.  Corrective Notice of Hearing [Docket No. 157, 12/08/20]

      F.  Notice of James Alexander's Intention to Call Witnesses for January 6, 2021 Hearing [Docket No. 306, 1/04/21]

<u>Witness Information</u>:  The Debtors intend to offer testimony by declaration.  To the extent live testimony is necessary:

      (a)  John Mark Zeberkiewiez, Director of Richards, Layton & Finger, P.A. will be available to testify by video from a location to be determined.

Alexander intends to offer testimony by declaration. To the extent live testimony is necessary:

      (b) James Alexander will be available to testify by video from a location to be determined.

      (c) Daniel Wheeler will be available to testify by video from a location to be determined.

<u>Status</u>:  This matter is going forward.

Dated: January 4, 2021
      Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile: :  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  alexbongartz@paulhastings.com
        derekcash@paulhastings.com

*Proposed Co-Counsel to the Debtors*