# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. No. 307** |

## CERTIFICATE OF SERVICE

I, Kimberly A. Brown, Esquire hereby certify that on January 4, 2021, a true and correct copy of the *Notice of Intent to Offer Witness Testimony at the Hearing on January 6, 2021* [D.I. 307] was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or First-Class Mail.

Dated: January 4, 2021
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063821.}

Cred Inc., et al.

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country | Email | Party Function |
|---|---|---|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE | | | PO BOX 6123 | | PHOENIX | AZ | 85005-6123 | | | GOVT. AGENCY |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | | 1201 NORTH MARKET ST.,14TH FLOOR | MD 7611 | WILMINGTON | DE | 19801-1147 | | JLYONS@BAKERLAW.COM | COUNSEL FOR UPHOLD INC |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | | JROSE@BAKERLAW.COM;MSABELLA@BAKERLAW.COM | COUNSEL FOR UPHOLD INC |
| BILLION LAW | MARK M BILLION,ESQ | | 1073 S GOVERNOR AVE | | DOVER | DE | 19904 | | MARKBILLION@BILLIONLAW.COM | COUNSEL FOR DANIYAL INAMULLAH |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | | 55 SECOND ST.,17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 | | SCHRISTIANSON@BUCHALTER.COM | COUNSEL FOR ORACLE AMERICA INC |
| BUCHANAN INGERSOLL & ROONEY PC | GEOFFREY G GRIVNER,ESQ | | 919 N MARKET ST.,STE 990 | | WILMINGTON | DE | 19801 | | GEOFFREY.GRIVNER@BIPC.COM | COUNSEL FOR JAMES ALEXANDER |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | MIAMI | FL | 33136-4118 | | DGAY@CARLTONFIELDS.COM | COUNSEL FOR RYAN SKEERS |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| COUSINS LAW LLC | SCOTT D. COUSINS | | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE | SUITE 301 | WILMINGTON | DE | 19803 | SCOTT.COUSINS@COUSINS-LAW.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| CRED INC. | ATTN: PRESIDENT/CEO | | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | | | DEBTOR |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS | PO BOX 173 | RD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS | KEVIN@DCP.CAPITAL | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | | ATTORNEY.GENERAL@STATE.DE.US | GOVT. AGENCY |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | | CHRISTINA.ROJAS@DELAWARE.GOV | GOVT. AGENCY |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | PO BOX 898 | | DOVER | DE | 19903 | | DOSDOC_FTAX@STATE.DE.US | GOVT. AGENCY |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | | | GOVT. AGENCY |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | | LINDSAY@DCP.CAPITAL | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | | 222 DELAWARE AVE.,STE 1410 | | WILMINGTON | DE | 19801-1621 | | PATRICK.JACKSON@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | | 600 E 96TH ST.,STE 600 | | INDIANAPOLIS | IN | 46240 | | DUSTIN.DENEAL@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS |
| FISHERBROYLES LLP | CARL D NEFF,ESQ | | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE STE 301 | WILMINGTON | DE | 19803 | | CARL.NEFF@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | | 445 PARK AVE | | NEW YORK | NY | 10022 | | HOLLACE.COHEN@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | | | GOVT. AGENCY |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | | 1201 N ORANGE ST.,STE 300 | | WILMINGTON | DE | 19801 | | MBUSENKELL@GSBBLAW.COM; ABROWN@GSBBLAW.COM | COUNSEL FOR RYAN SKEERS |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | | GOVT. AGENCY |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| JST CAPITAL | SCOTT FREEMAN | | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | | SFREEMAN@JSTCAP.COM | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | | 1309 COFFEEN AVE STE 1200 | | SHERIDAN | WY | 82801 | | MAPLEPARTNERSLLC@GMAIL.COM | TOP 30 UNSECURED CREDITOR |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN | | 340 MADISON AVE | | NEW YORK | NY | 10173-1922 | | TWWALSH@MWE.COM;DAZMAN@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST.,4TH FLOOR | WILMINGTON | DE | 19801 | | DHURST@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| OFFICE OF THE US TRUSTEE | | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | | JOSEPH.MCMAHON@USDOJ.GOV;JOHN.SCHANNE@USDOJ.GOV | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| PAUL HASTINGS LLP | JAMES T. GROGAN | | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | | JAMESGROGAN@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | MACK WILSON | | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | | MACKWILSON@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | ALEXBONGARTZ@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | DEREK CASH | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | DEREKCASH@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | | MARK.MINUTI@SAUL.COM | COUNSEL FOR MAPLE PARTNERS LLC |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR |
| UPHOLD, INC | JP THIERIOT | | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | | JP.THIERIOT@UPHOLD.COM | TOP 30 UNSECURED CREDITOR |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | | USADE.ECFBANKRUPTCY@USDOJ.GOV | GOVT. AGENCY |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | | | TOP 30 UNSECURED CREDITOR;MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |