# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | Jointly Administered |

## NOTICE OF COMMITTEE'S INTENT TO OFFER
## WITNESS TESTIMONY AT JANUARY 6, 2021 HEARING

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby supplies the following information regarding the witnesses they intend to present at the January 6, 2021 (10:00 a.m.) hearing (the "Hearing") scheduled in the Chapter 11 Cases:

**WITNESS:**

1. Name and title of witness: Pamela Clegg, Director of Financial Investigations and Education at Ciphertrace.

2. Topic of testimony: Ms. Clegg will testify as an expert witness regarding cryptocurrency tracing in connection with the *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 89] (the "UpgradeYa Lift Stay Motion") and the Committee's opposition thereto.

3. Direct testimony of witness: Ms. Clegg's initial direct testimony has been presented through the *Declaration of Pamela A. Clegg in Support of Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* [Docket No. 190-1] (the "Clegg Declaration"). The Committee intends to elicit additional direct testimony from Ms. Clegg at the Hearing.

4. Location of witness: Austin, Texas.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5. <u>Place from which the witness will testify</u>: Office.

6. <u>Whether anyone else will be in the room</u>: No one will be in the room with Ms. Clegg during her testimony.

7. <u>Whether the witness will have any documents</u>: Ms. Clegg will have a copy of the Clegg Declaration and associated exhibits.

8. <u>Parties seeking to cross examine the witness and their counsel</u>: The Committee believes that UpgradeYa Investments, LLC ("UpgradeYa") may seek to cross-examine Ms. Clegg.  UpgradeYa is represented by Landis Rath & Cobb LLP.

Dated:  January 4, 2021
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*