**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Feb. 3, 2021 at 1:00 p.m. (ET)**<br>**Obj. Deadline: Jan. 18, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTORS' MOTION FOR ORDER APPROVING**
**STIPULATION BETWEEN DEBTORS AND UPHOLD, INC.**

PLEASE TAKE NOTICE that a hearing on the annexed *Debtors' Motion for Order Approving Stipulation Between Debtors and Uphold, Inc.* (the "Motion") filed by the Debtors, shall be considered at a hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **February 3, 2021 at 1:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **January 18, 2021 at 4:00 p.m. (Eastern Time)** and shall be served on: (a) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon (Joseph.McMahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov)); and (b) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803 (Attn. Scott D. Cousins (scott.cousins@cousins-law.com)), co-counsel for the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- 2 -

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: January 4, 2021
      Wilmington, Delaware

          /s/ *Scott D. Cousins*
      Scott D. Cousins (No. 3079)
      **COUSINS LAW LLC**
      Brandywine Plaza West
      1521 Concord Pike, Suite 301
      Wilmington, Delaware 19803
      Telephone:   (302) 824-7081
      Facsimile:    (302) 295-0331
      Email:        scott.cousins@cousins-law.com

*Co-Counsel to the Debtors*