## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 4, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 1/4/2021 | 305 | Application/Motion to Employ/Retain Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors. Hearing scheduled for 2/3/2021 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/25/2021. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 01/04/2021) |

X _____
Laurie Heggan

Dated: January 4, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 4th day of January 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

Cousins Law LLC
Scott D. Cousins
Brandywine Plaza West, 1521 Concord Pike, Suite 301
Wilmington, DE 19803

Paul Hastings LLP
James T. Grogan
600 Travis Street, 58th Floor
Houston, TX 77002

Paul Hastings LLP
Mack Wilson
600 Travis Street, 58th Floor
Houston, TX 77002

Paul Hastings LLP
G. Alexander Bongartz, Avram E. Luft, and Derek Cash
200 Park Avenue
New York, NY 10166

Saul Ewing Arnstein & Lehr LLP
Mark Minuti
1201 N Market Street, Suite 2300
Wilmington, DE 19899

Faegre Drinker Biddle & Reath LLP
Patrick Jackson
222 Delaware Ave, Suite 1410
Wilmington, DE 19801-1621

Faegre Drinker Biddle & Reath LLP
Dustin R. DeNeal
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Buchanan Ingersoll & Rooney PC
Geoffrey G. Grivner
919 N Market Street, Suite 990
Wilmington, DE 19801

FisherBroyles, LLP
Carl D. Neff
Brandywine Plaza West, 1521 Concord Pike, Suite 301
Wilmington, DE 19803

FisherBroyles, LLP
Hollace Topol Cohen
445 Park Avenue
New York, NY 10022

Carlton Fields, P.A.
David L. Gay
2 MiamiCentral, 700 NW 1st Ave, Ste 1200
Miami, FL 33136-4118

Gellert Scali Busenkell & Brown, LLC
Michael Busenkell
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Gellert Scali Busenkell & Brown, LLC
Amy D. Brown
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Billion Law
Mark M. Billion
1073 S. Governors Ave
Dover, DE 19904

Baker Hostetler LLP
Jeffrey J. Lyons
1201 N. Market Street, 14th Floor
Wilmington, DE 19801-1147

Baker Hostetler LLP
Jorian L. Rose
45 Rockefeller Plaza
New York, NY 10111

Baker Hostetler LLP
Michael Sabella
45 Rockefeller Plaza
New York, NY 10111

Office of the United States Trustee
Joseph J. McMahon, Jr. and John H. Schanne, II
844 King Street, Suite 2202, Lockbox #35
Wilmington, DE 19801