## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 4, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 1/4/2021 | 311 | Notice of Service [Notice of Committee's Intent to Offer Witness Testimony at January 6, 2021 Hearing] Filed by Official Committee of Unsecured Creditors. (Hurst, David) (Entered: 01/04/2021) |
|---|---|---|

X _____
Laurie Heggan

Dated: January 4, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 4th day of January 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

BILLION LAW MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904

BUCHANAN INGERSOLL & ROONEY PC GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801

CARLTON FIELDS PA DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118

COUSINS LAW LLC SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301
WILMINGTON DE 19803

CRED INC. ATTN:  PRESIDENT/CEO
3 EAST THIRD AVENUE
SAN MATEO CA 94401

DCP CAPITAL KEVIN HU KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS

DELAWARE ATTORNEY GENERAL BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

DELAWARE DIVISION OF REVENUE CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

DELAWARE STATE TREASURY BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

DRAGONFLY INTERNATIONAL HOLDING LIMITED LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS
P O BOX 173
ROAD TOWN
TORTOLA
BRITISH VIRGIN ISLANDS

FAEGRE DRINKER BIDDLE & REATH LLP PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621

FAEGRE DRINKER BIDDLE & REATH LLP DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240

FISHERBROYLES LLP CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803

FISHERBROYLES LLP HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022

FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GELLERT SCALI BUSENKELL & BROWN LLC MICHAEL BUSENKELL;AMY D
BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801

INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

JST CAPITAL SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901

MAPLE PARTNERS LLC JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801

MCDERMOTT WILL & EMERY LLP TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922

MCDERMOTT WILL & EMERY LLP DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801

MICHIGAN DEPT OF TREASURY TAX POL DIV LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

PAUL HASTINGS LLP JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002

PAUL HASTINGS LLP MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002

PAUL HASTINGS LLP G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166

PAUL HASTINGS LLP DEREK CASH
200 PARK AVENUE
NEW YORK NY 10166

SAUL EWING ARNSTEIN & LEHR LLP MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899

SOCIAL SECURITY ADMINISTRATION OFFICE OF THE GEN COUNSEL
REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

UPHOLD, INC JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

US ATTORNEY FOR DELAWARE CHARLES OBERLY ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

US EPA REG 3 OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103