# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss:
COUNTY OF KINGS          )

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 31st day of December, 2020, DRC, acting under my supervision, caused to be served the *First Omnibus Motion of Debtors for Entry of Order Authorizing Debtors to Reject Certain Executory Contracts* (Docket No. 300), to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 4th day of January, 2021, Brooklyn, New York.

By *Edward A Calderon*
Edward A. Calderon

Sworn before me this
4th day of January, 2021

*Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**<u>EXHIBIT 1</u>**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

006461P001-1467A-031
10CLOUDS
LUKASZ GORCZYNSKI
BILLING SPECIALIST
UL PRZESKOK 2
WARSZAWA 00-032
POLAND
LUKASZ.GORCZYNSKI@10CLOUDS.COM

006459P001-1467A-031
ASCALEX
2445 AUGUSTINE DR STE 150
SANTA CLARA CA 95054
FINANCE@ASCALEX.COM

000067P001-1467S-031
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

000068P001-1467S-031
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM

000068P001-1467S-031
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
MSABELLA@BAKERLAW.COM

000066P001-1467S-031
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

006442P001-1467A-031
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045
CUSTOMERCARE@BFR.COM

000069P001-1467S-031
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000057P001-1467S-031
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

000064P001-1467S-031
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

006617P002-1467A-031
CIN00613

000036P001-1467S-031
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

006429P001-1467A-031
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021
KAYE@CRYPTOBRIEFING.COM

000014P001-1467S-031
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-031
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-031
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

007070P001-1467A-031
BETHANY DELUDE
ADDRESS AND EMAIL INTENTIONALLY OMITTED

000060P001-1467S-031
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-031
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-031
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-031
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-031
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-031
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-031
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006454P001-1467A-031<br>ILLUMANT<br>431 FLORENCE ST<br>STE 210<br>PALO ALTO CA 94301<br>ACCOUNTS@ILLUMANT.COM | 000044P001-1467S-031<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 006436P002-1467A-031<br>KNOWBE4 INC<br>CUSTOMER ID C-031280<br>ALICIA DIETZEN<br>33 N GDN AVE<br>STE 1200<br>CLEARWATER FL 33755<br>LEGAL@KNOWBE4.COM | 000061P001-1467S-031<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM |
| 000062P001-1467S-031<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-031<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-031<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000024P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000025P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000038P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

12/31/2020 07:06:19 PM

| | | | |
|---|---|---|---|
| 000042P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000047P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000053P001-1467S-031<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467S-031<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOSEPH.MCMAHON@USDOJ.GOV | 000003P001-1467S-031<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOHN.SCHANNE@USDOJ.GOV | 000054P001-1467S-031<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM |
| 000052P001-1467S-031<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-031<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 007071P001-1467A-031<br>DOMAGOJ ZDILAR<br>ADDRESS AND EMAIL INTENTIONALLY OMITTED | |

Records Printed : **63**

**<u>EXHIBIT 2</u>**

# Cred Inc., et al.
# Exhibit Pages

12/31/2020 07:06:05 PM

006270P001-1467A-031
100 ACRE CRED OPPORTUNITIES FUND LTD
650 CALIFORNIA ST
STE 05-128
SAN FRANCISCO CA 94108

006461P001-1467A-031
10CLOUDS
LUKASZ GORCZYNSKI
BILLING SPECIALIST
UL PRZESKOK 2
WARSZAWA 00-032
POLAND

007011P001-1467A-031
ACCUSOURCE INC
1181 CALIFORNIA AVE STE 240
CORONA CA 92881-7298

006414P001-1467A-031
AIRBITZ DBA EDGE
311 4TH AVE #413
SAN DIEGO CA 92101

000013P001-1467S-031
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

006459P001-1467A-031
ASCALEX
2445 AUGUSTINE DR STE 150
SANTA CLARA CA 95054

006442P001-1467A-031
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

007016P001-1467A-031
CALENDLY LLC
271 17TH ST NW STE 1000
ATLANTA GA 30363-6201

CIN00613

007075P001-1467A-031
CONTRACT WRANGLER INC
922 S CLAREMONT ST
SAN MATEO CA 94402

006429P001-1467A-031
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

000006P001-1467S-031
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-031
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

007070P001-1467A-031
BETHANY DELUDE
ADDRESS INTENTIONALLY OMITTED

006423P001-1467A-031
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

007073P001-1467A-031
FIRST LEDGER CORP AKA BITBUY
341110 CUMBERLAND ST
TORONTO ON M5R 35V
CANADA

000009P001-1467S-031
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

006454P001-1467A-031
ILLUMANT
431 FLORENCE ST
STE 210
PALO ALTO CA 94301

007026P001-1467A-031
INBOUNDJUNCTION
MENAHEIM BEGIN 20 3RD FLOOR
IL RAMAT GAN 5270005
TEL AVIV
ISRAEL

000001P001-1467S-031
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-031
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

006436P002-1467A-031
KNOWBE4 INC
CUSTOMER ID C-031280
ALICIA DIETZEN
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

006474P001-1467A-031
MAITRI KIRTIKUMAR KOTAK
ADDRESS INTENTIONALLY OMITTED

006727P001-1467A-031
LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

000010P001-1467S-031
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-031
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006728P001-1467A-031
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

007037P001-1467A-031
PRODUCTBOARD
612 HOWARD ST 4TH FLOOR
SAN FRANCISCO CA 94105

**Cred Inc., et al.**
**Exhibit Pages**

006410P002-1467A-031
SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BAY
SAINT KITTS AND NEVIS

000012P001-1467S-031
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

007044P001-1467A-031
SPECTRUM
60 COLUMBUS CIR
NEW YORK NY 10023

007045P001-1467A-031
SPROUT SOCIAL INC
131 S DEARBORN ST STE 700
CHICAGO IL 60603

007074P001-1467A-031
STERICYCLE D/B/A SHRED IT
350 HATCH DR
SAN MATEO CA 94404

007072P001-1467A-031
TRANSFORM GROUP INTERNATIONAL
MICHAEL TERPIN
157 CALLE DE LA LUNA
SAN JUAN PR 00901-0000

007046P001-1467A-031
TRULIOO INFORMATION SYSTEMS
1200 1055 WEST HASTINGS ST
VANCOUVER BC V6E 2E9
CANADA

006408P001-1467A-031
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

000011P001-1467S-031
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

007022P001-1467A-031
VERVENT FIRST ASSOCIATES
10182 TELESIS CT STE 300
SAN DIEGO CA 92121

007071P001-1467A-031
DOMAGOJ ZDILAR
ADDRESS INTENTIONALLY OMITTED

Records Printed : **39**