# Court Conference

Calendar Date: 01/06/2021
Calendar Time: 10:00 AM ET

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable John T. Dorsey**
**Courtroom**

*Same Day   Jan  6 2021  8:45AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cred Inc. | 20-12836 | Hearing | 11031623 | Benyamin Abrishamchi | 44 7999 999888 ext. | Benyamin Abrishamchi | Creditor, Benyamin Abrishamchi / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11026658 | James Alexander | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | In Propria Persona, James Alexander / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11032197 | Richard Archer | (646) 783-7101 ext. | Law360 | Interested Party, Law360 / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11032250 | Sam Ashworth | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11029203 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11026969 | Alexander Bongartz | (212) 318-6472 ext. | Paul Hastings LLP | Debtor, Cred Inc / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11027055 | Pablo Bonjour | (302) 824-7081 ext. | Cousins Law LLC | Witness, Pablo Bonjour / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11028126 | Kimberly A. Brown | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11029656 | Derek Cash | (212) 318-6073 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11029219 | Pamela Clegg | (310) 551-9318 ext. | McDermott Will & Emery LLP | Witness, Pamela Clegg / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11027002 | Scott D. Cousins | (302) 824-7081 ext. | Cousins Law LLC | Debtor, Cred / LIVE |
| | | Cred Inc. | 20-12836 | Hearing | 11030762 | Neda Davanipour | (212) 446-4800 ext. | Kirkland & Ellis LLP | Interested Party, Neda Davanipour / LISTEN ONLY |
| | | Cred Inc. | 20-12836 | Hearing | 11032805 | Cedric De lisser | (970) 372-6582 ext. | Cedric De lisser - In Pro Per/Pro Se | In Propria Persona, Cedric De lisser / LISTEN ONLY |
| | | Cred, Inc. | 20-12836 | Hearing | 11032554 | Bethany De Lude | (410) 852-9710 ext. | Bethany De Lude - In Pro Per/Pro Se | In Propria Persona, Bethany De Lude / LISTEN ONLY |

| Cred Inc. | 20-12836 | Hearing | 11029229 | Joseph Evans | (212) 547-5767 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11032230 | Matthew K Foster | (610) 470-7061 ext. | Matthew K Foster - In Pro Per/Pro Se | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11028369 | David L. Gay | (305) 530-0050 ext. | Carlton Fields, P.A. | Creditor, Ryan Skeers / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11020595 | Geoffrey Grivner | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11026990 | James Grogan | (718) 860-7338 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11032576 | Michael Hammill | (940) 312-1924 ext. | Michael Hammill-In Pro Per/Pro Se | Interested Party, Michael Hammill / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11029233 | David Hurst | (302) 485-3900 ext. 5068 | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11028137 | Nicolas Jenner | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11027000 | Pedro A. Jimenez | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11028149 | Jonathan Kormansky | (415) 559-0214 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments LLC / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11028120 | Adam G. Landis | (302) 467-4411 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11029714 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Representing, United States of America / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11032454 | Jason S Levin | (302) 888-6800 ext. | Morris James LLP | Creditor, Jaime Shiller et al / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11027011 | Avi E. Luft | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11027037 | Grant lyon | (302) 824-7081 ext. | Cousins Law LLC | Witness, Cred, Inc. / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11028152 | Gunnar Martz | (415) 651-3352 ext. | BraunHagey & Borden LLP | Creditor, Upgradeya Investments LLC / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11026548 | Joseph J. McMahon, Jr. | (302) 573-6491 ext. | Office of the US Trustee | Interested Party, U.S. Trustee / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11032440 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Jamie Schiller / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11028142 | Marc Parrish | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11020596 | Mark Pfeiffer | (215) 665-8700 ext. 3921 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LIVE |

| Cred Inc. | 20-12836 | Hearing | 11028144 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Creditor, Upgradeya Investments LLC / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Cred Inc. | 20-12836 | Hearing | 11028840 | Austin M Prouty | (213) 683-5952 ext. | Paul Hastings LLP | Debtor, Austin Prouty / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11023749 | Therese Scheuer | (202) 551-6029 ext. | Securities & Exchange Commission | Interested Party, Securities & Exchange Commission / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11032442 | Jamie Shiller | (302) 888-6800 ext. | Morris James LLP | Creditor, Jamie Shiller / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11026651 | Kody Sparks | (302) 552-4200 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, James Alexander / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11029236 | Gregg A. Steinman | (305) 329-4473 ext. | McDermott Will & Emery LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11029239 | Timothy W. Walsh | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11031868 | Wayne P. Weitz | (212) 457-3308 ext. | GlassRatner Advisory & Capital Group, LLC | Interested Party, Creditors/Investors / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11027021 | Broocks Wilson | (713) 860-7343 ext. | Paul Hastings LLP | Debtor, Cred Inc / LIVE |
| Cred Inc. | 20-12836 | Hearing | 11032457 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |
| Cred Inc. | 20-12836 | Hearing | 11027355 | John M. Zeberkiewicz | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, Cred Inc. / LIVE |