UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                      Debtors.¹ | )<br>)   Chapter 11<br>)<br>)   Case No. 20-12836 (JTD)<br>)<br>)   (Jointly Administered)<br>)<br>)   **Re: Docket Nos. 64, 192, 194 & 233** |

### CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING AND APPROVING THE RETENTION OF PAUL HASTINGS LLP AS COUNSEL TO DEBTORS, EFFECTIVE AS OF PETITION DATE

The undersigned hereby certifies as follows:

1. On November 18, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the Application of Debtors to Employ and Retain Paul Hastings LLP as Co-Counsel to Debtors, *Nunc Pro Tunc* to the Petition Date (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 14, 2020, in response to certain comments received from the Office of the United States Trustee, the Debtors filed their Reply of Debtors to Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving the Retention of Paul Hastings LLP as Counsel to the Debtors Effective as of the Petition Date [Docket No. 194] (the "Paul Hastings Reply").

3. Following this Court's ruling of January 6, 2021 in connection with the Application, the Debtors further revised the form of order attached to the Paul Hastings Reply, which is attached hereto as **Exhibit A** (the "Proposed Order").

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

4. The Proposed Order has been circulated to the Office of the United States Trustee for the District of Delaware, which has indicated that it does not object to the entry of the Proposed Order. For the convenience of the Court and all parties in interest, a blackline of the Proposed Order against the form of order filed with the Paul Hastings Reply is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: January 7, 2021
      Wilmington, Delaware

*/s/ Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        alexbongartz@paulhastings.com
              derekcash@paulhastings.com

*Co-Counsel to the Debtors*