**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| CRED INC., *et al.*,[1] | : | |
| | : | Case No. 20-12836 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPOINTMENT OF EXAMINER**

To:    Robert J. Stark, Esq.
        BROWN RUDNICK LLP
        7 Times Square
        New York, NY  10036

       Pursuant to the Order of this Court entered on December 23, 2020, directing the United States Trustee to appoint an examiner in the above-captioned cases, the United States Trustee hereby appoints Robert J. Stark to serve as the examiner for the purposes set forth in the Order, subject to Court approval.

Dated:  January 7, 2021
          Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By:  */s/ T. Patrick Tinker*
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.