UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| *In re* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br> (Jointly Administered) |
|---|---|---|

**APPLICATION OF THE UNITED STATES TRUSTEE FOR
ORDER APPROVING APPOINTMENT OF EXAMINER**

Andrew R. Vara, United States Trustee for Region 3 ("U.S. Trustee"), hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1(c) for an order approving the appointment of the Examiner, and in support thereof, states:

1.      The U.S. Trustee has appointed Robert J. Stark, Esq. as Examiner in the above-captioned cases.

2.      Counsel for the U.S. Trustee has consulted with counsel to the following parties-in-interest regarding the appointment of the Examiner:

(a)     The Debtors; and

(b)     The Official Committee of Unsecured Creditors.

3.      To the best of the U.S. Trustee's knowledge, the Examiner's connections with the Debtors, their creditors, and any other parties in interest, their respective attorneys and accountants, the U.S. Trustee and persons employed by the Office of the United States Trustee are limited to the connections set forth in the verified statement filed herewith.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

WHEREFORE the U.S. Trustee requests that this Court enter an order approving the appointment of Robert J. Stark, Esq. as Examiner in the above-captioned cases.

Dated: January 7, 2021
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By:  */s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr.
Trial Attorney
John Schanne
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov