## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### VERIFIED STATEMENT OF
### ROBERT J. STARK REGARDING ELIGIBILITY
### FOR APPOINTMENT AS CHAPTER 11 EXAMINER FOR DEBTORS CRED INC.

I, ROBERT J. STARK, do hereby verify the following:

1.    I am a member of the law firm of Brown Rudnick LLP ("Brown Rudnick"), resident in Brown Rudnick's New York office at Seven Times Square, New York, NY 10036. I am an attorney at law admitted and in good standing to practice in the states of New York and New Jersey.

2.    I submit this verified statement in connection with the application for my appointment as Examiner in the above-captioned Chapter 11 cases of Cred Inc., pursuant to section 1104 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2007.1 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The facts set forth below are based upon my personal knowledge or discussions with other partners, associates, and professionals of Brown Rudnick, and client-matter records of Brown Rudnick reviewed by myself or my colleagues acting under my supervision and direction. I will supplement this declaration if additional information becomes available during the pendency of these cases.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

3.      To assist me in the performance of my duties as Examiner, I intend to apply to the Court to retain Brown Rudnick as my principal counsel, pursuant to the terms of the Court's *Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions* [ECF No. 281], dated December 23, 2020 (the "Examiner Order"). In the event that it is necessary to engage additional counsel, consultants, or other professionals, I will separately apply for their retention.

4.      I have reviewed the Examiner Order. I understand the duties and responsibilities of the Examiner and, if my appointment is approved, I will perform them to the best of my abilities. As set forth below, I meet the qualifications set forth in the Bankruptcy Code to be appointed as Examiner in these cases.

5.      I am the practice group leader of Brown Rudnick's Bankruptcy & Corporate Restructuring practice. I have over twenty-five years of experience practicing bankruptcy and corporate restructuring and have led the following Brown Rudnick restructuring assignments:

- Debtors/Borrowers: Allied Systems Holdings (special committee of the Board); Centrix Financial (primary stockholder, Chairman and CEO); GIC Portfolio (out-of-court workout); Keys Resort (Chapter 11 debtor); Sable Permian Resources (equity sponsor); SunEdison (special litigation counsel); Wells Dairy/Blue Bunny Ice Cream (out-of-court workout).

- Secured Term Lenders/Bondholders: Atlantis Resort and Casino; American Safety Razor; EPV Solar; Evergreen International Aviation; Flying J/Big West Oil; Geokinetics; Hawkeye Renewables; JCPenney; J.Crew; Le-Nature's; Millennium Labs; Minnesota Star Tribune; Newark Group; New Vision Broadcasting; Pier 1 Imports; ServiceMaster; Spansion; Sports Authority; Synagro Technologies; TOUSA; Vanguard Natural Resources.

- Unsecured Bondholders/Creditors: Advanced Lighting; C-BASS; CEDC; Collins & Aikman; Colt Defense; Delphi Corporation; Delta Petroleum; Endeavour International; Energy Conversion Devices; Falcon Products; Forest Oil/Sabine Oil & Gas; InSight Health Services; Intelsat; LightSquared; McDermott International; Orexigen; Patriot Coal; SIRVA/North American Van Lines; TerraVia; TetraLogic Pharmaceuticals; Tribune Company.

- Official Creditor/Equity Committees: Alta Mesa Resources; Aralez Pharmaceuticals; Briggs & Stratton; Chesapeake Energy; Dolan Company; EdgeMarc Energy; EXCO Resources; Fedders; Green Field Energy Services;

Green Valley Ranch Hotel and Casino; Legacy Reserves; Libbey Glass; Lionel Trains (special counsel); Motor Coach Industries; Oakwood Homes Corporation; Oneida; Performance Sports Group; Philadelphia Energy Solutions; Ravn Air Group; Rex Energy; Riverstone Networks; School Specialty; Ultra Petroleum; Visteon Corporation.

- <u>Preferred Stockholders</u>: Spanish Broadcasting; Washington Mutual.

- <u>Post-Confirmation Litigation/Liquidation Trusts</u>: Bethlehem Steel; Bricolage Capital; Geneva Steel; Green Field Energy Services; Hayes Lemmerz International; Le-Nature's; Millennium Labs; Oakwood Homes Corporation; Performance Sports Group; and WCI Communities.

6.      In addition, I have written and been published extensively on bankruptcy and restructuring topics. I am an editor of the nation's leading treatise on restructuring law, *Collier on Bankruptcy* (LexisNexis 2020). In addition, I was the lead editor of the legal treatise *Contested Valuation in Corporate Bankruptcy* (LexisNexis 2011), part of the *Collier on Bankruptcy* monograph series, and the legal treatise *Admitting Expert Valuation Evidence Before the U.S. Bankruptcy Courts* (Bernstein, S., et al., Amer. Bankr. Inst. 2017). I have contributed chapters to the *Collier Bankruptcy Practice Guide* (LexisNexis 2014) and *Bankruptcy Business Acquisitions* (Amer. Bankr. Inst. 2006). I wrote or co-wrote articles appearing in, among other periodicals, the *American Bankruptcy Law Journal, Business Lawyer, California Law Review*, and *Journal of Corporation Law*. I delivered papers, was an invited speaker, and guest lectured at numerous restructuring seminars (both domestic and abroad) and graduate schools of high academic esteem, including programs sponsored by the American Bankruptcy Institute, American Law Institute (Young Scholars Medal Conference), Association of Insolvency and Restructuring Advisors, Boston University Law School, Columbia Business School, Georgia State University Law School, NYU Stern School of Business, University of California at Hastings Law School, University of Pennsylvania Law School, University of Texas School of

Law, University of Virginia McIntire School of Commerce, and the New York City Bar Association.

7.    Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to my role as Examiner or the employment of Brown Rudnick as counsel for the Examiner in these cases. To the best of its ability in the circumstances, Brown Rudnick has conducted a review (the "Connections Check") of my and Brown Rudnick's connections with the Debtors, their creditors, any other party-in-interest herein, and their respective attorneys or accountants (collectively, the "Case Parties"). In connection with compiling the list of Case Parties and performing the Connections Check, Brown Rudnick utilized the interested party list attached hereto as **Schedule 1** and checked such parties against a database containing Brown Rudnick's connections. Brown Rudnick also checked additional case professionals (*e.g.*, the Creditors' Committee's professionals) and affiliates of Case Parties, as applicable. For the purposes of these Chapter 11 cases, only potential connections that existed as of January 1, 2018 through the date hereof were checked. Brown Rudnick will continue to review potential conflicts during the pendency of these cases, and if and to the extent that additional connections are discovered, Brown Rudnick shall submit a supplemental statement.

8.    The Connections Check performed by Brown Rudnick included an email circulated to all Brown Rudnick attorneys (and posted on Brown Rudnick's intranet site for further review) alerting all professionals at Brown Rudnick to identify any connections with the Case Parties.

9.    To the best of Brown Rudnick's knowledge, except as disclosed below, Brown Rudnick and its individual attorneys do not represent any creditors in these cases, nor does Brown Rudnick represent any equity security holders, affiliates, or insiders of the Debtors.

10.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, Charter Communications, the parent company of contract counter-party Spectrum. Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

11.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Krys Global, for whom independent director Grant Lyon was previously employed. Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

12.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented certain affiliates of certain insurers, including Hartford Financial (parent company to Hartford Financial Service Group), SunAmerica Life Insurance Inc. (affiliate of Validus and Validus Speciality), MassMutual Select Funds (affiliate of Massachusetts Mutual Life Insurance Company), and MassMutual Premier Funds (affiliate of Massachusetts Mutual Life Insurance Company). Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

13.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented certain case professionals or affiliates of case professionals, including Paul Hastings (Europe) LLP. Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

14.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, American Stock Transfer & Trust Co., an affiliate of claims agent Donlin, Recano & Company, Inc. Brown Rudnick does not represent and will

not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

15.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Gillian Eleanor Bruce and Edward John McNamara of PricewaterhouseCoopers LLP, in their capacities as Liquidators of Grace Hotels Limited. Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

16.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Alliance for Automotive Innovation, a subsidiary of Daimler, which is a shareholder of vendor/supplier Blacklane. Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

17.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented VSP Vision Case. Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

18.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents vendor/suppliers Comcast and Hubspot. Brown Rudnick does not represent and will not represent these entities or any affiliates in connection with the Debtors or these Chapter 11 cases.

19.    In addition to the foregoing, attorney's in Brown Rudnick's London office currently represent Coinfirm Ltd. in matters unrelated to the Debtors or the Chapter 11 cases. Coinfirm is not listed on the Case Parties list, and I am presently unaware of any connection between Coinfirm and the Debtors. We understand that Coinfirm retained Silver Miller (counsel

to certain parties-in-interest in Cred Inc.) for certain U.S.-based litigation work. We understand that the work that Brown Rudnick is undertaking for Coinfirm in Europe is different from and independent of the work that Silver Miller is performing for Coinfirm in the U.S.

20.     In addition to the foregoing, Brown Rudnick is currently counsel to the Japanese bankruptcy trustee of Mt. Gox in Chapter 15 proceedings pending in the Southern District of Texas (as well as related litigation). Prior to its bankruptcy, Mt. Gox was engaged in cryptocurrency and bitcoin exchanges but, to the best of my knowledge, did not have any business interaction with the Debtors. I have not had any involvement in Brown Rudnick's Mt. Gox engagement. At the request of the Mt. Gox trustee, Brown Rudnick has enacted an ethical wall dividing attorneys working on the Mt. Gox case and the Debtors' case.

21.     Brown Rudnick has no connections with the U.S. Trustee's office or any person employed at the U.S. Trustee's office, except that Rosa Sierra, an attorney with U.S. Trustee's office, was an associate in Brown Rudnick's restructuring department from approximately October 2018 until February 2020. Partners and associates of Brown Rudnick have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

22.     Brown Rudnick has worked with and/or opposite many of the professionals in these cases, including Paul Hastings, BakerHostetler, McDermott Will & Emery, Dentons US LLP, Sheppard Mullin, and Richards Layton & Finger.

23.     Brown Rudnick has not received any preferential payments as defined in 11 U.S.C. § 547.

24.     Brown Rudnick is not a creditor of the Debtors.

25.     To the best of my knowledge, I do not have any personal investments in the industry in which the Debtors operate or in any of the parties identified on **Schedule 1**. I hold investments (in a 401k retirement account, my children's 529A educational savings accounts, IRA and Roth IRA accounts, and/or in general investment accounts with RBC Wealth Management) in certain mutual, index, ETF and SPDR funds. I am not aware of the underlying investments of those funds, but they are conservative investment funds run by well-known banks (e.g., Wells Fargo Stable Value Fund) and/or large, institutional fund managers (e.g., Vanguard Institutional Index I) with a generalized investment mandate (e.g., "Growth and Income") or in industries far removed from cryptocurrency (e.g., Lifesciences ETF). I also own stock in the corporate holding company Berkshire Hathaway and several large banking institutions (e.g., Goldman Sachs). I am not aware of any connectivity these companies may have to the industry in which the Debtors operate or in any of the parties identified on **Schedule 1**.

26.     In connection with this Engagement, I have agreed to a reduced hourly rate of $1,100 per hour. Any request for payment from the Debtors' estates for compensation and reimbursement of expenses incurred in the performance of my services as Examiner or Brown Rudnick's services as counsel to the Examiner (if approved) will be subject to the approval of the Court and will be made in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

27.     For all of the foregoing reasons, I believe that my appointment as Examiner is in the interests of the Debtors' estates, creditors, equity security holders, and other parties in interest.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  January 7, 2021

_____
Robert J. Stark

## Schedule 1

## POTENTIAL PARTIES IN INTEREST

**Debtors**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**Bankruptcy Judges and Staff**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashely M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Brendan L.
Silverstein, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupczewski, Karen
Szymanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.
Werkheiser, Rachel

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank

Silvergate Bank

**Clerk of the Court**
O'Boyle, Una

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant
Matteini, Francesco
Podulka, Joe
Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group.
One Beacon n/k/a Intact Insurance Specialty Solutions
Validus
Validus Specialty
Western World Insurance Group

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Office of the United States Trustee**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane

Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group
PricewaterhouseCoopers
Richards Layton & Finger

Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu
Schatt, Daniel

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley

2

BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd.
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara
Herschberg, Todd
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems
Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery

LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions
Pringle, Mary M
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC
Seemann, Catherine A.
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC
Zuar

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance