## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered)<br><br>**Re:  D.I. 281, 329, & 330** |

## ORDER APPROVING APPOINTMENT OF EXAMINER

Upon the *United States Trustee's Application for an Order Approving Appointment of Examiner*, dated January 7, 2021; and it appearing that Robert J. Stark, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed by the United States Trustee as Examiner in the above-captioned, jointly-administered cases of Cred Inc., *et al.*, and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED, that the appointment of Robert J. Stark as Examiner is approved in the jointly-administered bankruptcy cases of Cred Inc., *et al.* pursuant to 11 U.S.C. § 1104(d).

Dated: January 8th, 2021　　　　　　　　　　　JOHN T. DORSEY
Wilmington, Delaware　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE