## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | **Obj. Deadline:  Jan. 22, 2021 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF FIRST MONTHLY FEE STATEMENT BY SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD NOVEMBER 30, 2020 THROUGH AND INCLUDING DECEMBER 31, 2020

**PLEASE TAKE NOTICE** that in, accordance with that certain *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* dated December 21, 2020 [D.I. 267] (the "Retention Order"), Sonoran Consulting Services LLC ("Sonoran") has filed its First Monthly Report for the period of November 30, 2020 through and including December 31, 2020 (the "Monthly Report") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before January 22, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that all compensation and staffing included in the Monthly Report shall be subject to review by the Court and, in the event an Objection is filed and remains unresolved by agreement of the objecting party, the Debtors, and Sonoran, (i) all rights of the objecting party, the Debtors, and Sonoran are reserved and (ii) the Debtors shall deduct an amount equal to the unresolved amount objected to from the next payment to Sonoran for fees and expenses incurred in connection with Sonoran's engagement under the Retention Order until such Objection is resolved, either by agreement of the objecting party, the Debtors, and Sonoran or by order of the Court.

*[Remainder of page intentionally left blank]*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, in accordance with the Retention Order, all amounts invoiced by Sonoran for fees and expenses incurred in connection with Sonoran's engagement under the Retention Order.

Dated: January 8, 2021
        Wilmington, Delaware

/s/ Scott D. Cousins
_____

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:        alexbongartz@paulhastings.com
              derekcash@paulhastings.com

*Co-Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[2] | (Jointly Administered) |
| | **Obj. Deadline: Jan. 22, 2021 at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE STATEMENT BY SONORAN CAPITAL ADVISORS LLC
FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD
<u>NOVEMBER 30, 2020 THROUGH AND INCLUDING DECEMBER 31, 2020</u>**

| | |
|---|---|
| Applicant: | Sonoran Capital Advisors LLC |
| Authorized to Provide Services To: | Debtors and Debtors-In-Possession |
| Date of Retention: | November 30, 2020 |
| Period of Compensation and Reimbursement: | November 30, 2020 – December 31, 2020 |
| Amount of Fees Earned: | $50,577.50 |
| Amount of Expenses Incurred: | $0.00 |

Sonoran Capital Advisors, LLC ("<u>Sonoran</u>") hereby provides its first Monthly Report for the period of November 30, 2020 through December 31, 2020 (the "<u>Monthly Report</u>" and the "<u>Monthly Report Period</u>," as the context indicates) in accordance with that certain *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* dated December 21, 2020 [D.I. 267] (the "<u>Retention Order</u>").

---

[2]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

As set forth in the Monthly Report, Sonoran incurred $50,577.50 in aggregate compensation and $0 for actual and necessary expenses during the Monthly Report Period.

**WHEREFORE**, pursuant to the Retention Order, Sonoran hereby submits its Monthly Report for the Monthly Report Period.

Dated: January 8, 2021

SONORAN CAPITAL ADVISORS, LLC

*/s/ Matthew K. Foster*
Matthew K. Foster
Managing Director

**SUMMARY OF TIME AND THE HOURLY RATES CHARGED FOR THE PERIOD**
**FROM NOVEMBER 30, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Position | Total Hours |
|---|---|---|
| Tonia Tautolo | Controller | 47.7 |
| Mark Byars | Managing Director[1] | 8.5 |
| Ry Neri | Analyst[1] | 0.5 |
| Scott Wiley | Senior Consultant[2] | 18.7 |
| Scott Wiley | CFO | 81.3 |
| **GRAND TOTAL** | | **156.7** |

[1]    Work completed prior to December 14, 2020.

[2]    Mr. Wiley's time has been separated between work that he completed prior to being appointed as CFO and work completed after his appointment on December 7, 2020.

Additional detail is attached hereto as Exhibit A.

## **EXHIBIT A**

Hourly Detail



| | Sonoran Capital Advisors | 1733 N Greenfield Rd |
| | 602.405.5380 | Mesa, Arizona |
| | | 85205 |
| | | United States |

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Cred Inc. (CFO) | 12/31/2020 | 0000277 | **$32,113.50** |
| United States | | | |
| | Due Date | | |
| | 12/31/2020 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 4, 2020<br>Call with CRO | $395.00 | 0.1 | $39.50 |
| Financial Analysis<br>Scott Wiley – Dec 7, 2020<br>Research executory contracts | $395.00 | 1.8 | $711.00 |
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Review outstanding invoices with staff regarding how to calculate and process pre and post petition liabilities | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Call with Matt Foster and Adnan Khakoo regarding crypto trading strategies and processes | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Zoom call with Sung Hwang regarding her duties and challenges in anticipation of her maternity leave | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Review and approve the 12/15/20 payroll submitted by Joe Podulka prior to his resignation | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Obtain access to payroll and banking portals | $395.00 | 1.5 | $592.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 8, 2020<br>Research various invoices and determine whether amounts relate to pre or post petition activity | $395.00 | 1.9 | $750.50 |
| Financial Analysis<br>Scott Wiley – Dec 9, 2020<br>Update call with CRO | $395.00 | 0.1 | $39.50 |
| Financial Analysis<br>Scott Wiley – Dec 9, 2020<br>Attend Dan Schatt's daily staff meeting call | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 9, 2020<br>Review invoices and determine A/P payments for the week. | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 9, 2020<br>Call with Armanino regarding status of 2019 audit and tax returns | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 9, 2020<br>Review company credit card activity and cancel cards as appropriate | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Review invoices for payment this week | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Updating the list of executory contracts and assign preliminary list of contracts to be rejected | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Work with Paychex to ensure payroll for the PPE 12/15/20 is processed and paid correctly | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Providing information requested by the Creditor Committee and UST | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Accounting staff meeting regarding processing vendor payments | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 10, 2020<br>Review updated version of 13 week cash forecast and process to pull information | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Obtain list of Armanino audit adjustment and review NetSuite to ensure entries were posted | $395.00 | 0.3 | $118.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Research Cred policy and CA regulations related to paid time off | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Make changes to payroll information in Paychex | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Obtain access to NetSuite and process additional licenses | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Review draft copy of the SOFA 3 exhibit and executory contract list | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Dec 11, 2020<br>Address information requests from the UCC and UST | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 13, 2020<br>Review draft Plan Support Agreement | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Research various PTO, employment agreements, other employ issues | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Update executory contract listing | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Research invoices for potential payment this week | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Review various pre petition payroll issues | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Obtain access to Sequoia One (Cred's former payroll processor) for access to their portal | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Review and approve various Cred COBRA reimbursement requests | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 14, 2020<br>Review draft UCC Presentation | $395.00 | 0.6 | $237.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 15, 2020<br>Research Cred's and CA maternity leave rules in anctipation of Sung Hwang's upcoming leave | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 15, 2020<br>Research various insurance policies and issues | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 15, 2020<br>Research and approve various invoices for payment this week. | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 15, 2020<br>Research various Cred benefits and other payroll issues | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 16, 2020<br>Research various executory contract issues | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 16, 2020<br>Research certain missing 12/15/20 payroll checks | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Dec 16, 2020<br>Prepare various headcount reduction analyses and scenarios | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Dec 16, 2020<br>Attend Dan Schatt's staff meeting | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Grant roles and approval authorities to various Cred personnel | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Review various Cred policies and procedures related to personnel issues | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Review COBRA reimbursements to be processed as part of the PPE 12/15/20 payroll | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Review and update list of executory contracts | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Provide copies of all Cred insurance policies | $395.00 | 0.8 | $316.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 17, 2020<br>Process replacement payroll checks for PPE 12/15/20 | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Dec 18, 2020<br>Review outstanding invoices for potential payments | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Dec 18, 2020<br>Review draft Nov-20 MORs | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 18, 2020<br>Obtain access to the MCB and Silvergate banking portals | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 18, 2020<br>Research various payroll issues related to former employees | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Dec 18, 2020<br>Calculate various final payroll amounts for Adnan Khakoo's pending resignation | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 21, 2020<br>Review invoices for potential payments | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 21, 2020<br>Review and update executory contract list | $395.00 | 1.7 | $671.50 |
| Financial Analysis<br>Scott Wiley – Dec 21, 2020<br>Review 13 Week Cash Forecast | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Dec 21, 2020<br>Review potential operating expense reductions with Dan Schatt | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Dec 21, 2020<br>Research employee bonus commitments | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Dec 22, 2020<br>Review and update the executory contract list | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 22, 2020<br>Review outstanding invoices for potential payments | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Dec 22, 2020<br>Obtain copies of 2019 1099 Forms for preparation of 2020 Forms | $395.00 | 3 | $1,185.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Dec 23, 2020<br>Review UCC presentation | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 23, 2020<br>Research various deposits into Silvergate | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Dec 23, 2020<br>Review various issues related to employees' 401(k) Plan balances | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Dec 23, 2020<br>Review various invoices for possible payment | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Dec 28, 2020<br>Review invoices for potential payments | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Dec 28, 2020<br>Calculate various severance and other amounts related to potential employee terminations | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 29, 2020<br>Prepare various versions of employee termination lists and related costs | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Dec 29, 2020<br>Obtain tax payer ID's for various states Cred has employees resident in | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 29, 2020<br>Review invoices for potential payments prior to year end | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 29, 2020<br>Calculate and post payroll for the PPE 12/31/20 | $395.00 | 3 | $1,185.00 |
| Financial Analysis<br>Scott Wiley – Dec 30, 2020<br>Review and edit Accretive Sale analysis | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Dec 31, 2020<br>Review and approve A/P payments | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Dec 31, 2020<br>Review executory contract list and First Omnibus Rejection Motion | $395.00 | 2.1 | $829.50 |

| | |
|---|---|
| Subtotal | 32,113.50 |
| Tax | 0.00 |

|  | |
|---|---|
| Total | 32,113.50 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $32,113.50 |

Notes

Scott Wiley 81.3 hours @ $395 = $32,113.50

Terms

Checks can be sent to address above in header.



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Cred Inc.
2121 S. El Camino Real, Suite 500
San Mateo, California
94401
United States

**Date of Issue**
12/31/2020

**Due Date**
12/31/2020

**Invoice Number**
0000278

**Amount Due (USD)**
# $18,464.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Financial Analysis**<br>Scott Wiley – Nov 30, 2020<br>Review docket information (first day motions and declarations) | $395.00 | 1 | $395.00 |
| **Financial Analysis**<br>Scott Wiley – Nov 30, 2020<br>Kickoff call with MACCO | $395.00 | 1 | $395.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 1, 2020<br>Update conference call with MACCO | $395.00 | 0.4 | $158.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 1, 2020<br>Review files provided by MACCO | $395.00 | 2.2 | $869.00 |
| **Document Review**<br>Mark Byars – Dec 1, 2020<br>Review QuantCoin / James Alexander Investigation Report; Review CRO Order and exhibits, Cred org. charts, charts of account, monthly closing checklists, et. al. provided by Macco. | $450.00 | 1.5 | $675.00 |
| **Conference Call**<br>Mark Byars – Dec 1, 2020<br>Conference call with Matt Foster and Joe Podulka from Cred regarding case management, roles and status of accounting activities. | $450.00 | 1 | $450.00 |
| **Conference Call**<br>Mark Byars – Dec 1, 2020<br>Conference call between Sonoran and MACCO regarding CRO role, ongoing involvement and Director presentation | $450.00 | 1 | $450.00 |

| | | | |
|---|---|---|---|
| **Financial Analysis**<br>Scott Wiley – Dec 2, 2020<br>Update calls with MACCO and Sonoran Capital regarding cash forecasts and payments | $395.00 | 2 | $790.00 |
| **Conference Call**<br>Mark Byars – Dec 2, 2020<br>Call with Macco, Teneo and Paul Hastings team regarding objection to convert cases. | $450.00 | 0.5 | $225.00 |
| **Business Consulting**<br>Mark Byars – Dec 2, 2020<br>Presentation for Independent Director, review with CRO. | $450.00 | 1.5 | $675.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 2, 2020<br>Cred/MACCO F/S Daily Update call | $395.00 | 0.4 | $158.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 2, 2020<br>Review Target B/S with account assignments and flow of funds worksheet | $395.00 | 0.6 | $237.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 3, 2020<br>General review and phone calls to discuss scope of project | $395.00 | 1.6 | $632.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 3, 2020<br>Review Accrued Commissions reconciliation | $395.00 | 1 | $395.00 |
| **Financial Analysis**<br>Scott Wiley – Dec 3, 2020<br>Cred/MACCO F/S Daily Update call | $395.00 | 0.4 | $158.00 |
| **Business Consulting**<br>Mark Byars – Dec 3, 2020<br>Update Director Presentation | $450.00 | 1 | $450.00 |
| **Document Review**<br>Mark Byars – Dec 3, 2020<br>Review trade logs, declarations etc. for presentation | $450.00 | 1.5 | $675.00 |
| **Conference Call**<br>Mark Byars – Dec 3, 2020<br>Call with Macco and CRO regarding Director presentation | $450.00 | 0.5 | $225.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 4, 2020<br>Zoom call with D.Hummer to set up access to email, files, and software. | $150.00 | 0.7 | $105.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 4, 2020<br>Zoom call with J.Padulka, S.Wiley and S.Hwang regarding assumption of Controller duties. | $150.00 | 0.3 | $45.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Ry Neri – Dec 4, 2020<br>Created AP Aging Analysis for certain invoices. | $195.00 | 0.5 | $97.50 |
| Financial Analysis<br>Scott Wiley – Dec 4, 2020<br>Perform search for unrecorded liabilities as of 9/30/20 and 11/07/20 as part of the MACCO account reconciliation project | $395.00 | 6 | $2,370.00 |
| Financial Analysis<br>Scott Wiley – Dec 4, 2020<br>Cred/MACCO F/S Daily Update call | $395.00 | 0.4 | $158.00 |
| Conference Call<br>Tonia Tautolo – Dec 7, 2020<br>Conference call regarding CFO termination and plans for interim replacement at the CFO position. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Scott Wiley – Dec 7, 2020<br>Coordinate with Sung Hwang and Tonia Tautolo regarding Controller transition | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Dec 7, 2020<br>Interim CFO duties - Review historical payment and other bank activity | $395.00 | 1 | $395.00 |
| Conference Call<br>Tonia Tautolo – Dec 8, 2020<br>Continue review of company and information and additional training on a second Zoom call with S.Hwang. | $150.00 | 3.3 | $495.00 |
| Document Review<br>Tonia Tautolo – Dec 8, 2020<br>Review documents related to discussions with S.Hwang to formulate questions to be addressed in subsequent training. | $150.00 | 1.7 | $255.00 |
| Conference Call<br>Tonia Tautolo – Dec 8, 2020<br>Zoom training with S.Hwang for explanation of duties, state of existing accounting information, company overview, and employee overview. | $150.00 | 2.5 | $375.00 |
| Business Consulting<br>Tonia Tautolo – Dec 8, 2020<br>Zoom call with S.Wiley and S.Hwang to discuss transition of Controller duties. | $150.00 | 0.3 | $45.00 |
| Conference Call<br>Tonia Tautolo – Dec 10, 2020<br>Zoom call regarding AP processing procedures. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 14, 2020<br>Review balance sheet and income statement accounts and entries to form questions to address in next training session. | $150.00 | 2.8 | $420.00 |

| | | | |
|---|---|---|---|
| **Conference Call**<br>Tonia Tautolo – Dec 14, 2020<br>Questions to S.Hwang regarding previous and current payroll processes.<br>Discuss differences in processes and best method for posting new payroll<br>entries. | $150.00 | 0.8 | $120.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 14, 2020<br>Review prior payroll journal reports and payroll journal entries to determine the<br>best way to post payroll journal entries from new payroll processing company. | $150.00 | 0.9 | $135.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 14, 2020<br>Zoom training with S.Hwang to review information required on Mondays for<br>bankruptcy reporting, process for reviewing expense reports, and updating<br>COBRA reimbursement file. While on call, verify that all unpaid expenses that<br>are showing in Expensify have been recorded and mark all expenses that have<br>been reimbursed as such. | $150.00 | 2 | $300.00 |
| **Administrative**<br>Tonia Tautolo – Dec 14, 2020<br>Review emails received during the previous week in preparation of call with<br>S.Hwang. | $150.00 | 1 | $150.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 15, 2020<br>Review Y.Xu segregation of pre and post-petition liabilities in AP and credit<br>card report. Email to Y.Xu explaining in more detail the segregation process<br>and suggesting revisions to previous work. | $150.00 | 0.8 | $120.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 15, 2020<br>Create employee list in Netsuite to post manual payroll checks. Post 11/15 and<br>11/30 manual checks and create and post payroll journal entries. | $150.00 | 1.7 | $255.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 15, 2020<br>Second training call with S.Hwang to finish review of balance sheet accounts<br>and transactions and review income statement accounts and transactions. | $150.00 | 2 | $300.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 15, 2020<br>Zoom training with S.Hwang to review balance sheet accounts and the types of<br>entries in each account. | $150.00 | 2 | $300.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 15, 2020<br>Zoom call with S.Wiley and S.Hwang regarding payroll processing and<br>expense reimbursements. | $150.00 | 0.5 | $75.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 16, 2020<br>Identify missing payroll information from bank transaction review and request<br>additional payroll reports related to missing information. | $150.00 | 0.3 | $45.00 |

| | | | |
|---|---|---|---|
| **Financial Analysis**<br>Tonia Tautolo – Dec 16, 2020<br>Match bank transactions to December postings in Netsuite to determine how many transactions are missing. Follow up with Y.Xu regarding missing transactions and expectation for transaction posting going forward. | $150.00 | 1.7 | $255.00 |
| **Administrative**<br>Tonia Tautolo – Dec 16, 2020<br>Respond to various emails | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 16, 2020<br>Research payroll data discrepancy regarding check number/possible void from 11/30 payroll. | $150.00 | 0.7 | $105.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 16, 2020<br>Call with Y.Xu regarding currently assigned duties and how those duties will be modified in the near future. Clarify the handling of certain pre and post-petition accounts payable. | $150.00 | 1.4 | $210.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 16, 2020<br>Create and post 12/15 and 12/15 one-off payroll journal entries. Post related payroll checks to Netsuite. | $150.00 | 1.6 | $240.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 17, 2020<br>Review expenses submitted through Expensify and update COBRA tracker. Reject any expense reports that were not approved that had a submission date before the bankruptcy filing. | $150.00 | 0.4 | $60.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 17, 2020<br>Research whether YTD payroll information from 2020 was imported to the new payroll processing company from the previous company. | $150.00 | 0.3 | $45.00 |
| **Administrative**<br>Tonia Tautolo – Dec 17, 2020<br>Create Paychex account in order to retrieve payroll reports. Emails regarding various items. | $150.00 | 0.3 | $45.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 17, 2020<br>Zoom call with S.Wiley and S.Hwang regarding payroll submission and checks vs. ACH. | $150.00 | 0.5 | $75.00 |
| **Administrative**<br>Tonia Tautolo – Dec 18, 2020<br>Respond to various emails | $150.00 | 0.2 | $30.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 18, 2020<br>Zoom call with S.Wiley and S.Hwang regarding final items that need to be addressed before Sung's leave begins. | $150.00 | 0.5 | $75.00 |

| | | | |
|---|---|---|---|
| **Financial Analysis**<br>Tonia Tautolo – Dec 18, 2020<br>Set up MCB account access. Download reports to complete missing payroll entries. Post final missing bank transactions. Post payroll check stop payments and ACH to reissue. | $150.00 | 1.7 | $255.00 |
| **Conference Call**<br>Tonia Tautolo – Dec 18, 2020<br>Zoom meeting regarding banking procedures and ACH processing. | $150.00 | 0.4 | $60.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 21, 2020<br>Review expenses and backup documentation submitted through Expensify. Update COBRA tracker. Request missing documentation from employee. | $150.00 | 0.4 | $60.00 |
| **Administrative**<br>Tonia Tautolo – Dec 21, 2020<br>Respond to emails regarding various subjects. | $150.00 | 0.2 | $30.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 21, 2020<br>Search for information in Google Drive documents regarding 2019 1099s for Armanino report related to 2019 taxes. Emails to accounting employees regarding same. | $150.00 | 1 | $150.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 21, 2020<br>Collect information for weekly bankruptcy report. Send to Macco. | $150.00 | 0.4 | $60.00 |
| **Administrative**<br>Tonia Tautolo – Dec 22, 2020<br>Research regarding Netsuite ability to generate 1099s. Inquiries regarding prior and future 1099 responsibilities. | $150.00 | 0.7 | $105.00 |
| **Administrative**<br>Tonia Tautolo – Dec 22, 2020<br>Respond to various emails and requests. | $150.00 | 0.9 | $135.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 22, 2020<br>Delete duplicate bills in Netsuite from pre and post-bankruptcy split. | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 22, 2020<br>Research questions from Frank at Macco regarding weekly report expenses. | $150.00 | 1.1 | $165.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 23, 2020<br>Set up transfers and wire transfers of funds received in Silvergate bank account to MCB bank account. Delete and re-initiate wire for transfer of funds to MCB due to initial wire approval difficulties. | $150.00 | 0.4 | $60.00 |
| **Administrative**<br>Tonia Tautolo – Dec 23, 2020<br>Requests for information regarding funds received. Respond to various emails. | $150.00 | 0.4 | $60.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Dec 24, 2020<br>Verify that bills paid in weekly AP check run appeared in bank. Post payments in Netsuite. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 24, 2020<br>Delete and re-initiate wire for transfer of funds to MCB due to wire failure. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 28, 2020<br>Download 12/31 payroll reports to prepare for issuance of ACH for payroll. Create and post payroll journal entry for 12/31. Post payroll ACH amounts in Netsuite. | $150.00 | 1.4 | $210.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 28, 2020<br>Research questions posed by Frank at Macco regarding 10Clouds and CSC. Respond to email and contact vendors to address questions related to Frank's questions. | $150.00 | 1.1 | $165.00 |
| Administrative<br>Tonia Tautolo – Dec 28, 2020<br>Emails regarding various issues. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 28, 2020<br>Research past OTC trades for guidance on posting 12/23 trade. | $150.00 | 0.9 | $135.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 28, 2020<br>Compile and send information for weekly cash report. | $150.00 | 0.4 | $60.00 |
| Conference Call<br>Tonia Tautolo – Dec 28, 2020<br>Call with Paul Maniscalco regarding MOR for November. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 29, 2020<br>Send information to Scott in order to allow him to input ACH information and get it submitted before the ACH deadline for on-time payment of 12/31 payroll to employees. Call regarding ACH template and submission issues. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 29, 2020<br>Review and approve October and November credit card posting journal entries. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 29, 2020<br>Research transactions related to Cred Capital. Compile information and send to Matt per his request. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Dec 29, 2020<br>Run and send outstanding AP report to Scott to determine necessity of AP payments for the week. | $150.00 | 0.2 | $30.00 |

| | | | |
|---|---|---|---|
| **Financial Analysis**<br>Tonia Tautolo – Dec 29, 2020<br>Emails with payroll companies regarding payroll taxes that have been withheld, but not submitted. | $150.00 | 0.2 | $30.00 |
| **Administrative**<br>Tonia Tautolo – Dec 29, 2020<br>Respond to various emails. | $150.00 | 0.2 | $30.00 |
| **Administrative**<br>Tonia Tautolo – Dec 29, 2020<br>Download token for MCB and attempt activation in preparation of initiation of payroll ACH. Continue to troubleshoot lack of ACH access with MCB. | $150.00 | 0.6 | $90.00 |
| **Financial Analysis**<br>Tonia Tautolo – Dec 29, 2020<br>Post original 12/31 payroll checks and void in Netsuite for recordkeeping purposes. Questions regarding unsubmitted payroll taxes. Run and send outstanding AP report to Scott to determine necessity of AP payments for the week. Research transactions related to Cred Capital. Compile information and send to Matt per his request. Review and approve October and November credit card posting journal entries. Send information to Scott in order to allow him to input ACH information and get it submitted before the ACH deadline for on-time payment of 12/31 payroll to employees. | $150.00 | 0.5 | $75.00 |

| | |
|---|---|
| Subtotal | 18,464.00 |
| Tax | 0.00 |
| Total | 18,464.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$18,464.00** |

### Notes

Mark Byars 8.5 hours @ $450 = $3,825.00 prior to December 14
Ry Neri 0.5 hours @ $195 = $97.50 prior to December 14
Scott Wiley 18.7 hours @ $395 = $7,386.50 prior to appointment as CFO
Tonia Tautolo 47.7 hours @ $150 = $7,155.00

### Terms

Checks can be sent to address above in header.