## EXHIBIT B

**ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD**

| Expense Category | Amount |
|---|---|
| Computer Search | $1,137.93 |
| Court Reporting Services | $43.50 |
| Reproduction Charges | $6.40 |
| Court Call | $43.50 |
| **Total** | **$1,231.33** |

Cred Inc. and its subsidiaries as Debtors in Possession                                Page 52
48112-00002
Invoice No. 2258839

| DSC3 | D. Scott Carlton | Of Counsel | 2.40 | 1,275.00 | 3,060.00 |
|------|------------------|------------|------|----------|----------|
| SCS8 | Scott C. Shelley | Of Counsel | 9.30 | 1,250.00 | 11,625.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 15.00 | 890.00 | 13,350.00 |
| ZSZ | Zachary S. Zwillinger | Associate | 42.80 | 1,100.00 | 47,080.00 |
| SM29 | Shlomo Maza | Associate | 0.30 | 1,065.00 | 319.50 |
| DDC1 | Derek D. Cash | Associate | 149.10 | 855.00 | 127,480.50 |
| MW26 | Mack Wilson | Associate | 117.50 | 855.00 | 100,462.50 |
| AMP1 | Austin M. Prouty | Associate | 6.20 | 690.00 | 4,278.00 |
| JK21 | Jocelyn Kuo | Paralegal | 9.60 | 480.00 | 4,608.00 |
| PLE | Patricia L. Wrench | Paralegal | 2.30 | 440.00 | 1,012.00 |
| WW6 | Winnie Wu | Other Timekeeper | 2.00 | 220.00 | 440.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/09/2020 | Photocopy Charges | 80.00 | 0.08 | 6.40 |
| 11/12/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 10951063 Dated 11/12/20, Fee for 11/10/20 Courtcall appearance at hearing for James Grogan | | | 43.50 |
| 11/24/2020 | Vendor Expense - Mack Wilson; 11/10/2020; Reimbursement of Payment of Invoice - CourtCall ID: 10951093 for M. Wilson | | | 43.50 |
| 11/07/2020 | Lexis/On Line Search | | | 33.13 |
| 11/10/2020 | Lexis/On Line Search | | | 99.39 |
| 11/19/2020 | Lexis/On Line Search | | | 66.26 |
| 11/20/2020 | Lexis/On Line Search | | | 99.39 |
| 11/23/2020 | Lexis/On Line Search | | | 99.39 |
| 11/29/2020 | Lexis/On Line Search | | | 34.53 |
| 11/29/2020 | Lexis/On Line Search | | | 33.13 |
| 11/30/2020 | Lexis/On Line Search | | | 33.13 |
| 11/07/2020 | Westlaw | | | 41.17 |
| 11/10/2020 | Westlaw | | | 41.17 |
| 11/20/2020 | Westlaw | | | 82.34 |
| 11/30/2020 | Westlaw | | | 329.38 |

Cred Inc. and its subsidiaries as Debtors in Possession
48112-00002
Invoice No. 2258839

Page 53

| | | |
|---|---|---:|
| 11/30/2020 | Westlaw | 105.38 |
| 11/07/2020 | Computer Search (Other) | 0.63 |
| 11/08/2020 | Computer Search (Other) | 6.30 |
| 11/19/2020 | Computer Search (Other) | 6.66 |
| 11/20/2020 | Computer Search (Other) | 0.90 |
| 11/21/2020 | Computer Search (Other) | 4.32 |
| 11/22/2020 | Computer Search (Other) | 0.81 |
| 11/23/2020 | Computer Search (Other) | 1.62 |
| 11/24/2020 | Computer Search (Other) | 9.63 |
| 11/25/2020 | Computer Search (Other) | 2.43 |
| 11/28/2020 | Computer Search (Other) | 4.14 |
| 11/29/2020 | Computer Search (Other) | 2.70 |
| **Total Costs incurred and advanced** | | **$1,231.33** |

| | |
|---|---:|
| **Current Fees and Costs** | **$762,244.33** |
| **Total Balance Due - Due Upon Receipt** | **$762,244.33** |