# EXHIBIT A

**FEE STATEMENTS FOR THE INTERIM FEE PERIOD**
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 28 | November 8–30, 2020 | $73,155.00 (80% of which is $58,524.00) | $479.25 |

# Cousins Law

Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE   19803
Telephone: (302) 824-7081

# INVOICE

Date: 01/08/2021
Due On: 02/07/2021

Cred Inc. and Cred (US) LLC
3 East Third Avenue
San Mateo, CA 94401

## 10013-Cred Inc. and Cred (US) LLC

## Chapter 11 Bankruptcy

**For Services Rendered**

| Professional | Date | Quantity | Notes | Rate | Total |
|---|---|---|---|---|---|
| SDC | 11/08/2020 | 11.80 | A107 Communicate (other outside counsel) B110 Case Administration: Teleconference with James Grogan, Alex Bongartz, and Mack Wilson regarding strategy for completion of filing first-days and timing for hearing (0.8); teleconference with Alex Bongartz regarding timing of filing and rejection of non-residential property leases (0.2); teleconference with James Grogan regarding amendment to petition (0.1); emails with Mack Wilson regarding finalizing pro hac vice motions (0.3); review, revise and finalize for filing (A) Declaration of Daniel Schatt Declaration; (B) Joint Administration Motion; (C) Donlin Recano Retention; (D) Cash Management Motion; (E) Employee Benefit Motion; (F) Insurance Policies Motion; (G) Motion to Enforce Worldwide Automatic Stay; and (H) Consolidated List of Creditors (9.7); draft letter to Una O'Boyle regarding first-day binders (0.2); coordinate with Aran Heining regarding copying and filing of first-day pleadings (0.5) | $750.00 | $8,850.00 |
| AH | 11/08/2020 | 2.60 | A103 Draft/revise B160 Fee/Employment Applications: Correct Billing Entries (.3); Revise Monthly Fee App to reflect November and | $150.00 | $390.00 |

|  |  |  | Decembers Entries (2.3) |  |  |
|---|---|---|---|---|---|
| SDC | 11/09/2020 | 1.90 | A107 Communicate (other outside counsel) B110 Case Administration: Coordinate with DLS regarding printing of first-day pleadings and petitions (0.5); emails with Una O'Boyle regarding first-day hearing and judge assignment and address change on petition (0.4); emails and phone call to Pat Tinker regarding assignment of Trial Attorney (0.2); teleconference with Alex Bongartz regarding address change on petition (0.1); prepare for first-day hearing including review of pleadings (0.7); | $750.00 | $1,425.00 |
| SDC | 11/09/2020 | 0.90 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Review various emails from creditors regarding inquiry into the case and potential formation of creditors committee (0.4); teleconference with several creditors (3) regarding filing of case and filing proofs of claim (0.5) | $750.00 | $675.00 |
| SDC | 11/09/2020 | 3.70 | A104 Review/analyze L450 Trial and Hearing Attendance: Teleconference with Judge Dorsey's clerk regarding hearing and hearing agenda (0.1); review, revise and finalize hearing agenda (2.2); prepare Word files of orders for U.S. Trustee's office (0.4); review first-day hearing service list (0.1); emails with Donlin and Paul Hastings regarding same (0.1); emails with Derek Cash regarding inquiries from creditors (0.2); teleconference with Dan Schatt, Joe Podulka, James Grogan, Alex Bongartz and Mack Wilson regarding tomorrow's hearing (0.6) | $750.00 | $2,775.00 |
| AH | 11/09/2020 | 3.00 | A108 Communicate (other external) B110 Case Administration: Communicating with CourtCall - Registering Co-counsel attorneys, Macco financial advisors, and Officers & Directors of Cred Inc. for Hearing on 11/10/20 (2.0); File (4) Pro Hac Vice Motions for admission of Co-Counsel & Add Attorneys in ECF (1.0) | $150.00 | $450.00 |
| SDC | 11/10/2020 | 1.60 | A104 Review/analyze B150 Meetings of and Communications with Creditors | $750.00 | $1,200.00 |
| SDC | 11/10/2020 | 4.70 | A104 Review/analyze B110 Case Administration: Review Joe McMahon's changes to wages and stay enforcement orders (0.2); emails with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.2); teleconference with Joe McMahon, John Schanne, James Grogan, Alex Bongartz and Mack Wilson regarding comments to first-day orders (1.7); follow-up call with James Grogan, Alex Bongartz and Mack Wilson regarding teleconference with Joe McMahon and John Schanne (0.3); follow-up call with Joe, John, James, Alex and Mack regarding additional changes to first- | $750.00 | $3,525.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | day orders (0.4); follow-up call with James and Alex regarding same (0.3); review and revise draft first-day orders (1.6) | | |
| SDC | 11/10/2020 | 6.70 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Emails with James Grogan, Alex Bongartz and Mack Wilson regarding presentation for first-day hearing (0.4); preparation for hearing with James, Alex and Dan Schatt (0.5); attend today's hearing and presentation (1.6); draft certification of counsel regarding consolidated lists of creditors (0.3); finalize revised first-day orders for upload to docket (0.7); draft competing forms of consolidated creditors orders (2.2); emails with Joe McMahon, John Schanne, James Grogan, Alex Bongartz, and Mack Wilson regarding same (0.5); teleconferences with Alex (2) regarding same (0.4); follow-up with Grant Lyon regarding outcome of hearing (0.1) | $750.00 | $5,025.00 |
| SDC | 11/10/2020 | 1.80 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Teleconference with counsel for creditor regarding scheduling of formation meeting (0.2); Review Ramona Vinson's Letter for Direct Authorization, the Initial Debtor Interview request letter, the Operating Guidelines, and Monthly Operating Report (0.2); emails with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.1); review revisions to first-day pleading from Joe McMahon and John Schanne (0.7); teleconference with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.4); follow-up call with Alex regarding Donlin's retention order and U.S. Trustee's comments (0.2) | $750.00 | $1,350.00 |
| AH | 11/10/2020 | 0.50 | A110 Manage data/files B110 Case Administration: Uploading Orders to ECF for Judge approval | $150.00 | $75.00 |
| SDC | 11/11/2020 | 3.20 | A103 Draft/revise L210 Pleadings: Review, revise and finalize for filing and service notices related to interim orders on insurance, wages, cash management and consolidated creditors and notice of motion to reject various leases (1.2); emails with James, Alex and Mack regarding same (0.7); review and revise notice to customers related to consent to service (0.3); emails with James Grogan, Alex Bongartz regarding same (0.2); finalize uploaded order regarding consolidated creditors order (0.2); teleconferences (2) with Alex Bongartz regarding service of various lists consolidated creditors, notice of first days and notice of second day hearing (0.2); draft submission for chambers of consolidated service list for creditors (0.2); emails with Andrew Logan and Alex Bongartz regarding related sealed documents (0.2) | $750.00 | $2,400.00 |
| SDC | 11/11/2020 | 1.40 | A103 Draft/revise B160 Fee/Employment | $750.00 | $1,050.00 |

|     |            |      |                                                                                                                                                                                                                                                                                                                                             |        |          |
| --- | ---------- | ---- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------ | -------- |
|     |            |      | Applications: Began preparing draft retention application for Cousins Law (1.2); teleconference with Alex Bongartz regarding same (0.2)                                                                                                                                                                                                    |        |          |
| AH  | 11/11/2020 | 1.50 | A111 Other B110 Case Administration: Draft & File Notices of Hearings for First Day Motions                                                                                                                                                                                                                                                | $150.00 | $225.00  |
| SDC | 11/12/2020 | 0.80 | A106 Communicate (with client) L120 Analysis/ Strategy: Teleconference with with James Grogan, Dan Schatt and Grant Lyon regarding to-do list and status of various matters                                                                                                                                                                 | $750.00 | $600.00  |
| SDC | 11/12/2020 | 0.70 | A108 Communicate (other external) L210 Pleadings: Emails with Court Clerk regarding filing of Top 30 Creditors under Seal (0.2); draft notice related to same and finalize for filing (0.3); emails and telephone call with Gene Matthews regarding transcription of first-day hearing (0.1); emails with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.1) | $750.00 | $525.00  |
| AH  | 11/12/2020 | 1.50 | A101 Plan and prepare for B110 Case Administration: Creating updated list of Interested Parties                                                                                                                                                                                                                                            | $150.00 | $225.00  |
| AH  | 11/12/2020 | 1.60 | A101 Plan and prepare for B160 Fee/Employment Applications: Continue work on conflicts check list - adding parties of interest                                                                                                                                                                                                             | $150.00 | $240.00  |
| SDC | 11/12/2020 | 1.90 | A104 Review/analyze B160 Fee/Employment Applications: Continue to review, revise and finalize first draft of Cousins Law retention application (1.3); review and revise draft ordinary course professional motion (0.3); review and revise draft interim comp. procedures motion (0.3)                                                     | $750.00 | $1,425.00 |
| AH  | 11/12/2020 | 0.80 | A111 Other L140 Document/File Management: File List of 30 Largest Creditors, Affidavits of Service under seal                                                                                                                                                                                                                              | $150.00 | $120.00  |
| SDC | 11/13/2020 | 0.60 | A107 Communicate (other outside counsel) L210 Pleadings: Teleconference with Alex Bongartz regarding filing of notices of first day hearing, second day hearing, consolidated creditors and email to customers under seal (0.3); conference with Aran Heining regarding same (0.1); review same prior to filing (0.2)                      | $750.00 | $450.00  |
| SDC | 11/13/2020 | 0.10 | A107 Communicate (other outside counsel) B110 Case Administration: Teleconference with Alex Bongartz regarding notice of commencement and related scheduling of Section 341 meeting of creditors                                                                                                                                           | $750.00 | $75.00   |
| SDC | 11/13/2020 | 0.50 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Teleconference with counsel to an investor                                                                                                                                                                                                           | $750.00 | $375.00  |

| | | | | | |
|---|---|---|---|---|---|
| | | | regarding formation of the committee and related issues | | |
| SDC | 11/13/2020 | 0.40 | A103 Draft/revise B110 Case Administration: Review and revise draft critical dates memorandum | $750.00 | $300.00 |
| AH | 11/13/2020 | 1.50 | A102 Research L140 Document/File Management: Accessing Telegram Message Board/ Downloading and Organizing Files. | $150.00 | $225.00 |
| AH | 11/13/2020 | 0.80 | A103 Draft/revise B110 Case Administration: Prepare draft critical dates memorandum | $150.00 | $120.00 |
| SDC | 11/14/2020 | 0.60 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review emails from Alex Bongartz and Joe Podulka regarding IDI Package and related questions (0.2); review documents to be produced to UST in IDI package (0.4) | $750.00 | $450.00 |
| SDC | 11/15/2020 | 0.20 | A107 Communicate (other outside counsel) B110 Case Administration: Emails with Alex Bongartz regarding second-day pleadings to be filed on Monday | $750.00 | $150.00 |
| SDC | 11/16/2020 | 3.30 | A103 Draft/revise B210 Business Operations: Review and revise ordinary course professional form of declaration, bar-date motion, ordinary course professional retention pleadings and interim compensation pleadings (1.8); teleconference with Alex Bongartz regarding form of notice of bar date (0.1); draft motion to seal creditors' and customers' names under seal pursuant to interim consolidated creditors order (1.4) | $750.00 | $2,475.00 |
| SDC | 11/16/2020 | 3.20 | A103 Draft/revise B160 Fee/Employment Applications: Review and revise Donlin retention application, Paul Hastings retention application, Maaco Restructuring, Teneo retention applications and Cousins Law retention application and prepare for filing | $750.00 | $2,400.00 |
| SDC | 11/16/2020 | 0.10 | A104 Review/analyze B110 Case Administration: Review and revise further draft critical dates memorandum | $750.00 | $75.00 |
| SDC | 11/16/2020 | 1.80 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Draft, review and revise letter to U.S. Trustee's office regarding initial debtor interview (0.5); teleconference with Alex Bongartz regarding same (0.2); review materials to be sent to U.S. Trustee (0.4); schedule teleconference for Wednesday's IDI (0.1); teleconference with counsel for Tom Arehart counsel regarding status of the case (0.3); teleconference with counsel to undisclosed customers regarding interim consolidated creditors | $750.00 | $1,350.00 |

01/08/2021

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   | order (0.3) |   |   |
| AH | 11/16/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Review and Revise Critical Dates Memorandum | $150.00 | $75.00 |
| SDC | 11/17/2020 | 0.40 | A103 Draft/revise B210 Business Operations: Continue to work on motion to seal consolidate creditors/customers list | $750.00 | $300.00 |
| SDC | 11/17/2020 | 0.60 | A103 Draft/revise B180 Avoidance Action Analysis: Review and revise draft complaint against Alexander regarding turnover of Bitcoin | $750.00 | $450.00 |
| SDC | 11/17/2020 | 1.60 | A103 Draft/revise L210 Pleadings: Teleconference with Alex Bongartz regarding timing for filing second-day motions (0.1); review, revise and finalize for filing second-day motions for sale of assets (1.5) | $750.00 | $1,200.00 |
| SDC | 11/17/2020 | 2.80 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Teleconference with James Grogan regarding pending Chancery Court action involving Alexander and automatic stay violation (0.1); teleconference with Avi Luft regarding TRO/Complaint processes review and revise letter regarding same (0.4); teleconference with James Grogan and Avi Luft regarding same (0.3); draft, review and revise letter to counsel to Alexander (Grivner) regarding stay violation (0.8); draft, review and revise letter to V.C. McCormick regarding same, including review of corporate documents (1.2) | $750.00 | $2,100.00 |
| SDC | 11/17/2020 | 0.60 | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Emails with Alex Bongartz regarding tomorrow's IDI interview (0.2); teleconference with Alex Bongartz, Pablo Bonjour, Joe Podulka, Kathy Mayle and Frank Cottrell regarding tomorrow's IDI interview with the U.S. Trustee (0.4) | $750.00 | $450.00 |
| AH | 11/17/2020 | 1.50 | A103 Draft/revise L140 Document/File Management: Revise and File Certain Second Day Motions including bar-date motion, seal motion, interim comp, and ordinary course professionals motion | $150.00 | $225.00 |
| SDC | 11/18/2020 | 0.30 | A103 Draft/revise B180 Avoidance Action Analysis: Review, revise and finalize for filing adversary complaint against Alexander for turnover of assets | $750.00 | $225.00 |
| SDC | 11/18/2020 | 1.90 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review initial debtor interview materials provided by Holly Dice (0.3); attend initial debtor interview with U.S. Trustee's office, James Grogan, Alex Bongartz, | $750.00 | $1,425.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Drew McManigle, Pablo Bonjour, Joe Podulka and Kathy Mayle (1.3); teleconference with James Grogan following IDI about to-do items (0.1); emails with Holly Dice regarding direct authorization (0.1); draft email in response to request from the U.S. Trustee for Word versions of various second-day pleadings (0.1) | | |
| SDC | 11/18/2020 | 1.90 | A104 Review/analyze B140 Relief from Stay/ Adequate Protection Proceedings: Review Chancery Court pleadings in Alexander case in preparation for teleconference with James Grogan and Avi Luft (0.8); draft second letter to counsel for Alexander regarding continuing stay violations (0.3); coordinate filing and service of letter to V.C. McCormick regarding Alexander's stay violations (0.3); teleconference with Avi Luft regarding same (0.2); review letter from Geoffrey Grivner regarding requested expedited proceeding before V.C. McCormick (0.1); emails with James Grogan and Avi Luft regarding same (0.2) | $750.00 | $1,425.00 |
| SDC | 11/18/2020 | 2.00 | A103 Draft/revise B130 Asset Disposition: Review, revise and prepare for filing draft sale motion and related procedures (1.7); teleconferences (3) with Alex Bongartz regarding same (0.3) | $750.00 | $1,500.00 |
| SDC | 11/18/2020 | 0.90 | A103 Draft/revise B160 Fee/Employment Applications: Review, revise and prepare for filing the Teneo retention application (0.7); emails with Alex Bongartz regarding changes to same (0.2) | $750.00 | $675.00 |
| AH | 11/18/2020 | 0.50 | A110 Manage data/files L140 Document/File Management: File Redacted Creditor List File Unredacted Creditor List (Under Seal) | $150.00 | $75.00 |
| SDC | 11/18/2020 | 0.40 | A104 Review/analyze L240 Dispositive Motions: Review motion of Krzysztof Majdak and Philippe Godina to dismiss or convert the cases (0.2); emails with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.2) | $750.00 | $300.00 |
| SDC | 11/18/2020 | 0.10 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Pull Word versions of various second-day pleadings for Scott | $750.00 | $75.00 |
| SDC | 11/19/2020 | 3.90 | A104 Review/analyze B140 Relief from Stay/ Adequate Protection Proceedings: Teleconference with Clay Cathey, James Grogan, Avi and Mack Wilson regarding emergency motion for injunction (0.8); review, revise and finalize motion to shorten hearing on emergency motion, draft emergency motion and related order (1.6); draft email to Joe McMahon regarding emergency relief (0.2); attend Chancery Court Hearing in James Alexander v. Daniel Brian Schatt along with James Grogan, Avi Luft and Scott Carlson from Paul Hastings (0.5); | $750.00 | $2,925.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | finalize for filing motion to shorten, motion for emergency hearing and notice of emergency (0.6); emails with Mack Wilson regarding service of process on James Alexander for purposes of serving the complaint (0.2) | | |
| AH | 11/19/2020 | 0.50 | A103 Draft/revise L140 Document/File Management: Draft/Revise Summons for Adversary Proceeding 20-51006 | $150.00 | $75.00 |
| AH | 11/19/2020 | 0.50 | A108 Communicate (other external) B110 Case Administration: Schedule Pretrial Conference RE Adversary Proceeding 20-51006 including preparation of summons (0.4); call with Courtroom Deputy for Judge Dorsey regarding same (0.1) | $150.00 | $75.00 |
| AH | 11/19/2020 | 0.50 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review and respond to emails from Scott regarding potential for filing emergency motion for stay violations by Alexander | $150.00 | $75.00 |
| SDC | 11/19/2020 | 0.30 | A107 Communicate (other outside counsel) L210 Pleadings: Teleconferences (3) with Alex Bongartz regarding revisions to bar-date motion and motion to extend deadlines to file schedules and statements | $750.00 | $225.00 |
| SDC | 11/20/2020 | 1.20 | A104 Review/analyze L210 Pleadings: Review, revise and finalize amendment to bar date motion to reflect new proposed bar date (0.6); finalize for filing (0.4); emails with Alex Bongartz regarding same (0.2) | $750.00 | $900.00 |
| SDC | 11/20/2020 | 0.60 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Teleconferences (2) with Alex Bongartz regarding scheduling of section 341 meeting and notice of commencement (0.4); review follow-up items provided by Pablo Bonjour to U.S. Trustee regarding bank accounts and financials (0.2) | $750.00 | $450.00 |
| SDC | 11/21/2020 | 1.80 | A103 Draft/revise B110 Case Administration: Emails with Andrew Logan regarding Official Form for Notice of Commencement (0.1); draft notice of commencement (1.5); emails with Alex Bongartz regarding same (0.2) | $750.00 | $1,350.00 |
| AH | 11/22/2020 | 0.50 | A105 Communicate (in firm) B110 Case Administration: Emails with Scott regarding timing of filing of revised bar-date motion (.1); review and prepare same for filing (.3); file on ECF revised bar date motion (.1) | $150.00 | $75.00 |
| SDC | 11/22/2020 | 0.10 | A104 Review/analyze B110 Case Administration: Review revised form of notice of commencement revised by Alex Bongartz | $750.00 | $75.00 |

| SDC | 11/23/2020 | 0.10 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Teleconference with Tom Arehart's counsel regarding potential setoff of borrow funds | $750.00 | $75.00 |
|-----|------------|------|---|---------|---------|
| SDC | 11/23/2020 | 0.20 | A104 Review/analyze L250 Other Written Motions and Submissions: Review email from Jeff Waxman regarding proposed emergency motion to compel the Debtors to make demand of certain cryptocurrency exchanges to freeze certain accounts that may hold the Debtors' assets | $750.00 | $150.00 |
| SDC | 11/23/2020 | 1.60 | A107 Communicate (other outside counsel) L210 Pleadings: Review request from certain creditors to make a demand on cryptocurrency exchanges to freeze certain accounts that may hold the Debtors' assets (0.1); emails with James Grogan regarding same (0.3); teleconferences (2) with James related to same (0.2); teleconference with Jeff Waxman regarding same (0.2); review and respond to language proposed by Jeff related to same (0.3); review motion for emergency hearing filed by Jeff Waxman (0.2); teleconference with James Grogan and Avi Luft regarding response to motion to compel (0.3) | $750.00 | $1,200.00 |
| SDC | 11/23/2020 | 0.40 | A103 Draft/revise B110 Case Administration: Revise draft notice of commencement (0.1); forward same to Joe McMahon for comment (0.1); teleconference with Alex Bongartz regarding same (0.1); finalize for filing (0.1) | $750.00 | $300.00 |
| AH | 11/23/2020 | 0.40 | A104 Review/analyze B110 Case Administration: Emails with Scott and Co-Counsel regarding Notice of Commencement (.2) File Notice of Commencement (.2) | $150.00 | $60.00 |
| AH | 11/23/2020 | 0.30 | A104 Review/analyze L210 Pleadings: Download emergency motion to compel and motion to shorten Documents from Docket and Organize For Scott's Review | $150.00 | $45.00 |
| SDC | 11/23/2020 | 0.20 | A104 Review/analyze B110 Case Administration: Review 13-week budget prepared by Pablo Bonjour | $750.00 | $150.00 |
| SDC | 11/24/2020 | 2.30 | A104 Review/analyze L210 Pleadings: Review emails tracing analysis provided by David Silver (0.1); teleconference with James Grogan regarding response to emergency motion of Jamie Shiller to communicate with exchanges (0.3); teleconference with Jeff Waxman, David Silver, and James Grogan regarding potential settlement of emergency motion (0.4); review, revise and finalize agenda for November 25th hearing on emergency motion (0.4); emails with James Grogan, Avi Luft, Mack Wilson and Pablo Bonjour regarding tomorrow's hearing on emergency motion (0.3); review revised draft letter | $750.00 | $1,725.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | with James Grogan's comments to exchanges (0.4); review Krzysztof Majdak and Philippe Godinea's Limited Response to the Emergency Motion of Jamie Shiller (0.1); review email from Avi Luft regarding outline of response to emergency motion (0.2); review email from Dan Schatt regarding emails with Cred security officer (0.1) | | |
| AH | 11/24/2020 | 0.70 | A104 Review/analyze L210 Pleadings: Emails with Scott and Co-Counsel re Pro Hac Vice Motion (0.2); Payment of Pro Hac Vice Admission Fee (0.1); Revise Pro Hac Vice Motion - File on ECF - Upload order for signature (0.4) | $150.00 | $105.00 |
| AH | 11/24/2020 | 2.30 | A104 Review/analyze L450 Trial and Hearing Attendance: Communicate w Laura Haney and Robert Cavello regarding CourtCall and Zoom procedures for hearing on 11/25 (0.5); draft and file agenda for hearing (1.0); register Pablo Bonjour and Patrick Stewart for hearing (0.5); register Scott for CourtCall and calendar hearing (0.2); emails with co-counsel regarding tomorrow's hearing and CourtCall appearances (0.1) | $150.00 | $345.00 |
| SDC | 11/24/2020 | 0.20 | A104 Review/analyze B110 Case Administration: Review email from DOJ's Leah Lerman regarding comments to bar date order (0.1); Review draft pro hac vice motion for Avi Luft (0.1) | $750.00 | $150.00 |
| AH | 11/25/2020 | 1.30 | A104 Review/analyze L210 Pleadings: Emails w Scott Re: Response to Emergency Motion to Compel (.2) File Response to Emergency Motion (.2) Revise Amended Agenda Letter & Emails with Scott Regarding Same (.3) File Amended Agenda Letter (.2) Email with vendor to serve Response to Emergency Motion and Amended Agenda Letter (.1); research Claims agent website to obtain documents regarding Rule 2004 Motion - Send to Co-Counsel (.3) | $150.00 | $195.00 |
| SDC | 11/25/2020 | 1.40 | A104 Review/analyze B140 Relief from Stay/ Adequate Protection Proceedings: Review UpgradeYa's and Marc Parrish Motion for Relief from Stay (0.3); teleconference with James Grogan regarding same (0.3); teleconference with Greg Peirce (counsel to UpgradeYa's) regarding service of motion (0.1); emails with Donlin regarding same (0.3); teleconference with Kim Brown (counsel to UpgradeYa's) regarding service of motion (0.2); teleconference with Alex Bongartz regarding same (0.2) | $750.00 | $1,050.00 |
| SDC | 11/25/2020 | 1.20 | A104 Review/analyze L210 Pleadings: Review, revise and finalize for filing Debtors' response to Emergency Motion for Relief | $750.00 | $900.00 |
| SDC | 11/25/2020 | 2.40 | A101 Plan and prepare for L450 Trial and Hearing | $750.00 | $1,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Attendance: Review and revise amended agenda letter for today's hearing (0.2); teleconferences with Aran Heining regarding same (0.4); prepare for this morning's hearing on emergency motion (0.3); emails with Mark Minuti regarding today's hearing (0.1); emails with John Schanne regarding today's hearing (0.1); emails with Robert Cavello and Jeff Waxman regarding today's hearing (0.1); attend hearing (0.7); teleconferences (2) with James Grogan regarding follow-up letters to exchanges (0.5) | | |
| SDC | 11/25/2020 | 2.50 | A103 Draft/revise B110 Case Administration: Draft letters to crypto exchanges regarding property of the estate (2.2); emails with Avi Luft regarding same (0.3) | $750.00 | $1,875.00 |
| AH | 11/25/2020 | 1.00 | A101 Plan and prepare for B110 Case Administration: Teleconferences with Scott regarding this morning's hearing (.4) draft amended agenda letter (.6) | $150.00 | $150.00 |
| SDC | 11/27/2020 | 0.10 | A104 Review/analyze B110 Case Administration: Review emails with between Patrick Stewart and Chris Wu regarding status of efforts and weekly call | $750.00 | $75.00 |
| SDC | 11/27/2020 | 0.10 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Email to counsel to Tom Arehart regarding relief to allow setoff against collateral | $750.00 | $75.00 |
| SDC | 11/28/2020 | 0.10 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review email with Alex Bongartz regarding request from Leah Lerman from Dept of Justice related to changes to bar date order | $750.00 | $75.00 |
| SDC | 11/29/2020 | 0.20 | A103 Draft/revise B180 Avoidance Action Analysis: Email with Scott Carlton regarding service of adversary complaint against Alexander (0.1); review transcript from hearing before V.C. McCormick in Alexander v Schatt litigation (0.1) | $750.00 | $150.00 |
| SDC | 11/29/2020 | 1.60 | A103 Draft/revise L210 Pleadings: Review and revise draft Rule 2004 motion related to discovery from JST (0.4); emails with Alex Bongartz and James Grogan regarding same (0.1); review and revise draft motion authorizing the employment of Sonoran Capital and designating Matthew Foster as CRO (0.9); emails with Alex Bongartz regarding same (0.2) | $750.00 | $1,200.00 |
| SDC | 11/30/2020 | 0.70 | A104 Review/analyze L210 Pleadings: Draft motion to shorten notice, and review and revise draft motion authorizing the employment of Sonoran Capital and designating Matthew Foster as CRO | $750.00 | $525.00 |

| | | | | | |
|---|---|---|---|---|---|
| AH | 11/30/2020 | 0.10 | A101 Plan and prepare for B110 Case Administration: Calendar Hearings and Objection Deadline Dates | $150.00 | $15.00 |
| AH | 11/30/2020 | 0.30 | A104 Review/analyze B110 Case Administration: Reviewing end of month expenses, adding new expenses. | $150.00 | $45.00 |
| AH | 11/30/2020 | 2.00 | A103 Draft/revise L140 Document/File Management: Draft Agenda Letter for Hearing on 12/9/20 at 2:00P.M. | $150.00 | $300.00 |
| SDC | 11/30/2020 | 0.40 | A104 Review/analyze B120 Asset Analysis and Recovery: Draft letters to Huobi and Binance regarding theft or conversion of personal assets | $750.00 | $300.00 |
| SDC | 11/30/2020 | 0.90 | A107 Communicate (other outside counsel) L210 Pleadings: Teleconference with Alex Bongartz regarding motion to retain Sonoran and Foster as CRO (0.1); draft motion to shorten regarding same (0.2); review, revise and finalize for filing draft motion regarding same (0.6) | $750.00 | $675.00 |
| AH | 11/30/2020 | 1.50 | A103 Draft/revise L140 Document/File Management: Draft Monthly Fee Application for November | $150.00 | $225.00 |
| SDC | 11/30/2020 | 0.40 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review email from counsel to Tom Arehart regarding demand for return of pledged XRPs (0.1); review email from Pablo Bonjour to Holly Dice regarding Uniform Depository Agreements with Silvergate and Evolve (0.1); teleconference with James Grogan and Alex Bongartz regarding U.S. Trustee deadline to object to various second-day pleadings (0.2) | $750.00 | $300.00 |
| SDC | 11/30/2020 | 1.20 | A107 Communicate (other outside counsel) B130 Asset Disposition: Teleconference with Teneo (Chris Wu, Zachary Messenger and Fernando Soto), Past Hastings (James Grogan and Alex Bongartz) and MAACO (Pablo Bonjour and Patrick) regarding investment banking update | $750.00 | $900.00 |
| AH | 11/30/2020 | 1.00 | A101 Plan and prepare for B110 Case Administration: Update Conflicts List | $150.00 | $150.00 |
| SDC | 11/30/2020 | 0.20 | A104 Review/analyze B120 Asset Analysis and Recovery: Review summary from Pablo Bonjour of 90-day payments to creditors | $750.00 | $150.00 |

**Services Subtotal**     **$73,155.00**

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 11/09/2020 | AH | Pro Hac Admission Fees | 4.00 | $25.00 | $100.00 |
| Expense | 11/16/2020 | AH | E112 Court fees: For Joe Podulka | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Grant Lyon | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Drew McManigle | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Dan Schatt | 1.00 | $22.50 | $22.50 |
| Expense | 11/18/2020 | AH | Filing Fee: Filing Fee | 1.00 | $181.00 | $181.00 |
| Expense | 11/24/2020 | AH | Court Call Fees: Court Call Fees For Scott Cousins, Pablo Bonjour, Patrick Stewart | 3.00 | $27.75 | $83.25 |
| Expense | 11/30/2020 | AH | Pro Hac Admission Fee | 1.00 | $25.00 | $25.00 |

|   |   |
|---|---|
| **Expenses Subtotal** | **$479.25** |
| **Subtotal** | **$73,634.25** |
| **Total** | **$73,634.25** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28 | 02/07/2021 | $73,634.25 | $0.00 | $73,634.25 |
| | | | **Outstanding Balance** | **$73,634.25** |
| | | | **Total Amount Outstanding** | **$73,634.25** |

Please make all amounts payable to: Cousins Law LLC

Initials for Attorney Scott D. Cousins - SDC
Initials for Paralegal Aran Heining - AH