## EXHIBIT B

**ACTUAL AND NECESSARY EXPENSES FOR THE INTERIM FEE PERIOD**
(attached)

| Expense Category | Amount |
|---|---:|
| Pro Hac Admission Fees | $100.00 |
| Court fees: For Joe Podulka | $22.50 |
| Court fees: Grant Lyon | $22.50 |
| Court fees: Drew McManigle | $22.50 |
| Court fees: Dan Schatt | $22.50 |
| Filing Fee: Filing Fee | $181.00 |
| Court Call Fees: Court Call Fees For Scott Cousins, Pablo Bonjour, Patrick Stewart | $83.25 |
| Pro Hac Admission Fee | $25.00 |
| **Total** | **$479.25** |

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |

Case 20-12836-JTD    Doc 342-3    Filed 01/08/21    Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 11/09/2020 | AH | Pro Hac Admission Fees | 4.00 | $25.00 | $100.00 |
| Expense | 11/16/2020 | AH | E112 Court fees: For Joe Podulka | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Grant Lyon | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Drew McManigle | 1.00 | $22.50 | $22.50 |
| Expense | 11/16/2020 | AH | E112 Court fees: Dan Schatt | 1.00 | $22.50 | $22.50 |
| Expense | 11/18/2020 | AH | Filing Fee: Filing Fee | 1.00 | $181.00 | $181.00 |
| Expense | 11/24/2020 | AH | Court Call Fees: Court Call Fees For Scott Cousins, Pablo Bonjour, Patrick Stewart | 3.00 | $27.75 | $83.25 |
| Expense | 11/30/2020 | AH | Pro Hac Admission Fee | 1.00 | $25.00 | $25.00 |
| | | | | **Expenses Subtotal** | | **$479.25** |