**EXHIBIT A**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 7, 2020 THROUGH NOVEMBER 30, 2020**

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 60.00 | $36,000.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 57.60 | $31,680.00 |
| Pablo Bonjour | Managing Director | $525.00 | 121.20 | $63,630.00 |
| Patrick Stewart | Managing Director | $550.00 | 11.60 | $6,380.00 |
| Kathy Mayle | Senior Director | $465.00 | 75.60 | $35,154.00 |
| Frank Cottrell | Director | 4465.00 | 189.10 | $87,931.50 |
| Micah Miller | Director | $450.00 | 118.70 | $53,415.00 |
| Arpna Chheda | Financial Analyst | $425.00 | 44.40 | $18,870.00 |
|  | **TOTALS:** |  | 678.20 | $333,060.50 |