**EXHIBIT B**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 7, 2020 THROUGH NOVEMBER 30, 2020**

| Project Category/Task Code | Hours | Fees |
|---|---|---|
| 009: Operations | 20.80 | $10,442.50 |
| 010: Accounting and Financials | 308.80 | $152,815.00 |
| 015: Cash Collateral/DIP Finance | 10.00 | $5,389.00 |
| 016: Case Administration | 113.10 | $56,189.50 |
| 017: Asset Verification | 86.00 | $41,637.50 |
| 018: Employment/Fee Applications/Objections | 8.40 | $4,500.00 |
| 019: Contested Matters/Litigation | 22.80 | $12,930.00 |
| 020: Claims | 20.00 | $8,500.00 |
| 023: Preparation of Schedules and Statements | 88.30 | $40,657.00 |
| **TOTALS:** | **678.20** | **$333,060.50** |