**Fill in this information to identify the case:**

Debtor name: **Cred (US) LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **20-12837**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................... $ **9,722,667.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................... $ **9,722,667.65**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **26,711,283.66**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b    $ **26,711,283.66**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cred (US) LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 20-12837 |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**County of San Mateo**<br>**Tax Collector**<br>**555 County Center, 1st Floor**<br>**Redwood City, CA 94063**<br><br>Date or dates debt was incurred<br>**2020**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Personal Property Taxes**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | Unknown | Unknown |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | Unknown | Unknown |

| Debtor | Cred (US) LLC | Case number (if known) | 20-12837 |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
Los Angeles County Treasurer
& Tax Controller
225 N Hill Street #1
Los Angeles, CA 90012

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

**As of the petition filing date, the claim is:** Check all that apply.
☛ Contingent
☛ Unliquidated
☐ Disputed

**Basis for the claim:** Personal Property Taxes

**Is the claim subject to offset?**
☛ No
☐ Yes

Unknown   Unknown

### 2.4

**Priority creditor's name and mailing address**
State of California
Department of Financial Protection and I
Department of Business Oversight
2101 Arena Blvd
Sacramento, CA 95834

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☛ No
☐ Yes

Unknown   Unknown

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

**Nonpriority creditor's name and mailing address**
**CUSTOMER CLAIMS**
<u>See attached Cred US LLC Exhibit F-1</u>

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ <u>Unliquidated</u>
☐ Disputed

**Basis for the claim:** <u>Cred Borrow Customer Claims - fair market value as of 11/6/2020 close of business.</u>

**Is the claim subject to offset?**  ☛ No   ☐ Yes

$26,711,283.66

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 26,711,283.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 26,711,283.66 |

---

**CRED (US) LLC - AMENDED EXHIBIT F-1 CRED BORROW CUSTOMER CLAIMS REDACTED**

| Customer Identification Number | Redacted Name | Redacted Address | Nature of Claim | Indicate if Claim is Contingent (C), Unliquidated (U), or Disputed (D) | Subject to Offset | Claim Amount |
|---|---|---|---|---|---|---|
| CIN00021 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | Unknown |
| CIN00126 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 86,400.00 |
| CIN00247 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | Unknown |
| CIN00284 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Paid in Full | 0.00 |
| CIN00599 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 4,210,757.33 |
| CIN00705 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 6,226.35 |
| CIN00756 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 31,508.48 |
| CIN03102 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 272,832.00 |
| CIN03162 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 51,689.00 |
| CIN03721 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 7,863.96 |
| CIN04760 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 7,768,867.92 |
| CIN05530 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | Unknown |
| CIN05606 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 6,832,001.78 |
| CIN05762 | Name and Address on File | Contact Information on File | Cred Borrow Customer Claim | | Yes | 7,443,136.84 |
| | | | Total Cred Borrow Customer Claims as of November 6, 2020 Close of Business: | | | 26,711,283.66 |

**Fill in this information to identify the case:**

Debtor name  **Cred (US) LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **20-12837**

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum) AMENDED
- ☑ Amended Schedule   E/F Exhibit F-1 Cred Borrow Customer Claims
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/12/2021          X _____
                                  Signature of individual signing on behalf of debtor

**Matthew K. Foster**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor