# United States Bankruptcy Court
## District of Delaware

In Re:    **CRED, Inc., et al.**
Case No:    **20-12836 (JTD) et al.**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**REDACTED**

Name and address where notices to transferee should be sent:

**REDACTED**

Phone:
Last Four Digits of Acct #:  N/A

Name of Transferor:
**REDACTED**

Court Claim #:    ECN-107, ECN-108, and ECN-264
(ECN-264 Amended ECN-107)
Amounts of Claim: $470,100.00 and $100,000.00
Date Claims Filed: 11/13/20

Name and Address of Transferor:
**REDACTED**

Phone:
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:  N/A
Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    **REDACTED**    Date:    January 8, 2021
    Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C .152 & 3571

---

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**