**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>           Debtors.[1] | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) |

**CERTIFICATION OF COUNSEL TENDERING ORDER APPROVING**
**CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

The undersigned hereby certifies as follows:

1. The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") are engaging in discovery related to informal requests, or the service of document requests, interrogatories, depositions, subpoenas and other discovery requests (collectively "Discovery Requests") as provided by the Federal Rules of Civil Procedure (the "Federal Rules"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") propounded by the Office for U.S. Trustee (the "U.S. Trustee"), the Examiner (the "Examiner"), and the Official Committee of Unsecured Creditors (the "Committee").

2. The Debtors anticipate that other parties in interest have sought or may seek certain Discovery Material[2] during the course of the Chapter 11 Cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Confidentiality Agreement and Stipulated Protective Order.

- 2 -

3. In order to facilitate and expedite the production, exchange and treatment of Discovery Material, to facilitate the prompt resolution of disputes over confidentiality, and to protect Discovery Material that a Party seeks to maintain as confidential, the Debtors have prepared the attached Confidentiality Agreement and Stipulated Protective Order.

4. A proposed form of order (the "Proposed Order") approving the Confidentiality Agreement and Stipulated Protective Order is attached hereto as Exhibit A. A true and correct copy of the Confidentiality Agreement and Stipulated Protective Order is attached to the Proposed Order as Exhibit 1.

5. The Debtors circulated a draft of this certification of counsel, the Confidentiality Agreement and Stipulated Protective Order and the Proposed Order to counsel to the U.S. Trustee, the Examiner and his counsel and counsel to the Committee. Counsel to the Committee has agreed to execute the Confidentiality Agreement and Stipulated Protective Order and supports the entry of the Proposed Order. Counsel to the Examiner has requested that the Examiner be subject to a separate confidentiality agreement and stipulated protective order. Counsel to the U.S. Trustee has indicated that it does not take a position on entry of the Proposed Order approving the Confidentiality Agreement and Stipulated Protective Order in the form submitted herewith.

*[Remainder of page intentionally left blank]*

Dated: January 15, 2020
      Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile: :    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
          derekcash@paulhastings.com

*Co-Counsel to the Debtors*