**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No.  20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | RE:  Docket No. 355 |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF A**
**CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

Upon consideration of the request by the above-captioned debtors and debtors in possession (each a "Debtors" and, collectively, the "Debtors"), for entry of an Order approving the entry of a confidentiality agreement and stipulated protective order [Docket No. 355] attached hereto as **Exhibit 1** (the "Confidentiality Agreement and Stipulated Protective Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested by the Debtors is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc.  (8268), Cred (US) LLC (5799), Cred Capital Inc.  (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:**

1.      The Confidentiality Agreement and Stipulated Protective Order is approved.

2.      The Debtors are authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Confidentiality Agreement and Stipulated Protective Order.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 15th, 2021**
**Wilmington, Delaware**