# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC, *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Scott C. Shelley to represent Cred Inc., *et al.* in the above referenced cases.

Dated: January 15, 2021

/s/ Scott D. Cousins
Scott D. Cousins (DE Bar No. 3079)
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: +1 (302) 824-7081
Email: scott.cousins@cousins-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, Connecticut and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Scott C. Shelley
Scott C. Shelley (NY Bar No. 2598696)
Paul Hastings LLP
200 Park Avenue, New York, NY 10166
(212) 318-6063
scottshelley@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Dated: January 15th, 2021
Wilmington, Delaware