**EXHIBIT A**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 43.30 | $25,980.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 116.30 | $63,965.00 |
| Pablo Bonjour | Managing Director | $525.00 | 163.20 | $85,680.00 |
| Patrick Stewart | Managing Director | $550.00 | 3.00 | $1,650.00 |
| Kathy Mayle | Senior Director | $465.00 | 98.60 | $45,849.00 |
| Frank Cottrell | Director | $465.00 | 195.60 | $90,954.00 |
| Micah Miller | Director | $450.00 | 74.20 | $33,390.00 |
| Arpna Chheda | Financial Analyst | $425.00 | 65.90 | $28,007.50 |
| | | **TOTALS:** | 760.10 | $375,475.50 |
| | | **Blended Rate:** | **$493.98** | |