**EXHIBIT B**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Project Category/Task Code | Hours | Fees |
|---|---:|---:|
| 009: Operations | 1.70 | $967.50 |
| 010: Accounting and Financials | 290.20 | $138,454.00 |
| 015: Cash Collateral/DIP Finance | 1.60 | $855.00 |
| 016: Case Administration | 130.60 | $69,963.50 |
| 017: Asset Analysis, Recovery and Disposition | 72.50 | $34,170.00 |
| 018: Employment/Fee Applications/Objections | 9.50 | $5,127.00 |
| 019: Contested Matters/Litigation | 70.00 | $38,287.50 |
| 020: Claims | 0.30 | $180.00 |
| 021: Plan/Disclosure Statement | 27.60 | $13,318.50 |
| 023: Preparation of Schedules and Statements | 156.10 | $74,152.50 |
| **TOTALS:** | **760.10** | **$375,475.50** |