**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF DISINTERESTEDNESS OF PROPOSED**
**ORDINARY COURSE PROFESSIONAL**

I, J. Clayton Athey, Esq., being duly sworn, state the following under penalty of perjury:

1. I am a Director of Prickett, Jones & Elliott, P.A., which firm maintains offices at 1310 North King Street, Wilmington, DE 19899 (the "Firm"). The Firm's practice consists of: corporate and business litigation in the Courts of Delaware, including the Delaware Court of Chancery.

2. Neither I, the Firm, nor any other owner or associate of the Firm, to the best of my knowledge, information, and belief, has any connection with Cred Inc. and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, the "Debtors"), their creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth in this declaration.

3. The Firm has worked with the Debtors in providing the following services: litigation counsel to Cred Capital, Inc. and former Cred Inc. officers Daniel Brian Schatt and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Joseph Podulka in litigation captioned *James Alexander v. Daniel Brian Shatt*, et al., C.A. No. 2020-0941-KSJM, pending in the Delaware Court of Chancery.

4.      The Debtors have requested, and the Firm has agreed, for the Firm to represent and advise the Debtors with respect to the matter(s) set forth above and such other matters as may be ordinarily rendered by the Firm. The principal attorneys and Delaware Certified Limited Practice Licensees designated to represent the Debtors and their current standard rates are:

1. J. Clayton Athey, Attorney, $700/hour
2. Robert B. Lackey, Delaware Certified Limited Practice Licensee, $250/hour

5.      The Debtors owe the Firm $4,875.00 for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code.

6.      As of the Petition Date, the Firm did not hold a prepetition retainer. In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the Ordinary Course Procedures.

7.      The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

8.      As of November 7, 2020, the date on which the Debtors commenced these chapter 11 cases, the Firm was party to a services agreement with one/more of the Debtors. A copy of any such agreement, together with any agreement(s) the Firm and the Debtors intend to govern their relationship after the Petition Date, is attached as **Exhibit 1** to this Declaration.

9.      The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

10.     Except as set forth herein, no promises have been received by the Firm, or any owner or associate thereof, as to compensation in connection with these chapter 11 cases other

than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the U.S. Trustee Guidelines, and all orders of the Court.[2]

11. Neither I nor any other owner of the Firm has agreed to share, or will share, any portion of the compensation received from the Debtors with any person other than the owners, associates, and regular employees of the Firm.

12. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the firm has with such entities. The list is attached as **Exhibit 2**. The firm's search of the database identified the following connections:

a. **Cred Capital, Inc.**, **Joe Podulka** and **Daniel Schatt** are each represented by the firm in the pending 8 *Del. C.* § 225 litigation captioned *James Alexander v. Daniel Brian Schatt, et al.,* Del. Ch., C.A. No. 2020-0941-KSJM;

b. **James Alexander** is a party opponent of the firm's clients in the pending 8 *Del. C.* § 225 litigation captioned *James Alexander v. Daniel Brian Schatt, et al.*, Del. Ch., C.A. No. 2020-0941-KSJM;

c. **Paul Hastings, LLP** has been co-counsel and related party counsel with the firm in numerous now-completed litigations and transactions;

---

[2] Capitalized terms used but not otherwise defined herein have the meaning set forth in the *Debtors' Motion, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, for Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in Ordinary Course of Business, Effective as of Petition Date*.

d. Unrelated to Cred, Inc., **Axis Insurance Company** is a client of the firm in pending litigation captioned *BNY Mellon v. XL Specialty*; Del. Super., C.A. No. N19C-01-288-PRW-CCLD, pending litigation captioned *Verizon Communications Inc., v. Illinois National Insurance Co.,* et al., Del. Super., C.A. No. N14C-06-048-WCC-CCLD, and pending litigation captioned *Verizon Communications Inc. v. National Union Fire Insurance Company of Pittsburgh, PA, et al*., Del. Super., C.A. No. N18C-08-086-EMD-CCLD;

e. Unrelated to Cred, Inc., **Bryan Cave Leighton Paisner LLP** represented an affiliate of a client of the firm in now-completed litigation captioned *Pinnacle Co-Invest, LLC v. McDaniel*, Del. Ch., C.A. No. 2018-0924-JRS;

f. Unrelated to Cred, Inc., **CT Corporation** subsidiary TyMetrix was a client of the firm in now-completed litigation captioned *Johnson et al. v. VantagePoint Venture Partners* 1996, Del. Ch., C.A. No. 1260-VCL and **CT Corporation** was a client of the firm in now-completed litigation captioned *Georgia Cumberland v. Teledyne*, Del. Super., Misc. No. 06M-07-005;

g. Unrelated to Cred, Inc., **Comcast** was a party opponent of the firm's clients in now-completed litigation captioned *Liberty Digital Inc. v. AT&T Broadband LLC and Comcast Corp.,* District Court, County of Arapahoe, Colorado, C.A. No. 03-CV-95 and *In re Dreamworks Animation SKG, Inc*., Del. Ch., Cons. C.A. No. 12619-CB;

h. Unrelated to Cred, Inc., **PricewaterhouseCoopers** was a co-defendant of a client of the firm in now-completed litigation captioned *Collins & Aikman Corp. v. Stockman*, *et al*., D. Del., C.A. No. 07-265-SLR/LPS and was a related party with respect to corporate advice given to a client of the firm;

i. Unrelated to Cred, Inc., **Oracle** was a party opponent to the firm's clients in now-completed litigation captioned *Barone, et al. v. Oracle Corporation*, *et al.*, Del. Ch., C.A. No. 18751 and was also adverse with respect to corporate advice given to a client of the firm;

j. Unrelated to Cred, Inc., **Linda Richenderfer** was an attorney for a party opponent of a client of the firm in now-completed litigation captioned *E-Spire Communications v. Daniel Utility Construction, et al.*, Del. Bankr., Misc. No. 06M-07-005;

k. Unrelated to Cred, Inc., **Sheppard Mullin** has served as co-counsel with the firm in several now-completed litigations, including *Gould v. Tyson Fresh Meats, et al.*, Del. Super., C.A. No. 05C-03-001(CLS) and *Citrin v. International Airport Centers, LLC*, et al., Del. Ch., C.A. No. 2005-N, and as co-counsel in several now-completed non-litigation matters;

l. Unrelated to Cred, Inc., **Shred-it** was a party opponent of the firm's client in now-completed litigation captioned *Shred-It International, Inc. et al. v. Elof Hansson USA, Inc.*, Del. Super., C.A. No. N12C-06-087 MJB;

m. Unrelated to Cred, Inc., **Richards, Layton & Finger** has been co-counsel, related party counsel and opposing counsel with the firm in numerous pending and now-completed litigations and transactions.

13. The Firm and its owners and associates may have in the past represented, currently represent, and may in the future represent entities that are affiliates of, or related to, the Debtors or other parties in interest in these chapter 11 cases in matters unrelated to these chapter 11 cases. However, the Firm does not, and will not, represent any such entity in connection with these chapter 11 cases. If the Firm is a law firm, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with

respect to the matter on which the Firm is proposed to be employed. If the Firm is not a law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

14. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

15. The foregoing constitutes the statement of the Firm pursuant to sections 327(a) and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 16, 2021

_____
J. Clayton Athey
DE Bar # 4378