**EXHIBIT A**

**DONLIN RECANO**
An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

January 08, 2021

**Cred Inc. Vote/SOFA**

**Re: Cred Inc. Vote/SOFA ("CREDVOTE Vote / SOFA") – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2467 - 1**

For Professional Services: December 1 through December 31, 2020

| **Current Charges:** | | Hours | Rate | Amount |
|---|---|---|---|---|
| John Burlacu | Senior Bankruptcy Consultant | 3.40 | 205.00 | $697.00 |
| Andrew Logan | Senior Bankruptcy Consultant | 0.30 | 205.00 | $61.50 |
| Robert Gillin | Senior Bankruptcy Consultant | 2.20 | 195.00 | $429.00 |
| Total Hours & Fees | | 5.9 | | $1,187.50 |
| | | | | |
| Less 20% Holdback on Fees | | | | <$237.50> |
| Subtotal of Fees | | | | $950.00 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$950.00** |

*-Different rates apply depending upon tasks being worked on.

Please be advised that effective January 1, 2021, our billing rates increased by 5%.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---:|---|
| Account #: | 590872834 |
| Account Name: | Donlin, Recano & Company, Inc. |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely

_____
Nellwyn Voorhies
President

Enclosures
2467

**Donlin Recano & Company, Inc.**  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 1 - December 1 through December 31, 2020**

**I. Consulting Fees (See Exhibit A for details)**

|  |  |
|---|---:|
| 3.7 hours @ $205.00/hour | 758.50 |
| 2.2 hours @ $195.00/hour | 429.00 |
| **SUB TOTAL - Consulting Fees** | **1,187.50** |

**II. Out of Pocket Expenses**

|  |  |
|---|---:|
| None Required in December 1, through December 31, 2020 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - December 1 through December 31, 2020** | **$1,187.50** |
| **Less: 20% Holdback on Fees** | <$237.50> |
| **AMOUNT DUE** | **$950.00** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 1 - December 1 through December 31, 2020**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Voting and Solicitation | 5.9 | hours | $1,187.50 |
| **Total** | **5.9** | | **$1,187.50** |

**Exhibits A**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 1 - December 1 through December 31, 2020

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-28 | J Burlacu | Review of documents for upcoming vote solicitation for comment (0.7). | 0.7 | 205.0 | $143.50 |
| 12-29 | A Logan | Follow up with DRC Voting Dept. on voting/solicitation procedures (0.3). | 0.3 | 205.0 | $61.50 |
| 12-29 | J Burlacu | Review of solicitation documents for upcoming vote for comment and prepared voting and non-voting package breakdown (1.9). Telephone conference with A. Bongartz of PH re open issues to upcoming vote solicitation, updated package breakdown and review of revised solicitation documents (0.8). | 2.7 | 205.0 | $553.50 |
| 12-29 | R Gillin | Reviewed/edited documents for upcoming vote solicitation (1.6). | 1.6 | 195.0 | $312.00 |
| 12-29 | R Gillin | Prepared Voting and Non-Voting breakdown for upcoming vote solicitation (0.6). | 0.6 | 195.0 | $117.00 |
| | | TOTAL HOURS - December 1 through December 31, 2020 | 5.9 | | |
| | | TOTAL CHARGES | | | $1,187.50 |