**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF KINGS        )

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 14th day of January, 2021, DRC, acting under my supervision, caused to be served the *Notice of Filing of Amended Schedule F with Respect to (A) The "Cred Earn" Program and (B) The "Cred Borrow" Program* (Docket No. 352), to be served via electronic mail upon the parties as set forth on Exhibit 1, and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of January, 2021, Brooklyn, New York.

By _____
                Winnie Yeung

Sworn before me this
19th day of January, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

.

# EXHIBIT 1

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000067P001-1467S-042<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-042<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-042<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-042<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM |
| 000069P001-1467S-042<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000057P001-1467S-042<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-042<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 006259P002-1467A-042<br>CIN00001 |
| 000018P001-1467A-042<br>CIN00002 | 000019P001-1467A-042<br>CIN00003 | 000020P001-1467A-042<br>CIN00004 | 000021P001-1467A-042<br>CIN00005 |
| 000022P001-1467A-042<br>CIN00006 | 000023P001-1467A-042<br>CIN00007 | 000024P001-1467A-042<br>CIN00008 | 000025P002-1467A-042<br>CIN00009 |
| 000026P002-1467A-042<br>CIN00010 | 000027P001-1467A-042<br>CIN00011 | 000028P001-1467A-042<br>CIN00012 | 000029P001-1467A-042<br>CIN00013 |
| 000030P001-1467A-042<br>CIN00014 | 000031P001-1467A-042<br>CIN00015 | 000032P002-1467A-042<br>CIN00016 | 000033P001-1467A-042<br>CIN00017 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000034P001-1467A-042<br>CIN00018 | 000035P001-1467A-042<br>CIN00019 | 000036P001-1467A-042<br>CIN00020 | 006342P002-1467A-042<br>CIN00021 |
| 000037P001-1467A-042<br>CIN00022 | 000038P001-1467A-042<br>CIN00023 | 000039P001-1467A-042<br>CIN00024 | 000040P001-1467A-042<br>CIN00025 |
| 000041P002-1467A-042<br>CIN00026 | 000042P001-1467A-042<br>CIN00027 | 000043P001-1467A-042<br>CIN00028 | 000044P001-1467A-042<br>CIN00029 |
| 000045P001-1467A-042<br>CIN00030 | 000046P002-1467A-042<br>CIN00031 | 000047P001-1467A-042<br>CIN00032 | 000048P001-1467A-042<br>CIN00033 |
| 000049P001-1467A-042<br>CIN00034 | 000050P001-1467A-042<br>CIN00035 | 006261P002-1467A-042<br>CIN00036 | 000051P001-1467A-042<br>CIN00037 |
| 000052P001-1467A-042<br>CIN00038 | 000053P001-1467A-042<br>CIN00039 | 000054P001-1467A-042<br>CIN00040 | 000055P001-1467A-042<br>CIN00041 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000056P002-1467A-042<br>CIN00042 | 000057P001-1467A-042<br>CIN00043 | 000058P001-1467A-042<br>CIN00044 | 000059P001-1467A-042<br>CIN00045 |
| 000060P002-1467A-042<br>CIN00046 | 000061P001-1467A-042<br>CIN00047 | 000062P001-1467A-042<br>CIN00048 | 000063P001-1467A-042<br>CIN00049 |
| 000064P001-1467A-042<br>CIN00050 | 000065P001-1467A-042<br>CIN00051 | 000066P003-1467A-042<br>CIN00052 | 000067P001-1467A-042<br>CIN00053 |
| 000068P001-1467A-042<br>CIN00054 | 000069P001-1467A-042<br>CIN00055 | 000070P002-1467A-042<br>CIN00056 | 000071P001-1467A-042<br>CIN00057 |
| 000072P001-1467A-042<br>CIN00058 | 000073P001-1467A-042<br>CIN00059 | 000074P001-1467A-042<br>CIN00060 | 000075P001-1467A-042<br>CIN00061 |
| 000076P001-1467A-042<br>CIN00062 | 000077P001-1467A-042<br>CIN00063 | 000078P001-1467A-042<br>CIN00064 | 000079P001-1467A-042<br>CIN00065 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000080P001-1467A-042<br>CIN00066 | 000081P001-1467A-042<br>CIN00067 | 000082P001-1467A-042<br>CIN00068 | 000083P001-1467A-042<br>CIN00069 |
| 000084P001-1467A-042<br>CIN00070 | 000085P001-1467A-042<br>CIN00071 | 000086P002-1467A-042<br>CIN00072 | 000087P001-1467A-042<br>CIN00073 |
| 000088P001-1467A-042<br>CIN00074 | 000089P001-1467A-042<br>CIN00075 | 000090P001-1467A-042<br>CIN00076 | 000091P001-1467A-042<br>CIN00077 |
| 000092P001-1467A-042<br>CIN00078 | 000093P001-1467A-042<br>CIN00079 | 000094P001-1467A-042<br>CIN00080 | 000095P001-1467A-042<br>CIN00081 |
| 000096P001-1467A-042<br>CIN00082 | 000097P001-1467A-042<br>CIN00083 | 000098P001-1467A-042<br>CIN00084 | 000099P001-1467A-042<br>CIN00085 |
| 000100P001-1467A-042<br>CIN00086 | 000101P001-1467A-042<br>CIN00087 | 000102P002-1467A-042<br>CIN00088 | 000103P001-1467A-042<br>CIN00089 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000104P001-1467A-042<br>CIN00090 | 000105P001-1467A-042<br>CIN00091 | 000106P001-1467A-042<br>CIN00092 | 000107P001-1467A-042<br>CIN00093 |
| 000108P001-1467A-042<br>CIN00094 | 000109P001-1467A-042<br>CIN00095 | 000110P001-1467A-042<br>CIN00096 | 000111P001-1467A-042<br>CIN00097 |
| 000112P001-1467A-042<br>CIN00098 | 006262P003-1467A-042<br>CIN00099 | 000113P001-1467A-042<br>CIN00100 | 000114P001-1467A-042<br>CIN00101 |
| 000115P001-1467A-042<br>CIN00102 | 000116P001-1467A-042<br>CIN00103 | 000117P001-1467A-042<br>CIN00104 | 000118P001-1467A-042<br>CIN00105 |
| 000119P001-1467A-042<br>CIN00106 | 000120P001-1467A-042<br>CIN00107 | 000121P001-1467A-042<br>CIN00108 | 000122P001-1467A-042<br>CIN00109 |
| 000123P001-1467A-042<br>CIN00110 | 000124P001-1467A-042<br>CIN00111 | 000125P001-1467A-042<br>CIN00112 | 000126P001-1467A-042<br>CIN00113 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000127P001-1467A-042<br>CIN00114 | 000128P001-1467A-042<br>CIN00115 | 000129P001-1467A-042<br>CIN00116 | 000130P001-1467A-042<br>CIN00117 |
| 000131P001-1467A-042<br>CIN00118 | 000132P001-1467A-042<br>CIN00119 | 000137P001-1467A-042<br>CIN00120 | 000133P001-1467A-042<br>CIN00121 |
| 000134P001-1467A-042<br>CIN00122 | 000135P001-1467A-042<br>CIN00123 | 000136P001-1467A-042<br>CIN00124 | 000138P001-1467A-042<br>CIN00125 |
| 006346P001-1467A-042<br>CIN00126 | 000139P001-1467A-042<br>CIN00127 | 000140P001-1467A-042<br>CIN00128 | 000141P001-1467A-042<br>CIN00129 |
| 000142P002-1467A-042<br>CIN00130 | 000143P001-1467A-042<br>CIN00131 | 000144P001-1467A-042<br>CIN00132 | 000145P001-1467A-042<br>CIN00133 |
| 000146P001-1467A-042<br>CIN00134 | 000147P001-1467A-042<br>CIN00135 | 000148P001-1467A-042<br>CIN00136 | 000149P001-1467A-042<br>CIN00137 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000150P001-1467A-042<br>CIN00138 | 000151P001-1467A-042<br>CIN00139 | 000152P001-1467A-042<br>CIN00140 | 000153P001-1467A-042<br>CIN00141 |
| 000154P001-1467A-042<br>CIN00142 | 000155P001-1467A-042<br>CIN00143 | 000156P001-1467A-042<br>CIN00144 | 000157P001-1467A-042<br>CIN00145 |
| 000158P001-1467A-042<br>CIN00146 | 000159P001-1467A-042<br>CIN00147 | 000160P001-1467A-042<br>CIN00148 | 000161P001-1467A-042<br>CIN00149 |
| 000162P001-1467A-042<br>CIN00150 | 000163P001-1467A-042<br>CIN00151 | 000164P001-1467A-042<br>CIN00152 | 000165P001-1467A-042<br>CIN00153 |
| 000166P001-1467A-042<br>CIN00154 | 000167P001-1467A-042<br>CIN00155 | 000168P001-1467A-042<br>CIN00156 | 000169P001-1467A-042<br>CIN00157 |
| 000170P001-1467A-042<br>CIN00158 | 000171P001-1467A-042<br>CIN00159 | 000172P001-1467A-042<br>CIN00160 | 000173P001-1467A-042<br>CIN00161 |

| | | | |
|---|---|---|---|
| 000174P001-1467A-042<br>CIN00162 | 000175P001-1467A-042<br>CIN00163 | 000176P001-1467A-042<br>CIN00164 | 000177P001-1467A-042<br>CIN00165 |
| 000178P001-1467A-042<br>CIN00166 | 000003P002-1467A-042<br>CIN00167 | 000179P002-1467A-042<br>CIN00168 | 000180P001-1467A-042<br>CIN00169 |
| 000181P001-1467A-042<br>CIN00170 | 000182P001-1467A-042<br>CIN00171 | 000183P001-1467A-042<br>CIN00172 | 000184P001-1467A-042<br>CIN00173 |
| 000185P001-1467A-042<br>CIN00174 | 000186P001-1467A-042<br>CIN00175 | 000187P001-1467A-042<br>CIN00176 | 000188P001-1467A-042<br>CIN00177 |
| 000189P001-1467A-042<br>CIN00178 | 000190P001-1467A-042<br>CIN00179 | 000191P001-1467A-042<br>CIN00180 | 000192P002-1467A-042<br>CIN00181 |
| 000193P001-1467A-042<br>CIN00182 | 000194P001-1467A-042<br>CIN00183 | 000195P003-1467A-042<br>CIN00184 | 000196P001-1467A-042<br>CIN00185 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000197P001-1467A-042<br>CIN00186 | 000198P001-1467A-042<br>CIN00187 | 006229P001-1467A-042<br>CIN00188 | 000199P001-1467A-042<br>CIN00189 |
| 000200P002-1467A-042<br>CIN00190 | 000201P002-1467A-042<br>CIN00191 | 000202P001-1467A-042<br>CIN00192 | 000203P001-1467A-042<br>CIN00193 |
| 000204P001-1467A-042<br>CIN00194 | 000205P001-1467A-042<br>CIN00195 | 000206P001-1467A-042<br>CIN00196 | 000207P001-1467A-042<br>CIN00197 |
| 000208P001-1467A-042<br>CIN00198 | 000209P001-1467A-042<br>CIN00199 | 000210P001-1467A-042<br>CIN00200 | 000211P001-1467A-042<br>CIN00201 |
| 000212P001-1467A-042<br>CIN00202 | 000213P001-1467A-042<br>CIN00203 | 000214P001-1467A-042<br>CIN00204 | 000215P001-1467A-042<br>CIN00205 |
| 000216P001-1467A-042<br>CIN00206 | 000217P001-1467A-042<br>CIN00207 | 000218P002-1467A-042<br>CIN00208 | 000219P001-1467A-042<br>CIN00209 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000220P001-1467A-042<br>CIN00210 | 000221P001-1467A-042<br>CIN00211 | 000222P002-1467A-042<br>CIN00212 | 000223P001-1467A-042<br>CIN00213 |
| 000224P001-1467A-042<br>CIN00214 | 000225P001-1467A-042<br>CIN00215 | 000226P001-1467A-042<br>CIN00216 | 000227P001-1467A-042<br>CIN00217 |
| 000228P001-1467A-042<br>CIN00218 | 000229P001-1467A-042<br>CIN00219 | 000230P001-1467A-042<br>CIN00220 | 000231P001-1467A-042<br>CIN00221 |
| 000233P001-1467A-042<br>CIN00222 | 000234P001-1467A-042<br>CIN00223 | 000235P001-1467A-042<br>CIN00224 | 000236P001-1467A-042<br>CIN00225 |
| 000237P001-1467A-042<br>CIN00226 | 000238P001-1467A-042<br>CIN00227 | 000239P001-1467A-042<br>CIN00228 | 000240P001-1467A-042<br>CIN00229 |
| 000241P001-1467A-042<br>CIN00230 | 000242P001-1467A-042<br>CIN00231 | 000243P001-1467A-042<br>CIN00232 | 000244P001-1467A-042<br>CIN00233 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000245P001-1467A-042<br>CIN00234 | 000246P001-1467A-042<br>CIN00235 | 000247P001-1467A-042<br>CIN00236 | 000248P001-1467A-042<br>CIN00237 |
| 000249P001-1467A-042<br>CIN00238 | 000250P001-1467A-042<br>CIN00239 | 000251P001-1467A-042<br>CIN00240 | 000252P003-1467A-042<br>CIN00241 |
| 000253P001-1467A-042<br>CIN00242 | 000254P001-1467A-042<br>CIN00243 | 000255P001-1467A-042<br>CIN00244 | 000256P001-1467A-042<br>CIN00245 |
| 000257P001-1467A-042<br>CIN00246 | 006343P001-1467A-042<br>CIN00247 | 000258P001-1467A-042<br>CIN00248 | 000259P001-1467A-042<br>CIN00249 |
| 000260P001-1467A-042<br>CIN00250 | 000261P001-1467A-042<br>CIN00251 | 000262P001-1467A-042<br>CIN00252 | 000263P001-1467A-042<br>CIN00253 |
| 000264P001-1467A-042<br>CIN00254 | 000265P001-1467A-042<br>CIN00255 | 000266P001-1467A-042<br>CIN00256 | 000267P001-1467A-042<br>CIN00257 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000268P001-1467A-042<br>CIN00258 | 000269P001-1467A-042<br>CIN00259 | 000270P001-1467A-042<br>CIN00260 | 000271P001-1467A-042<br>CIN00261 |
| 000272P001-1467A-042<br>CIN00262 | 000273P001-1467A-042<br>CIN00263 | 000274P001-1467A-042<br>CIN00264 | 000275P001-1467A-042<br>CIN00265 |
| 000276P001-1467A-042<br>CIN00266 | 000277P001-1467A-042<br>CIN00267 | 000278P001-1467A-042<br>CIN00268 | 000279P001-1467A-042<br>CIN00269 |
| 000280P001-1467A-042<br>CIN00270 | 000281P001-1467A-042<br>CIN00271 | 000282P001-1467A-042<br>CIN00272 | 000283P001-1467A-042<br>CIN00273 |
| 000284P002-1467A-042<br>CIN00274 | 000285P001-1467A-042<br>CIN00275 | 000286P001-1467A-042<br>CIN00276 | 000287P001-1467A-042<br>CIN00277 |
| 000288P001-1467A-042<br>CIN00278 | 000289P001-1467A-042<br>CIN00279 | 000290P001-1467A-042<br>CIN00280 | 000291P001-1467A-042<br>CIN00281 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000292P001-1467A-042<br>CIN00282 | 000293P001-1467A-042<br>CIN00283 | 006349P001-1467A-042<br>CIN00284 | 000294P001-1467A-042<br>CIN00285 |
| 000295P001-1467A-042<br>CIN00286 | 000296P001-1467A-042<br>CIN00287 | 000297P001-1467A-042<br>CIN00288 | 000298P001-1467A-042<br>CIN00289 |
| 000299P001-1467A-042<br>CIN00290 | 000300P001-1467A-042<br>CIN00291 | 000301P001-1467A-042<br>CIN00292 | 000302P001-1467A-042<br>CIN00293 |
| 000303P001-1467A-042<br>CIN00294 | 000304P001-1467A-042<br>CIN00295 | 000305P001-1467A-042<br>CIN00296 | 000306P001-1467A-042<br>CIN00297 |
| 000307P001-1467A-042<br>CIN00298 | 000308P001-1467A-042<br>CIN00299 | 000309P001-1467A-042<br>CIN00300 | 000310P001-1467A-042<br>CIN00301 |
| 000311P001-1467A-042<br>CIN00302 | 000312P001-1467A-042<br>CIN00303 | 000313P001-1467A-042<br>CIN00304 | 000314P001-1467A-042<br>CIN00305 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000315P001-1467A-042<br>CIN00306 | 000316P001-1467A-042<br>CIN00307 | 000317P001-1467A-042<br>CIN00308 | 000318P001-1467A-042<br>CIN00309 |
| 000319P001-1467A-042<br>CIN00310 | 000320P002-1467A-042<br>CIN00311 | 000321P001-1467A-042<br>CIN00312 | 000322P001-1467A-042<br>CIN00313 |
| 000323P001-1467A-042<br>CIN00314 | 000324P001-1467A-042<br>CIN00315 | 000325P001-1467A-042<br>CIN00316 | 000326P001-1467A-042<br>CIN00317 |
| 000327P002-1467A-042<br>CIN00318 | 000328P001-1467A-042<br>CIN00319 | 000329P001-1467A-042<br>CIN00320 | 000330P003-1467A-042<br>CIN00321 |
| 000331P001-1467A-042<br>CIN00322 | 000332P001-1467A-042<br>CIN00323 | 000333P001-1467A-042<br>CIN00324 | 000334P001-1467A-042<br>CIN00325 |
| 000335P001-1467A-042<br>CIN00326 | 000336P001-1467A-042<br>CIN00327 | 000337P001-1467A-042<br>CIN00328 | 000338P001-1467A-042<br>CIN00329 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000339P001-1467A-042<br>CIN00330 | 000340P001-1467A-042<br>CIN00331 | 000341P001-1467A-042<br>CIN00332 | 000342P001-1467A-042<br>CIN00333 |
| 000343P001-1467A-042<br>CIN00334 | 000344P001-1467A-042<br>CIN00335 | 000345P001-1467A-042<br>CIN00336 | 000346P001-1467A-042<br>CIN00337 |
| 000347P001-1467A-042<br>CIN00338 | 000348P001-1467A-042<br>CIN00339 | 000349P001-1467A-042<br>CIN00340 | 000350P001-1467A-042<br>CIN00341 |
| 000351P001-1467A-042<br>CIN00342 | 000352P001-1467A-042<br>CIN00343 | 000353P001-1467A-042<br>CIN00344 | 000354P002-1467A-042<br>CIN00345 |
| 000355P001-1467A-042<br>CIN00346 | 000356P001-1467A-042<br>CIN00347 | 000357P003-1467A-042<br>CIN00348 | 000358P001-1467A-042<br>CIN00349 |
| 000359P001-1467A-042<br>CIN00350 | 000360P001-1467A-042<br>CIN00351 | 000361P001-1467A-042<br>CIN00352 | 000362P001-1467A-042<br>CIN00353 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000363P003-1467A-042<br>CIN00354 | 000364P001-1467A-042<br>CIN00355 | 000365P001-1467A-042<br>CIN00356 | 000366P001-1467A-042<br>CIN00357 |
| 000367P001-1467A-042<br>CIN00358 | 000368P001-1467A-042<br>CIN00359 | 000369P001-1467A-042<br>CIN00360 | 000370P001-1467A-042<br>CIN00361 |
| 000371P001-1467A-042<br>CIN00362 | 000372P001-1467A-042<br>CIN00363 | 000373P001-1467A-042<br>CIN00364 | 000374P001-1467A-042<br>CIN00365 |
| 000375P001-1467A-042<br>CIN00366 | 000376P001-1467A-042<br>CIN00367 | 000377P001-1467A-042<br>CIN00368 | 000378P001-1467A-042<br>CIN00369 |
| 000379P001-1467A-042<br>CIN00370 | 000380P001-1467A-042<br>CIN00371 | 000381P001-1467A-042<br>CIN00372 | 000382P001-1467A-042<br>CIN00373 |
| 000383P001-1467A-042<br>CIN00374 | 000384P001-1467A-042<br>CIN00375 | 000385P001-1467A-042<br>CIN00376 | 000386P001-1467A-042<br>CIN00377 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000387P001-1467A-042<br>CIN00378 | 000388P001-1467A-042<br>CIN00379 | 000389P002-1467A-042<br>CIN00380 | 000390P001-1467A-042<br>CIN00381 |
| 000391P002-1467A-042<br>CIN00382 | 000392P001-1467A-042<br>CIN00383 | 000393P001-1467A-042<br>CIN00384 | 000394P002-1467A-042<br>CIN00385 |
| 000395P001-1467A-042<br>CIN00386 | 000396P001-1467A-042<br>CIN00387 | 000397P001-1467A-042<br>CIN00388 | 000398P001-1467A-042<br>CIN00389 |
| 000399P001-1467A-042<br>CIN00390 | 000400P001-1467A-042<br>CIN00391 | 000401P001-1467A-042<br>CIN00392 | 000402P002-1467A-042<br>CIN00393 |
| 000403P001-1467A-042<br>CIN00394 | 000404P001-1467A-042<br>CIN00395 | 000405P003-1467A-042<br>CIN00396 | 000406P001-1467A-042<br>CIN00397 |
| 000407P001-1467A-042<br>CIN00398 | 000408P002-1467A-042<br>CIN00399 | 000409P001-1467A-042<br>CIN00400 | 000410P002-1467A-042<br>CIN00401 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

000411P001-1467A-042          000412P001-1467A-042          000413P001-1467A-042          000414P001-1467A-042
CIN00402                      CIN00403                      CIN00404                      CIN00405

000415P001-1467A-042          000416P001-1467A-042          000417P001-1467A-042          000418P001-1467A-042
CIN00406                      CIN00407                      CIN00408                      CIN00409

000419P001-1467A-042          000420P001-1467A-042          000421P001-1467A-042          000422P001-1467A-042
CIN00410                      CIN00411                      CIN00412                      CIN00413

000423P001-1467A-042          000424P001-1467A-042          000425P001-1467A-042          000426P001-1467A-042
CIN00414                      CIN00415                      CIN00416                      CIN00417

000427P001-1467A-042          000428P001-1467A-042          000429P001-1467A-042          000430P001-1467A-042
CIN00418                      CIN00419                      CIN00420                      CIN00421

000431P001-1467A-042          000432P001-1467A-042          000433P001-1467A-042          000434P002-1467A-042
CIN00422                      CIN00423                      CIN00424                      CIN00425

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000435P001-1467A-042 | 000436P002-1467A-042 | 000437P001-1467A-042 | 000438P001-1467A-042 |
| CIN00426 | CIN00427 | CIN00428 | CIN00429 |

| 000439P001-1467A-042 | 000440P001-1467A-042 | 000441P001-1467A-042 | 000442P001-1467A-042 |
| CIN00430 | CIN00431 | CIN00432 | CIN00433 |

| 000443P001-1467A-042 | 000444P001-1467A-042 | 000445P002-1467A-042 | 000445P002-1467A-042 |
| CIN00434 | CIN00435 | CIN00436 | CIN00436 |

| 000446P001-1467A-042 | 000447P001-1467A-042 | 000448P001-1467A-042 | 000449P001-1467A-042 |
| CIN00437 | CIN00438 | CIN00439 | CIN00440 |

| 000450P001-1467A-042 | 000451P001-1467A-042 | 000452P001-1467A-042 | 000453P001-1467A-042 |
| CIN00441 | CIN00442 | CIN00443 | CIN00444 |

| 000454P001-1467A-042 | 000455P001-1467A-042 | 000456P001-1467A-042 | 000457P001-1467A-042 |
| CIN00445 | CIN00446 | CIN00447 | CIN00448 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000458P001-1467A-042<br>CIN00449 | 000459P002-1467A-042<br>CIN00450 | 000460P001-1467A-042<br>CIN00451 | 000461P001-1467A-042<br>CIN00452 |
| 000462P002-1467A-042<br>CIN00453 | 000462P002-1467A-042<br>CIN00453 | 006230P002-1467A-042<br>CIN00454 | 006230P002-1467A-042<br>CIN00454 |
| 000463P002-1467A-042<br>CIN00455 | 000464P001-1467A-042<br>CIN00456 | 000465P001-1467A-042<br>CIN00457 | 000466P001-1467A-042<br>CIN00458 |
| 000467P001-1467A-042<br>CIN00459 | 000468P001-1467A-042<br>CIN00460 | 000469P001-1467A-042<br>CIN00461 | 000470P001-1467A-042<br>CIN00462 |
| 000471P001-1467A-042<br>CIN00463 | 000472P001-1467A-042<br>CIN00464 | 000473P001-1467A-042<br>CIN00465 | 000474P002-1467A-042<br>CIN00466 |
| 000474P002-1467A-042<br>CIN00466 | 000475P002-1467A-042<br>CIN00467 | 000476P002-1467A-042<br>CIN00468 | 000477P001-1467A-042<br>CIN00469 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000478P002-1467A-042<br>CIN00470 | 000479P001-1467A-042<br>CIN00471 | 000480P001-1467A-042<br>CIN00472 | 000481P001-1467A-042<br>CIN00473 |
| 000482P001-1467A-042<br>CIN00474 | 000483P001-1467A-042<br>CIN00475 | 006231P002-1467A-042<br>CIN00476 | 000484P001-1467A-042<br>CIN00477 |
| 000485P001-1467A-042<br>CIN00478 | 000486P001-1467A-042<br>CIN00479 | 000487P001-1467A-042<br>CIN00480 | 000488P001-1467A-042<br>CIN00481 |
| 000489P001-1467A-042<br>CIN00482 | 000490P001-1467A-042<br>CIN00483 | 000491P001-1467A-042<br>CIN00484 | 000492P001-1467A-042<br>CIN00485 |
| 000493P001-1467A-042<br>CIN00486 | 000494P001-1467A-042<br>CIN00487 | 000495P001-1467A-042<br>CIN00488 | 000496P002-1467A-042<br>CIN00489 |
| 000497P001-1467A-042<br>CIN00490 | 000498P001-1467A-042<br>CIN00491 | 000499P002-1467A-042<br>CIN00492 | 000500P001-1467A-042<br>CIN00493 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000501P001-1467A-042<br>CIN00494 | 000502P001-1467A-042<br>CIN00495 | 000503P001-1467A-042<br>CIN00496 | 000504P001-1467A-042<br>CIN00497 |
| 000505P001-1467A-042<br>CIN00498 | 000506P001-1467A-042<br>CIN00499 | 000507P001-1467A-042<br>CIN00500 | 000508P001-1467A-042<br>CIN00501 |
| 000509P001-1467A-042<br>CIN00502 | 000510P001-1467A-042<br>CIN00503 | 000511P001-1467A-042<br>CIN00504 | 000512P001-1467A-042<br>CIN00505 |
| 000513P001-1467A-042<br>CIN00506 | 000514P001-1467A-042<br>CIN00507 | 000515P002-1467A-042<br>CIN00508 | 000516P001-1467A-042<br>CIN00509 |
| 000517P001-1467A-042<br>CIN00510 | 000518P001-1467A-042<br>CIN00511 | 000519P001-1467A-042<br>CIN00512 | 000520P001-1467A-042<br>CIN00513 |
| 000521P001-1467A-042<br>CIN00514 | 000522P001-1467A-042<br>CIN00515 | 000523P001-1467A-042<br>CIN00516 | 000524P001-1467A-042<br>CIN00517 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000525P001-1467A-042<br>CIN00518 | 000526P001-1467A-042<br>CIN00519 | 000527P001-1467A-042<br>CIN00520 | 000528P002-1467A-042<br>CIN00521 |
| 000529P001-1467A-042<br>CIN00522 | 000530P001-1467A-042<br>CIN00523 | 000531P001-1467A-042<br>CIN00524 | 000532P001-1467A-042<br>CIN00525 |
| 000533P001-1467A-042<br>CIN00526 | 000534P001-1467A-042<br>CIN00527 | 000535P001-1467A-042<br>CIN00528 | 000536P001-1467A-042<br>CIN00529 |
| 000537P001-1467A-042<br>CIN00530 | 000538P001-1467A-042<br>CIN00531 | 000539P001-1467A-042<br>CIN00532 | 000540P001-1467A-042<br>CIN00533 |
| 000541P001-1467A-042<br>CIN00534 | 000542P002-1467A-042<br>CIN00535 | 000543P001-1467A-042<br>CIN00536 | 000544P001-1467A-042<br>CIN00537 |
| 000545P001-1467A-042<br>CIN00538 | 000546P001-1467A-042<br>CIN00539 | 000547P001-1467A-042<br>CIN00540 | 000548P001-1467A-042<br>CIN00541 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000549P001-1467A-042<br>CIN00542 | 000550P001-1467A-042<br>CIN00543 | 000551P001-1467A-042<br>CIN00544 | 000552P001-1467A-042<br>CIN00545 |
| 000553P001-1467A-042<br>CIN00546 | 000554P001-1467A-042<br>CIN00547 | 000555P001-1467A-042<br>CIN00548 | 000556P001-1467A-042<br>CIN00549 |
| 000557P001-1467A-042<br>CIN00550 | 000558P001-1467A-042<br>CIN00551 | 000559P001-1467A-042<br>CIN00552 | 000560P001-1467A-042<br>CIN00553 |
| 000561P001-1467A-042<br>CIN00554 | 000562P001-1467A-042<br>CIN00555 | 000563P001-1467A-042<br>CIN00556 | 000564P001-1467A-042<br>CIN00557 |
| 000565P001-1467A-042<br>CIN00558 | 000566P001-1467A-042<br>CIN00559 | 000567P001-1467A-042<br>CIN00560 | 000568P001-1467A-042<br>CIN00561 |
| 000569P001-1467A-042<br>CIN00562 | 000570P001-1467A-042<br>CIN00563 | 000571P001-1467A-042<br>CIN00564 | 000572P001-1467A-042<br>CIN00565 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000573P001-1467A-042<br>CIN00566 | 006232P001-1467A-042<br>CIN00567 | 000574P001-1467A-042<br>CIN00568 | 000575P001-1467A-042<br>CIN00569 |
| 000576P001-1467A-042<br>CIN00570 | 000577P001-1467A-042<br>CIN00571 | 000578P001-1467A-042<br>CIN00572 | 000579P001-1467A-042<br>CIN00573 |
| 000580P002-1467A-042<br>CIN00574 | 000581P001-1467A-042<br>CIN00575 | 000582P002-1467A-042<br>CIN00576 | 006233P001-1467A-042<br>CIN00577 |
| 000583P001-1467A-042<br>CIN00578 | 000584P001-1467A-042<br>CIN00579 | 000585P001-1467A-042<br>CIN00580 | 000586P001-1467A-042<br>CIN00581 |
| 000587P001-1467A-042<br>CIN00582 | 000588P001-1467A-042<br>CIN00583 | 000589P002-1467A-042<br>CIN00584 | 000590P001-1467A-042<br>CIN00585 |
| 000591P001-1467A-042<br>CIN00586 | 000592P001-1467A-042<br>CIN00587 | 000593P001-1467A-042<br>CIN00588 | 000594P001-1467A-042<br>CIN00589 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000595P002-1467A-042<br>CIN00590 | 000596P001-1467A-042<br>CIN00591 | 000597P001-1467A-042<br>CIN00592 | 000598P001-1467A-042<br>CIN00593 |
| 000599P001-1467A-042<br>CIN00594 | 000600P001-1467A-042<br>CIN00595 | 000601P001-1467A-042<br>CIN00596 | 000602P002-1467A-042<br>CIN00597 |
| 000603P001-1467A-042<br>CIN00598 | 006352P001-1467A-042<br>CIN00599 | 000604P001-1467A-042<br>CIN00600 | 000605P001-1467A-042<br>CIN00601 |
| 000606P001-1467A-042<br>CIN00602 | 000607P002-1467A-042<br>CIN00603 | 000608P001-1467A-042<br>CIN00604 | 000609P001-1467A-042<br>CIN00605 |
| 000610P002-1467A-042<br>CIN00606 | 000611P001-1467A-042<br>CIN00607 | 000612P001-1467A-042<br>CIN00608 | 000613P002-1467A-042<br>CIN00609 |
| 000614P002-1467A-042<br>CIN00610 | 000615P002-1467A-042<br>CIN00611 | 000616P002-1467A-042<br>CIN00612 | 000617P002-1467A-042<br>CIN00613 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000618P001-1467A-042<br>CIN00614 | 000619P001-1467A-042<br>CIN00615 | 000620P001-1467A-042<br>CIN00616 | 000621P001-1467A-042<br>CIN00617 |
| 000622P001-1467A-042<br>CIN00618 | 000623P001-1467A-042<br>CIN00619 | 000624P001-1467A-042<br>CIN00620 | 000625P001-1467A-042<br>CIN00621 |
| 000626P001-1467A-042<br>CIN00622 | 000627P001-1467A-042<br>CIN00623 | 000628P001-1467A-042<br>CIN00624 | 000629P002-1467A-042<br>CIN00625 |
| 000630P002-1467A-042<br>CIN00626 | 000631P001-1467A-042<br>CIN00627 | 000632P001-1467A-042<br>CIN00628 | 000633P001-1467A-042<br>CIN00629 |
| 000634P001-1467A-042<br>CIN00630 | 000635P001-1467A-042<br>CIN00631 | 000636P001-1467A-042<br>CIN00632 | 000637P002-1467A-042<br>CIN00633 |
| 000638P001-1467A-042<br>CIN00634 | 000639P001-1467A-042<br>CIN00635 | 000640P001-1467A-042<br>CIN00636 | 000641P001-1467A-042<br>CIN00637 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000642P001-1467A-042<br>CIN00638 | 000643P002-1467A-042<br>CIN00639 | 000644P001-1467A-042<br>CIN00640 | 000645P001-1467A-042<br>CIN00641 |
| 000646P001-1467A-042<br>CIN00642 | 000647P002-1467A-042<br>CIN00643 | 000648P001-1467A-042<br>CIN00644 | 000649P001-1467A-042<br>CIN00645 |
| 000650P001-1467A-042<br>CIN00646 | 000651P001-1467A-042<br>CIN00647 | 000652P001-1467A-042<br>CIN00648 | 000653P001-1467A-042<br>CIN00649 |
| 000654P001-1467A-042<br>CIN00650 | 000655P001-1467A-042<br>CIN00651 | 000656P002-1467A-042<br>CIN00652 | 000656P002-1467A-042<br>CIN00652 |
| 000657P001-1467A-042<br>CIN00653 | 000658P002-1467A-042<br>CIN00654 | 000659P001-1467A-042<br>CIN00655 | 000660P001-1467A-042<br>CIN00656 |
| 000661P002-1467A-042<br>CIN00657 | 000662P001-1467A-042<br>CIN00658 | 000663P001-1467A-042<br>CIN00659 | 000664P001-1467A-042<br>CIN00660 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000665P002-1467A-042<br>CIN00661 | 000666P001-1467A-042<br>CIN00662 | 000667P002-1467A-042<br>CIN00663 | 000668P001-1467A-042<br>CIN00664 |
| 000669P001-1467A-042<br>CIN00665 | 000670P001-1467A-042<br>CIN00666 | 000671P001-1467A-042<br>CIN00667 | 000672P001-1467A-042<br>CIN00668 |
| 000673P001-1467A-042<br>CIN00669 | 000674P002-1467A-042<br>CIN00670 | 000675P001-1467A-042<br>CIN00671 | 000676P001-1467A-042<br>CIN00672 |
| 000677P001-1467A-042<br>CIN00673 | 000678P001-1467A-042<br>CIN00674 | 000679P001-1467A-042<br>CIN00675 | 000680P001-1467A-042<br>CIN00676 |
| 000681P001-1467A-042<br>CIN00677 | 000682P001-1467A-042<br>CIN00678 | 000683P001-1467A-042<br>CIN00679 | 000684P001-1467A-042<br>CIN00680 |
| 000685P001-1467A-042<br>CIN00681 | 000686P001-1467A-042<br>CIN00682 | 000687P001-1467A-042<br>CIN00683 | 000688P001-1467A-042<br>CIN00684 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000689P001-1467A-042<br>CIN00685 | 000690P001-1467A-042<br>CIN00686 | 000691P001-1467A-042<br>CIN00687 | 000692P001-1467A-042<br>CIN00688 |
| 000693P001-1467A-042<br>CIN00689 | 000694P001-1467A-042<br>CIN00690 | 000695P001-1467A-042<br>CIN00691 | 000696P001-1467A-042<br>CIN00692 |
| 000697P001-1467A-042<br>CIN00693 | 000698P001-1467A-042<br>CIN00694 | 000699P001-1467A-042<br>CIN00695 | 000700P001-1467A-042<br>CIN00696 |
| 000701P001-1467A-042<br>CIN00697 | 000702P001-1467A-042<br>CIN00698 | 000703P002-1467A-042<br>CIN00699 | 000704P001-1467A-042<br>CIN00700 |
| 000705P001-1467A-042<br>CIN00701 | 000706P001-1467A-042<br>CIN00702 | 000707P001-1467A-042<br>CIN00703 | 000708P001-1467A-042<br>CIN00704 |
| 006347P001-1467A-042<br>CIN00705 | 000709P001-1467A-042<br>CIN00706 | 000710P002-1467A-042<br>CIN00707 | 000711P001-1467A-042<br>CIN00708 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000712P001-1467A-042<br>CIN00709 | 000713P001-1467A-042<br>CIN00710 | 000714P001-1467A-042<br>CIN00711 | 000715P001-1467A-042<br>CIN00712 |
| 000716P001-1467A-042<br>CIN00713 | 000717P001-1467A-042<br>CIN00714 | 000718P001-1467A-042<br>CIN00715 | 000719P002-1467A-042<br>CIN00716 |
| 000720P001-1467A-042<br>CIN00717 | 000721P001-1467A-042<br>CIN00718 | 000722P002-1467A-042<br>CIN00719 | 000723P001-1467A-042<br>CIN00720 |
| 000724P001-1467A-042<br>CIN00721 | 000725P001-1467A-042<br>CIN00722 | 000726P001-1467A-042<br>CIN00723 | 000727P001-1467A-042<br>CIN00724 |
| 000728P001-1467A-042<br>CIN00725 | 000729P001-1467A-042<br>CIN00726 | 000730P001-1467A-042<br>CIN00727 | 000731P001-1467A-042<br>CIN00728 |
| 000732P001-1467A-042<br>CIN00729 | 000733P001-1467A-042<br>CIN00730 | 000734P001-1467A-042<br>CIN00731 | 000735P001-1467A-042<br>CIN00732 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000736P001-1467A-042 <br> CIN00733 | 000737P001-1467A-042 <br> CIN00734 | 000738P001-1467A-042 <br> CIN00735 | 000739P001-1467A-042 <br> CIN00736 |
| 000740P001-1467A-042 <br> CIN00737 | 000741P001-1467A-042 <br> CIN00738 | 000742P001-1467A-042 <br> CIN00739 | 000743P001-1467A-042 <br> CIN00740 |
| 000744P001-1467A-042 <br> CIN00741 | 000745P001-1467A-042 <br> CIN00742 | 000746P001-1467A-042 <br> CIN00743 | 000747P001-1467A-042 <br> CIN00744 |
| 000748P001-1467A-042 <br> CIN00745 | 000749P001-1467A-042 <br> CIN00746 | 000750P001-1467A-042 <br> CIN00747 | 000751P001-1467A-042 <br> CIN00748 |
| 000752P001-1467A-042 <br> CIN00749 | 000753P001-1467A-042 <br> CIN00750 | 000754P001-1467A-042 <br> CIN00751 | 000755P001-1467A-042 <br> CIN00752 |
| 000756P001-1467A-042 <br> CIN00753 | 000757P001-1467A-042 <br> CIN00754 | 000758P001-1467A-042 <br> CIN00755 | 006339P001-1467A-042 <br> CIN00756 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000759P001-1467A-042<br>CIN00757 | 000760P001-1467A-042<br>CIN00758 | 000761P001-1467A-042<br>CIN00759 | 000762P001-1467A-042<br>CIN00760 |
| 000763P001-1467A-042<br>CIN00761 | 000764P001-1467A-042<br>CIN00762 | 000765P001-1467A-042<br>CIN00763 | 000766P001-1467A-042<br>CIN00764 |
| 000767P001-1467A-042<br>CIN00765 | 000768P001-1467A-042<br>CIN00766 | 000769P001-1467A-042<br>CIN00767 | 000770P001-1467A-042<br>CIN00768 |
| 000771P001-1467A-042<br>CIN00769 | 000772P001-1467A-042<br>CIN00770 | 000773P002-1467A-042<br>CIN00771 | 000774P001-1467A-042<br>CIN00772 |
| 000775P002-1467A-042<br>CIN00773 | 000776P001-1467A-042<br>CIN00774 | 000777P001-1467A-042<br>CIN00775 | 000778P001-1467A-042<br>CIN00776 |
| 000820P001-1467A-042<br>CIN00777 | 000779P001-1467A-042<br>CIN00778 | 000780P001-1467A-042<br>CIN00779 | 000781P001-1467A-042<br>CIN00780 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000782P001-1467A-042<br>CIN00781 | 000783P001-1467A-042<br>CIN00782 | 000784P002-1467A-042<br>CIN00783 | 000785P002-1467A-042<br>CIN00784 |
| 000786P002-1467A-042<br>CIN00785 | 000787P001-1467A-042<br>CIN00786 | 000788P001-1467A-042<br>CIN00787 | 000789P001-1467A-042<br>CIN00788 |
| 000790P001-1467A-042<br>CIN00789 | 000791P001-1467A-042<br>CIN00790 | 000792P001-1467A-042<br>CIN00791 | 000793P002-1467A-042<br>CIN00792 |
| 000794P001-1467A-042<br>CIN00793 | 000795P001-1467A-042<br>CIN00794 | 000796P001-1467A-042<br>CIN00795 | 000797P001-1467A-042<br>CIN00796 |
| 000798P001-1467A-042<br>CIN00797 | 000799P002-1467A-042<br>CIN00798 | 000800P001-1467A-042<br>CIN00799 | 000801P001-1467A-042<br>CIN00800 |
| 000802P001-1467A-042<br>CIN00801 | 000803P001-1467A-042<br>CIN00802 | 000804P001-1467A-042<br>CIN00803 | 000805P001-1467A-042<br>CIN00804 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000806P001-1467A-042<br>CIN00805 | 000807P001-1467A-042<br>CIN00806 | 000808P002-1467A-042<br>CIN00807 | 000809P001-1467A-042<br>CIN00808 |
| 000810P001-1467A-042<br>CIN00809 | 000811P001-1467A-042<br>CIN00810 | 000812P001-1467A-042<br>CIN00811 | 000813P001-1467A-042<br>CIN00812 |
| 000814P001-1467A-042<br>CIN00813 | 000815P001-1467A-042<br>CIN00814 | 000816P001-1467A-042<br>CIN00815 | 000817P001-1467A-042<br>CIN00816 |
| 000818P001-1467A-042<br>CIN00817 | 000819P001-1467A-042<br>CIN00818 | 000821P001-1467A-042<br>CIN00819 | 000822P001-1467A-042<br>CIN00820 |
| 000823P001-1467A-042<br>CIN00821 | 000824P001-1467A-042<br>CIN00822 | 000825P001-1467A-042<br>CIN00823 | 000826P001-1467A-042<br>CIN00824 |
| 000827P001-1467A-042<br>CIN00825 | 000828P001-1467A-042<br>CIN00826 | 000829P001-1467A-042<br>CIN00827 | 000830P001-1467A-042<br>CIN00828 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 38 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 36 of 266                                                                                    01/14/2021 08:22:21 PM

000831P001-1467A-042
CIN00829

000832P001-1467A-042
CIN00830

000833P001-1467A-042
CIN00831

000834P001-1467A-042
CIN00832

000835P001-1467A-042
CIN00833

000836P002-1467A-042
CIN00834

000837P002-1467A-042
CIN00835

000838P001-1467A-042
CIN00836

000839P001-1467A-042
CIN00837

000840P001-1467A-042
CIN00838

000841P001-1467A-042
CIN00839

000842P001-1467A-042
CIN00840

000843P002-1467A-042
CIN00841

000844P001-1467A-042
CIN00842

000845P001-1467A-042
CIN00843

000846P002-1467A-042
CIN00844

000846P002-1467A-042
CIN00844

000847P001-1467A-042
CIN00845

000848P001-1467A-042
CIN00846

000849P001-1467A-042
CIN00847

000850P001-1467A-042
CIN00848

000851P001-1467A-042
CIN00849

000852P001-1467A-042
CIN00850

000853P001-1467A-042
CIN00851

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000854P001-1467A-042<br>CIN00852 | 000855P001-1467A-042<br>CIN00853 | 000856P001-1467A-042<br>CIN00854 | 000857P001-1467A-042<br>CIN00855 |
| 000858P001-1467A-042<br>CIN00856 | 000859P001-1467A-042<br>CIN00857 | 000860P001-1467A-042<br>CIN00858 | 000861P001-1467A-042<br>CIN00859 |
| 000862P001-1467A-042<br>CIN00860 | 000863P001-1467A-042<br>CIN00861 | 000864P001-1467A-042<br>CIN00862 | 000865P001-1467A-042<br>CIN00863 |
| 000866P001-1467A-042<br>CIN00864 | 000867P001-1467A-042<br>CIN00865 | 000868P001-1467A-042<br>CIN00866 | 000869P001-1467A-042<br>CIN00867 |
| 000870P001-1467A-042<br>CIN00868 | 000871P002-1467A-042<br>CIN00869 | 000872P001-1467A-042<br>CIN00870 | 000873P001-1467A-042<br>CIN00871 |
| 000874P001-1467A-042<br>CIN00872 | 000875P001-1467A-042<br>CIN00873 | 000876P001-1467A-042<br>CIN00874 | 000877P001-1467A-042<br>CIN00875 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

000878P001-1467A-042
CIN00876

000879P001-1467A-042
CIN00877

000880P001-1467A-042
CIN00878

000881P001-1467A-042
CIN00879

000882P001-1467A-042
CIN00880

000883P001-1467A-042
CIN00881

000884P001-1467A-042
CIN00882

000885P001-1467A-042
CIN00883

000886P001-1467A-042
CIN00884

000887P001-1467A-042
CIN00885

000888P001-1467A-042
CIN00886

000889P001-1467A-042
CIN00887

000890P001-1467A-042
CIN00888

000891P001-1467A-042
CIN00889

000892P001-1467A-042
CIN00890

000893P001-1467A-042
CIN00891

000894P001-1467A-042
CIN00892

000895P001-1467A-042
CIN00893

000896P001-1467A-042
CIN00894

000897P001-1467A-042
CIN00895

000898P001-1467A-042
CIN00896

000899P001-1467A-042
CIN00897

000900P001-1467A-042
CIN00898

000901P001-1467A-042
CIN00899

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000902P001-1467A-042<br>CIN00900 | 000903P001-1467A-042<br>CIN00901 | 000904P001-1467A-042<br>CIN00902 | 000905P001-1467A-042<br>CIN00903 |
| 000906P001-1467A-042<br>CIN00904 | 000907P001-1467A-042<br>CIN00905 | 000908P001-1467A-042<br>CIN00906 | 000909P001-1467A-042<br>CIN00907 |
| 000910P001-1467A-042<br>CIN00908 | 000911P002-1467A-042<br>CIN00909 | 000912P001-1467A-042<br>CIN00910 | 000913P001-1467A-042<br>CIN00911 |
| 000914P001-1467A-042<br>CIN00912 | 000915P001-1467A-042<br>CIN00913 | 000916P001-1467A-042<br>CIN00914 | 000917P001-1467A-042<br>CIN00915 |
| 000918P001-1467A-042<br>CIN00916 | 000919P001-1467A-042<br>CIN00917 | 000920P001-1467A-042<br>CIN00918 | 000921P001-1467A-042<br>CIN00919 |
| 000922P001-1467A-042<br>CIN00920 | 000923P001-1467A-042<br>CIN00921 | 000924P001-1467A-042<br>CIN00922 | 000925P001-1467A-042<br>CIN00923 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 42 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 40 of 266

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000926P001-1467A-042<br>CIN00924 | 000927P001-1467A-042<br>CIN00925 | 000928P002-1467A-042<br>CIN00926 | 000929P001-1467A-042<br>CIN00927 |
| 000930P001-1467A-042<br>CIN00928 | 000931P001-1467A-042<br>CIN00929 | 000932P001-1467A-042<br>CIN00930 | 000933P001-1467A-042<br>CIN00931 |
| 000934P001-1467A-042<br>CIN00932 | 000935P001-1467A-042<br>CIN00933 | 000936P001-1467A-042<br>CIN00934 | 000937P001-1467A-042<br>CIN00935 |
| 000938P001-1467A-042<br>CIN00936 | 000939P001-1467A-042<br>CIN00937 | 000940P001-1467A-042<br>CIN00938 | 000941P001-1467A-042<br>CIN00939 |
| 000942P001-1467A-042<br>CIN00940 | 000943P001-1467A-042<br>CIN00941 | 000944P001-1467A-042<br>CIN00942 | 000945P001-1467A-042<br>CIN00943 |
| 000946P001-1467A-042<br>CIN00944 | 000947P001-1467A-042<br>CIN00945 | 000948P001-1467A-042<br>CIN00946 | 000949P002-1467A-042<br>CIN00947 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000950P001-1467A-042 CIN00948 | 000951P001-1467A-042 CIN00949 | 000952P001-1467A-042 CIN00950 | 000953P001-1467A-042 CIN00951 |
|---|---|---|---|
| 000954P001-1467A-042 CIN00952 | 000955P001-1467A-042 CIN00953 | 000956P001-1467A-042 CIN00954 | 000957P001-1467A-042 CIN00955 |
| 000958P001-1467A-042 CIN00956 | 000959P001-1467A-042 CIN00957 | 000960P001-1467A-042 CIN00958 | 000961P001-1467A-042 CIN00959 |
| 000962P001-1467A-042 CIN00960 | 000963P001-1467A-042 CIN00961 | 000964P001-1467A-042 CIN00962 | 000965P001-1467A-042 CIN00963 |
| 000966P001-1467A-042 CIN00964 | 000967P001-1467A-042 CIN00965 | 000968P001-1467A-042 CIN00966 | 000969P001-1467A-042 CIN00967 |
| 000970P001-1467A-042 CIN00968 | 000971P001-1467A-042 CIN00969 | 000972P001-1467A-042 CIN00970 | 000973P001-1467A-042 CIN00971 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 000974P001-1467A-042<br>CIN00972 | 000975P001-1467A-042<br>CIN00973 | 000976P001-1467A-042<br>CIN00974 | 000977P001-1467A-042<br>CIN00975 |
| 000978P001-1467A-042<br>CIN00976 | 000979P001-1467A-042<br>CIN00977 | 000980P001-1467A-042<br>CIN00978 | 000981P001-1467A-042<br>CIN00979 |
| 000982P001-1467A-042<br>CIN00980 | 000983P002-1467A-042<br>CIN00981 | 000984P001-1467A-042<br>CIN00982 | 000985P001-1467A-042<br>CIN00983 |
| 000986P001-1467A-042<br>CIN00984 | 000987P001-1467A-042<br>CIN00985 | 000988P001-1467A-042<br>CIN00986 | 000989P001-1467A-042<br>CIN00987 |
| 000990P001-1467A-042<br>CIN00988 | 000991P001-1467A-042<br>CIN00989 | 000992P003-1467A-042<br>CIN00990 | 000993P001-1467A-042<br>CIN00991 |
| 000994P001-1467A-042<br>CIN00992 | 000995P001-1467A-042<br>CIN00993 | 000996P001-1467A-042<br>CIN00994 | 000997P001-1467A-042<br>CIN00995 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000998P001-1467A-042<br>CIN00996 | 000999P001-1467A-042<br>CIN00997 | 001000P001-1467A-042<br>CIN00998 | 001001P001-1467A-042<br>CIN00999 |
| 001002P001-1467A-042<br>CIN01000 | 001003P001-1467A-042<br>CIN01001 | 001004P001-1467A-042<br>CIN01002 | 001005P002-1467A-042<br>CIN01003 |
| 001006P001-1467A-042<br>CIN01004 | 001007P001-1467A-042<br>CIN01005 | 001008P002-1467A-042<br>CIN01006 | 001009P001-1467A-042<br>CIN01007 |
| 001010P001-1467A-042<br>CIN01008 | 001011P001-1467A-042<br>CIN01009 | 001012P001-1467A-042<br>CIN01010 | 001013P001-1467A-042<br>CIN01011 |
| 001014P001-1467A-042<br>CIN01012 | 001015P001-1467A-042<br>CIN01013 | 001016P001-1467A-042<br>CIN01014 | 001017P001-1467A-042<br>CIN01015 |
| 001018P001-1467A-042<br>CIN01016 | 001019P001-1467A-042<br>CIN01017 | 001020P001-1467A-042<br>CIN01018 | 001021P001-1467A-042<br>CIN01019 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001022P001-1467A-042<br>CIN01020 | 001023P001-1467A-042<br>CIN01021 | 001024P001-1467A-042<br>CIN01022 | 001025P001-1467A-042<br>CIN01023 |
| 001026P001-1467A-042<br>CIN01024 | 001027P001-1467A-042<br>CIN01025 | 001028P001-1467A-042<br>CIN01026 | 001030P001-1467A-042<br>CIN01027 |
| 001031P001-1467A-042<br>CIN01028 | 001032P001-1467A-042<br>CIN01029 | 001033P001-1467A-042<br>CIN01030 | 001034P001-1467A-042<br>CIN01031 |
| 001035P001-1467A-042<br>CIN01032 | 001036P001-1467A-042<br>CIN01033 | 001037P001-1467A-042<br>CIN01034 | 001038P001-1467A-042<br>CIN01035 |
| 001039P001-1467A-042<br>CIN01036 | 001040P001-1467A-042<br>CIN01037 | 001041P001-1467A-042<br>CIN01038 | 001042P001-1467A-042<br>CIN01039 |
| 001043P001-1467A-042<br>CIN01040 | 001044P001-1467A-042<br>CIN01041 | 001045P001-1467A-042<br>CIN01042 | 001046P001-1467A-042<br>CIN01043 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001047P001-1467A-042<br>CIN01044 | 001048P001-1467A-042<br>CIN01045 | 001049P001-1467A-042<br>CIN01046 | 001050P001-1467A-042<br>CIN01047 |
| 001051P001-1467A-042<br>CIN01048 | 001052P001-1467A-042<br>CIN01049 | 001053P001-1467A-042<br>CIN01050 | 001054P001-1467A-042<br>CIN01051 |
| 001055P001-1467A-042<br>CIN01052 | 001056P002-1467A-042<br>CIN01053 | 001057P002-1467A-042<br>CIN01054 | 001058P002-1467A-042<br>CIN01055 |
| 001059P001-1467A-042<br>CIN01056 | 001060P001-1467A-042<br>CIN01057 | 001061P001-1467A-042<br>CIN01058 | 001062P001-1467A-042<br>CIN01059 |
| 001063P002-1467A-042<br>CIN01060 | 001064P001-1467A-042<br>CIN01061 | 001065P001-1467A-042<br>CIN01062 | 001066P001-1467A-042<br>CIN01063 |
| 001067P001-1467A-042<br>CIN01064 | 001068P002-1467A-042<br>CIN01065 | 001069P002-1467A-042<br>CIN01066 | 001070P002-1467A-042<br>CIN01067 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001071P001-1467A-042<br>CIN01068 | 001072P001-1467A-042<br>CIN01069 | 001073P001-1467A-042<br>CIN01070 | 001074P001-1467A-042<br>CIN01071 |
| 001075P001-1467A-042<br>CIN01072 | 001076P002-1467A-042<br>CIN01073 | 001077P001-1467A-042<br>CIN01074 | 001078P001-1467A-042<br>CIN01075 |
| 001079P001-1467A-042<br>CIN01076 | 001080P001-1467A-042<br>CIN01077 | 001081P001-1467A-042<br>CIN01078 | 001082P001-1467A-042<br>CIN01079 |
| 001083P002-1467A-042<br>CIN01080 | 001084P001-1467A-042<br>CIN01081 | 001085P001-1467A-042<br>CIN01082 | 001086P001-1467A-042<br>CIN01083 |
| 001087P001-1467A-042<br>CIN01084 | 001088P001-1467A-042<br>CIN01085 | 001089P001-1467A-042<br>CIN01086 | 001090P001-1467A-042<br>CIN01087 |
| 001091P001-1467A-042<br>CIN01088 | 001092P001-1467A-042<br>CIN01089 | 001093P001-1467A-042<br>CIN01090 | 001094P001-1467A-042<br>CIN01091 |

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001095P001-1467A-042<br>CIN01092 | 001096P001-1467A-042<br>CIN01093 | 001098P001-1467A-042<br>CIN01094 | 001099P001-1467A-042<br>CIN01095 |
| 001100P001-1467A-042<br>CIN01096 | 001101P001-1467A-042<br>CIN01097 | 001102P001-1467A-042<br>CIN01098 | 001103P002-1467A-042<br>CIN01099 |
| 001104P001-1467A-042<br>CIN01100 | 001105P002-1467A-042<br>CIN01101 | 001106P001-1467A-042<br>CIN01102 | 001107P002-1467A-042<br>CIN01103 |
| 001108P001-1467A-042<br>CIN01104 | 001109P001-1467A-042<br>CIN01105 | 001110P001-1467A-042<br>CIN01106 | 001111P001-1467A-042<br>CIN01107 |
| 001112P001-1467A-042<br>CIN01108 | 001113P002-1467A-042<br>CIN01109 | 001114P002-1467A-042<br>CIN01110 | 001115P001-1467A-042<br>CIN01111 |
| 001116P001-1467A-042<br>CIN01112 | 001117P001-1467A-042<br>CIN01113 | 001118P001-1467A-042<br>CIN01114 | 001119P001-1467A-042<br>CIN01115 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001120P001-1467A-042<br>CIN01116 | 001121P001-1467A-042<br>CIN01117 | 001122P001-1467A-042<br>CIN01118 | 001123P001-1467A-042<br>CIN01119 |
| 001124P001-1467A-042<br>CIN01120 | 001125P002-1467A-042<br>CIN01121 | 001126P001-1467A-042<br>CIN01122 | 001127P001-1467A-042<br>CIN01123 |
| 001128P001-1467A-042<br>CIN01124 | 001129P001-1467A-042<br>CIN01125 | 001130P001-1467A-042<br>CIN01126 | 001131P002-1467A-042<br>CIN01127 |
| 001132P001-1467A-042<br>CIN01128 | 001133P001-1467A-042<br>CIN01129 | 001134P001-1467A-042<br>CIN01130 | 001135P001-1467A-042<br>CIN01131 |
| 001136P001-1467A-042<br>CIN01132 | 001137P001-1467A-042<br>CIN01133 | 001138P001-1467A-042<br>CIN01134 | 001139P002-1467A-042<br>CIN01135 |
| 001140P003-1467A-042<br>CIN01136 | 001141P001-1467A-042<br>CIN01137 | 001142P001-1467A-042<br>CIN01138 | 001143P001-1467A-042<br>CIN01139 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001144P002-1467A-042<br>CIN01140 | 001145P001-1467A-042<br>CIN01141 | 001146P001-1467A-042<br>CIN01142 | 001147P001-1467A-042<br>CIN01143 |
| 001148P001-1467A-042<br>CIN01144 | 001149P002-1467A-042<br>CIN01145 | 001150P002-1467A-042<br>CIN01146 | 001151P001-1467A-042<br>CIN01147 |
| 001152P001-1467A-042<br>CIN01148 | 001153P001-1467A-042<br>CIN01149 | 001154P001-1467A-042<br>CIN01150 | 001155P001-1467A-042<br>CIN01151 |
| 001156P001-1467A-042<br>CIN01152 | 001157P001-1467A-042<br>CIN01153 | 001158P001-1467A-042<br>CIN01154 | 001159P001-1467A-042<br>CIN01155 |
| 001160P002-1467A-042<br>CIN01156 | 001161P002-1467A-042<br>CIN01157 | 001162P001-1467A-042<br>CIN01158 | 001163P001-1467A-042<br>CIN01159 |
| 001164P001-1467A-042<br>CIN01160 | 001165P001-1467A-042<br>CIN01161 | 001166P001-1467A-042<br>CIN01162 | 001167P001-1467A-042<br>CIN01163 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

001168P001-1467A-042
CIN01164

001169P001-1467A-042
CIN01165

001170P002-1467A-042
CIN01166

001171P001-1467A-042
CIN01167

001172P001-1467A-042
CIN01168

001173P001-1467A-042
CIN01169

001174P001-1467A-042
CIN01170

001175P001-1467A-042
CIN01171

001176P001-1467A-042
CIN01172

001177P001-1467A-042
CIN01173

001178P001-1467A-042
CIN01174

001179P001-1467A-042
CIN01175

001180P001-1467A-042
CIN01176

001181P001-1467A-042
CIN01177

001182P001-1467A-042
CIN01178

001183P001-1467A-042
CIN01179

001184P001-1467A-042
CIN01180

001185P001-1467A-042
CIN01181

001186P001-1467A-042
CIN01182

001187P001-1467A-042
CIN01183

001188P001-1467A-042
CIN01184

001189P001-1467A-042
CIN01185

001190P001-1467A-042
CIN01186

001191P001-1467A-042
CIN01187

Case 20-12836-JTD   Doc 364   Filed 01/19/21   Page 53 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 51 of 266

01/14/2021 08:22:21 PM

001192P001-1467A-042
CIN01188

001193P001-1467A-042
CIN01189

001194P001-1467A-042
CIN01190

001195P001-1467A-042
CIN01191

001196P001-1467A-042
CIN01192

001197P001-1467A-042
CIN01193

001198P001-1467A-042
CIN01194

001199P001-1467A-042
CIN01195

001200P003-1467A-042
CIN01196

001201P001-1467A-042
CIN01197

001202P001-1467A-042
CIN01198

001203P003-1467A-042
CIN01199

001204P001-1467A-042
CIN01200

001205P001-1467A-042
CIN01201

001206P001-1467A-042
CIN01202

001207P001-1467A-042
CIN01203

001208P002-1467A-042
CIN01204

001209P001-1467A-042
CIN01205

001210P001-1467A-042
CIN01206

001211P001-1467A-042
CIN01207

001212P001-1467A-042
CIN01208

001213P001-1467A-042
CIN01209

001214P001-1467A-042
CIN01210

001215P001-1467A-042
CIN01211

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 001216P001-1467A-042<br>CIN01212 | 001217P001-1467A-042<br>CIN01213 | 001218P001-1467A-042<br>CIN01214 | 001219P001-1467A-042<br>CIN01215 |
| 001220P001-1467A-042<br>CIN01216 | 001221P001-1467A-042<br>CIN01217 | 001222P001-1467A-042<br>CIN01218 | 001223P001-1467A-042<br>CIN01219 |
| 001224P001-1467A-042<br>CIN01220 | 001225P001-1467A-042<br>CIN01221 | 001226P002-1467A-042<br>CIN01222 | 001227P001-1467A-042<br>CIN01223 |
| 001228P001-1467A-042<br>CIN01224 | 001229P001-1467A-042<br>CIN01225 | 001230P001-1467A-042<br>CIN01226 | 001231P001-1467A-042<br>CIN01227 |
| 001232P001-1467A-042<br>CIN01228 | 001233P001-1467A-042<br>CIN01229 | 001234P001-1467A-042<br>CIN01230 | 001235P001-1467A-042<br>CIN01231 |
| 001236P001-1467A-042<br>CIN01232 | 001237P001-1467A-042<br>CIN01233 | 001238P001-1467A-042<br>CIN01234 | 001239P001-1467A-042<br>CIN01235 |

| | | | |
|---|---|---|---|
| 001240P001-1467A-042<br>CIN01236 | 001241P001-1467A-042<br>CIN01237 | 001242P001-1467A-042<br>CIN01238 | 001243P001-1467A-042<br>CIN01239 |
| 001244P001-1467A-042<br>CIN01240 | 001245P001-1467A-042<br>CIN01241 | 001246P001-1467A-042<br>CIN01242 | 001247P001-1467A-042<br>CIN01243 |
| 001248P001-1467A-042<br>CIN01244 | 001249P001-1467A-042<br>CIN01245 | 001250P001-1467A-042<br>CIN01246 | 001251P002-1467A-042<br>CIN01247 |
| 001252P001-1467A-042<br>CIN01248 | 001253P002-1467A-042<br>CIN01249 | 001253P002-1467A-042<br>CIN01249 | 001254P001-1467A-042<br>CIN01250 |
| 001255P002-1467A-042<br>CIN01251 | 001256P001-1467A-042<br>CIN01252 | 001257P001-1467A-042<br>CIN01253 | 001258P001-1467A-042<br>CIN01254 |
| 001259P002-1467A-042<br>CIN01255 | 001260P001-1467A-042<br>CIN01256 | 001261P001-1467A-042<br>CIN01257 | 001262P001-1467A-042<br>CIN01258 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001263P001-1467A-042<br>CIN01259 | 001264P001-1467A-042<br>CIN01260 | 001265P001-1467A-042<br>CIN01261 | 001266P001-1467A-042<br>CIN01262 |
| 001267P001-1467A-042<br>CIN01263 | 001268P002-1467A-042<br>CIN01264 | 001269P001-1467A-042<br>CIN01265 | 001270P001-1467A-042<br>CIN01266 |
| 001271P001-1467A-042<br>CIN01267 | 001272P001-1467A-042<br>CIN01268 | 001273P001-1467A-042<br>CIN01269 | 001274P001-1467A-042<br>CIN01270 |
| 001275P001-1467A-042<br>CIN01271 | 001276P001-1467A-042<br>CIN01272 | 001277P001-1467A-042<br>CIN01273 | 001278P001-1467A-042<br>CIN01274 |
| 001279P001-1467A-042<br>CIN01275 | 001280P001-1467A-042<br>CIN01276 | 001281P002-1467A-042<br>CIN01277 | 001282P001-1467A-042<br>CIN01278 |
| 001283P001-1467A-042<br>CIN01279 | 001284P001-1467A-042<br>CIN01280 | 001285P002-1467A-042<br>CIN01281 | 001286P001-1467A-042<br>CIN01282 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001287P001-1467A-042<br>CIN01283 | 001288P002-1467A-042<br>CIN01284 | 001289P001-1467A-042<br>CIN01285 | 001290P001-1467A-042<br>CIN01286 |
| 001291P001-1467A-042<br>CIN01287 | 001292P001-1467A-042<br>CIN01288 | 001293P001-1467A-042<br>CIN01289 | 001294P001-1467A-042<br>CIN01290 |
| 001295P001-1467A-042<br>CIN01291 | 001296P001-1467A-042<br>CIN01292 | 001297P002-1467A-042<br>CIN01293 | 001298P002-1467A-042<br>CIN01294 |
| 001299P001-1467A-042<br>CIN01295 | 001300P001-1467A-042<br>CIN01296 | 001301P001-1467A-042<br>CIN01297 | 001302P001-1467A-042<br>CIN01298 |
| 001303P001-1467A-042<br>CIN01299 | 001304P001-1467A-042<br>CIN01300 | 001305P002-1467A-042<br>CIN01301 | 001306P001-1467A-042<br>CIN01302 |
| 001307P001-1467A-042<br>CIN01303 | 001308P001-1467A-042<br>CIN01304 | 001309P001-1467A-042<br>CIN01305 | 001310P001-1467A-042<br>CIN01306 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001311P001-1467A-042<br>CIN01307 | 001312P001-1467A-042<br>CIN01308 | 001313P001-1467A-042<br>CIN01309 | 001314P001-1467A-042<br>CIN01310 |
| 001315P001-1467A-042<br>CIN01311 | 001316P001-1467A-042<br>CIN01312 | 001317P001-1467A-042<br>CIN01313 | 001318P001-1467A-042<br>CIN01314 |
| 001319P003-1467A-042<br>CIN01315 | 001320P001-1467A-042<br>CIN01316 | 001321P001-1467A-042<br>CIN01317 | 001322P001-1467A-042<br>CIN01318 |
| 001323P001-1467A-042<br>CIN01319 | 001324P001-1467A-042<br>CIN01320 | 001325P001-1467A-042<br>CIN01321 | 001326P001-1467A-042<br>CIN01322 |
| 001327P001-1467A-042<br>CIN01323 | 001328P001-1467A-042<br>CIN01324 | 001329P001-1467A-042<br>CIN01325 | 001330P002-1467A-042<br>CIN01326 |
| 001330P002-1467A-042<br>CIN01326 | 001331P002-1467A-042<br>CIN01327 | 001332P001-1467A-042<br>CIN01328 | 001333P001-1467A-042<br>CIN01329 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

001334P001-1467A-042
CIN01330

001335P001-1467A-042
CIN01331

001336P002-1467A-042
CIN01332

001337P001-1467A-042
CIN01333

001338P001-1467A-042
CIN01334

001339P001-1467A-042
CIN01335

001340P001-1467A-042
CIN01336

001341P001-1467A-042
CIN01337

001342P001-1467A-042
CIN01338

000005P002-1467A-042
CIN01339

001343P001-1467A-042
CIN01340

001344P001-1467A-042
CIN01341

006256P002-1467A-042
CIN01342

001345P001-1467A-042
CIN01343

001346P001-1467A-042
CIN01344

001347P001-1467A-042
CIN01345

001348P001-1467A-042
CIN01346

001349P001-1467A-042
CIN01347

001350P001-1467A-042
CIN01348

001351P001-1467A-042
CIN01349

001352P001-1467A-042
CIN01350

001353P001-1467A-042
CIN01351

001354P002-1467A-042
CIN01352

001355P001-1467A-042
CIN01353

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001356P001-1467A-042<br>CIN01354 | 001357P001-1467A-042<br>CIN01355 | 001358P002-1467A-042<br>CIN01356 | 001359P002-1467A-042<br>CIN01357 |
| 001360P001-1467A-042<br>CIN01358 | 001361P001-1467A-042<br>CIN01359 | 001362P001-1467A-042<br>CIN01360 | 001363P001-1467A-042<br>CIN01361 |
| 001364P001-1467A-042<br>CIN01362 | 001365P002-1467A-042<br>CIN01363 | 001365P002-1467A-042<br>CIN01363 | 001366P001-1467A-042<br>CIN01364 |
| 001367P001-1467A-042<br>CIN01365 | 001368P001-1467A-042<br>CIN01366 | 001369P001-1467A-042<br>CIN01367 | 001370P001-1467A-042<br>CIN01368 |
| 001371P001-1467A-042<br>CIN01369 | 001372P003-1467A-042<br>CIN01370 | 001373P001-1467A-042<br>CIN01371 | 001374P001-1467A-042<br>CIN01372 |
| 001375P001-1467A-042<br>CIN01373 | 001376P001-1467A-042<br>CIN01374 | 001377P001-1467A-042<br>CIN01375 | 001378P001-1467A-042<br>CIN01376 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 61 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 59 of 266                                                                01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001379P002-1467A-042<br>CIN01377 | 001380P001-1467A-042<br>CIN01378 | 001381P001-1467A-042<br>CIN01379 | 001382P001-1467A-042<br>CIN01380 |
| 001383P001-1467A-042<br>CIN01381 | 001384P001-1467A-042<br>CIN01382 | 001385P001-1467A-042<br>CIN01383 | 001386P001-1467A-042<br>CIN01384 |
| 001387P001-1467A-042<br>CIN01385 | 001388P001-1467A-042<br>CIN01386 | 001389P001-1467A-042<br>CIN01387 | 001390P001-1467A-042<br>CIN01388 |
| 001391P002-1467A-042<br>CIN01389 | 001392P001-1467A-042<br>CIN01390 | 001393P001-1467A-042<br>CIN01391 | 001394P001-1467A-042<br>CIN01392 |
| 001395P001-1467A-042<br>CIN01393 | 001396P001-1467A-042<br>CIN01394 | 001397P001-1467A-042<br>CIN01395 | 001398P001-1467A-042<br>CIN01396 |
| 001399P001-1467A-042<br>CIN01397 | 001400P001-1467A-042<br>CIN01398 | 001401P001-1467A-042<br>CIN01399 | 001402P001-1467A-042<br>CIN01400 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001403P001-1467A-042<br>CIN01401 | 001404P001-1467A-042<br>CIN01402 | 001405P001-1467A-042<br>CIN01403 | 001406P001-1467A-042<br>CIN01404 |
| 001407P001-1467A-042<br>CIN01405 | 001408P001-1467A-042<br>CIN01406 | 001409P001-1467A-042<br>CIN01407 | 001410P001-1467A-042<br>CIN01408 |
| 001411P001-1467A-042<br>CIN01409 | 001412P001-1467A-042<br>CIN01410 | 001413P001-1467A-042<br>CIN01411 | 001414P001-1467A-042<br>CIN01412 |
| 001415P002-1467A-042<br>CIN01413 | 001416P001-1467A-042<br>CIN01414 | 001417P001-1467A-042<br>CIN01415 | 001418P001-1467A-042<br>CIN01416 |
| 001419P001-1467A-042<br>CIN01417 | 001420P001-1467A-042<br>CIN01418 | 001421P001-1467A-042<br>CIN01419 | 001422P001-1467A-042<br>CIN01420 |
| 001423P001-1467A-042<br>CIN01421 | 001424P001-1467A-042<br>CIN01422 | 001425P001-1467A-042<br>CIN01423 | 001426P002-1467A-042<br>CIN01424 |

| | | | |
|---|---|---|---|
| 001427P001-1467A-042<br>CIN01425 | 001428P001-1467A-042<br>CIN01426 | 001429P001-1467A-042<br>CIN01427 | 001430P001-1467A-042<br>CIN01428 |
| 001431P001-1467A-042<br>CIN01429 | 001432P001-1467A-042<br>CIN01430 | 001433P001-1467A-042<br>CIN01431 | 001434P002-1467A-042<br>CIN01432 |
| 001435P001-1467A-042<br>CIN01433 | 001436P001-1467A-042<br>CIN01434 | 001437P001-1467A-042<br>CIN01435 | 001438P001-1467A-042<br>CIN01436 |
| 001439P001-1467A-042<br>CIN01437 | 001440P001-1467A-042<br>CIN01438 | 001441P001-1467A-042<br>CIN01439 | 001442P001-1467A-042<br>CIN01440 |
| 001443P001-1467A-042<br>CIN01441 | 001444P001-1467A-042<br>CIN01442 | 001445P001-1467A-042<br>CIN01443 | 001446P001-1467A-042<br>CIN01444 |
| 001447P001-1467A-042<br>CIN01445 | 001448P001-1467A-042<br>CIN01446 | 001449P001-1467A-042<br>CIN01447 | 001450P001-1467A-042<br>CIN01448 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001451P001-1467A-042<br>CIN01449 | 001452P001-1467A-042<br>CIN01450 | 001453P001-1467A-042<br>CIN01451 | 001454P001-1467A-042<br>CIN01452 |
| 001455P001-1467A-042<br>CIN01453 | 001456P001-1467A-042<br>CIN01454 | 001457P001-1467A-042<br>CIN01455 | 001458P001-1467A-042<br>CIN01456 |
| 001459P001-1467A-042<br>CIN01457 | 001460P001-1467A-042<br>CIN01458 | 001461P001-1467A-042<br>CIN01459 | 001462P002-1467A-042<br>CIN01460 |
| 001463P001-1467A-042<br>CIN01461 | 001464P001-1467A-042<br>CIN01462 | 001465P001-1467A-042<br>CIN01463 | 001466P001-1467A-042<br>CIN01464 |
| 001467P001-1467A-042<br>CIN01465 | 001468P001-1467A-042<br>CIN01466 | 001469P001-1467A-042<br>CIN01467 | 001470P001-1467A-042<br>CIN01468 |
| 001471P001-1467A-042<br>CIN01469 | 001472P001-1467A-042<br>CIN01470 | 001473P001-1467A-042<br>CIN01471 | 001474P002-1467A-042<br>CIN01472 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 65 of 294
Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 63 of 266                                                                01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001474P002-1467A-042<br>CIN01472 | 001475P001-1467A-042<br>CIN01473 | 001476P001-1467A-042<br>CIN01474 | 001477P001-1467A-042<br>CIN01475 |
| 001478P001-1467A-042<br>CIN01476 | 001479P001-1467A-042<br>CIN01477 | 001480P001-1467A-042<br>CIN01478 | 001481P001-1467A-042<br>CIN01479 |
| 001482P001-1467A-042<br>CIN01480 | 001483P001-1467A-042<br>CIN01481 | 000004P002-1467A-042<br>CIN01482 | 001484P001-1467A-042<br>CIN01483 |
| 001485P001-1467A-042<br>CIN01484 | 001486P001-1467A-042<br>CIN01485 | 001487P001-1467A-042<br>CIN01486 | 001488P001-1467A-042<br>CIN01487 |
| 001489P001-1467A-042<br>CIN01488 | 001490P001-1467A-042<br>CIN01489 | 001491P001-1467A-042<br>CIN01490 | 001492P001-1467A-042<br>CIN01491 |
| 001493P001-1467A-042<br>CIN01492 | 001494P001-1467A-042<br>CIN01493 | 001495P001-1467A-042<br>CIN01494 | 001496P001-1467A-042<br>CIN01495 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001497P001-1467A-042<br>CIN01496 | 001498P001-1467A-042<br>CIN01497 | 001499P002-1467A-042<br>CIN01498 | 001500P002-1467A-042<br>CIN01499 |
| 001501P001-1467A-042<br>CIN01500 | 001502P001-1467A-042<br>CIN01501 | 001503P001-1467A-042<br>CIN01502 | 001504P001-1467A-042<br>CIN01503 |
| 001505P001-1467A-042<br>CIN01504 | 001506P001-1467A-042<br>CIN01505 | 001507P001-1467A-042<br>CIN01506 | 001508P001-1467A-042<br>CIN01507 |
| 001509P001-1467A-042<br>CIN01508 | 001510P001-1467A-042<br>CIN01509 | 001511P001-1467A-042<br>CIN01510 | 001512P001-1467A-042<br>CIN01511 |
| 001513P001-1467A-042<br>CIN01512 | 001514P001-1467A-042<br>CIN01513 | 001515P002-1467A-042<br>CIN01514 | 001516P001-1467A-042<br>CIN01515 |
| 001517P002-1467A-042<br>CIN01516 | 001518P002-1467A-042<br>CIN01517 | 001519P001-1467A-042<br>CIN01518 | 001520P001-1467A-042<br>CIN01519 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001521P001-1467A-042<br>CIN01520 | 001522P001-1467A-042<br>CIN01521 | 001523P001-1467A-042<br>CIN01522 | 001524P001-1467A-042<br>CIN01523 |
| 001525P001-1467A-042<br>CIN01524 | 001526P001-1467A-042<br>CIN01525 | 001527P001-1467A-042<br>CIN01526 | 001528P001-1467A-042<br>CIN01527 |
| 001529P002-1467A-042<br>CIN01528 | 001530P001-1467A-042<br>CIN01529 | 001531P001-1467A-042<br>CIN01530 | 001532P001-1467A-042<br>CIN01531 |
| 001533P001-1467A-042<br>CIN01532 | 001534P001-1467A-042<br>CIN01533 | 001535P001-1467A-042<br>CIN01534 | 001536P001-1467A-042<br>CIN01535 |
| 001537P001-1467A-042<br>CIN01536 | 001538P001-1467A-042<br>CIN01537 | 001539P001-1467A-042<br>CIN01538 | 001540P003-1467A-042<br>CIN01539 |
| 001541P001-1467A-042<br>CIN01540 | 001542P001-1467A-042<br>CIN01541 | 001543P001-1467A-042<br>CIN01542 | 001544P001-1467A-042<br>CIN01543 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001545P002-1467A-042<br>CIN01544 | 001546P001-1467A-042<br>CIN01545 | 001547P002-1467A-042<br>CIN01546 | 001548P001-1467A-042<br>CIN01547 |
| 001549P001-1467A-042<br>CIN01548 | 001550P001-1467A-042<br>CIN01549 | 001551P001-1467A-042<br>CIN01550 | 001552P001-1467A-042<br>CIN01551 |
| 001553P001-1467A-042<br>CIN01552 | 001554P001-1467A-042<br>CIN01553 | 001555P001-1467A-042<br>CIN01554 | 001556P001-1467A-042<br>CIN01555 |
| 001557P001-1467A-042<br>CIN01556 | 001558P001-1467A-042<br>CIN01557 | 001559P002-1467A-042<br>CIN01558 | 001560P001-1467A-042<br>CIN01559 |
| 001561P001-1467A-042<br>CIN01560 | 001562P001-1467A-042<br>CIN01561 | 001563P001-1467A-042<br>CIN01562 | 001564P001-1467A-042<br>CIN01563 |
| 001565P001-1467A-042<br>CIN01564 | 001566P001-1467A-042<br>CIN01565 | 001567P001-1467A-042<br>CIN01566 | 001568P001-1467A-042<br>CIN01567 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001569P001-1467A-042<br>CIN01568 | 001570P001-1467A-042<br>CIN01569 | 001571P001-1467A-042<br>CIN01570 | 001572P001-1467A-042<br>CIN01571 |
| 001573P001-1467A-042<br>CIN01572 | 001574P001-1467A-042<br>CIN01573 | 001575P001-1467A-042<br>CIN01574 | 001576P001-1467A-042<br>CIN01575 |
| 001577P001-1467A-042<br>CIN01576 | 001578P001-1467A-042<br>CIN01577 | 001579P002-1467A-042<br>CIN01578 | 001579P002-1467A-042<br>CIN01578 |
| 001580P001-1467A-042<br>CIN01579 | 001581P001-1467A-042<br>CIN01580 | 001582P001-1467A-042<br>CIN01581 | 001583P001-1467A-042<br>CIN01582 |
| 001584P001-1467A-042<br>CIN01583 | 001585P001-1467A-042<br>CIN01584 | 001586P002-1467A-042<br>CIN01585 | 001587P001-1467A-042<br>CIN01586 |
| 001588P001-1467A-042<br>CIN01587 | 001589P001-1467A-042<br>CIN01588 | 001590P001-1467A-042<br>CIN01589 | 001591P001-1467A-042<br>CIN01590 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001592P001-1467A-042<br>CIN01591 | 001593P002-1467A-042<br>CIN01592 | 001594P001-1467A-042<br>CIN01593 | 001595P001-1467A-042<br>CIN01594 |
| 001596P001-1467A-042<br>CIN01595 | 001597P001-1467A-042<br>CIN01596 | 001598P002-1467A-042<br>CIN01597 | 001598P002-1467A-042<br>CIN01597 |
| 001599P001-1467A-042<br>CIN01598 | 001600P001-1467A-042<br>CIN01599 | 001601P001-1467A-042<br>CIN01600 | 001602P001-1467A-042<br>CIN01601 |
| 001603P001-1467A-042<br>CIN01602 | 001604P001-1467A-042<br>CIN01603 | 001605P001-1467A-042<br>CIN01604 | 001606P001-1467A-042<br>CIN01605 |
| 001607P002-1467A-042<br>CIN01606 | 001608P001-1467A-042<br>CIN01607 | 001609P001-1467A-042<br>CIN01608 | 001610P001-1467A-042<br>CIN01609 |
| 001611P001-1467A-042<br>CIN01610 | 001612P001-1467A-042<br>CIN01611 | 001613P002-1467A-042<br>CIN01612 | 001614P001-1467A-042<br>CIN01613 |

Case 20-12836-JTD   Doc 364   Filed 01/19/21   Page 71 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 69 of 266

01/14/2021 08:22:21 PM

001615P001-1467A-042
CIN01614

001616P002-1467A-042
CIN01615

001617P001-1467A-042
CIN01616

001618P001-1467A-042
CIN01617

001619P001-1467A-042
CIN01618

001620P001-1467A-042
CIN01619

001621P001-1467A-042
CIN01620

001622P002-1467A-042
CIN01621

001623P001-1467A-042
CIN01622

001624P001-1467A-042
CIN01623

001625P001-1467A-042
CIN01624

001626P004-1467A-042
CIN01625

001627P001-1467A-042
CIN01626

001628P001-1467A-042
CIN01627

001629P002-1467A-042
CIN01628

001630P001-1467A-042
CIN01629

001631P001-1467A-042
CIN01630

001632P001-1467A-042
CIN01631

001633P001-1467A-042
CIN01632

001634P001-1467A-042
CIN01633

001635P001-1467A-042
CIN01634

001636P001-1467A-042
CIN01635

001637P001-1467A-042
CIN01636

001638P001-1467A-042
CIN01637

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001639P001-1467A-042<br>CIN01638 | 001640P001-1467A-042<br>CIN01639 | 001029P001-1467A-042<br>CIN01640 | 001641P002-1467A-042<br>CIN01641 |
| 001642P001-1467A-042<br>CIN01642 | 001643P001-1467A-042<br>CIN01643 | 001644P001-1467A-042<br>CIN01644 | 001645P001-1467A-042<br>CIN01645 |
| 001646P001-1467A-042<br>CIN01646 | 001647P001-1467A-042<br>CIN01647 | 001648P001-1467A-042<br>CIN01648 | 001649P001-1467A-042<br>CIN01649 |
| 001650P001-1467A-042<br>CIN01650 | 001651P001-1467A-042<br>CIN01651 | 001652P001-1467A-042<br>CIN01652 | 001653P001-1467A-042<br>CIN01653 |
| 001654P002-1467A-042<br>CIN01654 | 001655P001-1467A-042<br>CIN01655 | 001656P001-1467A-042<br>CIN01656 | 001657P002-1467A-042<br>CIN01657 |
| 001658P001-1467A-042<br>CIN01658 | 001659P001-1467A-042<br>CIN01659 | 001660P001-1467A-042<br>CIN01660 | 001661P001-1467A-042<br>CIN01661 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001662P001-1467A-042<br>CIN01662 | 001663P001-1467A-042<br>CIN01663 | 001664P001-1467A-042<br>CIN01664 | 001665P001-1467A-042<br>CIN01665 |
| 001666P001-1467A-042<br>CIN01666 | 001667P001-1467A-042<br>CIN01667 | 001668P001-1467A-042<br>CIN01668 | 001669P001-1467A-042<br>CIN01669 |
| 001670P001-1467A-042<br>CIN01670 | 001671P001-1467A-042<br>CIN01671 | 001672P002-1467A-042<br>CIN01672 | 001673P001-1467A-042<br>CIN01673 |
| 001674P001-1467A-042<br>CIN01674 | 001675P001-1467A-042<br>CIN01675 | 001676P001-1467A-042<br>CIN01676 | 001677P001-1467A-042<br>CIN01677 |
| 001678P001-1467A-042<br>CIN01678 | 001679P002-1467A-042<br>CIN01679 | 001680P001-1467A-042<br>CIN01680 | 001681P001-1467A-042<br>CIN01681 |
| 001682P001-1467A-042<br>CIN01682 | 001683P002-1467A-042<br>CIN01683 | 001684P001-1467A-042<br>CIN01684 | 001685P001-1467A-042<br>CIN01685 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001686P001-1467A-042<br>CIN01686 | 001687P001-1467A-042<br>CIN01687 | 001688P001-1467A-042<br>CIN01688 | 001689P001-1467A-042<br>CIN01689 |
| 001690P002-1467A-042<br>CIN01690 | 001691P001-1467A-042<br>CIN01691 | 001692P001-1467A-042<br>CIN01692 | 001693P001-1467A-042<br>CIN01693 |
| 001694P001-1467A-042<br>CIN01694 | 001695P001-1467A-042<br>CIN01695 | 001696P001-1467A-042<br>CIN01696 | 001697P001-1467A-042<br>CIN01697 |
| 001698P001-1467A-042<br>CIN01698 | 001699P001-1467A-042<br>CIN01699 | 001700P001-1467A-042<br>CIN01700 | 001701P001-1467A-042<br>CIN01701 |
| 001702P001-1467A-042<br>CIN01702 | 001703P001-1467A-042<br>CIN01703 | 001704P001-1467A-042<br>CIN01704 | 001705P001-1467A-042<br>CIN01705 |
| 001706P001-1467A-042<br>CIN01706 | 001707P001-1467A-042<br>CIN01707 | 001708P001-1467A-042<br>CIN01708 | 001709P001-1467A-042<br>CIN01709 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001710P001-1467A-042<br>CIN01710 | 001711P001-1467A-042<br>CIN01711 | 001712P001-1467A-042<br>CIN01712 | 001713P002-1467A-042<br>CIN01713 |
| 001713P002-1467A-042<br>CIN01713 | 001714P001-1467A-042<br>CIN01714 | 001715P001-1467A-042<br>CIN01715 | 001716P001-1467A-042<br>CIN01716 |
| 001717P001-1467A-042<br>CIN01717 | 001718P001-1467A-042<br>CIN01718 | 001719P001-1467A-042<br>CIN01719 | 001720P001-1467A-042<br>CIN01720 |
| 001721P001-1467A-042<br>CIN01721 | 001722P001-1467A-042<br>CIN01722 | 001723P001-1467A-042<br>CIN01723 | 001724P001-1467A-042<br>CIN01724 |
| 001725P001-1467A-042<br>CIN01725 | 001726P002-1467A-042<br>CIN01726 | 001727P001-1467A-042<br>CIN01727 | 001728P001-1467A-042<br>CIN01728 |
| 001729P002-1467A-042<br>CIN01729 | 001730P002-1467A-042<br>CIN01730 | 001731P001-1467A-042<br>CIN01731 | 001732P001-1467A-042<br>CIN01732 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 76 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 74 of 266                                                                    01/14/2021 08:22:21 PM

001733P001-1467A-042
CIN01733

001734P001-1467A-042
CIN01734

001735P001-1467A-042
CIN01735

001736P001-1467A-042
CIN01736

001737P001-1467A-042
CIN01737

001738P001-1467A-042
CIN01738

001739P001-1467A-042
CIN01739

001740P002-1467A-042
CIN01740

001741P001-1467A-042
CIN01741

001742P001-1467A-042
CIN01742

001743P001-1467A-042
CIN01743

001744P001-1467A-042
CIN01744

001745P001-1467A-042
CIN01745

001746P001-1467A-042
CIN01746

001747P002-1467A-042
CIN01747

001748P001-1467A-042
CIN01748

001749P001-1467A-042
CIN01749

001750P001-1467A-042
CIN01750

001751P001-1467A-042
CIN01751

001752P001-1467A-042
CIN01752

001753P001-1467A-042
CIN01753

001754P001-1467A-042
CIN01754

001755P001-1467A-042
CIN01755

001756P001-1467A-042
CIN01756

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001757P001-1467A-042<br>CIN01757 | 001758P001-1467A-042<br>CIN01758 | 001759P001-1467A-042<br>CIN01759 | 001760P001-1467A-042<br>CIN01760 |
| 001761P001-1467A-042<br>CIN01761 | 001762P001-1467A-042<br>CIN01762 | 001763P001-1467A-042<br>CIN01763 | 001764P001-1467A-042<br>CIN01764 |
| 001765P001-1467A-042<br>CIN01765 | 001766P001-1467A-042<br>CIN01766 | 001767P001-1467A-042<br>CIN01767 | 001768P001-1467A-042<br>CIN01768 |
| 001769P001-1467A-042<br>CIN01769 | 001770P002-1467A-042<br>CIN01770 | 001771P001-1467A-042<br>CIN01771 | 001772P001-1467A-042<br>CIN01772 |
| 001773P001-1467A-042<br>CIN01773 | 001774P001-1467A-042<br>CIN01774 | 001775P001-1467A-042<br>CIN01775 | 001776P001-1467A-042<br>CIN01776 |
| 001777P001-1467A-042<br>CIN01777 | 001778P001-1467A-042<br>CIN01778 | 001779P001-1467A-042<br>CIN01779 | 001780P001-1467A-042<br>CIN01780 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 78 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 76 of 266                                                                            01/14/2021 08:22:21 PM

001781P001-1467A-042
CIN01781

001782P001-1467A-042
CIN01782

001783P001-1467A-042
CIN01783

001784P001-1467A-042
CIN01784

001785P001-1467A-042
CIN01785

001786P001-1467A-042
CIN01786

001787P001-1467A-042
CIN01787

001788P001-1467A-042
CIN01788

001789P002-1467A-042
CIN01789

001790P001-1467A-042
CIN01790

001791P001-1467A-042
CIN01791

001792P001-1467A-042
CIN01792

001793P001-1467A-042
CIN01793

001794P001-1467A-042
CIN01794

001795P001-1467A-042
CIN01795

001796P001-1467A-042
CIN01796

001797P001-1467A-042
CIN01797

001798P001-1467A-042
CIN01798

001799P002-1467A-042
CIN01799

001800P001-1467A-042
CIN01800

001801P003-1467A-042
CIN01801

001802P001-1467A-042
CIN01802

001803P002-1467A-042
CIN01803

001804P001-1467A-042
CIN01804

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

001805P001-1467A-042
CIN01805

001806P001-1467A-042
CIN01806

001807P001-1467A-042
CIN01807

001808P001-1467A-042
CIN01808

001809P001-1467A-042
CIN01809

001810P001-1467A-042
CIN01810

001811P001-1467A-042
CIN01811

001812P001-1467A-042
CIN01812

001813P001-1467A-042
CIN01813

001814P001-1467A-042
CIN01814

001815P001-1467A-042
CIN01815

001816P001-1467A-042
CIN01816

001817P001-1467A-042
CIN01817

001818P001-1467A-042
CIN01818

001819P001-1467A-042
CIN01819

001820P001-1467A-042
CIN01820

001821P001-1467A-042
CIN01821

001822P001-1467A-042
CIN01822

001823P001-1467A-042
CIN01823

001824P002-1467A-042
CIN01824

001825P001-1467A-042
CIN01825

001826P001-1467A-042
CIN01826

001827P001-1467A-042
CIN01827

001828P001-1467A-042
CIN01828

| | | | |
|---|---|---|---|
| 001829P001-1467A-042<br>CIN01829 | 001830P001-1467A-042<br>CIN01830 | 001831P001-1467A-042<br>CIN01831 | 001832P001-1467A-042<br>CIN01832 |
| 001833P001-1467A-042<br>CIN01833 | 001834P001-1467A-042<br>CIN01834 | 001835P001-1467A-042<br>CIN01835 | 001836P002-1467A-042<br>CIN01836 |
| 001837P001-1467A-042<br>CIN01837 | 001838P001-1467A-042<br>CIN01838 | 001839P002-1467A-042<br>CIN01839 | 001840P001-1467A-042<br>CIN01840 |
| 001841P001-1467A-042<br>CIN01841 | 001842P001-1467A-042<br>CIN01842 | 001843P001-1467A-042<br>CIN01843 | 001844P001-1467A-042<br>CIN01844 |
| 001845P001-1467A-042<br>CIN01845 | 001846P002-1467A-042<br>CIN01846 | 001847P001-1467A-042<br>CIN01847 | 001848P001-1467A-042<br>CIN01848 |
| 001849P001-1467A-042<br>CIN01849 | 001850P001-1467A-042<br>CIN01850 | 001851P001-1467A-042<br>CIN01851 | 001852P001-1467A-042<br>CIN01852 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001853P001-1467A-042<br>CIN01853 | 001854P001-1467A-042<br>CIN01854 | 001855P001-1467A-042<br>CIN01855 | 001856P001-1467A-042<br>CIN01856 |
| 001857P001-1467A-042<br>CIN01857 | 001858P001-1467A-042<br>CIN01858 | 001859P001-1467A-042<br>CIN01859 | 001860P001-1467A-042<br>CIN01860 |
| 001861P001-1467A-042<br>CIN01861 | 001862P001-1467A-042<br>CIN01862 | 001863P001-1467A-042<br>CIN01863 | 001864P001-1467A-042<br>CIN01864 |
| 001865P001-1467A-042<br>CIN01865 | 001866P002-1467A-042<br>CIN01866 | 001867P001-1467A-042<br>CIN01867 | 001868P001-1467A-042<br>CIN01868 |
| 001869P001-1467A-042<br>CIN01869 | 001870P001-1467A-042<br>CIN01870 | 001871P001-1467A-042<br>CIN01871 | 001872P001-1467A-042<br>CIN01872 |
| 001873P001-1467A-042<br>CIN01873 | 001874P001-1467A-042<br>CIN01874 | 001875P001-1467A-042<br>CIN01875 | 001876P001-1467A-042<br>CIN01876 |

## Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 001877P001-1467A-042<br>CIN01877 | 001878P001-1467A-042<br>CIN01878 | 001879P001-1467A-042<br>CIN01879 | 001880P001-1467A-042<br>CIN01880 |
| 001881P001-1467A-042<br>CIN01881 | 001882P001-1467A-042<br>CIN01882 | 001883P001-1467A-042<br>CIN01883 | 001884P001-1467A-042<br>CIN01884 |
| 001885P001-1467A-042<br>CIN01885 | 001886P001-1467A-042<br>CIN01886 | 001887P001-1467A-042<br>CIN01887 | 001888P001-1467A-042<br>CIN01888 |
| 001889P001-1467A-042<br>CIN01889 | 001890P001-1467A-042<br>CIN01890 | 001891P001-1467A-042<br>CIN01891 | 001892P001-1467A-042<br>CIN01892 |
| 001893P001-1467A-042<br>CIN01893 | 001894P001-1467A-042<br>CIN01894 | 001895P001-1467A-042<br>CIN01895 | 001896P001-1467A-042<br>CIN01896 |
| 001897P001-1467A-042<br>CIN01897 | 001898P001-1467A-042<br>CIN01898 | 001899P001-1467A-042<br>CIN01899 | 001900P001-1467A-042<br>CIN01900 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001901P001-1467A-042<br>CIN01901 | 001902P001-1467A-042<br>CIN01902 | 001903P001-1467A-042<br>CIN01903 | 001904P001-1467A-042<br>CIN01904 |
| 001905P002-1467A-042<br>CIN01905 | 001906P001-1467A-042<br>CIN01906 | 001907P001-1467A-042<br>CIN01907 | 001908P001-1467A-042<br>CIN01908 |
| 001909P001-1467A-042<br>CIN01909 | 001910P001-1467A-042<br>CIN01910 | 001911P001-1467A-042<br>CIN01911 | 001912P001-1467A-042<br>CIN01912 |
| 001913P001-1467A-042<br>CIN01913 | 001914P001-1467A-042<br>CIN01914 | 001915P001-1467A-042<br>CIN01915 | 001916P001-1467A-042<br>CIN01916 |
| 001917P001-1467A-042<br>CIN01917 | 001918P001-1467A-042<br>CIN01918 | 001919P001-1467A-042<br>CIN01919 | 001920P001-1467A-042<br>CIN01920 |
| 001921P001-1467A-042<br>CIN01921 | 001922P001-1467A-042<br>CIN01922 | 001923P001-1467A-042<br>CIN01923 | 001924P001-1467A-042<br>CIN01924 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 84 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 82 of 266

01/14/2021 08:22:21 PM

001925P001-1467A-042
CIN01925

001926P001-1467A-042
CIN01926

001927P001-1467A-042
CIN01927

001928P001-1467A-042
CIN01928

001929P001-1467A-042
CIN01929

001930P001-1467A-042
CIN01930

001931P001-1467A-042
CIN01931

001932P001-1467A-042
CIN01932

001933P001-1467A-042
CIN01933

001934P001-1467A-042
CIN01934

001935P001-1467A-042
CIN01935

001936P001-1467A-042
CIN01936

001937P001-1467A-042
CIN01937

001938P001-1467A-042
CIN01938

001939P001-1467A-042
CIN01939

001940P001-1467A-042
CIN01940

001941P001-1467A-042
CIN01941

001942P002-1467A-042
CIN01942

001943P001-1467A-042
CIN01943

001944P001-1467A-042
CIN01944

001945P001-1467A-042
CIN01945

001946P001-1467A-042
CIN01946

001947P001-1467A-042
CIN01947

001948P001-1467A-042
CIN01948

# Cred Inc., et al.
## Electronic Mail
### Exhibit Pages

| | | | |
|---|---|---|---|
| 001949P001-1467A-042<br>CIN01949 | 001950P001-1467A-042<br>CIN01950 | 001951P001-1467A-042<br>CIN01951 | 001952P001-1467A-042<br>CIN01952 |
| 001953P001-1467A-042<br>CIN01953 | 001954P001-1467A-042<br>CIN01954 | 001955P003-1467A-042<br>CIN01955 | 001956P001-1467A-042<br>CIN01956 |
| 001957P001-1467A-042<br>CIN01957 | 001958P001-1467A-042<br>CIN01958 | 001959P001-1467A-042<br>CIN01959 | 001960P001-1467A-042<br>CIN01960 |
| 001961P001-1467A-042<br>CIN01961 | 001962P001-1467A-042<br>CIN01962 | 001963P001-1467A-042<br>CIN01963 | 001964P001-1467A-042<br>CIN01964 |
| 001965P001-1467A-042<br>CIN01965 | 001966P001-1467A-042<br>CIN01966 | 001967P001-1467A-042<br>CIN01967 | 001968P001-1467A-042<br>CIN01968 |
| 001969P001-1467A-042<br>CIN01969 | 001970P003-1467A-042<br>CIN01970 | 001971P002-1467A-042<br>CIN01971 | 001972P001-1467A-042<br>CIN01972 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001973P001-1467A-042 CIN01973 | 001974P002-1467A-042 CIN01974 | 001975P001-1467A-042 CIN01975 | 001976P001-1467A-042 CIN01976 |
|---|---|---|---|
| 001977P001-1467A-042 CIN01977 | 001978P001-1467A-042 CIN01978 | 001979P001-1467A-042 CIN01979 | 001980P001-1467A-042 CIN01980 |
| 001981P001-1467A-042 CIN01981 | 001982P001-1467A-042 CIN01982 | 001983P001-1467A-042 CIN01983 | 001984P001-1467A-042 CIN01984 |
| 001985P001-1467A-042 CIN01985 | 001986P001-1467A-042 CIN01986 | 001987P001-1467A-042 CIN01987 | 001988P001-1467A-042 CIN01988 |
| 001989P001-1467A-042 CIN01989 | 001990P001-1467A-042 CIN01990 | 001991P001-1467A-042 CIN01991 | 001992P001-1467A-042 CIN01992 |
| 001993P001-1467A-042 CIN01993 | 001994P001-1467A-042 CIN01994 | 001995P001-1467A-042 CIN01995 | 001996P001-1467A-042 CIN01996 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001997P002-1467A-042
CIN01997

001998P001-1467A-042
CIN01998

001999P001-1467A-042
CIN01999

002000P001-1467A-042
CIN02000

002001P001-1467A-042
CIN02001

002002P001-1467A-042
CIN02002

002003P001-1467A-042
CIN02003

002004P002-1467A-042
CIN02004

002005P001-1467A-042
CIN02005

002006P001-1467A-042
CIN02006

002007P001-1467A-042
CIN02007

002008P001-1467A-042
CIN02008

002009P001-1467A-042
CIN02009

002010P001-1467A-042
CIN02010

002011P001-1467A-042
CIN02011

002012P001-1467A-042
CIN02012

002013P001-1467A-042
CIN02013

002014P001-1467A-042
CIN02014

002015P001-1467A-042
CIN02015

002016P001-1467A-042
CIN02016

002017P001-1467A-042
CIN02017

002018P001-1467A-042
CIN02018

002019P001-1467A-042
CIN02019

002020P001-1467A-042
CIN02020

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002021P001-1467A-042<br>CIN02021 | 002022P002-1467A-042<br>CIN02022 | 002023P001-1467A-042<br>CIN02023 | 002024P001-1467A-042<br>CIN02024 |
| 002025P001-1467A-042<br>CIN02025 | 002026P001-1467A-042<br>CIN02026 | 002027P001-1467A-042<br>CIN02027 | 002028P001-1467A-042<br>CIN02028 |
| 002029P001-1467A-042<br>CIN02029 | 002030P001-1467A-042<br>CIN02030 | 002031P001-1467A-042<br>CIN02031 | 002032P001-1467A-042<br>CIN02032 |
| 002033P001-1467A-042<br>CIN02033 | 002034P001-1467A-042<br>CIN02034 | 002035P001-1467A-042<br>CIN02035 | 002036P002-1467A-042<br>CIN02036 |
| 002037P001-1467A-042<br>CIN02037 | 002038P001-1467A-042<br>CIN02038 | 002039P001-1467A-042<br>CIN02039 | 002040P001-1467A-042<br>CIN02040 |
| 002041P001-1467A-042<br>CIN02041 | 002042P001-1467A-042<br>CIN02042 | 002043P001-1467A-042<br>CIN02043 | 002044P001-1467A-042<br>CIN02044 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| 002045P001-1467A-042<br>CIN02045 | 002046P001-1467A-042<br>CIN02046 | 002047P001-1467A-042<br>CIN02047 | 002048P001-1467A-042<br>CIN02048 |
| --- | --- | --- | --- |
| 002049P001-1467A-042<br>CIN02049 | 002050P001-1467A-042<br>CIN02050 | 002051P002-1467A-042<br>CIN02051 | 002052P001-1467A-042<br>CIN02052 |
| 002053P001-1467A-042<br>CIN02053 | 002054P001-1467A-042<br>CIN02054 | 002055P001-1467A-042<br>CIN02055 | 002056P002-1467A-042<br>CIN02056 |
| 002056P002-1467A-042<br>CIN02056 | 002057P001-1467A-042<br>CIN02057 | 002058P001-1467A-042<br>CIN02058 | 002059P001-1467A-042<br>CIN02059 |
| 002060P001-1467A-042<br>CIN02060 | 002061P001-1467A-042<br>CIN02061 | 002062P001-1467A-042<br>CIN02062 | 002063P002-1467A-042<br>CIN02063 |
| 002064P001-1467A-042<br>CIN02064 | 002065P001-1467A-042<br>CIN02065 | 002066P001-1467A-042<br>CIN02066 | 002067P001-1467A-042<br>CIN02067 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002068P001-1467A-042<br>CIN02068 | 002069P001-1467A-042<br>CIN02069 | 002070P001-1467A-042<br>CIN02070 | 002071P001-1467A-042<br>CIN02071 |
| 002072P001-1467A-042<br>CIN02072 | 002073P001-1467A-042<br>CIN02073 | 002074P001-1467A-042<br>CIN02074 | 002075P001-1467A-042<br>CIN02075 |
| 002076P001-1467A-042<br>CIN02076 | 002077P001-1467A-042<br>CIN02077 | 002078P001-1467A-042<br>CIN02078 | 002079P001-1467A-042<br>CIN02079 |
| 002080P001-1467A-042<br>CIN02080 | 002081P001-1467A-042<br>CIN02081 | 002082P001-1467A-042<br>CIN02082 | 002083P001-1467A-042<br>CIN02083 |
| 002084P001-1467A-042<br>CIN02084 | 002085P001-1467A-042<br>CIN02085 | 002086P001-1467A-042<br>CIN02086 | 006234P001-1467A-042<br>CIN02087 |
| 002087P001-1467A-042<br>CIN02088 | 002088P001-1467A-042<br>CIN02089 | 002089P001-1467A-042<br>CIN02090 | 002090P001-1467A-042<br>CIN02091 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 91 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 89 of 266

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 002091P001-1467A-042<br>CIN02092 | 002092P001-1467A-042<br>CIN02093 | 002093P001-1467A-042<br>CIN02094 | 002094P001-1467A-042<br>CIN02095 |
| 002095P002-1467A-042<br>CIN02096 | 002095P002-1467A-042<br>CIN02096 | 002096P001-1467A-042<br>CIN02097 | 002097P001-1467A-042<br>CIN02098 |
| 002098P001-1467A-042<br>CIN02099 | 002099P001-1467A-042<br>CIN02100 | 002100P001-1467A-042<br>CIN02101 | 006235P001-1467A-042<br>CIN02102 |
| 002101P001-1467A-042<br>CIN02103 | 002102P001-1467A-042<br>CIN02104 | 002103P001-1467A-042<br>CIN02105 | 002104P002-1467A-042<br>CIN02106 |
| 002105P001-1467A-042<br>CIN02107 | 002106P001-1467A-042<br>CIN02108 | 002107P001-1467A-042<br>CIN02109 | 002108P001-1467A-042<br>CIN02110 |
| 006236P001-1467A-042<br>CIN02111 | 002109P001-1467A-042<br>CIN02112 | 002110P001-1467A-042<br>CIN02113 | 002111P003-1467A-042<br>CIN02114 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002112P001-1467A-042<br>CIN02115 | 002113P001-1467A-042<br>CIN02116 | 002114P001-1467A-042<br>CIN02117 | 002115P001-1467A-042<br>CIN02118 |
| 002116P001-1467A-042<br>CIN02119 | 002117P001-1467A-042<br>CIN02120 | 002118P001-1467A-042<br>CIN02121 | 002119P001-1467A-042<br>CIN02122 |
| 002120P002-1467A-042<br>CIN02123 | 002121P001-1467A-042<br>CIN02124 | 002122P001-1467A-042<br>CIN02125 | 002123P001-1467A-042<br>CIN02126 |
| 002124P001-1467A-042<br>CIN02127 | 002125P001-1467A-042<br>CIN02128 | 002126P001-1467A-042<br>CIN02129 | 002127P002-1467A-042<br>CIN02130 |
| 002128P001-1467A-042<br>CIN02131 | 002129P001-1467A-042<br>CIN02132 | 002130P001-1467A-042<br>CIN02133 | 002131P001-1467A-042<br>CIN02134 |
| 002132P001-1467A-042<br>CIN02135 | 002133P001-1467A-042<br>CIN02136 | 002134P001-1467A-042<br>CIN02137 | 002135P001-1467A-042<br>CIN02138 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002136P001-1467A-042
CIN02139

002137P001-1467A-042
CIN02140

002138P001-1467A-042
CIN02141

002139P001-1467A-042
CIN02142

002140P001-1467A-042
CIN02143

002141P001-1467A-042
CIN02144

002142P001-1467A-042
CIN02145

002143P001-1467A-042
CIN02146

002144P001-1467A-042
CIN02147

006264P002-1467A-042
CIN02148

002145P002-1467A-042
CIN02149

002146P001-1467A-042
CIN02150

002147P001-1467A-042
CIN02151

002148P001-1467A-042
CIN02152

002149P001-1467A-042
CIN02153

002150P001-1467A-042
CIN02154

002151P002-1467A-042
CIN02155

002152P002-1467A-042
CIN02156

002153P002-1467A-042
CIN02157

002154P001-1467A-042
CIN02158

002155P001-1467A-042
CIN02159

002156P001-1467A-042
CIN02160

002157P001-1467A-042
CIN02161

002158P001-1467A-042
CIN02162

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002159P001-1467A-042<br>CIN02163 | 002160P001-1467A-042<br>CIN02164 | 002161P001-1467A-042<br>CIN02165 | 002162P001-1467A-042<br>CIN02166 |
| 002163P001-1467A-042<br>CIN02167 | 002164P001-1467A-042<br>CIN02168 | 002165P001-1467A-042<br>CIN02169 | 002166P001-1467A-042<br>CIN02170 |
| 002167P001-1467A-042<br>CIN02171 | 002168P001-1467A-042<br>CIN02172 | 002169P001-1467A-042<br>CIN02173 | 002170P001-1467A-042<br>CIN02174 |
| 002171P001-1467A-042<br>CIN02175 | 002172P001-1467A-042<br>CIN02176 | 002173P002-1467A-042<br>CIN02177 | 002174P001-1467A-042<br>CIN02178 |
| 002175P001-1467A-042<br>CIN02179 | 002176P001-1467A-042<br>CIN02180 | 002177P002-1467A-042<br>CIN02181 | 002178P001-1467A-042<br>CIN02182 |
| 002179P001-1467A-042<br>CIN02183 | 002180P001-1467A-042<br>CIN02184 | 002181P001-1467A-042<br>CIN02185 | 002182P001-1467A-042<br>CIN02186 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002183P001-1467A-042<br>CIN02187 | 002184P001-1467A-042<br>CIN02188 | 002185P001-1467A-042<br>CIN02189 | 002186P001-1467A-042<br>CIN02190 |
| 002187P001-1467A-042<br>CIN02191 | 002188P001-1467A-042<br>CIN02192 | 002189P001-1467A-042<br>CIN02193 | 002190P001-1467A-042<br>CIN02194 |
| 002191P001-1467A-042<br>CIN02195 | 002192P001-1467A-042<br>CIN02196 | 002193P002-1467A-042<br>CIN02197 | 002193P002-1467A-042<br>CIN02197 |
| 002194P001-1467A-042<br>CIN02198 | 002195P001-1467A-042<br>CIN02199 | 002196P002-1467A-042<br>CIN02200 | 002197P001-1467A-042<br>CIN02201 |
| 002198P001-1467A-042<br>CIN02202 | 002199P001-1467A-042<br>CIN02203 | 002200P001-1467A-042<br>CIN02204 | 002201P001-1467A-042<br>CIN02205 |
| 002202P001-1467A-042<br>CIN02206 | 002203P001-1467A-042<br>CIN02207 | 002204P001-1467A-042<br>CIN02208 | 002205P001-1467A-042<br>CIN02209 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 002206P001-1467A-042<br>CIN02210 | 002207P002-1467A-042<br>CIN02211 | 002208P001-1467A-042<br>CIN02212 | 002209P001-1467A-042<br>CIN02213 |
| 002210P001-1467A-042<br>CIN02214 | 002211P001-1467A-042<br>CIN02215 | 002212P001-1467A-042<br>CIN02216 | 002213P001-1467A-042<br>CIN02217 |
| 002214P001-1467A-042<br>CIN02218 | 002215P001-1467A-042<br>CIN02219 | 002216P001-1467A-042<br>CIN02220 | 002217P001-1467A-042<br>CIN02221 |
| 002218P001-1467A-042<br>CIN02222 | 002219P001-1467A-042<br>CIN02223 | 002220P001-1467A-042<br>CIN02224 | 002221P001-1467A-042<br>CIN02225 |
| 002222P001-1467A-042<br>CIN02226 | 002223P001-1467A-042<br>CIN02227 | 002224P001-1467A-042<br>CIN02228 | 002225P001-1467A-042<br>CIN02229 |
| 002226P001-1467A-042<br>CIN02230 | 002227P001-1467A-042<br>CIN02231 | 002228P001-1467A-042<br>CIN02232 | 002229P001-1467A-042<br>CIN02233 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 002230P001-1467A-042<br>CIN02234 | 002231P001-1467A-042<br>CIN02235 | 002232P001-1467A-042<br>CIN02236 | 002233P001-1467A-042<br>CIN02237 |
| 002234P001-1467A-042<br>CIN02238 | 002235P001-1467A-042<br>CIN02239 | 002236P001-1467A-042<br>CIN02240 | 002237P002-1467A-042<br>CIN02241 |
| 002238P001-1467A-042<br>CIN02242 | 002239P002-1467A-042<br>CIN02243 | 002240P002-1467A-042<br>CIN02244 | 002241P001-1467A-042<br>CIN02245 |
| 002242P001-1467A-042<br>CIN02246 | 002243P001-1467A-042<br>CIN02247 | 002244P001-1467A-042<br>CIN02248 | 002245P001-1467A-042<br>CIN02249 |
| 002246P001-1467A-042<br>CIN02250 | 002247P001-1467A-042<br>CIN02251 | 002248P001-1467A-042<br>CIN02252 | 002249P001-1467A-042<br>CIN02253 |
| 002250P002-1467A-042<br>CIN02254 | 002251P002-1467A-042<br>CIN02255 | 002252P001-1467A-042<br>CIN02256 | 002253P001-1467A-042<br>CIN02257 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:21 PM

| | | | |
|---|---|---|---|
| 002254P001-1467A-042<br>CIN02258 | 002255P001-1467A-042<br>CIN02259 | 002256P002-1467A-042<br>CIN02260 | 002257P001-1467A-042<br>CIN02261 |
| 002258P001-1467A-042<br>CIN02262 | 002259P001-1467A-042<br>CIN02263 | 002260P002-1467A-042<br>CIN02264 | 002261P001-1467A-042<br>CIN02265 |
| 002262P002-1467A-042<br>CIN02266 | 002263P001-1467A-042<br>CIN02267 | 002264P001-1467A-042<br>CIN02268 | 002265P001-1467A-042<br>CIN02269 |
| 002266P001-1467A-042<br>CIN02270 | 002267P001-1467A-042<br>CIN02271 | 002268P001-1467A-042<br>CIN02272 | 002269P001-1467A-042<br>CIN02273 |
| 002270P001-1467A-042<br>CIN02274 | 002271P001-1467A-042<br>CIN02275 | 002272P001-1467A-042<br>CIN02276 | 002273P001-1467A-042<br>CIN02277 |
| 002274P001-1467A-042<br>CIN02278 | 002275P001-1467A-042<br>CIN02279 | 002276P001-1467A-042<br>CIN02280 | 002277P001-1467A-042<br>CIN02281 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002278P001-1467A-042<br>CIN02282 | 002279P001-1467A-042<br>CIN02283 | 002280P003-1467A-042<br>CIN02284 | 002281P001-1467A-042<br>CIN02285 |
| 002282P001-1467A-042<br>CIN02286 | 002283P001-1467A-042<br>CIN02287 | 002284P001-1467A-042<br>CIN02288 | 002285P001-1467A-042<br>CIN02289 |
| 002286P001-1467A-042<br>CIN02290 | 002287P001-1467A-042<br>CIN02291 | 002288P001-1467A-042<br>CIN02292 | 002289P001-1467A-042<br>CIN02293 |
| 002290P001-1467A-042<br>CIN02294 | 002291P001-1467A-042<br>CIN02295 | 002292P001-1467A-042<br>CIN02296 | 002293P001-1467A-042<br>CIN02297 |
| 002294P001-1467A-042<br>CIN02298 | 002295P001-1467A-042<br>CIN02299 | 002296P001-1467A-042<br>CIN02300 | 002297P001-1467A-042<br>CIN02301 |
| 002298P001-1467A-042<br>CIN02302 | 002299P001-1467A-042<br>CIN02303 | 002300P001-1467A-042<br>CIN02304 | 002301P001-1467A-042<br>CIN02305 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002302P001-1467A-042<br>CIN02306 | 002303P001-1467A-042<br>CIN02307 | 002304P001-1467A-042<br>CIN02308 | 002305P001-1467A-042<br>CIN02309 |
| 002306P001-1467A-042<br>CIN02310 | 002307P001-1467A-042<br>CIN02311 | 002308P002-1467A-042<br>CIN02312 | 002309P001-1467A-042<br>CIN02313 |
| 002310P001-1467A-042<br>CIN02314 | 002311P002-1467A-042<br>CIN02315 | 002312P001-1467A-042<br>CIN02316 | 002313P001-1467A-042<br>CIN02317 |
| 002314P001-1467A-042<br>CIN02318 | 002315P001-1467A-042<br>CIN02319 | 002316P001-1467A-042<br>CIN02320 | 002317P001-1467A-042<br>CIN02321 |
| 002318P001-1467A-042<br>CIN02322 | 002319P001-1467A-042<br>CIN02323 | 002320P001-1467A-042<br>CIN02324 | 002321P001-1467A-042<br>CIN02325 |
| 002322P001-1467A-042<br>CIN02326 | 002323P001-1467A-042<br>CIN02327 | 002324P001-1467A-042<br>CIN02328 | 002325P001-1467A-042<br>CIN02329 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002326P001-1467A-042<br>CIN02330 | 002327P001-1467A-042<br>CIN02331 | 002328P001-1467A-042<br>CIN02332 | 002329P002-1467A-042<br>CIN02333 |
| 002330P001-1467A-042<br>CIN02334 | 002331P001-1467A-042<br>CIN02335 | 002332P001-1467A-042<br>CIN02336 | 002333P001-1467A-042<br>CIN02337 |
| 002334P001-1467A-042<br>CIN02338 | 002335P001-1467A-042<br>CIN02339 | 002336P002-1467A-042<br>CIN02340 | 002337P001-1467A-042<br>CIN02341 |
| 002338P001-1467A-042<br>CIN02342 | 002339P001-1467A-042<br>CIN02343 | 002340P001-1467A-042<br>CIN02344 | 002341P001-1467A-042<br>CIN02345 |
| 002342P001-1467A-042<br>CIN02346 | 002343P001-1467A-042<br>CIN02347 | 002344P001-1467A-042<br>CIN02348 | 002345P001-1467A-042<br>CIN02349 |
| 002346P001-1467A-042<br>CIN02350 | 002347P001-1467A-042<br>CIN02351 | 002348P001-1467A-042<br>CIN02352 | 002349P001-1467A-042<br>CIN02353 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002350P001-1467A-042
CIN02354

002351P001-1467A-042
CIN02355

002352P001-1467A-042
CIN02356

002353P001-1467A-042
CIN02357

002354P001-1467A-042
CIN02358

002355P001-1467A-042
CIN02359

002356P001-1467A-042
CIN02360

002357P001-1467A-042
CIN02361

002358P001-1467A-042
CIN02362

002359P001-1467A-042
CIN02363

002360P001-1467A-042
CIN02364

002361P001-1467A-042
CIN02365

002362P001-1467A-042
CIN02366

002363P001-1467A-042
CIN02367

002364P001-1467A-042
CIN02368

002365P001-1467A-042
CIN02369

002366P001-1467A-042
CIN02370

002367P001-1467A-042
CIN02371

002368P001-1467A-042
CIN02372

002369P001-1467A-042
CIN02373

002370P001-1467A-042
CIN02374

002371P001-1467A-042
CIN02375

002372P002-1467A-042
CIN02376

002373P001-1467A-042
CIN02377

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002374P001-1467A-042<br>CIN02378 | 002375P001-1467A-042<br>CIN02379 | 002376P001-1467A-042<br>CIN02380 | 002377P001-1467A-042<br>CIN02381 |
| 002378P001-1467A-042<br>CIN02382 | 002379P001-1467A-042<br>CIN02383 | 002380P001-1467A-042<br>CIN02384 | 002381P001-1467A-042<br>CIN02385 |
| 002382P001-1467A-042<br>CIN02386 | 002383P001-1467A-042<br>CIN02387 | 002384P001-1467A-042<br>CIN02388 | 002385P001-1467A-042<br>CIN02389 |
| 002386P001-1467A-042<br>CIN02390 | 002387P001-1467A-042<br>CIN02391 | 002388P001-1467A-042<br>CIN02392 | 002389P001-1467A-042<br>CIN02393 |
| 002390P002-1467A-042<br>CIN02394 | 002391P001-1467A-042<br>CIN02395 | 002392P001-1467A-042<br>CIN02396 | 002393P001-1467A-042<br>CIN02397 |
| 002394P001-1467A-042<br>CIN02398 | 002395P001-1467A-042<br>CIN02399 | 006237P001-1467A-042<br>CIN02400 | 002396P003-1467A-042<br>CIN02401 |

Case 20-12836-JTD   Doc 364   Filed 01/19/21   Page 104 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 102 of 266

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002397P001-1467A-042<br>CIN02402 | 002398P001-1467A-042<br>CIN02403 | 002399P001-1467A-042<br>CIN02404 | 002400P001-1467A-042<br>CIN02405 |
| 002401P001-1467A-042<br>CIN02406 | 002402P001-1467A-042<br>CIN02407 | 002403P001-1467A-042<br>CIN02408 | 002404P002-1467A-042<br>CIN02409 |
| 002405P001-1467A-042<br>CIN02410 | 002406P001-1467A-042<br>CIN02411 | 002407P001-1467A-042<br>CIN02412 | 002408P001-1467A-042<br>CIN02413 |
| 002409P001-1467A-042<br>CIN02414 | 002410P001-1467A-042<br>CIN02415 | 002411P001-1467A-042<br>CIN02416 | 002412P001-1467A-042<br>CIN02417 |
| 002413P001-1467A-042<br>CIN02418 | 002414P002-1467A-042<br>CIN02419 | 002415P001-1467A-042<br>CIN02420 | 002416P001-1467A-042<br>CIN02421 |
| 002417P001-1467A-042<br>CIN02422 | 002418P001-1467A-042<br>CIN02423 | 002419P001-1467A-042<br>CIN02424 | 002420P001-1467A-042<br>CIN02425 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002421P001-1467A-042<br>CIN02426 | 002422P001-1467A-042<br>CIN02427 | 002423P001-1467A-042<br>CIN02428 | 002424P001-1467A-042<br>CIN02429 |
| 002425P001-1467A-042<br>CIN02430 | 002426P001-1467A-042<br>CIN02431 | 002427P001-1467A-042<br>CIN02432 | 002428P001-1467A-042<br>CIN02433 |
| 002429P002-1467A-042<br>CIN02434 | 002430P001-1467A-042<br>CIN02435 | 002431P001-1467A-042<br>CIN02436 | 002432P001-1467A-042<br>CIN02437 |
| 002433P001-1467A-042<br>CIN02438 | 002434P001-1467A-042<br>CIN02439 | 002435P002-1467A-042<br>CIN02440 | 002436P001-1467A-042<br>CIN02441 |
| 002437P001-1467A-042<br>CIN02442 | 000001P002-1467A-042<br>CIN02443 | 002438P002-1467A-042<br>CIN02444 | 002439P001-1467A-042<br>CIN02445 |
| 002440P002-1467A-042<br>CIN02446 | 002441P001-1467A-042<br>CIN02447 | 002442P001-1467A-042<br>CIN02448 | 002443P001-1467A-042<br>CIN02449 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002444P001-1467A-042<br>CIN02450 | 002445P001-1467A-042<br>CIN02451 | 002446P001-1467A-042<br>CIN02452 | 002447P001-1467A-042<br>CIN02453 |
| 002448P001-1467A-042<br>CIN02454 | 002449P001-1467A-042<br>CIN02455 | 002450P003-1467A-042<br>CIN02456 | 002451P001-1467A-042<br>CIN02457 |
| 002452P001-1467A-042<br>CIN02458 | 002453P001-1467A-042<br>CIN02459 | 002454P001-1467A-042<br>CIN02460 | 002455P001-1467A-042<br>CIN02461 |
| 002456P003-1467A-042<br>CIN02462 | 002457P001-1467A-042<br>CIN02463 | 002458P001-1467A-042<br>CIN02464 | 002459P001-1467A-042<br>CIN02465 |
| 002460P001-1467A-042<br>CIN02466 | 002461P001-1467A-042<br>CIN02467 | 002462P001-1467A-042<br>CIN02468 | 002463P002-1467A-042<br>CIN02469 |
| 002464P001-1467A-042<br>CIN02470 | 002465P001-1467A-042<br>CIN02471 | 002466P001-1467A-042<br>CIN02472 | 002467P001-1467A-042<br>CIN02473 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 107 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 105 of 266                                                                01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002468P001-1467A-042<br>CIN02474 | 002469P001-1467A-042<br>CIN02475 | 002470P001-1467A-042<br>CIN02476 | 002471P001-1467A-042<br>CIN02477 |
| 002472P001-1467A-042<br>CIN02478 | 002473P001-1467A-042<br>CIN02479 | 002474P001-1467A-042<br>CIN02480 | 002475P001-1467A-042<br>CIN02481 |
| 002476P002-1467A-042<br>CIN02482 | 002477P001-1467A-042<br>CIN02483 | 002478P001-1467A-042<br>CIN02484 | 002479P001-1467A-042<br>CIN02485 |
| 002480P001-1467A-042<br>CIN02486 | 002481P001-1467A-042<br>CIN02487 | 002482P001-1467A-042<br>CIN02488 | 002483P001-1467A-042<br>CIN02489 |
| 002484P001-1467A-042<br>CIN02490 | 002485P001-1467A-042<br>CIN02491 | 002486P001-1467A-042<br>CIN02492 | 002487P001-1467A-042<br>CIN02493 |
| 002488P002-1467A-042<br>CIN02494 | 002489P001-1467A-042<br>CIN02495 | 002490P002-1467A-042<br>CIN02496 | 002491P001-1467A-042<br>CIN02497 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002492P002-1467A-042<br>CIN02498 | 002493P001-1467A-042<br>CIN02499 | 002494P001-1467A-042<br>CIN02500 | 002495P001-1467A-042<br>CIN02501 |
| 002496P001-1467A-042<br>CIN02502 | 002497P001-1467A-042<br>CIN02503 | 002498P001-1467A-042<br>CIN02504 | 002499P001-1467A-042<br>CIN02505 |
| 002500P002-1467A-042<br>CIN02506 | 002501P001-1467A-042<br>CIN02507 | 002502P001-1467A-042<br>CIN02508 | 002503P001-1467A-042<br>CIN02509 |
| 002504P001-1467A-042<br>CIN02510 | 002505P001-1467A-042<br>CIN02511 | 002506P002-1467A-042<br>CIN02512 | 002507P002-1467A-042<br>CIN02513 |
| 002508P001-1467A-042<br>CIN02514 | 002509P001-1467A-042<br>CIN02515 | 002510P001-1467A-042<br>CIN02516 | 002511P001-1467A-042<br>CIN02517 |
| 002512P001-1467A-042<br>CIN02518 | 002513P001-1467A-042<br>CIN02519 | 002514P001-1467A-042<br>CIN02520 | 002515P001-1467A-042<br>CIN02521 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 109 of 294
Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 107 of 266                                                          01/14/2021 08:22:22 PM

002516P001-1467A-042
CIN02522

002517P001-1467A-042
CIN02523

002518P001-1467A-042
CIN02524

002519P001-1467A-042
CIN02525

002520P001-1467A-042
CIN02526

002521P001-1467A-042
CIN02527

002522P001-1467A-042
CIN02528

002523P001-1467A-042
CIN02529

002524P001-1467A-042
CIN02530

002525P001-1467A-042
CIN02531

002526P001-1467A-042
CIN02532

002527P001-1467A-042
CIN02533

002528P001-1467A-042
CIN02534

002529P002-1467A-042
CIN02535

002530P002-1467A-042
CIN02536

002531P001-1467A-042
CIN02537

002532P002-1467A-042
CIN02538

002533P001-1467A-042
CIN02539

002534P001-1467A-042
CIN02540

002535P001-1467A-042
CIN02541

002536P001-1467A-042
CIN02542

002537P001-1467A-042
CIN02543

002538P001-1467A-042
CIN02544

002539P001-1467A-042
CIN02545

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002540P001-1467A-042<br>CIN02546 | 002541P004-1467A-042<br>CIN02547 | 002542P001-1467A-042<br>CIN02548 | 002543P001-1467A-042<br>CIN02549 |
| 002544P001-1467A-042<br>CIN02550 | 002545P001-1467A-042<br>CIN02551 | 002546P001-1467A-042<br>CIN02552 | 002547P002-1467A-042<br>CIN02553 |
| 002548P001-1467A-042<br>CIN02554 | 002549P001-1467A-042<br>CIN02555 | 002550P001-1467A-042<br>CIN02556 | 002551P001-1467A-042<br>CIN02557 |
| 002552P002-1467A-042<br>CIN02558 | 002553P003-1467A-042<br>CIN02559 | 002554P001-1467A-042<br>CIN02560 | 002555P001-1467A-042<br>CIN02561 |
| 002556P001-1467A-042<br>CIN02562 | 002557P001-1467A-042<br>CIN02563 | 002558P001-1467A-042<br>CIN02564 | 002559P001-1467A-042<br>CIN02565 |
| 002560P001-1467A-042<br>CIN02566 | 002561P001-1467A-042<br>CIN02567 | 002562P001-1467A-042<br>CIN02568 | 002563P001-1467A-042<br>CIN02569 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

002564P001-1467A-042
CIN02570

002565P001-1467A-042
CIN02571

002566P001-1467A-042
CIN02572

002567P001-1467A-042
CIN02573

002568P001-1467A-042
CIN02574

002569P001-1467A-042
CIN02575

002570P001-1467A-042
CIN02576

002571P001-1467A-042
CIN02577

002572P001-1467A-042
CIN02578

002573P001-1467A-042
CIN02579

002574P001-1467A-042
CIN02580

002575P001-1467A-042
CIN02581

002576P001-1467A-042
CIN02582

002577P002-1467A-042
CIN02583

002577P002-1467A-042
CIN02583

002578P001-1467A-042
CIN02584

002579P002-1467A-042
CIN02585

002580P001-1467A-042
CIN02586

002581P001-1467A-042
CIN02587

002582P001-1467A-042
CIN02588

002583P001-1467A-042
CIN02589

002584P001-1467A-042
CIN02590

002585P001-1467A-042
CIN02591

002586P001-1467A-042
CIN02592

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002587P001-1467A-042<br>CIN02593 | 002588P001-1467A-042<br>CIN02594 | 002589P001-1467A-042<br>CIN02595 | 002590P001-1467A-042<br>CIN02596 |
| 002591P002-1467A-042<br>CIN02597 | 002592P001-1467A-042<br>CIN02598 | 002593P001-1467A-042<br>CIN02599 | 002594P001-1467A-042<br>CIN02600 |
| 002595P001-1467A-042<br>CIN02601 | 002596P001-1467A-042<br>CIN02602 | 002597P002-1467A-042<br>CIN02603 | 002598P002-1467A-042<br>CIN02604 |
| 002599P001-1467A-042<br>CIN02605 | 002600P001-1467A-042<br>CIN02606 | 002601P001-1467A-042<br>CIN02607 | 002602P001-1467A-042<br>CIN02608 |
| 002603P001-1467A-042<br>CIN02609 | 002604P001-1467A-042<br>CIN02610 | 002605P001-1467A-042<br>CIN02611 | 002606P001-1467A-042<br>CIN02612 |
| 002607P001-1467A-042<br>CIN02613 | 002608P001-1467A-042<br>CIN02614 | 002609P001-1467A-042<br>CIN02615 | 002610P001-1467A-042<br>CIN02616 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002611P001-1467A-042<br>CIN02617 | 002612P001-1467A-042<br>CIN02618 | 002613P001-1467A-042<br>CIN02619 | 002614P001-1467A-042<br>CIN02620 |
| 002615P001-1467A-042<br>CIN02621 | 002616P001-1467A-042<br>CIN02622 | 002617P001-1467A-042<br>CIN02623 | 002618P001-1467A-042<br>CIN02624 |
| 002619P001-1467A-042<br>CIN02625 | 002620P001-1467A-042<br>CIN02626 | 002621P001-1467A-042<br>CIN02627 | 002622P001-1467A-042<br>CIN02628 |
| 002623P001-1467A-042<br>CIN02629 | 002624P001-1467A-042<br>CIN02630 | 002625P002-1467A-042<br>CIN02631 | 002626P002-1467A-042<br>CIN02632 |
| 002627P001-1467A-042<br>CIN02633 | 002628P001-1467A-042<br>CIN02634 | 002629P001-1467A-042<br>CIN02635 | 002630P001-1467A-042<br>CIN02636 |
| 002631P001-1467A-042<br>CIN02637 | 002632P001-1467A-042<br>CIN02638 | 002633P001-1467A-042<br>CIN02639 | 002634P001-1467A-042<br>CIN02640 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002635P001-1467A-042<br>CIN02641 | 002636P001-1467A-042<br>CIN02642 | 002637P001-1467A-042<br>CIN02643 | 002638P001-1467A-042<br>CIN02644 |
| 002639P001-1467A-042<br>CIN02645 | 002640P001-1467A-042<br>CIN02646 | 002641P001-1467A-042<br>CIN02647 | 002642P001-1467A-042<br>CIN02648 |
| 002643P001-1467A-042<br>CIN02649 | 002644P001-1467A-042<br>CIN02650 | 002645P001-1467A-042<br>CIN02651 | 002646P001-1467A-042<br>CIN02652 |
| 002647P001-1467A-042<br>CIN02653 | 002648P001-1467A-042<br>CIN02654 | 002649P001-1467A-042<br>CIN02655 | 002650P001-1467A-042<br>CIN02656 |
| 002651P001-1467A-042<br>CIN02657 | 002652P001-1467A-042<br>CIN02658 | 002653P001-1467A-042<br>CIN02659 | 002654P002-1467A-042<br>CIN02660 |
| 002654P002-1467A-042<br>CIN02660 | 002655P001-1467A-042<br>CIN02661 | 002656P001-1467A-042<br>CIN02662 | 002657P001-1467A-042<br>CIN02663 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002658P001-1467A-042<br>CIN02664 | 002659P001-1467A-042<br>CIN02665 | 002660P001-1467A-042<br>CIN02666 | 002661P001-1467A-042<br>CIN02667 |
| 002662P001-1467A-042<br>CIN02668 | 002663P001-1467A-042<br>CIN02669 | 002664P001-1467A-042<br>CIN02670 | 002665P001-1467A-042<br>CIN02671 |
| 002666P001-1467A-042<br>CIN02672 | 002667P002-1467A-042<br>CIN02673 | 002668P002-1467A-042<br>CIN02674 | 002669P001-1467A-042<br>CIN02675 |
| 002670P001-1467A-042<br>CIN02676 | 002671P001-1467A-042<br>CIN02677 | 002672P001-1467A-042<br>CIN02678 | 002673P001-1467A-042<br>CIN02679 |
| 002674P001-1467A-042<br>CIN02680 | 002675P001-1467A-042<br>CIN02681 | 002676P001-1467A-042<br>CIN02682 | 002677P001-1467A-042<br>CIN02683 |
| 002678P001-1467A-042<br>CIN02684 | 006238P002-1467A-042<br>CIN02685 | 002679P001-1467A-042<br>CIN02686 | 002680P001-1467A-042<br>CIN02687 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002681P001-1467A-042<br>CIN02688 | 002682P001-1467A-042<br>CIN02689 | 002683P001-1467A-042<br>CIN02690 | 002684P001-1467A-042<br>CIN02691 |
| 002685P001-1467A-042<br>CIN02692 | 002686P001-1467A-042<br>CIN02693 | 002687P001-1467A-042<br>CIN02694 | 002688P001-1467A-042<br>CIN02695 |
| 006260P002-1467A-042<br>CIN02696 | 002689P002-1467A-042<br>CIN02697 | 002690P002-1467A-042<br>CIN02698 | 002691P001-1467A-042<br>CIN02699 |
| 002692P001-1467A-042<br>CIN02700 | 002693P001-1467A-042<br>CIN02701 | 002694P001-1467A-042<br>CIN02702 | 002695P001-1467A-042<br>CIN02703 |
| 002696P001-1467A-042<br>CIN02704 | 002697P001-1467A-042<br>CIN02705 | 002698P001-1467A-042<br>CIN02706 | 002699P001-1467A-042<br>CIN02707 |
| 002700P001-1467A-042<br>CIN02708 | 002701P001-1467A-042<br>CIN02709 | 002702P002-1467A-042<br>CIN02710 | 002703P001-1467A-042<br>CIN02711 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002704P002-1467A-042<br>CIN02712 | 002705P001-1467A-042<br>CIN02713 | 002706P001-1467A-042<br>CIN02714 | 002707P001-1467A-042<br>CIN02715 |
| 002708P001-1467A-042<br>CIN02716 | 002709P001-1467A-042<br>CIN02717 | 002710P001-1467A-042<br>CIN02718 | 002711P001-1467A-042<br>CIN02719 |
| 002712P001-1467A-042<br>CIN02720 | 002713P001-1467A-042<br>CIN02721 | 002714P001-1467A-042<br>CIN02722 | 002715P001-1467A-042<br>CIN02723 |
| 002716P001-1467A-042<br>CIN02724 | 002717P001-1467A-042<br>CIN02725 | 002718P002-1467A-042<br>CIN02726 | 002719P001-1467A-042<br>CIN02727 |
| 002720P001-1467A-042<br>CIN02728 | 002721P001-1467A-042<br>CIN02729 | 002722P001-1467A-042<br>CIN02730 | 002723P001-1467A-042<br>CIN02731 |
| 002724P001-1467A-042<br>CIN02732 | 002725P002-1467A-042<br>CIN02733 | 002726P001-1467A-042<br>CIN02734 | 002727P001-1467A-042<br>CIN02735 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| 002728P001-1467A-042 | 002729P001-1467A-042 | 002730P001-1467A-042 | 002731P001-1467A-042 |
| CIN02736 | CIN02737 | CIN02738 | CIN02739 |

| 002732P001-1467A-042 | 002733P001-1467A-042 | 002734P001-1467A-042 | 002735P001-1467A-042 |
| CIN02740 | CIN02741 | CIN02742 | CIN02743 |

| 002736P001-1467A-042 | 002737P001-1467A-042 | 002738P001-1467A-042 | 002739P001-1467A-042 |
| CIN02744 | CIN02745 | CIN02746 | CIN02747 |

| 002740P001-1467A-042 | 002741P001-1467A-042 | 002742P001-1467A-042 | 002743P001-1467A-042 |
| CIN02748 | CIN02749 | CIN02750 | CIN02751 |

| 002744P001-1467A-042 | 002745P001-1467A-042 | 002746P002-1467A-042 | 002747P001-1467A-042 |
| CIN02752 | CIN02753 | CIN02754 | CIN02755 |

| 002748P001-1467A-042 | 002749P001-1467A-042 | 002750P001-1467A-042 | 002751P001-1467A-042 |
| CIN02756 | CIN02757 | CIN02758 | CIN02759 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002752P001-1467A-042<br>CIN02760 | 002753P001-1467A-042<br>CIN02761 | 002754P001-1467A-042<br>CIN02762 | 002755P001-1467A-042<br>CIN02763 |
| 002756P001-1467A-042<br>CIN02764 | 002757P001-1467A-042<br>CIN02765 | 002758P001-1467A-042<br>CIN02766 | 002759P001-1467A-042<br>CIN02767 |
| 002760P001-1467A-042<br>CIN02768 | 002761P001-1467A-042<br>CIN02769 | 002762P001-1467A-042<br>CIN02770 | 002763P001-1467A-042<br>CIN02771 |
| 002764P001-1467A-042<br>CIN02772 | 002765P001-1467A-042<br>CIN02773 | 002986P001-1467A-042<br>CIN02774 | 002768P001-1467A-042<br>CIN02775 |
| 002769P001-1467A-042<br>CIN02776 | 002770P001-1467A-042<br>CIN02777 | 002771P001-1467A-042<br>CIN02778 | 002772P001-1467A-042<br>CIN02779 |
| 002773P001-1467A-042<br>CIN02780 | 002774P001-1467A-042<br>CIN02781 | 002775P001-1467A-042<br>CIN02782 | 002776P002-1467A-042<br>CIN02783 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002777P001-1467A-042<br>CIN02784 | 002778P001-1467A-042<br>CIN02785 | 002779P002-1467A-042<br>CIN02786 | 002780P002-1467A-042<br>CIN02787 |
| 002781P001-1467A-042<br>CIN02788 | 002782P001-1467A-042<br>CIN02789 | 002783P001-1467A-042<br>CIN02790 | 002784P001-1467A-042<br>CIN02791 |
| 002785P001-1467A-042<br>CIN02792 | 002786P001-1467A-042<br>CIN02793 | 002787P001-1467A-042<br>CIN02794 | 002788P001-1467A-042<br>CIN02795 |
| 002789P002-1467A-042<br>CIN02796 | 002790P001-1467A-042<br>CIN02797 | 002791P001-1467A-042<br>CIN02798 | 002792P002-1467A-042<br>CIN02799 |
| 002793P001-1467A-042<br>CIN02800 | 002794P001-1467A-042<br>CIN02801 | 002795P001-1467A-042<br>CIN02802 | 006239P001-1467A-042<br>CIN02803 |
| 002796P001-1467A-042<br>CIN02804 | 002797P001-1467A-042<br>CIN02805 | 002798P001-1467A-042<br>CIN02806 | 006240P001-1467A-042<br>CIN02807 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002799P001-1467A-042<br>CIN02808 | 002800P001-1467A-042<br>CIN02809 | 002801P001-1467A-042<br>CIN02810 | 002802P001-1467A-042<br>CIN02811 |
| 002803P001-1467A-042<br>CIN02812 | 002804P001-1467A-042<br>CIN02813 | 002805P001-1467A-042<br>CIN02814 | 002806P001-1467A-042<br>CIN02815 |
| 002807P001-1467A-042<br>CIN02816 | 002808P001-1467A-042<br>CIN02817 | 002809P001-1467A-042<br>CIN02818 | 002810P002-1467A-042<br>CIN02819 |
| 002811P001-1467A-042<br>CIN02820 | 002812P001-1467A-042<br>CIN02821 | 002813P001-1467A-042<br>CIN02822 | 002814P001-1467A-042<br>CIN02823 |
| 002815P001-1467A-042<br>CIN02824 | 002816P001-1467A-042<br>CIN02825 | 002817P001-1467A-042<br>CIN02826 | 002818P001-1467A-042<br>CIN02827 |
| 002819P001-1467A-042<br>CIN02828 | 002820P001-1467A-042<br>CIN02829 | 002821P001-1467A-042<br>CIN02830 | 002822P002-1467A-042<br>CIN02831 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002823P001-1467A-042<br>CIN02832 | 002824P001-1467A-042<br>CIN02833 | 002825P001-1467A-042<br>CIN02834 | 002767P001-1467A-042<br>CIN02835 |
| 002826P001-1467A-042<br>CIN02836 | 002827P001-1467A-042<br>CIN02837 | 002828P001-1467A-042<br>CIN02838 | 002829P002-1467A-042<br>CIN02839 |
| 002830P002-1467A-042<br>CIN02840 | 002831P001-1467A-042<br>CIN02841 | 002832P001-1467A-042<br>CIN02842 | 002833P001-1467A-042<br>CIN02843 |
| 002834P001-1467A-042<br>CIN02844 | 002835P001-1467A-042<br>CIN02845 | 002836P001-1467A-042<br>CIN02846 | 002837P001-1467A-042<br>CIN02847 |
| 002838P001-1467A-042<br>CIN02848 | 002839P001-1467A-042<br>CIN02849 | 002840P001-1467A-042<br>CIN02850 | 002841P001-1467A-042<br>CIN02851 |
| 002842P001-1467A-042<br>CIN02852 | 002843P001-1467A-042<br>CIN02853 | 002844P001-1467A-042<br>CIN02854 | 002845P001-1467A-042<br>CIN02855 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002846P001-1467A-042<br>CIN02856 | 002847P001-1467A-042<br>CIN02857 | 002848P001-1467A-042<br>CIN02858 | 002849P001-1467A-042<br>CIN02859 |
| 002850P002-1467A-042<br>CIN02860 | 002851P001-1467A-042<br>CIN02861 | 002852P001-1467A-042<br>CIN02862 | 002853P001-1467A-042<br>CIN02863 |
| 002854P001-1467A-042<br>CIN02864 | 002855P001-1467A-042<br>CIN02865 | 002856P001-1467A-042<br>CIN02866 | 002857P001-1467A-042<br>CIN02867 |
| 002858P001-1467A-042<br>CIN02868 | 002859P001-1467A-042<br>CIN02869 | 002860P001-1467A-042<br>CIN02870 | 002861P001-1467A-042<br>CIN02871 |
| 002862P002-1467A-042<br>CIN02872 | 002863P002-1467A-042<br>CIN02873 | 002864P001-1467A-042<br>CIN02874 | 002865P001-1467A-042<br>CIN02875 |
| 002866P001-1467A-042<br>CIN02876 | 002867P001-1467A-042<br>CIN02877 | 002868P001-1467A-042<br>CIN02878 | 002869P001-1467A-042<br>CIN02879 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002870P001-1467A-042<br>CIN02880 | 002871P001-1467A-042<br>CIN02881 | 002872P001-1467A-042<br>CIN02882 | 002873P001-1467A-042<br>CIN02883 |
| 002874P003-1467A-042<br>CIN02884 | 002875P001-1467A-042<br>CIN02885 | 002876P001-1467A-042<br>CIN02886 | 002877P001-1467A-042<br>CIN02887 |
| 002878P001-1467A-042<br>CIN02888 | 002879P001-1467A-042<br>CIN02889 | 002880P001-1467A-042<br>CIN02890 | 002881P001-1467A-042<br>CIN02891 |
| 002882P001-1467A-042<br>CIN02892 | 002883P001-1467A-042<br>CIN02893 | 002884P001-1467A-042<br>CIN02894 | 002885P001-1467A-042<br>CIN02895 |
| 002886P001-1467A-042<br>CIN02896 | 002887P001-1467A-042<br>CIN02897 | 002888P001-1467A-042<br>CIN02898 | 002889P001-1467A-042<br>CIN02899 |
| 002890P001-1467A-042<br>CIN02900 | 002891P001-1467A-042<br>CIN02901 | 002892P001-1467A-042<br>CIN02902 | 002893P001-1467A-042<br>CIN02903 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002766P001-1467A-042<br>CIN02904 | 002894P001-1467A-042<br>CIN02905 | 002895P001-1467A-042<br>CIN02906 | 002896P001-1467A-042<br>CIN02907 |
| 002897P002-1467A-042<br>CIN02908 | 002898P001-1467A-042<br>CIN02909 | 002899P001-1467A-042<br>CIN02910 | 002900P001-1467A-042<br>CIN02911 |
| 002901P001-1467A-042<br>CIN02912 | 002902P001-1467A-042<br>CIN02913 | 002903P001-1467A-042<br>CIN02914 | 002904P001-1467A-042<br>CIN02915 |
| 002905P001-1467A-042<br>CIN02916 | 002906P001-1467A-042<br>CIN02917 | 002907P001-1467A-042<br>CIN02918 | 002908P001-1467A-042<br>CIN02919 |
| 002909P001-1467A-042<br>CIN02920 | 002910P001-1467A-042<br>CIN02921 | 002911P001-1467A-042<br>CIN02922 | 002912P001-1467A-042<br>CIN02923 |
| 002913P001-1467A-042<br>CIN02924 | 002914P001-1467A-042<br>CIN02925 | 002915P001-1467A-042<br>CIN02926 | 002916P001-1467A-042<br>CIN02927 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002917P001-1467A-042<br>CIN02928 | 002918P001-1467A-042<br>CIN02929 | 002919P001-1467A-042<br>CIN02930 | 002920P001-1467A-042<br>CIN02931 |
| 002921P001-1467A-042<br>CIN02932 | 002922P001-1467A-042<br>CIN02933 | 002923P001-1467A-042<br>CIN02934 | 002924P001-1467A-042<br>CIN02935 |
| 002925P002-1467A-042<br>CIN02936 | 002926P001-1467A-042<br>CIN02937 | 002927P001-1467A-042<br>CIN02938 | 002928P002-1467A-042<br>CIN02939 |
| 002929P002-1467A-042<br>CIN02940 | 002930P001-1467A-042<br>CIN02941 | 002931P001-1467A-042<br>CIN02942 | 002932P002-1467A-042<br>CIN02943 |
| 002933P001-1467A-042<br>CIN02944 | 002934P001-1467A-042<br>CIN02945 | 002935P001-1467A-042<br>CIN02946 | 002936P001-1467A-042<br>CIN02947 |
| 002937P001-1467A-042<br>CIN02948 | 002938P001-1467A-042<br>CIN02949 | 002939P001-1467A-042<br>CIN02950 | 002940P001-1467A-042<br>CIN02951 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002941P001-1467A-042<br>CIN02952 | 002942P001-1467A-042<br>CIN02953 | 002943P001-1467A-042<br>CIN02954 | 002944P001-1467A-042<br>CIN02955 |
| 002945P001-1467A-042<br>CIN02956 | 002946P002-1467A-042<br>CIN02957 | 002947P001-1467A-042<br>CIN02958 | 002948P001-1467A-042<br>CIN02959 |
| 002949P001-1467A-042<br>CIN02960 | 002950P001-1467A-042<br>CIN02961 | 002951P001-1467A-042<br>CIN02962 | 002952P001-1467A-042<br>CIN02963 |
| 002953P002-1467A-042<br>CIN02964 | 002954P001-1467A-042<br>CIN02965 | 002955P003-1467A-042<br>CIN02966 | 002956P001-1467A-042<br>CIN02967 |
| 002957P001-1467A-042<br>CIN02968 | 002958P001-1467A-042<br>CIN02969 | 002959P001-1467A-042<br>CIN02970 | 002960P001-1467A-042<br>CIN02971 |
| 002961P001-1467A-042<br>CIN02972 | 002962P001-1467A-042<br>CIN02973 | 002963P001-1467A-042<br>CIN02974 | 002964P001-1467A-042<br>CIN02975 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 002965P001-1467A-042<br>CIN02976 | 002966P001-1467A-042<br>CIN02977 | 002967P001-1467A-042<br>CIN02978 | 002968P001-1467A-042<br>CIN02979 |
| 002969P001-1467A-042<br>CIN02980 | 002970P001-1467A-042<br>CIN02981 | 002971P001-1467A-042<br>CIN02982 | 002972P001-1467A-042<br>CIN02983 |
| 002973P001-1467A-042<br>CIN02984 | 002974P001-1467A-042<br>CIN02985 | 002975P001-1467A-042<br>CIN02986 | 002976P002-1467A-042<br>CIN02987 |
| 002977P001-1467A-042<br>CIN02988 | 002978P001-1467A-042<br>CIN02989 | 002979P001-1467A-042<br>CIN02990 | 002980P001-1467A-042<br>CIN02991 |
| 002981P001-1467A-042<br>CIN02992 | 002982P001-1467A-042<br>CIN02993 | 002983P001-1467A-042<br>CIN02994 | 002984P001-1467A-042<br>CIN02995 |
| 002985P002-1467A-042<br>CIN02996 | 002987P002-1467A-042<br>CIN02997 | 002988P001-1467A-042<br>CIN02998 | 002989P001-1467A-042<br>CIN02999 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

002990P001-1467A-042
CIN03000

002991P001-1467A-042
CIN03001

002992P002-1467A-042
CIN03002

002993P001-1467A-042
CIN03003

002994P001-1467A-042
CIN03004

002995P001-1467A-042
CIN03005

002996P001-1467A-042
CIN03006

002997P002-1467A-042
CIN03007

002998P001-1467A-042
CIN03008

002999P001-1467A-042
CIN03009

003000P001-1467A-042
CIN03010

003001P001-1467A-042
CIN03011

003002P001-1467A-042
CIN03012

003003P001-1467A-042
CIN03013

003004P001-1467A-042
CIN03014

003005P002-1467A-042
CIN03015

003006P001-1467A-042
CIN03016

003007P001-1467A-042
CIN03017

003008P001-1467A-042
CIN03018

003009P001-1467A-042
CIN03019

003010P001-1467A-042
CIN03020

003011P001-1467A-042
CIN03021

003012P001-1467A-042
CIN03022

003013P001-1467A-042
CIN03023

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003014P002-1467A-042<br>CIN03024 | 003015P002-1467A-042<br>CIN03025 | 003016P002-1467A-042<br>CIN03026 | 003017P001-1467A-042<br>CIN03027 |
| 003018P001-1467A-042<br>CIN03028 | 003019P001-1467A-042<br>CIN03029 | 003020P001-1467A-042<br>CIN03030 | 003021P001-1467A-042<br>CIN03031 |
| 003022P001-1467A-042<br>CIN03032 | 003023P001-1467A-042<br>CIN03033 | 003024P001-1467A-042<br>CIN03034 | 003025P001-1467A-042<br>CIN03035 |
| 003026P001-1467A-042<br>CIN03036 | 003027P001-1467A-042<br>CIN03037 | 003028P001-1467A-042<br>CIN03038 | 003029P001-1467A-042<br>CIN03039 |
| 003030P001-1467A-042<br>CIN03040 | 003031P001-1467A-042<br>CIN03041 | 003032P001-1467A-042<br>CIN03042 | 003033P001-1467A-042<br>CIN03043 |
| 003034P001-1467A-042<br>CIN03044 | 003035P002-1467A-042<br>CIN03045 | 003036P001-1467A-042<br>CIN03046 | 003037P001-1467A-042<br>CIN03047 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

003038P001-1467A-042
CIN03048

003039P001-1467A-042
CIN03049

003040P001-1467A-042
CIN03050

003041P001-1467A-042
CIN03051

003042P001-1467A-042
CIN03052

003043P001-1467A-042
CIN03053

003044P001-1467A-042
CIN03054

003045P001-1467A-042
CIN03055

003046P002-1467A-042
CIN03056

003046P002-1467A-042
CIN03056

003047P001-1467A-042
CIN03057

003048P001-1467A-042
CIN03058

003049P001-1467A-042
CIN03059

003050P001-1467A-042
CIN03060

003051P001-1467A-042
CIN03061

003052P002-1467A-042
CIN03062

003053P001-1467A-042
CIN03063

003054P001-1467A-042
CIN03064

003055P001-1467A-042
CIN03065

003056P001-1467A-042
CIN03066

003057P002-1467A-042
CIN03067

003058P001-1467A-042
CIN03068

003059P002-1467A-042
CIN03069

003060P001-1467A-042
CIN03070

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

003061P001-1467A-042
CIN03071

003062P001-1467A-042
CIN03072

003063P001-1467A-042
CIN03073

003064P001-1467A-042
CIN03074

003065P001-1467A-042
CIN03075

003066P001-1467A-042
CIN03076

003067P001-1467A-042
CIN03077

003068P001-1467A-042
CIN03078

003069P001-1467A-042
CIN03079

003070P001-1467A-042
CIN03080

006253P002-1467A-042
CIN03081

003071P001-1467A-042
CIN03082

003072P001-1467A-042
CIN03083

003073P001-1467A-042
CIN03084

003074P001-1467A-042
CIN03085

003075P001-1467A-042
CIN03086

003076P001-1467A-042
CIN03087

003077P001-1467A-042
CIN03088

003078P001-1467A-042
CIN03089

003079P001-1467A-042
CIN03090

003080P001-1467A-042
CIN03091

003081P001-1467A-042
CIN03092

003082P001-1467A-042
CIN03093

003083P001-1467A-042
CIN03094

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003084P001-1467A-042<br>CIN03095 | 003085P001-1467A-042<br>CIN03096 | 003086P001-1467A-042<br>CIN03097 | 003087P001-1467A-042<br>CIN03098 |
| 003088P001-1467A-042<br>CIN03099 | 003089P001-1467A-042<br>CIN03100 | 003090P002-1467A-042<br>CIN03101 | 006348P001-1467A-042<br>CIN03102 |
| 003091P001-1467A-042<br>CIN03103 | 003092P001-1467A-042<br>CIN03104 | 003093P001-1467A-042<br>CIN03105 | 003094P001-1467A-042<br>CIN03106 |
| 003095P001-1467A-042<br>CIN03107 | 003096P001-1467A-042<br>CIN03108 | 003097P001-1467A-042<br>CIN03109 | 003098P001-1467A-042<br>CIN03110 |
| 003099P001-1467A-042<br>CIN03111 | 003100P002-1467A-042<br>CIN03112 | 003101P001-1467A-042<br>CIN03113 | 003102P001-1467A-042<br>CIN03114 |
| 003103P001-1467A-042<br>CIN03115 | 003104P001-1467A-042<br>CIN03116 | 003105P001-1467A-042<br>CIN03117 | 003106P001-1467A-042<br>CIN03118 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

003107P001-1467A-042
CIN03119

003108P002-1467A-042
CIN03120

003109P003-1467A-042
CIN03121

003110P002-1467A-042
CIN03122

003111P001-1467A-042
CIN03123

003112P001-1467A-042
CIN03124

003113P001-1467A-042
CIN03125

003114P001-1467A-042
CIN03126

003115P001-1467A-042
CIN03127

003116P001-1467A-042
CIN03128

003117P001-1467A-042
CIN03129

003118P001-1467A-042
CIN03130

003119P001-1467A-042
CIN03131

003120P002-1467A-042
CIN03132

003121P001-1467A-042
CIN03133

003122P001-1467A-042
CIN03134

003123P002-1467A-042
CIN03135

003124P002-1467A-042
CIN03136

003125P001-1467A-042
CIN03137

003126P001-1467A-042
CIN03138

003127P002-1467A-042
CIN03139

003128P001-1467A-042
CIN03140

003129P001-1467A-042
CIN03141

003130P001-1467A-042
CIN03142

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

003131P001-1467A-042
CIN03143

003132P001-1467A-042
CIN03144

003133P001-1467A-042
CIN03145

003134P001-1467A-042
CIN03146

003135P001-1467A-042
CIN03147

003136P003-1467A-042
CIN03148

003136P003-1467A-042
CIN03148

003137P001-1467A-042
CIN03149

003138P001-1467A-042
CIN03150

003139P001-1467A-042
CIN03151

003140P001-1467A-042
CIN03152

003141P001-1467A-042
CIN03153

003142P001-1467A-042
CIN03154

003143P001-1467A-042
CIN03155

003144P001-1467A-042
CIN03156

003145P001-1467A-042
CIN03157

003146P001-1467A-042
CIN03158

003147P001-1467A-042
CIN03159

003148P001-1467A-042
CIN03160

003149P001-1467A-042
CIN03161

006341P001-1467A-042
CIN03162

003150P002-1467A-042
CIN03163

003150P002-1467A-042
CIN03163

003151P001-1467A-042
CIN03164

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003152P001-1467A-042<br>CIN03165 | 003153P001-1467A-042<br>CIN03166 | 003154P001-1467A-042<br>CIN03167 | 003155P001-1467A-042<br>CIN03168 |
| 003156P002-1467A-042<br>CIN03169 | 003157P001-1467A-042<br>CIN03170 | 003158P001-1467A-042<br>CIN03171 | 003159P001-1467A-042<br>CIN03172 |
| 003160P001-1467A-042<br>CIN03173 | 003161P001-1467A-042<br>CIN03174 | 003162P002-1467A-042<br>CIN03175 | 003163P001-1467A-042<br>CIN03176 |
| 003164P002-1467A-042<br>CIN03177 | 003165P002-1467A-042<br>CIN03178 | 003166P001-1467A-042<br>CIN03179 | 003167P001-1467A-042<br>CIN03180 |
| 003168P001-1467A-042<br>CIN03181 | 003169P001-1467A-042<br>CIN03182 | 003170P001-1467A-042<br>CIN03183 | 003171P001-1467A-042<br>CIN03184 |
| 003172P001-1467A-042<br>CIN03185 | 003173P002-1467A-042<br>CIN03186 | 003174P001-1467A-042<br>CIN03187 | 003175P001-1467A-042<br>CIN03188 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003176P001-1467A-042<br>CIN03189 | 003177P001-1467A-042<br>CIN03190 | 003178P001-1467A-042<br>CIN03191 | 003179P001-1467A-042<br>CIN03192 |
| 006241P001-1467A-042<br>CIN03193 | 003180P001-1467A-042<br>CIN03194 | 003181P001-1467A-042<br>CIN03195 | 003182P001-1467A-042<br>CIN03196 |
| 003183P001-1467A-042<br>CIN03197 | 003184P002-1467A-042<br>CIN03198 | 003185P002-1467A-042<br>CIN03199 | 003186P001-1467A-042<br>CIN03200 |
| 003187P001-1467A-042<br>CIN03201 | 003188P001-1467A-042<br>CIN03202 | 003189P001-1467A-042<br>CIN03203 | 003190P001-1467A-042<br>CIN03204 |
| 003191P001-1467A-042<br>CIN03205 | 003192P001-1467A-042<br>CIN03206 | 003193P001-1467A-042<br>CIN03207 | 003194P001-1467A-042<br>CIN03208 |
| 003195P001-1467A-042<br>CIN03209 | 003196P001-1467A-042<br>CIN03210 | 003197P001-1467A-042<br>CIN03211 | 003198P001-1467A-042<br>CIN03212 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003199P001-1467A-042<br>CIN03213 | 003200P001-1467A-042<br>CIN03214 | 003201P002-1467A-042<br>CIN03215 | 003202P001-1467A-042<br>CIN03216 |
| 003203P001-1467A-042<br>CIN03217 | 003204P001-1467A-042<br>CIN03218 | 003205P001-1467A-042<br>CIN03219 | 003206P001-1467A-042<br>CIN03220 |
| 003207P001-1467A-042<br>CIN03221 | 003208P001-1467A-042<br>CIN03222 | 003209P001-1467A-042<br>CIN03223 | 003210P001-1467A-042<br>CIN03224 |
| 003211P001-1467A-042<br>CIN03225 | 003212P001-1467A-042<br>CIN03226 | 003213P001-1467A-042<br>CIN03227 | 003214P001-1467A-042<br>CIN03228 |
| 003215P001-1467A-042<br>CIN03229 | 003216P001-1467A-042<br>CIN03230 | 003217P002-1467A-042<br>CIN03231 | 003218P001-1467A-042<br>CIN03232 |
| 003219P001-1467A-042<br>CIN03233 | 003220P001-1467A-042<br>CIN03234 | 003221P001-1467A-042<br>CIN03235 | 006254P002-1467A-042<br>CIN03236 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| 003222P001-1467A-042 | 003223P001-1467A-042 | 003224P001-1467A-042 | 003225P001-1467A-042 |
| CIN03237 | CIN03238 | CIN03239 | CIN03240 |

| 003226P001-1467A-042 | 003227P001-1467A-042 | 003228P001-1467A-042 | 003229P001-1467A-042 |
| CIN03241 | CIN03242 | CIN03243 | CIN03244 |

| 003230P001-1467A-042 | 003231P001-1467A-042 | 003232P002-1467A-042 | 003233P001-1467A-042 |
| CIN03245 | CIN03246 | CIN03247 | CIN03248 |

| 003234P001-1467A-042 | 003235P001-1467A-042 | 003236P001-1467A-042 | 003237P001-1467A-042 |
| CIN03249 | CIN03250 | CIN03251 | CIN03252 |

| 003238P001-1467A-042 | 003239P001-1467A-042 | 003240P001-1467A-042 | 003241P001-1467A-042 |
| CIN03253 | CIN03254 | CIN03255 | CIN03256 |

| 003242P001-1467A-042 | 003243P001-1467A-042 | 003244P001-1467A-042 | 003245P001-1467A-042 |
| CIN03257 | CIN03258 | CIN03259 | CIN03260 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003246P001-1467A-042<br>CIN03261 | 003247P001-1467A-042<br>CIN03262 | 003248P001-1467A-042<br>CIN03263 | 003249P001-1467A-042<br>CIN03264 |
| 003250P001-1467A-042<br>CIN03265 | 003251P001-1467A-042<br>CIN03266 | 003252P001-1467A-042<br>CIN03267 | 003253P001-1467A-042<br>CIN03268 |
| 003254P001-1467A-042<br>CIN03269 | 003255P001-1467A-042<br>CIN03270 | 003256P001-1467A-042<br>CIN03271 | 003257P001-1467A-042<br>CIN03272 |
| 003258P001-1467A-042<br>CIN03273 | 003259P001-1467A-042<br>CIN03274 | 003260P001-1467A-042<br>CIN03275 | 003261P001-1467A-042<br>CIN03276 |
| 003262P001-1467A-042<br>CIN03277 | 003263P001-1467A-042<br>CIN03278 | 003264P001-1467A-042<br>CIN03279 | 003265P001-1467A-042<br>CIN03280 |
| 003266P001-1467A-042<br>CIN03281 | 003267P001-1467A-042<br>CIN03282 | 003268P001-1467A-042<br>CIN03283 | 003269P001-1467A-042<br>CIN03284 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003270P001-1467A-042<br>CIN03285 | 003271P001-1467A-042<br>CIN03286 | 003272P001-1467A-042<br>CIN03287 | 003273P001-1467A-042<br>CIN03288 |
| 003274P002-1467A-042<br>CIN03289 | 003275P002-1467A-042<br>CIN03290 | 003276P001-1467A-042<br>CIN03291 | 003277P001-1467A-042<br>CIN03292 |
| 003278P001-1467A-042<br>CIN03293 | 003279P001-1467A-042<br>CIN03294 | 003280P001-1467A-042<br>CIN03295 | 003281P002-1467A-042<br>CIN03296 |
| 003282P001-1467A-042<br>CIN03297 | 003283P001-1467A-042<br>CIN03298 | 003284P001-1467A-042<br>CIN03299 | 003285P001-1467A-042<br>CIN03300 |
| 003286P002-1467A-042<br>CIN03301 | 003287P002-1467A-042<br>CIN03302 | 003288P001-1467A-042<br>CIN03303 | 003289P001-1467A-042<br>CIN03304 |
| 003290P001-1467A-042<br>CIN03305 | 003291P001-1467A-042<br>CIN03306 | 003292P001-1467A-042<br>CIN03307 | 003293P001-1467A-042<br>CIN03308 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003294P001-1467A-042<br>CIN03309 | 003295P001-1467A-042<br>CIN03310 | 003296P002-1467A-042<br>CIN03311 | 003297P001-1467A-042<br>CIN03312 |
| 003298P001-1467A-042<br>CIN03313 | 003299P001-1467A-042<br>CIN03314 | 003300P001-1467A-042<br>CIN03315 | 003301P001-1467A-042<br>CIN03316 |
| 003302P001-1467A-042<br>CIN03317 | 003303P002-1467A-042<br>CIN03318 | 003304P001-1467A-042<br>CIN03319 | 003305P001-1467A-042<br>CIN03320 |
| 003306P002-1467A-042<br>CIN03321 | 003307P001-1467A-042<br>CIN03322 | 003308P002-1467A-042<br>CIN03323 | 003309P001-1467A-042<br>CIN03324 |
| 003310P001-1467A-042<br>CIN03325 | 003311P001-1467A-042<br>CIN03326 | 003312P001-1467A-042<br>CIN03327 | 003313P001-1467A-042<br>CIN03328 |
| 003314P001-1467A-042<br>CIN03329 | 003315P001-1467A-042<br>CIN03330 | 003316P001-1467A-042<br>CIN03331 | 003317P002-1467A-042<br>CIN03332 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003318P001-1467A-042<br>CIN03333 | 003319P001-1467A-042<br>CIN03334 | 003320P002-1467A-042<br>CIN03335 | 003321P001-1467A-042<br>CIN03336 |
| 003322P002-1467A-042<br>CIN03337 | 006242P002-1467A-042<br>CIN03338 | 003323P001-1467A-042<br>CIN03339 | 003324P001-1467A-042<br>CIN03340 |
| 003325P001-1467A-042<br>CIN03341 | 003326P001-1467A-042<br>CIN03342 | 003327P001-1467A-042<br>CIN03343 | 003328P001-1467A-042<br>CIN03344 |
| 003329P001-1467A-042<br>CIN03345 | 003330P001-1467A-042<br>CIN03346 | 003331P001-1467A-042<br>CIN03347 | 003332P001-1467A-042<br>CIN03348 |
| 003333P001-1467A-042<br>CIN03349 | 003334P001-1467A-042<br>CIN03350 | 003335P001-1467A-042<br>CIN03351 | 003336P001-1467A-042<br>CIN03352 |
| 003337P001-1467A-042<br>CIN03353 | 003338P001-1467A-042<br>CIN03354 | 003339P001-1467A-042<br>CIN03355 | 003340P001-1467A-042<br>CIN03356 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

003341P001-1467A-042
CIN03357

003342P001-1467A-042
CIN03358

003343P001-1467A-042
CIN03359

003344P001-1467A-042
CIN03360

003345P001-1467A-042
CIN03361

003346P001-1467A-042
CIN03362

003347P001-1467A-042
CIN03363

003348P001-1467A-042
CIN03364

003349P002-1467A-042
CIN03365

003350P001-1467A-042
CIN03366

003351P001-1467A-042
CIN03367

003352P001-1467A-042
CIN03368

003353P001-1467A-042
CIN03369

003354P002-1467A-042
CIN03370

003355P001-1467A-042
CIN03371

003356P001-1467A-042
CIN03372

003357P001-1467A-042
CIN03373

003358P001-1467A-042
CIN03374

003359P001-1467A-042
CIN03375

003360P001-1467A-042
CIN03376

003361P001-1467A-042
CIN03377

003362P002-1467A-042
CIN03378

003363P001-1467A-042
CIN03379

003364P001-1467A-042
CIN03380

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003365P001-1467A-042<br>CIN03381 | 003366P001-1467A-042<br>CIN03382 | 003367P001-1467A-042<br>CIN03383 | 003368P001-1467A-042<br>CIN03384 |
| 003369P001-1467A-042<br>CIN03385 | 003370P001-1467A-042<br>CIN03386 | 003371P001-1467A-042<br>CIN03387 | 003372P001-1467A-042<br>CIN03388 |
| 003373P001-1467A-042<br>CIN03389 | 003374P001-1467A-042<br>CIN03390 | 003375P001-1467A-042<br>CIN03391 | 003376P001-1467A-042<br>CIN03392 |
| 003377P001-1467A-042<br>CIN03393 | 003378P001-1467A-042<br>CIN03394 | 003379P001-1467A-042<br>CIN03395 | 003380P001-1467A-042<br>CIN03396 |
| 003381P002-1467A-042<br>CIN03397 | 003382P001-1467A-042<br>CIN03398 | 003383P001-1467A-042<br>CIN03399 | 003384P001-1467A-042<br>CIN03400 |
| 003385P001-1467A-042<br>CIN03401 | 003386P001-1467A-042<br>CIN03402 | 003387P001-1467A-042<br>CIN03403 | 003388P001-1467A-042<br>CIN03404 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 146 of 294
Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 144 of 266                                                01/14/2021 08:22:22 PM

003389P001-1467A-042
CIN03405

003390P001-1467A-042
CIN03406

003391P002-1467A-042
CIN03407

003392P001-1467A-042
CIN03408

003393P001-1467A-042
CIN03409

003394P001-1467A-042
CIN03410

003395P001-1467A-042
CIN03411

003396P001-1467A-042
CIN03412

003397P001-1467A-042
CIN03413

003398P001-1467A-042
CIN03414

003399P001-1467A-042
CIN03415

003400P001-1467A-042
CIN03416

003401P001-1467A-042
CIN03417

003402P001-1467A-042
CIN03418

003403P001-1467A-042
CIN03419

003404P001-1467A-042
CIN03420

003405P001-1467A-042
CIN03421

003406P001-1467A-042
CIN03422

003407P001-1467A-042
CIN03423

003408P001-1467A-042
CIN03424

003409P001-1467A-042
CIN03425

003410P001-1467A-042
CIN03426

003411P001-1467A-042
CIN03427

003412P001-1467A-042
CIN03428

Cred Inc., et al.
Electronic Mail
Exhibit Pages

003413P001-1467A-042
CIN03429

003414P001-1467A-042
CIN03430

003415P001-1467A-042
CIN03431

003416P002-1467A-042
CIN03432

003417P001-1467A-042
CIN03433

003418P001-1467A-042
CIN03434

003419P001-1467A-042
CIN03435

003420P002-1467A-042
CIN03436

003421P001-1467A-042
CIN03437

003422P001-1467A-042
CIN03438

003423P001-1467A-042
CIN03439

003424P001-1467A-042
CIN03440

003425P001-1467A-042
CIN03441

003426P001-1467A-042
CIN03442

003427P001-1467A-042
CIN03443

003428P001-1467A-042
CIN03444

003429P001-1467A-042
CIN03445

003430P001-1467A-042
CIN03446

003431P001-1467A-042
CIN03447

003432P002-1467A-042
CIN03448

003433P001-1467A-042
CIN03449

003434P001-1467A-042
CIN03450

003435P002-1467A-042
CIN03451

003436P001-1467A-042
CIN03452

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003437P001-1467A-042<br>CIN03453 | 003438P001-1467A-042<br>CIN03454 | 003439P001-1467A-042<br>CIN03455 | 003440P001-1467A-042<br>CIN03456 |
| 003441P001-1467A-042<br>CIN03457 | 003442P002-1467A-042<br>CIN03458 | 003443P001-1467A-042<br>CIN03459 | 003444P002-1467A-042<br>CIN03460 |
| 003445P001-1467A-042<br>CIN03461 | 003446P003-1467A-042<br>CIN03462 | 003447P001-1467A-042<br>CIN03463 | 003448P001-1467A-042<br>CIN03464 |
| 003449P001-1467A-042<br>CIN03465 | 003450P001-1467A-042<br>CIN03466 | 003451P002-1467A-042<br>CIN03467 | 003452P001-1467A-042<br>CIN03468 |
| 003453P001-1467A-042<br>CIN03469 | 003454P001-1467A-042<br>CIN03470 | 003455P001-1467A-042<br>CIN03471 | 003456P001-1467A-042<br>CIN03472 |
| 003457P001-1467A-042<br>CIN03473 | 003458P001-1467A-042<br>CIN03474 | 003459P001-1467A-042<br>CIN03475 | 003460P001-1467A-042<br>CIN03476 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003461P001-1467A-042<br>CIN03477 | 003462P001-1467A-042<br>CIN03478 | 003463P001-1467A-042<br>CIN03479 | 003464P001-1467A-042<br>CIN03480 |
| 003465P001-1467A-042<br>CIN03481 | 003466P001-1467A-042<br>CIN03482 | 003467P001-1467A-042<br>CIN03483 | 003468P001-1467A-042<br>CIN03484 |
| 003469P001-1467A-042<br>CIN03485 | 003470P001-1467A-042<br>CIN03486 | 003471P001-1467A-042<br>CIN03487 | 003472P002-1467A-042<br>CIN03488 |
| 003473P001-1467A-042<br>CIN03489 | 003474P001-1467A-042<br>CIN03490 | 003475P001-1467A-042<br>CIN03491 | 003476P001-1467A-042<br>CIN03492 |
| 003477P001-1467A-042<br>CIN03493 | 003478P001-1467A-042<br>CIN03494 | 003479P001-1467A-042<br>CIN03495 | 003480P001-1467A-042<br>CIN03496 |
| 003481P001-1467A-042<br>CIN03497 | 003482P001-1467A-042<br>CIN03498 | 003483P001-1467A-042<br>CIN03499 | 003484P001-1467A-042<br>CIN03500 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

003485P001-1467A-042
CIN03501

003486P001-1467A-042
CIN03502

003487P001-1467A-042
CIN03503

003488P001-1467A-042
CIN03504

003489P001-1467A-042
CIN03505

003490P001-1467A-042
CIN03506

003491P003-1467A-042
CIN03507

003492P001-1467A-042
CIN03508

003493P001-1467A-042
CIN03509

003494P001-1467A-042
CIN03510

003495P001-1467A-042
CIN03511

003496P001-1467A-042
CIN03512

003497P001-1467A-042
CIN03513

003498P001-1467A-042
CIN03514

003499P001-1467A-042
CIN03515

003500P001-1467A-042
CIN03516

003501P001-1467A-042
CIN03517

003502P001-1467A-042
CIN03518

003503P001-1467A-042
CIN03519

003504P001-1467A-042
CIN03520

003505P001-1467A-042
CIN03521

003506P001-1467A-042
CIN03522

003507P002-1467A-042
CIN03523

003508P001-1467A-042
CIN03524

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

003509P001-1467A-042          003510P001-1467A-042          003511P001-1467A-042          003512P001-1467A-042
CIN03525                      CIN03526                      CIN03527                      CIN03528

003513P002-1467A-042          003514P002-1467A-042          003515P001-1467A-042          003516P001-1467A-042
CIN03529                      CIN03530                      CIN03531                      CIN03532

003517P001-1467A-042          003518P001-1467A-042          003519P002-1467A-042          003520P001-1467A-042
CIN03533                      CIN03534                      CIN03535                      CIN03536

003521P001-1467A-042          003522P001-1467A-042          003523P001-1467A-042          003524P001-1467A-042
CIN03537                      CIN03538                      CIN03539                      CIN03540

003525P001-1467A-042          003526P001-1467A-042          003527P001-1467A-042          003528P001-1467A-042
CIN03541                      CIN03542                      CIN03543                      CIN03544

003529P001-1467A-042          003530P001-1467A-042          003531P001-1467A-042          003532P001-1467A-042
CIN03545                      CIN03546                      CIN03547                      CIN03548

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 152 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 150 of 266                                                          01/14/2021 08:22:22 PM

003533P001-1467A-042
CIN03549

003534P001-1467A-042
CIN03550

003535P001-1467A-042
CIN03551

003536P001-1467A-042
CIN03552

003537P001-1467A-042
CIN03553

003538P001-1467A-042
CIN03554

003539P001-1467A-042
CIN03555

003540P001-1467A-042
CIN03556

003541P001-1467A-042
CIN03557

003542P001-1467A-042
CIN03558

003543P001-1467A-042
CIN03559

003544P001-1467A-042
CIN03560

003545P002-1467A-042
CIN03561

003546P001-1467A-042
CIN03562

003547P001-1467A-042
CIN03563

003548P001-1467A-042
CIN03564

003549P001-1467A-042
CIN03565

003550P001-1467A-042
CIN03566

003551P001-1467A-042
CIN03567

003552P001-1467A-042
CIN03568

003553P001-1467A-042
CIN03569

003554P001-1467A-042
CIN03570

003555P002-1467A-042
CIN03571

003556P001-1467A-042
CIN03572

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

003557P003-1467A-042
CIN03573

003558P001-1467A-042
CIN03574

003559P001-1467A-042
CIN03575

003560P001-1467A-042
CIN03576

003561P001-1467A-042
CIN03577

003562P001-1467A-042
CIN03578

003563P001-1467A-042
CIN03579

003564P001-1467A-042
CIN03580

003565P001-1467A-042
CIN03581

003566P001-1467A-042
CIN03582

003567P002-1467A-042
CIN03583

003568P002-1467A-042
CIN03584

003569P001-1467A-042
CIN03585

003570P001-1467A-042
CIN03586

003571P002-1467A-042
CIN03587

003572P001-1467A-042
CIN03588

003573P001-1467A-042
CIN03589

003574P001-1467A-042
CIN03590

003575P001-1467A-042
CIN03591

003576P001-1467A-042
CIN03592

003577P001-1467A-042
CIN03593

003578P001-1467A-042
CIN03594

003579P005-1467A-042
CIN03595

003580P001-1467A-042
CIN03596

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003581P001-1467A-042<br>CIN03597 | 003582P001-1467A-042<br>CIN03598 | 003583P002-1467A-042<br>CIN03599 | 003584P001-1467A-042<br>CIN03600 |
| 003585P002-1467A-042<br>CIN03601 | 003586P001-1467A-042<br>CIN03602 | 003587P001-1467A-042<br>CIN03603 | 003588P003-1467A-042<br>CIN03604 |
| 003589P001-1467A-042<br>CIN03605 | 003590P001-1467A-042<br>CIN03606 | 003591P001-1467A-042<br>CIN03607 | 003592P001-1467A-042<br>CIN03608 |
| 003593P002-1467A-042<br>CIN03609 | 003594P001-1467A-042<br>CIN03610 | 003595P001-1467A-042<br>CIN03611 | 003596P001-1467A-042<br>CIN03612 |
| 003597P001-1467A-042<br>CIN03613 | 003598P001-1467A-042<br>CIN03614 | 003599P001-1467A-042<br>CIN03615 | 003600P001-1467A-042<br>CIN03616 |
| 003601P001-1467A-042<br>CIN03617 | 003602P001-1467A-042<br>CIN03618 | 003603P002-1467A-042<br>CIN03619 | 003604P001-1467A-042<br>CIN03620 |

003605P001-1467A-042
CIN03621

003606P002-1467A-042
CIN03622

003607P002-1467A-042
CIN03623

003608P001-1467A-042
CIN03624

003609P001-1467A-042
CIN03625

003610P001-1467A-042
CIN03626

003611P003-1467A-042
CIN03627

003612P001-1467A-042
CIN03628

003613P001-1467A-042
CIN03629

003614P001-1467A-042
CIN03630

003615P002-1467A-042
CIN03631

003616P001-1467A-042
CIN03632

003617P001-1467A-042
CIN03633

003618P001-1467A-042
CIN03634

003619P001-1467A-042
CIN03635

003620P001-1467A-042
CIN03636

003621P001-1467A-042
CIN03637

003622P001-1467A-042
CIN03638

003623P001-1467A-042
CIN03639

003624P002-1467A-042
CIN03640

003625P001-1467A-042
CIN03641

003626P001-1467A-042
CIN03642

003627P001-1467A-042
CIN03643

003628P001-1467A-042
CIN03644

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003629P001-1467A-042<br>CIN03645 | 003630P001-1467A-042<br>CIN03646 | 003631P002-1467A-042<br>CIN03647 | 003632P001-1467A-042<br>CIN03648 |
| 003633P001-1467A-042<br>CIN03649 | 003634P001-1467A-042<br>CIN03650 | 003635P001-1467A-042<br>CIN03651 | 003636P001-1467A-042<br>CIN03652 |
| 003637P001-1467A-042<br>CIN03653 | 003638P001-1467A-042<br>CIN03654 | 003639P002-1467A-042<br>CIN03655 | 003640P001-1467A-042<br>CIN03656 |
| 003641P001-1467A-042<br>CIN03657 | 003642P001-1467A-042<br>CIN03658 | 003643P001-1467A-042<br>CIN03659 | 003644P002-1467A-042<br>CIN03660 |
| 003645P002-1467A-042<br>CIN03661 | 003646P001-1467A-042<br>CIN03662 | 003647P002-1467A-042<br>CIN03663 | 003648P002-1467A-042<br>CIN03664 |
| 003649P001-1467A-042<br>CIN03665 | 003650P001-1467A-042<br>CIN03666 | 003651P001-1467A-042<br>CIN03667 | 003652P001-1467A-042<br>CIN03668 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003653P002-1467A-042<br>CIN03669 | 003654P001-1467A-042<br>CIN03670 | 003655P001-1467A-042<br>CIN03671 | 003656P001-1467A-042<br>CIN03672 |
| 003657P001-1467A-042<br>CIN03673 | 003658P001-1467A-042<br>CIN03674 | 003659P001-1467A-042<br>CIN03675 | 003660P001-1467A-042<br>CIN03676 |
| 003661P001-1467A-042<br>CIN03677 | 003662P001-1467A-042<br>CIN03678 | 003663P001-1467A-042<br>CIN03679 | 003664P002-1467A-042<br>CIN03680 |
| 003665P001-1467A-042<br>CIN03681 | 003666P001-1467A-042<br>CIN03682 | 003667P001-1467A-042<br>CIN03683 | 003668P001-1467A-042<br>CIN03684 |
| 003669P001-1467A-042<br>CIN03685 | 003670P001-1467A-042<br>CIN03686 | 003671P001-1467A-042<br>CIN03687 | 003672P001-1467A-042<br>CIN03688 |
| 003673P001-1467A-042<br>CIN03689 | 003674P001-1467A-042<br>CIN03690 | 003675P001-1467A-042<br>CIN03691 | 003676P001-1467A-042<br>CIN03692 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003677P001-1467A-042<br>CIN03693 | 003678P001-1467A-042<br>CIN03694 | 003679P001-1467A-042<br>CIN03695 | 003680P001-1467A-042<br>CIN03696 |
| 003681P001-1467A-042<br>CIN03697 | 003682P001-1467A-042<br>CIN03698 | 003683P001-1467A-042<br>CIN03699 | 003684P001-1467A-042<br>CIN03700 |
| 003685P001-1467A-042<br>CIN03701 | 003686P001-1467A-042<br>CIN03702 | 003687P001-1467A-042<br>CIN03703 | 003688P001-1467A-042<br>CIN03704 |
| 003689P001-1467A-042<br>CIN03705 | 003690P001-1467A-042<br>CIN03706 | 003691P001-1467A-042<br>CIN03707 | 003692P001-1467A-042<br>CIN03708 |
| 003693P001-1467A-042<br>CIN03709 | 003694P001-1467A-042<br>CIN03710 | 003695P001-1467A-042<br>CIN03711 | 003696P001-1467A-042<br>CIN03712 |
| 003697P001-1467A-042<br>CIN03713 | 003698P001-1467A-042<br>CIN03714 | 003699P001-1467A-042<br>CIN03715 | 003700P001-1467A-042<br>CIN03716 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003701P001-1467A-042<br>CIN03717 | 003702P001-1467A-042<br>CIN03718 | 003703P001-1467A-042<br>CIN03719 | 003704P001-1467A-042<br>CIN03720 |
| 006340P002-1467A-042<br>CIN03721 | 003705P001-1467A-042<br>CIN03722 | 003706P002-1467A-042<br>CIN03723 | 003707P001-1467A-042<br>CIN03724 |
| 003708P001-1467A-042<br>CIN03725 | 003709P001-1467A-042<br>CIN03726 | 003710P001-1467A-042<br>CIN03727 | 003711P001-1467A-042<br>CIN03728 |
| 003712P001-1467A-042<br>CIN03729 | 003713P001-1467A-042<br>CIN03730 | 003714P001-1467A-042<br>CIN03731 | 003715P001-1467A-042<br>CIN03732 |
| 003716P001-1467A-042<br>CIN03733 | 003717P001-1467A-042<br>CIN03734 | 003718P001-1467A-042<br>CIN03735 | 003719P001-1467A-042<br>CIN03736 |
| 003720P001-1467A-042<br>CIN03737 | 003721P001-1467A-042<br>CIN03738 | 003722P002-1467A-042<br>CIN03739 | 003723P001-1467A-042<br>CIN03740 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003724P001-1467A-042<br>CIN03741 | 003725P001-1467A-042<br>CIN03742 | 003726P001-1467A-042<br>CIN03743 | 003727P001-1467A-042<br>CIN03744 |
| 003728P001-1467A-042<br>CIN03745 | 003729P001-1467A-042<br>CIN03746 | 003730P001-1467A-042<br>CIN03747 | 003731P001-1467A-042<br>CIN03748 |
| 003732P001-1467A-042<br>CIN03749 | 003733P001-1467A-042<br>CIN03750 | 003734P001-1467A-042<br>CIN03751 | 003735P001-1467A-042<br>CIN03752 |
| 003736P001-1467A-042<br>CIN03753 | 003737P001-1467A-042<br>CIN03754 | 003738P001-1467A-042<br>CIN03755 | 003739P001-1467A-042<br>CIN03756 |
| 003740P001-1467A-042<br>CIN03757 | 003741P001-1467A-042<br>CIN03758 | 003742P001-1467A-042<br>CIN03759 | 003743P001-1467A-042<br>CIN03760 |
| 003744P001-1467A-042<br>CIN03761 | 003745P001-1467A-042<br>CIN03762 | 003746P001-1467A-042<br>CIN03763 | 003747P001-1467A-042<br>CIN03764 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003748P002-1467A-042<br>CIN03765 | 003749P002-1467A-042<br>CIN03766 | 003750P001-1467A-042<br>CIN03767 | 003751P001-1467A-042<br>CIN03768 |
| 003752P001-1467A-042<br>CIN03769 | 003753P001-1467A-042<br>CIN03770 | 003754P001-1467A-042<br>CIN03771 | 003755P001-1467A-042<br>CIN03772 |
| 003756P001-1467A-042<br>CIN03773 | 003757P001-1467A-042<br>CIN03774 | 003758P001-1467A-042<br>CIN03775 | 003759P001-1467A-042<br>CIN03776 |
| 003760P001-1467A-042<br>CIN03777 | 003761P002-1467A-042<br>CIN03778 | 003762P001-1467A-042<br>CIN03779 | 003763P001-1467A-042<br>CIN03780 |
| 003764P001-1467A-042<br>CIN03781 | 003765P001-1467A-042<br>CIN03782 | 003766P001-1467A-042<br>CIN03783 | 003767P001-1467A-042<br>CIN03784 |
| 003768P001-1467A-042<br>CIN03785 | 003769P002-1467A-042<br>CIN03786 | 003770P001-1467A-042<br>CIN03787 | 003771P001-1467A-042<br>CIN03788 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003772P001-1467A-042<br>CIN03789 | 003773P001-1467A-042<br>CIN03790 | 003774P001-1467A-042<br>CIN03791 | 003775P001-1467A-042<br>CIN03792 |
| 003776P002-1467A-042<br>CIN03793 | 003777P001-1467A-042<br>CIN03794 | 003778P001-1467A-042<br>CIN03795 | 003779P001-1467A-042<br>CIN03796 |
| 003780P001-1467A-042<br>CIN03797 | 003781P001-1467A-042<br>CIN03798 | 003782P001-1467A-042<br>CIN03799 | 003783P001-1467A-042<br>CIN03800 |
| 003784P003-1467A-042<br>CIN03801 | 003785P002-1467A-042<br>CIN03802 | 003786P001-1467A-042<br>CIN03803 | 003787P001-1467A-042<br>CIN03804 |
| 003788P001-1467A-042<br>CIN03805 | 003789P001-1467A-042<br>CIN03806 | 003790P001-1467A-042<br>CIN03807 | 003791P001-1467A-042<br>CIN03808 |
| 003792P001-1467A-042<br>CIN03809 | 003793P001-1467A-042<br>CIN03810 | 003794P001-1467A-042<br>CIN03811 | 003795P001-1467A-042<br>CIN03812 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| 000007P001-1467A-042 | 003796P001-1467A-042 | 003797P001-1467A-042 | 003798P001-1467A-042 |
| CIN03813 | CIN03814 | CIN03815 | CIN03816 |

| 003799P001-1467A-042 | 003800P001-1467A-042 | 003801P001-1467A-042 | 003802P001-1467A-042 |
| CIN03817 | CIN03818 | CIN03819 | CIN03820 |

| 003803P001-1467A-042 | 003804P001-1467A-042 | 003805P001-1467A-042 | 003806P001-1467A-042 |
| CIN03821 | CIN03822 | CIN03823 | CIN03824 |

| 003807P001-1467A-042 | 003808P001-1467A-042 | 003809P001-1467A-042 | 003810P001-1467A-042 |
| CIN03825 | CIN03826 | CIN03827 | CIN03828 |

| 003811P001-1467A-042 | 003812P001-1467A-042 | 003813P001-1467A-042 | 003814P001-1467A-042 |
| CIN03829 | CIN03830 | CIN03831 | CIN03832 |

| 003815P001-1467A-042 | 003816P001-1467A-042 | 003817P001-1467A-042 | 003818P001-1467A-042 |
| CIN03833 | CIN03834 | CIN03835 | CIN03836 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003819P001-1467A-042<br>CIN03837 | 003820P001-1467A-042<br>CIN03838 | 003821P001-1467A-042<br>CIN03839 | 003822P001-1467A-042<br>CIN03840 |
| 003823P001-1467A-042<br>CIN03841 | 003824P001-1467A-042<br>CIN03842 | 003825P002-1467A-042<br>CIN03843 | 003826P001-1467A-042<br>CIN03844 |
| 003827P001-1467A-042<br>CIN03845 | 003828P001-1467A-042<br>CIN03846 | 003829P001-1467A-042<br>CIN03847 | 003830P001-1467A-042<br>CIN03848 |
| 003831P001-1467A-042<br>CIN03849 | 003832P001-1467A-042<br>CIN03850 | 003833P001-1467A-042<br>CIN03851 | 003834P001-1467A-042<br>CIN03852 |
| 003835P001-1467A-042<br>CIN03853 | 003836P001-1467A-042<br>CIN03854 | 003837P001-1467A-042<br>CIN03855 | 003838P001-1467A-042<br>CIN03856 |
| 003839P001-1467A-042<br>CIN03857 | 003840P001-1467A-042<br>CIN03858 | 003841P001-1467A-042<br>CIN03859 | 003842P001-1467A-042<br>CIN03860 |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003843P003-1467A-042<br>CIN03861 | 003843P003-1467A-042<br>CIN03861 | 003844P001-1467A-042<br>CIN03862 | 003845P001-1467A-042<br>CIN03863 |
| 003846P001-1467A-042<br>CIN03864 | 003847P002-1467A-042<br>CIN03865 | 003848P001-1467A-042<br>CIN03866 | 003849P001-1467A-042<br>CIN03867 |
| 006243P001-1467A-042<br>CIN03868 | 003850P001-1467A-042<br>CIN03869 | 003851P001-1467A-042<br>CIN03870 | 003852P001-1467A-042<br>CIN03871 |
| 003853P001-1467A-042<br>CIN03872 | 003854P001-1467A-042<br>CIN03873 | 003855P001-1467A-042<br>CIN03874 | 003856P001-1467A-042<br>CIN03875 |
| 003857P002-1467A-042<br>CIN03876 | 003858P001-1467A-042<br>CIN03877 | 003859P001-1467A-042<br>CIN03878 | 003860P001-1467A-042<br>CIN03879 |
| 003861P002-1467A-042<br>CIN03880 | 003862P001-1467A-042<br>CIN03881 | 003863P001-1467A-042<br>CIN03882 | 003864P001-1467A-042<br>CIN03883 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

003865P001-1467A-042
CIN03884

003866P001-1467A-042
CIN03885

003867P001-1467A-042
CIN03886

003868P001-1467A-042
CIN03887

003869P001-1467A-042
CIN03888

003870P001-1467A-042
CIN03889

003871P002-1467A-042
CIN03890

003872P002-1467A-042
CIN03891

003873P001-1467A-042
CIN03892

003874P001-1467A-042
CIN03893

003875P001-1467A-042
CIN03894

003876P001-1467A-042
CIN03895

003877P001-1467A-042
CIN03896

003878P001-1467A-042
CIN03897

003879P001-1467A-042
CIN03898

003880P001-1467A-042
CIN03899

003881P001-1467A-042
CIN03900

003882P001-1467A-042
CIN03901

003883P001-1467A-042
CIN03902

003884P001-1467A-042
CIN03903

003885P001-1467A-042
CIN03904

003886P001-1467A-042
CIN03905

003887P001-1467A-042
CIN03906

003888P001-1467A-042
CIN03907

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003889P002-1467A-042<br>CIN03908 | 006244P002-1467A-042<br>CIN03909 | 006344P001-1467A-042<br>CIN03910 | 003890P003-1467A-042<br>CIN03911 |
| 003891P001-1467A-042<br>CIN03912 | 003892P002-1467A-042<br>CIN03913 | 003893P002-1467A-042<br>CIN03914 | 003894P001-1467A-042<br>CIN03915 |
| 003895P001-1467A-042<br>CIN03916 | 003896P001-1467A-042<br>CIN03917 | 003897P002-1467A-042<br>CIN03918 | 003898P002-1467A-042<br>CIN03919 |
| 003899P001-1467A-042<br>CIN03920 | 003900P001-1467A-042<br>CIN03921 | 003901P001-1467A-042<br>CIN03922 | 003902P001-1467A-042<br>CIN03923 |
| 003903P001-1467A-042<br>CIN03924 | 003904P001-1467A-042<br>CIN03925 | 003905P001-1467A-042<br>CIN03926 | 003906P001-1467A-042<br>CIN03927 |
| 003907P001-1467A-042<br>CIN03928 | 003908P001-1467A-042<br>CIN03929 | 003909P001-1467A-042<br>CIN03930 | 003910P001-1467A-042<br>CIN03931 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

003911P001-1467A-042
CIN03932

003912P001-1467A-042
CIN03933

003913P001-1467A-042
CIN03934

003914P001-1467A-042
CIN03935

003915P001-1467A-042
CIN03936

003916P001-1467A-042
CIN03937

003917P001-1467A-042
CIN03938

003918P001-1467A-042
CIN03939

003919P001-1467A-042
CIN03940

003920P001-1467A-042
CIN03941

003921P001-1467A-042
CIN03942

003922P001-1467A-042
CIN03943

003923P002-1467A-042
CIN03944

003924P001-1467A-042
CIN03945

003925P001-1467A-042
CIN03946

003926P001-1467A-042
CIN03947

003927P001-1467A-042
CIN03948

003928P001-1467A-042
CIN03949

003929P001-1467A-042
CIN03950

003930P001-1467A-042
CIN03951

003931P001-1467A-042
CIN03952

003932P001-1467A-042
CIN03953

003933P001-1467A-042
CIN03954

003934P001-1467A-042
CIN03955

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

003935P001-1467A-042
CIN03956

003936P001-1467A-042
CIN03957

003937P001-1467A-042
CIN03958

003938P001-1467A-042
CIN03959

003939P001-1467A-042
CIN03960

003940P001-1467A-042
CIN03961

003941P001-1467A-042
CIN03962

003942P001-1467A-042
CIN03963

003943P001-1467A-042
CIN03964

003944P001-1467A-042
CIN03965

003945P001-1467A-042
CIN03966

003946P001-1467A-042
CIN03967

003947P001-1467A-042
CIN03968

003948P001-1467A-042
CIN03969

003949P001-1467A-042
CIN03970

003950P001-1467A-042
CIN03971

003951P002-1467A-042
CIN03972

003952P001-1467A-042
CIN03973

003953P001-1467A-042
CIN03974

003954P001-1467A-042
CIN03975

003955P001-1467A-042
CIN03976

003956P001-1467A-042
CIN03977

003957P001-1467A-042
CIN03978

003958P002-1467A-042
CIN03979

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003959P001-1467A-042<br>CIN03980 | 003960P001-1467A-042<br>CIN03981 | 003961P001-1467A-042<br>CIN03982 | 003962P001-1467A-042<br>CIN03983 |
| 003963P001-1467A-042<br>CIN03984 | 003964P001-1467A-042<br>CIN03985 | 000008P001-1467A-042<br>CIN03986 | 003965P001-1467A-042<br>CIN03987 |
| 003966P001-1467A-042<br>CIN03988 | 003967P001-1467A-042<br>CIN03989 | 003968P002-1467A-042<br>CIN03990 | 003969P001-1467A-042<br>CIN03991 |
| 003970P001-1467A-042<br>CIN03992 | 003971P001-1467A-042<br>CIN03993 | 000009P001-1467A-042<br>CIN03994 | 003972P001-1467A-042<br>CIN03995 |
| 003973P001-1467A-042<br>CIN03996 | 003974P001-1467A-042<br>CIN03997 | 003975P001-1467A-042<br>CIN03998 | 003976P001-1467A-042<br>CIN03999 |
| 003977P001-1467A-042<br>CIN04000 | 003978P001-1467A-042<br>CIN04001 | 003979P001-1467A-042<br>CIN04002 | 003980P001-1467A-042<br>CIN04003 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 003981P001-1467A-042<br>CIN04004 | 003982P001-1467A-042<br>CIN04005 | 003983P001-1467A-042<br>CIN04006 | 003984P002-1467A-042<br>CIN04007 |
| 003985P001-1467A-042<br>CIN04008 | 003986P001-1467A-042<br>CIN04009 | 003987P001-1467A-042<br>CIN04010 | 003988P001-1467A-042<br>CIN04011 |
| 003989P001-1467A-042<br>CIN04012 | 003990P001-1467A-042<br>CIN04013 | 003991P001-1467A-042<br>CIN04014 | 003992P001-1467A-042<br>CIN04015 |
| 003993P001-1467A-042<br>CIN04016 | 003994P001-1467A-042<br>CIN04017 | 003995P001-1467A-042<br>CIN04018 | 003996P001-1467A-042<br>CIN04019 |
| 003997P001-1467A-042<br>CIN04020 | 003998P001-1467A-042<br>CIN04021 | 003999P001-1467A-042<br>CIN04022 | 004000P001-1467A-042<br>CIN04023 |
| 004001P002-1467A-042<br>CIN04024 | 004002P001-1467A-042<br>CIN04025 | 004003P001-1467A-042<br>CIN04026 | 004004P001-1467A-042<br>CIN04027 |

| | | | |
|---|---|---|---|
| 004005P001-1467A-042<br>CIN04028 | 004006P001-1467A-042<br>CIN04029 | 004007P001-1467A-042<br>CIN04030 | 004008P001-1467A-042<br>CIN04031 |
| 004009P001-1467A-042<br>CIN04032 | 004010P001-1467A-042<br>CIN04033 | 004011P001-1467A-042<br>CIN04034 | 004012P001-1467A-042<br>CIN04035 |
| 004013P002-1467A-042<br>CIN04036 | 004014P001-1467A-042<br>CIN04037 | 004015P002-1467A-042<br>CIN04038 | 004016P001-1467A-042<br>CIN04039 |
| 004017P001-1467A-042<br>CIN04040 | 004018P001-1467A-042<br>CIN04041 | 004019P001-1467A-042<br>CIN04042 | 004020P001-1467A-042<br>CIN04043 |
| 000006P001-1467A-042<br>CIN04044 | 004021P001-1467A-042<br>CIN04045 | 004022P001-1467A-042<br>CIN04046 | 004023P001-1467A-042<br>CIN04047 |
| 004024P001-1467A-042<br>CIN04048 | 004025P001-1467A-042<br>CIN04049 | 004026P001-1467A-042<br>CIN04050 | 004027P001-1467A-042<br>CIN04051 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 173 of 294
**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 171 of 266

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004028P001-1467A-042<br>CIN04052 | 004029P001-1467A-042<br>CIN04053 | 004030P001-1467A-042<br>CIN04054 | 004031P001-1467A-042<br>CIN04055 |
| 004032P001-1467A-042<br>CIN04056 | 004033P001-1467A-042<br>CIN04057 | 004034P001-1467A-042<br>CIN04058 | 004035P001-1467A-042<br>CIN04059 |
| 004036P002-1467A-042<br>CIN04060 | 004037P001-1467A-042<br>CIN04061 | 004038P002-1467A-042<br>CIN04062 | 004039P001-1467A-042<br>CIN04063 |
| 004040P002-1467A-042<br>CIN04064 | 004041P001-1467A-042<br>CIN04065 | 004042P002-1467A-042<br>CIN04066 | 004043P002-1467A-042<br>CIN04067 |
| 004044P001-1467A-042<br>CIN04068 | 004045P001-1467A-042<br>CIN04069 | 004046P001-1467A-042<br>CIN04070 | 004047P001-1467A-042<br>CIN04071 |
| 004048P001-1467A-042<br>CIN04072 | 004049P001-1467A-042<br>CIN04073 | 004050P001-1467A-042<br>CIN04074 | 004051P001-1467A-042<br>CIN04075 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004052P001-1467A-042<br>CIN04076 | 006258P002-1467A-042<br>CIN04077 | 004053P002-1467A-042<br>CIN04078 | 004054P001-1467A-042<br>CIN04079 |
| 004055P001-1467A-042<br>CIN04080 | 004056P001-1467A-042<br>CIN04081 | 004057P001-1467A-042<br>CIN04082 | 004058P001-1467A-042<br>CIN04083 |
| 004059P001-1467A-042<br>CIN04084 | 004060P001-1467A-042<br>CIN04085 | 004061P001-1467A-042<br>CIN04086 | 004062P001-1467A-042<br>CIN04087 |
| 004063P001-1467A-042<br>CIN04088 | 004064P001-1467A-042<br>CIN04089 | 004065P001-1467A-042<br>CIN04090 | 004066P001-1467A-042<br>CIN04091 |
| 004067P001-1467A-042<br>CIN04092 | 004068P001-1467A-042<br>CIN04093 | 004069P001-1467A-042<br>CIN04094 | 004070P001-1467A-042<br>CIN04095 |
| 004071P001-1467A-042<br>CIN04096 | 004072P001-1467A-042<br>CIN04097 | 004073P003-1467A-042<br>CIN04098 | 004074P002-1467A-042<br>CIN04099 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004075P001-1467A-042<br>CIN04100 | 004076P001-1467A-042<br>CIN04101 | 004077P001-1467A-042<br>CIN04102 | 004078P001-1467A-042<br>CIN04103 |
| 004079P002-1467A-042<br>CIN04104 | 004080P001-1467A-042<br>CIN04105 | 004081P001-1467A-042<br>CIN04106 | 004082P003-1467A-042<br>CIN04107 |
| 004083P001-1467A-042<br>CIN04108 | 004084P002-1467A-042<br>CIN04109 | 004085P001-1467A-042<br>CIN04110 | 004086P001-1467A-042<br>CIN04111 |
| 004087P001-1467A-042<br>CIN04112 | 004088P001-1467A-042<br>CIN04113 | 004089P001-1467A-042<br>CIN04114 | 004090P001-1467A-042<br>CIN04115 |
| 004091P001-1467A-042<br>CIN04116 | 004092P001-1467A-042<br>CIN04117 | 004093P001-1467A-042<br>CIN04118 | 004094P001-1467A-042<br>CIN04119 |
| 004095P001-1467A-042<br>CIN04120 | 004096P001-1467A-042<br>CIN04121 | 004097P001-1467A-042<br>CIN04122 | 004098P001-1467A-042<br>CIN04123 |

| | | | |
|---|---|---|---|
| 004099P001-1467A-042<br>CIN04124 | 004100P001-1467A-042<br>CIN04125 | 004101P001-1467A-042<br>CIN04126 | 004102P001-1467A-042<br>CIN04127 |
| 004103P001-1467A-042<br>CIN04128 | 004104P001-1467A-042<br>CIN04129 | 004105P001-1467A-042<br>CIN04130 | 004106P001-1467A-042<br>CIN04131 |
| 004107P001-1467A-042<br>CIN04132 | 004108P001-1467A-042<br>CIN04133 | 004109P001-1467A-042<br>CIN04134 | 004110P001-1467A-042<br>CIN04135 |
| 004111P001-1467A-042<br>CIN04136 | 004112P001-1467A-042<br>CIN04137 | 004113P001-1467A-042<br>CIN04138 | 004114P001-1467A-042<br>CIN04139 |
| 004115P001-1467A-042<br>CIN04140 | 004116P001-1467A-042<br>CIN04141 | 004117P001-1467A-042<br>CIN04142 | 004118P001-1467A-042<br>CIN04143 |
| 004119P001-1467A-042<br>CIN04144 | 004120P001-1467A-042<br>CIN04145 | 004121P001-1467A-042<br>CIN04146 | 004122P001-1467A-042<br>CIN04147 |

| | | | |
|---|---|---|---|
| 004123P002-1467A-042<br>CIN04148 | 004124P001-1467A-042<br>CIN04149 | 004125P001-1467A-042<br>CIN04150 | 004126P001-1467A-042<br>CIN04151 |
| 004127P001-1467A-042<br>CIN04152 | 004128P001-1467A-042<br>CIN04153 | 004129P001-1467A-042<br>CIN04154 | 004130P001-1467A-042<br>CIN04155 |
| 004131P001-1467A-042<br>CIN04156 | 004132P001-1467A-042<br>CIN04157 | 004133P001-1467A-042<br>CIN04158 | 004134P001-1467A-042<br>CIN04159 |
| 004135P001-1467A-042<br>CIN04160 | 004136P002-1467A-042<br>CIN04161 | 004137P001-1467A-042<br>CIN04162 | 004138P001-1467A-042<br>CIN04163 |
| 004139P001-1467A-042<br>CIN04164 | 004140P001-1467A-042<br>CIN04165 | 004141P001-1467A-042<br>CIN04166 | 004142P001-1467A-042<br>CIN04167 |
| 004143P001-1467A-042<br>CIN04168 | 004144P001-1467A-042<br>CIN04169 | 004145P001-1467A-042<br>CIN04170 | 004146P001-1467A-042<br>CIN04171 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004147P001-1467A-042<br>CIN04172 | 004148P001-1467A-042<br>CIN04173 | 004149P001-1467A-042<br>CIN04174 | 004150P001-1467A-042<br>CIN04175 |
| 004151P001-1467A-042<br>CIN04176 | 004152P001-1467A-042<br>CIN04177 | 004153P001-1467A-042<br>CIN04178 | 004154P001-1467A-042<br>CIN04179 |
| 004155P001-1467A-042<br>CIN04180 | 004156P001-1467A-042<br>CIN04181 | 004157P001-1467A-042<br>CIN04182 | 004158P001-1467A-042<br>CIN04183 |
| 004159P002-1467A-042<br>CIN04184 | 004160P001-1467A-042<br>CIN04185 | 004161P001-1467A-042<br>CIN04186 | 004162P001-1467A-042<br>CIN04187 |
| 004163P001-1467A-042<br>CIN04188 | 004164P001-1467A-042<br>CIN04189 | 004165P002-1467A-042<br>CIN04190 | 004166P001-1467A-042<br>CIN04191 |
| 004167P001-1467A-042<br>CIN04192 | 004168P001-1467A-042<br>CIN04193 | 004169P002-1467A-042<br>CIN04194 | 004170P001-1467A-042<br>CIN04195 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 179 of 294
**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 177 of 266

01/14/2021 08:22:22 PM

004171P001-1467A-042
CIN04196

004172P001-1467A-042
CIN04197

004173P001-1467A-042
CIN04198

004174P001-1467A-042
CIN04199

004175P001-1467A-042
CIN04200

004176P001-1467A-042
CIN04201

004177P001-1467A-042
CIN04202

004178P001-1467A-042
CIN04203

004179P001-1467A-042
CIN04204

004180P001-1467A-042
CIN04205

004181P001-1467A-042
CIN04206

004182P001-1467A-042
CIN04207

004183P001-1467A-042
CIN04208

004184P001-1467A-042
CIN04209

004185P001-1467A-042
CIN04210

004186P002-1467A-042
CIN04211

004187P001-1467A-042
CIN04212

004188P001-1467A-042
CIN04213

004189P002-1467A-042
CIN04214

004190P001-1467A-042
CIN04215

004191P001-1467A-042
CIN04216

004192P001-1467A-042
CIN04217

004193P001-1467A-042
CIN04218

004194P001-1467A-042
CIN04219

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004195P001-1467A-042<br>CIN04220 | 004196P002-1467A-042<br>CIN04221 | 004197P001-1467A-042<br>CIN04222 | 004198P001-1467A-042<br>CIN04223 |
| 004199P001-1467A-042<br>CIN04224 | 004200P001-1467A-042<br>CIN04225 | 004201P001-1467A-042<br>CIN04226 | 004202P001-1467A-042<br>CIN04227 |
| 004203P001-1467A-042<br>CIN04228 | 004204P001-1467A-042<br>CIN04229 | 004205P001-1467A-042<br>CIN04230 | 004206P001-1467A-042<br>CIN04231 |
| 004207P001-1467A-042<br>CIN04232 | 004208P001-1467A-042<br>CIN04233 | 004209P001-1467A-042<br>CIN04234 | 004210P001-1467A-042<br>CIN04235 |
| 004211P002-1467A-042<br>CIN04236 | 004212P001-1467A-042<br>CIN04237 | 004213P001-1467A-042<br>CIN04238 | 004214P002-1467A-042<br>CIN04239 |
| 004215P001-1467A-042<br>CIN04240 | 004216P001-1467A-042<br>CIN04241 | 004217P001-1467A-042<br>CIN04242 | 004218P001-1467A-042<br>CIN04243 |

| | | | |
|---|---|---|---|
| 004219P002-1467A-042<br>CIN04244 | 004220P001-1467A-042<br>CIN04245 | 004221P001-1467A-042<br>CIN04246 | 004222P001-1467A-042<br>CIN04247 |
| 004223P001-1467A-042<br>CIN04248 | 004224P001-1467A-042<br>CIN04249 | 004225P001-1467A-042<br>CIN04250 | 004226P001-1467A-042<br>CIN04251 |
| 004227P001-1467A-042<br>CIN04252 | 004228P001-1467A-042<br>CIN04253 | 004229P001-1467A-042<br>CIN04254 | 004230P002-1467A-042<br>CIN04255 |
| 004231P001-1467A-042<br>CIN04256 | 004232P002-1467A-042<br>CIN04257 | 004233P001-1467A-042<br>CIN04258 | 004234P001-1467A-042<br>CIN04259 |
| 004235P001-1467A-042<br>CIN04260 | 004236P002-1467A-042<br>CIN04261 | 004237P001-1467A-042<br>CIN04262 | 004238P001-1467A-042<br>CIN04263 |
| 004239P001-1467A-042<br>CIN04264 | 004240P001-1467A-042<br>CIN04265 | 004241P001-1467A-042<br>CIN04266 | 004242P001-1467A-042<br>CIN04267 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004243P001-1467A-042<br>CIN04268 | 004244P001-1467A-042<br>CIN04269 | 004245P001-1467A-042<br>CIN04270 | 004246P002-1467A-042<br>CIN04271 |
| 004246P002-1467A-042<br>CIN04271 | 004247P001-1467A-042<br>CIN04272 | 004248P001-1467A-042<br>CIN04273 | 004249P001-1467A-042<br>CIN04274 |
| 004249P001-1467A-042<br>CIN04274 | 004250P001-1467A-042<br>CIN04275 | 004251P001-1467A-042<br>CIN04276 | 004252P001-1467A-042<br>CIN04277 |
| 004253P001-1467A-042<br>CIN04278 | 004254P001-1467A-042<br>CIN04279 | 004255P001-1467A-042<br>CIN04280 | 004256P002-1467A-042<br>CIN04281 |
| 004257P001-1467A-042<br>CIN04282 | 004258P001-1467A-042<br>CIN04283 | 004259P001-1467A-042<br>CIN04284 | 004260P001-1467A-042<br>CIN04285 |
| 004261P001-1467A-042<br>CIN04286 | 004262P001-1467A-042<br>CIN04287 | 004263P001-1467A-042<br>CIN04288 | 004264P001-1467A-042<br>CIN04289 |

| | | | |
|---|---|---|---|
| 004265P001-1467A-042<br>CIN04290 | 004266P002-1467A-042<br>CIN04291 | 004267P001-1467A-042<br>CIN04292 | 004268P001-1467A-042<br>CIN04293 |
| 004269P001-1467A-042<br>CIN04294 | 004270P001-1467A-042<br>CIN04295 | 004271P001-1467A-042<br>CIN04296 | 004272P001-1467A-042<br>CIN04297 |
| 004273P001-1467A-042<br>CIN04298 | 004274P001-1467A-042<br>CIN04299 | 004275P001-1467A-042<br>CIN04300 | 004276P001-1467A-042<br>CIN04301 |
| 004277P002-1467A-042<br>CIN04302 | 004278P001-1467A-042<br>CIN04303 | 004279P001-1467A-042<br>CIN04304 | 004280P001-1467A-042<br>CIN04305 |
| 004281P001-1467A-042<br>CIN04306 | 004282P001-1467A-042<br>CIN04307 | 004283P001-1467A-042<br>CIN04308 | 004284P001-1467A-042<br>CIN04309 |
| 004285P001-1467A-042<br>CIN04310 | 004286P002-1467A-042<br>CIN04311 | 004287P002-1467A-042<br>CIN04312 | 004288P001-1467A-042<br>CIN04313 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

004289P002-1467A-042
CIN04314

004290P001-1467A-042
CIN04315

004291P001-1467A-042
CIN04316

004292P001-1467A-042
CIN04317

004293P001-1467A-042
CIN04318

006252P002-1467A-042
CIN04319

004294P001-1467A-042
CIN04320

004295P001-1467A-042
CIN04321

004296P001-1467A-042
CIN04322

004297P001-1467A-042
CIN04323

004298P001-1467A-042
CIN04324

004299P001-1467A-042
CIN04325

004300P001-1467A-042
CIN04326

004301P002-1467A-042
CIN04327

004302P001-1467A-042
CIN04328

004303P001-1467A-042
CIN04329

004304P002-1467A-042
CIN04330

004305P001-1467A-042
CIN04331

004306P001-1467A-042
CIN04332

004307P001-1467A-042
CIN04333

004308P001-1467A-042
CIN04334

004309P001-1467A-042
CIN04335

004310P001-1467A-042
CIN04336

004311P001-1467A-042
CIN04337

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004312P001-1467A-042<br>CIN04338 | 004313P001-1467A-042<br>CIN04339 | 004314P001-1467A-042<br>CIN04340 | 004315P001-1467A-042<br>CIN04341 |
| 004316P002-1467A-042<br>CIN04342 | 004316P002-1467A-042<br>CIN04342 | 004317P001-1467A-042<br>CIN04343 | 004318P001-1467A-042<br>CIN04344 |
| 004319P002-1467A-042<br>CIN04345 | 004320P001-1467A-042<br>CIN04346 | 004321P001-1467A-042<br>CIN04347 | 004322P001-1467A-042<br>CIN04348 |
| 004323P001-1467A-042<br>CIN04349 | 004324P001-1467A-042<br>CIN04350 | 004325P001-1467A-042<br>CIN04351 | 004326P001-1467A-042<br>CIN04352 |
| 004327P001-1467A-042<br>CIN04353 | 004328P001-1467A-042<br>CIN04354 | 004329P001-1467A-042<br>CIN04355 | 004330P001-1467A-042<br>CIN04356 |
| 004331P001-1467A-042<br>CIN04357 | 004332P001-1467A-042<br>CIN04358 | 004333P001-1467A-042<br>CIN04359 | 004334P001-1467A-042<br>CIN04360 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

01/14/2021 08:22:22 PM

004335P001-1467A-042
CIN04361

004336P001-1467A-042
CIN04362

004337P001-1467A-042
CIN04363

004338P001-1467A-042
CIN04364

004339P001-1467A-042
CIN04365

004340P001-1467A-042
CIN04366

004341P001-1467A-042
CIN04367

004342P001-1467A-042
CIN04368

004343P001-1467A-042
CIN04369

004344P001-1467A-042
CIN04370

004345P001-1467A-042
CIN04371

004346P001-1467A-042
CIN04372

004347P001-1467A-042
CIN04373

004348P001-1467A-042
CIN04374

004349P002-1467A-042
CIN04375

004350P001-1467A-042
CIN04376

004351P001-1467A-042
CIN04377

004352P001-1467A-042
CIN04378

004353P001-1467A-042
CIN04379

004354P001-1467A-042
CIN04380

004355P001-1467A-042
CIN04381

004356P001-1467A-042
CIN04382

004357P001-1467A-042
CIN04383

004358P001-1467A-042
CIN04384

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

004359P001-1467A-042
CIN04385

004360P001-1467A-042
CIN04386

004361P001-1467A-042
CIN04387

004362P001-1467A-042
CIN04388

004363P001-1467A-042
CIN04389

004364P001-1467A-042
CIN04390

004365P001-1467A-042
CIN04391

004366P001-1467A-042
CIN04392

004367P002-1467A-042
CIN04393

004368P001-1467A-042
CIN04394

004369P001-1467A-042
CIN04395

004370P001-1467A-042
CIN04396

004371P001-1467A-042
CIN04397

004372P001-1467A-042
CIN04398

004373P001-1467A-042
CIN04399

004374P001-1467A-042
CIN04400

004375P001-1467A-042
CIN04401

004376P001-1467A-042
CIN04402

004377P001-1467A-042
CIN04403

004378P001-1467A-042
CIN04404

004379P001-1467A-042
CIN04405

004380P001-1467A-042
CIN04406

004381P001-1467A-042
CIN04407

004382P002-1467A-042
CIN04408

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 188 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 186 of 266                                                                          01/14/2021 08:22:22 PM

004383P001-1467A-042
CIN04409

004384P001-1467A-042
CIN04410

004385P001-1467A-042
CIN04411

004386P001-1467A-042
CIN04412

004387P001-1467A-042
CIN04413

004388P001-1467A-042
CIN04414

004389P001-1467A-042
CIN04415

004390P001-1467A-042
CIN04416

004391P001-1467A-042
CIN04417

004392P001-1467A-042
CIN04418

004393P001-1467A-042
CIN04419

004394P001-1467A-042
CIN04420

004395P001-1467A-042
CIN04421

004396P001-1467A-042
CIN04422

004397P001-1467A-042
CIN04423

004398P001-1467A-042
CIN04424

004399P001-1467A-042
CIN04425

004400P001-1467A-042
CIN04426

004401P001-1467A-042
CIN04427

004402P001-1467A-042
CIN04428

004403P001-1467A-042
CIN04429

004404P001-1467A-042
CIN04430

004405P001-1467A-042
CIN04431

004406P001-1467A-042
CIN04432

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004407P001-1467A-042
CIN04433

004408P001-1467A-042
CIN04434

004409P001-1467A-042
CIN04435

004410P001-1467A-042
CIN04436

004411P002-1467A-042
CIN04437

004412P001-1467A-042
CIN04438

004413P001-1467A-042
CIN04439

004414P001-1467A-042
CIN04440

004415P001-1467A-042
CIN04441

004416P001-1467A-042
CIN04442

004417P001-1467A-042
CIN04443

004418P001-1467A-042
CIN04444

004419P001-1467A-042
CIN04445

004420P001-1467A-042
CIN04446

004421P001-1467A-042
CIN04447

004422P001-1467A-042
CIN04448

004423P001-1467A-042
CIN04449

004424P001-1467A-042
CIN04450

004425P001-1467A-042
CIN04451

004426P001-1467A-042
CIN04452

004427P001-1467A-042
CIN04453

004428P001-1467A-042
CIN04454

004429P001-1467A-042
CIN04455

004430P001-1467A-042
CIN04456

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004431P001-1467A-042<br>CIN04457 | 004432P001-1467A-042<br>CIN04458 | 004433P001-1467A-042<br>CIN04459 | 004434P001-1467A-042<br>CIN04460 |
| 004435P001-1467A-042<br>CIN04461 | 004436P002-1467A-042<br>CIN04462 | 004437P001-1467A-042<br>CIN04463 | 004438P001-1467A-042<br>CIN04464 |
| 004439P001-1467A-042<br>CIN04465 | 004440P001-1467A-042<br>CIN04466 | 004441P001-1467A-042<br>CIN04467 | 004442P001-1467A-042<br>CIN04468 |
| 004443P001-1467A-042<br>CIN04469 | 004444P001-1467A-042<br>CIN04470 | 004469P001-1467A-042<br>CIN04471 | 004445P001-1467A-042<br>CIN04472 |
| 004446P001-1467A-042<br>CIN04473 | 004447P001-1467A-042<br>CIN04474 | 004448P001-1467A-042<br>CIN04475 | 004449P001-1467A-042<br>CIN04476 |
| 004450P001-1467A-042<br>CIN04477 | 004451P001-1467A-042<br>CIN04478 | 004452P001-1467A-042<br>CIN04479 | 004453P001-1467A-042<br>CIN04480 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

004454P002-1467A-042
CIN04481

004455P001-1467A-042
CIN04482

004456P001-1467A-042
CIN04483

004457P001-1467A-042
CIN04484

004458P001-1467A-042
CIN04485

004459P001-1467A-042
CIN04486

004460P001-1467A-042
CIN04487

004461P001-1467A-042
CIN04488

004462P001-1467A-042
CIN04489

004463P001-1467A-042
CIN04490

004464P001-1467A-042
CIN04491

004465P001-1467A-042
CIN04492

004466P001-1467A-042
CIN04493

004467P001-1467A-042
CIN04494

004468P001-1467A-042
CIN04495

004470P001-1467A-042
CIN04496

004471P002-1467A-042
CIN04497

004472P001-1467A-042
CIN04498

004473P001-1467A-042
CIN04499

004474P001-1467A-042
CIN04500

004475P001-1467A-042
CIN04501

004476P001-1467A-042
CIN04502

004477P001-1467A-042
CIN04503

004478P001-1467A-042
CIN04504

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004479P001-1467A-042<br>CIN04505 | 004480P001-1467A-042<br>CIN04506 | 004481P001-1467A-042<br>CIN04507 | 004482P001-1467A-042<br>CIN04508 |
| 004483P001-1467A-042<br>CIN04509 | 004484P001-1467A-042<br>CIN04510 | 004485P001-1467A-042<br>CIN04511 | 004486P001-1467A-042<br>CIN04512 |
| 004487P002-1467A-042<br>CIN04513 | 004488P001-1467A-042<br>CIN04514 | 004489P001-1467A-042<br>CIN04515 | 004490P001-1467A-042<br>CIN04516 |
| 004491P001-1467A-042<br>CIN04517 | 004492P001-1467A-042<br>CIN04518 | 004493P002-1467A-042<br>CIN04519 | 004494P001-1467A-042<br>CIN04520 |
| 004495P001-1467A-042<br>CIN04521 | 004496P002-1467A-042<br>CIN04522 | 004497P001-1467A-042<br>CIN04523 | 004498P001-1467A-042<br>CIN04524 |
| 004499P001-1467A-042<br>CIN04525 | 004500P001-1467A-042<br>CIN04526 | 004501P001-1467A-042<br>CIN04527 | 004502P001-1467A-042<br>CIN04528 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004503P001-1467A-042<br>CIN04529 | 004504P001-1467A-042<br>CIN04530 | 004505P001-1467A-042<br>CIN04531 | 004506P001-1467A-042<br>CIN04532 |
| 004507P001-1467A-042<br>CIN04533 | 004508P001-1467A-042<br>CIN04534 | 004509P001-1467A-042<br>CIN04535 | 004510P002-1467A-042<br>CIN04536 |
| 004511P001-1467A-042<br>CIN04537 | 004512P001-1467A-042<br>CIN04538 | 004513P001-1467A-042<br>CIN04539 | 004514P002-1467A-042<br>CIN04540 |
| 004515P001-1467A-042<br>CIN04541 | 004516P001-1467A-042<br>CIN04542 | 004517P001-1467A-042<br>CIN04543 | 004518P001-1467A-042<br>CIN04544 |
| 004519P001-1467A-042<br>CIN04545 | 004520P002-1467A-042<br>CIN04546 | 004521P001-1467A-042<br>CIN04547 | 004522P001-1467A-042<br>CIN04548 |
| 004523P001-1467A-042<br>CIN04549 | 004524P001-1467A-042<br>CIN04550 | 004525P001-1467A-042<br>CIN04551 | 004526P001-1467A-042<br>CIN04552 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 194 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 192 of 266                                                                01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004527P001-1467A-042<br>CIN04553 | 004528P002-1467A-042<br>CIN04554 | 004529P001-1467A-042<br>CIN04555 | 004530P001-1467A-042<br>CIN04556 |
| 004531P001-1467A-042<br>CIN04557 | 004532P001-1467A-042<br>CIN04558 | 004533P001-1467A-042<br>CIN04559 | 004534P001-1467A-042<br>CIN04560 |
| 004535P001-1467A-042<br>CIN04561 | 004536P001-1467A-042<br>CIN04562 | 004537P001-1467A-042<br>CIN04563 | 004538P001-1467A-042<br>CIN04564 |
| 004539P001-1467A-042<br>CIN04565 | 004540P001-1467A-042<br>CIN04566 | 004541P001-1467A-042<br>CIN04567 | 004542P001-1467A-042<br>CIN04568 |
| 004543P001-1467A-042<br>CIN04569 | 004544P001-1467A-042<br>CIN04570 | 004545P001-1467A-042<br>CIN04571 | 004546P001-1467A-042<br>CIN04572 |
| 004547P001-1467A-042<br>CIN04573 | 004548P001-1467A-042<br>CIN04574 | 004549P001-1467A-042<br>CIN04575 | 004550P001-1467A-042<br>CIN04576 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| 004551P001-1467A-042 | 004552P001-1467A-042 | 004553P001-1467A-042 | 004554P001-1467A-042 |
| CIN04577 | CIN04578 | CIN04579 | CIN04580 |

| 004555P002-1467A-042 | 004556P002-1467A-042 | 004561P001-1467A-042 | 004557P001-1467A-042 |
| CIN04581 | CIN04582 | CIN04583 | CIN04584 |

| 004558P001-1467A-042 | 004559P001-1467A-042 | 004560P001-1467A-042 | 004562P001-1467A-042 |
| CIN04585 | CIN04586 | CIN04587 | CIN04588 |

| 004563P001-1467A-042 | 004564P001-1467A-042 | 004565P001-1467A-042 | 004566P001-1467A-042 |
| CIN04589 | CIN04590 | CIN04591 | CIN04592 |

| 004567P001-1467A-042 | 004568P001-1467A-042 | 004569P001-1467A-042 | 004570P002-1467A-042 |
| CIN04593 | CIN04594 | CIN04595 | CIN04596 |

| 004571P001-1467A-042 | 004572P001-1467A-042 | 004573P001-1467A-042 | 004574P001-1467A-042 |
| CIN04597 | CIN04598 | CIN04599 | CIN04600 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004575P001-1467A-042<br>CIN04601 | 004576P001-1467A-042<br>CIN04602 | 004577P001-1467A-042<br>CIN04603 | 004578P001-1467A-042<br>CIN04604 |
| 004579P001-1467A-042<br>CIN04605 | 004580P001-1467A-042<br>CIN04606 | 004581P001-1467A-042<br>CIN04607 | 004582P001-1467A-042<br>CIN04608 |
| 004583P001-1467A-042<br>CIN04609 | 004584P001-1467A-042<br>CIN04610 | 004585P001-1467A-042<br>CIN04611 | 004586P001-1467A-042<br>CIN04612 |
| 004587P001-1467A-042<br>CIN04613 | 004588P002-1467A-042<br>CIN04614 | 004589P001-1467A-042<br>CIN04615 | 004590P001-1467A-042<br>CIN04616 |
| 004591P001-1467A-042<br>CIN04617 | 004592P004-1467A-042<br>CIN04618 | 004593P001-1467A-042<br>CIN04619 | 004594P001-1467A-042<br>CIN04620 |
| 004595P001-1467A-042<br>CIN04621 | 004596P001-1467A-042<br>CIN04622 | 004597P001-1467A-042<br>CIN04623 | 004598P001-1467A-042<br>CIN04624 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004599P001-1467A-042<br>CIN04625 | 004600P001-1467A-042<br>CIN04626 | 004601P001-1467A-042<br>CIN04627 | 004602P001-1467A-042<br>CIN04628 |
| 004603P001-1467A-042<br>CIN04629 | 004604P002-1467A-042<br>CIN04630 | 004605P003-1467A-042<br>CIN04631 | 004606P001-1467A-042<br>CIN04632 |
| 004607P001-1467A-042<br>CIN04633 | 004608P001-1467A-042<br>CIN04634 | 004609P001-1467A-042<br>CIN04635 | 004610P001-1467A-042<br>CIN04636 |
| 004611P001-1467A-042<br>CIN04637 | 004612P001-1467A-042<br>CIN04638 | 004613P001-1467A-042<br>CIN04639 | 004614P002-1467A-042<br>CIN04640 |
| 004615P001-1467A-042<br>CIN04641 | 004616P001-1467A-042<br>CIN04642 | 004617P001-1467A-042<br>CIN04643 | 004618P001-1467A-042<br>CIN04644 |
| 004619P001-1467A-042<br>CIN04645 | 004620P001-1467A-042<br>CIN04646 | 004621P001-1467A-042<br>CIN04647 | 004622P001-1467A-042<br>CIN04648 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 198 of 294
**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 196 of 266

01/14/2021 08:22:22 PM

004623P001-1467A-042
CIN04649

004624P001-1467A-042
CIN04650

004625P001-1467A-042
CIN04651

004626P001-1467A-042
CIN04652

004627P001-1467A-042
CIN04653

004628P001-1467A-042
CIN04654

004629P001-1467A-042
CIN04655

004630P001-1467A-042
CIN04656

004631P002-1467A-042
CIN04657

004632P001-1467A-042
CIN04658

004633P001-1467A-042
CIN04659

004634P001-1467A-042
CIN04660

004635P001-1467A-042
CIN04661

004636P001-1467A-042
CIN04662

004637P001-1467A-042
CIN04663

004638P001-1467A-042
CIN04664

004639P001-1467A-042
CIN04665

004640P001-1467A-042
CIN04666

004641P001-1467A-042
CIN04667

004642P002-1467A-042
CIN04668

004643P001-1467A-042
CIN04669

004644P001-1467A-042
CIN04670

004645P001-1467A-042
CIN04671

004646P001-1467A-042
CIN04672

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004647P001-1467A-042<br>CIN04673 | 004648P001-1467A-042<br>CIN04674 | 004649P001-1467A-042<br>CIN04675 | 004650P001-1467A-042<br>CIN04676 |
| 004651P001-1467A-042<br>CIN04677 | 004652P002-1467A-042<br>CIN04678 | 004653P001-1467A-042<br>CIN04679 | 004654P001-1467A-042<br>CIN04680 |
| 004655P002-1467A-042<br>CIN04681 | 004656P002-1467A-042<br>CIN04682 | 004657P001-1467A-042<br>CIN04683 | 004658P001-1467A-042<br>CIN04684 |
| 004659P001-1467A-042<br>CIN04685 | 004660P001-1467A-042<br>CIN04686 | 004661P001-1467A-042<br>CIN04687 | 004662P001-1467A-042<br>CIN04688 |
| 004663P002-1467A-042<br>CIN04689 | 004664P001-1467A-042<br>CIN04690 | 004665P001-1467A-042<br>CIN04691 | 004666P001-1467A-042<br>CIN04692 |
| 004667P001-1467A-042<br>CIN04693 | 004668P001-1467A-042<br>CIN04694 | 004669P001-1467A-042<br>CIN04695 | 004670P001-1467A-042<br>CIN04696 |

| | | | |
|---|---|---|---|
| 004672P002-1467A-042<br>CIN04697 | 004673P001-1467A-042<br>CIN04698 | 004674P002-1467A-042<br>CIN04699 | 004675P001-1467A-042<br>CIN04700 |
| 004676P001-1467A-042<br>CIN04701 | 004677P001-1467A-042<br>CIN04702 | 004678P001-1467A-042<br>CIN04703 | 004679P001-1467A-042<br>CIN04704 |
| 004680P001-1467A-042<br>CIN04705 | 004681P001-1467A-042<br>CIN04706 | 004682P001-1467A-042<br>CIN04707 | 004683P002-1467A-042<br>CIN04708 |
| 004684P001-1467A-042<br>CIN04709 | 004685P001-1467A-042<br>CIN04710 | 004686P001-1467A-042<br>CIN04711 | 004687P002-1467A-042<br>CIN04712 |
| 004688P001-1467A-042<br>CIN04713 | 004689P001-1467A-042<br>CIN04714 | 004690P001-1467A-042<br>CIN04715 | 004691P001-1467A-042<br>CIN04716 |
| 004692P002-1467A-042<br>CIN04717 | 004693P001-1467A-042<br>CIN04718 | 004694P001-1467A-042<br>CIN04719 | 004695P002-1467A-042<br>CIN04720 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 201 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 199 of 266                                                                        01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004695P002-1467A-042<br>CIN04720 | 004696P001-1467A-042<br>CIN04721 | 004697P001-1467A-042<br>CIN04722 | 004698P001-1467A-042<br>CIN04723 |
| 004699P001-1467A-042<br>CIN04724 | 004700P001-1467A-042<br>CIN04725 | 004701P001-1467A-042<br>CIN04726 | 004702P002-1467A-042<br>CIN04727 |
| 004703P001-1467A-042<br>CIN04728 | 004704P001-1467A-042<br>CIN04729 | 004705P001-1467A-042<br>CIN04730 | 004706P001-1467A-042<br>CIN04731 |
| 004707P001-1467A-042<br>CIN04732 | 004708P001-1467A-042<br>CIN04733 | 004709P001-1467A-042<br>CIN04734 | 004710P001-1467A-042<br>CIN04735 |
| 004711P002-1467A-042<br>CIN04736 | 004712P001-1467A-042<br>CIN04737 | 004713P001-1467A-042<br>CIN04738 | 004714P001-1467A-042<br>CIN04739 |
| 004715P001-1467A-042<br>CIN04740 | 004716P001-1467A-042<br>CIN04741 | 004717P001-1467A-042<br>CIN04742 | 004718P001-1467A-042<br>CIN04743 |

| | | | |
|---|---|---|---|
| 004719P001-1467A-042<br>CIN04744 | 004720P001-1467A-042<br>CIN04745 | 004721P001-1467A-042<br>CIN04746 | 004722P001-1467A-042<br>CIN04747 |
| 004723P001-1467A-042<br>CIN04748 | 004724P001-1467A-042<br>CIN04749 | 004725P002-1467A-042<br>CIN04750 | 004726P001-1467A-042<br>CIN04751 |
| 004727P001-1467A-042<br>CIN04752 | 004728P001-1467A-042<br>CIN04753 | 004729P001-1467A-042<br>CIN04754 | 004730P001-1467A-042<br>CIN04755 |
| 004731P001-1467A-042<br>CIN04756 | 004732P001-1467A-042<br>CIN04757 | 004733P001-1467A-042<br>CIN04758 | 004734P001-1467A-042<br>CIN04759 |
| 006345P001-1467A-042<br>CIN04760 | 004735P001-1467A-042<br>CIN04761 | 004736P001-1467A-042<br>CIN04762 | 004737P001-1467A-042<br>CIN04763 |
| 004738P001-1467A-042<br>CIN04764 | 004739P001-1467A-042<br>CIN04765 | 004740P001-1467A-042<br>CIN04766 | 004741P001-1467A-042<br>CIN04767 |

| | | | |
|---|---|---|---|
| 004742P001-1467A-042<br>CIN04768 | 004743P001-1467A-042<br>CIN04769 | 004744P001-1467A-042<br>CIN04770 | 004745P001-1467A-042<br>CIN04771 |
| 004746P001-1467A-042<br>CIN04772 | 004747P001-1467A-042<br>CIN04773 | 004748P001-1467A-042<br>CIN04774 | 004749P001-1467A-042<br>CIN04775 |
| 004750P001-1467A-042<br>CIN04776 | 004751P001-1467A-042<br>CIN04777 | 004752P001-1467A-042<br>CIN04778 | 004753P001-1467A-042<br>CIN04779 |
| 004754P001-1467A-042<br>CIN04780 | 004755P001-1467A-042<br>CIN04781 | 004756P001-1467A-042<br>CIN04782 | 004757P001-1467A-042<br>CIN04783 |
| 004758P001-1467A-042<br>CIN04784 | 004759P001-1467A-042<br>CIN04785 | 004760P001-1467A-042<br>CIN04786 | 004761P001-1467A-042<br>CIN04787 |
| 004762P001-1467A-042<br>CIN04788 | 004763P001-1467A-042<br>CIN04789 | 004764P001-1467A-042<br>CIN04790 | 004765P001-1467A-042<br>CIN04791 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 204 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 202 of 266

01/14/2021 08:22:22 PM

004766P001-1467A-042
CIN04792

004767P001-1467A-042
CIN04793

004768P001-1467A-042
CIN04794

004769P003-1467A-042
CIN04795

004770P001-1467A-042
CIN04796

004771P001-1467A-042
CIN04797

004772P001-1467A-042
CIN04798

004773P001-1467A-042
CIN04799

004774P001-1467A-042
CIN04800

004775P001-1467A-042
CIN04801

004776P001-1467A-042
CIN04802

004777P001-1467A-042
CIN04803

004778P001-1467A-042
CIN04804

004779P001-1467A-042
CIN04805

004780P001-1467A-042
CIN04806

004781P001-1467A-042
CIN04807

004782P001-1467A-042
CIN04808

004783P001-1467A-042
CIN04809

004784P001-1467A-042
CIN04810

004785P001-1467A-042
CIN04811

004786P001-1467A-042
CIN04812

004787P001-1467A-042
CIN04813

004788P001-1467A-042
CIN04814

004789P001-1467A-042
CIN04815

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004790P001-1467A-042<br>CIN04816 | 004791P001-1467A-042<br>CIN04817 | 004792P001-1467A-042<br>CIN04818 | 004793P001-1467A-042<br>CIN04819 |
| 004794P001-1467A-042<br>CIN04820 | 004795P001-1467A-042<br>CIN04821 | 004796P002-1467A-042<br>CIN04822 | 004797P002-1467A-042<br>CIN04823 |
| 004798P001-1467A-042<br>CIN04824 | 004799P001-1467A-042<br>CIN04825 | 004800P001-1467A-042<br>CIN04826 | 004801P001-1467A-042<br>CIN04827 |
| 006245P001-1467A-042<br>CIN04828 | 004802P001-1467A-042<br>CIN04829 | 004803P001-1467A-042<br>CIN04830 | 004804P001-1467A-042<br>CIN04831 |
| 004805P001-1467A-042<br>CIN04832 | 004806P001-1467A-042<br>CIN04833 | 004807P001-1467A-042<br>CIN04834 | 004808P001-1467A-042<br>CIN04835 |
| 004809P001-1467A-042<br>CIN04836 | 004810P001-1467A-042<br>CIN04837 | 004811P001-1467A-042<br>CIN04838 | 004812P001-1467A-042<br>CIN04839 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

004813P001-1467A-042
CIN04840

004814P001-1467A-042
CIN04841

004815P001-1467A-042
CIN04842

004816P001-1467A-042
CIN04843

004817P001-1467A-042
CIN04844

004818P001-1467A-042
CIN04845

004819P001-1467A-042
CIN04846

004820P001-1467A-042
CIN04847

004821P001-1467A-042
CIN04848

004822P001-1467A-042
CIN04849

004823P001-1467A-042
CIN04850

004824P001-1467A-042
CIN04851

004825P001-1467A-042
CIN04852

004826P001-1467A-042
CIN04853

004827P001-1467A-042
CIN04854

004828P001-1467A-042
CIN04855

004829P001-1467A-042
CIN04856

004830P001-1467A-042
CIN04857

004831P001-1467A-042
CIN04858

004832P001-1467A-042
CIN04859

004833P001-1467A-042
CIN04860

006246P001-1467A-042
CIN04861

004834P001-1467A-042
CIN04862

004835P001-1467A-042
CIN04863

004836P001-1467A-042
CIN04864

004837P002-1467A-042
CIN04865

004838P001-1467A-042
CIN04866

004839P001-1467A-042
CIN04867

004840P001-1467A-042
CIN04868

004841P001-1467A-042
CIN04869

004842P001-1467A-042
CIN04870

004843P002-1467A-042
CIN04871

004844P001-1467A-042
CIN04872

004845P001-1467A-042
CIN04873

004846P001-1467A-042
CIN04874

004847P001-1467A-042
CIN04875

004848P001-1467A-042
CIN04876

004849P001-1467A-042
CIN04877

004850P001-1467A-042
CIN04878

004851P001-1467A-042
CIN04879

004852P001-1467A-042
CIN04880

004853P001-1467A-042
CIN04881

004854P001-1467A-042
CIN04882

004855P001-1467A-042
CIN04883

004856P001-1467A-042
CIN04884

004857P002-1467A-042
CIN04885

004858P001-1467A-042
CIN04886

004859P001-1467A-042
CIN04887

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 208 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 206 of 266

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 004860P001-1467A-042<br>CIN04888 | 004861P001-1467A-042<br>CIN04889 | 004862P002-1467A-042<br>CIN04890 | 004863P001-1467A-042<br>CIN04891 |
| 004864P001-1467A-042<br>CIN04892 | 000010P001-1467A-042<br>CIN04893 | 004865P001-1467A-042<br>CIN04894 | 004866P001-1467A-042<br>CIN04895 |
| 004867P001-1467A-042<br>CIN04896 | 004868P001-1467A-042<br>CIN04897 | 004869P002-1467A-042<br>CIN04898 | 004870P001-1467A-042<br>CIN04899 |
| 004871P001-1467A-042<br>CIN04900 | 004872P001-1467A-042<br>CIN04901 | 004873P001-1467A-042<br>CIN04902 | 004874P001-1467A-042<br>CIN04903 |
| 004875P001-1467A-042<br>CIN04904 | 004876P001-1467A-042<br>CIN04905 | 004877P001-1467A-042<br>CIN04906 | 004878P001-1467A-042<br>CIN04907 |
| 004879P001-1467A-042<br>CIN04908 | 004880P001-1467A-042<br>CIN04909 | 004881P001-1467A-042<br>CIN04910 | 004882P001-1467A-042<br>CIN04911 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004883P002-1467A-042<br>CIN04912 | 004884P001-1467A-042<br>CIN04913 | 004885P001-1467A-042<br>CIN04914 | 004886P001-1467A-042<br>CIN04915 |
| 004887P001-1467A-042<br>CIN04916 | 004888P001-1467A-042<br>CIN04917 | 004889P001-1467A-042<br>CIN04918 | 004890P001-1467A-042<br>CIN04919 |
| 004891P001-1467A-042<br>CIN04920 | 004892P001-1467A-042<br>CIN04921 | 004893P001-1467A-042<br>CIN04922 | 004894P001-1467A-042<br>CIN04923 |
| 004895P001-1467A-042<br>CIN04924 | 004896P001-1467A-042<br>CIN04925 | 004897P003-1467A-042<br>CIN04926 | 004898P001-1467A-042<br>CIN04927 |
| 004899P001-1467A-042<br>CIN04928 | 004900P001-1467A-042<br>CIN04929 | 004901P001-1467A-042<br>CIN04930 | 004902P002-1467A-042<br>CIN04931 |
| 004903P001-1467A-042<br>CIN04932 | 004904P001-1467A-042<br>CIN04933 | 004905P001-1467A-042<br>CIN04934 | 004906P001-1467A-042<br>CIN04935 |

004907P001-1467A-042
CIN04936

004908P001-1467A-042
CIN04937

004909P001-1467A-042
CIN04938

004910P001-1467A-042
CIN04939

004911P001-1467A-042
CIN04940

004912P001-1467A-042
CIN04941

004913P001-1467A-042
CIN04942

004914P001-1467A-042
CIN04943

004915P001-1467A-042
CIN04944

004916P001-1467A-042
CIN04945

004917P001-1467A-042
CIN04946

004918P001-1467A-042
CIN04947

004919P003-1467A-042
CIN04948

004920P001-1467A-042
CIN04949

004921P001-1467A-042
CIN04950

004922P001-1467A-042
CIN04951

004923P001-1467A-042
CIN04952

004924P001-1467A-042
CIN04953

006247P001-1467A-042
CIN04954

004925P001-1467A-042
CIN04955

004926P001-1467A-042
CIN04956

004927P001-1467A-042
CIN04957

004928P001-1467A-042
CIN04958

004929P001-1467A-042
CIN04959

| | | | |
|---|---|---|---|
| 004930P001-1467A-042<br>CIN04960 | 004931P001-1467A-042<br>CIN04961 | 004932P001-1467A-042<br>CIN04962 | 004933P001-1467A-042<br>CIN04963 |
| 004934P004-1467A-042<br>CIN04964 | 004935P001-1467A-042<br>CIN04965 | 004936P001-1467A-042<br>CIN04966 | 004937P001-1467A-042<br>CIN04967 |
| 004938P001-1467A-042<br>CIN04968 | 004939P001-1467A-042<br>CIN04969 | 004940P001-1467A-042<br>CIN04970 | 004941P001-1467A-042<br>CIN04971 |
| 004942P002-1467A-042<br>CIN04972 | 004943P001-1467A-042<br>CIN04973 | 004944P001-1467A-042<br>CIN04974 | 004945P001-1467A-042<br>CIN04975 |
| 004946P001-1467A-042<br>CIN04976 | 004947P001-1467A-042<br>CIN04977 | 004948P001-1467A-042<br>CIN04978 | 004949P001-1467A-042<br>CIN04979 |
| 004950P001-1467A-042<br>CIN04980 | 004951P001-1467A-042<br>CIN04981 | 004952P001-1467A-042<br>CIN04982 | 004953P001-1467A-042<br>CIN04983 |

| | | | |
|---|---|---|---|
| 004954P001-1467A-042<br>CIN04984 | 004955P001-1467A-042<br>CIN04985 | 004956P001-1467A-042<br>CIN04986 | 004957P001-1467A-042<br>CIN04987 |
| 004958P001-1467A-042<br>CIN04988 | 004959P001-1467A-042<br>CIN04989 | 004960P002-1467A-042<br>CIN04990 | 004961P001-1467A-042<br>CIN04991 |
| 004962P001-1467A-042<br>CIN04992 | 004963P001-1467A-042<br>CIN04993 | 004964P001-1467A-042<br>CIN04994 | 004965P003-1467A-042<br>CIN04995 |
| 004966P001-1467A-042<br>CIN04996 | 004967P001-1467A-042<br>CIN04997 | 004968P002-1467A-042<br>CIN04998 | 004969P001-1467A-042<br>CIN04999 |
| 004970P001-1467A-042<br>CIN05000 | 004971P001-1467A-042<br>CIN05001 | 004972P002-1467A-042<br>CIN05002 | 004973P001-1467A-042<br>CIN05003 |
| 006255P002-1467A-042<br>CIN05004 | 006263P002-1467A-042<br>CIN05005 | 004974P001-1467A-042<br>CIN05006 | 004975P001-1467A-042<br>CIN05007 |

004976P001-1467A-042
CIN05008

004977P001-1467A-042
CIN05009

004978P001-1467A-042
CIN05010

004979P002-1467A-042
CIN05011

004980P001-1467A-042
CIN05012

004981P001-1467A-042
CIN05013

004982P001-1467A-042
CIN05014

004983P001-1467A-042
CIN05015

004984P001-1467A-042
CIN05016

004985P001-1467A-042
CIN05017

000232P001-1467A-042
CIN05018

004986P001-1467A-042
CIN05019

004987P001-1467A-042
CIN05020

004988P001-1467A-042
CIN05021

004989P001-1467A-042
CIN05022

004990P001-1467A-042
CIN05023

004991P001-1467A-042
CIN05024

004992P001-1467A-042
CIN05025

004993P001-1467A-042
CIN05026

004994P001-1467A-042
CIN05027

004995P002-1467A-042
CIN05028

004996P001-1467A-042
CIN05029

004997P001-1467A-042
CIN05030

004998P001-1467A-042
CIN05031

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004999P001-1467A-042<br>CIN05032 | 005000P001-1467A-042<br>CIN05033 | 005001P001-1467A-042<br>CIN05034 | 005002P001-1467A-042<br>CIN05035 |
| 005003P001-1467A-042<br>CIN05036 | 005004P001-1467A-042<br>CIN05037 | 005005P002-1467A-042<br>CIN05038 | 005006P002-1467A-042<br>CIN05039 |
| 005007P001-1467A-042<br>CIN05040 | 005008P001-1467A-042<br>CIN05041 | 005009P001-1467A-042<br>CIN05042 | 005010P001-1467A-042<br>CIN05043 |
| 005011P001-1467A-042<br>CIN05044 | 005012P001-1467A-042<br>CIN05045 | 005013P001-1467A-042<br>CIN05046 | 005014P001-1467A-042<br>CIN05047 |
| 005015P001-1467A-042<br>CIN05048 | 005016P001-1467A-042<br>CIN05049 | 005017P001-1467A-042<br>CIN05050 | 005018P001-1467A-042<br>CIN05051 |
| 005019P001-1467A-042<br>CIN05052 | 005020P001-1467A-042<br>CIN05053 | 005021P001-1467A-042<br>CIN05054 | 005022P001-1467A-042<br>CIN05055 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005023P001-1467A-042<br>CIN05056 | 005024P001-1467A-042<br>CIN05057 | 005025P001-1467A-042<br>CIN05058 | 005026P001-1467A-042<br>CIN05059 |
| 005027P001-1467A-042<br>CIN05060 | 005028P001-1467A-042<br>CIN05061 | 005029P001-1467A-042<br>CIN05062 | 005030P002-1467A-042<br>CIN05063 |
| 005031P001-1467A-042<br>CIN05064 | 005032P001-1467A-042<br>CIN05065 | 005033P001-1467A-042<br>CIN05066 | 005034P001-1467A-042<br>CIN05067 |
| 000002P001-1467A-042<br>CIN05068 | 005035P002-1467A-042<br>CIN05069 | 005036P001-1467A-042<br>CIN05070 | 005037P001-1467A-042<br>CIN05071 |
| 005038P001-1467A-042<br>CIN05072 | 005039P001-1467A-042<br>CIN05073 | 005040P001-1467A-042<br>CIN05074 | 005041P001-1467A-042<br>CIN05075 |
| 005042P002-1467A-042<br>CIN05076 | 005043P001-1467A-042<br>CIN05077 | 005044P001-1467A-042<br>CIN05078 | 005045P001-1467A-042<br>CIN05079 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005046P001-1467A-042<br>CIN05080 | 005047P001-1467A-042<br>CIN05081 | 005048P001-1467A-042<br>CIN05082 | 005049P001-1467A-042<br>CIN05083 |
| 005050P001-1467A-042<br>CIN05084 | 005051P002-1467A-042<br>CIN05085 | 005052P001-1467A-042<br>CIN05086 | 005053P001-1467A-042<br>CIN05087 |
| 005054P001-1467A-042<br>CIN05088 | 005055P002-1467A-042<br>CIN05089 | 005056P002-1467A-042<br>CIN05090 | 005057P001-1467A-042<br>CIN05091 |
| 005058P001-1467A-042<br>CIN05092 | 005059P001-1467A-042<br>CIN05093 | 005060P001-1467A-042<br>CIN05094 | 005061P001-1467A-042<br>CIN05095 |
| 005062P001-1467A-042<br>CIN05096 | 005063P001-1467A-042<br>CIN05097 | 005064P001-1467A-042<br>CIN05098 | 005065P001-1467A-042<br>CIN05099 |
| 005066P001-1467A-042<br>CIN05100 | 005067P002-1467A-042<br>CIN05101 | 005068P001-1467A-042<br>CIN05102 | 005069P001-1467A-042<br>CIN05103 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005070P001-1467A-042<br>CIN05104 | 005071P001-1467A-042<br>CIN05105 | 005072P001-1467A-042<br>CIN05106 | 005073P001-1467A-042<br>CIN05107 |
| 005074P001-1467A-042<br>CIN05108 | 005075P002-1467A-042<br>CIN05109 | 005076P001-1467A-042<br>CIN05110 | 005077P001-1467A-042<br>CIN05111 |
| 005078P001-1467A-042<br>CIN05112 | 005079P001-1467A-042<br>CIN05113 | 005080P001-1467A-042<br>CIN05114 | 005081P001-1467A-042<br>CIN05115 |
| 005082P001-1467A-042<br>CIN05116 | 005083P001-1467A-042<br>CIN05117 | 005084P003-1467A-042<br>CIN05118 | 005085P002-1467A-042<br>CIN05119 |
| 005086P001-1467A-042<br>CIN05120 | 005087P001-1467A-042<br>CIN05121 | 005088P001-1467A-042<br>CIN05122 | 005089P001-1467A-042<br>CIN05123 |
| 005090P002-1467A-042<br>CIN05124 | 005091P001-1467A-042<br>CIN05125 | 005092P002-1467A-042<br>CIN05126 | 005093P001-1467A-042<br>CIN05127 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005094P002-1467A-042<br>CIN05128 | 005095P001-1467A-042<br>CIN05129 | 005096P001-1467A-042<br>CIN05130 | 005097P001-1467A-042<br>CIN05131 |
| 005098P001-1467A-042<br>CIN05132 | 005099P001-1467A-042<br>CIN05133 | 005100P001-1467A-042<br>CIN05134 | 005101P001-1467A-042<br>CIN05135 |
| 005102P002-1467A-042<br>CIN05136 | 005103P002-1467A-042<br>CIN05137 | 005104P001-1467A-042<br>CIN05138 | 005105P001-1467A-042<br>CIN05139 |
| 005106P001-1467A-042<br>CIN05140 | 005107P001-1467A-042<br>CIN05141 | 005108P003-1467A-042<br>CIN05142 | 005108P003-1467A-042<br>CIN05142 |
| 005109P001-1467A-042<br>CIN05143 | 005110P001-1467A-042<br>CIN05144 | 005111P001-1467A-042<br>CIN05145 | 005112P001-1467A-042<br>CIN05146 |
| 005113P001-1467A-042<br>CIN05147 | 005114P001-1467A-042<br>CIN05148 | 005115P001-1467A-042<br>CIN05149 | 005116P001-1467A-042<br>CIN05150 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005117P001-1467A-042<br>CIN05151 | 005118P001-1467A-042<br>CIN05152 | 005119P001-1467A-042<br>CIN05153 | 005120P001-1467A-042<br>CIN05154 |
| 005121P001-1467A-042<br>CIN05155 | 005122P001-1467A-042<br>CIN05156 | 005123P001-1467A-042<br>CIN05157 | 005124P001-1467A-042<br>CIN05158 |
| 005125P001-1467A-042<br>CIN05159 | 005126P001-1467A-042<br>CIN05160 | 005127P001-1467A-042<br>CIN05161 | 005128P001-1467A-042<br>CIN05162 |
| 005129P001-1467A-042<br>CIN05163 | 005130P001-1467A-042<br>CIN05164 | 005131P001-1467A-042<br>CIN05165 | 005132P001-1467A-042<br>CIN05166 |
| 005133P001-1467A-042<br>CIN05167 | 005134P001-1467A-042<br>CIN05168 | 005135P001-1467A-042<br>CIN05169 | 005136P001-1467A-042<br>CIN05170 |
| 005137P002-1467A-042<br>CIN05171 | 005138P003-1467A-042<br>CIN05172 | 005139P003-1467A-042<br>CIN05173 | 005140P001-1467A-042<br>CIN05174 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005141P001-1467A-042
CIN05175

005142P001-1467A-042
CIN05176

005143P001-1467A-042
CIN05177

005144P001-1467A-042
CIN05178

005145P002-1467A-042
CIN05179

005146P001-1467A-042
CIN05180

005147P001-1467A-042
CIN05181

005148P002-1467A-042
CIN05182

005149P001-1467A-042
CIN05183

005150P001-1467A-042
CIN05184

005151P001-1467A-042
CIN05185

005152P001-1467A-042
CIN05186

005153P001-1467A-042
CIN05187

005154P001-1467A-042
CIN05188

005155P002-1467A-042
CIN05189

005156P001-1467A-042
CIN05190

005157P001-1467A-042
CIN05191

005158P001-1467A-042
CIN05192

005159P001-1467A-042
CIN05193

005160P001-1467A-042
CIN05194

005161P002-1467A-042
CIN05195

005162P001-1467A-042
CIN05196

005163P001-1467A-042
CIN05197

005164P003-1467A-042
CIN05198

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

005165P001-1467A-042
CIN05199

005166P001-1467A-042
CIN05200

005167P001-1467A-042
CIN05201

005168P001-1467A-042
CIN05202

005169P001-1467A-042
CIN05203

005170P001-1467A-042
CIN05204

005171P001-1467A-042
CIN05205

005172P001-1467A-042
CIN05206

005173P001-1467A-042
CIN05207

005174P001-1467A-042
CIN05208

005175P001-1467A-042
CIN05209

005176P001-1467A-042
CIN05210

005177P001-1467A-042
CIN05211

005178P001-1467A-042
CIN05212

005179P001-1467A-042
CIN05213

005180P002-1467A-042
CIN05214

005181P001-1467A-042
CIN05215

005182P001-1467A-042
CIN05216

005183P001-1467A-042
CIN05217

005184P001-1467A-042
CIN05218

005185P001-1467A-042
CIN05219

005186P002-1467A-042
CIN05220

005187P002-1467A-042
CIN05221

005188P001-1467A-042
CIN05222

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005189P001-1467A-042<br>CIN05223 | 005190P001-1467A-042<br>CIN05224 | 005191P001-1467A-042<br>CIN05225 | 005192P001-1467A-042<br>CIN05226 |
| 005193P001-1467A-042<br>CIN05227 | 005194P001-1467A-042<br>CIN05228 | 005195P001-1467A-042<br>CIN05229 | 005196P001-1467A-042<br>CIN05230 |
| 005197P001-1467A-042<br>CIN05231 | 005198P001-1467A-042<br>CIN05232 | 005199P001-1467A-042<br>CIN05233 | 005200P001-1467A-042<br>CIN05234 |
| 005201P001-1467A-042<br>CIN05235 | 005202P001-1467A-042<br>CIN05236 | 005203P001-1467A-042<br>CIN05237 | 006248P001-1467A-042<br>CIN05238 |
| 005204P001-1467A-042<br>CIN05239 | 005205P001-1467A-042<br>CIN05240 | 005206P001-1467A-042<br>CIN05241 | 005207P001-1467A-042<br>CIN05242 |
| 005208P001-1467A-042<br>CIN05243 | 005209P003-1467A-042<br>CIN05244 | 005210P001-1467A-042<br>CIN05245 | 005211P001-1467A-042<br>CIN05246 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 223 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 221 of 266                                                01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005212P002-1467A-042<br>CIN05247 | 005212P002-1467A-042<br>CIN05247 | 005213P001-1467A-042<br>CIN05248 | 005214P001-1467A-042<br>CIN05249 |
| 005215P002-1467A-042<br>CIN05250 | 005215P002-1467A-042<br>CIN05250 | 005216P001-1467A-042<br>CIN05251 | 005217P001-1467A-042<br>CIN05252 |
| 005218P001-1467A-042<br>CIN05253 | 005219P002-1467A-042<br>CIN05254 | 005220P001-1467A-042<br>CIN05255 | 005221P001-1467A-042<br>CIN05256 |
| 005222P002-1467A-042<br>CIN05257 | 005223P001-1467A-042<br>CIN05258 | 005224P001-1467A-042<br>CIN05259 | 005225P001-1467A-042<br>CIN05260 |
| 005226P001-1467A-042<br>CIN05261 | 005227P002-1467A-042<br>CIN05262 | 005228P001-1467A-042<br>CIN05263 | 005229P001-1467A-042<br>CIN05264 |
| 005230P001-1467A-042<br>CIN05265 | 005231P001-1467A-042<br>CIN05266 | 005232P001-1467A-042<br>CIN05267 | 005233P001-1467A-042<br>CIN05268 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005234P001-1467A-042<br>CIN05269 | 005235P001-1467A-042<br>CIN05270 | 005236P001-1467A-042<br>CIN05271 | 005237P001-1467A-042<br>CIN05272 |
| 005238P001-1467A-042<br>CIN05273 | 005239P001-1467A-042<br>CIN05274 | 005240P001-1467A-042<br>CIN05275 | 005241P002-1467A-042<br>CIN05276 |
| 005242P001-1467A-042<br>CIN05277 | 005243P001-1467A-042<br>CIN05278 | 005244P001-1467A-042<br>CIN05279 | 005245P001-1467A-042<br>CIN05280 |
| 005246P001-1467A-042<br>CIN05281 | 005247P001-1467A-042<br>CIN05282 | 005248P001-1467A-042<br>CIN05283 | 005249P001-1467A-042<br>CIN05284 |
| 005250P001-1467A-042<br>CIN05285 | 005251P001-1467A-042<br>CIN05286 | 005252P001-1467A-042<br>CIN05287 | 005253P001-1467A-042<br>CIN05288 |
| 005254P001-1467A-042<br>CIN05289 | 005255P002-1467A-042<br>CIN05290 | 005256P001-1467A-042<br>CIN05291 | 005257P001-1467A-042<br>CIN05292 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005258P001-1467A-042<br>CIN05293 | 005259P001-1467A-042<br>CIN05294 | 005260P001-1467A-042<br>CIN05295 | 005261P001-1467A-042<br>CIN05296 |
| 005262P002-1467A-042<br>CIN05297 | 005263P002-1467A-042<br>CIN05298 | 005264P002-1467A-042<br>CIN05299 | 005265P002-1467A-042<br>CIN05300 |
| 005266P001-1467A-042<br>CIN05301 | 005267P001-1467A-042<br>CIN05302 | 005268P001-1467A-042<br>CIN05303 | 005269P002-1467A-042<br>CIN05304 |
| 005270P001-1467A-042<br>CIN05305 | 005271P001-1467A-042<br>CIN05306 | 005272P001-1467A-042<br>CIN05307 | 005273P001-1467A-042<br>CIN05308 |
| 005274P001-1467A-042<br>CIN05309 | 005275P001-1467A-042<br>CIN05310 | 000012P001-1467A-042<br>CIN05311 | 000013P001-1467A-042<br>CIN05312 |
| 005276P001-1467A-042<br>CIN05313 | 005277P002-1467A-042<br>CIN05314 | 005278P001-1467A-042<br>CIN05315 | 005279P002-1467A-042<br>CIN05316 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| 005280P001-1467A-042 | 005281P001-1467A-042 | 005282P001-1467A-042 | 005283P001-1467A-042 |
| CIN05317 | CIN05318 | CIN05319 | CIN05320 |

| 005284P001-1467A-042 | 005285P001-1467A-042 | 005286P002-1467A-042 | 005287P001-1467A-042 |
| CIN05321 | CIN05322 | CIN05323 | CIN05324 |

| 005288P001-1467A-042 | 005289P001-1467A-042 | 006249P001-1467A-042 | 006250P001-1467A-042 |
| CIN05325 | CIN05326 | CIN05327 | CIN05328 |

| 005290P001-1467A-042 | 005291P001-1467A-042 | 005292P001-1467A-042 | 005293P001-1467A-042 |
| CIN05329 | CIN05330 | CIN05331 | CIN05332 |

| 005294P001-1467A-042 | 005295P001-1467A-042 | 005296P001-1467A-042 | 005297P001-1467A-042 |
| CIN05333 | CIN05334 | CIN05335 | CIN05336 |

| 005298P001-1467A-042 | 005299P001-1467A-042 | 005300P001-1467A-042 | 005301P002-1467A-042 |
| CIN05337 | CIN05338 | CIN05339 | CIN05340 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005302P001-1467A-042<br>CIN05341 | 005303P001-1467A-042<br>CIN05342 | 005304P001-1467A-042<br>CIN05343 | 005305P001-1467A-042<br>CIN05344 |
| 005306P001-1467A-042<br>CIN05345 | 005307P002-1467A-042<br>CIN05346 | 005308P001-1467A-042<br>CIN05347 | 005309P002-1467A-042<br>CIN05348 |
| 005309P002-1467A-042<br>CIN05348 | 005310P001-1467A-042<br>CIN05349 | 005311P002-1467A-042<br>CIN05350 | 005312P001-1467A-042<br>CIN05351 |
| 005313P001-1467A-042<br>CIN05352 | 005314P002-1467A-042<br>CIN05353 | 005315P001-1467A-042<br>CIN05354 | 005316P001-1467A-042<br>CIN05355 |
| 005317P001-1467A-042<br>CIN05356 | 005318P001-1467A-042<br>CIN05357 | 005319P001-1467A-042<br>CIN05358 | 005320P001-1467A-042<br>CIN05359 |
| 005321P001-1467A-042<br>CIN05360 | 005322P001-1467A-042<br>CIN05361 | 005323P001-1467A-042<br>CIN05362 | 005324P001-1467A-042<br>CIN05363 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005325P001-1467A-042<br>CIN05364 | 005326P001-1467A-042<br>CIN05365 | 005327P001-1467A-042<br>CIN05366 | 005328P001-1467A-042<br>CIN05367 |
| 005329P001-1467A-042<br>CIN05368 | 005330P001-1467A-042<br>CIN05369 | 005331P001-1467A-042<br>CIN05370 | 005332P001-1467A-042<br>CIN05371 |
| 005333P001-1467A-042<br>CIN05372 | 005334P001-1467A-042<br>CIN05373 | 005335P001-1467A-042<br>CIN05374 | 005336P002-1467A-042<br>CIN05375 |
| 005337P001-1467A-042<br>CIN05376 | 005338P001-1467A-042<br>CIN05377 | 005339P001-1467A-042<br>CIN05378 | 005340P001-1467A-042<br>CIN05379 |
| 005341P001-1467A-042<br>CIN05380 | 005342P001-1467A-042<br>CIN05381 | 005343P001-1467A-042<br>CIN05382 | 005344P001-1467A-042<br>CIN05383 |
| 005345P001-1467A-042<br>CIN05384 | 005346P001-1467A-042<br>CIN05385 | 005347P001-1467A-042<br>CIN05386 | 005348P001-1467A-042<br>CIN05387 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005349P001-1467A-042<br>CIN05388 | 005350P001-1467A-042<br>CIN05389 | 005351P001-1467A-042<br>CIN05390 | 005352P001-1467A-042<br>CIN05391 |
| 005353P001-1467A-042<br>CIN05392 | 005354P001-1467A-042<br>CIN05393 | 005355P001-1467A-042<br>CIN05394 | 005356P001-1467A-042<br>CIN05395 |
| 005357P001-1467A-042<br>CIN05396 | 005358P002-1467A-042<br>CIN05397 | 005359P001-1467A-042<br>CIN05398 | 005360P001-1467A-042<br>CIN05399 |
| 005361P001-1467A-042<br>CIN05400 | 005362P001-1467A-042<br>CIN05401 | 005363P001-1467A-042<br>CIN05402 | 005364P001-1467A-042<br>CIN05403 |
| 005365P001-1467A-042<br>CIN05404 | 005366P001-1467A-042<br>CIN05405 | 005367P001-1467A-042<br>CIN05406 | 005368P001-1467A-042<br>CIN05407 |
| 005369P002-1467A-042<br>CIN05408 | 005370P001-1467A-042<br>CIN05409 | 005371P001-1467A-042<br>CIN05410 | 005372P001-1467A-042<br>CIN05411 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005373P002-1467A-042<br>CIN05412 | 005378P001-1467A-042<br>CIN05413 | 005374P001-1467A-042<br>CIN05414 | 005375P001-1467A-042<br>CIN05415 |
| 005376P001-1467A-042<br>CIN05416 | 005377P001-1467A-042<br>CIN05417 | 005379P001-1467A-042<br>CIN05418 | 005380P001-1467A-042<br>CIN05419 |
| 005381P001-1467A-042<br>CIN05420 | 005382P001-1467A-042<br>CIN05421 | 005383P001-1467A-042<br>CIN05422 | 005384P001-1467A-042<br>CIN05423 |
| 005385P001-1467A-042<br>CIN05424 | 005386P001-1467A-042<br>CIN05425 | 005387P001-1467A-042<br>CIN05426 | 005388P001-1467A-042<br>CIN05427 |
| 005389P001-1467A-042<br>CIN05428 | 005390P001-1467A-042<br>CIN05429 | 005391P001-1467A-042<br>CIN05430 | 005392P001-1467A-042<br>CIN05431 |
| 005393P001-1467A-042<br>CIN05432 | 005394P001-1467A-042<br>CIN05433 | 005395P001-1467A-042<br>CIN05434 | 005396P001-1467A-042<br>CIN05435 |

Case 20-12836-JTD   Doc 364   Filed 01/19/21   Page 231 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 229 of 266

01/14/2021 08:22:22 PM

005397P001-1467A-042
CIN05436

005398P001-1467A-042
CIN05437

005399P002-1467A-042
CIN05438

005400P001-1467A-042
CIN05439

005401P001-1467A-042
CIN05440

005402P001-1467A-042
CIN05441

005403P001-1467A-042
CIN05442

005404P001-1467A-042
CIN05443

005405P001-1467A-042
CIN05444

005406P001-1467A-042
CIN05445

005407P001-1467A-042
CIN05446

005408P001-1467A-042
CIN05447

005409P001-1467A-042
CIN05448

005410P001-1467A-042
CIN05449

005411P001-1467A-042
CIN05450

005412P002-1467A-042
CIN05451

005413P001-1467A-042
CIN05452

005414P001-1467A-042
CIN05453

005415P001-1467A-042
CIN05454

005416P002-1467A-042
CIN05455

005417P002-1467A-042
CIN05456

005418P001-1467A-042
CIN05457

005419P001-1467A-042
CIN05458

005420P001-1467A-042
CIN05459

005421P001-1467A-042
CIN05460

005422P001-1467A-042
CIN05461

005423P001-1467A-042
CIN05462

005424P001-1467A-042
CIN05463

005425P001-1467A-042
CIN05464

005426P001-1467A-042
CIN05465

005427P001-1467A-042
CIN05466

005428P001-1467A-042
CIN05467

005429P001-1467A-042
CIN05468

005430P001-1467A-042
CIN05469

005431P001-1467A-042
CIN05470

005432P001-1467A-042
CIN05471

005433P001-1467A-042
CIN05472

005434P001-1467A-042
CIN05473

005435P001-1467A-042
CIN05474

005436P001-1467A-042
CIN05475

005437P001-1467A-042
CIN05476

005438P002-1467A-042
CIN05477

005439P001-1467A-042
CIN05478

005440P001-1467A-042
CIN05479

005441P001-1467A-042
CIN05480

005442P001-1467A-042
CIN05481

005443P001-1467A-042
CIN05482

005444P001-1467A-042
CIN05483

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005445P001-1467A-042<br>CIN05484 | 005446P001-1467A-042<br>CIN05485 | 005447P001-1467A-042<br>CIN05486 | 005448P001-1467A-042<br>CIN05487 |
| 005449P001-1467A-042<br>CIN05488 | 005450P001-1467A-042<br>CIN05489 | 005451P001-1467A-042<br>CIN05490 | 005452P001-1467A-042<br>CIN05491 |
| 005453P002-1467A-042<br>CIN05492 | 005454P001-1467A-042<br>CIN05493 | 005455P001-1467A-042<br>CIN05494 | 005456P001-1467A-042<br>CIN05495 |
| 005457P001-1467A-042<br>CIN05496 | 005458P001-1467A-042<br>CIN05497 | 005459P001-1467A-042<br>CIN05498 | 005460P001-1467A-042<br>CIN05499 |
| 005461P001-1467A-042<br>CIN05500 | 005462P001-1467A-042<br>CIN05501 | 005463P001-1467A-042<br>CIN05502 | 005464P001-1467A-042<br>CIN05503 |
| 005465P001-1467A-042<br>CIN05504 | 005466P001-1467A-042<br>CIN05505 | 005467P001-1467A-042<br>CIN05506 | 005468P001-1467A-042<br>CIN05507 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005469P001-1467A-042<br>CIN05508 | 005470P001-1467A-042<br>CIN05509 | 005471P001-1467A-042<br>CIN05510 | 005472P001-1467A-042<br>CIN05511 |
| 005473P001-1467A-042<br>CIN05512 | 005474P001-1467A-042<br>CIN05513 | 000011P001-1467A-042<br>CIN05514 | 005475P001-1467A-042<br>CIN05515 |
| 005476P003-1467A-042<br>CIN05516 | 005476P003-1467A-042<br>CIN05516 | 005477P001-1467A-042<br>CIN05517 | 005478P001-1467A-042<br>CIN05518 |
| 005479P001-1467A-042<br>CIN05519 | 005480P001-1467A-042<br>CIN05520 | 005481P001-1467A-042<br>CIN05521 | 005482P001-1467A-042<br>CIN05522 |
| 005483P001-1467A-042<br>CIN05523 | 005484P001-1467A-042<br>CIN05524 | 005485P001-1467A-042<br>CIN05525 | 005486P001-1467A-042<br>CIN05526 |
| 005487P001-1467A-042<br>CIN05527 | 005488P001-1467A-042<br>CIN05528 | 005489P001-1467A-042<br>CIN05529 | 006353P001-1467A-042<br>CIN05530 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006353P001-1467A-042<br>CIN05530 | 005490P001-1467A-042<br>CIN05531 | 005491P001-1467A-042<br>CIN05532 | 005492P001-1467A-042<br>CIN05533 |
| 005493P002-1467A-042<br>CIN05534 | 005494P001-1467A-042<br>CIN05535 | 005495P001-1467A-042<br>CIN05536 | 005496P001-1467A-042<br>CIN05537 |
| 005497P001-1467A-042<br>CIN05538 | 005498P001-1467A-042<br>CIN05539 | 005499P001-1467A-042<br>CIN05540 | 005500P002-1467A-042<br>CIN05541 |
| 005501P001-1467A-042<br>CIN05542 | 005502P001-1467A-042<br>CIN05543 | 005503P001-1467A-042<br>CIN05544 | 005504P001-1467A-042<br>CIN05545 |
| 005505P001-1467A-042<br>CIN05546 | 005506P001-1467A-042<br>CIN05547 | 005507P001-1467A-042<br>CIN05548 | 005508P001-1467A-042<br>CIN05549 |
| 005509P001-1467A-042<br>CIN05550 | 005510P001-1467A-042<br>CIN05551 | 005511P001-1467A-042<br>CIN05552 | 005512P001-1467A-042<br>CIN05553 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005513P001-1467A-042<br>CIN05554 | 005514P001-1467A-042<br>CIN05555 | 005515P001-1467A-042<br>CIN05556 | 005516P001-1467A-042<br>CIN05557 |
| 005517P001-1467A-042<br>CIN05558 | 005518P002-1467A-042<br>CIN05559 | 005518S001-1467A-042<br>CIN05559 | 005519P001-1467A-042<br>CIN05560 |
| 005520P001-1467A-042<br>CIN05561 | 005521P001-1467A-042<br>CIN05562 | 005522P001-1467A-042<br>CIN05563 | 005523P001-1467A-042<br>CIN05564 |
| 005524P002-1467A-042<br>CIN05565 | 005525P001-1467A-042<br>CIN05566 | 005526P001-1467A-042<br>CIN05567 | 005527P001-1467A-042<br>CIN05568 |
| 005528P001-1467A-042<br>CIN05569 | 005529P001-1467A-042<br>CIN05570 | 005530P001-1467A-042<br>CIN05571 | 005531P001-1467A-042<br>CIN05572 |
| 005532P001-1467A-042<br>CIN05573 | 005533P001-1467A-042<br>CIN05574 | 005534P001-1467A-042<br>CIN05575 | 005535P001-1467A-042<br>CIN05576 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 237 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 235 of 266                                                      01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 005536P001-1467A-042<br>CIN05577 | 005537P001-1467A-042<br>CIN05578 | 005538P001-1467A-042<br>CIN05579 | 005539P001-1467A-042<br>CIN05580 |
| 005540P002-1467A-042<br>CIN05581 | 005541P001-1467A-042<br>CIN05582 | 005542P001-1467A-042<br>CIN05583 | 005543P001-1467A-042<br>CIN05584 |
| 005544P001-1467A-042<br>CIN05585 | 005545P001-1467A-042<br>CIN05586 | 005546P001-1467A-042<br>CIN05587 | 005547P001-1467A-042<br>CIN05588 |
| 005548P001-1467A-042<br>CIN05589 | 005549P001-1467A-042<br>CIN05590 | 005550P001-1467A-042<br>CIN05591 | 005551P001-1467A-042<br>CIN05592 |
| 005552P002-1467A-042<br>CIN05593 | 005553P001-1467A-042<br>CIN05594 | 005554P002-1467A-042<br>CIN05595 | 005555P003-1467A-042<br>CIN05596 |
| 005555P003-1467A-042<br>CIN05596 | 005556P001-1467A-042<br>CIN05597 | 005557P001-1467A-042<br>CIN05598 | 005558P001-1467A-042<br>CIN05599 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

005559P002-1467A-042
CIN05600

005560P001-1467A-042
CIN05601

005561P001-1467A-042
CIN05602

005562P001-1467A-042
CIN05603

005563P001-1467A-042
CIN05604

005564P001-1467A-042
CIN05605

006350P001-1467A-042
CIN05606

001097P003-1467A-042
CIN05607

001097P003-1467A-042
CIN05607

001097P003-1467A-042
CIN05607

004671P003-1467A-042
CIN05608

004671P003-1467A-042
CIN05608

004671P003-1467A-042
CIN05608

005565P001-1467A-042
CIN05609

005566P001-1467A-042
CIN05610

005567P001-1467A-042
CIN05611

005568P001-1467A-042
CIN05612

005569P001-1467A-042
CIN05613

005570P001-1467A-042
CIN05614

005571P001-1467A-042
CIN05615

005572P001-1467A-042
CIN05616

005573P001-1467A-042
CIN05617

005574P001-1467A-042
CIN05618

005575P001-1467A-042
CIN05619

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005576P001-1467A-042<br>CIN05620 | 005577P001-1467A-042<br>CIN05621 | 005578P001-1467A-042<br>CIN05622 | 005579P001-1467A-042<br>CIN05623 |
| 005580P001-1467A-042<br>CIN05624 | 005581P001-1467A-042<br>CIN05625 | 005582P001-1467A-042<br>CIN05626 | 005583P001-1467A-042<br>CIN05627 |
| 005584P001-1467A-042<br>CIN05628 | 005585P001-1467A-042<br>CIN05629 | 005586P001-1467A-042<br>CIN05630 | 005587P001-1467A-042<br>CIN05631 |
| 005588P001-1467A-042<br>CIN05632 | 005589P001-1467A-042<br>CIN05633 | 005590P001-1467A-042<br>CIN05634 | 005591P001-1467A-042<br>CIN05635 |
| 005592P001-1467A-042<br>CIN05636 | 005593P002-1467A-042<br>CIN05637 | 005594P001-1467A-042<br>CIN05638 | 005595P001-1467A-042<br>CIN05639 |
| 000014P001-1467A-042<br>CIN05640 | 005596P001-1467A-042<br>CIN05641 | 005597P001-1467A-042<br>CIN05642 | 005598P001-1467A-042<br>CIN05643 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005599P002-1467A-042<br>CIN05644 | 005600P001-1467A-042<br>CIN05645 | 005601P001-1467A-042<br>CIN05646 | 005602P001-1467A-042<br>CIN05647 |
| 005603P001-1467A-042<br>CIN05648 | 005604P001-1467A-042<br>CIN05649 | 005605P001-1467A-042<br>CIN05650 | 005606P001-1467A-042<br>CIN05651 |
| 005607P002-1467A-042<br>CIN05652 | 005608P001-1467A-042<br>CIN05653 | 005609P001-1467A-042<br>CIN05654 | 005610P001-1467A-042<br>CIN05655 |
| 005611P001-1467A-042<br>CIN05656 | 005612P001-1467A-042<br>CIN05657 | 005613P002-1467A-042<br>CIN05658 | 005614P001-1467A-042<br>CIN05659 |
| 005615P001-1467A-042<br>CIN05660 | 005616P001-1467A-042<br>CIN05661 | 005617P001-1467A-042<br>CIN05662 | 005618P001-1467A-042<br>CIN05663 |
| 005619P001-1467A-042<br>CIN05664 | 005620P001-1467A-042<br>CIN05665 | 005621P001-1467A-042<br>CIN05666 | 005622P001-1467A-042<br>CIN05667 |

005623P001-1467A-042
CIN05668

005624P001-1467A-042
CIN05669

005625P001-1467A-042
CIN05670

005626P001-1467A-042
CIN05671

005627P001-1467A-042
CIN05672

005628P001-1467A-042
CIN05673

005629P001-1467A-042
CIN05674

005630P001-1467A-042
CIN05675

005631P001-1467A-042
CIN05676

005632P002-1467A-042
CIN05677

005633P001-1467A-042
CIN05678

005634P001-1467A-042
CIN05679

005635P001-1467A-042
CIN05680

005636P001-1467A-042
CIN05681

005637P002-1467A-042
CIN05682

006257P002-1467A-042
CIN05683

005638P001-1467A-042
CIN05684

005639P001-1467A-042
CIN05685

005640P001-1467A-042
CIN05686

005641P001-1467A-042
CIN05687

005642P001-1467A-042
CIN05688

005643P001-1467A-042
CIN05689

005644P001-1467A-042
CIN05690

005645P001-1467A-042
CIN05691

Cred Inc., et al.
Electronic Mail
Exhibit Pages

005646P001-1467A-042
CIN05692

005647P001-1467A-042
CIN05693

005648P001-1467A-042
CIN05694

005649P001-1467A-042
CIN05695

005650P001-1467A-042
CIN05696

005651P001-1467A-042
CIN05697

005652P001-1467A-042
CIN05698

005653P001-1467A-042
CIN05699

005654P001-1467A-042
CIN05700

005655P001-1467A-042
CIN05701

005656P001-1467A-042
CIN05702

005657P002-1467A-042
CIN05703

005658P001-1467A-042
CIN05704

005659P001-1467A-042
CIN05705

005660P001-1467A-042
CIN05706

005661P002-1467A-042
CIN05707

000015P002-1467A-042
CIN05708

005662P001-1467A-042
CIN05709

005663P001-1467A-042
CIN05710

005664P001-1467A-042
CIN05711

005665P001-1467A-042
CIN05712

005666P001-1467A-042
CIN05713

005667P001-1467A-042
CIN05714

005668P001-1467A-042
CIN05715

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005669P001-1467A-042<br>CIN05716 | 005670P001-1467A-042<br>CIN05717 | 005671P001-1467A-042<br>CIN05718 | 005672P001-1467A-042<br>CIN05719 |
| 005673P001-1467A-042<br>CIN05720 | 005674P001-1467A-042<br>CIN05721 | 005675P001-1467A-042<br>CIN05722 | 005676P001-1467A-042<br>CIN05723 |
| 005677P001-1467A-042<br>CIN05724 | 005678P002-1467A-042<br>CIN05725 | 005679P001-1467A-042<br>CIN05726 | 005680P001-1467A-042<br>CIN05727 |
| 000016P002-1467A-042<br>CIN05728 | 005681P001-1467A-042<br>CIN05729 | 005682P001-1467A-042<br>CIN05730 | 005683P001-1467A-042<br>CIN05731 |
| 005684P001-1467A-042<br>CIN05732 | 005685P001-1467A-042<br>CIN05733 | 005686P001-1467A-042<br>CIN05734 | 005687P001-1467A-042<br>CIN05735 |
| 005688P001-1467A-042<br>CIN05736 | 005689P001-1467A-042<br>CIN05737 | 005690P002-1467A-042<br>CIN05738 | 005691P001-1467A-042<br>CIN05739 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005692P001-1467A-042<br>CIN05740 | 005693P002-1467A-042<br>CIN05741 | 005694P001-1467A-042<br>CIN05742 | 005695P001-1467A-042<br>CIN05743 |
| 005696P002-1467A-042<br>CIN05744 | 005696P002-1467A-042<br>CIN05744 | 005697P001-1467A-042<br>CIN05745 | 005698P001-1467A-042<br>CIN05746 |
| 005699P001-1467A-042<br>CIN05747 | 005700P001-1467A-042<br>CIN05748 | 005701P001-1467A-042<br>CIN05749 | 005702P001-1467A-042<br>CIN05750 |
| 005703P001-1467A-042<br>CIN05751 | 005704P001-1467A-042<br>CIN05752 | 005705P001-1467A-042<br>CIN05753 | 005706P001-1467A-042<br>CIN05754 |
| 005707P001-1467A-042<br>CIN05755 | 005708P001-1467A-042<br>CIN05756 | 005709P001-1467A-042<br>CIN05757 | 005710P001-1467A-042<br>CIN05758 |
| 005711P001-1467A-042<br>CIN05759 | 005712P001-1467A-042<br>CIN05760 | 005713P001-1467A-042<br>CIN05761 | 005714P002-1467A-042<br>CIN05762 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006351P001-1467A-042<br>CIN05763 | 005715P001-1467A-042<br>CIN05764 | 005716P001-1467A-042<br>CIN05765 | 005717P002-1467A-042<br>CIN05766 |
| 005718P001-1467A-042<br>CIN05767 | 005719P001-1467A-042<br>CIN05768 | 005720P002-1467A-042<br>CIN05769 | 005721P001-1467A-042<br>CIN05770 |
| 005722P001-1467A-042<br>CIN05771 | 005723P002-1467A-042<br>CIN05772 | 005724P001-1467A-042<br>CIN05773 | 005725P001-1467A-042<br>CIN05774 |
| 005726P001-1467A-042<br>CIN05775 | 005727P001-1467A-042<br>CIN05776 | 005728P001-1467A-042<br>CIN05777 | 005729P001-1467A-042<br>CIN05778 |
| 005730P002-1467A-042<br>CIN05779 | 005731P001-1467A-042<br>CIN05780 | 005732P001-1467A-042<br>CIN05781 | 005733P001-1467A-042<br>CIN05782 |
| 005734P001-1467A-042<br>CIN05783 | 005735P001-1467A-042<br>CIN05784 | 005736P001-1467A-042<br>CIN05785 | 005737P001-1467A-042<br>CIN05786 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

005738P001-1467A-042
CIN05787

005739P001-1467A-042
CIN05788

005740P001-1467A-042
CIN05789

005741P002-1467A-042
CIN05790

005742P001-1467A-042
CIN05791

005743P001-1467A-042
CIN05792

005744P001-1467A-042
CIN05793

005745P001-1467A-042
CIN05794

005746P001-1467A-042
CIN05795

005747P001-1467A-042
CIN05796

005748P001-1467A-042
CIN05797

005749P001-1467A-042
CIN05798

005750P001-1467A-042
CIN05799

005751P001-1467A-042
CIN05800

005752P001-1467A-042
CIN05801

005753P001-1467A-042
CIN05802

005754P001-1467A-042
CIN05803

005755P002-1467A-042
CIN05804

005756P001-1467A-042
CIN05805

005757P001-1467A-042
CIN05806

005758P001-1467A-042
CIN05807

005759P001-1467A-042
CIN05808

005760P001-1467A-042
CIN05809

005761P002-1467A-042
CIN05810

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

005762P001-1467A-042     005763P001-1467A-042     005764P001-1467A-042     005765P001-1467A-042
CIN05811                 CIN05812                 CIN05813                 CIN05814

005766P001-1467A-042     005767P001-1467A-042     005768P001-1467A-042     005769P001-1467A-042
CIN05815                 CIN05816                 CIN05817                 CIN05818

005770P001-1467A-042     005771P001-1467A-042     005772P002-1467A-042     005773P002-1467A-042
CIN05819                 CIN05820                 CIN05821                 CIN05822

005774P002-1467A-042     005775P001-1467A-042     005776P001-1467A-042     005777P001-1467A-042
CIN05823                 CIN05824                 CIN05825                 CIN05826

005778P001-1467A-042     005779P002-1467A-042     005780P002-1467A-042     005781P001-1467A-042
CIN05827                 CIN05828                 CIN05829                 CIN05830

005782P001-1467A-042     005783P001-1467A-042     005784P001-1467A-042     005785P001-1467A-042
CIN05831                 CIN05832                 CIN05833                 CIN05834

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| 005786P001-1467A-042 | 005787P001-1467A-042 | 005788P001-1467A-042 | 005789P001-1467A-042 |
| CIN05835 | CIN05836 | CIN05837 | CIN05838 |

| 005790P001-1467A-042 | 005791P001-1467A-042 | 005792P001-1467A-042 | 005793P001-1467A-042 |
| CIN05839 | CIN05840 | CIN05841 | CIN05842 |

| 005794P001-1467A-042 | 005795P001-1467A-042 | 005796P001-1467A-042 | 005797P001-1467A-042 |
| CIN05843 | CIN05844 | CIN05845 | CIN05846 |

| 005798P001-1467A-042 | 005799P001-1467A-042 | 005800P002-1467A-042 | 005801P001-1467A-042 |
| CIN05847 | CIN05848 | CIN05849 | CIN05850 |

| 005802P001-1467A-042 | 005803P001-1467A-042 | 006251P001-1467A-042 | 005804P001-1467A-042 |
| CIN05851 | CIN05852 | CIN05853 | CIN05854 |

| 005805P001-1467A-042 | 005806P001-1467A-042 | 005807P002-1467A-042 | 005808P001-1467A-042 |
| CIN05855 | CIN05856 | CIN05857 | CIN05858 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005809P001-1467A-042
CIN05859

005810P001-1467A-042
CIN05860

005811P001-1467A-042
CIN05861

005812P001-1467A-042
CIN05862

005813P001-1467A-042
CIN05863

005814P001-1467A-042
CIN05864

005815P001-1467A-042
CIN05865

005816P001-1467A-042
CIN05866

005817P001-1467A-042
CIN05867

005818P001-1467A-042
CIN05868

005819P001-1467A-042
CIN05869

005820P001-1467A-042
CIN05870

005821P001-1467A-042
CIN05871

005822P001-1467A-042
CIN05872

005823P001-1467A-042
CIN05873

005824P001-1467A-042
CIN05874

005825P001-1467A-042
CIN05875

005826P001-1467A-042
CIN05876

005827P001-1467A-042
CIN05877

005828P001-1467A-042
CIN05878

005829P001-1467A-042
CIN05879

005830P001-1467A-042
CIN05880

005831P001-1467A-042
CIN05881

005832P001-1467A-042
CIN05882

005833P001-1467A-042
CIN05883

005834P001-1467A-042
CIN05884

005835P001-1467A-042
CIN05885

005836P001-1467A-042
CIN05886

005837P001-1467A-042
CIN05887

005838P001-1467A-042
CIN05888

005839P001-1467A-042
CIN05889

005840P001-1467A-042
CIN05890

005841P002-1467A-042
CIN05891

005842P001-1467A-042
CIN05892

005843P001-1467A-042
CIN05893

005844P001-1467A-042
CIN05894

005845P001-1467A-042
CIN05895

005846P002-1467A-042
CIN05896

005847P001-1467A-042
CIN05897

005848P001-1467A-042
CIN05898

005849P001-1467A-042
CIN05899

005850P001-1467A-042
CIN05900

005851P001-1467A-042
CIN05901

005852P001-1467A-042
CIN05902

005853P002-1467A-042
CIN05903

005854P001-1467A-042
CIN05904

005855P001-1467A-042
CIN05905

005856P001-1467A-042
CIN05906

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005857P001-1467A-042<br>CIN05907 | 005858P001-1467A-042<br>CIN05908 | 005859P001-1467A-042<br>CIN05909 | 005860P001-1467A-042<br>CIN05910 |
| 005861P001-1467A-042<br>CIN05911 | 005862P001-1467A-042<br>CIN05912 | 005863P001-1467A-042<br>CIN05913 | 005864P001-1467A-042<br>CIN05914 |
| 005865P001-1467A-042<br>CIN05915 | 005866P001-1467A-042<br>CIN05916 | 005867P001-1467A-042<br>CIN05917 | 005868P001-1467A-042<br>CIN05918 |
| 005869P001-1467A-042<br>CIN05919 | 005870P001-1467A-042<br>CIN05920 | 005871P001-1467A-042<br>CIN05921 | 005872P001-1467A-042<br>CIN05922 |
| 005873P001-1467A-042<br>CIN05923 | 005874P001-1467A-042<br>CIN05924 | 005875P001-1467A-042<br>CIN05925 | 005876P001-1467A-042<br>CIN05926 |
| 005877P001-1467A-042<br>CIN05927 | 005878P001-1467A-042<br>CIN05928 | 005879P001-1467A-042<br>CIN05929 | 005880P001-1467A-042<br>CIN05930 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 252 of 294

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 250 of 266

01/14/2021 08:22:22 PM

005881P001-1467A-042
CIN05931

005882P001-1467A-042
CIN05932

005883P001-1467A-042
CIN05933

005884P001-1467A-042
CIN05934

005885P001-1467A-042
CIN05935

005886P001-1467A-042
CIN05936

005887P001-1467A-042
CIN05937

005888P001-1467A-042
CIN05938

005889P001-1467A-042
CIN05939

005890P001-1467A-042
CIN05940

005891P002-1467A-042
CIN05941

005892P001-1467A-042
CIN05942

005893P001-1467A-042
CIN05943

005894P001-1467A-042
CIN05944

005895P001-1467A-042
CIN05945

005896P001-1467A-042
CIN05946

005897P001-1467A-042
CIN05947

005898P001-1467A-042
CIN05948

005899P001-1467A-042
CIN05949

005900P001-1467A-042
CIN05950

005901P001-1467A-042
CIN05951

005902P001-1467A-042
CIN05952

005903P001-1467A-042
CIN05953

005904P002-1467A-042
CIN05954

005905P001-1467A-042
CIN05955

005906P002-1467A-042
CIN05956

005907P001-1467A-042
CIN05957

005908P001-1467A-042
CIN05958

005909P001-1467A-042
CIN05959

005910P001-1467A-042
CIN05960

005911P001-1467A-042
CIN05961

005912P001-1467A-042
CIN05962

005913P001-1467A-042
CIN05963

005914P001-1467A-042
CIN05964

005915P001-1467A-042
CIN05965

005916P001-1467A-042
CIN05966

005917P001-1467A-042
CIN05967

005918P001-1467A-042
CIN05968

005919P001-1467A-042
CIN05969

005920P001-1467A-042
CIN05970

005921P001-1467A-042
CIN05971

005922P001-1467A-042
CIN05972

005923P001-1467A-042
CIN05973

005924P001-1467A-042
CIN05974

005925P002-1467A-042
CIN05975

005926P001-1467A-042
CIN05976

005927P001-1467A-042
CIN05977

005928P001-1467A-042
CIN05978

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 254 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 252 of 266                                        01/14/2021 08:22:22 PM

005929P001-1467A-042
CIN05979

005930P001-1467A-042
CIN05980

005931P001-1467A-042
CIN05981

005932P001-1467A-042
CIN05982

005933P001-1467A-042
CIN05983

005934P001-1467A-042
CIN05984

005935P002-1467A-042
CIN05985

005936P001-1467A-042
CIN05986

005937P001-1467A-042
CIN05987

005938P001-1467A-042
CIN05988

005939P001-1467A-042
CIN05989

005940P001-1467A-042
CIN05990

005941P001-1467A-042
CIN05991

005942P001-1467A-042
CIN05992

005943P001-1467A-042
CIN05993

005944P001-1467A-042
CIN05994

005945P001-1467A-042
CIN05995

005946P001-1467A-042
CIN05996

005947P001-1467A-042
CIN05997

005948P001-1467A-042
CIN05998

005949P001-1467A-042
CIN05999

005950P001-1467A-042
CIN06000

005951P001-1467A-042
CIN06001

005952P001-1467A-042
CIN06002

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005953P001-1467A-042<br>CIN06003 | 005954P001-1467A-042<br>CIN06004 | 005955P001-1467A-042<br>CIN06005 | 005956P001-1467A-042<br>CIN06006 |
| 005957P001-1467A-042<br>CIN06007 | 005958P001-1467A-042<br>CIN06008 | 005959P001-1467A-042<br>CIN06009 | 005960P001-1467A-042<br>CIN06010 |
| 005961P001-1467A-042<br>CIN06011 | 005962P001-1467A-042<br>CIN06012 | 005963P001-1467A-042<br>CIN06013 | 005964P001-1467A-042<br>CIN06014 |
| 005965P001-1467A-042<br>CIN06015 | 005966P001-1467A-042<br>CIN06016 | 005967P002-1467A-042<br>CIN06017 | 005968P001-1467A-042<br>CIN06018 |
| 005969P001-1467A-042<br>CIN06019 | 005970P001-1467A-042<br>CIN06020 | 005971P001-1467A-042<br>CIN06021 | 005972P001-1467A-042<br>CIN06022 |
| 005973P001-1467A-042<br>CIN06023 | 005974P001-1467A-042<br>CIN06024 | 005975P002-1467A-042<br>CIN06025 | 005976P001-1467A-042<br>CIN06026 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005977P001-1467A-042<br>CIN06027 | 005978P001-1467A-042<br>CIN06028 | 005979P001-1467A-042<br>CIN06029 | 005980P002-1467A-042<br>CIN06030 |
| 005981P001-1467A-042<br>CIN06031 | 005982P001-1467A-042<br>CIN06032 | 005983P001-1467A-042<br>CIN06033 | 005984P001-1467A-042<br>CIN06034 |
| 005985P002-1467A-042<br>CIN06035 | 005986P001-1467A-042<br>CIN06036 | 005987P001-1467A-042<br>CIN06037 | 005988P001-1467A-042<br>CIN06038 |
| 005989P001-1467A-042<br>CIN06039 | 005990P001-1467A-042<br>CIN06040 | 005991P001-1467A-042<br>CIN06041 | 005992P001-1467A-042<br>CIN06042 |
| 005993P001-1467A-042<br>CIN06043 | 005994P001-1467A-042<br>CIN06044 | 005995P001-1467A-042<br>CIN06045 | 005996P001-1467A-042<br>CIN06046 |
| 005997P001-1467A-042<br>CIN06047 | 005998P001-1467A-042<br>CIN06048 | 005999P001-1467A-042<br>CIN06049 | 006000P001-1467A-042<br>CIN06050 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006001P001-1467A-042<br>CIN06051 | 006002P001-1467A-042<br>CIN06052 | 006003P001-1467A-042<br>CIN06053 | 006004P002-1467A-042<br>CIN06054 |
| 006005P002-1467A-042<br>CIN06055 | 006006P002-1467A-042<br>CIN06056 | 006007P001-1467A-042<br>CIN06057 | 006008P001-1467A-042<br>CIN06058 |
| 006009P001-1467A-042<br>CIN06059 | 006010P001-1467A-042<br>CIN06060 | 006011P001-1467A-042<br>CIN06061 | 006012P001-1467A-042<br>CIN06062 |
| 006013P001-1467A-042<br>CIN06063 | 006014P001-1467A-042<br>CIN06064 | 006015P001-1467A-042<br>CIN06065 | 006016P001-1467A-042<br>CIN06066 |
| 006017P002-1467A-042<br>CIN06067 | 006018P001-1467A-042<br>CIN06068 | 006019P001-1467A-042<br>CIN06069 | 006020P001-1467A-042<br>CIN06070 |
| 006021P001-1467A-042<br>CIN06071 | 006022P001-1467A-042<br>CIN06072 | 006023P001-1467A-042<br>CIN06073 | 006024P001-1467A-042<br>CIN06074 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006025P001-1467A-042<br>CIN06075 | 006026P001-1467A-042<br>CIN06076 | 006027P001-1467A-042<br>CIN06077 | 006028P001-1467A-042<br>CIN06078 |
| 006029P001-1467A-042<br>CIN06079 | 006030P002-1467A-042<br>CIN06080 | 006030P002-1467A-042<br>CIN06080 | 006031P002-1467A-042<br>CIN06081 |
| 006032P002-1467A-042<br>CIN06082 | 006033P001-1467A-042<br>CIN06083 | 006034P001-1467A-042<br>CIN06084 | 006035P001-1467A-042<br>CIN06085 |
| 006036P001-1467A-042<br>CIN06086 | 006037P001-1467A-042<br>CIN06087 | 006038P001-1467A-042<br>CIN06088 | 006039P001-1467A-042<br>CIN06089 |
| 006040P001-1467A-042<br>CIN06090 | 006041P001-1467A-042<br>CIN06091 | 006042P001-1467A-042<br>CIN06092 | 006043P001-1467A-042<br>CIN06093 |
| 006044P001-1467A-042<br>CIN06094 | 006045P001-1467A-042<br>CIN06095 | 006046P001-1467A-042<br>CIN06096 | 006047P001-1467A-042<br>CIN06097 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006048P001-1467A-042<br>CIN06098 | 006049P001-1467A-042<br>CIN06099 | 006050P001-1467A-042<br>CIN06100 | 006051P001-1467A-042<br>CIN06101 |
| 006052P001-1467A-042<br>CIN06102 | 006053P001-1467A-042<br>CIN06103 | 006054P001-1467A-042<br>CIN06104 | 006055P001-1467A-042<br>CIN06105 |
| 006056P001-1467A-042<br>CIN06106 | 006057P001-1467A-042<br>CIN06107 | 006058P001-1467A-042<br>CIN06108 | 006059P001-1467A-042<br>CIN06109 |
| 006060P001-1467A-042<br>CIN06110 | 006061P001-1467A-042<br>CIN06111 | 006062P002-1467A-042<br>CIN06112 | 006063P001-1467A-042<br>CIN06113 |
| 006064P001-1467A-042<br>CIN06114 | 006065P001-1467A-042<br>CIN06115 | 006066P001-1467A-042<br>CIN06116 | 006067P001-1467A-042<br>CIN06117 |
| 006068P001-1467A-042<br>CIN06118 | 006069P001-1467A-042<br>CIN06119 | 006070P001-1467A-042<br>CIN06120 | 006071P001-1467A-042<br>CIN06121 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 006072P001-1467A-042<br>CIN06122 | 006073P001-1467A-042<br>CIN06123 | 006074P002-1467A-042<br>CIN06124 | 006075P001-1467A-042<br>CIN06125 |
| 006076P001-1467A-042<br>CIN06126 | 006077P001-1467A-042<br>CIN06127 | 006078P001-1467A-042<br>CIN06128 | 006079P001-1467A-042<br>CIN06129 |
| 006080P001-1467A-042<br>CIN06130 | 006081P001-1467A-042<br>CIN06131 | 006082P001-1467A-042<br>CIN06132 | 006083P001-1467A-042<br>CIN06133 |
| 006084P001-1467A-042<br>CIN06134 | 006085P003-1467A-042<br>CIN06135 | 006086P002-1467A-042<br>CIN06136 | 006087P001-1467A-042<br>CIN06137 |
| 006088P001-1467A-042<br>CIN06138 | 006089P001-1467A-042<br>CIN06139 | 006090P001-1467A-042<br>CIN06140 | 006091P001-1467A-042<br>CIN06141 |
| 006092P001-1467A-042<br>CIN06142 | 006093P001-1467A-042<br>CIN06143 | 006094P001-1467A-042<br>CIN06144 | 006095P001-1467A-042<br>CIN06145 |

| | | | |
|---|---|---|---|
| 006096P001-1467A-042<br>CIN06146 | 006097P002-1467A-042<br>CIN06147 | 006098P001-1467A-042<br>CIN06148 | 006099P001-1467A-042<br>CIN06149 |
| 006100P001-1467A-042<br>CIN06150 | 006101P002-1467A-042<br>CIN06151 | 006102P002-1467A-042<br>CIN06152 | 006103P001-1467A-042<br>CIN06153 |
| 006104P001-1467A-042<br>CIN06154 | 006105P001-1467A-042<br>CIN06155 | 006106P002-1467A-042<br>CIN06156 | 006107P001-1467A-042<br>CIN06157 |
| 006108P001-1467A-042<br>CIN06158 | 006109P001-1467A-042<br>CIN06159 | 006110P001-1467A-042<br>CIN06160 | 006111P001-1467A-042<br>CIN06161 |
| 006112P001-1467A-042<br>CIN06162 | 006113P001-1467A-042<br>CIN06163 | 006114P001-1467A-042<br>CIN06164 | 006115P002-1467A-042<br>CIN06165 |
| 006116P001-1467A-042<br>CIN06166 | 006117P001-1467A-042<br>CIN06167 | 006118P001-1467A-042<br>CIN06168 | 006119P001-1467A-042<br>CIN06169 |

| | | | |
|---|---|---|---|
| 006120P001-1467A-042<br>CIN06170 | 006121P001-1467A-042<br>CIN06171 | 006122P001-1467A-042<br>CIN06172 | 006123P001-1467A-042<br>CIN06173 |
| 006124P001-1467A-042<br>CIN06174 | 006125P001-1467A-042<br>CIN06175 | 006126P001-1467A-042<br>CIN06176 | 006127P001-1467A-042<br>CIN06177 |
| 006128P001-1467A-042<br>CIN06178 | 006129P001-1467A-042<br>CIN06179 | 006130P001-1467A-042<br>CIN06180 | 006131P002-1467A-042<br>CIN06181 |
| 006132P001-1467A-042<br>CIN06182 | 006133P001-1467A-042<br>CIN06183 | 006134P001-1467A-042<br>CIN06184 | 006135P001-1467A-042<br>CIN06185 |
| 006136P001-1467A-042<br>CIN06186 | 006137P002-1467A-042<br>CIN06187 | 006138P001-1467A-042<br>CIN06188 | 006139P001-1467A-042<br>CIN06189 |
| 006140P001-1467A-042<br>CIN06190 | 006141P001-1467A-042<br>CIN06191 | 006142P001-1467A-042<br>CIN06192 | 006143P001-1467A-042<br>CIN06193 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 006144P001-1467A-042<br>CIN06194 | 006145P001-1467A-042<br>CIN06195 | 006146P001-1467A-042<br>CIN06196 | 006147P001-1467A-042<br>CIN06197 |
| 006148P001-1467A-042<br>CIN06198 | 006149P001-1467A-042<br>CIN06199 | 006150P001-1467A-042<br>CIN06200 | 006151P001-1467A-042<br>CIN06201 |
| 006152P001-1467A-042<br>CIN06202 | 006153P001-1467A-042<br>CIN06203 | 006154P001-1467A-042<br>CIN06204 | 006155P001-1467A-042<br>CIN06205 |
| 006156P001-1467A-042<br>CIN06206 | 006157P002-1467A-042<br>CIN06207 | 006158P001-1467A-042<br>CIN06208 | 006159P001-1467A-042<br>CIN06209 |
| 006160P001-1467A-042<br>CIN06210 | 006161P001-1467A-042<br>CIN06211 | 006162P001-1467A-042<br>CIN06212 | 006163P001-1467A-042<br>CIN06213 |
| 006164P002-1467A-042<br>CIN06214 | 006165P001-1467A-042<br>CIN06215 | 006166P001-1467A-042<br>CIN06216 | 006167P002-1467A-042<br>CIN06217 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 006168P001-1467A-042<br>CIN06218 | 006169P001-1467A-042<br>CIN06219 | 006170P001-1467A-042<br>CIN06220 | 006171P001-1467A-042<br>CIN06221 |
| 006172P002-1467A-042<br>CIN06222 | 006173P001-1467A-042<br>CIN06223 | 006174P001-1467A-042<br>CIN06224 | 006175P001-1467A-042<br>CIN06225 |
| 006176P001-1467A-042<br>CIN06226 | 006177P001-1467A-042<br>CIN06227 | 006178P001-1467A-042<br>CIN06228 | 006179P002-1467A-042<br>CIN06229 |
| 006180P001-1467A-042<br>CIN06230 | 006181P001-1467A-042<br>CIN06231 | 006182P001-1467A-042<br>CIN06232 | 006183P001-1467A-042<br>CIN06233 |
| 000017P001-1467A-042<br>CIN06234 | 006184P001-1467A-042<br>CIN06235 | 006185P001-1467A-042<br>CIN06236 | 006186P001-1467A-042<br>CIN06237 |
| 006187P001-1467A-042<br>CIN06238 | 006188P001-1467A-042<br>CIN06239 | 006189P001-1467A-042<br>CIN06240 | 006190P001-1467A-042<br>CIN06241 |

Case 20-12836-JTD    Doc 364    Filed 01/19/21    Page 265 of 294

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 263 of 266                                                                01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 006191P001-1467A-042<br>CIN06242 | 006192P001-1467A-042<br>CIN06243 | 006193P001-1467A-042<br>CIN06244 | 006194P001-1467A-042<br>CIN06245 |
| 006195P001-1467A-042<br>CIN06246 | 006196P001-1467A-042<br>CIN06247 | 006197P001-1467A-042<br>CIN06248 | 006198P001-1467A-042<br>CIN06249 |
| 006199P001-1467A-042<br>CIN06250 | 006200P001-1467A-042<br>CIN06251 | 006201P001-1467A-042<br>CIN06252 | 006202P001-1467A-042<br>CIN06253 |
| 006203P001-1467A-042<br>CIN06254 | 006204P001-1467A-042<br>CIN06255 | 006205P001-1467A-042<br>CIN06256 | 006206P001-1467A-042<br>CIN06257 |
| 006207P002-1467A-042<br>CIN06258 | 006208P001-1467A-042<br>CIN06259 | 006209P001-1467A-042<br>CIN06260 | 006210P001-1467A-042<br>CIN06261 |
| 006211P001-1467A-042<br>CIN06262 | 006212P001-1467A-042<br>CIN06263 | 006213P001-1467A-042<br>CIN06264 | 006214P001-1467A-042<br>CIN06265 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

| | | | |
|---|---|---|---|
| 006215P001-1467A-042<br>CIN06266 | 006216P001-1467A-042<br>CIN06267 | 006217P001-1467A-042<br>CIN06268 | 006218P001-1467A-042<br>CIN06269 |
| 006219P001-1467A-042<br>CIN06270 | 006220P001-1467A-042<br>CIN06271 | 006221P001-1467A-042<br>CIN06272 | 006222P001-1467A-042<br>CIN06273 |
| 006223P001-1467A-042<br>CIN06274 | 006224P001-1467A-042<br>CIN06275 | 006225P001-1467A-042<br>CIN06276 | 006226P002-1467A-042<br>CIN06277 |
| 006227P001-1467A-042<br>CIN06278 | 006228P001-1467A-042<br>CIN06279 | 006641P003-1467A-042<br>CIN06280 | 006819P001-1467A-042<br>CIN06281 |
| 006908P001-1467A-042<br>CIN06282 | 006831P001-1467A-042<br>CIN06283 | 006980P003-1467A-042<br>CIN06284 | 006981P002-1467A-042<br>CIN06285 |
| 007004P002-1467A-042<br>CIN06286 | 006795P002-1467A-042<br>CIN06287 | 006870P001-1467A-042<br>CIN06288 | 006975P001-1467A-042<br>CIN06289 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/14/2021 08:22:22 PM

---

006911P001-1467A-042
CIN06290

036P001-1467S-042
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-042
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-042
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-042
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-042
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-042
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-042
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-042
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-042
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-042
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-042
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-042
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-042
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P001-1467S-042
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P001-1467S-042
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000063P001-1467S-042
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

01/14/2021 08:22:23 PM

000031P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000037P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P002-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-042
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-042
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000054P001-1467S-042
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTLESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-042
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-042
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :  **6384**

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000013P001-1467S-042<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000025P002-1467A-042<br>CIN00009 | 000026P002-1467A-042<br>CIN00010 | 000032P002-1467A-042<br>CIN00016 |
| 006342P002-1467A-042<br>CIN00021 | 000041P002-1467A-042<br>CIN00026 | 000046P002-1467A-042<br>CIN00031 | 000056P002-1467A-042<br>CIN00042 |
| 000060P002-1467A-042<br>CIN00046 | 000066P003-1467A-042<br>CIN00052 | 000070P002-1467A-042<br>CIN00056 | 000086P002-1467A-042<br>CIN00072 |
| 000102P002-1467A-042<br>CIN00088 | 006262P003-1467A-042<br>CIN00099 | 006346P001-1467A-042<br>CIN00126 | 000142P002-1467A-042<br>CIN00130 |
| 000003P002-1467A-042<br>CIN00167 | 000179P002-1467A-042<br>CIN00168 | 000192P002-1467A-042<br>CIN00181 | 000195P003-1467A-042<br>CIN00184 |
| 000200P002-1467A-042<br>CIN00190 | 000201P002-1467A-042<br>CIN00191 | 000218P002-1467A-042<br>CIN00208 | 000222P002-1467A-042<br>CIN00212 |
| 000252P003-1467A-042<br>CIN00241 | 006343P001-1467A-042<br>CIN00247 | 000284P002-1467A-042<br>CIN00274 | 006349P001-1467A-042<br>CIN00284 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000320P002-1467A-042<br>CIN00311 | 000327P002-1467A-042<br>CIN00318 | 000330P003-1467A-042<br>CIN00321 | 000354P002-1467A-042<br>CIN00345 |
| 000357P003-1467A-042<br>CIN00348 | 000363P003-1467A-042<br>CIN00354 | 000389P002-1467A-042<br>CIN00380 | 000391P002-1467A-042<br>CIN00382 |
| 000394P002-1467A-042<br>CIN00385 | 000402P002-1467A-042<br>CIN00393 | 000405P003-1467A-042<br>CIN00396 | 000408P002-1467A-042<br>CIN00399 |
| 000410P002-1467A-042<br>CIN00401 | 000434P002-1467A-042<br>CIN00425 | 000436P002-1467A-042<br>CIN00427 | 000445P002-1467A-042<br>CIN00436 |
| 000459P002-1467A-042<br>CIN00450 | 000462P002-1467A-042<br>CIN00453 | 000463P002-1467A-042<br>CIN00455 | 000474P002-1467A-042<br>CIN00466 |
| 000475P002-1467A-042<br>CIN00467 | 000476P002-1467A-042<br>CIN00468 | 000478P002-1467A-042<br>CIN00470 | 006231P002-1467A-042<br>CIN00476 |
| 000496P002-1467A-042<br>CIN00489 | 000499P002-1467A-042<br>CIN00492 | 000515P002-1467A-042<br>CIN00508 | 000528P002-1467A-042<br>CIN00521 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000542P002-1467A-042<br>CIN00535 | 000580P002-1467A-042<br>CIN00574 | 000582P002-1467A-042<br>CIN00576 | 000589P002-1467A-042<br>CIN00584 |
| 000595P002-1467A-042<br>CIN00590 | 000602P002-1467A-042<br>CIN00597 | 006352P001-1467A-042<br>CIN00599 | 000607P002-1467A-042<br>CIN00603 |
| 000610P002-1467A-042<br>CIN00606 | 000613P002-1467A-042<br>CIN00609 | 000614P002-1467A-042<br>CIN00610 | 000615P002-1467A-042<br>CIN00611 |
| 000616P002-1467A-042<br>CIN00612 | 000617P002-1467A-042<br>CIN00613 | 000629P002-1467A-042<br>CIN00625 | 000630P002-1467A-042<br>CIN00626 |
| 000637P002-1467A-042<br>CIN00633 | 000643P002-1467A-042<br>CIN00639 | 000647P002-1467A-042<br>CIN00643 | 000656P002-1467A-042<br>CIN00652 |
| 000658P002-1467A-042<br>CIN00654 | 000661P002-1467A-042<br>CIN00657 | 000665P002-1467A-042<br>CIN00661 | 000667P002-1467A-042<br>CIN00663 |
| 000674P002-1467A-042<br>CIN00670 | 000703P002-1467A-042<br>CIN00699 | 006347P001-1467A-042<br>CIN00705 | 000710P002-1467A-042<br>CIN00707 |

**Cred Inc., et al.**
**Exhibit Pages**

01/14/2021 08:20:56 PM

| | | | |
|---|---|---|---|
| 000719P002-1467A-042<br>CIN00716 | 000722P002-1467A-042<br>CIN00719 | 006339P001-1467A-042<br>CIN00756 | 000773P002-1467A-042<br>CIN00771 |
| 000775P002-1467A-042<br>CIN00773 | 000784P002-1467A-042<br>CIN00783 | 000785P002-1467A-042<br>CIN00784 | 000786P002-1467A-042<br>CIN00785 |
| 000793P002-1467A-042<br>CIN00792 | 000799P002-1467A-042<br>CIN00798 | 000808P002-1467A-042<br>CIN00807 | 000836P002-1467A-042<br>CIN00834 |
| 000837P002-1467A-042<br>CIN00835 | 000843P002-1467A-042<br>CIN00841 | 000846P002-1467A-042<br>CIN00844 | 000871P002-1467A-042<br>CIN00869 |
| 000911P002-1467A-042<br>CIN00909 | 000928P002-1467A-042<br>CIN00926 | 000949P002-1467A-042<br>CIN00947 | 000983P002-1467A-042<br>CIN00981 |
| 000992P003-1467A-042<br>CIN00990 | 001005P002-1467A-042<br>CIN01003 | 001008P002-1467A-042<br>CIN01006 | 001056P002-1467A-042<br>CIN01053 |
| 001057P002-1467A-042<br>CIN01054 | 001058P002-1467A-042<br>CIN01055 | 001063P002-1467A-042<br>CIN01060 | 001068P002-1467A-042<br>CIN01065 |

| | | | |
|---|---|---|---|
| 001069P002-1467A-042<br>CIN01066 | 001070P002-1467A-042<br>CIN01067 | 001076P002-1467A-042<br>CIN01073 | 001083P002-1467A-042<br>CIN01080 |
| 001103P002-1467A-042<br>CIN01099 | 001105P002-1467A-042<br>CIN01101 | 001107P002-1467A-042<br>CIN01103 | 001113P002-1467A-042<br>CIN01109 |
| 001114P002-1467A-042<br>CIN01110 | 001125P002-1467A-042<br>CIN01121 | 001131P002-1467A-042<br>CIN01127 | 001139P002-1467A-042<br>CIN01135 |
| 001140P003-1467A-042<br>CIN01136 | 001144P002-1467A-042<br>CIN01140 | 001149P002-1467A-042<br>CIN01145 | 001150P002-1467A-042<br>CIN01146 |
| 001160P002-1467A-042<br>CIN01156 | 001161P002-1467A-042<br>CIN01157 | 001170P002-1467A-042<br>CIN01166 | 001200P003-1467A-042<br>CIN01196 |
| 001203P003-1467A-042<br>CIN01199 | 001208P002-1467A-042<br>CIN01204 | 001226P002-1467A-042<br>CIN01222 | 001251P002-1467A-042<br>CIN01247 |
| 001253P002-1467A-042<br>CIN01249 | 001255P002-1467A-042<br>CIN01251 | 001259P002-1467A-042<br>CIN01255 | 001268P002-1467A-042<br>CIN01264 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001281P002-1467A-042<br>CIN01277 | 001285P002-1467A-042<br>CIN01281 | 001288P002-1467A-042<br>CIN01284 | 001297P002-1467A-042<br>CIN01293 |
| 001298P002-1467A-042<br>CIN01294 | 001305P002-1467A-042<br>CIN01301 | 001319P003-1467A-042<br>CIN01315 | 001330P002-1467A-042<br>CIN01326 |
| 001331P002-1467A-042<br>CIN01327 | 001336P002-1467A-042<br>CIN01332 | 001354P002-1467A-042<br>CIN01352 | 001358P002-1467A-042<br>CIN01356 |
| 001359P002-1467A-042<br>CIN01357 | 001365P002-1467A-042<br>CIN01363 | 001372P003-1467A-042<br>CIN01370 | 001379P002-1467A-042<br>CIN01377 |
| 001391P002-1467A-042<br>CIN01389 | 001415P002-1467A-042<br>CIN01413 | 001426P002-1467A-042<br>CIN01424 | 001434P002-1467A-042<br>CIN01432 |
| 001462P002-1467A-042<br>CIN01460 | 001474P002-1467A-042<br>CIN01472 | 000004P002-1467A-042<br>CIN01482 | 001499P002-1467A-042<br>CIN01498 |
| 001500P002-1467A-042<br>CIN01499 | 001515P002-1467A-042<br>CIN01514 | 001517P002-1467A-042<br>CIN01516 | 001518P002-1467A-042<br>CIN01517 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001529P002-1467A-042<br>CIN01528 | 001540P003-1467A-042<br>CIN01539 | 001545P002-1467A-042<br>CIN01544 | 001547P002-1467A-042<br>CIN01546 |
| 001559P002-1467A-042<br>CIN01558 | 001579P002-1467A-042<br>CIN01578 | 001586P002-1467A-042<br>CIN01585 | 001593P002-1467A-042<br>CIN01592 |
| 001598P002-1467A-042<br>CIN01597 | 001607P002-1467A-042<br>CIN01606 | 001613P002-1467A-042<br>CIN01612 | 001616P002-1467A-042<br>CIN01615 |
| 001622P002-1467A-042<br>CIN01621 | 001626P004-1467A-042<br>CIN01625 | 001629P002-1467A-042<br>CIN01628 | 001641P002-1467A-042<br>CIN01641 |
| 001654P002-1467A-042<br>CIN01654 | 001657P002-1467A-042<br>CIN01657 | 001672P002-1467A-042<br>CIN01672 | 001679P002-1467A-042<br>CIN01679 |
| 001683P002-1467A-042<br>CIN01683 | 001690P002-1467A-042<br>CIN01690 | 001713P002-1467A-042<br>CIN01713 | 001726P002-1467A-042<br>CIN01726 |
| 001729P002-1467A-042<br>CIN01729 | 001730P002-1467A-042<br>CIN01730 | 001740P002-1467A-042<br>CIN01740 | 001747P002-1467A-042<br>CIN01747 |

**Cred Inc., et al.**
**Exhibit Pages**

01/14/2021 08:20:56 PM

| | | | |
|---|---|---|---|
| 001770P002-1467A-042<br>CIN01770 | 001789P002-1467A-042<br>CIN01789 | 001799P002-1467A-042<br>CIN01799 | 001801P003-1467A-042<br>CIN01801 |
| 001803P002-1467A-042<br>CIN01803 | 001824P002-1467A-042<br>CIN01824 | 001836P002-1467A-042<br>CIN01836 | 001839P002-1467A-042<br>CIN01839 |
| 001846P002-1467A-042<br>CIN01846 | 001866P002-1467A-042<br>CIN01866 | 001905P002-1467A-042<br>CIN01905 | 001942P002-1467A-042<br>CIN01942 |
| 001955P003-1467A-042<br>CIN01955 | 001970P003-1467A-042<br>CIN01970 | 001971P002-1467A-042<br>CIN01971 | 001974P002-1467A-042<br>CIN01974 |
| 001997P002-1467A-042<br>CIN01997 | 002004P002-1467A-042<br>CIN02004 | 002022P002-1467A-042<br>CIN02022 | 002036P002-1467A-042<br>CIN02036 |
| 002051P002-1467A-042<br>CIN02051 | 002056P002-1467A-042<br>CIN02056 | 002063P002-1467A-042<br>CIN02063 | 002095P002-1467A-042<br>CIN02096 |
| 002104P002-1467A-042<br>CIN02106 | 002111P003-1467A-042<br>CIN02114 | 002120P002-1467A-042<br>CIN02123 | 002127P002-1467A-042<br>CIN02130 |

**Cred Inc., et al.**
**Exhibit Pages**

01/14/2021 08:20:56 PM

| | | | |
|---|---|---|---|
| 002145P002-1467A-042<br>CIN02149 | 002151P002-1467A-042<br>CIN02155 | 002152P002-1467A-042<br>CIN02156 | 002153P002-1467A-042<br>CIN02157 |
| 002173P002-1467A-042<br>CIN02177 | 002177P002-1467A-042<br>CIN02181 | 002193P002-1467A-042<br>CIN02197 | 002196P002-1467A-042<br>CIN02200 |
| 002207P002-1467A-042<br>CIN02211 | 002237P002-1467A-042<br>CIN02241 | 002239P002-1467A-042<br>CIN02243 | 002240P002-1467A-042<br>CIN02244 |
| 002250P002-1467A-042<br>CIN02254 | 002251P002-1467A-042<br>CIN02255 | 002256P002-1467A-042<br>CIN02260 | 002260P002-1467A-042<br>CIN02264 |
| 002262P002-1467A-042<br>CIN02266 | 002280P003-1467A-042<br>CIN02284 | 002308P002-1467A-042<br>CIN02312 | 002311P002-1467A-042<br>CIN02315 |
| 002329P002-1467A-042<br>CIN02333 | 002336P002-1467A-042<br>CIN02340 | 002372P002-1467A-042<br>CIN02376 | 002390P002-1467A-042<br>CIN02394 |
| 002396P003-1467A-042<br>CIN02401 | 002404P002-1467A-042<br>CIN02409 | 002414P002-1467A-042<br>CIN02419 | 002429P002-1467A-042<br>CIN02434 |

**Cred Inc., et al.**
**Exhibit Pages**

01/14/2021 08:20:56 PM

| | | | |
|---|---|---|---|
| 002435P002-1467A-042<br>CIN02440 | 002438P002-1467A-042<br>CIN02444 | 002440P002-1467A-042<br>CIN02446 | 002450P003-1467A-042<br>CIN02456 |
| 002456P003-1467A-042<br>CIN02462 | 002463P002-1467A-042<br>CIN02469 | 002476P002-1467A-042<br>CIN02482 | 002488P002-1467A-042<br>CIN02494 |
| 002490P002-1467A-042<br>CIN02496 | 002492P002-1467A-042<br>CIN02498 | 002500P002-1467A-042<br>CIN02506 | 002506P002-1467A-042<br>CIN02512 |
| 002507P002-1467A-042<br>CIN02513 | 002529P002-1467A-042<br>CIN02535 | 002530P002-1467A-042<br>CIN02536 | 002532P002-1467A-042<br>CIN02538 |
| 002541P004-1467A-042<br>CIN02547 | 002547P002-1467A-042<br>CIN02553 | 002552P002-1467A-042<br>CIN02558 | 002553P003-1467A-042<br>CIN02559 |
| 002577P002-1467A-042<br>CIN02583 | 002579P002-1467A-042<br>CIN02585 | 002591P002-1467A-042<br>CIN02597 | 002597P002-1467A-042<br>CIN02603 |
| 002598P002-1467A-042<br>CIN02604 | 002625P002-1467A-042<br>CIN02631 | 002626P002-1467A-042<br>CIN02632 | 002654P002-1467A-042<br>CIN02660 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002667P002-1467A-042<br>CIN02673 | 002668P002-1467A-042<br>CIN02674 | 006238P002-1467A-042<br>CIN02685 | 002689P002-1467A-042<br>CIN02697 |
| 002690P002-1467A-042<br>CIN02698 | 002702P002-1467A-042<br>CIN02710 | 002704P002-1467A-042<br>CIN02712 | 002718P002-1467A-042<br>CIN02726 |
| 002725P002-1467A-042<br>CIN02733 | 002746P002-1467A-042<br>CIN02754 | 002776P002-1467A-042<br>CIN02783 | 002779P002-1467A-042<br>CIN02786 |
| 002780P002-1467A-042<br>CIN02787 | 002789P002-1467A-042<br>CIN02796 | 002792P002-1467A-042<br>CIN02799 | 002810P002-1467A-042<br>CIN02819 |
| 002822P002-1467A-042<br>CIN02831 | 002829P002-1467A-042<br>CIN02839 | 002830P002-1467A-042<br>CIN02840 | 002850P002-1467A-042<br>CIN02860 |
| 002862P002-1467A-042<br>CIN02872 | 002863P002-1467A-042<br>CIN02873 | 002874P003-1467A-042<br>CIN02884 | 002897P002-1467A-042<br>CIN02908 |
| 002925P002-1467A-042<br>CIN02936 | 002928P002-1467A-042<br>CIN02939 | 002929P002-1467A-042<br>CIN02940 | 002932P002-1467A-042<br>CIN02943 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002946P002-1467A-042<br>CIN02957 | 002953P002-1467A-042<br>CIN02964 | 002955P003-1467A-042<br>CIN02966 | 002976P002-1467A-042<br>CIN02987 |
| 002985P002-1467A-042<br>CIN02996 | 002987P002-1467A-042<br>CIN02997 | 002992P002-1467A-042<br>CIN03002 | 002997P002-1467A-042<br>CIN03007 |
| 003005P002-1467A-042<br>CIN03015 | 003014P002-1467A-042<br>CIN03024 | 003015P002-1467A-042<br>CIN03025 | 003016P002-1467A-042<br>CIN03026 |
| 003035P002-1467A-042<br>CIN03045 | 003046P002-1467A-042<br>CIN03056 | 003052P002-1467A-042<br>CIN03062 | 003057P002-1467A-042<br>CIN03067 |
| 003059P002-1467A-042<br>CIN03069 | 003090P002-1467A-042<br>CIN03101 | 006348P001-1467A-042<br>CIN03102 | 003100P002-1467A-042<br>CIN03112 |
| 003108P002-1467A-042<br>CIN03120 | 003109P003-1467A-042<br>CIN03121 | 003110P002-1467A-042<br>CIN03122 | 003120P002-1467A-042<br>CIN03132 |
| 003123P002-1467A-042<br>CIN03135 | 003124P002-1467A-042<br>CIN03136 | 003127P002-1467A-042<br>CIN03139 | 003136P003-1467A-042<br>CIN03148 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006341P001-1467A-042<br>CIN03162 | 003150P002-1467A-042<br>CIN03163 | 003156P002-1467A-042<br>CIN03169 | 003162P002-1467A-042<br>CIN03175 |
| 003164P002-1467A-042<br>CIN03177 | 003165P002-1467A-042<br>CIN03178 | 003173P002-1467A-042<br>CIN03186 | 003184P002-1467A-042<br>CIN03198 |
| 003185P002-1467A-042<br>CIN03199 | 003201P002-1467A-042<br>CIN03215 | 003217P002-1467A-042<br>CIN03231 | 003232P002-1467A-042<br>CIN03247 |
| 003274P002-1467A-042<br>CIN03289 | 003275P002-1467A-042<br>CIN03290 | 003281P002-1467A-042<br>CIN03296 | 003286P002-1467A-042<br>CIN03301 |
| 003287P002-1467A-042<br>CIN03302 | 003296P002-1467A-042<br>CIN03311 | 003303P002-1467A-042<br>CIN03318 | 003306P002-1467A-042<br>CIN03321 |
| 003308P002-1467A-042<br>CIN03323 | 003317P002-1467A-042<br>CIN03332 | 003320P002-1467A-042<br>CIN03335 | 003322P002-1467A-042<br>CIN03337 |
| 003349P002-1467A-042<br>CIN03365 | 003354P002-1467A-042<br>CIN03370 | 003362P002-1467A-042<br>CIN03378 | 003381P002-1467A-042<br>CIN03397 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003391P002-1467A-042<br>CIN03407 | 003416P002-1467A-042<br>CIN03432 | 003420P002-1467A-042<br>CIN03436 | 003432P002-1467A-042<br>CIN03448 |
| 003435P002-1467A-042<br>CIN03451 | 003442P002-1467A-042<br>CIN03458 | 003444P002-1467A-042<br>CIN03460 | 003446P003-1467A-042<br>CIN03462 |
| 003451P002-1467A-042<br>CIN03467 | 003472P002-1467A-042<br>CIN03488 | 003491P003-1467A-042<br>CIN03507 | 003507P002-1467A-042<br>CIN03523 |
| 003513P002-1467A-042<br>CIN03529 | 003514P002-1467A-042<br>CIN03530 | 003519P002-1467A-042<br>CIN03535 | 003545P002-1467A-042<br>CIN03561 |
| 003555P002-1467A-042<br>CIN03571 | 003557P003-1467A-042<br>CIN03573 | 003567P002-1467A-042<br>CIN03583 | 003568P002-1467A-042<br>CIN03584 |
| 003571P002-1467A-042<br>CIN03587 | 003579P005-1467A-042<br>CIN03595 | 003583P002-1467A-042<br>CIN03599 | 003585P002-1467A-042<br>CIN03601 |
| 003588P003-1467A-042<br>CIN03604 | 003593P002-1467A-042<br>CIN03609 | 003603P002-1467A-042<br>CIN03619 | 003606P002-1467A-042<br>CIN03622 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003607P002-1467A-042<br>CIN03623 | 003611P003-1467A-042<br>CIN03627 | 003615P002-1467A-042<br>CIN03631 | 003624P002-1467A-042<br>CIN03640 |
| 003631P002-1467A-042<br>CIN03647 | 003639P002-1467A-042<br>CIN03655 | 003644P002-1467A-042<br>CIN03660 | 003645P002-1467A-042<br>CIN03661 |
| 003647P002-1467A-042<br>CIN03663 | 003648P002-1467A-042<br>CIN03664 | 003653P002-1467A-042<br>CIN03669 | 003664P002-1467A-042<br>CIN03680 |
| 006340P002-1467A-042<br>CIN03721 | 003706P002-1467A-042<br>CIN03723 | 003722P002-1467A-042<br>CIN03739 | 003748P002-1467A-042<br>CIN03765 |
| 003749P002-1467A-042<br>CIN03766 | 003761P002-1467A-042<br>CIN03778 | 003769P002-1467A-042<br>CIN03786 | 003776P002-1467A-042<br>CIN03793 |
| 003784P003-1467A-042<br>CIN03801 | 003785P002-1467A-042<br>CIN03802 | 003825P002-1467A-042<br>CIN03843 | 003843P003-1467A-042<br>CIN03861 |
| 003847P002-1467A-042<br>CIN03865 | 003857P002-1467A-042<br>CIN03876 | 003861P002-1467A-042<br>CIN03880 | 003871P002-1467A-042<br>CIN03890 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003872P002-1467A-042<br>CIN03891 | 003889P002-1467A-042<br>CIN03908 | 006344P001-1467A-042<br>CIN03910 | 003890P003-1467A-042<br>CIN03911 |
| 003892P002-1467A-042<br>CIN03913 | 003893P002-1467A-042<br>CIN03914 | 003897P002-1467A-042<br>CIN03918 | 003898P002-1467A-042<br>CIN03919 |
| 003923P002-1467A-042<br>CIN03944 | 003951P002-1467A-042<br>CIN03972 | 003958P002-1467A-042<br>CIN03979 | 003968P002-1467A-042<br>CIN03990 |
| 003984P002-1467A-042<br>CIN04007 | 004001P002-1467A-042<br>CIN04024 | 004013P002-1467A-042<br>CIN04036 | 004015P002-1467A-042<br>CIN04038 |
| 004036P002-1467A-042<br>CIN04060 | 004038P002-1467A-042<br>CIN04062 | 004040P002-1467A-042<br>CIN04064 | 004042P002-1467A-042<br>CIN04066 |
| 004043P002-1467A-042<br>CIN04067 | 004053P002-1467A-042<br>CIN04078 | 004073P003-1467A-042<br>CIN04098 | 004074P002-1467A-042<br>CIN04099 |
| 004079P002-1467A-042<br>CIN04104 | 004082P003-1467A-042<br>CIN04107 | 004084P002-1467A-042<br>CIN04109 | 004123P002-1467A-042<br>CIN04148 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004136P002-1467A-042<br>CIN04161 | 004159P002-1467A-042<br>CIN04184 | 004165P002-1467A-042<br>CIN04190 | 004169P002-1467A-042<br>CIN04194 |
| 004186P002-1467A-042<br>CIN04211 | 004189P002-1467A-042<br>CIN04214 | 004196P002-1467A-042<br>CIN04221 | 004211P002-1467A-042<br>CIN04236 |
| 004214P002-1467A-042<br>CIN04239 | 004219P002-1467A-042<br>CIN04244 | 004230P002-1467A-042<br>CIN04255 | 004232P002-1467A-042<br>CIN04257 |
| 004236P002-1467A-042<br>CIN04261 | 004246P002-1467A-042<br>CIN04271 | 004256P002-1467A-042<br>CIN04281 | 004266P002-1467A-042<br>CIN04291 |
| 004277P002-1467A-042<br>CIN04302 | 004286P002-1467A-042<br>CIN04311 | 004287P002-1467A-042<br>CIN04312 | 004289P002-1467A-042<br>CIN04314 |
| 004301P002-1467A-042<br>CIN04327 | 004304P002-1467A-042<br>CIN04330 | 004316P002-1467A-042<br>CIN04342 | 004319P002-1467A-042<br>CIN04345 |
| 004349P002-1467A-042<br>CIN04375 | 004367P002-1467A-042<br>CIN04393 | 004382P002-1467A-042<br>CIN04408 | 004411P002-1467A-042<br>CIN04437 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004436P002-1467A-042<br>CIN04462 | 004454P002-1467A-042<br>CIN04481 | 004471P002-1467A-042<br>CIN04497 | 004487P002-1467A-042<br>CIN04513 |
| 004493P002-1467A-042<br>CIN04519 | 004496P002-1467A-042<br>CIN04522 | 004514P002-1467A-042<br>CIN04540 | 004520P002-1467A-042<br>CIN04546 |
| 004528P002-1467A-042<br>CIN04554 | 004555P002-1467A-042<br>CIN04581 | 004556P002-1467A-042<br>CIN04582 | 004570P002-1467A-042<br>CIN04596 |
| 004588P002-1467A-042<br>CIN04614 | 004592P004-1467A-042<br>CIN04618 | 004604P002-1467A-042<br>CIN04630 | 004605P003-1467A-042<br>CIN04631 |
| 004614P002-1467A-042<br>CIN04640 | 004631P002-1467A-042<br>CIN04657 | 004642P002-1467A-042<br>CIN04668 | 004652P002-1467A-042<br>CIN04678 |
| 004655P002-1467A-042<br>CIN04681 | 004656P002-1467A-042<br>CIN04682 | 004663P002-1467A-042<br>CIN04689 | 004672P002-1467A-042<br>CIN04697 |
| 004674P002-1467A-042<br>CIN04699 | 004683P002-1467A-042<br>CIN04708 | 004687P002-1467A-042<br>CIN04712 | 004692P002-1467A-042<br>CIN04717 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004695P002-1467A-042<br>CIN04720 | 004702P002-1467A-042<br>CIN04727 | 004711P002-1467A-042<br>CIN04736 | 004725P002-1467A-042<br>CIN04750 |
| 0063345P001-1467A-042<br>CIN04760 | 004769P003-1467A-042<br>CIN04795 | 004796P002-1467A-042<br>CIN04822 | 004797P002-1467A-042<br>CIN04823 |
| 004837P002-1467A-042<br>CIN04865 | 004843P002-1467A-042<br>CIN04871 | 004857P002-1467A-042<br>CIN04885 | 004862P002-1467A-042<br>CIN04890 |
| 004869P002-1467A-042<br>CIN04898 | 004883P002-1467A-042<br>CIN04912 | 004897P003-1467A-042<br>CIN04926 | 004902P002-1467A-042<br>CIN04931 |
| 004919P003-1467A-042<br>CIN04948 | 004934P004-1467A-042<br>CIN04964 | 004942P002-1467A-042<br>CIN04972 | 004960P002-1467A-042<br>CIN04990 |
| 004965P003-1467A-042<br>CIN04995 | 004968P002-1467A-042<br>CIN04998 | 004972P002-1467A-042<br>CIN05002 | 004979P002-1467A-042<br>CIN05011 |
| 004995P002-1467A-042<br>CIN05028 | 005005P002-1467A-042<br>CIN05038 | 005006P002-1467A-042<br>CIN05039 | 005030P002-1467A-042<br>CIN05063 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005035P002-1467A-042<br>CIN05069 | 005042P002-1467A-042<br>CIN05076 | 005051P002-1467A-042<br>CIN05085 | 005055P002-1467A-042<br>CIN05089 |
| 005056P002-1467A-042<br>CIN05090 | 005067P002-1467A-042<br>CIN05101 | 005075P002-1467A-042<br>CIN05109 | 005084P003-1467A-042<br>CIN05118 |
| 005090P002-1467A-042<br>CIN05124 | 005092P002-1467A-042<br>CIN05126 | 005094P002-1467A-042<br>CIN05128 | 005102P002-1467A-042<br>CIN05136 |
| 005103P002-1467A-042<br>CIN05137 | 005108P003-1467A-042<br>CIN05142 | 005137P002-1467A-042<br>CIN05171 | 005138P003-1467A-042<br>CIN05172 |
| 005139P003-1467A-042<br>CIN05173 | 005145P002-1467A-042<br>CIN05179 | 005148P002-1467A-042<br>CIN05182 | 005155P002-1467A-042<br>CIN05189 |
| 005161P002-1467A-042<br>CIN05195 | 005164P003-1467A-042<br>CIN05198 | 005180P002-1467A-042<br>CIN05214 | 005186P002-1467A-042<br>CIN05220 |
| 005187P002-1467A-042<br>CIN05221 | 005209P003-1467A-042<br>CIN05244 | 005212P002-1467A-042<br>CIN05247 | 005215P002-1467A-042<br>CIN05250 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005219P002-1467A-042<br>CIN05254 | 005222P002-1467A-042<br>CIN05257 | 005227P002-1467A-042<br>CIN05262 | 005241P002-1467A-042<br>CIN05276 |
| 005255P002-1467A-042<br>CIN05290 | 005262P002-1467A-042<br>CIN05297 | 005263P002-1467A-042<br>CIN05298 | 005264P002-1467A-042<br>CIN05299 |
| 005265P002-1467A-042<br>CIN05300 | 005269P002-1467A-042<br>CIN05304 | 005277P002-1467A-042<br>CIN05314 | 005279P002-1467A-042<br>CIN05316 |
| 005286P002-1467A-042<br>CIN05323 | 005301P002-1467A-042<br>CIN05340 | 005307P002-1467A-042<br>CIN05346 | 005309P002-1467A-042<br>CIN05348 |
| 005311P002-1467A-042<br>CIN05350 | 005314P002-1467A-042<br>CIN05353 | 005336P002-1467A-042<br>CIN05375 | 005358P002-1467A-042<br>CIN05397 |
| 005369P002-1467A-042<br>CIN05408 | 005373P002-1467A-042<br>CIN05412 | 005399P002-1467A-042<br>CIN05438 | 005412P002-1467A-042<br>CIN05451 |
| 005416P002-1467A-042<br>CIN05455 | 005417P002-1467A-042<br>CIN05456 | 005438P002-1467A-042<br>CIN05477 | 005453P002-1467A-042<br>CIN05492 |

**Cred Inc., et al.**
**Exhibit Pages**

01/14/2021 08:20:56 PM

| | | | |
|---|---|---|---|
| 005476P003-1467A-042<br>CIN05516 | 006353P001-1467A-042<br>CIN05530 | 005493P002-1467A-042<br>CIN05534 | 005500P002-1467A-042<br>CIN05541 |
| 005518P002-1467A-042<br>CIN05559 | 005518S001-1467A-042<br>CIN05559 | 005524P002-1467A-042<br>CIN05565 | 005540P002-1467A-042<br>CIN05581 |
| 005552P002-1467A-042<br>CIN05593 | 005554P002-1467A-042<br>CIN05595 | 005555P003-1467A-042<br>CIN05596 | 005559P002-1467A-042<br>CIN05600 |
| 006350P001-1467A-042<br>CIN05606 | 001097P003-1467A-042<br>CIN05607 | 005593P002-1467A-042<br>CIN05637 | 005599P002-1467A-042<br>CIN05644 |
| 005607P002-1467A-042<br>CIN05652 | 005613P002-1467A-042<br>CIN05658 | 005632P002-1467A-042<br>CIN05677 | 005637P002-1467A-042<br>CIN05682 |
| 005657P002-1467A-042<br>CIN05703 | 005661P002-1467A-042<br>CIN05707 | 000015P002-1467A-042<br>CIN05708 | 005678P002-1467A-042<br>CIN05725 |
| 000016P002-1467A-042<br>CIN05728 | 005690P002-1467A-042<br>CIN05738 | 005693P002-1467A-042<br>CIN05741 | 005696P002-1467A-042<br>CIN05744 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005714P002-1467A-042<br>CIN05762 | 005717P002-1467A-042<br>CIN05766 | 005720P002-1467A-042<br>CIN05769 | 005723P002-1467A-042<br>CIN05772 |
| 005730P002-1467A-042<br>CIN05779 | 005741P002-1467A-042<br>CIN05790 | 005755P002-1467A-042<br>CIN05804 | 005761P002-1467A-042<br>CIN05810 |
| 005772P002-1467A-042<br>CIN05821 | 005773P002-1467A-042<br>CIN05822 | 005774P002-1467A-042<br>CIN05823 | 005779P002-1467A-042<br>CIN05828 |
| 005780P002-1467A-042<br>CIN05829 | 005800P002-1467A-042<br>CIN05849 | 005807P002-1467A-042<br>CIN05857 | 005841P002-1467A-042<br>CIN05891 |
| 005846P002-1467A-042<br>CIN05896 | 005853P002-1467A-042<br>CIN05903 | 005891P002-1467A-042<br>CIN05941 | 005904P002-1467A-042<br>CIN05954 |
| 005906P002-1467A-042<br>CIN05956 | 005925P002-1467A-042<br>CIN05975 | 005935P002-1467A-042<br>CIN05985 | 005967P002-1467A-042<br>CIN06017 |
| 005975P002-1467A-042<br>CIN06025 | 005980P002-1467A-042<br>CIN06030 | 005985P002-1467A-042<br>CIN06035 | 006004P002-1467A-042<br>CIN06054 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006005P002-1467A-042<br>CIN06055 | 006006P002-1467A-042<br>CIN06056 | 006017P002-1467A-042<br>CIN06067 | 006030P002-1467A-042<br>CIN06080 |
| 006031P002-1467A-042<br>CIN06081 | 006032P002-1467A-042<br>CIN06082 | 006062P002-1467A-042<br>CIN06112 | 006074P002-1467A-042<br>CIN06124 |
| 006085P003-1467A-042<br>CIN06135 | 006086P002-1467A-042<br>CIN06136 | 006097P002-1467A-042<br>CIN06147 | 006101P002-1467A-042<br>CIN06151 |
| 006102P002-1467A-042<br>CIN06152 | 006106P002-1467A-042<br>CIN06156 | 006115P002-1467A-042<br>CIN06165 | 006131P002-1467A-042<br>CIN06181 |
| 006137P002-1467A-042<br>CIN06187 | 006157P002-1467A-042<br>CIN06207 | 006164P002-1467A-042<br>CIN06214 | 006167P002-1467A-042<br>CIN06217 |
| 006172P002-1467A-042<br>CIN06222 | 006179P002-1467A-042<br>CIN06229 | 006207P002-1467A-042<br>CIN06258 | 006226P002-1467A-042<br>CIN06277 |
| 006641P003-1467A-042<br>CIN06280 | 006819P001-1467A-042<br>CIN06281 | 006908P001-1467A-042<br>CIN06282 | 006831P001-1467A-042<br>CIN06283 |

**Cred Inc., et al.**
**Exhibit Pages**

006980P003-1467A-042
CIN06284

006981P002-1467A-042
CIN06285

007004P002-1467A-042
CIN06286

006795P002-1467A-042
CIN06287

006870P001-1467A-042
CIN06288

006975P001-1467A-042
CIN06289

006911P001-1467A-042
CIN06290

000006P001-1467S-042
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-042
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-042
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-042
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-042
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-042
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-042
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000012P001-1467S-042
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-042
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed : **688**