IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE THAT**, the *Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* [Docket No. 152, 12/08/20] previously scheduled to be held in the above-captioned cases on January 21, 2021 at 3:00 p.m. (ET) has been rescheduled for **February 3, 2021 at 1:00 p.m. (ET)**.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: January 19, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.