# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 282** |

**SUPPLEMENTAL DECLARATION OF TIMOTHY W. WALSH IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRED INC., *ET AL.*, TO RETAIN AND EMPLOY MCDERMOTT WILL & EMERY LLP AS COUNSEL, *NUNC PRO TUNC* TO DECEMBER 5, 2020**

Under 28 U.S.C. § 1746, I, Timothy W. Walsh, declare as follows under the penalty of perjury:

1. I am a partner of the firm of McDermott Will & Emery LLP ("McDermott"). McDermott maintains offices at, among other places, 340 Madison Avenue, New York, New York 10173 and The Nemours Building, 1007 Orange Street, 10th Floor, Wilmington, Delaware 19801. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United State District Courts for the Eastern District of Michigan, the Northern, Southern, and Eastern Districts of New York, and the Western District of Wisconsin, as well as the United States Bankruptcy Courts for the Northern, Southern, and Eastern Districts of New York. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in support of the *Application of the Official*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

*Committee of Unsecured Creditors of Cred Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Nunc Pro Tunc to December 5, 2020* [Docket No. 282] (the "Application").[2]

3. As previously disclosed in the *Declaration of Timothy W. Walsh in Support of the Application of the Official Committee of Unsecured Creditors of Cred Inc., et al. to Retain and Employ McDermott Will & Emery LLP, as Counsel, Effective Nunc Pro Tunc to December 5, 2020* [Docket No. 282-3] (the "Original Declaration"), McDermott currently represents, or in the past has represented, certain parties listed on Schedule 2 to the Original Declaration in matters wholly unrelated to the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (the "Debtors"). These representations are or were wholly unrelated to the Debtors.

4. As disclosed in my Original Declaration, one McDermott staff attorney, Jonathan Yang, had invested between approximately $100 and $500 in the Debtors' interest bearing crypto program, CredEarn, prior to the Chapter 11 Cases. Mr. Yang will not be involved in McDermott's representation of the Committee in any way. Further, an ethical firewall has been implemented between Mr. Yang and the McDermott personnel involved in McDermott's representation of the Committee in the Chapter 11 Cases.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 19, 2021

By:   */s/ Timothy W. Walsh*  
Timothy W. Walsh  
Partner  
McDermott Will & Emery LLP