**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>  Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 282, 366** |

**CERTIFICATION OF COUNSEL REGARDING**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF CRED INC.,** ***ET AL.***, **TO RETAIN AND EMPLOY MCDERMOTT**
**WILL & EMERY LLP AS COUNSEL,** ***NUNC PRO TUNC*** **TO DECEMBER 5, 2020**

The undersigned, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On December 23, 2020, the *Application of the Official Committee of Unsecured Creditors of Cred Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Nunc Pro Tunc to December 5, 2020* [Docket No. 282] (the "Application") was filed with the Court.

2. Pursuant to the Notice of Application, objections to the Application were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. on January 13, 2021 (as extended, the "Objection Deadline"). The Objection Deadline was extended until January 15, 2021 at 12:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

2

3. The Objection Deadline has passed, and no objections to the Application appear on the docket or were served upon undersigned counsel. However, the U.S. Trustee informally raised concerns regarding the Application (the "Informal Objections").

4. The Debtors and the U.S. Trustee have negotiated in good faith to resolve the Informal Objections, which objections have been resolved through the filing of a supplemental declaration [Docket No. 366] and revisions to the proposed form of order approving the Application (the "Revised Order"). The U.S. Trustee has reviewed and does not object to the entry of the Revised Order, which order is attached hereto as **Exhibit A**. A blackline version of the Revised Order reflecting all changes from the form of order submitted with the Application is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

5. Accordingly, the Committee respectfully requests that the Court enter the Revised Order at the convenience of the Court.

Dated: Wilmington, Delaware
January 19, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Proposed Counsel to the Official Committee of Unsecured Creditors*