**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 312** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND UPHOLD, INC.**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to *Debtors' Motion for Order Approving Stipulation Between Debtors and Uphold, Inc.* [Docket No. 312] (the "Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on January 4, 2021.  The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Bankruptcy Court's docket in these cases.  Pursuant to the *Notice of Debtors' Motion for Order Approving Stipulation Between Debtors and Uphold, Inc.* filed with the Motion, any objections or responses to the Motion were to be filed and served by no later than January 18, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Bankruptcy Court.

Dated: January 19, 2021
Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

*Co-Counsel to the Debtors*