IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                   :    Chapter 11
                                                         :
        **CRED INC., ET AL**                             :    Case No. 20-12836(JTD)
                                                         :
                                                         :    Jointly Administered
                **Debtors**                              :
---------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING DEFECTIVE NOTICE OF TRANSFER(S) OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF   **NEW YORK**     )
                            )    SS:
COUNTY OF **KINGS**         )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 15th day of January, 2021, I received a copy of the Notice of Transfer(s) for the Docket No. #353 as printed from the docket maintained by the court for the captioned debtor:

4. On the 19th day of January, 2021, I sent a copy of the Defective Notice of Transfer(s) of claim(s) pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2021 at Brooklyn, New York.

By _____
Tina Carr

Sworn before me this
____ day of _____ 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376076
Qualified in Nassau County
My Comm. Expires June 4, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 19, 2021

TO: Scott Friedberg
177 Hirst Rd
Briarcliff Manor, NY 10510

FR: Lillian Jordan, Supervisor
Operations Department
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

RE: DEBTOR: **CRED, INC., et al**
CASE NO: **20-12836 (JTD)**

The Notice of Transfer as presented is **DEFECTIVE** for the reason(s) below:

**TRANSFEROR:** (REDACTED)

**DKT:** 353
**DATED:** 1/14/21

**1- TRANSFEREE INFORMATION IS REQUIRED – CANNOT BE REDACTED**
**2- ECN NUMBERS DO NOT REFLECT CORRECT CLAIM NUMBERS**

If you should have any questions, please contact me at (212) 481-1411.

Thank you.

Claims Processing Dept