EXHIBIT B

Expense Summary

**CRED, INC., *ET AL*.**

**EXPENSE SUMMARY**
**DECEMBER 5, 2020 THROUGH DECEMBER 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying/Mail out Services | Reliable | $92.75 |
| Computer Research | Westlaw/Lexis/PACER | $9,507.93 |
| Computer Hosting Fees[1] | | 32.04 |
| Computer Usage Charge – Data Review & Production Software[2] | | $92.98 |
| Court Fees | CourtCall | $1,701.75 |
| Deposition Transcripts | Veritext Legal Solutions | $6,913.75 |
| Hearing Transcript Fees | Reliable | $528.65 |
| **TOTALS** | | **$18,869.85** |

---

[1] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Hosting Fees" includes monthly hosting fees related to McDermott's license of Relativity's document hosting software, specifically the cost to use and maintain both the related servers and necessary network storage.

[2] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Usage Charge – Data Review & Production Software" includes monthly document processing, extraction, and conversion fees related to McDermott's license of Relativity's document hosting software.



UCC in re Cred LLC

| | |
|---|---|
| Client: | 113270 |
| Invoice: | 3472733 |
| Invoice Date: | 01/19/2021 |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 11/17/20 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL095900 DATE: 11/17/2020   - Invoice relates to obtaining the transcript of the first day hearing in In re Cred Inc., et al., Case No. 20-12863 (JTD) (U.S. Bankruptcy Court for the District of Delaware) | 442.25 |
| 12/09/20 | Depositions<br>VENDOR: Veritext INVOICE#: 4705217 DATE: 12/9/2020   - deposition transcript for 12/8/20 | 2,469.50 |
| 12/10/20 | Computer Research<br>Computer Research, GREGG STEINMAN | 251.55 |
| 12/10/20 | Computer Research<br>Computer Research, DARREN YANG | 514.80 |
| 12/10/20 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096297 DATE: 12/10/2020   - mailout services | 92.75 |
| 12/11/20 | Computer Research | 288.74 |

340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Client: | 113270 |
|---|---|---|---|
| UCC in re Cred LLC | | Invoice: | 3472733 |
| | | Invoice Date: | 01/19/2021 |

| Date | Description | Amount |
|---|---|---:|
| | Computer Research, DANIEL THOMSON | |
| 12/11/20 | Computer Research | 92.95 |
| | Computer Research, GREGG STEINMAN | |
| 12/11/20 | Computer Research | 1,502.02 |
| | Computer Research, ZACH ESPOSITO | |
| 12/11/20 | Computer Research | 321.75 |
| | Computer Research, DARREN YANG | |
| 12/11/20 | Computer Research | 190.45 |
| | Computer Research, DANIEL THOMSON | |
| 12/11/20 | Obtain Copy of Transcripts | 86.40 |
| | VENDOR: Janice Russell Transcripts INVOICE#: 20-190-1 DATE: 12/11/2020   - hearing transcript | |
| 12/12/20 | Computer Research | 278.85 |
| | Computer Research, GREGG STEINMAN | |
| 12/12/20 | Computer Research | 780.77 |
| | Computer Research, ZACH ESPOSITO | |
| 12/14/20 | Computer Research | 303.95 |
| | Computer Research, MIKE FERRARA | |
| 12/14/20 | Computer Research | 64.35 |
| | Computer Research, DARREN YANG | |
| 12/14/20 | Computer Research | 193.05 |
| | Computer Research, DANIEL THOMSON | |
| 12/15/20 | Computer Research | 202.63 |
| | Computer Research, MIKE FERRARA | |
| 12/15/20 | Depositions | 840.70 |
| | VENDOR: Veritext INVOICE#: 4718410 DATE: 12/15/2020   - deposition transcript for 12/14/20 | |
| 12/16/20 | Computer Research | 1,029.60 |
| | Computer Research, DARREN YANG | |
| 12/16/20 | Computer Research | 193.05 |
| | Computer Research, NATALIE ROWLES | |
| 12/16/20 | Computer Research | 61.75 |
| | Computer Research, DANIEL THOMSON | |
| 12/17/20 | Computer Research | 810.52 |
| | Computer Research, MIKE FERRARA | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

US practice conducted through McDermott Will & Emery LLP.



| | | | |
|---|---|---|---|
| UCC in re Cred LLC | | Client: | 113270 |
| | | Invoice: | 3472733 |
| | | Invoice Date: | 01/19/2021 |

| Date | Description | Amount |
|---|---|---:|
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007366 DATE: 12/17/2020   - telephonic appearance for J. Segall for 12/17/20 hearing | 90.75 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007358 DATE: 12/17/2020   - telephonic appearance for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007287 DATE: 12/17/2020   - telephonic appearance for J. Evans for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007342 DATE: 12/17/2020   - telephonic appearance for P. Bonjour for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007280 DATE: 12/17/2020   - telephonic appearance for D. Hurst for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11007301 DATE: 12/17/2020   - telephonic appearance for G. Steinman for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11012057 DATE: 12/17/2020   - telephonic appearance for D. Yang for 12/17/20 hearing | 96.00 |
| 12/17/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11012092 DATE: 12/17/2020   - telephonic appearance for S. Ashworth for 12/17/20 hearing | 90.75 |
| 12/17/20 | Credit Card Calls<br>VENDOR: CourtCall LLC INVOICE#: 11007314 DATE: 12/17/2020   - Telephone Hering | 96.00 |
| 12/17/20 | Credit Card Calls<br>VENDOR: CourtCall LLC INVOICE#: 11007271 DATE: | 96.00 |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



| UCC in re Cred LLC | | Client:<br>Invoice:<br>Invoice Date: | 113270<br>3472733<br>01/19/2021 |
|---|---|---|---|

| Date | Description | | Amount |
|---|---|---|---|
| 12/17/20 | 12/17/2020   - Telephonic Hearing<br>Depositions<br>VENDOR: Veritext INVOICE#: 4720337 DATE: 12/17/2020   - deposition transcript for 12/15/20 | | 563.75 |
| 12/18/20 | Computer Research<br>Computer Research, DARREN YANG | | 643.50 |
| 12/18/20 | Computer Research<br>Computer Research, NATALIE ROWLES | | 64.35 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013550 DATE: 12/18/2020   - telephonic appearance for Sam Ashworth for 12/18/20 hearing | | 90.75 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013511 DATE: 12/18/2020   - telephonic appearance for J. Segall for 12/18/20 hearing | | 33.00 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013506 DATE: 12/18/2020   - telephonic appearance for D. Hurst for 12/18/20 hearing | | 106.50 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013488 DATE: 12/18/2020   - telephonic appearance for D. Azman for 12/18/20 hearing | | 111.75 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11014026 DATE: 12/18/2020   - telephonic appearance for D. Yang for 12/18/20 | | 101.25 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013500 DATE: 12/18/2020   - telephonic appearance for J. Evans for 12/18/20 hearing | | 106.50 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013516 DATE: 12/18/2020   - telephonic appearance for G. Steinman for 12/18/20 hearing | | 106.50 |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



| | | Client: | 113270 |
|---|---|---|---|
| UCC in re Cred LLC | | Invoice: | 3472733 |
| | | Invoice Date: | 01/19/2021 |

| Date | Description | Amount |
|---|---|---:|
| 12/18/20 | Court Fees | 96.00 |
| | VENDOR: CourtCall LLC INVOICE#: 11013502 DATE: 12/18/2020 - telephonic appearance for M. Friedler for 12/18/20 hearing | |
| 12/21/20 | Computer Research | 303.60 |
| | Computer Research, NATALIE ROWLES | |
| 12/21/20 | Computer Research | 128.70 |
| | Computer Research, DARREN YANG | |
| 12/21/20 | Computer Research | 1,287.00 |
| | Computer Research, NATALIE ROWLES | |
| 12/28/20 | Depositions | 3,039.80 |
| | VENDOR: Veritext INVOICE#: 4739362 DATE: 12/28/2020 - deposition transcript for 12/16/20 | |
| 12/30/20 | Computer Hosting Fees | 32.04 |
| | December monthly fee for data hosting (Relativity) | |
| 12/30/20 | Computer Usage Charge - Data Review & Production Software | 0.50 |
| | December Relativity new data load fee | |
| 12/30/20 | Computer Usage Charge - Data Review & Production Software | 42.00 |
| | December fee for document conversion to TIF image | |
| 12/30/20 | Computer Usage Charge - Data Review & Production Software | 19.88 |
| | December fee for document OCR text extraction | |
| 12/30/20 | Computer Usage Charge - Data Review & Production Software | 30.60 |
| | December fee for Processing Ingestion | |

**Total Costs and Other Charges**     **$18,869.85**

**Total This Invoice**     **$892,974.35**

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*