IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                           :    Chapter 11
                                                 :
                                                 :
    **CRED INC., ET AL**                         :    Case No. 20-12836(JTD)
                                                 :
                                                 :
                                                 :    Jointly Administered
                  **Debtors**                    :
------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING DEFECTIVE NOTICE OF TRANSFER(S) OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF  NEW YORK       )
                         )    SS:
COUNTY OF KINGS          )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 19th day of January, 2021, I received a copy of the Notice of Transfer(s) for the Docket No. #298 as printed from the docket maintained by the court for the captioned debtor:

4. On the 20th day of January, 2021, I sent a copy of the Defective Notice of Transfer(s) of claim(s) pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of January, 2021 at Brooklyn, New York.

By _____
Tina Carr

Sworn before me this
20th day of January, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376076
Qualified in Nassau County
My Comm. Expires June 4, 2022

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

January 20, 2021

TO: 507 Capital LLC
PO Box 206
N Stonington, CT 06359

FR: Lillian Jordan, Supervisor
Operations Department
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

RE: DEBTOR: **CRED, INC., et al**
CASE NO: **20-12836 (JTD)**

The Notice of Transfer as presented is **DEFECTIVE** for the reason(s) below:

**TRANSFEROR:** **(REDACTED)**

**DKT:** **298**
**DATED:** **12/31/20**

**TRANSFEROR INFORMATION MUST BE REDACTED ON NOTICE OF TRANSFER OF CLAIM**

If you should have any questions, please contact me at (212) 481-1411.

Thank you.

Claims Processing Dept