**EXHIBIT 1**

Engagement Letter

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION

Writer's Direct Dial:
(302)888-6507

Writer's Telecopy Number::
(302)658-8111

**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE  19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
**http://www.prickett.com**

Writer's E-Mail Address:
jcathey@prickett.com

November 7, 2020

**PRIVILEGED AND CONFIDENTIAL**

Mr. Daniel B. Schatt
Mr. Joseph Podulka
Cred Capital, Inc.
c/o Cred Inc.
2121 South El Camino Real
San Mateo, California  94403

> **Re:    Legal Representation in *James Alexander v. Daniel Brian Schatt, et al.***
> **Del. Ch., C.A. No. 2020-0941-KSJM;**

Dear Mr. Schatt and Mr. Podulka:

This will confirm the terms of this firm's engagement by Cred Capital, Inc., Daniel B. Schatt and Joseph Podulka ("Clients") for the purpose of defending you in litigation captioned *James Alexander v. Daniel Brian Schatt, et al.,* C.A. No. 2020-0941-KSJM pending in the Delaware Court of Chancery (the "Litigation").

> A.    Scope of Representation

The Clients have retained us as counsel in the Litigation, and for such other matters identified by the Clients that we agree to undertake.  To the extent practicable, we will work and coordinate our efforts with Paul Hastings, which represents Mr. Schatt as well as Cred Inc. and Cred Capital, Inc. in, among other matters, litigation pending in the Superior Court of San Mateo County, California.  We understand that in the absence of specific instructions by the Clients to the contrary, Paul Hastings has authority to direct our activities on the Clients' behalf.  Unless otherwise expressly agreed, the scope of our representation is limited solely to the Litigation.

> B.    Cooperation

In order to enable us to render effectively the legal services contemplated, the Clients have agreed to disclose fully and accurately all facts and keep us informed of all developments relating to the Litigation.  We necessarily must rely on the accuracy and completeness of the facts and information provided to us.  The Clients agree to cooperate fully with us and to make the appropriate representatives available to attend meetings, discovery proceedings and conferences, hearings and other proceedings.

Mr. Daniel B. Schatt
Mr. Joseph Podulka
Cred Capital, Inc.
c/o Cred Inc.
November 7, 2020
Page 2

_____

We will, of course, make our best efforts to achieve a satisfactory result in the Litigation. However, because the outcome of litigation is subject to the vagaries and risks inherent in the litigation process, it is understood that we make no promises or guarantees concerning the outcome and cannot do so.

       C.      <u>Fees and Retainer</u>

       1.     *Fees.*  Fees for our services are based upon the actual time expended in representing the Clients.  The counsel from our firm primarily responsible for this matter will be the undersigned and Robert B. Lackey.  My hourly rate is $700.  Mr. Lackey's hourly rate is $250.  Occasionally, it may be necessary, prudent, and economical to utilize other attorneys and paralegals in the firm.  Hourly rates for such individuals range from $175 per hour to $1,100 per hour.  Our schedule of hourly rates is reviewed annually.  We reserve the right to adjust our rates in this matter based upon changes in our fee schedule.

       2.     *Retainer*.  In anticipation that our monthly statements will be paid promptly, we are not requesting an initial retainer.  However, we reserve the right to request a retainer and additional monies if our statements are not paid in a timely manner.

       3.     *No Commitment or Contingency.*  Because of the nature of the representation here, we cannot predict the amount of the fees and costs that will be incurred, nor have we made any commitment in that regard.  Payment of the firm's fees and costs is in no way contingent on the ultimate outcome of the matters as to which we are consulted or upon the existence of insurance coverage or the application of adjustments made or proposed by insurance carriers.

       D.      <u>Costs</u>

The firm typically incurs costs in connection with legal representation that are billed separately from fees.  These costs may include long distance telephone charges, postage, delivery charges, and photocopy charges and related expenses, travel expenses, meals, and use of other service providers, such as printers or experts.  Our expenses may also include filing fees, deposition costs, process servers, court reporters and witness fees.  We also separately bill for computerized legal research and related expenses.  In addition to agreeing to pay the foregoing costs, Clients also agree to pay the charges for copying documents for retention in our files.  We undertake to obtain clearance from Clients or Paul Hastings before incurring any extraordinary costs in connection with our representation.

Mr. Daniel B. Schatt
Mr. Joseph Podulka
Cred Capital, Inc.
c/o Cred Inc.
November 7, 2020
Page 3

_____

E.    Statements and Payments

1.    *Statements.*    We will render and the Clients agree to pay periodic statements at monthly intervals.  The statements will describe the services performed and the costs and disbursements that have been incurred on the Clients' behalf.  The statements will provide daily detail as to attorney, services performed, time spent and attorney's hourly rate.  We consider our fees earned as the services are rendered.  Our statements are due upon receipt.  If the Clients wish to wire funds, instructions may be found at the end of this letter.

2.    *Failure to Pay Statements.*    If any statement remains unpaid for more than 30 days, we reserve the right to suspend performing services for the Clients and to withdraw.  Interest will accrue on any amounts that are unpaid for more than 30 days at a rate of one percent per month.  If the Clients have any questions about any billing statement or about the legal services which have been rendered, please contact us so we may promptly address them.

F.    Representation of Multiple Clients; Potential Conflicts of Interest

1.    *Potential Conflicts of Interest.*    Because we are representing Cred Capital, Inc., Mr. Schatt and Mr. Podulka, there is the chance that a conflict of interest may arise among the interests of the respective Clients.  At present, based upon the information available to us, we see no conflict in advising and representing each of the Clients.  If, in our judgment, a conflict does arise, we will inform each Client affected by such potential conflict so a judgment may be made whether to waive the conflict or retain separate counsel.

2.    *Disagreements Among Clients.*    Disagreements could arise among the Clients in the future.  If they do, we will ask that you resolve those disagreements between yourselves.  We will not become involved in any such disagreements.  If you are unable to resolve serious differences, we may be required under the applicable ethics rules to cease our representation of some or all of the Clients.

3.    *No Privilege or Confidentiality Between Clients.*    Because we are representing each of you, it is not appropriate for us to keep confidences between you.  In other words, if we receive information from or about one Client that we believe the other Clients should have in order to make decisions regarding their rights or responsibilities, we will give the other Clients that information.  Likewise, you cannot expect the attorney-client privilege to prevent disclosure of communications that one of you has with us to the other

Mr. Daniel B. Schatt
Mr. Joseph Podulka
Cred Capital, Inc.
c/o Cred Inc.
November 7, 2020
Page 4

_____

G.      Discontinuance of Representation

The Clients may terminate our representation at any time by notifying us. Termination of our services will not affect the Clients' responsibility for payment of outstanding statements and accrued fees and expenses incurred before termination or incurred thereafter in connection with an orderly transition of the matter. If such termination occurs, the Clients' papers and property will be returned promptly upon the Clients' request. Our own files pertaining to the matter will be retained. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers.

We may withdraw from representation if the Clients fail to fulfill their obligations under this agreement, including the obligation to pay our fees and expenses, as permitted or required under any applicable standards of professional conduct or rules of court, or upon our reasonable notice to the Clients for any other reason. Under such circumstances, the Clients agree that they will consent to our withdrawal.

H.      Other Matters

The above terms of our representation will also apply to any additional matters that the Clients (or Paul Hastings on the Clients' behalf) request and this firm agrees to undertake, unless there is an express agreement to other terms.

Please review this letter carefully. If it meets with your approval, please sign and return the copy with the original signature to me. Please contact me if you have any questions. My direct dial telephone number and email address are listed in the letterhead.

Mr. Daniel B. Schatt
Mr. Joseph Podulka
Cred Capital, Inc.
c/o Cred Inc.
November 7, 2020
Page 5

_____

      We are grateful that you are entrusting this matter to us and we look forward to working with you.

Sincerely yours,

J. CLAYTON ATHEY

JCA/njb
Enclosure

AGREED AND ACCEPTED:

By: _____       Dated: 11/9/2020 _____
DANIEL B. SCHATT

By: _____       Dated: 11/9/2020 _____
JOSEPH PODULKA

By: _____       Dated: 11/9/2020 _____
CRED CAPITAL, INC.
[Authorized Signature]

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
**http://www.prickett.com**

---

**PRICKETT, JONES & ELLIOTT, P.A. ATTORNEY BUSINESS ACCOUNT**
WIRE TRANSFER INSTRUCTIONS

Wires should be routed through the FEDERAL RESERVE WIRE SYSTEM to:

PNC BANK
*ABA Routing Number 031100089*

For Credit to:    PRICKETT, JONES & ELLIOTT, P.A.
ATTORNEY BUSINESS ACCOUNT  # 5608536498

---

*Note: International funds transfers must use the following identification number:*

SWIFT TID: PNCCUS33

923.6\451116v1