**Exhibit 2**

Parties in Interest List

**PARTIES IN INTEREST LIST**

**Debtors**:
Cred Inc.
Cred (US) LLC
Cred Capital, Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Bankruptcy Judges and Staff:**
Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi

**Clerk of the Court:**
Una O'Boyle

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph McMahon

Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Shareholders**
Lu Hua
Daniel Schatt

**Current & Former Officers and Directors**
James Alexander
Daniel Goldstein
Jonathan Labovich
Grant Lyon
Daniyal Inamullah
Francesco Matteini
Joe Podulka
Maxim Rokhline
Daniel Schatt
Daniel Wheeler

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service

Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc
Carneros Resort and Spa
Catherine A. Seemann
CDW Direct
Christen Interiors
Clayton Utz
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Gene Kim
Global Relay Communications
Greenleaf Platters
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL

Jim Ochsenreiter
John Barr
JST Systems
Jumio Corporation
KnowBe4, Inc.
La Concha
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Mara Herbkersman
Marlena Agency
Mary M Pringle
Matiri Kirtikumar Kotak
Meltwater
Methodical Valuation Services
Nevtec
Oracle
Parker and Lynch
Pawan Pandey
Peninsula Security Service
Piloto 151
PMB Solutions
Regulation D Resource
Regus
RocketSpace, Inc.
Ryan Ortega
Salesforce
Saltire Management Group LLC
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Todd Herschberg
Trulioo Information Services
Trupti Balekund
Uphold HQ, Inc.
User Centered Experiences, LLC
Viking PC Health Ltd
Yearwood Media
Zeroth Link LLC
Zuar

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy

Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Saint Bitts LLC
True USD
TrueCoin LLC
Qtum Chain Foundation
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz LTD
Sarson Funds LLC

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Debtors' Professionals**
Cousins Law LLC
MACCO Restructuring Group
Teneo Capital
Sonoran Capital Advisors
Paul Hastings LLP

**Other Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Insurance**
Hartford Financial Services Group.
AXIS Insurance Co.
Validus
Validus Specialty
Euclid Financial Institution Underwriters LLC
One Beacon n/k/a Intact Insurance Specialty Solutions
Western World Insurance Group

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Kaiser Permanente
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
VSP Vision Care

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County