UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 19, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| Date | Doc | Description |
|---|---|---|
| 1/19/2021 | 366 | Declaration in Support Supplemental Declaration of Timothy W. Walsh in Support of the Application of the Official Committee of Unsecured Creditors of Cred Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Nunc Pro Tunc to December 5, 2020 (related document(s)282) Filed by Official Committee of Unsecured Creditors. (Hurst, David) (Entered: 01/19/2021) |
| 1/19/2021 | 367 | Certification of Counsel Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Cred Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Nunc Pro Tunc to December 5, 2020 [Related to Docket Nos. 282 and 366] Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hurst, David) (Entered: 01/19/2021) |
| 1/19/2021 | 368 | Order Authorizing the Official Committee of Unsecured Creditors of Cred Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Nunc Pro Tunc to December 5, 2020 (Related Document(s) 282, 366, 367) Order Signed on 1/19/2021. (RC) (Entered: 01/19/2021) |

x _____
Laurie Heggan

Dated: January 20, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 20th day of January 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

LARRY D. TAYLOR
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2022

# EXHIBIT A

| | |
|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | BILLION LAW MARK M BILLION, ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904 |
| BUCHANAN INGERSOLL & ROONEY PC GEOFFREY G GRIVNER, ESQ<br>919 N MARKET ST., STE 990<br>WILMINGTON DE 19801 | CARLTON FIELDS PA DAVID L GAY, ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE., STE 1200<br>MIAMI FL 33136-4118 |
| COUSINS LAW LLC SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301<br>WILMINGTON DE 19803 | CRED INC. ATTN: PRESIDENT/CEO<br>3 EAST THIRD AVENUE<br>SAN MATEO CA 94401 |
| DCP CAPITAL KEVIN HU KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | DELAWARE ATTORNEY GENERAL BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | DELAWARE SECRETARY OF STATE DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 |
| DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | DELAWARE STATE TREASURY BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS<br>P O BOX 173<br>ROAD TOWN<br>TORTOLA<br>BRITISH VIRGIN ISLANDS | FAEGRE DRINKER BIDDLE & REATH LLP PATRICK A JACKSON<br>222 DELAWARE AVE., STE 1410<br>WILMINGTON DE 19801-1621 |

FAEGRE DRINKER BIDDLE & REATH LLP DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240

FISHERBROYLES LLP CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803

FISHERBROYLES LLP HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022

FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GELLERT SCALI BUSENKELL & BROWN LLC MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801

INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

JST CAPITAL SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901

MAPLE PARTNERS LLC JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801

MCDERMOTT WILL & EMERY LLP TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922

MCDERMOTT WILL & EMERY LLP DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801

MICHIGAN DEPT OF TREASURY TAX POL DIV LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

PAUL HASTINGS LLP JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002

| | |
|---|---|
| PAUL HASTINGS LLP MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002 | PAUL HASTINGS LLP G. ALEXANDER BONGARTZ<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| PAUL HASTINGS LLP DEREK CASH<br>200 PARK AVENUE<br>NEW YORK NY 10166 | SAUL EWING ARNSTEIN & LEHR LLP MARK MINUTI, ESQ<br>1201 NORTH MARKET ST., STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899 |
| SOCIAL SECURITY ADMINISTRATION OFFICE OF THE GEN COUNSEL<br>REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | UPHOLD, INC JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939 |
| US ATTORNEY FOR DELAWARE CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | US EPA REG 3 OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |