# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 20, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 1/20/2021 | 371 | Application for Compensation First Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period December 5, 2020 to December 31, 2020 Filed by Official Committee of Unsecured Creditors. Objections due by 2/9/2021. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 01/20/2021) |

X _____
Laurie Heggan

Dated: January 20, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 20th day of January 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

> JESSE L BLEVINS
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires Sept. 30, 2022

# EXHIBIT A

Paul Hastings LLP
James T. Grogan
Mack Wilson
600 Travis Street, 58th Floor
Houston Texas 77002

Paul Hastings LLP
G. Alexander Bongartz
Derek Cash
200 Park Avenue
New York New York 10166

Cousins Law LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington Delaware 19803

Office of the United States Trustee for the District of Delaware
Joseph J. McMahon, Jr.
844 King Street, Suite 2207
Wilmington Delaware 19801