**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                Debtors.[1] | )  Chapter 11<br>)<br>)  Case No. 20-12836 (JTD)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: Docket Nos. 301** |

**NOTICE OF FILING OF LIQUIDATION ANALYSIS TO COMBINED**
**JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED**
**INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on December 31, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code [Docket No. 301] (the "Combined Joint Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on January 20, 2021, the Debtors filed their Liquidation Analysis as Exhibit B to the Combined Joint Plan (the "Liquidation Analysis").

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a copy of the Liquidation Analysis is attached hereto as **Exhibit 1**.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: January 20, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
          derekcash@paulhastings.com

*Co-Counsel to the Debtors*