# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as proposed counsel to Robert J. Stark, the Examiner appointed on January 8, 2021 in the above-captioned bankruptcy cases and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), request that all notice given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given and served upon the following:

| **BROWN RUDNICK LLP**<br>Andrew M. Carty, Esq.<br>Michael W. Reining, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: ACarty@brownrudnick.com<br>Email: MReining@brownrudnick.com | **ASHBY & GEDDES, P.A.**<br>Gregory A. Taylor, Esq.<br>Katharina Earle, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: GTaylor@ashbygeddes.com<br>Email: KEarle@ashbygeddes.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solution LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01651350;v1 }

Bankruptcy Rules, but also includes, without limitations, all orders, applications, motions, petitions, pleadings requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, which affect or seek to affect in any way and right as and interested of the Examiner.

Dated: January 21, 2021        **ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com
Email: KEarle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (to be admitted *pro hac vice*)
Michael W. Reining (to be admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
Email: ACarty@brownrudnick.com
Email: MReining@brownrudnick.com

*Proposed Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for Debtors Cred Inc.*