## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of January, 2021, a copy of the *Notice of Appearance and Request for Service of Papers* was served to all parties of record via CM/ECF.

Dated: January 21, 2021               */s/ Gregory A. Taylor*
                                     Gregory A. Taylor (DE Bar No. 4008)

{01651350;v1 }