# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Michael W. Reining, Esq. to represent Robert J. Stark in his capacity as Chapter 11 Examiner for Debtors Cred Inc. in the above-captioned cases.

Dated: January 21, 2021　　　　　　　　　　**ASHBY & GEDDES, P.A.**

　　　　　　　　　　　　　　　　　　　　*/s/ Gregory A. Taylor*
　　　　　　　　　　　　　　　　　　　　Gregory A. Taylor (DE Bar No. 4008)
　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 654-1888
　　　　　　　　　　　　　　　　　　　　Email: GTaylor@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　*/s/ Michael W. Reining*
　　　　　　　　　　　　　　　　　　　　Michael W. Reining
　　　　　　　　　　　　　　　　　　　　**BROWN RUDNICK LLP**
　　　　　　　　　　　　　　　　　　　　Seven Time Square
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel: (212) 209-4800/Fax: (212) 209-4801
　　　　　　　　　　　　　　　　　　　　Email: MReining@brownrudnick.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{01651361;v1 }