**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Waiver of Local Rules Requested** |
| | ) | |
| | ) | RE: Docket Nos. 303 & 359 |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE
REPLY OF DEBTORS TO OBJECTION OF THE UNITED STATES TRUSTEE TO
THE DEBTORS' MOTION FOR ENTRY OF ORDER: (I) APPROVING, ON AN
INTERIM BASIS, THE DEBTORS' DISCLOSURE STATEMENT; (II) ESTABLISHING
VOTING RECORD DATE; (III) APPROVING SOLICITATION PACKAGES AND
DISTRIBUTION PROCEDURES; (IV) APPROVING FORMS OF BALLOTS AND
ESTABLISHING PROCEDURES FOR VOTING ON JOINT PLAN OF LIQUIDATION;
(V) APPROVING FORMS OF NOTICES TO NON-VOTING CLASSES UNDER PLAN;
(VI) ESTABLISHING VOTING DEADLINE TO ACCEPT OR REJECT PLAN; (VII)
APPROVING PROCEDURES FOR VOTE TABULATIONS; AND (VIII)
ESTABLISHING HEARING DATE FOR FINAL APPROVAL OF DISCLOSURE
STATEMENT AND CONFIRMATION OF JOINT PLAN OF
LIQUIDATION AND RELATED NOTICE AND OBJECTION PROCEDURES**

TO THE HONORABLE BANKRUPTCY JUDGE JOHN T. DORSEY:

Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") hereby move (this "Motion for Leave") and respectfully state as follows:

**Relief Requested**

1. By this Motion for Leave, the Debtors seek entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), authorizing the Debtors to file and serve

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

their reply (the "Reply") to the United States Trustee's objection (the "Objection")[2] to the *Debtors' Motion for Entry of an Order: (i) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (ii) Establishing Voting Record Date; (iii) Approving Solicitation Packages and Distribution Procedures, (iv) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (v) Approving Forms of Notices to Non-Voting Classes Under the Plan; (vi) Establishing Deadline to Accept or Reject Plan; (vii) Approving Procedures for Vote Tabulations; and (viii) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures* [Docket No. 303] (the "Solicitation Procedures Motion").

2.    The Reply will address issues raised in the Objection filed by the Office of the United States Trustee for Region 3 (the "U.S. Trustee")

**Jurisdiction, Venue, and Statutory Predicates**

3.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  In accordance with Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors confirm their consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court,

---

[2] *Objection of the United States Trustee to the Debtor's Motion for Entry of an Order (i) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (ii) Establishing Voting Record Date; (iii) Approving Solicitation Packages and Distribution Procedures, (iv) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (v) Approving Forms of Notices to Non-Voting Classes Under the Plan; (vi) Establishing Deadline to Accept or Reject Plan; (vii) Approving Procedures for Vote Tabulations; and (viii) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures* [Docket No. 359].  Capitalized terms used but not otherwise defined in this motion shall have the meanings set forth in the Objection.

absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory basis for the relief requested herein is Local Rule 9006-1(d).

## Background

6. On November 7, 2020, the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court. The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), Local Rule 1015-1, and the *Order Granting Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases* [Docket No. 27].

8. On December 7, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 120] (the "Committee").

## Basis for Relief

9. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d). The agenda for the January 21, 2021 hearing scheduled for 3:00 p.m. (the "Hearing") was due by (and timely filed) 12:00 p.m. (prevailing Eastern Time) on January 19, 2021. Accordingly, pursuant to Local Rule 9006-1(d), the deadline to file the Reply was 4:00 p.m. (prevailing Eastern Time) on January 18, 2021 (the "Opposition Deadline"). Absent leave of the Court, the parties would be unable to file and serve

the Reply and the Court would be denied the opportunity to review the Reply to the Objection in advance of the Hearing.

10. The Debtors submit that cause exists to grant the relief requested by this Motion for Leave and approve an extension of the time by which to file the Reply under Local Rule 9006-1(d).  The Reply will provide the Court with critical information and arguments to consider when ruling on the relief requested in Solicitation Procedures Motion, and the Court's consideration of the Reply may reduce argument on this matter at the Hearing.  Further, extending the Reply Deadline will not prejudice the parties.

11. Accordingly, the Debtors submit that the relief requested herein is reasonable under the circumstances and should be approved.

### Notice

12. Notice of this Motion for Leave has been given to (i) the U.S. Trustee; (ii) counsel to the Committee; and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this motion is required.

### No Prior Motion

13. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, granting the relief requested in this Motion for Leave and such other and further relief as may be just and proper.

*[Remainder of page intentionally left blank]*

Dated: January 21, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile:  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  alexbongartz@paulhastings.com
aviluft@paulhastings.com
derekcash@paulhastings.com

*Co-Counsel to the Debtors*