## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., et al.,<br><br>      Debtors. | Chapter 11 Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>**Hearing Date: February 3, 2021 at 1:00 p.m. (EST)**<br>**Related to Docket No. 152** |

### DECLARATION OF DANIEL F. WHEELER
### RE MOTION OF JAMES ALEXANDER TO DISMISS
### THE CRED CAPITAL, INC. CASE

I, Daniel F. Wheeler, declare as follows:

1. I am the duly appointed Corporate Secretary of Cred Capital, Inc. as of March 16, 2020 to the present, and I have served as the General Counsel of Cred Capital, Inc. from March 16, 2020 to the present. I am also an attorney duly admitted since 2000 to practice in the State of California (California State Bar No. 208272), and am in good standing. I am also the former General Counsel of the Debtor, Cred Inc., formerly known as Cred LLC ("Cred Inc.") and served in that role from August 2019 through October 27, 2020. Previously, I was a partner with the law firm of Bryan Cave Leighton Paisner LLP ("BCLP") in its San Francisco, California office between May 2012 and August 2019. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I am filing this declaration in connection with the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case filed by James Alexander on December 8, 2020 (Docket No. 152).

2. I was instructed and authorized by James Alexander and Daniel Schatt to organize Cred Capital, Inc., and I did so as instructed and authorized with the assistance of BCLP, which was retained as outside counsel to Cred Capital, Inc. at all relevant times during 2020.

3. Consistent with my authority, I oversaw and was responsible for the drafting and filing of a certificate of incorporation for Cred Capital, Inc. (the "Certificate"). Before it was filed, I reviewed and approved each word of the Certificate that was drafted by Rebecca Floren, a

paralegal employed at all relevant times during 2020 by BCLP, to ensure that the Certificate was drafted in accordance with my instructions. Based on my communications with them, and my previously having been a partner at BCLP, I know that Ms. Floren was supervised by Scott Perlov, an attorney employed with BCLP at all relevant times during 2020.

4. A copy of the Certificate is attached hereto as **Exhibit A**. The Certificate is drafted precisely as I instructed Ms. Floren and Mr. Perlov, and is in accordance with the direction I received from Messrs. Alexander and Schatt.

5. After I approved the language of the Certificate, I also instructed Ms. Floren to file it with the Delaware Secretary of the State, and she did so on or about March 10, 2020. The recorded copy of the Certificate contains the exact language I approved and as instructed by Messrs. Alexander and Schatt.

6. At no time have I been unavailable to answer questions regarding the Certificate or to otherwise communicate regarding the Certificate or the other Cred Capital, Inc. organizational documents. Likewise, I am unaware that either Ms. Floren or Mr. Perlov have been unavailable to answer questions regarding the Certificate or the other Cred Capital, Inc. organizational documents.

7. My books and records as the Secretary of Cred Capital, Inc. reflect that the only person duly appointed or elected to the board of directors of Cred Capital, Inc. is James Alexander.

8. As part of my authority and responsibility to oversee the organization of Cred Capital, Inc., I reviewed the Action by Written Consent of the Sole Incorporator of Cred Capital, Inc. (the "SI Action"). I reviewed each word of the SI Action and authorized Ms. Floren to sign it. A copy of the SI Action is attached hereto as **Exhibit B**. Consistent with my authority and responsibility to organize Cred Capital, Inc., I specifically instructed Ms. Floren to designate Mr. Alexander as the sole director of Cred Capital, Inc in the SI Action, and Ms. Floren prepared the SI Action in accordance with my instructions.

9. As part of my authority and responsibility to oversee the organization of Cred

Capital, Inc., I reviewed and confirmed the accuracy and appropriateness of the Organizational Consent in Lieu of a Meeting of the Board of Directors of Cred Capital, Inc., dated March 16, 2020 (the "Organizational Consent"), which duly appointed Mr. Alexander as the President of Cred Capital, Inc. and me as the Secretary of Cred Capital, Inc.  I approved the Organizational Consent for signature by Mr. Alexander. A copy of the executed Organizational Consent is attached hereto as **Exhibit C**.

10. As part of my authority and responsibility to oversee the organization of Cred Capital, Inc., I reviewed the Bylaws drafted by Ms. Floren under the supervision of Mr. Perlov in March 2020.  Upon completion of my review, I approved the Bylaws and signed them on March 16, 2020 as Secretary of Cred Capital, Inc. A copy of the approved and executed Bylaws is attached hereto as **Exhibit D**.

11. Cred Inc. acquired nonvoting Class B Common Stock in Cred Capital, Inc., subject to the terms of the Contribution Agreement signed by the Debtor, Cred Inc. (then known as Cred LLC), and Cred Capital, Inc. A copy of the Contribution Agreement is attached hereto as **Exhibit E**. Appendix 1 to the Contribution Agreement refers to an Asset Management Agreement entered into by and between Cred Inc. and Cred Capital, Inc.  A copy of that signed Asset Management Agreement is attached hereto as **Exhibit F**.

12. Lu Hua, an individual, acquired nonvoting Class B Common Stock in Cred Capital, Inc., as set forth in the Contribution Agreement signed by both Mr. Hua and Cred Capital, Inc., pursuant to which Mr. Hua contributed 300 BTC to Cred Capital, Inc. as consideration for the Class B Common Stock of Cred Capital, Inc.  A copy of this Contribution Agreement is attached hereto as **Exhibit G**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2021 at San Francisco, California.

_____
Daniel F. Wheeler