**Exhibit B**

# ACTION BY WRITTEN CONSENT OF
# THE SOLE INCORPORATOR
# OF
# CRED CAPITAL, INC.

The undersigned, being the sole incorporator of Cred Capital, Inc. a Delaware corporation (the "Corporation"), pursuant to the Delaware General Corporation Law, hereby adopts the following resolutions by written consent as of March 10, 2020:

### INCORPORATION

**RESOLVED,** that the Certificate of Incorporation of the Corporation, having been filed in the office of the Secretary of State of the State of Delaware on March 10, 2020, be and hereby is, adopted as the Certificate of Incorporation of the Corporation, and, following approval thereof by the Board of Directors of the Corporation, a copy of such Certificate of Incorporation bearing the Secretary of State's filing stamp be placed in the Corporation's minute book.

### APPOINTMENT OF DIRECTORS

**RESOLVED,** that James Alexander be, and hereby is, appointed as the initial director of the Corporation to serve until the first annual meeting of stockholders or until his successor is duly elected and qualified.

### RESIGNATION

**RESOLVED,** that I hereby assign all of my rights, responsibilities and duties as incorporator of the Corporation to the above-named director.

[*Remainder of Page Intentionally Left Blank*]

601704855.3

**IN WITNESS WHEREOF,** the undersigned has executed this Action by Written Consent as of the date first above written.

DocuSigned by:

*Rebecca Floren*

EAFA3F674C014AC...

Rebecca Floren, Sole Incorporator