**Exhibit C**

DocuSign Envelope ID: DBD89851-D0D1-4D4A-B589-55FB6562F168

## ORGANIZATIONAL CONSENT IN LIEU OF A MEETING
## OF THE BOARD OF DIRECTORS
## OF
## CRED CAPITAL, INC.
### (a Delaware corporation)

Pursuant to Section 141(f) of the Delaware General Corporation Law (the "DGCL"), the undersigned, being all of the members of the Board of Directors (the "Board") of Cred Capital, Inc., a Delaware corporation (the "Corporation"), hereby consent to, vote in favor of and adopt the following resolutions by written consent (this "Consent"):

**RATIFICATION OF SOLE INCORPORATOR ACTION**

**RESOLVED,** that the Action by Written Consent of the Sole Incorporator, dated as of even date herewith, appointing the Corporation's initial directors be, and it hereby is, ratified, approved and confirmed in all respects; and

**RESOLVED FURTHER,** that the actions taken by the sole incorporator of the Corporation on and prior to the date hereof, for the purposes of (i) organizing and incorporating the Corporation, (ii) naming the initial directors to the Board of Directors of the Corporation, and (iii) resigning as the sole incorporator of the Corporation, be, and each of them hereby is in all respects ratified, approved and confirmed as actions of the Corporation.

**APPOINTMENT OF OFFICERS**

**RESOLVED**, that effective as of the date hereof, the following individual be, and he hereby is, appointed to offices set forth opposite his name, to serve as the sole officer of the Corporation until the earlier of his death, resignation or removal.

| Title | Name |
|---|---|
| James Alexander | President |
| Joe Podulka | Treasurer |
| Daniel Wheeler | Secretary |

**BOARD SIZE**

**RESOLVED,** that the Board of Directors shall be comprised of one director, until such number is changed by resolution of the Board of Directors of the Corporation.

1

**CERTIFICATE OF INCORPORATION**

**RESOLVED,** that the Certificate of Incorporation of the Corporation filed with the Secretary of State of the State of Delaware on March 10, 2020 be, and it hereby is, ratified and adopted.

**ADOPTION OF BYLAWS**

**RESOLVED,** that the Bylaws attached hereto as Exhibit A be, and they hereby are, adopted as the Bylaws of and for this Corporation; and

**RESOLVED FURTHER,** that the Secretary of the Corporation be, and the Secretary hereby is, authorized and directed to execute a Certificate of Adoption of the Bylaws, to insert the Bylaws in the Corporation's Minute Book and to see that a copy of the Bylaws is kept at the Corporation's principal office, as required by law.

**DESIGNATION OF DEPOSITORY**

**RESOLVED,** that the officers of the Corporation be, and each hereby is, authorized:

**(a)**     To designate one or more banks or similar financial institutions as depositories of the funds of the Corporation;

**(b)**     To open, maintain, and close general and special accounts with any such depositories;

**(c)**     To cause to be deposited, from time to time, in such accounts with any such depository, such funds of the Corporation as such officers deems necessary or advisable, and to designate or change the designation of the officer or officers or agent or agents of the Corporation authorized to make such deposits and to endorse checks, drafts, and other instruments for deposit;

**(d)**     To designate, change, or revoke, the designation, from time to time of the officer or officers or agent or agents of the Corporation authorized to sign or countersign checks, drafts, or other orders for the payment of money issued in the name of the Corporation against any funds deposited in any of such accounts;

**(e)**     To authorize the use of facsimile signatures for the signing or countersigning of checks, drafts, or other orders for the payment of money, and to enter into such agreements as banks and similar financial institutions customarily require as a condition for permitting the use of facsimile signatures; and

**(f)**     To make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable and to complete, execute, and certify any customary printed blank signature card forms in order to exercise conveniently the authority granted by this resolution and any resolutions printed on such cards are deemed adopted as a part of this resolution.

**RESOLVED FURTHER,** that all form resolutions required by any such depository be, and they hereby are, adopted in such form used by such depository, and that the officers be, and each hereby is, authorized to certify such resolutions as having been adopted herein and that the officers be, and each hereby is, directed to insert a copy of any such form resolutions in the Minute Book of the Corporation;

**RESOLVED FURTHER,** that any such depository to which a certified copy of these resolutions has been delivered by any officer of the Corporation be, and it hereby is, authorized and entitled to rely upon such resolutions for all purposes until it shall have received written notice of the revocation or amendment of these resolutions adopted by the Board;

**RESOLVED FURTHER,** that the officers of this Corporation be, and hereby are, authorized and directed to establish an account with a bank and to deposit the funds of this Corporation therein;

**RESOLVED FURTHER,** that any officer, employee or agent of this Corporation be, and each hereby is, authorized to endorse checks, drafts or other evidences of indebtedness made payable to this Corporation, but only for the purpose of deposit;

**RESOLVED FURTHER,** that all checks, drafts and other instruments obligating this Corporation to pay money shall be signed on behalf of this Corporation by an officer of the Corporation or as delegated by an officer of the Corporation;

**RESOLVED FURTHER,** that such bank be, and hereby is, authorized to honor and pay any and all checks and drafts of this Corporation signed as provided herein;

**RESOLVED FURTHER,** that the authority hereby conferred shall remain in force until revoked by the Board and until written notice of such revocation shall have been received by such bank; and

**RESOLVED FURTHER,** that the officers of this Corporation be, and each hereby is, authorized to certify as to the continuing authority of these resolutions, the persons authorized to sign on behalf of this Corporation and the adoption of such bank's standard form of resolutions.

## FISCAL YEAR

**RESOLVED,** that the fiscal year of this Corporation shall end on December 31st of each year.

## QUALIFICATION TO DO BUSINESS

**RESOLVED,** that the officers of the Corporation be, and each of them individually hereby is, authorized and directed, for and on behalf of the Corporation, to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as such officer deems necessary or advisable in order to qualify to do business in such states as the officers deem necessary or desirable for the Corporation's business.

DocuSign Envelope ID: DBD89854-D0D1-4D4A-B5B9-55FB6F62F1C8

## MANAGEMENT POWERS

**RESOLVED,** that the officers of the Corporation be, and each of them individually hereby is, authorized to sign and execute in the name and on behalf of the Corporation all applications, contracts, leases and other deeds and documents or instruments in writing of whatsoever nature that may be required in the ordinary course of business of the Corporation and that may be necessary to secure for operation of the corporate affairs, governmental permits and licenses for, and incidental to, the lawful operations of the business of the Corporation, and to do such acts and things as such officers deem necessary or advisable to fulfill such legal requirements as are applicable to the Corporation and its business.

## ADOPTION OF FORM OF COMMON STOCK CERTIFICATES

**RESOLVED,** that the stock certificates representing the Class A Common Stock and the Class B Common Stock of the Corporation be in substantially the form of stock certificates attached hereto as Exhibit B; that each such stock certificate shall bear the name of the Corporation, the number of shares represented thereby, the name of the owner of such shares and the date such shares were issued; and

**RESOLVED FURTHER**, that such stock certificates shall be consecutively numbered beginning with No. 1; shall be issued only when the signature of the President and the Secretary, or other such officers as provided in Section 158 of the DGCL or the Bylaws, are affixed thereto; and that such stock certificates may also bear other wording related to the ownership, issuance and transferability of the shares represented thereby.

## EMPLOYER TAX IDENTIFICATION NUMBER

**RESOLVED,** that the appropriate officer of the Corporation be, and such officer hereby is, authorized and directed to apply to the IRS for an employer's identification number on Form SS-4.

## ISSUANCE OF COMMON STOCK

**RESOLVED,** that the officers of the Corporation be, and each hereby is, authorized and directed, for and on behalf of the Corporation, to sell and issue shares of the common stock (the "Common Stock") of the Corporation to the following individuals (the "Stockholders"), for good and valuable consideration:

| Stockholder | Number of Shares | Class |
|---|---|---|
| Cred LLC | 5,000,000 | Class B |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DocuSign Envelope ID: DBD8985A-D0D1-4D4A-B5B9-55FB6F62F1C8

RESOLVED FURTHER, that upon receipt of full payment for such Common Stock, the appropriate officer of the Corporation will execute and deliver to the Stockholder a stock certificate evidencing his ownership of such shares, and that such shares, when issued as provided herein, shall be fully paid and nonassessable;

RESOLVED FURTHER, that the Common Shares shall be issued in reliance on any applicable exemption from registration provided by the Securities Act of 1933, as amended, and any applicable exemption under applicable state securities laws, and that the officers of the Corporation are authorized and directed, for and on behalf of the Corporation, to execute and file any forms, certificates, notices or other documents that are necessary or appropriate pursuant to federal or state securities laws; and

RESOLVED FURTHER, that the officers of the Corporation be, and each hereby is, authorized and directed, for and on behalf of the Corporation, to take such further action and execute such additional documents as each may deem necessary or appropriate to carry out the purposes of the above resolutions.

RATIFICATION

RESOLVED, that all prior acts done on behalf of this Corporation by the sole incorporator or his agents be, and the same hereby are, ratified and approved as acts of this Corporation; and

RESOLVED FURTHER, that all agreements and documents executed and delivered prior to these resolutions and all actions heretofore taken by any of the officers of the Corporation or their agents are hereby approved, adopted, authorized, ratified and confirmed in all respects as the proper acts and deeds of the Corporation.

INCORPORATION EXPENSES

RESOLVED, that the officers of this Corporation be, and each hereby is, authorized and directed to pay the expenses of the incorporation and organization of this Corporation.

ADDITIONAL FILINGS

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and directed, for and on behalf of the Corporation, to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as such officer deems necessary or advisable in order to obtain such licenses, authorizations and permits as are necessary or desirable, for the Corporation's business, and to fulfill such legal requirements as are applicable to the Corporation and its business and to complete the organization of the Corporation.

GENERAL AUTHORIZING RESOLUTIONS

RESOLVED, that the officers are hereby authorized and directed, in the name and on behalf of the Corporation, to take such further action and execute such documents as they may consider necessary or appropriate for the purposes of effectuating the foregoing resolutions; and

DocuSign Envelope ID: DBD89851-D0D1-4D4A-B5B9-55FB6F62F168

**RESOLVED FURTHER**, that the execution and delivery by the officers of any agreement, instrument, certificate or other document and the taking of any other action in connection with any of the foregoing matters shall evidence such officer's approval thereof and the authority therefor and the approval, adoption, authorization, ratification and confirmation by the undersigned and by the Corporation of such agreement, instrument, certificate, document or action.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of Directors of the Corporation, have executed this Consent to be effective as of March 16, 2020, and hereby direct that this Consent be filed with the minutes of the proceedings of the Corporation's Board of Directors.

**DIRECTORS:**

DocuSigned by:

*James Alexander*

6E984A8E73A643D...

James Alexander

6

DocuSign Envelope ID: DBD89851-D0D1-4D4A-B589-55FB6562F1C8

EXHIBIT A

BYLAWS

EXHIBIT B

FORM OF COMMON STOCK CERTIFICATES