**Exhibit G**

# CONTRIBUTION AGREEMENT

This Contribution Agreement (this "Agreement"), effective as of March 31, 2020, is made by and between Cred Capital, Inc., a Delaware corporation (the "Corporation"), and Lu Hua (the "Contributor"). The Corporation and the Contributor are sometimes individually referred to herein as a "Party" and collectively as the "Parties".

WHEREAS, the Contributor desires to make an initial capital contribution to the Corporation in exchange for an aggregate of 5,000,000 shares of the originally issued Class B Common Stock in the Corporation (the "Shares"), subject to the terms and conditions set forth herein.

WHEREAS, the contribution pursuant to this Agreement is one of several contributions structured and intended to collectively satisfy the requirements of and qualify as non-taxable contributions under Section 351 of the Internal Revenue Code of 1986, as amended (the "Code").

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises and covenants set forth herein, the Parties agree as follows:

1. **Contribution for Shares**. Subject to the terms and conditions of this Agreement, (a) the Contributor hereby contributes for and agrees to purchase, and the Corporation hereby agrees to issue, sell and deliver to the Contributor, the Shares; (b) as full consideration for the Shares, the Contributor shall contribute, convey, assign, transfer and deliver to the Corporation all of the Contributor's right, title and interest in and to the assets set forth on Appendix 1 to Exhibit A attached hereto (the "Assets"), free and clear of any Liens (as defined below); and (c) the Corporation shall receive, acquire and accept the Assets from the Contributor (free and clear of any and all Liens) pursuant to an assignment agreement in the form attached hereto as Exhibit A duly executed by the Contributor; and (c) the Corporation hereby accepts the foregoing assignment of the Assets.

2. **Representations and Warranties of the Contributor**. The Contributor represents and warrants to the Corporation that (a) the Contributor has duly and validly executed and delivered to the Corporation this Agreement, which Agreement constitutes a valid and binding agreement of the Contributor, enforceable against the Contributor in accordance with its terms, except that such enforcement may be subject to bankruptcy, conservatorship, receivership, insolvency, moratorium or similar laws affecting creditors' rights generally and to general principles of equity, (b) the Contributor owns the Assets free and clear of any and all liens, security interests, charges, licenses, covenants, options, claims, restrictions or encumbrances of any kind (collectively "Liens"), and (c) the Shares constitute full consideration for all rights, title or interest that Contributor has or may have in and to the Assets.

3. **Representations and Warranties of the Corporation**. The Corporation represents and warrants to the Contributor as follows:

(a) **Organization, Power and Authority, and Qualification**. The Corporation is a corporation duly incorporated, validly existing and in good standing under the laws of the State of Delaware and has the corporate power and corporate authority to execute and deliver this Agreement and to carry out the transactions contemplated hereby. Upon issuance, the Shares shall be validly issued, fully paid and non-assessable shares of Common Stock of the Corporation.

1

(b)     Binding Obligation.  The Corporation has caused this Agreement to be duly and validly executed on its behalf and delivered to the Contributor and this Agreement constitutes a valid and binding agreement of the Corporation, enforceable against the Corporation in accordance with its terms, except that such enforcement may be subject to bankruptcy, conservatorship, receivership, insolvency, moratorium or similar laws affecting creditors' rights generally and to general principles of equity.

4.     Stock Certificate Restrictions.  All certificates representing Shares subject to this Agreement shall bear a legend in substantially the following form:

> "THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR STATE SECURITIES LAWS AND CANNOT BE OFFERED, SOLD, OR TRANSFERRED IN THE ABSENCE OF REGISTRATION OR EXEMPTION FROM REGISTRATION UNDER THE SECURITIES ACT AND APPLICABLE STATE SECURITIES LAWS AND REGULATIONS PROMULGATED THEREUNDER.  THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE BEEN ACQUIRED BY THE REGISTERED OWNER HEREOF FOR INVESTMENT AND NOT WITH A VIEW TO OR FOR SALE IN CONNECTION WITH ANY DISTRIBUTION THEREOF IN VIOLATION OF THE SECURITIES ACT.  THE SHARES MAY NOT BE SOLD, PLEDGED, TRANSFERRED OR ASSIGNED EXCEPT IN A TRANSACTION WHICH IS EXEMPT UNDER THE PROVISIONS OF THE SECURITIES ACT AND ANY APPLICABLE STATE SECURITIES LAWS, OR PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT OR IN A TRANSACTION OTHERWISE IN COMPLIANCE WITH APPLICABLE FEDERAL AND STATE SECURITIES LAWS."

5.     Miscellaneous Provisions.

(a)     Governing Law.  This Agreement shall be enforced, governed and construed in accordance with the laws of the State of Delaware, but not including the choice of law rules thereof.

(b)     Binding Effect.  All covenants and agreements in this Agreement by or on behalf of any of the Parties shall bind and inure to the benefit of their respective successors and permitted assigns.

(c)     Assignment.  Contributor shall not assign this Agreement, in whole or in part, whether by operation of law or otherwise, without the prior written consent of the Corporation, and any such assignment contrary to the terms hereof shall be null and void and of no force and effect.

(d)     Integration, Amendment and Waiver.  This Agreement constitutes the entire agreement between the Parties with respect to the matters set forth herein and supersedes and renders of no force and effect all prior oral or written agreements, commitments and understandings between the Parties with respect to the matters set forth herein.  Except as otherwise expressly provided in this Agreement, no amendment, modification or discharge of this Agreement, and no waiver hereunder, shall be valid or binding unless set forth in writing and duly executed by each of the Parties.

(e) <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts (including by means of facsimile or PDF), each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

(f) <u>Severability</u>.  If any part of this Agreement shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity or unenforceability only, without in any way affecting the remaining parts of such provision or the remaining provisions of this Agreement.

(g) <u>Headings</u>.  Section headings contained in this Agreement are inserted for convenience of reference only, shall not be deemed to be a part of this Agreement for any purpose, and shall not in any way define or affect the meaning, construction or scope of any of the provisions hereof.

*  *  *  *  *  *  *  *

IN WITNESS WHEREOF, each of the Parties has caused this Agreement to be duly executed as of the date first written above.

**CORPORATION:**

CRED CAPITAL, INC.

By: *James Alexander* (DocuSigned)
Name: [<mark>James</mark>] Alexander
Title:   President and Chief Executive Officer

**CONTRIBUTOR:**

*/-Mah* (DocuSigned)
Lu Hua

[Signature Page to Founder Contribution Agreement]

# EXHIBIT A

### Assignment Agreement

THIS ASSIGNMENT AGREEMENT (this "Assignment Agreement") is made as of March 31, 2020, by and between Lu Hua ("Contributor"), and Cred Capital, Inc., a Delaware corporation ("Corporation"), pursuant to the Contribution Agreement, dated of even date herewith, by and between Corporation and Contributor (the "Contribution Agreement").

WHEREAS, Contributor owns the assets set forth on Appendix 1 attached hereto, (the "Assets"); and

WHEREAS, pursuant to the Contribution Agreement, Contributor shall contribute, convey, assign, transfer and deliver to Corporation, and Corporation shall receive, acquire and accept from Contributor, all of Contributor's right, title and interest in, to and under the Assets, free and clear of all liens, encumbrances and restrictions.

NOW THEREFORE, in consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Contributor hereby contributes, conveys, assigns, transfers and delivers to Corporation, and Corporation receives, acquires and accepts from Contributor, all of Contributor's right, title and interest in and to the Assets.

2. In the event this Assignment Agreement and Contribution Agreement do not, by themselves, operate to effect the legal conveyance of any of the Assets from Contributor to Corporation, then Contributor and Corporation will reasonably cooperate with each other to execute any such reasonably requested documentation for the sole purpose of completing the transfer of title of any of the Assets to Corporation as contemplated by the Contribution Agreement.

3. This Assignment Agreement will inure to the benefit of and bind the respective successors and assigns of the parties hereto.

4. If any provision of this Assignment Agreement is held invalid as a matter of law, such invalidity shall not affect the other provisions of this Assignment Agreement, all of which shall remain in full force and effect.

5. This Assignment Agreement, the Contribution Agreement and the other instruments and agreements referenced herein or therein constitute the entire agreement between Corporation and Contributor with respect to the subject matter hereof. Nothing contained herein shall modify or amend the terms of the Contribution Agreement. Without limiting the generality of the foregoing, nothing contained herein shall relieve or release either Corporation or Contributor from any of their respective covenants, obligations, duties, representations, warranties or indemnities under the Contribution Agreement or any other instrument or agreement to which they are a party or by which they are bound, it being the intention of the parties that such covenants, obligations, duties, representations, warranties and indemnities shall survive the execution and delivery of this Assignment Agreement.

6.  This Assignment Agreement may be executed in any number of counterparts (including by means of facsimile or PDF), each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7.  This Assignment Agreement shall be construed under the laws of the State of Delaware, without regard to its conflict of laws rules. Each party agrees that any judicial proceeding brought to enforce any provision of this Assignment Agreement or to recover damages for the breach of this Assignment Agreement shall be brought exclusively in the state and federal courts located in Delaware, and the parties respectively waive any objections to jurisdiction or venue of any such court.

IN WITNESS WHEREOF, this Assignment Agreement has been duly executed and delivered as of the date first above written.

| **CONTRIBUTOR:** | **CORPORATION:** |
|---|---|
| DocuSigned by: *[signature]* 9C3EBC71A1F7438... Lu Hua | **Cred Capital, Inc.** DocuSigned by: By: *James Alexander* 6E984A8E73A643D... Name: [James Alexander] Its: President and Chief Executive Officer |

A-2

601834384.3

# APPENDIX 1

## ASSETS

300 Bitcoin (BTC)

[Appendix 1 to Contribution Agreement]