# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service, and also served upon the parties listed below by electronic mail.

                                                      */s/ Karen C. Bifferato*
                                                      Karen C. Bifferato (DE 3279)

Geoffrey G. Grivner, Esq.
Buchanan Ingersoll & Rooney PC
Email: geoffrey.grivner@bipc.com

G. Alexander Bongartz, Esq.
Derek Cash, Esq.
James T. Grogan, Esq.
Broocks Wilson, Esq.
Paul Hastings LLP
Email: alexbongartz@paulhastings.com
derekcash@paulhastings.com
jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

Scott D. Cousins, Esq.
Cousins Law, LLC
Email: scott.cousins@cousins-law.com

Avram E. Luft, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email: aviluft@paulhastings.com

Joseph James McMahon, Jr.
United States Department of Justice
Email: joseph.mcmahon@usdoj.gov

John Henry Schanne, II
Office of the United States Trustee
Email: john.schanne@usdoj.gov

David R. Hurst, Esq.
McDermott Will & Emery LLP
Email: dhurst@mwe.com