**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 303** |

**NOTICE OF FILING OF REVISED
PROPOSED SOLICITATION PROCEDURES ORDER**

PLEASE TAKE NOTICE that on December 31, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed Debtors' Motion for Entry of Order (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures [Docket No. 303] (the "Solicitation Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A to the Solicitation Procedures Motion was a draft proposed form of Order approving the Solicitation Procedures Motion (the "Original Proposed Solicitation Procedures Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that in response to certain informal comments raised from the Office of the United States Trustee (the "U.S. Trustee") and counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee"), the Debtors have further revised the Original Proposed Solicitation Procedures Order (the "Revised Proposed Solicitation Procedures Order").  A copy of the Revised Proposed Solicitation Procedures Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Original Proposed Solicitation Procedures Order marked against the Revised Proposed Solicitation Procedures Order is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

Dated: January 21, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:       scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:       jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:       alexbongartz@paulhastings.com
              derekcash@paulhastings.com

*Co-Counsel to the Debtors*