**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**RE: Docket Nos. 303 & 359** |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE
REPLY OF DEBTORS TO OBJECTION OF THE UNITED STATES TRUSTEE TO
THE DEBTORS' MOTION FOR ENTRY OF ORDER: (I) APPROVING, ON AN
INTERIM BASIS, THE DEBTORS' DISCLOSURE STATEMENT; (II) ESTABLISHING
VOTING RECORD DATE; (III) APPROVING SOLICITATION PACKAGES AND
DISTRIBUTION PROCEDURES; (IV) APPROVING FORMS OF BALLOTS AND
ESTABLISHING PROCEDURES FOR VOTING ON JOINT PLAN OF LIQUIDATION;
(V) APPROVING FORMS OF NOTICES TO NON-VOTING CLASSES UNDER PLAN;
(VI) ESTABLISHING VOTING DEADLINE TO ACCEPT OR REJECT PLAN; (VII)
APPROVING PROCEDURES FOR VOTE TABULATIONS; AND (VIII)
ESTABLISHING HEARING DATE FOR FINAL APPROVAL OF DISCLOSURE
STATEMENT AND CONFIRMATION OF JOINT PLAN OF
LIQUIDATION AND RELATED NOTICE AND OBJECTION PROCEDURES**

Upon consideration of the Motion (the "Motion for Leave")[2] of the above-captioned

debtors and debtors in possession (each a "Debtors" and, collectively, the "Debtors"), for entry

of an Order granting the Debtors leave and permission to file and serve reply (the "Reply") to the

United States Trustee's objection (the "Objection") to the *Debtors' Motion for Entry of an*

*Order: (i) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (ii) Establishing*

*Voting Record Date; (iii) Approving Solicitation Packages and Distribution Procedures, (iv)*

*Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

*Liquidation; (v) Approving Forms of Notices to Non-Voting Classes Under the Plan; (vi)*
*Establishing Deadline to Accept or Reject Plan; (vii) Approving Procedures for Vote*
*Tabulations; and (viii) Establishing Hearing Date for Final Approval of Disclosure Statement*
*and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures*
[Docket No. 303] (the "Motion") beyond the deadline set forth in rule 9006-1(d) of the Local
Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the
District of Delaware (the "Local Rules"), all as more fully set forth in the Motion for Leave; and
the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court
having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court
may enter a final order consistent with Article III of the United States Constitution; and this
Court having found that venue of this proceeding and the Motion for Leave in this district is
proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief
requested in the Motion for Leave is in the best interests of the Debtors, their estates, their
creditors, and other parties in interest; and this Court having found that the Debtors' notice of the
Motion for Leave and opportunity for a hearing on the Motion for Leave were appropriate under
the circumstances and no other notice need be provided; and the Court having reviewed the
Motion for Leave; and a hearing having been held, if necessary, to consider the relief requested
in the Motion for Leave (the "Hearing"); and upon the record of the Hearing; and the Court
having determined that the legal and factual bases set forth in the Motion for Leave establish just
cause for the relief granted herein; and it appearing that the relief requested in the Motion for
Leave is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and
upon all of the proceedings had before the Court and after due deliberation and sufficient cause
appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:**

1.      The Motion for Leave is granted to the extent set forth herein.

2.      The Debtors are granted leave and permission to file and serve the Reply, and the Court will consider the Reply.

3.      The Debtors are authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Motion for Leave.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 21st, 2021**
**Wilmington, Delaware**