| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Daniel | Gill | Not party - media for listen only | Bloomberg Law |
| Vince | Sullivan | Law360 | |
| Lisa | Peters | Alex Kratky | Kutak Rock LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Pedro | Jimenez | Cred Inc. | Paul Hastings LLP |
| Leslie | Pappas | Media | Bloomberg Law/ Bloomberg Industry Group |
| Maria | Chutchian | Reuters | Reuters |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |
| Michael | Hammill | Pro per | |
| David | Gay | Ryan Skeers | Carlton Fields, PA |
| Gregg | Steinman | Creditors' Committee | |
| Uday | Gorrepati | N/A | |
| MARK | PFEIFFER | James Alexander | Buchanan Ingersol |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee | U.S. Dept. of Justice -- Office of the U.S. Trustee |
| Scott | Cousins | Cred Inc | Cousins Law LLC |
| Scott | Shelley | Cred Inc. | Paul Hastings LLP |
| Broocks | Wilson | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner for Cred Inc. | Brown Rudnick LLP |
| Pablo | Bonjour | Debtor | MACCO |
| Robert | Stark | Robert J. Stark, Examiner for Cred Inc. | Brown Rudnick LLP |
| Kimberly | Brown | UpgradeYa Investments, LLC | LANDIS RATH & COBB LLP |
| John | Schanne | United States Trustee | |

| | | | |
|---|---|---|---|
| Leah | Lerman | United States of America | Department of Justice |
| Michael | Reining | Chapter 11 Examiner | Brown Rudnick |
| Joseph | Sarachek | Philippe Godinea, Krzysztof Majdak | Sarachek Law Firm |
| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |