# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11<br><br>Case No.: 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Requested Hearing Date: February 3, 2021 at 1:00 p.m. (ET)**<br>**Requested Objection Deadline: January 28, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

TO:　(a) the Debtors; (b) the Office of the United States Trustee; (c) the Committee; and (d) any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 21, 2021, UpgradeYa Investments, LLC filed the *Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* (the "Motion").

Responses, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 28, 2021 at 4:00 p.m. (ET) (REQUESTED)**.

At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 28, 2021 (REQUESTED)**.

A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 3, 2021 (REQUESTED)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063943.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 21, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:     (302) 467-4400<br>Facsimile:     (302) 467-4450<br>Email: landis@lrclaw.com<br>            brown@lrclaw.com<br>            pierce@lrclaw.com<br>            jenner@lrclaw.com<br><br>*Counsel to UpgradeYa Investments, LLC* |