## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 20-12836 (JTD)<br><br>Jointly Administered<br><br>**Ref. Nos. 397 & 398** |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE OF MOTION OF UPGRADEYA INVESTMENTS, LLC FOR ENTRY OF AN ORDER AUTHORIZING UPGRADEYA INVESTMENTS, LLC TO (A) FILE UNDER SEAL THE SUPPLEMENTAL BRIEF IN SUPPORT OF THE MOTION OF UPGRADEYA INVESTMENTS, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER BANKRUPTCY CODE SECTION 362 AND ANY SUBSEQUENT PLEADINGS REFERENCING THE CONFIDENTIAL INFORMATION CONTAINED THEREIN AND (B) RULING THAT NO PRIVILEGES HAVE BEEN WAIVED BY FILING THE SUPPLEMENTAL BRIEF OR ANY SUBSEQUENT PLEADINGS RELATED TO THE CONFIDENTIAL INFORMATION DISCLOSED THEREIN**

Upon consideration of the motion of UpgradeYa Investments, LLC ("UpgradeYa"), for entry of an order shortening the time (the "Motion to Shorten") for notice to consider the *Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* (the "Motion to Seal"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063967.}

District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion to Shorten is GRANTED with respect to the Motion to Seal as set forth herein; and it is further

ORDERED that the Motion to Seal shall be heard on February 3, 2021 at 1:00 p.m. (ET); and it is further

ORDERED that Objections to the relief requested in the Motion to Seal, if any, shall be filed by January 28, 2021 at 4:00 p.m. (ET); and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: January 22nd, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE