## <u>EXHIBIT A</u>

**FEE STATEMENTS FOR THE INTERIM FEE PERIOD**
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 29 | December 1–31, 2020 | $140,640.00 (80% of which is $112,512.00) | $1,962.10 |

# COUSINS
## Law

Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE  19803
Telephone: (302) 824-7081

# INVOICE

Date: 01/11/2021
Due On: 02/10/2021

Cred Inc. and Cred (US) LLC
3 East Third Avenue
San Mateo, CA 94401

## 10013-Cred Inc. and Cred (US) LLC

## Chapter 11 Bankruptcy

### For Services Rendered

| Professional | Date | Quantity | Notes | Rate | Total |
|---|---|---|---|---|---|
| SDC | 12/01/2020 | 0.60 | A104 Review/analyze L210 Pleadings: Review and revise draft notice of omnibus hearing notice and order (0.1); email to Joe McMahon regarding second hearing date in December (0.1); finalize for filing CRO motion (0.4) | $750.00 | $450.00 |
| AH | 12/01/2020 | 0.80 | A101 Plan and prepare for B110 Case Administration: Emails with Rob Cavello regarding scheduling omnibus hearing (.3) Conference with Scott regarding same (.2) File Certificate of Counsel regarding Omnibus Hearing Date (.2) Upload Order Regarding Scheduling Omnibus Hearing Date for Judge's Signature (.1) | $150.00 | $120.00 |
| SDC | 12/01/2020 | 0.80 | A106 Communicate (with client) B110 Case Administration: Teleconference with Matt Foster, Alex Bongartz, Mack Wilson, and James Grogan regarding to-do list including response to UpgradeYa's relief from automatic stay, filing schedules and statements, JST discovery/ document demands, response to motion to convert | $750.00 | $600.00 |
| AH | 12/01/2020 | 1.20 | A101 Plan and prepare for B110 Case Administration: Emails with Scott and Co-Counsel | $150.00 | $180.00 |

| | | | Regarding CRO Motion (.5) Review and Revise CRO Motion (.5) File CRO Motion (.2) | | |
|---|---|---|---|---|---|
| SDC | 12/01/2020 | 0.70 | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings: Teleconference with counsel to UpgradeYa's, James Grogan, Alex Bongartz, Mack Wilson and Matt Foster regarding Motion to Lift Stay (0.4); follow-up call with James Grogan, Alex Bongartz, Mack Wilson and Matt Foster regarding same (0.3) | $750.00 | $525.00 |
| AH | 12/01/2020 | 1.90 | A103 Draft/revise L140 Document/File Management: Revise Agenda for Hearing on 12-9-20 | $150.00 | $285.00 |
| SDC | 12/01/2020 | 0.80 | A103 Draft/revise B120 Asset Analysis and Recovery: Draft and prepare for filing Declaration of Service regarding service on various exchanges related to theft or conversation of personal assets | $750.00 | $600.00 |
| SDC | 12/01/2020 | 0.50 | A104 Review/analyze B140 Relief from Stay/ Adequate Protection Proceedings: Review declaration of Daniyal Inamullah in Support of Krzysztof Majdak and Philippe Godineau's Motion for Entry of an Order Pursuant (0.2); emails with James Grogan, Mack WIlson, Matt Foster, Alex Bongartz and Scott Carlton regarding same (0.2); review update email from Matt Foster regarding same (0.1) | $750.00 | $375.00 |
| SDC | 12/01/2020 | 0.10 | A104 Review/analyze L450 Trial and Hearing Attendance: Emails with Joe McMahon regarding January 6th hearing and Feb. omnibus hearing | $750.00 | $75.00 |
| SDC | 12/01/2020 | 0.20 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Emails with Bryant Lin regarding changes to draft confidentiality stipulation reflecting comments from the Committee | $750.00 | $150.00 |
| AH | 12/02/2020 | 0.30 | A103 Draft/revise L140 Document/File Management: File Affidavits of Service for Scott Cousins & Kevin Bader RE Notice of Theft or Conversion of Assets | $150.00 | $45.00 |
| AH | 12/02/2020 | 0.70 | A103 Draft/revise L140 Document/File Management: Update/Revise Agenda for Hearing on 12-9 | $150.00 | $105.00 |
| SDC | 12/02/2020 | 1.50 | A107 Communicate (other outside counsel) L210 Pleadings: Teleconference with James Grogan regarding response deadline to respond to Motion of UpgradeYa for stay relief (0.2); teleconference with Kim Brown (counsel to UpgradeYa) regarding same (0.1); review, revise and finalize objection to motion for relief from stay (1.2) | $750.00 | $1,125.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| SDC | 12/02/2020 | 1.00 | A104 Review/analyze B160 Fee/Employment Applications: Review and revise Cousins Law retention order and supplemental declaration to address U.S. Trustee's preliminary comments (1.0) | $750.00 | $750.00 |
| SDC | 12/02/2020 | 4.90 | A104 Review/analyze L210 Pleadings: Review, revise and finalize for filing response to motion to dismiss, convert or chapter 11 trustee filed by Krzysztof Majdak and Philippe Godinea including Grant Lyon's declaration, Matt Foster's declaration, Pablo Bonjour's declaration and Chris Wu's declaration (2.2); review Maple Partners Joinder to Debtors' Motions to Redact or Withhold Publication of Certain Personal Identification Information and to File under Seal Certain Confidential Information (0.1); emails with James Grogan, Alex Bongartz, Bryant Lin and Scott Carlton regarding deposition of Daniyal Inamullah (0.3); teleconferences (2) with Alex Bongartz, Matt Foster, Dan Schatt, Mark Byars, Joe Podulka, Chris Wu, Pablo Bonjour, Paul Maniscalo regarding same (0.5); review Limited Objection of Thomas Arehart to Bidding Procedures (0.1); review James Alexander's response to motion to dismiss (0.3); review, revise and finalize for filing amended response (0.8); review and finalize subpoena of Inamullah in connection with Krzysztof Majdak and Philippe Godinea motion to dismiss (0.6) | $750.00 | $3,675.00 |
| SDC | 12/02/2020 | 0.10 | A108 Communicate (other external) L250 Other Written Motions and Submissions: Emails with Jeff Waxman regarding tendering order denying emergency motion to compel (0.1) | $750.00 | $75.00 |
| AH | 12/02/2020 | 2.50 | A103 Draft/revise B160 Fee/Employment Applications: Continue Work on Monthly Fee App | $150.00 | $375.00 |
| AH | 12/02/2020 | 0.40 | A105 Communicate (in firm) L140 Document/File Management: Download Recently Filed Documents and Circulate among Scott Cousins and Co-Counsel | $150.00 | $60.00 |
| AH | 12/02/2020 | 0.30 | A103 Draft/revise L140 Document/File Management: Add Recently Filed Documents to Agenda for 12-9-20 | $150.00 | $45.00 |
| AH | 12/02/2020 | 1.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Objections/Responses (0.3); file Response to Motion to Convert to Ch. 7 (0.5); Filing Objection to Stay Relief Motion (0.7) | $150.00 | $225.00 |
| AH | 12/02/2020 | 1.50 | A101 Plan and prepare for L140 Document/File Management: Communicate with Scott Cousins and Co-Counsel regarding Withdrawal of Document and Filing Replacement Response to Motion For Stay Relief (0.2); File Withdrawal of | $150.00 | $225.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Document for Docket 113 (0.7); File Response to Motion for Stay Relief (0.6) | | |
| AH | 12/02/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Notice of Intent (0.2); File Notice of Intent (0.3) | $150.00 | $75.00 |
| SDC | 12/02/2020 | 0.50 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review emails from Pablo Bonjour and Holly Dice (UST Office) regarding Silvergate sweep bank account and Evolve (0.1); teleconference with Alex Bongartz regarding timing for filing of schedules and statements (0.4) | $750.00 | $375.00 |
| SDC | 12/02/2020 | 1.20 | A103 Draft/revise B160 Fee/Employment Applications: Review and respond to Joe McMahon's comments to Maaco retention, Teneo application, and request for additional time to object (0.5); teleconference with Alex Bongartz regarding same (0.3); draft email to Joe McMahon regarding responses to first and second-day motions (0.2); teleconference with James Grogan and Alex Bongartz regarding U.S. Trustee's formation of committee and certification of counsel related to same (0.2) | $750.00 | $900.00 |
| AH | 12/03/2020 | 0.10 | A104 Review/analyze B110 Case Administration: Upload Invoice - Add Expense Entry for DLS service on various exchange providers | $150.00 | $15.00 |
| SDC | 12/03/2020 | 0.10 | A108 Communicate (other external) B120 Asset Analysis and Recovery: Emails with Pedro Jimenez regarding potential preference complaints | $750.00 | $75.00 |
| AH | 12/03/2020 | 1.50 | A101 Plan and prepare for L140 Document/File Management: Update Agenda Letter for 12-9-20 | $150.00 | $225.00 |
| SDC | 12/03/2020 | 0.90 | A104 Review/analyze B130 Asset Disposition: Emails with Fernando Soto (Teneo) regarding population of virtual data room (0.2); review VDR (0.7) | $750.00 | $675.00 |
| AH | 12/03/2020 | 1.50 | A101 Plan and prepare for L140 Document/File Management: Continue Revisions to First Monthly Fee Application | $150.00 | $225.00 |
| SDC | 12/03/2020 | 0.50 | A104 Review/analyze L450 Trial and Hearing Attendance: Review and revise draft agenda for December 9th hearing (0.4); conference with Aran Heining regarding same (0.1) | $750.00 | $375.00 |
| SDC | 12/03/2020 | 1.50 | A104 Review/analyze L210 Pleadings: Review Maple Partners' Joinder to Motions to Redact or Withhold Publication of Certain Personal Identification Information (0.1); review Omnibus Limited Objection of Shiller, Yanagi, King, | $750.00 | $1,125.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Richardson, Calvert, Cowen, Houck, Wiseman, Dixon, Ashurov, Becker, Miyauchi, Vacca, Su, and Schurman To Debtors Motions And Applications (I) To Maintain Bank Accounts, (II) Pay Employee Wages (III) Approve Bidding Procedures, Scheduling An Auction And Sale Hearing And Approving Form And Manner Of Notice Thereof, And Approving Assumption And Assignment Procedures And Form And Manner Of Notice Thereof; And (IV) Approve Retention Applications Of Certain Proposed Debtor Professionals (0.1); review Limited Objection of Thomas Arehart to Bidding Procedures (0.1); review Response of James Alexander to the Motion of Krzysztof Majdak and Phillipe Godineau's seeking dismissal or conversion of case (0.4); review Partial Joinder of Shiller, Yanagi, King, Richardson to Motion of Krzysztof Majdak and Phillipe Godineau's seeking dismissal or conversion of case (0.1); emails with Bryant Lin regarding deposition of Daniyal Inamullah (0.1); review and revise draft Reply in Support of Motion to Seal (0.2); draft motion for leave to file draft reply (0.4) | | |
| SDC | 12/03/2020 | 0.70 | A108 Communicate (other external) B160 Fee/ Employment Applications: Teleconference with Alex Bongartz regarding Planet Hollywood indemnity language for Teneo retention form of order (0.1); pull examples of same in response (0.2); review supplemental declaration of Drew McManigle and revised Maaco retention order (0.3); emails with Alex Bongartz regarding same (0.1) | $750.00 | $525.00 |
| SDC | 12/03/2020 | 0.20 | A104 Review/analyze B120 Asset Analysis and Recovery: Emails with General Counsel for UpHold regarding transfer of UBT | $750.00 | $150.00 |
| SDC | 12/04/2020 | 7.80 | A103 Draft/revise L210 Pleadings: Review, revise and finalize for filing debtors' reply to limited objection of Shillers, Yanagi, King, Richardson, Calvert, Cowen, Houck, Wiseman, Dixon, Ashurov, Becker, Miyauchi, Vacca, Su, and Schurman (0.6); review, revise and finalize for filing debtors' reply to Thomas Arehart limited objection (0.5); emails with Bryant Lin regarding subpoena of Daniyal Inamullah and communications with his counsel (0.6); teleconference with counsel for Shillers, Yanagi and King (Jeff Waxman and David Silver), Matt Foster, James Grogan and Alex Bongartz regarding potential resolution of objection (0.6); teleconference with U.S. Trustee (Joe McMahon and John Schanne), James Grogan and Alex Bongartz regarding comments to second-day pleadings (1.3); teleconference with Bryant Lin regarding Daniyal Inamullah deposition (0.1); review and respond to emails from Bryant Lin | $750.00 | $5,850.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | regarding Inamullah deposition and counsel for deponent (0.3); review reply of Krzysztof Majdak and Philippe Godineau regarding dismissing or converting cases and related notice of witness list (0.3); review U.S. Trustee's Objection to Motion Of The Debtors For Entry Of An Order Authorizing the Debtors To Redact Or Withhold Information (0.2); review UpgradeYa's reply to objection of the Debtors and Supplemental Declaration of Marc Parrish in Support of the Motion for Relief from Stay (0.4); finalize supplemental declaration of Nellwyn Voorhies in support of Retention of Donlin Recano, related order and certification of counsel related to same (0.6); finalize supplemental declaration of Scott Cousins and related order in support of Cousins Law's retention and certification of counsel related to same (0.4); review U.S. Trustee's motion to convert, dismiss or appoint a chapter 11 trustee and related exhibits and related motion to shorten (0.4); teleconference with Grant Lyon and James Grogan regarding same (0.5); review U.S. Trustee's objection to motion to redact (0.2); review and revise draft motion to extend deadline for schedules (0.4); draft motion to shorten notice related to schedules extension motion (0.4.) | | |
| AH | 12/04/2020 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Reply to Arehart Objection and Reply to Omnibus Objections (0.2); Revise Reply to Arehart Objection (0.3); Revise Reply to Omnibus Objection - File Both (0.5) | $150.00 | $150.00 |
| AH | 12/04/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Supplemental Declarations - Revise Declarations - File Supplemental Declarations | $150.00 | $75.00 |
| SDC | 12/04/2020 | 0.40 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Teleconference with James Grogan regarding Committee's selection of counsel (0.2); review emails from Darren Azman and James Grogan regarding committee appointment and teleconference with Debtors and Committee (0.2) | $750.00 | $300.00 |
| SDC | 12/05/2020 | 0.70 | A104 Review/analyze L210 Pleadings: Review and respond to emails from Bryant Lin regarding Inamullah deposition and counsel for deponent (0.3); emails with James Grogan regarding unavailability of Inamullah in connection with motion to dismiss, convert or chapter 11 trustee (0.2); review and respond to various emails from Matt Foster and James Grogan regarding U.S. Trustee Trustee/Examiner/Conversion Motion (0.2) | $750.00 | $525.00 |

01/11/2021

| SDC | 12/05/2020 | 0.60 | A104 Review/analyze B160 Fee/Employment Applications: Review emails from Joe McMahon regarding disclosures related to Paul Hastings' retention application and request for additional disclosures (0.4); review U.S. Trustee's objection to Paul Hastings' retention application (0.2) | $750.00 | $450.00 |
|---|---|---|---|---|---|
| SDC | 12/05/2020 | 0.20 | A104 Review/analyze B210 Business Operations: Review emails from Mike Zuppone, Grant Lyon and James Grogan regarding corporate governance issues | $750.00 | $150.00 |
| SDC | 12/05/2020 | 0.20 | A103 Draft/revise B150 Meetings of and Communications with Creditors: Teleconference with James Grogan regarding the Committee' selection of counsel | $750.00 | $150.00 |
| AH | 12/06/2020 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Update Agenda Letter for 12-9 Hearing | $150.00 | $150.00 |
| AH | 12/06/2020 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Opposition to Alexander Response & Motion for Leave (0.3); File Opposition to Alexander Response & Motion for Leave (0.5); Upload Order Re: Motion for Leave (0.2) | $150.00 | $150.00 |
| SDC | 12/06/2020 | 9.10 | A104 Review/analyze L210 Pleadings: Teleconference with Alex Bongartz regarding status of U.S. Trustee's objections to various motions and next steps (0.4); draft motion to shorten with respect motion to extend deadline for filing schedules and statements (0.4); draft motion for leave to file reply to U.S. Trustee's objections to motion to seal (0.5); review and revise draft reply of Debtors to motion to seal creditors list (0.5); review and respond to various comments from Joe McMahon and John Schanne regarding Teneo and Macco retention applications and bidding procedures (0.9); teleconference with Alex Bongartz regarding same (0.2); review and revise language to address U.S. Trustee's concerns related to Insurance Policies and Employment Wage Motion (0.4); teleconference with James Grogan and Alex Bongartz regarding December 9th hearing and matters going forward (0.7); review U.S. Trustee's markup of the ordinary course professionals' order and related declarations (0.2); teleconference with Alex Bongartz regarding U.S. Trustee's changes to ordinary course professionals order (0.4); review, revise and response to multiple emails to Joe McMahon regarding status of changes to various first-day and second-day orders (0.9); teleconference with James and Alex regarding same (0.4); review and revise draft objection to | $750.00 | $6,825.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | U.S. Trustee's motion for a chapter 11 trustee, examiner or conversion (0.7); teleconference with Alex Bongartz regarding same (0.2); revise, revise and finalize for filing Debtors' Response to Alexander (0.5); draft motion to shorten with respect to Debtors' Response to Alexander (0.4); review and respond to emails from Bryant Lin regarding Inamullah deposition and counsel for deponent (0.3); draft certification of counsel related to Donlin's retention, insurance policy motion and Cousins Law's retention (0.6); draft certificate of no objection to motion to reject various leases (0.2); teleconference with Alex Bongartz regarding LBA loans from Token Loan Program in wages order (0.2); draft email to Joe McMahon regarding same (0.1) | | |
| SDC | 12/06/2020 | 1.80 | A104 Review/analyze L450 Trial and Hearing Attendance: Review and revise draft notice of agenda for December 9 omnibus hearing (1.3); conference with Aran Heining regarding same (0.2); emails with Grant Lyon, Chris Wu, Pablo Bonjour and Matt Foster regarding availability for Dec. 9th hearing (0.3) | $750.00 | $1,350.00 |
| SDC | 12/06/2020 | 0.10 | A103 Draft/revise B150 Meetings of and Communications with Creditors: Review and respond to emails from Darren Azman, Tim Walsh and James Grogan regarding call with Committee counsel and hearing on December 9 | $750.00 | $75.00 |
| SDC | 12/07/2020 | 4.20 | A104 Review/analyze L450 Trial and Hearing Attendance: Review email from Joe McMahon regarding availability of Dan Schatt for trial testimony (0.1); conferences with Aran Heining regarding revisions to agenda letter (0.2); teleconferences (3) with Alex Bongartz regarding changes to today's agenda letter (0.6); review and finalize draft agenda letter for Dec. 9th hearing (1.7); emails with Courtroom Deputy regarding U.S. Trustee's motion to convert scheduled for December 9 (0.1); review and respond to emails related to deposition of Daniyal Inamullah (0.3); teleconference with Joe McMahon regarding Dec. 9th hearing and trial testimony of Dan Schatt (0.2); draft email to James Grogan, Alex Bongartz and Mack Wilson regarding same (0.2); teleconferences (4) with James Grogan regarding same (0.6); review emails regarding deposition of Marc Parrish of UpgradeYa (0.2) | $750.00 | $3,150.00 |
| AH | 12/07/2020 | 1.00 | A105 Communicate (in firm) L140 Document/File Management: Update Agenda Letter (0.8); Teleconference with Scott Cousins and Alex Bongartz regarding same (0.2) | $150.00 | $150.00 |
| SDC | 12/07/2020 | 0.50 | A104 Review/analyze B170 Fee/Employment | $750.00 | $375.00 |

| | | | Objections: Review emails from Joe McMahon with comments related to Paul Hastings' retention application (0.2); teleconference with James Grogan, Joe McMahon and Mike Zuppone regarding same (0.3) | | |
|---|---|---|---|---|---|
| AH | 12/07/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Agenda for 12/9 - File Agenda of Matters for 12/9 | $150.00 | $75.00 |
| AH | 12/07/2020 | 2.00 | A101 Plan and prepare for B110 Case Administration: Emails with Co-Counsel regarding Registration of Witnesses for Court Call - Emails with Witnesses regarding Registration for Court Call - Register (4) Witnesses on Court Call for Hearing on Wednesday (12/9) | $150.00 | $300.00 |
| SDC | 12/07/2020 | 0.50 | A104 Review/analyze B170 Fee/Employment Objections: Review Joe McMahon's proposed changes to Macco retention application (0.1); teleconference with Alex Bongartz regarding same (0.2); teleconference with James Grogan regarding U.S. Trustee's objection to Paul Hastings' retention application (0.2) | $750.00 | $375.00 |
| SDC | 12/07/2020 | 0.20 | A104 Review/analyze B120 Asset Analysis and Recovery: Review and respond to emails related to removal of the state court litigation against Alexander | $750.00 | $150.00 |
| SDC | 12/08/2020 | 2.10 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Teleconference with James Grogan and Michael Zuppone regarding conversation with committee regarding next steps (0.3); review and respond to email from Darren Azman regarding follow-up items and hearing on December 9 (0.1); review and response to various emails from Darren Azman and James Grogan regarding committee requests for information (0.3); draft email to Committee counsel regarding the resolution of the U.S. Trustee's objections to various first-day pleadings (motion to reject leases) and second-day pleadings (Donlin's retention, insurance policy motion and Cousins Law's retention) (0.1); review and reply to Darren Azman's response (0.1); teleconference with Jeff Waxman regarding matters going forward on December 9 (0.1); review and respond to emails with James Grogan, Alex Bongartz and Mack Wilson regarding same (0.1); review and respond to various emails with James Grogan regarding potential to Committee regarding stipulation as to causes of action (0.1); teleconference with James Grogan regarding same (0.3); draft email to James Grogan, Alex Bongartz, Mack Wilson and Chris Wu regarding selection of Committee financial advisor (0.2); review and respond to emails from | $750.00 | $1,575.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | James Grogan to Joe McMahon and Darren Azman regarding the resignation of Dan Schatt and termination of Joe Podulka (0.3); respond to email from Gregg Steinman regarding status of various matters going forward on December 9 (0.1) | | |
| AH | 12/08/2020 | 0.50 | A103 Draft/revise L140 Document/File Management: Update Agenda Letter for 12/9/20 - Cancelled | $150.00 | $75.00 |
| AH | 12/08/2020 | 1.10 | A101 Plan and prepare for L140 Document/File Management: Emails with Counsel regarding Certification of Counsel (0.4); File Certification of Counsel (0.4) Upload Order (0.3) | $150.00 | $165.00 |
| SDC | 12/08/2020 | 5.40 | A104 Review/analyze L450 Trial and Hearing Attendance: Teleconference with James Grogan regarding matters going forward on December 9 (0.2); review and respond to emails related to Inamullah deposition and Parrish deposition (0.3); review letter from the Committee to Judge Dorsey requesting an adjournment of the December 9, 2020 (0.1); review and respond to emails regarding adjournment of motions to dismiss/convert (1.1); draft, revise and circulate certification of counsel with respect to motion to adjourn the December 9th hearing (1.2); emails with various parties in interest regarding comments to same (0.8); prepare and file the certification of counsel and related exhibits (0.5); review and finalize draft amended agenda letter for filing (0.2); teleconference with James Grogan regarding availability of Dan Schatt for deposition in connection with the U.S. Trustee's motion to convert (0.2); emails with Clay Athey (counsel to Dan Schatt) regarding same (0.1); review and respond to emails from Robert Cavello regarding tomorrow's hearing and related amended agenda letter (0.2); emails with counsel for Maple Partners regarding adjournment of tomorrow's hearing (0.1); teleconference with James Grogan regarding availability of Dan Schatt for deposition (0.3); teleconference with Joe McMahon regarding revised certification of counsel (0.1) | $750.00 | $4,050.00 |
| SDC | 12/08/2020 | 0.80 | A104 Review/analyze L210 Pleadings: Review and revise ordinary course professional order, Macco retention order, interim comp. order and revised insurance policy order to reflect comments from the U.S. Trustee | $750.00 | $600.00 |
| AH | 12/09/2020 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Notice of Adjournment (0.2); file Notice of Adjournment (0.3); Emails with Scott Cousins regarding Amended Agenda of Matters (0.3); File Amended Agenda of | $150.00 | $150.00 |

01/11/2021

| | | | Matters (0.2) | | |
|---|---|---|---|---|---|
| AH | 12/09/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Update Critical Dates Memo (0.3) Calendar Important Upcoming Dates for Scott Cousins (0.2) | $150.00 | $75.00 |
| SDC | 12/09/2020 | 1.20 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review committee's requests for documents (0.4); emails with Alex Bongartz, James Grogan, Scott Carlton, Pedro Jimenez, and Mike Zuppone regarding discovery demands by the Committee (0.3); compile notices and letters sent to various exchanges in response to Committee's request (0.4); review committee's notice of deposition of Marc Parrish (0.1) | $750.00 | $900.00 |
| SDC | 12/09/2020 | 1.20 | A104 Review/analyze L450 Trial and Hearing Attendance: Finalize certification of counsel and prepared for filing with the Court related to adjournment of Dec. 9th hearing (0.4); finalize amended agenda letter for filing with the Court (0.2); teleconference with Joe McMahon regarding Rule 30(b)(6) witness deposition and service of notice of continued hearing (0.1); review U.S. Trustee's Request for Production of Documents Directed to Debtors (0.2); review and respond to emails with James Grogan regarding objection to discovery requests (0.3) | $750.00 | $900.00 |
| SDC | 12/09/2020 | 2.40 | A104 Review/analyze B120 Asset Analysis and Recovery: Teleconferences (2) with Avi Luft regarding standing and colorable claims under Delaware law (1.5); review related pleadings regarding committee standing (0.3); teleconferences (2) with Matt Foster regarding UPT (0.3); teleconference with James Grogan regarding settlement with Committee regarding standing (0.3) | $750.00 | $1,800.00 |
| SDC | 12/09/2020 | 3.10 | A104 Review/analyze L210 Pleadings: Review, revise and finalize for filing Amended Motion to extend deadline to file schedules and statements of financial affairs and related motion to shorten (2.7); teleconferences (3) with Alex Bongartz regarding same (0.4) | $750.00 | $2,325.00 |
| AH | 12/10/2020 | 1.00 | A101 Plan and prepare for B110 Case Administration: Emails with Scott Cousins regarding Amended Motion to Extend Deadline for Schedules & Statements (0.4); File Amended Motion w Exhibits - Upload Order for Signature (0.6) | $150.00 | $150.00 |
| AH | 12/10/2020 | 0.10 | A108 Communicate (other external) B110 Case Administration: Email Rob Cavello regarding | $150.00 | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Revised Order for Adjournment of 12/9 Hearing | | |
| SDC | 12/10/2020 | 4.10 | A104 Review/analyze L450 Trial and Hearing Attendance: Teleconference with James Grogan, Avi Luft, and Pedro Jimenez regarding standing issues associated with Committee proposal (0.5); teleconference with James Grogan, Scott Carlton, Michael Zuppone, Matt Foster, Pablo Bonjour, Paul Maniscalco, Scott Wiley, Avi Luft, Bryant Lin and Grant Lyon regarding responses to US Trustee discovery (0.5); teleconferenced with Joe McMahon, John Schanne and Avi Luft regarding production of documents (0.8); review and respond to emails related to discovery requests and production (2.3) | $750.00 | $3,075.00 |
| SDC | 12/10/2020 | 1.00 | A104 Review/analyze B120 Asset Analysis and Recovery: Teleconference with James Grogan, Avi Luft, and Pedro Jimenez regarding standing with respect to various causes of action (0.5); teleconference with Avi Luft regarding call with U.S. Trustee regarding document production (0.2); emails with counsel for UpHold regarding stipulation resolving setoff claims and defenses (0.2); review letter from Coinbase regarding November 25 request (0.1) | $750.00 | $750.00 |
| SDC | 12/10/2020 | 0.40 | A104 Review/analyze L210 Pleadings: Review and revise order on adjournment to reflect the Sonoran Capital application | $750.00 | $300.00 |
| SDC | 12/10/2020 | 0.10 | A104 Review/analyze B230 Financing/Cash Collections: Emails with Chris Wu regarding potential DIP financing sources | $750.00 | $75.00 |
| SDC | 12/10/2020 | 0.30 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review, revise and response to draft email regarding potential settlement structure with the committee | $750.00 | $225.00 |
| AH | 12/11/2020 | 0.10 | A101 Plan and prepare for B110 Case Administration: Emails with Rob Cavello regarding binders for Dec 17 Hearing | $150.00 | $15.00 |
| SDC | 12/11/2020 | 4.40 | A104 Review/analyze L450 Trial and Hearing Attendance: Teleconference with Joe McMahon regarding initial search terms for discovery requests and objections to Teneo, Cash Management, and Sonoran Capital (0.2); teleconference with Avi Luft and Bryant Lin regarding status of document production (0.7); review emails regarding status of production of documents and emails related to U.S. Trustee's discovery requests and processing by LitCon Group (2.6); teleconference with Avi Luft regarding status of document production (0.2); teleconference with Joe McMahon, John Schanne, | $750.00 | $3,300.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Avi Luft and Bryant Lin regarding same (0.6); teleconference with Joe McMahon regarding proposed confidentiality stipulation (0.1) | | |
| SDC | 12/11/2020 | 0.40 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review Nov. 30th letter from counsel to Thomas Arehart regarding return of XRPs (0.1); teleconference with Hollace Cohen regarding Thomas Arehart's claims regarding same (0.2); emails with James Grogan and Alex Bongartz regarding same (0.1) | $750.00 | $300.00 |
| AH | 12/12/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Supplemental Declaration of Drew McManigle (0.2); File Supplemental Declaration of Drew McManigle (0.3) | $150.00 | $75.00 |
| SDC | 12/12/2020 | 4.60 | A104 Review/analyze L450 Trial and Hearing Attendance: Continue to review and respond to emails regarding status of production of documents and emails related to U.S. Trustee's discovery requests and processing by LitCon Group (2.1); review example proposed confidentiality agreement and stipulation and send to Avi Luft and Bryant Lin (0.1); draft proposed confidentiality agreement and stipulation for U.S. Trustee (2.4) | $750.00 | $3,450.00 |
| SDC | 12/12/2020 | 0.80 | A103 Draft/revise B160 Fee/Employment Applications: Review, revise and finalize for filing the supplemental Maaco declaration of Drew McManigle (0.2); teleconference with Alex Bongartz regarding same (0.1); emails with Alex Bongartz regarding same (0.1); review, revise and finalize for filing the supplemental Teneo declaration for Chris Wu (0.2); email to Joe McMahon regarding Teneo's supplemental disclosure (0.2) | $750.00 | $600.00 |
| SDC | 12/13/2020 | 5.10 | A104 Review/analyze L450 Trial and Hearing Attendance: Review emails from counsel for UpHold (Michael Sabella), Tim Walsh and Jorian Rose regarding production of UpHold confidential information (0.4); continue to review and respond to emails regarding status of production of various documents and emails related to U.S. Trustee's discovery requests and processing by LitCon Group (3.8); teleconference with James Grogan, Scott Carlton, Austin Prouty, Pedro Jimenez, Avi Luft and Bryant Lin regarding discovery responses and next steps (0.8); teleconference with Joe McMahon regarding production timeframe (0.1) | $750.00 | $3,825.00 |
| SDC | 12/13/2020 | 0.30 | A104 Review/analyze B120 Asset Analysis and Recovery: Review notice of removal prepared and filed by Scott Carlson | $750.00 | $225.00 |

01/11/2021

| SDC | 12/13/2020 | 0.50 | A104 Review/analyze B160 Fee/Employment Applications: Review, revise and finalize for filing the supplemental Maaco declaration of Drew McManigle (0.2); emails with Alex Bongartz regarding same (0.1); review, revise and finalize for filing the supplemental Teneo declaration for Chris Wu (0.2) | $750.00 | $375.00 |
|---|---|---|---|---|---|
| AH | 12/14/2020 | 2.00 | A101 Plan and prepare for B110 Case Administration: Draft & Update Agenda of Matters for 12-17 | $150.00 | $300.00 |
| AH | 12/14/2020 | 0.60 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Wu Declaration (.2) - File Wu Declaration (.1) - Emails with Scott Cousins regarding Notice of Service (.2) - File Notice of Service (.1) | $150.00 | $90.00 |
| AH | 12/14/2020 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott regarding Certifications of No Objections and Certifications of Counsel for certain Second Day Motions (.3) - File (4) Four Certifications on ECF and Upload Orders for Signature (.7) | $150.00 | $150.00 |
| AH | 12/14/2020 | 3.00 | A103 Draft/revise B110 Case Administration: Continue to Prepare Agenda Letter for 12-17 | $150.00 | $450.00 |
| AH | 12/14/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Reply to Objection of US Trustee to Motion for Extend Time to File Schedules & Statements - File Reply to Objection of US Trustee to Motion for Extend Time to File Schedules & Statements | $150.00 | $75.00 |
| AH | 12/14/2020 | 0.50 | A103 Draft/revise L140 Document/File Management: Update Agenda with Recently Filed Documents | $150.00 | $75.00 |
| SDC | 12/14/2020 | 2.10 | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Review revised RSA with committee (0.3); participate on Committee call with Debtors' professionals from Paul Hastings (James Grogan), Teneo (Chris Wu and Pierre-Alain Rikkers), and Maaco (Pablo Bonjour, Fernando Soto, Paul Maniscalco and Drew McManigle) (1.8) | $750.00 | $1,575.00 |
| SDC | 12/14/2020 | 6.60 | A104 Review/analyze L450 Trial and Hearing Attendance: Teleconference with Alex Bongartz regarding matters going forward on Thursday (0.3); teleconference with Joe McMahon regarding status of various objection deadlines (0.1); emails with James Grogan, Scott Carlton, Austin Prouty, Alex Bongartz, Pedro Jimenez, Avi Luft and Bryant Lin regarding status of discovery and related production (0.8); draft email to John Schanne | $750.00 | $4,950.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | regarding same (0.1); review and revise draft hearing agenda for Dec. 17th hearing (1.7); review U.S. Trustee's Limited Objection to Amended Motion to Extend Time to File Schedules/ Statements (0.1); review U.S. Trustee's Limited Objection to Bank Accounts/Cash Management Motion (0.1); review, revise and final draft Objection to U.S. Trustee's motion to appoint a chapter 11 trustee (0.8); teleconference with Alex Bongartz regarding same (0.1); review and finalize for filing cross-motion to notice deposition of Marc Parrish (0.2); finalize Pedro Jimenez pro hac vice motion (0.1); teleconference with James Grogan, Austin Prouty, Bryant Lin, and Avi Luft regarding status of document production (0.1); finalize, revise and file reply to U.S. Trustee's objection to sale/ bidding procedures (0.4); review, revise and finalize reply to U.S. Trustee's objection to motion to extend time to file schedules (0.4); second teleconference with James Grogan, Scott Carlton, Austin Prouty, Avi Luft and Bryant Lin regarding status of discovery and related production (1.3) | | |
| SDC | 12/14/2020 | 0.80 | A104 Review/analyze B170 Fee/Employment Objections: Teleconference with John Schanne regarding supplemental Teneo disclosure (0.1); draft email to John regarding same (0.1); teleconference with James Grogan regarding potential resolutions of retention applications (0.3); review supplemental declaration of James Grogan and revised order related to Paul Hastings' revised retention order (0.2); draft email to John Schanne regarding same (0.1) | $750.00 | $600.00 |
| SDC | 12/14/2020 | 0.20 | A107 Communicate (other outside counsel) B160 Fee/Employment Applications: Review and finalize for filing James Grogan's supplemental declaration | $750.00 | $150.00 |
| SDC | 12/14/2020 | 0.10 | A106 Communicate (with client) B110 Case Administration: Teleconference with Scott Wiley regarding payment of Donlin's postpetition invoice | $750.00 | $75.00 |
| AH | 12/15/2020 | 1.00 | A103 Draft/revise L140 Document/File Management: Revise & Update Agenda Letter with Recently Filed Documents (0.8); Email Scott Cousins and Alex Bongartz regarding same (0.2) | $150.00 | $150.00 |
| AH | 12/15/2020 | 0.20 | A103 Draft/revise B110 Case Administration: Emails with Scott Cousins regarding Certification of Counsel RE Ordinary Course Professionals Motion (0.1); File Certification of Counsel (0.1) | $150.00 | $30.00 |
| AH | 12/15/2020 | 3.00 | A101 Plan and prepare for B110 Case Administration: Emails with Scott Cousins and Alex Bongartz regarding COC RE Ordinary Course Professionals Motion (.4) - File COC (.2) - Update Agenda (.2)- Emails with Scott Cousins and Alex | $150.00 | $450.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Bongartz RE COC RE Insurance Motion (.3) - File COC (.2) - Update Agenda - (.1) Emails Regarding COC RE Wages Motion (.3) - File (.1)- Update Agenda (.2)- Emails Regarding Notice of Withdrawal (.1) - File Withdrawal Notice (.1) - Update Agenda (.1) - Emails regarding Notice of Filing of Proposed Final Order RE Wages Motion (.3) - File Notice of Filing of Proposed Final Order RE Wages Motion (.2) - Update Agenda (.2) | | |
| AH | 12/15/2020 | 0.30 | A107 Communicate (other outside counsel) B110 Case Administration: Emails with Jocelyn Kuo and Winnie Wu (Co-Counsel Paraprofessionals) Regarding Zoom information for upcoming hearing on 12/17 | $150.00 | $45.00 |
| AH | 12/15/2020 | 1.00 | A103 Draft/revise B110 Case Administration: Emails with Scott Cousins regarding Reply to US Trustee Objection to Cash Mgmt Motion and Motion for Leave RE Reply to US Trustee Objection (0.3); File Motion for Leave (0.4); Update Agenda Letter (0.3) | $150.00 | $150.00 |
| AH | 12/15/2020 | 3.00 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins Regarding Filing of Reply to US Trustee Objection to Sonoran Retention Motion, Leave to File Motion, and Notice of Filing of Revised Order Regarding MACCO Retention (0.5); File Reply to US Trustee Objection to Sonoran Retention Motion, Leave to File Motion, and Notice of Filing of Revised Order Regarding MACCO Retention (2.0); Update Agenda Letter (0.4); Email Donlin for Service (0.1) | $150.00 | $450.00 |
| AH | 12/15/2020 | 0.50 | A103 Draft/revise L140 Document/File Management: Update Agenda Letter with Docket Nos. 218, 219, 220 | $150.00 | $75.00 |
| SDC | 12/15/2020 | 9.80 | A104 Review/analyze L450 Trial and Hearing Attendance: Finalize for filing agenda letter for December 17th hearing (0.8); teleconference with Alex Bongartz and Aran Heining regarding same (0.4); draft and file certification of counsel related to bar date order (0.3); review email from Joe McMahon regarding status of document production and download issues (0.1); draft and file notice of service related to wages motion and (0.5); teleconference with Avi Luft regarding meet and confer with Joe McMahon (0.1); review and response to emails related to Debtors' document production (1.7); draft and file certification of counsel related to insurance motion (0.4); teleconference with James Grogan regarding potential resolution of various matters scheduled for December 17th hearing (0.3); draft email to Joe McMahon and John Schanne regarding same (0.2); prepare motion for leave to file reply to | $750.00 | $7,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Limited Objection of the U.S. Trustee to cash management motion (0.5); draft and file certification of counsel related to interim compensation (0.4); draft and file certification of counsel related to ordinary course professionals (0.5); teleconferences (2) with Alex Bongartz regarding same (0.2); teleconference with James Grogan and Alex Bongartz regarding trial preparation (0.3); review and draft blackline of changes to confidentiality stipulation with U.S. Trustee (0.6); review emails between the Debtors, the Committee and the U.S. Trustee related to UpgradeYa's document production (0.4); review UpgradeYa's Responses and Objections to the Committee's Request for Production (0.1); teleconference with Joe McMahon, John Schanne, Tim Walsh, Darren Azman, James Grogan, Alex Bongartz, Scott Carlton (0.8); prepare motion for leave to file reply to U.S. Trustee's objection to Sonoran's retention (0.4); draft notice of filing Macco of proposed retention order (0.6); teleconference with Alex Bongartz regarding the Sonoran and Macco pleadings (0.2) | | |
| SDC | 12/15/2020 | 0.90 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review draft derivative standing stipulation (0.1); emails with Avi Luft and James Grogan regarding same (0.2); teleconference with Tim Walsh, Darren Azman, James Grogan, Avi Luft and Pedro Jimenez regarding trial preparation (0.6) | $750.00 | $675.00 |
| SDC | 12/16/2020 | 0.10 | A108 Communicate (other external) B120 Asset Analysis and Recovery: Teleconference with counsel for Coinbase regarding November 25 Notice of Theft or Conversation demand | $750.00 | $75.00 |
| AH | 12/16/2020 | 0.60 | A101 Plan and prepare for B110 Case Administration: Register Witnesses for Court Call Appearances | $150.00 | $90.00 |
| AH | 12/16/2020 | 0.70 | A103 Draft/revise L140 Document/File Management: Emails with Scott Cousins re: Notice of Filing of Revised Proposed Order (Sonoran) (0.1); File Notice and Update Agenda Letter (0.3); Update Agenda Letter with UST Notice of Intent to Call Witnesses (0.3) | $150.00 | $105.00 |
| AH | 12/16/2020 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Update Agenda Letter with UpgradeYa Reply to Objection of Creditor Committee and UpgradeYa's Notice of Intent to Call Witnesses | $150.00 | $45.00 |
| AH | 12/16/2020 | 0.80 | A101 Plan and prepare for B110 Case Administration: Emails with Scott Cousins regarding Notice of Filing of Revise Order re Bid | $150.00 | $120.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Procedures Motion (0.1); File notice (0.2); Emails with Scott Cousins regarding Notice of Filing of Revised Order RE Teneo Motion (0.1); File Notice (0.2); Update Agenda Letter (0.2) | | |
| AH | 12/16/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins RE Agenda of Matters for Hearing on 12/17 - Finalize Agenda of Matters - File Agenda of Matters | $150.00 | $75.00 |
| AH | 12/16/2020 | 0.20 | A101 Plan and prepare for B110 Case Administration: Send calendar Invite for Witnesses to Provide CourtCall Information and Zoom Link for Hearing on 12/17 | $150.00 | $30.00 |
| AH | 12/16/2020 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott Cousins regarding Second Supplemental Declaration of James Grogan (0.1); File Second Supplemental Declaration of James Grogan (0.2) | $150.00 | $45.00 |
| SDC | 12/16/2020 | 0.50 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review final draft of Derivative Standing Stipulation with Committee (0.1); emails with Darren Azman regarding form of Committee confidentiality stipulation (0.2); teleconference with James Grogan regarding same (0.2) | $750.00 | $375.00 |
| SDC | 12/16/2020 | 0.30 | A104 Review/analyze B170 Fee/Employment Objections: Review emails between James Grogan and Joe McMahon regarding additional Paul Hastings disclosures | $750.00 | $225.00 |
| SDC | 12/16/2020 | 0.10 | A103 Draft/revise B160 Fee/Employment Applications: Emails with Paul Maniscalco regarding retainer balances for Cousins Law | $750.00 | $75.00 |
| SDC | 12/16/2020 | 16.10 | A104 Review/analyze L450 Trial and Hearing Attendance: Review and finalize for filing revised Exhibit A to Sonoran order (0.4); teleconference with Alex Bongartz regarding same (0.3); review UpgradeYa's Reply to the Objection of the Official Committee of Unsecured Creditors and Notice of Intent to Offer Witness Testimony (0.2); teleconferences (2) with Alex Bongartz regarding trial exhibits for tomorrow's hearing (0.6); prepare for this afternoon's prep session for tomorrow's hearing including review of various pleadings, witnesses to testify and exhibit lists (0.8); emails with Joe McMahon regarding counsel for Dan Schatt (0.2); review, revise and finalize for filing notice of revised bidding procedures (0.4); review document production from UpgradeYa (0.3); further revisions to confidentiality stipulation and order (0.1); emails with James Grogan, Darren Azman and Joe McMahon regarding same (0.5); | $750.00 | $12,075.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | teleconference with counsel for Dan Schatt regarding the matter going forward at tomorrow's hearing (0.2); follow-up emails with counsel for Dan Schatt regarding same and stipulation as to unavailability of witness (0.5); teleconference with Alex Bongartz regarding agenda items going forward tomorrow (0.3); review document production related to Mokredit transactions (0.3); draft email to Teneo regarding Matthew Shapiro disclosures (0.2); send email to Joe McMahon regarding Teneo/Matthew Shapiro disclosure (0.1); teleconference with James Grogan and Alex Bongartz regarding Teneo/Matthew Shapiro disclosure and conduct of tomorrow's trial (0.2); teleconference regarding trial prep along with Grant Lyon, Drew M, Alex Bongartz, Pablo Bonjour, Chris Wu, James Grogan, Matt Foster (1.2); teleconferences (2) with Alex Bongartz regarding request for additional hearing in December for bar-date motion (0.4); draft email to Matt Foster regarding UpHold status (0.1); prepare for tomorrow hearing including further review of pleadings and preparation for statements (3.6); draft portions of hearing testimony (0.6); teleconference with Alex Bongartz regarding outline of hearing for tomorrow (0.1); teleconference with Bryant Lin regarding providing documents for tomorrow's trial (0.2); teleconferences (3) with Joe McMahon regarding documents to be produced at tomorrow's hearing (0.5); emails related to collection of documents to be used at tomorrow's hearing and process for sending them to the Courtroom Deputy (3.4); review and respond to emails related to designation of trial transcripts after hearing (0.3); teleconference with James Grogan, Bryant Lin and Scott Carlton regarding same (0.4) | | |
| AH | 12/17/2020 | 0.50 | A101 Plan and prepare for B110 Case Administration: Register Witnesses on CourtCall for hearing on 12/18 | $150.00 | $75.00 |
| AH | 12/17/2020 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Update and File Third Agenda of Matters for hearing on 12/18 | $150.00 | $75.00 |
| SDC | 12/17/2020 | 8.80 | A104 Review/analyze L450 Trial and Hearing Attendance: Continue hearing prep for today's hearing including matters to be presented (1.2); review Daniel Schatt's Motion To Quash Subpoena (0.1); review and finalize second amended agenda for this morning's hearing (0.1); conference with Aran Heining regarding same (0.1); emails with counsel for U.S. Trustee, UpgradeYa Investments, the Committee, and the Paul Hastings team regarding trial exhibits for today's hearing (0.5); teleconference with Alex Bongartz regarding same | $750.00 | $6,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | (0.1); coordinate assembly of trial exhibits with various parties and the Courtroom Deputy (1.8); teleconference with Austin Prouty regarding same (0.1); attend today's trial on motions to dismiss (3.6); teleconference with Alex Bongartz regarding adjourned hearing issues (0.1); teleconference with James Grogan regarding trial-prep for tomorrow's hearing (0.4); review and revise amended agenda for continued December 18th hearing (0.2); teleconference with James Grogan, Avi Luft, Pedro Jimenez and Alex Bongartz regarding tomorrow's hearing (0.5) | | |
| SDC | 12/18/2020 | 6.40 | A104 Review/analyze L450 Trial and Hearing Attendance: Continue hearing prepare for today's hearing including matters to be presented (0.8); attend today's trial on motions to dismiss (4.5); teleconferences (3) with Alex Bongartz regarding submission of orders following this afternoon's hearing (0.4); teleconference with James Grogan and Alex Bongartz regarding this afternoon's hearing and related issues (0.3); teleconference with James Grogan regarding examiner appointment (0.4) | $750.00 | $4,800.00 |
| SDC | 12/18/2020 | 0.30 | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Teleconference with counsel for Thomas Arehart regarding various claims | $750.00 | $225.00 |
| SDC | 12/19/2020 | 2.80 | A103 Draft/revise L450 Trial and Hearing Attendance: Draft, review, revise and finalize certifications of counsel regarding: cash management order (0.4); employee wage order (0.4); schedules extension order (0.4); MACCO retention order (0.3); Teneo retention order (0.3); bidding procedures order (0.3); Sealing order (0.4); and Soronan Capital retention (0.3) | $750.00 | $2,100.00 |
| SDC | 12/20/2020 | 0.90 | A104 Review/analyze L450 Trial and Hearing Attendance: Review, revise and finalize certification of counsel for Sonoran retention application (0.4); review, revise and finalize certification of counsel for amended bar date motion (0.5) | $750.00 | $675.00 |
| SDC | 12/20/2020 | 2.20 | A104 Review/analyze B120 Asset Analysis and Recovery: Review and revise draft recoupment/ setup stipulation with Uphold (0.8); began drafting motion for approval of same (1.2); emails with Matt Foster regarding comments to same (0.2) | $750.00 | $1,650.00 |
| AH | 12/21/2020 | 1.20 | A110 Manage data/files L140 Document/File Management: File COC's regarding First and Second Day Motions (0.8); Upload Orders for signature (0.4) | $150.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| AH | 12/21/2020 | 0.50 | A108 Communicate (other external) B110 Case Administration: Emails and Teleconference with Judicial Assistant regarding replacement/ additions of/to Orders previously uploaded and signed by the Court | $150.00 | $75.00 |
| AH | 12/21/2020 | 0.50 | A110 Manage data/files L140 Document/File Management: File COC for Bar Date Motion and Sonoran Retention & Upload Orders for Signature | $150.00 | $75.00 |
| AH | 12/21/2020 | 0.30 | A110 Manage data/files L140 Document/File Management: File Notice of Filing Regarding Revised Interim Comp Order (0.2); Upload Revised Order for Signature (0.1) | $150.00 | $45.00 |
| AH | 12/21/2020 | 0.30 | A108 Communicate (other external) B110 Case Administration: Teleconference with Judicial Assistant regarding Orders uploaded on 12/18 and 12/21 | $150.00 | $45.00 |
| AH | 12/21/2020 | 0.40 | A103 Draft/revise L140 Document/File Management: Draft Notice of Withdrawal - File Notice of withdrawal (0.2); file Correct COC for Cash Management (0.2) | $150.00 | $60.00 |
| AH | 12/21/2020 | 0.50 | A110 Manage data/files B110 Case Administration: Emails with Scott Cousins regarding Monthly Operating Report and COS (0.1); File Monthly Operating Report and COS (0.4) | $150.00 | $75.00 |
| SDC | 12/21/2020 | 4.60 | A104 Review/analyze L450 Trial and Hearing Attendance: Review, revise and finalize certification of counsel for Macco application (0.8); review, revise and finalize certification of counsel for Sonoran Capital retention as CRO (0.5); review, revise and finalize bidding procedures certification of counsel (0.7); review, revise and finalize interim comp certification of counsel (0.4); review, revise and finalize ordinary course professionals certification of counsel and related schedules (0.7); review, revise and finalize bar date orders, attachments and certification of counsel (0.5); teleconferences (3) with Alex Bongartz regarding same (0.5); teleconference with Laura from Judge Dorsey's chambers regarding revisions to Macco retention order (0.1); draft revised notice of filing related to same (0.4) | $750.00 | $3,450.00 |
| SDC | 12/21/2020 | 0.90 | A104 Review/analyze B120 Asset Analysis and Recovery: Teleconference with Matt Foster regarding Uphold setoff/recoupment stipulation, appointment of examiner and monthly operating reports (0.2); review and revise Committee's markup of Uphold setoff/recoupment stipulation (0.7) | $750.00 | $675.00 |
| SDC | 12/21/2020 | 0.80 | A104 Review/analyze B150 Meetings of and | $750.00 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Communications with Creditors: Review and finalize for filing initial operating report and first monthly operating report (0.4); draft certificate of service related to same (0.1); teleconference with Frank Cottrell and Paul Maniscalco regarding same (0.1); emails with Frank Cottrell, Paul Maniscalco and Matt Foster regarding same (0.2) | | |
| SDC | 12/21/2020 | 1.00 | A104 Review/analyze B110 Case Administration: Teleconference with James Grogan regarding examiner candidates (0.3); teleconference with Joe McMahon, John Schanne, Tim Walsh, Darren Azaman and James Grogan regarding potential examiner candidates (0.4); review and revise draft certificate of counsel and related order appointing examiner (0.3) | $750.00 | $750.00 |
| SDC | 12/22/2020 | 0.80 | A108 Communicate (other external) B150 Meetings of and Communications with Creditors: Teleconference with Alex Bongartz and Darren Azman regarding timing of filing related to Plan Support Agreement (0.3); teleconference with Tim Walsh, Darren Azman, James Grogan and Alex Bongartz regarding potential financing, revisions to examiner order and related issues (0.4); phone call to and email with Joe McMahon regarding same (0.1) | $750.00 | $600.00 |
| SDC | 12/22/2020 | 2.30 | A103 Draft/revise B120 Asset Analysis and Recovery: Emails with Matt Foster regarding Uphold stipulation status and motion to approve same (0.2); teleconference with Avi Luft regarding hearing on Alexander motion set for Jan. 6th (0.2); emails with Avi Luft regarding transfer of Alexander state-court action from California to Delaware and related service of summons on Alexander (0.1); emails with Avi Luft and Pedro Jimenez regarding potential adjournment of Alexander motion to dismiss (0.2); continue drafting motion to approve Uphold stipulation (1.5); emails with Avi Luft regarding transfer of Alexander litigation to Delaware (0.1) | $750.00 | $1,725.00 |
| SDC | 12/22/2020 | 1.00 | A104 Review/analyze L210 Pleadings: Review and revise Committee's draft order appointing examiner (0.3); review combined draft of examiner order sent to U.S. Trustee (0.2); emails with James Grogan, Alex Bongartz, Darren Azman and Tim Walsh regarding same (0.5) | $750.00 | $750.00 |
| SDC | 12/22/2020 | 0.10 | A104 Review/analyze B130 Asset Disposition: Review emails related to access to Customer Base Analysis | $750.00 | $75.00 |
| AH | 12/23/2020 | 0.20 | A110 Manage data/files L140 Document/File Management: File Motion to Approve PSA | $150.00 | $30.00 |

01/11/2021

| | | | | | |
|---|---|---|---|---|---|
| SDC | 12/23/2020 | 1.70 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review, revise and finalize for filing Plan Support Agreement motion (1.2); teleconference with Alex Bongartz regarding same (0.1); review and revise draft confidentiality stipulation reflect comments from the Committee (0.3); emails with Bryant Lin regarding same (0.1) | $750.00 | $1,275.00 |
| SDC | 12/23/2020 | 0.40 | A104 Review/analyze L450 Trial and Hearing Attendance: Emails with Courtroom Deputy regarding January 6, 2021 omnibus hearing (0.2); review emails between Committee and UpgradeYa regarding adjournment of hearing on UpgradeYa's motion for relief from automatic stay (0.2) | $750.00 | $300.00 |
| SDC | 12/23/2020 | 0.60 | A107 Communicate (other outside counsel) B170 Fee/Employment Objections: Teleconference with James Grogan regarding entry of retention orders (0.1); emails with David Hurst regarding MWE retention application and service of application through Donlin (0.3) review MWE retention application (0.2) | $750.00 | $450.00 |
| SDC | 12/23/2020 | 3.70 | A104 Review/analyze B120 Asset Analysis and Recovery: Review and respond to emails with Darren Azman and Avi Luft regarding objection to Alexander's motion to dismiss Cred, Inc. case (0.2); revise draft motion seeking approval of Stipulation with Uphold to counsel for Uphold and the Committee and circulate for comments (2.7); teleconference with Jorian Rose regarding comments to Uphold stipulation (0.3); teleconference with Jorian Rose, Michael Sabella, and Darren Azman regarding same (0.3); review and respond to emails related to Alexander motion to dismiss and coordination with the Committee related to same (0.2) | $750.00 | $2,775.00 |
| SDC | 12/23/2020 | 1.80 | A104 Review/analyze L210 Pleadings: Review and respond to various emails regarding changes to draft examiner order (0.8); review further changes to draft examiner order (0.5); teleconference with Joe McMahon, John Schanne, Derrick Azman and James Grogan regarding same (0.3); follow-up call with James Grogan regarding outcome of call (0.1); review further changes to examiner order (0.1) | $750.00 | $1,350.00 |
| SDC | 12/28/2020 | 0.60 | A104 Review/analyze B120 Asset Analysis and Recovery: Teleconference with Darren Azman and Greg Steinman regarding Uphold stipulation (0.3); teleconference with Matt Foster regarding same and update regarding committee-related issues (0.3) | $750.00 | $450.00 |
| SDC | 12/29/2020 | 0.30 | A104 Review/analyze L450 Trial and Hearing | $750.00 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Attendance: Teleconference with Alex Bongartz regarding status of confidentiality stipulation with the Committee (0.1); teleconference with Bryant Lin and Alex Bongartz regarding same (0.2) | | |
| SDC | 12/29/2020 | 3.20 | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and revise draft solicitation procedures for combined disclosure statement and plan (1.2); teleconferences (2) with Alex Bongartz regarding same (0.2); review and revise draft plan of liquidation (1.7); teleconference with Alex Bongartz regarding same (0.1) | $750.00 | $2,400.00 |
| SDC | 12/29/2020 | 0.40 | A104 Review/analyze L320 Document Production: Review and blackline changes to confidentiality stipulation with Committee and U.S. Trustee (0.3); draft email to U.S. Trustee and Committee counsel regarding same (0.1) | $750.00 | $300.00 |
| AH | 12/30/2020 | 1.00 | A103 Draft/revise B110 Case Administration: Draft Agenda of Matters for Hearing on 1/6/21 | $150.00 | $150.00 |
| AH | 12/30/2020 | 0.30 | A110 Manage data/files L140 Document/File Management: File Response to Motion of James Alexander to Dismiss Cred Capital, Inc. Case | $150.00 | $45.00 |
| AH | 12/30/2020 | 0.40 | A110 Manage data/files L140 Document/File Management: Update Agenda Letter with Recently filed Documents | $150.00 | $60.00 |
| SDC | 12/30/2020 | 0.90 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Emails with Joe McMahon regarding deadline for objection to PSA motion (0.2); emails with Avi Luft and James Grogan regarding stipulation with Committee for derivative standing, changes thereto and approval thereof (0.7) | $750.00 | $675.00 |
| SDC | 12/30/2020 | 0.20 | A104 Review/analyze L450 Trial and Hearing Attendance: Emails with Chambers regarding hearing on interim approval of Disclosure Statement (0.1); emails with Alex Gongartz regarding same (0.1) | $750.00 | $150.00 |
| SDC | 12/30/2020 | 2.60 | A103 Draft/revise L210 Pleadings: Review, revise and finalize for filing draft objection to Alexander's motion to dismiss (2.3); teleconference with Alex Bongartz regarding same (0.1); review Committee's joinder to Debtors' objection (0.1); emails with David Hurst regarding service of the same (0.1) | $750.00 | $1,950.00 |
| SDC | 12/30/2020 | 0.10 | A104 Review/analyze B110 Case Administration: Review and finalize pro hac vice motion for Pedro Jimenez | $750.00 | $75.00 |

| AH | 12/31/2020 | 0.20 | A110 Manage data/files L140 Document/File Management: File Motion to Reject Executory Contracts | $150.00 | $30.00 |
|---|---|---|---|---|---|
| AH | 12/31/2020 | 0.30 | A110 Manage data/files L140 Document/File Management: File Ch. 11 Combined Liquidating Plan & Disclosure Statement | $150.00 | $45.00 |
| SDC | 12/31/2020 | 2.90 | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Review changes, revise draft and finalize for filing combined chapter 11 plan and disclosure statement (1.3); review, revise and finalize for filing solicitation procedures motion and related exhibits (1.6) | $750.00 | $2,175.00 |
| SDC | 12/31/2020 | 3.10 | A104 Review/analyze B150 Meetings of and Communications with Creditors: Teleconference with Matt Foster regarding plan process and Committee discussions (0.3); draft notice of tendering of order approving stipulation with committee seeking derivative standing with respect to causes of action against various targets (1.9); emails with James Grogan and Avi Luft regarding same (0.2); draft and respond to email from Darren Azman and MWE regarding same (0.2); review U.S. Trustee's objection to approval of the PSA (0.1); teleconference with Alex Bongartz regarding filing of budget (Exh. B to PSA) (0.1); draft notice of filing of budget (0.2); emails with Tim Walsh and Alex Bongartz regarding same (0.1) | $750.00 | $2,325.00 |
| SDC | 12/31/2020 | 0.80 | A104 Review/analyze B120 Asset Analysis and Recovery: Review and revise motion to approve stipulation for setoff with Uphold following the Committee's comments (0.5); emails with counsel for the Committee and Uphold regarding same (0.2); emails with counsel to Uphold and the Committee regarding same (0.1) | $750.00 | $600.00 |
| SDC | 12/31/2020 | 1.70 | A103 Draft/revise B185 Assumption/Rejection of Leases and Contracts: Review, revise draft and finalize for filing First Omnibus Rejection Motion with respect to various executory contracts (1.2); coordinate with Aran Heining regarding service of motion (0.2); review Uphold contracts slated for rejection (0.2); emails with Matt Foster regarding Uphold contracts (0.1) | $750.00 | $1,275.00 |

**Services Subtotal**     **$140,640.00**

## Expenses

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|

01/11/2021

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 12/01/2020 | AH | Filing Fee: Filing Fee | 1.00 | $350.00 | $350.00 |
| Expense | 12/02/2020 | AH | E116 Trial transcripts: Transcript from Hearing on 11/10/20 | 1.00 | $73.20 | $73.20 |
| Expense | 12/03/2020 | AH | DLS Service Expense | 1.00 | $128.85 | $128.85 |
| Expense | 12/15/2020 | AH | E116 Trial transcripts: Reliable Transcript Expense | 1.00 | $30.00 | $30.00 |
| Expense | 12/22/2020 | AH | E102 Outside printing: See Invoice | 1.00 | $42.25 | $42.25 |
| Expense | 12/30/2020 | AH | Reliable Company Services: Hearing Transcript 12/17 & 12/18 | 1.00 | $364.80 | $364.80 |
| Expense | 12/30/2020 | AH | Pedro A. Jimenez - Pro Hac Admission Fee | 1.00 | $25.00 | $25.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Grant Lyon for Hearing held on 11/10/20 | 1.00 | $15.75 | $15.75 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Pablo Bonjour for hearing held on 11/10/20 | 1.00 | $21.00 | $21.00 |
| Expense | 12/31/2020 | AH | Court Call Fees re Joe Podulka for hearing held on 11/10/20 | 1.00 | $21.00 | $21.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Drew McManigle for hearing held on 11/10/20 | 1.00 | $26.25 | $26.25 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Foster for hearing on 12/17/20 | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - McManigle for hearing held on 12/17/20 | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Wu for hearing held on 12/17/20 | 1.00 | $85.50 | $85.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Bonjour for hearing held on 12/18/20 | 1.00 | $111.75 | $111.75 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee for Scott Cousins for hearing held on 12/18/20 | 1.00 | $106.50 | $106.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Forster for hearing held on 12/18/20 | 1.00 | $106.50 | $106.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - McManigle for hearing held on 12/18/20 | 1.00 | $75.00 | $75.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Wu for hearing held on 12/18/20 | 1.00 | $90.75 | $90.75 |

**Expenses Subtotal**     **$1,962.10**

01/11/2021

| | Subtotal | $142,602.10 |
|---|---|---|
| | **Total** | **$142,602.10** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28 | 02/07/2021 | $73,634.25 | $0.00 | $73,634.25 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 29 | 02/10/2021 | $142,602.10 | $0.00 | $142,602.10 |

| | **Outstanding Balance** | **$216,236.35** |
|---|---|---|
| | **Total Amount Outstanding** | **$216,236.35** |

Please make all amounts payable to: Cousins Law LLC

Initials for Attorney Scott D. Cousins - SDC
Initials for Paralegal Aran Heining - AH