# EXHIBIT B

## ACTUAL AND NECESSARY EXPENSES FOR THE INTERIM FEE PERIOD
(attached)

| Expense Category | Amount |
|---|---|
| Filing Fees | $375.00 |
| Trial Transcripts | $468.00 |
| Court Call Fees: Court Call Fees For Scott Cousins, Pablo Bonjour, Grant Lyon, Christopher Wu, Matthew Foster | $948.00 |
| Service Expenses | $171.00 |
| **Total** | **$1962.10** |

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|------|------|--------------|-------|----------|------|-------|

01/11/2021

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 12/01/2020 | AH | Filing Fee: Filing Fee | 1.00 | $350.00 | $350.00 |
| Expense | 12/02/2020 | AH | E116 Trial transcripts: Transcript from Hearing on 11/10/20 | 1.00 | $73.20 | $73.20 |
| Expense | 12/03/2020 | AH | DLS Service Expense | 1.00 | $128.85 | $128.85 |
| Expense | 12/15/2020 | AH | E116 Trial transcripts: Reliable Transcript Expense | 1.00 | $30.00 | $30.00 |
| Expense | 12/22/2020 | AH | E102 Outside printing: See Invoice | 1.00 | $42.25 | $42.25 |
| Expense | 12/30/2020 | AH | Reliable Company Services: Hearing Transcript 12/17 & 12/18 | 1.00 | $364.80 | $364.80 |
| Expense | 12/30/2020 | AH | Pedro A. Jimenez - Pro Hac Admission Fee | 1.00 | $25.00 | $25.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Grant Lyon for Hearing held on 11/10/20 | 1.00 | $15.75 | $15.75 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Pablo Bonjour for hearing held on 11/10/20 | 1.00 | $21.00 | $21.00 |
| Expense | 12/31/2020 | AH | Court Call Fees re Joe Podulka for hearing held on 11/10/20 | 1.00 | $21.00 | $21.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee re: Drew McManigle for hearing held on 11/10/20 | 1.00 | $26.25 | $26.25 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Foster for hearing on 12/17/20 | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - McManigle for hearing held on 12/17/20 | 1.00 | $96.00 | $96.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Wu for hearing held on 12/17/20 | 1.00 | $85.50 | $85.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Bonjour for hearing held on 12/18/20 | 1.00 | $111.75 | $111.75 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fee for Scott Cousins for hearing held on 12/18/20 | 1.00 | $106.50 | $106.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Forster for hearing held on 12/18/20 | 1.00 | $106.50 | $106.50 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - McManigle for hearing held on 12/18/20 | 1.00 | $75.00 | $75.00 |
| Expense | 12/31/2020 | AH | Court Call Fees: Court Call Fees - Wu for hearing held on 12/18/20 | 1.00 | $90.75 | $90.75 |
| | | | | **Expenses Subtotal** | | **$1,962.10** |