# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | Ref. Nos. 397 & 398 |

## CERTIFICATE OF SERVICE

    I, Nicolas E. Jenner, Esquire hereby certify that on January 21, 2021, a true and correct copy of the *Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* [D.I. 397] and *Motion to Shorten Time for Notice of Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* [D.I. 398] were caused to be served on the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063958.}

attached service list via CM/ECF, Electronic Mail and/or First-Class Mail.

| | |
|---|---|
| Dated:  January 22, 2021<br>          Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: jenner@lrclaw.com<br><br>*Counsel to UpgradeYa Investments, LLC* |

{1311.001-W0063958.}

Cred Inc., et al.

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Email | Party Function |
|---|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | | GOVT. AGENCY |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | 1201 NORTH MARKET ST.,14TH FLOOR | | WILMINGTON | DE | 19801-1147 | JLYONS@BAKERLAW.COM | COUNSEL FOR UPHOLD INC |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | JROSE@BAKERLAW.COM;MSABELLA@BAKERLAW.COM | COUNSEL FOR UPHOLD INC |
| BILLION LAW | MARK M BILLION,ESQ | 1073 S GOVERNOR AVE | | DOVER | DE | 19904 | MARKBILLION@BILLIONLAW.COM | COUNSEL FOR DANIYAL INAMULLAH |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | 55 SECOND ST.,17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | COUNSEL FOR ORACLE AMERICA INC |
| BUCHANAN INGERSOLL & ROONEY PC | GEOFFREY G GRIVNER,ESQ | 919 N MARKET ST.,STE 990 | | WILMINGTON | DE | 19801 | GEOFFREY.GRIVNER@BIPC.COM | COUNSEL FOR JAMES ALEXANDER |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | MIAMI | FL | 33136-4118 | DGAY@CARLTONFIELDS.COM | COUNSEL FOR RYAN SKEERS |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE, SUITE 301 | WILMINGTON | DE | 19803 | SCOTT.COUSINS@COUSINS-LAW.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| CRED INC. | ATTN: PRESIDENT/CEO | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | | DEBTOR |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS, PO BOX 173 | RD TOWN | TORTOLA | | VG1110, BRITISH VIRGIN ISLANDS | KEVIN@DCP.CAPITAL | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| | | | | | | | | TOP 30 UNSECURED CREDITOR |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US | GOVT. AGENCY |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | CHRISTINA.ROJAS@DELAWARE.GOV | GOVT. AGENCY |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US | GOVT. AGENCY |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | | GOVT. AGENCY |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | ROAD TOWN TORTOLA | BRITISH VIF | | LINDSAY@DCP.CAPITAL | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| | | | | | | | | TOP 30 UNSECURED CREDITOR |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | 222 DELAWARE AVE.,STE 1410 | | WILMINGTON | DE | 19801-1621 | PATRICK.JACKSON@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | 600 E 96TH ST.,STE 600 | | INDIANAPOLIS | IN | 46240 | DUSTIN.DENEAL@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS |
| FISHERBROYLES LLP | CARL D NEFF,ESQ | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE STE 301 | WILMINGTON | DE | 19803 | CARL.NEFF@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | 445 PARK AVE | | NEW YORK | NY | 10022 | HOLLACE.COHEN@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | | GOVT. AGENCY |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | 1201 N ORANGE ST.,STE 300 | | WILMINGTON | DE | 19801 | MBUSENKELL@GSBBLAW.COM; ABROWN@GSBBLAW.COM | COUNSEL FOR RYAN SKEERS |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | GOVT. AGENCY |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | SFREEMAN@JSTCAP.COM | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | 1309 COFFEEN AVE STE 1200 | | SHERIDAN | WY | 82801 | MAPLEPARTNERSLLC@GMAIL.COM | |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN | 340 MADISON AVE | | NEW YORK | NY | 10173-1922 | TWWALSH@MWE.COM;DAZMAN@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST.,4TH FLOOR | WILMINGTON | DE | 19801 | DHURST@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | JOSEPH.MCMAHON@USDOJ.GOV;JOHN.SCHANNE@USDOJ.GOV | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | JAMESGROGAN@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | MACKWILSON@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | NEW YORK | NY | 10166 | ALEXBONGARTZ@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | NEW YORK | NY | 10166 | DEREKCASH@PAULHASTINGS.COM | PROPOSED COUNSEL FOR THE DEBTORS |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | MARK.MINUTI@SAUL.COM | COUNSEL FOR MAPLE PARTNERS LLC |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR |
| UPHOLD, INC | JP THIERIOT | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | JP.THIERIOT@UPHOLD.COM | TOP 30 UNSECURED CREDITOR |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY & ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV | GOVT. AGENCY |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | | GOVT. AGENCY |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR;MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| BROWN RUDNICK LLP | Andrew M. Carty & Michael W. Reining | Seven Times Square | | New York | NY | 10036 | ACarty@brownrudnick.com; MReining@brownrudnick.com | Robert J. Stark, the Examiner |
| ASHBY & GEDDES, P.A. | Gregory A. Taylor & Katharina Earle | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19899 | GTaylor@ashbygeddes.com; KEarle@ashbygeddes.com | Robert J. Stark, the Examiner |