# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| February 23, 2021 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 5 Wilmington, Delaware 19801 |
| March 9, 2021 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 5 Wilmington, Delaware 19801 |

Dated: January 25th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.