# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| Debtors.[1] | ) (Jointly Administered) ) ) **Re: Docket No. 416** |

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION REGARDING FIRST OMNIBUS MOTION OF DEBTORS FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS

PLEASE TAKE NOTICE that, on January 26, 2021 the above-captioned debtors (the "**Debtors**") filed the *Certificate of No Objection Regarding First Omnibus Motion of Debtors for Entry of Order Authorizing Debtors to Reject Certain Executory Contracts* [Docket No. 416] (the "**Certificate of No Objection**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Certificate of No Objection without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: January 26, 2021
    Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile:   (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:   (713) 353-3100
Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:   (212) 319-4090
Email:  alexbongartz@paulhastings.com
        derekcash@paulhastings.com

*Co-Counsel to the Debtors*