## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) **Re: Docket No. 415** |

### NOTICE OF FILING OF REVISED EXHIBIT A TO NOTICE OF
### INTENT TO SERVE SUBPOENA UPON JAMES ALEXANDER

PLEASE TAKE NOTICE that on January 25, 2021 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Notice of Intent to Serve Subpoena Upon James Alexander [Docket No. 415] (the "Alexander Subpoena") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that attached to the Alexander Subpoena as Exhibit A were certain requests of the Debtors made in connection with the Alexander Subpoena (the "Original Exhibit A").

PLEASE TAKE FURTHER NOTICE that the Debtors have revised the Original Exhibit A to the Alexander Subpoena in the form attached hereto as **Exhibit 1** (the "Revised Exhibit A").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the form of the Original Exhibit A marked against the Revised Exhibit A is attached hereto as **Exhibit 2**.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: January 26, 2021
      Wilmington, Delaware

/s/ Scott D. Cousins
_____

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    alexbongartz@paulhastings.com
          derekcash@paulhastings.com

*Co-Counsel to the Debtors*