## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        ) ss:
COUNTY OF KINGS     )

I, Roderick Wong, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 22nd day of January, 2021, DRC, acting under my supervision, caused to be served the *Notice Of: (I) Interim Approval of Disclosure Statement; (II) Establishment of Voting Record Date; (III) Procedures and Deadline for Voting on Plan; and (IV) Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Related Procedures for Objections* (Docket 411), to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of January, 2021, Brooklyn, New York.

By         *Roderick Wong*
                  Roderick Wong

Sworn before me this
26th day of January, 2021

*Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

# EXHIBIT 1

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

---

000071P001-1467S-048
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
GTAYLOR@ASHBYGEDDES.COM

000068P001-1467S-048
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
MSABELLA@BAKERLAW.COM

000069P001-1467S-048
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000036P001-1467S-048
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000060P001-1467S-048
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000059P001-1467S-048
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

---

000071P001-1467S-048
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
KEARLE@ASHBYGEDDES.COM

000066P001-1467S-048
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

000057P001-1467S-048
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

000014P001-1467S-048
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000055P001-1467S-048
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000065P001-1467S-048
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

---

000067P001-1467S-048
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

000070P001-1467S-048
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
ACARTY@BROWNRUDNICK.COM

000064P001-1467S-048
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

000008P001-1467S-048
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000056P001-1467S-048
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000065P001-1467S-048
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

---

000068P001-1467S-048
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM

000070P001-1467S-048
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
MREINING@BROWNRUDNICK.COM

000018P001-1467S-048
COUSINS LAW LLC
SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301 WILMINGTON DE
19803
SCOTT.COUSINS@COUSINS-LAW.COM

000004P001-1467S-048
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000058P001-1467S-048
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000004P001-1467S-048
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/22/2021 06:42:35 PM

| | | | |
|---|---|---|---|
| 000061P001-1467S-048<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-048<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-048<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-048<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM |
| 000024P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000041P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-048<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/22/2021 06:42:35 PM

000046P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-048
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-048
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-048
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-048
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-048
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-048
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-048
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-048
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed : **62**

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-048
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000006P001-1467S-048
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-048
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-048
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-048
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-048
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-048
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-048
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000012P001-1467S-048
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-048
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed : **10**