IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al*., | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 305** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014,
AND LOCAL RULE 2014-1, AUTHORIZING AND APPROVING THE
EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 7, 2020**

The undersigned, counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On January 4, 2021, the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 7, 2020* [Docket No. 305] (the "Application") was filed with the Court.

2. Pursuant to the Notice of Application, objections to the Application were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. on January 25, 2021 (as extended, the "Objection Deadline"). The Objection Deadline was extended

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

through and including January 26, 2021 for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

3. The Objection Deadline has passed, and no objections to the Application appear on the docket or were served upon undersigned counsel. However, the U.S. Trustee informally raised concerns regarding the Application (the "Informal Objections").

4. The Debtors and the U.S. Trustee have negotiated in good faith to resolve the Informal Objections, which objections have been resolved through revisions to the proposed form of order approving the Application (the "Revised Order"). Moreover, the Committee and Dundon Advisers LLC have represented to the U.S. Trustee that there is no engagement agreement or letter and, by extension, there are no engagement terms which are not contained in the Application. The U.S. Trustee has reviewed and does not object to the entry of the Revised Order, which order is attached hereto as **Exhibit A**. A blackline version of the Revised Order reflecting all changes from the form of order submitted with the Application is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

5.      Accordingly, the Committee respectfully requests that the Court enter the Revised Order at the convenience of the Court.

Dated: Wilmington, Delaware
          January 27, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*