EXHIBIT A

<u>Revised Order</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CRED INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Related to Docket No. 305** |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 7, 2020**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order authorizing the Committee to employ and retain Dundon Advisers LLC ("Dundon Advisors") as its financial advisors *nunc pro tunc* to December 7, 2020; and upon consideration of the declaration of Matthew Dundon in support of the Application (the "Dundon Declaration"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court being satisfied, based on the representations made in the Application

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

and the Dundon Declaration, that Dundon Advisers does not represent or hold any interest adverse to the Debtors or their estates concerning the matters upon which Dundon Advisers has been and is to be employed, and that Dundon Advisers is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and the Court having found that the employment and retention of Dundon Advisers is necessary and in the best interest of the Committee; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application is granted to the extent set forth herein.

2. In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and retain Dundon Advisers as its financial advisor, *nunc pro tunc* to December 7, 2020, on the terms and conditions set forth in the Application and the Dundon Declaration.

3. Dundon Advisers shall apply for compensation in accordance with sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. Notwithstanding anything to the contrary in the Application, Dundon Advisers shall not receive payment from the Debtors' estates for any fees or costs arising from the defense of any of Dundon Advisers' fee applications in these Chapter 11 Cases.

5. The Committee and Dundon Advisers are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.