**Schedule 1**

**Rejected Contracts**

| Debtor | Counterparty | Street Address | City | State/Country | Zip | Contract |
|---|---|---|---|---|---|---|
| Cred Inc. | 100 Acre Cred Opportunities Fund Ltd. | 650 California Street, Ste 05-128 | San Francisco | CA | 94108-0000 | Enterprise Subscription Agreement |
| Cred Inc. | 10Clouds sp. z.o.o | Finlandzka 10, 03-903 | Warsaw | Poland | | Development Agreement |
| Cred Inc. | Accusource, Inc. | 1181 California Ave Suite 240 | Corona | CA | 92881-7298 | Agreement |
| Cred Inc. | AScaleX | 2445 Augustine Dr. Suite 150 | Santa Clara | CA | 95054-0000 | Sales and Marketing Agreement |
| Cred Inc. | Bethany DeLude | | | | | Employment Contract |
| Cred Inc. | Brook Furniture Rental | 100 N. Field Drive Suite 220 | Lake Forest | IL | 60045 | Lease Agreement |
| Cred Inc. | Calendly LLC | 271 17th St NW Suite 1000 | Atlanta | GA | 30363=6201 | Software Subscription Agreement |
| Cred Inc. | Contract Wrangler, Inc. | 922 S. Claremont St. | San Mateo | CA | 94402-0000 | Master Services Agreement |
| Cred Inc. | Decentral Media Inc. a/k/a Cryptobriefin | 954 Lexington Ave Suite 1070 | New York | NY | 10021 | Agreement |
| Cred Inc. | Developing the Next Leaders | 5 Whispering Pine Drive, Ste 101 | Westborough | MA | 01581-0000 | Consulting Agreement |
| Cred Inc. | Domagoj Zdilar | | | | | Consulting Agreement |
| Cred Inc. | First Associates / Vervent | 10182 Telesis Ct Suite 300 | San Diego | CA | 92121 | Agreement |
| Cred Inc. | Illumant, LLC | 431 Florence Street, Suite 210 | Palo Alto | CA | 94301-0000 | Third-party Security Assessment and Training Agreement |
| Cred Inc. | InboundJunction | Menaheim Begin 20, 3rd Floor | Il Ramat, Gan, Tel Aviv | Israel 5270005 | | Software Subscription Agreement |
| Cred Inc. | KnowBe4 | 33 N Garden Avenue, Suite 1200 | Clearwater | FL | 33755-0000 | Agreement |
| Cred Inc. | LinkedIn | 1000 W. Maude Avenue | Sunnyvale | CA | 94085-0000 | Subscription Agreement for Corporate Recruiter |
| Cred Inc. | LinkedIn | 1000 W. Maude Avenue | Sunnyvale | CA | 94085-0000 | Sales Navigation |
| Cred Inc. | Maitri Kotak | Apt #2, 16 Hitchcock Rd | Worcester | MA | 01603-0000 | Consulting Agreement |
| Cred Inc. | PMB Solutions | 11 Sommerset Circle | Greenwood Village | CO | 80111 | Contract |
| Cred Inc. | Productboard | 612 Howard Street, 4th Floor | San Francisco | CA | 94105 | Software Subscription Agreement |
| Cred Inc. | Spectrum | 60 Columbus Circle | New York | NY | 10023 | Internet Service Agreement |
| Cred Inc. | Sprout Social Inc. | 131 S Dearborn St Suite 700 | Chicago | IL | 60603 | Agreement |
| Cred Inc. | Stericycle d/b/a Shred It | 350 Hatch Drive | San Mateo | CA | 94404-0000 | Service Agreement |
| Cred Inc. | Trulioo Information Systems | 1200 - 1055 West Hastings St | Vancouver, BC | Canada V6E 2E9 | | Software Subscription Agreement |
| Cred Inc. | Uphold HQ, Inc. | 900 Larkspur Landing Cir, Suite 209 | Larkspur | CA | 94939-0000 | Master Service Agreement dated 7/13/2020, including terms per subsequent Scope of Work 3, as Provider, and Debtor Cred Inc fdba Libra Credit LLC, as Client. |
| Cred Inc. | Uphold HQ, Inc. | 900 Larkspur Landing Cir, Suite 209 | Larkspur | CA | 94939-0000 | Master Service Agreement dated 7/13/2020, including terms per subsequent Scope of Work 4, as Provider, and Debtor Cred Inc fdba Libra Credit LLC, as Client. |
| Cred (US) LLC | Adam Bobrowski | Flat F, 8 Floor Glamour Court | Discovery Bay, Lantau Island | Hong Kong | | Consulting Agreement |
| Cred (US) LLC | Airbitz dba Edge | 311 4th Ave. #413 | San Diego | CA | 92101-0000 | Platform Agreement |
| Cred (US) LLC | First Ledger Corp aka Bitbuy | 341-110 Cumberland St. | Toronto, ON | Canada M5R 35V | | Referral and Platform Agreement |
| Cred (US) LLC | Saint Bitts LLC | 858 Zenway Blvd. | Frigate Bay | Saint Kitts | | Platform Agreement for bitcoins |
| Cred (US) LLC | Transform Group International Attn Michael Terpin | 157 Calle de la Luna | San Juan | PR | 00901-0000 | Consulting Agreement |