IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>              Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>Related to Doc. No. 270<br><br>Hearing Date: February 3, 2021 at 1:00 p.m.<br><br>Obj. Deadline: January 27, 2021 at 5:00 p.m. |

**OBJECTION OF JAMES ALEXANDER TO
DEBTORS' MOTION FOR SALE OF PROPERTY
FREE AND CLEAR OF LIENS UNDER SECTION 363(F)**

    James Alexander ("Alexander") objects to the sale of any assets of Cred Capital, Inc. ("Cred Capital") and to the sale of any equity interest in Cred Capital.

**OBJECTION**

    1.    Alexander is the sole rightful director of debtor Cred Capital, which is the debtor at case 20-12838.

    2.    Alexander objects to the sale of any assets of Cred Capital because the Cred Capital Case was filed without valid corporate authorization and those persons purporting to act on behalf of Cred Capital lack authority to sell its assets.

    3.    Alexander also objects to the sale of any equity interest in Cred Capital. The Debtors' shares of stock were not properly authorized by Cred Capital and do not provide the holder of the shares with any ownership interest in Cred Capital.

WHEREFORE, Alexander respectfully requests that the Cred Capital case be dismissed.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: January 27, 2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>            Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>Hearing Date: February 3, 2021 at 1:00 p.m.<br><br>Obj. Deadline: January 27, 2021 at 5:00 p.m. |

### CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 27th day of January, 2021, I caused a copy of the foregoing Objection Of James Alexander To Debtors' Motion For Sale Of Property Free And Clear Of Liens Under Section 363(F) to be served upon interested parties as indicated on the attached service list.

                                                      Respectfully submitted,

                                                      **BUCHANAN INGERSOLL & ROONEY PC**

                                                      */s/ Geoffrey G. Grivner*
                                                      Geoffrey G. Grivner (#4711)
                                                      919 North Market Street, Suite 990
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 552-4200
                                                      Facsimile: (302) 552-4295
                                                      Email: geoffrey.grivner@bipc.com

                                                      *Attorneys for James Alexander*

Dated: January 27, 2021

**Via overnight mail:**

CRED INC.
ATTN: President/CEO
3 East Third Avenue, Suite 200
San Mateo, CA 94401

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia. PA 19104-5016

United States Attorney for the District of Delaware
Charles Oberly
Ellen Slights
1313 North Market St
Wilmington, DE 19801

**Via ECF and/or electronic mail:**

Paul Hastings LLP
600 Travis Street, Fifty-Eighth Floor
Houston, TX, 77002
Attn: James T. Grogan, Esq., Mack Wilson, Esq.,
Alexander Bongartz, Esq., and Derek Cash, Esq.
Proposed counsel for the Debtors
jamesgrogan@paulhastings.com,
mackwilson@paulhastings.com,
alexbongartz@paulhastings.com,
derekcash@paulhastings.com

Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Attn: Scott D. Cousins
Proposed counsel for the Debtors
scott.cousins@cousinslaw.com,

Office of the United States Trustee
844 N. King St #2207

2

Wilmington, DE 19801
Attn: Joseph McMahon and John Schanne
joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov

Proposed counsel to the Committee
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Attn. Timothy Walsh and Darren Azman
twwalsh@mwe.com
 dazman@mwe.com

and

McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Attn. David Hurst
dhurst@mwe.com