# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 281, 376** |

## CERTIFICATE OF NO OBJECTION REGARDING PROPOSED SCOPE, WORK PLAN, AND BUDGET FOR INVESTIGATION, PREPARED AND SUBMITTED BY ROBERT J. STARK, AS EXAMINER

I, Gregory A. Taylor, a member of the law firm Ashby & Geddes, P.A., proposed counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner"), hereby certify the following:

1.  On January 20, 2021, the Examiner filed the *Notice of Filing of Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, Examiner* [D.I. 376] (the "Proposed Work Plan and Budget") as required pursuant to the *Order Denying In Part, and Granting In Part, the Trustee/Examiner Motions* [D.I. 281] (the "Examiner Order").

2.  Pursuant to the Examiner Order, responses, if any, to the Proposed Work Plan and Budget were to be filed with the Court and served upon undersigned counsel within "seven (7) days' notice," which was January 27, 2021 at 4:00 p.m. (prevailing Eastern Time). See Examiner Order ¶ 14.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01656039;v1 }

3. As of the date hereof, undersigned counsel have not been served with any objections or responses to the Proposed Work Plan and Budget. A review of the Court's docket indicates that, as of this date, no responses or objections to the Proposed Work Plan and Budget have been filed.

WHEREFORE, the Examiner respectfully requests that the Proposed Order attached to the Proposed Work Plan and Budget as **Exhibit B** be entered at the Court's earliest convenience.

Dated: January 28, 2021

        **ASHBY & GEDDES, P.A.**

        */s/ Gregory A. Taylor*
        Gregory A. Taylor (DE Bar No. 4008)
        Katharina Earle (DE Bar No. 6348)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        Tel: (302) 654-1888
        Email: gtaylor@ashbygeddes.com
                kearle@ashbygeddes.com

        -and-

        **BROWN RUDNICK LLP**
        Andrew M. Carty (admitted *pro hac vice*)
        Michael W. Reining (admitted *pro hac vice*)
        Seven Times Square
        New York, NY 10036
        Tel: (212) 209-4800
        Email: acarty@brownrudnick.com
                mreining@brownrudnick.com

        *Proposed Counsel to Robert J. Stark,*
        *in his capacity as Chapter 11 Examiner for Debtors*