# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] | Jointly Administered |
| Debtors. | Hearing Date: February 3, 2021 |
| | Related Doc.: 152 |

### REVISED NOTICE OF JAMES ALEXANDER'S INTENTION TO CALL WITNESSES FOR FEBRUARY 3, 2021 HEARING

James Alexander ("Alexander"), by and through his undersigned counsel, hereby provides notice of his intention to call witnesses in connection with the hearing in support of his Motion to Dismiss the Cred Capital, Inc. Case (the "Motion") [D.I. 152 ] scheduled for February 3, 2021 at 1:00 p.m. (ET).

### WITNESS LIST

1.  James Alexander. The scope of the testimony may include, but not be limited to, (i) the Declaration Of James Alexander In Support Of Motion To Dismiss The Cred Capital, Inc. Case filed on January 22, 2021 [D.I. 407] and (ii) to the extent that Debtors waive the attorney client privilege or the privilege is inapplicable, the communications between counsel, the Debtors, and Cred Capital. The witness will testify from his home in California.

2.  Daniel F. Wheeler. The scope of the testimony will include, but not be limited to, (i) the Declaration Of Daniel F. Wheeler In Support Of Motion To Dismiss The Cred Capital, Inc. Case filed on January 21, 2021 [D.I. 386] and (ii) to the extent that Debtors waive the attorney

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

client privilege or the privilege is inapplicable, the communications between counsel, the Debtors, and Cred Capital. The witness will testify from his home in California.

Alexander reserves the right to further amend or supplement this Witness List at or prior to the Hearing.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: January 29, 2021