# EXHIBIT 12

CERTIFICATE OF CORRECTION
OF
CERTIFICATE OF INCORPORATION
OF
CRED CAPITAL, INC.

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:40 AM 06/29/2020
FILED 08:40 AM 06/29/2020
SR 20205953206 - FileNumber 7893962

\* \* \* \* \*

Adopted in accordance with the provisions of §103(f)
of the General Corporation Law of the State of Delaware

\* \* \* \* \*

Cred Capital, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "DGCL"), hereby certifies as follows:

1. The name of the corporation (the "Corporation") is: Cred Capital, Inc.

2. The original certificate of incorporation of the Corporation was filed with the Office of the Secretary of State of the State of Delaware on March 10, 2020 (the "Certificate") and requires correction as permitted by Section 103(f) of the DGCL.

3. The inaccuracy or defect of the Certificate is that it inadvertently omitted the names and addresses of the directors constituting the initial board of directors of the Corporation.

4. The Certificate is hereby corrected to add the following as Article Fifteenth thereof:

   "The name and address of the initial directors of the Corporation are as follows:

   Daniel B. Schatt
   Joseph Podulka

   2121 South El Camino Real, Suite 500
   San Mateo, CA 94403"

5. All other provisions of the Certificate remain unchanged.

IN WITNESS WHEREOF, the undersigned has duly executed this corrected certificate of incorporation as June 28, 2020.

Cred Capital, Inc.

By: /s/ Joseph Podulka
Joseph Podulka, Chief Financial Officer

LEGAL_US_E # 149163891.2