UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | **Re: Docket No. 296** |
| | ) | |

### DECLARATION OF JOSEPH PODULKA IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF JAMES ALEXANDER TO DISMISS THE <u>CRED CAPITAL, INC. CASE</u>

I, Joseph Podulka, declare and state under penalty of perjury as follows:

1.  I submit this declaration (the "<u>Declaration</u>") in support of the *Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* (the "<u>Objection</u>").[2]

2.  I served as Chief Financial Officer ("<u>CFO</u>") of Cred Inc. ("<u>Cred</u>") from 2019 until the end of my employment in December 2020.

3.  I am over the age of 18 and am familiar with the matters herein, and if called upon to testify, I could and would testify competently to the facts set forth herein.

4.  Except as otherwise indicated herein, all facts set forth in this Declaration are based on my personal knowledge or learned from my review of relevant documents.

**Cred Capital's Formation**

5.  I understood that Cred Capital, Inc. ("<u>Cred Capital</u>") was going to be set up as a subsidiary of Cred, with Cred controlling the subsidiary. This understanding was further

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

reinforced by a mid-March e-mail thread I was a included on, where James Alexander, the Debtors' Chief Capital Officer and individual largely responsible for setting up Cred Capital, told Dan Wheeler, the Debtors' General Counsel, that: (i) Cred Capital would be governed by a three-person board controlled by Cred and including myself and Mr. Alexander as well as a purported third-party investor named Zobar Agha, and (ii) no Cred employee would receive equity in Cred Capital. To my knowledge, neither Cred nor Cred Capital received any investment from Mr. Agha, nor am I aware of any outsider investing in Cred Capital.

**Cred Capital's Post-Formation**

6. In my role as CFO of Cred, I was responsible for the Debtors' corporate cash management. As Cred Capital incurred expenses, it would usually send my department those expenses for payment by Cred. Cred paid for Cred Capital's expenses, including the salaries of the Cred employees that also worked on behalf of Cred Capital.

7. As part of my work as CFO of Cred, in late May I asked Mr. Wheeler to send me Cred Capital's governance documents, and thereafter discovered Mr. Alexander had not set up Cred Capital as instructed. I was previously unaware of the content of Cred Capital's governance documents and was also unaware the documents had ever been finalized. Around this time I also discovered that Mr. Alexander had been searching for new office space for Cred Capital and that Mr. Alexander had made himself an administrator on the Debtors' HR platform, Sequoia One, neither of which had been authorized by Cred.

8. At this point, I contacted Daniel Schatt, the Debtor's CEO, and informed him of what I had learned. Mr. Schatt then emailed Mr. Alexander, Mr. Wheeler, and me as a group about the governance documents and asked that they be corrected.

9. On June 22, 2020, Cred filed an Amended and Restated Certificate of Incorporation and adopted new bylaws which were consistent with Cred's original intent, giving control of Cred Capital to Cred.

10. On June 26, 2020, Mr. Alexander's employment with Cred was terminated.

11. On June 29, 2020, I caused Cred to file a Certificate of Correction with the Delaware Secretary of State to make Mr. Schatt and myself the original members of the Board of Directors.

12. Following these actions, I discovered that on the evening of June 24, 2020, Mr. Alexander had instructed Daniyal Inamullah, the Vice President of Capital Markets at Cred, to move 225 bitcoin and about $200,000 USD coin, which is currently worth more than $7.5 million, from Cred Capital's Fireblocks account to blockchain addresses that did not belong to either Cred or Cred Capital or to any of their custodians or asset managers. Mr. Inamullah transferred that cryptocurrency from the Debtors' Fireblocks account to the other blockchain addresses.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 29, 2021

/s/ Joseph Podulka
Joseph Podulka