**EXHIBIT B**

**From:** Dan Schatt <dan@mycred.io>
**Date:** Sunday, March 15, 2020 at 2:10 PM
**To:** James Alexander <james.alexander@mycred.io>, Dan Wheeler <dan.wheeler@mycred.io>
**Cc:** Joe Podulka <joe@mycred.io>, James Alexander <james.alexander@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

Thanks James, summary is exactly as we discussed.

Dan W – This should completely eliminate any potential conflict of interest.

Thanks,
Dan

**From:** James Alexander <james.alexander@mycred.io>
**Date:** Sunday, March 15, 2020 at 2:07 PM
**To:** Dan Wheeler <dan.wheeler@mycred.io>
**Cc:** Joe Podulka <joe@mycred.io>, Dan Schatt <dan@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

Hi Dan W.,

I've spoken with Dan S. and following are the action items.  Given market conditions, I recommend we close asap. We will continue to fundraise; which will be greatly aided by initial funding and actual being in business.

1. Revise cap table so only two shareholders initially, including the investor and Cred LLC.  Revise titles of employees to exclude shareholder. All CCI employees will continue to participate in Cred LLC profit plan and LBA.

2. BOD three members including investor, Joe and James.

3. Pls send AMA to Dan S. for his signature. And I will then be able to go back to investor for his approval of revised cap table.

4. @Joe, how much cash will Cred LLC contribute to closing and initial funding--50% of total and investor is other 50%?  $150-500k is range. Future capital contributions could be in kind.

Regards,

James

On Sun, Mar 15, 2020, 11:59 James Alexander <james.alexander@mycred.io> wrote:
Hi Dan,

If we are raising outside capital the terms will be dictated by the investor. As it stands now we have one investor willing to invest up to $1mm and he has mandates that 1) those working for Cred Capital be shareholders (on 4 year vesting) and 2) that he be no more than 50% of any capital draw and 3) that we have an asset mgmt agreement in place with Cred.  So these are the constraints we are working within. See cap table.

I have designed Cred LLC contribution to be as much in-kind as possible and from the beginning retain at least 50% ownership of equity. Joe and I have worked up a schedule that shows how much Cred LLC has invested to date, and which will be counted as in-kind contribution. Mindful we can buy back the outside investors shares at any time, provided we pay 25% IRR.  And we need cash (not in kind) for initial draw up to $500k--but more likely a smaller $150k draw would place less stress on Cred LLC.

I continue to prospect other investors, who may offer different terms. But I don't have any other investors at this stage.  **We are working toward a close March 31 and therefore designing around the certainty of having an investor.**

If Roger V. or another investor is willing to participate (or lead), it may change the terms. Dan W. and outside counsel are aware of this situation.

Regards,

James

On Sun, Mar 15, 2020, 11:10 Dan Schatt <dan@mycred.io> wrote:
We won't have Cred shareholders in Cred Capital so I don't see the reason for any conflict.

Sent from my iPhone

On Mar 15, 2020, at 9:55 AM, Joe Podulka <joe@mycred.io> wrote:

Hi Dan W.

What does it mean to be a shareholder in Cred Capital?  Will you be contributing capital to the entity?  Is it possible for you to support Cred Capital from a legal perspective without being a shareholder?

Joe

On Sun, Mar 15, 2020 at 9:28 AM Daniel Wheeler <dan.wheeler@mycred.io> wrote:
The potential conflict of interest on my part as general counsel is that I will be a shareholder and a director of Cred Capital, Inc.  When an attorney has an interest in the subject matter being discussed, documented, negotiated or advised upon, a conflict of interest on the part of the

attorney may exist and the best practice is to obtain independent counsel to advise Cred LLC in its role as a purchaser of shares in Cred Capital, Inc. and a client of Cred Capital, Inc. under the asset management agreement.

**Daniel F. Wheeler**
General Counsel
dan.wheeler@mycred.io
415.218.9074

<image001.png>

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Saturday, March 14, 2020 11:02 PM
**To:** James Alexander <James.alexander@mycred.io>
**Cc:** Daniel Wheeler <dan.wheeler@mycred.io>; Joe Podulka <joe@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

That still doesn't make sense to me. Both entities are part of the parent. What are the specific types of conflict issues in representing both entities given they are the same company?

Sent from my iPhone

On Mar 14, 2020, at 10:55 PM, James Alexander <James.alexander@mycred.io> wrote:

The conflict is simply that Dan W. is conflicted representing both entities. Cred LLC needs to have other counsel review the agreements or waive that right.

On Sat, Mar 14, 2020, 09:16 Dan Schatt <dan@mycred.io> wrote:
Still unclear to me what possible or potential conflicts of interest exist?

Sent from my iPhone

On Mar 14, 2020, at 8:49 AM, Daniel Wheeler <dan.wheeler@mycred.io> wrote:

No, the existence of a possible conflict of interest on the part of in-house counsel in no way signals that the transaction and structure are somehow not in the best interest of the enterprise. I am convinced that the transaction and structure are very much in the best interest of the enterprise.

I have to be mindful of attorney rules around potential conflicts of interest on my part as an attorney representing the Cred entities and ensure that I advise my client (the Cred entities) if a potential conflict arises.

Obtaining independent review and advice to you and Lu is well worth it given the important role Cred Capital will play going forward.  My suggestion is that you contact Keith Sutton, an attorney I have known and respected since my days as an associate attorney.  Keith is a former big firm attorney who now has a boutique practice.  He is cost-effective, very smart and tactful in situations like this.  https://spcllp.com/keith-sutton/

**Daniel F. Wheeler**
General Counsel
dan.wheeler@mycred.io
415.218.9074

<image001.png>


**From:** Dan Schatt <dan@mycred.io>
**Sent:** Saturday, March 14, 2020 12:25 AM
**To:** Daniel Wheeler <dan.wheeler@mycred.io>
**Cc:** Joe Podulka <joe@mycred.io>; James Alexander <James.alexander@mycred.io>
**Subject:** Re: priority -- Cred Capital and solvency call this weekend

Hi Dan W - you mentioned something else today - you would have a conflict of interest in setting up Cred Capital. This makes it sound like Cred Capital and Cred LLC would be at odds in some way. I'd like to dig into this, because if there is a conflict, it tells me that the structure is not correct. We are one company acting in the best interest of all our employees...let's discuss next week any specific issues that are contributing to this concern..

Thanks,
Dan

Sent from my iPhone