**EXHIBIT D**

---------- Forwarded message ---------
From: **Dan Schatt** <dan@mycred.io>
Date: Fri, May 22, 2020 at 4:01 AM
Subject: Follow-up
To: James Alexander <james.alexander@credcapital.io>


Hey James - thanks for your call last night.  Appreciate you taking time in working with the team to figure out the JST issues and balance sheet aberrations. Glad you caught our balance sheet items with Liam and that we are working through this together.  I look forward to us continuing to work together closely to support Cred fundraising.

Btw - the process of signing all those Cred Capital docs was very rushed - and I recall you had mentioned the investor would not move forward unless I signed as-is. That included a three person board structure with two Cred Inc members and the some non mutual language on the asset management agreement, etc. Sounds like some of those items might not have been required since you mentioned he's relying on your discretion…In this case, Let's review  the language and cap structure next week to to make sure we have strong foundations with this structure and it sets both entities up for success…

Although Cred Cap is important for the securitization work, I'm happy to be working together to build one great, successful organization together!
Looking forward to a successful outcome together!

Dan
Sent from my iPhone