**EXHIBIT E**

| | |
|---|---|
| **From:** | Dan Schatt |
| **To:** | James Alexander; Daniel Wheeler; Joe Podulka |
| **Cc:** | Lu Hua |
| **Subject:** | Cred Capital |
| **Date:** | Saturday, May 30, 2020 2:37:16 PM |

Hi guys,

After reviewing the Cred Capital docs and experiencing communication issues over the past few weeks, I'm just not comfortable with the direction we're headed.  I trust in you, I believe this is a great team, and I know we will pull together and get through this.  Below are some of my concerns and some solutions to get back on track with the "one company" vision we're all working toward.

We could have two separate business units for SEC purposes, but we should strive to determine how best to operate these businesses as one organization - while meeting the minimum SEC requirements.  Cred Capital does not need full autonomy, a separate strategy, and a different organization.  The Cred Capital business is feeling to me like a "Plan B" exit strategy to divorce ourselves from some of the challenges that lie ahead with Cred Inc.  This is not a way to build a strong, enduring organization with one set of values and full alignment.

I care a lot about fairness, alignment, transparency, and teamwork.  The current Cred Capital structure does not support these values.

Here's what has come to my attention over the past week:

- Cred Inc. holds Class B shares with no voting rights and can be completely diluted. James and future investors would hold Class A shares

- The paperwork supports Lu's 300 BTC contribution as Class B shareholder equity, although this is a loan given Cred Capital is making monthly interest payments

- Cred Capital does not have a three person Board with two Cred Inc. employees as we agreed.  There is only a single board member today.

- Cred Capital will have full control over contracts, expenses, and compensation. These should be managed at the Cred Inc. level for efficiency and to promote what's best for the entire organization.  While providing a service for Cred Inc., Cred Capital should be run on a "break-even basis" with all profits being booked at Cred Inc.

- The liquidity analysis memo was not reviewed by everyone and is written more like a legal memo than an objective analysis needed for a productive, informed discussion.

Given my concerns, below are two paths that would allow us to achieve our goals. This might require some backtracking – but highly agile, successful organizations that find themselves moving out of alignment always course correct:

1. Cred Inc becomes a regulated SEC entity with Cred Capital a subsidiary of Cred Inc. There will be more compliance work, but it is more important to me that we operate as one organization, with one strategy, and clear alignment.

2. Cred Inc becomes a preferred Class A majority shareholder in Cred Capital, complete with voting rights and at least two board members.

Both of these promote everyone working together toward one coherent strategy – and raising money together as one organization.  The original objective of Cred Capital was not to create another independent company, but a new line of business to extend Cred Inc.'s overall capabilities.

If there is another path that allows us to meet our goals as a single company, please let me know.  I want us all to be very successful with Cred.  As you know, we're all paid the same, we're equally dedicated, and we all have sufficient incentive to make this company successful.

Let's build together!

Dan