**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 331, 343, 346, 350 & 443** |

**NOTICE OF FILING OF AMENDED SCHEDULE F WITH RESPECT TO CRED INC.**

PLEASE TAKE NOTICE on January 7, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Schedules of Assets and Liabilities (together, the "Schedules") and Statements of Financial Affairs with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on January 29, 2021, the Debtors amended Schedule F with respect to Cred Inc. by filing their amended Summary of Assets and Liabilities for Non-Individuals with respect to Cred Inc. and the related amended Schedule F for Cred Inc. [Docket No. 443] (the "Cred Inc. Amended Schedules") with the Court.

PLEASE TAKE FURTHER NOTICE that the Schedules and the Cred Inc. Amended Schedules may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 N. Market Street, Wilmington, DE, 19801, viewed free of charge on the Debtors' case information website, located at https://www.donlinrecano.com/Clients/cred/Static/soals (the "Case Management Website").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof dated December 21, 2020 [Docket No. 271] (the "Bar Date Order"), all "claims" (as defined in section 101(5) of the Bankruptcy Code) of a person or entity (other than a governmental unit addressed below) arising before November 7, 2020 (the "Petition Date"), including any claims under section 503(b)(9) of the Bankruptcy Code against the Debtors' estates for the value of goods sold to the Debtors in the ordinary course of business and received by such Debtors within twenty (20) days before the Petition Date (together "Claims"), shall be filed with Donlin, Recano & Company, Inc. ("DRC") pursuant to the procedures provided in the Bar Date Order so as to be actually received on or before **February 10, 2021 at 5:00 p.m. (prevailing Eastern Time)** (such date, the "General Bar Date").

PLEASE TAKE FURTHER NOTICE that in accordance with the Bar Date Order, each person or entity (other than a governmental unit addressed below) holding Claims affected by the Cred Inc. Amended Schedules shall file its Claim with DRC pursuant to the procedures provided in the Bar Date Order so as to be actually received on or before **February 15, 2021 at 5:00 p.m. (prevailing Eastern Time)** (such date, the "Amended Schedules Bar Date").

PLEASE TAKE FURTHER NOTICE that in accordance with the Bar Date Order, all claims of all governmental units, as defined in section 101(27) of the Bankruptcy Code, arising before the Petition Date, shall be filed with DRC pursuant to the procedures provided in the Bar Date Order so as to be actually received on or before **May 6, 2021 at 5:00 p.m. (prevailing Eastern Time)** (such date, the "Government Bar Date").

PLEASE TAKE FURTHER NOTICE that if it is unclear from the Schedules or the Cred Inc. Amended Schedules whether your claim is disputed, contingent, or unliquidated as to amount

Case 20-12836-JTD    Doc 446    Filed 01/29/21    Page 3 of 4

or is otherwise properly listed and classified, you **must** file a proof of claim on or before the applicable General Bar Date or Government Bar Date. Any creditor that relies on the Schedules or the Cred Inc. Amended Schedules bears responsibility for determining that its claim is accurately listed therein.

PLEASE TAKE FURTHER NOTICE that if you require additional information regarding this Notice, you may contact DRC toll free at 1-877-739-9988 or submit an inquiry via e-mail to credinfo@donlinrecano.com.

**PLEASE TAKE FURTHER NOTICE that if you believe that you hold a claim against the Debtors, you should consult an attorney if you have any questions regarding this Notice, including whether you should file a proof of claim. The fact that you received this Notice does not mean that you have a claim or that the Debtors or the Court concedes that you have a claim.**

[*Remainder of page intentionally left blank.*]

Dated: January 29, 2020
      Wilmington, Delaware

/s/ *Scott D. Cousins*
────────────────────────────

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
               mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        pedrojimenez@paulhastings.com
               aviluft@paulhastings.com

*Co-Counsel to the Debtors*