**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR FEBRUARY 3, 2021 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsdu-uqzwvH5GqGTtU6M9Uu-PDXazo968**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**CONTINUED MATTER:**

1. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 65, 11/18/20]

    Objection / Response Deadline: January 28, 2021 at 4:00 p.m. (ET)

    Objections / Responses Filed:

    A. Objection of James Alexander to Debtors' Motion for Sale of Property Free and Clear of Liens Under Section 363(f) [Docket No. 428, 1/27/21]

    Related Documents:

    B. Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (D) Granting Related Relief [Docket No. 270, 12/21/20]

    Status: This matter has been adjourned to February 23, 2021 at 1:00 p.m. (ET)

**ADVERSARY MATTERS:**

2. Status Conference, *Complaint for Turnover Pursuant to Bankruptcy Code Section 542* [Adv. Docket No. 1, 11/18/20]

    Responses / Objections Received:

    A. Answer and Affirmative Defenses to Complaint for Turnover Pursuant to Bankruptcy Code Section 542 [Adv. Docket No. 4, 1/25/21]

    Status: This matter is going forward.

**CONTESTED MATTERS GOING FORWARD:**

3. Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 152, 12/08/20]

Objection / Response Deadline:  December 30, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:

 A.  The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 191, 12/14/20]

 B.  Reply to the Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 217, 12/15/20]

 C.  Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296, 12/30/20]

 D.  Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection of Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 297, 12/30/20]

Related Documents:

 E.  Corrective Notice of Hearing [Docket No. 157, 12/08/20]

 F.  Notice of James Alexander's Intention to Call Witnesses for January 6, 2021 Hearing [Docket No. 306, 1/04/21]

 G.  Notice of Rescheduled Hearing on Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 316, 1/05/21]

 H.  Declaration of Daniel F. Wheeler Re Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 386, 1/21/21]

 I.  Notice of Intent to Serve Subpoena Upon Daniel Wheeler [Docket No. 414, 1/25/21]

 J.  Notice of Intent to Serve Subpoena Upon James Alexander [Docket No. 415, 1/25/21]

 K.  Declaration of Grant Lyon in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 433, 1/28/21]

 L.  Declaration of Matthew K. Foster in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 434, 1/28/21]

        M.  Revised Notice of James Alexander's Intention to Call Witnesses for February 3, 2021 Hearing [Docket No. 435, 1/29/21]

Status:  This matter is going forward.  After consultation with the Debtors, the Committee, and counsel for James Alexander, the parties have agreed that argument will be based upon the record before the Court, including the papers submitted and any supporting declarations and exhibits, with all parties agreeing to forgo live examination of any declarant or witness for purposes of this motion.

4.    Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 279, 12/23/20]

Objection / Response Deadline:  December 30, 2020 at 4:00p.m. ET [Extended to January 1, 2021 at 6:00p.m. ET solely with respect to the United States Trustee]

Objections / Responses Received:

        A.  Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 302, 12/31/20]

Related Documents:

        B.  Notice of Filing of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Litigation [Docket No. 304, 12/31/20]

Status:  This matter is going forward.  The Debtors and the Committee have negotiated certain revisions to the proposed form of order in connection this motion and the related Stipulation Granting Derivative Standing and anticipate filing revised forms with respect to both prior to the hearing.

5.    Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File Under Seal, the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein [Docket No. 397, 1/21/21]

Objection / Response Deadline:  January 28, 2021 at 4:00 p.m. (ET)

Objections / Responses Received:  None to date.

Related Documents:

    A.  Motion to Shorten Time for Notice of Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File Under Seal, the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein [Docket No. 398, 1/21/21]

    B.  Order Granting Motion to Shorten Time for Notice of Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File Under Seal, the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein [Docket No. 400, 1/22/21]

Status:  UpgradeYa Investments, LLC is working with the Debtors and the Committee to resolve their informal comments and intend to submit an agreed proposed form of order under Certification of Counsel in advance of the hearing.

Dated: February 1, 2021
Wilmington, Delaware

*/s/ Scott D. Cousins*

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:     (302) 295-0331
Email:          scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:     (713) 353-3100
Email:          jamesgrogan@paulhastings.com
                   mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:     (212) 319-4090
Email:          pedrojimenez@paulhastings.com
                   aviluft@paulhastings.com

*Co-Counsel to the Debtors*