**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>Hearing Date: February 3, 2021<br>Related Doc.: 152 |

**EXHIBIT LIST**

James Alexander ("Alexander"), through his undersigned attorneys, will present the following exhibits at the hearing on Motion of James Alexander to Dismiss the Cred Capital, Inc. Case on February 3, 2021:

| Exhibit No. | Name |
|---|---|
| 1 | Docket 386 Declaration *of Daniel F. Wheeler Re Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* (related document(s)152) Filed by Daniel F. Wheeler. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Index E # 6 Exhibit F # 7 Exhibit G # 8 Certificate of Service) |
| 1a | Docket 386-1# 1 Exhibit A - Certificate of Incorporation for Cred Capital, Inc. |
| 1b | Docket 386-2 # 2 Exhibit B - Written Consent of the Sole Incorporator of Cred Capital, Inc. |
| 1c | Docket 386-3# 3 Exhibit C - Organizational Consent in Lieu of a Meeting of the Board of Directors of Cred Capital, Inc. |
| 1d | Docket 386-4# 4 Exhibit D - Bylaws |
| 1e | Docket 386-5# 5 Index E - Contribution Agreement |
| 1f | Docket 386-6# 6 Exhibit F - Asset Management Agreement |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| Exhibit No. | Name |
|---|---|
| 1g | Docket 386-7# 7 Exhibit G - Contribution Agreement signed by Mr. Hua and Cred Capital, Inc. |
| 1h | Docket 386-8# 8 Certificate of Service |
| 2 | Docket 440 Declaration in Support *of Motion to Dismiss The Cred Capital Inc. Case* (related document(s)407) Filed by James Alexander. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12) (Grivner, Geoffrey) (Entered: 01/29/2021) |
| 2a | Docket 440 # 1 Exhibit 1 - Certificate of Incorporation |
| 2b | Docket 440 # 2 Exhibit 2 - Written Consent dated as of March 10, 2020, appointing Alexander as the sole director of Cred Capital |
| 2c | Docket 440 # 3 Exhibit 3 - Series "A" Stock Purchase Agreement |
| 2d | Docket 440 # 4 Exhibit 4 - Cred Series "B" Contribution Agreement |
| 2e | Docket 440 # 5 Exhibit 5 - Asset Management Agreement |
| 2f | Docket 440 # 6 Exhibit 6 - Hua Series "B" Contribution Agreement |
| 2g | Docket 440 # 7 Exhibit 7 - Assignment Agreement |
| 2h | Docket 440 # 8 Exhibit 8 - Irrevocable Proxy dated April 6, 2020 |
| 2i | Docket 440 # 9 Exhibit 9 - June 3, 2020 email string between Alexander and Schatt |
| 2j | Docket 440 # 10 Exhibit 10 - further emails between the parties |
| 2k | Docket 440 # 11 Exhibit 11 - Amended and Restated Certificate of Incorporation |
| 2l | Docket 440 # 12 Exhibit 12   - Certificate of Correction |

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/  Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
Email:  geoffrey.grivner@bipc.com
            mark.pfeiffer@bipc.com

Dated:  February 1, 2021                    *Attorneys for James Alexander*