**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al*., | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Marc L. Greenwald of Quinn Emanuel Urquhart & Sullivan, LLP to represent Daniel F. Wheeler in the above-referenced bankruptcy cases and any adversary proceedings related thereto.

Dated: February 1, 2021
Wilmington, Delaware

CONNOLLY GALLAGHER LLP

*/s/Karen C. Bifferato*
Karen C. Bifferato (#3279)
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Email: kbifferato@connollygallagher.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 1, 2021

*/s/Marc L. Greenwald*
Marc L. Greenwald
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010
Tel: (212) 849-7140
E-mail: marcgreenwald@quinnemanuel.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Dated: February 1st, 2021
Wilmington, Delaware