**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 330** |

**SUPPLEMENTAL VERIFIED STATEMENT OF**
**ROBERT J. STARK REGARDING ELIGIBILITY**
**FOR APPOINTMENT AS CHAPTER 11 EXAMINER FOR DEBTORS CRED INC.**

I, ROBERT J. STARK, do hereby verify the following:

1.     I submit this verified statement to supplement the *Verified Statement of Robert J. Stark Regarding Eligibility for Appointment as Chapter 11 Examiner for Debtors Cred Inc.*, which was attached as **Exhibit 1** to the *Application of the United States Trustee for Order Approving Appointment of Examiner* [Docket No. 330] in connection with the application for my appointment as Examiner in the above-captioned Chapter 11 cases of Cred Inc., pursuant to section 1104 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2007.1 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The facts set forth below are based upon my personal knowledge or discussions with other partners, associates, and professionals of Brown Rudnick, and client-matter records of Brown Rudnick reviewed by myself or my colleagues acting under my supervision and direction.

2.     As set forth in my original verified statement, Brown Rudnick performed a Connections Check in connection with my role as Examiner.  As further disclosed in my original verified statement, Brown Rudnick engages in an ongoing review of its connections in these

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

cases and has supplemented the Connections Check in connection with Brown Rudnick's retention application filed contemporaneously herewith. Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to my role as Examiner or the employment of Brown Rudnick as counsel for the Examiner in these cases. Brown Rudnick will continue to review potential conflicts during the pendency of these cases, and if and to the extent that additional connections are discovered, Brown Rudnick shall submit a supplemental statement.

3.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, Charter Communications, the parent company of contract counter-party Spectrum. Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

4.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Krys Global, for whom independent director Grant Lyon was previously employed. Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

5.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented certain affiliates of certain insurers, including Hartford Financial (parent company to Hartford Financial Service Group), SunAmerica Life Insurance Inc. (affiliate of Validus and Validus Speciality), MassMutual Select Funds (affiliate of Massachusetts Mutual Life Insurance Company), and MassMutual Premier Funds (affiliate of Massachusetts Mutual Life Insurance Company). Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

6.      In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented certain case professionals or affiliates of case professionals, including Paul Hastings (Europe) LLP.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

7.      In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, American Stock Transfer & Trust Co., an affiliate of claims agent Donlin, Recano & Company, Inc.  Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

8.      In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Gillian Eleanor Bruce and Edward John McNamara of PricewaterhouseCoopers LLP, in their capacities as Liquidators of Grace Hotels Limited.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

9.      In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Alliance for Automotive Innovation, a subsidiary of Daimler, which is a shareholder of vendor/supplier Blacklane.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

10.      In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented VSP Vision Case.  Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

11.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents vendor/suppliers Comcast and Hubspot.  Brown Rudnick does not represent and will not represent these entities or any affiliates in connection with the Debtors or these Chapter 11 cases.

12.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents SmartContract Chainlink Limited SEZC, an entity affiliated with Chainlink, which is one of the Debtors' unsecured creditors.  Brown Rudnick does not represent and will not represent SmartContract Chainlink Limited SEZC or any affiliates in connection with the Debtors or these Chapter 11 cases.  Brown Rudnick has enacted an ethical wall dividing attorneys working on the SmartContract Chainlink Limited SEZC engagement from attorneys working on the Debtors' case.

13.     In addition to the foregoing, attorney's in Brown Rudnick's London office currently represent Coinfirm Ltd. in matters unrelated to the Debtors or the Chapter 11 cases. Coinfirm is not listed on the Case Parties list, and I am presently unaware of any connection between Coinfirm and the Debtors.  We understand that Coinfirm retained Silver Miller (counsel to certain parties-in-interest in Cred Inc.) for certain U.S.-based litigation work.  We understand that the work that Brown Rudnick is undertaking for Coinfirm in Europe is different from and independent of the work that Silver Miller is performing for Coinfirm in the U.S.

14.     In addition to the foregoing, Brown Rudnick is currently counsel to the Japanese bankruptcy trustee of Mt. Gox in Chapter 15 proceedings pending in the Southern District of Texas (as well as related litigation).   Prior to its bankruptcy, Mt. Gox was engaged in cryptocurrency and bitcoin exchanges but, to the best of my knowledge, did not have any business interaction with the Debtors.  I have not had any involvement in Brown Rudnick's Mt.

Gox engagement.  At the request of the Mt. Gox trustee, Brown Rudnick has enacted an ethical wall dividing attorneys working on the Mt. Gox case and the Debtors' case.

15.     Brown Rudnick has no connections with the U.S. Trustee's office or any person employed at the U.S. Trustee's office, except that Rosa Sierra, an attorney with U.S. Trustee's office, was an associate in Brown Rudnick's restructuring department from approximately October 2018 until February 2020.  Partners and associates of Brown Rudnick have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

16.     Brown Rudnick has worked with and/or opposite many of the professionals in these cases, including Paul Hastings, BakerHostetler, McDermott Will & Emery, Dentons US LLP, Sheppard Mullin, and Richards Layton & Finger.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  February 1, 2021

*/s/ Robert J. Stark*
Robert J. Stark