# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., et al., | Case No. 20-12836 (JTD) |
| Debtors[1]. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Elevar Finance SPV Photon LLC hereby appears in the above-captioned cases through its counsel, Fox Rothschild LLP, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases be given and served upon:

| | |
|---|---|
| Keith C. Owens<br>Fox Rothschild LLP<br>10250 Constellation Boulevard, Suite 900<br>Los Angeles, CA  90067<br>Telephone: (310) 598-4150<br>Facsimile:  (310) 556-9828<br>Email: kowens@foxrothschild.com | Seth A. Niederman<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>Facsimile:  (302) 656-8920<br>Email: sniederman@foxrothschild.com |

PLEASE TAKE FURTHER NOTICE that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, and answering or reply papers filed in these cases and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that Elevar Finance SPV Photon LLC intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural rights, remedies, claims, actions, or defenses to which Elevar Finance SPV Photon LLC is or may be entitled under law or in equity.

Respectfully Submitted,

Dated:  February 1, 2021

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 622-7444
Facsimile:  (302) 656-8920
sniederman@foxrothschild.com

and

Keith C. Owens (Pro Hac Vice Pending)
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, CA  90067
Telephone: (310) 598-4150
Facsimile:   (310) 556-9828
Email: kowens@foxrothschild.com

*Counsel to Elevar Finance SPV Photon LLC*