IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: February 16, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: February 23, 2021 at 1:00 p.m. (ET)** |

### NOTICE OF APPLICATION OF EXAMINER FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BROWN RUDNICK LLP, AS COUNSEL TO THE EXAMINER, NUNC PRO TUNC TO JANUARY 8, 2021

**PLEASE TAKE NOTICE** that on February 1, 2021, Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors, filed the *Application of Examiner for Order Authorizing Retention and Employment of Brown Rudnick LLP, as Counsel to the Examiner Nunc Pro Tunc to January 8, 2021* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by undersigned proposed counsel, on or before **February 16, 2021 at 4:00 p.m. (prevailing Eastern Time).** Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Application is scheduled to be heard by the Court on **February 23, 2021 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01657364;v1 }

Dated: February 1, 2021

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
mreining@brownrudnick.com

*Proposed Counsel to Robert J. Stark,
in his capacity as Chapter 11 Examiner for the
Debtors*