## EXHIBIT B

## STARK DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ROBERT J. STARK IN SUPPORT OF
APPLICATION OF EXAMINER FOR ORDER AUTHORIZING
RETENTION AND EMPLOYMENT OF BROWN RUDNICK LLP,
AS COUNSEL TO THE EXAMINER, *NUNC PRO TUNC* TO JANUARY 8, 2021**

I, ROBERT J. STARK, declare the following is true to the best of my knowledge, information, and belief:

1. I am the Court-appointed examiner (the "Examiner") in the above-captioned Chapter 11 cases of Cred Inc. and a partner with the law firm of Brown Rudnick LLP (the "Brown Rudnick").

2. I submit this application in connection with the application for an order approving the retention and employment of Brown Rudnick as counsel to the Examiner, *nunc pro tunc* to January 8, 2021 (the "Application"). Unless otherwise stated, I have personal knowledge of the matters set forth herein.

3. On December 4, 2020, the United States Trustee filed the *Motion for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases* [ECF No. 133].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

4. On December 23, 2020, the Court entered the *Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions* [ECF No. 281] (the "Examiner Order"), pursuant to which the Court granted the U.S. Trustee's request for the appointment of an examiner pursuant to Bankruptcy Code Section 1104(c). See Examiner Order ¶ 2.

5. Examiner Order authorizes the Examiner to retain counsel and other professionals if I determine that such retention is necessary to discharge my duties, with such retention to be subject to Court approval under standards equivalent to those set forth in 11 U.S.C. § 327. See Examiner Order ¶ 11.

6. The Examiner Order further provides that any professional retained by the Examiner and approved by the Court will be compensated pursuant to and in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 244] and Bankruptcy Code Section 330.

7. On January 7, 2021, the U.S. Trustee filed its motion to approve my appointment as Examiner. See ECF No. 330.

8. On January 8, 2021, the Court entered its order approving my appointment as Examiner. See ECF No. 338.

9. On January 20, 2021, I, as Examiner, filed my proposed scope, work plan, and budget for the investigation. See ECF No. 376.

## SELECTION OF COUNSEL

10. I am seeking this Court's authorization to retain Brown Rudnick as my principal counsel. I interviewed no other firms for this role. Based upon my experience as a partner at Brown Rudnick and the practice group leader of Brown Rudnick's Bankruptcy and Corporate Restructuring practice, Brown Rudnick extensive experience in complex Chapter 11 cases, and

the consistent and high quality of Brown Rudnick services, I believe that Brown Rudnick is well qualified and able to represent me in this case in an efficient, timely, and cost-effective manner.

### RATE STRUCTURE

11. As Examiner, I will be responsible for supervising Brown Rudnick and the fees and expenses it will charge in this case. As set forth in my proposed work plan and budget, I have proposed an initial budget for the investigation of $800,000 (inclusive of primary and local counsel fees and costs).[2]

12. Brown Rudnick will charge for its legal services, on an hourly basis in accordance with its ordinary and customary hourly rates in effect as of January 1, 2021, plus reimbursement of actual, necessary out-of-pocket expenses and other charges incurred by Brown Rudnick on the Examiner's behalf. As set forth in the Declaration of Andrew M. Carty in support of the Application, the current hourly rates for Brown Rudnick attorneys and para-professionals who are expected to render services to the Examiner in this case range from $395.00 per hour to $1,105.00.

13. I am generally familiar with the market rates for professionals in the bankruptcy space, including the professionals in this case, and believe that Brown Rudnick's rates are, on the whole, reasonable and comparable to the rates of professionals of similar experience.

14. I recognize that it is my responsibility to monitor closely the billing practices of my counsel to ensure that the fees and expenses paid by the Debtors' estates on account of my appointment and investigation remain consistent with expectations and the exigencies of the

---

[2] As noted in my proposed work plan and budget, I and my professionals will endeavor to work efficiently and expeditiously to complete the investigation within this proposed budget. But, given that I do not yet know the full volume or complexity of information subject to the investigation, the level of witness cooperation, and other matters pertinent to the investigation, I reserve the right to seek modifications to the proposed investigation budget by order of the Court after notice and an opportunity for parties-in-interest to be heard.

Chapter 11 cases. Accordingly, I will review the invoices that Brown Rudnick submits throughout the investigation.

### RESPONSE TO U.S. TRUSTEE FEE GUIDELINE QUESTIONS

15. The following are responses to the questions in Section D.1 of the U.S. Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*.

   a. I have agreed to a reduced hourly rate of $1,100 in connection with the investigation. Other than that, I did not agree to any other variations from, or alternatives to, Brown Rudnick's standard or customary billing arrangements for this engagement.

   b. None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

   c. I have submitted a proposed scope, work plan, and budget for the Examiner investigation.

16. Any request for payment from the Debtors' estate for compensation and reimbursement of expenses incurred by Brown Rudnick in the performance of services as counsel to the Examiner will be subject to the approval of the Court and will be made in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Court's interim compensation order.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 1, 2021              */s/ Robert J. Stark*
                                     Robert J. Stark