# **EXHIBIT C**

## **CARTY DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF
ANDREW M. CARTY IN SUPPORT OF THE
APPLICATION OF EXAMINER FOR ORDER AUTHORIZING
RETENTION AND EMPLOYMENT OF BROWN RUDNICK LLP,
AS COUNSEL TO THE EXAMINER, *NUNC PRO TUNC* TO JANUARY 8, 2021**

I, Andrew M. Carty, declare the following is true to the best of my knowledge, information and belief:

1.        I am a partner with Brown Rudnick LLP ("Brown Rudnick"), a law firm that has offices in New York, Boston, Hartford, Orange County, Providence, Washington, DC, London and Paris. I am a resident in Brown Rudnick's New York office and am admitted *pro hac vice* to practice before this Court in this case.  I am a member in good standing of the bar of New York, and there are no disciplinary proceedings against me.

2.        I submit this declaration in connection with the application (the "Application") of Robert J. Stark, the court-appointed examiner (the "Examiner"), in the above-captioned Chapter 11 cases for an order approving the retention and employment of Brown Rudnick as counsel to the Examiner, *nunc pro tunc* to January 8, 2021.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

3.     Unless otherwise stated, the facts set forth below are based upon my personal knowledge or discussions with other partners and associates of Brown Rudnick, and client matter records of Brown Rudnick reviewed by me or my colleagues acting under my supervision and direction. I will supplement this declaration if additional information related to the matters addressed in this declaration becomes available during the pendency of the Chapter 11 cases.

## **BROWN RUDNICK'S QUALIFICATIONS**

4.     Brown Rudnick has extensive investigative and bankruptcy experience, expertise and resources, and is well qualified to serve as counsel to the Examiner. Brown Rudnick is a full-service firm with approximately 250 + attorneys in offices in New York, Boston, Hartford, Orange County, Providence, Washington, DC, London and Paris. Brown Rudnick's attorneys have a broad range of experience in conducting investigations. Brown Rudnick's financial restructuring and bankruptcy practice is nationally recognized, and it has substantial experience representing debtors, creditors, and other interested parties in complex chapter 11 proceedings and knowledge of the particular issues that arise in bankruptcy cases.  Over the past two decades, Brown Rudnick has played a significant role representing key stakeholders in many of the largest and most complicated bankruptcy cases, including (but not limited to):

> A123 Systems, Inc. (D. Del.)
> A.H. Robbins Company, Incorporated (E.D. Va.)
> Adeptus Health Inc. (N.D. Tex.)
> Adelphia Communications (S.D.N.Y.)
> Aereo, Inc. (S.D.N.Y.)
> Allis-Chalmers Corporation (S.D.N.Y.)
> Alta Mesa Holdings (S.D. Tex.)
> Alpha Guardian, a Nevada Corporation
> Ampal-American Israel Corporation (S.D.N.Y.)
> Aralez Pharmaceuticals US Inc. (S.D.N.Y.)
> Arizona Charlie's, Inc. (D. Nev.)
> Beacon Power Corporation (D. Del.)
> BeavEx Holding Corporation (D. Del.)
> Boomerang Tube, LLC (D. Del.)
> BPS US Holdings, Inc. (D. Del.)

Briggs & Stratton Corporation (E.D. Mo.)
Budget Rent-A-Car Corporation (D. Del.)
Calpine Corporation (S.D.NY)
Cerro Negro Oil Project (Venezuela)
Chellino Crane, Inc. (N.D. Ill.)
Chesapeake Energy Corporation (S.D. Tex.)
ClearEdge Power, Inc. (N.D. Cal.)
ClearEdge Power, LLC (N.D. Cal.)
ClearEdge Power International Services, LLC (N.D. Cal.)
Comdisco, Inc. (N.D. Ill.)
Coda Holdings, Inc. (D. Del.)
Continental Airlines, Inc. (S.D. Tex.)
Corinthian Colleges, Inc. (D. Del.)
Dana Corporation (S.D.N.Y)
Days Inns of America, Inc. (D. Del.)
Dewey & LeBoeuf LLP (S.D.N.Y)
Digital Domain Holdings Corporation (D. Del.)
EdgeMarc Energy Holdings. LLC (D. Del.)
EXCO Resources, Inc. (S.D. Tex.)
Fedders North America, Inc. (D. Del.)
Fisker Automotive Holdings, Inc. (D. Del.)
Global Crossing, Ltd. (S.D.N.Y.)
Global Power Equipment Group (D. Del.)
Gordon Jewelry Corporation (Zale Corporation) (N.D. Tex.)
Granite Corporation (Askin Capital Management) (S.D.N.Y.)
Greate Bay Hotel & Casino, Inc. (The "Sands") (D. Nev.)
HMP Services Holding Sub III, LLC (D. Del.)
Hooper Holmes, Inc. d/b/a Provant Health (S.D.N.Y.)
IMX Acquisition Corp. (D. Del.)
Integrated Resources, Inc. (S.D.N.Y.)
Ironclad Performance Wear Corporation, a California corporation (C.D.Cal.)
Jagged Peak, A Nevada Corporation (D. Nev.)
KIT digital, Inc. (S.D.N.Y.)
Legacy Reserves, Inc. (S.D. Tex.)
LocatePLUS Holdings Corporation (E.D. Mass.)
Lyondell Chemical Company (S.D.N.Y)
Marvel Entertainment Group, Inc. (D. Del.)
MES International, Inc. (D. Del.)
Mirant Corporation (N.D. Tex.)
Mobile Media Communications, Inc. (D. Del.)
Modern Shoe Company LLC (E.D. Mass.)
Motor Coach Industries International, Inc. (D. Del.)
Muzak Holdings LLC (D. Del.)
New England Compounding Pharmacy, Inc. (E.D. Mass.)
New York Racing Association, Inc. (S.D.N.Y.)
Oneida Ltd. (S.D.N.Y.)

Overseas Shipholding Group, Inc. (D. Del.)
Owens Corning (D. Del.)
Partsearch Technologies, Inc. (S.D.N.Y.)
PES Holdings, LLC (D. Del.)
Quigley Company (S.D.N.Y)
R.E. Gas Development, Inc. (W.D. Pa.)
Real Industry, Inc. (D. Del.)
Reed and Barton Corporation (E.D. Mass.)
Refco, Inc. (S.D.N.Y.)
Riverstone Networks (D. Del.)
R.H. Macy & Co., Inc. (S.D.N.Y.)
Service America Corporation (D. Conn.)
Solutia Inc. (S.D.N.Y)
The Stratosphere Corporation and
Stratosphere Gaming Corp. (D. Nev.)
Sungevity, Inc. (D. Del.)
Telemundo Group, Inc. (S.D.N.Y.)
Texscan Corporation (D. Ariz.)
Todd Shipyards Corporation (D. N.J.)
Tracor Holdings, Inc. (W.D. Tex.)
Tower Automotive (S.D.N.Y)
Trans World Airlines (D. Del.)
Tropicana Entertainment (D. Del.)
Ultra Petroleum Corp. (S.D. Tex.)
Vector Launch Inc. (D. Del.)
Wang Laboratories, Inc. (E.D. Mass.)
WorldCom, Inc. (S.D.N.Y.)
XO Communications (S.D.N.Y.)

5.     In preparing to represent the Examiner, Brown Rudnick has become familiar with the background pertaining to the Debtors' business, the background of this case and proposed restructuring, and many of the potential legal issues that may arise in the context of the Examiner's representation. I believe that Brown Rudnick is both qualified and able to represent the Examiner in his investigation in an efficient and timely manner.

## BROWN RUDNICK'S DISINTERESTEDNESS AND CONNECTIONS

6.     I believe that Brown Rudnick is a "disinterested" person", as defined in section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to this chapter 11 case, as required by section 327(a) of the Bankruptcy Code, and that Brown

Rudnick's partners, associates, and special attorneys do not hold or represent any interest adverse to the chapter 11 cases or their estate.

7.      Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to Brown Rudnick's role as counsel for the Examiner in these cases. To the best of its ability in the circumstances, Brown Rudnick has conducted a review (the "Connections Check") of Brown Rudnick's connections with the Debtors, their creditors, any other party-in-interest herein, and their respective attorneys or accountants (collectively, the "Case Parties").  In connection with compiling the list of Case Parties and performing the Connections Check, Brown Rudnick utilized the interested party list attached hereto as Schedule 1 and checked such parties against a database containing Brown Rudnick's connections.  Brown Rudnick also checked additional case professionals (e.g., the Creditors' Committee's professionals) and affiliates of Case Parties, as applicable.  For the purposes of these Chapter 11 cases, only potential connections that existed as of January 1, 2018 were checked.  Brown Rudnick will continue to review potential conflicts during the pendency of these cases, and if and to the extent that additional connections are discovered, Brown Rudnick shall submit a supplemental statement.

8.      The Connections Check performed by Brown Rudnick included an email circulated to all Brown Rudnick attorneys (and posted on Brown Rudnick's intranet site for further review) alerting all professionals at Brown Rudnick to identify any connections with the Case Parties.

9.      To the best of Brown Rudnick's knowledge, except as disclosed below, Brown Rudnick and its individual attorneys do not represent any creditors in these cases, nor does Brown Rudnick represent any equity security holders, affiliates, or insiders of the Debtors.

10.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, Charter Communications, the parent company of contract counter-party Spectrum.  Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

11.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Krys Global, for whom independent director Grant Lyon was previously employed.  Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

12.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented certain affiliates of certain insurers, including Hartford Financial (parent company to Hartford Financial Service Group), SunAmerica Life Insurance Inc. (affiliate of Validus and Validus Speciality), MassMutual Select Funds (affiliate of Massachusetts Mutual Life Insurance Company), and MassMutual Premier Funds (affiliate of Massachusetts Mutual Life Insurance Company).  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

13.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented certain case professionals or affiliates of case professionals, including Paul Hastings (Europe) LLP.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

14.     In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents or formerly represented, American Stock Transfer & Trust Co., an affiliate of claims agent Donlin, Recano & Company, Inc.  Brown Rudnick does not represent and will

not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

15.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Gillian Eleanor Bruce and Edward John McNamara of PricewaterhouseCoopers LLP, in their capacities as Liquidators of Grace Hotels Limited.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

16.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents Alliance for Automotive Innovation, a subsidiary of Daimler, which is a shareholder of vendor/supplier Blacklane.  Brown Rudnick does not represent and will not represent any of these entities or affiliates in connection with the Debtors or these Chapter 11 cases.

17.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick formerly represented VSP Vision Case.  Brown Rudnick does not represent and will not represent this entity or any affiliates in connection with the Debtors or these Chapter 11 cases.

18.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents vendor/suppliers Comcast and Hubspot.  Brown Rudnick does not represent and will not represent these entities or any affiliates in connection with the Debtors or these Chapter 11 cases.

19.    In matters unrelated to the Debtors or these Chapter 11 cases, Brown Rudnick currently represents SmartContract Chainlink Limited SEZC, an entity affiliated with Chainlink, which is one of the Debtors' unsecured creditors.  Brown Rudnick does not represent and will not represent the foregoing entity or any affiliates in connection with the Debtors or these

Chapter 11 cases.  Brown Rudnick has enacted an ethical wall dividing attorneys working on this matter from attorneys working on the Debtors' case.

20.    In addition to the foregoing, attorney's in Brown Rudnick's London office currently represent Coinfirm Ltd. in matters unrelated to the Debtors or the Chapter 11 cases. Coinfirm is not listed on the Case Parties list, and I am presently unaware of any connection between Coinfirm and the Debtors.  We understand that Coinfirm retained Silver Miller (counsel to certain parties-in-interest in Cred Inc.) for certain U.S.-based litigation work.  We understand that the work that Brown Rudnick is undertaking for Coinfirm in Europe is different from and independent of the work that Silver Miller is performing for Coinfirm in the U.S.

21.    In addition to the foregoing, Brown Rudnick is currently counsel to the Japanese bankruptcy trustee of Mt. Gox in Chapter 15 proceedings pending in the Southern District of Texas (as well as related litigation).  Prior to its bankruptcy, Mt. Gox was engaged in cryptocurrency and bitcoin exchanges but, to the best of my knowledge, did not have any business interaction with the Debtors.  I have not had any involvement in Brown Rudnick's Mt. Gox engagement.  At the request of the Mt. Gox trustee, Brown Rudnick has enacted an ethical wall dividing attorneys working on the Mt. Gox case and the Debtors' case.

22.    Brown Rudnick has not received any preferential payment as defined in 11 U.S.C. § 547.

23.    Brown Rudnick is not a creditor of the Debtors.

24.    Brown Rudnick has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office, except that Rosa Sierra, an attorney with the U.S. Trustee's office, was an associate in Brown Rudnick's restructuring department from approximately October 2018 until February 2020. Partners and associates of Brown Rudnick

have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

25.     In addition, to the best of my knowledge, information and belief, neither I, Brown Rudnick, nor any partner, associate, or special attorney of Brown Rudnick, is a relative of, or has been so connected to, any judge of the United States Bankruptcy Court for the District of Delaware.

## COMPENSATION

26.     Brown Rudnick will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect as of January 1, 2021, plus reimbursement of actual, necessary out-of-pocket expenses and other charges incurred by Brown Rudnick on the Examiner's behalf.  The current hourly rates for Brown Rudnick attorneys and para-professionals who are expected to render services to the Examiner in this case range from $395.00 per hour to $1,105.00 per hour.

27.     The charges for the attorneys who will render services to the Examiner will be based upon actual time spent and upon the experience and expertise of the attorney or legal assistant involved.  The hourly rates set forth above are consistent with the rates that Brown Rudnick charges other comparable clients for similar services, whether in or outside of chapter 11, regardless of the location of the client or the court in which a matter is pending.  The hourly rates listed above are appropriate and not significantly different from (a) the rates that Brown Rudnick charges for other similar types of representations or (b) the rates that other counsel of similar expertise and experience would charge to do work similar to the work Brown Rudnick will perform in this case.

28.     Brown Rudnick customarily charges its clients for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except

for representation or that particular client. Among other things, Brown Rudnick charges its clients for facsimile and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, after-hours taxi expenses, expenses for working meals or overtime/after-hours meals, computerized research, and transcript costs. Brown Rudnick, however, will not seek reimbursement of secretarial or other overtime charges. Brown Rudnick has informed the Examiner that it will charge the Examiner for these expenses in a manner and at a rate consistent with the charges made generally to Brown Rudnick's other clients and consistent with the Local Rules.

29.     Consistent with section 504 of the Bankruptcy Code, Brown Rudnick has not entered into any agreement to share, nor will it share compensation received for services rendered in connection with this case. Brown Rudnick will endeavour to perform its services at a reasonable cost, consistent with the need to conduct a complete investigation and make a full report of the matters covered by the Examiner Order.

30.     The factual statements set forth in this Declaration have been made based on (1) a personal review by me and my staff of the potential creditors of the debtors and parties in interest to this case as identified on Schedule 1; (2) a computer search of Brown Rudnick's client list; and (3) follow up correspondence with certain Brown Rudnick attorneys identified in the conflict search as representing potential creditors regarding this representation to ensure no conflict exists.

31.     Any request for payment from the Debtors' estate for compensation and reimbursement of expenses incurred in the performance of Brown Rudnick's services as counsel to the Examiner will be subject to the approval of the Court and will be made in accordance with

the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee's applicable guidelines, and the Court's interim compensation order.

32.     To the extent that, during or at the conclusion of Brown Rudnick's employment, it discovers any facts bearing on matters described in this Declaration, Brown Rudnick will supplement the information contained in this Declaration.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 1, 2021

Respectfully submitted,

*/s/ Andrew M. Carty*
Andrew M. Carty

## **SCHEDULE 1**

**TO CARTY DECLARATION**

**POTENTIAL PARTIES IN INTEREST**

**<u>Debtors</u>**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**<u>Debtors' Former Names</u>**
Cred LLC
Libra Credit (US) LLC

**<u>Non-Debtor Affiliates</u>**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**<u>Asset Managers</u>**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**<u>Bankruptcy Judges and Staff</u>**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashely M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Brendan L.
Silverstein, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupczewski, Karen
Szymanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.
Werkheiser, Rachel

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Clerk of the Court**
O'Boyle, Una

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant
Matteini, Francesco
Podulka, Joe
Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group.
One Beacon n/k/a Intact Insurance Specialty Solutions
Validus
Validus Specialty
Western World Insurance Group

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**<u>Office of the United States Trustee</u>**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**<u>Partners</u>**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet

Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu
Schatt, Daniel

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**<u>Top Unsecured Creditors</u>**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**<u>Vendors/Suppliers</u>**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd.

Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara
Herschberg, Todd
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems
Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions

Pringle, Mary M
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC
Seemann, Catherine A.
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC
Zuar

**<u>Other Interested Parties</u>**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

## ADDITIONAL POTENTIAL PARTIES IN INTEREST

### Additional Professionals
Sonoran Capital Advisors, LLC
Teneo Capital Group LLC
McDermott Will & Emery LLP
Paul Hastings LLP
Cousins Law LLC

### Parties in Interest Appearing in Cases/Counsel
Saul Ewing Arnstein & Lehr LLP
James Schregardus
Faegre Drinker Biddle & Reath LLP
James Alexander
Buchanan Ingersoll & Rooney PC
Thomas Arehart
FisherBroyles, LLP
Ryan Skeers
Carlton Fields, P.A.
Gellert Scali Busenkell & Brown, LLC
Billion Law
Baker Hostetler LLP

### Committee Members
DragonFly International Holding Limited
Wendy Laraine Lee
Cedric de Lisser
Maple Partners, LLC
Michael Michelin
Christopher Moser
Kyle Tuo Wang

## REGION 3 EMPLOYEES

PHILADELPHIA, PA
VARA, ANDREW                    UNITED STATES TRUSTEE
BAKER, FREDERIC J.              ASSISTANT U.S. TRUSTEE
ADAMS, DAVE P.                  TRIAL ATTORNEY
BOOKMAN, JEFFREY                AUDITOR (BANKRUPTCY)
BORGESI, MARIA N.               PARALEGAL SPECIALIST
CALLAHAN, KEVIN P.              TRIAL ATTORNEY
CLAUSEN, JOANNE                 SECRETARY, OA
CONWAY, GEORGE                  TRIAL ATTORNEY
COSTA, LISA                     MAIL CLERK/FILE CLERK
DUGAN, DIANNE                   ADMINISTRATIVE OFFICER
FORBES, SANDRA                  FINANCIAL ANALYST
LAMBE, JAMES B.                 PARALEGAL SPECIALIST
MILLER, NANCY J.                LEGAL ASSISTANT
RECCHIUTI, JO ANN               PARALEGAL SPECIALIST
ROSEBORO, DEBORAH L.            LEGAL DATA TECHNICIAN
SALISBURY, KAM                  IT SPECIALIST
SCHANNE, JOHN                   TRIAL ATTORNEY
WARD, HUGH J.                   BANKRUPTCY ANALYST

WILMINGTON, DELAWARE
TINKER, T. PATRICK              ASSISTANT U.S. TRUSTEE
ATTIX, LAUREN                   OFFICE AUTOMATION ASSISTANT
BUCHBINDER, DAVID               TRIAL ATTORNEY
CASEY, LINDA                    TRIAL ATTORNEY
COOKE, DENIS                    AUDITOR (BANKRUPTCY)
DICE HOLLY                      AUDITOR (BANKRUPTCY)
DORTCH, SHAKIMA                 PARALEGAL SPECIALIST
FOX, TIMOTHY                    TRIAL ATTORNEY
GIORDANO, DIANE                 BANKRUPTCY ANALYST
GREEN, CHRISTINE                PARALEGAL SPECIALIST
HACKMAN, BENJAMIN               TRIAL ATTORNEY
JONES, NYANQUOI                 AUDITOR (BANKRUPTCY)
LEAMY, JANE                     TRIAL ATTORNEY
MCCOLLUM, HANNAH                TRIAL ATTORNEY
MCMAHON, JOSEPH                 TRIAL ATTORNEY
O'MALLEY, JAMES R.              AUDITOR (BANKRUPTCY)
PANACIO, MICHAEL                AUDITOR (BANKRUPTCY)
RICHENDERFER, LINDA             TRIAL ATTORNEY
SARKESSIAN, JULIET              TRIAL ATTORNEY
SCHEPACARTER, RICHARD           TRIAL ATTORNEY
SERRANO, EDITH                  PARALEGAL SPECIALIST
SIERRA, ROSA                    TRIAL ATTORNEY
STARR KAREN                     AUDITOR (BANKRUPTCY)

VILLAGRANA, DAVID                    TRIAL ATTORNEY
VINSON, RAMONA                       PARALEGAL SPECIALIST
WYNN, DION                           PARALEGAL SPECIALIST

PITTSBURGH, PA
SISCA, JOSEPH S.                     ASSISTANT U.S. TRUSTEE
ALBRIGHT, STEVEN                     AUDITOR (BANKRUPTCY)
BERRY, DAVID                         AUDITOR (BANKRUPTCY)
BLASI, KATHLEEN                      PARALEGAL SPECIALIST
GEYER, LISA                          PARALEGAL SPECIALIST
GIGLIOTTI, MADELINE                  LEGAL ASSISTANT
HAUSE, JODI                          TRIAL ATTORNEY
HILDENBRAND, NORMA                   TRIAL ATTORNEY
MILKO, DAVID                         PARALEGAL SPECIALIST
PASNIEWSKI SHARON                    LEGAL ASSISTANT
LARRY WAHLQUIST                      TRIAL ATTORNEY

NEWARK, NJ
HILDEBRANDT, MARTHA                  ASSISTANT U.S. TRUSTEE
ALFARO, ADELA                        PARALEGAL SPECIALIST
APONTE, MICHAEL                      PARALEGAL SPECIALIST
ARDELEAN, KIRSTEN K.                 BANKRUPTCY ANALYST
ARENDAS, FRANCYNE D.                 AUDITOR (BANKRUPTCY)
ARTIS, MICHAEL                       TRIAL ATTORNEY
BIELSKIE, LAUREN                     TRIAL ATTORNEY
D'AURIA, PETER                       TRIAL ATTORNEY
GERARDI, DAVID                       TRIAL ATTORNEY
GERHARD, IVETTE                      SECRETARY, OA
GILES, ROSEMARIE                     LEGAL ASSISTANT
GREEN, TIA                           LEGAL ASSISTANT
HAUSMAN, MITCHELL B.                 TRIAL ATTORNEY
KERN, JOSEPH C.                      BANKRUPTCY ANALYST
KROPIEWNICKI, DANIEL C.              AUDITOR (BANKRUPTCY)
MCGEE, MARGARET                      TRIAL ATTORNEY
NIKOLININIO, ALEXANDRIA              TRIAL ATTORNEY
OPPELT, TINA                         PARALEGAL SPECIALIST
SCHNEIDER, ROBERT J.                 TRIAL ATTORNEY
SPONDER, JEFFREY                     TRIAL ATTORNEY
STEELE, FRAN B.                      TRIAL ATTORNEY
STIVES, JAMES                        AUDITOR (BANKRUPTCY)
TEICH, BENJAMIN                      TRIAL ATTORNEY
ZIEMER, WILLIAM                      AUDITOR (BANKRUPTCY)

HARRISBURG, PA
D. TROY SELLARS                      ASSISTANT U.S. TRUSTEE
PAUL, WENDY S.                       PARALEGAL SPECIALIST

| | |
|---|---|
| PLESIC, REBECCA | PARALEGAL SPECIALIST |
| SCHALK, JOSEPH | TRIAL ATTORNEY |
| SCHILLER, GREGORY | TRIAL ATTORNEY |