# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Obj. Deadline: February 16, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: February 23, 2021 at 1:00 p.m. (ET)** |

### APPLICATION OF THE EXAMINER FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ASHBY & GEDDES, P.A. AS HIS DELAWARE COUNSEL, *NUNC PRO TUNC* TO JANUARY 8, 2021

Robert J. Stark, Esq., the Examiner (the "Examiner") appointed in the above-captioned chapter 11 cases (the "Cases") by Andrew R. Vara, the Acting United States Trustee for Regions 3 and 9 (the "United States Trustee"), such appointment having been made on January 7, 2021, pursuant to the *Notice of Appointment of Examiner* [Docket No. 329], and approved by the Court in the *Order Approving Appointment of Examiner* entered on January 8, 2021 [Docket No. 338], pursuant to the Court's *Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions* [Docket No. 281] (the "Examiner Order"), hereby submits this application (the "Application") for the entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to sections 105(a), 327 and 328 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to the terms and authority of the Examiner Order, authorizing the employment and retention of Ashby & Geddes, P.A. ("Ashby & Geddes"), *nunc pro tunc* to January 8, 2021, as the Examiner's Delaware counsel in these Cases. In support of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01651435;v2}    1

Application, the Examiner relies upon the *Affidavit of Gregory A. Taylor in Support of the Application of the Examiner for Entry of an Order Authorizing the Employment and Retention of Ashby & Geddes, P.A. as his Delaware Counsel, Nunc Pro Tunc to January 8, 2021* (the "Taylor Affidavit") attached hereto as **Exhibit B** and incorporated herein by reference, and respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The Examiner Order provides, in relevant part, that "[t]he Examiner may retain counsel and other professionals if he or she determines that such retention is necessary to discharge his or her duties, with such retention to be subject to Court approval under standards equivalent to those set forth in 11 U.S.C. § 327." Examiner Order ¶ 11. Accordingly, the relief herein is requested in accordance with the standards set forth in sections 105(a), 327 and 328 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On November 7, 2020, (the "Petition Date"), each of the Debtors filed with the Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 cases.

4.      On December 23, 2020, the Court entered the Examiner Order, authorizing and directing the appointment of an Examiner to "(a) investigate any allegations of fraud, dishonesty,

incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the Debtors of or by current or former management of the Debtors and (b) otherwise perform the duties of an examiner set forth in section 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code . . . ." Examiner Order ¶ 4.

5. On January 7, 2021, the United States Trustee appointed Robert J. Stark, Esq. as the Examiner.

6. The Court approved the United States Trustee's appointment of Mr. Stark as Examiner on January 8, 2021.

## RELIEF REQUESTED

7. By this Application, the Examiner seeks the entry of an order, pursuant to sections 105(a), 327 and 328 of the Bankruptcy Code, and in accordance with the terms of the Examiner Order, authorizing the Examiner to employ and retain Ashby & Geddes as his Delaware legal counsel *nunc pro tunc* to January 8, 2021, to perform the services necessary for the Examiner to discharge his duties.

## BASIS FOR RELIEF

### A. Ashby & Geddes' Qualifications

8. Ashby & Geddes is well suited to represent the Examiner and perform services in connection with carrying out the Examiner's fiduciary duties and responsibilities under the Bankruptcy Code, consistent with section 1106 and other provisions of the Bankruptcy Code as well as in accordance with the Examiner Order. Ashby & Geddes is a recognized law firm with extensive experience and expertise in the field of financial services, including debtor and creditor rights and business reorganizations and liquidations under chapter 11 of the Bankruptcy Code. Moreover, attorneys at Ashby & Geddes possess broad-based experience and knowledge

practicing before this Court.

9.  Accordingly, after due consideration and deliberation, the Examiner has concluded that his interests and the interests served by the Examiner Order would be best served by the retention of Ashby & Geddes as his Delaware counsel to render such legal services as are necessary and appropriate in connection with the Examiner's discharge of his duties.

### B.  Payment of Fees and Expenses

10. Subject to the Court's approval, Ashby & Geddes will seek approval of payment of compensation and reimbursement of actual, necessary expenses and other charges upon Ashby & Geddes' filing of appropriate applications for the allowance of interim and final compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court.

11. The Examiner requests that Ashby & Geddes be compensated on an hourly basis and reimbursed for the actual, necessary expenses it incurs. Although certain additional professionals and paraprofessionals at Ashby & Geddes may provide services to the Examiner from time to time, the principal attorneys and paralegal presently designated to represent the Examiner, and their current standard hourly rates, are:

| Professional | Position | Hourly Rate |
|---|---|---|
| Gregory A. Taylor | Director | $645 |
| Stacy L. Newman | Director | $550 |
| Katharina Earle | Associate | $375 |
| Amanda Hrycak | Paralegal | $265 |

12. The hourly rates set forth above are Ashby & Geddes' current regular hourly rates for work of this nature and are adjusted on an annual basis. These rates are set at a level designed to fairly compensate Ashby & Geddes for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Such hourly rates do not include charges for non-legal

personnel who also record time spent working on matters for particular clients.  It is Ashby & Geddes' policy to charge its clients for all other services provided and for disbursements and expenses incurred in relation thereto.  These disbursements and expenses include, among other things, charges for telephone and facsimile usage (outgoing only), photocopying (ten cents per page), travel, business meals, computerized research, messengers, couriers, postage, witness fees and fees related to trials and hearings.  Ashby & Geddes will charge the Examiner for these expenses in a manner and at rates consistent with charges generally made to its other clients.

13. During the course of these Cases, Ashby & Geddes will seek compensation based upon its normal hourly billing rates in effect for the period in which services are performed and will seek reimbursement of reasonable and necessary out-of-pocket expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court.  It is further contemplated that Ashby & Geddes will seek interim compensation and reimbursement of expenses during these Cases as permitted by section 331 of the Bankruptcy Code, the Local Rules and Orders entered by this Court.

14. Other than as set forth above and in the Taylor Affidavit, no arrangement is proposed between the Examiner and Ashby & Geddes for compensation to be paid in these Cases.

15. Ashby & Geddes understands that any compensation and expenses paid to it must be approved by the Court upon application consistent with the Bankruptcy Code and applicable Bankruptcy Rules.

### C. Services To Be Provided

16. During the course of these Cases, the Examiner anticipates that Ashby & Geddes will be required to render legal services relating to the fulfillment of the Examiner's duties and responsibilities under the Bankruptcy Code as well as in accordance with the Examiner Order.

Services likely to be rendered by Ashby & Geddes include, but are not limited to the following:

a. preparing and reviewing motions, applications, notices, answers, orders and documents necessary in the discharge of the Examiner's duties;

b. representing the Examiner at all hearings and other proceedings before this Court and any appellate courts; and advocating and protecting the interests of the Examiner before such courts and the United States Trustee;

c. representing the Examiner in any dealings he may have with various governmental and regulatory authorities;

d. representing the Examiner in any dealings he may have with the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), general creditors or any third party concerning matters related to the Debtors' estates;

e. assisting the Examiner in preparing his work plan and budget;

f. assisting the Examiner in retaining and directing the work of forensic accountants and investigative personnel;

g. assisting the Examiner in preparing his report;

h. providing legal advice regarding the rules and practices of the Court applicable to the Examiner's powers and duties under the Bankruptcy Code and the Examiner Order; and

i. performing all other necessary legal services and providing all other necessary legal advice to the Examiner in connection with these Cases including assisting the Examiner in undertaking additional tasks that the Court may direct.

### D. Bankruptcy Rule 2014 Disclosures

17. To the best of the Examiner's knowledge, and except as may be set forth in the Taylor Affidavit, Ashby & Geddes (i) has not represented any of the Debtors, any of the creditors of the Debtors or any other parties in interest, or any of their respective affiliates or their respective attorneys, in any matter relating to the Debtors or their estates; (ii) does not hold or represent any interest adverse to the interests of the Examiner, the Debtors and the Debtors' estates and creditors; and (iii) does not have any "connections" to the Debtors, their creditors, any other party in interest, or any person employed in the office of the United States Trustee. Accordingly, the Examiner believes that Ashby & Geddes qualifies as a "disinterested person" within the meaning of sections 101(14) and 328 of the Bankruptcy Code.

18. For the reasons set forth above, the Examiner submits that Ashby & Geddes' retention and employment is necessary, in the best interest of the estates and will, enable the Examiner to carry out his duties under the Bankruptcy Code and Examiner Order.

### NOTICE

19. Notice of this Application has been given to: (i) the United States Trustee; (ii) counsel to the Debtors; (iii) counsel to the Committee; and (iv) those parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Examiner submits that no other or further notice is necessary.

### NO PRIOR APPLICATION

20. No previous application for the relief sought herein has been made to this or any other Court.

### CONCLUSION

**WHEREFORE**, the Examiner respectfully requests the entry of an order, substantially in the

form attached hereto as **Exhibit A**, (i) authorizing the Examiner to employ and retain Ashby & Geddes as his Delaware counsel *nunc pro tunc* to January 8, 2021 on the terms and conditions set forth herein, and (ii) granting such other and further relief as is just and proper.

Dated:  February 1, 2021        By:    */s/ Robert J. Stark*
                                                        Robert J. Stark, Esq.
                                                        Examiner