## Exhibit A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. \_\_\_\_** |

**ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF ASHBY & GEDDES, P.A. AS COUNSEL TO THE
EXAMINER, *NUNC PRO TUNC* TO JANUARY 8, 2021**

Upon consideration of the application (the "Application") of Robert J. Stark, Esq., the Examiner (the "Examiner") appointed in the above-captioned chapter 11 cases by the United States Trustee[2], for the entry of an order, pursuant to sections 105(a), 327 and 328 of title 11 of the United States Code (the "Bankruptcy Code"), and pursuant to the terms and the authority of the Examiner Order, authorizing the employment and retention of Ashby & Geddes, P.A. ("Ashby & Geddes"), *nunc pro tunc* to January 8, 2021, as the Examiner's Delaware counsel in these Cases; and upon consideration of the Taylor Affidavit filed in support thereof; and the Court being satisfied based upon the representations made in the Application and the Taylor Affidavit that Ashby & Geddes represents no interest adverse to the Examiner, the Debtors and the Debtors' estates and creditors with respect to matters upon which Ashby & Geddes is to be engaged, that Ashby & Geddes is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and that Ashby & Geddes' employment is necessary and is in the best interests of the estates; and due

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solution LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used not defined herein shall have the meanings ascribed to them in the Application.

and adequate notice of the Application having been given; and it appearing that no further or other notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is hereby **GRANTED**.

2. In accordance with section 327 of the Bankruptcy Code, and pursuant to the Examiner Order, the Examiner is hereby authorized to retain and employ the law firm of Ashby & Geddes as his Delaware counsel on the terms set forth in the Application and the Taylor Affidavit, *nunc pro tunc* to January 8, 2021.

3. Ashby & Geddes shall be entitled to an allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, Bankruptcy Rules, the Local Rules and such other orders as the Court may direct.

4. The Examiner is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.