**<u>Exhibit B</u>**

**(Taylor Affidavit)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF GREGORY A. TAYLOR IN SUPPORT OF THE**
**APPLICATION OF THE EXAMINER FOR ENTRY OF AN ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF ASHBY & GEDDES, P.A. AS HIS**
**DELAWARE COUNSEL, *NUNC PRO TUNC* TO JANUARY 8, 2021**

I, Gregory A. Taylor, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that to the best of my knowledge and after reasonable inquiry, the following is true and correct:

1.      I am a director of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes" or the "Firm"), which maintains an office for the practice of law at 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801.  I make this affidavit in support of the *Application of the Examiner for Entry of an Order Authorizing the Employment and Retention of Ashby & Geddes, P.A. as his Delaware Counsel, Nunc Pro Tunc to January 8, 2021* (the "Application").

2.      Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[2]  To the extent that any information disclosed herein requires amendment or modification upon additional analysis or discovery of additional information by Ashby & Geddes, Ashby & Geddes will submit a supplemental affidavit disclosing such information.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solution LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Certain of the disclosures herein may relate to matters within the knowledge of others.

3.      Ashby & Geddes has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Examiner[3], the Debtors, the Debtors' creditors and other parties-in-interest (or potential parties in interest) in these Cases.

4.      Ashby & Geddes systematically maintains and updates its conflicts check system in the regular course of its business.  The system is designed to record every entity that has ever engaged the firm, and every matter in respect of which the firm has ever been engaged. Further, with respect to each past or present matter, the system records the identity of related parties and adverse parties and the Ashby & Geddes attorney(s) who are knowledgeable about the matter.

5.      In connection with preparing this Affidavit, Ashby & Geddes requested and received from proposed lead counsel to the Examiner, Brown Rudnick LLP, a list of interested parties and significant creditors (the "Potential Parties-in-Interest") for review in the computerized conflict check system maintained by Ashby & Geddes.  Such Potential Parties-in-Interest include: (i) the Debtors and the Debtors' affiliates, (ii) the Debtors' secured and largest unsecured creditors, (iii) the Debtors' officers and directors, (iv) the Debtors' professionals, (v) the Judges and certain employees of the Bankruptcy Court, (vi) certain employees of the Office of the United States Trustee, (vii) certain professionals involved in these Cases and (viii) those parties who are reflected on the "2002 service list" prepared and maintained pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b).

6.      A list of the names of the Potential Parties-in-Interest that were submitted to the conflict check system is attached hereto as **Exhibit 1**.

7.      **Exhibit 2** contains a list of the entities or individuals identified in **Exhibit 1**, as well as any entities that may be affiliates of the Potential Parties-in-Interest, that Ashby & Geddes

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

has represented, currently represents or may represent in the future in matters totally unrelated to the Debtors and these Cases.  When warranted, the Ashby & Geddes attorney who worked with such parties was asked about the connection between such parties and Ashby & Geddes and if he or she was aware of any conflict that may exist if Ashby & Geddes represented the Examiner.

8.     As a result of the foregoing procedures, I have thus far ascertained that Ashby & Geddes has neither an actual nor potential conflict of interest.  Because of the nature of its general practice, Ashby & Geddes: (i) has appeared in the past and may appear in the future in cases unrelated to these Cases where one or more of the Potential Parties-in-Interest may be involved; and (ii) has represented in the past, currently represents or may represent in the future one or more of such parties or other Potential Parties-in-Interest in matters unrelated to these Cases. Ashby & Geddes does not represent these entities on matters in any way related to the Debtors or these Cases.

9.     As disclosed in **Exhibit 2**, as part of their practice, Ashby & Geddes and its directors, counsel and associates have in the past represented, currently represent and may represent in the future entities, or affiliates of entities, that are creditors of the Debtors, or other parties-in-interest in the Debtors' Cases, in matters unrelated to these Cases.  Prior to the commencement of the Debtors' Cases, Ashby & Geddes has not, and during the pendency of its representation of the Examiner will not, represent any entity other than the Examiner in connection with these Cases.

10.     Further, Ashby & Geddes appears in cases, proceedings and transactions involving different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent parties-in-interest in these Cases including those professional firms listed on **Exhibit 1**.  Additionally, in the course of its practice, Ashby & Geddes

represents different financial institutions in matters unrelated to the Debtors and has or may have represented one or more of the financial institutions which are creditors in these Cases as disclosed on **Exhibit 2**.  Notwithstanding the foregoing, Ashby & Geddes has not and will not represent any of such entities in relation to these Cases or have any relationship with any such entity, attorneys, accountants, financial consultants and investment bankers that would be adverse to the Examiner or the Debtors' estates and creditors.

11.     Out of an abundance of caution, I disclose that (i) The Honorable Christopher S. Sontchi was a Director of Ashby & Geddes prior to his appointment to the bench in 2006; (ii) The Honorable Karen B. Owens was a Director of Ashby & Geddes prior to her appointment to the bench in 2019; and (ii) Don A. Beskrone, a Director of this Firm, was previously employed by the Office of the United States Trustee, Region 3 as a trial attorney and was appointed by the Office of the United States Trustee, Region 3 to the panel of chapter 7 trustees for the District of Delaware, effective March 25, 2015.

12.     Based on the foregoing and to the best of my knowledge, Ashby & Geddes is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code and does not represent or hold an interest adverse to the Examiner, the Debtors or their estates and creditors.

13.     Subject to this Court's approval and in accordance with section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the orders of the Court, the Examiner has requested that Ashby & Geddes be compensated on an hourly basis, plus reimbursement for the actual, necessary expenses it incurs.   Although certain additional professionals and paraprofessionals at Ashby & Geddes may provide services to the Examiner from time to time, the principal attorneys and paralegal presently designated to represent the Examiner, and their current standard hourly rates, are:

| Professional | Position | Hourly Rate |
|---|---|---|
| Gregory A. Taylor | Director | $645 |
| Stacy L. Newman | Director | $550 |
| Katharina Earle | Associate | $375 |
| Amanda Hrycak | Paralegal | $265 |

14.     The hourly rates set forth above are Ashby & Geddes' current regular hourly rates for work of this nature and are adjusted on an annual basis.  These rates are set at a level designed to fairly compensate Ashby & Geddes for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Such hourly rates do not include charges for non-legal personnel who also record time spent working on matters for particular clients.  It is Ashby & Geddes' policy to charge its clients for all other services provided and for disbursements and expenses incurred in relation thereto.  These disbursements and expenses include, among other things, charges for telephone and facsimile usage (outgoing only), photocopying (ten cents per page), travel, business meals, computerized research, messengers, couriers, postage, witness fees and fees related to trials and hearings.  Ashby & Geddes will charge the Examiner for these expenses in a manner and at rates consistent with charges generally made to its other clients.

15.     Other than as set forth herein, no arrangement is proposed between the Examiner and Ashby & Geddes for compensation to be paid in these Cases.

16.     Ashby & Geddes understands that any compensation and expenses paid to it must be approved by the Court upon application consistent with the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules and the orders of this Court.

17.     During the course of these Cases, Ashby & Geddes will seek compensation based upon its normal hourly billing rates in effect for the period in which services are performed and will seek reimbursement of necessary and reasonable out-of-pocket expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and

the orders of this Court.  It is further contemplated that Ashby & Geddes will seek interim compensation and reimbursement of expenses during these Cases as permitted by section 331 of the Bankruptcy Code and Orders entered by this Court.

18.    No promises have been received by the Firm, nor by any partner, counsel or associate thereof, as to compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Cases.

Dated:  February 1,  2021

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
ASHBY & GEDDES, P.A.
*Proposed Delaware Counsel to the Examiner,*
*Robert J. Stark, Esq.*

## <u>Exhibit 1</u>

**Potential Parties-In-Interest**

**Debtors**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Bankruptcy Judges and Staff**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashely M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Brendan L.
Silverstein, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupczewski, Karen
Szymanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.
Werkheiser, Rachel

**Claims Agent**
Donlin, Recano & Company, Inc.

**Clerk of the Court**
O'Boyle, Una

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant Matteini,
Francesco Podulka,
Joe Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group.
One Beacon n/k/a Intact Insurance
Specialty Solutions
Validus
Validus Specialty
Western World Insurance Group
Solutions

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital CR
Fund
Dragonfly International Holding Limited
Spice VC

**Banks**
Evolve Bank & Trust
LHV Pank
LHV Bank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Partners**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet
Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Additional Professional**
Sonoran Capital Advisors, LLC
Teneo Capital Group LLC
McDermott Will & Emery LLP
Paul Hastings LLP
Cousins Law LLC
Foster, Matthew K.
Macco Restructuring Group, LLC
McManigle, Drew
Rikkers, Pierre Allain
Arete Capital Partners, LLC
Multicoin Capital
Shapiro, Matt

**Office of the United States Trustee Region 3 – Wilmington, Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**Office of the United States Trustee Region 3 – Philadelphia, PA**
Vara, Andrew
Baker, Frederic J.
Adams, Dave P.
Bookman, Jeffrey
Borgesi, Maria N.
Callahan, Kevin P.
Clausen, Joanne
Conway, George
Costa, Lisa
Dugan, Dianne
Forbes, Sandra
Lambe, James B.
Miller, Nancy J.
Recchiuti, Jo Ann
Roseboro, Deborah L.
Salisbury, Kam
Schanne, John
Ward, Hugh J.

**Office of the United States Trustee Region
Newark, New Jersey**
Hildebrandt, Martha
Alfaro, Adela
Aponte, Michael
Ardelean, Kirsten K.
Arendas, Francyne D.
Artis, Michael
Bielskie, Lauren
D'auria, Peter
Gerardi, David
Gerhard, Ivette
Giles, Rosemarie
Green, Tia
Hausman, Mitchell B.
Kern, Joseph C.
Kropiewnicki, Daniel C.
Mcgee, Margaret
Nikolininio, Alexandria
Oppelt, Tina
Schneider, Robert J.
Sponder, Jeffrey
Steele, Fran B.
Stives, James
Teich, Benjamin
Ziemer, William

**Office of the United States Trustee Region 3 –
Harrisburg, Pennsylvania**
D. Troy Sellars
Paul, Wendy S.
Plesic, Rebecca
Schalk, Joseph
Schiller, Gregory

**Party in Interest Appearing in Case/Counsel**
Saul Ewing Arnstein & Lehr LLP
James Schregardus
Faegre Drinker Biddle & Reath LLP
Buchanan Ingersoll & Rooney PC
Thomas Arehart
FisherBroyles, LLP
Ryan Skeers
Carlton Fields, P.A.
Gellert Scali Busenkell & Brown, LLC
Billion Law
Baker Hostetler LLP

**Office of the United States Trustee Region 3 –
Pittsburgh, PA**
Sisca, Joseph S.
Albright, Steven
Berry, David
Blasi, Kathleen
Geyer, Lisa
Gigliotti, Madeline
Hause, Jodi
Hildenbrand, Norma
Milko, David
Pasniewski Sharon
Larry Wahlquist

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Committee Member**
DragonFly International Holding Limited
Lee, Wendy Laraine
De Lisser, Cedric
Maple Partners, LLC
Michelin, Michael
Moser, Christopher
Wang, Kyle Tuo

**Top 30 Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Creditor**
Majdak, Krzysztof
Godinea, Philippe
Shiller, Jaime
Yanagi, Takashi
King, Wu Chi
Richardson, Joseph
Calvert, Thomas
Cowen, Clint
Houck, Robin
Wiseman, Todd
Dixon, Matthew
Ashurov, Jonatan
Becker, Daniel
Miyaychi, Teppei
Vacca, Jean
Su, Xian
Beaufils, Emmanuel
Groll, Daniel
Parrish, Marc (managing member of UpgradeYa)

**Contract Counterparty**
Accusource
DeLude, Bethany
Calendly, LLC
Zdilar, Domagoj
Kotak, Maitri
Productboard
Spectrum
Sprout Social Inc.
Stericycle d/b/a Shred It
Bobrowski, Adam
First Ledger Corp aka Bitbuy
Transform Group International

**Other Interested Parties**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu Schatt,
Daniel

**Additional Creditor/Counsel**
The Rosner Law Group LLC
The Saracheck Law Firm
Morris James LLP
Silver Miller
Upgradeya Investments LLC
Landis Rath & Cobb LLP
Oracle America, Inc.
Buchalter
507 Capital LLC
Edwy Mandret

**Former Employee**
Inamullah, Daniyal

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS) Los
Angeles County
San Mateo County

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**Vendors/Suppliers**

10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Acre
Amazon Web  Service Amber
Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd.
Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara H
Herschberg, Todd

**Vendors/Suppliers (Cont.)**

HireUp LLC Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems
Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions
Pringle, Mary M
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC
Seemann, Catherine A.
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC
Zuar

**Exhibit 2**

**Potential Parties-In-Interest That Ashby & Geddes Has Represented, Currently Represents or May in the Future Represent in Matters Unrelated to the Debtors**

As a result of its review, Ashby & Geddes has discerned that it has in the past, presently or may in the future represent the following individuals, or entities that are, or may be affiliates of, creditors of the Debtors or parties-in-interest in the Debtors' Cases, in each instance on matters unrelated to the Debtors' Cases:

**Insurance**

| Name | Current Unrelated | Former Unrelated |
|------|-------------------|------------------|
| AXIS Insurance Company | | x |
| One Beacon Insurance Group* | | x |

**Professionals**

| Name | Current Unrelated | Former Unrelated |
|------|-------------------|------------------|
| Dentons | | x |
| PricewaterhouseCoopers, Inc.* | | x |

**Third-Party Benefits**

| Name | Current Unrelated | Former Unrelated |
|------|-------------------|------------------|
| Anthem, Inc. | | x |
| Anthem Insurance Companies* | x | |
| The Guardian Life Insurance* | | x |

**Vendors/Suppliers**

| Name | Current Unrelated | Former Unrelated |
|------|-------------------|------------------|
| Amazon.com Services LLC* | | x |
| Amazon.com, Inc.* | x | |
| Cloudfare, Inc.* | | x |
| Comcast Cable Communications LLC* | | x |
| CSC Holdings LLC* | x | x |
| Salesforce.com, Inc.* | x | x |
| Spectrum Tracer Services, LLC* | | x |

*       Denotes entities that may be affiliated with a Potential Party-in-Interest that Ashby & Geddes believes it has in the past, presently or may in the future represent in matters unrelated to the Debtors' Cases.