# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                 Debtors.[1] | Chapter 11<br><br>Case No.: 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: February 3, 2021 at 1:00 p.m. (ET)<br>Objection Deadline: January 28, 2021 at 4:00 p.m. (ET) (Extended to February 1, 2021 at 11:00 a.m. (ET) for the Official Committee of Unsecured Creditors)<br><br>Ref. No. 397 |

## CERTIFICATION OF COUNSEL

I, Nicolas E. Jenner, counsel to UpgradeYa Investments, LLC ("UpgradeYa") hereby certify as follows to the best of my knowledge, information and belief:

1.  On January 21, 2021, UpgradeYa filed the *Motion of UpgradeYa Investments, LLC for Entry of an Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* [D.I. 397] (the "Motion").

2.  As of the date hereof, no formal objections or other responses to the Motion have been filed or served on UpgradeYa. However, UpgradeYa received informal comments on the Motion from the above-captioned debtors and debtors-in-possession (the "Debtors") and the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0064021.}

Official Committee of Unsecured Creditors (the "Committee," and collectively with the Debtors, the "Parties").

3. To resolve the informal comments, UpgradeYa has revised the proposed form of final order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the proposed order attached to the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to the Parties and the Office of the United States Trustee (the "UST"). The Parties and the UST have advised that they have no objection to the entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

4. Accordingly, UpgradeYa respectfully requests that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated: February 2, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 467-4400<br>Facsimile:    (302) 467-4450<br>Email: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br>         jenner@lrclaw.com<br><br>*Counsel to UpgradeYa Investments, LLC* |