## **EXHIBIT B**

## **ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD**

| Expense Category | Amount |
|---|---:|
| Computer Search | $4,366.19 |
| Court Reporting Services | $2,631.65 |
| Reproduction Charges | $20.48 |
| Reproduction Charges (Color) | $105.50 |
| Courier Service | $66.75 |
| Filing Fee | $350.00 |
| **Total** | **$7,540.57** |