## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) Re: Docket No. 152 |

## EXHIBIT LIST

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") intend to present the following exhibits in connection with the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 152, 12/08/20]:

| Exhibit No. | Exhibit Name |
|---|---|
| 1 | Email Between Schatt and Alexander Outlining Cred Capital's Structure – Exhibit A to Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296-1, 12/30/20] |
| 2 | Declaration of John Mark Zeberkiewicz – Exhibit B to Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296-2, 12/30/20] |
| 3 | Judge Hill's Temporary Restraining Order Against Alexander – Exhibit C to Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296-3, 12/30/20] |
| 4 | Judge Hill's Tentative Rulings Against Alexander – Exhibit D to Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296-4, 12/30/20] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| 5 | Transcript of November 19, 2020 Hearing Before the Chancery Court – Exhibit E to Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296-5, 12/30/20] |
|---|---|
| 6 | Schedules and Statement of Financial Affairs for Cred Capital, Inc. [Docket No. 335, 1/07/21] |
| 7 | Declaration of Grant Lyon in Support of Debtor's Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 433, 1/28/21] |
| 8 | Declaration of Matthew K. Foster in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 434, 1/28/21] |
| 9 | Declaration of Joseph Podulka in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 441, 1/29/21] |
| 10 | Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442, 1/29/21] |
| 11 | Employment Agreement Between Cred U.S., LLC and James Alexander – Exhibit A to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case to [Docket No. 442-1, 1/29/21] |
| 12 | Emails between Dan Schatt, Daniel F. Wheeler and James Alexander – Exhibit B to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442-2, 1/29/21] |
| 13 | Emails between Dan Schatt, Daniel F. Wheeler and James Alexander – Exhibit C to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442-3, 1/29/21] |
| 14 | Emails from Dan Schatt to James Alexander – Exhibit D to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442-4, 1/29/21] |

| 15 | Emails from Dan Schatt to James Alexander, Daniel F. Wheeler and Joe Podulka – Exhibit E to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442-5, 1/29/21] |
| --- | --- |
| 16 | Email from Dan Schatt to James Alexander and Daniel F. Wheeler – Exhibit F to Declaration of Daniel Schatt in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 442-6, 1/29/21] |
| 17 | Complaint By James Alexander against Dan Schatt in San Mateo, California Superior Court |
| 18 | Complaint by Cred and Cred Capital, Inc. against James Alexander in San Mateo, California Superior Court |
| 19 | Any Exhibits Introduced by Another Party |

Dated: February 3, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
---
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
       mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
       aviluft@paulhastings.com

*Co-Counsel to the Debtors*