**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 279 & 304** |

**NOTICE OF FILING OF PROPOSED AMENDED**
**BINDING PLAN SUPPORT AGREEMENT TERM SHEET**

PLEASE TAKE NOTICE that on December 23, 2020 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 279] (the "PSA Approval Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that attached as Exhibit B to the PSA Approval Motion was a form of Binding Plan Support Agreement Term Sheet (the "Original Plan Support Agreement").

PLEASE TAKE FURTHER NOTICE that in response to certain informal comments raised from the Office of the United States Trustee (the "U.S. Trustee"), counsel to the Official Committee of Unsecured Creditors of Cred Inc. *et al.* (the "Committee") and counsel to the Examiner, the Debtors revised the form of the Original Plan Support Agreement with respect to the PSA Approval Motion (the "Amended Plan Support Agreement").  A copy of the Amended Plan Support Agreement is attached hereto as **Exhibit 1**.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that, in response for the convenience of the Court and all parties in interest, a blackline comparison of the Amended Plan Support Agreement marked against the Original Plan Support Agreement is attached hereto as **<u>Exhibit 2</u>**.

PLEASE TAKE FURTHER NOTICE that, a hearing (the "<u>Hearing</u>") to consider the relief requested in the PSA Approval Motion and entry of the Amended Plan Support Agreement is currently scheduled for **February 3, 2021 at 1:00 p.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

*[Remainder of page intentionally left blank.]*

Dated: February 3, 2021
      Wilmington, Delaware

/s/ Scott D. Cousins

Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
           mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
           aviluft@paulhastings.com

*Co-Counsel to the Debtors*