**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: Feb. 23, 2021 at 1:00 p.m. (ET)<br>Obj. Deadline: Feb. 17, 2021 at 4:00 p.m. (ET) |

**NOTICE OF HEARING ON THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE MOVANTS TO FILE STIPULATION UNDER SEAL**

TO: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Debtors; (iii) counsel to the Committee; (iv) counsel to the Examiner; and (v) all other parties that have requested notice pursuant to Del. Bankr. L.R. 2002-1(b)

PLEASE TAKE NOTICE that, on February 3, 2021, the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "Committee") filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to file Documents Under Seal* (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that any objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **February 17, 2021 at 4:00 p.m. (Eastern Time)** and shall be served on: (a) the Office of the United States Trustee,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon (Joseph.McMahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov)); (b) co-counsel for the Debtors (i) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002 (Attn: James T. Grogan (jamesgrogan@paulhastings.com), (ii) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com)), and (c) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803 (Attn. Scott D. Cousins (scott.cousins@cousins-law.com)); (d) proposed counsel to the Committee, (x) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173 (Attn: Timothy W. Walsh (Twwalsh@mwe.com) and Darren Azman (Dazman@mwe.com)); and (y) McDermott Will & Emery LLP, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801 (Attn: David R. Hurst (Dhurst@mwe.com)).

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion and any objections is scheduled to be held before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **February 23, 2021 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 3, 2021
Wilmington, Delaware

| **McDERMOTT WILL & EMERY, LLP** | **COUSINS LAW LLC** |
|---|---|
| By: /s/ *David R. Hurst* <br> David R. Hurst <br> The Nemours Building <br> 1007 North Orange Street, 10th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 485-3900 <br> Facsimile: (302) 351-8711 <br><br> -and- <br><br> Timothy W. Walsh <br> Darren Azman <br> 340 Madison Avenue <br> New York, NY 10173-1922 <br> Telephone: (212) 547-5400 <br> Facsimile: (212) 547-5444 <br><br> *Counsel to the Official Committee of Unsecured Creditors* | By: /s/ *Scott D. Cousins* <br> Scott D. Cousins (No. 3079) <br> Brandywine Plaza West <br> 1521 Concord Pike, Suite 301 <br> Wilmington, Delaware 19803 <br> Telephone: (302) 824-7081 <br> Facsimile: (302) 295-0331 <br> Email: scott.cousins@cousins-law.com <br><br> - and - <br><br> James T. Grogan (admitted *pro hac vice*) <br> Mack Wilson (admitted *pro hac vice*) <br> **PAUL HASTINGS LLP** <br> 600 Travis Street, Fifty-Eighth Floor <br> Houston, Texas 77002 <br> Telephone: (713) 860-7300 <br> Facsimile: (713) 353-3100 <br> Email: jamesgrogan@paulhastings.com <br> mackwilson@paulhastings.com <br><br> - and - <br><br> Pedro A. Jimenez (admitted *pro hac vice)* <br> Avram Emmanuel Luft (admitted *pro hac vice)* <br> **PAUL HASTINGS LLP** <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212) 318-6000 <br> Facsimile: (212) 319-4090 <br> Email: pedrojimenez@paulhastings.com <br> aviluft@paulhastings.com <br><br> *Co-Counsel to the Debtors* |