| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Courtney | Emerson | Elevar Financial SVP Photon, LLC | Fox Rothschild LLP |
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Daniel | Gill | Bloomberg Law | Bloomberg Law |
| James | Alexander | James Alexander | |
| Kerri | Mumford | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| Vince | Sullivan | Law360 | |
| Jeffrey | Kaplan | Bankruptcy Claims Administrative Services | Bankruptcy Claims Administrative Services |
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| Lisa | Peters | Adam Kratky | Kutak Rock LLP |
| Arshabh | Sarda | Elevar Finance SPV Photon LLC | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Pedro | Jimenez | Cred Inc. | Paul Hastings LLP |
| Karen | Bifferato | Daniel F. Wheeler | Daniel F. Wheeler |
| E. Patrick | Gilman | Robert J. Stark, Examiner for Cred Inc. | Brown Rudnick LLP |
| Marc | Greenwald | Non Party Daniel Wheeler | Quinn Emanuel Urquhart & Sullivan, LLP |
| Maria | Chutchian | Reuters | Reuters |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |
| Michael | Hammill | pro per | |
| David | Gay | Ryan Skeers | Carlton Fields PA |
| Julius | Hudec | pro per | |
| Thomas | Reichert | James Alexander | Bird Marella |
| Augustus | Curtis | Observing | United States Department of Justice |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Adam | Landis | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Mark | Pfeiffer | James Alexander | |
| Timothy | Walsh | Offiical Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | |
| Daniel | Wheeler | Daniel Wheeler (a non-party) | |
| Scott | Cousins | Cred Inc. | Cousins Law LLC |
| Broocks | Wilson | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner for Cred Inc. | Brown Rudnick LLP |
| Pablo | Bonjour | Debtors | Cousins/MACCO |
| Jamie | Shiller | Joanne Molinaro | Foley & Lardner |

| Geoffrey | Grivner | James Alexander | Buchanan Ingersoll & Rooney PC |
|---|---|---|---|
| Becky | Yerak | Wall Street Journal | |
| Kody | Sparks | James Alexander | Buchanan Ingersoll & Rooney PC |
| Daniyal | Inamullah | Self | |
| Joseph | Evans | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Gregory | Taylor | Robert J. Stark, Examiner | Ashby & Geddes, P.A. |
| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |