# **EXHIBIT A**

Hourly Detail



| | | | |
|---|---|---|---|
| | | Sonoran Capital Advisors | 1733 N Greenfield Rd |
| | | 602.405.5380 | Mesa, Arizona |
| | | | 85205 |
| | | | United States |

**Billed To**  
Cred Inc. (CFO)  
United States

**Date of Issue**  
01/31/2021

**Due Date**  
01/31/2021

**Invoice Number**  
0000286

**Amount Due (USD)**  
$43,845.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Jan 4, 2021<br>Transition preparation of 13 week forecast from MACCO | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Jan 4, 2021<br>Research various cash receipts | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 4, 2021<br>Review and approve various expense items | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 4, 2021<br>Review draft Statements and Schedules | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Jan 4, 2021<br>Research final payouts for 11/06/20 termination for precedents related to the upcoming terminations | $395.00 | 1.5 | $592.50 |
| Management Consulting<br>Scott Wiley – Jan 5, 2021<br>All Employee conference call to discuss RIF | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 5, 2021<br>Review Statements and Schedules | $395.00 | 3 | $1,185.00 |
| Financial Analysis<br>Scott Wiley – Jan 5, 2021<br>Notify an employee impacted by the RIF | $395.00 | 0.4 | $158.00 |

| | | | |
|---|---:|---:|---:|
| Financial Analysis<br>Scott Wiley – Jan 5, 2021<br>Process final payroll for employees terminated as part of the RIF | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Jan 5, 2021<br>Transition preparation of the 13 Week Forecast from MACCO | $395.00 | 3 | $1,185.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Research issues related to the Sequoia One deposit | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Research various issues related to the professional fees invoiced and paid | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Review and address questions related to the Statements and Schedules | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Discuss short term disability leave rules related to the RIF with legal counsel | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Notify an employee of their employment termination pursuant to the RIF | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Review and approve weekly A/R invoices for payments | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Conference call with GSR regarding future trading | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Review and address questions with the 13 Week Cash Forecast | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Jan 6, 2021<br>Conference call with staff to reallocate tasks previously performed by terminated employees | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Establish Slack account with GSR | $395.00 | 0.1 | $39.50 |
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Review prepaid expenses and professional fee payments | $395.00 | 1 | $395.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Review insurance policies and discuss with Lockton | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Review draft DIP Loan agreement | $395.00 | 1 | $395.00 |
| Conference Call<br>Scott Wiley – Jan 7, 2021<br>Conference call with Blockfills | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Perform various banking procedures | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 7, 2021<br>Update the 13 Week Cash Forecast | $395.00 | 2.4 | $948.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review executory contract list and analyze contracts that could be rejected | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review and update Cash Forecast and Liquidation Analysis | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review and approve Jan-21 COBRA submissions | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review Cred Capital Fireblocks transactions | $395.00 | 1.4 | $553.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review Sarson Funds and possible liquidation strategies | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Jan 8, 2021<br>Review professional fees | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 11, 2021<br>Commercial Insurance review | $395.00 | 0.3 | $118.50 |
| Conference Call<br>Scott Wiley – Jan 11, 2021<br>Call with Teneo regarding status of sale process | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 11, 2021<br>Review draft Stalking Horse APA | $395.00 | 0.6 | $237.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Jan 11, 2021<br>Credit Capital Fireblocks transaction review | $395.00 | 3.5 | $1,382.50 |
| Conference Call<br>Scott Wiley – Jan 11, 2021<br>Sarson Fund discussions and exit strategies | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 12, 2021<br>Review changes to the APA | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 12, 2021<br>Review and approve various operating expense payments | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 12, 2021<br>Review customer claim methodology and communications | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 12, 2021<br>Update the 13 Week Cash Forecast for week ended 1/08/21 | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Jan 12, 2021<br>Review insurance options with CRO and BoD | $395.00 | 0.6 | $237.00 |
| Conference Call<br>Scott Wiley – Jan 12, 2021<br>Call with Lockhart regarding insurance policy renewals | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Investigate Equities First Holdings transactions | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Access MCB phone portal | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Access Fireblocks portal | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Process and approve various operating expense payments | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Update Budget / 13 Week Cash Forecast | $395.00 | 2.2 | $869.00 |
| Financial Analysis<br>Scott Wiley – Jan 13, 2021<br>Process payroll for PPE 1/15/21 | $395.00 | 1.2 | $474.00 |
| Financial Analysis | $395.00 | 0.4 | $158.00 |

| | | | |
|---|---|---|---|
| Scott Wiley – Jan 13, 2021<br>Research Surety Bonds | | | |
| Financial Analysis<br>Scott Wiley – Jan 14, 2021<br>Review Cred Capital transactions for proper accounting | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 14, 2021<br>Investigate differences to customer liability balances | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Jan 14, 2021<br>Update Budget / 13 Week Forecast | $395.00 | 4.5 | $1,777.50 |
| Financial Analysis<br>Scott Wiley – Jan 15, 2021<br>Review executory contracts for additional contracts to reject | $395.00 | 1.7 | $671.50 |
| Financial Analysis<br>Scott Wiley – Jan 15, 2021<br>Update Budget / Cash Forecast | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Jan 15, 2021<br>Address various personnel issues related to the 1/15/21 RIF | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Jan 18, 2021<br>Reconcile crypto currency balances in Fireblocks | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Jan 18, 2021<br>Research and address various payroll and employment issues | $395.00 | 1.3 | $513.50 |
| Conference Call<br>Scott Wiley – Jan 18, 2021<br>Discussion of Dec-20 MOR with MACCO | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 18, 2021<br>Review and update the 13 Week Cash Forecast | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Jan 19, 2021<br>Executory contract rejection motion | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 19, 2021<br>Fireblocks crypto currency reconciliation | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 19, 2021<br>Finalize 13 Week Budget for week ended 1/15/21 | $395.00 | 2.5 | $987.50 |
| Conference Call | $395.00 | 0.5 | $197.50 |

| | | | |
|---|---|---|---|
| Scott Wiley – Jan 19, 2021<br>Call with Brown Rudnick | | | |
| Financial Analysis<br>Scott Wiley – Jan 20, 2021<br>Review Dec-20 MOR | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Jan 20, 2021<br>Update 13 Week Cash Forecast | $395.00 | 2 | $790.00 |
| Conference Call<br>Scott Wiley – Jan 20, 2021<br>Call with MWE regarding insurance options | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 21, 2021<br>Review and approve the Dec-20 MOR | $395.00 | 1.7 | $671.50 |
| Financial Analysis<br>Scott Wiley – Jan 21, 2021<br>Review and approve weekly payments | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 21, 2021<br>Revisions and multiple scenarios to 13 Week Forecast | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Jan 22, 2021<br>Review and approve cash payments | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 22, 2021<br>Update 13 Week Cash Budget | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Jan 22, 2021<br>Review of Liquidation Analysis | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 22, 2021<br>Review of cyber liability and E&O policy renewal options | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 22, 2021<br>Assistance with employee 401(k) roll-overs | $395.00 | 0.7 | $276.50 |
| Conference Call<br>Scott Wiley – Jan 22, 2021<br>Call with Elevar regarding asset sales | $395.00 | 0.4 | $158.00 |
| Conference Call<br>Scott Wiley – Jan 22, 2021<br>Management call regarding strategic alternatives | $395.00 | 0.6 | $237.00 |
| Conference Call | $395.00 | 1.3 | $513.50 |

| | | | |
|---|---|---|---|
| Scott Wiley – Jan 22, 2021<br>Call regarding proposed DIP Loan Terms | | | |
| Financial Analysis<br>Scott Wiley – Jan 25, 2021<br>Calculation of 2020 Q4 US Trustee fee | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 25, 2021<br>Research mailing addresses for various former employees | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Jan 25, 2021<br>Prepare payroll for PPE 1/31/21 | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 25, 2021<br>Review and approve cash payments | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 25, 2021<br>Update 13 Week Cash Budget | $395.00 | 3.3 | $1,303.50 |
| Financial Analysis<br>Scott Wiley – Jan 26, 2021<br>Research and resolve various issues related to former employees | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 26, 2021<br>Research and deliver files requested by Examiner | $395.00 | 2.6 | $1,027.00 |
| Conference Call<br>Scott Wiley – Jan 26, 2021<br>Call with potential buyer regarding asset sale | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Jan 26, 2021<br>Update and distribute the 13 Week Cash Budget | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Jan 27, 2021<br>Review and approve cash disbursements | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 27, 2021<br>Review and adjust Amended Statements and Schedules | $395.00 | 3 | $1,185.00 |
| Financial Analysis<br>Scott Wiley – Jan 27, 2021<br>Revisions and alternative scenarios to 13 Week Cash Budget | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Jan 27, 2021<br>Payment of 2020 Q4 US Trustee fees | $395.00 | 0.6 | $237.00 |
| Financial Analysis | $395.00 | 2.2 | $869.00 |

| | | | |
|---|---|---|---|
| Scott Wiley – Jan 27, 2021<br>Onboarding of new currency trading partner | | | |
| Conference Call<br>Scott Wiley – Jan 27, 2021<br>Call with MCB regarding credit card and restricted cash | $395.00 | 0.8 | $316.00 |
| Conference Call<br>Scott Wiley – Jan 27, 2021<br>Call with UCC Advisors regarding cash strategies | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 28, 2021<br>Research issues raised by Brown Rudnick | $395.00 | 0.9 | $355.50 |
| Financial Analysis<br>Scott Wiley – Jan 28, 2021<br>Review amended Statements and Schedules | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Jan 28, 2021<br>Review CCI transactions for approvals and sources of cash | $395.00 | 1.6 | $632.00 |
| Financial Analysis<br>Scott Wiley – Jan 28, 2021<br>Update 13 Week Cash Budget for various scenarios | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Jan 29, 2021<br>Review various accounting entries and account reconciliations | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Jan 29, 2021<br>Mock-up the Jan-21 MOR schedules | $395.00 | 2.9 | $1,145.50 |
| Financial Analysis<br>Scott Wiley – Jan 29, 2021<br>Update the 13 Week Cash Budget | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 29, 2021<br>Reduce the MCB restricted cash requirement | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Jan 29, 2021<br>Address issues with Equities First regarding Loan #2 | $395.00 | 0.8 | $316.00 |

|  |  |
|---|---|
| Subtotal | 43,845.00 |
| Tax | 0.00 |
| Total | 43,845.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $43,845.00 |

## Notes

Scott Wiley 111.0 hours @ $395/hr = $43,845.00

## Terms

Checks can be sent to address above in header.



Sonoran Capital Advisors  
602.405.5380

1733 N Greenfield Rd  
Mesa, Arizona  
85205  
United States

**Billed To**  
Cred Inc.  
2121 S. El Camino Real, Suite 500  
San Mateo, California 94401  
United States

**Date of Issue**  
01/31/2021

**Due Date**  
01/31/2021

**Invoice Number**  
0000285

**Amount Due (USD)**  
$11,460.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Administrative**<br>Tonia Tautolo – Jan 4, 2021<br>Set up new accounting year in Netsuite to allow transaction entry. | $150.00 | 0.2 | $30.00 |
| **Administrative**<br>Tonia Tautolo – Jan 4, 2021<br>Send emails regarding various items. Review emails received for action items. | $150.00 | 0.5 | $75.00 |
| **Financial Analysis**<br>Tonia Tautolo – Jan 4, 2021<br>Research 11/6 RIF payments, which included severance, to determine methodology utilized to calculate the amounts paid. Research variance for 2 employees to determine possible explanations for departure from methodology. Follow up with S.Wiley regarding theories regarding difference in payment calculations. | $150.00 | 2.2 | $330.00 |
| **Financial Analysis**<br>Tonia Tautolo – Jan 4, 2021<br>Research MoKredit interest payments (where they are received, when payment was last received, and how we are notified of payments). | $150.00 | 0.7 | $105.00 |
| **Financial Analysis**<br>Tonia Tautolo – Jan 4, 2021<br>Download information for weekly cash report, create report, and send to F.Cottrell. | $150.00 | 0.4 | $60.00 |
| **Financial Analysis**<br>Tonia Tautolo – Jan 5, 2021<br>Set up ACH payments for RIF. Revise and add as instructions change regarding which employees will be included. | $150.00 | 1.2 | $180.00 |

| | | | |
|---|---:|---:|---:|
| Administrative<br>Tonia Tautolo – Jan 5, 2021<br>Respond to various emails. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 5, 2021<br>Create 3 customized AP aging reports to show pre-petition, post-petition, and outstanding bills as of 11/7/2020 for comparison with unsecured creditor claims. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 5, 2021<br>Call with S.Wiley regarding comparison of reports filed with the bankruptcy court to information entered in Netsuite. | $150.00 | 0.3 | $45.00 |
| Conference Call<br>Tonia Tautolo – Jan 6, 2021<br>Conference call with M.Foster, S.Wiley, and GSR representatives regarding trading procedures and future trades. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 6, 2021<br>Research Donlin Recano postings. Revise to correct inaccuracies. | $150.00 | 0.3 | $45.00 |
| Administrative<br>Tonia Tautolo – Jan 6, 2021<br>Revise permissions for Netsuite to reflect change in roles and RIF. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 6, 2021<br>Reconciliation of GL postings in the prepaid expense account. Review journal entries to expense prepaid amounts that had been entered, but not posted. Approve or modify entries as needed. Tie out prepaid expense schedule to GL. Update schedule with unlisted entries. Send to S.Wiley for review. | $150.00 | 1.8 | $270.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 6, 2021<br>Call with S.Wiley regarding Sequoia prepayment and retainer payments in prepaid account. Verify that all offsets to the Sequoia prepayment were posted in the GL. | $150.00 | 0.3 | $45.00 |
| Administrative<br>Tonia Tautolo – Jan 6, 2021<br>Download payroll reports for payrolls processed 1/5 and quarter/year end reports. | $150.00 | 0.2 | $30.00 |
| Administrative<br>Tonia Tautolo – Jan 6, 2021<br>Respond to various emails throughout the day. | $150.00 | 0.5 | $75.00 |
| Administrative<br>Tonia Tautolo – Jan 6, 2021<br>Compose email recap of call that includes expanded explanation of duties for S.Wiley and H.Ha. | $150.00 | 0.4 | $60.00 |
| Conference Call | $150.00 | 0.3 | $45.00 |

| | | | |
|---|---|---|---|
| Tonia Tautolo – Jan 6, 2021<br>Conference call with S.Wiley and H.Ha regarding accounting duties going forward. | | | |
| Financial Analysis<br>Tonia Tautolo – Jan 7, 2021<br>Research and post OTC trades in December and January and internal transfers between Fireblocks accounts. | $150.00 | 1.7 | $255.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 7, 2021<br>Multiple emails with M.Foster and S.Wiley regarding Silvergate balance, approvals of wires and transfers, prepaid expense reconciliation, and status of monthly journal entries to amortize prepaid expenses in November and December. | $150.00 | 0.6 | $90.00 |
| Administrative<br>Tonia Tautolo – Jan 7, 2021<br>Set up transfer of funds from Silvergate to MCB. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 7, 2021<br>Download new finalized payroll reports and invoice from 3rd payroll that wasn't processed. Verify that deletion and reentry did not cause change in tax or net amounts. Post payroll invoice from this payroll. | $150.00 | 0.2 | $30.00 |
| Conference Call<br>Tonia Tautolo – Jan 7, 2021<br>Zoom call with H.Ng for Fireblocks training. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 7, 2021<br>Verify all transactions for December and January are posted in MCB account. Post missing transactions. Research variance in balance of posted transactions and bank balance at 12/31. Revise entry to exclude unpaid COBRA reimbursement that was left out of 12/31 payroll ACH. | $150.00 | 0.9 | $135.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 7, 2021<br>Create and post journal entries and checks for 3 payrolls processed on 1/5. Research whether 3rd payroll was submitted and processed. Contact S.Wiley regarding payroll that was not processed. Revise entries for 3rd payroll with new submission date. | $150.00 | 1.7 | $255.00 |
| Administrative<br>Tonia Tautolo – Jan 7, 2021<br>Review and respond to various emails throughout the day. | $150.00 | 0.4 | $60.00 |
| Administrative<br>Tonia Tautolo – Jan 7, 2021<br>Check Fireblocks account access to verify ability to initiate transfers. Modify admin access in Expensify due to employee terminations. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Review prepaid accounts. Post November and December entries to amortize prepaid amounts. Update sub-ledger. | $150.00 | 3.1 | $465.00 |

| | | | |
|---|---|---|---|
| Administrative<br>Tonia Tautolo – Jan 11, 2021<br>Respond to various emails throughout the day. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Post professional AP invoices to Netsuite. Verify that all other payments that were processed are showing in bank and GL. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Review bank reconciliations for December. Copy statements and reconciliations to MOR folder. Inquire about missing reconciliations. Review additional reconciliations and add to MOR folder for December. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Call with S.Wiley regarding credit card and payroll. Retrieve and send requested information to Scott. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Review Expensify expenses and update COBRA tracker. Verify all premium reimbursements are listed in preparation of 1/15 payroll submission. Set up ACH payments for employees that have been terminated to reimburse COBRA and equipment return expenses. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 11, 2021<br>Download cash activity for previous week. Prepare and send reports to F.Cottrell and S.Wiley. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 12, 2021<br>Emails and call with Han regarding month-end entries and schedules. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 12, 2021<br>Set up reimbursement ACH. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 13, 2021<br>Post Silvergate bank activity. Emails to S.Wiley and M.Foster regarding negative bank balance and whether to set up transfer of funds. Set up ACH transfer from MCB to eliminate negative balance and cover future account fees. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 13, 2021<br>Review expenses in Expensify and update COBRA tracker. Mark any expenses included with previous RIF as reimbursed. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 13, 2021<br>Set up ACH payments for reimbursement of expenses for return of company property. | $150.00 | 0.8 | $120.00 |
| Financial Analysis | $150.00 | 2.3 | $345.00 |

| | | | |
|---|---|---|---|
| Tonia Tautolo – Jan 13, 2021<br>Continue prepaid and other balance sheet account reconciliations. Create and post journal entries for November and December. | | | |
| Administrative<br>Tonia Tautolo – Jan 13, 2021<br>Set up Telegram account to allow contact with Blockfills. Install desktop and mobile versions. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 14, 2021<br>Detailed email to P.Maniscalco at Macco regarding the status of the financial statements for December and any entries that were made in the GL that might require an update to the November MOR. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 14, 2021<br>Continue reconciliation of balance sheet accounts for November and December. Calculate and post journal entries as required. Update existing support schedules. Create support schedules for certain other accounts. Process was more complicated than usual due to the state of the books in Netsuite. Not all balance sheet accounts were reconciled. Only accounts that were required for completion of the MOR were addressed. | $150.00 | 7.2 | $1,080.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 14, 2021<br>Review court docket to see if legal and professional fees have been submitted for November and December. Emails to S.Wiley and M.Foster to inquire whether copies of invoices submitted to the court have also been submitted to Cred. Enter invoices that were sent to Scott into AP. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 14, 2021<br>Create and post payroll journal entry for 1/15 payroll. Post wires, ACH payments, and billing invoice and payment. | $150.00 | 0.5 | $75.00 |
| Administrative<br>Tonia Tautolo – Jan 14, 2021<br>Respond to emails regarding various issues. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 14, 2021<br>Initial setup of payroll ACH per usual procedure. Call with S.Wiley to discuss ACH vs. wire due to RIF to occur 1/15. Speak to MCB representative regarding previous payroll checks posting to the bank and whether to approve and timing of receipt of funds that are sent by ACH. Call with S.Wiley to discuss. Look up wire routing numbers and addresses in preparation of sending wires instead of ACH payments to employees included in the RIF. Set up 10 wires and 2 ACH payments for 12/15 payroll. | $150.00 | 2.4 | $360.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 18, 2021<br>Access Cred Fireblocks account to send wallet content screenshots to S.Wiley. Attempt to access Cred Capital Fireblocks account through activation link without success. | $150.00 | 0.5 | $75.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Jan 18, 2021<br>Search for information regarding customers for Nexo bid (.5). Send to M.Foster. Search for additional supporting information on CredEarn/Borrow customers for Nexo bid (2.5). | $150.00 | 3 | $450.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 18, 2021<br>Compile payroll reports for December for P.Maniscalco. Send with explanation regarding breakout of EE vs. ER taxes in GL and subsequent reports. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 18, 2021<br>Run reports showing payroll and tax amounts for December for MOR. Send to P.Maniscalco. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 18, 2021<br>Download weekly cash activity. Create reports and send to F.Cottrell and S.Wiley. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 19, 2021<br>Run reconciliation detail report for P.Maniscalco for December MOR. Revise reconciliation to clear outstanding transactions from May 2020. Send revised reconciliation detail report. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 19, 2021<br>Emails regarding various items. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 19, 2021<br>Review bank activity and post missing transactions, including a payroll reversal processed 1/15. | $150.00 | 1 | $150.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 19, 2021<br>Look up information requested by P.Maniscalco regarding Donlin Recano and respond to email. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 20, 2021<br>Search for information to provide to Nexo per M.Foster. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 20, 2021<br>CredBorrow analysis for M.Foster. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 20, 2021<br>Equities First Holdings research for M.Foster. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 21, 2021<br>Set up Fireblocks wallet for BTC trade through GSR. (.2) Send test | $150.00 | 0.6 | $90.00 |

| | | | |
|---|---|---|---|
| transfer. Upon confirmation of receipt, send balance of B4G for OTC trade. Pull wire instructions for receipt of funds. (.4) | | | |
| Financial Analysis<br>Tonia Tautolo – Jan 21, 2021<br>Review M.Foster response to Uphold attorney and provide feedback. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 21, 2021<br>Contact employee to get banking information for expense reimbursement. Set up expense reimbursement payments to employees for shipping expenses. Post payments in GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 21, 2021<br>Search financial records to see if they contain books for UP Alliance per M.Foster request. Send email and links to information to requesting group (.5) Additional research regarding UPA expenses and entries in the GL. (.3) | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 22, 2021<br>Watch banks for incoming funds from BTC trade. Contact MCB regarding incoming wire that was sent, but not showing in account. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 22, 2021<br>Set up wire for Equities First Holdings loan repayment . Set up additional wire for EFH account charge. Post invoice and payment. Research initial loan funding posts in GL to verify posting account. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 22, 2021<br>Review expenses in Expensify and mark 1/15 payments as reimbursed. Update COBRA tracker. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 22, 2021<br>Research information related to transfer of claim. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 22, 2021<br>Communications with GSR regarding the sending of settlement wire. Research contract due to discrepancy between name on contract and name on bank account. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Research regarding liquid currency pricing over prior 12 months per request. Create spreadsheet showing high, low, and average price for each month. Email spreadsheet and detailed explanation to M.Foster. | $150.00 | 6 | $900.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Supply information for setup of bank account for professional fee reserve. | $150.00 | 0.2 | $30.00 |
| Financial Analysis | $150.00 | 0.1 | $15.00 |

| | | | |
|---|---|---|---|
| Tonia Tautolo – Jan 25, 2021<br>Check Fireblocks for ETH test return from Equities First Holdings. Communicate with EFH regarding timeline for return of ETH collateral. | | | |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Revise Teneo invoice and balance sheet support schedule for prepaid expenses due to adjustment. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Create and post journal entry for 1/31 payroll. Post employee ACH payments in GL. Set up payroll ACH in bank. Post payroll invoice and payment in GL. | $150.00 | 0.5 | $75.00 |
| Administrative<br>Tonia Tautolo – Jan 25, 2021<br>Respond to various emails. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Correspond with MCB regarding status of outgoing wire. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Research privacy policy documents and amendments for Nexo bid. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Create and post journal entry to show repayment of Equities First Holdings loan. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Download Fireblocks details regarding GSR trade. Post transfers to GSR, return of BTC test and balance transfers, and cash received in GL. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Collect information for Nexo bid and send to M.Foster. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Verify ACH template for Sonoran Capital. Initiate ACH. Post payment in GL. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 25, 2021<br>Download cash activity. Create report and send to S.Wiley. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 26, 2021<br>Discuss examiner requests with S.Wiley to assign responsibility. Research requested items and download information from Google Share Drive. Upload first batch of requested items to FTP site provided by B.Lin. | $150.00 | 4.1 | $615.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Jan 26, 2021<br>Review Expensify expense and approve. Update COBRA tracker. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 26, 2021<br>Set up employee reimbursement ACH. Post in GL. Post incoming wire from EFH in GL. Adjust payroll ACH entry in GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 27, 2021<br>Compile information from Sarson documents to create spreadsheet showing contribution values on date of contribution vs. values today. Download Sarson Capital Summary and add to spreadsheet. Summarize issues with data in an email to M.Foster and S.Wiley. | $150.00 | 2 | $300.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 27, 2021<br>Compile wallet addresses from Fireblocks. Create table with deposit and permanent addresses to show one for each type of currency that can be received to allow transfers from Uphold. | $150.00 | 1.1 | $165.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 27, 2021<br>Transfer of additional files for examiner request. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 27, 2021<br>Read through and respond to various emails. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 28, 2021<br>Create and post journal entries for payment of Q4 US Trustee fees and expense accrual. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 28, 2021<br>Search for passwords for encrypted files sent to examiner. Test passwords. Response to B.Lin. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 28, 2021<br>Reconcile screenshots from Uphold showing balances of various currencies in their possession to S.Wiley inventory. Search wallet list to verify that there is no duplication between Fireblocks currency types and types listed in cold storage. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 28, 2021<br>Set up access to Fireblocks Cred Capital workspace. Search for funding transactions to Sarson. Also search for transactions in Fireblocks Cred workspace. Compile findings and report to M.Foster and S.Wiley. | $150.00 | 1 | $150.00 |
| Financial Analysis<br>Tonia Tautolo – Jan 29, 2021<br>Reformat Sarson data and create new reconciliation of fund contributions. Match transactions from Fireblocks and bank to Sarson | $150.00 | 3.4 | $510.00 |

| | | | |
|---|---|---|---|
| data. Create comparison of value at date of contribution vs. current value. | | | |
| Financial Analysis<br>Tonia Tautolo – Jan 29, 2021<br>Research Equities First Holdings finance charge payment to compare to new invoice sent to S.Wiley. Provide payment documentation to EFH. Additional research regarding interest and finance charges. Call with S.Wiley and B.Jones from EFH regarding BTC loan and interest and repayment schedule. Post outstanding invoice from December. Issue and post payment. | $150.00 | 0.6 | $90.00 |

| | |
|---|---:|
| Subtotal | 11,460.00 |
| Tax | 0.00 |
| Total | 11,460.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$11,460.00** |

## Notes

Tonia Tautolo 76.4 hours @ $150/hr = $11,460.00

## Terms

Checks can be sent to address above in header.