# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1]<br><br>CRED INC., CRED CAPITAL, INC., and CRED (US) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALEXANDER,<br><br>Defendant. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Adv. Proc. No: 20-51006<br><br>**Hearing Date: 2/5/21 at 10:00 a.m. (ET)**<br>**Obj. Deadline: At the hearing**<br><br>**Related to Adv. Docket Nos. 5, 6, 7, 8** |

**NOTICE OF VIDEO HEARING ON (A) EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE COMMITTEE TO INTERVENE IN THE ADVERSARY ACTION AND (B) EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING (I) A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST JAMES ALEXANDER AND (II) RELATED RELIEF**

TO:  (i) counsel to the Debtors, (ii) the Office of the United States Trustee for the District of Delaware; (iii) counsel to the Examiner; (iv) counsel to James Alexander; and (v) all parties entitled to notice pursuant to Del. Bankr. L.R. 2002-1(b).

PLEASE TAKE NOTICE that on February 3, 2021, the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Cases") filed (a) the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Intervene in the Adversary Action* [Adv. Docket No. 5] and (b) the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) a Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief* [Adv. Docket No. 6] (the "TRO Motion" and, together, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court").[2]

A remote video hearing (the "Hearing") on the Motions will be held on February 5, 2021 at 10:00 a.m. (ET) before the Honorable John T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware. Objections, if any, to the Motions may be asserted at or prior to the Hearing.

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURT CALL WILL NOT BE USED TO DIAL IN. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd--vrz8oEs8RCpJK_09E3-hCsnP2g5U

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

*[Remainder of Page Intentionally Left Blank]*

---

[2] In support of the TRO Motion, the Committee also filed the *Declaration of Joseph B. Evans in Support of the Emergency Motion of the Official Committee of Unsecured Creditors* [Adv. Docket No. 7] and the *Declaration of Pamela A. Clegg in Support of the Emergency Motion of the Official Committee of Unsecured Creditors* [Adv. Docket No. 8].

Dated: Wilmington, Delaware
February 3, 2021

                               **MCDERMOTT WILL & EMERY LLP**

                               */s/ David R. Hurst*
                               David R. Hurst (I.D. No. 3743)
                               1007 North Orange Street, 10th Floor
                               Wilmington, DE 19801
                               Telephone: (302) 485-3900
                               Facsimile:  (302) 351-8711
                               E-mail:  dhurst@mwe.com

                               - and -

                               Timothy W. Walsh (admitted *pro hac vice*)
                               Darren Azman (admitted *pro hac vice*)
                               340 Madison Avenue
                               New York, NY 10173
                               Telephone: (212) 547-5400
                               Facsimile:  (212) 547-5444
                               E-mail:  twwalsh@mwe.com
                               E-mail:  dazman@mwe.com

                               *Counsel to the Official Committee*
                               *of Unsecured Creditors*