**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>           Debtors.¹ | ) Chapter 11<br>)<br>) Case No. 20-12836(JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 466 & 467** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION**
**OF STIPULATION BETWEEN THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS AND THE DEBTORS**

PLEASE TAKE NOTICE that on February 3, 2021 the above captioned Debtors and debtors-in-possession (collectively, the "Debtors") filed the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing Movants to File Stipulation Under Seal [Docket No. 466] (the "Seal Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that attached as Exhibit B to the Seal Motion and attached hereto as Exhibit 1 is a proposed redacted version of the stipulation (the "Proposed Redacted Stipulation").

PLEASE TAKE FURTHER NOTICE that, a hearing (the "Hearing") to consider the relief requested in the Seal Motion is scheduled for **February 23, 2021 at 1:00 p.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

Dated: February 3, 2021
       Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
           mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
           aviluft@paulhastings.com

*Co-Counsel to the Debtors*