**Exhibit 1**

**(Proposed Redacted Stipulation)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Cred Inc., *et al.*,[1] | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### STIPULATION BETWEEN THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS AND THE DEBTORS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors" and, together with the Committee, the "Parties") and the Debtors hereby enter into this stipulation ███████████      ███████████ (this "Stipulation"). In support of this Stipulation, the Parties rely on the *Declaration of Pamela A. Clegg in Support of the Stipulation Between the Official Committee of Unsecured Creditors and the Debtors* (the "Clegg Declaration"), attached hereto as **Exhibit A**. In further support of this Stipulation, the Parties agree as follows:

### RECITALS

A. On November 7, 2020 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to Bankruptcy Code section 1107(a) and 1108. These chapter 11

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

cases are being jointly administered for procedural purposes pursuant to Rule 1015(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). No trustee has been appointed

in the Debtors' cases.

      B.      On December 3, 2020, the Office of the United States Trustee for the District of

Delaware (the "U.S. Trustee") appointed the Committee, pursuant to section 1102 of the

Bankruptcy Code, to represent all unsecured creditors of the Debtors.

      C.      On January 8, 2021, the Court approved the appointment of Robert J. Stark (the

"Examiner"), as the Examiner in the Debtors' cases.  *See* Docket No. 338.  Pursuant to the *Order*

*Denying In Part, and Granting In Part, the Trustee/Examiner Motions* [Docket No. 281], the

Examiner's role is to "(a) investigate any allegations of fraud, dishonesty, incompetence,

misconduct, mismanagement, or irregularity in the management of the affairs of the Debtors of

or by current or former management of the Debtors and (b) otherwise perform the duties of an

examiner set forth in section 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code" (collectively,

the "Examiner Investigation").  The Examiner Investigation, however, does not include the

immediate recovery of Debtor assets that are known to have been misappropriated or

fraudulently transferred.

      D.      The Committee has requested that the Debtors enter into a ███████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████  ███████████████████████████████

      E.      ███████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████

F.       The Debtors are prepared to consent to the ███████████████████

████████████████████████████████████████████, subject to the terms

and conditions of this Stipulation.

G.       █████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████

H.       █████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████

I. ███████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████

J. ████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

███████████████████████

K. ████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

L. █████████████████████████████████████

███████████████████████████████████████████████

4

███████████████████████████████████████████████

███████████████████████████████████

M.      ███████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

N.      ██████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

O.      ██████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

5

P. █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

█████████████████

Q. ████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

R. ███████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

DM_US 176124355-10.113270.0011

████████████████████████████████████████████████

███████████████████████████

S.   ██████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

**NOW, THEREFORE,** in consideration of the mutual promises and agreements set forth below and for other good, valuable, and adequate consideration hereby deemed received, the following is hereby stipulated and agreed to, subject to the approval of the Bankruptcy Court.

1.       <u>Recitals</u>. The preceding recitals are true and correct and are incorporated into this Stipulation by this reference.

2.       <u>Authorization to Assert Claims</u>. The Parties hereby stipulate, subject to the terms of this Stipulation, that the Committee ██████████████████████████████ ███████████████████████████████████████████. Notwithstanding ████████████████████████████, the approval of this Stipulation by the Bankruptcy Court is not to be construed as █████████████████████ ███████████████████████████████████████.

3.       ██████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████████████████

████

4.        ████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████

6.        <u>No Conflict with Prior Orders of the Court</u>. Nothing in this order is intended to be

inconsistent with any prior order of this Court.

6.        <u>Counterparts</u>. This Stipulation may be executed in counterparts, whereby each

counterpart, when so executed and delivered, shall be deemed an original and all counterparts,

taken together, shall constitute but one and the same Stipulation.

7.        <u>Headings</u>. The headings used in this Stipulation are for convenience of reference

only and shall not be used or deemed to explain or modify the terms of any provision hereof.

8.        <u>Authority</u>. The undersigned represent that they are fully authorized to enter into

this Stipulation on their own behalf and on behalf of their respective clients.

9.        <u>Jurisdiction</u>. The Bankruptcy Court shall retain exclusive jurisdiction to resolve

any disputes or controversies arising from or related to this Stipulation.

IN WITNESS WHEREOF, the Parties have executed this Stipulation on this 3rd day of

February, 2021.

8

Dated: Wilmington, Delaware
         February 3, 2021

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **COUSINS LAW LLC** |

*/s/ David R. Hurst*                                               */s/ Scott D. Cousins*

| | |
|---|---|
| David R. Hurst (I.D. No. 3743) | Scott D. Cousins (No. 3079) |
| 1007 North Orange Street, 4th Floor | Brandywine Plaza West |
| Wilmington, DE 19801 | 1521 Concord Pike, Suite 301 |
| Telephone:    (302) 485-3900 | Wilmington, DE 19803 |
| Facsimile:    (302) 351-8711 | Telephone:    (302) 824-7081 |
| | Facsimile:    (302) 295-0331 |

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444

*Counsel to the Committee*

- and -

**PAUL HASTINGS LLP**

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
600 Travis Street, Fifty-Eighth Floor
Houston, TX 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090

*Co-Counsel to the Debtors*

DM_US 176124355-10.113270.0011

## EXHIBIT A

**Clegg Declaration**

## EXHIBIT B

# **EXHIBIT C**