**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC | ) ) | |
| Plaintiffs, | ) | Adversary Proceeding No. 20-51006 (JTD) |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALEXANDER | ) | |
| Defendant | ) | |

**NOTICE OF AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR FEBRUARY 5, 2021 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJItd--vrz8oEs8RCpJK_09E3-hCsnP2g5U

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**MATTERS GOING FORWARD:**

1.  Emergency Motion of The Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Intervene in the Adversary Action [Adv. Docket No. 5, 2/03/21]

    Objection/Response Deadline: At the Hearing.

    Objections/Responses Received: None to Date.

    Related Documents:

    A. Notice of Video Hearing on (A) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Intervene in the Adversary Action and (B) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) A Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief [Adv. Docket No. 9, 2/03/21]

    Status: This matter is going forward.

2.  Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief [Adv. Docket No. 6, 2/03/21]

    Objection/Response Deadline: At the Hearing.

    Objections/Responses Received: None to Date.

    Related Documents:

    A. Declaration of Joseph B. Evans in Support of the Emergency Motion of the Official Committee of Unsecured Creditors. [Adv. Docket No. 7, 2/03/21]

    B. Declaration of Pamela A. Clegg in Support of the Emergency Motion of the Official Committee of Unsecured Creditors [Adv. Docket No. 8, 2/03/21]

    C.  Notice of Video Hearing on (A) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Intervene in the Adversary Action and (B) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) A Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief [Adv. Docket No. 9, 2/03/21]

    D.  Notice of Committee's Intent to Offer Witness Testimony at February 5, 2021 Hearing [Adv. Docket No. 10, 2/04/21]

Status: This matter is going forward.

Dated: February 4, 2021
       Wilmington, Delaware

/s/ *Scott D. Cousins*
---
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
          aviluft@paulhastings.com

*Co-Counsel to the Debtors*