# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. No. 463** |

## CERTIFICATE OF SERVICE

    I, Nicolas E. Jenner, Esquire hereby certify that on February 3, 2021, a true and correct copy of the *Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* [D.I. 463]  was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or First-Class Mail.

Dated:  February 4, 2021  
         Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*  
Nicolas E. Jenner (No. 6554)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0064050.}

Cred Inc., et al.

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Email | Party Function | Redaction Type |
|---|---|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | | GOVT. AGENCY | |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | 500 DELAWARE AVE.,8TH FLOOR | P O BOX 1150 | WILMINGTON | DE | 19899 | GTAYLOR@ASHBYGEDDES.COM;KEARLE@ASHBYGEDDES.COM | COUNSEL FOR ROBERT J STARK IN HIS CAPACITY AS CHAPTER 11 EXAMINER FOR DEBTOR CRED INC | |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | 1201 NORTH MARKET ST.,14TH FLOOR | | WILMINGTON | DE | 19801-1147 | JLYONS@BAKERLAW.COM | COUNSEL FOR UPHOLD INC | |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | JROSE@BAKERLAW.COM;MSABELLA@BAKERLAW.COM | COUNSEL FOR UPHOLD INC | |
| BILLION LAW | MARK M BILLION,ESQ | 1073 S GOVERNOR AVE | | DOVER | DE | 19904 | MARKBILLION@BILLIONLAW.COM | COUNSEL FOR DANIYAL INAMULLAH | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | ACARTY@BROWNRUDNICK.COM;MREINING@BROWNRUDNICK.COM | COUNSEL FOR ROBERT J STARK, IN HIS CAPACITY AS CHAPTER 11 EXAMINER FOR DEBTOR CRED INC | |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | 55 SECOND ST.,17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | COUNSEL FOR ORACLE AMERICA INC | |
| BUCHANAN INGERSOLL & ROONEY PC | GEOFFREY G GRIVNER,ESQ | 919 N MARKET ST.,STE 990 | | WILMINGTON | DE | 19801 | GEOFFREY.GRIVNER@BIPC.COM | COUNSEL FOR JAMES ALEXANDER | |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | MIAMI | FL | 33136-4118 | DGAY@CARLTONFIELDS.COM | COUNSEL FOR RYAN SKEERS | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE , SUITE 301 | WILMINGTON | DE | 19803 | SCOTT.COUSINS@COUSINS-LAW.COM | COUNSEL FOR THE DEBTORS | |
| CRED INC. | ATTN: PRESIDENT/CEO | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | | DEBTOR | |
| DCP CAPITAL | KEVIN HU & KINGSTON CHAMBERS | PO BOX 173 | RD TOWN | TORTOLA | BRITISH VIRGIN ISLANDS | VG1110 | KEVIN@DCP.CAPITAL | TOP 30 UNSECURED CREDITOR | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US | GOVT. AGENCY | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | CHRISTINA.ROJAS@DELAWARE.GOV | GOVT. AGENCY | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US | GOVT. AGENCY | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | | GOVT. AGENCY | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | LINDSAY@DCP.CAPITAL | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | 222 DELAWARE AVE.,STE 1410 | | WILMINGTON | DE | 19801-1621 | PATRICK.JACKSON@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS | |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | 600 E 96TH ST.,STE 600 | | INDIANAPOLIS | IN | 46240 | DUSTIN.DENEAL@FAEGREDRINKER.COM | COUNSEL FOR JAMES SCHREGARDUS | |
| FISHERBROYLES LLP | CARL D NEFF,ESQ | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE STE 301 | WILMINGTON | DE | 19803 | CARL.NEFF@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART | |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | 445 PARK AVE | | NEW YORK | NY | 10022 | HOLLACE.COHEN@FISHERBROYLES.COM | COUNSEL FOR THOMAS AREHART | |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | | GOVT. AGENCY | |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | 1201 N ORANGE ST.,STE 300 | | WILMINGTON | DE | 19801 | MBUSENKELL@GSBBLAW.COM; ABROWN@GSBBLAW.COM | COUNSEL FOR RYAN SKEERS | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| INTERNAL REVENUE SVC | | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | GOVT. AGENCY | |
| INTERNAL REVENUE SVC | | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | SFREEMAN@JSTCAP.COM | TOP 30 UNSECURED CREDITOR | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | 1309 COFFEEN AVE STE 1200 | | SHERIDAN | WY | 82801 | MAPLEPARTNERSLLC@GMAIL.COM | | |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN | 340 MADISON AVE | | NEW YORK | NY | 10173-1922 | TWWALSH@MWE.COM;DAZMAN@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST.,4TH FLOOR | WILMINGTON | DE | 19801 | DHURST@MWE.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | JOSEPH.MCMAHON@USDOJ.GOV;JOHN.SCHANNE@USDOJ.GOV | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | JAMESGROGAN@PAULHASTINGS.COM | COUNSEL FOR THE DEBTORS | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | MACKWILSON@PAULHASTINGS.COM | COUNSEL FOR THE DEBTORS | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | NEW YORK | NY | 10166 | ALEXBONGARTZ@PAULHASTINGS.COM | COUNSEL FOR THE DEBTORS | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | NEW YORK | NY | 10166 | DEREKCASH@PAULHASTINGS.COM | COUNSEL FOR THE DEBTORS | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | MARK.MINUTI@SAUL.COM | COUNSEL FOR MAPLE PARTNERS LLC | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR | *** Name, Address and Email *** |
| UPHOLD, INC | JP THIERIOT | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | JP.THIERIOT@UPHOLD.COM | TOP 30 UNSECURED CREDITOR | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY & ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV | GOVT. AGENCY | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | | GOVT. AGENCY | |
| Name Address and Email intentionally omitted | | | | | | | | TOP 30 UNSECURED CREDITOR;MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS | *** Name, Address and Email *** |