**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 279 & 464** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 363(b)
AND 105(a) AUTHORIZING DEBTORS TO ENTER INTO
AND PERFORM UNDER A PLAN SUPPORT AGREEMENT TERM SHEET**

The undersigned hereby certifies as follows:

1.      On December 31, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet [Docket No. 279] (the "PSA Approval Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On February 3, 2021, the Debtors filed their Notice of Filing of Proposed Amended Binding Plan Support Agreement Term Sheet [Docket No. 464] which attached thereto as **Exhibit 1** the Amended Plan Support Agreement (the "Amended Plan Support Agreement").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the PSA Approval Motion.

- 2 -

3.    On February 3, 2021, the Court granted the PSA Approval Motion and the Amended Plan Support Agreement subject to the submission of a revised form of order, which is attached hereto as **Exhibit A** (the "Proposed PSA Approval Order").

4.    The Proposed PSA Approval Order has been circulated to counsel to the U.S. Trustee, counsel to the Committee and counsel to the Examiner, all of whom have indicated that they do not object to the entry of the Proposed PSA Approval Order.  For the convenience of the Court and all parties in interest, a blackline of the Proposed PSA Approval Order against the form of order filed with the PSA Approval Motion is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed PSA

Approval Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: February 4, 2021
     Wilmington, Delaware

                          */s/ Scott D. Cousins*
                          Scott D. Cousins (No. 3079)
                          **COUSINS LAW LLC**
                          Brandywine Plaza West
                          1521 Concord Pike, Suite 301
                          Wilmington, Delaware 19803
                          Telephone:    (302) 824-7081
                          Facsimile:    (302) 295-0331
                          Email:         scott.cousins@cousins-law.com

                          - and -

                          James T. Grogan (admitted *pro hac vice*)
                          Mack Wilson (admitted *pro hac vice*)
                          **PAUL HASTINGS LLP**
                          600 Travis Street, Fifty-Eighth Floor
                          Houston, Texas 77002
                          Telephone:    (713) 860-7300
                          Facsimile:    (713) 353-3100
                          Email:         jamesgrogan@paulhastings.com
                                          mackwilson@paulhastings.com

                          - and -

                          Pedro A. Jimenez (admitted *pro hac vice)*
                          Avram Emmanuel Luft (admitted *pro hac vice)*
                          **PAUL HASTINGS LLP**
                          200 Park Avenue
                          New York, New York 10166
                          Telephone:    (212) 318-6000
                          Facsimile:    (212) 319-4090
                          Email:         pedrojimenez@paulhastings.com
                                          aviluft@paulhastings.com

                          *Proposed Co-Counsel to the Debtors*