**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| CRED INC., *et al.*, ) | Case No. 20-12836 (JTD) |
| ) |  |
| Debtors.[1] ) | (Jointly Administered) |
| ) |  |
| ) | **Re: Dkt Nos. 89, 91, 116, 126, 128, 190, 223, 396 & 477** |

**NOTICE OF FILING OF DEBTORS' SUPPLEMENTAL RESPONSE
BRIEF IN OPPOSITION TO THE MOTION OF UPGRADEYA
INVESTMENTS, LLC FOR RELIEF FROM AUTOMATIC
STAY UNDER BANKRUPTCY CODE SECTION 362 UNDER SEAL**

PLEASE TAKE NOTICE that on February 4, 2021 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Supplemental Response Brief in Opposition to the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 (the "Debtors' Response Brief") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that the Debtors' Response Brief has been filed under seal pursuant to this Court's Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362 and Any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein dated February 3, 2021 [Docket No. 463].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: February 4, 2021
    Wilmington, Delaware

/s/ *Scott D. Cousins*
———————————————————————
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*