## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 1st day of February, 2021, DRC, at my direction and under my supervision caused a true and accurate copy of the: "Notice of Filing of Amended Schedule F with Respect to Cred Inc." (Docket No. 446) (the "Amended Schedule F"), the "Instructions for Proof of Claim" (the "POC Instructions"), a sample of which is attached hereto as Exhibit 1, a Personalized Proof of Claim Form, personalized to show name and address, a sample of which is attached hereto as Exhibit 2, to be served via First Class U.S. Mail upon the party listed on Exhibit 3, attached hereto.

4. On the 1st day of February, 2021, DRC, at my direction and under my supervision caused a true and accurate copy of the: Amended Schedule F, the POC Instructions, a Personalized Proof of Claim Form, personalized to show name, address and Customer Identification Number (CIN), a sample of which is attached hereto as Exhibit 4, to be served via First Class U.S. Mail upon the parties listed on Exhibit 5; and via electronic mail upon the parties listed on Exhibit 6, attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5. On the 1st day of February, 2021, DRC, at my direction and under my supervision caused a true and accurate copy of the: Amended Schedule F, the POC Instructions, and a Non-Personalized Proof of Claim Form, (Blank Type), a sample of which is attached hereto as <u>Exhibit 7</u>, to be served via electronic mail upon the parties listed on <u>Exhibit 8</u>; and via First Class U.S. Mail upon the parties listed on <u>Exhibit 9</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 4th day of February, 2021, Brooklyn, New York.

By _____

Winnie Yeung

Sworn before me this
4th day of February, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

2

.

# EXHIBIT 1

# Instructions for Proof of Claim

United States Bankruptcy Court

12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
>
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**  You must fill in the specific Debtor name and case number against which your claim is being asserted.  If you are asserting claims against more than one Debtor, you MUST file a separate proof of claim for each debtor.

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the reverse page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the claims agent's website (www.donlinrecano.com/cred) to view the filed form.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Administrative expense claim under 11 U.S.C. §503(b)(9):** Administrative expense claims under 11 U.S.C. §503(b)(9) include those claims for the value of any goods received by the debtor, within 20 days before the date of commencement of a case under the Bankruptcy Code in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured  claim under 11 U.S.C. §506(a):** A claim backed by  a lien on particular property of the debtor. A claim is secured  to the extent that a creditor has the right to be paid from the  property before other creditors are paid. The amount of a  secured claim usually cannot be more than the value of the  particular property on which the creditor has a lien. Any  amount owed to a creditor that is more than the value of  property normally may be an unsecured claim. But exceptions  exist; for example, see 11 U.S.C. § 1322(b) and the final  sentence of 1325(a)

**Do not file these instructions with your form.**

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, Inc.
Re: Cred Inc., et al.
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: Cred Inc., et al.
6201 15th Avenue
Brooklyn, NY 11219

Alternatively, your claim can be filed electronically on DRC's website at:
https://www.donlinrecano.com/Clients/cred/FileClaim

# EXHIBIT 2

In re: Cred Inc., et al.

Debtor name: _____

United States Bankruptcy Court for the District of Delaware

Case number: _____

Your Customer Identification Number (if applicable) on the Schedules to be filed on or before January 7, 2021 is as follows:

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense other than a claim arising under section 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** Name and address of the creditor. | Name and address of creditor (the person or entity to be paid for this claim): |

006475P001-1467A-057 / IN RE:Cred Inc., et al.
PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

31

Other names the creditor used with the debtor: _____

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☐ No          ☐ Yes. From whom? _____ |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | Name: _____ | Name: _____ |
| | Address: _____ | Address: _____ |
| | City: _____ State: ___ Zip: _____ | City: _____ State: ___ Zip: _____ |
| | Phone: _____ | Phone: _____ |
| | Email: _____ | Email: _____ |

| | | |
|---|---|---|
| 4. **Does this claim amend one already filed?** | ☐ No          ☐ Yes. Claim number on court claims registry (if known): _____ | Filed on (MM/DD/YYYY): _____ |

| | |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No          ☐ Yes. Who made the earlier filing? _____ |

## Part 2:    Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No          ☐ Yes. Last 4 digits of the debtor's account or any identification number used: ____ ____ ____ ____ |

| | |
|---|---|
| 7.A. **How much is the claim in lawful currency of the United States?** | Does this amount include interest or other charges? ☐ No     ☐ Yes. Attach statement itemizing interest, fees, expenses, or $_____      other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 7.B. **Is your claim based on a form of cryptocurrency transferred to the Debtors?** | ☐ No     ☐ Yes |

If you answered yes, on the table below, you must state the number of units for each kind of cryptocurrency that you transferred to the Debtors, the name of the cryptocurrency, and the conversion rate you used to calculate the amount of your claim in lawful currency of the United States. You are required to determine the amount of your claim in United States currency as at 12:00 a.m. (prevailing Eastern Time) on November 7, 2020. You may attach additional pages as needed.

| Number of Units | Name of Cryptocurrency | Conversion Rate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

B1

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. |

**9. Is all or part of the claim secured?**

☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle
☐ Other (describe): _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____     **Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount in line 7):     $_____

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual interest rate** (when case was filed): _____%     ☐ Fixed     ☐ Variable

**10. Is this claim based on a lease?**

☐ No     ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No     ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

☐ No
☐ Yes. *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.     $_____

**13. Is all or part of the claim entitled to priority under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business.  Attach documentation supporting such claim.     $_____

**14. Cryptocurrency distribution election.**

If you answered "yes" in line 7.B, do you prefer to receive distributions on account of your claim in the same form of cryptocurrency you indicated in line 7.B, instead of US dollars?

☐ Yes. Creditor prefers to receive distributions in the same form of cryptocurrency indicated in line 7.B, instead of US dollars.

☐ No. Creditor prefers to receive distributions in the form of US dollars.

**IMPORTANT NOTE: Even if you answer "yes" in line 14, there is no guarantee that you will receive distributions on account of your claim in the form of cryptocurrency.  You may still receive distributions on account of your claim in the form of US dollars.**

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY): _____

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: _____   Middle: _____   Last: _____

Title: _____

Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____

Address: _____

City: _____   State: _____   Zip: _____

Phone: _____   Email: _____

3

**EXHIBIT 3**

# Cred Inc., et al.
## Exhibit Pages

| CR. # | NAME1 | NAME2 | NAME3 | ADDRESS1 | ADDRESS2 | CITY, STATE, ZIP | COUNTRY |
|-------|-------|-------|-------|----------|----------|------------------|---------|
| 006475P001-1467A-057 | PRICEWATERHOUSECOOPERS | | | 300 MADISON AVE | | NEW YORK, NY 10017 | |

Total Number of Records: 1

# EXHIBIT 4

| Fill in this information to identify the case: | Customer Identification Number |
|---|---|
| In re: Cred Inc., et al. <br><br> Debtor name: _____ <br><br> United States Bankruptcy Court for the District of Delaware <br><br> Case number: _____ | Your Customer Identification Number (if applicable) on the Schedules to be filed on or before January 7, 2021 is as follows: <br><br> CIN00046 |

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense other than a claim arising under section 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** <br> **Name and address of the creditor.** | Name and address of creditor (the person or entity to be paid for this claim): <br><br> ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  **566** <br> 99999P002-1467A-057 / IN RE:Cred Inc., et al. <br> JOHN DOE <br> 123 SMITH ST <br> APT 2345 <br> CHICAGO IL 60611 <br><br><br> Other names the creditor used with the debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ☐ No          ☐ Yes. <br> From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | Where should notices to the creditor be sent? <br><br> Name: _____ <br><br> Address: _____ <br><br> City: _____ State: ____ Zip: _____ <br><br> Phone: _____ <br><br> Email: _____ | Where should payments to the creditor be sent? (if different) <br><br> Name: _____ <br><br> Address: _____ <br><br> City: _____ State: ____ Zip: _____ <br><br> Phone: _____ <br><br> Email: _____ |
| **4. Does this claim amend one already filed?** | ☐ No          ☐ Yes. Claim number on court <br> claims registry (if known): _____ | Filed on <br> (MM/DD/YYYY): _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No          ☐ Yes. <br> Who made the earlier filing? _____ | |

## Part 2:    Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No          ☐ Yes. Last 4 digits of the debtor's <br> account or any identification number used: ____ ____ ____ ____ |
| **7.A. How much is the claim in lawful currency of the United States?** | Does this amount include interest or other charges? <br> ☐ No     ☐ Yes. Attach statement itemizing interest, fees, expenses, or <br> $_____    other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **7.B. Is your claim based on a form of cryptocurrency transferred to the Debtors?** | ☐ No     ☐ Yes <br> If you answered yes, on the table below, you must state the number of units for each kind of cryptocurrency that you transferred to the Debtors, the name of the cryptocurrency, and the conversion rate you used to calculate the amount of your claim in lawful currency of the United States.  You are required to determine the amount of your claim in United States currency as at 12:00 a.m. (prevailing Eastern Time) on November 7, 2020.  You may attach additional pages as needed. |

| Number of Units | Name of Cryptocurrency | Conversion Rate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

1

B1

| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. _____ _____ |
|---|---|

| 9. **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____    **Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount in line 7): $_____<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____    **Annual interest rate** (when case was filed): _____%   ❑ Fixed  ❑ Variable | **Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br><br>❑ Motor vehicle<br>❑ Other (describe):<br>_____ |

| 10. **Is this claim based on a lease?** | ❑ No     ❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|

| 11. **Is this claim subject to a right of setoff?** | ❑ No     ❑ Yes. Identify the property: _____ |
|---|---|

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.<br>* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | ❑ No<br>❑ Yes. *Check all that apply:*<br>❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❑ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❑ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❑ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | **Amount entitled to priority**<br><br><br>$_____<br><br><br>$_____<br><br><br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |
|---|---|---|

| 13. **Is all or part of the claim entitled to priority under 11 U.S.C. § 503(b)(9)?** | ❑ No<br><br>❑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business.  Attach documentation supporting such claim. $_____ |
|---|---|

| 14. **Cryptocurrency distribution election.** | If you answered "yes" in line 7.B, do you prefer to receive distributions on account of your claim in the same form of cryptocurrency you indicated in line 7.B, instead of US dollars?<br><br>❑ Yes. Creditor prefers to receive distributions in the same form of cryptocurrency indicated in line 7.B, instead of US dollars.<br><br>❑ No. Creditor prefers to receive distributions in the form of US dollars.<br><br>**IMPORTANT NOTE: Even if you answer "yes" in line 14, there is no guarantee that you will receive distributions on account of your claim in the form of cryptocurrency.  You may still receive distributions on account of your claim in the form of US dollars.** |
|---|---|

2

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY): _____

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: _____   Middle: _____   Last:_____

Title: _____

Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____

Address: _____

City: _____   State: _____   Zip: _____

Phone: _____   Email: _____

3

**EXHIBIT 5**

# Cred Inc., et al.
## Exhibit Pages

| CR. # | NAME1 | NAME2 | NAME3 | ADDRESS1 | ADDRESS2 | CITY, STATE, ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 006259P003-1467A-057 | CIN00001 | | | | | | |
| 000070P002-1467A-057 | CIN00056 | | | | | | |
| 000218P002-1467A-057 | CIN00208 | | | | | | |
| 000329P002-1467A-057 | CIN00320 | | | | | | |
| 000394P002-1467A-057 | CIN00385 | | | | | | |
| 006230P002-1467A-057 | CIN00454 | | | | | | |
| 006231P002-1467A-057 | CIN00476 | | | | | | |
| 000595P002-1467A-057 | CIN00590 | | | | | | |
| 000616P002-1467A-057 | CIN00612 | | | | | | |
| 000617P002-1467A-057 | CIN00613 | | | | | | |
| 000719P002-1467A-057 | CIN00716 | | | | | | |
| 001068P002-1467A-057 | CIN01065 | | | | | | |
| 001099P002-1467A-057 | CIN01095 | | | | | | |
| 001105P002-1467A-057 | CIN01101 | | | | | | |
| 001149P002-1467A-057 | CIN01145 | | | | | | |
| 001253P002-1467A-057 | CIN01249 | | | | | | |
| 001690P002-1467A-057 | CIN01690 | | | | | | |
| 001839P002-1467A-057 | CIN01839 | | | | | | |
| 001955P003-1467A-057 | CIN01955 | | | | | | |
| 002056P002-1467A-057 | CIN02056 | | | | | | |
| 002111P003-1467A-057 | CIN02114 | | | | | | |
| 002152P002-1467A-057 | CIN02156 | | | | | | |
| 002262P002-1467A-057 | CIN02266 | | | | | | |
| 002414P002-1467A-057 | CIN02419 | | | | | | |
| 002438P002-1467A-057 | CIN02444 | | | | | | |
| 002532P002-1467A-057 | CIN02538 | | | | | | |
| 002586P002-1467A-057 | CIN02592 | | | | | | |
| 002625P002-1467A-057 | CIN02631 | | | | | | |
| 002678P002-1467A-057 | CIN02684 | | | | | | |
| 006238P002-1467A-057 | CIN02685 | | | | | | |
| 002874P003-1467A-057 | CIN02884 | | | | | | |
| 002976P002-1467A-057 | CIN02987 | | | | | | |
| 002995P002-1467A-057 | CIN03005 | | | | | | |
| 003005P002-1467A-057 | CIN03015 | | | | | | |
| 003016P002-1467A-057 | CIN03026, CIN06438 | | | | | | |
| 003057P002-1467A-057 | CIN03067 | | | | | | |
| 003084P002-1467A-057 | CIN03095 | | | | | | |
| 003310P002-1467A-057 | CIN03122 | | | | | | |
| 003173P002-1467A-057 | CIN03186 | | | | | | |
| 003185P002-1467A-057 | CIN03199 | | | | | | |
| 003303P002-1467A-057 | CIN03318 | | | | | | |
| 003322P002-1467A-057 | CIN03337 | | | | | | |
| 003380P002-1467A-057 | CIN03396 | | | | | | |
| 003624P002-1467A-057 | CIN03640 | | | | | | |
| 003629P002-1467A-057 | CIN03645 | | | | | | |
| 003644P002-1467A-057 | CIN03660 | | | | | | |
| 003748P002-1467A-057 | CIN03765 | | | | | | |
| 003749P002-1467A-057 | CIN03766 | | | | | | |
| 003761P002-1467A-057 | CIN03778 | | | | | | |
| 003839P002-1467A-057 | CIN03857 | | | | | | |
| 003849P002-1467A-057 | CIN03867 | | | | | | |
| 003889P002-1467A-057 | CIN03908 | | | | | | |
| 006244P002-1467A-057 | CIN03909 | | | | | | |

# Cred Inc., et al.
## Exhibit Pages

| CR. # | NAME1 | NAME2 | NAME3 | ADDRESS1 | ADDRESS2 | CITY, STATE, ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 006344P001-1467A-057 | CIN03910 | | | | | | |
| 004074P002-1467A-057 | CIN04099 | | | | | | |
| 004349P002-1467A-057 | CIN04375 | | | | | | |
| 004466P002-1467A-057 | CIN04493 | | | | | | |
| 004487P002-1467A-057 | CIN04513 | | | | | | |
| 004646P002-1467A-057 | CIN04672 | | | | | | |
| 004695P002-1467A-057 | CIN04720 | | | | | | |
| 004796P002-1467A-057 | CIN04822 | | | | | | |
| 005042P002-1467A-057 | CIN05076 | | | | | | |
| 005139P003-1467A-057 | CIN05173 | | | | | | |
| 005145P002-1467A-057 | CIN05179 | | | | | | |
| 005263P002-1467A-057 | CIN05298 | | | | | | |
| 005277P002-1467A-057 | CIN05314 | | | | | | |
| 005286P002-1467A-057 | CIN05323 | | | | | | |
| 005552P002-1467A-057 | CIN05593 | | | | | | |
| 005599P002-1467A-057 | CIN06644, CIN06565 | | | | | | |
| 005631P002-1467A-057 | CIN05676 | | | | | | |
| 005632P002-1467A-057 | CIN05677 | | | | | | |
| 005693P002-1467A-057 | CIN05741 | | | | | | |
| 005696P002-1467A-057 | CIN05744 | | | | | | |
| 005741P003-1467A-057 | CIN05790 | | | | | | |
| 005755P003-1467A-057 | CIN05804 | | | | | | |
| 005800P002-1467A-057 | CIN05849 | | | | | | |
| 005803P002-1467A-057 | CIN05852 | | | | | | |
| 006032P002-1467A-057 | CIN06082 | | | | | | |
| 006074P002-1467A-057 | CIN06124 | | | | | | |
| 006133P002-1467A-057 | CIN06183 | | | | | | |
| 006164P002-1467A-057 | CIN06214 | | | | | | |
| 006207P002-1467A-057 | CIN06258 | | | | | | |
| 006819P001-1467A-057 | CIN06281 | | | | | | |
| 006908P001-1467A-057 | CIN06282 | | | | | | |
| 006831P001-1467A-057 | CIN06283 | | | | | | |

Total Number of Records: 85

**EXHIBIT 6**

# Cred Inc., et al.
## Electronic Mail
### Exhibit Pages

| | | | |
|---|---|---|---|
| 006259P003-1467A-057<br>CIN00001 | 000033P001-1467A-057<br>CIN00017 | 000067P001-1467A-057<br>CIN00053 | 000070P002-1467A-057<br>CIN00056 |
| 000080P001-1467A-057<br>CIN00066 | 000089P001-1467A-057<br>CIN00075 | 000127P001-1467A-057<br>CIN00114 | 000188P001-1467A-057<br>CIN00177, CIN06304 |
| 000197P001-1467A-057<br>CIN00186 | 000218P002-1467A-057<br>CIN00208 | 000276P001-1467A-057<br>CIN00266 | 000286P001-1467A-057<br>CIN00276 |
| 000304P001-1467A-057<br>CIN00295 | 000329P002-1467A-057<br>CIN00320 | 000377P001-1467A-057<br>CIN00368 | 000394P002-1467A-057<br>CIN00385 |
| 006230P002-1467A-057<br>CIN00454 | 006230P002-1467A-057<br>CIN00454 | 000472P001-1467A-057<br>CIN00464 | 000483P001-1467A-057<br>CIN00475 |
| 006231P002-1467A-057<br>CIN00476 | 000545P001-1467A-057<br>CIN00538 | 000595P002-1467A-057<br>CIN00590 | 000616P002-1467A-057<br>CIN00612 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000617P002-1467A-057<br>CIN00613 | 000636P001-1467A-057<br>CIN00632 | 000640P001-1467A-057<br>CIN00636 | 000652P001-1467A-057<br>CIN00648 |
| 000677P001-1467A-057<br>CIN00673 | 000709P001-1467A-057<br>CIN00706 | 000719P002-1467A-057<br>CIN00716 | 000721P001-1467A-057<br>CIN00718, CIN06326 |
| 000763P001-1467A-057<br>CIN00761 | 000764P001-1467A-057<br>CIN00762 | 000795P001-1467A-057<br>CIN00794, CIN06330 | 000822P001-1467A-057<br>CIN00820 |
| 000829P001-1467A-057<br>CIN00827 | 000860P001-1467A-057<br>CIN00858 | 000870P001-1467A-057<br>CIN00868 | 000901P001-1467A-057<br>CIN00899 |
| 000944P001-1467A-057<br>CIN00942 | 001068P002-1467A-057<br>CIN01065 | 001072P001-1467A-057<br>CIN01069 | 001085P001-1467A-057<br>CIN01082 |
| 001090P001-1467A-057<br>CIN01087 | 001093P001-1467A-057<br>CIN01090 | 001099P002-1467A-057<br>CIN01095 | 001105P002-1467A-057<br>CIN01101 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001106P001-1467A-057<br>CIN01102 | 001109P001-1467A-057<br>CIN01105 | 001133P001-1467A-057<br>CIN01129 | 001149P002-1467A-057<br>CIN01145 |
| 001249P001-1467A-057<br>CIN01245 | 001252P001-1467A-057<br>CIN01248 | 001253P002-1467A-057<br>CIN01249 | 001253P002-1467A-057<br>CIN01249 |
| 001445P001-1467A-057<br>CIN01443 | 001506P001-1467A-057<br>CIN01505 | 001544P001-1467A-057<br>CIN01543, CIN06366 | 001550P001-1467A-057<br>CIN01549 |
| 001565P001-1467A-057<br>CIN01564 | 001566P001-1467A-057<br>CIN01565 | 001678P001-1467A-057<br>CIN01678 | 001690P002-1467A-057<br>CIN01690 |
| 001725P001-1467A-057<br>CIN01725 | 001753P001-1467A-057<br>CIN01753 | 001775P001-1467A-057<br>CIN01775 | 001812P001-1467A-057<br>CIN01812 |
| 001814P001-1467A-057<br>CIN01814 | 001826P001-1467A-057<br>CIN01826 | 001839P002-1467A-057<br>CIN01839 | 001850P001-1467A-057<br>CIN01850, CIN06375 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001885P001-1467A-057<br>CIN01885 | 001900P001-1467A-057<br>CIN01900 | 001922P001-1467A-057<br>CIN01922 | 001946P001-1467A-057<br>CIN01946 |
| 001955P003-1467A-057<br>CIN01955 | 001958P001-1467A-057<br>CIN01958 | 001984P001-1467A-057<br>CIN01984 | 002024P001-1467A-057<br>CIN02024 |
| 002056P002-1467A-057<br>CIN02056 | 002056P002-1467A-057<br>CIN02056 | 002059P001-1467A-057<br>CIN02059 | 002096P001-1467A-057<br>CIN02097 |
| 002111P003-1467A-057<br>CIN02114 | 002138P001-1467A-057<br>CIN02141 | 002152P002-1467A-057<br>CIN02156 | 002179P001-1467A-057<br>CIN02183, CIN06393 |
| 002205P001-1467A-057<br>CIN02209 | 002220P001-1467A-057<br>CIN02224 | 002262P002-1467A-057<br>CIN02266 | 002290P001-1467A-057<br>CIN02294 |
| 002338P001-1467A-057<br>CIN02342 | 002414P002-1467A-057<br>CIN02419 | 002415P001-1467A-057<br>CIN02420 | 002438P002-1467A-057<br>CIN02444 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 002449P001-1467A-057<br>CIN02455 | 002503P001-1467A-057<br>CIN02509 | 002532P002-1467A-057<br>CIN02538 | 002551P001-1467A-057<br>CIN02557 |
| 002586P002-1467A-057<br>CIN02592 | 002603P001-1467A-057<br>CIN02609 | 002625P002-1467A-057<br>CIN02631 | 002639P001-1467A-057<br>CIN02645 |
| 002645P001-1467A-057<br>CIN02651 | 002651P001-1467A-057<br>CIN02657 | 002663P001-1467A-057<br>CIN02669 | 002678P002-1467A-057<br>CIN02684 |
| 006238P002-1467A-057<br>CIN02685 | 002694P001-1467A-057<br>CIN02702 | 002795P001-1467A-057<br>CIN02802 | 006239P001-1467A-057<br>CIN02803 |
| 006240P001-1467A-057<br>CIN02807 | 002874P003-1467A-057<br>CIN02884 | 002882P001-1467A-057<br>CIN02892 | 002903P001-1467A-057<br>CIN02914 |
| 002921P001-1467A-057<br>CIN02932 | 002923P001-1467A-057<br>CIN02934 | 002976P002-1467A-057<br>CIN02987 | 002995P002-1467A-057<br>CIN03005 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002995P002-1467A-057<br>CIN03005 | 003005P002-1467A-057<br>CIN03015 | 003016P002-1467A-057<br>CIN03026, CIN06438 | 003029P001-1467A-057<br>CIN03039 |
| 003057P002-1467A-057<br>CIN03067 | 003083P001-1467A-057<br>CIN03094 | 003084P002-1467A-057<br>CIN03095 | 003110P002-1467A-057<br>CIN03122 |
| 003151P001-1467A-057<br>CIN03164 | 003173P002-1467A-057<br>CIN03186 | 003175P001-1467A-057<br>CIN03188 | 003181P001-1467A-057<br>CIN03195 |
| 003185P002-1467A-057<br>CIN03199 | 003206P001-1467A-057<br>CIN03220 | 003215P001-1467A-057<br>CIN03229 | 003303P002-1467A-057<br>CIN03318 |
| 003322P002-1467A-057<br>CIN03337 | 003380P002-1467A-057<br>CIN03396 | 003515P001-1467A-057<br>CIN03531 | 003539P001-1467A-057<br>CIN03555 |
| 003617P001-1467A-057<br>CIN03633 | 003623P001-1467A-057<br>CIN03639 | 003624P002-1467A-057<br>CIN03640 | 003629P002-1467A-057<br>CIN03645 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 003636P001-1467A-057<br>CIN03652 | 003644P002-1467A-057<br>CIN03660 | 003683P001-1467A-057<br>CIN03699 | 003686P001-1467A-057<br>CIN03702 |
| 003695P001-1467A-057<br>CIN03711, CIN06469 | 003712P001-1467A-057<br>CIN03729 | 003734P001-1467A-057<br>CIN03751 | 003739P001-1467A-057<br>CIN03756 |
| 003748P002-1467A-057<br>CIN03765 | 003749P002-1467A-057<br>CIN03766 | 003753P001-1467A-057<br>CIN03770 | 003760P001-1467A-057<br>CIN03777, CIN06471 |
| 003761P002-1467A-057<br>CIN03778 | 003777P001-1467A-057<br>CIN03794 | 003820P001-1467A-057<br>CIN03838 | 003839P002-1467A-057<br>CIN03857 |
| 003842P001-1467A-057<br>CIN03860 | 003849P002-1467A-057<br>CIN03867 | 003849P002-1467A-057<br>CIN03867 | 003878P001-1467A-057<br>CIN03897 |
| 003889P002-1467A-057<br>CIN03908 | 006244P002-1467A-057<br>CIN03909 | 006344P001-1467A-057<br>CIN03910 | 003908P001-1467A-057<br>CIN03929 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 003912P001-1467A-057<br>CIN03933 | 003920P001-1467A-057<br>CIN03941 | 003973P001-1467A-057<br>CIN03996 | 003993P001-1467A-057<br>CIN04016 |
| 004022P001-1467A-057<br>CIN04046 | 004041P001-1467A-057<br>CIN04065, CIN06489 | 004054P001-1467A-057<br>CIN04079 | 004057P001-1467A-057<br>CIN04082 |
| 004074P002-1467A-057<br>CIN04099 | 004088P001-1467A-057<br>CIN04113 | 004092P001-1467A-057<br>CIN04117 | 004120P001-1467A-057<br>CIN04145 |
| 004192P001-1467A-057<br>CIN04217 | 004203P001-1467A-057<br>CIN04228 | 004207P001-1467A-057<br>CIN04232 | 006252P002-1467A-057<br>CIN04319, CIN06502 |
| 004324P001-1467A-057<br>CIN04350 | 004349P002-1467A-057<br>CIN04375 | 004391P001-1467A-057<br>CIN04417 | 004402P001-1467A-057<br>CIN04428 |
| 004403P001-1467A-057<br>CIN04429 | 004466P002-1467A-057<br>CIN04493 | 004487P002-1467A-057<br>CIN04513 | 004500P001-1467A-057<br>CIN04526 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 004517P001-1467A-057<br>CIN04543 | 004574P001-1467A-057<br>CIN04600, CIN06508 | 004577P001-1467A-057<br>CIN04603 | 004627P001-1467A-057<br>CIN04653 |
| 004646P002-1467A-057<br>CIN04672 | 004668P001-1467A-057<br>CIN04694 | 004681P001-1467A-057<br>CIN04706, CIN06517 | 004689P001-1467A-057<br>CIN04714 |
| 004695P002-1467A-057<br>CIN04720 | 004695P002-1467A-057<br>CIN04720 | 004713P001-1467A-057<br>CIN04738 | 004724P001-1467A-057<br>CIN04749 |
| 004796P002-1467A-057<br>CIN04822 | 004805P001-1467A-057<br>CIN04832 | 004907P001-1467A-057<br>CIN04936 | 006255P002-1467A-057<br>CIN05004, CIN06532 |
| 005004P001-1467A-057<br>CIN05037 | 005034P001-1467A-057<br>CIN05067 | 000002P001-1467A-057<br>CIN05068 | 005042P002-1467A-057<br>CIN05076 |
| 005057P001-1467A-057<br>CIN05091 | 005069P001-1467A-057<br>CIN05103 | 005133P001-1467A-057<br>CIN05167 | 005139P003-1467A-057<br>CIN05173 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 005144P001-1467A-057<br>CIN05178 | 005145P002-1467A-057<br>CIN05179 | 005168P001-1467A-057<br>CIN05202 | 005246P001-1467A-057<br>CIN05281 |
| 005252P001-1467A-057<br>CIN05287 | 005256P001-1467A-057<br>CIN05291 | 005263P002-1467A-057<br>CIN05298 | 005277P002-1467A-057<br>CIN05314 |
| 005282P001-1467A-057<br>CIN05319 | 005284P001-1467A-057<br>CIN05321 | 005286P002-1467A-057<br>CIN05323 | 005289P001-1467A-057<br>CIN05326 |
| 005300P001-1467A-057<br>CIN05339 | 005315P001-1467A-057<br>CIN05354 | 005322P001-1467A-057<br>CIN05361 | 005344P001-1467A-057<br>CIN05383 |
| 005368P001-1467A-057<br>CIN05407 | 005393P001-1467A-057<br>CIN05432 | 005425P001-1467A-057<br>CIN05464 | 005474P001-1467A-057<br>CIN05513 |
| 005479P001-1467A-057<br>CIN05519, CIN06557 | 005488P001-1467A-057<br>CIN05528 | 005552P002-1467A-057<br>CIN05593 | 005599P002-1467A-057<br>CIN05644, CIN06565 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 005611P001-1467A-057<br>CIN05656, CIN06568 | 005631P002-1467A-057<br>CIN05676 | 005632P002-1467A-057<br>CIN05677 | 006257P002-1467A-057<br>CIN05683 |
| 005644P001-1467A-057<br>CIN05690 | 005686P001-1467A-057<br>CIN05734 | 005693P002-1467A-057<br>CIN05741 | 005696P002-1467A-057<br>CIN05744 |
| 005696P002-1467A-057<br>CIN05744 | 005739P001-1467A-057<br>CIN05788 | 005741P003-1467A-057<br>CIN05790 | 005755P003-1467A-057<br>CIN05804 |
| 005798P001-1467A-057<br>CIN05847 | 005800P002-1467A-057<br>CIN05849 | 005803P002-1467A-057<br>CIN05852 | 006251P001-1467A-057<br>CIN05853 |
| 005826P001-1467A-057<br>CIN05876 | 005845P001-1467A-057<br>CIN05895 | 005905P001-1467A-057<br>CIN05955 | 005916P001-1467A-057<br>CIN05966 |
| 005947P001-1467A-057<br>CIN05997 | 005950P001-1467A-057<br>CIN06000 | 005960P001-1467A-057<br>CIN06010 | 005968P001-1467A-057<br>CIN06018 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 005973P001-1467A-057<br>CIN06023 | 005998P001-1467A-057<br>CIN06048 | 006019P001-1467A-057<br>CIN06069 | 006032P002-1467A-057<br>CIN06082 |
| 006046P001-1467A-057<br>CIN06096 | 006074P002-1467A-057<br>CIN06124 | 006075P001-1467A-057<br>CIN06125 | 006089P001-1467A-057<br>CIN06139 |
| 006096P001-1467A-057<br>CIN06146 | 006132P001-1467A-057<br>CIN06182 | 006133P002-1467A-057<br>CIN06183 | 006143P001-1467A-057<br>CIN06193 |
| 006151P001-1467A-057<br>CIN06201 | 006164P002-1467A-057<br>CIN06214 | 006205P001-1467A-057<br>CIN06256 | 006207P002-1467A-057<br>CIN06258 |
| 006819P001-1467A-057<br>CIN06281 | 006908P001-1467A-057<br>CIN06282 | 006831P001-1467A-057<br>CIN06283 | 007107P001-1467A-057<br>CIN06291 |
| 007108P001-1467A-057<br>CIN06292 | 007109P001-1467A-057<br>CIN06293 | 007110P001-1467A-057<br>CIN06294 | 007111P001-1467A-057<br>CIN06295 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| 007112P001-1467A-057 | 007113P001-1467A-057 | 007114P001-1467A-057 | 007115P001-1467A-057 |
| CIN06296 | CIN06297 | CIN06298 | CIN06299 |

| 007116P001-1467A-057 | 007117P001-1467A-057 | 007118P001-1467A-057 | 007119P001-1467A-057 |
| CIN06300 | CIN06301 | CIN06302 | CIN06303 |

| 007120P001-1467A-057 | 007121P001-1467A-057 | 007122P001-1467A-057 | 007123P001-1467A-057 |
| CIN06305 | CIN06306 | CIN06307 | CIN06308 |

| 007124P001-1467A-057 | 007125P001-1467A-057 | 007126P001-1467A-057 | 007127P001-1467A-057 |
| CIN06309 | CIN06310 | CIN06311 | CIN06312 |

| 007128P001-1467A-057 | 007129P001-1467A-057 | 007130P001-1467A-057 | 007131P001-1467A-057 |
| CIN06313 | CIN06314 | CIN06315 | CIN06316 |

| 007132P001-1467A-057 | 007133P001-1467A-057 | 007134P001-1467A-057 | 007135P001-1467A-057 |
| CIN06317 | CIN06318 | CIN06319 | CIN06320 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 007136P001-1467A-057<br>CIN06321 | 007137P001-1467A-057<br>CIN06322 | 007138P001-1467A-057<br>CIN06323 | 007139P001-1467A-057<br>CIN06324 |
| 007140P001-1467A-057<br>CIN06325 | 007141P001-1467A-057<br>CIN06327 | 007142P001-1467A-057<br>CIN06328 | 007143P001-1467A-057<br>CIN06329 |
| 007145P001-1467A-057<br>CIN06331 | 007146P001-1467A-057<br>CIN06332 | 007147P001-1467A-057<br>CIN06333 | 007148P001-1467A-057<br>CIN06334 |
| 007149P001-1467A-057<br>CIN06335 | 007150P001-1467A-057<br>CIN06336 | 007151P001-1467A-057<br>CIN06337 | 007152P001-1467A-057<br>CIN06338 |
| 007153P001-1467A-057<br>CIN06339 | 007154P001-1467A-057<br>CIN06340 | 007155P001-1467A-057<br>CIN06341 | 007156P001-1467A-057<br>CIN06342 |
| 007157P001-1467A-057<br>CIN06343 | 007158P001-1467A-057<br>CIN06344 | 007159P001-1467A-057<br>CIN06345 | 007160P001-1467A-057<br>CIN06346 |

| | | | |
|---|---|---|---|
| 007161P001-1467A-057<br>CIN06347 | 007162P001-1467A-057<br>CIN06348 | 007163P001-1467A-057<br>CIN06349 | 007164P001-1467A-057<br>CIN06350 |
| 007165P001-1467A-057<br>CIN06351 | 007166P001-1467A-057<br>CIN06352 | 007167P001-1467A-057<br>CIN06353 | 007168P001-1467A-057<br>CIN06354 |
| 007169P001-1467A-057<br>CIN06355 | 007170P001-1467A-057<br>CIN06356 | 007171P001-1467A-057<br>CIN06357 | 007172P001-1467A-057<br>CIN06358 |
| 007173P001-1467A-057<br>CIN06359 | 007174P001-1467A-057<br>CIN06360 | 007175P001-1467A-057<br>CIN06361 | 007176P001-1467A-057<br>CIN06362 |
| 007177P001-1467A-057<br>CIN06363 | 007178P001-1467A-057<br>CIN06364 | 007179P001-1467A-057<br>CIN06365 | 007180P001-1467A-057<br>CIN06367 |
| 007181P001-1467A-057<br>CIN06368 | 007182P001-1467A-057<br>CIN06369 | 007183P001-1467A-057<br>CIN06370 | 007184P001-1467A-057<br>CIN06371 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007185P001-1467A-057<br>CIN06372 | 007186P001-1467A-057<br>CIN06373 | 007187P001-1467A-057<br>CIN06374 | 007188P001-1467A-057<br>CIN06376 |
| 007189P001-1467A-057<br>CIN06377 | 007190P001-1467A-057<br>CIN06378 | 007191P001-1467A-057<br>CIN06379 | 007192P001-1467A-057<br>CIN06380 |
| 007193P001-1467A-057<br>CIN06381 | 007194P001-1467A-057<br>CIN06382 | 007195P001-1467A-057<br>CIN06383 | 007196P001-1467A-057<br>CIN06384 |
| 007197P001-1467A-057<br>CIN06385 | 007198P001-1467A-057<br>CIN06386 | 007199P001-1467A-057<br>CIN06387 | 007200P001-1467A-057<br>CIN06388 |
| 007201P001-1467A-057<br>CIN06389 | 007202P001-1467A-057<br>CIN06390 | 007203P001-1467A-057<br>CIN06391 | 007204P001-1467A-057<br>CIN06392 |
| 007205P001-1467A-057<br>CIN06394 | 007206P001-1467A-057<br>CIN06395 | 007207P001-1467A-057<br>CIN06396 | 007208P001-1467A-057<br>CIN06397 |

| | | | |
|---|---|---|---|
| 007209P001-1467A-057<br>CIN06398 | 007210P001-1467A-057<br>CIN06399 | 007211P001-1467A-057<br>CIN06400 | 007212P001-1467A-057<br>CIN06401 |
| 007213P001-1467A-057<br>CIN06402 | 007214P001-1467A-057<br>CIN06403 | 007215P001-1467A-057<br>CIN06404 | 007216P001-1467A-057<br>CIN06405 |
| 007217P001-1467A-057<br>CIN06406 | 007218P001-1467A-057<br>CIN06407 | 007219P001-1467A-057<br>CIN06408 | 007220P001-1467A-057<br>CIN06409 |
| 007221P001-1467A-057<br>CIN06410 | 007222P001-1467A-057<br>CIN06411 | 007223P001-1467A-057<br>CIN06412 | 007224P001-1467A-057<br>CIN06413 |
| 007225P001-1467A-057<br>CIN06414 | 007226P001-1467A-057<br>CIN06415 | 007227P001-1467A-057<br>CIN06416 | 007228P001-1467A-057<br>CIN06417 |
| 007229P001-1467A-057<br>CIN06418 | 007230P001-1467A-057<br>CIN06419 | 007231P001-1467A-057<br>CIN06420 | 007232P001-1467A-057<br>CIN06421 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007233P001-1467A-057<br>CIN06422 | 007234P001-1467A-057<br>CIN06423 | 007235P001-1467A-057<br>CIN06424 | 007236P001-1467A-057<br>CIN06425 |
| 007237P001-1467A-057<br>CIN06426 | 007238P001-1467A-057<br>CIN06427 | 007239P001-1467A-057<br>CIN06428 | 007240P001-1467A-057<br>CIN06429 |
| 007241P001-1467A-057<br>CIN06430 | 007242P001-1467A-057<br>CIN06431 | 007243P001-1467A-057<br>CIN06432 | 007244P001-1467A-057<br>CIN06433 |
| 007245P001-1467A-057<br>CIN06434 | 007246P001-1467A-057<br>CIN06435 | 007247P001-1467A-057<br>CIN06436 | 007248P001-1467A-057<br>CIN06437 |
| 007250P001-1467A-057<br>CIN06439 | 007251P001-1467A-057<br>CIN06440 | 007252P001-1467A-057<br>CIN06441 | 007253P001-1467A-057<br>CIN06442 |
| 007254P001-1467A-057<br>CIN06443 | 007255P001-1467A-057<br>CIN06444 | 007256P001-1467A-057<br>CIN06445 | 007257P001-1467A-057<br>CIN06446 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 007258P001-1467A-057<br>CIN06447 | 007259P001-1467A-057<br>CIN06448 | 007260P001-1467A-057<br>CIN06449 | 007261P001-1467A-057<br>CIN06450 |
| 007262P001-1467A-057<br>CIN06451 | 007263P001-1467A-057<br>CIN06452 | 007264P001-1467A-057<br>CIN06453 | 007265P001-1467A-057<br>CIN06454 |
| 007266P001-1467A-057<br>CIN06455 | 007267P001-1467A-057<br>CIN06456 | 007268P001-1467A-057<br>CIN06457 | 007269P001-1467A-057<br>CIN06458 |
| 007270P001-1467A-057<br>CIN06459 | 007271P001-1467A-057<br>CIN06460 | 007272P001-1467A-057<br>CIN06461 | 007273P001-1467A-057<br>CIN06462 |
| 007274P001-1467A-057<br>CIN06463 | 007275P001-1467A-057<br>CIN06464 | 007276P001-1467A-057<br>CIN06465 | 007277P001-1467A-057<br>CIN06466 |
| 007278P001-1467A-057<br>CIN06467 | 007279P001-1467A-057<br>CIN06468 | 007280P001-1467A-057<br>CIN06470 | 007281P001-1467A-057<br>CIN06472 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007282P001-1467A-057<br>CIN06473 | 007283P001-1467A-057<br>CIN06474 | 007284P001-1467A-057<br>CIN06475 | 007285P001-1467A-057<br>CIN06476 |
| 007286P001-1467A-057<br>CIN06477 | 007287P001-1467A-057<br>CIN06478 | 007288P001-1467A-057<br>CIN06479 | 007289P001-1467A-057<br>CIN06480 |
| 007290P001-1467A-057<br>CIN06481 | 007291P001-1467A-057<br>CIN06482 | 007292P001-1467A-057<br>CIN06483 | 007293P001-1467A-057<br>CIN06484 |
| 007294P001-1467A-057<br>CIN06485 | 007295P001-1467A-057<br>CIN06486 | 007296P001-1467A-057<br>CIN06487 | 007297P001-1467A-057<br>CIN06488 |
| 007298P001-1467A-057<br>CIN06490 | 007299P001-1467A-057<br>CIN06491 | 007300P001-1467A-057<br>CIN06492 | 007301P001-1467A-057<br>CIN06493 |
| 007302P001-1467A-057<br>CIN06494 | 007303P001-1467A-057<br>CIN06495 | 007304P001-1467A-057<br>CIN06496 | 007305P001-1467A-057<br>CIN06497 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 007306P001-1467A-057<br>CIN06498 | 007307P001-1467A-057<br>CIN06499 | 007308P001-1467A-057<br>CIN06500 | 007400P001-1467A-057<br>CIN06501 |
| 007309P001-1467A-057<br>CIN06503 | 007310P001-1467A-057<br>CIN06504 | 007311P001-1467A-057<br>CIN06505 | 007312P001-1467A-057<br>CIN06506 |
| 007313P001-1467A-057<br>CIN06507 | 007314P001-1467A-057<br>CIN06509 | 007315P001-1467A-057<br>CIN06510 | 007316P001-1467A-057<br>CIN06511 |
| 007317P001-1467A-057<br>CIN06512 | 007318P001-1467A-057<br>CIN06513 | 007319P001-1467A-057<br>CIN06514 | 007320P001-1467A-057<br>CIN06515 |
| 007321P001-1467A-057<br>CIN06516 | 007322P001-1467A-057<br>CIN06518 | 007323P001-1467A-057<br>CIN06519 | 007324P001-1467A-057<br>CIN06520 |
| 007325P001-1467A-057<br>CIN06521 | 007326P001-1467A-057<br>CIN06522 | 007327P001-1467A-057<br>CIN06523 | 007328P001-1467A-057<br>CIN06524 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 007329P001-1467A-057<br>CIN06525 | 007330P001-1467A-057<br>CIN06526 | 007331P001-1467A-057<br>CIN06527 | 007332P001-1467A-057<br>CIN06528 |
| 007333P001-1467A-057<br>CIN06529 | 007334P001-1467A-057<br>CIN06530 | 007335P001-1467A-057<br>CIN06531 | 007336P001-1467A-057<br>CIN06533 |
| 007337P001-1467A-057<br>CIN06534 | 007338P001-1467A-057<br>CIN06535 | 007339P001-1467A-057<br>CIN06536 | 007340P001-1467A-057<br>CIN06537 |
| 007341P001-1467A-057<br>CIN06538 | 007342P001-1467A-057<br>CIN06539 | 007343P001-1467A-057<br>CIN06540 | 007344P001-1467A-057<br>CIN06541 |
| 007345P001-1467A-057<br>CIN06542 | 007346P001-1467A-057<br>CIN06543 | 007347P001-1467A-057<br>CIN06544 | 007348P001-1467A-057<br>CIN06545 |
| 007349P001-1467A-057<br>CIN06546 | 007350P001-1467A-057<br>CIN06547 | 007351P001-1467A-057<br>CIN06548 | 007352P001-1467A-057<br>CIN06549 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007353P001-1467A-057<br>CIN06550 | 007354P001-1467A-057<br>CIN06551 | 007355P001-1467A-057<br>CIN06552 | 007356P001-1467A-057<br>CIN06553 |
| 007357P001-1467A-057<br>CIN06554 | 007358P001-1467A-057<br>CIN06555 | 007359P001-1467A-057<br>CIN06556 | 007360P001-1467A-057<br>CIN06558 |
| 007361P001-1467A-057<br>CIN06559 | 007362P001-1467A-057<br>CIN06560 | 007363P001-1467A-057<br>CIN06561 | 007364P001-1467A-057<br>CIN06562 |
| 007365P001-1467A-057<br>CIN06563 | 007366P001-1467A-057<br>CIN06564 | 007368P001-1467A-057<br>CIN06566 | 007369P001-1467A-057<br>CIN06567 |
| 007370P001-1467A-057<br>CIN06569 | 007371P001-1467A-057<br>CIN06570 | 007372P001-1467A-057<br>CIN06571 | 007373P001-1467A-057<br>CIN06572 |
| 007374P001-1467A-057<br>CIN06573 | 007375P001-1467A-057<br>CIN06574 | 007376P001-1467A-057<br>CIN06575 | 007377P001-1467A-057<br>CIN06576 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 11:58:40 PM

| | | | |
|---|---|---|---|
| 007378P001-1467A-057<br>CIN06577 | 007379P001-1467A-057<br>CIN06578 | 007380P001-1467A-057<br>CIN06579 | 007381P001-1467A-057<br>CIN06580 |
| 007382P001-1467A-057<br>CIN06581 | 007383P001-1467A-057<br>CIN06582 | 007384P001-1467A-057<br>CIN06583 | 007385P001-1467A-057<br>CIN06584 |
| 007386P001-1467A-057<br>CIN06585 | 007387P001-1467A-057<br>CIN06586 | 007388P001-1467A-057<br>CIN06587 | 007389P001-1467A-057<br>CIN06588 |
| 007390P001-1467A-057<br>CIN06589 | 007391P001-1467A-057<br>CIN06590 | 007392P001-1467A-057<br>CIN06591 | 007393P001-1467A-057<br>CIN06592 |
| 007394P001-1467A-057<br>CIN06593 | 007395P001-1467A-057<br>CIN06594 | 007396P001-1467A-057<br>CIN06595 | 007397P001-1467A-057<br>CIN06596 |
| 007398P001-1467A-057<br>CIN06597 | 007399P001-1467A-057<br>CIN06598 | | |

Records Printed :    **574**

**EXHIBIT 7**

| Fill in this information to identify the case: | Customer Identification Number |
|---|---|
| In re: Cred Inc., et al. | Your Customer Identification Number (if applicable) on the Schedules to be filed on or before January 7, 2021 is as follows: |
| Debtor name: _____ | |
| United States Bankruptcy Court for the District of Delaware | |
| Case number: _____ | |

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense other than a claim arising under section 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| 1. **Who is the current creditor?** Name and address of the creditor. | Name and address of creditor (the person or entity to be paid for this claim): |
|---|---|
| | Other names the creditor used with the debtor: _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No          ☐ Yes. From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | **Where should notices to the creditor be sent?** Name: _____ Address: _____ City: _____ State: _____ Zip: _____ Phone: _____ Email: _____ | **Where should payments to the creditor be sent? (if different)** Name: _____ Address: _____ City: _____ State: _____ Zip: _____ Phone: _____ Email: _____ |
| 4. **Does this claim amend one already filed?** | ☐ No          ☐ Yes. Claim number on court claims registry (if known): _____          Filed on (MM/DD/YYYY): _____ |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No          ☐ Yes. Who made the earlier filing? _____ |

## Part 2:   Give Information About the Claim as of the Date the Case was Filed

| 6. **Do you have any number you use to identify the debtor?** | ☐ No          ☐ Yes. Last 4 digits of the debtor's account or any identification number used: ____ ____ ____ ____ |
|---|---|
| 7.A. **How much is the claim in lawful currency of the United States?** | Does this amount include interest or other charges? ☐ No     ☐ Yes. Attach statement itemizing interest, fees, expenses, or $_____  other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 7.B. **Is your claim based on a form of cryptocurrency transferred to the Debtors?** | ☐ No          ☐ Yes |

If you answered yes, on the table below, you must state the number of units for each kind of cryptocurrency that you transferred to the Debtors, the name of the cryptocurrency, and the conversion rate you used to calculate the amount of your claim in lawful currency of the United States.  You are required to determine the amount of your claim in United States currency as at 12:00 a.m. (prevailing Eastern Time) on November 7, 2020.  You may attach additional pages as needed.

| Number of Units | Name of Cryptocurrency | Conversion Rate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.  _____ _____ |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ❑ No  ❑ Yes. The claim is secured by a lien on property.  **Nature of property:**  ❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.  ❑ Motor vehicle  ❑ Other (describe): _____  **Basis for perfection:** _____  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)  **Value of property:** $_____   **Amount of the claim that is secured:** $_____  **Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount in line 7):   $_____  **Amount necessary to cure any default as of the date of the petition:** $_____    **Annual interest rate** (when case was filed): \_\_\_\_\_%    ❑ Fixed  ❑ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ❑ No     ❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ❑ No     ❑ Yes. Identify the property: _____ |

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.  \* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | ❑ No   ❑ Yes. *Check all that apply:*   ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   ❑ Up to $3,025\* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   ❑ Wages, salaries, or commissions (up to $13,650\*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(\_\_\_) that applies.   **Amount entitled to priority**  $_____  $_____  $_____  $_____  $_____  $_____ |

| | |
|---|---|
| **13. Is all or part of the claim entitled to priority under 11 U.S.C. § 503(b)(9)?** | ❑ No   ❑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business.  Attach documentation supporting such claim.   $_____ |

| | |
|---|---|
| **14. Cryptocurrency distribution election.** | If you answered "yes" in line 7.B, do you prefer to receive distributions on account of your claim in the same form of cryptocurrency you indicated in line 7.B, instead of US dollars?  ❑ Yes. Creditor prefers to receive distributions in the same form of cryptocurrency indicated in line 7.B, instead of US dollars.  ❑ No. Creditor prefers to receive distributions in the form of US dollars.  **IMPORTANT NOTE: Even if you answer "yes" in line 14, there is no guarantee that you will receive distributions on account of your claim in the form of cryptocurrency.  You may still receive distributions on account of your claim in the form of US dollars.** |

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY): _____

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: _____  Middle: _____  Last:_____

Title: _____

Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____

Address: _____

City: _____  State: _____  Zip: _____

Phone: _____  Email: _____

**EXHIBIT 8**

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000071P001-1467S-057
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
GTAYLOR@ASHBYGEDDES.COM

000071P001-1467S-057
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
KEARLE@ASHBYGEDDES.COM

000067P001-1467S-057
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

000068P001-1467S-057
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM

000068P001-1467S-057
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
MSABELLA@BAKERLAW.COM

000066P001-1467S-057
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

000070P001-1467S-057
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
ACARTY@BROWNRUDNICK.COM

000070P001-1467S-057
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
MREINING@BROWNRUDNICK.COM

000069P001-1467S-057
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000057P001-1467S-057
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

000064P001-1467S-057
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

000018P001-1467S-057
COUSINS LAW LLC
SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301 WILMINGTON DE
19803
SCOTT.COUSINS@COUSINS-LAW.COM

000036P001-1467S-057
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-057
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-057
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-057
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-057
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-057
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-057
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000058P001-1467S-057
FISHERBROYLES LLP
CARL D NEFF,ESQ
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
CARL.NEFF@FISHERBROYLES.COM

000059P001-1467S-057
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000065P001-1467S-057
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-057
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000004P001-1467S-057
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000061P001-1467S-057<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-057<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-057<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-057<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM |
| 000024P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000041P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-057<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/01/2021 08:08:23 PM

| | | | |
|---|---|---|---|
| 000046P001-1467S-057 | 000047P001-1467S-057 | 000048P001-1467S-057 | 000049P001-1467S-057 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000051P001-1467S-057
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-057
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-057
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-057
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-057
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-057
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-057
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-057
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-057
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-057
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed : **62**

**EXHIBIT 9**

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-057
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000006P001-1467S-057
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-057
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-057
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-057
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-057
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-057
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-057
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000012P001-1467S-057
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-057
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed : **10**