**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 279, 464 & 476** |

**ORDER PURSUANT TO BANKRUPTCY CODE**
**SECTIONS 363(b) AND 105(a) AUTHORIZING DEBTORS TO ENTER INTO**
**AND PERFORM UNDER A PLAN SUPPORT AGREEMENT TERM SHEET**

Upon the Motion (the "Motion") of Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code") seeking entry of an order approving the Debtors' entry into and performance under a plan support agreement term sheet (the "Plan Support Agreement" or the "PSA") among (a) the Debtors and (b) the Official Committee of Unsecured Creditors of Cred Inc. (the "Committee"); and upon consideration of the Declaration of Matthew K. Foster in support of the Motion; and upon consideration of the amended PSA (the "Amended PSA");[2] and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the Amended PSA. A copy of the Amended PSA was filed on February 3, 2021 at Docket No. 464, and a blackline of the Amended PSA against the PSA is annexed as Exhibit A to that filing. An executed version of the Amended PSA is annexed as **Exhibit A** to this Order.

notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having found that the relief requested in the Motion should be approved for the reasons stated on the record; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted to the extent set forth herein.

2. All objections to the Amended PSA, the Motion or the relief requested therein that have not been withdrawn, waived, or settled, are hereby overruled on the merits.

3. The Debtors are hereby authorized to enter into and perform under the Amended PSA.

4. The failure to describe specifically or include any particular provision of the Amended PSA in the Motion or this Order shall not diminish or impair the effectiveness of such provision.

5. The Amended PSA shall be solely for the benefit of the Debtors and the Committee, and no other person or entity shall be a third-party beneficiary hereof or thereof, except in accordance with the Amended PSA's terms.  Without limiting the generality of the foregoing, no person or entity shall have any right to seek or enforce specific performance of the Amended PSA except the Debtors and the Committee in accordance with the terms of thereof.

6. Neither the Debtors' entry into, nor their performance under, the Amended PSA shall constitute a solicitation of votes on the Plan under section 1125 of the Bankruptcy Code.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, notwithstanding Bankruptcy Rule 6004(h).

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: February 5th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE