| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Daniel | Gill | Bloomberg Law | Bloomberg Law |
| Vince | Sullivan | Law360 | |
| Jeffrey | Kaplan | BCAS | BCAS |
| Nicolas | Jenner | UpgradeYa Investments, LLC | Landis Rath & Cobb LLC |
| Marc | Greenwald | Non-party Daniel Wheeler | Quinn Emanuel Urquhart & Sullivan LLP |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |
| Gregory | Taylor | Robert J. Stark, Examiner | Ashby & Geddes, P.A. |
| Julius | Hudec | pro per | |
| Augustus | Curtis | Observing | Department of Justice |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Mark | Pfeiffer | James Alexander | Buchanan Ingersoll & Rooney PC |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | U.S Dep't of Justice -- Office of the U.S. Trustee |
| Scott | Cousins | Cred Inc. | Cousins Law LLC |
| Broocks | Wilson | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner for Cred Inc. | Brown Rudnick LLP |
| Becky | Yerak | Wall Street Journal | |
| Kody | Sparks | James Alexander | Buchanan Ingersoll & Rooney PC |
| Daniyal | Inamullah | Self | |
| Joseph | Evans | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Pamela | Clegg | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |