**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*[1] | ) Case No. 20-12836 (JTD) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 152** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION
OF JAMES ALEXANDER TO DISMISS THE CRED CAPITAL, INC. CASE**

The undersigned hereby certifies as follows:

1. On February 3, 2021, this Court held a hearing (the "Hearing") with respect to the *Motion of James Alexander to Dismiss the Cred Capital, Inc., Case* [Docket No. 152] (the "Motion to Dismiss").

2. At the Hearing, the Court made certain rulings on the record with respect to such Motion to Dismiss after considering the following objections and responses (together, the "Objections"):

A. The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 191];

B. Reply to the Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee [Docket No. 217];

C. Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 296]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

    D.  Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection of Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 297].

3. The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have prepared a form of order reflecting the Court's rulings on the record of the Hearing, which is attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>").

4. The Debtors circulated the Proposed Order to counsel to James Alexander, counsel to the Official Committee of Unsecured Creditors, the U.S. Trustee and counsel to the Examiner. Counsel for Mr. Alexander rejected the language of the Proposed Order to the extent it included proposed findings of fact, and the parties have otherwise failed to agree on a satisfactory form of order.

5. The Debtors have received no other comments or objection in connection with the Proposed Order.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: February 5, 2021
      Wilmington, Delaware

          **COUSINS LAW LLC**

          By:   /s/ *Scott D. Cousins*
          Scott D. Cousins (No. 3079)
          Brandywine Plaza West
          1521 Concord Pike, Suite 301
          Wilmington, Delaware 19803
          Telephone: (302) 824-7081
          Facsimile: (302) 295-0331
          Email: scott.cousins@cousins-law.com

          - and -

          James T. Grogan (admitted *pro hac vice*)
          Mack Wilson (admitted *pro hac vice*)
          **PAUL HASTINGS LLP**
          600 Travis Street, Fifty-Eighth Floor
          Houston, Texas 77002
          Telephone: (713) 860-7300
          Facsimile: (713) 353-3100
          Email: jamesgrogan@paulhastings.com
                  mackwilson@paulhastings.com

          - and -

          Pedro A. Jimenez (admitted *pro hac vice)*
          Avram Emmanuel Luft (admitted *pro hac vice)*
          **PAUL HASTINGS LLP**
          200 Park Avenue
          New York, New York 10166
          Telephone: (212) 318-6000
          Facsimile: (212) 319-4090
          Email: pedrojimenez@paulhastings.com
                  aviluft@paulhastings.com

          *Co-Counsel to the Debtors*