# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC | ) ) ) ) |  |
| Plaintiffs, | ) ) | Adversary Proceeding No. 20-51006 (JTD) |
| v. | ) ) ) |  |
| JAMES ALEXANDER | ) ) | **Re: Adversary Docket No. 6** |
| Defendant | ) ) |  |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING EMERGENCY MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING (I) TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST JAMES ALEXANDER AND (II) RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On February 5, 2021, this Court held a hearing (the "Hearing") with respect to the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief [Adv. Docket No. 6] (the "Emergency Motion") and made certain rulings on the record with respect to such Emergency Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

2.  The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") have prepared a form of order reflecting the Court's rulings on the record of the Hearing, which is attached hereto as **Exhibit A** (the "Proposed Order").

3.  The Proposed Order has been circulated to counsel to James Alexander, the U.S. Trustee and counsel to the Examiner, all of whom have indicated that they do not object to the entry of the Proposed Order.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors and the Committee respectfully request that the Court enter the Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: February 5, 2021
Wilmington, Delaware

| **McDERMOTT WILL & EMERY, LLP** | **COUSINS LAW LLC** |
|---|---|
| By: /s/ *David R. Hurst* <br> David R. Hurst <br> The Nemours Building <br> 1007 North Orange Street, 10th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 485-3900 <br> Facsimile: (302) 351-8711 <br><br> -and- <br><br> Timothy W. Walsh <br> Darren Azman <br> 340 Madison Avenue <br> New York, NY 10173-1922 <br> Telephone: (212) 547-5400 <br> Facsimile: (212) 547-5444 <br><br> *Counsel to the Official Committee of Unsecured Creditors* | By: /s/ *Scott D. Cousins* <br> Scott D. Cousins (No. 3079) <br> Brandywine Plaza West <br> 1521 Concord Pike, Suite 301 <br> Wilmington, Delaware 19803 <br> Telephone: (302) 824-7081 <br> Facsimile: (302) 295-0331 <br> Email: scott.cousins@cousins-law.com <br><br> - and - <br><br> James T. Grogan (admitted *pro hac vice*) <br> Mack Wilson (admitted *pro hac vice*) <br> **PAUL HASTINGS LLP** <br> 600 Travis Street, Fifty-Eighth Floor <br> Houston, Texas 77002 <br> Telephone: (713) 860-7300 <br> Facsimile: (713) 353-3100 <br> Email: jamesgrogan@paulhastings.com <br> mackwilson@paulhastings.com <br><br> - and - <br><br> Pedro A. Jimenez (admitted *pro hac vice)* <br> Avram Emmanuel Luft (admitted *pro hac vice)* <br> **PAUL HASTINGS LLP** <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212) 318-6000 <br> Facsimile: (212) 319-4090 <br> Email: pedrojimenez@paulhastings.com <br> aviluft@paulhastings.com <br><br> *Co-Counsel to the Debtors* |