**<u>Exhibit A</u>**

**Proposed Order**

Case 20-12836-JTD    Doc 485-1    Filed 02/05/21    Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*[1] | ) Case No. 20-12836 (JTD) |
| Debtors. | ) (Jointly Administered) |
| CRED, INC., CRED CAPITAL, INC., and CRED (US) LLC, | ) |
| Plaintiffs. | ) |
| v. | ) Adv. Proc. No. 20-51006 (JTD) |
| JAMES ALEXANDER, | ) **Re: Adversary Docket No. 6** |
| Defendant. | ) |

**ORDER APPROVING THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING (I) TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST JAMES ALEXANDER AND (II) RELATED RELIEF**

The matter of the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) a Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief* (the "Motion") [Docket No. 6] came before this Court for hearing on February 5, 2021; and sufficient notice of the Motion was given to interested parties in accordance with the Federal Rules of Bankruptcy Procedure; and the Court having made numerous rulings on the record based on the issues; and for the reasons stated on the record at the February 5, 2021, hearing;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Court's rulings as stated on the record at the hearing are so ordered.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.