IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*[1]<br><br>        Debtors. | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 152**<br>) |

### ORDER DENYING MOTION OF JAMES ALEXANDER TO DISMISS THE CRED CAPITAL, INC. CASE

The matter of the *Motion of James Alexander to Dismiss the Cred Capital, Inc., Case* (the "Motion") [Docket No. 152] came before this Court for hearing on February 3, 2021; and sufficient notice of the Motion was given to interested parties in accordance with title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure. For the reasons stated on the record at the February 3, 2021, hearing;

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**[2]

    A.    Debtor Cred Capital, Inc.'s ("Cred Capital") Certificate of Incorporation filed with the Delaware Secretary of State on March 10, 2020 (the "Improper Charter"), was improperly filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent that any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

B.      When Debtor Cred Inc., discovered that the initial incorporation papers were filed improperly, it took steps to correct the Improper Charter and made Mr. Schatt and Mr. Podulka the directors of the company of Cred Capital.

C.      Cred Capital's voluntary chapter 11 petition was thus properly filed, and Cred Capital's bankruptcy case (Bankr. D. Del. 20-12838) is properly before this Court.

Based upon the foregoing, and upon the record made before the Court at the Final Hearing, and after due consideration and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is **DENIED.**

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 5th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE