# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered |

## NOTICE OF TRANSFER OF ASSETS

PLEASE TAKE NOTICE THAT, at the direction of the Court following the hearing on February 5, 2021, James Alexander transferred the identified Bitcoin and USD stablecoin to Debtors' representative pursuant to the instructions received from those representatives, except for a small amount of additional cryptocurrency that he and the Debtors' representative were unable to transfer for technical reasons. The parties agreed to revisit this issue and Mr. Alexander remains committed to effectuating the transfer of this cryptocurrency at the earliest possible moment.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: February 6, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.