IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> CRED INC., *et al.*, ) <br> ) <br>   Debtors.[1] ) <br> ) | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Related to Docket Nos. 463, 475** |

## NOTICE OF FILING OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY BRIEF TO THE SUPPLEMENTAL BRIEF IN SUPPORT OF THE MOTION OF UPGRADEYA INVESTMENTS, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER BANKRUPTCY CODE SECTION 362

PLEASE TAKE NOTICE that on February 4, 2021, the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed *The Official Committee of Unsecured Creditors' Reply Brief to the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362* [Docket No. 475] (the "Reply Brief") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that the Reply Brief was filed under seal pursuant to the *Order Authorizing UpgradeYa Investments, LLC to (A) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362 and any Subsequent Pleadings Referencing the Confidential Information Contained Therein and (B) Ruling that No Privileges Have Been Waived by Filing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

*the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* [Docket No. 463].

Dated:  Wilmington, Delaware
February 8, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711
E-mail:  dhurst@mwe.com

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Counsel to the Official Committee
of Unsecured Creditors*