**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

**AFFIDAVIT OF DONLIN, RECANO AND COMPANY, INC. REGARDING SERVICE OF SOLICITATION PACKAGES WITH RESPECT TO THE FIRST AMENDED COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY <u>CODE</u>**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) ss: | |
| COUNTY OF KINGS | ) | |

I, Robin Charles, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 27th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class US Mail upon the parties as set forth on <u>Exhibit H</u>, attached hereto.

    a.  USB Flash Drive, which contained PDF files of the following documents, collectively (the "<u>USB Flash Drive</u>"):

        i.  *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code,* ( the "<u>Combined Joint Plan and Disclosure Statement</u>"), attached hereto as <u>Exhibit A</u>; and

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

    ii. *Order Pursuant to Bankruptcy Code Sections 105, 502, 1125,1126 and 1128, Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, and Local Rules 3017-1, 3017-2, 3018-1, and 3020-1: (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date For Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures,* (the "Disclosure Statement Order") (Docket No. 399).

  b. *Class 4 (General Unsecured Claims) Ballot,* (the "Class 4 Ballot") attached hereto as Exhibit B; personalized to indicate the name and voting amount of its respective claimant;

  c. *Notice Of: (I) Interim Approval of Disclosure Statement; (II) Establishment of Voting Record Date; (III) Procedures and Deadline for Voting on Plan; and (IV) Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Related Procedures for Objections,* (the "Combined Hearing Notice"), attached hereto Exhibit C;

  d. *Cover Letter from Official Committee of Unsecured Creditors of Cred Inc.* (the "Cover Letter"), attached hereto as Exhibit D; and

  e. A returned envelope addressed to DRC.

4. On the 26th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via electric mail upon the parties as set forth on Exhibit I, attached hereto.

  a. Disclosure Statement Order;
  b. Combined Joint Plan and Disclosure Statement;
  c. Class 4 Ballot;
  d. Combined Hearing Notice; and
  e. Cover Letter.

5. On the 27th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class US Mail upon the parties as set forth on Exhibit J, attached hereto.

  a. USB Flash Drive;
  b. *Class 5 (Convenience Claims) Ballot,* (the "Class 5 Ballot") attached hereto as Exhibit E; personalized to indicate the name and voting amount of its respective claimant;
  c. Combined Hearing Notice;
  d. Cover Letter; and
  e. A return envelope addressed to DRC.

6.  On the 26th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via electronic mail upon the parties as set forth on Exhibit K, attached hereto.

    a.  Disclosure Statement Order;
    b.  Combined Joint Plan and Disclosure Statement;
    c.  Class 5 Ballot;
    d.  Combined Hearing Notice; and
    e.  Cover Letter.

7.  On the 27th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class US Mail upon the parties as set forth on Exhibit L, attached hereto.

    a.  USB Flash Drive; and
    b.  Combined Hearing Notice.

8.  On the 26th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via electronic mail upon the parties as set forth on Exhibit M, attached hereto.

    a.  USB Flash Drive; and
    b.  Combined Hearing Notice.

9.  On the 27th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class US Mail upon the parties as set forth on Exhibit N, attached hereto.

    a.  Combined Hearing Notice;
    b.  *Opt-Out Election Form,* attached hereto as Exhibit F; and
    c.  *Notice of Unimpaired Non-Voting Status Under Joint Plan of Liquidation of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code,* attached hereto as Exhibit G.

10. On the 27th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the Combined Hearing Notice via First Class US Mail upon the parties as set forth on Exhibit O, attached hereto.

11. On the 26th day of January, 2021, at my direction and under my supervision, employees of DRC caused to be served the Combined Hearing Notice via electronic mail upon the parties as set forth on Exhibit P, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of February, 2021, Brooklyn, NY.

By _____

Robin Charles

Sworn before me this
8th day of February, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

### FIRST AMENDED COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PAUL HASTINGS LLP**
James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

- and -

**PAUL HASTINGS LLP**
G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
derekcash@paulhastings.com

**COUSINS LAW LLC**
Scott D. Cousins (No. 3079)
Brandywine Plaza West 1521 Concord
Pike, Suite 301 Wilmington, Delaware
19803 Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

*Co-Counsel to the Debtors and Debtors in Possession*

Dated: January 21, 2021

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

## <u>TABLE OF CONTENTS</u>

**PAGE**

**Article  I. DEFINED TERMS** ............................................................................1

**Article  II. INTERPRETATION OF COMBINED PLAN AND DISCLOSURE STATEMENT** .......................................................................13

2.1     Application of Definitions; Rules of Construction; Computation of Time........................................................................................13
2.2     Relief Sought by Filing the Combined Plan and Disclosure Statement ..........14

**Article  III. BACKGROUND – THE DEBTORS' CORPORATE HISTORY, STRUCTURE, AND BUSINESS OVERVIEW**............................................14

3.1     General Background – Overview of the Debtors ....................................14
3.2     The Debtors' Prepetition Capital Structure..........................................15
3.3     Events Leading to the Chapter 11 Cases ..............................................15
3.4     The Chapter 11 Cases ....................................................................19

**Article  IV. TAX CONSEQUENCES** ................................................................25

4.1     Tax Consequences..........................................................................25

**Article  V. CERTAIN RISK FACTORS TO BE CONSIDERED**..........................26

5.1     Risk Factors to Be Considered..........................................................26
5.2     Alternatives to this Combined Plan and Disclosure Statement ......................31

**Article  VI. BEST INTERESTS AND FEASIBILITY** ........................................31

6.1     Best Interests Test ........................................................................31
6.2     Feasibility....................................................................................32

**Article  VII. SUMMARY OF ASSETS AND TREATMENT OF CLAIMS AND INTERESTS**..............................................................................32

7.1     Summary of Assets........................................................................32
7.2     Summary of Treatment of Claims and Equity Interests ............................33
7.3     Deemed Consolidation ....................................................................34
7.4     Third Party Releases ......................................................................35

**Article  VIII. CONFIRMATION AND VOTING PROCEDURES** ..........................36

8.1     Combined Hearing..........................................................................36
8.2     Procedure for Objections..................................................................36
8.3     Voting Procedures..........................................................................36

**Article IX. PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS, PRIORITY TAX CLAIMS, AND OTHER UNCLASSIFIED CLAIMS ......................39**

**9.1**   **Administrative Expense Claims ...................................................39**
**9.2**   **Professional Fee Claims ..............................................................41**
**9.3**   **Priority Tax Claims ......................................................................41**

**Article X. TREATMENT OF CLASSIFIED CLAIMS AND EQUITY INTERESTS .........42**

**10.1**   **Class 1: Other Priority Claims ...................................................42**
**10.2**   **Class 2: Secured Tax Claims .......................................................42**
**10.3**   **Class 3: Other Secured Claims ...................................................43**
**10.4**   **Class 4: General Unsecured Claims. ...........................................43**
**10.5**   **Class 5: Convenience Claims. ......................................................43**
**10.6**   **Class 6: Subordinated Securities Claims ...................................44**
**10.7**   **Class 7: Equity Interests in Debtors ..........................................44**
**10.8**   **Reservation of Rights Regarding Claims and Equity Interests ......................44**

**Article XI. ACCEPTANCE OR REJECTION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT ..........................................................45**

**11.1**   **Voting of Claims ...........................................................................45**
**11.2**   **Elimination of Vacant Classes ....................................................45**
**11.3**   **Nonconsensual Confirmation ......................................................45**
**11.4**   **Revocation of the Combined Plan and Disclosure Statement ..........................46**

**Article XII. MEANS OF IMPLEMENTATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT .................................................46**

**12.1**   **Limited Substantive Consolidation ............................................46**
**12.2**   **Global Settlement .........................................................................46**
**12.3**   **Liquidation of the Debtors ..........................................................47**
**12.4**   **Effectuating Documents; Further Transactions ........................53**
**12.5**   **Cancellation of Instruments and Stock ......................................53**
**12.6**   **Disposition of Books and Records ..............................................54**
**12.7**   **Corporate Existence and Dissolution of Debtors ......................54**
**12.8**   **Closing the Chapter 11 Cases .....................................................54**

**Article XIII. DISTRIBUTIONS UNDER THE COMBINED PLAN AND DISCLOSURE STATEMENT .................................................55**

**13.1**   **Distributions on Allowed General Unsecured Claims ...............55**
**13.2**   **Timing of Distributions ...............................................................55**
**13.3**   **Delivery of Distributions .............................................................55**
**13.4**   **Undeliverable and Unclaimed Distributions .............................56**
**13.5**   **Transfer of Claims .......................................................................57**
**13.6**   **Manner of Payment ......................................................................57**
**13.7**   **Distributions to Cryptocurrency Election E-Wallet Addresses ......................57**

The Liquidation Trustee shall maintain records of all distributions made to Cryptocurrency Election E-Wallet Addresses, including confirmations of E-Wallet to E-Wallet transfers.  The Liquidation Trustee is only required to initiate such E-Wallet to E-Wallet transactions.  The Liquidation Trustee is not responsible, and shall not be held liable, for any actions involving transferred Cryptocurrency after the initiation of such E-Wallet to E-Wallet transfers. .............................................57

13.8     Time Bar to Cash Payments by Check ................................................57
13.9     No Fractional Cents ............................................................................57
13.10    Setoffs and Recoupment .....................................................................58
13.11    Allocation of Plan Distributions Between Principal and Interest ...................58
13.12    Distributions After Effective Date .....................................................58
13.13    Interest on Claims ...............................................................................58
13.14    No Distribution in Excess of Allowed Amount of Claim ...................58
13.15    Payment of Taxes on Distributions Received Pursuant to the Combined Plan and Disclosure Statement ....................................58
13.16    Reserves ...............................................................................................59
13.17    De Minimis Distributions ...................................................................59

**Article  XIV. PROCEDURES FOR RESOLVING CONTINGENT, UNLIQUIDATED, AND DISPUTED CLAIMS ..............................59**

14.1     Claims Administration Responsibilities .............................................59
14.2     Claims Objections ................................................................................60
14.3     Estimation of Claims ...........................................................................60
14.4     Adjustment to Claims Without Objection ..........................................61
14.5     No Distributions Pending Allowance .................................................61
14.6     Distributions After Allowance ...........................................................61
14.7     Disallowance of Certain Claims .........................................................61
14.8     Amendments to Claims ........................................................................61
14.9     Claims Paid and Payable by Third Parties ........................................61

**Article  XV. EXECUTORY CONTRACTS AND LEASES .............................62**

15.1     Executory Contracts and Unexpired Leases Deemed Rejected ........62
15.2     Bar Date For Rejection Damages .......................................................62

**Article  XVI. CONDITIONS PRECEDENT TO THE CONFIRMATION AND THE EFFECTIVE DATE ...........................................................63**

16.1     Conditions Precedent to Confirmation of the Combined Plan and Disclosure Statement ..........................................................63
16.2     Conditions Precedent to the Effective Date .......................................63
16.3     Waiver of Conditions Precedent to the Effective Date .....................64
16.4     Satisfaction of Conditions ...................................................................64

**Article XVII. EFFECT OF CONFIRMATION** .................................................................64

    **17.1**    **Compromise and Settlement of Claims, Equity Interests, and Controversies** ........................................................................64

    **17.2**    **Binding Effect** ..........................................................................65

    **17.3**    **Reservation of Causes of Action/Reservation of Rights** ....................65

**Article XVIII. EXCULPATION, INJUNCTION, AND RELATED PROVISIONS** ...........65

    **18.1**    **Exculpation** ..............................................................................65

    **18.2**    **Releases by Debtors, the Estates, the Liquidation Trust, and the Liquidation Trustee; Third Party Releases** ............................66

    **18.3**    **Avoidance Actions/Objections** ................................................67

    **18.4**    **Injunction** ................................................................................67

    **18.5**    **Terms of Stays and Injunctions** ...............................................68

**Article XIX. RETENTION OF JURISDICTION** ..............................................................68

**Article XX. MISCELLANEOUS PROVISIONS** ................................................................69

    **20.1**    **Effectuating Documents and Further Transactions** ....................69

    **20.2**    **Date of Distributions and Other Actions** .................................70

    **20.3**    **Withholding and Reporting Requirements** ...............................70

    **20.4**    **Corporate Action** ....................................................................70

    **20.5**    **Modification of the Combined Plan and Disclosure Statement** ......70

    **20.6**    **Revocation or Withdrawal of the Combined Plan and Disclosure Statement** ...........................................................71

    **20.7**    **Plan Supplement** .....................................................................71

    **20.8**    **Payment of Statutory Fees** .......................................................71

    **20.9**    **Dissolution of the Committee** ...................................................72

    **20.10**  **Continued Confidentiality Obligations** ...................................72

    **20.11**  **Exemption from Transfer Taxes** .............................................72

    **20.12**  **Expedited Tax Determination** ................................................72

    **20.13**  **Exhibits/Schedules** .................................................................72

    **20.14**  **Substantial Consummation** ....................................................72

    **20.15**  **Severability of Combined Plan and Disclosure Statement Provisions** ...........73

    **20.16**  **Governing Law** .......................................................................73

    **20.17**  **Reservation of Rights** ............................................................73

    **20.18**  **Computation of Time** .............................................................73

    **20.19**  **Post-Confirmation Reporting** ................................................73

    **20.20**  **Notices** ...................................................................................74

**NOTICE**

THE INFORMATION CONTAINED HEREIN IS INCLUDED FOR PURPOSES OF SOLICITING ACCEPTANCES OF THE COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND MAY NOT BE RELIED UPON FOR ANY PURPOSE OTHER THAN TO DETERMINE HOW TO VOTE ON THE COMBINED PLAN AND DISCLOSURE STATEMENT.  NO PERSON MAY GIVE ANY INFORMATION OR MAKE ANY REPRESENTATIONS, OTHER THAN THE INFORMATION AND REPRESENTATIONS CONTAINED IN THIS COMBINED PLAN AND DISCLOSURE STATEMENT, REGARDING THE COMBINED PLAN AND DISCLOSURE STATEMENT OR THE SOLICITATION OF ACCEPTANCES OF THE COMBINED PLAN AND DISCLOSURE STATEMENT.

THERE HAS BEEN NO INDEPENDENT AUDIT OF THE FINANCIAL INFORMATION CONTAINED IN THIS COMBINED PLAN AND DISCLOSURE STATEMENT.  THIS COMBINED PLAN AND DISCLOSURE STATEMENT WAS SUBSTANTIALLY COMPILED FROM THE DEBTORS' BOOKS AND RECORDS TO THE BEST OF THE DEBTORS' KNOWLEDGE, INFORMATION AND BELIEF.

UNLESS ANOTHER TIME IS SPECIFIED, THE STATEMENTS CONTAINED HEREIN ARE MADE AS OF THE DATE HEREOF.  THE DELIVERY OF THIS COMBINED PLAN AND DISCLOSURE STATEMENT SHALL NOT BE DEEMED OR CONSTRUED TO CREATE ANY IMPLICATION THAT THE INFORMATION CONTAINED HEREIN IS CORRECT AT ANY TIME AFTER THE DATE HEREOF.

THIS COMBINED PLAN AND DISCLOSURE STATEMENT HAS BEEN PREPARED IN ACCORDANCE WITH SECTION 1125 OF THE BANKRUPTCY CODE AND RULE 3016(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND NOT IN ACCORDANCE WITH FEDERAL OR STATE SECURITIES LAWS OR OTHER RULES GOVERNING DISCLOSURE OUTSIDE THE CONTEXT OF CHAPTER 11 OF THE BANKRUPTCY CODE.  NO GOVERNMENTAL AUTHORITY HAS PASSED ON, CONFIRMED OR DETERMINED THE ACCURACY OF THE INFORMATION CONTAINED HEREIN.

**THIS COMBINED PLAN AND DISCLOSURE STATEMENT PROVIDES FOR THE SUBSTANTIVE CONSOLIDATION OF THE ASSETS AND LIABILITIES OF THE DEBTORS FOR CERTAIN PURPOSES AND CONTEMPLATES THE APPOINTMENT OF A LIQUIDATION TRUSTEE TO WIND-DOWN THE DEBTORS' ESTATES.**

NO REPRESENTATION CONCERNING THE DEBTORS OR THE VALUE OF THE DEBTORS' ASSETS HAS BEEN AUTHORIZED BY THE BANKRUPTCY COURT OTHER THAN AS SET FORTH IN THIS COMBINED PLAN AND DISCLOSURE STATEMENT OR ANY OTHER DISCLOSURE STATEMENT APPROVED BY THE BANKRUPTCY COURT. THE DEBTORS ARE NOT RESPONSIBLE FOR ANY INFORMATION,

REPRESENTATION OR INDUCEMENT MADE TO OBTAIN YOUR ACCEPTANCE, WHICH IS OTHER THAN OR INCONSISTENT WITH INFORMATION CONTAINED HEREIN.

NOTHING STATED HEREIN SHALL BE DEEMED OR CONSTRUED AS AN ADMISSION OF ANY FACT OR LIABILITY BY ANY PARTY, OR BE ADMISSIBLE IN ANY PROCEEDING INVOLVING THE DEBTORS OR ANY OTHER PARTY, OR BE DEEMED CONCLUSIVE EVIDENCE OF THE TAX OR OTHER LEGAL EFFECTS OF THE COMBINED PLAN AND DISCLOSURE STATEMENT ON THE DEBTORS OR HOLDERS OF CLAIMS OR EQUITY INTERESTS.  CERTAIN STATEMENTS CONTAINED HEREIN, BY NATURE, ARE FORWARD LOOKING AND CONTAIN ESTIMATES AND ASSUMPTIONS.  THERE CAN BE NO ASSURANCE THAT SUCH STATEMENTS WILL REFLECT ACTUAL OUTCOMES.

EACH HOLDER OF A CLAIM OR EQUITY INTEREST SHOULD CONSIDER CAREFULLY ALL OF THE INFORMATION IN THIS COMBINED PLAN AND DISCLOSURE STATEMENT, INCLUDING THE RISK FACTORS DESCRIBED IN GREATER DETAIL HEREIN.  HOLDERS OF CLAIMS AND EQUITY INTERESTS SHOULD NOT CONSTRUE THE CONTENTS OF THIS COMBINED PLAN AND DISCLOSURE STATEMENT AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL OR TAX ADVICE.  THEREFORE, EACH SUCH HOLDER SHOULD CONSULT WITH ITS OWN LEGAL, BUSINESS, FINANCIAL AND TAX ADVISORS AS TO ANY SUCH MATTERS CONCERNING THE COMBINED PLAN AND DISCLOSURE STATEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

**FOR EASE OF REFERENCE ONLY, AND WITH CERTAIN EXCEPTIONS, ARTICLE I THROUGH ARTICLE VI HEREIN GENERALLY CONTAIN THE DISCLOSURE STATEMENT PROVISIONS AND ARTICLE VII THROUGH ARTICLE XX HEREIN GENERALLY CONTAIN THE PLAN PROVISIONS OF THE COMBINED PLAN AND DISCLOSURE STATEMENT.**

## INTRODUCTION

The Debtors in these Chapter 11 Cases hereby propose their Combined Plan and Disclosure Statement pursuant to sections 1125 and 1129 of the Bankruptcy Code.  The Debtors are the proponents of the Combined Plan and Disclosure Statement within the meaning of section 1129 of the Bankruptcy Code.  Capitalized terms used and not otherwise defined herein have the meanings ascribed to such terms in Article I hereof.

The Combined Plan and Disclosure Statement constitutes a liquidating Chapter 11 plan for the Debtors and provides for Distribution of the Debtors' Assets already liquidated or to be liquidated over time to Holders of Allowed Claims in accordance with the terms of the Combined Plan and Disclosure Statement and the priority provisions of the Bankruptcy Code. The Combined Plan and Disclosure Statement contemplates the appointment of a Liquidation Trustee to implement the terms of the Combined Plan and Disclosure Statement and make Distributions in accordance with its terms.  Except as otherwise provided by Order of the Bankruptcy Court, Distributions will occur at various intervals after the Effective Date as determined by the Liquidation Trustee.

Since the Petition Date, the Debtors and their professionals have worked tirelessly to develop a plan that would maximize the value of the Debtors' Estates for the benefit of creditors and minimize the amount of time spent in chapter 11.  After a thorough analysis of potential restructuring alternatives and extensive negotiation with the Committee, the Debtors reached a global settlement with the Committee that is embodied in the Combined Plan and Disclosure Statement.

The Debtors believe that the Combined Plan and Disclosure Statement presents the best path forward and is in the best interests of the Debtors, their Creditors, and all parties in interest. The Combined Plan and Disclosure Statement is premised on the creation of the Liquidation Trust, which will succeed to all rights, interests and property of the Debtors, and to which the Debtors will transfer their Assets, including proceeds from any pre-Effective Date sales, the Debtors' Cryptocurrency, and Causes of Action of the Debtors' Estates (other than Causes of Action that are being released under the Combined Plan and Disclosure Statement).  The Liquidation Trustee, who will be selected by members of the Committee, will be tasked with, among other things, monetizing the Debtors' remaining Assets and making Distributions to Holders of Allowed General Unsecured Claims in Class 4 and Holders of Convenience Claims in Class 5.  **The Debtors believe that the Plan is in the best interest of the Debtors' Estates and all stakeholders, and recommend that all Holders of Claims entitled to vote, vote in favor of the Plan.**

**The Combined Plan and Disclosure Statement provides for limited substantive consolidation of the Assets and Liabilities of the Debtors.  Accordingly, for purposes of the Combined Plan and Disclosure Statement only, the Assets and Liabilities of the Debtors are treated as the Assets and Liabilities of a single substantively consolidated entity.  Claims filed against multiple Debtors seeking recovery of the same debt shall be treated as a single, non-aggregated Claim against the consolidated Estates to the extent that such Claim is an Allowed Claim.**

Subject to the restrictions on modifications set forth in section 1127 of the Bankruptcy Code and Bankruptcy Rule 9019, the Debtors expressly reserve the right to alter, amend or modify the Combined Plan and Disclosure Statement one or more times before substantial consummation thereof.

# ARTICLE I.
## DEFINED TERMS

**1.1**    **"A/P/S Claim"** means any Claim that is an Administrative Expense Claim, Other Priority Claim, Priority Tax Claim, or Secured Claim.

**1.2**    "**Adequate Protection Claims**" means rights to adequate protection arising under sections 361, 363, and 364 of the Bankruptcy Code to the extent granted under the DIP Orders.

**1.3**    **"Administrative Expense Claim"** means any claim (including, but not limited to, Professional Fee Claims) for costs and expenses of administration of the Chapter 11 Cases that is entitled to priority pursuant to sections 503(b), 507(a)(2), 507(b) or 1114(e)(2) of the Bankruptcy Code; provided, however, that any fees or charges assessed against the Debtors' Estates under chapter 123 of title 28 of the United States Code, 28 U.S.C. §§ 1911-1930 are excluded from the definition of Administrative Expense Claim and shall be paid in accordance with Section 20.8 hereof.

**1.4**    **"Administrative Expense Claims Bar Date"** means the date as set forth in Section 9.1(b) hereof.

**1.5**    **"Affiliate"** has the meaning set forth in section 101(2) of the Bankruptcy Code.

**1.6**    **"Allowed"** means, with reference to any Claim against the Debtors (including any Administrative Expense Claim) or portion thereof, (a) any Claim that has been listed by the Debtors in the Schedules (as such Schedules may be amended by the Debtors or the Liquidation Trustee from time to time in accordance with Bankruptcy Rule 1009) as liquidated in amount other than zero or unknown and not Disputed or Contingent, and for which no Proof of Claim has been filed, (b) any timely filed Proof of Claim or request for payment of Administrative Expense Claim, as to which no objection to the allowance thereof, or action to subordinate, avoid, classify, reclassify, expunge, estimate, or otherwise limit recovery with respect thereto, has been filed within the applicable period of limitation fixed by the Combined Plan and Disclosure Statement, the Bankruptcy Code, the Bankruptcy Rules or a Final Order, and which applicable period of limitations has expired, (c) any Claim expressly allowed by a Final Order or under the Combined Plan and Disclosure Statement, or (d) any Claim that is compromised, settled or otherwise resolved pursuant to the authority granted to the Liquidation Trustee under Section 14.1 hereof and the Liquidation Trust Agreement; provided, however, that Claims temporarily allowed solely for the purpose of voting to accept or reject the Combined Plan and Disclosure Statement pursuant to an order of the Bankruptcy Court shall not be considered Allowed Claims; provided, further, that any Claim subject to disallowance in accordance with section 502(d) of the Bankruptcy Code shall not be considered an Allowed Claim.

**1.7**    **"Applicable Cryptocurrency"** means, with respect to any Holder of a Customer Claim, the Cryptocurrency or Cryptocurrencies used by such Holder in its Cryptocurrency Transactions with each applicable Debtor.  To the extent a Customer engaged in Cryptocurrency Transactions involving more than one form of Cryptocurrency, the amount and denomination of Applicable Cryptocurrency for each Equivalent Cryptocurrency Distribution shall be determined based on the Applicable Cryptocurrency Ratio.

**1.8** **"Applicable Cryptocurrency Ratio"** means, with respect to a denomination of Cryptocurrency used by a Holder of a Customer Claim in a Cryptocurrency Transaction, the ratio, expressed as a percentage, of (x) the Dollar Denominated Value of such Cryptocurrency to (y) the Dollar Denominated Value of all Cryptocurrencies used by such Holder in all of its Cryptocurrency Transactions.  For example, if a Holder of a Customer Claim engaged in Cryptocurrency Transactions involving Peercoin valued at $1,000 as of the Petition Date and Vertcoin valued at $4,000 as of the Petition Date, the Applicable Cryptocurrency Ratio for Peercoin would be 20%, and the Applicable Cryptocurrency Ratio for Vertcoin would be 80%.

**1.9** **"Assets"** means the assets of each of the Debtors, of any nature whatsoever, including all property of the Estates under and pursuant to section 541 of the Bankruptcy Code, Cash, Causes of Action, rights, interests and property, real and personal, tangible and intangible, including all files, books and records of the Estates.

**1.10** "**Auction**" means the competitive bidding process in relation to the sale of the Debtors' assets, conducted pursuant to the Bid Procedures Order.

**1.11** **"Avoidance Actions"** means any and all avoidance, recovery, subordination, or other actions or remedies that may be brought on behalf of the Debtors or their Estates under the Bankruptcy Code or applicable non-bankruptcy law, including actions or remedies under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, 552, and/or 553 of the Bankruptcy Code.

**1.12** **"Ballot"** means the form distributed to each Holder of an Impaired Claim or Equity Interest that is entitled to vote to accept or reject the Combined Plan and Disclosure Statement on which is to be indicated an acceptance or rejection of the Combined Plan and Disclosure Statement.

**1.13** **"Bankruptcy Code"** means title 11 of the United States Code, as amended from time to time, as applicable to the Chapter 11 Cases.

**1.14** **"Bankruptcy Court"** means the United States Bankruptcy Court for the District of Delaware.

**1.15** **"Bankruptcy Rules"** means (i) the Federal Rules of Bankruptcy Procedure and the Official Bankruptcy Forms, as amended and promulgated by the United States Supreme Court under section 2075 of title 28 of the United States Code and the Local Bankruptcy Rules, as amended from time, (ii) the applicable Federal Rules of Civil Procedure, as amended and promulgated under section 2072 of title 28 of the United States Code, (iii) the applicable Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and (iv) any standing orders governing practice and procedure issued by the Bankruptcy Court, each as in effect on the Petition Date, together with all amendments and modifications thereto that were subsequently made applicable to the Chapter 11 Case or proceedings therein, as the case may be.

**1.16** **"Bar Date"** means (i) February 10, 2021, at 5:00 p.m. (prevailing Eastern Time) and (ii) such other date(s) fixed by order(s) of the Bankruptcy Court, by which all Entities, including

Governmental Units, asserting a Claim against any Debtor must have filed a Proof of Claim against such Debtor or be forever barred from asserting such Claim in the Chapter 11 Cases.

**1.17** "**Bid Procedures Order**" means the order of the Bankruptcy Court, dated December 21, 2020 [Docket No. 270], setting forth the procedures for competitive bidding for the Sale Transaction, as amended or supplemented from time to time.

**1.18** "**Business Day**" means any day, other than a Saturday, Sunday, or a legal holiday (as that term is defined in Bankruptcy Rule 9006(a)).

**1.19** "**Cash**" or "**$**" means the legal tender of the United States of America, including any wire transfer or instrument negotiable for legal tender of the United States of America.

**1.20** "**Causes of Action**" means all claims, actions, causes of action, third-party claims, counterclaims, crossclaims, third-party claims, contribution claims, or any other claims whatsoever (including any Causes of Action described herein) of the Debtors and/or their Estates that may be pending on the Effective Date (including all such Causes of Action brought by the Committee pursuant to the Plan Support Agreement) or instituted after the Effective Date against any Entity based in law, equity, or otherwise, including under the Bankruptcy Code, whether known or unknown, whether direct, indirect, derivative, or otherwise, and whether asserted or unasserted as of the date of entry of the Confirmation Order, including Avoidance Actions.

**1.21** "**Causes of Action List**" means the non-exclusive list of Causes of Action attached hereto as **Exhibit A**.

**1.22** "**Chapter 11 Cases**" means (a) when used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code and (b) when used with reference to all Debtors, the procedurally consolidated chapter 11 cases pending for the Debtors in the Bankruptcy Court and jointly administered under Case No. 20-12836 (JTD).

**1.23** "**Claim**" means any right to payment from the Debtors, from property of the Debtors or from the Debtors' Estates, whether or not such right is reduced to judgment, liquidated, Unliquidated, fixed, Contingent, matured, unmatured, Disputed, undisputed, legal, equitable, secured, or unsecured, known or unknown, or asserted; or any right to an equitable remedy for breach of performance by the Debtors, whether or not such right to an equitable remedy is reduced to judgment, fixed, Contingent, matured, unmatured, Disputed, undisputed, secured, or unsecured.

**1.24** "**Claim Objection**" means any objection, application, motion, complaint or any other legal proceeding seeking, in whole or in part, to disallow, determine, liquidate, classify, reclassify, or establish the priority, expunge, subordinate, or estimate any Claim (including the resolution of any request for payment of any Administrative Expense Claim).

**1.25** "**Claims Agent**" means the Debtors' claims agent, Donlin, Recano & Company, Inc., or its successors and assigns.

**1.26** "**Claims Register**" means the official register of Claims maintained by the Claims Agent.

**1.27** **"Class"** means a category of Holders of Claims or Equity Interests set forth in Section 7.2 hereof.

**1.28** **"Clerk"** means the clerk of the Bankruptcy Court.

**1.29** **"Collateral"** means any property or interest in property of the Debtors' Estates subject to a Lien, charge, right of setoff, or other encumbrance to secure the payment or performance of a Claim, which Lien, charge, or other encumbrance is not subject to avoidance or otherwise invalid under the Bankruptcy Code or applicable state law.

**1.30** **"Combined Hearing"** means the hearing held by the Bankruptcy Court to consider (i) final approval of the Combined Plan and Disclosure Statement as providing information pursuant to section 1125 of the Bankruptcy Code and (ii) pursuant to section 1128(a) of the Bankruptcy Code to consider confirmation of the Combined Plan and Disclosure Statement, as such hearing may be adjourned or continued from time to time.

**1.31** **"Combined Hearing Notice"** has the meaning set forth in Section 8.3(d).

**1.32** **"Combined Plan and Disclosure Statement"** means this combined disclosure statement and chapter 11 plan of liquidation, including, without limitation, all exhibits, supplements, appendices, and schedules hereto, either in their present form or as the same may be altered, amended, or modified from time to time.

**1.33** **"Committee"** means the official committee of unsecured creditors appointed in the Chapter 11 Cases pursuant to section 1102(a) of the Bankruptcy Code.

**1.34** **"Confirmation Date"** means the date on which the clerk of the Bankruptcy Court enters the Confirmation Order on the Docket.

**1.35** **"Confirmation Order"** means the order of the Bankruptcy Court confirming the Combined Plan and Disclosure Statement pursuant to section 1129 of the Bankruptcy Code.

**1.36** **"Consummation"** means the occurrence of the Effective Date.

**1.37** **"Contingent"** means, with reference to a Claim, a Claim the liability for which attaches or is dependent upon the occurrence or happening of, or is triggered by, an event, which event has not yet occurred, happened, or been triggered as of the date on which such Claim is sought to be estimated or an objection to such Claim is filed, whether or not such event is within the actual or presumed contemplation of the Holder of such Claim and whether or not a relationship between the Holder of such Claim and the applicable Debtor now or hereafter exists or previously existed.

**1.38** **"Convenience Claim"** means a Claim, subject to Section 13.1 hereof, against one or more of the Debtors that would otherwise be a General Unsecured Claim that (a) was scheduled or filed on or prior to the Bar Date in an amount less than or equal to $1,000 or (b) is in an amount that has been reduced to $1,000 pursuant to a Convenience Class Election made by the Holder of such Claim; provided, however, that: (i) where any portion(s) of a Claim has been transferred on or after the Petition Date, any transferred portion(s) shall continue to be treated

4

together with such Claim as a single Claim for purposes of determining whether such Claim qualifies as a Convenience Claim; and (ii) any General Unsecured Claim that was originally Allowed in excess of $1,000 may not be subdivided into multiple General Unsecured Claims of $1,000 or less for purposes of receiving treatment as a Convenience Claim.

**1.39    "Convenience Class Election"** means an irrevocable election made on the Ballot by the Holder of a Claim against the Debtors that would otherwise be a General Unsecured Claim in an amount greater than $1,000 to reduce such Claim to $1,000 in order to be treated as a Convenience Claim.  Subject to the occurrence of the Effective Date, such election shall be deemed to amend such General Unsecured Claim to reduce the amount of such Claim to $1,000.

**1.40    "Convertible Notes"** means those certain convertible notes issued by Cred in August and September 2020 in the amount of approximately $2.6 million, bearing interest at a rate of 3% per annum and that were scheduled to mature 48 months after issuance.

**1.41    "Cred"** means Cred Inc.

**1.42    "Cred Capital"** means Cred Capital, Inc.

**1.43    "Creditor"** means any Entity that is the Holder of a Claim against a Debtor.

**1.44    "Cryptocurrency"** means any digital asset that is not backed by a government.  The term "cryptocurrency" is to be interpreted broadly to include all forms of digital assets, virtual currency, cryptocurrency, tokens, security tokens, utility tokens and stablecoins.  This includes bitcoin, ether, LBA tokens, Peercoin, Vertcoin, any ERC-20 compliant token, any altcoin, and any other cryptocurrency.

**1.45    "Cryptocurrency Election"** means the election of any Holder of a Customer Claim to receive its Distribution in the Cryptocurrency utilized by such Holder in its Cryptocurrency Transaction(s) with the Debtors, which election was made on a Proof of Claim timely submitted by such Holder.

**1.46    "Cryptocurrency Election E-Wallet Address"** means the E-Wallet alphanumerical sequence provided by Holders of Claims that make a Cryptocurrency Election.

**1.47    "Cryptocurrency Transaction"** means a prepetition transaction involving any transfer by an Entity of Cryptocurrency to the Debtors, whether directly or indirectly.

**1.48    "Customer"** means an Entity that engaged in a Cryptocurrency Transaction with one or more of the Debtors.

**1.49    "Customer Claim"** means a General Unsecured Claim and/or an Other Secured Claim of a Customer arising from a Cryptocurrency Transaction.

**1.50    "De Minimis Distribution"** means a Distribution to be made in accordance with the terms of this Combined Plan and Disclosure Statement that is $25.00 or less.

**1.51** **"Debtors"** means each of Cred, Cred (US) LLC, Cred Capital, Cred Merchant Solutions LLC, and Cred (Puerto Rico) LLC.

**1.52** **"Debtors-in-Possession"** means the Debtors in their capacity as debtors-in-possession in the Chapter 11 Cases under sections 1107(a) and 1108 of the Bankruptcy Code.

**1.53** **"Definitive Documents"** means the documents (including any related orders, agreements, instruments, schedules, or exhibits) that are necessary or desirable to implement or otherwise relate to the restructuring transaction, including, but not limited to: (a) the motion to approve the Debtors' entry into the Plan Support Agreement [Docket No. 279], (b) the order approving the Debtors' entry into the Plan Support Agreement [Docket No. ___], (c) all documents in connection with the Sale Transaction (including, without limitation, the sale agreement and order approving the sale), (d) the Combined Plan and Disclosure Statement (and all exhibits thereto), (e) the solicitation materials for the Combined Plan and Disclosure Statement; (f) the Disclosure Statement Order, (g) the Confirmation Order, (h) the Liquidation Trust Agreement; and (i) any other documents or exhibits related to or contemplated in the foregoing clauses (a) through (i), in each case in form and substance consistent with the Plan Support Agreement and reasonably acceptable to the Committee.

**1.54** **"DIP Financing Agreement"** means any future Senior Secured Super-Priority Debtor in Possession Credit Agreement, by and among the Debtors and any future lender,, as amended, restated, modified, supplemented, or replaced from time to time.

**1.55** **"DIP Financing Claim"** means a claim arising under the DIP Financing Agreement and the DIP Orders.

**1.56** **"DIP Orders"** means any Interim and/or Final Order approving the DIP Financing Agreement.

**1.57** **"Disallowed"** means, with reference to any Claim, (a) a Claim, or any portion thereof, that has been disallowed by a Final Order, (b) a Claim, or any portion thereof, that is expressly disallowed under the Combined Plan and Disclosure Statement, (c) a Claim listed in the Schedules as zero or as Disputed, Contingent, or unliquidated and in respect of which a Proof of Claim has not been timely filed or deemed timely filed pursuant to the Combined Plan and Disclosure Statement, the Bankruptcy Code, or any Final Order, notwithstanding anything in section 506(d) of the Bankruptcy Code to the contrary, (d) is unenforceable to the extent provided in section 502(b) of the Bankruptcy Code, (e) where the holder of a Claim is a Person or Entity from which property is recoverable under sections 542, 543, 550, or 553 of the Bankruptcy Code or that is a transferee of a transfer avoidable under sections 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, unless such Person, Entity or transferee has paid the amount, or turned over any such Property, for which such Person, Entity or transferee is liable under section 522(i), 542, 543, 550, or 553 of the Bankruptcy Code, or (f) is for reimbursement or contribution that is contingent as of the time of allowance or disallowance of such claim.

**1.58** **"Disclosure Statement Order"** means the order of the Bankruptcy Court approving, among other things, on an interim basis, the adequacy of the disclosures contained herein

pursuant to section 1125 of the Bankruptcy Code and establishing certain procedures with respect to the solicitation and tabulation of votes to accept or reject the Combined Plan and Disclosure Statement, entered by the Bankruptcy Court on January 21, 2021.

**1.59** **"Disputed"** means, with reference to any Claim, a Claim, or any portion thereof, that is neither an Allowed Claim nor a Disallowed Claim.

**1.60** **"Distribution"** means a delivery of Cash and/or Cryptocurrency, as the case may be, by the Liquidation Trustee to the Holders of Allowed Claims pursuant to the Combined Plan and Disclosure Statement.

**1.61** **"Distribution Pro Rata Share"** means the ratio (expressed as a percentage) of (x) the amount of an Allowed General Unsecured Claim against the Debtors to (y) the aggregate amount of all (A) Allowed General Unsecured Claims against the Debtors on the date of a Distribution *plus* (B) the aggregate Disputed Claim amount of all remaining Disputed General Unsecured Claims against the Debtors.

**1.62** **"Docket"** means the docket in the Chapter 11 Cases maintained by the Clerk.

**1.63** **"Dollar Denominated Value"** means, with reference to any form of Cryptocurrency, the value of such Cryptocurrency determined in lawful currency of the United States as of the Petition Date.

**1.64** **"E-Wallet"** means digital Cryptocurrency storage platforms that allow end-users to manage and store Cryptocurrency.

**1.65** **"Effective Date"** means a Business Day selected by the Debtors, after consultation with the Committee, on or after the Confirmation Date, on which (a) no stay of the Confirmation Order is in effect and (b) the conditions precedent to the effectiveness of the Combined Plan and Disclosure Statement specified in Section 16.2 hereof shall have been satisfied or waived as provided in Section 16.3 hereof.

**1.66** **"Entity"** has the meaning set forth in section 101(15) of the Bankruptcy Code.

**1.67** **"Equity Interest"** means, as of the Petition Date, any capital stock or other ownership interest in the Debtors, whether or not transferable, and any option, call, warrant or right to purchase, sell or subscribe for an ownership interest or other equity security in any of the Debtors.

**1.68** "**Equivalent Cryptocurrency Distribution**" means, with respect to any Holder of a Customer Claim that has made a Cryptocurrency Election, a Distribution in the Applicable Cryptocurrency equal in value (as of the applicable Distribution date) to such Holder's Distribution Pro Rata Share, reduced by the actual transaction costs and fees associated with making such Distribution in the Applicable Cryptocurrency.  To the extent a Customer engaged in Cryptocurrency Transactions involving more than one Cryptocurrency, the amount and denomination of Applicable Cryptocurrency for each Equivalent Cryptocurrency Distribution shall be determined by multiplying the value (as of the applicable Distribution date) of such Holder's Distribution Pro Rata Share by the Applicable Cryptocurrency Ratios.

**1.69**    **"Estate"** means the estate of the Debtors in the Chapter 11 Cases that was created pursuant to section 541 of the Bankruptcy Code upon the commencement of the Chapter 11 Cases.

**1.70**    **"Examiner"** means the examiner appointed by the U.S. Trustee on January 7, 2021, pursuant to the *Order Approving Appointment of Examiner* [Docket No. 338], and in accordance with that certain *Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions* [Docket No. 281].

**1.71**    **"Excluded Assets"** means the Assets that were excluded from a Sale Transaction.

**1.72**    **"Exculpation Parties"** has the meaning set forth in Section 12.3(k) hereof.

**1.73**    **"Executory Contract"** means a contract to which one or more of the Debtors are party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

**1.74**    **"File, Filed, or Filing"** means file, filed, or filing with the Bankruptcy Court in the Chapter 11 Cases.

**1.75**    **"Final Order"** means an order or judgment of a court of competent jurisdiction that has been entered on the docket maintained by the clerk of such court and has not been reversed, vacated or stayed and as to which (a) the time to appeal, petition for *certiorari* or move for a new trial, reargument or rehearing has expired and as to which no appeal, petition for *certiorari* or other proceedings for a new trial, reargument or rehearing shall then be pending or, (b) if an appeal, writ of *certiorari*, new trial, reargument or rehearing thereof has been sought, (i) such order or judgment shall have been affirmed by the highest court to which such order was appealed, *certiorari* shall have been denied or a new trial, reargument or rehearing shall have been denied or resulted in no modification of such order and (ii) the time to take any further appeal, petition for *certiorari*, or move for a new trial, reargument or rehearing shall have expired; provided, however, that the possibility that a motion under section 502(j) of the Bankruptcy Code, Rule 9024 of the Federal Rules of Bankruptcy Procedure, or any applicable analogous rule, may be (but has not been) filed relating to such order shall not prevent such order from being a Final Order.

**1.76**    **"General Unsecured Claim"** means any Claim other than an Administrative Expense Claim, Convenience Claim, DIP Financing Claim, Intercompany Claim, Other Priority Claim, Other Secured Claim, Priority Tax Claim, Professional Fee Claim, Secured Tax Claim, Subordinated Securities Claim, or Equity Interest.  For the avoidance of doubt, (a) any Customer Claim is a General Unsecured Claim to the extent that is not secured by a valid and enforceable right of setoff under section 553 of the Bankruptcy Code or for any portion that is in excess of any such right of setoff and (b) a claim for principal and accrued interest on account of the Convertible Notes is a General Unsecured Claim.

**1.77**    **"Governmental Unit"** has the meaning ascribed to such term in section 101(27) of the Bankruptcy Code.

**1.78**    **"Holder"** means an Entity holding a Claim or an Equity Interest, as applicable. "Hold" and "Held" shall have the correlative meanings.

**1.79** **"Impaired"** means "impaired" within the meaning of section 1124 of the Bankruptcy Code.

**1.80** **"Imposter"** has the meaning set forth in Section 3.3(d) hereof.

**1.81** **"Insider"** has the meaning set forth in section 101(31) of the Bankruptcy Code.

**1.82** **"Intercompany Claim"** means any Claim by a Debtor against another Debtor, subject to the limitations set forth in Section 12.1 hereof.

**1.83** **"IRS"** means the Internal Revenue Service.

**1.84** **"JST"** means JST Capital, LLC.

**1.85** **"Liabilities"** mean any and all costs, expenses, damages, losses, penalties, fines, judgments, Claims, Liens, obligations, demands, injuries, settlements, awards, fines, taxes, fees, indebtedness, or other liabilities of any nature, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, liquidated or Unliquidated, matured or not matured, Contingent or direct, whether arising at common law, in equity, or under any statute, based in whole or in part on any act or omission or other occurrence arising or taking place prior to the Effective Date.

**1.86** **"Lien"** has the meaning set forth in section 101(37) of the Bankruptcy Code.

**1.87** **"Liquidation Trust"** means the liquidation trust established by the Combined Plan and Disclosure Statement and described in Section 12.3 hereof and in the Liquidation Trust Agreement.

**1.88** **"Liquidation Trust Agreement"** means the agreement establishing and delineating the terms and conditions of the Liquidation Trust and filed as part of the Plan Supplement.

**1.89** **"Liquidation Trust Assets"** means all of the Estates' Assets transferred to the Liquidation Trust pursuant to Section 12.3(c) hereof.

**1.90** **"Liquidation Trust Beneficiaries"** means the Holders of Allowed Claims that are entitled to receive Distributions pursuant to the terms of the Combined Plan and Disclosure Statement, whether or not such Claims are Allowed as of the Effective Date.

**1.91** **"Liquidation Trust Expenses"** means all actual and necessary costs and expenses incurred by the Liquidation Trust in connection with carrying out the obligations of the Liquidation Trust pursuant to the terms of the Combined Plan and Disclosure Statement and the Liquidation Trust Agreement.

**1.92** **"Liquidation Trustee"** means the Person who will be appointed to act as trustee of the Liquidation Trust in accordance with the terms of the Combined Plan and Disclosure Statement, the Confirmation Order, and the Liquidation Trust Agreement, or any successor appointed in accordance with the terms of the Combined Plan and Disclosure Statement and the Liquidation

Trust Agreement. The identity of the Liquidation Trustee, as well as the terms of the compensation paid to the Liquidation Trustee, will be disclosed in the Plan Supplement.

**1.93** **"Litigation Proceeds"** means the proceeds from all Causes of Action pursued by or for the benefit of the Liquidation Trust (including any proceeds recovered by the Liquidation Trust from Avoidance Actions).

**1.94** **"Local Bankruptcy Rules"** means the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

**1.95** **"moKredit"** means the Hong Kong-based entity founded by Lu Hua, which provides micro-loans to online gaming publisher sites through the provision of credit (in the form of gaming tokens) to video game enthusiasts.

**1.96** **"Net Asset Sale Proceeds"** means the proceeds from any Sale Transaction, after taking into account any related expenses and any post-closing adjustments.

**1.97** **"Net Distributable Assets"** means (a) the gross amount available from the liquidation of the Excluded Assets (including any Litigation Proceeds) plus (b) the amount of the Net Asset Sale Proceeds minus (c) (i) the amount of all Allowed A/P/S Claims Allowed against the Debtors, (ii) U.S. Trustee Fees, (iii) the Liquidation Trust Expenses, and (iv) Distributions to Holders of Allowed Convenience Claims.

**1.98** **"Opt-Out Election Form"** is the opt-out form, as approved in the Disclosure Statement Order, pursuant to which holders of claims or interests may elect to opt out of the third party release in accordance with Section 18.2 hereof.

**1.99** **"Other Priority Claim"** means any claim, other than an Administrative Expense Claim, Professional Fee Claim, or Priority Tax Claim, entitled to priority in right of payment under section 507(a) of the Bankruptcy Code.

**1.100** **"Other Secured Claim"** means any Secured Claim other than a Secured Tax Claim. For the avoidance of doubt, to the extent a Customer Claim is secured by a valid and enforceable right of setoff under section 553 of the Bankruptcy Code, such Customer Claim shall be an Other Secured Claim; *provided*, *however*, that any portion of a Customer Claim in excess of the amount secured by such a right of setoff shall be a General Unsecured Claim.

**1.101** **"Person"** shall have the meaning set forth in section 101(41) of the Bankruptcy Code.

**1.102** **"Petition Date"** means November 7, 2020, the date on which the Debtors commenced the Chapter 11 Cases.

**1.103** **"Plan Supplement"** means the supplement or supplements to the Combined Plan and Disclosure Statement containing certain documents relevant to the implementation of the Combined Plan and Disclosure Statement, including the Liquidation Trust Agreement, the list of Executory Contracts and Unexpired Leases to be assumed pursuant to Section 15.1 hereof, and the DIP Financing Agreement, if any.

**1.104**  "**Plan Support Agreement**" means the binding term sheet executed by the Debtors and the Committee setting forth the material terms of a plan support agreement among such parties.

**1.105**  "**Priority Tax Claim**" means any Claim of a Governmental Unit of the kind entitled to priority in payment as specified in sections 502(i) and 507(a)(8) of the Bankruptcy Code.

**1.106**  "**Professional**" means any professional Person employed in the Chapter 11 Cases pursuant to section 327, 328, 363 or 1103 of the Bankruptcy Code pursuant to an Order of the Bankruptcy Court and to be compensated for services rendered pursuant to sections 327, 328, 329, 330, 331 or 363 of the Bankruptcy Code.

**1.107**  "**Professional Fee Claim**" means any claim of a Professional approved by the Bankruptcy Court for compensation, indemnification, or reimbursement of costs and expenses incurred on or before the Effective Date pursuant to sections 327, 328, 330, 331, 503(b), or 1103(a) of the Bankruptcy Code, plus any fees and expenses related to the final fee application of a Professional.

**1.108**  "**Professional Fee Escrow**" means an escrow account to be established and funded on the Effective Date in an amount equal to the Professional Fee Reserve Amount in accordance with Section 9.2 hereof.

**1.109**  "**Professional Fee Reserve Amount**" means the total amount of unpaid compensation and unreimbursed expenses incurred by Professionals retained by the Debtors or the Committee through and including the Effective Date, in ease case as determined in good faith by the applicable Professional.

**1.110**  "**Proof of Claim**" means a proof of Claim filed against any of the Debtors in the Chapter 11 Cases.

**1.111**  "**Rejection Bar Date**" means the deadline by which a counterparty to an Executory Contract or an Unexpired Lease of the Debtors rejected under the Combined Plan and Disclosure Statement must file a Proof of Claim for damages arising from such rejection by the Debtors of such Executory Contract or Unexpired Lease, which shall be thirty (30) calendar days after the Effective Date or such other deadline established for filing a Rejection Claim by a Final Order of the Bankruptcy Court; provided, however, that if an earlier rejection bar date was established by order of the Bankruptcy Court with respect to a rejected Executory Contract or Unexpired Lease, then such earlier rejection bar date shall apply.

**1.112**  "**Rejection Claim**" means any Claim for damages as a result of the rejection under the Combined Plan and Disclosure Statement of any Executory Contract or Unexpired Lease.  All Rejection Claims shall be treated as General Unsecured Claims under the Combined Plan and Disclosure Statement.

**1.113**  "**Released Parties**" means the Professionals retained by the Debtors, Grant Lyon as the Debtors' independent director, Matthew Foster as the Debtors' chief restructuring officer, any other staff supplied by Sonoran Capital Advisors, LLC, the Professionals retained by the Committee, and the respective agents and representatives of each of the foregoing.

**1.114** **"Reserve"** has the meaning given to such term in Section 13.15 hereof.

**1.115** **"Sale Motion"** means the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) The Sale(s), Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 65].

**1.116** **"Sale Transaction"** means any sale of Assets of the Debtors prior to the Effective Date under section 363 of the Bankruptcy Code.

**1.117** **"Schedules"** means, collectively, the schedules of Assets and Liabilities, schedules of Executory Contracts and Unexpired Leases, and statements of financial affairs filed by the Debtors under section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and the official bankruptcy forms in the Chapter 11 Cases, as the same may have been amended or supplemented through the Confirmation Date pursuant to Bankruptcy Rules 1007 and 1009. For the avoidance of doubt, Schedules do not include any schedules or exhibits to the Combined Plan and Disclosure Statement or the Plan Supplement.

**1.118** **"Secured Claim"** means any Claim that is secured by a Lien on Collateral to the extent of the value of such Collateral, as determined in accordance with section 506(a) of the Bankruptcy Code, or, in the event that such Claim is subject to a permissible setoff under section 553 of the Bankruptcy Code, to the extent of such permissible setoff.

**1.119** **"Secured Tax Claim"** means any Secured Claim that, absent its secured status, would be entitled to priority in right of payment under sections 502(i) and 507(a)(8) of the Bankruptcy Code (determined irrespective of any time limitations therein and including any related Secured Claim for penalties).

**1.120** **"Solicitation Package"** has the meaning set forth in Section 8.3(d) hereof.

**1.121** **"Subordinated Securities Claim"** means any Claim arising from rescission of a purchase or sale of a security of the Debtors or an Affiliate of the Debtors, for damages arising from the purchase or sale of such security, or for reimbursement or contribution Allowed under section 502 of the Bankruptcy Code on account of such a Claim.

**1.122** **"Trust Advisory Board"** means the committee appointed pursuant to Section 12.3 hereof to oversee the activities of the Liquidation Trust and the Liquidation Trustee, consisting of each member of the Committee who wishes to continue in such role, and such additional members, if any, nominated by the Committee, as are required for the initial complement of the Trust Advisory Board to be an odd number greater than one.

**1.123** **"U.S. Trustee"** means the Office of the United States Trustee for the District of Delaware.

**1.124** **"U.S. Trustee Fees"** means fees payable pursuant to section 1930 of chapter 123 of title 28 of the United States Code.

**1.125** **"Unclassified Claim"** means any Claim that is an Administrative Expense Claim or a Priority Tax Claim.

**1.126** **"Unexpired Lease"** means a lease to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

**1.127** **"Unimpaired"** means, with respect to a Claim or Equity Interest, that such Claim or Equity Interest is not Impaired as a result of being paid in full in Cash under the Combined Plan and Disclosure Statement.

**1.128** **"Unliquidated"** means with reference to a Claim, a Claim, the amount of Liability for which has not been fixed, whether pursuant to agreement, applicable law, or otherwise, as of the date on which such Claim is asserted or sought to be estimated.

**1.129** **"Voting Agent"** has the meaning set forth in Section 8.3(c) hereof.

**1.130** **"Voting Deadline"** means March 1, 2021, at 4:00 p.m. (prevailing Eastern Time).

**1.131** **"Voting Record Date"** has the meaning set forth in Section 8.3(b) hereof.

**1.132** **"Voting Report"** has the meaning set forth in Section 8.3(g) hereof.

**ARTICLE  II.**
**INTERPRETATION OF COMBINED PLAN AND DISCLOSURE STATEMENT**

**2.1** **Application of Definitions; Rules of Construction; Computation of Time**

Wherever from the context it appears appropriate, each term stated in either the singular or the plural shall include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and neuter gender.  For purposes of the Combined Plan and Disclosure Statement, (a) any reference in the Combined Plan and Disclosure Statement to a contract, instrument, release, indenture, or other agreement or document being in a particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions, (b) any reference in the Combined Plan and Disclosure Statement to an existing document or exhibit filed or to be filed means such document or exhibit as it may have been or may be amended, modified, or supplemented and (c) unless otherwise specified, all references in the Combined Plan and Disclosure Statement to Sections, Articles, Schedules, and Exhibits are references to Sections, Articles, Schedules and Exhibits of or to the Combined Plan and Disclosure Statement. The words "herein," "hereof," "hereto," "hereunder," and other words of similar meaning refer to the Combined Plan and Disclosure Statement as a whole and not to any particular section, subsection or clause contained in the Combined Plan and Disclosure Statement.  A capitalized term used herein that is not defined herein shall have the meaning assigned to that term in the Bankruptcy Code or in the Exhibits hereto.  The rules of construction contained in section 102 of the Bankruptcy Code shall apply to the construction of the Combined Plan and Disclosure Statement.  The headings in the Combined Plan and Disclosure Statement are for convenience of reference only and shall not limit or otherwise affect the provisions of the Combined Plan and Disclosure Statement.  Unless otherwise indicated herein, all references to dollars means United

States dollars.   In computing any period of time prescribed or allowed by the Combined Plan and Disclosure Statement, unless otherwise expressly provided, the provisions of Bankruptcy Rule 9006 shall apply.

**2.2      Relief Sought by Filing the Combined Plan and Disclosure Statement**

The filing of the Combined Plan and Disclosure Statement constitutes, among other things, a motion by the Debtors pursuant to Bankruptcy Rules 9019 to approve the settlements and comprises set forth in Section 12.2 hereof, and for limited substantive consolidation of the Debtors' Estates, as set forth in Section 12.1 hereof.

**ARTICLE  III.**
**BACKGROUND – THE DEBTORS' CORPORATE HISTORY, STRUCTURE, AND BUSINESS OVERVIEW**

**3.1      General Background – Overview of the Debtors**

The Debtors were founded in 2018 by Lu Hua and Dan Schatt.  Prior to the Petition Date, the Debtors operated a global financial services platform serving retail and institutional clients in 183 countries.  The Debtors, which are lenders, utilized financial technology to provide business and retail credit and to allow Customers to earn a yield on more than 15 Cryptocurrencies and fiat currencies through the Debtors' partner network.  As of the Petition Date, the Debtors employed a staff of approximately 20 employees, consisting primarily of software and technology engineers.

As part of the Debtors' businesses, Customers transferred Cryptocurrency to the Debtors, generally pursuant to a loan agreement or a financing agreement.[2]  The Debtors then utilized the Cryptocurrency in a variety of investment strategies involving third-party asset managers.  The Debtors earned revenue through the returns generated by their investments, as well as through interest on lines of credit extended to certain of the Debtors' Customers in connection with the loans and financings referenced above.

The Debtors' business consisted of two key components: (a) the transfer of Cryptocurrency or other assets by Customers to the Debtors and the investment of those assets in order to earn returns ("CredEarn"); and (b) lending by the Debtors to certain Customers ("CredBorrow").

The Debtors' CredEarn business involved the transfer of Cryptocurrency from Customers to the Debtors, generally pursuant to a loan or financing agreement.  The Debtors then invested the Cryptocurrency with third-party asset managers or lenders to generate returns.  Such investments could take the form of (a) the Debtors directly providing Cryptocurrencies to asset managers or (b) the Debtors converting Cryptocurrencies into other Cryptocurrencies or fiat currencies and providing the proceeds thereof to asset managers or lenders.  The Debtors earned revenue through the returns generated by these investments.

---

[2]      Shortly before the Petition Date, the Debtors began using contracts to "rent" Cryptocurrency from Customers. As of the Petition Date, rental contracts accounted for less than 1% of the Debtors' Customer contracts.

The Debtors' obligations to Customers were repaid, with interest, as set forth in the relevant Customer's contract. Generally, Customers who transferred Cryptocurrency to the Debtors were entitled to receive their principal and interest back in the type of Cryptocurrency the Customers transferred to the Debtors. Because the Debtors' business model was premised on generating a return for Customers by investing the deposited Cryptocurrencies with asset managers, the Debtors generally did not themselves hold significant amounts of Cryptocurrency. When Customers terminated accounts with the Debtors, the Debtors generally had to withdraw Cryptocurrency from asset managers to purchase new Cryptocurrency in the open market at then-prevailing prices in order to repay Customers

Generally, the CredBorrow program was only available to the Debtors' domestic Customers. Under the CredBorrow program, Customers were generally permitted to borrow against Cryptocurrency or other assets that they transferred to the Debtors, and were obligated to make periodic repayments as specified in the relevant Customer's contract. The Debtors earned revenue on CredBorrow contracts through interest and fees assessed on Customers' borrowings.

## 3.2    The Debtors' Prepetition Capital Structure

As of the Petition Date, the former book value of the Debtors' total Assets was approximately $69 million. Book value is generally computed in accordance with various accounting pronouncements and may not (and in the case of the Debtors, likely does not) correlate to fair value of any Asset or the enterprise value of the Debtors as a whole. Moreover, the Debtors have not conducted the impairment analysis which would be required under GAAP for such former book value to be considered a current and reliable book value. Such impairment analysis would likely result in a book value significantly less than the former book value referred to above.

The Debtors have not issued any secured debt. In August and September 2020, Cred issued the Convertible Notes. As of the Petition Date, approximately $2.6 million (which includes accrued interest) remained outstanding on the Convertible Notes. Other than the Convertible Notes, the Debtors do not have any outstanding funded indebtedness.

As of the Petition Date, the Debtors' Liabilities to Customers were in excess of $160 million.

## 3.3    Events Leading to the Chapter 11 Cases

(a)    <u>JST Transactions</u>

The Debtors maintained accounts with JST. Through JST, the Debtors held substantial "long" futures positions on bitcoin and other Cryptocurrencies, which included margin holdings. In addition, the Debtors' contracts with JST included certain "stop positions," whereby when the price of a Cryptocurrency dropped below a certain threshold, JST sold the Cryptocurrency. These stop positions are referred to as "stop loss sale orders."

In March 2020, the drop in bitcoin prices (and other Cryptocurrency prices) triggered the Debtors' stop loss sale orders, which had the effect of: (i) "locking in" losses on the sale of bitcoin; and (ii) eliminated the Debtors' margin on bitcoin and other Cryptocurrencies. As a

result, the Debtors acquired new Cryptocurrencies at substantially higher prices, which had a material negative effect on the Debtors' liquidity.

As described in greater detail below, following the losses with JST, the Debtors sought and obtained a 300 bitcoin capital contribution from Lu Hua.

(b)    Over-Exposure on Loans Made to moKredit

In late 2018, Cred started making loans to moKredit – an entity founded by Cred co-founder Lu Hua – under that certain Loan and Security Agreement dated December 27, 2018, by and between moKredit Technology (Hong Kong) Company Limited, a Hong Kong company, and moKredit, Inc., an exempted company incorporated in the Cayman Islands with limited liability, as borrowers, and Cred, as lender.  It is the Debtors understanding that under the Loan and Security Agreement, Cred extended moKredit a $100 million line of credit.  The Debtors believe that as security for the line of credit, Cred received a security interest in substantially all of moKredit's personal property.[3]  Cred has not taken any affirmative steps to perfects its security interest in this collateral.

By 2019, the Debtors' primary revenue generator was its relationship with moKredit.  At one point, moKredit had drawn approximately $70 million on the line of credit.  As of the Petition Date, the amount of the Debtors' outstanding loans with moKredit was approximately $39 million.

As a result of the Debtors' JST losses in March 2020, the Debtors undertook an effort to recover principal from moKredit and reestablish their hedging positions to protect against Cryptocurrency price fluctuations.  That effort failed because of the restrictions imposed by the Chinese government in response to the COVID-19 pandemic.  Due to the restrictions, moKredit could not meet its obligations under the Loan and Security Agreement, and was only able to return $300,000 of principal to the Debtors over the course of March and April, 2020.  In May 2020, moKredit renegotiated its repayment schedule, whereby it would continue making approximately $582,000 per month in interest payments.

(c)    Cred Capital Problems

In March 2020, the Debtors directed the then-Chief Capital Officer, James Alexander, to incorporate Cred Capital as a Delaware entity to be controlled by Cred for the purposes of: (a)

---

[3]    Cred's security interest covered "[a]ll accounts, chattel paper, instruments, deposit accounts, letter of credit rights, and general intangibles related thereto; and all returned or repossessed goods which, on sale or lease, resulted in an account, including all Customer Loans and [moKredit's] rights related thereto", "[a]ll inventory", "[a]ll equipment and fixtures now owned or hereafter acquired by [moKredit]", "[a]ll of [moKredit's] deposit accounts with Cred", "[a]ll instruments, chattel paper, documents, certificates of deposit, securities (including equity interests) and investment property of every type", "[a]ll general intangibles" including "all goodwill connected with or symbolized by any of such intangibles", "[a]ll negotiable or nonnegotiable documents of title covering any Collateral", "[a]ll accessions, attachments and other additions to the Collateral, and all tools, parts and equipment used in connection with the Collateral", "[a]ll substitutes or replacements for any Collateral, all cash or non-cash proceeds (including insurance proceeds), products, rents and profits of the Collateral, and all income, benefits and property receivable on account of the Collateral, and all supporting obligations covering any Collateral", "[a]ll books, data and records pertaining to any Collateral, whether in the form of a writing, photograph, microfilm, or electronic media, including but not limited to any computer-readable memory and any computer software necessary to process such memory".

creating a vehicle to assist the Debtors with arranging bond offerings for companies in need of capital; and (b) overseeing the Debtors' asset management strategies. Cred also transferred the 300 bitcoin capital contribution made by Lu Hua to Cred Capital to provide the Debtors with a natural hedge against rising bitcoin prices.

Based on the Debtors' understanding, these plans were derailed, however, when Mr. Alexander attempted to take control of Cred Capital away from its corporate parent, Cred, and used Cred Capital's assets for his personal benefit. Mr. Alexander attempted to take control of Cred Capital by: (i) installing himself as its sole director; (ii) assigning only Class B, non-voting shares to Cred (instead of voting shares); and (iii) assigning Class A voting shares to a purported third-party "investor" who Mr. Alexander contends gave him a proxy to control the voting shares.

Neither Cred nor Cred Capital ever received any capital contribution from this so-called "investor." In addition, Mr. Alexander did not use the 300 bitcoin to establish hedging positions as he had been instructed to do, but instead used a portion of these funds to make a series of vendor payments.

When Cred became aware of Mr. Alexander's actions, Cred terminated his employment and took corrective action under Delaware law to re-file Cred Capital's charter and appoint a board of directors.

Thereafter, Cred discovered that Mr. Alexander absconded with 225 of the 300 bitcoin (valued at approximately $6 million as of December 31, 2020). Despite the Debtors' demands, Mr. Alexander has refused to return the bitcoin to the Debtors.

The foregoing events spawned significant litigation against Mr. Alexander, including, California state court litigation seeking, among other things, injunctive relief, compensatory and punitive damages, breaches of contract, and breach of the implied covenant of good faith and fair dealing.[4] Moreover, as described in greater detail below, after the Petition Date, certain of the Debtors initiated an adversary proceeding against Mr. Alexander seeking turnover of the misappropriated and improperly retained Assets.[5]

After the Petition Date, the Debtors also filed a notice of removal with the California state court. The Debtors are in the process of transferring the California state court litigation to the Bankruptcy Court.

     (d)     <u>Theft of Bitcoin by an Imposter</u>

In August 2020, the Debtors discovered that they had been the victims of a social engineering scheme that resulted in the theft of 800 bitcoin (valued at approximately $10 million as of October 2020).

---

[4]    Case No. 20-CIV-02915, Superior Court of the State of California; County of San Mateo, Southern Branch.

[5]    Adv. Pro. No. 20-51006.

In February 2020, Mr. Alexander informed the Debtors' of a potential investment opportunity with an entity that purported to be Quantcoin (the "Imposter"). Based on Mr. Alexander's representations and purported due diligence, Mr. Alexander was given permission to hire the Imposter to manage a portion of the Debtors' bitcoin.

In a series of transactions in February and April 2020, Mr. Alexander directed the transfer of a total of 800 bitcoin to the Imposter. After transferring the bitcoin, an administrator purporting to be Scott Foster with Kingdom Trust Company, a Cryptocurrency custodian ("Kingdom Trust"), was in contact with the Debtors regarding their 800 bitcoin. Initially, the alleged Mr. Foster provided what appeared to be performance updates to the Debtors on a monthly basis.

It is the Debtors' understanding that the fraudulent scheme came to light when the Debtors requested a withdrawal of $2 million from their account with the Imposter and the Imposter ceased responding to e-mails. The Debtors then contacted Kingdom Trust directly to inquire as to a monthly statement and learned that the Debtors not only did not have accounts at Kingdom Trust, but the e-mail address associated with Mr. Foster was fake.

Upon learning of the deception, the Debtors promptly contacted the pertinent law enforcement agency, which initiated an investigation into the matter. However, as of [December 31, 2020], the Debtors have yet to recover any of the stolen bitcoin.

In addition, in late November 2020, the Debtors served notices to more than 20 Cryptocurrency exchanges advising them of the theft or conversion of the Debtors' Cryptocurrency Assets. In such notices, the Debtors identified the relevant E-Wallets (both with respect to the theft by the Imposter and the misappropriation by Mr. Alexander) and requested that the exchanges freeze any accounts that may contain property of the Debtors.

(e)    Claims Against Mr. Inamullah

Several of the foregoing events are also attributable to, or were facilitated by, the Debtors' former Vice President of Capital Markets, Mr. Daniyal Inamullah, who was hired by the Debtors in December 2019. Mr. Inamullah was the primary person responsible for identifying potential investment opportunities, performing due diligence with respect to such opportunities, and producing reports and proposals to the Debtors with respect to potential investments. Accordingly, Mr. Inamullah's duties necessarily included verifying the accuracy of information provided to the Debtors with respect to their investment portfolio.

The Debtors believe that Mr. Inamullah failed at his responsibilities. For example: (i) Mr. Inamullah admitted in sworn testimony that he never conducted any due diligence with respect to the Imposter transactions; (ii) Mr. Inamullah contributed to Mr. Alexander's misappropriation of bitcoin by both initiating and authorizing the transfer of bitcoin into Mr. Alexander's personal E-Wallets; and (iii) violating the Debtors' security protocols, which were instituted by Mr. Inamullah.

Accordingly, the Debtors believe that they have multiple claims and causes of action against Mr. Inamullah, including, without limitation, breach of the duty of care, breach of the duty of loyalty, and civil conspiracy.

(f)    Customer Loss and Adverse Market Conditions

Negative press in connection with the Imposter transactions, Mr. Alexander's conduct, and the Debtors' worsening financial condition resulted in (i) certain of the Debtors' core partners to close their accounts with the Debtors and (ii) potential investments of outside capital failing to materialize during the third fiscal quarter of 2020.  In particular, the Debtors' former management was exploring business expansion opportunities with other financial services companies that were looking at opportunities in the Cryptocurrency space.

As of the Petition Date, the Debtors' balance sheet reflected an approximately 1:2.2 asset to liability ratio.  A lack of liquidity and reduced prospects for attracting new business diminished the Debtors' prospects for reducing this asset-liability gap and for staking out new positions to hedge against fluctuations in the price of Cryptocurrency.

The asset-liability gap was in part due to a rapid 30% increase in the price of bitcoin in October 2020, which exacerbated the Debtors' distressed financial position.  By late October, 2020, the Debtors determined to cease the inflow and outflow of all Cryptocurrency Assets to assess their financial position.  Unable to remedy the situation, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on the Petition Date, initiating the Chapter 11 Cases.

Although the Debtors remain committed to working with other constituents in the capital structure on the terms of superior restructuring transactions, the Debtors believe that the Combined Plan and Disclosure Statement, which now incorporates the global settlement with the Committee outlined in the Plan Support Agreement, represents the best available alternative to maximize value for all stakeholders.

## 3.4    The Chapter 11 Cases

The following is a brief description of certain major events that occurred during the Chapter 11 Cases.

(a)    First Day Relief

On or shortly after the Petition Date, the Debtors filed a number of motions and applications seeking certain "first day" relief, including the following:

i.    Pursuant to the *Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of their Chapter 11 Cases* [Docket No. 3], the Debtors sought entry of an order directing the joint administration of the Chapter 11 Cases and consolidation thereof for procedural purposes only.  On November 11, 2020, the Bankruptcy Court entered an order granting this relief [Docket No. 27].

ii.    Pursuant to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated List of Debtors' 30 Largest Unsecured Creditors (II) Authorizing Debtors to Serve Certain Parties by E-mail, (III) Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information, and (IV) Granting Related Relief* [Docket No. 6], the

Debtors sought entry of interim and final orders authorizing the Debtors to: (i) file a consolidated list of the Debtors' 30 largest unsecured creditors; (ii) serve certain documents on parties-in-interest via email; and (iii) redact certain Customer information.  The Bankruptcy Court granted the relief on an interim basis on November 10, 2020 [Docket No. 34] and on a final basis on December 21, 2020 [Docket No. 264].

iii.    Pursuant to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; (III) Waiving the Requirements of Section 345(b) of Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 7], the Debtors sought entry of interim and final orders authorizing the Debtors to, among other things: (i) continue use of their cash management system; (ii) honor certain fees and charges associated therewith in the ordinary course of business; and (iii) maintain existing business forms.  The Bankruptcy Court granted the relief on an interim basis on November 10, 2020 [Docket No. 29] and on a final basis on December 21, 2020 [Docket No. 268].

iv.    Pursuant to the *Debtors' Motion for Entry of Order (I) Restating and Enforcing Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of Bankruptcy Code, (II) Permitting Debtors to Modify Automatic Stay, (III) Approving Form and Manner of Notice, and (IV) Granting Related Relief* [Docket No. 8], the Debtors sought relief to advise parties outside the United States of the existence, reach, and effects of the protections of the Bankruptcy Code, including the worldwide application of the automatic stay.  The Bankruptcy Court granted the motion on November 10, 2020 [Docket No. 32].

v.    Pursuant to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief* [Docket No. 10], he Debtors sought authorization to maintain insurance policies, which included: (i) directors and officers; (ii) errors and omissions; (iii) cyber; (iv) property; (v) damage, general commercial; (vi) commercial automobile; and (vii) general umbrella liability.  The Bankruptcy Court granted the relief on an interim basis on November 10, 2020 [Docket No. 31] and on a final basis on December 18, 2020 [Docket No. 248].

vi.    Pursuant to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs and (II) Granting Related Relief* [Docket No. 11], the Debtors sought authorization to: (i) pay and honor certain prepetition employee claims and obligations; and (ii) continue certain employee programs and obligations.  The Bankruptcy Court granted the relief on an interim basis on

November 30, 2020 [Docket No. 30] and on a final basis on December 21, 2020 [Docket No. 263].

(b)      Appointment of Committee

On December 3, 2020, the U.S. Trustee appointed the Committee pursuant to section 1102(a) of the Bankruptcy Code.  Additional information regarding the members of the Committee is included in the Notice of Appointment of the Committee [Docket No. 120].

(c)      Retention of Professionals

Paul Hastings LLP ("Paul Hastings") has served as the Debtors' restructuring counsel since it was engaged in late October, and the Debtors applied to retain Paul Hastings as their counsel shortly after the commencement of these chapter 11 cases.  *See Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Debtors, Effective as of the Petition Date* [Docket No. 64].  On December 6, 2020, the U.S. Trustee objected to Paul Hastings' retention on several bases, including that Paul Hastings' initial disclosures were inadequate and that Paul Hastings had an adverse interest to the Debtors because it provided prepetition services to the Debtors, represents a creditor of the Debtors in unrelated matters, and allegedly received a preferential transfer from the Debtors.  *See Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing and Approving Retention of Paul Hastings LLP as Counsel to Debtors, Effective as of the Petition Date* [Docket No. 139].

At the hearing on January 6, 2021, the Bankruptcy Court approved Paul Hastings' retention and overruled the U.S. Trustee's objection.  In doing so, the Bankruptcy Court held that Paul Hastings' initial disclosures were adequate and that Paul Hastings did not hold any interest adverse to the Debtors in violation of section 327(a) of the Bankruptcy Code.  Specifically, the Bankruptcy Court found there was nothing in the record that Paul Hastings's prepetition advice to the Debtors and its representation of a creditor on matters unrelated to the Chapter 11 Cases rendered it adverse to the Debtors.[6]  Moreover, the Bankruptcy Court found Paul Hastings had resolved the issues regarding the alleged preferential transfer by returning approximately $313,000 to Paul Hastings' client trust account for the Debtors and waiving prepetition fee claims in the same amount.  On January 7, 2021, the Bankruptcy Court entered an order approving the Debtors' retention of Paul Hastings [Docket No. 327].

On November 11, 2020 and December 18, 2020, the Bankruptcy Court also entered orders authorizing the Debtors to retain Donlin, Recano & Company, Inc. as claims agent [Docket No. 28] and as administrative agent [Docket No. 246], respectively.  On December 18, 2020, the Bankruptcy Court entered an order authorizing the Debtors to retain Cousins Law LLC, as Delaware bankruptcy counsel [Docket No. 245].  On December 21, 2020, the Bankruptcy Court entered orders authorizing the Debtors to retain Teneo Capital Group LLC as the Debtors' investment banker [Docket No. 261], MACCO Restructuring Group LLC, as the

---

[6]      Matters related to such creditor are being handled by Cousins Law, the Debtors' Delaware bankruptcy counsel and conflicts counsel.

Debtors' financial advisor [Docket No. 272], and Sonoran Capital Advisors, LLC to provide the Debtors with Matthew Foster, as Chief Restructuring Officer, and related personnel.

In addition, to assist the Committee in carrying out its duties, the Committee has sought Bankruptcy Court approval authorizing the retention and employment of McDermott Will & Emery LLP to serve as its bankruptcy counsel [Docket No. 282] and Dundon Advisors, LLC to serve as financial advisor [Docket No. 305].

(d)    Plan Support Agreement

Promptly after its appointment, the Committee engaged in negotiations with the Debtors regarding a consensual path forward that would maximize the value of the Debtors' Estates for the benefit of all Creditors. Such negotiations culminated in the execution of the Plan Support Agreement, which contemplates a chapter 11 plan of liquidation centered on an expeditious liquidation of the Debtors' Assets, first through the Debtors' Sale Transaction, and, irrespective of whether the Sales Transaction comes to fruition, the transfer of all of the Debtors' Assets into a liquidation trust. The Debtors and the Committee believe that the restructuring process set forth in the Plan Support Agreement is in the best interests of the Debtors' Estates and all stakeholders.

On December 23, 2020, the Debtors filed the *Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet* [Docket No. 279], which is scheduled to be heard on February 3, 2021.

(e)    Sale Process

On November 18, 2020, the Debtors filed the Sale Motion. Pursuant to the Sale Motion, the Debtors sought to establish certain deadlines and bidding procedures by which the Debtors could obtain proposals for the purchase of the Debtors' businesses as a going concern or, alternatively, for the purchase of the Debtors' Assets, to be sold at the Auction. On December 21, 2020, the Bankruptcy Court entered the Bid Procedures Order approving such relief [Docket No. 270].

The Bid Procedures Order provided, among other thing, that the selection of a stalking-horse bidder was subject to consent of the Committee. To date, the Debtors have not received a bid acceptable to the Committee. The Debtors are continuing to entertain offers from prospective buyers of various assets.

(f)    Post-Petition Litigation

(i)    *Motions to Convert or Dismiss the Chapter 11 Cases or Appoint a Trustee/Examiner*

On November 11, 2020, certain of the Debtors' creditors filed the *Motion of Krzysztof Majdak and Philippe Godineau for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* [Docket No. 62] (the "Creditor Motion"). On December 4, 2020, the U.S. Trustee filed the *Motion of the United States Trustee for Entry of an Order Directing the*

*Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases* [Docket No. 133] (the "U.S. Trustee Motion" and, together with the Creditor Motion, the "Motions to Convert"). The Motions to Convert both seek entry of an order dismissing the Chapter 11 Cases, converting the Chapter 11 Cases to liquidating cases under chapter 7 of the Bankruptcy Code, or appointing a chapter 11 trustee.[7] Moreover, the U.S. Trustee Motion seeks, in the alternative, the appointment of an independent Examiner.

The Debtors and the Committee objected to the relief sought in the Motions to Convert. *See* Docket Nos. 109, 191, and 195.

Following a two-day evidentiary hearing on the Motions to Convert, the Bankruptcy Court: (i) denied the Creditor Motion; and (ii) denied in part and granted in part the U.S. Trustee Motion. As a result, the U.S. Trustee was directed to appoint an examiner. *See* Docket No. 281.

On January 7, 2021, the U.S. Trustee appointed Robert J. Stark as the Examiner in the Chapter 11 Cases [Docket No. 338]. In his role as the Examiner, and pursuant to section 1106(a)(3) and (4) of the Bankruptcy Code, Mr. Stark is investigating allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the Debtors' management, and will, as soon as practicable, file a written report that will be made available on the Docket in these Chapter 11 Cases, which can be viewed at the following link: https://www.donlinrecano.com/Clients/cred/Dockets.

(ii)    *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* ("Lift Stay Motion")

On November 25, 2020, UpgradeYa Investments, LLC ("UpgradeYa"), filed the Lift Stay Motion, seeking relief from the automatic stay to permit it to pursue remedies in connection with certain bitcoin it transferred to the Debtors. The Debtors and the Committee filed objections to the Lift Stay Motion. *See* Docket Nos. 116 and 190. On January 6, 2021, the Bankruptcy Court held an evidentiary hearing on the Lift Stay Motion. At the conclusion of the January 6, 2021 hearing, the Bankruptcy Court took the matter under advisement and ordered UpgradeYa to file further briefing regarding whether the remedy it seeks – authority to bring potential litigation claims against third parties – implicates property of the Debtors' estates on or before January 21, 2021, with reply briefs due on or before February 4, 2021, and responses to any reply briefing due on or before February 11, 2021.

---

[7]    Certain creditors and parties-in-interest joined or partially joined in the Motion to Convert. *See Response of James Alexander to the Motion of Kryszyof Majdak and Philippe Godinea for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) (I) Dismissing the Cases; or (II) Converting the Cases to a Chapter 7 Liquidation; or (III) Appointing a Chapter 11 Trustee* [Docket No. 103]; *Partial Joinder of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Mathew Dion, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Eric Schurman to Motion to Dismiss the Bankruptcy Cases, Convert Cases to Chapter 7, or Appoint a Chapter 11 Trustee* [Docket No. 107]; *UpgradeYa Investments, LLC's (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7* [Docket No. 126].

(iii)    *Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* ("Cred Capital Motion")

On December 8, 2020, Mr. Alexander filed the Cred Capital Motion seeking the dismissal of Cred Capital's Chapter 11 Case. *See* Docket No. 152. The Cred Capital Motion alleges Mr. Alexander is the sole rightful officer and director of Cred Capital and that Cred's corrective action to re-take control of Cred Capital in June 2020 was invalid and of no effect. Mr. Alexander thus believes that Cred Capital's Chapter 11 Case should be dismissed because only he had the power to authorize it, and he did not. The Debtors filed an objection to the Cred Capital Motion and the Committee joined in the Debtors' objection. *See* Docket Nos. 296 and 297. The Cred Capital Motion is scheduled to be heard on February 3, 2021.

(g)    Section 341(a) Meeting of Creditors

The section 341 meeting is scheduled to take place on February 2, 2021.

(h)    Schedules and Statements

The Debtors Filed their Schedules on January 7, 2021 [Docket Nos. 331-335, as amended by Docket Nos. 343, 346, and 350], which, among other things, set forth the Claims of known Creditors against the Debtors as of the Petition Date, based upon the Debtors' books and records. The Debtors retain the right to amend the Schedules during the pendency of the Chapter 11 Cases.

(i)    Claims Process and Bar Dates

Pursuant to the *Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* dated December 21, 2020 [Docket No. 271] (the "Bar Date Order"), the Bankruptcy Court established, among others, the following bar dates for filing Proofs of Claim:

- General Bar Date: February 10, 2021 at 5:00 p.m. (prevailing Eastern Time) as the deadline for all Persons or Entities (other than Governmental Units) holding or wishing to assert pre-petition Claims to file Proofs of Claims in the Chapter 11 Cases.

- Government Bar Date: May 6, 2021 at 5:00 p.m. (prevailing Eastern Time) as the deadline for all Governmental Units (as defined in section 101(27) of the Bankruptcy Code) holding or wishing to assert pre-petition Claims to file Proofs of Claim in the Chapter 11 Cases.

- Amended Schedules Bar Date: With respect to Holders of Claims affected, as described in the Bar Date Order, by the Debtors' amendment or supplement of their Schedules, such Holders shall have until the later of (i) the General Bar Date or, if the creditor is a Governmental Unit, the

Government Bar Date, and (ii) twenty-one (21) days from the date of service of notice of the amendment or supplement to the Schedules.

- Rejection Damages Bar Date: With respect to counterparties to an Executory Contract or an Unexpired Lease of the Debtors, which has been rejected under this Combined Plan and Disclosure Statement, such counterparty must file a Proof of Claim for damages arising from such rejection by the later of (i) the General Bar Date or thirty-days after service of an order by the Bankruptcy Court authorizing such rejection, and (ii) such other date, if any, as the Bankruptcy Court may fix in the order authorizing such rejection.

(j)     Assumption and Rejection of Executory Contracts and Unexpired Leases

Pursuant to the *Motion of Debtors for Entry of Order Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property and (II) Abandon Property in Connection Therewith* [Docket No. 4], the Debtors sought entry of an order permitting the Debtors to reject leases in connection with their office space in San Mateo and Sherman Oaks, California.  On December 18, 2020, the Bankruptcy Court entered an order granting this relief [Docket No. 243].

(k)     DIP Financing

The Debtors are currently in negotiations with potential lenders to provide debtor in possession financing to the Debtors.  The Debtors are also negotiating for the right to convert such debtor-in-possession financing into an exit financing that would be available to fund expenses of the Liquidation Trust to the extent it is not repaid on the Effective Date of the Combined Plan and Disclosure Statement.

To the extent that the Debtors obtain debtor in possession financing, the terms of such financing, including the treatment of any DIP Financing Claims, will be included in the Plan Supplement.   Parties interested in learning more about any such debtor in possession financing should monitor the Docket in these Chapter 11 Cases, which can be viewed at the following link: https://www.donlinrecano.com/Clients/cred/Dockets.

## ARTICLE IV.
## TAX CONSEQUENCES

**4.1     Tax Consequences.**

The confirmation and execution of the Combined Plan and Disclosure Statement may have tax consequences to Holders of Claims and Equity Interests.  The Debtors do not offer an opinion as to any federal, state, local or other tax consequences to Holders of Claims and Equity Interests as a result of the confirmation of the Combined Plan and Disclosure Statement.

Under certain circumstances, an individual may be entitled to claim a theft-loss dependent on its individual circumstances. Such losses that arise out of property used in a trade or business or a transaction entered into for profit are deductible in the year in which the loss is sustained and in an amount not to exceed the adjusted tax basis of the property

involved.  Individuals should consult with their own tax advisors to determine if a theft loss deduction is permissible, as well as the timing, amount, and applicable limitations for any such theft loss deduction.

**All Holders of Claims and Equity Interests are urged to consult their own tax advisors with respect to the federal, state, local and foreign tax consequences of this Combined Plan and Disclosure Statement. The Combined Plan and Disclosure Statement is not intended, and should not be construed, as legal or tax advice to any Creditor, Equity Interest Holder or other party in interest.**

## ARTICLE V.
## CERTAIN RISK FACTORS TO BE CONSIDERED

**5.1    Risk Factors to Be Considered**

Holders of Claims should read and consider carefully the risk factors set forth below before voting to accept or reject the Combined Plan and Disclosure Statement.  Although there are many risk factors discussed below, these factors should not be regarded as constituting the only risks present in connection with the Debtors' business or the Combined Plan and Disclosure Statement and its implementation.

(a)    <u>Bankruptcy Law Considerations</u>

The occurrence or non-occurrence of any or all of the following contingencies, and any others, could affect Distributions available to Holders of Allowed Claims under the Combined Plan and Disclosure Statement, but will not necessarily affect the validity of the vote of the Impaired Classes to accept or reject the Combined Plan and Disclosure Statement or necessarily require a re-solicitation of the votes of Holders of Claims in such Impaired Classes.

(i)    <u>Parties in Interest May Object to the Combined Plan and Disclosure Statement's Classification of Claims and Interests</u>.  Section 1122 of the Bankruptcy Code provides that a plan may place a claim or an equity interest in a particular class only if such claim or equity interest is substantially similar to the other claims or equity interests in such class.  The Debtors believe that the classification of the Claims and Equity Interest under the Combined Plan and Disclosure Statement complies with the requirements set forth in the Bankruptcy Code because the Debtors created Classes of Claims and Interests each encompassing Claims or Equity Interest, as applicable, that are substantially similar to the other Claims or Interests, as applicable, in each such Class.  Nevertheless, there can be no assurance that the Bankruptcy Court will reach the same conclusion.

(ii)    <u>The Conditions Precedent to the Effective Date May Not Occur</u>.  As more fully set forth in Article XVI hereof, the Confirmation Date and the Effective Date are subject to a number of conditions precedent.  If such conditions precedent are not met or waived, the Confirmation Date or the Effective Date will not take place.

(iii)     The Debtors May Fail to Satisfy Voting Requirements.  If votes are received in number and amount sufficient to enable the Bankruptcy Court to confirm the Combined Plan and Disclosure Statement, the Debtors intend to seek, as promptly as practicable thereafter, confirmation of the Combined Plan and Disclosure Statement.  In the event that sufficient votes are not received, the Debtors, with the consent of the Committee, may seek to confirm an alternative chapter 11 plan.  There can be no assurance that the terms of any such alternative chapter 11 plan would be similar or as favorable to the Holders of Allowed Claims as those proposed in the Combined Plan and Disclosure Statement.

(iv)     The Debtors May Not Be Able to Secure Confirmation of the Combined Plan and Disclosure Statement.  There can be no assurance that the requisite acceptances to confirm the Combined Plan and Disclosure Statement will be received.  Even if the requisite acceptances are received, there can be no assurance that the Bankruptcy Court will confirm the Combined Plan and Disclosure Statement.  A non-accepting Holder of an Allowed Claim might challenge either the adequacy of the Combined Plan and Disclosure Statement or whether the balloting procedures and voting results satisfy the requirements of the Bankruptcy Code or Bankruptcy Rules.  Even if the Bankruptcy Court determines that the Combined Plan and Disclosure Statement, the balloting procedures, and the voting results are appropriate, the Bankruptcy Court could still decline to confirm the Combined Plan and Disclosure Statement if it finds that any of the statutory requirements for confirmation are not met.

Section 1129 of the Bankruptcy Code sets forth the requirements for confirmation of a chapter 11 plan, and requires, among other things, a finding by the Bankruptcy Court that: (a) such plan "does not unfairly discriminate" and is "fair and equitable" with respect to any non-accepting classes; (b) confirmation of such plan is not likely to be followed by a liquidation or a need for further financial reorganization unless such liquidation or reorganization is contemplated by the plan; and (c) the value of Distributions to non-accepting Holders of claims and equity interests within a particular class under such plan will not be less than the value of Distributions such Holders would receive if the Debtors were liquidated under chapter 7 of the Bankruptcy Code.

Confirmation of the Combined Plan and Disclosure Statement is also subject to certain conditions as described in Article IX hereof.  If the Combined Plan and Disclosure Statement is not confirmed, it is unclear what Distributions, if any, Holders of Allowed Claims will receive on account of such Allowed Claims.

The Debtors, subject to the terms and conditions of the Combined Plan and Disclosure Statement, reserve the right, upon reasonable prior notice to and with the consent of the Committee, to modify the terms and conditions of the Combined Plan and Disclosure Statement as necessary for confirmation.  Any such modifications could result in less favorable treatment of any non-accepting Class, as well as any Class junior to such non-accepting Class, than the treatment currently provided in the Combined Plan and Disclosure Statement.  Such a less

27

favorable treatment could include a Distribution of property with a lesser value than currently provided in the Combined Plan and Disclosure Statement or no Distribution whatsoever under the Combined Plan and Disclosure Statement.

(v)    <u>Nonconsensual Confirmation</u>.  In the event that any Impaired class of claims or interests does not accept a chapter 11 plan, a bankruptcy court may nevertheless confirm a plan at the proponents' request if at least one Impaired class (as defined under section 1124 of the Bankruptcy Code) has accepted the plan (with such acceptance being determined without including the vote of any Insider in such class), and, as to each Impaired class that has not accepted the plan, the bankruptcy court determines that the plan "does not discriminate unfairly" and is "fair and equitable" with respect to the dissenting Impaired class(es).  The Debtors believe that the Combined Plan and Disclosure Statement satisfies these requirements, and the Debtors may request such nonconsensual confirmation in accordance with subsection 1129(b) of the Bankruptcy Code. Nevertheless, there can be no assurance that the Bankruptcy Court will reach this conclusion.  In addition, the pursuit of nonconsensual confirmation or Consummation of the Combined Plan and Disclosure Statement may result in, among other things, increased expenses relating to professional compensation.

(vi)    <u>The Chapter 11 Cases May Be Converted to Cases under Chapter 7 of the Bankruptcy Code</u>.  If the Bankruptcy Court finds that it would be in the best interests of Creditors and/or the debtor in a chapter 11 case, the Bankruptcy Court may convert a chapter 11 bankruptcy case to a case under chapter 7 of the Bankruptcy Code.  In such event, a chapter 7 trustee would be appointed or elected to liquidate the debtor's assets for distribution in accordance with the priorities established by the Bankruptcy Code.  The Debtors believe that liquidation under chapter 7 would result in significantly smaller Distributions being made to Creditors than those provided for in the Combined Plan and Disclosure Statement because of the (a) likelihood that the Assets, including any Cryptocurrency, would have to be sold or otherwise disposed of in a disorderly fashion over a short period of time rather than reorganizing or selling in a controlled manner affecting the business as a going concern, (b) additional administrative expenses involved in the appointment of a chapter 7 trustee, and (c) additional expenses and Claims, some of which would be entitled to priority, that would be generated during the liquidation, including Claims resulting from the rejection of Unexpired Leases and Executory Contracts.

(vii)    <u>The Debtors May Object to the Amount or Classification of a Claim</u>. Except as otherwise provided in the Combined Plan and Disclosure Statement, the Debtors reserve the right to object to the amount or classification of any Claim under the Combined Plan and Disclosure Statement.  The estimates set forth in the Combined Plan and Disclosure Statement cannot be relied upon by any Holder of a Claim, as the Debtors or the Liquidation Trustee may seek to investigate, File, and prosecute Claims and may object to Claims after confirmation of the Combined Plan and Disclosure Statement.

(viii)    <u>Contingencies Could Affect Votes of Impaired Classes to Accept or Reject the Combined Plan and Disclosure Statement</u>.  The Distributions available to Holders of Allowed Claims under the Combined Plan and Disclosure Statement can be affected by a variety of contingencies, including, without limitation, whether the Bankruptcy Court orders certain Allowed Claims to be subordinated to other Allowed Claims.  The occurrence of any and all such contingencies, which could affect Distributions available to Holders of Allowed Claims under the Combined Plan and Disclosure Statement, will not affect the validity of the vote taken by the Impaired Classes to accept or reject the Combined Plan and Disclosure Statement or require any sort of revote by the Impaired Classes.

The estimated Claims and Creditor recoveries set forth in the Combined Plan and Disclosure Statement are based on various assumptions.  Should one or more of the underlying assumptions ultimately prove to be incorrect, the actual Allowed amounts of Claims may vary from the estimated Claims contained herein.  Moreover, Creditor recoveries will depend on the outcome of litigation that may be brought by the Liquidation Trust for the benefit of Creditors.  Litigation outcomes are inherently uncertain and, if the litigation pursued by the Liquidation Trust is unsuccessful, may materially and adversely impact Creditor recoveries.  Furthermore, the Debtors cannot determine with any certainty at this time, the number or amount of Claims that ultimately will be Allowed.  Such differences may materially and adversely affect, among other things, the percentage recoveries to Holders of Allowed Claims under the Combined Plan and Disclosure Statement.

(ix)    <u>Releases, Injunctions, and Exculpations Provisions May Not Be Approved</u>.  Article XVIII hereof provides for certain releases, injunctions, and exculpations, including a release of Liens and third party releases that may otherwise be asserted against the Debtors or the Released Parties.  The releases, injunctions, and exculpations provided herein are subject to objection by parties in interest and may not be approved.

(x)    <u>Risk of Non-Occurrence of the Effective Date</u>.  Although the Debtors believe that the Effective Date may occur quickly after the Confirmation Date, there can be no assurance as to such timing or as to whether the Effective Date will, in fact, occur.  If the Effective Date does not occur, the Combined Plan and Disclosure Statement shall be null and void in all respects and nothing contained herein shall: (a) constitute a waiver or release of any Claims by or Claims against or Equity Interest in the Debtors; (b) prejudice in any manner the rights of the Debtors, any Holder of a Claim or Equity Interest, or any other Entity; (c) constitute an admission, acknowledgment, offer, or undertaking by the Debtors, any Holders of Claims or Equity Interest, or any other Entity in any respect; or (d) be used by the Debtors or any Entity as evidence (or otherwise) in any litigation, including with regard to the strengths or weaknesses of any of the parties' positions, arguments, or claims.

(xi)     Risk of Loss of Exclusive Right to Propose a Plan.  At the outset of the Chapter 11 Cases, the Bankruptcy Code provides the Debtors with the exclusive right to propose a plan and prohibits creditors and others from proposing a plan. If the Bankruptcy Court terminates that right, however, or the exclusivity period expires, there could be a material adverse effect on the Debtors' ability to achieve confirmation of the Combined Plan and Disclosure Statement in order to achieve the Debtors' stated goals.

(b)     Risks Related to Recoveries Provided Under the Combined Plan and Disclosure Statement.

(i)     Timing and Amount of Distributions.  Various factors will impact the amount of recoveries that Holders of Allowed Claims receive, including, without limitation, the degree to which objections to Claims are successful.  Further, due to the nature of litigation, it may take years to fully adjudicate, decide, or resolve objections to Claims.  As a result, Holders of Allowed Claims may not receive final Distributions in accordance herewith for a prolonged period of time following the Effective Date.

(ii)     Uncertainty of Distribution.  No assurances can be made that Holders of Allowed Claims will receive a Distribution as it is possible the Liquidation Trust Expenses will exceed the realizable value of the Liquidation Trust Assets.  In such a scenario, there would be no recovery to Holders of Allowed Claims.

(iii)     Cryptocurrency Distributions.  The Liquidation Trustee shall make good faith efforts to make Equivalent Cryptocurrency Distributions; however, there can be no assurance that the ability to make such Equivalent Cryptocurrency Distributions is guaranteed.  If the Liquidation Trustee cannot make Equivalent Cryptocurrency Distributions for any reason, Distributions will be made to Holders of Customer Claims that made a Cryptocurrency Election in Cash consistent with this Combined Plan and Disclosure Statement.

(iv)     Certain Tax Implications of the Combined Plan and Disclosure Statement. Consummation may result in significant tax implications for the Debtors and Holders of Claims.  Holders of Allowed Claims should abide by Article IV hereof to determine how the tax implications of the Combined Plan and Disclosure Statement and the Chapter 11 Cases may adversely affect the Holders of Claims.

(c)     The Debtors May Not Be Able to Generate Sufficient Cash to Continue in Chapter 11.

The Debtors may not be able to generate sufficient Cash to continue operating in chapter 11 for a prolonged period of time.  It is also unclear whether the Debtors will be able to obtain postpetition financing to fund administrative expenses through confirmation of an alternative chapter 11 plan.

(d)      <u>The Debtors May Be Adversely Affected by Litigation</u>.

The Debtors may become parties to litigation, and litigation in which the Debtors are already a party may not be resolved in their favor.  In general, litigation can be expensive and time consuming to bring or defend.  Litigation could result in settlements or damages that could significantly affect the Debtors' financial positions.  It is also possible that certain parties will commence litigation with respect to the treatment of their Claims under the Combined Plan and Disclosure Statement.  It is not possible to predict the potential litigation that the Debtors may become party to, nor the final resolution of any litigation.  The impact of any such litigation on the Debtors' business and financial stability, however, could be material.

**5.2     Alternatives to this Combined Plan and Disclosure Statement**

In the event the Debtors are unable to obtain sufficient votes or are unable to satisfy the legal requirements to confirm the Combined Plan and Disclosure Statement, the Debtors, with the consent of the Committee, may seek to confirm an alternative chapter 11 plan or convert the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code.  There can be no assurance that the terms of any such alternative chapter 11 plan or sale pursuant to section 363 of the Bankruptcy Code would be similar or as favorable to the Holders of Allowed Claims as those proposed in the Combined Plan and Disclosure Statement.  As set forth in Article VI hereof, the Debtors believe it is unlikely that conversion of the Chapter 11 Cases to cases under chapter 7 will result in greater Distributions to stakeholders.

**ARTICLE  VI.**
**BEST INTERESTS AND FEASIBILITY**

**6.1     Best Interests Test**

Section 1129(a)(7) of the Bankruptcy Code requires that each Holder of an Impaired Claim or Equity Interest either (a) accept the plan or (b) receive or retain under the plan property of a value, as of the Effective Date, that is not less than the value such Holder would receive if the Debtors were liquidated under chapter 7 of the Bankruptcy Code.  Because of the increased expenses that would be incurred in the event of a conversion of the Chapter 11 Cases to cases under chapter 7, the value of any Distributions to Holders of Claims or Equity Interests if the Chapter 11 Cases were converted to cases under chapter 7 would be less than the value of Distributions hereunder.  This is because conversion of the Chapter 11 Cases to chapter 7 would require the appointment of a chapter 7 trustee, and in turn, such chapter 7 trustee's likely retention of new professionals.

The "learning curve" that the chapter 7 trustee and new professionals would be faced with comes with additional costs to the Estates and delay compared to the time of Distributions under the Combined Plan and Disclosure Statement.  As a result, the Debtors believe that their Estates would have fewer funds available for Distribution in a hypothetical chapter 7 liquidation than they would if the Combined Plan and Disclosure Statement is confirmed, and, therefore, Holders of Allowed Claims will recover less in the hypothetical chapter 7 cases.[8]  Accordingly,

---

[8]      A hypothetical chapter 7 liquidation analysis is attached hereto as **<u>Exhibit B</u>**.

the Debtors believe that the "best interests" test of section 1129 of the Bankruptcy Code is satisfied.

## 6.2    Feasibility

Section 1129(a)(11) of the Bankruptcy Code requires that confirmation of the Combined Plan and Disclosure Statement is not likely to be followed by liquidation, or the need for further financial reorganization, of the Debtors or any successors to the Debtors, unless such liquidation or reorganization is proposed in the Combined Plan and Disclosure Statement. As set forth herein, the Debtors commenced the Chapter 11 Cases to allow for an efficient and orderly sale of their Assets, followed by a wind-down process, which the Combined Plan and Disclosure Statement accomplishes. The Debtors will not be conducting any business operations after the Effective Date. As such, provided that the Combined Plan and Disclosure Statement is Consummated, the Debtors' Estates will not be subject to future reorganization or liquidation. Accordingly, the Debtors believe that the Combined Plan and Disclosure Statement is feasible and meets the requirements of section 1129(a)(11) of the Bankruptcy Code.

## ARTICLE  VII.
## SUMMARY OF ASSETS AND TREATMENT OF CLAIMS AND INTERESTS

### 7.1    Summary of Assets

As of the Petition Date, the former book value of the Debtors' Assets was approximately $69 million. Book value is generally computed in accordance with various accounting pronouncements and may not correlate with the fair value of an individual Asset or of the enterprise value of the Debtors as a whole. Moreover, the Debtors have not conducted the impairment analysis which would be required under GAAP for such former book value to be considered a current and reliable book value. Such impairment analysis would likely result in a book value significantly less than the former book value referred to above. The Debtors' Assets broadly consist of Cash and Cash equivalents, Cryptocurrency, technological platforms, loan obligations, and certain other Assets under management.

As of December 31, 2020, the Debtors held approximately $970,000 in Cash. In addition, the Debtors hold a variety of Cryptocurrencies. Certain of these Cryptocurrencies are "liquid" and can be readily converted to Cash. As of December 31, 2020, the Debtors held approximately $5.3 million in liquid Cryptocurrencies. A portion of the Cryptocurrency held by the Debtors is considered "illiquid," the value of which is difficult to determine with any level of certainty and which require the Debtors to overcome additional barriers (which may require additional marketing efforts and/or liquidation in smaller quantities) to convert these "illiquid" Cryptocurrencies into Cash.

The Debtors' Assets also include obligations under customer loans and loans issued by the Debtors. Of note, moKredit is obligated to repay the Debtors approximately $39 million. However, as discussed above, moKredit is currently not making payments on the outstanding principal, and thus the account balance may be partially or completely uncollectible.

The Debtors are owed approximately $8 million for loans issued under the CredBorrow program.  However, these creditors may argue that obligations would only be collected if Collateral was returned, and thus the account balance may be partially or completely uncollectible.  For the purposes of this Plan, the Debtors cannot ascribe value to the moKredit loan obligation as there is no market for any fair valuation purposes nor have the Debtors been able to conduct an impairment analysis which would be necessary to present a book value for the loan.

The Debtors also have certain "assets under management" valued at approximately $3.6 million, as of December 31, 2020, to be returned by certain third-party asset managers.

Additionally, the Debtors own a proprietary technological platform and various Causes of Action, which may be of significant value.

**7.2**    **Summary of Treatment of Claims and Equity Interests**

The following table (a) designates the Classes of Claims against, and Equity Interests in, the Debtors, (b) specifies the Classes of Claims and Equity Interests that are Impaired by the Combined Plan and Disclosure Statement and therefore are deemed to reject the Combined Plan and Disclosure Statement or are entitled to vote to accept or reject the Combined Plan and Disclosure Statement in accordance with section 1126 of the Bankruptcy Code, and (c) specifies the Classes of Claims and Equity Interests that are Unimpaired by the Combined Plan and Disclosure Statement and therefore are deemed to accept the Combined Plan and Disclosure Statement in accordance with section 1126 of the Bankruptcy Code.

| Class | Description | Impairment | Entitled to Vote | Estimated Allowed Claim Amounts | Estimated Recovery Percentage |
|---|---|---|---|---|---|
| 1 | Other Priority Claims | Unimpaired | No (deemed to accept) | $0 | 100% |
| 2 | Secured Tax Claims | Unimpaired | No (deemed to accept) | $0 | 100% |
| 3 | Other Secured Claims | Unimpaired | No (deemed to accept) | Unknown | 100% |
| 4 | General Unsecured Claims | Impaired | Yes | $170.9 million | Unknown |
| 5 | Convenience Claims | Impaired | Yes | $0.5 million | 20%[9] |
| 6 | Subordinated Securities Claims | Impaired | No (deemed to reject) | $0 | 0% |
| 7 | Equity Interests in Debtors | Impaired | No (deemed to reject) | Not applicable | 0% |

## 7.3     Deemed Consolidation

The Combined Plan and Disclosure Statement provides for deemed consolidation of the Debtors' Estates solely for the purposes hereof, including making any Distributions to Holders of Allowed Claims.  Deemed consolidation is a type of substantive consolidation, "under which a consolidation is deemed to exist for purposes of voting and satisfying creditor claims, voting for or against the Plan, and making distributions for allowed claims under it."   *In re Owens Corning*, 419 F.3d 195, 202 (3d Cir. 2005); *see also In re Genesis Health Ventures, Inc.*, 402 F.3d 416, 423-24 (3d Cir. 2005).  It is an equitable remedy that bankruptcy courts may apply in appropriate circumstances.  *See In re Owens Corning*, 419 F.3d 195, 216 (3d Cir. 2005).

Substantive consolidation is appropriate where (i) prepetition the debtors disregarded separateness so significantly their creditors relied on the breakdown of entity borders and treated them as one legal entity or (ii) postpetition the debtors' assets and liabilities are so scrambled that separating them is prohibitive and hurts all creditors.  *In re Owens Corning*, 419 F.3d at 211.; *see also In re Augie/Restivo Baking Co., Ltd.,* 860 F.2d 515, 518 (2d Cir. 1988) (noting that decisions approving substantive consolidation emphasize whether creditors dealt with the entities

---

[9]     The estimated recovery percentage for General Unsecured Claims that exercise the Convenience Class Election is less than 20%.

as a single economic unit or whether the affairs of the debtors are so entangled that consolidation will benefit all creditors).

The Debtors submit that deemed consolidation is appropriate under the law and the facts present here.  Prior to the Petition Date, the Debtors' books and records did not precisely record Assets and Liabilities attributable to each of the Debtors individually.  As a result, it would be a painstaking and costly endeavor to try to unwind the Debtors' business affairs and allocate assets and Liabilities on a Debtor by Debtor basis, to the extent such unwinding and allocation is even possible.  To the extent it is possible, such an allocation would be extremely time consuming and costly, and would greatly diminish the pool of assets available for Distribution to Creditors.

For example, without substantial costs and efforts, including a review of all contracts of the more than 6,500 Customers, the Debtors cannot verify which Customers are creditors of Cred Inc. or Cred (US) LLC.  Based on an initial analysis, several Customer contracts appear to be with Cred Inc., but used a Cred (US) LLC signature block.  The Debtors believe it will be difficult if not impossible to properly allocate the assets and liabilities associated with such contracts on a Debtor by Debtor basis.  Furthermore, a detailed forensic analysis would be needed to identify and reconcile all intercompany transfers, including transfers of Cash and transfers of Cryptocurrencies through Fireblocks.  Moreover, the Debtors are unable to identify the specific Debtor entity that owns the remaining bitcoin, as there was significant movement in bitcoin between the Debtors during normal operations, including commingling of such assets, making tracing of bitcoin to any particular Debtor entity practically impossible.  Finally, the Debtors' platform was used by all operating Debtor entities, and it is practically impossible to allocate the value of that platform to these Debtor entities.

Deemed consolidation for voting and Distribution purposes will avoid these delays and expenses, without causing prejudice to any group of creditors.  Under the Combined Plan and Disclosure Statement, each Creditor within a Class will be treated equally.

## 7.4    Third Party Releases

It is the Debtors' position that the consideration for the third party releases set forth in Section 18.2 hereof and the mechanism by which Holders of Claims who are impaired under the Plan to consent to such releases meet the requirements for third party releases and are consistent with recent chapter 11 cases.  All Impaired Holders of Claims, irrespective of whether they are entitled to vote on the Plan, will receive a Solicitation Package which will include materials allowing such Holders to opt out of the third party release via their Ballot or an Opt-Out Election Form that can mailed or hand-delivered to the Voting Agent.  In addition, the Debtors believe the third party releases are entirely consensual under the established case law in the United States Bankruptcy Court for the District of Delaware.  *See, e.g.*, *In re Indianapolis Downs, LLC, 486 B.R. 286, 304-06* (Bankr. D. Del. 2013).  The Debtors will be prepared to meet their burden to establish the basis for the releases, exculpations, and injunctions for each of the Released Parties as part of confirmation of the Combined Plan and Disclosure Statement.

## ARTICLE VIII.
## CONFIRMATION AND VOTING PROCEDURES

**8.1     Combined Hearing**

A hearing before the Honorable John T. Dorsey has been scheduled for **March 9, 2021 at 2:00 p.m. (prevailing Eastern Time)**, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19081, to consider (i) final approval of the Combined Plan and Disclosure Statement as providing adequate information pursuant to section 1125 of the Bankruptcy Code and (ii) confirmation of the Combined Plan and Disclosure Statement pursuant to section 1129 of the Bankruptcy Code.  The Combined Hearing may be adjourned from time to time by the Bankruptcy Court without further notice, except for an announcement of the adjourned date made at the Combined Hearing or by Filing a notice with the Bankruptcy Court.

**8.2     Procedure for Objections**

Any objection to approval or confirmation of this Combined Plan and Disclosure Statement must: (a) be in writing, (b) conform to the Bankruptcy Rules and Local Bankruptcy Rules, and (c) be filed with the Bankruptcy Court and served so as to be **actually received on or before March 1, 2021 at 4:00 p.m. (prevailing Eastern Time)**, by: (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan, Esq., and Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott D. Cousins; and (ii) counsel to the Committee, McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173, Attn: Timothy W. Walsh and Darren Azman, and 1007 North Orange Street, 4th Floor, Wilmington, DE 19801, Attn: David R. Hurst.

**8.3     Voting Procedures**

(a)     <u>Who May Vote on the Combined Plan and Disclosure Statement</u>

Each Holder of a Class 4 or Class 5 Claim that is not a Disallowed Claim and for which no objection to the allowance thereof, motion to estimate, or action to equitably subordinate or otherwise limit recovery with respect thereto, has been interposed and remains unresolved, or the Holder of a Class 4 or Class 5 Claim that has been temporarily allowed for voting purposes only under Bankruptcy Rule 3018(a) shall be entitled to vote separately to accept or reject the Combined Plan and Disclosure Statement, subject to the procedures set forth in the Disclosure Statement Order or any other applicable order of the Bankruptcy Court.  An Impaired Class of Claims shall have accepted the Combined Plan and Disclosure Statement if: (i) the Holders (other than any Holder designated under section 1126(e) of the Bankruptcy Code) of at least two-thirds in amount of the Allowed Claims actually voting in such Class have voted to accept the Combined Plan and Disclosure Statement, and (ii) the Holders (other than any Holder designated under section 1126(e) of the Bankruptcy Code) of more than one-half in number of the Allowed Claims actually voting in such Class have voted to accept the Combined Plan and Disclosure Statement.

36

Classes 1, 2, and 3 are Unimpaired under the Combined Plan and Disclosure Statement, are each deemed to accept the Combined Plan and Disclosure Statement by operation of law, and are not entitled to vote on the Combined Plan and Disclosure Statement.

Classes 6 and 7 are Impaired under the Combined Plan and Disclosure Statement and are deemed to reject the Combined Plan and Disclosure Statement by operation of law, and are not entitled to vote on the Combined Plan and Disclosure Statement.

Without limiting the foregoing, in the event that any Class of Claims entitled to vote on the Combined Plan and Disclosure Statement fails to accept the Combined Plan and Disclosure Statement as required by section 1129(a) of the Bankruptcy Code, the Combined Plan and Disclosure Statement may be amended or modified in accordance with the terms herein and, in any event, the Debtors, subject to any consent that may be required herein or under the Plan Support Agreement, reserve the right to seek confirmation hereof over such rejection pursuant to section 1129(b) of the Bankruptcy Code.

(b)    Voting Record Date

The Bankruptcy Court has approved the close of business on January 14, 2021 as the voting record date (the "Voting Record Date").  The Voting Record Date is the date for determining (1) which Holders of Claims are entitled to vote to accept or reject the Combined Plan and Disclosure Statement and receive the Solicitation Package and (2) whether Claims have been properly assigned or transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the Holder of a Claim. The Voting Record Date shall apply to all of the Debtors' creditors and other parties in interest.

(c)    Voting Agent

The Debtors have retained Donlin, Recano & Company, Inc. (the "Voting Agent") to, among other things, act as claims and solicitation agent in connection with the solicitation of votes to accept or reject the Combined Plan and Disclosure Statement.  Inquiries relating to the solicitation process, voting instructions, related procedures and copies of the solicitation materials may be directed to the Voting Agent at no charge by: (a) accessing the Debtors' restructuring website at https://www.donlinrecano.com/Clients/cred/Dockets; (b) calling the Voting Agent at (877) 739-9988 (toll free); or (c) emailing DRCvote@DonlinRecano.com.  The Voting Agent, however, is not authorized to provide, and will not provide, legal or financial advice.

(d)    Solicitation Package, Ballots and Notices

The following materials constitute the solicitation package with respect to the Combined Plan and Disclosure Statement enclosed herewith (the "Solicitation Package"):

i.    The appropriate form of Ballot and instructions for completing the Ballot;

ii.   The voting instructions and solicitation procedures approved by the Bankruptcy Court (the "Voting Procedures");

iii.    The Combined Plan and Disclosure Statement with all exhibits;

iv.    A notice of the Combined Hearing approved by the Bankruptcy Court for transmission to Holders of Claims and other parties in interest (the "Combined Hearing Notice");

v.    A copy of the Disclosure Statement Order;

vi.    a letter from the Committee urging creditors to vote to accept the Combined Joint Plan and Disclosure Statement; and

vii.    Such other materials as the Bankruptcy Court may direct.

Only Holders of General Unsecured Claims (Class 4) and Holders of Convenience Claims (Class 5) are entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

(e)    Notices of Non-Voting Status

As set forth above, certain Holders of Claims and Equity Interests are not entitled to vote on the Combined Plan and Disclosure Statement.  As a result, such parties will not receive Solicitation Packages but, instead, will receive the Combined Hearing Notice that explains, among other things, (i) that Classes 1, 2, and 3 are Unimpaired under the Combined Plan and Disclosure Statement and, therefore, are presumed to have accepted the Combined Plan and Disclosure Statement pursuant to section 1126(f) of the Bankruptcy Code; (ii) that Classes 6 and 7 are Impaired under the Combined Plan and Disclosure Statement and are presumed to have rejected the Combined Plan and Disclosure Statement pursuant to section 1126(g) of the Bankruptcy Code; (iii) instructions for how such Holders of Claims and Equity Interests may obtain a copy of the Combined Plan and Disclosure Statement; (iv) the deadline by which to object to confirmation of the Combined Plan and Disclosure Statement; and (v) the Combined Hearing date and time.  In addition, such parties will receive a Notice of Non-Voting Status and an Opt-Out Election Form.

(f)    Contract and Lease Counterparties

Parties to certain of the Debtors' Executory Contracts and Unexpired Leases may not have Claims pending the disposition of their Executory Contracts and Unexpired Leases by assumption or rejection under the Combined Plan and Disclosure Statement.  Such parties nevertheless will receive the Combined Hearing Notice.

(g)    Submission of Ballots and Opt-Out Election Forms

To be counted as a vote to accept or reject the Combined Plan and Disclosure Statement, such Holder's properly completed and executed Ballot must be received by the Voting Agent by the Voting Deadline and in accordance with the voting instructions attached to each Ballot.  The Voting Agent will process and tabulate received Ballots and will File a voting report (the "Voting Report") as soon as practicable on or after the Voting Deadline but prior to the Combined Hearing.  The Voting Report will include (a) a list of all Ballots received but not

counted and the reason for not counting such Ballots and (b) a list of all non-compliant, deficient Ballots for which the Debtors have waived such non-compliance or deficiency. Parties may contact the Voting Agent with any questions related to the Voting Procedures applicable to their Claims.

In addition, Opt-Out Election Forms must also be received by the Voting Agent on or before the Voting Deadline.

## ARTICLE IX.
## PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS, PRIORITY TAX CLAIMS, AND OTHER UNCLASSIFIED CLAIMS

**9.1**    **Administrative Expense Claims**

(a)    Treatment of Non-Professional Fee Administrative Expense Claims

Except to the extent that a Holder of an Allowed Administrative Expense Claim (other than Professional Fee Claims) agrees to a less favorable treatment or has been paid by any applicable Debtor prior to the Effective Date, each Holder of an Allowed Administrative Expense Claim (other than Professional Fee Claims) shall receive, in full, final, and complete satisfaction, settlement, release, and discharge of such Allowed Administrative Expense Claim, Cash in an amount equal to such Allowed Administrative Expense Claim on the latest of: (i) on or as soon as practicable after the Effective Date if such Administrative Expense Claim is Allowed as of the Effective Date; (ii) on or as soon as reasonably practicable after the date such Administrative Expense Claim is Allowed; and (iii) on the date such Allowed Administrative Expense Claim becomes due and payable, or as soon thereafter as is practicable.

(b)    Administrative Expense Claims Bar Date

Holders of Administrative Expense Claims (other than Professional Fee Claims) arising during the period from November 7, 2020 through the Effective Date must File requests for payment of Administrative Expense Claims **on or before 4:00 p.m. (prevailing Eastern Time) on the day that is thirty (30) calendar days after the Effective Date** (the "Administrative Expense Claims Bar Date") and serve such Administrative Expense Claims on the Claims Agent so as to be **actually received on or before the Administrative Expense Claims Bar Date** at the following addresses (the "Claims Agent Service Addresses"):

If by first-class mail:

Cred Inc. Claims Processing Center
c/o Donlin, Recano & Company, Inc.
P.O. Box 199043 Blythebourne Station
Brooklyn, NY 11219

If by hand delivery or overnight:

Cred Inc. Claims Processing Center
c/o Donlin, Recano & Company, Inc.

6201 15th Avenue
Brooklyn, NY 11219

All such requests for payment must: (i) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (ii) be written in the English language; (iii) denominate the claim in lawful currency of the United States as of the Administrative Expense Claims Bar Date; (iv) indicate the particular Debtor against which the claim is asserted; and (v) include supporting documentation (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available. The notice of the Effective Date delivered pursuant to Bankruptcy Rules 2002(c)(3) and 2002(f), substantially in the form included in the Plan Supplement, shall set forth the Administrative Expense Claims Bar Date and shall constitute notice of such bar date.

The following claims are **not** required to be filed on or before the Administrative Expense Claims Bar Date:

    (a)    Professional Fee Claims;

    (b)    Any Administrative Expense Claims that (i) have been previously paid by the Debtors in the ordinary course of business or otherwise or (ii) have otherwise been satisfied;

    (c)    Any Administrative Expense Claim that has been Allowed by prior order of the Bankruptcy Court;

    (d)    Any claims by any current officer, manager, or director of the Debtors immediately prior to the Effective Date;

    (e)    Any claims for fees payable to the Clerk;

    (f)    Any U.S. Trustee Fees; and

    (g)    Any claim by a Governmental Unit for a tax or penalty described in section 503(b)(1)(B) and (C) of the Bankruptcy Code, as provided for in section 503(b)(1)(D).

Any Entity that is required to file a request for payment of an Administrative Expense Claim (other than Professional Fee Claims) under the Combined Plan and Disclosure Statement and that fails to do so by the Administrative Expense Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim, and such Administrative Expense Claim shall not be enforceable against the Liquidation Trust, the Liquidation Trustee, the Debtors, the Estates, and their respective properties, and the Liquidation Trust, the Liquidation Trustee, Debtors, the Estates, and their respective properties shall be forever discharged from any and all Liability with respect to such Administrative Expense Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein. All such Administrative Expense Claims shall, as of the Effective Date, be subject to the permanent injunction pursuant to Section 18.4 hereof and the Confirmation Order.

**9.2    Professional Fee Claims**

All Persons seeking awards by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 330, 331, 363, 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code shall (a) file, on or before the date that is sixty (60) days after the Effective Date, their respective applications for final allowances of compensation for services rendered and reimbursement of expenses incurred and (b) be paid in full, in Cash, in such amounts as are Allowed by the Bankruptcy Court in accordance with the order relating to or allowing any such claim.  The Liquidation Trustee is authorized to pay reasonable compensation for professional services rendered and reimbursement of expenses incurred after the Effective Date in the ordinary course and without the need for Bankruptcy Court approval in accordance with the Liquidation Trust Agreement.

All Allowed Professional Fee Claims shall be paid in full in Cash in such amounts as may be Allowed by the Bankruptcy Court (a) as soon as practicable after the later of the Effective Date and the date on which the Bankruptcy Court enters a final order allowing any such Professional Fee Claim, (b) as otherwise provided in the Bankruptcy Code or approved by the Bankruptcy Court, or (c) as may be agreed upon between the Holder of any such Professional Fee Claim and the Debtors.  Professional Fee Claims shall be satisfied from the Professional Fee Escrow.  If the amount in the Professional Fee Escrow is insufficient to pay in full all Allowed Professional Fee Claims, the deficiency shall be promptly paid by the Liquidation Trustee from the Liquidation Trust Assets, without any further action or order of the Bankruptcy Court.

Professionals shall reasonably estimate their unpaid Professional Fee Claims as of the Effective Date, and shall deliver such estimates to the Debtors no later than five days before the Effective Date; *provided*, *however*, that such estimates shall not be deemed to limit the amount of the Professional Fee Claims that are the subject of each Professional's final request for payment in the Chapter 11 Cases.  If a Professional does not provide an estimate, the Debtors may estimate the unpaid and unbilled fees and expenses of such Professional.

On or before the Effective Date, the Debtors shall establish the Professional Fee Escrow and shall fund such reserve with Cash equal to the Professional Fee Reserve Amount.  The Professional Fee Escrow and the funds therein shall be used for the sole purpose of paying the Allowed Professional Fee Claims and shall not constitute property of the Debtors, their Estates, or the Liquidating Trust; *provided*, that the Liquidating Trust shall hold a residual interest in the Professional Fee Escrow and, upon the satisfaction of all Allowed Professional Fee Claims, any funds remaining in the Professional Fee Escrow shall vest in the Liquidating Trust.

**9.3    Priority Tax Claims**

Each Holder of an Allowed Priority Tax Claim shall receive, in full, final, and complete satisfaction, settlement, release, and discharge of such Allowed Priority Tax Claim, in accordance with section 1129(a)(9)(C) of the Bankruptcy Code, either (a) payment in full in Cash on the Effective Date, (b) payment in regular installment payments within five (5) years of the Petition Date, or (c) such other less favorable treatment to the Holder of an Allowed Priority Tax Claim as to which the Debtor and the Holder of such Allowed Priority Tax Claim shall have

agreed upon in writing. All Allowed Priority Tax Claims that are not due and payable on or before the Effective Date shall be paid in the ordinary course of business in accordance with the terms thereof.

## ARTICLE X.
## TREATMENT OF CLASSIFIED CLAIMS AND EQUITY INTERESTS

**10.1  Class 1: Other Priority Claims**

(a)  <u>Classification</u>: Class 1 shall consist of the Other Priority Claims.

(b)  <u>Treatment</u>: Except to the extent that a Holder of an Other Priority Claim agrees to a less favorable treatment or has been paid by any applicable Debtor prior to the Effective Date, each Holder of an Allowed Other Priority Claim shall receive, in full, final, and complete satisfaction, settlement, release, and discharge of such Allowed Other Priority Claim, Cash in the amount equal to such Allowed Claim, without interest, on or as soon as practicable after the later of (x) the Effective Date and (y) the date that such Claim becomes an Allowed Claim.

(c)  <u>Voting</u>: Class 1 is Unimpaired under the Combined Plan and Disclosure Statement. Holders of Claims in Class 1 are conclusively deemed to have accepted the Combined Plan and Disclosure Statement pursuant to section 1126(f) of the Bankruptcy Code. Holders of Claims in Class 1 are not entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

**10.2  Class 2: Secured Tax Claims**

(a)  <u>Classification</u>: Class 2 shall consist of the Secured Tax Claims.

(b)  <u>Treatment</u>: Except to the extent that a Holder of an Allowed Secured Tax Claim agrees to a less favorable treatment or has been paid by any applicable Debtor prior to the Effective Date, each Holder of an Allowed Secured Tax Claim shall receive, in full, final, and complete satisfaction, settlement, release, and discharge of such Allowed Secured Tax Claim and any Liens securing such Claim, in accordance with section 1129(a)(9)(C) of the Bankruptcy Code, Cash in the amount of such Allowed Secured Tax Claim (a) on, or as soon as practicable after, the latest of: (i) the Effective Date and (ii) the date such Allowed Secured Tax Claim becomes an Allowed Claim; or (b) in regular payments over a period of time not to exceed five (5) years after the Petition Date with interest at a rate determined in accordance with section 511 of the Bankruptcy Code; <u>provided</u>, that the first such regular payment shall represent a percentage recovery at least equal to that expected to be received by the most favored Holders of Allowed General Unsecured Claims; <u>provided</u> <u>further</u>, that the Liquidation Trustee may prepay the entire amount of the Allowed Secured Tax Claim at any time in its sole discretion.

(c)  <u>Voting</u>: Class 2 is Unimpaired under the Combined Plan and Disclosure Statement. Holders of Claims in Class 2 are conclusively deemed to have

accepted the Combined Plan and Disclosure Statement pursuant to section 1126(f) of the Bankruptcy Code.  Holders of Claims in Class 2 are not entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

**10.3    Class 3: Other Secured Claims**

(a)    <u>Classification</u>: Class 3 shall consist of the Other Secured Claims.

(b)    <u>Treatment</u>: Except to the extent that a Holder of an Allowed Other Secured Claim agrees to a less favorable treatment or has been paid by any applicable Debtor prior to the Effective Date, each Holder of an Allowed Other Secured Claim shall receive, in full, final, and complete satisfaction, settlement, release, and discharge of such Allowed Other Secured Claim and any Liens securing such Claim, at the sole option of the Debtors or the Liquidation Trustee, as applicable, (i) Cash in an amount equal to such Allowed Other Secured Claim on or as soon as practicable after the Effective Date, or (ii) the Collateral securing its Allowed Other Secured Claim, in full and complete satisfaction of such Allowed Other Secured Claim on or as soon as practicable after the Effective Date.

(c)    <u>Voting</u>: Class 3 is Unimpaired under the Combined Plan and Disclosure Statement.  Holders of Claims in Class 3 are conclusively deemed to have accepted the Combined Plan and Disclosure Statement pursuant to section 1126(f) of the Bankruptcy Code.  Holders of Claims in Class 3 are not entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

**10.4    Class 4: General Unsecured Claims.**

(a)    <u>Classification</u>: Class 4 shall consist of the General Unsecured Claims.

(b)    <u>Treatment</u>: Except to the extent that a Holder of an Allowed General Unsecured Claim in Class 4 agrees to a less favorable treatment or has been paid by any of the Debtors prior to the Effective Date, each Holder of an Allowed General Unsecured Claim in Class 4 shall receive, in full and final satisfaction, settlement, and release of such Allowed General Unsecured Claim either: (i) a Cash payment equal to such Holder's Distribution Pro Rata Share of Net Distributable Assets; or, if permitted, (ii) with respect to any such Holder that makes a Cryptocurrency Election, a good faith effort shall be made to make distributions in an Equivalent Cryptocurrency Distribution.

(c)    <u>Voting</u>:  Class 4 is Impaired under the Combined Plan and Disclosure Statement.  Holders of Claims in Class 4 are entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

**10.5    Class 5: Convenience Claims.**

(a)    <u>Classification</u>: Class 5 shall consist of the Convenience Claims.

(b)     Treatment:  Except to the extent that a Holder of an Allowed Convenience Claim in Class 5 agrees to a less favorable treatment or has been paid by any of the Debtors prior to the Effective Date, each Holder of an Allowed Convenience Claim in Class 5 shall receive, in full and final satisfaction, settlement, and release of such Allowed Convenience Claim, Cash in an amount equal to 20.0% of the amount of such Allowed Convenience Claim on or as reasonably practicable after the later of (i) the Effective Date or (ii) thirty (30) days after the date on which such Claim becomes Allowed.

(c)     Voting:  Class 5 is Impaired under the Combined Plan and Disclosure Statement. Holders of Claims in Class 5 are entitled to vote to accept or reject the Combined Plan and Disclosure Statement.

**10.6     Class 6: Subordinated Securities Claims**

(a)     Classification: Class 6 shall consist of all Subordinated Securities Claims.

(b)     Treatment: Each Holder of an Allowed Subordinated Securities Claim will not receive or retain any property under the Combined Plan and Disclosure Statement on account of such Allowed Subordinated Securities Claim.  The treatment of Subordinated Securities Claims under the Combined Plan and Disclosure Statement is in accordance with and gives effect to the provisions of section 510(b) of the Bankruptcy Code.

(c)     Voting: Class 6 is Impaired, and Holders of Class 6 Claims are conclusively presumed to have rejected the Combined Plan and Disclosure Statement under section 1126(g) of the Bankruptcy Code.

**10.7     Class 7: Equity Interests in Debtors**

(a)     Classification: Class 7 shall consist of the Equity Interests in the Debtors.

(b)     Treatment: On the Effective Date, the Equity Interests in the Debtors shall be cancelled and the Holders of the Equity Interests shall not be entitled to, and shall not receive or retain, any property on account of such Equity Interests under the Combined Plan and Disclosure Statement.

(c)     Voting: Class 7 is Impaired, and such Holders of Class 7 Claims are conclusively presumed to have rejected the Combined Plan and Disclosure Statement under section 1126(g) of the Bankruptcy Code.

**10.8     Reservation of Rights Regarding Claims and Equity Interests**

Except as otherwise explicitly provided herein, nothing shall affect either the Debtors' or the Liquidation Trustee's rights and defenses, both legal and equitable, with respect to any Claims or Equity Interests, including all rights with respect to legal and equitable defenses to alleged rights of setoff or recoupment.

**ARTICLE XI.**
**ACCEPTANCE OR REJECTION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT**

**11.1    Voting of Claims**

(a)    <u>Classes Entitled to Vote</u>

Each Holder of a Claim, that is not a Disallowed Claim and for which no objection to the allowance thereof, motion to estimate, or action to equitably subordinate or otherwise limit recovery with respect thereto, has been interposed and remains unresolved, in Classes 4 and 5, or the Holder of a Claim that has been temporarily allowed for voting purposes only under Bankruptcy Rule 3018(a) in such Classes, shall be entitled to vote separately to accept or reject the Combined Plan and Disclosure Statement, as provided in the Disclosure Statement Order or any other applicable order of the Bankruptcy Court.

(b)    <u>Classes Deemed to Accept</u>

Each of Classes 1, 2, and 3 are Unimpaired under the Combined Plan and Disclosure Statement, and each such Class is conclusively presumed to have accepted the Combined Plan and Disclosure Statement pursuant to section 1126(f) of the Bankruptcy Code.

(c)    <u>Classes Deemed to Reject</u>

Subordinated Securities Claims in Class 6 and Equity Interests in Class 7 will not receive or retain any property on account of such Claims or Equity Interests under the Combined Plan and Disclosure Statement.  In accordance with section 1126(g) of the Bankruptcy Code, Classes 6 and 7 are conclusively presumed to have rejected the Combined Plan and Disclosure Statement.

**11.2    Elimination of Vacant Classes**

Any Class of Claims or Equity Interests that does not contain, as of the date of the Confirmation Hearing, a Holder of an Allowed Claim or Allowed Equity Interest, or a Holder of a Claim temporarily Allowed under Bankruptcy Rule 3018, shall be deemed deleted from the Combined Plan and Disclosure Statement for all purposes, including for purposes of determining acceptance of the Combined Plan and Disclosure Statement by such Class under section 1129(a)(8) of the Bankruptcy Code.

**11.3    Nonconsensual Confirmation**

If any Impaired Class of Claims entitled to vote shall not accept the Combined Plan and Disclosure Statement by the requisite statutory majority provided in section 1126(c) of the Bankruptcy Code, the Debtors reserve the right to amend the Combined Plan and Disclosure Statement in accordance with Section 20.5 hereof or undertake to have the Bankruptcy Court confirm the Combined Plan and Disclosure Statement under section 1129(b) of the Bankruptcy Code, or both.  With respect to Impaired Classes of Claims that are deemed to reject the Combined Plan and Disclosure Statement, the Debtors shall request that the Bankruptcy Court

confirm the Combined Plan and Disclosure Statement pursuant to section 1129(b) of the Bankruptcy Code.

**11.4    Revocation of the Combined Plan and Disclosure Statement**

Subject to Section 20.6 hereof, the Debtors, after consultation with the Committee, may revoke and withdraw the Combined Plan and Disclosure Statement in its entirety at any time prior to entry of the Confirmation Order.  If the Combined Plan and Disclosure Statement is so revoked or withdrawn, then it shall be deemed null and void.

## ARTICLE  XII.
## MEANS OF IMPLEMENTATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT

In addition to the provisions set forth elsewhere in the Combined Plan and Disclosure Statement, the following shall constitute the means for implementation of the Combined Plan and Disclosure Statement:

**12.1    Limited Substantive Consolidation**

The Combined Plan and Disclosure Statement provides for substantive consolidation of the Debtors' Estates, but solely for the purposes hereof, including making any Distributions to Holders of Allowed Claims.

On the Effective Date, (i) all Assets and Liabilities of the Debtors will, solely for Distribution purposes, be treated as if they were merged, (ii) all Intercompany Claims will be eliminated, (iii) each Claim Filed or to be Filed against the Debtors will be deemed a single nonaggregated Claim against, and a single non-aggregated obligation of, the Debtors, (iv) all guarantees of any Debtor of the payment, performance, or collection of obligations of another Debtor shall be eliminated and canceled; and (v) all transfers, disbursements and Distributions on account of Claims made by or on behalf of any of the Debtors' Estates hereunder will be deemed to be made by or on behalf of all of the Debtors' Estates.  Holders of Allowed Claims entitled to Distributions under this Combined Plan and Disclosure Statement shall be entitled to their Distribution Pro Rata Share on account of such Claim without regard to which Debtor was originally liable for such Claim.  Except as set forth herein, such limited substantive consolidation shall not (other than for purposes related to this Combined Plan and Disclosure Statement) affect the legal and corporate structures of the Debtors.

**12.2    Global Settlement**

Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, the Combined Plan and Disclosure Statement incorporates a compromise and settlement of numerous inter-Debtor, Debtor-Creditor, and inter-Creditor issues designed to achieve an economic settlement of Claims against the Debtors and an efficient resolution of the Chapter 11 Cases.  This global settlement constitutes a settlement of Claims as provided herein, including the validity and enforceability of Intercompany Claims, and the allocation of Assets among the Estates.  The entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of

the compromises and settlements underlying the substantive consolidation of the Debtors' Estates and all other compromises and settlements provided herein. The Bankruptcy Court's findings shall constitute its determination that such compromises and settlements, and the substantive consolidation of the Debtors' Estates, are in the best interests of the Debtors, their Estates, their Creditors, and other parties-in-interest, and are fair, equitable, and within the range of reasonableness. Each provision of the global settlement shall be deemed non-severable from each other and from the remaining terms hereof. As set forth in detail below, the global settlement will be implemented as set forth herein, through the substantive consolidation of the Debtors' Estates, solely for purposes of voting on, and Distributions hereunder.

## 12.3   Liquidation of the Debtors

On the Effective Date, the Debtors will transfer all of their Assets, including the Net Asset Sale Proceeds, if any, and any Excluded Assets, to the Liquidation Trust, for Distribution in accordance herewith. The Confirmation Order shall be deemed to, pursuant to sections 363 and 1123 of the Bankruptcy Code, authorize, among other things, all actions as may be necessary or appropriate to effect any transaction described in, approved by, contemplated by, or necessary to effectuate the Combined Plan and Disclosure Statement, including, to the extent not previously approved, a Sale Transaction.

(a)    Appointment of Liquidation Trustee

The Liquidation Trustee shall be selected by the members of the Committee and shall be identified in the Liquidation Trust Agreement to be filed with the Bankruptcy Court with the Plan Supplement. The appointment of the Liquidation Trustee shall be approved in the Confirmation Order, and the Liquidation Trustee's duties shall commence as of the Effective Date. The Liquidation Trustee shall administer the Combined Plan and Disclosure Statement and the Liquidation Trust and shall serve as a representative of the Estates under section 1123(b) of the Bankruptcy Code for the purpose of enforcing Causes of Action belonging to the Estates.

In accordance with the Liquidation Trust Agreement, the Liquidation Trustee shall serve in such capacity through the earlier of (i) the date on which the Liquidation Trust is dissolved in accordance with Section 12.3(j) hereof and (ii) the date on which such Liquidation Trustee resigns, is terminated, or is otherwise unable to serve; provided, however, that, in the event that the Liquidation Trustee resigns, is terminated, or is otherwise unable to serve, the Trust Advisory Board shall appoint a successor to serve as the Liquidation Trustee in accordance with the Liquidation Trust Agreement. If the Trust Advisory Board does not appoint a successor within the time periods specified in the Liquidation Trust Agreement, then the Bankruptcy Court, upon the motion of any party-in-interest, including counsel to the Liquidation Trust, shall approve a successor to serve as the Liquidation Trustee. Any such successor Liquidation Trustee shall serve in such capacity until the Liquidation Trust is dissolved.

(b)    Responsibilities of Liquidation Trustee

Responsibilities of the Liquidation Trustee shall include, but are not limited to:

(i)    Administering the implementation hereof, including the making of the Distributions contemplated herein;

(ii)    Marshalling, marketing for sale, and liquidating the Estates' Assets;

(iii)   Conducting an analysis of any and all Claims and Equity Interests and prosecuting objections thereto or settling or otherwise compromising such Claims and Equity Interests, if necessary and appropriate, in accordance with Article XIV hereof;

(iv)    Maintaining and administering the Reserves in accordance with the terms hereof;

(v)     Commencing, prosecuting, or settling claims and Causes of Action, enforcing contracts, and asserting claims, defenses, offsets and privileges in accordance herewith and paying all associated costs;

(vi)    Recovering and compelling turnover of the Debtors' property;

(vii)   Adjudicating third-party claims assigned, purchased, or otherwise transferred to the Liquidation Trust;

(viii)  Paying Liquidation Trust Expenses;

(ix)    Abandoning any property constituting the Estates' Assets that cannot be sold or otherwise disposed of for value and whose Distribution to Holders of Allowed Claims would not be feasible or cost-effective in the Liquidation Trustee's reasonable judgment;

(x)     Preparing and filing post-Effective Date operating reports;

(xi)    Filing appropriate tax returns in the exercise of the Liquidation Trustee's fiduciary obligations;

(xii)   Retaining such Professionals as are necessary and appropriate in furtherance of the Liquidation Trustee's fiduciary obligations; and

(xiii)  Taking such actions as are necessary and reasonable to carry out the purposes of the Liquidation Trust, including winding down the Debtors' business affairs.

(c)    <u>Establishment of a Liquidation Trust</u>

Pursuant to the Confirmation Order, the Debtors (not including Cred) will be dissolved and the Liquidation Trust, which may be referred to as the "Cred Liquidation Trust," will be established. The Liquidation Trust will be intended to qualify as a "liquidating trust" as described in Treasury Regulations Section 301.7701-4(d) and Revenue Procedure 94-45, 1994-2 C.B. 684, and will be treated for federal income tax purposes as a "grantor trust" under Internal Revenue Code sections 671-677. The Liquidation Trust shall be managed by the Liquidation Trustee, who shall be selected by the Committee in its sole discretion, and subject to a Trust Advisory Board consisting of each member of the Committee who wishes to continue in such role, and such

additional members nominated by the Committee, if any, as are required for the initial complement of the Trust Advisory Board to be an odd number greater than one.  The Liquidation Trust shall be administered in accordance with the terms of the Liquidation Trust Agreement.

Prior to the Effective Date, any and all of the Estates' Assets shall remain Assets of the Estates pursuant to section 1123(b)(3)(B) of the Bankruptcy Code and on the Effective Date shall, subject to the Liquidation Trust Agreement, be transferred to and vest in the Liquidation Trust.  For the avoidance of doubt, to the extent not otherwise waived in writing, released, settled, assigned or sold pursuant to a prior Order or the Combined Plan and Disclosure Statement, the Liquidation Trustee specifically retains and reserves the right to assert, after the Effective Date, any and all of the claims, Causes of Action (including but not limited to those Causes of Action listed on the Causes of Action List) and related rights, whether or not asserted as of the Effective Date, and all proceeds of the foregoing.

Pursuant to section 1123(b)(3)(B) of the Bankruptcy Code, only the Liquidation Trust and the Liquidation Trustee shall have the right to pursue or not to pursue, or, subject to the terms hereof and the Liquidation Trust Agreement, compromise or settle any Liquidation Trust Assets.  From and after the Effective Date, the Liquidation Trust and the Liquidation Trustee may commence, litigate, and settle any Causes of Action or Claims relating to the Liquidation Trust Assets or rights to payment or Claims that belong to the Debtors as of the Effective Date or are instituted by the Liquidation Trust and Liquidation Trustee on or after the Effective Date, except as otherwise expressly provided herein and in the Liquidation Trust Agreement.  The Liquidation Trust shall be entitled to enforce all defenses and counterclaims to all Claims asserted against the Debtors and their Estates, including setoff, recoupment and any rights under section 502(d) of the Bankruptcy Code.

Other than as set forth herein, no other Entity may pursue such Liquidation Trust Assets on or after the Effective Date.  The Liquidation Trustee shall be deemed hereby substituted as plaintiff, defendant, or in any other capacity for the Debtors in any Causes of Action pending before the Bankruptcy Court or any other court that relates to a Liquidation Trust Asset without the need for filing any motion for such relief.  On the Effective Date, the Debtors and the Liquidation Trustee shall execute the Liquidation Trust Agreement and shall have established the Liquidation Trust pursuant hereto.  In the event of any conflict between the terms of this Article XII and the terms of the Liquidation Trust Agreement, the terms of the Liquidation Trust Agreement shall control.

(d)    Liquidation Trust Assets

Notwithstanding any prohibition of assignability under applicable non-bankruptcy law, on the Effective Date and periodically thereafter if additional Liquidation Trust Assets become available, the Debtors shall be deemed, subject to the Liquidation Trust Agreement, to have automatically transferred to the Liquidation Trust all of their right, title, and interest in and to all of the Liquidation Trust Assets, in accordance with section 1141 of the Bankruptcy Code, including the Debtors' attorney-client privilege.  All such Assets shall automatically vest in the Liquidation Trust free and clear of all Claims, Liens, and other interests, subject only to the Allowed Claims as set forth herein and the expenses of the Liquidation Trust as set forth herein

and in the Liquidation Trust Agreement.  Thereupon, the Debtors shall have no interest in or with respect to the Liquidation Trust Assets or the Liquidation Trust.

      (e)      <u>Treatment of Liquidation Trust for Federal Income Tax Purposes; No Successor-in-Interest</u>

The Liquidation Trust shall be established for the primary purpose of liquidating and distributing the Assets transferred to it, in accordance with Treas. Reg. § 301.7701-4(d), with no objective to continue or engage in the conduct of a trade or business, except to the extent reasonably necessary to, and consistent with, the liquidating purpose of the Liquidation Trust. Accordingly, the Liquidation Trustee may, in an expeditious but orderly manner, liquidate the Liquidation Trust Assets, make timely Distributions to the Liquidation Trust Beneficiaries and not unduly prolong its duration.  The Liquidation Trust shall not be deemed a successor-in-interest of the Debtors for any purpose other than as specifically set forth herein or in the Liquidation Trust Agreement.  The record holders of beneficial interests shall be recorded and set forth in a register maintained by the Liquidation Trustee expressly for such purpose.

The Liquidation Trust is intended to qualify as a "grantor trust" for federal income tax purposes with the Liquidation Trust Beneficiaries treated as grantors and owners of the Liquidation Trust.  For all federal income tax purposes, all parties (including the Debtors, the Liquidation Trustee, and the Liquidation Trust Beneficiaries) shall treat the transfer of the Liquidation Trust Assets by the Debtors to the Liquidation Trust, as set forth in the Liquidation Trust Agreement, as a transfer of such Assets by the Debtors to the Holders of Allowed General Unsecured Claims entitled to Distributions from the Liquidation Trust Assets, followed by a transfer by such Holders to the Liquidation Trust.  Thus, the Liquidation Trust Beneficiaries shall be treated as the grantors and owners of a grantor trust for federal income tax purposes.

As soon as practicable after the Effective Date, the Liquidation Trustee shall make a good faith determination of the fair market value of the Estates' Assets as of the Effective Date, <u>provided</u>, <u>however</u>, that the Liquidation Trustee shall not be required to hire an expert to make such a valuation.  This valuation shall be used consistently by all parties (including the Debtors, the Liquidation Trustee, and the Holders of General Unsecured Claims) for all federal income tax purposes.  The Bankruptcy Court shall resolve any dispute regarding the valuation of the Liquidation Trust Assets.

The right and power of the Liquidation Trustee to invest the Liquidation Trust Assets, the proceeds thereof, or any income earned by the Liquidation Trust, shall be limited to the right and power that a liquidating trust, within the meaning of Section 301.7701-4(d) of the Treasury Regulations, is permitted to hold, pursuant to the Treasury Regulations, or any modification in the IRS guidelines, whether set forth in IRS rulings or other IRS pronouncements.  The Liquidation Trustee may expend the Cash of the Liquidation Trust (i) as reasonably necessary to meet Contingent Liabilities and to maintain the value of the respective Assets of the Liquidation Trust during liquidation, (ii) to pay the respective reasonable administrative expenses (including any taxes imposed on the Liquidation Trust) and (iii) to satisfy other respective Liabilities incurred by the Liquidation Trust in accordance herewith and with the Liquidation Trust Agreement (including the payment of any taxes).

(f)    The Trust Advisory Board.  The Trust Advisory Board shall consist of each member of the Committee who wishes to continue in such role, and such additional members nominated by the Committee, if any, as are required for the initial complement of the Trust Advisory Board to be an odd number greater than one.

The Trust Advisory Board shall have the responsibility to review and advise the Liquidation Trustee with respect to the liquidation and Distribution of the Estates' Assets in accordance herewith and the Liquidation Trust Agreement.  The Debtors or the Committee shall File a notice identifying the members of the Trust Advisory Board no later than five (5) days prior to the Voting Deadline.  Vacancies on the Trust Advisory Board shall be filled by a Person designated by the remaining member or members of the Trust Advisory Board from among the Holders of General Unsecured Claims, and the Trust Advisory Board shall use reasonable efforts to maintain such composition of the members of the Trust Advisory Board as existed prior to the resignation of such member.  The Liquidation Trustee shall have the authority to seek an order from the Bankruptcy Court removing or replacing members of the Trust Advisory Board for cause.  Any successor appointed pursuant to this Section 12.3(f) shall become fully vested with all of the rights, powers, duties and obligations of his or her predecessor.  For the avoidance of doubt, no member of the Trust Advisory Board shall be compensated for serving as a member of the Trust Advisory Board; provided, however, that such members may be reimbursed from the Liquidation Trust for reasonable out of pocket expenses.

Pursuant to the Liquidation Trust Agreement, the Liquidation Trustee will need the consent of at least two (2) members of the Trust Advisory Board, or approval of the Bankruptcy Court, before pursuing any potential Avoidance Actions under 11 U.S.C. § 547.

(g)    Expenses of Liquidation Trustee

The Liquidation Trust Expenses shall be paid from the Liquidation Trust Assets.

(h)    Insurance; Bond

The Liquidation Trustee, in his or her sole discretion, may obtain insurance coverage (in the form of an errors and omissions policy or otherwise) with respect to the Liabilities and obligations of the Liquidation Trustee and the Trust Advisory Board under the Liquidation Trust Agreement.  Unless otherwise agreed to by the Trust Advisory Board, the Liquidation Trustee shall serve with a bond, the terms of which shall be agreed to by the Trust Advisory Board, and the cost and expense of which shall be paid by the Liquidation Trust.

(i)    Fiduciary Duties of the Liquidation Trustee

Pursuant hereto and the Liquidation Trust Agreement, the Liquidation Trustee shall act in a fiduciary capacity on behalf of the interests of all Holders of Claims that will receive Distributions pursuant to the terms hereof.

(j)    Termination of the Liquidation Trust

The Liquidation Trust will terminate on the earlier of: (a) final liquidation, administration and Distribution of the Liquidation Trust Assets in accordance with the terms of the Liquidation

Trust Agreement and the Combined Plan and Disclosure Statement, and its full performance of all other duties and functions as set forth herein or in the Liquidation Trust Agreement; and (b) the fifth (5th) anniversary of the Effective Date.  Notwithstanding the foregoing, multiple fixed term extensions can be obtained so long as Bankruptcy Court approval is obtained within six (6) months before the expiration of the term of the Liquidation Trust and each extended term provided that any further extension would not adversely affect the status of the Liquidation Trust as a liquidating trust within the meaning of Section 301.7701-4(d) of the Treasury Regulations for federal income tax purposes.  After (a) the final Distributions pursuant hereto, (b) the Filing by or on behalf of the Liquidation Trust of a certification of dissolution with the Bankruptcy Court, and (c) any other action deemed appropriate by the Liquidation Trustee, the Liquidation Trust shall be deemed dissolved for all purposes without the necessity for any other or further actions.

(k)      Liability of Liquidation Trustee; Indemnification

Neither the Liquidation Trustee, the Trust Advisory Board, their respective members, employees, employers, designees or professionals, or any of their duly designated agents or representatives (each, an "Exculpation Party" and collectively, the "Exculpation Parties") shall be liable for losses, claims, damages, liabilities or expenses in connection with the affairs of the Liquidation Trust or for the act or omission of any other Exculpation Party, nor shall the Exculpation Parties be liable for any act or omission taken or omitted to be taken pursuant to the discretion, powers and authority conferred, or in good faith believed to be conferred by the Liquidation Trust Agreement or the Combined Plan and Disclosure Statement other than for specific acts or omissions resulting from such Exculpation Party's willful misconduct, gross negligence or actual fraud.  The Liquidation Trustee shall be entitled to enjoy all of the rights, powers, immunities and privileges applicable to a chapter 7 trustee, and the Trust Advisory Board shall be entitled to enjoy all of the rights, powers, immunities and privileges of an official committee of unsecured creditors.  The Liquidation Trustee, or the Trust Advisory Board, may, in connection with the performance of its functions, and in its sole and absolute discretion, consult with its attorneys, accountants, financial advisors and agents, and shall not be liable for any act taken, omitted to be taken, or suffered to be done in accordance with advice or opinions rendered by such persons, regardless of whether such advice or opinions are provided in writing.  Notwithstanding such authority, neither the Liquidation Trustee nor the Trust Advisory Board shall be under any obligation to consult with its attorneys, accountants, financial advisors or agents, and their determination not to do so shall not result in the imposition of liability on the Liquidation Trustee or Trust Advisory Board or their respective members and/or designees, unless such determination is based on willful misconduct, gross negligence, or actual fraud.  The Liquidation Trust shall indemnify and hold harmless the Exculpation Parties (in their capacity as such), from and against and in respect of all Liabilities, losses, damages, claims, costs and expenses (including, without limitation, reasonable attorneys' fees, disbursements, and related expenses) that such parties may incur or to which such parties may become subject in connection with any action, suit, proceeding or investigation brought by or threatened against such parties arising out of or due to their acts or omissions, or consequences of such acts or omissions, with respect to the implementation or administration of the Liquidation Trust or the Combined Plan and Disclosure Statement or the discharge of their duties hereunder; provided, however, that no such indemnification will be made to such Persons for actions or omissions as a result of willful misconduct, gross negligence, or actual fraud.  Persons dealing or having any relationship with

the Liquidation Trustee shall have recourse only to the Liquidation Trust Assets and shall look only to the Liquidation Trust Assets to satisfy any liability or other obligations incurred by the Liquidation Trustee or the Trust Advisory Board to such Person in carrying out the terms of the Liquidation Trust Agreement, and neither the Liquidation Trustee nor the Trust Advisory Board shall have any personal obligation to satisfy any such liability.  The Liquidation Trustee and/or the Trust Advisory Board members shall not be liable whatsoever except for the performance of such duties and obligations as are specifically set forth herein, and no implied covenants or obligations shall be read into the Liquidation Trust Agreement against any of them.  The Liquidation Trust shall promptly pay expenses reasonably incurred by any Exculpation Party in defending, participating in, or settling any action, proceeding or investigation in which such Exculpation Party is a party or is threatened to be made a party or otherwise is participating in connection with the Liquidation Trust Agreement or the duties, acts or omissions of the Liquidation Trustee or otherwise in connection with the affairs of the Liquidation Trust, upon submission of invoices therefor, whether in advance of the final disposition of such action, proceeding, or investigation or otherwise.  Each Exculpation Party hereby undertakes, and the Liquidation Trust hereby accepts his or her undertaking, to repay any and all such amounts so advanced if it shall ultimately be determined that such Exculpated Party is not entitled to be indemnified therefor under the Liquidation Trust Agreement.  The foregoing indemnity in respect of any Exculpation Party shall survive the termination of such Exculpation Party from the capacity for which they are indemnified.

      (l)     <u>Full and Final Satisfaction Against Liquidation Trust</u>

On and after the Effective Date, the Liquidation Trust shall have no liability on account of any Claims or Equity Interests except as set forth herein and in the Liquidation Trust Agreement.  All payments and all Distributions made by the Liquidation Trustee hereunder shall be in full and final satisfaction, settlement, and release of and in exchange for all Claims or Equity Interests against the Debtors.

## 12.4    Effectuating Documents; Further Transactions

The appropriate officer(s) and/or director(s) of the Debtors or the Liquidation Trustee, as applicable, shall be, and hereby are, authorized to execute, deliver, file, and record such contracts, instruments, releases, indentures, certificates, and other agreements or documents, and take such other actions as may be necessary or appropriate to effectuate and further evidence the terms and conditions hereof.

## 12.5    Cancellation of Instruments and Stock

On the Effective Date, except to the extent otherwise provided herein, all instruments, certificates, and other documents evidencing debt or Equity Interests in the Debtors shall be cancelled and the obligations of the Debtors thereunder, or in any way related thereto, shall be discharged, including any and all warrants, options, rights, or interests with respect to such Equity Interests that have been issued, could be issued, or that have been authorized to be issued but that have not been issued; <u>provided</u>, <u>however</u>, that Cred shall issue one (1) share of common stock to the Liquidation Trust.  The Liquidation Trustee shall have all power and authority that may be or could have been exercised, with respect to the Liquidation Trust Assets, by any

officer, director, shareholder or other party acting in the name of the Debtors or their Estates with like effect as if duly authorized, exercised and taken by action of such officers, directors, shareholders or other party.

The Holders of, or parties to, the cancelled notes, membership interests, share certificates, and other agreements and instruments shall have no rights arising from or relating to such notes, share certificates, and other agreements and instruments or the cancellation thereof, except the rights provided pursuant hereto.

**12.6    Disposition of Books and Records**

After the Effective Date, the Debtors shall transfer the Debtors' books and records in the Debtors' possession to the Liquidation Trust.  From and after the Effective Date, the Liquidation Trustee shall continue to preserve and maintain all documents and electronic data transferred to the Liquidation Trust by the Debtors, and the Liquidation Trustee, subject to Section 12.8 hereof, shall not destroy or otherwise abandon any such documents and records (in electronic or paper format) absent further order of the Bankruptcy Court after a hearing upon notice to parties-in-interest; provided, however, that the Liquidation Trustee may destroy or abandon such books and records upon entry of a Final Order closing the last Chapter 11 Case.

**12.7    Corporate Existence and Dissolution of Debtors**

Immediately after the Effective Date, the Liquidation Trustee shall be authorized to take, in his or her sole and absolute discretion, all actions reasonably necessary to dissolve one or more of the Debtors under applicable laws, including under the laws of the jurisdictions in which they may be organized or registered, and to pay all reasonable costs and expenses in connection with such dissolutions, including the costs of preparing or filing any necessary paperwork or documentation.  Upon the final Distributions, any Debtors that have not been previously dissolved shall be deemed dissolved for all purposes without the necessity for other or further actions to be taken by or on behalf of the Debtors, and the Liquidation Trustee shall be authorized to file any certificate of cancellation or other documents as may be necessary or desirable to terminate the legal existence of the Debtors.

**12.8    Closing the Chapter 11 Cases**

Upon the Effective Date, the Chapter 11 Cases for the Debtors, except for Cred, shall be deemed closed, and the Liquidation Trustee shall submit separate orders to the Bankruptcy Court under certification of counsel closing each such Chapter 11 Case.  After all Causes of Action and Disputed Claims have been resolved, the U.S. Trustee Fees have been paid, all of the Estates' Assets have been distributed in accordance herewith, or at such earlier time as the Liquidation Trustee deems appropriate, the Liquidation Trustee shall seek authority from the Bankruptcy Court to close the Chapter 11 Case for Cred, in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

## ARTICLE XIII.
## DISTRIBUTIONS UNDER THE COMBINED PLAN AND DISCLOSURE STATEMENT

**13.1    Distributions on Allowed General Unsecured Claims**

All Allowed General Unsecured Claims held by a single creditor against one or more Debtors shall be aggregated and treated as a single Claim.  At the written request of the Liquidation Trustee, any Creditor holding multiple Allowed General Unsecured Claims shall provide to the Liquidation Trustee a single address to which any Distributions shall be sent.

**13.2    Timing of Distributions**

(a)    <u>Distributions on Account of Allowed A/P/S Claims</u>. The Liquidation Trustee shall pay any Allowed A/P/S Claim against the Debtors, as soon as practicable after the later of (a) the Effective Date and (b) the date upon which any such Claim becomes an Allowed Claim.

(b)    <u>Interim Distributions on Account of Allowed General Unsecured Claims</u>. Subject to approval of the Trust Advisory Board as set forth in the Liquidation Trust Agreement, (a) the Liquidation Trustee may make an interim Distribution to Holders of Allowed General Unsecured Claims at least semi-annually provided that any such Distribution is not unduly burdensome to the Liquidation Trust, and (b) may make more frequent interim Distributions if the Liquidation Trustee determines that such interim Distributions are warranted and economical; <u>provided</u>, <u>however</u>, that any such Distribution shall only be made if the Liquidation Trustee retains amounts reasonably necessary to meet Contingent Liabilities, to maintain the value of the Liquidation Trust Assets during liquidation, and to satisfy other Liabilities or expenses incurred by the Liquidation Trust in accordance herewith or with the Liquidation Trust Agreement.

(c)    <u>Final Distributions on Allowed General Unsecured Claims</u>. Notwithstanding anything else herein, upon the settlement and satisfaction of all A/P/S Claims, the completion of the prosecution and/or settlement of all Claims Objections and Causes of Action, and the completion of the sale and/or liquidation of all Assets, the Liquidation Trustee shall distribute, as soon as practicable, all remaining Liquidation Trust Assets to Holders of Allowed General Unsecured Claims.

**13.3    Delivery of Distributions**

Except as set forth herein, all Distributions to any Holder of an Allowed Claim shall be made: (i) by wire transfer; (ii) at the address of such Holder as set forth on the Schedules Filed with the Bankruptcy Court or on the books and records of the Debtors or its agents, as applicable, unless the Debtors or the Liquidation Trustee have been notified in writing of a change of address, including by the filing of a Proof of Claim by such Holder that contains an address for such Holder different than the address of such Holder as set forth on the Schedules, if being paid in Cash; or, if applicable (iii) with respect to any Holder of a Customer Claim entitled to an Equivalent Cryptocurrency Distribution at the Cryptocurrency Election E-Wallet Address; <u>provided</u>, <u>however</u>, that to receive an Equivalent Cryptocurrency Distribution, Holders of Customer Claims that made a Cryptocurrency Election shall provide their Cryptocurrency Election E-Wallet Address to the Liquidation Trustee.  Nothing herein shall require the Debtors or the Liquidation Trustee to attempt to locate any Holder of an Allowed Claim.

The Liquidation Trustee shall require any Holders of Allowed Claims or other distributee to furnish to the Liquidation Trustee in writing: (i) an Employer Identification Number or Taxpayer Identification Number as assigned by the IRS; (ii) if applicable, bank account and routing numbers; and (iii) if applicable, a Cryptocurrency Election E-Wallet Address, and the Liquidation Trustee may condition any Distribution to any Holders of Allowed Claims or other distributee upon receipt of such identification number and, if applicable, the Cryptocurrency Election E-Wallet Address.  If the Employer Identification Number, Taxpayer Identification Number, if necessary, bank account or routing number, or, if applicable, Cryptocurrency Election E-Wallet Address are not provided by the required deadline established by the Liquidation Trustee, the Claim of any Holders of Allowed Claims or other distributee may be expunged and no Distribution will be made by the Liquidation Trustee to such Holders of Allowed Claims or other distributee.  The Liquidation Trustee may withhold from distributions any withholding tax it determines in its reasonable discretion must be so withheld, including, without limitation, to foreign creditors who have not provided instruments supporting exemption from withholding tax reasonably satisfactory to the Liquidation Trustee.

**13.4    Undeliverable and Unclaimed Distributions**

(a)    Holding Undeliverable and Unclaimed Distributions

If the Distribution to any Holder of an Allowed Claim is returned as undeliverable or is otherwise unclaimed, no additional Distributions shall be made to such Holder unless and until the Liquidation Trustee is notified in writing of such Holder's then-current address.  Nothing contained herein shall require the Liquidation Trustee to attempt to locate any Holder of an Allowed Claim.

The Liquidation Trustee shall make all Distributions that have become deliverable as soon as reasonably practicable after such Distribution has become deliverable or has been claimed.

(b)    Failure to Claim Unclaimed/Undeliverable Distributions

Subject to Section 13.7 hereof, any Holder of an Allowed Claim that does not assert a Claim pursuant hereto for an undeliverable or unclaimed Distribution within six (6) months after the Distribution is made shall be deemed to have its Claim expunged and shall have forfeited its right to such undeliverable or unclaimed Distribution and any subsequent Distribution on account of its Allowed Claim and shall be forever barred and enjoined from asserting any such Claim for an undeliverable or unclaimed Distribution or any subsequent Distribution on account of its Allowed Claims against the Debtors, their Estates, their property or the Assets.  In such cases, such unclaimed/undeliverable Distributions shall be redistributed and paid to Holders of Allowed Claims in accordance herewith, free of any restrictions thereon and notwithstanding any federal or state escheat laws to the contrary.

(c)    Charitable Donations

On or about the time that a final Distribution is made and upon the Liquidation Trustee determining that there are insufficient funds remaining to warrant a further Distribution to Holders of Claims hereunder, the Liquidation Trustee, with the approval of the Trust Advisory

Board, may donate any undistributed funds to one or more charities selected by the Liquidation Trustee, provided that any charity selected shall not be affiliated with or connected to the Debtors or the Liquidation Trustee.

**13.5   Transfer of Claims**

The Claims Register shall remain open after the Effective Date, and the Liquidation Trustee shall recognize any transfer of Claims in accordance with Bankruptcy Rule 3001(e) at any time thereafter, provided that for purposes of each Distribution, the Liquidation Trustee will not recognize any transfer during the period commencing thirty (30) calendar days prior to making any Distribution.  Except as otherwise provided herein, any transfer of a Claim, whether occurring prior to or after the Confirmation Date, shall not affect or alter the classification and treatment of such Claim hereunder, and any such transferred Claim shall be subject to classification and treatment hereunder as if such Claim was held by the transferor who held such Claim on the Petition Date.

**13.6   Manner of Payment**

At the option of the Liquidation Trustee, any Cash payment to be made hereunder may be made by a check, wire transfer, E-Wallet to E-Wallet transfer of Cryptocurrencies, if applicable, or as otherwise required or provided in applicable agreements.

**13.7   Distributions to Cryptocurrency Election E-Wallet Addresses**

The Liquidation Trustee shall maintain records of all distributions made to Cryptocurrency Election E-Wallet Addresses, including confirmations of E-Wallet to E-Wallet transfers.  The Liquidation Trustee is only required to initiate such E-Wallet to E-Wallet transactions.  The Liquidation Trustee is not responsible, and shall not be held liable, for any actions involving transferred Cryptocurrency after the initiation of such E-Wallet to E-Wallet transfers.

**13.8   Time Bar to Cash Payments by Check**

Checks issued by, or on behalf of, the Debtors or the Liquidation Trust on account of Allowed Claims shall be null and void if not negotiated within one hundred and twenty (120) days after the date of issuance thereof.  Requests for reissuance of any check shall be made in writing directly to the Liquidation Trustee by the Holder of the Allowed Claim with respect to which such check originally was issued on or before the later of (a) the first anniversary of the Effective Date, (b) the first anniversary of the date on which the Claim at issue became an Allowed Claim, and (c) nine (9) months after the date the check was issued.  After such dates, all Claims in respect of void checks shall be expunged, extinguished, discharged, and forever barred, and the proceeds of such checks shall revest in the Liquidation Trust.

**13.9   No Fractional Cents**

Notwithstanding any other provision hereof to the contrary, no payment of fractional cents shall be made pursuant hereto. Whenever any payment of a fraction of a cent hereunder would otherwise be required, the actual Distribution made shall reflect a rounding of such

fraction to the nearest whole penny (up or down) with half cents or more being rounded up and fractions less than half of a cent being rounded down.

## 13.10    Setoffs and Recoupment

The Liquidation Trustee may, but shall not be required to, set off against or recoup from any Claim and the payments to be made pursuant hereto in respect of such Claim any Claims of any nature whatsoever that the Debtors may have against the claimant; provided, however, that neither the failure to do so nor the allowance of any Claim hereunder shall constitute a waiver or release by the Debtors or Liquidation Trust of any such claim they may have against such claimant.

## 13.11    Allocation of Plan Distributions Between Principal and Interest

To the extent that any Allowed Claim entitled to a Distribution hereunder consists of indebtedness and other amounts (such as accrued but unpaid interest thereon), such Distribution shall be allocated first to the principal amount of the Claim (as determined for federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of the Claim, to such other amounts.

## 13.12    Distributions After Effective Date

Distributions made after the Effective Date shall be deemed to have been made on the Effective Date.

## 13.13    Interest on Claims

Except as specifically provided for herein or in the Confirmation Order, interest shall not accrue on Claims, and no Holders of a Claim shall be entitled to interest accruing on or after the Petition Date on any Claim. In addition, interest shall not accrue or be paid on any Disputed Claim in respect of the period from the Petition Date through the date such Claim becomes an Allowed Claim.  Except as expressly provided herein, no Claim shall be Allowed to the extent that it is for postpetition interest or other similar charges.

## 13.14    No Distribution in Excess of Allowed Amount of Claim

Notwithstanding anything to the contrary herein, no Holder of an Allowed Claim shall receive in respect of such Claim any Distribution in excess of the Allowed amount of such Claim.

## 13.15    Payment of Taxes on Distributions Received Pursuant to the Combined Plan and Disclosure Statement

All Entities that receive Distributions hereunder shall be responsible for reporting and paying, as applicable, all appropriate federal, state and local taxes on account of such Distributions.  This includes, but is not limited, any amount of tax due to be withheld from Distributions which the Liquidation Trustee did not withhold.

**13.16   Reserves**

On the Effective Date, and after making all Distributions required to be made on the Effective Date hereunder, the Liquidation Trustee shall establish and maintain a separate reserve (each, a "Reserve") for the estimated amount of the Liquidation Trust Expenses, as well as each Class of Claims and Unclassified Claims, which Reserve shall be administered by the Liquidation Trustee.  To the extent that Reserves are established and maintained for the benefit of any Holder of a Disputed Claim, such Reserves shall include a combination of Cryptocurrency and Cash equal to the Distributions that would have been made to the Holder of such Disputed Claim if it were an Allowed Claim in an amount equal to the lesser of (a) the amount of the Disputed Claim, (b) the amount in which the Disputed Claim shall be estimated by the Bankruptcy Court pursuant to section 502 of the Bankruptcy Code for purposes of allowance, which amount, unless otherwise ordered by the Bankruptcy Court, shall constitute and represent the maximum amount in which such Claim ultimately may become an Allowed Claim, or (c) such other amount as may be agreed upon by the Holder of such Disputed Claim and the Liquidation Trustee.

**13.17   *De Minimis* Distributions**

All De Minimis Distributions will be held by the Liquidation Trustee for the benefit of the Holders of Allowed Claims entitled to such De Minimis Distributions.  When the aggregate amount of De Minimis Distributions held by the Liquidation Trustee for the benefit of a Holder of a Claim exceeds $25.00, the Liquidation Trustee will distribute such De Minimis Distributions to such Holder.  If, at the time that the final Distribution hereunder is to be made, the De Minimis Distributions held by the Liquidation Trustee for the benefit of a Holder of a Claim total less than $25.00, such funds shall not be distributed to such Holder, but rather, such Claims shall be deemed expunged and such Distribution shall vest in the Liquidation Trust and be distributed to other Holders of Allowed Claims in accordance with the terms hereof.

**ARTICLE  XIV.**
**PROCEDURES FOR RESOLVING CONTINGENT, UNLIQUIDATED,**
**AND DISPUTED CLAIMS**

**14.1   Claims Administration Responsibilities**

Except as otherwise specifically provided herein and in the Liquidation Trust Agreement, after the Effective Date, the Liquidation Trustee shall have the sole authority, including assumption of the authority of the Debtors with respect to any dispute in respect of a Claim or Equity Interest initiated prior to the Effective Date, (a) to File, withdraw, or litigate to judgment objections to Claims or Equity Interests, (b) to settle or compromise any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court, (c) to amend the Schedules in accordance with the Bankruptcy Code, and (d) to administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.

**14.2    Claims Objections**

Unless a Claim is expressly described as an Allowed Claim pursuant to or under the Combined Plan and Disclosure Statement, or otherwise becomes an Allowed Claim prior to the Effective Date, upon the Effective Date, the Liquidation Trustee shall be deemed to have a reservation of any and all objections of the Estates to any and all Claims and motions or requests for the payment of Claims, whether administrative expense, priority, secured or unsecured, including any and all objections to the validity or amount of any and all alleged Administrative Expense Claims, Priority Tax Claims, Other Priority Claims, Secured Claims, Convenience Claims, General Unsecured Claims, Subordinated Securities Claims, Equity Interests, Liens and security interests, whether under the Bankruptcy Code or other applicable law or contract.  The Debtors' or the Liquidation Trustee's failure to object to any Claim in the Chapter 11 Cases shall be without prejudice to the Liquidation Trustee's rights to contest or otherwise defend against such Claim in the Bankruptcy Court when and if such Claim is sought to be enforced by the Holder of such Claim.

Unless otherwise provided herein or by order of the Bankruptcy Court, any objections to Claims (including Administrative Expense Claims but excluding Professional Fee Claims) by the Liquidation Trustee shall be filed and served not later than 180 days after the later of (i) the Effective Date or (ii) the date such Claim is filed (the "Claims Objection Deadline"); provided that the Liquidation Trustee may request (and the Bankruptcy Court may grant) an extension of such deadline by filing a motion with the Bankruptcy Court, based upon a reasonable exercise of the Liquidation Trustee's business judgment; provided further that with respect to Claims that, as of the Claims Objection Deadline, are subject to a pending objection (an "Initial Objection") wherein the objection to such Claim is ultimately denied, the Claims Objection Deadline shall be extended to the later of sixty (60) calendar days from the date on which (a) the Bankruptcy Court enters an order denying such Initial Objection or (b) any appellate court enters a Final Order reversing or vacating an order of the Bankruptcy Court granting such Initial Objection.  A motion seeking to extend the deadline to object to any Claim shall not be deemed an amendment hereto.

**14.3    Estimation of Claims**

The Liquidation Trustee may (but is not required to) at any time request that the Bankruptcy Court estimate any Contingent Claim, Unliquidated Claim, or Disputed Claim pursuant to section 502(c) of the Bankruptcy Code regardless of whether the Debtors or the Liquidation Trustee, as applicable, previously objected to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction to estimate any Claim at any time during litigation concerning any objection to any Claim, including during the pendency of any appeal relating to any such objection.  In the event that the Bankruptcy Court estimates any Contingent Claim, Unliquidated Claim, or Disputed Claim, the amount so estimated shall constitute either the Allowed amount of such Claim or a maximum limitation on such Claim, as determined by the Bankruptcy Court.  If the estimated amount constitutes a maximum limitation on the amount of such Claim, the Liquidation Trustee may pursue supplementary proceedings to object to the allowance of such Claim.  All of the aforementioned objection, estimation, and resolution procedures are intended to be cumulative

and not exclusive of one another.  Claims may be estimated and subsequently compromised, settled, withdrawn or resolved by any mechanism approved by the Bankruptcy Court.

**14.4    Adjustment to Claims Without Objection**

Any Claim that has been paid, satisfied, amended, or superseded may be adjusted or expunged on the Claims Register by the Claims Agent at the direction of the Liquidation Trustee without the Liquidation Trustee having to file an application, motion, complaint, objection, or any other legal proceeding seeking to object to such Claim and without any further notice to or action, order, or approval of the Bankruptcy Court.

**14.5    No Distributions Pending Allowance**

Notwithstanding any other provision hereof, if any portion of a Claim is Disputed, no payment or Distribution provided hereunder shall be made on account of such Claim unless and until such Disputed Claim becomes Allowed.

**14.6    Distributions After Allowance**

To the extent that a Disputed Claim ultimately becomes an Allowed Claim, Distributions (if any) shall be made to the Holder of such Allowed Claim in accordance with the provisions hereof.

**14.7    Disallowance of Certain Claims**

Any Claims held by Entities from which property is recoverable under section 542, 543, 550, or 553 of the Bankruptcy Code or by an Entity that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, shall be deemed Disallowed pursuant to section 502(d) of the Bankruptcy Code, and such Entities may not receive any Distributions on account of their Claims until such time as such Causes of Action against such Entities have been settled or a Final Order with respect thereto has been entered and all sums due, if any, to the Debtors by such Entity have been turned over or paid to the Liquidation Trust.

**14.8    Amendments to Claims**

On or after the Effective Date, a Claim may not be filed or amended without the prior authorization of the Bankruptcy Court or the Liquidation Trustee, and any such new or amended Claim filed without prior authorization shall be deemed Disallowed in full and expunged without any further action.

**14.9    Claims Paid and Payable by Third Parties**

A Claim shall be Disallowed without an Objection thereto having to be filed and without any further notice to or action, order, or approval of the Bankruptcy Court, to the extent that the holder of such Claim receives payment in full on account of such Claim from a party that is not the Debtors, the Liquidation Trust, or the Liquidation Trustee.  Distributions under the Combined Plan and Disclosure Statement shall be made on account of any Allowed Claim that is payable

pursuant to one of the Debtors' insurance policies solely up to the amount of, and in full and complete satisfaction of, the portion of such Allowed Claim that is within the deductible or self-insured retention under such insurance policy.  Except as provided in this Section 14.9, no Entity shall have any other recourse against the Debtors, the Estates, the Liquidation Trust, or any of their respective properties or assets on account of such deductible or self-insured retention under an insurance policy.

## ARTICLE XV.
## EXECUTORY CONTRACTS AND LEASES

### 15.1    Executory Contracts and Unexpired Leases Deemed Rejected

On the Effective Date, all of the Debtors' Executory Contracts and Unexpired Leases will be deemed rejected as of the Effective Date in accordance with, and subject to, the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, except to the extent (a) the Debtors previously have assumed, assumed and assigned, or rejected such Executory Contract or Unexpired Lease, (b) prior to the Effective Date, the Debtors have filed a motion to assume, assume and assign, or reject an Executory Contract or Unexpired Lease on which the Bankruptcy Court has not ruled, (c) an Executory Contract and Unexpired Lease is identified in the Plan Supplement as an Executory Contract or Unexpired Lease to be assumed or assumed and assigned pursuant hereto, or (d) Executory Contracts and Unexpired Leases under which the counterparty has consented to the extension of the time by which the Debtors must assume or reject to a date beyond the Effective Date.  Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of all rejections of Executory Contracts and Unexpired Leases pursuant to this Section 15.1 and sections 365(a) and 1123 of the Bankruptcy Code.

### 15.2    Bar Date For Rejection Damages

If the rejection by the Debtors of an Executory Contract or an Unexpired Lease pursuant to Section 15.1 hereof results in damages to the other party or parties to such Executory Contract or Unexpired Lease, a Claim for such damages arising from such rejection shall not be enforceable against the Debtors or their Estates or agents, successors, or assigns, unless a Proof of Claim is filed with the Claims Agent **so as to actually be received on or before** the Rejection Bar Date.

Any Entity that is required to file a Proof of Claim arising from the rejection of an Executory Contract or Unexpired Lease hereunder and that fails to timely do so shall be forever barred, estopped, and enjoined from asserting such Claim, and such Claim shall not be enforceable against the Liquidation Trust, the Liquidation Trustee, the Debtors, the Estates, and their respective properties, and the Liquidation Trust, the Liquidation Trustee, Debtors, the Estates, and their respective properties shall be forever discharged from any and all Liabilities with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein.  All such Claims shall, as of the Effective Date, be subject to the permanent injunction pursuant to Section 18.4 hereof and the Confirmation Order.

**ARTICLE  XVI.**
**CONDITIONS PRECEDENT TO THE CONFIRMATION AND THE EFFECTIVE DATE**

**16.1     Conditions Precedent to Confirmation of the Combined Plan and Disclosure Statement**

The following are conditions precedent to confirmation of the Combined Plan and Disclosure Statement:

(a)     The Plan Support Agreement shall not have been terminated;

(b)     The Bankruptcy Court shall have entered the Confirmation Order, in a form and substance reasonably acceptable to the Committee, and the Confirmation Order shall have become a Final Order;

(c)     The final version of all of the schedules, documents, and exhibits, including the Plan Supplement, shall have been filed in form and substance acceptable to the Committee in its reasonable discretion; and

(d)     No breach or failure to comply with the terms of the Definitive Documents, the Confirmation Order or any other material Final Order of the Bankruptcy Court shall have occurred and be continuing.

**16.2     Conditions Precedent to the Effective Date**

The Effective Date shall not occur, and the Combined Plan and Disclosure Statement shall not become effective with respect to the Debtors, unless and until the following conditions are satisfied in full or waived in accordance with Section 16.3 hereof:

(a)     The Plan Support Agreement shall not have been terminated;

(b)     No breach or failure to comply with the terms of the Definitive Documents, the Confirmation Order, or any other material Final Order of the Bankruptcy Court shall have occurred and be continuing;

(c)     The conditions to confirmation delineated in Section 11.1 hereof shall have either been satisfied or waived in accordance herewith;

(d)     All documents required hereunder shall have been delivered'

(e)     The Confirmation Order in form and substance reasonably satisfactory to the Committee shall have been entered by the Bankruptcy Court, and there shall not be a stay or injunction (or similar prohibition) in effect with respect thereto;

(f)     The Debtors and the Liquidation Trustee shall have executed the Liquidation Trust Agreement;

(g) All actions and all agreements, instruments, or other documents necessary to implement the terms and provisions hereof are effected or executed and delivered, as applicable;

(h) The Professional Fee Escrow shall have been established and fully funded in the amount of the Professional Fee Reserve Amount; and

(i) All authorizations, consents, and regulatory approvals, rulings, letters, no-action letters, opinions, or documents, if any, that are necessary to implement the Combined Plan and Disclosure Statement or that are required by the applicable Debtor entity or applicable law, regulation, or order, in connection with the Consummation of the Combined Plan and Disclosure Statement shall have been obtained and not revoked.

**16.3    Waiver of Conditions Precedent to the Effective Date**

Each of the conditions precedent in Section 16.2 hereof may be waived, in whole or in part, by the Debtors, with the consent of the Committee, without leave or order of the Bankruptcy Court and without any formal action on the part of the Bankruptcy Court.  The Debtors and the Liquidation Trustee reserve the right to assert that any appeal from the Confirmation Order shall be moot after the Effective Date.

**16.4    Satisfaction of Conditions**

Except as expressly provided or permitted herein, any actions required to be taken on the Effective Date shall take place and shall be deemed to have occurred simultaneously, and no such action shall be deemed to have occurred prior to the taking of any other such action.  In the event that one or more of the conditions specified in Section 16.2 hereof shall not have occurred or otherwise been waived pursuant to Section 16.3 hereof, (a) the Confirmation Order shall be vacated, (b) the Debtors and all Holders of Claims and Equity Interests shall be restored to the *status quo ante* as of the day immediately preceding the Confirmation Date as though the Confirmation Date never occurred, and (c) the Debtors' obligations with respect to Claims and Equity Interests shall remain unchanged and nothing contained herein shall constitute or be deemed a waiver or release of any Claims or Equity Interests by or against the Debtors or any other Entity or to prejudice in any manner the rights of the Debtors or any Entity in any further proceedings involving the Debtors.

# ARTICLE  XVII.
# EFFECT OF CONFIRMATION

**17.1    Compromise and Settlement of Claims, Equity Interests, and Controversies**

Pursuant to sections 363 and 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the Distributions and other benefits provided pursuant hereto, the provisions hereof shall constitute a good faith compromise of all Claims, Equity Interests, and controversies relating to the contractual, legal, and subordination rights that a Holder of a Claim or Equity Interest may have with respect to any Allowed Claim or Allowed Equity Interest or any Distribution to be made on account of such Allowed Claim or Allowed Equity Interest.  The

entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise or settlement of all such Claims, Equity Interests, and controversies, as well as a finding by the Bankruptcy Court that such compromise or settlement is in the best interests of the Debtors, their Estates, and Holders of Claims and Equity Interests, and is fair, equitable, and reasonable.  In accordance with the provisions hereof, pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), without any further notice to or action, order, or approval of the Bankruptcy Court, after the Effective Date, the Liquidation Trustee may compromise and settle Claims against the Liquidation Trust and Causes of Action against other Entities.

**17.2    Binding Effect**

Subject to the occurrence of the Effective Date, on and after the Confirmation Date, the provisions of the Combined Plan and Disclosure Statement, the Plan Supplement, and the Confirmation Order shall bind (a) any Holder of a Claim against, or Equity Interest in, the Debtors and such Holder's respective successors and assigns (whether or not the Claim or Equity Interests are Impaired hereunder, whether or not such Holder has voted to accept the Combined Plan and Disclosure Statement, and whether or not such Holder is entitled to a Distribution hereunder), (b) all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described herein, (c) each Entity acquiring property hereunder or under the Confirmation Order, and (d) any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.  All Claims and debts shall be fixed, adjusted, or compromised, as applicable, pursuant hereto regardless of whether any Holder of a Claim or debt has voted hereon.

**17.3    Reservation of Causes of Action/Reservation of Rights**

Except with respect to the exculpation in Section 18.1 hereof, nothing contained herein shall be deemed to be a waiver or the relinquishment of any Causes of Action that the Debtors or the Liquidation Trust, as applicable, may have or may choose to assert against any Entity, and such Causes of Action are hereby preserved pursuant to section 1123 of the Bankruptcy Code, including, without limitation, any and all avoidance or equitable subordination actions, recovery Causes of Action and Objections to Claims under sections 105, 502, 510, 542 through 551, and 553 of the Bankruptcy Code, as well as all Causes of Action based upon fraud, theft, conversion, unfair competition, tortious interference, breach of fiduciary duty, common law tort, and similar and related legal theories and Causes of Action.

## ARTICLE  XVIII.
## EXCULPATION, INJUNCTION, AND RELATED PROVISIONS

**18.1    Exculpation**

**None of the Debtors-in-Possession and the current or former directors, officers, employees, Affiliates, agents, accountants, financial advisors, investment bankers, restructuring advisors, attorneys, representatives, and other Professionals of or to the Debtors and the Debtors-in-Possession who served or were employed in such capacities after the Petition Date, and each of their respective agents and representatives, the Released Parties, the Committee, the members of the Committee and the Professionals**

retained by the Committee shall have or incur any Liability for any Claim, Cause of Action, or other assertion of Liability for any act taken or omitted to be taken in connection with or arising out of the Chapter 11 Cases, the sale of the Debtors' Assets, the formulation, dissemination, implementation, approval, confirmation, consummation, or administration hereof, property to be distributed hereunder, or any other act or omission in connection with or arising out of the Chapter 11 Cases, the Combined Plan and Disclosure Statement, or any contract, instrument, document or other agreement related thereto; **provided**, **however**, that the foregoing shall not affect the Liability of any Entity resulting from any such act or omission to the extent such act or omission is determined by a Final Order to have constituted willful misconduct, actual fraud, or gross negligence. This exculpation shall be in addition to, and not in limitation of, all other releases, indemnities, discharges, and any other applicable law or rules protecting such Entities from liability.

**18.2    Releases by Debtors, the Estates, the Liquidation Trust, and the Liquidation Trustee; Third Party Releases**

Effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, (a) the Debtors, (b) their respective Estates, (c) the Liquidation Trust, and (d) the Liquidation Trustee shall release, waive, and discharge unconditionally and forever each of the Released Parties from any and all Claims, Causes of Action, and Liabilities whatsoever (including those arising under the Bankruptcy Code), whether known or unknown, foreseen or unforeseen, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence: (i) taking place before the Petition Date in connection with the Debtors; and (ii) in connection with or arising out of the Debtors' Chapter 11 Cases, the pursuit of confirmation of the Combined Plan and Disclosure Statement, the Consummation thereof, the administration thereof or the property to be distributed thereunder; **provided**, that the foregoing shall not operate as a waiver of or release from any Causes of Action resulting from the willful misconduct, actual fraud, or gross negligence of any Released Party arising under chapter 5 of the Bankruptcy Code.

In addition, effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, the settlements and compromises contained herein, and the Distributions to be made pursuant to the Combined Plan and Disclosure Statement, (a) each of the Debtors, (b) all Holders of Claims or Equity Interests, who (1) vote in favor of the Combined Plan and Disclosure Statement or (2) (A) abstain from voting, are not entitled to vote, or vote to reject the Combined Plan and Disclosure Statement and (B) do not opt out of the this release on a timely submitted Ballot or the Opt-Out Election Form, and (c) with respect to the foregoing subparagraph (b), the current and former Affiliates thereof, and such Entities' and their current and former Affiliates' current and former members, directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and each of their respective current and former members, equity holders, officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other Professionals,

66

each in their capacity as such, shall be deemed to have released and discharged each Released Party from any and all claims and Causes of Action, whether known or unknown, including any derivative claims asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' prepetition operations and activities, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence taking place before the Effective Date.

For the avoidance of doubt, no Insider that is not a Released Party, including, without limitation, James Alexander, Lu Hua, Dan Schatt, Joseph Podulka, and Daniyal Inamullah, will receive a release or exculpation of any kind hereunder, whether from the Debtors or otherwise.

### 18.3    Avoidance Actions/Objections

Except with respect to the exculpation in Section 18.1 hereof and the releases in Section 18.2 hereof, in the Confirmation Order, or by Final Order of the Bankruptcy Court, as applicable, from and after the Effective Date, the Liquidation Trustee shall have the right to prosecute any and all avoidance or equitable subordination actions, recovery Causes of Action, and Objections to Claims under sections 105, 502, 510, 542 through 551, and 553 of the Bankruptcy Code that belong to the Debtors or a Debtor-in-Possession, as well as all Causes of Action, including, without limitation, all Causes of Action based upon fraud, theft, conversion, unfair competition, tortious interference, common law tort, breach of fiduciary duty and similar and related legal theories and Causes of Action.

### 18.4    Injunction

Except as otherwise provided herein, all Entities that have held, hold, or may hold Claims against or Equity Interests in the Debtors or their Estates that arose prior to the Effective Date are permanently enjoined, solely with respect to any such Claims or Equity Interests, from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Debtors, their Estates, the Liquidation Trust, or the Liquidation Trustee; (b) enforcing, attaching, collecting, or recovering, by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Debtors, their Estates, the Liquidation Trust, or the Liquidation Trustee; (c) creating, perfecting, or enforcing, in any manner, directly or indirectly, any Lien or encumbrance against the Debtors, their Estates, the Liquidation Trust, or the Liquidation Trustee; (d) except to the extent permitted by sections 362(b), 553, 559, 560, or 561 of the Bankruptcy Code, asserting any right of setoff, subrogation, or recoupment against the Debtors, their Estates, the Liquidation Trust, or the Liquidation Trustee; (e) pursuing any Claim or Cause of Action released pursuant to the Combined Plan and Disclosure Statement; or (f) taking any actions which interfere with the implementation or Consummation hereof.

The rights afforded herein and the treatment of all Claims and Equity Interests shall be in exchange for and in complete satisfaction of all Claims and Equity Interests of

any nature whatsoever, including any interest accrued on Claims from and after the Petition Date, against the Debtors, any of their respective Assets, properties, or Estates, or the Liquidation Trust.

Notwithstanding any language to the contrary contained herein and/or the Plan Confirmation Order, no provision of this Plan or the Plan Confirmation Order shall (i) preclude the United States Securities and Exchange Commission ("SEC") from enforcing its police or regulatory powers or (ii) enjoin, limit, impair or delay the SEC from commencing or continuing any claims, causes of action, proceeding, or investigations against any Entity other than the Debtors.

**18.5    Terms of Stays and Injunctions**

The stay arising under section 362(a) of the Bankruptcy Code and the injunctions set forth in Section 18.4 hereof or provided for in the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code or otherwise, and extant on the Confirmation Date (excluding any injunctions or stays contained in the Combined Plan and Disclosure Statement or the Confirmation Order), shall permanently remain in full force and effect.

**ARTICLE XIX.**
**RETENTION OF JURISDICTION**

The Bankruptcy Court shall have exclusive jurisdiction of all matters in connection with, arising out of or related to the Chapter 11 Cases and the Combined Plan and Disclosure Statement pursuant to, and for the purposes of, sections 105(a) and 1142 of the Bankruptcy Code, including to:

(a)    Hear and determine pending applications for the assumption or rejection of Executory Contracts or Unexpired Leases and the allowance of cure amounts and Claims resulting therefrom;

(b)    Determine any and all adversary proceedings, applications and contested matters;

(c)    Hear and determine all applications for compensation and reimbursement of expenses under sections 330, 331 and 503(b) of the Bankruptcy Code;

(d)    Hear and determine any Claim Objections (including requests for estimation) in respect of Disputed Claims, in whole or in part;

(e)    Enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified, or vacated;

(f)    Issue such orders in aid of execution hereof, to the extent authorized by section 1142 of the Bankruptcy Code;

(g)    Consider any amendments to or modifications hereof or to cure any defect or omission, or reconcile any inconsistency, in any order of the Bankruptcy Court, including the Confirmation Order;

(h)     Hear and determine disputes or issues arising in connection with the interpretation, implementation or enforcement of the Combined Plan and Disclosure Statement, the Confirmation Order, the Liquidation Trust Agreement, any transactions or payments contemplated hereby or thereby, any agreement, instrument, or other document governing or relating to any of the foregoing or any settlement approved by the Bankruptcy Court;

(i)     Hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505 and 1146 of the Bankruptcy Code (including any request by the Debtors), prior to the Effective Date or request by the Liquidation Trustee after the Effective Date for an expedited determination of tax issues under section 505(b) of the Bankruptcy Code;

(j)     Hear and determine all disputes involving the existence, scope, and nature of the discharges granted under the Combined Plan and Disclosure Statement, the Confirmation Order or the Bankruptcy Code;

(k)     Issue injunctions and effect any other actions that may be necessary or appropriate to restrain interference by any Entity with the Consummation, implementation, or enforcement of the Combined Plan and Disclosure Statement, the Confirmation Order or any other order of the Bankruptcy Court;

(l)     Determine such other matters and for such other purposes as may be provided in the Confirmation Order;

(m)    Hear and determine any rights, Claims or Causes of Action held by or accruing to the Debtors pursuant to the Bankruptcy Code or pursuant to any federal or state statute or legal theory;

(n)     Recover all Assets of the Debtors and property of the Debtors' Estates, wherever located;

(o)     Enforce the terms of the Liquidation Trust Agreement and to decide any claims or disputes which may arise or result from, or be connected with, the Liquidation Trust Agreement, any breach or default under the Liquidation Trust Agreement, or the transactions contemplated by the Liquidation Trust Agreement;

(p)     Enforce the exculpation granted and injunctions issued pursuant to the Combined Plan and Disclosure Statement and the Confirmation Order;

(q)     Enter a final decree closing the Chapter 11 Cases; and

(r)     Hear any other matter not inconsistent with the Bankruptcy Code.

## ARTICLE XX.
## MISCELLANEOUS PROVISIONS

**20.1   Effectuating Documents and Further Transactions**

On or before the Effective Date, and without the need for any further order or authority, the Debtors shall file with the Bankruptcy Court or execute, as appropriate, such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Combined Plan and Disclosure Statement.  The Liquidation Trustee is authorized to execute, deliver, file, or record such contracts, instruments, releases, indentures, and other agreements or documents and take such actions as may be necessary or appropriate to effectuate and further evidence the terms and conditions of Combined Plan and Disclosure Statement and any securities issued pursuant to the Combined Plan and Disclosure Statement.

**20.2    Date of Distributions and Other Actions**

In the event that any payment or act hereunder is required to be made or performed on a date that is not a Business Day, then the making of such payment or the performance of such act may be completed on the next succeeding Business Day, but shall be deemed to have been completed as of the required date.

**20.3    Withholding and Reporting Requirements**

In connection with the Combined Plan and Disclosure Statement and all Distributions hereunder, the Liquidation Trustee shall comply with all applicable withholding, payment, and reporting requirements imposed by any federal, state, provincial, local, or foreign taxing authority, and all Distributions hereunder shall be subject to any such withholding, payment, and reporting requirements.  Notwithstanding the above, each Holder of an Allowed Claim that is to receive a Distribution hereunder shall have the sole and exclusive responsibility for the satisfaction and payment of any tax obligations imposed on such Holder by any Governmental Unit, including income, withholding, and other tax obligations, on account of such Distribution. The Liquidation Trustee has the right, but not the obligation, to refrain from making a Distribution until such Holder has made arrangements satisfactory to the Liquidation Trustee for the payment and satisfaction of such withholding tax obligations or such tax obligation that would be imposed upon the Liquidation Trust in connection with such Distribution.

**20.4    Corporate Action**

On the Effective Date, all matters provided for hereunder that would otherwise require approval of shareholders, directors or managers of one or more of the Debtors shall be in effect from and after the Effective Date pursuant to the applicable general business law of the states in which the Debtors are incorporated or organized, without any requirement of further action by the shareholders, directors or managers of the Debtors.

**20.5    Modification of the Combined Plan and Disclosure Statement**

Alterations, amendments, or modifications hereof or hereto may be proposed in writing by the Debtors, with the consent of the Committee, at any time prior to the Confirmation Date; provided, that the Combined Plan and Disclosure Statement, as altered, amended, or modified, satisfies the conditions of sections 1122 and 1123 of the Bankruptcy Code and the Debtors have complied with section 1125 of the Bankruptcy Code.  The Combined Plan and Disclosure Statement may be altered, amended, or modified at any time after the Confirmation Date and before substantial consummation; provided, that the Combined Plan and Disclosure Statement,

as altered, amended, or modified, satisfies the requirements of sections 1122 and 1123 of the Bankruptcy Code, and the Bankruptcy Court, after notice and a hearing, confirms the Combined Plan and Disclosure Statement, as altered, amended, or modified, under section 1129 of the Bankruptcy Code and the circumstances warrant such alterations, amendments, or modifications. A Holder of a Claim that has accepted the Combined Plan and Disclosure Statement prior to any alteration, amendment, or modification will be deemed to have accepted the Combined Plan and Disclosure Statement, as altered, amended, or modified, if the proposed alteration, amendment, or modification does not materially and adversely change the treatment of the Holders of the Claims.

Prior to the Effective Date, the Debtors, with the consent of the Committee, may make appropriate technical adjustments and modifications hereto without further order or approval of the Bankruptcy Court, provided that such technical adjustments and modifications do not materially change the treatment of Holders of Claims or Equity Interests.

**20.6    Revocation or Withdrawal of the Combined Plan and Disclosure Statement**

The Debtors-in-Possession reserve the right to revoke or withdraw the Combined Plan and Disclosure Statement, with the consent of the Committee, prior to the Confirmation Date. Subject to the foregoing sentence, if the Debtors revoke or withdraw the Combined Plan and Disclosure Statement prior to the Confirmation Date, then the Combined Plan and Disclosure Statement shall be deemed null and void.  In such event, nothing contained herein shall constitute or be deemed a waiver or release of any Claims or Equity Interests by or against the Debtors or any other Entity or to prejudice in any manner the rights of the Debtors or any Entity in any further proceedings involving the Debtors.

**20.7    Plan Supplement**

The Plan Supplement and the documents contained therein shall be filed with the Bankruptcy Court no later than ten (10) calendar days before the deadline for voting to accept or reject the Combined Plan and Disclosure Statement; provided, that the documents included therein may thereafter be amended and supplemented, prior to execution, so long as such amendment or supplement does not materially and adversely change the treatment of Holders of Claims.  The Plan Supplement and the documents contained therein are incorporated into and made a part hereof as if set forth in full herein.

**20.8    Payment of Statutory Fees**

On or before the Effective Date, all fees payable under section 1930 of title 28 of the United States Code, as determined by the Bankruptcy Court at the Combined Hearing, shall be paid in Cash.  Following the Effective Date, all such fees shall be paid by the Liquidation Trustee from the Liquidation Trust Assets until the earlier of the conversion or dismissal of the applicable Chapter 11 Case under section 1112 of the Bankruptcy Code, or the closing of the applicable Chapter 11 Case pursuant to section 350(a) of the Bankruptcy Code.  For the avoidance of doubt, the U.S. Trustee Fees shall be deemed part of the Liquidation Trust Expenses.

**20.9     Dissolution of the Committee**

On the Effective Date, except as provided in this Section 20.9, the Committee shall be dissolved and the members thereof shall be released and discharged of and from all further authority, duties, responsibilities and obligations related to, arising from or in connection with the Chapter 11 Cases, and the retention or employment of the Debtors' and Committee's attorneys, accountants, and other agents, if any, shall terminate, except for purposes of Filing and prosecuting applications for final allowances of compensation for professional services rendered and reimbursement of expenses incurred in connection therewith, or any appeal of the Confirmation Order.

**20.10     Continued Confidentiality Obligations**

Pursuant to the terms thereof, members of and advisors to the Debtors and the Committee, any other holder of a Claim or Interest and their respective predecessors, successors and assigns shall continue to be obligated and bound by the terms of any confidentiality agreement executed by them in connection with this Chapter 11 Case or the Debtor, to the extent that such agreement, by its terms, may continue in effect after the Confirmation Date.

**20.11     Exemption from Transfer Taxes**

Pursuant to section 1146(a) of the Bankruptcy Code, the issuance, transfer or exchange of notes or equity securities under or in connection herewith, the creation of any mortgage, deed of trust, or other security interest, the making or assignment of any lease or sublease or the making or delivery of any deed or other instrument of transfer under, in furtherance of, or in connection herewith, including the issuance of any stock, any merger agreements, or agreements of consolidation, deeds, bills of sale, or assignments executed in connection with any of the transactions contemplated hereunder shall not be subject to any stamp, real estate transfer, mortgage recording, or other similar tax.

**20.12     Expedited Tax Determination**

The Debtors and the Liquidation Trustee are authorized to request an expedited determination of taxes under section 505(b) of the Bankruptcy Code for any or all returns filed for, or on behalf of, the Debtors for any and all taxable periods (or portions thereof) ending after the Petition Date through and including the Effective Date.

**20.13     Exhibits/Schedules**

All exhibits and schedules hereto, including the Plan Supplement, are incorporated into and are a part of the Combined Plan and Disclosure Statement as if set forth in full herein.

**20.14     Substantial Consummation**

On the Effective Date, the Combined Plan and Disclosure Statement shall be deemed to be substantially consummated under sections 1101 and 1127(b) of the Bankruptcy Code.

**20.15    Severability of Combined Plan and Disclosure Statement Provisions**

In the event that, prior to the Confirmation Date, any term or provision hereof is held by the Bankruptcy Court to be invalid, void, or unenforceable, the Bankruptcy Court shall, at the request of the Debtors have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted.  Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions hereof shall remain in full force and effect and shall in no way be affected, Impaired or invalidated by such holding, alteration, or interpretation.  The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision hereof, as it may have been altered or interpreted in accordance with the foregoing, is valid and enforceable in accordance with its terms.

**20.16    Governing Law**

Except to the extent that the Bankruptcy Code or other federal law is applicable, or to the extent an exhibit hereto or Plan Supplement provides otherwise (in which case the governing law specified therein shall be applicable to such exhibit), the rights, duties, and obligations arising hereunder shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware without giving effect to its principles of conflict of law that would require application of the law of another jurisdiction.

**20.17    Reservation of Rights**

If the Combined Plan and Disclosure Statement is not confirmed by a Final Order, or is confirmed and does not become effective, the rights of all parties in interest in the Chapter 11 Cases are and will be reserved in full.  Any concessions or settlements reflected herein, if any, are made for purposes of the Combined Plan and Disclosure Statement only, and if the Combined Plan and Disclosure Statement does not become effective, no party in interest in the Chapter 11 Cases shall be bound or deemed prejudiced by any such concession or settlement.

**20.18    Computation of Time**

In computing any period of time prescribed or allowed by the Combined Plan and Disclosure Statement, the provisions of Rule 9006(a) of the Bankruptcy Rules shall apply.

**20.19    Post-Confirmation Reporting**

Following confirmation of the Combined Plan and Disclosure Statement, the Liquidation Trustee shall file reports of its activities and financial affairs with the Bankruptcy Court, on a quarterly basis, within thirty (30) calendar days after the conclusion of each such period; provided that the Liquidation Trustee's obligation to file such reports with the Bankruptcy Court shall terminate automatically upon the closing of the Chapter 11 Cases.  Any such reports shall be prepared substantially consistent with (both in terms of content and format) the applicable Bankruptcy Court and U.S. Trustee guidelines on such matters.

**20.20   Notices**

All notices, requests and demands to or upon the Debtors or the Liquidation Trustee must be in writing (including by facsimile transmission) to be effective and, unless otherwise expressly provided hereunder, will be deemed to have been duly given or made when actually delivered or, in the case of notice by facsimile transmission, when received during the normal business hours of the Liquidation Trustee (otherwise any such notice shall be deemed to have been received on the next Business Day) and telephonically confirmed, addressed as follows:

If to the Debtors:

> Cred Inc.
> Attn:   Matthew K. Foster, Chief Restructuring Officer
> Sonoran Capital Advisors, LLC
> 1733 N Greenfield Road, Suite 10
> Mesa, Arizona 85205
>
> *with a copy to:*
>
> PAUL HASTINGS LLP
> 200 Park Avenue
> New York, New York 10136
> Attn:   G. Alexander Bongartz, Esq.
>
> *and*
>
> PAUL HASTINGS LLP
> 600 Travis Street, 58th Floor
> Houston, Texas 77002
> Attn:   James T. Grogan, Esq.
>
> *and*
>
> COUSINS LAW LLC
> Brandywine Plaza West
> 1521 Concord Pike, Suite 301
> Wilmington, Delaware 19803
> Attn:   Scott D. Cousins, Esq.

If to the Liquidation Trust or the Liquidation Trustee:

> Liquidation Trust
> [Attn: _____
> c/o firm name
> Street Address
> City, State, ZIP]

*With a copy to:*

    [Counsel firm name
    Attn:
    Street Address
    City, State, ZIP]

If to the Trust Advisory Board:

    [Creditor 1
    c/o counsel firm name
    Attn: _____
    Street address
    City, state, ZIP]

    [Creditor 2
    c/o counsel firm name
    Attn: _____
    Street address
    City, state, ZIP]

    [Creditor 3
    c/o counsel firm name
    Attn: _____
    Street address
    City, state, ZIP]

    After the Effective Date, the Liquidation Trustee may, in its sole discretion, notify Entities that, to continue to receive documents pursuant to Bankruptcy Rule 2002, such Entity must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002.  After the Effective Date, the Liquidation Trustee is authorized to limit the list of Entities receiving documents pursuant to Bankruptcy Rule 2002 to those Entities who have filed such renewed requests.

*[Remainder of page intentionally left blank.]*

Dated: January 21, 2021
       Wilmington, Delaware

Respectfully submitted,

**CRED INC.**

(on behalf of itself and the other Debtors and
Debtors-in-Possession)


By:      _/s/ Matthew K. Foster_____
Name:  Matthew K. Foster
Title:   Chief Restructuring Officer

# Exhibit A

**Causes of Action List**

**Causes of Action List**

- All actual or potential Avoidance Actions pursuant to any applicable section of the Bankruptcy Code including, without limitation, sections 502, 510, 522(f), 522(h), 542, 543, 544, 545, 547, 548, 549, 550, 551 or 553 of the Bankruptcy Code, arising from any transaction involving or concerning the Debtors;

- All actual actions or potential actions, whether legal, equitable or statutory in nature, against Customers, vendors, suppliers or contract counterparties, including without limitation, any and all claims relating to breach of contract, deposits, overpayments, accounts receivable, improper setoff, warranty, indemnity, retention of double payments, retention of misdirected wires, deductions owing or improper deductions taken, or any other claim concerning or arising out of the Customer, vendor, supplier or contractual relationship;

- All actual or potential actions, whether legal, equitable or statutory in nature, against landlords, lessees, sublessees, or assignees arising from various leases, subleases and assignment agreements relating thereto, including, without limitation, any and all claims for unpaid rent, overcharges relating to taxes, common area maintenance and other similar charges;

- All actual or potential actions, whether legal, equitable or statutory in nature, against the Debtors' current or former insurance carriers including, without limitation, any and all claims relating to unpaid reimbursements and claims, overpayment of premiums and fees, breach of contract, indemnity obligations or coverage;

- Any and all rights to payment against any taxing authority or other Governmental Unit including, without limitation, any and all claims for any tax refunds, credits, overpayments, recoupments or offsets that may be due and owing to the Debtors for taxes that the Debtors paid or may have paid to any such taxing authority or other Governmental Unit;

- All actions or potential actions, whether legal, equitable or statutory in nature, relating to deposits or other amounts owed by any Creditor, lessor utility, supplier, vendor, landlord, sub-lessee, assignee or other Person or Entity;

- All actions or potential actions, whether legal, equitable or statutory in nature, arising out of, or relating to, the Debtors' intellectual property rights;

- All actual or potential actions against any of the prepetition directors, officers, employees, attorneys, financial advisors, accountants, investment bankers, agents and representatives of the Debtors, except actions expressly released under the Combined Plan and Disclosure Statement, including, without limitation, any and all claims for breaches of fiduciary duty, breaches of loyalty, breaches of the duty of good faith, negligent mismanagement, wasting of corporate assets, and diversion of corporate opportunity, including, without limitation any and all claims against the Debtors current or former management, directors, and officers.

- All actual or potential actions, whether legal, equitable or statutory in nature, against all Entities, except actions expressly released under the Combined Plan and Disclosure Statement, arising out of, or in connection with, without limitation, any of the Debtors' prepetition management, conduct, marketing, businesses, operations and/or reporting of financial or other information;

- All actions or potential actions, whether legal, equitable or statutory in nature, against any of the Debtors' current or former Professionals, except actions expressly released or exculpated under the Combined Plan and Disclosure Statement, including without limitation any and all claims for breach of fiduciary duty, breach of contract, negligence or professional misconduct malpractice, or other tortious conduct;

- All rights against any Entity, including any shareholder or prepetition member of the Debtors' board of directors, members, and/or officers, for subordination of their Claims pursuant to section 510 of the Bankruptcy Code or against any Entity that has agreed to subordination of their claim pursuant to section 510 of the Bankruptcy Code;

- All actions or potential actions against the prepetition members of the Debtors' board of directors and/or officers, except actions expressly released or exculpated under the Combined Plan and Disclosure Statement;

- All actual or potential actions, whether legal, equitable or statutory in nature, to recover amounts awarded to employees (except for amounts authorized by order of the Bankruptcy Court or required by applicable non-bankruptcy law, or related to an action expressly released under the Combined Plan and Disclosure Statement) under the terms of any prepetition employment, severance agreement, change-in-control agreement, bonus arrangement or other agreement governing, arising out of or related to the employment relationship;

- All actual or potential contract and tort actions that may exist or may subsequently arise, except actions expressly released under the Combined Plan and Disclosure Statement;

- All actual or potential actions whether legal, equitable or statutory in nature, arising out of, or in connection with the Debtors' businesses or operations, except actions expressly released under the Combined Plan and Disclosure Statement; and

- All actual or potential actions, whether legal, equitable or statutory in nature, against any of the (i) Debtors' Insiders, including without limitation Mr. Lu Hua and moKredit and (ii) affiliates (as such term is defined in section 101(2) of the Bankruptcy Code) of the Debtors' Insiders, including without limitation any and all claims for breach of fiduciary duty, breach of contract, negligence, unjust enrichment, fraudulent transfers, common law fraud or any other tortious conduct.

**<u>Exhibit B</u>**

**Liquidation Analysis**

EXHIBIT B

Class: «pclass»

«SEQ»

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF LIQUIDATION OF CRED INC. AND
ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 4:  GENERAL UNSECURED CLAIMS**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS
> MARCH 1, 2021 AT 4:00 P.M. (PREVAILING EASTERN TIME).**

Cred Inc. and its affiliated debtors, as debtors in possession (collectively, the "Debtors") are soliciting votes with respect to the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (with respect to its component parts, as modified, amended, or supplemented from time to time, the "Plan" and the "Disclosure Statement", or, collectively the "Combined Joint Plan and Disclosure Statement").  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Combined Joint Plan and Disclosure Statement.

If you, as of **January 14, 2021** (the "Voting Record Date"), hold a Class 4 General Unsecured Claim, as defined in the Combined Joint Plan and Disclosure Statement, this Ballot permits you to cast your vote to accept or reject the Plan as well as make the Convenience Class Election in accordance with the Plan.  The Disclosure Statement has been approved on an interim basis by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Bankruptcy Court's interim approval of the Disclosure Statement does not indicate the Bankruptcy Court's approval of the Plan.  The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan, (ii) is accepted by the holders of at least two thirds in amount of the interests in each impaired Class of interests who vote on the Plan, and (iii) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**Ballots may be submitted either in hard copy to the Voting Agent or via the Online Portal, as further detailed in the attached Instructions.  Ballots submitted by e-mail or facsimile transmission will not be accepted.  Ballots should not be sent to the Debtors or the Bankruptcy Court.**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

«instance» «ballotid»

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE REVIEW THE COMBINED JOINT PLAN AND DISCLOSURE STATEMENT BEFORE YOU VOTE. THIS BALLOT IS FOR VOTING ALL OF YOUR GENERAL UNSECURED CLAIMS IN CLASS 4. IF YOU HOLD CLAIMS IN MORE THAN ONE CLASS UNDER THE PLAN, YOU WILL RECEIVE A BALLOT FOR EACH CLASS IN WHICH YOU ARE ENTITLED TO VOTE AND MUST COMPLETE A SEPARATE BALLOT FOR EACH CLASS OF CLAIMS.**

**IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2 OR IF BOTH BOXES ARE CHECKED IN ITEM 2, THIS BALLOT WILL BE NOT BE COUNTED.**

**PLEASE REVIEW THE ACKNOWLEDGEMENT CONTAINED IN ITEM 4. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.**  **Voting Amount of Class 4 General Unsecured Claims.**  The undersigned certifies that, as of the Voting Record Date, the undersigned is a holder of General Unsecured Claims in Class 4 of the Plan in the following aggregate amount:

---

### **«v_amt_c»**[2]

---

**Item 2.**  **Vote to Accept or Reject the Plan**.  The undersigned, a holder of the Class 4 General Unsecured Claims set forth in Item 1, votes as follows (check *only* one box below):

| ❑   **ACCEPT** the Plan. | ❑   **REJECT** the Plan. |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖‖‖‖‖‖‖ |

**Item 3.**  **Release.**  You will be bound by the third party release in Section 18.2 of the Plan if you (1) vote in favor of the Plan or (2) abstain from voting or vote to reject the Plan and do not opt out by checking the box at the end of this Item 3.  The third party release in Section 18.2 provides as follows:

> **In addition, effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, the settlements and compromises contained herein, and the Distributions to be made pursuant to the Combined Plan and Disclosure Statement, (a) each of the Debtors, (b) all Holders of Claims or Equity Interests, who (1) vote in favor of the Combined Plan and Disclosure Statement or (2) (A) abstain from voting, are not entitled to vote, or vote to reject the Combined Plan and Disclosure Statement and (B) do not opt out of the this release on a timely submitted Ballot or the Opt -Out Election Form, and (c) with respect to the foregoing subparagraph (b), the current and former Affiliates thereof, and such Entities' and their current and former Affiliates' current and former members, directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and each of their respective current and former members, equity holders, officers, directors, managers,**

---

[2]    For voting purposes only.  Subject to tabulation rules.

«instance» «ballotid»

(abs)                               (a/r) 

**principals, members employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other Professionals, each in their capacity as such, shall be deemed to have released and discharged each Released Party from any and all claims and Causes of Action, whether known or unknown, including any derivative claims asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' prepetition operations and activities, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence taking place before the Effective Date.**

> **For the avoidance of doubt, no Insider that is not a Released Party, including, without limitation, James Alexander, Lu Hua, Dan Schatt, Joseph Podulka, and Daniyal Inamullah, will receive a release or exculpation of any kind hereunder, whether from the Debtors or otherwise.**

"Released Parties" is defined in the Plan as the Professionals retained by the Debtors, Grant Lyon as the Debtors' independent director, Matthew Foster as the Debtors' chief restructuring officer, any other staff supplied by Sonoran Capital Advisors, LLC, the Professionals retained by the Committee, and the respective agents and representatives of each of the foregoing.

---

❏    By checking this box, the undersigned elects to <u>opt out</u> of the release.



---

<u>**Item 4**</u>. **Voluntary Election for Convenience Claim Treatment (Optional).**  As explained in the Combined Joint Plan and Disclosure Statement, you may elect to have your Class 4 Claims treated instead as a Convenience Claim in Class 5 by making a Convenience Class Election.  Making the Convenience Class Election is optional and voluntary; you should compare the treatment of Claims in Class 4 and Class 5 before deciding whether to make the Convenience Class Election.  **If you accept the Convenience Class Election, then you will be deemed to have waived your Class 4 Claims and instead your Claims shall be converted to a Class 5 Convenience Claim in the amount of $1,000.**

The undersigned, a holder of the Class 4 General Unsecured Claims as set forth in <u>Item 1</u>:

---

❏    **ACCEPTS the Convenience Class Election** and the conversion of all its Class 4 General Unsecured Claims into a Class 5 Convenience Claim in the amount of $1,000.



---

3

«SEQ»

**Item 5.**  **Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Combined Joint Plan and Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

Creditor:

«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

4

«pclass»

«SEQ»

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT FOR HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS AND MAKING THE CONVENIENCE CLASS ELECTION**

1.  This Ballot is submitted to you to solicit your vote to accept or reject the Plan.  **PLEASE READ THE COMBINED JOINT PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THE BALLOT.**

2.  Please review the information contained in Item 1 for accuracy.

3.  In the boxes provided in Item 2 of the Ballot, please indicate acceptance or rejection of the Plan.

4.  You must vote your entire Class 4 General Unsecured Claims to accept or reject the Plan.  You may not split your vote.

5.  If you vote in favor of the Plan, you will be bound by the third party release in Section 18.2 of the Plan.  If you vote to reject the Plan or abstain from voting on the Plan you may opt out of the third party release in Section 18.2 of the Plan.  In order to do so, you must check the box in Item 3.

6.  If you wish to make the Convenience Class Election, check the box in Item 4.  If you make the Convenience Class Election, you make this election as to the entire amount of your Class 4 General Unsecured Claims.  You may not split your Class 4 Claims.

7.  Complete the Ballot by providing all the information requested and sign, date, and return the Ballot so that it is **received by the Voting Agent by 4:00 p.m. (prevailing Eastern Time) on March 1, 2021 (the "Voting Deadline").**

    If a Ballot is received after the Voting Deadline, it will not be counted.

8.  Ballots may be submitted by mail, overnight courier or personal delivery to Donlin Recano & Company, Inc. (the "Voting Agent") at the applicable following address:

| **BY UNITED STATES MAIL:** | **BY OVERNIGHT COURIER OR PERSONAL DELIVERY:** |
|---|---|
| Donlin, Recano & Company, Inc. Re: CRED, INC Attn: Voting Department P.O. Box 199043, Blythebourne Station Brooklyn, NY 11219 | Donlin, Recano & Company, Inc. Re: CRED, INC Attn: Voting Department 6201 15th Avenue Brooklyn, NY 11219 |

9.  In the alternative, you may also submit your Ballot via the online portal (the "Online Portal") at https://www.donlinrecano.com/Clients/cred/vote

    Please make sure to follow the instructions at the Online Portal to submit your Ballot.

    **IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

## Unique E-Ballot ID#: «EballotID»

**The Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.  Ballots should not be sent to the Debtors or the Bankruptcy Court.**

5

«instance» «ballotid»

«pclass»

«SEQ»

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an electronic Ballot for each E-Ballot ID# you receive, as applicable.**

**CREDITORS WHO CAST A BALLOT USING THE ONLINE PORTAL SHOULD NOT ALSO SUBMIT A PAPER BALLOT.**

**If your Ballot is not received by the Voting Agent on or before the Voting Deadline your vote will not be counted.**

10. If you hold Claims in more than one voting Class under the Plan, you may receive more than one Ballot.  **Each Ballot you receive is for voting only those Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting General Unsecured Claims in Class 4.**  You must vote all of your General Unsecured Claims in a particular class under the Plan either to accept or reject the Plan.

11. If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing and, if requested, submit satisfactory evidence of your authority to do so (*i.e.*, a power of attorney).

12. Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Disclosure Statement Order which is enclosed with the solicitation materials you received along with this Ballot.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors or the Liquidation Trustee in any other context (*i.e.*, the right of the Debtors or the Liquidation Trustee to contest the amount or validity of any Claim for purposes of allowance under the Plan).

13. The Ballot does not constitute and shall not be deemed a proof of Claim or interest or an assertion of a Claim or interest.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY E-MAIL OR FACSIMILE TRANSMISSION. BALLOTS SHOULD NOT BE SENT TO THE DEBTORS OR THE BANKRUPTCY COURT.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT, DONLIN RECANO & COMPANY, INC. , AT AT (877) 739-9988 (OR OUTSIDE THE U.S. AT (212) 771-1128).**

«instance» «ballotid»

(«crednoseq») «l1»

«pclass»

«SEQ»

[this page intentionally left blank]

«instance» «ballotid»

(«crednoseq») «l1»

«SEQ»

Class: «pclass»

**RE:    CRED INC.,** *et al.*

▮▮|||▮▮▮▮▮

«barhuman»     («seq»/«pclass»)

«l1»

«l2»

«l3»

«l4»

«l5»

«l6»

BID: «ballotid»

▮▮▮▮▮▮▮▮▮▮

8

«instance» «ballotid»

EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF: (I) INTERIM APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF
VOTING RECORD DATE; (III) PROCEDURES AND DEADLINE FOR VOTING ON PLAN; AND
(IV) HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF
PLAN AND RELATED PROCEDURES FOR OBJECTIONS**

**PLEASE TAKE NOTICE THAT:**

1. **Interim Approval of Disclosure Statement**.  On January 21, 2021, the Bankruptcy Court entered an Order (the "Disclosure Statement Order") approving, on an interim basis the Disclosure Statement as set forth in the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (with respect to its component parts, as modified, amended, or supplemented from time to time, the "Plan" and the "Disclosure Statement", or, collectively the "Combined Joint Plan and Disclosure Statement").  The Disclosure Statement Order authorizes the Debtors to solicit votes to accept or reject the Plan.

2. **Combined Hearing**.  The combined hearing (the "Combined Hearing") to consider final approval of the Disclosure Statement and confirmation of the Plan shall be held on **March 9, 2021, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.  The Combined Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date(s) at the Combined Hearing or any continued hearing.  The Debtors may modify the Plan, if necessary, prior to, during, or as a result of the Combined Hearing in accordance with the terms of the Plan without further notice.  **NOTE: Due to the COVID-19 crisis, the Combined Hearing may be conducted remotely. Please refer to the Bankruptcy Court's website for further instructions at https://www.deb.uscourts.gov**.

3. **Record Date for Voting Purposes**.  Holders of claims in Class 4 (General Unsecured Claims) and Class 5 (Convenience Claims) on **January 14, 2021** (the "Voting Record Date") are entitled to vote on the Plan.

4. **Voting Procedures.**  If you are entitled to vote you will receive a solicitation package which shall include a copy of (a) the Disclosure Statement Order, (b) this Notice, (c) the Combined Joint Plan and Disclosure Statement, and (d) a ballot (the "Ballot").  Please review the Ballot of specific instructions as to how to vote.  If you disagree with the amount listed on your ballot, you may contact Debtors' counsel to attempt to try and resolve the matter.  In the event you are unable to reach agreement with the Debtors on the allowed amount of its claim for voting purposes, you may file with the Court a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim in a different amount.  Failure to follow the voting instructions may disqualify your vote.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

5. **Voting Deadline.** The deadline to vote on the Plan is **4:00 p.m. (prevailing Eastern Time) on March 1, 2021** (the "Voting Deadline"). The Debtors' voting agent, Donlin Recano & Company, Inc. (the "Voting Agent"), must receive your ballot by the Voting Deadline otherwise your vote will not be counted.

6. **Parties in Interest Not Entitled to Vote.** Holders of claims in Class 1 (Other Priority Claims), Class 2 (Secured Tax Claims), Class 3 (Other Secured Claims), Class 6 (Subordinated Securities Claims), and Class 7 (Equity Interests in Debtors) are not entitled to vote on the Plan. Such holders will receive an appropriate Notice of Non-Voting Status instead of a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of, your claim and believe that you should be entitled to vote on the Plan, you may contact Debtors' counsel to attempt to try and resolve the matter. In the event you are unable to reach agreement with the Debtors on the allowed amount of its claim for voting purposes, you may file with the Court a Rule 3018 Motion for an order pursuant temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the 7th calendar day before the Voting Deadline. As to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court. Creditors may contact Donlin Recano & Company at (877) 739-9988 (or outside of the U.S. at (212) 771-1128) to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

7. **Objections to Final Approval of Disclosure Statement or Plan Confirmation.** Objections or responses to final approval of the Disclosure Statement or confirmation of the Plan, if any, must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or proposed modification to the Disclosure Statement or Plan, and (iv) be filed, together with proof of service, with the Court and served upon either the following e-mail or physical addresses so as to be actually received by: (a) counsel for the Debtors, (i) Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan (jamesgrogan@paulhastings.com) and Mack Wilson (mackwilson@paulhastings.com), (ii) Paul Hastings LLP, 200 Park Avenue, New York, New York, 10166, Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com), Scott Shelley (scottshelley@paulhastings.com), and Derek Cash (derekcash@paulhastings.com), and (iii) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott D. Cousins (scott.cousins@cousinslaw.com); (b) counsel for the Creditors' Committee, McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173, Attn: Timothy W. Walsh (twwalsh@mwe.com) and Darren Azman (dazman@mwe.com); and (c) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Joseph J. McMahon, Jr. (joseph.mcmahon@usdoj.gov) and John Schanne (john.schanne@usdoj.gov), so as to be actually received no later than **4:00 p.m. (prevailing Eastern Time), on March 1, 2021**. Failure to file and serve any objection to final approval of the Disclosure Statement or confirmation of the Plan in conformity with the foregoing procedures may result in the objecting party not being heard at the hearing.

8. **Additional Information.** For more information about the solicitation procedures, or for copies of the Combined Joint Plan and Disclosure Statement, parties should contact the Debtors' Voting Agent, Donlin Recano & Company, Inc., at (877) 739-9988 (or outside of the U.S. at (212) 771-1128). The Combined Joint Plan and Disclosure Statement and related documents may be examined free of charge at https://donlinrecano.com/clients/cred/Index. The Combined Joint Plan and Disclosure Statement are also on file with the Court and may be viewed by accessing the Court's website at www.deb.uscourts.gov. To access documents on the Court's website, you will need a PACER password and login, which you can be obtained at www.pacer.psc.uscourts.gov.

Dated: January 22, 2021
      Wilmington, Delaware

                                       Scott D. Cousins
                                       **COUSINS LAW LLC**
                                       Brandywine Plaza West
                                       1521 Concord Pike, Suite 301
                                       Wilmington, Delaware 19803

                                       *Co-Counsel to the Debtors*

EXHIBIT D

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**Of CRED INC.,** *ET AL.*

Chapter 11 Case No. 20-12836 (JTD)
In the United States Bankruptcy Court
for the District of Delaware

c/o McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173

---

All communications from the Committee to General Unsecured Creditors are available at
**https://cases.stretto.com/Credcommittee/**

All pleadings and other court filings in these Chapter 11 Cases are available at
**https://www.donlinrecano.com/Clients/cred/Index**

---

**To: Holders of General Unsecured Claims**

The Official Committee of Unsecured Creditors (the "Committee") was appointed by the Office of the United States Trustee to represent the interests of all unsecured creditors in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of Cred Inc., *et al.* (collectively, the "Debtors").  We write to advise you of the Committee's position regarding the *Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Plan")[1] filed by the Debtors, which we strongly urge all unsecured creditors to accept.

The Committee is conscious of the unique challenges of these Chapter 11 Cases, being the first of their kind in the United States to deal with certain cryptocurrency issues. Furthermore, the large majority of unsecured creditors in these Chapter 11 Cases are also the Debtors' former customers.  The involvement of more than 6,500 customers in a case of this kind has posed considerable logistical challenges, and the Committee is very grateful for the unsecured creditors' patience and support.

---

[1] All capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

**BACKGROUND**

A.   The Committee's Efforts

Since its appointment,[2] the Committee has been actively involved in the Chapter 11 Cases. Among other things, the Committee, with the advice of its professionals, McDermott Will & Emery LLP and Dundon Advisors LLC, has (i) scrutinized the proposed sale of the Debtors' assets; (ii) focused on reducing the costs and expenses of administering the Debtors' estates; (iii) tracing and attempting to freeze the Debtors' fraudulently transferred cryptocurrency assets; (iv) investigated certain of the Debtors' prepetition and postpetition conduct and affairs; (v) analyzed and gained an in-depth understanding of the value of the Debtors' assets; and (vi) evaluated immediate action items to maximize the recovery for all unsecured creditors.  Notably, however, the Debtors did not maintain organized books and records, which has resulted in the need for considerable reconciliation of the Debtors' financial transactions to build a more coherent picture of the Debtors' assets and liabilities.

The Committee and its professionals continue to work tirelessly to secure inflows of value to the Debtors' estates, which efforts include, among other things: (i) discussions with moKredit and Lu Hua; (ii) evaluating the Debtors' various insurance policies, correspondence with the Debtors' insurance brokers and agents, and pursuing claims under these policies; (iii) evaluating the Debtors' illiquid cryptocurrency holdings and their respective valuations; (iv) seeking return of assets from asset managers and other third parties; (v) seeking the repayment of loans to the Debtors; (vi) overseeing the careful management of the Debtors' liquid cryptocurrency; and (vii) continuing the ongoing recovery efforts against James Alexander and the Quantacoin impostor.

Moreover, the Committee continues to work closely with the Debtors in order to: (i) conclude the Chapter 11 Cases as quickly as possible; (ii) minimize administrative costs; and (iii) transition the Debtors' assets, including causes of action, into a liquidation trust (the "Trust"). The primary purpose of the Trust is to litigate the Debtors' claims against third parties to maximize recoveries for creditors.  It is important to note that the bankruptcy process is time consuming and expensive; thus, quickly transitioning to a Liquidation Trust may greatly reduce administrative costs for the benefit of creditors.

B.   The Sale Process

As you know, the Committee and the Debtors entered into a Plan Support Agreement (the "PSA"), which, among other things, sets forth certain milestones, culminating in confirmation of

---

[2] On January 8, 2021, the Bankruptcy Court entered an Order approving the appointment of Robert J. Stark as the examiner in these Chapter 11 Cases (the "Examiner"). The Examiner's role is to investigate the Debtors' conduct. The Examiner will provide a report of his findings. The Committee's investigations will not be duplicative of the Examiner's investigation.

a chapter 11 plan of liquidation (the "Plan") that is scheduled to be heard by the Court on March 8, 2020.  Another milestone in the PSA relates to the Debtors' efforts to sell their assets.[3] Specifically, if the Debtors have not executed a binding stalking horse agreement to sell all or substantially all of their assets on or prior to January 15, 2021, the Debtors are obligated to terminate the sale process, which includes the termination of Teneo Capital LLC ("Teneo"), the Debtors' investment banker.

Unfortunately, despite receiving various forms of interest from prospective purchasers, no purchaser submitted an acceptable offer.  Moreover, the various indications of interest received by the Debtors were of uncertain benefit to the Debtors' estate after taking into account administrative costs that would result from consummating a transaction.  Accordingly, in an effort to minimize administrative costs, the Committee immediately requested that the Debtors terminate Teneo, as well as all employees who are no longer necessary to assist with the sale process.  On January 15, 2021, the Debtors terminated (i) Teneo and (ii) all but two Debtor employees who are necessary for matters unrelated to the sale process.  To be clear, Mr. Schatt is no longer employed by the Debtors and is not receiving any form of compensation.

Although the sale process is currently at a standstill, if a future purchaser presents an offer, either to the Debtors prior to Plan confirmation or to the Liquidation Trustee after all assets are transferred to the Trust, the Committee will diligently review such offer and determine whether the sale is in the best interests of creditors.

C.      The Plan

The Debtors have the exclusive right to file a proposed chapter 11 plan through March 7, 2021.[4]  Upon the expiration of the exclusivity period, any interested party may file a proposed chapter 11 plan.  Given the multitude of interested parties, analyzing multiple plans, explaining the benefits thereof, and soliciting votes from creditors will further increase the administrative costs incurred by the Debtors and the Committee and likely significantly delay the conclusion of the Chapter 11 Cases.  Avoiding such an unfavorable outcome is one of the advantages of working collaboratively with the Debtors.

The Committee has worked with the Debtors to establish an expedited timeline to confirm the Plan, which will transfer all of the Debtors' assets, including all claims and causes of

---

[3] In addition to the milestones set forth in this paragraph the milestones also include, among other things: (i) sets forth certain milestones, culminating in a confirmation hearing on the Plan no later than March 17, 2021; (ii) establishes a budget for the administration of the Chapter 11 Cases; (iii) requires the Debtors to provide the Committee with weekly financial reports; (iv) requires the Debtors to cooperate with the Committee; and (v) grants the Committee derivative standing to pursue certain causes of action held by the Debtors.

[4] The Debtors may seek court approval to extend the exclusivity period.  If the Debtors' seek such relief, the Committee will analyze whether such an extension is appropriate.

action, into the Trust.  The Trust will be managed by a Liquidation Trustee, which will be selected by the Committee.  In turn, the Liquidation Trustee will be overseen by a Trust Advisory Board, which will be comprised of at least three members of the Committee.  Under the guidance of the Trust Advisory Board, the Liquidation Trustee will be directed to pursue a comprehensive and aggressive strategy to recover value through various causes of action, including, without limitation, avoidance actions, fraud, breach of fiduciary duty, malfeasance, gross negligence, negligence, other torts, and/or breach of contract in relation to the directors, officers, insiders, partners, professionals, advisers, custodians, associates, and third parties (collectively, the "Causes of Action").  The chapter 11 bankruptcy process is extremely costly, and therefore it is more cost effective for the Debtors to quickly conclude these Chapter 11 Cases and assign the Causes of Action to the Trust.  In the meantime, the Committee's cryptocurrency tracing and freezing efforts will continue, along with any other actions that are necessary to prevent the dissipation of assets.

The bankruptcy process provides substantial safeguards to ensure that the Debtors discharge their fiduciary obligations to creditors and submit a chapter 11 plan that, among other things, is in the creditors' best interests.  On or before February 24, 2021, we anticipate that the Debtors will submit a brief to the Court demonstrating that the Plan is in the best interests of creditors.  All interested parties, including the United States Trustee, will have an opportunity to object to confirmation of the Debtors' Plan.

D.    The Committee Urges Unsecured Creditors to Accept the Plan

It is the Committee's firm belief that confirming the Plan and transitioning to the Trust as soon as possible is the best, and perhaps only, way to maximize recovery for unsecured creditors and minimize the costs associated with the Chapter 11 Cases.  It is primarily for these reasons the Committee has worked with the Debtors and its professionals to get to this stage, and **the Committee strongly supports the Plan**.

E.    Plan Voting

Detailed instructions regarding how to vote on the Plan are contained on your ballot (the "Ballot"), which is enclosed in the same package as this letter.  In order to vote on the Plan, you must return your Ballot so that it is actually received by the Claims Agent on or before March 1, 2021 at 4:00 p.m., prevailing Eastern Time (the "Voting Deadline").

F.    <u>Plan Alternatives</u>

If the Plan is not confirmed, the Debtors retain the right to amend, modify, or revoke the Plan and set forth an alternative plan that the Committee would not support.  If the Plan is revoked, amended, or modified, the process will almost certainly delay concluding these Chapter 11 Cases and, as a result, increase the costs associated therewith.  Furthermore, such a delay may result in alternative plans being proposed, which may cause confusion, prolong the bankruptcy process, and increase administrative costs to the detriment of unsecured creditors.

G.    <u>Unsecured Creditors' Concerns</u>

The Committee will continue to monitor concerns expressed by creditors through various social media channels, including Telegram and Discord.  Although we cannot respond to creditors directly, we will continue to communicate with you through the Committee Website to the extent we can.  Thank you again for your understanding and support.

Best regards,

The Official Committee of Unsecured Creditors of Cred Inc., *et al.*

## **DISCLAIMER**

The Committee strongly recommends that, prior to voting on the Plan, each unsecured creditor carefully review the materials provided to them, including, without limitation, the Plan, all of which are available at https://www.donlinrecano.com/Clients/cred/Index.

This letter is not and should not be construed as legal advice, and may not be relied upon by any person for any reason. To the extent you wish to seek legal advice, you should consult with your own legal counsel. Please note that, although the Committee, by this letter, expresses its support of the Plan, this letter does not necessarily reflect the views of any of the individual members of the Committee, each of which reserves any and all of its rights. If you have any questions with respect to the Plan, the proposed treatment of your claims or the information contained in this letter, please consult with your own legal counsel.

YOU ARE URGED TO CAREFULLY READ THE PLAN AND THE EXHIBITS ATTACHED THERETO IN THEIR ENTIRETY. THIS LETTER MAY NOT BE RELIED UPON FOR ANY PURPOSE OTHER THAN THE COMMITTEE'S RECOMMENDATION ON HOW TO VOTE ON THE PLAN. REGARDLESS OF HOW YOU VOTE ON THE PLAN, THERE REMAINS A RISK THAT FURTHER LITIGATION AND/OR A LATER SETTLEMENT COULD RESULT IN HIGHER OR LOWER RECOVERIES FOR UNSECURED CREDITORS. THE COMMITTEE DOES NOT GUARANTEE ANY PARTICULAR RESULT IN THE CHAPTER 11 CASES. ALTHOUGH THE BANKRUPTCY COURT HAS AUTHORIZED THE DEBTORS TO INCLUDE THIS RECOMMENDATION LETTER AS PART OF THE SOLICITATION PACKAGE, SUCH AUTHORIZATION DOES NOT CONSTITUTE AN ENDORSEMENT BY THE BANKRUPTCY COURT OF THE MERITS OF THE PLAN OR THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED HEREIN. THIS COMMUNICATION DOES NOT CONSTITUTE, AND SHALL NOT BE CONSTRUED AS, A SOLICITATION BY ANY INDIVIDUAL MEMBER OF THE COMMITTEE OR ANY OF ITS REPRESENTATIVES. THE COMMITTEE RESERVES THE RIGHT TO CHANGE ITS POSITION AND RECOMMENDATION REGARDING THE PLAN, OR FILE ANY OBJECTION, RESPONSE OR OTHER PLEADING IN RESPONSE TO THE PLAN OR ANY OTHER MATTER IN THE DEBTORS' CHAPTER 11 CASES, TO THE EXTENT THAT SUBSEQUENT DEVELOPMENTS SO WARRANT, AS DETERMINED BY THE COMMITTEE, OR OTHERWISE.

EXHIBIT E

Class: «pclass»

«SEQ»

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF LIQUIDATION OF CRED, INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

### CLASS 5:  CONVENIENCE CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS MARCH 1, 2021 AT 4:00 P.M. (PREVAILING EASTERN TIME).**

Cred Inc. and its affiliated debtors, as debtors in possession (collectively, the "Debtors") are soliciting votes with respect to the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (with respect to its component parts, as modified, amended, or supplemented from time to time, the "Plan" and the "Disclosure Statement", or, collectively the "Combined Joint Plan and Disclosure Statement").  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Combined Joint Plan and Disclosure Statement.

If you, as of **January 14, 2021** (the "Voting Record Date"), hold a Class 5 Convenience Claim, as defined in the Plan, this Ballot permits you to cast your vote to accept or reject the Plan.  The Disclosure Statement has been approved on an interim basis by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Bankruptcy Court's interim approval of the Disclosure Statement does not indicate Bankruptcy Court approval of the Plan.  The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan, (ii) is accepted by the holders of at least two thirds in amount of the interests in each impaired Class of interests who vote on the Plan and (iii) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**Ballots may be submitted either in hard copy to the Voting Agent or via the Online Portal, as further detailed in the attached Instructions.  Ballots submitted by e-mail or facsimile transmission will not be accepted.  Ballots should not be sent to the Debtors or the Bankruptcy Court.**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

«instance» «ballotid»

(«crednoseq») «l1»

Class: «pclass»

«SEQ»

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE REVIEW THE COMBINED JOINT PLAN AND DISCLOSURE STATEMENT BEFORE YOU VOTE. THIS BALLOT IS FOR VOTING ALL YOUR CLASS 5 CONVENIENCE CLAIMS.  IF YOU HOLD CLAIMS IN MORE THAN ONE CLASS UNDER THE PLAN, YOU WILL RECEIVE A BALLOT FOR EACH CLASS IN WHICH YOU ARE ENTITLED TO VOTE AND MUST COMPLETE A SEPARATE BALLOT FOR EACH CLASS OF CLAIMS.**

**IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 2, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED.**

**PLEASE REVIEW THE ACKNOWLEDGEMENT CONTAINED IN ITEM 4.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.  Voting Amount of Class 5 Convenience Claims.**  The undersigned certifies that, as of the Voting Record Date, the undersigned is a holder of Convenience Claims in Class 5 of the Plan in the following aggregate amount:

---

### **«v_amt_c»**[2]

---

**Item 2.  Vote to Accept or Reject the Plan**.  The undersigned, a holder of the Class 5 Convenience Claims set forth in Item 1, votes as follows (check *only* one box below):

| ❑   **ACCEPT** the Plan. | ❑   **REJECT** the Plan. |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |

**Item 3.  Release.**  You will be bound by the third party release in Section 18.2 of the Plan if you (1) vote in favor of the Plan or (2) abstain from voting or vote to reject the Plan and do not opt out by checking the box at the end of this Item 3.  The third party release in Section 18.2 provides as follows:

> **In addition, effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, the settlements and compromises contained herein, and the Distributions to be made pursuant to the Combined Plan and Disclosure Statement, (a) each of the Debtors, (b) all Holders of Claims or Equity Interests, who (1) vote in favor of the Combined Plan and Disclosure Statement or (2) (A) abstain from voting, are not entitled to vote, or vote to reject the Combined Plan and Disclosure Statement and (B) do not opt out of the this release on a timely submitted Ballot or the Opt -Out Election Form, and (c) with respect to the foregoing subparagraph (b), the current and former Affiliates thereof, and such Entities' and their current and former Affiliates' current and former members, directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and each of their respective current and former members, equity holders, officers, directors, managers,**

(abs) ‖‖‖‖‖‖‖‖‖‖‖‖‖‖          (a/r) ‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

[2]    For voting purposes only.  Subject to tabulation rules.

«instance» «ballotid»

(«crednoseq») «l1»

«SEQ»

**principals, members employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other Professionals, each in their capacity as such, shall be deemed to have released and discharged each Released Party from any and all claims and Causes of Action, whether known or unknown, including any derivative claims asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' prepetition operations and activities, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence taking place before the Effective Date.**

**For the avoidance of doubt, no Insider that is not a Released Party, including, without limitation, James Alexander, Lu Hua, Dan Schatt, Joseph Podulka, and Daniyal Inamullah, will receive a release or exculpation of any kind hereunder, whether from the Debtors or otherwise.**

"Released Parties" is defined in the Plan as the Professionals retained by the Debtors, Grant Lyon as the Debtors' independent director, Matthew Foster as the Debtors' chief restructuring officer, any other staff supplied by Sonoran Capital Advisors, LLC, the Professionals retained by the Committee, and the respective agents and representatives of each of the foregoing.

---

❑     By checking this box, the undersigned elects to <u>opt out</u> of the release.

---

3

Class: «pclass»

«SEQ»

**Item 4.** **Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Combined Joint Plan and Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

Creditor:

«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

4

Class: «pclass»

«SEQ»

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT FOR HOLDERS OF CLASS 5 CONVENIENCE CLAIMS**

1. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. **PLEASE READ THE COMBINED JOINT PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THE BALLOT.**

2. In the boxes provided in Item 2 of the Ballot, please indicate acceptance or rejection of the Plan.

3. If you vote in favor of the Plan, you will be bound by the third party release in Section 18.2 of the Plan. If you vote to reject the Plan or abstain from voting on the Plan you may opt out of the third party release in Section 18.2 of the Plan. In order to do so, you must check the box in Item 3.

4. Ballots may be submitted by mail, overnight courier or personal delivery to Donlin Recano & Company, Inc. (the "Voting Agent") at the applicable following address:

| **BY UNITED STATES MAIL:** | **BY OVERNIGHT COURIER OR PERSONAL DELIVERY:** |
|---|---|
| Donlin, Recano & Company, Inc. Re: CRED, INC Attn: Voting Department P.O. Box 199043, Blythebourne Station Brooklyn, NY 11219 | Donlin, Recano & Company, Inc. Re: CRED, INC Attn: Voting Department 6201 15th Avenue Brooklyn, NY 11219 |

5. In the alternative, you may also submit your Ballot via the online portal (the "Online Portal") at https://www.donlinrecano.com/Clients/cred/vote

   Please make sure to follow the instructions at the Online Portal to submit your Ballot.

   **IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

   ## Unique E-Ballot ID#: «EballotID»

   **The Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted. Ballots should not be sent to the Debtors or the Bankruptcy Court.**

   **Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an electronic Ballot for each E-Ballot ID# you receive, as applicable.**

   **CREDITORS WHO CAST A BALLOT USING THE ONLINE PORTAL SHOULD NOT ALSO SUBMIT A PAPER BALLOT.**

   **If your Ballot is not received by the Voting Agent on or before the Voting Deadline your vote will not be counted.**

6. If you hold Claims in more than one voting Class under the Plan, you may receive more than one Ballot. **Each Ballot you receive is for voting only those Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Convenience Claims in Class 5.** You must vote all of your Convenience Claims in a particular class under the Plan either to accept or reject the Plan.

«instance» «ballotid»

«crednoseq» «l1»

Class: «pclass»

«SEQ»

7.  If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing and, if requested, submit satisfactory evidence of your authority to do so (*i.e.*, a power of attorney).

8.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Disclosure Statement Order which is enclosed with the solicitation materials you received along with this Ballot.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors or the Liquidation Trustee in any other context (*i.e.*, the right of the Debtors or the Liquidation Trustee to contest the amount or validity of any Claim for purposes of allowance under the Plan).

9.  The Ballot does not constitute and shall not be deemed a proof of Claim or interest or an assertion of a Claim or interest.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**THE VOTING AGENT WILL *NOT* ACCEPT BALLOTS BY E-MAIL OR FACSIMILE TRANSMISSION. BALLOTS SHOULD NOT BE SENT TO THE DEBTORS OR THE BANKRUPTCY COURT.**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT,  OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT, DONLIN RECANO & COMPANY, INC. AT (877) 739-9988 (OR OUTSIDE THE U.S. AT (212) 771-1128).**

«instance» «ballotid»

(«crednoseq») «l1»

«SEQ»

[this page intentionally left blank]

«instance» «ballotid»

(«crednoseq») «l1»

Class: «pclass»

«SEQ»

**RE:    CRED INC.,** *et al.*

▌▌‖‖‖▢▢▢▢▢▢
«barhuman»    («seq»/«pclass»)
«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

BID: «ballotid»

▢▢▢▢▢▢▢▢▢▢▢▢

«instance» «ballotid»

EXHIBIT F

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**OPT-OUT ELECTION FORM**

On November 7, 2020, Cred Inc. and certain of its subsidiaries, as debtors in possession (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

On January 21, 2021, the Bankruptcy Court entered an Order (the "<u>Disclosure Statement Order</u>") approving, on an interim basis the Disclosure Statement as set forth in the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (with respect to its component parts, as modified, amended, or supplemented from time to time, the "<u>Plan</u>" and the "<u>Disclosure Statement</u>", or collectively the "<u>Combined Joint Plan and Disclosure Statement</u>").  The Disclosure Statement Order authorizes the Debtors to solicit votes to accept or reject the Plan.

You are receiving this Third Party Release Opt-Out Election Form because the Debtors believe you are a Holder of a Claim or Interest in (a) Class 1, 2, or 3, and thus a member of an Unimpaired Non-Voting Class or (b) Class 6 or 7, and thus a member of an Impaired Non-Voting Class.  The Unimpaired Non-Voting Classes and the Impaired Non-Voting Classes are referred to, collectively, as the "<u>Non-Voting Classes</u>."

As a member of a Non-Voting Class, you will be bound by the third party release in Section 18.2 of the Plan <u>unless</u> you opt-out by checking the box below.  You should read Section 18.2 of the Plan carefully as it affects your rights by releasing claims that you may hold against the Released Parties.  You should check the box below if you do not consent to the release.  If you do not check the box, and/or otherwise do not correctly complete and return this Opt-Out Election Form, you will have been deemed to consent to the third party release.

Among other things, section 18.2 of the Plan provides as follows:

> **In addition, effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, the settlements and compromises contained herein, and the Distributions to be made pursuant to the Combined Plan and Disclosure Statement, (a) each of the Debtors, (b) all Holders of Claims or Equity Interests, who (1) vote in favor of the Combined Plan and Disclosure Statement or (2) (A) abstain from voting, are not entitled to vote, or vote to reject the Combined Plan and Disclosure Statement and (B) do not opt out of the this release on a timely submitted Ballot or the Opt -Out Election Form, and (c) with respect to the foregoing subparagraph (b), the current and former Affiliates thereof, and such Entities' and their current and former Affiliates' current and former members, directors,**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and each of their respective current and former members, equity holders, officers, directors, managers, principals, members employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other Professionals, each in their capacity as such, shall be deemed to have released and discharged each Released Party from any and all claims and Causes of Action, whether known or unknown, including any derivative claims asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' prepetition operations and activities, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence taking place before the Effective Date.**

**For the avoidance of doubt, no Insider that is not a Released Party, including, without limitation, James Alexander, Lu Hua, Dan Schatt, Joseph Podulka, and Daniyal Inamullah, will receive a release or exculpation of any kind hereunder, whether from the Debtors or otherwise.**

"Released Parties" is defined in the Plan as the Professionals retained by the Debtors, Grant Lyon as the Debtors' independent director, Matthew Foster as the Debtors' chief restructuring officer, any other staff supplied by Sonoran Capital Advisors, LLC, the Professionals retained by the Committee, and the respective agents and representatives of each of the foregoing.

---

❑    By checking this box, the undersigned elects to <u>opt out</u> of the release.

---

**Complete this Opt-Out Election Form by providing all the information requested and sign, date, and return the Opt-Out Election Form by mail, overnight courier or personal delivery to Donlin Recano & Company, Inc. (the "<u>Voting Agent</u>") at the applicable following address:**

| BY UNITED STATES MAIL: | BY OVERNIGHT COURIER OR PERSONAL DELIVERY: |
|---|---|
| Donlin, Recano & Company, Inc. | |
| Re: CRED, INC | Donlin, Recano & Company, Inc. |
| Attn: Voting Department | Re: CRED, INC |
| P.O. Box 199043, Blythebourne Station | Attn: Voting Department |
| Brooklyn, NY 11219 | 6201 15th Avenue |
| | Brooklyn, NY 11219 |

**The completed Opt-Out Election Form must be *received* by the Voting Agent by 4:00 p.m. (prevailing Eastern Time) on March 1, 2021.**

**Acknowledgment.** By signing this Opt-Out Election Form, the undersigned acknowledges and certifies that the undersigned is the claimant or has the power and authority to vote to opt out of the release on behalf of the claimant.

_____
Name

_____
Social Security or Federal Tax I.D. No.
(optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF UNIMPAIRED NON-VOTING STATUS UNDER JOINT PLAN OF LIQUIDATION OF**
**CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE[2]**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On November 7, 2020, Cred Inc. and certain of its subsidiaries, as debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On January 21, 2021, the Bankruptcy Court entered an Order (the "Disclosure Statement Order") approving, on an interim basis, the Disclosure Statement as set forth in the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (with respect to its component parts, as modified, amended, or supplemented from time to time, the "Plan" and the "Disclosure Statement", or, collectively the "Combined Joint Plan and Disclosure Statement"). Capitalized terms used in this Notice have the meanings given to them in the Combined Joint Plan and Disclosure Statement. The Disclosure Statement Order authorizes the Debtors to solicit votes to accept or reject the Plan.

**Under the terms of the Plan, your claim(s) against the Debtors is/are not impaired, and therefore, pursuant to section 1126(f) of the Bankruptcy Code you are (i) deemed to have accepted the Plan and (ii) not entitled to vote on the Plan.**

**IMPORTANT: You will be bound by the third party release in Section 18.2 of the Plan unless you opt out of such release by filling out and timely submitting an Opt-Out Election Form, which is enclosed with this Notice. The deadline to submit the Opt-Out Election Form is March 1, 2021 at 4:00 p.m. (prevailing Eastern Time).**

The third party release in Section 18.2 of the Plan provides as follows:

> **In addition, effective as of the Confirmation Date, but subject to the occurrence of the Effective Date, and in consideration of the services of the Released Parties, the settlements and compromises contained herein, and the Distributions to be made pursuant to the Combined Plan and Disclosure Statement, (a) each of the Debtors, (b) all Holders of Claims or Equity Interests, who (1) vote in favor of the Combined Plan and Disclosure Statement or (2) (A) abstain from voting, are not entitled to vote, or vote to**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]   Unimpaired Classes consist of Class 1 (Other Priority Claims), Class 2 (Secured Tax Claims) and Class 3 (Other Secured Claims).

**reject the Combined Plan and Disclosure Statement and (B) do not opt out of the this release on a timely submitted Ballot or the Opt -Out Election Form, and (c) with respect to the foregoing subparagraph (b), the current and former Affiliates thereof, and such Entities' and their current and former Affiliates' current and former members, directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and each of their respective current and former members, equity holders, officers, directors, managers, principals, members employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other Professionals, each in their capacity as such, shall be deemed to have released and discharged each Released Party from any and all claims and Causes of Action, whether known or unknown, including any derivative claims asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' prepetition operations and activities, existing or hereinafter arising in law, equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence taking place before the Effective Date.**

**For the avoidance of doubt, no Insider that is not a Released Party, including, without limitation, James Alexander, Lu Hua, Dan Schatt, Joseph Podulka, and Daniyal Inamullah, will receive a release or exculpation of any kind hereunder, whether from the Debtors or otherwise.**

"Released Parties" is defined in the Plan as the Professionals retained by the Debtors, Grant Lyon as the Debtors' independent director, Matthew Foster as the Debtors' chief restructuring officer, any other staff supplied by Sonoran Capital Advisors, LLC, the Professionals retained by the Committee, and the respective agents and representatives of each of the foregoing.

**If you have any questions about the status of your claim(s), or you wish to obtain a copy of the Combined Joint Plan and Disclosure Statement, copies of the document (including any exhibits thereto) are available at no charge via the internet at <u>https://www.donlinrecano.com/Clients/cred/Index</u>.  Copies of the Combined Joint Plan and Disclosure Statement (excluding any publicly-filed exhibits thereto) are also available upon a written request made to Donlin Recano & Company, Inc. at Cred Inc. Voting Department, c/o Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.**

**PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.**

Dated: January 22, 2021
         Wilmington, Delaware

Scott D. Cousins
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803

*Co-Counsel to the Debtors*

EXHIBIT H

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006274P001-1467A-051<br>ALGO CAPITAL MASTER FUND LP<br>AKA BORDERLESS CAPITAL<br>CRAIGMUIR CHAMBERS<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 006440P001-1467A-051<br>ANCHORAGE TRUST CO<br>MATHEW PUKALO<br>CLIENT EXPERIENCE MANAGER<br>4901 S ISABEL PL<br>STE 200<br>SIOUX FALLS SD 57101 | 007089P001-1467A-051<br>BREX<br>405 HOWARD ST STE 200<br>SAN FRANCISCO CA 94105 | 006463P001-1467A-051<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>BENJAMIN SAUL<br>1155 F ST NW<br>WASHINGTON DC 20004-1357 |
| 000026P002-1467A-051<br>CIN00010 | 000032P002-1467A-051<br>CIN00016 | 000056P002-1467A-051<br>CIN00042 | 000060P002-1467A-051<br>CIN00046 |
| 000066P003-1467A-051<br>CIN00052 | 000070P002-1467A-051<br>CIN00056 | 000086P002-1467A-051<br>CIN00072 | 006346P001-1467A-051<br>CIN00126 |
| 000192P002-1467A-051<br>CIN00181 | 000195P003-1467A-051<br>CIN00184 | 000200P003-1467A-051<br>CIN00190 | 000218P002-1467A-051<br>CIN00208 |
| 000252P003-1467A-051<br>CIN00241 | 000284P002-1467A-051<br>CIN00274 | 000320P002-1467A-051<br>CIN00311 | 000327P002-1467A-051<br>CIN00318 |
| 000330P003-1467A-051<br>CIN00321 | 000354P002-1467A-051<br>CIN00345 | 000357P003-1467A-051<br>CIN00348 | 000363P003-1467A-051<br>CIN00354 |
| 000394P002-1467A-051<br>CIN00385 | 000410P002-1467A-051<br>CIN00401 | 000463P002-1467A-051<br>CIN00455 | 000474P002-1467A-051<br>CIN00466 |

**Cred Inc., et al.**
**Exhibit Pages**

02/02/2021 04:15:36 PM

| | | | |
|---|---|---|---|
| 000478P002-1467A-051<br>CIN00470 | 006231P002-1467A-051<br>CIN00476 | 000499P002-1467A-051<br>CIN00492 | 000528P002-1467A-051<br>CIN00521 |
| 000582P002-1467A-051<br>CIN00576 | 000589P002-1467A-051<br>CIN00584 | 000595P002-1467A-051<br>CIN00590 | 000602P002-1467A-051<br>CIN00597 |
| 006352P001-1467A-051<br>CIN00599 | 000607P002-1467A-051<br>CIN00603 | 000610P002-1467A-051<br>CIN00606 | 000613P002-1467A-051<br>CIN00609 |
| 000614P002-1467A-051<br>CIN00610 | 000616P002-1467A-051<br>CIN00612 | 000617P002-1467A-051<br>CIN00613 | 000637P002-1467A-051<br>CIN00633 |
| 000656P002-1467A-051<br>CIN00652 | 000667P002-1467A-051<br>CIN00663 | 000674P002-1467A-051<br>CIN00670 | 000719P002-1467A-051<br>CIN00716 |
| 000722P002-1467A-051<br>CIN00719 | 006339P001-1467A-051<br>CIN00756 | 000784P002-1467A-051<br>CIN00783 | 000785P002-1467A-051<br>CIN00784 |
| 000793P002-1467A-051<br>CIN00792 | 000808P002-1467A-051<br>CIN00807 | 000836P002-1467A-051<br>CIN00834 | 000843P002-1467A-051<br>CIN00841 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000871P002-1467A-051<br>CIN00869 | 000911P002-1467A-051<br>CIN00909 | 000928P002-1467A-051<br>CIN00926 | 000949P002-1467A-051<br>CIN00947 |
| 000992P003-1467A-051<br>CIN00990 | 001005P002-1467A-051<br>CIN01003 | 001058P002-1467A-051<br>CIN01055 | 001063P002-1467A-051<br>CIN01060 |
| 001070P002-1467A-051<br>CIN01067 | 001076P002-1467A-051<br>CIN01073 | 001103P002-1467A-051<br>CIN01099 | 001107P002-1467A-051<br>CIN01103 |
| 001139P002-1467A-051<br>CIN01135 | 001144P002-1467A-051<br>CIN01140 | 001149P002-1467A-051<br>CIN01145 | 001160P002-1467A-051<br>CIN01156 |
| 001161P002-1467A-051<br>CIN01157 | 001170P002-1467A-051<br>CIN01166 | 001200P003-1467A-051<br>CIN01196 | 001208P002-1467A-051<br>CIN01204 |
| 001251P002-1467A-051<br>CIN01247 | 001259P003-1467A-051<br>CIN01255 | 001268P002-1467A-051<br>CIN01264 | 001285P002-1467A-051<br>CIN01281 |
| 001288P002-1467A-051<br>CIN01284 | 001297P002-1467A-051<br>CIN01293 | 001305P002-1467A-051<br>CIN01301 | 001319P003-1467A-051<br>CIN01315 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006883P001-1467A-051<br>CIN01326 | 001331P002-1467A-051<br>CIN01327 | 001336P002-1467A-051<br>CIN01332 | 001358P002-1467A-051<br>CIN01356 |
| 001372P003-1467A-051<br>CIN01370 | 001379P002-1467A-051<br>CIN01377 | 001415P002-1467A-051<br>CIN01413 | 001426P002-1467A-051<br>CIN01424 |
| 001434P002-1467A-051<br>CIN01432 | 001462P002-1467A-051<br>CIN01460 | 001474P002-1467A-051<br>CIN01472 | 000004P002-1467A-051<br>CIN01482 |
| 001499P002-1467A-051<br>CIN01498 | 001500P002-1467A-051<br>CIN01499 | 001518P002-1467A-051<br>CIN01517 | 001529P002-1467A-051<br>CIN01528 |
| 001545P002-1467A-051<br>CIN01544 | 001559P002-1467A-051<br>CIN01558 | 001579P002-1467A-051<br>CIN01578 | 001586P002-1467A-051<br>CIN01585 |
| 001598P002-1467A-051<br>CIN01597 | 001613P002-1467A-051<br>CIN01612 | 001616P002-1467A-051<br>CIN01615 | 001622P002-1467A-051<br>CIN01621 |
| 001626P004-1467A-051<br>CIN01625 | 001643P002-1467A-051<br>CIN01643 | 001654P002-1467A-051<br>CIN01654 | 001657P002-1467A-051<br>CIN01657 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001683P002-1467A-051<br>CIN01683 | 001690P002-1467A-051<br>CIN01690 | 001730P002-1467A-051<br>CIN01730 | 001740P002-1467A-051<br>CIN01740 |
| 001747P002-1467A-051<br>CIN01747 | 001770P002-1467A-051<br>CIN01770 | 001789P002-1467A-051<br>CIN01789 | 001801P003-1467A-051<br>CIN01801 |
| 001803P002-1467A-051<br>CIN01803 | 001824P002-1467A-051<br>CIN01824 | 001836P002-1467A-051<br>CIN01836 | 001839P002-1467A-051<br>CIN01839 |
| 001846P002-1467A-051<br>CIN01846 | 001905P002-1467A-051<br>CIN01905 | 001970P003-1467A-051<br>CIN01970 | 001974P002-1467A-051<br>CIN01974 |
| 001997P002-1467A-051<br>CIN01997 | 002004P002-1467A-051<br>CIN02004 | 002022P002-1467A-051<br>CIN02022 | 002036P002-1467A-051<br>CIN02036 |
| 002051P002-1467A-051<br>CIN02051 | 002056P002-1467A-051<br>CIN02056 | 002104P002-1467A-051<br>CIN02106 | 002120P002-1467A-051<br>CIN02123 |
| 002127P002-1467A-051<br>CIN02130 | 002145P002-1467A-051<br>CIN02149 | 002152P002-1467A-051<br>CIN02156 | 002153P002-1467A-051<br>CIN02157 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002193P002-1467A-051<br>CIN02197 | 002196P002-1467A-051<br>CIN02200 | 002237P002-1467A-051<br>CIN02241 | 002239P002-1467A-051<br>CIN02243 |
| 002256P002-1467A-051<br>CIN02260 | 002260P002-1467A-051<br>CIN02264 | 002262P002-1467A-051<br>CIN02266 | 002280P003-1467A-051<br>CIN02284 |
| 002308P002-1467A-051<br>CIN02312 | 002311P002-1467A-051<br>CIN02315 | 002329P002-1467A-051<br>CIN02333 | 002390P002-1467A-051<br>CIN02394 |
| 002396P003-1467A-051<br>CIN02401 | 002429P002-1467A-051<br>CIN02434 | 002438P002-1467A-051<br>CIN02444 | 002456P003-1467A-051<br>CIN02462 |
| 002488P002-1467A-051<br>CIN02494 | 002490P002-1467A-051<br>CIN02496 | 002492P002-1467A-051<br>CIN02498 | 002500P002-1467A-051<br>CIN02506 |
| 002532P002-1467A-051<br>CIN02538 | 002579P002-1467A-051<br>CIN02585 | 002625P002-1467A-051<br>CIN02631 | 002668P003-1467A-051<br>CIN02674 |
| 002678P002-1467A-051<br>CIN02684 | 002689P002-1467A-051<br>CIN02697 | 002702P002-1467A-051<br>CIN02710 | 002718P002-1467A-051<br>CIN02726 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002725P002-1467A-051<br>CIN02733 | 002789P002-1467A-051<br>CIN02796 | 002810P002-1467A-051<br>CIN02819 | 002822P002-1467A-051<br>CIN02831 |
| 002829P002-1467A-051<br>CIN02839 | 002830P002-1467A-051<br>CIN02840 | 002862P002-1467A-051<br>CIN02872 | 002863P002-1467A-051<br>CIN02873 |
| 002929P002-1467A-051<br>CIN02940 | 002932P002-1467A-051<br>CIN02943 | 002946P002-1467A-051<br>CIN02957 | 002955P003-1467A-051<br>CIN02966 |
| 002976P002-1467A-051<br>CIN02987 | 002985P002-1467A-051<br>CIN02996 | 002987P002-1467A-051<br>CIN02997 | 002992P002-1467A-051<br>CIN03002 |
| 003005P002-1467A-051<br>CIN03015 | 003014P002-1467A-051<br>CIN03024 | 003015P002-1467A-051<br>CIN03025 | 003035P002-1467A-051<br>CIN03045 |
| 003057P002-1467A-051<br>CIN03067 | 003090P002-1467A-051<br>CIN03101 | 006348P001-1467A-051<br>CIN03102 | 003100P002-1467A-051<br>CIN03112 |
| 003108P002-1467A-051<br>CIN03120 | 003109P003-1467A-051<br>CIN03121 | 003110P002-1467A-051<br>CIN03122 | 006876P002-1467A-051<br>CIN03132 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003123P002-1467A-051<br>CIN03135 | 003136P003-1467A-051<br>CIN03148 | 006341P001-1467A-051<br>CIN03162 | 003156P002-1467A-051<br>CIN03169 |
| 003162P002-1467A-051<br>CIN03175 | 003164P002-1467A-051<br>CIN03177 | 003165P002-1467A-051<br>CIN03178 | 003173P002-1467A-051<br>CIN03186 |
| 003184P002-1467A-051<br>CIN03198 | 003185P002-1467A-051<br>CIN03199 | 003201P002-1467A-051<br>CIN03215 | 003232P002-1467A-051<br>CIN03247 |
| 003275P002-1467A-051<br>CIN03290 | 003281P002-1467A-051<br>CIN03296 | 003286P002-1467A-051<br>CIN03301 | 003296P002-1467A-051<br>CIN03311 |
| 003303P002-1467A-051<br>CIN03318 | 003308P002-1467A-051<br>CIN03323 | 003317P002-1467A-051<br>CIN03332 | 003322P002-1467A-051<br>CIN03337 |
| 006242P002-1467A-051<br>CIN03338 | 003349P002-1467A-051<br>CIN03365 | 003354P002-1467A-051<br>CIN03370 | 003362P002-1467A-051<br>CIN03378 |
| 003381P002-1467A-051<br>CIN03397 | 003446P003-1467A-051<br>CIN03462 | 003472P002-1467A-051<br>CIN03488 | 003491P003-1467A-051<br>CIN03507 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003507P002-1467A-051<br>CIN03523 | 003545P002-1467A-051<br>CIN03561 | 003557P003-1467A-051<br>CIN03573 | 003567P002-1467A-051<br>CIN03583 |
| 003568P002-1467A-051<br>CIN03584 | 003571P002-1467A-051<br>CIN03587 | 003579P005-1467A-051<br>CIN03595 | 003583P002-1467A-051<br>CIN03599 |
| 003585P002-1467A-051<br>CIN03601 | 003593P002-1467A-051<br>CIN03609 | 003603P002-1467A-051<br>CIN03619 | 003606P002-1467A-051<br>CIN03622 |
| 003607P002-1467A-051<br>CIN03623 | 003611P003-1467A-051<br>CIN03627 | 003615P003-1467A-051<br>CIN03631 | 003624P002-1467A-051<br>CIN03640 |
| 003631P002-1467A-051<br>CIN03647 | 003639P002-1467A-051<br>CIN03655 | 003644P002-1467A-051<br>CIN03660 | 003645P002-1467A-051<br>CIN03661 |
| 003647P002-1467A-051<br>CIN03663 | 003648P002-1467A-051<br>CIN03664 | 006340P002-1467A-051<br>CIN03721 | 003722P002-1467A-051<br>CIN03739 |
| 003761P002-1467A-051<br>CIN03778 | 003769P002-1467A-051<br>CIN03786 | 003784P003-1467A-051<br>CIN03801 | 003825P002-1467A-051<br>CIN03843 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003843P003-1467A-051<br>CIN03861 | 003857P002-1467A-051<br>CIN03876 | 003861P002-1467A-051<br>CIN03880 | 003871P002-1467A-051<br>CIN03890 |
| 003872P002-1467A-051<br>CIN03891 | 003889P002-1467A-051<br>CIN03908 | 003892P002-1467A-051<br>CIN03913 | 003897P002-1467A-051<br>CIN03918 |
| 003923P002-1467A-051<br>CIN03944 | 003951P002-1467A-051<br>CIN03972 | 003958P002-1467A-051<br>CIN03979 | 004001P002-1467A-051<br>CIN04024 |
| 004013P002-1467A-051<br>CIN04036 | 004015P002-1467A-051<br>CIN04038 | 004036P002-1467A-051<br>CIN04060 | 004040P002-1467A-051<br>CIN04064 |
| 004042P002-1467A-051<br>CIN04066 | 004073P003-1467A-051<br>CIN04098 | 004084P002-1467A-051<br>CIN04109 | 004123P002-1467A-051<br>CIN04148 |
| 004165P002-1467A-051<br>CIN04190 | 004186P002-1467A-051<br>CIN04211 | 004189P002-1467A-051<br>CIN04214 | 004214P002-1467A-051<br>CIN04239 |
| 004219P002-1467A-051<br>CIN04244 | 004230P002-1467A-051<br>CIN04255 | 004277P002-1467A-051<br>CIN04302 | 004286P002-1467A-051<br>CIN04311 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004289P002-1467A-051<br>CIN04314 | 004304P002-1467A-051<br>CIN04330 | 004319P002-1467A-051<br>CIN04345 | 004349P002-1467A-051<br>CIN04375 |
| 004367P002-1467A-051<br>CIN04393 | 004466P002-1467A-051<br>CIN04493 | 004487P002-1467A-051<br>CIN04513 | 004496P002-1467A-051<br>CIN04522 |
| 004510P002-1467A-051<br>CIN04536 | 004520P002-1467A-051<br>CIN04546 | 004555P002-1467A-051<br>CIN04581 | 004570P002-1467A-051<br>CIN04596 |
| 004588P002-1467A-051<br>CIN04614 | 004592P004-1467A-051<br>CIN04618 | 004605P003-1467A-051<br>CIN04631 | 004631P002-1467A-051<br>CIN04657 |
| 004642P002-1467A-051<br>CIN04668 | 004655P002-1467A-051<br>CIN04681 | 004663P002-1467A-051<br>CIN04689 | 004683P002-1467A-051<br>CIN04708 |
| 004692P002-1467A-051<br>CIN04717 | 004702P002-1467A-051<br>CIN04727 | 004711P002-1467A-051<br>CIN04736 | 004725P002-1467A-051<br>CIN04750 |
| 006345P001-1467A-051<br>CIN04760 | 004796P002-1467A-051<br>CIN04822 | 004837P002-1467A-051<br>CIN04865 | 004843P004-1467A-051<br>CIN04871 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004862P002-1467A-051<br>CIN04890 | 004883P002-1467A-051<br>CIN04912 | 004902P002-1467A-051<br>CIN04931 | 004960P002-1467A-051<br>CIN04990 |
| 004965P003-1467A-051<br>CIN04995 | 004968P002-1467A-051<br>CIN04998 | 004972P002-1467A-051<br>CIN05002 | 005005P002-1467A-051<br>CIN05038 |
| 005030P002-1467A-051<br>CIN05063 | 005035P002-1467A-051<br>CIN05069 | 005042P002-1467A-051<br>CIN05076 | 005084P003-1467A-051<br>CIN05118 |
| 005090P002-1467A-051<br>CIN05124 | 005092P002-1467A-051<br>CIN05126 | 005108P003-1467A-051<br>CIN05142 | 005139P003-1467A-051<br>CIN05173 |
| 005161P002-1467A-051<br>CIN05195 | 005180P002-1467A-051<br>CIN05214 | 005187P002-1467A-051<br>CIN05221 | 005209P003-1467A-051<br>CIN05244 |
| 005222P002-1467A-051<br>CIN05257 | 005227P002-1467A-051<br>CIN05262 | 005241P002-1467A-051<br>CIN05276 | 005254P002-1467A-051<br>CIN05289 |
| 005264P002-1467A-051<br>CIN05299 | 005265P002-1467A-051<br>CIN05300 | 005269P002-1467A-051<br>CIN05304 | 005277P002-1467A-051<br>CIN05314 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005279P002-1467A-051<br>CIN05316 | 005301P002-1467A-051<br>CIN05340 | 005314P002-1467A-051<br>CIN05353 | 005317P002-1467A-051<br>CIN05356 |
| 005358P002-1467A-051<br>CIN05397 | 005369P002-1467A-051<br>CIN05408 | 005399P002-1467A-051<br>CIN05438 | 005412P002-1467A-051<br>CIN05451 |
| 005438P002-1467A-051<br>CIN05477 | 006353P001-1467A-051<br>CIN05530 | 005493P002-1467A-051<br>CIN05534 | 005500P002-1467A-051<br>CIN05541 |
| 005518P002-1467A-051<br>CIN05559 | 005524P002-1467A-051<br>CIN05565 | 005540P002-1467A-051<br>CIN05581 | 005552P002-1467A-051<br>CIN05593 |
| 005554P002-1467A-051<br>CIN05595 | 005555P003-1467A-051<br>CIN05596 | 006350P001-1467A-051<br>CIN05606 | 001097P003-1467A-051<br>CIN05607 |
| 004671P003-1467A-051<br>CIN05608 | 005599P002-1467A-051<br>CIN05644, CIN06565 | 005637P002-1467A-051<br>CIN05682 | 005678P002-1467A-051<br>CIN05725 |
| 000016P002-1467A-051<br>CIN05728 | 005690P002-1467A-051<br>CIN05738 | 005714P002-1467A-051<br>CIN05762 | 006351P001-1467A-051<br>CIN05763 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005717P002-1467A-051<br>CIN05766 | 005720P002-1467A-051<br>CIN05769 | 005723P002-1467A-051<br>CIN05772 | 005730P002-1467A-051<br>CIN05779 |
| 005755P003-1467A-051<br>CIN05804 | 005772P002-1467A-051<br>CIN05821 | 005773P002-1467A-051<br>CIN05822 | 005779P002-1467A-051<br>CIN05828 |
| 005800P002-1467A-051<br>CIN05849 | 005807P002-1467A-051<br>CIN05857 | 005891P002-1467A-051<br>CIN05941 | 005935P002-1467A-051<br>CIN05985 |
| 005967P002-1467A-051<br>CIN06017 | 005975P002-1467A-051<br>CIN06025 | 005980P003-1467A-051<br>CIN06030 | 005985P002-1467A-051<br>CIN06035 |
| 006005P002-1467A-051<br>CIN06055 | 006006P002-1467A-051<br>CIN06056 | 006017P002-1467A-051<br>CIN06067 | 006062P002-1467A-051<br>CIN06112 |
| 006074P002-1467A-051<br>CIN06124 | 006077P002-1467A-051<br>CIN06127 | 006085P003-1467A-051<br>CIN06135 | 006086P002-1467A-051<br>CIN06136 |
| 006097P002-1467A-051<br>CIN06147 | 006101P002-1467A-051<br>CIN06151 | 006102P002-1467A-051<br>CIN06152 | 006106P002-1467A-051<br>CIN06156 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006164P002-1467A-051<br>CIN06214 | 006172P002-1467A-051<br>CIN06222 | 006179P002-1467A-051<br>CIN06229 | 006207P002-1467A-051<br>CIN06258 |
| 006641P003-1467A-051<br>CIN06280 | 006819P001-1467A-051<br>CIN06281 | 006831P001-1467A-051<br>CIN06283 | 006980P003-1467A-051<br>CIN06284 |
| 006981P002-1467A-051<br>CIN06285 | 006795P002-1467A-051<br>CIN06287 | 007069P003-1467A-051<br>CIN06599 | 007082P002-1467A-051<br>CIN06600 |
| 007084P002-1467A-051<br>CIN06602 | 007083P001-1467A-051<br>CIN06603 | 006288P002-1467A-051<br>CORP SVC CO<br>JOANNE SMITH<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 | 006280P001-1467A-051<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>KINGSTON CHAMBERS<br>PO BOX 173<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 006275P001-1467A-051<br>FENBUSHI INVESTMENT FUND LP<br>MAPLES CORPORATE SERVICES LIMITED<br>PO BOX 39<br>UGLAND HOUSE<br>GRAND CAYMAN  KY 1-1104<br>CAYMAN ISLANDS | 007088P001-1467A-051<br>JST SYSTEMS LLC<br>DBA JST CAPITAL PARTNERS LLC<br>350 SPRINGFIELD AVE STE 200<br>SUMMIT NJ 07901 | 006284P002-1467A-051<br>METROPOLITAN COMMERCIAL BANK<br>LIZETTE PERALTA<br>99 PK AVE 4TH FLOOR<br>NEW YORK NY 10016 | 006475P001-1467A-051<br>PRICEWATERHOUSECOOPERS<br>300 MADISON AVE<br>NEW YORK NY 10017 |
| 006276P001-1467A-051<br>SPICE VENTURE CAPITAL PTD LTD<br>101 THOMSON RD<br>14-02/03 UNITED SQUARE<br>SINGAPORE<br>SINGAPORE | 007086P001-1467A-051<br>UPHOLD HQ INC<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939 | | |

Records Printed :   **414**

EXHIBIT I

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 006259P003-1467A-051<br>CIN00001 | 000026P002-1467A-051<br>CIN00010 | 000028P001-1467A-051<br>CIN00012 | 000032P002-1467A-051<br>CIN00016 |
| 000039P001-1467A-051<br>CIN00024 | 000048P001-1467A-051<br>CIN00033 | 000050P001-1467A-051<br>CIN00035 | 000052P001-1467A-051<br>CIN00038 |
| 000056P002-1467A-051<br>CIN00042 | 000060P002-1467A-051<br>CIN00046 | 000066P003-1467A-051<br>CIN00052 | 000070P002-1467A-051<br>CIN00056 |
| 000074P001-1467A-051<br>CIN00060 | 000086P002-1467A-051<br>CIN00072 | 000090P002-1467A-051<br>CIN00076 | 000091P002-1467A-051<br>CIN00077 |
| 000103P001-1467A-051<br>CIN00089 | 000123P001-1467A-051<br>CIN00110 | 006346P001-1467A-051<br>CIN00126 | 000146P002-1467A-051<br>CIN00134 |
| 000153P001-1467A-051<br>CIN00141 | 000154P001-1467A-051<br>CIN00142 | 000160P001-1467A-051<br>CIN00148 | 000175P001-1467A-051<br>CIN00163 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 150 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 52

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 000182P001-1467A-051<br>CIN00171 | 000192P002-1467A-051<br>CIN00181 | 000195P003-1467A-051<br>CIN00184 | 000196P001-1467A-051<br>CIN00185 |
| 000198P001-1467A-051<br>CIN00187 | 000200P003-1467A-051<br>CIN00190 | 000218P002-1467A-051<br>CIN00208 | 000240P001-1467A-051<br>CIN00229 |
| 000252P003-1467A-051<br>CIN00241 | 000256P001-1467A-051<br>CIN00245 | 000258P001-1467A-051<br>CIN00248 | 000274P001-1467A-051<br>CIN00264 |
| 000280P002-1467A-051<br>CIN00270 | 000284P002-1467A-051<br>CIN00274 | 000285P001-1467A-051<br>CIN00275 | 000290P001-1467A-051<br>CIN00280 |
| 000293P002-1467A-051<br>CIN00283 | 000302P001-1467A-051<br>CIN00293 | 000303P001-1467A-051<br>CIN00294 | 000317P001-1467A-051<br>CIN00308 |
| 000320P002-1467A-051<br>CIN00311 | 000324P001-1467A-051<br>CIN00315 | 000327P002-1467A-051<br>CIN00318 | 000329P002-1467A-051<br>CIN00320 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000330P003-1467A-051<br>CIN00321 | 000333P001-1467A-051<br>CIN00324 | 000354P002-1467A-051<br>CIN00345 | 000356P001-1467A-051<br>CIN00347 |
| 000357P003-1467A-051<br>CIN00348 | 000363P003-1467A-051<br>CIN00354 | 000379P001-1467A-051<br>CIN00370 | 000384P001-1467A-051<br>CIN00375 |
| 000390P001-1467A-051<br>CIN00381 | 000394P002-1467A-051<br>CIN00385 | 000396P001-1467A-051<br>CIN00387 | 000407P001-1467A-051<br>CIN00398 |
| 000410P002-1467A-051<br>CIN00401 | 000421P001-1467A-051<br>CIN00412 | 000423P001-1467A-051<br>CIN00414 | 000424P001-1467A-051<br>CIN00415 |
| 000425P001-1467A-051<br>CIN00416 | 000427P001-1467A-051<br>CIN00418 | 000444P001-1467A-051<br>CIN00435 | 000449P001-1467A-051<br>CIN00440 |
| 000451P002-1467A-051<br>CIN00442 | 000463P002-1467A-051<br>CIN00455 | 000464P001-1467A-051<br>CIN00456 | 000467P001-1467A-051<br>CIN00459 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

000474P002-1467A-051
CIN00466

000474P002-1467A-051
CIN00466

000478P002-1467A-051
CIN00470

000483P001-1467A-051
CIN00475

006231P002-1467A-051
CIN00476

000487P001-1467A-051
CIN00480

000492P001-1467A-051
CIN00485

000499P002-1467A-051
CIN00492

000524P002-1467A-051
CIN00517

000527P002-1467A-051
CIN00520

000528P002-1467A-051
CIN00521

000543P001-1467A-051
CIN00536

000545P001-1467A-051
CIN00538

000562P001-1467A-051
CIN00555

000563P001-1467A-051
CIN00556

000582P002-1467A-051
CIN00576

000587P001-1467A-051
CIN00582

000589P002-1467A-051
CIN00584

000595P002-1467A-051
CIN00590

000602P002-1467A-051
CIN00597

006352P001-1467A-051
CIN00599

000607P002-1467A-051
CIN00603

000610P002-1467A-051
CIN00606

000613P002-1467A-051
CIN00609

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 000614P002-1467A-051<br>CIN00610 | 000616P002-1467A-051<br>CIN00612 | 000617P002-1467A-051<br>CIN00613 | 000622P001-1467A-051<br>CIN00618 |
| 000624P001-1467A-051<br>CIN00620 | 000637P002-1467A-051<br>CIN00633 | 000654P001-1467A-051<br>CIN00650 | 000656P002-1467A-051<br>CIN00652 |
| 000656P002-1467A-051<br>CIN00652 | 000662P001-1467A-051<br>CIN00658 | 000667P002-1467A-051<br>CIN00663 | 000671P001-1467A-051<br>CIN00667 |
| 000674P002-1467A-051<br>CIN00670 | 000677P001-1467A-051<br>CIN00673 | 000680P001-1467A-051<br>CIN00676 | 000683P001-1467A-051<br>CIN00679 |
| 000690P001-1467A-051<br>CIN00686 | 000692P001-1467A-051<br>CIN00688 | 000693P001-1467A-051<br>CIN00689 | 000695P001-1467A-051<br>CIN00691 |
| 000696P001-1467A-051<br>CIN00692 | 000702P001-1467A-051<br>CIN00698 | 000719P002-1467A-051<br>CIN00716 | 000721P001-1467A-051<br>CIN00718, CIN06326 |

| | | | |
|---|---|---|---|
| 000722P002-1467A-051<br>CIN00719 | 000727P001-1467A-051<br>CIN00724 | 000730P001-1467A-051<br>CIN00727 | 000731P001-1467A-051<br>CIN00728 |
| 000746P001-1467A-051<br>CIN00743 | 000755P001-1467A-051<br>CIN00752 | 000756P001-1467A-051<br>CIN00753 | 006339P001-1467A-051<br>CIN00756 |
| 000761P001-1467A-051<br>CIN00759 | 000763P001-1467A-051<br>CIN00761 | 000766P001-1467A-051<br>CIN00764 | 000769P001-1467A-051<br>CIN00767 |
| 000777P001-1467A-051<br>CIN00775 | 000784P002-1467A-051<br>CIN00783 | 000785P002-1467A-051<br>CIN00784 | 000792P001-1467A-051<br>CIN00791 |
| 000793P002-1467A-051<br>CIN00792 | 000800P001-1467A-051<br>CIN00799 | 000805P001-1467A-051<br>CIN00804 | 000808P002-1467A-051<br>CIN00807 |
| 000809P001-1467A-051<br>CIN00808 | 000826P001-1467A-051<br>CIN00824 | 000836P002-1467A-051<br>CIN00834 | 000840P001-1467A-051<br>CIN00838 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 000843P002-1467A-051<br>CIN00841 | 000855P001-1467A-051<br>CIN00853 | 000860P001-1467A-051<br>CIN00858 | 000862P002-1467A-051<br>CIN00860 |
| 000863P001-1467A-051<br>CIN00861 | 000868P001-1467A-051<br>CIN00866 | 000871P002-1467A-051<br>CIN00869 | 000872P002-1467A-051<br>CIN00870 |
| 000878P001-1467A-051<br>CIN00876 | 000886P001-1467A-051<br>CIN00884 | 000907P001-1467A-051<br>CIN00905 | 000911P002-1467A-051<br>CIN00909 |
| 000928P002-1467A-051<br>CIN00926 | 000936P001-1467A-051<br>CIN00934 | 000938P001-1467A-051<br>CIN00936 | 000949P002-1467A-051<br>CIN00947 |
| 000963P001-1467A-051<br>CIN00961 | 000991P001-1467A-051<br>CIN00989 | 000992P003-1467A-051<br>CIN00990 | 001003P001-1467A-051<br>CIN01001 |
| 001004P001-1467A-051<br>CIN01002 | 001005P002-1467A-051<br>CIN01003 | 001009P001-1467A-051<br>CIN01007 | 001011P001-1467A-051<br>CIN01009 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001020P001-1467A-051<br>CIN01018 | 001025P001-1467A-051<br>CIN01023 | 001043P001-1467A-051<br>CIN01040 | 001044P002-1467A-051<br>CIN01041 |
| 001046P001-1467A-051<br>CIN01043 | 001047P001-1467A-051<br>CIN01044 | 001055P001-1467A-051<br>CIN01052 | 001058P002-1467A-051<br>CIN01055 |
| 001063P002-1467A-051<br>CIN01060 | 001070P002-1467A-051<br>CIN01067 | 001071P001-1467A-051<br>CIN01068 | 001076P002-1467A-051<br>CIN01073 |
| 001089P001-1467A-051<br>CIN01086 | 001090P001-1467A-051<br>CIN01087 | 001094P001-1467A-051<br>CIN01091 | 001099P002-1467A-051<br>CIN01095 |
| 001100P001-1467A-051<br>CIN01096 | 001103P002-1467A-051<br>CIN01099 | 001104P001-1467A-051<br>CIN01100 | 001107P002-1467A-051<br>CIN01103 |
| 001109P001-1467A-051<br>CIN01105 | 001133P002-1467A-051<br>CIN01129 | 001134P001-1467A-051<br>CIN01130 | 001135P001-1467A-051<br>CIN01131 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001139P002-1467A-051<br>CIN01135 | 001143P001-1467A-051<br>CIN01139 | 001144P002-1467A-051<br>CIN01140 | 001149P002-1467A-051<br>CIN01145 |
| 001160P002-1467A-051<br>CIN01156 | 001161P002-1467A-051<br>CIN01157 | 001170P002-1467A-051<br>CIN01166 | 001175P001-1467A-051<br>CIN01171 |
| 001182P001-1467A-051<br>CIN01178 | 001189P001-1467A-051<br>CIN01185 | 001200P003-1467A-051<br>CIN01196 | 001201P001-1467A-051<br>CIN01197 |
| 001206P001-1467A-051<br>CIN01202 | 001208P002-1467A-051<br>CIN01204 | 001211P001-1467A-051<br>CIN01207 | 001230P001-1467A-051<br>CIN01226 |
| 001235P001-1467A-051<br>CIN01231 | 001236P002-1467A-051<br>CIN01232 | 001250P001-1467A-051<br>CIN01246 | 001251P002-1467A-051<br>CIN01247 |
| 001252P001-1467A-051<br>CIN01248 | 001254P001-1467A-051<br>CIN01250 | 001259P003-1467A-051<br>CIN01255 | 001260P001-1467A-051<br>CIN01256 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001265P001-1467A-051<br>CIN01261 | 001268P002-1467A-051<br>CIN01264 | 001280P002-1467A-051<br>CIN01276 | 001285P002-1467A-051<br>CIN01281 |
| 001288P002-1467A-051<br>CIN01284 | 001296P001-1467A-051<br>CIN01292 | 001297P002-1467A-051<br>CIN01293 | 001299P001-1467A-051<br>CIN01295 |
| 001300P001-1467A-051<br>CIN01296 | 001301P001-1467A-051<br>CIN01297 | 001305P002-1467A-051<br>CIN01301 | 001306P001-1467A-051<br>CIN01302 |
| 001314P001-1467A-051<br>CIN01310 | 001319P003-1467A-051<br>CIN01315 | 006883P001-1467A-051<br>CIN01326 | 006883P001-1467A-051<br>CIN01326 |
| 001331P002-1467A-051<br>CIN01327 | 001336P002-1467A-051<br>CIN01332 | 001342P001-1467A-051<br>CIN01338 | 001352P001-1467A-051<br>CIN01350 |
| 001358P002-1467A-051<br>CIN01356 | 001369P001-1467A-051<br>CIN01367 | 001372P003-1467A-051<br>CIN01370 | 001376P001-1467A-051<br>CIN01374 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001379P002-1467A-051<br>CIN01377 | 001382P001-1467A-051<br>CIN01380 | 001395P002-1467A-051<br>CIN01393 | 001400P001-1467A-051<br>CIN01398 |
| 001404P001-1467A-051<br>CIN01402 | 001405P001-1467A-051<br>CIN01403 | 001415P002-1467A-051<br>CIN01413 | 001420P001-1467A-051<br>CIN01418 |
| 001426P002-1467A-051<br>CIN01424 | 001434P002-1467A-051<br>CIN01432 | 001439P001-1467A-051<br>CIN01437 | 001450P001-1467A-051<br>CIN01448 |
| 001453P001-1467A-051<br>CIN01451 | 001462P002-1467A-051<br>CIN01460 | 001474P002-1467A-051<br>CIN01472 | 001474P002-1467A-051<br>CIN01472 |
| 001475P001-1467A-051<br>CIN01473 | 001476P001-1467A-051<br>CIN01474 | 001477P002-1467A-051<br>CIN01475 | 001483P001-1467A-051<br>CIN01481 |
| 000004P002-1467A-051<br>CIN01482 | 001499P002-1467A-051<br>CIN01498 | 001500P002-1467A-051<br>CIN01499 | 001508P001-1467A-051<br>CIN01507 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001510P001-1467A-051<br>CIN01509 | 001518P002-1467A-051<br>CIN01517 | 001529P002-1467A-051<br>CIN01528 | 001533P001-1467A-051<br>CIN01532 |
| 001536P001-1467A-051<br>CIN01535 | 001545P002-1467A-051<br>CIN01544 | 001559P002-1467A-051<br>CIN01558 | 001565P001-1467A-051<br>CIN01564 |
| 001575P001-1467A-051<br>CIN01574 | 001579P002-1467A-051<br>CIN01578 | 001579P002-1467A-051<br>CIN01578 | 001582P001-1467A-051<br>CIN01581 |
| 001585P001-1467A-051<br>CIN01584 | 001586P002-1467A-051<br>CIN01585 | 001595P001-1467A-051<br>CIN01594 | 001598P002-1467A-051<br>CIN01597 |
| 001598P002-1467A-051<br>CIN01597 | 001609P001-1467A-051<br>CIN01608 | 001613P002-1467A-051<br>CIN01612 | 001616P002-1467A-051<br>CIN01615 |
| 001618P001-1467A-051<br>CIN01617 | 001622P002-1467A-051<br>CIN01621 | 001626P004-1467A-051<br>CIN01625 | 001627P001-1467A-051<br>CIN01626 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001631P001-1467A-051<br>CIN01630 | 001634P001-1467A-051<br>CIN01633 | 001639P001-1467A-051<br>CIN01638 | 001643P002-1467A-051<br>CIN01643 |
| 001644P001-1467A-051<br>CIN01644 | 001647P001-1467A-051<br>CIN01647 | 001652P001-1467A-051<br>CIN01652 | 001654P002-1467A-051<br>CIN01654 |
| 001657P002-1467A-051<br>CIN01657 | 001669P001-1467A-051<br>CIN01669 | 001681P001-1467A-051<br>CIN01681 | 001683P002-1467A-051<br>CIN01683 |
| 001690P002-1467A-051<br>CIN01690 | 001692P001-1467A-051<br>CIN01692 | 001695P001-1467A-051<br>CIN01695 | 001705P001-1467A-051<br>CIN01705 |
| 001707P002-1467A-051<br>CIN01707 | 001709P002-1467A-051<br>CIN01709 | 001716P001-1467A-051<br>CIN01716 | 001722P001-1467A-051<br>CIN01722 |
| 001723P001-1467A-051<br>CIN01723 | 001730P002-1467A-051<br>CIN01730 | 001740P002-1467A-051<br>CIN01740 | 001745P002-1467A-051<br>CIN01745 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 001747P002-1467A-051<br>CIN01747 | 001757P002-1467A-051<br>CIN01757 | 001760P001-1467A-051<br>CIN01760 | 001769P001-1467A-051<br>CIN01769 |
| 001770P002-1467A-051<br>CIN01770 | 001785P001-1467A-051<br>CIN01785 | 001789P002-1467A-051<br>CIN01789 | 001797P001-1467A-051<br>CIN01797 |
| 001801P003-1467A-051<br>CIN01801 | 001803P002-1467A-051<br>CIN01803 | 001804P001-1467A-051<br>CIN01804 | 001814P001-1467A-051<br>CIN01814 |
| 001820P001-1467A-051<br>CIN01820 | 001824P002-1467A-051<br>CIN01824 | 001825P001-1467A-051<br>CIN01825 | 001826P001-1467A-051<br>CIN01826 |
| 001833P001-1467A-051<br>CIN01833 | 001836P002-1467A-051<br>CIN01836 | 001839P002-1467A-051<br>CIN01839 | 001841P001-1467A-051<br>CIN01841 |
| 001845P001-1467A-051<br>CIN01845 | 001846P002-1467A-051<br>CIN01846 | 001849P002-1467A-051<br>CIN01849 | 001854P001-1467A-051<br>CIN01854 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001855P002-1467A-051<br>CIN01855 | 001864P001-1467A-051<br>CIN01864 | 001871P002-1467A-051<br>CIN01871 | 001873P001-1467A-051<br>CIN01873 |
| 001878P001-1467A-051<br>CIN01878 | 001885P001-1467A-051<br>CIN01885 | 001892P001-1467A-051<br>CIN01892 | 001905P002-1467A-051<br>CIN01905 |
| 001908P001-1467A-051<br>CIN01908 | 001912P001-1467A-051<br>CIN01912 | 001921P001-1467A-051<br>CIN01921 | 001925P001-1467A-051<br>CIN01925 |
| 001929P001-1467A-051<br>CIN01929 | 001936P001-1467A-051<br>CIN01936 | 001940P001-1467A-051<br>CIN01940 | 001958P001-1467A-051<br>CIN01958 |
| 001970P003-1467A-051<br>CIN01970 | 001974P002-1467A-051<br>CIN01974 | 001994P001-1467A-051<br>CIN01994 | 001997P002-1467A-051<br>CIN01997 |
| 002000P001-1467A-051<br>CIN02000 | 002004P002-1467A-051<br>CIN02004 | 002009P001-1467A-051<br>CIN02009 | 002022P002-1467A-051<br>CIN02022 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002034P001-1467A-051<br>CIN02034 | 002036P002-1467A-051<br>CIN02036 | 002037P001-1467A-051<br>CIN02037 | 002038P002-1467A-051<br>CIN02038 |
| 002042P001-1467A-051<br>CIN02042 | 002051P002-1467A-051<br>CIN02051 | 002056P002-1467A-051<br>CIN02056 | 002056P002-1467A-051<br>CIN02056 |
| 002059P001-1467A-051<br>CIN02059 | 002060P001-1467A-051<br>CIN02060 | 002061P001-1467A-051<br>CIN02061 | 002087P001-1467A-051<br>CIN02088 |
| 002104P002-1467A-051<br>CIN02106 | 002118P001-1467A-051<br>CIN02121 | 002120P002-1467A-051<br>CIN02123 | 002122P001-1467A-051<br>CIN02125 |
| 002126P001-1467A-051<br>CIN02129 | 002127P002-1467A-051<br>CIN02130 | 002135P001-1467A-051<br>CIN02138 | 002136P001-1467A-051<br>CIN02139 |
| 002145P002-1467A-051<br>CIN02149 | 002152P002-1467A-051<br>CIN02156 | 002153P002-1467A-051<br>CIN02157 | 002181P001-1467A-051<br>CIN02185 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002193P002-1467A-051<br>CIN02197 | 002193P002-1467A-051<br>CIN02197 | 002196P002-1467A-051<br>CIN02200 | 002206P001-1467A-051<br>CIN02210 |
| 002228P001-1467A-051<br>CIN02232 | 002231P001-1467A-051<br>CIN02235 | 002233P001-1467A-051<br>CIN02237 | 002235P001-1467A-051<br>CIN02239 |
| 002237P002-1467A-051<br>CIN02241 | 002239P002-1467A-051<br>CIN02243 | 002241P001-1467A-051<br>CIN02245 | 002253P001-1467A-051<br>CIN02257 |
| 002256P002-1467A-051<br>CIN02260 | 002259P001-1467A-051<br>CIN02263 | 002260P002-1467A-051<br>CIN02264 | 002262P002-1467A-051<br>CIN02266 |
| 002264P001-1467A-051<br>CIN02268 | 002265P001-1467A-051<br>CIN02269 | 002266P001-1467A-051<br>CIN02270 | 002270P002-1467A-051<br>CIN02274 |
| 002280P003-1467A-051<br>CIN02284 | 002300P001-1467A-051<br>CIN02304 | 002301P001-1467A-051<br>CIN02305 | 002302P001-1467A-051<br>CIN02306 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002308P02-1467A-051<br>CIN02312 | 002309P001-1467A-051<br>CIN02313 | 002311P002-1467A-051<br>CIN02315 | 002314P002-1467A-051<br>CIN02318 |
| 002315P001-1467A-051<br>CIN02319 | 002317P001-1467A-051<br>CIN02321 | 002318P001-1467A-051<br>CIN02322 | 002325P001-1467A-051<br>CIN02329 |
| 002326P001-1467A-051<br>CIN02330 | 002327P001-1467A-051<br>CIN02331 | 002329P002-1467A-051<br>CIN02333 | 002330P001-1467A-051<br>CIN02334 |
| 002332P002-1467A-051<br>CIN02336 | 002344P001-1467A-051<br>CIN02348 | 002345P001-1467A-051<br>CIN02349 | 002346P001-1467A-051<br>CIN02350 |
| 002347P001-1467A-051<br>CIN02351 | 002354P001-1467A-051<br>CIN02358 | 002378P001-1467A-051<br>CIN02382 | 002390P002-1467A-051<br>CIN02394 |
| 002396P003-1467A-051<br>CIN02401 | 002400P001-1467A-051<br>CIN02405 | 002421P002-1467A-051<br>CIN02426 | 002423P001-1467A-051<br>CIN02428 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002429P002-1467A-051<br>CIN02434 | 002431P001-1467A-051<br>CIN02436 | 000001P002-1467A-051<br>CIN02443 | 002438P002-1467A-051<br>CIN02444 |
| 002439P001-1467A-051<br>CIN02445 | 002445P001-1467A-051<br>CIN02451 | 002447P001-1467A-051<br>CIN02453 | 002449P001-1467A-051<br>CIN02455 |
| 002456P003-1467A-051<br>CIN02462 | 002460P001-1467A-051<br>CIN02466 | 002465P001-1467A-051<br>CIN02471 | 002469P001-1467A-051<br>CIN02475 |
| 002474P002-1467A-051<br>CIN02480 | 002483P001-1467A-051<br>CIN02489 | 002487P001-1467A-051<br>CIN02493 | 002488P002-1467A-051<br>CIN02494 |
| 002489P001-1467A-051<br>CIN02495 | 002490P002-1467A-051<br>CIN02496 | 002492P002-1467A-051<br>CIN02498 | 002493P001-1467A-051<br>CIN02499 |
| 002496P002-1467A-051<br>CIN02502 | 002500P002-1467A-051<br>CIN02506 | 002501P001-1467A-051<br>CIN02507 | 002503P001-1467A-051<br>CIN02509 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 168 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 20 of 52                                    02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002513P001-1467A-051<br>CIN02519 | 002526P001-1467A-051<br>CIN02532 | 002528P001-1467A-051<br>CIN02534 | 002531P002-1467A-051<br>CIN02537 |
| 002532P002-1467A-051<br>CIN02538 | 002534P001-1467A-051<br>CIN02540 | 002540P001-1467A-051<br>CIN02546 | 002546P001-1467A-051<br>CIN02552 |
| 002548P001-1467A-051<br>CIN02554 | 002558P001-1467A-051<br>CIN02564 | 002566P001-1467A-051<br>CIN02572 | 002569P001-1467A-051<br>CIN02575 |
| 002579P002-1467A-051<br>CIN02585 | 002585P001-1467A-051<br>CIN02591 | 002586P002-1467A-051<br>CIN02592 | 002592P001-1467A-051<br>CIN02598 |
| 002601P002-1467A-051<br>CIN02607 | 002608P001-1467A-051<br>CIN02614 | 002610P001-1467A-051<br>CIN02616 | 002616P001-1467A-051<br>CIN02622 |
| 002617P001-1467A-051<br>CIN02623 | 002619P001-1467A-051<br>CIN02625 | 002623P001-1467A-051<br>CIN02629 | 002625P002-1467A-051<br>CIN02631 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002630P001-1467A-051<br>CIN02636 | 002636P001-1467A-051<br>CIN02642 | 002639P001-1467A-051<br>CIN02645 | 002640P001-1467A-051<br>CIN02646 |
| 002646P001-1467A-051<br>CIN02652 | 002659P001-1467A-051<br>CIN02665 | 002661P001-1467A-051<br>CIN02667 | 002663P002-1467A-051<br>CIN02669 |
| 002668P003-1467A-051<br>CIN02674 | 002678P002-1467A-051<br>CIN02684 | 002679P001-1467A-051<br>CIN02686 | 006260P002-1467A-051<br>CIN02696 |
| 002689P002-1467A-051<br>CIN02697 | 002699P001-1467A-051<br>CIN02707 | 002702P002-1467A-051<br>CIN02710 | 002715P001-1467A-051<br>CIN02723 |
| 002718P002-1467A-051<br>CIN02726 | 002725P002-1467A-051<br>CIN02733 | 002732P001-1467A-051<br>CIN02740 | 002739P002-1467A-051<br>CIN02747 |
| 002740P001-1467A-051<br>CIN02748 | 002742P001-1467A-051<br>CIN02750 | 002752P001-1467A-051<br>CIN02760 | 002986P001-1467A-051<br>CIN02774 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002770P001-1467A-051<br>CIN02777 | 002774P001-1467A-051<br>CIN02781 | 002778P001-1467A-051<br>CIN02785 | 002788P001-1467A-051<br>CIN02795 |
| 002789P002-1467A-051<br>CIN02796 | 002793P001-1467A-051<br>CIN02800 | 002795P001-1467A-051<br>CIN02802 | 002798P001-1467A-051<br>CIN02806 |
| 002810P002-1467A-051<br>CIN02819 | 002818P001-1467A-051<br>CIN02827 | 002819P001-1467A-051<br>CIN02828 | 002822P002-1467A-051<br>CIN02831 |
| 002823P002-1467A-051<br>CIN02832 | 002828P001-1467A-051<br>CIN02838 | 002829P002-1467A-051<br>CIN02839 | 002830P002-1467A-051<br>CIN02840 |
| 002831P001-1467A-051<br>CIN02841 | 002839P002-1467A-051<br>CIN02849 | 002847P001-1467A-051<br>CIN02857 | 002862P002-1467A-051<br>CIN02872 |
| 002863P002-1467A-051<br>CIN02873 | 002871P001-1467A-051<br>CIN02881 | 002884P001-1467A-051<br>CIN02894 | 002904P001-1467A-051<br>CIN02915 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002909P001-1467A-051<br>CIN02920 | 002911P001-1467A-051<br>CIN02922 | 002913P001-1467A-051<br>CIN02924 | 002919P002-1467A-051<br>CIN02930 |
| 002921P001-1467A-051<br>CIN02932 | 002926P001-1467A-051<br>CIN02937 | 002929P002-1467A-051<br>CIN02940 | 002932P002-1467A-051<br>CIN02943 |
| 002939P001-1467A-051<br>CIN02950 | 002946P002-1467A-051<br>CIN02957 | 002947P001-1467A-051<br>CIN02958 | 002950P001-1467A-051<br>CIN02961 |
| 002954P001-1467A-051<br>CIN02965 | 002955P003-1467A-051<br>CIN02966 | 002956P001-1467A-051<br>CIN02967 | 002959P001-1467A-051<br>CIN02970 |
| 002966P001-1467A-051<br>CIN02977 | 002969P001-1467A-051<br>CIN02980 | 002971P001-1467A-051<br>CIN02982 | 002975P001-1467A-051<br>CIN02986 |
| 002976P002-1467A-051<br>CIN02987 | 002982P001-1467A-051<br>CIN02993 | 002985P002-1467A-051<br>CIN02996 | 002987P002-1467A-051<br>CIN02997 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 002992P002-1467A-051<br>CIN03002 | 002993P001-1467A-051<br>CIN03003 | 002995P002-1467A-051<br>CIN03005 | 002995P002-1467A-051<br>CIN03005 |
| 003002P001-1467A-051<br>CIN03012 | 003004P001-1467A-051<br>CIN03014 | 003005P002-1467A-051<br>CIN03015 | 003014P002-1467A-051<br>CIN03024 |
| 003015P002-1467A-051<br>CIN03025 | 003020P001-1467A-051<br>CIN03030 | 003029P001-1467A-051<br>CIN03039 | 003030P001-1467A-051<br>CIN03040 |
| 003035P002-1467A-051<br>CIN03045 | 003048P001-1467A-051<br>CIN03058 | 003051P001-1467A-051<br>CIN03061 | 003057P002-1467A-051<br>CIN03067 |
| 003062P001-1467A-051<br>CIN03072 | 003064P001-1467A-051<br>CIN03074 | 003076P001-1467A-051<br>CIN03087 | 003077P003-1467A-051<br>CIN03088 |
| 003078P002-1467A-051<br>CIN03089 | 003090P002-1467A-051<br>CIN03101 | 006348P001-1467A-051<br>CIN03102 | 003093P002-1467A-051<br>CIN03105 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003097P002-1467A-051<br>CIN03109 | 003100P002-1467A-051<br>CIN03112 | 003108P002-1467A-051<br>CIN03120 | 003109P003-1467A-051<br>CIN03121 |
| 003110P002-1467A-051<br>CIN03122 | 003114P001-1467A-051<br>CIN03126 | 006876P002-1467A-051<br>CIN03132 | 003121P001-1467A-051<br>CIN03133 |
| 003123P002-1467A-051<br>CIN03135 | 003136P003-1467A-051<br>CIN03148 | 003136P003-1467A-051<br>CIN03148 | 003146P001-1467A-051<br>CIN03158 |
| 006341P001-1467A-051<br>CIN03162 | 003154P001-1467A-051<br>CIN03167 | 003156P002-1467A-051<br>CIN03169 | 003162P002-1467A-051<br>CIN03175 |
| 003163P002-1467A-051<br>CIN03176 | 003164P002-1467A-051<br>CIN03177 | 003165P002-1467A-051<br>CIN03178 | 003173P002-1467A-051<br>CIN03186 |
| 003175P001-1467A-051<br>CIN03188 | 003184P002-1467A-051<br>CIN03198 | 003185P002-1467A-051<br>CIN03199 | 003189P002-1467A-051<br>CIN03203 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

003201P002-1467A-051
CIN03215

003204P001-1467A-051
CIN03218

003208P001-1467A-051
CIN03222

003223P001-1467A-051
CIN03238

003232P002-1467A-051
CIN03247

003238P001-1467A-051
CIN03253

003241P002-1467A-051
CIN03256

003247P001-1467A-051
CIN03262

003257P001-1467A-051
CIN03272

003260P001-1467A-051
CIN03275

003261P001-1467A-051
CIN03276

003269P001-1467A-051
CIN03284

003270P001-1467A-051
CIN03285

003275P002-1467A-051
CIN03290

003278P001-1467A-051
CIN03293

003281P002-1467A-051
CIN03296

003286P002-1467A-051
CIN03301

003294P001-1467A-051
CIN03309

003296P002-1467A-051
CIN03311

003298P001-1467A-051
CIN03313

003303P002-1467A-051
CIN03318

003304P001-1467A-051
CIN03319

003308P002-1467A-051
CIN03323

003314P001-1467A-051
CIN03329

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

003317P002-1467A-051
CIN03332

003319P001-1467A-051
CIN03334

003322P002-1467A-051
CIN03337

006242P002-1467A-051
CIN03338

003327P001-1467A-051
CIN03343

003330P001-1467A-051
CIN03346

003335P001-1467A-051
CIN03351

003337P001-1467A-051
CIN03353

003339P001-1467A-051
CIN03355

003341P002-1467A-051
CIN03357

003342P002-1467A-051
CIN03358

003344P001-1467A-051
CIN03360

003349P002-1467A-051
CIN03365

003354P002-1467A-051
CIN03370

003359P001-1467A-051
CIN03375

003362P002-1467A-051
CIN03378

003371P001-1467A-051
CIN03387

003376P001-1467A-051
CIN03392

003380P002-1467A-051
CIN03396

003381P002-1467A-051
CIN03397

003382P002-1467A-051
CIN03398

003388P002-1467A-051
CIN03404

003394P001-1467A-051
CIN03410

003395P001-1467A-051
CIN03411

| | | | |
|---|---|---|---|
| 003399P001-1467A-051<br>CIN03415 | 003400P001-1467A-051<br>CIN03416 | 003403P001-1467A-051<br>CIN03419 | 003408P001-1467A-051<br>CIN03424 |
| 003410P002-1467A-051<br>CIN03426 | 003413P001-1467A-051<br>CIN03429 | 003415P001-1467A-051<br>CIN03431 | 003441P001-1467A-051<br>CIN03457 |
| 003445P001-1467A-051<br>CIN03461 | 003446P003-1467A-051<br>CIN03462 | 003455P001-1467A-051<br>CIN03471 | 003459P001-1467A-051<br>CIN03475 |
| 003470P001-1467A-051<br>CIN03486 | 003472P002-1467A-051<br>CIN03488 | 003489P001-1467A-051<br>CIN03505 | 003490P001-1467A-051<br>CIN03506 |
| 003491P003-1467A-051<br>CIN03507 | 003498P001-1467A-051<br>CIN03514 | 003504P001-1467A-051<br>CIN03520 | 003507P002-1467A-051<br>CIN03523 |
| 003520P001-1467A-051<br>CIN03536 | 003521P002-1467A-051<br>CIN03537 | 003531P001-1467A-051<br>CIN03547 | 003534P001-1467A-051<br>CIN03550 |

| | | | |
|---|---|---|---|
| 003539P001-1467A-051<br>CIN03555 | 003541P001-1467A-051<br>CIN03557 | 003543P001-1467A-051<br>CIN03559 | 003544P001-1467A-051<br>CIN03560 |
| 003545P002-1467A-051<br>CIN03561 | 003546P001-1467A-051<br>CIN03562 | 003557P003-1467A-051<br>CIN03573 | 003559P001-1467A-051<br>CIN03575 |
| 003567P002-1467A-051<br>CIN03583 | 003568P002-1467A-051<br>CIN03584 | 003570P001-1467A-051<br>CIN03586 | 003571P002-1467A-051<br>CIN03587 |
| 003579P005-1467A-051<br>CIN03595 | 003583P002-1467A-051<br>CIN03599 | 003585P002-1467A-051<br>CIN03601 | 003593P002-1467A-051<br>CIN03609 |
| 003603P002-1467A-051<br>CIN03619 | 003606P002-1467A-051<br>CIN03622 | 003607P002-1467A-051<br>CIN03623 | 003608P001-1467A-051<br>CIN03624 |
| 003611P003-1467A-051<br>CIN03627 | 003615P003-1467A-051<br>CIN03631 | 003618P001-1467A-051<br>CIN03634 | 003624P002-1467A-051<br>CIN03640 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 178 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 30 of 52                                                                    02/02/2021 03:49:59 PM

003625P001-1467A-051
CIN03641

003626P001-1467A-051
CIN03642

003627P001-1467A-051
CIN03643

003629P002-1467A-051
CIN03645

003631P002-1467A-051
CIN03647

003633P001-1467A-051
CIN03649

003639P002-1467A-051
CIN03655

003644P002-1467A-051
CIN03660

003645P002-1467A-051
CIN03661

003647P002-1467A-051
CIN03663

003648P002-1467A-051
CIN03664

003652P001-1467A-051
CIN03668

003659P001-1467A-051
CIN03675

003662P001-1467A-051
CIN03678

003665P001-1467A-051
CIN03681

006340P002-1467A-051
CIN03721

003712P001-1467A-051
CIN03729

003722P002-1467A-051
CIN03739

003723P001-1467A-051
CIN03740

003726P001-1467A-051
CIN03743

003732P001-1467A-051
CIN03749

003735P001-1467A-051
CIN03752

003741P002-1467A-051
CIN03758

003761P002-1467A-051
CIN03778

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 003763P002-1467A-051<br>CIN03780 | 003764P001-1467A-051<br>CIN03781 | 003765P002-1467A-051<br>CIN03782 | 003769P002-1467A-051<br>CIN03786 |
| 003771P002-1467A-051<br>CIN03788 | 003772P002-1467A-051<br>CIN03789 | 003784P003-1467A-051<br>CIN03801 | 003799P001-1467A-051<br>CIN03817 |
| 003810P001-1467A-051<br>CIN03828 | 003821P002-1467A-051<br>CIN03839 | 003823P001-1467A-051<br>CIN03841 | 003825P002-1467A-051<br>CIN03843 |
| 003837P001-1467A-051<br>CIN03855 | 003843P003-1467A-051<br>CIN03861 | 003843P003-1467A-051<br>CIN03861 | 003846P001-1467A-051<br>CIN03864 |
| 003849P002-1467A-051<br>CIN03867 | 003849P002-1467A-051<br>CIN03867 | 003851P001-1467A-051<br>CIN03870 | 003857P002-1467A-051<br>CIN03876 |
| 003861P002-1467A-051<br>CIN03880 | 003862P001-1467A-051<br>CIN03881 | 003863P001-1467A-051<br>CIN03882 | 003869P001-1467A-051<br>CIN03888 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003870P001-1467A-051<br>CIN03889 | 003871P002-1467A-051<br>CIN03890 | 003872P002-1467A-051<br>CIN03891 | 003877P001-1467A-051<br>CIN03896 |
| 003880P002-1467A-051<br>CIN03899 | 003887P001-1467A-051<br>CIN03906 | 003889P002-1467A-051<br>CIN03908 | 003892P002-1467A-051<br>CIN03913 |
| 003897P002-1467A-051<br>CIN03918 | 003906P001-1467A-051<br>CIN03927 | 003912P001-1467A-051<br>CIN03933 | 003915P001-1467A-051<br>CIN03936 |
| 003916P001-1467A-051<br>CIN03937 | 003918P001-1467A-051<br>CIN03939 | 003921P002-1467A-051<br>CIN03942 | 003923P002-1467A-051<br>CIN03944 |
| 003924P002-1467A-051<br>CIN03945 | 003936P001-1467A-051<br>CIN03957 | 003940P001-1467A-051<br>CIN03961 | 003942P001-1467A-051<br>CIN03963 |
| 003946P002-1467A-051<br>CIN03967 | 003951P002-1467A-051<br>CIN03972 | 003958P002-1467A-051<br>CIN03979 | 003959P001-1467A-051<br>CIN03980 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 003961P001-1467A-051<br>CIN03982 | 003963P001-1467A-051<br>CIN03984 | 000009P001-1467A-051<br>CIN03994 | 003973P001-1467A-051<br>CIN03996 |
| 003978P001-1467A-051<br>CIN04001 | 003982P001-1467A-051<br>CIN04005 | 003988P001-1467A-051<br>CIN04011 | 003991P001-1467A-051<br>CIN04014 |
| 003994P001-1467A-051<br>CIN04017 | 003998P001-1467A-051<br>CIN04021 | 004000P001-1467A-051<br>CIN04023 | 004001P002-1467A-051<br>CIN04024 |
| 004003P001-1467A-051<br>CIN04026 | 004004P001-1467A-051<br>CIN04027 | 004007P002-1467A-051<br>CIN04030 | 004013P002-1467A-051<br>CIN04036 |
| 004014P001-1467A-051<br>CIN04037 | 004015P002-1467A-051<br>CIN04038 | 004016P001-1467A-051<br>CIN04039 | 004023P002-1467A-051<br>CIN04047 |
| 004031P001-1467A-051<br>CIN04055 | 004034P001-1467A-051<br>CIN04058 | 004036P002-1467A-051<br>CIN04060 | 004037P001-1467A-051<br>CIN04061 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004040P002-1467A-051<br>CIN04064 | 004042P002-1467A-051<br>CIN04066 | 004056P001-1467A-051<br>CIN04081 | 004072P001-1467A-051<br>CIN04097 |
| 004073P003-1467A-051<br>CIN04098 | 004075P001-1467A-051<br>CIN04100 | 004077P001-1467A-051<br>CIN04102 | 004084P002-1467A-051<br>CIN04109 |
| 004093P001-1467A-051<br>CIN04118 | 004123P002-1467A-051<br>CIN04148 | 004127P001-1467A-051<br>CIN04152 | 004129P001-1467A-051<br>CIN04154 |
| 004155P001-1467A-051<br>CIN04180 | 004165P002-1467A-051<br>CIN04190 | 004170P001-1467A-051<br>CIN04195 | 004182P001-1467A-051<br>CIN04207 |
| 004184P001-1467A-051<br>CIN04209 | 004186P002-1467A-051<br>CIN04211 | 004189P002-1467A-051<br>CIN04214 | 004191P001-1467A-051<br>CIN04216 |
| 004202P001-1467A-051<br>CIN04227 | 004203P001-1467A-051<br>CIN04228 | 004206P002-1467A-051<br>CIN04231 | 004214P002-1467A-051<br>CIN04239 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004216P001-1467A-051<br>CIN04241 | 004218P001-1467A-051<br>CIN04243 | 004219P002-1467A-051<br>CIN04244 | 004226P001-1467A-051<br>CIN04251 |
| 004229P001-1467A-051<br>CIN04254 | 004230P002-1467A-051<br>CIN04255 | 004231P001-1467A-051<br>CIN04256 | 004235P001-1467A-051<br>CIN04260 |
| 004249P001-1467A-051<br>CIN04274 | 004249P001-1467A-051<br>CIN04274 | 004250P001-1467A-051<br>CIN04275 | 004264P001-1467A-051<br>CIN04289 |
| 004277P002-1467A-051<br>CIN04302 | 004282P001-1467A-051<br>CIN04307 | 004286P002-1467A-051<br>CIN04311 | 004289P002-1467A-051<br>CIN04314 |
| 004295P001-1467A-051<br>CIN04321 | 004304P002-1467A-051<br>CIN04330 | 004319P002-1467A-051<br>CIN04345 | 004324P001-1467A-051<br>CIN04350 |
| 004326P001-1467A-051<br>CIN04352 | 004343P001-1467A-051<br>CIN04369 | 004344P001-1467A-051<br>CIN04370 | 004349P002-1467A-051<br>CIN04375 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 184 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 36 of 52

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 004350P001-1467A-051<br>CIN04376 | 004353P002-1467A-051<br>CIN04379 | 004367P002-1467A-051<br>CIN04393 | 004380P001-1467A-051<br>CIN04406 |
| 004396P001-1467A-051<br>CIN04422 | 004400P001-1467A-051<br>CIN04426 | 004401P001-1467A-051<br>CIN04427 | 004402P001-1467A-051<br>CIN04428 |
| 004403P001-1467A-051<br>CIN04429 | 004423P001-1467A-051<br>CIN04449 | 004424P001-1467A-051<br>CIN04450 | 004440P001-1467A-051<br>CIN04466 |
| 004444P001-1467A-051<br>CIN04470 | 004453P001-1467A-051<br>CIN04480 | 004466P002-1467A-051<br>CIN04493 | 004473P001-1467A-051<br>CIN04499 |
| 004487P002-1467A-051<br>CIN04513 | 004491P001-1467A-051<br>CIN04517 | 004495P001-1467A-051<br>CIN04521 | 004496P002-1467A-051<br>CIN04522 |
| 004510P002-1467A-051<br>CIN04536 | 004516P001-1467A-051<br>CIN04542 | 004520P002-1467A-051<br>CIN04546 | 004524P001-1467A-051<br>CIN04550 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

004527P001-1467A-051
CIN04553

004530P001-1467A-051
CIN04556

004532P001-1467A-051
CIN04558

004533P001-1467A-051
CIN04559

004546P001-1467A-051
CIN04572

004555P002-1467A-051
CIN04581

004564P001-1467A-051
CIN04590

004570P002-1467A-051
CIN04596

004574P001-1467A-051
CIN04600, CIN06508

004577P001-1467A-051
CIN04603

004579P001-1467A-051
CIN04605

004583P001-1467A-051
CIN04609

004587P001-1467A-051
CIN04613

004588P002-1467A-051
CIN04614

004589P001-1467A-051
CIN04615

004592P004-1467A-051
CIN04618

004593P001-1467A-051
CIN04619

004596P001-1467A-051
CIN04622

004597P001-1467A-051
CIN04623

004598P001-1467A-051
CIN04624

004603P002-1467A-051
CIN04629

004605P003-1467A-051
CIN04631

004613P001-1467A-051
CIN04639

004622P001-1467A-051
CIN04648

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 004625P001-1467A-051<br>CIN04651 | 004628P001-1467A-051<br>CIN04654 | 004630P001-1467A-051<br>CIN04656 | 004631P002-1467A-051<br>CIN04657 |
| 004635P001-1467A-051<br>CIN04661 | 004640P001-1467A-051<br>CIN04666 | 004642P002-1467A-051<br>CIN04668 | 004646P002-1467A-051<br>CIN04672 |
| 004655P002-1467A-051<br>CIN04681 | 004657P001-1467A-051<br>CIN04683 | 004659P001-1467A-051<br>CIN04685 | 004662P001-1467A-051<br>CIN04688 |
| 004663P002-1467A-051<br>CIN04689 | 004678P002-1467A-051<br>CIN04703 | 004683P002-1467A-051<br>CIN04708 | 004686P001-1467A-051<br>CIN04711 |
| 004692P002-1467A-051<br>CIN04717 | 004702P002-1467A-051<br>CIN04727 | 004706P001-1467A-051<br>CIN04731 | 004711P002-1467A-051<br>CIN04736 |
| 004718P002-1467A-051<br>CIN04743 | 004721P002-1467A-051<br>CIN04746 | 004725P002-1467A-051<br>CIN04750 | 006345P001-1467A-051<br>CIN04760 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 004747P001-1467A-051<br>CIN04773 | 004749P001-1467A-051<br>CIN04775 | 004778P001-1467A-051<br>CIN04804 | 004785P001-1467A-051<br>CIN04811 |
| 004796P002-1467A-051<br>CIN04822 | 004801P001-1467A-051<br>CIN04827 | 004807P001-1467A-051<br>CIN04834 | 004809P001-1467A-051<br>CIN04836 |
| 004810P001-1467A-051<br>CIN04837 | 004830P001-1467A-051<br>CIN04857 | 004832P001-1467A-051<br>CIN04859 | 004837P002-1467A-051<br>CIN04865 |
| 004841P001-1467A-051<br>CIN04869 | 004843P004-1467A-051<br>CIN04871 | 004845P001-1467A-051<br>CIN04873 | 004847P002-1467A-051<br>CIN04875 |
| 004850P002-1467A-051<br>CIN04878 | 004852P001-1467A-051<br>CIN04880 | 004862P002-1467A-051<br>CIN04890 | 004868P002-1467A-051<br>CIN04897 |
| 004883P002-1467A-051<br>CIN04912 | 004887P001-1467A-051<br>CIN04916 | 004892P001-1467A-051<br>CIN04921 | 004901P001-1467A-051<br>CIN04930 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

004902P002-1467A-051
CIN04931

004918P001-1467A-051
CIN04947

004920P001-1467A-051
CIN04949

004932P002-1467A-051
CIN04962

004944P001-1467A-051
CIN04974

004949P001-1467A-051
CIN04979

004954P001-1467A-051
CIN04984

004959P001-1467A-051
CIN04989

004960P002-1467A-051
CIN04990

004965P003-1467A-051
CIN04995

004968P002-1467A-051
CIN04998

004972P002-1467A-051
CIN05002

004993P001-1467A-051
CIN05026

005002P001-1467A-051
CIN05035

005004P001-1467A-051
CIN05037

005005P002-1467A-051
CIN05038

005019P001-1467A-051
CIN05052

005024P001-1467A-051
CIN05057

005027P001-1467A-051
CIN05060

005030P002-1467A-051
CIN05063

005032P001-1467A-051
CIN05065

005034P001-1467A-051
CIN05067

005035P002-1467A-051
CIN05069

005042P002-1467A-051
CIN05076

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005053P001-1467A-051<br>CIN05087 | 005061P001-1467A-051<br>CIN05095 | 005064P001-1467A-051<br>CIN05098 | 005070P002-1467A-051<br>CIN05104 |
| 005084P003-1467A-051<br>CIN05118 | 005089P001-1467A-051<br>CIN05123 | 005090P002-1467A-051<br>CIN05124 | 005091P001-1467A-051<br>CIN05125 |
| 005092P002-1467A-051<br>CIN05126 | 005095P001-1467A-051<br>CIN05129 | 005107P002-1467A-051<br>CIN05141 | 005108P003-1467A-051<br>CIN05142 |
| 005108P003-1467A-051<br>CIN05142 | 005111P001-1467A-051<br>CIN05145 | 005115P001-1467A-051<br>CIN05149 | 005119P001-1467A-051<br>CIN05153 |
| 005126P001-1467A-051<br>CIN05160 | 005139P003-1467A-051<br>CIN05173 | 005140P002-1467A-051<br>CIN05174 | 005143P001-1467A-051<br>CIN05177 |
| 005161P002-1467A-051<br>CIN05195 | 005171P001-1467A-051<br>CIN05205 | 005172P001-1467A-051<br>CIN05206 | 005180P002-1467A-051<br>CIN05214 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005184P001-1467A-051<br>CIN05218 | 005185P001-1467A-051<br>CIN05219 | 005187P002-1467A-051<br>CIN05221 | 005190P001-1467A-051<br>CIN05224 |
| 005191P001-1467A-051<br>CIN05225 | 005193P001-1467A-051<br>CIN05227 | 005203P001-1467A-051<br>CIN05237 | 005205P001-1467A-051<br>CIN05240 |
| 005207P001-1467A-051<br>CIN05242 | 005209P003-1467A-051<br>CIN05244 | 005211P001-1467A-051<br>CIN05246 | 005217P001-1467A-051<br>CIN05252 |
| 005222P002-1467A-051<br>CIN05257 | 005227P002-1467A-051<br>CIN05262 | 005230P001-1467A-051<br>CIN05265 | 005241P002-1467A-051<br>CIN05276 |
| 005247P001-1467A-051<br>CIN05282 | 005250P001-1467A-051<br>CIN05285 | 005251P001-1467A-051<br>CIN05286 | 005254P002-1467A-051<br>CIN05289 |
| 005258P001-1467A-051<br>CIN05293 | 005264P002-1467A-051<br>CIN05299 | 005265P002-1467A-051<br>CIN05300 | 005269P002-1467A-051<br>CIN05304 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 005274P001-1467A-051<br>CIN05309 | 000012P001-1467A-051<br>CIN05311 | 000013P001-1467A-051<br>CIN05312 | 005277P002-1467A-051<br>CIN05314 |
| 005279P002-1467A-051<br>CIN05316 | 005280P001-1467A-051<br>CIN05317 | 005282P001-1467A-051<br>CIN05319 | 005289P001-1467A-051<br>CIN05326 |
| 005291P001-1467A-051<br>CIN05330 | 005295P002-1467A-051<br>CIN05334 | 005298P001-1467A-051<br>CIN05337 | 005300P001-1467A-051<br>CIN05339 |
| 005301P002-1467A-051<br>CIN05340 | 005314P002-1467A-051<br>CIN05353 | 005315P001-1467A-051<br>CIN05354 | 005317P002-1467A-051<br>CIN05356 |
| 005318P002-1467A-051<br>CIN05357 | 005325P002-1467A-051<br>CIN05364 | 005326P001-1467A-051<br>CIN05365 | 005339P001-1467A-051<br>CIN05378 |
| 005341P001-1467A-051<br>CIN05380 | 005358P002-1467A-051<br>CIN05397 | 005369P002-1467A-051<br>CIN05408 | 005372P001-1467A-051<br>CIN05411 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 005374P002-1467A-051<br>CIN05414 | 005391P001-1467A-051<br>CIN05430 | 005392P001-1467A-051<br>CIN05431 | 005397P001-1467A-051<br>CIN05436 |
| 005399P002-1467A-051<br>CIN05438 | 005411P001-1467A-051<br>CIN05450 | 005412P002-1467A-051<br>CIN05451 | 005422P001-1467A-051<br>CIN05461 |
| 005429P002-1467A-051<br>CIN05468 | 005432P001-1467A-051<br>CIN05471 | 005433P001-1467A-051<br>CIN05472 | 005436P001-1467A-051<br>CIN05475 |
| 005438P002-1467A-051<br>CIN05477 | 005443P001-1467A-051<br>CIN05482 | 005452P001-1467A-051<br>CIN05491 | 005454P001-1467A-051<br>CIN05493 |
| 005463P001-1467A-051<br>CIN05502 | 005480P001-1467A-051<br>CIN05520 | 005486P001-1467A-051<br>CIN05526 | 005489P001-1467A-051<br>CIN05529 |
| 006353P001-1467A-051<br>CIN05530 | 006353P001-1467A-051<br>CIN05530 | 005493P002-1467A-051<br>CIN05534 | 005500P002-1467A-051<br>CIN05541 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 193 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 45 of 52                                                    02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 005505P001-1467A-051<br>CIN05546 | 005518P002-1467A-051<br>CIN05559 | 005519P001-1467A-051<br>CIN05560 | 005524P002-1467A-051<br>CIN05565 |
| 005531P001-1467A-051<br>CIN05572 | 005540P002-1467A-051<br>CIN05581 | 005545P001-1467A-051<br>CIN05586 | 005546P001-1467A-051<br>CIN05587 |
| 005552P002-1467A-051<br>CIN05593 | 005553P001-1467A-051<br>CIN05594 | 005554P002-1467A-051<br>CIN05595 | 005555P003-1467A-051<br>CIN05596 |
| 005555P003-1467A-051<br>CIN05596 | 005557P001-1467A-051<br>CIN05598 | 005560P001-1467A-051<br>CIN05601 | 006350P001-1467A-051<br>CIN05606 |
| 001097P003-1467A-051<br>CIN05607 | 001097P003-1467A-051<br>CIN05607 | 001097P003-1467A-051<br>CIN05607 | 004671P003-1467A-051<br>CIN05608 |
| 004671P003-1467A-051<br>CIN05608 | 004671P003-1467A-051<br>CIN05608 | 005568P001-1467A-051<br>CIN05612 | 005570P001-1467A-051<br>CIN05614 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005581P001-1467A-051<br>CIN05625 | 005585P001-1467A-051<br>CIN05629 | 005591P001-1467A-051<br>CIN05635 | 005598P001-1467A-051<br>CIN05643 |
| 005599P002-1467A-051<br>CIN05644, CIN06565 | 005610P001-1467A-051<br>CIN05655 | 005616P001-1467A-051<br>CIN05661 | 005621P001-1467A-051<br>CIN05666 |
| 005631P002-1467A-051<br>CIN05676 | 005633P001-1467A-051<br>CIN05678 | 005637P002-1467A-051<br>CIN05682 | 005640P001-1467A-051<br>CIN05686 |
| 005644P001-1467A-051<br>CIN05690 | 005649P001-1467A-051<br>CIN05695 | 005676P001-1467A-051<br>CIN05723 | 005678P002-1467A-051<br>CIN05725 |
| 000016P002-1467A-051<br>CIN05728 | 005688P001-1467A-051<br>CIN05736 | 005690P002-1467A-051<br>CIN05738 | 005700P002-1467A-051<br>CIN05748 |
| 005708P001-1467A-051<br>CIN05756 | 005714P002-1467A-051<br>CIN05762 | 006351P001-1467A-051<br>CIN05763 | 005717P002-1467A-051<br>CIN05766 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005720P002-1467A-051<br>CIN05769 | 005723P002-1467A-051<br>CIN05772 | 005724P001-1467A-051<br>CIN05773 | 005730P002-1467A-051<br>CIN05779 |
| 005731P001-1467A-051<br>CIN05780 | 005739P001-1467A-051<br>CIN05788 | 005751P001-1467A-051<br>CIN05800 | 005752P001-1467A-051<br>CIN05801 |
| 005753P002-1467A-051<br>CIN05802 | 005755P003-1467A-051<br>CIN05804 | 005757P001-1467A-051<br>CIN05806 | 005765P001-1467A-051<br>CIN05814 |
| 005766P001-1467A-051<br>CIN05815 | 005772P002-1467A-051<br>CIN05821 | 005773P002-1467A-051<br>CIN05822 | 005778P001-1467A-051<br>CIN05827 |
| 005779P002-1467A-051<br>CIN05828 | 005785P001-1467A-051<br>CIN05834 | 005786P001-1467A-051<br>CIN05835 | 005787P001-1467A-051<br>CIN05836 |
| 005788P001-1467A-051<br>CIN05837 | 005800P002-1467A-051<br>CIN05849 | 005802P001-1467A-051<br>CIN05851 | 005803P002-1467A-051<br>CIN05852 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005807P002-1467A-051<br>CIN05857 | 005810P001-1467A-051<br>CIN05860 | 005822P002-1467A-051<br>CIN05872 | 005826P001-1467A-051<br>CIN05876 |
| 005830P001-1467A-051<br>CIN05880 | 005831P001-1467A-051<br>CIN05881 | 005839P001-1467A-051<br>CIN05889 | 005854P001-1467A-051<br>CIN05904 |
| 005861P002-1467A-051<br>CIN05911 | 005865P001-1467A-051<br>CIN05915 | 005869P001-1467A-051<br>CIN05919 | 005891P002-1467A-051<br>CIN05941 |
| 005895P001-1467A-051<br>CIN05945 | 005908P001-1467A-051<br>CIN05958 | 005923P001-1467A-051<br>CIN05973 | 005930P001-1467A-051<br>CIN05980 |
| 005933P001-1467A-051<br>CIN05983 | 005934P001-1467A-051<br>CIN05984 | 005935P002-1467A-051<br>CIN05985 | 005939P001-1467A-051<br>CIN05989 |
| 005941P001-1467A-051<br>CIN05991 | 005943P001-1467A-051<br>CIN05993 | 005945P001-1467A-051<br>CIN05995 | 005946P001-1467A-051<br>CIN05996 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 005947P001-1467A-051<br>CIN05997 | 005950P001-1467A-051<br>CIN06000 | 005952P001-1467A-051<br>CIN06002 | 005967P002-1467A-051<br>CIN06017 |
| 005973P001-1467A-051<br>CIN06023 | 005975P002-1467A-051<br>CIN06025 | 005980P003-1467A-051<br>CIN06030 | 005981P001-1467A-051<br>CIN06031 |
| 005982P001-1467A-051<br>CIN06032 | 005985P002-1467A-051<br>CIN06035 | 005986P002-1467A-051<br>CIN06036 | 005991P001-1467A-051<br>CIN06041 |
| 005992P001-1467A-051<br>CIN06042 | 006002P001-1467A-051<br>CIN06052 | 006005P002-1467A-051<br>CIN06055 | 006006P002-1467A-051<br>CIN06056 |
| 006015P001-1467A-051<br>CIN06065 | 006017P002-1467A-051<br>CIN06067 | 006019P001-1467A-051<br>CIN06069 | 006026P001-1467A-051<br>CIN06076 |
| 006035P001-1467A-051<br>CIN06085 | 006038P001-1467A-051<br>CIN06088 | 006039P001-1467A-051<br>CIN06089 | 006049P001-1467A-051<br>CIN06099 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 006058P001-1467A-051<br>CIN06108 | 006062P002-1467A-051<br>CIN06112 | 006073P001-1467A-051<br>CIN06123 | 006074P002-1467A-051<br>CIN06124 |
|---|---|---|---|
| 006077P002-1467A-051<br>CIN06127 | 006085P003-1467A-051<br>CIN06135 | 006086P002-1467A-051<br>CIN06136 | 006090P001-1467A-051<br>CIN06140 |
| 006092P001-1467A-051<br>CIN06142 | 006097P002-1467A-051<br>CIN06147 | 006100P001-1467A-051<br>CIN06150 | 006101P002-1467A-051<br>CIN06151 |
| 006102P002-1467A-051<br>CIN06152 | 006106P002-1467A-051<br>CIN06156 | 006114P001-1467A-051<br>CIN06164 | 006121P001-1467A-051<br>CIN06171 |
| 006124P002-1467A-051<br>CIN06174 | 006125P001-1467A-051<br>CIN06175 | 006126P001-1467A-051<br>CIN06176 | 006130P001-1467A-051<br>CIN06180 |
| 006133P002-1467A-051<br>CIN06183 | 006136P001-1467A-051<br>CIN06186 | 006143P001-1467A-051<br>CIN06193 | 006147P001-1467A-051<br>CIN06197 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 03:49:59 PM

| | | | |
|---|---|---|---|
| 006149P002-1467A-051<br>CIN06199 | 006163P001-1467A-051<br>CIN06213 | 006164P002-1467A-051<br>CIN06214 | 006166P001-1467A-051<br>CIN06216 |
| 006168P001-1467A-051<br>CIN06218 | 006170P001-1467A-051<br>CIN06220 | 006172P002-1467A-051<br>CIN06222 | 006179P002-1467A-051<br>CIN06229 |
| 006188P001-1467A-051<br>CIN06239 | 006191P002-1467A-051<br>CIN06242 | 006206P002-1467A-051<br>CIN06257 | 006207P002-1467A-051<br>CIN06258 |
| 006208P001-1467A-051<br>CIN06259 | 006213P001-1467A-051<br>CIN06264 | 006223P001-1467A-051<br>CIN06274 | 006641P003-1467A-051<br>CIN06280 |
| 006819P001-1467A-051<br>CIN06281 | 006831P001-1467A-051<br>CIN06283 | 006980P003-1467A-051<br>CIN06284 | 006981P002-1467A-051<br>CIN06285 |
| 006795P002-1467A-051<br>CIN06287 | 007069P003-1467A-051<br>CIN06599 | 007082P002-1467A-051<br>CIN06600 | 007084P002-1467A-051<br>CIN06602 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

007083P001-1467A-051
CIN06603

Records Printed :  **1205**

EXHIBIT J

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000025P002-1467A-051<br>CIN00009 | 000041P002-1467A-051<br>CIN00026 | 000046P002-1467A-051<br>CIN00031 | 000102P002-1467A-051<br>CIN00088 |
| 006262P003-1467A-051<br>CIN00099 | 000142P002-1467A-051<br>CIN00130 | 000003P002-1467A-051<br>CIN00167 | 000179P002-1467A-051<br>CIN00168 |
| 000201P002-1467A-051<br>CIN00191 | 000222P002-1467A-051<br>CIN00212 | 000389P002-1467A-051<br>CIN00380 | 000391P002-1467A-051<br>CIN00382 |
| 000402P002-1467A-051<br>CIN00393 | 000405P003-1467A-051<br>CIN00396 | 000408P002-1467A-051<br>CIN00399 | 000434P002-1467A-051<br>CIN00425 |
| 000436P002-1467A-051<br>CIN00427 | 000445P002-1467A-051<br>CIN00436 | 000459P002-1467A-051<br>CIN00450 | 000462P002-1467A-051<br>CIN00453 |
| 000475P002-1467A-051<br>CIN00467 | 000476P002-1467A-051<br>CIN00468 | 000496P002-1467A-051<br>CIN00489 | 000515P002-1467A-051<br>CIN00508 |
| 000529P002-1467A-051<br>CIN00522 | 000542P002-1467A-051<br>CIN00535 | 000580P002-1467A-051<br>CIN00574 | 000615P002-1467A-051<br>CIN00611 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000629P002-1467A-051<br>CIN00625 | 000630P002-1467A-051<br>CIN00626 | 000643P002-1467A-051<br>CIN00639 | 000647P002-1467A-051<br>CIN00643 |
| 000658P002-1467A-051<br>CIN00654 | 000661P002-1467A-051<br>CIN00657 | 000665P002-1467A-051<br>CIN00661 | 000703P002-1467A-051<br>CIN00699 |
| 006347P001-1467A-051<br>CIN00705 | 000710P002-1467A-051<br>CIN00707 | 000773P002-1467A-051<br>CIN00771 | 000775P002-1467A-051<br>CIN00773 |
| 000786P002-1467A-051<br>CIN00785 | 000799P002-1467A-051<br>CIN00798 | 000837P002-1467A-051<br>CIN00835 | 000846P002-1467A-051<br>CIN00844 |
| 000983P002-1467A-051<br>CIN00981 | 001008P002-1467A-051<br>CIN01006 | 001056P002-1467A-051<br>CIN01053 | 001057P002-1467A-051<br>CIN01054 |
| 001068P002-1467A-051<br>CIN01065 | 001069P002-1467A-051<br>CIN01066 | 001083P002-1467A-051<br>CIN01080 | 001105P002-1467A-051<br>CIN01101 |
| 001113P002-1467A-051<br>CIN01109 | 001114P002-1467A-051<br>CIN01110 | 001125P002-1467A-051<br>CIN01121 | 001131P002-1467A-051<br>CIN01127 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001140P003-1467A-051<br>CIN01136 | 001150P002-1467A-051<br>CIN01146 | 001203P003-1467A-051<br>CIN01199 | 001226P002-1467A-051<br>CIN01222 |
| 001253P002-1467A-051<br>CIN01249 | 001255P002-1467A-051<br>CIN01251 | 001281P002-1467A-051<br>CIN01277 | 001298P002-1467A-051<br>CIN01294 |
| 001354P002-1467A-051<br>CIN01352 | 001359P002-1467A-051<br>CIN01357 | 001365P002-1467A-051<br>CIN01363 | 001391P002-1467A-051<br>CIN01389 |
| 001515P002-1467A-051<br>CIN01514 | 001517P002-1467A-051<br>CIN01516 | 001540P003-1467A-051<br>CIN01539 | 001547P002-1467A-051<br>CIN01546 |
| 001593P002-1467A-051<br>CIN01592 | 001607P002-1467A-051<br>CIN01606 | 001629P002-1467A-051<br>CIN01628 | 001641P002-1467A-051<br>CIN01641 |
| 001672P002-1467A-051<br>CIN01672 | 001679P002-1467A-051<br>CIN01679 | 001713P002-1467A-051<br>CIN01713 | 001719P002-1467A-051<br>CIN01719 |
| 001726P002-1467A-051<br>CIN01726 | 001729P002-1467A-051<br>CIN01729 | 001799P002-1467A-051<br>CIN01799 | 001866P002-1467A-051<br>CIN01866 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001942P002-1467A-051<br>CIN01942 | 001955P003-1467A-051<br>CIN01955 | 001971P002-1467A-051<br>CIN01971 | 002063P002-1467A-051<br>CIN02063 |
| 002095P002-1467A-051<br>CIN02096 | 002111P003-1467A-051<br>CIN02114 | 002151P002-1467A-051<br>CIN02155 | 002173P002-1467A-051<br>CIN02177 |
| 002177P002-1467A-051<br>CIN02181 | 002207P002-1467A-051<br>CIN02211 | 002240P002-1467A-051<br>CIN02244 | 002244P002-1467A-051<br>CIN02248 |
| 002250P002-1467A-051<br>CIN02254 | 002251P002-1467A-051<br>CIN02255 | 002336P002-1467A-051<br>CIN02340 | 002372P002-1467A-051<br>CIN02376 |
| 002404P002-1467A-051<br>CIN02409 | 002414P002-1467A-051<br>CIN02419 | 002435P002-1467A-051<br>CIN02440 | 002440P002-1467A-051<br>CIN02446 |
| 002450P003-1467A-051<br>CIN02456 | 002463P002-1467A-051<br>CIN02469 | 002476P002-1467A-051<br>CIN02482 | 002506P002-1467A-051<br>CIN02512 |
| 002507P002-1467A-051<br>CIN02513 | 002529P002-1467A-051<br>CIN02535 | 002530P002-1467A-051<br>CIN02536 | 002541P004-1467A-051<br>CIN02547 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002547P002-1467A-051<br>CIN02553 | 002552P002-1467A-051<br>CIN02558 | 002553P003-1467A-051<br>CIN02559 | 002577P002-1467A-051<br>CIN02583 |
| 002591P002-1467A-051<br>CIN02597 | 002597P002-1467A-051<br>CIN02603 | 002598P002-1467A-051<br>CIN02604 | 002626P002-1467A-051<br>CIN02632 |
| 002654P002-1467A-051<br>CIN02660 | 002690P002-1467A-051<br>CIN02698 | 002704P002-1467A-051<br>CIN02712 | 002746P002-1467A-051<br>CIN02754 |
| 002776P002-1467A-051<br>CIN02783 | 002779P002-1467A-051<br>CIN02786 | 002780P002-1467A-051<br>CIN02787 | 006961P001-1467A-051<br>CIN02799 |
| 002850P002-1467A-051<br>CIN02860 | 002874P003-1467A-051<br>CIN02884 | 002897P002-1467A-051<br>CIN02908 | 002925P002-1467A-051<br>CIN02936 |
| 002928P002-1467A-051<br>CIN02939 | 002953P002-1467A-051<br>CIN02964 | 002997P002-1467A-051<br>CIN03007 | 003016P002-1467A-051<br>CIN03026, CIN06438 |
| 003046P002-1467A-051<br>CIN03056 | 003052P002-1467A-051<br>CIN03062 | 003059P002-1467A-051<br>CIN03069 | 006792P002-1467A-051<br>CIN03136 |

**Cred Inc., et al.**
**Exhibit Pages**

02/02/2021 04:18:37 PM

| | | | |
|---|---|---|---|
| 003127P002-1467A-051<br>CIN03139 | 003150P002-1467A-051<br>CIN03163 | 006823P001-1467A-051<br>CIN03231 | 003274P002-1467A-051<br>CIN03289 |
| 003287P002-1467A-051<br>CIN03302 | 003306P002-1467A-051<br>CIN03321 | 003391P002-1467A-051<br>CIN03407 | 003416P002-1467A-051<br>CIN03432 |
| 003420P002-1467A-051<br>CIN03436 | 003432P002-1467A-051<br>CIN03448 | 003435P002-1467A-051<br>CIN03451 | 003442P002-1467A-051<br>CIN03458 |
| 003444P002-1467A-051<br>CIN03460 | 003451P002-1467A-051<br>CIN03467 | 003475P002-1467A-051<br>CIN03491 | 003513P002-1467A-051<br>CIN03529 |
| 003514P002-1467A-051<br>CIN03530 | 003519P002-1467A-051<br>CIN03535 | 003555P002-1467A-051<br>CIN03571 | 003588P003-1467A-051<br>CIN03604 |
| 003653P002-1467A-051<br>CIN03669 | 003664P002-1467A-051<br>CIN03680 | 003706P002-1467A-051<br>CIN03723 | 003748P002-1467A-051<br>CIN03765 |
| 003749P002-1467A-051<br>CIN03766 | 003776P002-1467A-051<br>CIN03793 | 003785P002-1467A-051<br>CIN03802 | 003890P003-1467A-051<br>CIN03911 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003893P002-1467A-051<br>CIN03914 | 003898P002-1467A-051<br>CIN03919 | 003968P002-1467A-051<br>CIN03990 | 003984P002-1467A-051<br>CIN04007 |
| 004038P002-1467A-051<br>CIN04062 | 004043P002-1467A-051<br>CIN04067 | 004053P002-1467A-051<br>CIN04078 | 004074P002-1467A-051<br>CIN04099 |
| 004079P002-1467A-051<br>CIN04104 | 004082P003-1467A-051<br>CIN04107 | 004136P002-1467A-051<br>CIN04161 | 004159P002-1467A-051<br>CIN04184 |
| 004196P002-1467A-051<br>CIN04221 | 004211P002-1467A-051<br>CIN04236 | 004232P002-1467A-051<br>CIN04257 | 004236P002-1467A-051<br>CIN04261 |
| 004246P002-1467A-051<br>CIN04271 | 004256P002-1467A-051<br>CIN04281 | 004266P002-1467A-051<br>CIN04291 | 004287P002-1467A-051<br>CIN04312 |
| 004301P002-1467A-051<br>CIN04327 | 004316P002-1467A-051<br>CIN04342 | 004382P002-1467A-051<br>CIN04408 | 004411P002-1467A-051<br>CIN04437 |
| 004436P002-1467A-051<br>CIN04462 | 004454P002-1467A-051<br>CIN04481 | 004471P002-1467A-051<br>CIN04497 | 004493P002-1467A-051<br>CIN04519 |

**Cred Inc., et al.**
**Exhibit Pages**

02/02/2021 04:18:37 PM

| | | | |
|---|---|---|---|
| 004514P002-1467A-051<br>CIN04540 | 004528P002-1467A-051<br>CIN04554 | 004556P002-1467A-051<br>CIN04582 | 004604P002-1467A-051<br>CIN04630 |
| 004614P002-1467A-051<br>CIN04640 | 004652P002-1467A-051<br>CIN04678 | 004656P002-1467A-051<br>CIN04682 | 004672P002-1467A-051<br>CIN04697 |
| 004674P002-1467A-051<br>CIN04699 | 004687P002-1467A-051<br>CIN04712 | 004695P002-1467A-051<br>CIN04720 | 004797P002-1467A-051<br>CIN04823 |
| 004857P002-1467A-051<br>CIN04885 | 004869P002-1467A-051<br>CIN04898 | 004897P003-1467A-051<br>CIN04926 | 004934P004-1467A-051<br>CIN04964 |
| 004942P002-1467A-051<br>CIN04972 | 004979P002-1467A-051<br>CIN05011 | 004995P002-1467A-051<br>CIN05028 | 005006P002-1467A-051<br>CIN05039 |
| 005051P002-1467A-051<br>CIN05085 | 005055P002-1467A-051<br>CIN05089 | 005056P002-1467A-051<br>CIN05090 | 005067P003-1467A-051<br>CIN05101 |
| 005075P002-1467A-051<br>CIN05109 | 005094P002-1467A-051<br>CIN05128 | 005102P002-1467A-051<br>CIN05136 | 005103P002-1467A-051<br>CIN05137 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005137P002-1467A-051<br>CIN05171 | 005138P003-1467A-051<br>CIN05172 | 005145P002-1467A-051<br>CIN05179 | 005148P002-1467A-051<br>CIN05182 |
| 005155P002-1467A-051<br>CIN05189 | 005164P003-1467A-051<br>CIN05198 | 005186P002-1467A-051<br>CIN05220 | 005212P002-1467A-051<br>CIN05247 |
| 005215P002-1467A-051<br>CIN05250 | 005219P002-1467A-051<br>CIN05254 | 005255P002-1467A-051<br>CIN05290 | 005262P002-1467A-051<br>CIN05297 |
| 005263P002-1467A-051<br>CIN05298 | 005286P002-1467A-051<br>CIN05323 | 005307P002-1467A-051<br>CIN05346 | 005311P002-1467A-051<br>CIN05350 |
| 005336P002-1467A-051<br>CIN05375 | 005373P002-1467A-051<br>CIN05412 | 005416P002-1467A-051<br>CIN05455 | 005417P002-1467A-051<br>CIN05456 |
| 005453P002-1467A-051<br>CIN05492 | 005476P003-1467A-051<br>CIN05516 | 005559P002-1467A-051<br>CIN05600 | 005590P003-1467A-051<br>CIN05634 |
| 005593P002-1467A-051<br>CIN05637 | 005607P002-1467A-051<br>CIN05652 | 005613P002-1467A-051<br>CIN05658 | 005632P002-1467A-051<br>CIN05677 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005657P002-1467A-051<br>CIN05703 | 005661P002-1467A-051<br>CIN05707 | 000015P002-1467A-051<br>CIN05708 | 005693P002-1467A-051<br>CIN05741 |
| 005696P002-1467A-051<br>CIN05744 | 005741P003-1467A-051<br>CIN05790 | 005761P002-1467A-051<br>CIN05810 | 005774P002-1467A-051<br>CIN05823 |
| 005780P002-1467A-051<br>CIN05829 | 005841P002-1467A-051<br>CIN05891 | 005846P002-1467A-051<br>CIN05896 | 005853P002-1467A-051<br>CIN05903 |
| 005904P002-1467A-051<br>CIN05954 | 005906P002-1467A-051<br>CIN05956 | 005925P002-1467A-051<br>CIN05975 | 006004P002-1467A-051<br>CIN06054 |
| 006030P002-1467A-051<br>CIN06080 | 006031P002-1467A-051<br>CIN06081 | 006032P002-1467A-051<br>CIN06082 | 006115P002-1467A-051<br>CIN06165 |
| 006131P002-1467A-051<br>CIN06181 | 006137P002-1467A-051<br>CIN06187 | 006157P002-1467A-051<br>CIN06207 | 006167P002-1467A-051<br>CIN06217 |
| 006226P002-1467A-051<br>CIN06277 | 006908P001-1467A-051<br>CIN06282 | 007004P002-1467A-051<br>CIN06286 | 006870P001-1467A-051<br>CIN06288 |

**Cred Inc., et al.**
**Exhibit Pages**

02/02/2021 04:18:37 PM

006975P001-1467A-051           006911P001-1467A-051           007068P002-1467A-051           007094P001-1467A-051
CIN06289                       CIN06290                       CIN06601                       CIN06604


006436P002-1467A-051
KNOWBE4 INC
CUSTOMER ID C-031280
ALICIA DIETZEN
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

Records Printed :   **285**

EXHIBIT K

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

| | | | |
|---|---|---|---|
| 000018P001-1467A-051<br>CIN00002 | 000019P001-1467A-051<br>CIN00003 | 000020P001-1467A-051<br>CIN00004 | 000021P001-1467A-051<br>CIN00005 |
| 000022P001-1467A-051<br>CIN00006 | 000023P001-1467A-051<br>CIN00007 | 000025P002-1467A-051<br>CIN00009 | 000027P001-1467A-051<br>CIN00011 |
| 000029P001-1467A-051<br>CIN00013 | 000030P001-1467A-051<br>CIN00014 | 000031P001-1467A-051<br>CIN00015 | 000033P001-1467A-051<br>CIN00017 |
| 000034P001-1467A-051<br>CIN00018 | 000035P001-1467A-051<br>CIN00019 | 000036P001-1467A-051<br>CIN00020 | 000037P001-1467A-051<br>CIN00022 |
| 000040P001-1467A-051<br>CIN00025 | 000041P002-1467A-051<br>CIN00026 | 000042P001-1467A-051<br>CIN00027 | 000043P001-1467A-051<br>CIN00028 |
| 000045P001-1467A-051<br>CIN00030 | 000046P002-1467A-051<br>CIN00031 | 000047P001-1467A-051<br>CIN00032 | 000049P001-1467A-051<br>CIN00034 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

02/02/2021 04:08:23 PM

| 006261P002-1467A-051 | 000051P001-1467A-051 | 000054P001-1467A-051 | 000055P001-1467A-051 |
| CIN00036 | CIN00037 | CIN00040 | CIN00041 |
| 000057P001-1467A-051 | 000058P001-1467A-051 | 000062P001-1467A-051 | 000064P001-1467A-051 |
| CIN00043 | CIN00044 | CIN00048 | CIN00050 |
| 000065P001-1467A-051 | 000067P001-1467A-051 | 000068P001-1467A-051 | 000069P001-1467A-051 |
| CIN00051 | CIN00053 | CIN00054 | CIN00055 |
| 000071P001-1467A-051 | 000072P001-1467A-051 | 000073P001-1467A-051 | 000076P001-1467A-051 |
| CIN00057 | CIN00058 | CIN00059 | CIN00062 |
| 000077P001-1467A-051 | 000078P001-1467A-051 | 000079P001-1467A-051 | 000081P001-1467A-051 |
| CIN00063 | CIN00064 | CIN00065 | CIN00067 |
| 000082P001-1467A-051 | 000083P001-1467A-051 | 000084P001-1467A-051 | 000088P001-1467A-051 |
| CIN00068 | CIN00069 | CIN00070 | CIN00074 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

| | | | |
|---|---|---|---|
| 000089P001-1467A-051<br>CIN00075 | 000092P001-1467A-051<br>CIN00078 | 000093P001-1467A-051<br>CIN00079 | 000094P001-1467A-051<br>CIN00080 |
| 000095P001-1467A-051<br>CIN00081 | 000096P001-1467A-051<br>CIN00082 | 000097P001-1467A-051<br>CIN00083 | 000098P001-1467A-051<br>CIN00084 |
| 000099P001-1467A-051<br>CIN00085 | 000100P001-1467A-051<br>CIN00086 | 000101P001-1467A-051<br>CIN00087 | 000102P002-1467A-051<br>CIN00088 |
| 000104P001-1467A-051<br>CIN00090 | 000105P001-1467A-051<br>CIN00091 | 000107P001-1467A-051<br>CIN00093 | 000109P001-1467A-051<br>CIN00095 |
| 000110P002-1467A-051<br>CIN00096 | 000111P001-1467A-051<br>CIN00097 | 000112P001-1467A-051<br>CIN00098 | 006262P003-1467A-051<br>CIN00099 |
| 000113P001-1467A-051<br>CIN00100 | 000114P001-1467A-051<br>CIN00101 | 000116P001-1467A-051<br>CIN00103 | 000118P001-1467A-051<br>CIN00105 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

| | | | |
|---|---|---|---|
| 000119P001-1467A-051<br>CIN00106 | 000120P001-1467A-051<br>CIN00107 | 000121P001-1467A-051<br>CIN00108 | 000122P001-1467A-051<br>CIN00109 |
| 000124P001-1467A-051<br>CIN00111 | 000125P001-1467A-051<br>CIN00112 | 000126P001-1467A-051<br>CIN00113 | 000128P001-1467A-051<br>CIN00115 |
| 000129P001-1467A-051<br>CIN00116 | 000130P001-1467A-051<br>CIN00117 | 000131P001-1467A-051<br>CIN00118 | 000132P001-1467A-051<br>CIN00119 |
| 000137P001-1467A-051<br>CIN00120 | 000133P001-1467A-051<br>CIN00121 | 000134P001-1467A-051<br>CIN00122 | 000135P001-1467A-051<br>CIN00123 |
| 000136P001-1467A-051<br>CIN00124 | 000138P001-1467A-051<br>CIN00125 | 000140P001-1467A-051<br>CIN00128 | 000142P002-1467A-051<br>CIN00130 |
| 000143P001-1467A-051<br>CIN00131 | 000147P001-1467A-051<br>CIN00135 | 000148P001-1467A-051<br>CIN00136 | 000149P001-1467A-051<br>CIN00137 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

| | | | |
|---|---|---|---|
| 000150P001-1467A-051<br>CIN00138 | 000151P001-1467A-051<br>CIN00139 | 000152P001-1467A-051<br>CIN00140 | 000155P001-1467A-051<br>CIN00143 |
| 000157P001-1467A-051<br>CIN00145 | 000158P001-1467A-051<br>CIN00146 | 000161P001-1467A-051<br>CIN00149 | 000162P001-1467A-051<br>CIN00150 |
| 000165P001-1467A-051<br>CIN00153 | 000166P001-1467A-051<br>CIN00154 | 000167P001-1467A-051<br>CIN00155 | 000168P001-1467A-051<br>CIN00156 |
| 000169P001-1467A-051<br>CIN00157 | 000170P001-1467A-051<br>CIN00158 | 000172P001-1467A-051<br>CIN00160 | 000173P001-1467A-051<br>CIN00161 |
| 000174P001-1467A-051<br>CIN00162 | 000176P001-1467A-051<br>CIN00164 | 000178P001-1467A-051<br>CIN00166 | 000003P002-1467A-051<br>CIN00167 |
| 000179P002-1467A-051<br>CIN00168 | 000180P001-1467A-051<br>CIN00169 | 000181P001-1467A-051<br>CIN00170 | 000183P001-1467A-051<br>CIN00172 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000184P001-1467A-051<br>CIN00173 | 000185P001-1467A-051<br>CIN00174 | 000186P001-1467A-051<br>CIN00175 | 000187P001-1467A-051<br>CIN00176 |
| 000189P001-1467A-051<br>CIN00178 | 000190P001-1467A-051<br>CIN00179 | 000197P001-1467A-051<br>CIN00186 | 000199P001-1467A-051<br>CIN00189 |
| 000201P002-1467A-051<br>CIN00191 | 000202P001-1467A-051<br>CIN00192 | 000204P001-1467A-051<br>CIN00194 | 000205P001-1467A-051<br>CIN00195 |
| 000206P001-1467A-051<br>CIN00196 | 000207P001-1467A-051<br>CIN00197 | 000209P001-1467A-051<br>CIN00199 | 000210P001-1467A-051<br>CIN00200 |
| 000212P001-1467A-051<br>CIN00202 | 000213P001-1467A-051<br>CIN00203 | 000215P001-1467A-051<br>CIN00205 | 000216P001-1467A-051<br>CIN00206 |
| 000217P001-1467A-051<br>CIN00207 | 000219P001-1467A-051<br>CIN00209 | 000220P001-1467A-051<br>CIN00210 | 000221P001-1467A-051<br>CIN00211 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000222P002-1467A-051<br>CIN00212 | 000224P001-1467A-051<br>CIN00214 | 000225P001-1467A-051<br>CIN00215 | 000226P001-1467A-051<br>CIN00216 |
| 000227P001-1467A-051<br>CIN00217 | 000228P001-1467A-051<br>CIN00218 | 000229P001-1467A-051<br>CIN00219 | 000230P001-1467A-051<br>CIN00220 |
| 000231P001-1467A-051<br>CIN00221 | 000233P001-1467A-051<br>CIN00222 | 000234P001-1467A-051<br>CIN00223 | 000235P001-1467A-051<br>CIN00224 |
| 000236P001-1467A-051<br>CIN00225 | 000237P001-1467A-051<br>CIN00226 | 000239P001-1467A-051<br>CIN00228 | 000241P001-1467A-051<br>CIN00230 |
| 000242P001-1467A-051<br>CIN00231 | 000243P001-1467A-051<br>CIN00232 | 000245P001-1467A-051<br>CIN00234 | 000246P001-1467A-051<br>CIN00235 |
| 000247P001-1467A-051<br>CIN00236 | 000248P001-1467A-051<br>CIN00237 | 000250P001-1467A-051<br>CIN00239 | 000254P001-1467A-051<br>CIN00243 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

000255P001-1467A-051
CIN00244

000257P001-1467A-051
CIN00246

000261P001-1467A-051
CIN00251

000262P001-1467A-051
CIN00252

000263P001-1467A-051
CIN00253

000265P001-1467A-051
CIN00255

000267P001-1467A-051
CIN00257

000268P001-1467A-051
CIN00258

000269P001-1467A-051
CIN00259

000271P001-1467A-051
CIN00261

000273P001-1467A-051
CIN00263

000275P001-1467A-051
CIN00265

000276P001-1467A-051
CIN00266

000277P001-1467A-051
CIN00267

000278P001-1467A-051
CIN00268

000279P001-1467A-051
CIN00269

000281P001-1467A-051
CIN00271

000282P001-1467A-051
CIN00272

000283P001-1467A-051
CIN00273

000286P001-1467A-051
CIN00276

000288P001-1467A-051
CIN00278

000289P001-1467A-051
CIN00279

000291P001-1467A-051
CIN00281

000292P001-1467A-051
CIN00282

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

000294P001-1467A-051         000295P002-1467A-051         000296P001-1467A-051         000297P001-1467A-051
CIN00285                     CIN00286                     CIN00287                     CIN00288

000298P001-1467A-051         000299P001-1467A-051         000300P001-1467A-051         000301P001-1467A-051
CIN00289                     CIN00290                     CIN00291                     CIN00292

000305P001-1467A-051         000306P001-1467A-051         000307P001-1467A-051         000308P001-1467A-051
CIN00296                     CIN00297                     CIN00298                     CIN00299

000309P001-1467A-051         000311P001-1467A-051         000312P001-1467A-051         000313P001-1467A-051
CIN00300                     CIN00302                     CIN00303                     CIN00304

000315P001-1467A-051         000316P001-1467A-051         000318P001-1467A-051         000319P001-1467A-051
CIN00306                     CIN00307                     CIN00309                     CIN00310

000321P001-1467A-051         000323P001-1467A-051         000325P001-1467A-051         000326P001-1467A-051
CIN00312                     CIN00314                     CIN00316                     CIN00317

| | | | |
|---|---|---|---|
| 000331P001-1467A-051<br>CIN00322 | 000334P001-1467A-051<br>CIN00325 | 000335P001-1467A-051<br>CIN00326 | 000336P001-1467A-051<br>CIN00327 |
| 000337P001-1467A-051<br>CIN00328 | 000338P001-1467A-051<br>CIN00329 | 000339P001-1467A-051<br>CIN00330 | 000340P001-1467A-051<br>CIN00331 |
| 000341P001-1467A-051<br>CIN00332 | 000342P001-1467A-051<br>CIN00333 | 000344P001-1467A-051<br>CIN00335 | 000345P001-1467A-051<br>CIN00336 |
| 000346P001-1467A-051<br>CIN00337 | 000347P001-1467A-051<br>CIN00338 | 000349P001-1467A-051<br>CIN00340 | 000350P001-1467A-051<br>CIN00341 |
| 000351P001-1467A-051<br>CIN00342 | 000352P001-1467A-051<br>CIN00343 | 000353P001-1467A-051<br>CIN00344 | 000355P001-1467A-051<br>CIN00346 |
| 000358P001-1467A-051<br>CIN00349 | 000360P001-1467A-051<br>CIN00351 | 000362P001-1467A-051<br>CIN00353 | 000364P001-1467A-051<br>CIN00355 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:23 PM

| 000365P001-1467A-051 | 000367P001-1467A-051 | 000368P001-1467A-051 | 000369P001-1467A-051 |
| CIN00356 | CIN00358 | CIN00359 | CIN00360 |

| 000370P001-1467A-051 | 000371P001-1467A-051 | 000372P001-1467A-051 | 000373P001-1467A-051 |
| CIN00361 | CIN00362 | CIN00363 | CIN00364 |

| 000374P001-1467A-051 | 000375P001-1467A-051 | 000376P001-1467A-051 | 000377P001-1467A-051 |
| CIN00365 | CIN00366 | CIN00367 | CIN00368 |

| 000382P001-1467A-051 | 000385P001-1467A-051 | 000386P001-1467A-051 | 000388P001-1467A-051 |
| CIN00373 | CIN00376 | CIN00377 | CIN00379 |

| 000389P002-1467A-051 | 000391P002-1467A-051 | 000392P001-1467A-051 | 000393P001-1467A-051 |
| CIN00380 | CIN00382 | CIN00383 | CIN00384 |

| 000397P001-1467A-051 | 000398P001-1467A-051 | 000399P001-1467A-051 | 000400P001-1467A-051 |
| CIN00388 | CIN00389 | CIN00390 | CIN00391 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

000401P001-1467A-051          000402P002-1467A-051          000403P001-1467A-051          000404P001-1467A-051
CIN00392                      CIN00393                      CIN00394                      CIN00395

000405P003-1467A-051          000406P001-1467A-051          000408P002-1467A-051          000409P001-1467A-051
CIN00396                      CIN00397                      CIN00399                      CIN00400

000411P001-1467A-051          000412P001-1467A-051          000413P001-1467A-051          000415P001-1467A-051
CIN00402                      CIN00403                      CIN00404                      CIN00406

000416P001-1467A-051          000417P001-1467A-051          000418P001-1467A-051          000419P001-1467A-051
CIN00407                      CIN00408                      CIN00409                      CIN00410

000422P001-1467A-051          000426P001-1467A-051          000428P001-1467A-051          000429P001-1467A-051
CIN00413                      CIN00417                      CIN00419                      CIN00420

000430P001-1467A-051          000432P001-1467A-051          000433P001-1467A-051          000434P002-1467A-051
CIN00421                      CIN00423                      CIN00424                      CIN00425

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000435P001-1467A-051<br>CIN00426 | 000436P002-1467A-051<br>CIN00427 | 000437P001-1467A-051<br>CIN00428 | 000438P001-1467A-051<br>CIN00429 |
| 000439P001-1467A-051<br>CIN00430 | 000440P001-1467A-051<br>CIN00431 | 000441P001-1467A-051<br>CIN00432 | 000442P001-1467A-051<br>CIN00433 |
| 000443P001-1467A-051<br>CIN00434 | 000445P002-1467A-051<br>CIN00436 | 000445P002-1467A-051<br>CIN00436 | 000446P001-1467A-051<br>CIN00437 |
| 000448P001-1467A-051<br>CIN00439 | 000450P001-1467A-051<br>CIN00441 | 000452P001-1467A-051<br>CIN00443 | 000453P001-1467A-051<br>CIN00444 |
| 000454P001-1467A-051<br>CIN00445 | 000455P001-1467A-051<br>CIN00446 | 000456P001-1467A-051<br>CIN00447 | 000457P001-1467A-051<br>CIN00448 |
| 000458P001-1467A-051<br>CIN00449 | 000459P002-1467A-051<br>CIN00450 | 000460P001-1467A-051<br>CIN00451 | 000461P001-1467A-051<br>CIN00452 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000462P002-1467A-051<br>CIN00453 | 000462P002-1467A-051<br>CIN00453 | 000465P001-1467A-051<br>CIN00457 | 000466P001-1467A-051<br>CIN00458 |
| 000468P001-1467A-051<br>CIN00460 | 000469P001-1467A-051<br>CIN00461 | 000470P001-1467A-051<br>CIN00462 | 000471P001-1467A-051<br>CIN00463 |
| 000472P001-1467A-051<br>CIN00464 | 000473P001-1467A-051<br>CIN00465 | 000475P002-1467A-051<br>CIN00467 | 000476P002-1467A-051<br>CIN00468 |
| 000477P001-1467A-051<br>CIN00469 | 000479P001-1467A-051<br>CIN00471 | 000481P001-1467A-051<br>CIN00473 | 000482P001-1467A-051<br>CIN00474 |
| 000484P001-1467A-051<br>CIN00477 | 000485P001-1467A-051<br>CIN00478 | 000486P001-1467A-051<br>CIN00479 | 000488P001-1467A-051<br>CIN00481 |
| 000489P001-1467A-051<br>CIN00482 | 000490P001-1467A-051<br>CIN00483 | 000493P001-1467A-051<br>CIN00486 | 000494P001-1467A-051<br>CIN00487 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

000495P001-1467A-051
CIN00488

000496P002-1467A-051
CIN00489

000497P001-1467A-051
CIN00490

000498P001-1467A-051
CIN00491

000500P001-1467A-051
CIN00493

000501P001-1467A-051
CIN00494

000502P001-1467A-051
CIN00495

000503P001-1467A-051
CIN00496

000504P001-1467A-051
CIN00497

000505P001-1467A-051
CIN00498

000506P001-1467A-051
CIN00499

000507P001-1467A-051
CIN00500

000509P001-1467A-051
CIN00502

000510P001-1467A-051
CIN00503

000511P001-1467A-051
CIN00504

000512P001-1467A-051
CIN00505

000513P001-1467A-051
CIN00506

000514P001-1467A-051
CIN00507

000515P002-1467A-051
CIN00508

000517P001-1467A-051
CIN00510

000518P001-1467A-051
CIN00511

000519P001-1467A-051
CIN00512

000520P001-1467A-051
CIN00513

000521P001-1467A-051
CIN00514

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000522P001-1467A-051<br>CIN00515 | 000523P001-1467A-051<br>CIN00516 | 000525P001-1467A-051<br>CIN00518 | 000526P001-1467A-051<br>CIN00519 |
| 000529P002-1467A-051<br>CIN00522 | 000531P001-1467A-051<br>CIN00524 | 000533P001-1467A-051<br>CIN00526 | 000534P001-1467A-051<br>CIN00527 |
| 000535P001-1467A-051<br>CIN00528 | 000536P001-1467A-051<br>CIN00529 | 000537P001-1467A-051<br>CIN00530 | 000538P001-1467A-051<br>CIN00531 |
| 000539P001-1467A-051<br>CIN00532 | 000540P001-1467A-051<br>CIN00533 | 000542P002-1467A-051<br>CIN00535 | 000544P001-1467A-051<br>CIN00537 |
| 000547P001-1467A-051<br>CIN00540 | 000548P001-1467A-051<br>CIN00541 | 000549P001-1467A-051<br>CIN00542 | 000550P001-1467A-051<br>CIN00543 |
| 000551P001-1467A-051<br>CIN00544 | 000552P001-1467A-051<br>CIN00545 | 000553P001-1467A-051<br>CIN00546 | 000554P001-1467A-051<br>CIN00547 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000555P001-1467A-051<br>CIN00548 | 000556P001-1467A-051<br>CIN00549 | 000557P001-1467A-051<br>CIN00550 | 000558P001-1467A-051<br>CIN00551 |
| 000560P001-1467A-051<br>CIN00553 | 000561P001-1467A-051<br>CIN00554 | 000564P001-1467A-051<br>CIN00557 | 000565P001-1467A-051<br>CIN00558 |
| 000566P001-1467A-051<br>CIN00559 | 000567P001-1467A-051<br>CIN00560 | 000569P001-1467A-051<br>CIN00562 | 000570P001-1467A-051<br>CIN00563 |
| 000571P001-1467A-051<br>CIN00564 | 000572P001-1467A-051<br>CIN00565 | 000573P001-1467A-051<br>CIN00566 | 000574P001-1467A-051<br>CIN00568 |
| 000575P001-1467A-051<br>CIN00569 | 000576P001-1467A-051<br>CIN00570 | 000577P001-1467A-051<br>CIN00571 | 000579P001-1467A-051<br>CIN00573 |
| 000580P002-1467A-051<br>CIN00574 | 000581P001-1467A-051<br>CIN00575 | 000583P001-1467A-051<br>CIN00578 | 000584P001-1467A-051<br>CIN00579 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000585P001-1467A-051<br>CIN00580 | 000586P001-1467A-051<br>CIN00581 | 000590P001-1467A-051<br>CIN00585 | 000591P001-1467A-051<br>CIN00586 |
| 000592P001-1467A-051<br>CIN00587 | 000593P001-1467A-051<br>CIN00588 | 000594P001-1467A-051<br>CIN00589 | 000596P001-1467A-051<br>CIN00591 |
| 000597P001-1467A-051<br>CIN00592 | 000598P001-1467A-051<br>CIN00593 | 000599P001-1467A-051<br>CIN00594 | 000600P001-1467A-051<br>CIN00595 |
| 000601P001-1467A-051<br>CIN00596 | 000604P001-1467A-051<br>CIN00600 | 000605P001-1467A-051<br>CIN00601 | 000606P001-1467A-051<br>CIN00602 |
| 000608P001-1467A-051<br>CIN00604 | 000609P001-1467A-051<br>CIN00605 | 000611P001-1467A-051<br>CIN00607 | 000612P001-1467A-051<br>CIN00608 |
| 000615P002-1467A-051<br>CIN00611 | 000618P001-1467A-051<br>CIN00614 | 000619P001-1467A-051<br>CIN00615 | 000620P001-1467A-051<br>CIN00616 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000621P001-1467A-051<br>CIN00617 | 000623P001-1467A-051<br>CIN00619 | 000626P001-1467A-051<br>CIN00622 | 000628P001-1467A-051<br>CIN00624 |
| 000629P002-1467A-051<br>CIN00625 | 000630P002-1467A-051<br>CIN00626 | 000631P001-1467A-051<br>CIN00627 | 000633P001-1467A-051<br>CIN00629 |
| 000634P001-1467A-051<br>CIN00630 | 000635P001-1467A-051<br>CIN00631 | 000636P001-1467A-051<br>CIN00632 | 000638P001-1467A-051<br>CIN00634 |
| 000639P001-1467A-051<br>CIN00635 | 000640P001-1467A-051<br>CIN00636 | 000641P001-1467A-051<br>CIN00637 | 000642P001-1467A-051<br>CIN00638 |
| 000643P002-1467A-051<br>CIN00639 | 000645P001-1467A-051<br>CIN00641 | 000646P001-1467A-051<br>CIN00642 | 000647P002-1467A-051<br>CIN00643 |
| 000648P001-1467A-051<br>CIN00644 | 000649P001-1467A-051<br>CIN00645 | 000650P001-1467A-051<br>CIN00646 | 000652P001-1467A-051<br>CIN00648 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000653P001-1467A-051<br>CIN00649 | 000655P001-1467A-051<br>CIN00651 | 000658P002-1467A-051<br>CIN00654 | 000659P001-1467A-051<br>CIN00655 |
| 000660P001-1467A-051<br>CIN00656 | 000661P002-1467A-051<br>CIN00657 | 000663P001-1467A-051<br>CIN00659 | 000664P001-1467A-051<br>CIN00660 |
| 000665P002-1467A-051<br>CIN00661 | 000666P001-1467A-051<br>CIN00662 | 000668P001-1467A-051<br>CIN00664 | 000669P001-1467A-051<br>CIN00665 |
| 000670P001-1467A-051<br>CIN00666 | 000673P001-1467A-051<br>CIN00669 | 000676P001-1467A-051<br>CIN00672 | 000678P001-1467A-051<br>CIN00674 |
| 000679P001-1467A-051<br>CIN00675 | 000681P001-1467A-051<br>CIN00677 | 000682P001-1467A-051<br>CIN00678 | 000684P001-1467A-051<br>CIN00680 |
| 000687P001-1467A-051<br>CIN00683 | 000688P001-1467A-051<br>CIN00684 | 000689P001-1467A-051<br>CIN00685 | 000691P001-1467A-051<br>CIN00687 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000694P001-1467A-051<br>CIN00690 | 000697P001-1467A-051<br>CIN00693 | 000698P001-1467A-051<br>CIN00694 | 000699P001-1467A-051<br>CIN00695 |
| 000700P001-1467A-051<br>CIN00696 | 000701P001-1467A-051<br>CIN00697 | 000703P002-1467A-051<br>CIN00699 | 000704P001-1467A-051<br>CIN00700 |
| 000705P001-1467A-051<br>CIN00701 | 000706P001-1467A-051<br>CIN00702 | 000707P001-1467A-051<br>CIN00703 | 000708P001-1467A-051<br>CIN00704 |
| 006347P001-1467A-051<br>CIN00705 | 000709P001-1467A-051<br>CIN00706 | 000710P002-1467A-051<br>CIN00707 | 000711P001-1467A-051<br>CIN00708 |
| 000712P001-1467A-051<br>CIN00709 | 000713P001-1467A-051<br>CIN00710 | 000714P001-1467A-051<br>CIN00711 | 000715P001-1467A-051<br>CIN00712 |
| 000716P001-1467A-051<br>CIN00713 | 000718P001-1467A-051<br>CIN00715 | 000720P001-1467A-051<br>CIN00717 | 000723P001-1467A-051<br>CIN00720 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000724P001-1467A-051<br>CIN00721 | 000725P001-1467A-051<br>CIN00722 | 000726P001-1467A-051<br>CIN00723 | 000728P001-1467A-051<br>CIN00725 |
| 000729P001-1467A-051<br>CIN00726 | 000732P001-1467A-051<br>CIN00729 | 000733P001-1467A-051<br>CIN00730 | 000735P001-1467A-051<br>CIN00732 |
| 000736P001-1467A-051<br>CIN00733 | 000738P001-1467A-051<br>CIN00735 | 000739P001-1467A-051<br>CIN00736 | 000740P001-1467A-051<br>CIN00737 |
| 000741P001-1467A-051<br>CIN00738 | 000742P001-1467A-051<br>CIN00739 | 000744P001-1467A-051<br>CIN00741 | 000745P001-1467A-051<br>CIN00742 |
| 000747P001-1467A-051<br>CIN00744 | 000748P001-1467A-051<br>CIN00745 | 000749P001-1467A-051<br>CIN00746 | 000750P001-1467A-051<br>CIN00747 |
| 000752P001-1467A-051<br>CIN00749 | 000753P001-1467A-051<br>CIN00750 | 000754P001-1467A-051<br>CIN00751 | 000757P001-1467A-051<br>CIN00754 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000758P001-1467A-051<br>CIN00755 | 000759P001-1467A-051<br>CIN00757 | 000760P001-1467A-051<br>CIN00758 | 000762P002-1467A-051<br>CIN00760 |
| 000764P001-1467A-051<br>CIN00762 | 000765P001-1467A-051<br>CIN00763 | 000767P001-1467A-051<br>CIN00765 | 000768P001-1467A-051<br>CIN00766 |
| 000771P001-1467A-051<br>CIN00769 | 000772P001-1467A-051<br>CIN00770 | 000773P002-1467A-051<br>CIN00771 | 000774P001-1467A-051<br>CIN00772 |
| 000775P002-1467A-051<br>CIN00773 | 000776P001-1467A-051<br>CIN00774 | 000820P001-1467A-051<br>CIN00777 | 000779P001-1467A-051<br>CIN00778 |
| 000780P001-1467A-051<br>CIN00779 | 000781P001-1467A-051<br>CIN00780 | 000782P001-1467A-051<br>CIN00781 | 000783P001-1467A-051<br>CIN00782 |
| 000786P002-1467A-051<br>CIN00785 | 000787P001-1467A-051<br>CIN00786 | 000789P001-1467A-051<br>CIN00788 | 000790P001-1467A-051<br>CIN00789 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000791P001-1467A-051<br>CIN00790 | 000794P001-1467A-051<br>CIN00793 | 000795P001-1467A-051<br>CIN00794, CIN06330 | 000796P001-1467A-051<br>CIN00795 |
| 000797P001-1467A-051<br>CIN00796 | 000798P001-1467A-051<br>CIN00797 | 000799P002-1467A-051<br>CIN00798 | 000802P001-1467A-051<br>CIN00801 |
| 000803P001-1467A-051<br>CIN00802 | 000804P001-1467A-051<br>CIN00803 | 000807P001-1467A-051<br>CIN00806 | 000810P001-1467A-051<br>CIN00809 |
| 000811P001-1467A-051<br>CIN00810 | 000812P001-1467A-051<br>CIN00811 | 000813P001-1467A-051<br>CIN00812 | 000814P001-1467A-051<br>CIN00813 |
| 000816P001-1467A-051<br>CIN00815 | 000817P001-1467A-051<br>CIN00816 | 000818P001-1467A-051<br>CIN00817 | 000819P001-1467A-051<br>CIN00818 |
| 000822P001-1467A-051<br>CIN00820 | 000823P001-1467A-051<br>CIN00821 | 000824P001-1467A-051<br>CIN00822 | 000825P001-1467A-051<br>CIN00823 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000827P001-1467A-051<br>CIN00825 | 000829P001-1467A-051<br>CIN00827 | 000830P001-1467A-051<br>CIN00828 | 000832P001-1467A-051<br>CIN00830 |
| 000833P001-1467A-051<br>CIN00831 | 000834P002-1467A-051<br>CIN00832 | 000835P001-1467A-051<br>CIN00833 | 000837P002-1467A-051<br>CIN00835 |
| 000838P001-1467A-051<br>CIN00836 | 000839P001-1467A-051<br>CIN00837 | 000841P001-1467A-051<br>CIN00839 | 000842P001-1467A-051<br>CIN00840 |
| 000844P001-1467A-051<br>CIN00842 | 000845P001-1467A-051<br>CIN00843 | 000846P002-1467A-051<br>CIN00844 | 000846P002-1467A-051<br>CIN00844 |
| 000847P001-1467A-051<br>CIN00845 | 000848P001-1467A-051<br>CIN00846 | 000849P001-1467A-051<br>CIN00847 | 000850P001-1467A-051<br>CIN00848 |
| 000851P002-1467A-051<br>CIN00849 | 000853P001-1467A-051<br>CIN00851 | 000854P001-1467A-051<br>CIN00852 | 000856P001-1467A-051<br>CIN00854 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000857P001-1467A-051<br>CIN00855 | 000859P001-1467A-051<br>CIN00857 | 000861P001-1467A-051<br>CIN00859 | 000864P001-1467A-051<br>CIN00862 |
| 000865P001-1467A-051<br>CIN00863 | 000866P001-1467A-051<br>CIN00864 | 000867P001-1467A-051<br>CIN00865 | 000869P001-1467A-051<br>CIN00867 |
| 000870P001-1467A-051<br>CIN00868 | 000873P001-1467A-051<br>CIN00871 | 000874P001-1467A-051<br>CIN00872 | 000875P001-1467A-051<br>CIN00873 |
| 000877P001-1467A-051<br>CIN00875 | 000879P001-1467A-051<br>CIN00877 | 000881P001-1467A-051<br>CIN00879 | 000882P001-1467A-051<br>CIN00880 |
| 000884P001-1467A-051<br>CIN00882 | 000885P001-1467A-051<br>CIN00883 | 000889P001-1467A-051<br>CIN00887 | 000890P001-1467A-051<br>CIN00888 |
| 000891P001-1467A-051<br>CIN00889 | 000892P001-1467A-051<br>CIN00890 | 000894P001-1467A-051<br>CIN00892 | 000896P001-1467A-051<br>CIN00894 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000897P001-1467A-051
CIN00895

000898P001-1467A-051
CIN00896

000899P001-1467A-051
CIN00897

000900P001-1467A-051
CIN00898

000902P001-1467A-051
CIN00900

000904P001-1467A-051
CIN00902

000908P001-1467A-051
CIN00906

000910P001-1467A-051
CIN00908

000912P001-1467A-051
CIN00910

000914P001-1467A-051
CIN00912

000916P001-1467A-051
CIN00914

000917P001-1467A-051
CIN00915

000918P001-1467A-051
CIN00916

000919P001-1467A-051
CIN00917

000920P001-1467A-051
CIN00918

000921P001-1467A-051
CIN00919

000922P001-1467A-051
CIN00920

000923P001-1467A-051
CIN00921

000924P001-1467A-051
CIN00922

000925P001-1467A-051
CIN00923

000926P001-1467A-051
CIN00924

000927P001-1467A-051
CIN00925

000929P001-1467A-051
CIN00927

000930P001-1467A-051
CIN00928

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

000932P001-1467A-051
CIN00930

000934P001-1467A-051
CIN00932

000935P001-1467A-051
CIN00933

000937P001-1467A-051
CIN00935

000939P001-1467A-051
CIN00937

000940P001-1467A-051
CIN00938

000942P001-1467A-051
CIN00940

000943P001-1467A-051
CIN00941

000944P001-1467A-051
CIN00942

000945P001-1467A-051
CIN00943

000946P001-1467A-051
CIN00944

000948P001-1467A-051
CIN00946

000950P001-1467A-051
CIN00948

000951P001-1467A-051
CIN00949

000953P001-1467A-051
CIN00951

000954P001-1467A-051
CIN00952

000955P001-1467A-051
CIN00953

000956P001-1467A-051
CIN00954

000957P001-1467A-051
CIN00955

000959P001-1467A-051
CIN00957

000960P001-1467A-051
CIN00958

000961P001-1467A-051
CIN00959

000962P001-1467A-051
CIN00960

000964P001-1467A-051
CIN00962

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000965P001-1467A-051<br>CIN00963 | 000966P001-1467A-051<br>CIN00964 | 000967P001-1467A-051<br>CIN00965 | 000968P001-1467A-051<br>CIN00966 |
| 000969P001-1467A-051<br>CIN00967 | 000970P001-1467A-051<br>CIN00968 | 000971P001-1467A-051<br>CIN00969 | 000972P001-1467A-051<br>CIN00970 |
| 000973P001-1467A-051<br>CIN00971 | 000974P001-1467A-051<br>CIN00972 | 000975P001-1467A-051<br>CIN00973 | 000976P001-1467A-051<br>CIN00974 |
| 000977P001-1467A-051<br>CIN00975 | 000979P001-1467A-051<br>CIN00977 | 000980P001-1467A-051<br>CIN00978 | 000983P002-1467A-051<br>CIN00981 |
| 000984P001-1467A-051<br>CIN00982 | 000985P001-1467A-051<br>CIN00983 | 000986P001-1467A-051<br>CIN00984 | 000987P001-1467A-051<br>CIN00985 |
| 000990P001-1467A-051<br>CIN00988 | 000993P001-1467A-051<br>CIN00991 | 000995P001-1467A-051<br>CIN00993 | 000996P001-1467A-051<br>CIN00994 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 000997P001-1467A-051<br>CIN00995 | 000998P001-1467A-051<br>CIN00996 | 000999P001-1467A-051<br>CIN00997 | 001001P001-1467A-051<br>CIN00999 |
| 001002P001-1467A-051<br>CIN01000 | 001006P001-1467A-051<br>CIN01004 | 001007P001-1467A-051<br>CIN01005 | 001008P002-1467A-051<br>CIN01006 |
| 001010P001-1467A-051<br>CIN01008 | 001012P001-1467A-051<br>CIN01010 | 001013P001-1467A-051<br>CIN01011 | 001015P001-1467A-051<br>CIN01013 |
| 001016P001-1467A-051<br>CIN01014 | 001017P001-1467A-051<br>CIN01015 | 001018P001-1467A-051<br>CIN01016 | 001021P001-1467A-051<br>CIN01019 |
| 001022P001-1467A-051<br>CIN01020 | 001023P001-1467A-051<br>CIN01021 | 001024P001-1467A-051<br>CIN01022 | 001026P001-1467A-051<br>CIN01024 |
| 001027P001-1467A-051<br>CIN01025 | 001030P001-1467A-051<br>CIN01027 | 001031P001-1467A-051<br>CIN01028 | 001032P001-1467A-051<br>CIN01029 |

| | | | |
|---|---|---|---|
| 001033P001-1467A-051<br>CIN01030 | 001034P001-1467A-051<br>CIN01031 | 001037P001-1467A-051<br>CIN01034 | 001039P001-1467A-051<br>CIN01036 |
| 001040P001-1467A-051<br>CIN01037 | 001042P001-1467A-051<br>CIN01039 | 001045P001-1467A-051<br>CIN01042 | 001048P001-1467A-051<br>CIN01045 |
| 001050P001-1467A-051<br>CIN01047 | 001051P001-1467A-051<br>CIN01048 | 001052P001-1467A-051<br>CIN01049 | 001053P001-1467A-051<br>CIN01050 |
| 001054P001-1467A-051<br>CIN01051 | 001056P002-1467A-051<br>CIN01053 | 001057P002-1467A-051<br>CIN01054 | 001060P001-1467A-051<br>CIN01057 |
| 001061P001-1467A-051<br>CIN01058 | 001062P001-1467A-051<br>CIN01059 | 001064P001-1467A-051<br>CIN01061 | 001065P001-1467A-051<br>CIN01062 |
| 001066P001-1467A-051<br>CIN01063 | 001067P001-1467A-051<br>CIN01064 | 001068P002-1467A-051<br>CIN01065 | 001069P002-1467A-051<br>CIN01066 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001072P001-1467A-051<br>CIN01069 | 001073P001-1467A-051<br>CIN01070 | 001074P001-1467A-051<br>CIN01071 | 001075P001-1467A-051<br>CIN01072 |
| 001077P001-1467A-051<br>CIN01074 | 001078P001-1467A-051<br>CIN01075 | 001079P001-1467A-051<br>CIN01076 | 001081P001-1467A-051<br>CIN01078 |
| 001083P002-1467A-051<br>CIN01080 | 001084P001-1467A-051<br>CIN01081 | 001085P001-1467A-051<br>CIN01082 | 001086P001-1467A-051<br>CIN01083 |
| 001087P001-1467A-051<br>CIN01084 | 001088P001-1467A-051<br>CIN01085 | 001091P001-1467A-051<br>CIN01088 | 001092P001-1467A-051<br>CIN01089 |
| 001093P002-1467A-051<br>CIN01090 | 001095P001-1467A-051<br>CIN01092 | 001096P001-1467A-051<br>CIN01093 | 001098P001-1467A-051<br>CIN01094 |
| 001102P001-1467A-051<br>CIN01098 | 001105P002-1467A-051<br>CIN01101 | 001106P001-1467A-051<br>CIN01102 | 001108P001-1467A-051<br>CIN01104 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001110P001-1467A-051<br>CIN01106 | 001111P001-1467A-051<br>CIN01107 | 001112P001-1467A-051<br>CIN01108 | 001113P002-1467A-051<br>CIN01109 |
| 001114P002-1467A-051<br>CIN01110 | 001115P001-1467A-051<br>CIN01111 | 001117P001-1467A-051<br>CIN01113 | 001118P001-1467A-051<br>CIN01114 |
| 001119P001-1467A-051<br>CIN01115 | 001120P001-1467A-051<br>CIN01116 | 001121P001-1467A-051<br>CIN01117 | 001122P001-1467A-051<br>CIN01118 |
| 001124P001-1467A-051<br>CIN01120 | 001125P002-1467A-051<br>CIN01121 | 001126P001-1467A-051<br>CIN01122 | 001127P001-1467A-051<br>CIN01123 |
| 001128P001-1467A-051<br>CIN01124 | 001129P001-1467A-051<br>CIN01125 | 001130P001-1467A-051<br>CIN01126 | 001131P002-1467A-051<br>CIN01127 |
| 001136P001-1467A-051<br>CIN01132 | 001137P001-1467A-051<br>CIN01133 | 001138P001-1467A-051<br>CIN01134 | 001140P003-1467A-051<br>CIN01136 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001141P001-1467A-051<br>CIN01137 | 001142P001-1467A-051<br>CIN01138 | 001145P001-1467A-051<br>CIN01141 | 001146P001-1467A-051<br>CIN01142 |
| 001147P001-1467A-051<br>CIN01143 | 001148P001-1467A-051<br>CIN01144 | 001150P002-1467A-051<br>CIN01146 | 001151P001-1467A-051<br>CIN01147 |
| 001152P001-1467A-051<br>CIN01148 | 001153P001-1467A-051<br>CIN01149 | 001155P001-1467A-051<br>CIN01151 | 001156P001-1467A-051<br>CIN01152 |
| 001157P001-1467A-051<br>CIN01153 | 001158P001-1467A-051<br>CIN01154 | 001159P001-1467A-051<br>CIN01155 | 001162P001-1467A-051<br>CIN01158 |
| 001163P001-1467A-051<br>CIN01159 | 001164P001-1467A-051<br>CIN01160 | 001165P001-1467A-051<br>CIN01161 | 001166P001-1467A-051<br>CIN01162 |
| 001167P001-1467A-051<br>CIN01163 | 001168P001-1467A-051<br>CIN01164 | 001169P001-1467A-051<br>CIN01165 | 001171P001-1467A-051<br>CIN01167 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001172P001-1467A-051<br>CIN01168 | 001173P001-1467A-051<br>CIN01169 | 001174P001-1467A-051<br>CIN01170 | 001176P001-1467A-051<br>CIN01172 |
| 001177P001-1467A-051<br>CIN01173 | 001178P001-1467A-051<br>CIN01174 | 001179P001-1467A-051<br>CIN01175 | 001180P001-1467A-051<br>CIN01176 |
| 001181P001-1467A-051<br>CIN01177 | 001183P001-1467A-051<br>CIN01179 | 001184P001-1467A-051<br>CIN01180 | 001185P001-1467A-051<br>CIN01181 |
| 001186P001-1467A-051<br>CIN01182 | 001188P001-1467A-051<br>CIN01184 | 001190P001-1467A-051<br>CIN01186 | 001191P001-1467A-051<br>CIN01187 |
| 001192P001-1467A-051<br>CIN01188 | 001193P001-1467A-051<br>CIN01189 | 001194P001-1467A-051<br>CIN01190 | 001195P001-1467A-051<br>CIN01191 |
| 001196P001-1467A-051<br>CIN01192 | 001197P001-1467A-051<br>CIN01193 | 001202P001-1467A-051<br>CIN01198 | 001203P003-1467A-051<br>CIN01199 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| 001204P001-1467A-051 | 001205P001-1467A-051 | 001207P001-1467A-051 | 001209P001-1467A-051 |
| CIN01200 | CIN01201 | CIN01203 | CIN01205 |

| 001210P001-1467A-051 | 001212P001-1467A-051 | 001213P001-1467A-051 | 001214P001-1467A-051 |
| CIN01206 | CIN01208 | CIN01209 | CIN01210 |

| 001216P001-1467A-051 | 001217P001-1467A-051 | 001218P001-1467A-051 | 001219P001-1467A-051 |
| CIN01212 | CIN01213 | CIN01214 | CIN01215 |

| 001220P001-1467A-051 | 001221P001-1467A-051 | 001222P001-1467A-051 | 001223P001-1467A-051 |
| CIN01216 | CIN01217 | CIN01218 | CIN01219 |

| 001224P001-1467A-051 | 001225P001-1467A-051 | 001226P002-1467A-051 | 001227P001-1467A-051 |
| CIN01220 | CIN01221 | CIN01222 | CIN01223 |

| 001228P001-1467A-051 | 001229P002-1467A-051 | 001231P001-1467A-051 | 001232P001-1467A-051 |
| CIN01224 | CIN01225 | CIN01227 | CIN01228 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 250 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 37 of 184                                                                02/02/2021 04:08:24 PM

001234P001-1467A-051
CIN01230

001238P001-1467A-051
CIN01234

001239P001-1467A-051
CIN01235

001240P001-1467A-051
CIN01236

001242P001-1467A-051
CIN01238

001244P001-1467A-051
CIN01240

001245P001-1467A-051
CIN01241

001246P001-1467A-051
CIN01242

001247P001-1467A-051
CIN01243

001248P001-1467A-051
CIN01244

001249P001-1467A-051
CIN01245

001253P002-1467A-051
CIN01249

001253P002-1467A-051
CIN01249

001255P002-1467A-051
CIN01251

001256P001-1467A-051
CIN01252

001257P001-1467A-051
CIN01253

001258P001-1467A-051
CIN01254

001261P001-1467A-051
CIN01257

001262P001-1467A-051
CIN01258

001263P001-1467A-051
CIN01259

001266P001-1467A-051
CIN01262

001267P001-1467A-051
CIN01263

001269P001-1467A-051
CIN01265

001270P001-1467A-051
CIN01266

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001271P001-1467A-051<br>CIN01267 | 001272P001-1467A-051<br>CIN01268 | 001273P001-1467A-051<br>CIN01269 | 001274P001-1467A-051<br>CIN01270 |
| 001275P001-1467A-051<br>CIN01271 | 001276P001-1467A-051<br>CIN01272 | 001277P001-1467A-051<br>CIN01273 | 001279P001-1467A-051<br>CIN01275 |
| 001281P002-1467A-051<br>CIN01277 | 001282P001-1467A-051<br>CIN01278 | 001283P001-1467A-051<br>CIN01279 | 001284P001-1467A-051<br>CIN01280 |
| 001286P001-1467A-051<br>CIN01282 | 001287P001-1467A-051<br>CIN01283 | 001289P003-1467A-051<br>CIN01285 | 001290P001-1467A-051<br>CIN01286 |
| 001291P001-1467A-051<br>CIN01287 | 001292P001-1467A-051<br>CIN01288 | 001294P001-1467A-051<br>CIN01290 | 001298P002-1467A-051<br>CIN01294 |
| 001302P001-1467A-051<br>CIN01298 | 001304P001-1467A-051<br>CIN01300 | 001307P001-1467A-051<br>CIN01303 | 001308P001-1467A-051<br>CIN01304 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001309P001-1467A-051<br>CIN01305 | 001310P001-1467A-051<br>CIN01306 | 001311P001-1467A-051<br>CIN01307 | 001312P001-1467A-051<br>CIN01308 |
| 001313P001-1467A-051<br>CIN01309 | 001315P001-1467A-051<br>CIN01311 | 001316P001-1467A-051<br>CIN01312 | 001317P001-1467A-051<br>CIN01313 |
| 001318P001-1467A-051<br>CIN01314 | 001320P001-1467A-051<br>CIN01316 | 001321P001-1467A-051<br>CIN01317 | 001322P001-1467A-051<br>CIN01318 |
| 001323P001-1467A-051<br>CIN01319 | 001325P001-1467A-051<br>CIN01321 | 001327P001-1467A-051<br>CIN01323 | 001328P001-1467A-051<br>CIN01324 |
| 001329P001-1467A-051<br>CIN01325 | 001332P001-1467A-051<br>CIN01328 | 001333P001-1467A-051<br>CIN01329 | 001334P001-1467A-051<br>CIN01330 |
| 001335P001-1467A-051<br>CIN01331 | 001337P001-1467A-051<br>CIN01333 | 001338P001-1467A-051<br>CIN01334 | 001340P001-1467A-051<br>CIN01336 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001341P001-1467A-051<br>CIN01337 | 000005P002-1467A-051<br>CIN01339 | 001343P001-1467A-051<br>CIN01340 | 001344P001-1467A-051<br>CIN01341 |
| 006256P002-1467A-051<br>CIN01342 | 001345P001-1467A-051<br>CIN01343 | 001346P001-1467A-051<br>CIN01344 | 001348P001-1467A-051<br>CIN01346 |
| 001349P001-1467A-051<br>CIN01347 | 001350P001-1467A-051<br>CIN01348 | 001351P001-1467A-051<br>CIN01349 | 001353P001-1467A-051<br>CIN01351 |
| 001354P002-1467A-051<br>CIN01352 | 001355P001-1467A-051<br>CIN01353 | 001356P001-1467A-051<br>CIN01354 | 001359P002-1467A-051<br>CIN01357 |
| 001360P001-1467A-051<br>CIN01358 | 001361P001-1467A-051<br>CIN01359 | 001362P001-1467A-051<br>CIN01360 | 001364P001-1467A-051<br>CIN01362 |
| 001365P002-1467A-051<br>CIN01363 | 001365P002-1467A-051<br>CIN01363 | 001366P001-1467A-051<br>CIN01364 | 001367P001-1467A-051<br>CIN01365 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 254 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 41 of 184                                                                02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001368P001-1467A-051<br>CIN01366 | 001370P001-1467A-051<br>CIN01368 | 001371P001-1467A-051<br>CIN01369 | 001373P001-1467A-051<br>CIN01371 |
| 001375P001-1467A-051<br>CIN01373 | 001377P001-1467A-051<br>CIN01375 | 001378P001-1467A-051<br>CIN01376 | 001380P001-1467A-051<br>CIN01378 |
| 001381P001-1467A-051<br>CIN01379 | 001383P001-1467A-051<br>CIN01381 | 001385P001-1467A-051<br>CIN01383 | 001386P001-1467A-051<br>CIN01384 |
| 001387P001-1467A-051<br>CIN01385 | 001388P001-1467A-051<br>CIN01386 | 001389P001-1467A-051<br>CIN01387 | 001390P001-1467A-051<br>CIN01388 |
| 001391P002-1467A-051<br>CIN01389 | 001392P001-1467A-051<br>CIN01390 | 001393P001-1467A-051<br>CIN01391 | 001394P001-1467A-051<br>CIN01392 |
| 001396P001-1467A-051<br>CIN01394 | 001397P001-1467A-051<br>CIN01395 | 001398P001-1467A-051<br>CIN01396 | 001401P001-1467A-051<br>CIN01399 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001402P001-1467A-051<br>CIN01400 | 001403P001-1467A-051<br>CIN01401 | 001407P001-1467A-051<br>CIN01405 | 001408P001-1467A-051<br>CIN01406 |
| 001410P001-1467A-051<br>CIN01408 | 001411P001-1467A-051<br>CIN01409 | 001412P001-1467A-051<br>CIN01410 | 001413P001-1467A-051<br>CIN01411 |
| 001414P001-1467A-051<br>CIN01412 | 001416P001-1467A-051<br>CIN01414 | 001417P001-1467A-051<br>CIN01415 | 001418P001-1467A-051<br>CIN01416 |
| 001419P001-1467A-051<br>CIN01417 | 001421P001-1467A-051<br>CIN01419 | 001422P001-1467A-051<br>CIN01420 | 001423P001-1467A-051<br>CIN01421 |
| 001424P001-1467A-051<br>CIN01422 | 001425P001-1467A-051<br>CIN01423 | 001428P001-1467A-051<br>CIN01426 | 001429P001-1467A-051<br>CIN01427 |
| 001431P001-1467A-051<br>CIN01429 | 001432P001-1467A-051<br>CIN01430 | 001433P001-1467A-051<br>CIN01431 | 001435P001-1467A-051<br>CIN01433 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001436P001-1467A-051<br>CIN01434 | 001437P001-1467A-051<br>CIN01435 | 001438P001-1467A-051<br>CIN01436 | 001440P001-1467A-051<br>CIN01438 |
| 001441P001-1467A-051<br>CIN01439 | 001442P001-1467A-051<br>CIN01440 | 001443P001-1467A-051<br>CIN01441 | 001444P001-1467A-051<br>CIN01442 |
| 001445P001-1467A-051<br>CIN01443 | 001446P001-1467A-051<br>CIN01444 | 001447P001-1467A-051<br>CIN01445 | 001448P001-1467A-051<br>CIN01446 |
| 001449P001-1467A-051<br>CIN01447 | 001452P001-1467A-051<br>CIN01450 | 001454P001-1467A-051<br>CIN01452 | 001455P001-1467A-051<br>CIN01453 |
| 001456P001-1467A-051<br>CIN01454 | 001457P001-1467A-051<br>CIN01455 | 001458P001-1467A-051<br>CIN01456 | 001459P001-1467A-051<br>CIN01457 |
| 001460P001-1467A-051<br>CIN01458 | 001461P001-1467A-051<br>CIN01459 | 001463P001-1467A-051<br>CIN01461 | 001464P001-1467A-051<br>CIN01462 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001465P001-1467A-051<br>CIN01463 | 001466P001-1467A-051<br>CIN01464 | 001467P001-1467A-051<br>CIN01465 | 001468P001-1467A-051<br>CIN01466 |
| 001470P001-1467A-051<br>CIN01468 | 001471P001-1467A-051<br>CIN01469 | 001472P001-1467A-051<br>CIN01470 | 001478P001-1467A-051<br>CIN01476 |
| 001479P001-1467A-051<br>CIN01477 | 001480P001-1467A-051<br>CIN01478 | 001481P001-1467A-051<br>CIN01479 | 001482P001-1467A-051<br>CIN01480 |
| 001484P001-1467A-051<br>CIN01483 | 001485P001-1467A-051<br>CIN01484 | 001486P001-1467A-051<br>CIN01485 | 001487P001-1467A-051<br>CIN01486 |
| 001488P002-1467A-051<br>CIN01487 | 001489P001-1467A-051<br>CIN01488 | 001491P001-1467A-051<br>CIN01490 | 001492P001-1467A-051<br>CIN01491 |
| 001493P001-1467A-051<br>CIN01492 | 001494P001-1467A-051<br>CIN01493 | 001495P001-1467A-051<br>CIN01494 | 001496P001-1467A-051<br>CIN01495 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001497P001-1467A-051<br>CIN01496 | 001498P001-1467A-051<br>CIN01497 | 001501P001-1467A-051<br>CIN01500 | 001502P001-1467A-051<br>CIN01501 |
| 001503P001-1467A-051<br>CIN01502 | 001504P001-1467A-051<br>CIN01503 | 001505P001-1467A-051<br>CIN01504 | 001506P001-1467A-051<br>CIN01505 |
| 001507P001-1467A-051<br>CIN01506 | 001509P001-1467A-051<br>CIN01508 | 001511P001-1467A-051<br>CIN01510 | 001512P001-1467A-051<br>CIN01511 |
| 001513P001-1467A-051<br>CIN01512 | 001514P001-1467A-051<br>CIN01513 | 001515P002-1467A-051<br>CIN01514 | 001516P001-1467A-051<br>CIN01515 |
| 001517P002-1467A-051<br>CIN01516 | 001519P001-1467A-051<br>CIN01518 | 001520P001-1467A-051<br>CIN01519 | 001521P001-1467A-051<br>CIN01520 |
| 001522P001-1467A-051<br>CIN01521 | 001524P001-1467A-051<br>CIN01523 | 001525P001-1467A-051<br>CIN01524 | 001526P001-1467A-051<br>CIN01525 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001528P001-1467A-051<br>CIN01527 | 001530P002-1467A-051<br>CIN01529 | 001531P001-1467A-051<br>CIN01530 | 001532P001-1467A-051<br>CIN01531 |
| 001534P001-1467A-051<br>CIN01533 | 001535P001-1467A-051<br>CIN01534 | 001537P001-1467A-051<br>CIN01536 | 001538P001-1467A-051<br>CIN01537 |
| 001539P001-1467A-051<br>CIN01538 | 001540P003-1467A-051<br>CIN01539 | 001541P001-1467A-051<br>CIN01540 | 001542P001-1467A-051<br>CIN01541 |
| 001543P001-1467A-051<br>CIN01542 | 001544P001-1467A-051<br>CIN01543, CIN06366 | 001546P001-1467A-051<br>CIN01545 | 001547P002-1467A-051<br>CIN01546 |
| 001551P001-1467A-051<br>CIN01550 | 001552P001-1467A-051<br>CIN01551 | 001553P001-1467A-051<br>CIN01552 | 001554P001-1467A-051<br>CIN01553 |
| 001555P001-1467A-051<br>CIN01554 | 001556P001-1467A-051<br>CIN01555 | 001557P001-1467A-051<br>CIN01556 | 001558P001-1467A-051<br>CIN01557 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| 001560P001-1467A-051 | 001561P001-1467A-051 | 001562P001-1467A-051 | 001564P001-1467A-051 |
| CIN01559 | CIN01560 | CIN01561 | CIN01563 |

| 001567P001-1467A-051 | 001568P001-1467A-051 | 001569P001-1467A-051 | 001570P001-1467A-051 |
| CIN01566 | CIN01567 | CIN01568 | CIN01569 |

| 001571P001-1467A-051 | 001572P001-1467A-051 | 001573P001-1467A-051 | 001574P001-1467A-051 |
| CIN01570 | CIN01571 | CIN01572 | CIN01573 |

| 001576P001-1467A-051 | 001577P001-1467A-051 | 001578P001-1467A-051 | 001580P001-1467A-051 |
| CIN01575 | CIN01576 | CIN01577 | CIN01579 |

| 001581P001-1467A-051 | 001584P001-1467A-051 | 001587P001-1467A-051 | 001589P001-1467A-051 |
| CIN01580 | CIN01583 | CIN01586 | CIN01588 |

| 001590P001-1467A-051 | 001591P001-1467A-051 | 001592P001-1467A-051 | 001593P002-1467A-051 |
| CIN01589 | CIN01590 | CIN01591 | CIN01592 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001594P001-1467A-051<br>CIN01593 | 001596P001-1467A-051<br>CIN01595 | 001597P002-1467A-051<br>CIN01596 | 001599P001-1467A-051<br>CIN01598 |
| 001600P001-1467A-051<br>CIN01599 | 001602P001-1467A-051<br>CIN01601 | 001604P001-1467A-051<br>CIN01603 | 001605P001-1467A-051<br>CIN01604 |
| 001606P001-1467A-051<br>CIN01605 | 001607P002-1467A-051<br>CIN01606 | 001608P002-1467A-051<br>CIN01607 | 001610P001-1467A-051<br>CIN01609 |
| 001611P001-1467A-051<br>CIN01610 | 001612P001-1467A-051<br>CIN01611 | 001614P001-1467A-051<br>CIN01613 | 001615P001-1467A-051<br>CIN01614 |
| 001617P001-1467A-051<br>CIN01616 | 001619P001-1467A-051<br>CIN01618 | 001620P001-1467A-051<br>CIN01619 | 001621P002-1467A-051<br>CIN01620 |
| 001623P001-1467A-051<br>CIN01622 | 001624P001-1467A-051<br>CIN01623 | 001625P001-1467A-051<br>CIN01624 | 001628P001-1467A-051<br>CIN01627 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001629P002-1467A-051<br>CIN01628 | 001632P001-1467A-051<br>CIN01631 | 001633P001-1467A-051<br>CIN01632 | 001635P001-1467A-051<br>CIN01634 |
| 001636P001-1467A-051<br>CIN01635 | 001637P001-1467A-051<br>CIN01636 | 001638P001-1467A-051<br>CIN01637 | 001640P001-1467A-051<br>CIN01639 |
| 001641P002-1467A-051<br>CIN01641 | 001642P001-1467A-051<br>CIN01642 | 001645P001-1467A-051<br>CIN01645 | 001646P001-1467A-051<br>CIN01646 |
| 001648P001-1467A-051<br>CIN01648 | 001649P001-1467A-051<br>CIN01649 | 001650P001-1467A-051<br>CIN01650 | 001651P001-1467A-051<br>CIN01651 |
| 001653P001-1467A-051<br>CIN01653 | 001655P001-1467A-051<br>CIN01655 | 001658P001-1467A-051<br>CIN01658 | 001660P001-1467A-051<br>CIN01660 |
| 001661P001-1467A-051<br>CIN01661 | 001662P001-1467A-051<br>CIN01662 | 001663P001-1467A-051<br>CIN01663 | 001664P001-1467A-051<br>CIN01664 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001665P001-1467A-051<br>CIN01665 | 001667P001-1467A-051<br>CIN01667 | 001670P001-1467A-051<br>CIN01670 | 001671P001-1467A-051<br>CIN01671 |
| 001672P002-1467A-051<br>CIN01672 | 001673P001-1467A-051<br>CIN01673 | 001676P001-1467A-051<br>CIN01676 | 001678P001-1467A-051<br>CIN01678 |
| 001679P002-1467A-051<br>CIN01679 | 001680P001-1467A-051<br>CIN01680 | 001685P001-1467A-051<br>CIN01685 | 001686P001-1467A-051<br>CIN01686 |
| 001687P001-1467A-051<br>CIN01687 | 001688P001-1467A-051<br>CIN01688 | 001689P001-1467A-051<br>CIN01689 | 001691P001-1467A-051<br>CIN01691 |
| 001693P001-1467A-051<br>CIN01693 | 001694P001-1467A-051<br>CIN01694 | 001696P001-1467A-051<br>CIN01696 | 001697P001-1467A-051<br>CIN01697 |
| 001698P001-1467A-051<br>CIN01698 | 001699P001-1467A-051<br>CIN01699 | 001701P001-1467A-051<br>CIN01701 | 001703P001-1467A-051<br>CIN01703 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001704P001-1467A-051<br>CIN01704 | 001706P001-1467A-051<br>CIN01706 | 001708P003-1467A-051<br>CIN01708 | 001710P001-1467A-051<br>CIN01710 |
| 001711P001-1467A-051<br>CIN01711 | 001713P002-1467A-051<br>CIN01713 | 001713P002-1467A-051<br>CIN01713 | 001714P001-1467A-051<br>CIN01714 |
| 001715P001-1467A-051<br>CIN01715 | 001717P001-1467A-051<br>CIN01717 | 001718P001-1467A-051<br>CIN01718 | 001719P002-1467A-051<br>CIN01719 |
| 001720P001-1467A-051<br>CIN01720 | 001724P001-1467A-051<br>CIN01724 | 001726P002-1467A-051<br>CIN01726 | 001727P001-1467A-051<br>CIN01727 |
| 001728P001-1467A-051<br>CIN01728 | 001729P002-1467A-051<br>CIN01729 | 001731P001-1467A-051<br>CIN01731 | 001733P001-1467A-051<br>CIN01733 |
| 001734P001-1467A-051<br>CIN01734 | 001735P001-1467A-051<br>CIN01735 | 001736P001-1467A-051<br>CIN01736 | 001738P001-1467A-051<br>CIN01738 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001739P001-1467A-051<br>CIN01739 | 001741P001-1467A-051<br>CIN01741 | 001742P001-1467A-051<br>CIN01742 | 001743P001-1467A-051<br>CIN01743 |
| 001744P001-1467A-051<br>CIN01744 | 001746P001-1467A-051<br>CIN01746 | 001748P001-1467A-051<br>CIN01748 | 001749P001-1467A-051<br>CIN01749 |
| 001750P001-1467A-051<br>CIN01750 | 001751P001-1467A-051<br>CIN01751 | 001752P001-1467A-051<br>CIN01752 | 001753P001-1467A-051<br>CIN01753 |
| 001754P001-1467A-051<br>CIN01754 | 001755P001-1467A-051<br>CIN01755 | 001756P001-1467A-051<br>CIN01756 | 001758P001-1467A-051<br>CIN01758 |
| 001759P001-1467A-051<br>CIN01759 | 001761P001-1467A-051<br>CIN01761 | 001762P001-1467A-051<br>CIN01762 | 001763P001-1467A-051<br>CIN01763 |
| 001764P001-1467A-051<br>CIN01764 | 001765P001-1467A-051<br>CIN01765 | 001766P001-1467A-051<br>CIN01766 | 001767P001-1467A-051<br>CIN01767 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001768P001-1467A-051<br>CIN01768 | 001771P001-1467A-051<br>CIN01771 | 001774P001-1467A-051<br>CIN01774 | 001776P001-1467A-051<br>CIN01776 |
| 001777P001-1467A-051<br>CIN01777 | 001778P001-1467A-051<br>CIN01778 | 001779P001-1467A-051<br>CIN01779 | 001780P001-1467A-051<br>CIN01780 |
| 001781P001-1467A-051<br>CIN01781 | 001782P001-1467A-051<br>CIN01782 | 001783P001-1467A-051<br>CIN01783 | 001784P001-1467A-051<br>CIN01784 |
| 001786P001-1467A-051<br>CIN01786 | 001787P001-1467A-051<br>CIN01787 | 001788P001-1467A-051<br>CIN01788 | 001791P001-1467A-051<br>CIN01791 |
| 001792P001-1467A-051<br>CIN01792 | 001793P001-1467A-051<br>CIN01793 | 001795P001-1467A-051<br>CIN01795 | 001796P001-1467A-051<br>CIN01796 |
| 001798P001-1467A-051<br>CIN01798 | 001799P002-1467A-051<br>CIN01799 | 001800P001-1467A-051<br>CIN01800 | 001802P001-1467A-051<br>CIN01802 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001805P001-1467A-051<br>CIN01805 | 001806P001-1467A-051<br>CIN01806 | 001807P001-1467A-051<br>CIN01807 | 001812P001-1467A-051<br>CIN01812 |
| 001813P001-1467A-051<br>CIN01813 | 001815P002-1467A-051<br>CIN01815 | 001816P001-1467A-051<br>CIN01816 | 001817P001-1467A-051<br>CIN01817 |
| 001818P001-1467A-051<br>CIN01818 | 001819P001-1467A-051<br>CIN01819 | 001821P001-1467A-051<br>CIN01821 | 001822P001-1467A-051<br>CIN01822 |
| 001823P001-1467A-051<br>CIN01823 | 001828P002-1467A-051<br>CIN01828 | 001829P001-1467A-051<br>CIN01829 | 001830P001-1467A-051<br>CIN01830 |
| 001831P001-1467A-051<br>CIN01831 | 001832P001-1467A-051<br>CIN01832 | 001835P001-1467A-051<br>CIN01835 | 001837P001-1467A-051<br>CIN01837 |
| 001838P001-1467A-051<br>CIN01838 | 001840P001-1467A-051<br>CIN01840 | 001843P001-1467A-051<br>CIN01843 | 001844P001-1467A-051<br>CIN01844 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001847P001-1467A-051<br>CIN01847 | 001848P001-1467A-051<br>CIN01848 | 001851P001-1467A-051<br>CIN01851 | 001852P001-1467A-051<br>CIN01852 |
| 001853P001-1467A-051<br>CIN01853 | 001856P001-1467A-051<br>CIN01856 | 001858P002-1467A-051<br>CIN01858 | 001859P001-1467A-051<br>CIN01859 |
| 001860P001-1467A-051<br>CIN01860 | 001863P001-1467A-051<br>CIN01863 | 001865P001-1467A-051<br>CIN01865 | 001866P002-1467A-051<br>CIN01866 |
| 001867P001-1467A-051<br>CIN01867 | 001868P001-1467A-051<br>CIN01868 | 001870P001-1467A-051<br>CIN01870 | 001874P001-1467A-051<br>CIN01874 |
| 001875P001-1467A-051<br>CIN01875 | 001876P001-1467A-051<br>CIN01876 | 001877P001-1467A-051<br>CIN01877 | 001879P001-1467A-051<br>CIN01879 |
| 001880P001-1467A-051<br>CIN01880 | 001881P001-1467A-051<br>CIN01881 | 001882P001-1467A-051<br>CIN01882 | 001884P001-1467A-051<br>CIN01884 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001886P001-1467A-051<br>CIN01886 | 001887P001-1467A-051<br>CIN01887 | 001888P001-1467A-051<br>CIN01888 | 001889P001-1467A-051<br>CIN01889 |
| 001890P001-1467A-051<br>CIN01890 | 001891P001-1467A-051<br>CIN01891 | 001895P001-1467A-051<br>CIN01895 | 001897P001-1467A-051<br>CIN01897 |
| 001898P001-1467A-051<br>CIN01898 | 001899P001-1467A-051<br>CIN01899 | 001900P001-1467A-051<br>CIN01900 | 001901P001-1467A-051<br>CIN01901 |
| 001902P001-1467A-051<br>CIN01902 | 001903P001-1467A-051<br>CIN01903 | 001904P001-1467A-051<br>CIN01904 | 001906P001-1467A-051<br>CIN01906 |
| 001907P001-1467A-051<br>CIN01907 | 001909P001-1467A-051<br>CIN01909 | 001910P001-1467A-051<br>CIN01910 | 001911P001-1467A-051<br>CIN01911 |
| 001914P001-1467A-051<br>CIN01914 | 001915P001-1467A-051<br>CIN01915 | 001916P001-1467A-051<br>CIN01916 | 001917P001-1467A-051<br>CIN01917 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001918P001-1467A-051<br>CIN01918 | 001919P001-1467A-051<br>CIN01919 | 001920P001-1467A-051<br>CIN01920 | 001926P001-1467A-051<br>CIN01926 |
| 001928P001-1467A-051<br>CIN01928 | 001930P001-1467A-051<br>CIN01930 | 001931P001-1467A-051<br>CIN01931 | 001933P001-1467A-051<br>CIN01933 |
| 001934P001-1467A-051<br>CIN01934 | 001935P001-1467A-051<br>CIN01935 | 001938P001-1467A-051<br>CIN01938 | 001939P001-1467A-051<br>CIN01939 |
| 001941P001-1467A-051<br>CIN01941 | 001942P002-1467A-051<br>CIN01942 | 001943P001-1467A-051<br>CIN01943 | 001944P001-1467A-051<br>CIN01944 |
| 001945P001-1467A-051<br>CIN01945 | 001946P001-1467A-051<br>CIN01946 | 001947P001-1467A-051<br>CIN01947 | 001948P001-1467A-051<br>CIN01948 |
| 001949P001-1467A-051<br>CIN01949 | 001950P001-1467A-051<br>CIN01950 | 001951P001-1467A-051<br>CIN01951 | 001952P001-1467A-051<br>CIN01952 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 001953P001-1467A-051<br>CIN01953 | 001954P001-1467A-051<br>CIN01954 | 001955P003-1467A-051<br>CIN01955 | 001957P001-1467A-051<br>CIN01957 |
| 001959P001-1467A-051<br>CIN01959 | 001960P001-1467A-051<br>CIN01960 | 001962P001-1467A-051<br>CIN01962 | 001963P001-1467A-051<br>CIN01963 |
| 001964P001-1467A-051<br>CIN01964 | 001965P001-1467A-051<br>CIN01965 | 001966P001-1467A-051<br>CIN01966 | 001967P001-1467A-051<br>CIN01967 |
| 001968P001-1467A-051<br>CIN01968 | 001969P001-1467A-051<br>CIN01969 | 001971P002-1467A-051<br>CIN01971 | 001972P001-1467A-051<br>CIN01972 |
| 001973P001-1467A-051<br>CIN01973 | 001975P001-1467A-051<br>CIN01975 | 001977P001-1467A-051<br>CIN01977 | 001978P001-1467A-051<br>CIN01978 |
| 001982P001-1467A-051<br>CIN01982 | 001983P001-1467A-051<br>CIN01983 | 001984P001-1467A-051<br>CIN01984 | 001985P001-1467A-051<br>CIN01985 |

Case 20-12836-JTD   Doc 491   Filed 02/09/21   Page 272 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 59 of 184

02/02/2021 04:08:24 PM

001987P001-1467A-051
CIN01987

001988P001-1467A-051
CIN01988

001989P001-1467A-051
CIN01989

001990P001-1467A-051
CIN01990

001993P001-1467A-051
CIN01993

001995P001-1467A-051
CIN01995

001996P001-1467A-051
CIN01996

001998P001-1467A-051
CIN01998

002001P001-1467A-051
CIN02001

002002P001-1467A-051
CIN02002

002003P001-1467A-051
CIN02003

002005P001-1467A-051
CIN02005

002006P001-1467A-051
CIN02006

002007P001-1467A-051
CIN02007

002008P001-1467A-051
CIN02008

002010P001-1467A-051
CIN02010

002011P001-1467A-051
CIN02011

002012P001-1467A-051
CIN02012

002013P001-1467A-051
CIN02013

002014P001-1467A-051
CIN02014

002015P001-1467A-051
CIN02015

002016P001-1467A-051
CIN02016

002017P001-1467A-051
CIN02017

002021P001-1467A-051
CIN02021

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002023P001-1467A-051<br>CIN02023 | 002024P001-1467A-051<br>CIN02024 | 002025P001-1467A-051<br>CIN02025 | 002026P001-1467A-051<br>CIN02026 |
| 002027P001-1467A-051<br>CIN02027 | 002028P001-1467A-051<br>CIN02028 | 002029P001-1467A-051<br>CIN02029 | 002030P001-1467A-051<br>CIN02030 |
| 002031P001-1467A-051<br>CIN02031 | 002032P001-1467A-051<br>CIN02032 | 002035P001-1467A-051<br>CIN02035 | 002039P001-1467A-051<br>CIN02039 |
| 002040P001-1467A-051<br>CIN02040 | 002041P001-1467A-051<br>CIN02041 | 002043P001-1467A-051<br>CIN02043 | 002044P001-1467A-051<br>CIN02044 |
| 002045P001-1467A-051<br>CIN02045 | 002046P001-1467A-051<br>CIN02046 | 002047P001-1467A-051<br>CIN02047 | 002048P001-1467A-051<br>CIN02048 |
| 002049P001-1467A-051<br>CIN02049 | 002050P001-1467A-051<br>CIN02050 | 002052P001-1467A-051<br>CIN02052 | 002053P001-1467A-051<br>CIN02053 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002054P001-1467A-051<br>CIN02054 | 002055P001-1467A-051<br>CIN02055 | 002057P001-1467A-051<br>CIN02057 | 002058P001-1467A-051<br>CIN02058 |
| 002062P001-1467A-051<br>CIN02062 | 002063P002-1467A-051<br>CIN02063 | 002064P001-1467A-051<br>CIN02064 | 002065P001-1467A-051<br>CIN02065 |
| 002066P001-1467A-051<br>CIN02066 | 002067P001-1467A-051<br>CIN02067 | 002069P001-1467A-051<br>CIN02069 | 002070P001-1467A-051<br>CIN02070 |
| 002071P001-1467A-051<br>CIN02071 | 002072P001-1467A-051<br>CIN02072 | 002073P001-1467A-051<br>CIN02073 | 002074P001-1467A-051<br>CIN02074 |
| 002075P001-1467A-051<br>CIN02075 | 002076P001-1467A-051<br>CIN02076 | 002077P001-1467A-051<br>CIN02077 | 002078P001-1467A-051<br>CIN02078 |
| 002079P001-1467A-051<br>CIN02079 | 002080P001-1467A-051<br>CIN02080 | 002081P001-1467A-051<br>CIN02081 | 002082P001-1467A-051<br>CIN02082 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002083P001-1467A-051<br>CIN02083 | 002084P001-1467A-051<br>CIN02084 | 002085P001-1467A-051<br>CIN02085 | 002086P001-1467A-051<br>CIN02086 |
| 002091P001-1467A-051<br>CIN02092 | 002092P001-1467A-051<br>CIN02093 | 002093P001-1467A-051<br>CIN02094 | 002094P001-1467A-051<br>CIN02095 |
| 002095P002-1467A-051<br>CIN02096 | 002095P002-1467A-051<br>CIN02096 | 002096P001-1467A-051<br>CIN02097 | 002097P001-1467A-051<br>CIN02098 |
| 002098P001-1467A-051<br>CIN02099 | 002100P001-1467A-051<br>CIN02101 | 002101P001-1467A-051<br>CIN02103 | 002102P001-1467A-051<br>CIN02104 |
| 002103P001-1467A-051<br>CIN02105 | 002105P001-1467A-051<br>CIN02107 | 002106P001-1467A-051<br>CIN02108 | 002107P001-1467A-051<br>CIN02109 |
| 002108P001-1467A-051<br>CIN02110 | 002109P001-1467A-051<br>CIN02112 | 002110P001-1467A-051<br>CIN02113 | 002111P003-1467A-051<br>CIN02114 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002113P001-1467A-051<br>CIN02116 | 002114P001-1467A-051<br>CIN02117 | 002115P001-1467A-051<br>CIN02118 | 002116P001-1467A-051<br>CIN02119 |
| 002117P001-1467A-051<br>CIN02120 | 002119P001-1467A-051<br>CIN02122 | 002121P001-1467A-051<br>CIN02124 | 002123P002-1467A-051<br>CIN02126 |
| 002124P001-1467A-051<br>CIN02127 | 002125P001-1467A-051<br>CIN02128 | 002128P001-1467A-051<br>CIN02131 | 002129P001-1467A-051<br>CIN02132 |
| 002130P001-1467A-051<br>CIN02133 | 002134P001-1467A-051<br>CIN02137 | 002137P001-1467A-051<br>CIN02140 | 002138P001-1467A-051<br>CIN02141 |
| 002139P001-1467A-051<br>CIN02142 | 002140P001-1467A-051<br>CIN02143 | 002141P001-1467A-051<br>CIN02144 | 002143P001-1467A-051<br>CIN02146 |
| 002144P001-1467A-051<br>CIN02147 | 006264P002-1467A-051<br>CIN02148 | 002146P001-1467A-051<br>CIN02150 | 002147P001-1467A-051<br>CIN02151 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002148P001-1467A-051<br>CIN02152 | 002149P001-1467A-051<br>CIN02153 | 002150P001-1467A-051<br>CIN02154 | 002151P002-1467A-051<br>CIN02155 |
| 002154P001-1467A-051<br>CIN02158 | 002155P001-1467A-051<br>CIN02159 | 002156P001-1467A-051<br>CIN02160 | 002157P001-1467A-051<br>CIN02161 |
| 002158P001-1467A-051<br>CIN02162 | 002159P001-1467A-051<br>CIN02163 | 002160P001-1467A-051<br>CIN02164 | 002161P001-1467A-051<br>CIN02165 |
| 002162P001-1467A-051<br>CIN02166 | 002163P001-1467A-051<br>CIN02167 | 002164P001-1467A-051<br>CIN02168 | 002165P001-1467A-051<br>CIN02169 |
| 002166P001-1467A-051<br>CIN02170 | 002167P001-1467A-051<br>CIN02171 | 002168P001-1467A-051<br>CIN02172 | 002170P001-1467A-051<br>CIN02174 |
| 002171P001-1467A-051<br>CIN02175 | 002172P001-1467A-051<br>CIN02176 | 002173P002-1467A-051<br>CIN02177 | 002176P001-1467A-051<br>CIN02180 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002177P002-1467A-051<br>CIN02181 | 002179P001-1467A-051<br>CIN02183, CIN06393 | 002183P001-1467A-051<br>CIN02187 | 002184P001-1467A-051<br>CIN02188 |
| 002185P001-1467A-051<br>CIN02189 | 002186P001-1467A-051<br>CIN02190 | 002187P001-1467A-051<br>CIN02191 | 002188P001-1467A-051<br>CIN02192 |
| 002189P001-1467A-051<br>CIN02193 | 002190P001-1467A-051<br>CIN02194 | 002191P001-1467A-051<br>CIN02195 | 002192P001-1467A-051<br>CIN02196 |
| 002194P001-1467A-051<br>CIN02198 | 002195P001-1467A-051<br>CIN02199 | 002197P001-1467A-051<br>CIN02201 | 002198P001-1467A-051<br>CIN02202 |
| 002199P001-1467A-051<br>CIN02203 | 002200P001-1467A-051<br>CIN02204 | 002201P001-1467A-051<br>CIN02205 | 002202P001-1467A-051<br>CIN02206 |
| 002203P001-1467A-051<br>CIN02207 | 002204P001-1467A-051<br>CIN02208 | 002205P001-1467A-051<br>CIN02209 | 002207P002-1467A-051<br>CIN02211 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002208P001-1467A-051<br>CIN02212 | 002209P001-1467A-051<br>CIN02213 | 002210P002-1467A-051<br>CIN02214 | 002211P001-1467A-051<br>CIN02215 |
| 002212P001-1467A-051<br>CIN02216 | 002213P001-1467A-051<br>CIN02217 | 002214P001-1467A-051<br>CIN02218 | 002215P001-1467A-051<br>CIN02219 |
| 002217P001-1467A-051<br>CIN02221 | 002218P001-1467A-051<br>CIN02222 | 002219P001-1467A-051<br>CIN02223 | 002220P001-1467A-051<br>CIN02224 |
| 002221P001-1467A-051<br>CIN02225 | 002222P001-1467A-051<br>CIN02226 | 002224P001-1467A-051<br>CIN02228 | 002226P001-1467A-051<br>CIN02230 |
| 002227P001-1467A-051<br>CIN02231 | 002229P001-1467A-051<br>CIN02233 | 002230P001-1467A-051<br>CIN02234 | 002232P001-1467A-051<br>CIN02236 |
| 002234P001-1467A-051<br>CIN02238 | 002236P001-1467A-051<br>CIN02240 | 002238P001-1467A-051<br>CIN02242 | 002240P002-1467A-051<br>CIN02244 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002242P001-1467A-051<br>CIN02246 | 002243P002-1467A-051<br>CIN02247 | 002244P002-1467A-051<br>CIN02248 | 002245P001-1467A-051<br>CIN02249 |
| 002247P001-1467A-051<br>CIN02251 | 002248P001-1467A-051<br>CIN02252 | 002249P001-1467A-051<br>CIN02253 | 002250P002-1467A-051<br>CIN02254 |
| 002251P002-1467A-051<br>CIN02255 | 002252P001-1467A-051<br>CIN02256 | 002254P001-1467A-051<br>CIN02258 | 002257P001-1467A-051<br>CIN02261 |
| 002258P001-1467A-051<br>CIN02262 | 002261P001-1467A-051<br>CIN02265 | 002263P001-1467A-051<br>CIN02267 | 002267P001-1467A-051<br>CIN02271 |
| 002268P001-1467A-051<br>CIN02272 | 002269P001-1467A-051<br>CIN02273 | 002271P001-1467A-051<br>CIN02275 | 002272P001-1467A-051<br>CIN02276 |
| 002273P001-1467A-051<br>CIN02277 | 002274P001-1467A-051<br>CIN02278 | 002275P001-1467A-051<br>CIN02279 | 002276P001-1467A-051<br>CIN02280 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002277P001-1467A-051<br>CIN02281 | 002278P001-1467A-051<br>CIN02282 | 002279P001-1467A-051<br>CIN02283 | 002281P001-1467A-051<br>CIN02285 |
| 002282P001-1467A-051<br>CIN02286 | 002284P001-1467A-051<br>CIN02288 | 002285P001-1467A-051<br>CIN02289 | 002286P001-1467A-051<br>CIN02290 |
| 002287P001-1467A-051<br>CIN02291 | 002288P001-1467A-051<br>CIN02292 | 002289P001-1467A-051<br>CIN02293 | 002291P001-1467A-051<br>CIN02295 |
| 002292P001-1467A-051<br>CIN02296 | 002293P001-1467A-051<br>CIN02297 | 002295P001-1467A-051<br>CIN02299 | 002297P001-1467A-051<br>CIN02301 |
| 002298P001-1467A-051<br>CIN02302 | 002299P001-1467A-051<br>CIN02303 | 002303P001-1467A-051<br>CIN02307 | 002306P001-1467A-051<br>CIN02310 |
| 002307P001-1467A-051<br>CIN02311 | 002310P001-1467A-051<br>CIN02314 | 002312P001-1467A-051<br>CIN02316 | 002313P001-1467A-051<br>CIN02317 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002316P001-1467A-051<br>CIN02320 | 002319P001-1467A-051<br>CIN02323 | 002320P001-1467A-051<br>CIN02324 | 002321P001-1467A-051<br>CIN02325 |
| 002322P001-1467A-051<br>CIN02326 | 002323P001-1467A-051<br>CIN02327 | 002324P001-1467A-051<br>CIN02328 | 002328P001-1467A-051<br>CIN02332 |
| 002334P001-1467A-051<br>CIN02338 | 002335P001-1467A-051<br>CIN02339 | 002336P002-1467A-051<br>CIN02340 | 002337P001-1467A-051<br>CIN02341 |
| 002339P001-1467A-051<br>CIN02343 | 002340P001-1467A-051<br>CIN02344 | 002341P001-1467A-051<br>CIN02345 | 002342P001-1467A-051<br>CIN02346 |
| 002343P001-1467A-051<br>CIN02347 | 002348P001-1467A-051<br>CIN02352 | 002349P001-1467A-051<br>CIN02353 | 002350P001-1467A-051<br>CIN02354 |
| 002351P001-1467A-051<br>CIN02355 | 002352P001-1467A-051<br>CIN02356 | 002353P001-1467A-051<br>CIN02357 | 002355P001-1467A-051<br>CIN02359 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002356P001-1467A-051<br>CIN02360 | 002357P001-1467A-051<br>CIN02361 | 002358P001-1467A-051<br>CIN02362 | 002359P001-1467A-051<br>CIN02363 |
| 002360P001-1467A-051<br>CIN02364 | 002361P001-1467A-051<br>CIN02365 | 002362P001-1467A-051<br>CIN02366 | 002363P001-1467A-051<br>CIN02367 |
| 002364P001-1467A-051<br>CIN02368 | 002366P001-1467A-051<br>CIN02370 | 002367P001-1467A-051<br>CIN02371 | 002368P001-1467A-051<br>CIN02372 |
| 002369P001-1467A-051<br>CIN02373 | 002370P001-1467A-051<br>CIN02374 | 002371P001-1467A-051<br>CIN02375 | 002372P002-1467A-051<br>CIN02376 |
| 002373P001-1467A-051<br>CIN02377 | 002374P001-1467A-051<br>CIN02378 | 002375P001-1467A-051<br>CIN02379 | 002376P001-1467A-051<br>CIN02380 |
| 002377P001-1467A-051<br>CIN02381 | 002379P001-1467A-051<br>CIN02383 | 002381P001-1467A-051<br>CIN02385 | 002382P001-1467A-051<br>CIN02386 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002383P001-1467A-051<br>CIN02387 | 002384P001-1467A-051<br>CIN02388 | 002385P001-1467A-051<br>CIN02389 | 002387P001-1467A-051<br>CIN02391 |
| 002388P001-1467A-051<br>CIN02392 | 002389P001-1467A-051<br>CIN02393 | 002391P001-1467A-051<br>CIN02395 | 002392P001-1467A-051<br>CIN02396 |
| 002395P001-1467A-051<br>CIN02399 | 002398P001-1467A-051<br>CIN02403 | 002401P001-1467A-051<br>CIN02406 | 002402P001-1467A-051<br>CIN02407 |
| 002404P002-1467A-051<br>CIN02409 | 002405P001-1467A-051<br>CIN02410 | 002406P001-1467A-051<br>CIN02411 | 002407P001-1467A-051<br>CIN02412 |
| 002410P001-1467A-051<br>CIN02415 | 002412P001-1467A-051<br>CIN02417 | 002413P001-1467A-051<br>CIN02418 | 002414P002-1467A-051<br>CIN02419 |
| 002415P001-1467A-051<br>CIN02420 | 002416P001-1467A-051<br>CIN02421 | 002417P001-1467A-051<br>CIN02422 | 002418P001-1467A-051<br>CIN02423 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002419P001-1467A-051<br>CIN02424 | 002420P001-1467A-051<br>CIN02425 | 002425P001-1467A-051<br>CIN02430 | 002427P001-1467A-051<br>CIN02432 |
| 002428P001-1467A-051<br>CIN02433 | 002430P001-1467A-051<br>CIN02435 | 002433P001-1467A-051<br>CIN02438 | 002434P001-1467A-051<br>CIN02439 |
| 002435P002-1467A-051<br>CIN02440 | 002436P001-1467A-051<br>CIN02441 | 002437P001-1467A-051<br>CIN02442 | 002440P002-1467A-051<br>CIN02446 |
| 002441P001-1467A-051<br>CIN02447 | 002442P001-1467A-051<br>CIN02448 | 002444P001-1467A-051<br>CIN02450 | 002446P001-1467A-051<br>CIN02452 |
| 002448P001-1467A-051<br>CIN02454 | 002450P003-1467A-051<br>CIN02456 | 002451P001-1467A-051<br>CIN02457 | 002452P001-1467A-051<br>CIN02458 |
| 002453P001-1467A-051<br>CIN02459 | 002454P001-1467A-051<br>CIN02460 | 002455P001-1467A-051<br>CIN02461 | 002457P001-1467A-051<br>CIN02463 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002458P001-1467A-051<br>CIN02464 | 002459P001-1467A-051<br>CIN02465 | 002461P001-1467A-051<br>CIN02467 | 002462P001-1467A-051<br>CIN02468 |
| 002463P002-1467A-051<br>CIN02469 | 002464P001-1467A-051<br>CIN02470 | 002466P001-1467A-051<br>CIN02472 | 002467P002-1467A-051<br>CIN02473 |
| 002471P001-1467A-051<br>CIN02477 | 002472P001-1467A-051<br>CIN02478 | 002473P001-1467A-051<br>CIN02479 | 002475P001-1467A-051<br>CIN02481 |
| 002476P002-1467A-051<br>CIN02482 | 002477P001-1467A-051<br>CIN02483 | 002478P001-1467A-051<br>CIN02484 | 002479P001-1467A-051<br>CIN02485 |
| 002480P001-1467A-051<br>CIN02486 | 002481P001-1467A-051<br>CIN02487 | 002482P001-1467A-051<br>CIN02488 | 002484P001-1467A-051<br>CIN02490 |
| 002485P001-1467A-051<br>CIN02491 | 002486P001-1467A-051<br>CIN02492 | 002491P001-1467A-051<br>CIN02497 | 002494P001-1467A-051<br>CIN02500 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002495P001-1467A-051<br>CIN02501 | 002497P001-1467A-051<br>CIN02503 | 002498P001-1467A-051<br>CIN02504 | 002499P001-1467A-051<br>CIN02505 |
| 002502P001-1467A-051<br>CIN02508 | 002504P001-1467A-051<br>CIN02510 | 002505P001-1467A-051<br>CIN02511 | 002506P002-1467A-051<br>CIN02512 |
| 002507P002-1467A-051<br>CIN02513 | 002508P001-1467A-051<br>CIN02514 | 002509P001-1467A-051<br>CIN02515 | 002510P001-1467A-051<br>CIN02516 |
| 002511P001-1467A-051<br>CIN02517 | 002512P001-1467A-051<br>CIN02518 | 002514P001-1467A-051<br>CIN02520 | 002515P001-1467A-051<br>CIN02521 |
| 002516P001-1467A-051<br>CIN02522 | 002517P001-1467A-051<br>CIN02523 | 002518P001-1467A-051<br>CIN02524 | 002519P001-1467A-051<br>CIN02525 |
| 002520P001-1467A-051<br>CIN02526 | 002521P001-1467A-051<br>CIN02527 | 002522P001-1467A-051<br>CIN02528 | 002523P001-1467A-051<br>CIN02529 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002524P001-1467A-051<br>CIN02530 | 002525P001-1467A-051<br>CIN02531 | 002527P001-1467A-051<br>CIN02533 | 002529P002-1467A-051<br>CIN02535 |
| 002530P002-1467A-051<br>CIN02536 | 002533P001-1467A-051<br>CIN02539 | 002535P001-1467A-051<br>CIN02541 | 002536P001-1467A-051<br>CIN02542 |
| 002537P001-1467A-051<br>CIN02543 | 002539P001-1467A-051<br>CIN02545 | 002541P004-1467A-051<br>CIN02547 | 002542P001-1467A-051<br>CIN02548 |
| 002543P001-1467A-051<br>CIN02549 | 002544P001-1467A-051<br>CIN02550 | 002545P001-1467A-051<br>CIN02551 | 002547P002-1467A-051<br>CIN02553 |
| 002549P001-1467A-051<br>CIN02555 | 002550P001-1467A-051<br>CIN02556 | 002551P001-1467A-051<br>CIN02557 | 002552P002-1467A-051<br>CIN02558 |
| 002553P003-1467A-051<br>CIN02559 | 002554P001-1467A-051<br>CIN02560 | 002555P001-1467A-051<br>CIN02561 | 002556P001-1467A-051<br>CIN02562 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002557P001-1467A-051<br>CIN02563 | 002562P001-1467A-051<br>CIN02568 | 002563P001-1467A-051<br>CIN02569 | 002564P001-1467A-051<br>CIN02570 |
| 002565P001-1467A-051<br>CIN02571 | 002567P001-1467A-051<br>CIN02573 | 002568P001-1467A-051<br>CIN02574 | 002570P001-1467A-051<br>CIN02576 |
| 002571P001-1467A-051<br>CIN02577 | 002572P001-1467A-051<br>CIN02578 | 002573P001-1467A-051<br>CIN02579 | 002574P001-1467A-051<br>CIN02580 |
| 002575P001-1467A-051<br>CIN02581 | 002576P001-1467A-051<br>CIN02582 | 002577P002-1467A-051<br>CIN02583 | 002577P002-1467A-051<br>CIN02583 |
| 002578P001-1467A-051<br>CIN02584 | 002581P001-1467A-051<br>CIN02587 | 002582P001-1467A-051<br>CIN02588 | 002583P001-1467A-051<br>CIN02589 |
| 002584P001-1467A-051<br>CIN02590 | 002587P001-1467A-051<br>CIN02593 | 002589P001-1467A-051<br>CIN02595 | 002590P001-1467A-051<br>CIN02596 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002591P002-1467A-051<br>CIN02597 | 002593P001-1467A-051<br>CIN02599 | 002595P001-1467A-051<br>CIN02601 | 002596P001-1467A-051<br>CIN02602 |
| 002597P002-1467A-051<br>CIN02603 | 002598P002-1467A-051<br>CIN02604 | 002599P001-1467A-051<br>CIN02605 | 002600P001-1467A-051<br>CIN02606 |
| 002602P001-1467A-051<br>CIN02608 | 002603P001-1467A-051<br>CIN02609 | 002604P001-1467A-051<br>CIN02610 | 002605P001-1467A-051<br>CIN02611 |
| 002607P001-1467A-051<br>CIN02613 | 002609P001-1467A-051<br>CIN02615 | 002611P001-1467A-051<br>CIN02617 | 002612P001-1467A-051<br>CIN02618 |
| 002613P001-1467A-051<br>CIN02619 | 002614P001-1467A-051<br>CIN02620 | 002615P001-1467A-051<br>CIN02621 | 002618P001-1467A-051<br>CIN02624 |
| 002620P001-1467A-051<br>CIN02626 | 002621P001-1467A-051<br>CIN02627 | 002622P001-1467A-051<br>CIN02628 | 002624P001-1467A-051<br>CIN02630 |

Case 20-12836-JTD   Doc 491   Filed 02/09/21   Page 291 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 78 of 184

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002626P002-1467A-051<br>CIN02632 | 002627P001-1467A-051<br>CIN02633 | 002628P001-1467A-051<br>CIN02634 | 002629P001-1467A-051<br>CIN02635 |
| 002633P001-1467A-051<br>CIN02639 | 002634P001-1467A-051<br>CIN02640 | 002635P001-1467A-051<br>CIN02641 | 002637P001-1467A-051<br>CIN02643 |
| 002638P001-1467A-051<br>CIN02644 | 002641P001-1467A-051<br>CIN02647 | 002644P001-1467A-051<br>CIN02650 | 002645P001-1467A-051<br>CIN02651 |
| 002647P001-1467A-051<br>CIN02653 | 002649P001-1467A-051<br>CIN02655 | 002650P001-1467A-051<br>CIN02656 | 002652P001-1467A-051<br>CIN02658 |
| 002653P001-1467A-051<br>CIN02659 | 002654P002-1467A-051<br>CIN02660 | 002654P002-1467A-051<br>CIN02660 | 002656P001-1467A-051<br>CIN02662 |
| 002657P001-1467A-051<br>CIN02663 | 002658P001-1467A-051<br>CIN02664 | 002660P001-1467A-051<br>CIN02666 | 002662P001-1467A-051<br>CIN02668 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 292 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 79 of 184

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002664P001-1467A-051<br>CIN02670 | 002665P001-1467A-051<br>CIN02671 | 002666P001-1467A-051<br>CIN02672 | 002669P001-1467A-051<br>CIN02675 |
| 002670P001-1467A-051<br>CIN02676 | 002671P001-1467A-051<br>CIN02677 | 002672P001-1467A-051<br>CIN02678 | 002673P001-1467A-051<br>CIN02679 |
| 002674P001-1467A-051<br>CIN02680 | 002675P001-1467A-051<br>CIN02681 | 002676P001-1467A-051<br>CIN02682 | 002677P001-1467A-051<br>CIN02683 |
| 002680P001-1467A-051<br>CIN02687 | 002681P001-1467A-051<br>CIN02688 | 002682P001-1467A-051<br>CIN02689 | 002683P001-1467A-051<br>CIN02690 |
| 002684P001-1467A-051<br>CIN02691 | 002686P001-1467A-051<br>CIN02693 | 002687P001-1467A-051<br>CIN02694 | 002688P001-1467A-051<br>CIN02695 |
| 002690P002-1467A-051<br>CIN02698 | 002693P001-1467A-051<br>CIN02701 | 002694P001-1467A-051<br>CIN02702 | 002695P001-1467A-051<br>CIN02703 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002696P001-1467A-051<br>CIN02704 | 002697P001-1467A-051<br>CIN02705 | 002698P001-1467A-051<br>CIN02706 | 002700P001-1467A-051<br>CIN02708 |
| 002703P001-1467A-051<br>CIN02711 | 002704P002-1467A-051<br>CIN02712 | 002705P001-1467A-051<br>CIN02713 | 002706P001-1467A-051<br>CIN02714 |
| 002707P001-1467A-051<br>CIN02715 | 002708P001-1467A-051<br>CIN02716 | 002709P001-1467A-051<br>CIN02717 | 002710P001-1467A-051<br>CIN02718 |
| 002711P001-1467A-051<br>CIN02719 | 002712P001-1467A-051<br>CIN02720 | 002713P001-1467A-051<br>CIN02721 | 002714P001-1467A-051<br>CIN02722 |
| 002716P001-1467A-051<br>CIN02724 | 002717P001-1467A-051<br>CIN02725 | 002719P001-1467A-051<br>CIN02727 | 002720P001-1467A-051<br>CIN02728 |
| 002721P001-1467A-051<br>CIN02729 | 002722P001-1467A-051<br>CIN02730 | 002723P001-1467A-051<br>CIN02731 | 002726P001-1467A-051<br>CIN02734 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002729P001-1467A-051<br>CIN02737 | 002730P001-1467A-051<br>CIN02738 | 002731P001-1467A-051<br>CIN02739 | 002733P001-1467A-051<br>CIN02741 |
| 002734P001-1467A-051<br>CIN02742 | 002735P001-1467A-051<br>CIN02743 | 002736P001-1467A-051<br>CIN02744 | 002737P001-1467A-051<br>CIN02745 |
| 002738P001-1467A-051<br>CIN02746 | 002741P001-1467A-051<br>CIN02749 | 002743P001-1467A-051<br>CIN02751 | 002744P001-1467A-051<br>CIN02752 |
| 002745P001-1467A-051<br>CIN02753 | 002746P002-1467A-051<br>CIN02754 | 002747P001-1467A-051<br>CIN02755 | 002749P001-1467A-051<br>CIN02757 |
| 002750P001-1467A-051<br>CIN02758 | 002751P001-1467A-051<br>CIN02759 | 002753P001-1467A-051<br>CIN02761 | 002754P001-1467A-051<br>CIN02762 |
| 002755P001-1467A-051<br>CIN02763 | 002756P001-1467A-051<br>CIN02764 | 002758P001-1467A-051<br>CIN02766 | 002759P001-1467A-051<br>CIN02767 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002760P001-1467A-051<br>CIN02768 | 002761P001-1467A-051<br>CIN02769 | 002762P001-1467A-051<br>CIN02770 | 002764P001-1467A-051<br>CIN02772 |
| 002765P001-1467A-051<br>CIN02773 | 002768P001-1467A-051<br>CIN02775 | 002769P001-1467A-051<br>CIN02776 | 002771P001-1467A-051<br>CIN02778 |
| 002772P001-1467A-051<br>CIN02779 | 002773P001-1467A-051<br>CIN02780 | 002775P001-1467A-051<br>CIN02782 | 002776P002-1467A-051<br>CIN02783 |
| 002777P001-1467A-051<br>CIN02784 | 002779P002-1467A-051<br>CIN02786 | 002780P002-1467A-051<br>CIN02787 | 002781P001-1467A-051<br>CIN02788 |
| 002782P001-1467A-051<br>CIN02789 | 002783P001-1467A-051<br>CIN02790 | 002784P001-1467A-051<br>CIN02791 | 002785P001-1467A-051<br>CIN02792 |
| 002786P001-1467A-051<br>CIN02793 | 002787P001-1467A-051<br>CIN02794 | 002790P001-1467A-051<br>CIN02797 | 002791P001-1467A-051<br>CIN02798 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006961P001-1467A-051<br>CIN02799 | 002794P001-1467A-051<br>CIN02801 | 002797P001-1467A-051<br>CIN02805 | 002799P001-1467A-051<br>CIN02808 |
| 002800P001-1467A-051<br>CIN02809 | 002802P001-1467A-051<br>CIN02811 | 002803P001-1467A-051<br>CIN02812 | 002804P001-1467A-051<br>CIN02813 |
| 002805P001-1467A-051<br>CIN02814 | 002806P001-1467A-051<br>CIN02815 | 002807P001-1467A-051<br>CIN02816 | 002808P001-1467A-051<br>CIN02817 |
| 002809P001-1467A-051<br>CIN02818 | 002811P001-1467A-051<br>CIN02820 | 002812P002-1467A-051<br>CIN02821 | 002813P001-1467A-051<br>CIN02822 |
| 002814P001-1467A-051<br>CIN02823 | 002815P001-1467A-051<br>CIN02824 | 002816P001-1467A-051<br>CIN02825 | 002817P001-1467A-051<br>CIN02826 |
| 002820P001-1467A-051<br>CIN02829 | 002821P001-1467A-051<br>CIN02830 | 002824P001-1467A-051<br>CIN02833 | 002825P001-1467A-051<br>CIN02834 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002767P001-1467A-051<br>CIN02835 | 002826P001-1467A-051<br>CIN02836 | 002827P001-1467A-051<br>CIN02837 | 002832P001-1467A-051<br>CIN02842 |
| 002833P001-1467A-051<br>CIN02843 | 002834P001-1467A-051<br>CIN02844 | 002835P001-1467A-051<br>CIN02845 | 002836P001-1467A-051<br>CIN02846 |
| 002837P001-1467A-051<br>CIN02847 | 002838P001-1467A-051<br>CIN02848 | 002840P001-1467A-051<br>CIN02850 | 002841P001-1467A-051<br>CIN02851 |
| 002842P001-1467A-051<br>CIN02852 | 002843P001-1467A-051<br>CIN02853 | 002844P001-1467A-051<br>CIN02854 | 002845P001-1467A-051<br>CIN02855 |
| 002846P001-1467A-051<br>CIN02856 | 002848P001-1467A-051<br>CIN02858 | 002849P001-1467A-051<br>CIN02859 | 002850P002-1467A-051<br>CIN02860 |
| 002851P001-1467A-051<br>CIN02861 | 002852P001-1467A-051<br>CIN02862 | 002853P001-1467A-051<br>CIN02863 | 002854P002-1467A-051<br>CIN02864 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002855P001-1467A-051<br>CIN02865 | 002856P001-1467A-051<br>CIN02866 | 002857P001-1467A-051<br>CIN02867 | 002858P001-1467A-051<br>CIN02868 |
| 002859P002-1467A-051<br>CIN02869 | 002860P001-1467A-051<br>CIN02870 | 002861P001-1467A-051<br>CIN02871 | 002864P001-1467A-051<br>CIN02874 |
| 002865P001-1467A-051<br>CIN02875 | 002866P001-1467A-051<br>CIN02876 | 002867P001-1467A-051<br>CIN02877 | 002868P001-1467A-051<br>CIN02878 |
| 002869P001-1467A-051<br>CIN02879 | 002870P001-1467A-051<br>CIN02880 | 002872P001-1467A-051<br>CIN02882 | 002873P001-1467A-051<br>CIN02883 |
| 002874P003-1467A-051<br>CIN02884 | 002875P001-1467A-051<br>CIN02885 | 002877P001-1467A-051<br>CIN02887 | 002878P001-1467A-051<br>CIN02888 |
| 002879P001-1467A-051<br>CIN02889 | 002880P001-1467A-051<br>CIN02890 | 002881P001-1467A-051<br>CIN02891 | 002883P001-1467A-051<br>CIN02893 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002885P001-1467A-051<br>CIN02895 | 002886P001-1467A-051<br>CIN02896 | 002887P001-1467A-051<br>CIN02897 | 002888P001-1467A-051<br>CIN02898 |
| 002889P001-1467A-051<br>CIN02899 | 002890P001-1467A-051<br>CIN02900 | 002891P001-1467A-051<br>CIN02901 | 002892P001-1467A-051<br>CIN02902 |
| 002893P001-1467A-051<br>CIN02903 | 002894P001-1467A-051<br>CIN02905 | 002895P001-1467A-051<br>CIN02906 | 002896P001-1467A-051<br>CIN02907 |
| 002897P002-1467A-051<br>CIN02908 | 002898P001-1467A-051<br>CIN02909 | 002899P001-1467A-051<br>CIN02910 | 002900P001-1467A-051<br>CIN02911 |
| 002901P001-1467A-051<br>CIN02912 | 002902P001-1467A-051<br>CIN02913 | 002903P001-1467A-051<br>CIN02914 | 002905P001-1467A-051<br>CIN02916 |
| 002907P001-1467A-051<br>CIN02918 | 002908P001-1467A-051<br>CIN02919 | 002910P001-1467A-051<br>CIN02921 | 002912P001-1467A-051<br>CIN02923 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002914P001-1467A-051<br>CIN02925 | 002915P001-1467A-051<br>CIN02926 | 002916P001-1467A-051<br>CIN02927 | 002917P001-1467A-051<br>CIN02928 |
| 002918P001-1467A-051<br>CIN02929 | 002920P001-1467A-051<br>CIN02931 | 002922P001-1467A-051<br>CIN02933 | 002923P001-1467A-051<br>CIN02934 |
| 002924P001-1467A-051<br>CIN02935 | 002925P002-1467A-051<br>CIN02936 | 002927P001-1467A-051<br>CIN02938 | 002928P002-1467A-051<br>CIN02939 |
| 002930P001-1467A-051<br>CIN02941 | 002931P001-1467A-051<br>CIN02942 | 002933P001-1467A-051<br>CIN02944 | 002935P001-1467A-051<br>CIN02946 |
| 002936P001-1467A-051<br>CIN02947 | 002937P001-1467A-051<br>CIN02948 | 002938P001-1467A-051<br>CIN02949 | 002940P001-1467A-051<br>CIN02951 |
| 002941P001-1467A-051<br>CIN02952 | 002942P001-1467A-051<br>CIN02953 | 002943P001-1467A-051<br>CIN02954 | 002944P001-1467A-051<br>CIN02955 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 002945P001-1467A-051<br>CIN02956 | 002948P001-1467A-051<br>CIN02959 | 002949P001-1467A-051<br>CIN02960 | 002951P001-1467A-051<br>CIN02962 |
| 002952P001-1467A-051<br>CIN02963 | 002953P002-1467A-051<br>CIN02964 | 002957P001-1467A-051<br>CIN02968 | 002958P001-1467A-051<br>CIN02969 |
| 002960P001-1467A-051<br>CIN02971 | 002961P001-1467A-051<br>CIN02972 | 002962P001-1467A-051<br>CIN02973 | 002963P002-1467A-051<br>CIN02974 |
| 002964P001-1467A-051<br>CIN02975 | 002967P001-1467A-051<br>CIN02978 | 002968P001-1467A-051<br>CIN02979 | 002970P001-1467A-051<br>CIN02981 |
| 002973P001-1467A-051<br>CIN02984 | 002974P001-1467A-051<br>CIN02985 | 002977P001-1467A-051<br>CIN02988 | 002978P001-1467A-051<br>CIN02989 |
| 002979P001-1467A-051<br>CIN02990 | 002980P001-1467A-051<br>CIN02991 | 002981P001-1467A-051<br>CIN02992 | 002983P001-1467A-051<br>CIN02994 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002984P001-1467A-051<br>CIN02995 | 002988P001-1467A-051<br>CIN02998 | 002989P001-1467A-051<br>CIN02999 | 002991P001-1467A-051<br>CIN03001 |
| 002994P001-1467A-051<br>CIN03004 | 002996P001-1467A-051<br>CIN03006 | 002997P002-1467A-051<br>CIN03007 | 002999P001-1467A-051<br>CIN03009 |
| 003000P001-1467A-051<br>CIN03010 | 003001P001-1467A-051<br>CIN03011 | 003003P001-1467A-051<br>CIN03013 | 003006P001-1467A-051<br>CIN03016 |
| 003007P001-1467A-051<br>CIN03017 | 003009P001-1467A-051<br>CIN03019 | 003010P001-1467A-051<br>CIN03020 | 003011P001-1467A-051<br>CIN03021 |
| 003012P001-1467A-051<br>CIN03022 | 003013P001-1467A-051<br>CIN03023 | 003016P002-1467A-051<br>CIN03026, CIN06438 | 003018P001-1467A-051<br>CIN03028 |
| 003019P001-1467A-051<br>CIN03029 | 003021P001-1467A-051<br>CIN03031 | 003022P001-1467A-051<br>CIN03032 | 003023P001-1467A-051<br>CIN03033 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003024P001-1467A-051<br>CIN03034 | 003025P001-1467A-051<br>CIN03035 | 003026P001-1467A-051<br>CIN03036 | 003027P001-1467A-051<br>CIN03037 |
| 003028P001-1467A-051<br>CIN03038 | 003031P001-1467A-051<br>CIN03041 | 003032P001-1467A-051<br>CIN03042 | 003033P001-1467A-051<br>CIN03043 |
| 003034P001-1467A-051<br>CIN03044 | 003036P001-1467A-051<br>CIN03046 | 003037P001-1467A-051<br>CIN03047 | 003038P001-1467A-051<br>CIN03048 |
| 003039P001-1467A-051<br>CIN03049 | 003040P001-1467A-051<br>CIN03050 | 003041P001-1467A-051<br>CIN03051 | 003043P001-1467A-051<br>CIN03053 |
| 003044P001-1467A-051<br>CIN03054 | 003045P001-1467A-051<br>CIN03055 | 003046P002-1467A-051<br>CIN03056 | 003046P002-1467A-051<br>CIN03056 |
| 003047P001-1467A-051<br>CIN03057 | 003049P001-1467A-051<br>CIN03059 | 003050P001-1467A-051<br>CIN03060 | 003052P002-1467A-051<br>CIN03062 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003055P001-1467A-051<br>CIN03065 | 003056P001-1467A-051<br>CIN03066 | 003058P001-1467A-051<br>CIN03068 | 003059P002-1467A-051<br>CIN03069 |
| 003060P001-1467A-051<br>CIN03070 | 003061P001-1467A-051<br>CIN03071 | 003063P001-1467A-051<br>CIN03073 | 003065P001-1467A-051<br>CIN03075 |
| 003066P001-1467A-051<br>CIN03076 | 003067P001-1467A-051<br>CIN03077 | 003068P001-1467A-051<br>CIN03078 | 003069P001-1467A-051<br>CIN03079 |
| 003070P001-1467A-051<br>CIN03080 | 006253P002-1467A-051<br>CIN03081 | 003071P001-1467A-051<br>CIN03082 | 003072P001-1467A-051<br>CIN03083 |
| 003073P001-1467A-051<br>CIN03084 | 003074P001-1467A-051<br>CIN03085 | 003075P001-1467A-051<br>CIN03086 | 003080P001-1467A-051<br>CIN03091 |
| 003081P001-1467A-051<br>CIN03092 | 003082P001-1467A-051<br>CIN03093 | 003083P001-1467A-051<br>CIN03094 | 003084P002-1467A-051<br>CIN03095 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003085P001-1467A-051<br>CIN03096 | 003088P001-1467A-051<br>CIN03099 | 003089P001-1467A-051<br>CIN03100 | 003091P001-1467A-051<br>CIN03103 |
| 003092P001-1467A-051<br>CIN03104 | 003094P001-1467A-051<br>CIN03106 | 003095P001-1467A-051<br>CIN03107 | 003096P001-1467A-051<br>CIN03108 |
| 003098P001-1467A-051<br>CIN03110 | 003099P001-1467A-051<br>CIN03111 | 003103P001-1467A-051<br>CIN03115 | 003104P001-1467A-051<br>CIN03116 |
| 003105P001-1467A-051<br>CIN03117 | 003106P001-1467A-051<br>CIN03118 | 003107P001-1467A-051<br>CIN03119 | 003111P001-1467A-051<br>CIN03123 |
| 003112P001-1467A-051<br>CIN03124 | 003113P001-1467A-051<br>CIN03125 | 003115P001-1467A-051<br>CIN03127 | 003116P001-1467A-051<br>CIN03128 |
| 003117P001-1467A-051<br>CIN03129 | 003118P001-1467A-051<br>CIN03130 | 003119P001-1467A-051<br>CIN03131 | 003122P001-1467A-051<br>CIN03134 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 306 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 93 of 184

02/02/2021 04:08:24 PM

006792P002-1467A-051
CIN03136

003125P001-1467A-051
CIN03137

003126P001-1467A-051
CIN03138

003127P002-1467A-051
CIN03139

003128P001-1467A-051
CIN03140

003129P001-1467A-051
CIN03141

003130P001-1467A-051
CIN03142

003131P001-1467A-051
CIN03143

003132P001-1467A-051
CIN03144

003133P001-1467A-051
CIN03145

003134P001-1467A-051
CIN03146

003135P001-1467A-051
CIN03147

003137P001-1467A-051
CIN03149

003138P001-1467A-051
CIN03150

003139P001-1467A-051
CIN03151

003140P001-1467A-051
CIN03152

003141P001-1467A-051
CIN03153

003143P001-1467A-051
CIN03155

003144P001-1467A-051
CIN03156

003145P001-1467A-051
CIN03157

003147P001-1467A-051
CIN03159

003149P001-1467A-051
CIN03161

003150P002-1467A-051
CIN03163

003150P002-1467A-051
CIN03163

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003151P001-1467A-051<br>CIN03164 | 003152P001-1467A-051<br>CIN03165 | 003153P001-1467A-051<br>CIN03166 | 003155P001-1467A-051<br>CIN03168 |
| 003157P001-1467A-051<br>CIN03170 | 003158P001-1467A-051<br>CIN03171 | 003159P001-1467A-051<br>CIN03172 | 003161P001-1467A-051<br>CIN03174 |
| 003166P001-1467A-051<br>CIN03179 | 003167P001-1467A-051<br>CIN03180 | 003168P001-1467A-051<br>CIN03181 | 003169P001-1467A-051<br>CIN03182 |
| 003170P001-1467A-051<br>CIN03183 | 003171P001-1467A-051<br>CIN03184 | 003172P001-1467A-051<br>CIN03185 | 003174P001-1467A-051<br>CIN03187 |
| 003177P001-1467A-051<br>CIN03190 | 003178P001-1467A-051<br>CIN03191 | 003179P001-1467A-051<br>CIN03192 | 003180P001-1467A-051<br>CIN03194 |
| 003182P001-1467A-051<br>CIN03196 | 003183P001-1467A-051<br>CIN03197 | 003186P001-1467A-051<br>CIN03200 | 003187P001-1467A-051<br>CIN03201 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 308 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 95 of 184                                                                02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003188P001-1467A-051<br>CIN03202 | 003190P001-1467A-051<br>CIN03204 | 003192P001-1467A-051<br>CIN03206 | 003193P001-1467A-051<br>CIN03207 |
| 003194P001-1467A-051<br>CIN03208 | 003195P001-1467A-051<br>CIN03209 | 003196P001-1467A-051<br>CIN03210 | 003197P001-1467A-051<br>CIN03211 |
| 003198P001-1467A-051<br>CIN03212 | 003199P001-1467A-051<br>CIN03213 | 003200P001-1467A-051<br>CIN03214 | 003203P001-1467A-051<br>CIN03217 |
| 003205P001-1467A-051<br>CIN03219 | 003206P001-1467A-051<br>CIN03220 | 003207P001-1467A-051<br>CIN03221 | 003209P001-1467A-051<br>CIN03223 |
| 003210P001-1467A-051<br>CIN03224 | 003211P001-1467A-051<br>CIN03225 | 003212P001-1467A-051<br>CIN03226 | 003213P001-1467A-051<br>CIN03227 |
| 003215P001-1467A-051<br>CIN03229 | 003216P001-1467A-051<br>CIN03230 | 006823P001-1467A-051<br>CIN03231 | 006823P001-1467A-051<br>CIN03231 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003218P001-1467A-051<br>CIN03232 | 003219P001-1467A-051<br>CIN03233 | 003220P001-1467A-051<br>CIN03234 | 006254P002-1467A-051<br>CIN03236 |
| 003222P001-1467A-051<br>CIN03237 | 003224P001-1467A-051<br>CIN03239 | 003225P001-1467A-051<br>CIN03240 | 003226P001-1467A-051<br>CIN03241 |
| 003227P001-1467A-051<br>CIN03242 | 003229P001-1467A-051<br>CIN03244 | 003230P001-1467A-051<br>CIN03245 | 003231P001-1467A-051<br>CIN03246 |
| 003233P001-1467A-051<br>CIN03248 | 003234P002-1467A-051<br>CIN03249 | 003235P001-1467A-051<br>CIN03250 | 003236P001-1467A-051<br>CIN03251 |
| 003237P001-1467A-051<br>CIN03252 | 003239P001-1467A-051<br>CIN03254 | 003240P001-1467A-051<br>CIN03255 | 003242P001-1467A-051<br>CIN03257 |
| 003243P001-1467A-051<br>CIN03258 | 003244P001-1467A-051<br>CIN03259 | 003245P001-1467A-051<br>CIN03260 | 003246P001-1467A-051<br>CIN03261 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003248P001-1467A-051 CIN03263 | 003249P001-1467A-051 CIN03264 | 003250P001-1467A-051 CIN03265 | 003251P001-1467A-051 CIN03266 |
| 003252P001-1467A-051 CIN03267 | 003253P002-1467A-051 CIN03268 | 003254P001-1467A-051 CIN03269 | 003256P001-1467A-051 CIN03271 |
| 003259P001-1467A-051 CIN03274 | 003263P001-1467A-051 CIN03278 | 003264P001-1467A-051 CIN03279 | 003265P001-1467A-051 CIN03280 |
| 003266P001-1467A-051 CIN03281 | 003267P001-1467A-051 CIN03282 | 003268P001-1467A-051 CIN03283 | 003271P001-1467A-051 CIN03286 |
| 003273P001-1467A-051 CIN03288 | 003274P002-1467A-051 CIN03289 | 003276P001-1467A-051 CIN03291 | 003277P001-1467A-051 CIN03292 |
| 003279P001-1467A-051 CIN03294 | 003280P001-1467A-051 CIN03295 | 003282P001-1467A-051 CIN03297 | 003283P001-1467A-051 CIN03298 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003284P001-1467A-051<br>CIN03299 | 003285P001-1467A-051<br>CIN03300 | 003287P002-1467A-051<br>CIN03302 | 003288P001-1467A-051<br>CIN03303 |
| 003289P001-1467A-051<br>CIN03304 | 003290P001-1467A-051<br>CIN03305 | 003291P001-1467A-051<br>CIN03306 | 003292P001-1467A-051<br>CIN03307 |
| 003295P001-1467A-051<br>CIN03310 | 003297P001-1467A-051<br>CIN03312 | 003299P001-1467A-051<br>CIN03314 | 003300P001-1467A-051<br>CIN03315 |
| 003301P001-1467A-051<br>CIN03316 | 003302P001-1467A-051<br>CIN03317 | 003305P001-1467A-051<br>CIN03320 | 003306P002-1467A-051<br>CIN03321 |
| 003307P001-1467A-051<br>CIN03322 | 003309P001-1467A-051<br>CIN03324 | 003310P001-1467A-051<br>CIN03325 | 003311P001-1467A-051<br>CIN03326 |
| 003312P001-1467A-051<br>CIN03327 | 003313P001-1467A-051<br>CIN03328 | 003315P001-1467A-051<br>CIN03330 | 003316P001-1467A-051<br>CIN03331 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003318P001-1467A-051<br>CIN03333 | 003321P001-1467A-051<br>CIN03336 | 003323P001-1467A-051<br>CIN03339 | 003324P001-1467A-051<br>CIN03340 |
| 003325P001-1467A-051<br>CIN03341 | 003326P001-1467A-051<br>CIN03342 | 003328P001-1467A-051<br>CIN03344 | 003329P001-1467A-051<br>CIN03345 |
| 003331P001-1467A-051<br>CIN03347 | 003332P001-1467A-051<br>CIN03348 | 003333P001-1467A-051<br>CIN03349 | 003334P001-1467A-051<br>CIN03350 |
| 003336P001-1467A-051<br>CIN03352 | 003338P002-1467A-051<br>CIN03354 | 003343P001-1467A-051<br>CIN03359 | 003345P001-1467A-051<br>CIN03361 |
| 003346P001-1467A-051<br>CIN03362 | 003347P001-1467A-051<br>CIN03363 | 003351P001-1467A-051<br>CIN03367 | 003352P001-1467A-051<br>CIN03368 |
| 003353P002-1467A-051<br>CIN03369 | 003355P001-1467A-051<br>CIN03371 | 003356P001-1467A-051<br>CIN03372 | 003357P001-1467A-051<br>CIN03373 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003358P001-1467A-051<br>CIN03374 | 003360P001-1467A-051<br>CIN03376 | 003361P001-1467A-051<br>CIN03377 | 003364P001-1467A-051<br>CIN03380 |
| 003365P001-1467A-051<br>CIN03381 | 003366P001-1467A-051<br>CIN03382 | 003367P001-1467A-051<br>CIN03383 | 003368P001-1467A-051<br>CIN03384 |
| 003369P001-1467A-051<br>CIN03385 | 003370P001-1467A-051<br>CIN03386 | 003372P001-1467A-051<br>CIN03388 | 003373P001-1467A-051<br>CIN03389 |
| 003375P001-1467A-051<br>CIN03391 | 003377P001-1467A-051<br>CIN03393 | 003378P001-1467A-051<br>CIN03394 | 003379P001-1467A-051<br>CIN03395 |
| 003383P001-1467A-051<br>CIN03399 | 003384P001-1467A-051<br>CIN03400 | 003385P001-1467A-051<br>CIN03401 | 003386P001-1467A-051<br>CIN03402 |
| 003387P001-1467A-051<br>CIN03403 | 003389P001-1467A-051<br>CIN03405 | 003390P001-1467A-051<br>CIN03406 | 003391P002-1467A-051<br>CIN03407 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003392P001-1467A-051<br>CIN03408 | 003396P001-1467A-051<br>CIN03412 | 003397P001-1467A-051<br>CIN03413 | 003398P001-1467A-051<br>CIN03414 |
| 003401P001-1467A-051<br>CIN03417 | 003402P001-1467A-051<br>CIN03418 | 003406P001-1467A-051<br>CIN03422 | 003407P001-1467A-051<br>CIN03423 |
| 003409P001-1467A-051<br>CIN03425 | 003411P001-1467A-051<br>CIN03427 | 003412P001-1467A-051<br>CIN03428 | 003414P001-1467A-051<br>CIN03430 |
| 003416P002-1467A-051<br>CIN03432 | 003417P001-1467A-051<br>CIN03433 | 003418P001-1467A-051<br>CIN03434 | 003419P001-1467A-051<br>CIN03435 |
| 003420P002-1467A-051<br>CIN03436 | 003421P001-1467A-051<br>CIN03437 | 003423P001-1467A-051<br>CIN03439 | 003424P001-1467A-051<br>CIN03440 |
| 003425P001-1467A-051<br>CIN03441 | 003426P001-1467A-051<br>CIN03442 | 003427P001-1467A-051<br>CIN03443 | 003428P001-1467A-051<br>CIN03444 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003429P001-1467A-051<br>CIN03445 | 003430P001-1467A-051<br>CIN03446 | 003431P001-1467A-051<br>CIN03447 | 003432P002-1467A-051<br>CIN03448 |
| 003433P001-1467A-051<br>CIN03449 | 003434P001-1467A-051<br>CIN03450 | 003435P002-1467A-051<br>CIN03451 | 003436P001-1467A-051<br>CIN03452 |
| 003437P001-1467A-051<br>CIN03453 | 003438P001-1467A-051<br>CIN03454 | 003439P001-1467A-051<br>CIN03455 | 003440P001-1467A-051<br>CIN03456 |
| 003442P002-1467A-051<br>CIN03458 | 003443P001-1467A-051<br>CIN03459 | 003444P002-1467A-051<br>CIN03460 | 003447P001-1467A-051<br>CIN03463 |
| 003448P001-1467A-051<br>CIN03464 | 003449P001-1467A-051<br>CIN03465 | 003450P001-1467A-051<br>CIN03466 | 003451P002-1467A-051<br>CIN03467 |
| 003452P001-1467A-051<br>CIN03468 | 003454P001-1467A-051<br>CIN03470 | 003456P001-1467A-051<br>CIN03472 | 003457P001-1467A-051<br>CIN03473 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003458P001-1467A-051<br>CIN03474 | 003460P001-1467A-051<br>CIN03476 | 003461P001-1467A-051<br>CIN03477 | 003462P001-1467A-051<br>CIN03478 |
| 003463P001-1467A-051<br>CIN03479 | 003464P001-1467A-051<br>CIN03480 | 003465P001-1467A-051<br>CIN03481 | 003466P001-1467A-051<br>CIN03482 |
| 003467P001-1467A-051<br>CIN03483 | 003468P001-1467A-051<br>CIN03484 | 003471P001-1467A-051<br>CIN03487 | 003473P001-1467A-051<br>CIN03489 |
| 003474P001-1467A-051<br>CIN03490 | 003475P002-1467A-051<br>CIN03491 | 003476P001-1467A-051<br>CIN03492 | 003477P001-1467A-051<br>CIN03493 |
| 003478P001-1467A-051<br>CIN03494 | 003480P001-1467A-051<br>CIN03496 | 003481P001-1467A-051<br>CIN03497 | 003482P001-1467A-051<br>CIN03498 |
| 003483P001-1467A-051<br>CIN03499 | 003484P001-1467A-051<br>CIN03500 | 003485P001-1467A-051<br>CIN03501 | 003486P001-1467A-051<br>CIN03502 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003487P001-1467A-051<br>CIN03503 | 003488P001-1467A-051<br>CIN03504 | 003492P001-1467A-051<br>CIN03508 | 003493P001-1467A-051<br>CIN03509 |
| 003494P001-1467A-051<br>CIN03510 | 003495P001-1467A-051<br>CIN03511 | 003496P001-1467A-051<br>CIN03512 | 003497P001-1467A-051<br>CIN03513 |
| 003499P001-1467A-051<br>CIN03515 | 003500P001-1467A-051<br>CIN03516 | 003502P001-1467A-051<br>CIN03518 | 003503P001-1467A-051<br>CIN03519 |
| 003505P001-1467A-051<br>CIN03521 | 003506P001-1467A-051<br>CIN03522 | 003510P001-1467A-051<br>CIN03526 | 003511P001-1467A-051<br>CIN03527 |
| 003512P001-1467A-051<br>CIN03528 | 003513P002-1467A-051<br>CIN03529 | 003514P002-1467A-051<br>CIN03530 | 003516P001-1467A-051<br>CIN03532 |
| 003517P001-1467A-051<br>CIN03533 | 003518P001-1467A-051<br>CIN03534 | 003519P002-1467A-051<br>CIN03535 | 003522P001-1467A-051<br>CIN03538 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003523P001-1467A-051<br>CIN03539 | 003524P001-1467A-051<br>CIN03540 | 003525P001-1467A-051<br>CIN03541 | 003526P001-1467A-051<br>CIN03542 |
| 003527P001-1467A-051<br>CIN03543 | 003528P001-1467A-051<br>CIN03544 | 003529P001-1467A-051<br>CIN03545 | 003532P001-1467A-051<br>CIN03548 |
| 003533P001-1467A-051<br>CIN03549 | 003535P001-1467A-051<br>CIN03551 | 003536P001-1467A-051<br>CIN03552 | 003537P001-1467A-051<br>CIN03553 |
| 003538P001-1467A-051<br>CIN03554 | 003540P001-1467A-051<br>CIN03556 | 003547P001-1467A-051<br>CIN03563 | 003548P001-1467A-051<br>CIN03564 |
| 003550P001-1467A-051<br>CIN03566 | 003551P001-1467A-051<br>CIN03567 | 003552P001-1467A-051<br>CIN03568 | 003553P001-1467A-051<br>CIN03569 |
| 003554P001-1467A-051<br>CIN03570 | 003555P002-1467A-051<br>CIN03571 | 003556P001-1467A-051<br>CIN03572 | 003558P001-1467A-051<br>CIN03574 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

003560P001-1467A-051
CIN03576

003561P001-1467A-051
CIN03577

003562P001-1467A-051
CIN03578

003563P001-1467A-051
CIN03579

003564P001-1467A-051
CIN03580

003565P001-1467A-051
CIN03581

003566P001-1467A-051
CIN03582

003569P001-1467A-051
CIN03585

003572P001-1467A-051
CIN03588

003573P001-1467A-051
CIN03589

003574P001-1467A-051
CIN03590

003575P001-1467A-051
CIN03591

003576P001-1467A-051
CIN03592

003577P001-1467A-051
CIN03593

003578P001-1467A-051
CIN03594

003581P001-1467A-051
CIN03597

003584P001-1467A-051
CIN03600

003586P001-1467A-051
CIN03602

003587P001-1467A-051
CIN03603

003588P003-1467A-051
CIN03604

003589P001-1467A-051
CIN03605

003590P001-1467A-051
CIN03606

003592P001-1467A-051
CIN03608

003594P001-1467A-051
CIN03610

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

003595P001-1467A-051
CIN03611

003596P001-1467A-051
CIN03612

003597P001-1467A-051
CIN03613

003598P001-1467A-051
CIN03614

003599P001-1467A-051
CIN03615

003600P001-1467A-051
CIN03616

003601P001-1467A-051
CIN03617

003602P001-1467A-051
CIN03618

003604P001-1467A-051
CIN03620

003605P001-1467A-051
CIN03621

003609P001-1467A-051
CIN03625

003610P001-1467A-051
CIN03626

003613P001-1467A-051
CIN03629

003614P001-1467A-051
CIN03630

003616P001-1467A-051
CIN03632

003619P001-1467A-051
CIN03635

003621P001-1467A-051
CIN03637

003622P001-1467A-051
CIN03638

003623P001-1467A-051
CIN03639

003628P001-1467A-051
CIN03644

003630P001-1467A-051
CIN03646

003632P001-1467A-051
CIN03648

003635P001-1467A-051
CIN03651

003636P001-1467A-051
CIN03652

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 321 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 108 of 184                                                    02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 003637P001-1467A-051<br>CIN03653 | 003638P001-1467A-051<br>CIN03654 | 003640P001-1467A-051<br>CIN03656 | 003641P001-1467A-051<br>CIN03657 |
| 003642P001-1467A-051<br>CIN03658 | 003643P001-1467A-051<br>CIN03659 | 003646P001-1467A-051<br>CIN03662 | 003649P001-1467A-051<br>CIN03665 |
| 003650P001-1467A-051<br>CIN03666 | 003651P001-1467A-051<br>CIN03667 | 003653P002-1467A-051<br>CIN03669 | 003654P001-1467A-051<br>CIN03670 |
| 003655P001-1467A-051<br>CIN03671 | 003656P001-1467A-051<br>CIN03672 | 003657P001-1467A-051<br>CIN03673 | 003658P001-1467A-051<br>CIN03674 |
| 003660P001-1467A-051<br>CIN03676 | 003661P001-1467A-051<br>CIN03677 | 003663P001-1467A-051<br>CIN03679 | 003664P002-1467A-051<br>CIN03680 |
| 003666P001-1467A-051<br>CIN03682 | 003667P001-1467A-051<br>CIN03683 | 003668P001-1467A-051<br>CIN03684 | 003669P001-1467A-051<br>CIN03685 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003671P001-1467A-051<br>CIN03687 | 003672P001-1467A-051<br>CIN03688 | 003673P001-1467A-051<br>CIN03689 | 003674P001-1467A-051<br>CIN03690 |
| 003675P001-1467A-051<br>CIN03691 | 003676P001-1467A-051<br>CIN03692 | 003677P001-1467A-051<br>CIN03693 | 003679P001-1467A-051<br>CIN03695 |
| 003680P001-1467A-051<br>CIN03696 | 003681P001-1467A-051<br>CIN03697 | 003684P001-1467A-051<br>CIN03700 | 003685P001-1467A-051<br>CIN03701 |
| 003686P001-1467A-051<br>CIN03702 | 003687P001-1467A-051<br>CIN03703 | 003688P001-1467A-051<br>CIN03704 | 003689P001-1467A-051<br>CIN03705 |
| 003690P001-1467A-051<br>CIN03706 | 003691P001-1467A-051<br>CIN03707 | 003692P001-1467A-051<br>CIN03708 | 003693P001-1467A-051<br>CIN03709 |
| 003694P001-1467A-051<br>CIN03710 | 003695P001-1467A-051<br>CIN03711, CIN06469 | 003696P001-1467A-051<br>CIN03712 | 003697P001-1467A-051<br>CIN03713 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 323 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 110 of 184

02/02/2021 04:08:24 PM

003698P001-1467A-051
CIN03714

003701P001-1467A-051
CIN03717

003702P001-1467A-051
CIN03718

003704P001-1467A-051
CIN03720

003705P001-1467A-051
CIN03722

003706P002-1467A-051
CIN03723

003707P001-1467A-051
CIN03724

003708P001-1467A-051
CIN03725

003709P001-1467A-051
CIN03726

003710P001-1467A-051
CIN03727

003711P001-1467A-051
CIN03728

003713P001-1467A-051
CIN03730

003714P001-1467A-051
CIN03731

003715P001-1467A-051
CIN03732

003717P001-1467A-051
CIN03734

003718P001-1467A-051
CIN03735

003719P001-1467A-051
CIN03736

003720P001-1467A-051
CIN03737

003721P001-1467A-051
CIN03738

003724P001-1467A-051
CIN03741

003725P001-1467A-051
CIN03742

003727P001-1467A-051
CIN03744

003728P001-1467A-051
CIN03745

003730P001-1467A-051
CIN03747

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003731P001-1467A-051<br>CIN03748 | 003733P001-1467A-051<br>CIN03750 | 003734P001-1467A-051<br>CIN03751 | 003736P001-1467A-051<br>CIN03753 |
| 003737P001-1467A-051<br>CIN03754 | 003740P001-1467A-051<br>CIN03757 | 003742P001-1467A-051<br>CIN03759 | 003743P001-1467A-051<br>CIN03760 |
| 003744P001-1467A-051<br>CIN03761 | 003745P001-1467A-051<br>CIN03762 | 003746P001-1467A-051<br>CIN03763 | 003748P002-1467A-051<br>CIN03765 |
| 003749P002-1467A-051<br>CIN03766 | 003750P001-1467A-051<br>CIN03767 | 003751P001-1467A-051<br>CIN03768 | 003752P001-1467A-051<br>CIN03769 |
| 003753P001-1467A-051<br>CIN03770 | 003754P001-1467A-051<br>CIN03771 | 003755P001-1467A-051<br>CIN03772 | 003756P001-1467A-051<br>CIN03773 |
| 003757P001-1467A-051<br>CIN03774 | 003758P001-1467A-051<br>CIN03775 | 003759P001-1467A-051<br>CIN03776 | 003762P001-1467A-051<br>CIN03779 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003766P001-1467A-051
CIN03783

003767P001-1467A-051
CIN03784

003768P001-1467A-051
CIN03785

003770P001-1467A-051
CIN03787

003773P001-1467A-051
CIN03790

003774P001-1467A-051
CIN03791

003775P001-1467A-051
CIN03792

003776P002-1467A-051
CIN03793

003777P001-1467A-051
CIN03794

003779P001-1467A-051
CIN03796

003780P001-1467A-051
CIN03797

003781P001-1467A-051
CIN03798

003782P001-1467A-051
CIN03799

003783P001-1467A-051
CIN03800

003785P002-1467A-051
CIN03802

003786P001-1467A-051
CIN03803

003787P001-1467A-051
CIN03804

003788P001-1467A-051
CIN03805

003789P001-1467A-051
CIN03806

003790P001-1467A-051
CIN03807

003791P001-1467A-051
CIN03808

003792P001-1467A-051
CIN03809

003793P001-1467A-051
CIN03810

003794P001-1467A-051
CIN03811

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003795P001-1467A-051<br>CIN03812 | 000007P001-1467A-051<br>CIN03813 | 003796P001-1467A-051<br>CIN03814 | 003797P001-1467A-051<br>CIN03815 |
| 003798P001-1467A-051<br>CIN03816 | 003801P001-1467A-051<br>CIN03819 | 003802P001-1467A-051<br>CIN03820 | 003803P001-1467A-051<br>CIN03821 |
| 003804P001-1467A-051<br>CIN03822 | 003805P001-1467A-051<br>CIN03823 | 003806P001-1467A-051<br>CIN03824 | 003807P001-1467A-051<br>CIN03825 |
| 003808P001-1467A-051<br>CIN03826 | 003811P001-1467A-051<br>CIN03829 | 003812P001-1467A-051<br>CIN03830 | 003814P001-1467A-051<br>CIN03832 |
| 003815P001-1467A-051<br>CIN03833 | 003817P001-1467A-051<br>CIN03835 | 003818P001-1467A-051<br>CIN03836 | 003822P001-1467A-051<br>CIN03840 |
| 003824P001-1467A-051<br>CIN03842 | 003826P001-1467A-051<br>CIN03844 | 003827P001-1467A-051<br>CIN03845 | 003828P001-1467A-051<br>CIN03846 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003829P001-1467A-051<br>CIN03847 | 003830P001-1467A-051<br>CIN03848 | 003831P001-1467A-051<br>CIN03849 | 003834P001-1467A-051<br>CIN03852 |
| 003835P001-1467A-051<br>CIN03853 | 003836P001-1467A-051<br>CIN03854 | 003838P001-1467A-051<br>CIN03856 | 003840P001-1467A-051<br>CIN03858 |
| 003841P001-1467A-051<br>CIN03859 | 003842P001-1467A-051<br>CIN03860 | 003844P001-1467A-051<br>CIN03862 | 003845P001-1467A-051<br>CIN03863 |
| 003848P001-1467A-051<br>CIN03866 | 003853P001-1467A-051<br>CIN03872 | 003854P001-1467A-051<br>CIN03873 | 003855P001-1467A-051<br>CIN03874 |
| 003856P001-1467A-051<br>CIN03875 | 003858P001-1467A-051<br>CIN03877 | 003860P001-1467A-051<br>CIN03879 | 003864P001-1467A-051<br>CIN03883 |
| 003865P001-1467A-051<br>CIN03884 | 003866P001-1467A-051<br>CIN03885 | 003867P001-1467A-051<br>CIN03886 | 003868P001-1467A-051<br>CIN03887 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003873P001-1467A-051<br>CIN03892 | 003874P001-1467A-051<br>CIN03893 | 003875P001-1467A-051<br>CIN03894 | 003876P001-1467A-051<br>CIN03895 |
| 003878P001-1467A-051<br>CIN03897 | 003881P001-1467A-051<br>CIN03900 | 003882P001-1467A-051<br>CIN03901 | 003883P001-1467A-051<br>CIN03902 |
| 003885P001-1467A-051<br>CIN03904 | 003888P001-1467A-051<br>CIN03907 | 003890P003-1467A-051<br>CIN03911 | 003893P002-1467A-051<br>CIN03914 |
| 003895P001-1467A-051<br>CIN03916 | 003896P001-1467A-051<br>CIN03917 | 003898P002-1467A-051<br>CIN03919 | 003899P001-1467A-051<br>CIN03920 |
| 003900P001-1467A-051<br>CIN03921 | 003901P001-1467A-051<br>CIN03922 | 003902P001-1467A-051<br>CIN03923 | 003903P001-1467A-051<br>CIN03924 |
| 003904P001-1467A-051<br>CIN03925 | 003905P001-1467A-051<br>CIN03926 | 003907P001-1467A-051<br>CIN03928 | 003909P001-1467A-051<br>CIN03930 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003910P001-1467A-051<br>CIN03931 | 003911P001-1467A-051<br>CIN03932 | 003913P001-1467A-051<br>CIN03934 | 003914P001-1467A-051<br>CIN03935 |
| 003917P001-1467A-051<br>CIN03938 | 003919P001-1467A-051<br>CIN03940 | 003920P001-1467A-051<br>CIN03941 | 003922P001-1467A-051<br>CIN03943 |
| 003926P001-1467A-051<br>CIN03947 | 003928P001-1467A-051<br>CIN03949 | 003929P001-1467A-051<br>CIN03950 | 003930P001-1467A-051<br>CIN03951 |
| 003931P001-1467A-051<br>CIN03952 | 003932P001-1467A-051<br>CIN03953 | 003934P001-1467A-051<br>CIN03955 | 003935P001-1467A-051<br>CIN03956 |
| 003939P001-1467A-051<br>CIN03960 | 003941P001-1467A-051<br>CIN03962 | 003943P001-1467A-051<br>CIN03964 | 003944P001-1467A-051<br>CIN03965 |
| 003945P001-1467A-051<br>CIN03966 | 003947P001-1467A-051<br>CIN03968 | 003948P001-1467A-051<br>CIN03969 | 003949P001-1467A-051<br>CIN03970 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003950P001-1467A-051<br>CIN03971 | 003952P001-1467A-051<br>CIN03973 | 003953P001-1467A-051<br>CIN03974 | 003954P001-1467A-051<br>CIN03975 |
| 003955P001-1467A-051<br>CIN03976 | 003956P001-1467A-051<br>CIN03977 | 003960P001-1467A-051<br>CIN03981 | 003962P001-1467A-051<br>CIN03983 |
| 003964P001-1467A-051<br>CIN03985 | 000008P001-1467A-051<br>CIN03986 | 003966P001-1467A-051<br>CIN03988 | 003968P002-1467A-051<br>CIN03990 |
| 003969P001-1467A-051<br>CIN03991 | 003970P001-1467A-051<br>CIN03992 | 003971P001-1467A-051<br>CIN03993 | 003972P001-1467A-051<br>CIN03995 |
| 003974P001-1467A-051<br>CIN03997 | 003975P001-1467A-051<br>CIN03998 | 003976P001-1467A-051<br>CIN03999 | 003977P001-1467A-051<br>CIN04000 |
| 003979P001-1467A-051<br>CIN04002 | 003980P001-1467A-051<br>CIN04003 | 003981P001-1467A-051<br>CIN04004 | 003983P001-1467A-051<br>CIN04006 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003984P002-1467A-051<br>CIN04007 | 003985P001-1467A-051<br>CIN04008 | 003986P001-1467A-051<br>CIN04009 | 003987P001-1467A-051<br>CIN04010 |
| 003989P001-1467A-051<br>CIN04012 | 003990P001-1467A-051<br>CIN04013 | 003992P001-1467A-051<br>CIN04015 | 003995P001-1467A-051<br>CIN04018 |
| 003996P001-1467A-051<br>CIN04019 | 003997P001-1467A-051<br>CIN04020 | 003999P001-1467A-051<br>CIN04022 | 004005P001-1467A-051<br>CIN04028 |
| 004006P001-1467A-051<br>CIN04029 | 004009P001-1467A-051<br>CIN04032 | 004010P001-1467A-051<br>CIN04033 | 004011P001-1467A-051<br>CIN04034 |
| 004012P001-1467A-051<br>CIN04035 | 004018P001-1467A-051<br>CIN04041 | 004019P001-1467A-051<br>CIN04042 | 004020P001-1467A-051<br>CIN04043 |
| 000006P001-1467A-051<br>CIN04044 | 004021P001-1467A-051<br>CIN04045 | 004022P001-1467A-051<br>CIN04046 | 004024P001-1467A-051<br>CIN04048 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004025P001-1467A-051<br>CIN04049 | 004026P001-1467A-051<br>CIN04050 | 004027P001-1467A-051<br>CIN04051 | 004029P001-1467A-051<br>CIN04053 |
| 004030P001-1467A-051<br>CIN04054 | 004032P001-1467A-051<br>CIN04056 | 004033P001-1467A-051<br>CIN04057 | 004035P001-1467A-051<br>CIN04059 |
| 004038P002-1467A-051<br>CIN04062 | 004039P001-1467A-051<br>CIN04063 | 004041P001-1467A-051<br>CIN04065, CIN06489 | 004043P002-1467A-051<br>CIN04067 |
| 004044P001-1467A-051<br>CIN04068 | 004046P001-1467A-051<br>CIN04070 | 004047P001-1467A-051<br>CIN04071 | 004048P001-1467A-051<br>CIN04072 |
| 004049P001-1467A-051<br>CIN04073 | 004051P001-1467A-051<br>CIN04075 | 004052P001-1467A-051<br>CIN04076 | 006258P002-1467A-051<br>CIN04077 |
| 004053P002-1467A-051<br>CIN04078 | 004055P001-1467A-051<br>CIN04080 | 004057P001-1467A-051<br>CIN04082 | 004058P001-1467A-051<br>CIN04083 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004059P001-1467A-051<br>CIN04084 | 004060P001-1467A-051<br>CIN04085 | 004061P001-1467A-051<br>CIN04086 | 004062P001-1467A-051<br>CIN04087 |
| 004063P001-1467A-051<br>CIN04088 | 004064P001-1467A-051<br>CIN04089 | 004065P001-1467A-051<br>CIN04090 | 004066P001-1467A-051<br>CIN04091 |
| 004067P001-1467A-051<br>CIN04092 | 004068P001-1467A-051<br>CIN04093 | 004069P001-1467A-051<br>CIN04094 | 004070P001-1467A-051<br>CIN04095 |
| 004071P001-1467A-051<br>CIN04096 | 004074P002-1467A-051<br>CIN04099 | 004076P001-1467A-051<br>CIN04101 | 004078P001-1467A-051<br>CIN04103 |
| 004079P002-1467A-051<br>CIN04104 | 004080P001-1467A-051<br>CIN04105 | 004081P001-1467A-051<br>CIN04106 | 004082P003-1467A-051<br>CIN04107 |
| 004083P001-1467A-051<br>CIN04108 | 004085P001-1467A-051<br>CIN04110 | 004086P001-1467A-051<br>CIN04111 | 004087P001-1467A-051<br>CIN04112 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004088P001-1467A-051<br>CIN04113 | 004090P001-1467A-051<br>CIN04115 | 004091P001-1467A-051<br>CIN04116 | 004092P001-1467A-051<br>CIN04117 |
| 004094P001-1467A-051<br>CIN04119 | 004095P001-1467A-051<br>CIN04120 | 004098P001-1467A-051<br>CIN04123 | 004099P001-1467A-051<br>CIN04124 |
| 004100P001-1467A-051<br>CIN04125 | 004101P001-1467A-051<br>CIN04126 | 004102P001-1467A-051<br>CIN04127 | 004103P001-1467A-051<br>CIN04128 |
| 004104P001-1467A-051<br>CIN04129 | 004105P001-1467A-051<br>CIN04130 | 004106P001-1467A-051<br>CIN04131 | 004107P001-1467A-051<br>CIN04132 |
| 004108P001-1467A-051<br>CIN04133 | 004109P001-1467A-051<br>CIN04134 | 004110P002-1467A-051<br>CIN04135 | 004111P001-1467A-051<br>CIN04136 |
| 004112P001-1467A-051<br>CIN04137 | 004113P001-1467A-051<br>CIN04138 | 004114P001-1467A-051<br>CIN04139 | 004115P001-1467A-051<br>CIN04140 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004116P001-1467A-051<br>CIN04141 | 004117P001-1467A-051<br>CIN04142 | 004118P001-1467A-051<br>CIN04143 | 004119P001-1467A-051<br>CIN04144 |
| 004122P001-1467A-051<br>CIN04147 | 004124P001-1467A-051<br>CIN04149 | 004125P001-1467A-051<br>CIN04150 | 004126P001-1467A-051<br>CIN04151 |
| 004130P001-1467A-051<br>CIN04155 | 004131P001-1467A-051<br>CIN04156 | 004135P001-1467A-051<br>CIN04160 | 004136P002-1467A-051<br>CIN04161 |
| 004138P001-1467A-051<br>CIN04163 | 004139P001-1467A-051<br>CIN04164 | 004140P001-1467A-051<br>CIN04165 | 004141P001-1467A-051<br>CIN04166 |
| 004142P001-1467A-051<br>CIN04167 | 004143P001-1467A-051<br>CIN04168 | 004144P001-1467A-051<br>CIN04169 | 004145P001-1467A-051<br>CIN04170 |
| 004146P001-1467A-051<br>CIN04171 | 004147P001-1467A-051<br>CIN04172 | 004148P001-1467A-051<br>CIN04173 | 004149P001-1467A-051<br>CIN04174 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004150P001-1467A-051<br>CIN04175 | 004151P001-1467A-051<br>CIN04176 | 004152P001-1467A-051<br>CIN04177 | 004153P001-1467A-051<br>CIN04178 |
| 004154P001-1467A-051<br>CIN04179 | 004156P001-1467A-051<br>CIN04181 | 004157P001-1467A-051<br>CIN04182 | 004158P001-1467A-051<br>CIN04183 |
| 004159P002-1467A-051<br>CIN04184 | 004160P001-1467A-051<br>CIN04185 | 004161P001-1467A-051<br>CIN04186 | 004162P001-1467A-051<br>CIN04187 |
| 004163P001-1467A-051<br>CIN04188 | 004164P001-1467A-051<br>CIN04189 | 004166P001-1467A-051<br>CIN04191 | 004168P001-1467A-051<br>CIN04193 |
| 004171P001-1467A-051<br>CIN04196 | 004172P001-1467A-051<br>CIN04197 | 004173P001-1467A-051<br>CIN04198 | 004174P001-1467A-051<br>CIN04199 |
| 004175P001-1467A-051<br>CIN04200 | 004177P001-1467A-051<br>CIN04202 | 004178P001-1467A-051<br>CIN04203 | 004179P001-1467A-051<br>CIN04204 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004180P001-1467A-051<br>CIN04205 | 004181P001-1467A-051<br>CIN04206 | 004183P001-1467A-051<br>CIN04208 | 004185P001-1467A-051<br>CIN04210 |
| 004187P001-1467A-051<br>CIN04212 | 004188P001-1467A-051<br>CIN04213 | 004190P001-1467A-051<br>CIN04215 | 004193P001-1467A-051<br>CIN04218 |
| 004194P001-1467A-051<br>CIN04219 | 004195P001-1467A-051<br>CIN04220 | 004196P002-1467A-051<br>CIN04221 | 004198P001-1467A-051<br>CIN04223 |
| 004199P001-1467A-051<br>CIN04224 | 004200P001-1467A-051<br>CIN04225 | 004204P001-1467A-051<br>CIN04229 | 004205P001-1467A-051<br>CIN04230 |
| 004207P001-1467A-051<br>CIN04232 | 004208P001-1467A-051<br>CIN04233 | 004209P001-1467A-051<br>CIN04234 | 004210P001-1467A-051<br>CIN04235 |
| 004211P002-1467A-051<br>CIN04236 | 004212P001-1467A-051<br>CIN04237 | 004213P001-1467A-051<br>CIN04238 | 004215P001-1467A-051<br>CIN04240 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004217P001-1467A-051<br>CIN04242 | 004222P001-1467A-051<br>CIN04247 | 004223P001-1467A-051<br>CIN04248 | 004224P001-1467A-051<br>CIN04249 |
| 004225P001-1467A-051<br>CIN04250 | 004227P001-1467A-051<br>CIN04252 | 004228P001-1467A-051<br>CIN04253 | 004232P002-1467A-051<br>CIN04257 |
| 004233P001-1467A-051<br>CIN04258 | 004234P001-1467A-051<br>CIN04259 | 004236P002-1467A-051<br>CIN04261 | 004237P001-1467A-051<br>CIN04262 |
| 004238P001-1467A-051<br>CIN04263 | 004239P001-1467A-051<br>CIN04264 | 004240P001-1467A-051<br>CIN04265 | 004241P001-1467A-051<br>CIN04266 |
| 004242P001-1467A-051<br>CIN04267 | 004244P001-1467A-051<br>CIN04269 | 004246P002-1467A-051<br>CIN04271 | 004246P002-1467A-051<br>CIN04271 |
| 004247P001-1467A-051<br>CIN04272 | 004248P001-1467A-051<br>CIN04273 | 004251P001-1467A-051<br>CIN04276 | 004252P001-1467A-051<br>CIN04277 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004253P001-1467A-051<br>CIN04278 | 004254P001-1467A-051<br>CIN04279 | 004255P001-1467A-051<br>CIN04280 | 004256P002-1467A-051<br>CIN04281 |
| 004257P001-1467A-051<br>CIN04282 | 004258P001-1467A-051<br>CIN04283 | 004259P001-1467A-051<br>CIN04284 | 004260P001-1467A-051<br>CIN04285 |
| 004261P001-1467A-051<br>CIN04286 | 004262P001-1467A-051<br>CIN04287 | 004263P001-1467A-051<br>CIN04288 | 004265P001-1467A-051<br>CIN04290 |
| 004266P002-1467A-051<br>CIN04291 | 004267P001-1467A-051<br>CIN04292 | 004268P001-1467A-051<br>CIN04293 | 004270P001-1467A-051<br>CIN04295 |
| 004271P001-1467A-051<br>CIN04296 | 004273P001-1467A-051<br>CIN04298 | 004274P001-1467A-051<br>CIN04299 | 004275P001-1467A-051<br>CIN04300 |
| 004276P001-1467A-051<br>CIN04301 | 004278P001-1467A-051<br>CIN04303 | 004279P001-1467A-051<br>CIN04304 | 004280P001-1467A-051<br>CIN04305 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004281P001-1467A-051<br>CIN04306 | 004283P001-1467A-051<br>CIN04308 | 004284P001-1467A-051<br>CIN04309 | 004285P001-1467A-051<br>CIN04310 |
| 004287P002-1467A-051<br>CIN04312 | 004288P001-1467A-051<br>CIN04313 | 004290P001-1467A-051<br>CIN04315 | 004291P001-1467A-051<br>CIN04316 |
| 004292P001-1467A-051<br>CIN04317 | 004293P001-1467A-051<br>CIN04318 | 006252P002-1467A-051<br>CIN04319, CIN06502 | 004294P001-1467A-051<br>CIN04320 |
| 004296P001-1467A-051<br>CIN04322 | 004297P001-1467A-051<br>CIN04323 | 004298P001-1467A-051<br>CIN04324 | 004299P001-1467A-051<br>CIN04325 |
| 004300P001-1467A-051<br>CIN04326 | 004301P002-1467A-051<br>CIN04327 | 004302P001-1467A-051<br>CIN04328 | 004303P001-1467A-051<br>CIN04329 |
| 004305P001-1467A-051<br>CIN04331 | 004306P001-1467A-051<br>CIN04332 | 004311P001-1467A-051<br>CIN04337 | 004312P001-1467A-051<br>CIN04338 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004313P001-1467A-051<br>CIN04339 | 004314P001-1467A-051<br>CIN04340 | 004315P001-1467A-051<br>CIN04341 | 004316P002-1467A-051<br>CIN04342 |
| 004316P002-1467A-051<br>CIN04342 | 004317P001-1467A-051<br>CIN04343 | 004318P001-1467A-051<br>CIN04344 | 004320P001-1467A-051<br>CIN04346 |
| 004321P001-1467A-051<br>CIN04347 | 004322P001-1467A-051<br>CIN04348 | 004323P001-1467A-051<br>CIN04349 | 004325P001-1467A-051<br>CIN04351 |
| 004327P001-1467A-051<br>CIN04353 | 004328P001-1467A-051<br>CIN04354 | 004329P001-1467A-051<br>CIN04355 | 004331P001-1467A-051<br>CIN04357 |
| 004332P001-1467A-051<br>CIN04358 | 004333P001-1467A-051<br>CIN04359 | 004334P001-1467A-051<br>CIN04360 | 004335P001-1467A-051<br>CIN04361 |
| 004338P001-1467A-051<br>CIN04364 | 004340P001-1467A-051<br>CIN04366 | 004342P001-1467A-051<br>CIN04368 | 004345P001-1467A-051<br>CIN04371 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

004347P001-1467A-051
CIN04373

004348P002-1467A-051
CIN04374

004351P001-1467A-051
CIN04377

004352P001-1467A-051
CIN04378

004355P001-1467A-051
CIN04381

004357P001-1467A-051
CIN04383

004358P001-1467A-051
CIN04384

004359P001-1467A-051
CIN04385

004360P001-1467A-051
CIN04386

004361P001-1467A-051
CIN04387

004362P001-1467A-051
CIN04388

004363P001-1467A-051
CIN04389

004364P001-1467A-051
CIN04390

004365P001-1467A-051
CIN04391

004366P001-1467A-051
CIN04392

004368P001-1467A-051
CIN04394

004370P001-1467A-051
CIN04396

004371P001-1467A-051
CIN04397

004372P001-1467A-051
CIN04398

004373P001-1467A-051
CIN04399

004374P001-1467A-051
CIN04400

004375P001-1467A-051
CIN04401

004376P001-1467A-051
CIN04402

004377P001-1467A-051
CIN04403

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004378P001-1467A-051<br>CIN04404 | 004379P001-1467A-051<br>CIN04405 | 004381P001-1467A-051<br>CIN04407 | 004382P002-1467A-051<br>CIN04408 |
| 004383P001-1467A-051<br>CIN04409 | 004384P001-1467A-051<br>CIN04410 | 004385P001-1467A-051<br>CIN04411 | 004386P001-1467A-051<br>CIN04412 |
| 004387P001-1467A-051<br>CIN04413 | 004388P001-1467A-051<br>CIN04414 | 004389P001-1467A-051<br>CIN04415 | 004390P001-1467A-051<br>CIN04416 |
| 004391P001-1467A-051<br>CIN04417 | 004392P001-1467A-051<br>CIN04418 | 004393P001-1467A-051<br>CIN04419 | 004394P001-1467A-051<br>CIN04420 |
| 004397P001-1467A-051<br>CIN04423 | 004398P001-1467A-051<br>CIN04424 | 004399P001-1467A-051<br>CIN04425 | 004404P001-1467A-051<br>CIN04430 |
| 004405P001-1467A-051<br>CIN04431 | 004406P001-1467A-051<br>CIN04432 | 004407P001-1467A-051<br>CIN04433 | 004408P001-1467A-051<br>CIN04434 |

| | | | |
|---|---|---|---|
| 004409P001-1467A-051<br>CIN04435 | 004410P001-1467A-051<br>CIN04436 | 004411P002-1467A-051<br>CIN04437 | 004412P001-1467A-051<br>CIN04438 |
| 004413P001-1467A-051<br>CIN04439 | 004414P001-1467A-051<br>CIN04440 | 004415P001-1467A-051<br>CIN04441 | 004416P001-1467A-051<br>CIN04442 |
| 004417P001-1467A-051<br>CIN04443 | 004418P001-1467A-051<br>CIN04444 | 004419P001-1467A-051<br>CIN04445 | 004420P001-1467A-051<br>CIN04446 |
| 004421P001-1467A-051<br>CIN04447 | 004422P001-1467A-051<br>CIN04448 | 004425P001-1467A-051<br>CIN04451 | 004426P001-1467A-051<br>CIN04452 |
| 004427P001-1467A-051<br>CIN04453 | 004428P001-1467A-051<br>CIN04454 | 004429P001-1467A-051<br>CIN04455 | 004430P001-1467A-051<br>CIN04456 |
| 004431P001-1467A-051<br>CIN04457 | 004432P001-1467A-051<br>CIN04458 | 004433P001-1467A-051<br>CIN04459 | 004434P001-1467A-051<br>CIN04460 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 345 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 132 of 184                                                02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004435P001-1467A-051<br>CIN04461 | 004436P002-1467A-051<br>CIN04462 | 004437P001-1467A-051<br>CIN04463 | 004438P001-1467A-051<br>CIN04464 |
| 004439P001-1467A-051<br>CIN04465 | 004441P001-1467A-051<br>CIN04467 | 004442P001-1467A-051<br>CIN04468 | 004443P001-1467A-051<br>CIN04469 |
| 004469P001-1467A-051<br>CIN04471 | 004445P001-1467A-051<br>CIN04472 | 004446P001-1467A-051<br>CIN04473 | 004447P001-1467A-051<br>CIN04474 |
| 004448P001-1467A-051<br>CIN04475 | 004449P001-1467A-051<br>CIN04476 | 004450P001-1467A-051<br>CIN04477 | 004451P001-1467A-051<br>CIN04478 |
| 004452P001-1467A-051<br>CIN04479 | 004454P002-1467A-051<br>CIN04481 | 004455P001-1467A-051<br>CIN04482 | 004456P001-1467A-051<br>CIN04483 |
| 004457P001-1467A-051<br>CIN04484 | 004458P001-1467A-051<br>CIN04485 | 004459P001-1467A-051<br>CIN04486 | 004460P001-1467A-051<br>CIN04487 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004461P001-1467A-051<br>CIN04488 | 004462P001-1467A-051<br>CIN04489 | 004463P001-1467A-051<br>CIN04490 | 004465P001-1467A-051<br>CIN04492 |
| 004467P001-1467A-051<br>CIN04494 | 004468P001-1467A-051<br>CIN04495 | 004470P001-1467A-051<br>CIN04496 | 004471P002-1467A-051<br>CIN04497 |
| 004474P001-1467A-051<br>CIN04500 | 004475P001-1467A-051<br>CIN04501 | 004476P001-1467A-051<br>CIN04502 | 004477P001-1467A-051<br>CIN04503 |
| 004478P001-1467A-051<br>CIN04504 | 004479P001-1467A-051<br>CIN04505 | 004480P001-1467A-051<br>CIN04506 | 004481P001-1467A-051<br>CIN04507 |
| 004483P001-1467A-051<br>CIN04509 | 004484P001-1467A-051<br>CIN04510 | 004485P001-1467A-051<br>CIN04511 | 004488P001-1467A-051<br>CIN04514 |
| 004489P001-1467A-051<br>CIN04515 | 004490P001-1467A-051<br>CIN04516 | 004492P001-1467A-051<br>CIN04518 | 004493P002-1467A-051<br>CIN04519 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004494P001-1467A-051<br>CIN04520 | 004497P001-1467A-051<br>CIN04523 | 004498P001-1467A-051<br>CIN04524 | 004499P001-1467A-051<br>CIN04525 |
| 004501P001-1467A-051<br>CIN04527 | 004502P001-1467A-051<br>CIN04528 | 004503P001-1467A-051<br>CIN04529 | 004504P001-1467A-051<br>CIN04530 |
| 004506P001-1467A-051<br>CIN04532 | 004507P001-1467A-051<br>CIN04533 | 004508P001-1467A-051<br>CIN04534 | 004509P001-1467A-051<br>CIN04535 |
| 004511P001-1467A-051<br>CIN04537 | 004512P001-1467A-051<br>CIN04538 | 004513P001-1467A-051<br>CIN04539 | 004514P002-1467A-051<br>CIN04540 |
| 004515P001-1467A-051<br>CIN04541 | 004517P001-1467A-051<br>CIN04543 | 004518P001-1467A-051<br>CIN04544 | 004521P001-1467A-051<br>CIN04547 |
| 004522P001-1467A-051<br>CIN04548 | 004523P001-1467A-051<br>CIN04549 | 004525P001-1467A-051<br>CIN04551 | 004526P001-1467A-051<br>CIN04552 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004528P002-1467A-051<br>CIN04554 | 004531P001-1467A-051<br>CIN04557 | 004534P001-1467A-051<br>CIN04560 | 004535P001-1467A-051<br>CIN04561 |
| 004536P001-1467A-051<br>CIN04562 | 004538P001-1467A-051<br>CIN04564 | 004539P001-1467A-051<br>CIN04565 | 004540P001-1467A-051<br>CIN04566 |
| 004541P001-1467A-051<br>CIN04567 | 004542P001-1467A-051<br>CIN04568 | 004543P001-1467A-051<br>CIN04569 | 004544P001-1467A-051<br>CIN04570 |
| 004545P001-1467A-051<br>CIN04571 | 004547P001-1467A-051<br>CIN04573 | 004548P001-1467A-051<br>CIN04574 | 004550P001-1467A-051<br>CIN04576 |
| 004551P001-1467A-051<br>CIN04577 | 004553P001-1467A-051<br>CIN04579 | 004554P001-1467A-051<br>CIN04580 | 004556P002-1467A-051<br>CIN04582 |
| 004557P001-1467A-051<br>CIN04584 | 004558P001-1467A-051<br>CIN04585 | 004559P001-1467A-051<br>CIN04586 | 004560P001-1467A-051<br>CIN04587 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 004562P001-1467A-051<br>CIN04588 | 004563P001-1467A-051<br>CIN04589 | 004565P001-1467A-051<br>CIN04591 | 004566P001-1467A-051<br>CIN04592 |
| 004567P001-1467A-051<br>CIN04593 | 004571P001-1467A-051<br>CIN04597 | 004572P001-1467A-051<br>CIN04598 | 004575P001-1467A-051<br>CIN04601 |
| 004578P001-1467A-051<br>CIN04604 | 004580P001-1467A-051<br>CIN04606 | 004581P001-1467A-051<br>CIN04607 | 004582P001-1467A-051<br>CIN04608 |
| 004584P001-1467A-051<br>CIN04610 | 004585P001-1467A-051<br>CIN04611 | 004586P001-1467A-051<br>CIN04612 | 004590P001-1467A-051<br>CIN04616 |
| 004591P001-1467A-051<br>CIN04617 | 004595P001-1467A-051<br>CIN04621 | 004600P001-1467A-051<br>CIN04626 | 004601P001-1467A-051<br>CIN04627 |
| 004602P001-1467A-051<br>CIN04628 | 004604P002-1467A-051<br>CIN04630 | 004606P001-1467A-051<br>CIN04632 | 004607P001-1467A-051<br>CIN04633 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004608P001-1467A-051<br>CIN04634 | 004609P001-1467A-051<br>CIN04635 | 004610P001-1467A-051<br>CIN04636 | 004614P002-1467A-051<br>CIN04640 |
| 004615P001-1467A-051<br>CIN04641 | 004616P001-1467A-051<br>CIN04642 | 004617P001-1467A-051<br>CIN04643 | 004619P001-1467A-051<br>CIN04645 |
| 004620P001-1467A-051<br>CIN04646 | 004621P001-1467A-051<br>CIN04647 | 004623P001-1467A-051<br>CIN04649 | 004624P001-1467A-051<br>CIN04650 |
| 004626P001-1467A-051<br>CIN04652 | 004629P001-1467A-051<br>CIN04655 | 004632P001-1467A-051<br>CIN04658 | 004633P001-1467A-051<br>CIN04659 |
| 004634P001-1467A-051<br>CIN04660 | 004636P001-1467A-051<br>CIN04662 | 004637P001-1467A-051<br>CIN04663 | 004638P001-1467A-051<br>CIN04664 |
| 004639P001-1467A-051<br>CIN04665 | 004641P001-1467A-051<br>CIN04667 | 004643P001-1467A-051<br>CIN04669 | 004644P001-1467A-051<br>CIN04670 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

004645P001-1467A-051
CIN04671

004647P001-1467A-051
CIN04673

004648P002-1467A-051
CIN04674

004649P001-1467A-051
CIN04675

004650P001-1467A-051
CIN04676

004651P001-1467A-051
CIN04677

004652P002-1467A-051
CIN04678

004653P001-1467A-051
CIN04679

004654P001-1467A-051
CIN04680

004656P002-1467A-051
CIN04682

004658P001-1467A-051
CIN04684

004661P001-1467A-051
CIN04687

004664P001-1467A-051
CIN04690

004665P001-1467A-051
CIN04691

004667P001-1467A-051
CIN04693

004668P001-1467A-051
CIN04694

004672P002-1467A-051
CIN04697

004673P001-1467A-051
CIN04698

004674P002-1467A-051
CIN04699

004676P001-1467A-051
CIN04701

004679P001-1467A-051
CIN04704

004682P001-1467A-051
CIN04707

004684P001-1467A-051
CIN04709

004685P001-1467A-051
CIN04710

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004687P002-1467A-051<br>CIN04712 | 004688P001-1467A-051<br>CIN04713 | 004689P001-1467A-051<br>CIN04714 | 004690P001-1467A-051<br>CIN04715 |
| 004691P001-1467A-051<br>CIN04716 | 004693P001-1467A-051<br>CIN04718 | 004694P001-1467A-051<br>CIN04719 | 004695P002-1467A-051<br>CIN04720 |
| 004695P002-1467A-051<br>CIN04720 | 004696P001-1467A-051<br>CIN04721 | 004697P001-1467A-051<br>CIN04722 | 004698P001-1467A-051<br>CIN04723 |
| 004699P001-1467A-051<br>CIN04724 | 004700P001-1467A-051<br>CIN04725 | 004701P001-1467A-051<br>CIN04726 | 004703P001-1467A-051<br>CIN04728 |
| 004705P001-1467A-051<br>CIN04730 | 004707P001-1467A-051<br>CIN04732 | 004708P001-1467A-051<br>CIN04733 | 004709P001-1467A-051<br>CIN04734 |
| 004712P001-1467A-051<br>CIN04737 | 004714P001-1467A-051<br>CIN04739 | 004715P001-1467A-051<br>CIN04740 | 004717P001-1467A-051<br>CIN04742 |

| | | | |
|---|---|---|---|
| 004720P001-1467A-051<br>CIN04745 | 004722P001-1467A-051<br>CIN04747 | 004723P001-1467A-051<br>CIN04748 | 004726P001-1467A-051<br>CIN04751 |
| 004727P001-1467A-051<br>CIN04752 | 004728P001-1467A-051<br>CIN04753 | 004729P001-1467A-051<br>CIN04754 | 004730P001-1467A-051<br>CIN04755 |
| 004731P001-1467A-051<br>CIN04756 | 004732P001-1467A-051<br>CIN04757 | 004733P001-1467A-051<br>CIN04758 | 004734P001-1467A-051<br>CIN04759 |
| 004735P001-1467A-051<br>CIN04761 | 004736P001-1467A-051<br>CIN04762 | 004737P001-1467A-051<br>CIN04763 | 004738P001-1467A-051<br>CIN04764 |
| 004739P001-1467A-051<br>CIN04765 | 004740P001-1467A-051<br>CIN04766 | 004741P001-1467A-051<br>CIN04767 | 004742P001-1467A-051<br>CIN04768 |
| 004743P001-1467A-051<br>CIN04769 | 004744P001-1467A-051<br>CIN04770 | 004746P001-1467A-051<br>CIN04772 | 004748P001-1467A-051<br>CIN04774 |

Case 20-12836-JTD   Doc 491   Filed 02/09/21   Page 354 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 141 of 184                                                    02/02/2021 04:08:24 PM

004750P001-1467A-051
CIN04776

004751P001-1467A-051
CIN04777

004752P001-1467A-051
CIN04778

004754P002-1467A-051
CIN04780

004755P001-1467A-051
CIN04781

004756P001-1467A-051
CIN04782

004759P001-1467A-051
CIN04785

004760P001-1467A-051
CIN04786

004761P001-1467A-051
CIN04787

004763P001-1467A-051
CIN04789

004765P001-1467A-051
CIN04791

004766P001-1467A-051
CIN04792

004768P001-1467A-051
CIN04794

004770P001-1467A-051
CIN04796

004771P001-1467A-051
CIN04797

004772P001-1467A-051
CIN04798

004773P001-1467A-051
CIN04799

004774P001-1467A-051
CIN04800

004775P001-1467A-051
CIN04801

004776P001-1467A-051
CIN04802

004777P001-1467A-051
CIN04803

004780P001-1467A-051
CIN04806

004781P001-1467A-051
CIN04807

004782P001-1467A-051
CIN04808

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004783P001-1467A-051<br>CIN04809 | 004784P001-1467A-051<br>CIN04810 | 004786P001-1467A-051<br>CIN04812 | 004787P001-1467A-051<br>CIN04813 |
| 004788P001-1467A-051<br>CIN04814 | 004789P001-1467A-051<br>CIN04815 | 004790P001-1467A-051<br>CIN04816 | 004792P001-1467A-051<br>CIN04818 |
| 004793P001-1467A-051<br>CIN04819 | 004794P001-1467A-051<br>CIN04820 | 004795P001-1467A-051<br>CIN04821 | 004797P002-1467A-051<br>CIN04823 |
| 004798P001-1467A-051<br>CIN04824 | 004799P001-1467A-051<br>CIN04825 | 004800P001-1467A-051<br>CIN04826 | 004805P001-1467A-051<br>CIN04832 |
| 004806P001-1467A-051<br>CIN04833 | 004808P001-1467A-051<br>CIN04835 | 004811P001-1467A-051<br>CIN04838 | 004812P001-1467A-051<br>CIN04839 |
| 004813P001-1467A-051<br>CIN04840 | 004814P001-1467A-051<br>CIN04841 | 004815P001-1467A-051<br>CIN04842 | 004816P001-1467A-051<br>CIN04843 |

004817P001-1467A-051
CIN04844

004818P001-1467A-051
CIN04845

004820P001-1467A-051
CIN04847

004821P001-1467A-051
CIN04848

004822P001-1467A-051
CIN04849

004823P001-1467A-051
CIN04850

004824P001-1467A-051
CIN04851

004826P001-1467A-051
CIN04853

004827P001-1467A-051
CIN04854

004828P001-1467A-051
CIN04855

004829P001-1467A-051
CIN04856

004831P001-1467A-051
CIN04858

004834P001-1467A-051
CIN04862

004835P001-1467A-051
CIN04863

004836P001-1467A-051
CIN04864

004838P001-1467A-051
CIN04866

004840P001-1467A-051
CIN04868

004842P001-1467A-051
CIN04870

004846P001-1467A-051
CIN04874

004848P001-1467A-051
CIN04876

004849P001-1467A-051
CIN04877

004851P001-1467A-051
CIN04879

004853P001-1467A-051
CIN04881

004854P001-1467A-051
CIN04882

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004855P001-1467A-051<br>CIN04883 | 004856P001-1467A-051<br>CIN04884 | 004857P002-1467A-051<br>CIN04885 | 004858P001-1467A-051<br>CIN04886 |
| 004859P001-1467A-051<br>CIN04887 | 004860P001-1467A-051<br>CIN04888 | 004863P001-1467A-051<br>CIN04891 | 004864P001-1467A-051<br>CIN04892 |
| 000010P001-1467A-051<br>CIN04893 | 004865P001-1467A-051<br>CIN04894 | 004866P001-1467A-051<br>CIN04895 | 004869P002-1467A-051<br>CIN04898 |
| 004870P001-1467A-051<br>CIN04899 | 004871P001-1467A-051<br>CIN04900 | 004874P001-1467A-051<br>CIN04903 | 004875P001-1467A-051<br>CIN04904 |
| 004876P001-1467A-051<br>CIN04905 | 004877P001-1467A-051<br>CIN04906 | 004878P001-1467A-051<br>CIN04907 | 004879P001-1467A-051<br>CIN04908 |
| 004880P001-1467A-051<br>CIN04909 | 004881P001-1467A-051<br>CIN04910 | 004882P001-1467A-051<br>CIN04911 | 004884P001-1467A-051<br>CIN04913 |

| | | | |
|---|---|---|---|
| 004885P001-1467A-051<br>CIN04914 | 004886P001-1467A-051<br>CIN04915 | 004888P001-1467A-051<br>CIN04917 | 004889P001-1467A-051<br>CIN04918 |
| 004890P001-1467A-051<br>CIN04919 | 004891P001-1467A-051<br>CIN04920 | 004893P001-1467A-051<br>CIN04922 | 004895P001-1467A-051<br>CIN04924 |
| 004896P001-1467A-051<br>CIN04925 | 004897P003-1467A-051<br>CIN04926 | 004899P001-1467A-051<br>CIN04928 | 004900P001-1467A-051<br>CIN04929 |
| 004903P001-1467A-051<br>CIN04932 | 004905P001-1467A-051<br>CIN04934 | 004908P001-1467A-051<br>CIN04937 | 004909P001-1467A-051<br>CIN04938 |
| 004910P001-1467A-051<br>CIN04939 | 004911P001-1467A-051<br>CIN04940 | 004912P001-1467A-051<br>CIN04941 | 004913P001-1467A-051<br>CIN04942 |
| 004916P001-1467A-051<br>CIN04945 | 004917P001-1467A-051<br>CIN04946 | 004921P001-1467A-051<br>CIN04950 | 004922P001-1467A-051<br>CIN04951 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004923P001-1467A-051<br>CIN04952 | 004924P001-1467A-051<br>CIN04953 | 004925P001-1467A-051<br>CIN04955 | 004926P001-1467A-051<br>CIN04956 |
| 004928P001-1467A-051<br>CIN04958 | 004929P001-1467A-051<br>CIN04959 | 004930P001-1467A-051<br>CIN04960 | 004931P001-1467A-051<br>CIN04961 |
| 004934P004-1467A-051<br>CIN04964 | 004935P001-1467A-051<br>CIN04965 | 004936P001-1467A-051<br>CIN04966 | 004937P001-1467A-051<br>CIN04967 |
| 004938P001-1467A-051<br>CIN04968 | 004939P001-1467A-051<br>CIN04969 | 004941P001-1467A-051<br>CIN04971 | 004942P002-1467A-051<br>CIN04972 |
| 004943P001-1467A-051<br>CIN04973 | 004945P001-1467A-051<br>CIN04975 | 004946P001-1467A-051<br>CIN04976 | 004948P001-1467A-051<br>CIN04978 |
| 004950P001-1467A-051<br>CIN04980 | 004951P001-1467A-051<br>CIN04981 | 004952P001-1467A-051<br>CIN04982 | 004955P001-1467A-051<br>CIN04985 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004956P001-1467A-051<br>CIN04986 | 004957P001-1467A-051<br>CIN04987 | 004961P001-1467A-051<br>CIN04991 | 004963P001-1467A-051<br>CIN04993 |
| 004964P001-1467A-051<br>CIN04994 | 004966P001-1467A-051<br>CIN04996 | 004969P001-1467A-051<br>CIN04999 | 004970P001-1467A-051<br>CIN05000 |
| 004971P001-1467A-051<br>CIN05001 | 004973P001-1467A-051<br>CIN05003 | 006255P002-1467A-051<br>CIN05004, CIN06532 | 004974P001-1467A-051<br>CIN05006 |
| 004975P001-1467A-051<br>CIN05007 | 004976P001-1467A-051<br>CIN05008 | 004977P001-1467A-051<br>CIN05009 | 004978P001-1467A-051<br>CIN05010 |
| 004979P002-1467A-051<br>CIN05011 | 004980P001-1467A-051<br>CIN05012 | 004981P001-1467A-051<br>CIN05013 | 004982P001-1467A-051<br>CIN05014 |
| 004983P001-1467A-051<br>CIN05015 | 004984P002-1467A-051<br>CIN05016 | 000232P001-1467A-051<br>CIN05018 | 004986P001-1467A-051<br>CIN05019 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

004987P001-1467A-051
CIN05020

004988P001-1467A-051
CIN05021

004990P001-1467A-051
CIN05023

004991P001-1467A-051
CIN05024

004992P001-1467A-051
CIN05025

004994P001-1467A-051
CIN05027

004995P002-1467A-051
CIN05028

004996P001-1467A-051
CIN05029

004997P001-1467A-051
CIN05030

004998P001-1467A-051
CIN05031

004999P001-1467A-051
CIN05032

005000P001-1467A-051
CIN05033

005001P001-1467A-051
CIN05034

005006P002-1467A-051
CIN05039

005007P001-1467A-051
CIN05040

005009P001-1467A-051
CIN05042

005010P001-1467A-051
CIN05043

005011P001-1467A-051
CIN05044

005012P001-1467A-051
CIN05045

005013P001-1467A-051
CIN05046

005014P001-1467A-051
CIN05047

005015P001-1467A-051
CIN05048

005017P001-1467A-051
CIN05050

005020P001-1467A-051
CIN05053

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005021P001-1467A-051<br>CIN05054 | 005022P001-1467A-051<br>CIN05055 | 005023P001-1467A-051<br>CIN05056 | 005026P001-1467A-051<br>CIN05059 |
| 005028P001-1467A-051<br>CIN05061 | 005029P001-1467A-051<br>CIN05062 | 005031P001-1467A-051<br>CIN05064 | 005033P001-1467A-051<br>CIN05066 |
| 005036P001-1467A-051<br>CIN05070 | 005037P001-1467A-051<br>CIN05071 | 005038P001-1467A-051<br>CIN05072 | 005039P001-1467A-051<br>CIN05073 |
| 005040P001-1467A-051<br>CIN05074 | 005041P001-1467A-051<br>CIN05075 | 005043P001-1467A-051<br>CIN05077 | 005044P001-1467A-051<br>CIN05078 |
| 005045P001-1467A-051<br>CIN05079 | 005046P001-1467A-051<br>CIN05080 | 005047P001-1467A-051<br>CIN05081 | 005048P001-1467A-051<br>CIN05082 |
| 005049P001-1467A-051<br>CIN05083 | 005050P001-1467A-051<br>CIN05084 | 005051P002-1467A-051<br>CIN05085 | 005052P001-1467A-051<br>CIN05086 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005054P001-1467A-051<br>CIN05088 | 005055P002-1467A-051<br>CIN05089 | 005056P002-1467A-051<br>CIN05090 | 005057P001-1467A-051<br>CIN05091 |
| 005058P001-1467A-051<br>CIN05092 | 005059P001-1467A-051<br>CIN05093 | 005060P001-1467A-051<br>CIN05094 | 005062P001-1467A-051<br>CIN05096 |
| 005063P001-1467A-051<br>CIN05097 | 005065P001-1467A-051<br>CIN05099 | 005066P001-1467A-051<br>CIN05100 | 005067P003-1467A-051<br>CIN05101 |
| 005068P001-1467A-051<br>CIN05102 | 005069P001-1467A-051<br>CIN05103 | 005071P001-1467A-051<br>CIN05105 | 005072P001-1467A-051<br>CIN05106 |
| 005073P001-1467A-051<br>CIN05107 | 005074P001-1467A-051<br>CIN05108 | 005075P002-1467A-051<br>CIN05109 | 005076P001-1467A-051<br>CIN05110 |
| 005077P001-1467A-051<br>CIN05111 | 005078P001-1467A-051<br>CIN05112 | 005079P001-1467A-051<br>CIN05113 | 005081P001-1467A-051<br>CIN05115 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005082P001-1467A-051<br>CIN05116 | 005083P001-1467A-051<br>CIN05117 | 005086P001-1467A-051<br>CIN05120 | 005087P001-1467A-051<br>CIN05121 |
| 005088P001-1467A-051<br>CIN05122 | 005094P002-1467A-051<br>CIN05128 | 005097P001-1467A-051<br>CIN05131 | 005098P001-1467A-051<br>CIN05132 |
| 005099P001-1467A-051<br>CIN05133 | 005101P001-1467A-051<br>CIN05135 | 005102P002-1467A-051<br>CIN05136 | 005103P002-1467A-051<br>CIN05137 |
| 005104P001-1467A-051<br>CIN05138 | 005106P001-1467A-051<br>CIN05140 | 005109P001-1467A-051<br>CIN05143 | 005110P001-1467A-051<br>CIN05144 |
| 005112P001-1467A-051<br>CIN05146 | 005114P002-1467A-051<br>CIN05148 | 005116P001-1467A-051<br>CIN05150 | 005117P001-1467A-051<br>CIN05151 |
| 005118P001-1467A-051<br>CIN05152 | 005121P001-1467A-051<br>CIN05155 | 005122P001-1467A-051<br>CIN05156 | 005123P001-1467A-051<br>CIN05157 |

005124P001-1467A-051
CIN05158

005127P001-1467A-051
CIN05161

005128P001-1467A-051
CIN05162

005129P001-1467A-051
CIN05163

005130P002-1467A-051
CIN05164

005131P001-1467A-051
CIN05165

005133P001-1467A-051
CIN05167

005134P001-1467A-051
CIN05168

005135P001-1467A-051
CIN05169

005136P001-1467A-051
CIN05170

005137P002-1467A-051
CIN05171

005138P003-1467A-051
CIN05172

005141P001-1467A-051
CIN05175

005142P001-1467A-051
CIN05176

005144P001-1467A-051
CIN05178

005145P002-1467A-051
CIN05179

005146P001-1467A-051
CIN05180

005147P001-1467A-051
CIN05181

005148P002-1467A-051
CIN05182

005149P001-1467A-051
CIN05183

005150P001-1467A-051
CIN05184

005151P001-1467A-051
CIN05185

005153P001-1467A-051
CIN05187

005155P002-1467A-051
CIN05189

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005157P001-1467A-051<br>CIN05191 | 005158P001-1467A-051<br>CIN05192 | 005159P001-1467A-051<br>CIN05193 | 005160P001-1467A-051<br>CIN05194 |
| 005163P001-1467A-051<br>CIN05197 | 005164P003-1467A-051<br>CIN05198 | 005165P001-1467A-051<br>CIN05199 | 005166P001-1467A-051<br>CIN05200 |
| 005167P001-1467A-051<br>CIN05201 | 005168P001-1467A-051<br>CIN05202 | 005169P001-1467A-051<br>CIN05203 | 005170P001-1467A-051<br>CIN05204 |
| 005173P001-1467A-051<br>CIN05207 | 005174P001-1467A-051<br>CIN05208 | 005175P001-1467A-051<br>CIN05209 | 005177P001-1467A-051<br>CIN05211 |
| 005179P001-1467A-051<br>CIN05213 | 005181P001-1467A-051<br>CIN05215 | 005182P001-1467A-051<br>CIN05216 | 005183P001-1467A-051<br>CIN05217 |
| 005186P002-1467A-051<br>CIN05220 | 005188P001-1467A-051<br>CIN05222 | 005189P001-1467A-051<br>CIN05223 | 005192P001-1467A-051<br>CIN05226 |

Case 20-12836-JTD   Doc 491   Filed 02/09/21   Page 367 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 154 of 184                                    02/02/2021 04:08:24 PM

005195P001-1467A-051
CIN05229

005197P001-1467A-051
CIN05231

005198P001-1467A-051
CIN05232

005199P001-1467A-051
CIN05233

005201P001-1467A-051
CIN05235

005202P001-1467A-051
CIN05236

005204P001-1467A-051
CIN05239

005208P001-1467A-051
CIN05243

005210P001-1467A-051
CIN05245

005212P002-1467A-051
CIN05247

005212P002-1467A-051
CIN05247

005213P001-1467A-051
CIN05248

005214P001-1467A-051
CIN05249

005215P002-1467A-051
CIN05250

005215P002-1467A-051
CIN05250

005216P001-1467A-051
CIN05251

005218P001-1467A-051
CIN05253

005219P002-1467A-051
CIN05254

005220P002-1467A-051
CIN05255

005221P001-1467A-051
CIN05256

005223P001-1467A-051
CIN05258

005224P001-1467A-051
CIN05259

005225P001-1467A-051
CIN05260

005226P001-1467A-051
CIN05261

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005228P001-1467A-051<br>CIN05263 | 005229P001-1467A-051<br>CIN05264 | 005231P001-1467A-051<br>CIN05266 | 005232P001-1467A-051<br>CIN05267 |
| 005233P001-1467A-051<br>CIN05268 | 005234P001-1467A-051<br>CIN05269 | 005235P001-1467A-051<br>CIN05270 | 005236P001-1467A-051<br>CIN05271 |
| 005237P001-1467A-051<br>CIN05272 | 005238P001-1467A-051<br>CIN05273 | 005239P001-1467A-051<br>CIN05274 | 005240P001-1467A-051<br>CIN05275 |
| 005242P001-1467A-051<br>CIN05277 | 005243P001-1467A-051<br>CIN05278 | 005244P001-1467A-051<br>CIN05279 | 005246P001-1467A-051<br>CIN05281 |
| 005248P001-1467A-051<br>CIN05283 | 005249P001-1467A-051<br>CIN05284 | 005252P001-1467A-051<br>CIN05287 | 005253P001-1467A-051<br>CIN05288 |
| 005255P002-1467A-051<br>CIN05290 | 005256P001-1467A-051<br>CIN05291 | 005257P001-1467A-051<br>CIN05292 | 005260P001-1467A-051<br>CIN05295 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005261P001-1467A-051<br>CIN05296 | 005262P002-1467A-051<br>CIN05297 | 005263P002-1467A-051<br>CIN05298 | 005268P001-1467A-051<br>CIN05303 |
| 005270P001-1467A-051<br>CIN05305 | 005271P001-1467A-051<br>CIN05306 | 005272P001-1467A-051<br>CIN05307 | 005273P001-1467A-051<br>CIN05308 |
| 005275P001-1467A-051<br>CIN05310 | 005276P001-1467A-051<br>CIN05313 | 005278P001-1467A-051<br>CIN05315 | 005281P001-1467A-051<br>CIN05318 |
| 005283P001-1467A-051<br>CIN05320 | 005284P001-1467A-051<br>CIN05321 | 005286P002-1467A-051<br>CIN05323 | 005287P001-1467A-051<br>CIN05324 |
| 005290P001-1467A-051<br>CIN05329 | 005294P001-1467A-051<br>CIN05333 | 005296P001-1467A-051<br>CIN05335 | 005297P001-1467A-051<br>CIN05336 |
| 005299P001-1467A-051<br>CIN05338 | 005302P001-1467A-051<br>CIN05341 | 005303P001-1467A-051<br>CIN05342 | 005304P001-1467A-051<br>CIN05343 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005305P001-1467A-051<br>CIN05344 | 005306P001-1467A-051<br>CIN05345 | 005307P002-1467A-051<br>CIN05346 | 005308P001-1467A-051<br>CIN05347 |
| 005309P004-1467A-051<br>CIN05348 | 005310P001-1467A-051<br>CIN05349 | 005311P002-1467A-051<br>CIN05350 | 005312P001-1467A-051<br>CIN05351 |
| 005323P001-1467A-051<br>CIN05362 | 005324P001-1467A-051<br>CIN05363 | 005327P001-1467A-051<br>CIN05366 | 005328P001-1467A-051<br>CIN05367 |
| 005329P001-1467A-051<br>CIN05368 | 005330P001-1467A-051<br>CIN05369 | 005331P002-1467A-051<br>CIN05370 | 005332P001-1467A-051<br>CIN05371 |
| 005333P001-1467A-051<br>CIN05372 | 005334P001-1467A-051<br>CIN05373 | 005335P001-1467A-051<br>CIN05374 | 005336P002-1467A-051<br>CIN05375 |
| 005337P001-1467A-051<br>CIN05376 | 005338P001-1467A-051<br>CIN05377 | 005340P001-1467A-051<br>CIN05379 | 005342P001-1467A-051<br>CIN05381 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 371 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 158 of 184

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005344P001-1467A-051<br>CIN05383 | 005345P001-1467A-051<br>CIN05384 | 005346P001-1467A-051<br>CIN05385 | 005347P001-1467A-051<br>CIN05386 |
| 005348P001-1467A-051<br>CIN05387 | 005349P001-1467A-051<br>CIN05388 | 005350P001-1467A-051<br>CIN05389 | 005351P001-1467A-051<br>CIN05390 |
| 005353P001-1467A-051<br>CIN05392 | 005354P001-1467A-051<br>CIN05393 | 005355P001-1467A-051<br>CIN05394 | 005356P001-1467A-051<br>CIN05395 |
| 005357P002-1467A-051<br>CIN05396 | 005359P001-1467A-051<br>CIN05398 | 005360P001-1467A-051<br>CIN05399 | 005361P001-1467A-051<br>CIN05400 |
| 005362P001-1467A-051<br>CIN05401 | 005363P001-1467A-051<br>CIN05402 | 005364P001-1467A-051<br>CIN05403 | 005366P001-1467A-051<br>CIN05405 |
| 005367P001-1467A-051<br>CIN05406 | 005368P001-1467A-051<br>CIN05407 | 005370P001-1467A-051<br>CIN05409 | 005371P001-1467A-051<br>CIN05410 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005373P002-1467A-051<br>CIN05412 | 005378P001-1467A-051<br>CIN05413 | 005375P001-1467A-051<br>CIN05415 | 005376P001-1467A-051<br>CIN05416 |
| 005377P001-1467A-051<br>CIN05417 | 005379P001-1467A-051<br>CIN05418 | 005380P001-1467A-051<br>CIN05419 | 005381P001-1467A-051<br>CIN05420 |
| 005383P001-1467A-051<br>CIN05422 | 005384P001-1467A-051<br>CIN05423 | 005385P001-1467A-051<br>CIN05424 | 005386P001-1467A-051<br>CIN05425 |
| 005387P001-1467A-051<br>CIN05426 | 005388P001-1467A-051<br>CIN05427 | 005390P001-1467A-051<br>CIN05429 | 005393P001-1467A-051<br>CIN05432 |
| 005394P001-1467A-051<br>CIN05433 | 005395P001-1467A-051<br>CIN05434 | 005396P001-1467A-051<br>CIN05435 | 005398P001-1467A-051<br>CIN05437 |
| 005400P001-1467A-051<br>CIN05439 | 005401P001-1467A-051<br>CIN05440 | 005402P001-1467A-051<br>CIN05441 | 005403P001-1467A-051<br>CIN05442 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 373 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 160 of 184

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005405P001-1467A-051<br>CIN05444 | 005406P001-1467A-051<br>CIN05445 | 005407P001-1467A-051<br>CIN05446 | 005408P001-1467A-051<br>CIN05447 |
| 005409P001-1467A-051<br>CIN05448 | 005410P001-1467A-051<br>CIN05449 | 005413P001-1467A-051<br>CIN05452 | 005414P001-1467A-051<br>CIN05453 |
| 005415P001-1467A-051<br>CIN05454 | 005416P002-1467A-051<br>CIN05455 | 005417P002-1467A-051<br>CIN05456 | 005418P001-1467A-051<br>CIN05457 |
| 005419P001-1467A-051<br>CIN05458 | 005420P001-1467A-051<br>CIN05459 | 005421P001-1467A-051<br>CIN05460 | 005424P001-1467A-051<br>CIN05463 |
| 005426P002-1467A-051<br>CIN05465 | 005430P001-1467A-051<br>CIN05469 | 005431P001-1467A-051<br>CIN05470 | 005434P001-1467A-051<br>CIN05473 |
| 005435P001-1467A-051<br>CIN05474 | 005439P001-1467A-051<br>CIN05478 | 005440P001-1467A-051<br>CIN05479 | 005441P001-1467A-051<br>CIN05480 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005442P001-1467A-051<br>CIN05481 | 005444P001-1467A-051<br>CIN05483 | 005445P001-1467A-051<br>CIN05484 | 005446P001-1467A-051<br>CIN05485 |
| 005447P001-1467A-051<br>CIN05486 | 005448P001-1467A-051<br>CIN05487 | 005449P001-1467A-051<br>CIN05488 | 005450P001-1467A-051<br>CIN05489 |
| 005451P001-1467A-051<br>CIN05490 | 005453P002-1467A-051<br>CIN05492 | 005455P001-1467A-051<br>CIN05494 | 005456P001-1467A-051<br>CIN05495 |
| 005457P001-1467A-051<br>CIN05496 | 005458P001-1467A-051<br>CIN05497 | 005459P001-1467A-051<br>CIN05498 | 005460P001-1467A-051<br>CIN05499 |
| 005461P001-1467A-051<br>CIN05500 | 005462P001-1467A-051<br>CIN05501 | 005464P001-1467A-051<br>CIN05503 | 005465P001-1467A-051<br>CIN05504 |
| 005466P001-1467A-051<br>CIN05505 | 005467P001-1467A-051<br>CIN05506 | 005468P001-1467A-051<br>CIN05507 | 005469P001-1467A-051<br>CIN05508 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005470P001-1467A-051<br>CIN05509 | 005471P001-1467A-051<br>CIN05510 | 005472P001-1467A-051<br>CIN05511 | 005473P001-1467A-051<br>CIN05512 |
| 005474P001-1467A-051<br>CIN05513 | 000011P001-1467A-051<br>CIN05514 | 005475P001-1467A-051<br>CIN05515 | 005476P003-1467A-051<br>CIN05516 |
| 005476P003-1467A-051<br>CIN05516 | 005477P001-1467A-051<br>CIN05517 | 005479P001-1467A-051<br>CIN05519, CIN06557 | 005481P001-1467A-051<br>CIN05521 |
| 005483P001-1467A-051<br>CIN05523 | 005484P001-1467A-051<br>CIN05524 | 005485P001-1467A-051<br>CIN05525 | 005487P001-1467A-051<br>CIN05527 |
| 005488P001-1467A-051<br>CIN05528 | 005492P001-1467A-051<br>CIN05533 | 005494P001-1467A-051<br>CIN05535 | 005495P001-1467A-051<br>CIN05536 |
| 005496P001-1467A-051<br>CIN05537 | 005497P001-1467A-051<br>CIN05538 | 005498P001-1467A-051<br>CIN05539 | 005499P001-1467A-051<br>CIN05540 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005501P001-1467A-051<br>CIN05542 | 005502P001-1467A-051<br>CIN05543 | 005503P001-1467A-051<br>CIN05544 | 005504P001-1467A-051<br>CIN05545 |
| 005506P001-1467A-051<br>CIN05547 | 005507P001-1467A-051<br>CIN05548 | 005508P001-1467A-051<br>CIN05549 | 005509P001-1467A-051<br>CIN05550 |
| 005510P001-1467A-051<br>CIN05551 | 005511P001-1467A-051<br>CIN05552 | 005512P001-1467A-051<br>CIN05553 | 005513P001-1467A-051<br>CIN05554 |
| 005514P001-1467A-051<br>CIN05555 | 005515P001-1467A-051<br>CIN05556 | 005516P001-1467A-051<br>CIN05557 | 005517P001-1467A-051<br>CIN05558 |
| 005520P001-1467A-051<br>CIN05561 | 005521P001-1467A-051<br>CIN05562 | 005522P001-1467A-051<br>CIN05563 | 005523P001-1467A-051<br>CIN05564 |
| 005525P001-1467A-051<br>CIN05566 | 005526P001-1467A-051<br>CIN05567 | 005527P001-1467A-051<br>CIN05568 | 005528P001-1467A-051<br>CIN05569 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005529P001-1467A-051<br>CIN05570 | 005530P001-1467A-051<br>CIN05571 | 005532P001-1467A-051<br>CIN05573 | 005533P001-1467A-051<br>CIN05574 |
| 005534P001-1467A-051<br>CIN05575 | 005536P001-1467A-051<br>CIN05577 | 005537P001-1467A-051<br>CIN05578 | 005538P001-1467A-051<br>CIN05579 |
| 005539P001-1467A-051<br>CIN05580 | 005541P001-1467A-051<br>CIN05582 | 005542P001-1467A-051<br>CIN05583 | 005543P001-1467A-051<br>CIN05584 |
| 005544P001-1467A-051<br>CIN05585 | 005547P001-1467A-051<br>CIN05588 | 005548P002-1467A-051<br>CIN05589 | 005549P001-1467A-051<br>CIN05590 |
| 005550P001-1467A-051<br>CIN05591 | 005551P001-1467A-051<br>CIN05592 | 005556P001-1467A-051<br>CIN05597 | 005558P001-1467A-051<br>CIN05599 |
| 005559P002-1467A-051<br>CIN05600 | 005561P001-1467A-051<br>CIN05602 | 005562P001-1467A-051<br>CIN05603 | 005563P001-1467A-051<br>CIN05604 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005564P001-1467A-051<br>CIN05605 | 005565P001-1467A-051<br>CIN05609 | 005566P001-1467A-051<br>CIN05610 | 005567P001-1467A-051<br>CIN05611 |
| 005569P001-1467A-051<br>CIN05613 | 005571P001-1467A-051<br>CIN05615 | 005572P001-1467A-051<br>CIN05616 | 005573P001-1467A-051<br>CIN05617 |
| 005574P001-1467A-051<br>CIN05618 | 005575P001-1467A-051<br>CIN05619 | 005576P001-1467A-051<br>CIN05620 | 005577P001-1467A-051<br>CIN05621 |
| 005578P001-1467A-051<br>CIN05622 | 005580P001-1467A-051<br>CIN05624 | 005582P001-1467A-051<br>CIN05626 | 005583P001-1467A-051<br>CIN05627 |
| 005584P001-1467A-051<br>CIN05628 | 005586P001-1467A-051<br>CIN05630 | 005587P001-1467A-051<br>CIN05631 | 005588P001-1467A-051<br>CIN05632 |
| 005589P001-1467A-051<br>CIN05633 | 005590P003-1467A-051<br>CIN05634 | 005592P001-1467A-051<br>CIN05636 | 005593P002-1467A-051<br>CIN05637 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005594P001-1467A-051<br>CIN05638 | 005595P001-1467A-051<br>CIN05639 | 005597P001-1467A-051<br>CIN05642 | 005600P001-1467A-051<br>CIN05645 |
| 005602P001-1467A-051<br>CIN05647 | 005603P001-1467A-051<br>CIN05648 | 005604P001-1467A-051<br>CIN05649 | 005605P001-1467A-051<br>CIN05650 |
| 005606P001-1467A-051<br>CIN05651 | 005607P002-1467A-051<br>CIN05652 | 005608P001-1467A-051<br>CIN05653 | 005609P001-1467A-051<br>CIN05654 |
| 005613P002-1467A-051<br>CIN05658 | 005614P001-1467A-051<br>CIN05659 | 005615P001-1467A-051<br>CIN05660 | 005617P001-1467A-051<br>CIN05662 |
| 005618P001-1467A-051<br>CIN05663 | 005619P001-1467A-051<br>CIN05664 | 005620P001-1467A-051<br>CIN05665 | 005622P001-1467A-051<br>CIN05667 |
| 005624P001-1467A-051<br>CIN05669 | 005627P001-1467A-051<br>CIN05672 | 005628P001-1467A-051<br>CIN05673 | 005629P001-1467A-051<br>CIN05674 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005630P001-1467A-051<br>CIN05675 | 005632P002-1467A-051<br>CIN05677 | 005635P001-1467A-051<br>CIN05680 | 006257P002-1467A-051<br>CIN05683 |
| 005638P001-1467A-051<br>CIN05684 | 005639P001-1467A-051<br>CIN05685 | 005641P001-1467A-051<br>CIN05687 | 005642P001-1467A-051<br>CIN05688 |
| 005645P001-1467A-051<br>CIN05691 | 005646P001-1467A-051<br>CIN05692 | 005647P001-1467A-051<br>CIN05693 | 005648P001-1467A-051<br>CIN05694 |
| 005650P001-1467A-051<br>CIN05696 | 005651P001-1467A-051<br>CIN05697 | 005652P001-1467A-051<br>CIN05698 | 005653P001-1467A-051<br>CIN05699 |
| 005654P001-1467A-051<br>CIN05700 | 005655P001-1467A-051<br>CIN05701 | 005656P001-1467A-051<br>CIN05702 | 005657P002-1467A-051<br>CIN05703 |
| 005658P001-1467A-051<br>CIN05704 | 005659P001-1467A-051<br>CIN05705 | 005660P001-1467A-051<br>CIN05706 | 005661P002-1467A-051<br>CIN05707 |

| | | | |
|---|---|---|---|
| 000015P002-1467A-051<br>CIN05708 | 005662P001-1467A-051<br>CIN05709 | 005663P001-1467A-051<br>CIN05710 | 005664P001-1467A-051<br>CIN05711 |
| 005665P001-1467A-051<br>CIN05712 | 005666P001-1467A-051<br>CIN05713 | 005667P001-1467A-051<br>CIN05714 | 005668P001-1467A-051<br>CIN05715 |
| 005669P001-1467A-051<br>CIN05716 | 005671P001-1467A-051<br>CIN05718 | 005672P002-1467A-051<br>CIN05719 | 005673P001-1467A-051<br>CIN05720 |
| 005674P001-1467A-051<br>CIN05721 | 005675P001-1467A-051<br>CIN05722 | 005677P001-1467A-051<br>CIN05724 | 005679P001-1467A-051<br>CIN05726 |
| 005680P001-1467A-051<br>CIN05727 | 005681P001-1467A-051<br>CIN05729 | 005682P001-1467A-051<br>CIN05730 | 005683P001-1467A-051<br>CIN05731 |
| 005684P001-1467A-051<br>CIN05732 | 005685P001-1467A-051<br>CIN05733 | 005686P001-1467A-051<br>CIN05734 | 005687P001-1467A-051<br>CIN05735 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005689P001-1467A-051<br>CIN05737 | 005691P001-1467A-051<br>CIN05739 | 005693P002-1467A-051<br>CIN05741 | 005694P002-1467A-051<br>CIN05742 |
| 005695P001-1467A-051<br>CIN05743 | 005696P002-1467A-051<br>CIN05744 | 005696P002-1467A-051<br>CIN05744 | 005697P001-1467A-051<br>CIN05745 |
| 005698P001-1467A-051<br>CIN05746 | 005699P001-1467A-051<br>CIN05747 | 005701P001-1467A-051<br>CIN05749 | 005702P001-1467A-051<br>CIN05750 |
| 005704P001-1467A-051<br>CIN05752 | 005706P001-1467A-051<br>CIN05754 | 005707P001-1467A-051<br>CIN05755 | 005709P001-1467A-051<br>CIN05757 |
| 005710P001-1467A-051<br>CIN05758 | 005711P001-1467A-051<br>CIN05759 | 005715P001-1467A-051<br>CIN05764 | 005716P001-1467A-051<br>CIN05765 |
| 005718P001-1467A-051<br>CIN05767 | 005725P001-1467A-051<br>CIN05774 | 005727P001-1467A-051<br>CIN05776 | 005728P001-1467A-051<br>CIN05777 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005729P001-1467A-051<br>CIN05778 | 005732P001-1467A-051<br>CIN05781 | 005733P001-1467A-051<br>CIN05782 | 005734P001-1467A-051<br>CIN05783 |
| 005735P001-1467A-051<br>CIN05784 | 005736P001-1467A-051<br>CIN05785 | 005737P001-1467A-051<br>CIN05786 | 005740P001-1467A-051<br>CIN05789 |
| 005741P003-1467A-051<br>CIN05790 | 005742P001-1467A-051<br>CIN05791 | 005743P001-1467A-051<br>CIN05792 | 005744P001-1467A-051<br>CIN05793 |
| 005745P001-1467A-051<br>CIN05794 | 005746P001-1467A-051<br>CIN05795 | 005747P001-1467A-051<br>CIN05796 | 005748P001-1467A-051<br>CIN05797 |
| 005754P001-1467A-051<br>CIN05803 | 005756P001-1467A-051<br>CIN05805 | 005759P001-1467A-051<br>CIN05808 | 005760P001-1467A-051<br>CIN05809 |
| 005761P002-1467A-051<br>CIN05810 | 005762P001-1467A-051<br>CIN05811 | 005764P001-1467A-051<br>CIN05813 | 005767P001-1467A-051<br>CIN05816 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005770P001-1467A-051<br>CIN05819 | 005771P001-1467A-051<br>CIN05820 | 005774P002-1467A-051<br>CIN05823 | 005775P001-1467A-051<br>CIN05824 |
| 005776P001-1467A-051<br>CIN05825 | 005777P001-1467A-051<br>CIN05826 | 005780P002-1467A-051<br>CIN05829 | 005781P001-1467A-051<br>CIN05830 |
| 005782P001-1467A-051<br>CIN05831 | 005783P001-1467A-051<br>CIN05832 | 005784P001-1467A-051<br>CIN05833 | 005789P001-1467A-051<br>CIN05838 |
| 005791P001-1467A-051<br>CIN05840 | 005792P001-1467A-051<br>CIN05841 | 005793P001-1467A-051<br>CIN05842 | 005795P001-1467A-051<br>CIN05844 |
| 005796P001-1467A-051<br>CIN05845 | 005797P001-1467A-051<br>CIN05846 | 005798P001-1467A-051<br>CIN05847 | 005799P001-1467A-051<br>CIN05848 |
| 005801P001-1467A-051<br>CIN05850 | 005805P001-1467A-051<br>CIN05855 | 005806P001-1467A-051<br>CIN05856 | 005808P001-1467A-051<br>CIN05858 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005809P001-1467A-051<br>CIN05859 | 005811P001-1467A-051<br>CIN05861 | 005812P001-1467A-051<br>CIN05862 | 005813P001-1467A-051<br>CIN05863 |
| 005814P001-1467A-051<br>CIN05864 | 005815P001-1467A-051<br>CIN05865 | 005816P001-1467A-051<br>CIN05866 | 005818P001-1467A-051<br>CIN05868 |
| 005819P001-1467A-051<br>CIN05869 | 005820P001-1467A-051<br>CIN05870 | 005825P001-1467A-051<br>CIN05875 | 005828P001-1467A-051<br>CIN05878 |
| 005829P001-1467A-051<br>CIN05879 | 005832P001-1467A-051<br>CIN05882 | 005833P001-1467A-051<br>CIN05883 | 005835P001-1467A-051<br>CIN05885 |
| 005836P001-1467A-051<br>CIN05886 | 005837P001-1467A-051<br>CIN05887 | 005840P001-1467A-051<br>CIN05890 | 005841P002-1467A-051<br>CIN05891 |
| 005842P001-1467A-051<br>CIN05892 | 005843P001-1467A-051<br>CIN05893 | 005844P001-1467A-051<br>CIN05894 | 005845P001-1467A-051<br>CIN05895 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

005846P002-1467A-051                005847P001-1467A-051                005848P001-1467A-051                005850P001-1467A-051
CIN05896                            CIN05897                            CIN05898                            CIN05900

005851P001-1467A-051                005852P001-1467A-051                005853P002-1467A-051                005855P001-1467A-051
CIN05901                            CIN05902                            CIN05903                            CIN05905

005856P001-1467A-051                005857P003-1467A-051                005858P001-1467A-051                005859P001-1467A-051
CIN05906                            CIN05907                            CIN05908                            CIN05909

005860P001-1467A-051                005862P001-1467A-051                005863P001-1467A-051                005864P001-1467A-051
CIN05910                            CIN05912                            CIN05913                            CIN05914

005866P001-1467A-051                005867P001-1467A-051                005868P001-1467A-051                005870P001-1467A-051
CIN05916                            CIN05917                            CIN05918                            CIN05920

005871P001-1467A-051                005872P001-1467A-051                005873P001-1467A-051                005874P001-1467A-051
CIN05921                            CIN05922                            CIN05923                            CIN05924

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

005876P001-1467A-051
CIN05926

005877P001-1467A-051
CIN05927

005878P001-1467A-051
CIN05928

005879P001-1467A-051
CIN05929

005880P001-1467A-051
CIN05930

005881P001-1467A-051
CIN05931

005882P001-1467A-051
CIN05932

005884P001-1467A-051
CIN05934

005885P001-1467A-051
CIN05935

005886P001-1467A-051
CIN05936

005887P001-1467A-051
CIN05937

005888P001-1467A-051
CIN05938

005889P001-1467A-051
CIN05939

005890P001-1467A-051
CIN05940

005892P001-1467A-051
CIN05942

005894P001-1467A-051
CIN05944

005896P001-1467A-051
CIN05946

005897P001-1467A-051
CIN05947

005898P001-1467A-051
CIN05948

005899P001-1467A-051
CIN05949

005900P001-1467A-051
CIN05950

005901P001-1467A-051
CIN05951

005902P001-1467A-051
CIN05952

005903P001-1467A-051
CIN05953

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

005904P002-1467A-051
CIN05954

005905P001-1467A-051
CIN05955

005906P002-1467A-051
CIN05956

005907P001-1467A-051
CIN05957

005909P001-1467A-051
CIN05959

005910P001-1467A-051
CIN05960

005911P001-1467A-051
CIN05961

005912P001-1467A-051
CIN05962

005914P001-1467A-051
CIN05964

005915P001-1467A-051
CIN05965

005916P001-1467A-051
CIN05966

005917P001-1467A-051
CIN05967

005918P001-1467A-051
CIN05968

005919P001-1467A-051
CIN05969

005920P001-1467A-051
CIN05970

005921P001-1467A-051
CIN05971

005922P001-1467A-051
CIN05972

005924P001-1467A-051
CIN05974

005925P002-1467A-051
CIN05975

005926P001-1467A-051
CIN05976

005927P001-1467A-051
CIN05977

005928P001-1467A-051
CIN05978

005929P001-1467A-051
CIN05979

005931P001-1467A-051
CIN05981

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005932P001-1467A-051<br>CIN05982 | 005936P001-1467A-051<br>CIN05986 | 005937P001-1467A-051<br>CIN05987 | 005938P001-1467A-051<br>CIN05988 |
| 005940P001-1467A-051<br>CIN05990 | 005942P001-1467A-051<br>CIN05992 | 005944P001-1467A-051<br>CIN05994 | 005948P001-1467A-051<br>CIN05998 |
| 005949P001-1467A-051<br>CIN05999 | 005951P001-1467A-051<br>CIN06001 | 005954P001-1467A-051<br>CIN06004 | 005956P001-1467A-051<br>CIN06006 |
| 005957P002-1467A-051<br>CIN06007 | 005958P001-1467A-051<br>CIN06008 | 005959P001-1467A-051<br>CIN06009 | 005960P001-1467A-051<br>CIN06010 |
| 005961P001-1467A-051<br>CIN06011 | 005962P001-1467A-051<br>CIN06012 | 005963P001-1467A-051<br>CIN06013 | 005964P001-1467A-051<br>CIN06014 |
| 005965P001-1467A-051<br>CIN06015 | 005966P001-1467A-051<br>CIN06016 | 005968P001-1467A-051<br>CIN06018 | 005969P001-1467A-051<br>CIN06019 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 005970P001-1467A-051<br>CIN06020 | 005971P001-1467A-051<br>CIN06021 | 005972P001-1467A-051<br>CIN06022 | 005974P001-1467A-051<br>CIN06024 |
| 005976P001-1467A-051<br>CIN06026 | 005977P001-1467A-051<br>CIN06027 | 005978P001-1467A-051<br>CIN06028 | 005979P001-1467A-051<br>CIN06029 |
| 005983P001-1467A-051<br>CIN06033 | 005984P001-1467A-051<br>CIN06034 | 005987P001-1467A-051<br>CIN06037 | 005988P001-1467A-051<br>CIN06038 |
| 005989P001-1467A-051<br>CIN06039 | 005990P001-1467A-051<br>CIN06040 | 005993P001-1467A-051<br>CIN06043 | 005994P001-1467A-051<br>CIN06044 |
| 005996P001-1467A-051<br>CIN06046 | 005997P001-1467A-051<br>CIN06047 | 005998P001-1467A-051<br>CIN06048 | 005999P001-1467A-051<br>CIN06049 |
| 006000P001-1467A-051<br>CIN06050 | 006001P001-1467A-051<br>CIN06051 | 006003P001-1467A-051<br>CIN06053 | 006004P002-1467A-051<br>CIN06054 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006007P001-1467A-051<br>CIN06057 | 006009P001-1467A-051<br>CIN06059 | 006010P001-1467A-051<br>CIN06060 | 006011P001-1467A-051<br>CIN06061 |
| 006012P001-1467A-051<br>CIN06062 | 006013P001-1467A-051<br>CIN06063 | 006014P001-1467A-051<br>CIN06064 | 006016P001-1467A-051<br>CIN06066 |
| 006018P001-1467A-051<br>CIN06068 | 006020P001-1467A-051<br>CIN06070 | 006021P001-1467A-051<br>CIN06071 | 006022P001-1467A-051<br>CIN06072 |
| 006023P001-1467A-051<br>CIN06073 | 006024P001-1467A-051<br>CIN06074 | 006025P001-1467A-051<br>CIN06075 | 006027P001-1467A-051<br>CIN06077 |
| 006028P001-1467A-051<br>CIN06078 | 006029P001-1467A-051<br>CIN06079 | 006030P002-1467A-051<br>CIN06080 | 006030P002-1467A-051<br>CIN06080 |
| 006031P002-1467A-051<br>CIN06081 | 006032P002-1467A-051<br>CIN06082 | 006034P001-1467A-051<br>CIN06084 | 006036P001-1467A-051<br>CIN06086 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006037P001-1467A-051<br>CIN06087 | 006040P001-1467A-051<br>CIN06090 | 006041P001-1467A-051<br>CIN06091 | 006042P001-1467A-051<br>CIN06092 |
| 006043P001-1467A-051<br>CIN06093 | 006044P001-1467A-051<br>CIN06094 | 006045P001-1467A-051<br>CIN06095 | 006046P001-1467A-051<br>CIN06096 |
| 006047P001-1467A-051<br>CIN06097 | 006048P001-1467A-051<br>CIN06098 | 006050P001-1467A-051<br>CIN06100 | 006051P001-1467A-051<br>CIN06101 |
| 006052P001-1467A-051<br>CIN06102 | 006053P001-1467A-051<br>CIN06103 | 006054P001-1467A-051<br>CIN06104 | 006055P001-1467A-051<br>CIN06105 |
| 006056P001-1467A-051<br>CIN06106 | 006057P001-1467A-051<br>CIN06107 | 006059P001-1467A-051<br>CIN06109 | 006060P001-1467A-051<br>CIN06110 |
| 006061P001-1467A-051<br>CIN06111 | 006063P001-1467A-051<br>CIN06113 | 006064P001-1467A-051<br>CIN06114 | 006065P001-1467A-051<br>CIN06115 |

Case 20-12836-JTD    Doc 491    Filed 02/09/21    Page 393 of 466

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 180 of 184                                                          02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006066P001-1467A-051<br>CIN06116 | 006068P001-1467A-051<br>CIN06118 | 006069P001-1467A-051<br>CIN06119 | 006071P001-1467A-051<br>CIN06121 |
| 006072P001-1467A-051<br>CIN06122 | 006076P001-1467A-051<br>CIN06126 | 006078P001-1467A-051<br>CIN06128 | 006079P001-1467A-051<br>CIN06129 |
| 006080P001-1467A-051<br>CIN06130 | 006082P001-1467A-051<br>CIN06132 | 006083P001-1467A-051<br>CIN06133 | 006084P001-1467A-051<br>CIN06134 |
| 006088P001-1467A-051<br>CIN06138 | 006091P001-1467A-051<br>CIN06141 | 006093P001-1467A-051<br>CIN06143 | 006094P001-1467A-051<br>CIN06144 |
| 006095P001-1467A-051<br>CIN06145 | 006098P001-1467A-051<br>CIN06148 | 006099P001-1467A-051<br>CIN06149 | 006103P001-1467A-051<br>CIN06153 |
| 006104P001-1467A-051<br>CIN06154 | 006107P001-1467A-051<br>CIN06157 | 006108P001-1467A-051<br>CIN06158 | 006109P001-1467A-051<br>CIN06159 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006110P001-1467A-051<br>CIN06160 | 006111P001-1467A-051<br>CIN06161 | 006112P001-1467A-051<br>CIN06162 | 006113P001-1467A-051<br>CIN06163 |
| 006115P002-1467A-051<br>CIN06165 | 006116P001-1467A-051<br>CIN06166 | 006118P001-1467A-051<br>CIN06168 | 006119P001-1467A-051<br>CIN06169 |
| 006120P001-1467A-051<br>CIN06170 | 006122P001-1467A-051<br>CIN06172 | 006123P001-1467A-051<br>CIN06173 | 006127P001-1467A-051<br>CIN06177 |
| 006128P001-1467A-051<br>CIN06178 | 006129P001-1467A-051<br>CIN06179 | 006131P002-1467A-051<br>CIN06181 | 006132P001-1467A-051<br>CIN06182 |
| 006134P001-1467A-051<br>CIN06184 | 006135P001-1467A-051<br>CIN06185 | 006137P002-1467A-051<br>CIN06187 | 006138P001-1467A-051<br>CIN06188 |
| 006140P001-1467A-051<br>CIN06190 | 006141P001-1467A-051<br>CIN06191 | 006142P001-1467A-051<br>CIN06192 | 006144P001-1467A-051<br>CIN06194 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006145P001-1467A-051<br>CIN06195 | 006146P001-1467A-051<br>CIN06196 | 006148P001-1467A-051<br>CIN06198 | 006150P001-1467A-051<br>CIN06200 |
| 006151P001-1467A-051<br>CIN06201 | 006153P001-1467A-051<br>CIN06203 | 006154P001-1467A-051<br>CIN06204 | 006155P001-1467A-051<br>CIN06205 |
| 006156P001-1467A-051<br>CIN06206 | 006157P002-1467A-051<br>CIN06207 | 006158P001-1467A-051<br>CIN06208 | 006159P001-1467A-051<br>CIN06209 |
| 006160P001-1467A-051<br>CIN06210 | 006161P001-1467A-051<br>CIN06211 | 006162P001-1467A-051<br>CIN06212 | 006165P001-1467A-051<br>CIN06215 |
| 006167P002-1467A-051<br>CIN06217 | 006169P001-1467A-051<br>CIN06219 | 006171P001-1467A-051<br>CIN06221 | 006174P001-1467A-051<br>CIN06224 |
| 006176P001-1467A-051<br>CIN06226 | 006177P001-1467A-051<br>CIN06227 | 006178P001-1467A-051<br>CIN06228 | 006180P001-1467A-051<br>CIN06230 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006181P001-1467A-051<br>CIN06231 | 006183P001-1467A-051<br>CIN06233 | 000017P001-1467A-051<br>CIN06234 | 006185P001-1467A-051<br>CIN06236 |
| 006186P001-1467A-051<br>CIN06237 | 006187P001-1467A-051<br>CIN06238 | 006189P001-1467A-051<br>CIN06240 | 006190P001-1467A-051<br>CIN06241 |
| 006192P001-1467A-051<br>CIN06243 | 006193P001-1467A-051<br>CIN06244 | 006194P001-1467A-051<br>CIN06245 | 006195P001-1467A-051<br>CIN06246 |
| 006196P001-1467A-051<br>CIN06247 | 006198P001-1467A-051<br>CIN06249 | 006199P001-1467A-051<br>CIN06250 | 006200P001-1467A-051<br>CIN06251 |
| 006201P001-1467A-051<br>CIN06252 | 006202P001-1467A-051<br>CIN06253 | 006203P001-1467A-051<br>CIN06254 | 006204P001-1467A-051<br>CIN06255 |
| 006205P001-1467A-051<br>CIN06256 | 006209P001-1467A-051<br>CIN06260 | 006211P001-1467A-051<br>CIN06262 | 006212P001-1467A-051<br>CIN06263 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/02/2021 04:08:24 PM

| | | | |
|---|---|---|---|
| 006214P001-1467A-051<br>CIN06265 | 006215P001-1467A-051<br>CIN06266 | 006216P001-1467A-051<br>CIN06267 | 006217P001-1467A-051<br>CIN06268 |
| 006218P001-1467A-051<br>CIN06269 | 006219P001-1467A-051<br>CIN06270 | 006221P001-1467A-051<br>CIN06272 | 006222P001-1467A-051<br>CIN06273 |
| 006225P001-1467A-051<br>CIN06276 | 006226P002-1467A-051<br>CIN06277 | 006227P001-1467A-051<br>CIN06278 | 006228P001-1467A-051<br>CIN06279 |
| 006908P001-1467A-051<br>CIN06282 | 007004P002-1467A-051<br>CIN06286 | 006870P001-1467A-051<br>CIN06288 | 006975P001-1467A-051<br>CIN06289 |
| 006911P001-1467A-051<br>CIN06290 | 007068P002-1467A-051<br>CIN06601 | 007094P001-1467A-051<br>CIN06604 | |

Records Printed :   **4391**

EXHIBIT L

# Cred Inc., et al.
## Exhibit Pages

007012P001-1467A-051
ADOBE INC
345 PK AVE
SAN JOSE CA 95110-2704

006758P001-1467A-051
AMAZON WEB SVC
410 TERRY AVE NORTH
SEATTLE WA 98109

000013P001-1467S-051
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

007013P001-1467A-051
ATLASSIAN
HERBERT SMITH FREEHILLS LLP
EXCHANGE HOUSE
PRIMROSE ST
LONDON  EC2A 2EG
UNITED KINGDOM

007014P001-1467A-051
AUTOPILOTHQ INC
149 NEW MONTGOMERY ST
SAN FRANCISCO CA 94105-3739

006269P001-1467A-051
AX MOMENTUM LP
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

000142P002-1467A-051
CIN00130

000616P002-1467A-051
CIN00612

001070P002-1467A-051
CIN01067

001203P003-1467A-051
CIN01199

001654P002-1467A-051
CIN01654

002626P002-1467A-051
CIN02632

002667P002-1467A-051
CIN02673

002863P002-1467A-051
CIN02873

003005P002-1467A-051
CIN03015

003057P002-1467A-051
CIN03067

003513P002-1467A-051
CIN03529

004169P002-1467A-051
CIN04194

005524P002-1467A-051
CIN05565

005696P002-1467A-051
CIN05744

007091P001-1467A-051
CLOUDFARE
101 TOWNSEND ST
SAN FRANCISCO CA 94107

006416P002-1467A-051
COINSTATS INC
2035 SUNSET LAKE RD #B2
NEWARK DE 19702

000036P001-1467S-051
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS

000014P001-1467S-051
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

000008P001-1467S-051
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801

000004P001-1467S-051
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

000006P001-1467S-051
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-051
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

**Cred Inc., et al.**
**Exhibit Pages**

006421P001-1467A-051
DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

007017P001-1467A-051
DNH GODADDYCOM
14455 N HAYDEN RD STE 226
SCOTTSDALE AZ 85260-6947

007018P001-1467A-051
DOCKER INC
318 CAMBRIDGE AVE
PALO ALTO CA 94306

007019P001-1467A-051
DOCSEND
351 CALIFORNIA ST
SAN FRANCISCO CA 94104

007020P001-1467A-051
DOCUSIGN
221 MAIN ST STE 1550
SAN FRANCISCO CA 94105

006438P002-1467A-051
EQUITIES FIRST HOLDINGS
JULIE LAPOINT
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

007021P001-1467A-051
EXPENSIFY
88 KEARNEY ST
SAN FRANCISCO CA 94104

006271P001-1467A-051
FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006427P002-1467A-051
FIREBLOCKS
500 7TH AVE 14TH FLOOR
NEW YORK NY 10018

000009P001-1467S-051
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

006266P001-1467A-051
GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

006420P002-1467A-051
GETTY/IO INC KLEVER
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

007023P001-1467A-051
GITHUB
88 COLIN P KELLY JR ST
SAN FRANCISCO CA 94107

007024P001-1467A-051
GLOBAL RELAY USA INC
286 MADISON AVE 7TH FLOOR
NEW YORK NY 10017

007025P001-1467A-051
GOOGLE
1600 AMPHITHEATER PKWY
MOUNTAIN VIEW CA 94043

006418P001-1467A-051
HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

007092P001-1467A-051
HUBSPOT
1 HARBOUR PL STE 275
PORTSMOUTH NH 03801

007027P001-1467A-051
INFURA
CONSENSYS
49 BOGART ST
BROOKLYN NY 11206

006434P001-1467A-051
INNREG LLC
1101 BRICKELL AVE
SOUTH TOWER
MIAMI FL 33131

007028P001-1467A-051
INTERCOM.IO
55 2ND ST 4TH FLOOR
SAN FRANCISCO CA 94105

000001P001-1467S-051
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-051
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

007029P001-1467A-051
INVISION SOFTWARE
110 LAKE AVE SOUTH
STE 35
NESCONSET NY 11767

007030P001-1467A-051
JAMF SOFTWARE LLC
100 WASHINGTON AVE S
STE 1100
MINNEAPOLIS MN 55401

007031P001-1467A-051
JETBRAINS AMERICAS INC
989 EAST HILLSDALE BLVD STE 200
FOSTER CITY CA 94404

000044P001-1467S-051
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901

006466P001-1467A-051
JUMIO CORP
395 PAGE MILL RD
STE 150
PALO ALTO CA 94306-2067

006412P001-1467A-051
LITECOIN FOUNDATION LIMITED
111 NORTH BRIDGE RD #08-19
PENINSUAL PLZ
SINGAPORE  179098
SINGAPORE

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006753P001-1467A-051<br>LOCKTON INSURANCE BROKERS LLC<br>3 EMBARCADERO CTR 6TH FLOOR<br>SAN FRANCISCO CA 94111 | 007032P001-1467A-051<br>LOGMEIN LASTPASS<br>320 SUMMER ST<br>BOSTON MA 02210 | 007033P001-1467A-051<br>LUCIDCHARTCOM<br>10355 S JORDAN GTWY STE 150<br>SOUTH JORDAN UT 84095 | 000010P001-1467S-051<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 007034P001-1467A-051<br>MICROSOFT<br>ONE MICROSOFT WAY<br>REDMOND WA 98052-7329 | 000025P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000034P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000040P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000045P002-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000049P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000050P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

000003P001-1467S-051
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801

006897P002-1467A-051
ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD SHORES CA 94065

007087P001-1467A-051
PILOTO 151 LLC
151 CALLE SAN FRANCISCO
STE 200
SAN JUAN PR 00901

007035P001-1467A-051
POSTMAN
309 VENKATESH COMPLEX 2ND FLOOR
100 FEET RD INDIRANAGAR
BANGALORE KARNATAKA  560038
INDIA

007036P001-1467A-051
POYNT CO
4151 MIDDLEFIELD RD FL 2
PALO ALTO CA 94303

006273P001-1467A-051
RELIZ LTD
BLOCKFILLS
12 OFFICE 1 TREJQET HUGGIEGA
TRIQ VICTOR SCERRI
NAXXAR
MALTA

007038P001-1467A-051
SECURITY PUBLIC STORAGE
110 EAST 25TH AVE
SAN MATEO CA 94403

007039P001-1467A-051
SENDGRID
929 PEARL ST
BOULDER CO 80302

007040P001-1467A-051
SENDSAFELYCOM
1460 BROADWAY FOURTH FLOOR
NEW YORK NY 10036

007041P001-1467A-051
SENTRY
132 HAWTHORNE ST
SAN FRANCISCO CA 94107

006265P001-1467A-051
SEQUOIA ONE
22 4TH ST
3RD FLOOR
SAN FRANCISCO CA 94103

007042P001-1467A-051
SKETCH
FLIGHT FORUM 40 BEGANE GROND
5657 DB EINDHOVEN
NETHERLANDS

007043P001-1467A-051
SLACK
500 HOWARD ST
SAN FRANCISCO CA 94105

000012P001-1467S-051
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

007093P001-1467A-051
SOPHOS
THE PENTAGON ABINGDON SCIENCE PK
ABINGDON OXFORDSHIRE  OX14 3Y
UNITED KINGDOM

006736P001-1467A-051
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

006413P001-1467A-051
TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

007047P001-1467A-051
TWILIO INC
101 SPEAR ST FL 1
SAN FRANCISCO CA 94105-1580

000052P001-1467S-051
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

000005P001-1467S-051
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

000011P001-1467S-051
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

006419P002-1467A-051
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

007048P001-1467A-051
YOUR REMOTE ASSISTANT
3193 ASHBROOK LN
SAN RAMON CA 94582

007049P001-1467A-051
ZOOM US
55 ALMADEN BLVD 6TH FL
SAN JOSE CA 95113

006443P001-1467A-051
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704

Records Printed :  **109**

EXHIBIT M

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Page**

01/26/2021 02:45:24 PM

| 000024P001-1467S-051 | 000028P002-1467S-051 | 000033P001-1467S-051 | 000037P001-1467S-051 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

Records Printed : **4**

EXHIBIT N

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000102P002-1467A-051<br>CIN00088 | 000363P003-1467A-051<br>CIN00354 | 000391P002-1467A-051<br>CIN00382 | 000474P002-1467A-051<br>CIN00466 |
| 000478P002-1467A-051<br>CIN00470 | 000610P002-1467A-051<br>CIN00606 | 000710P002-1467A-051<br>CIN00707 | 001140P003-1467A-051<br>CIN01136 |
| 001626P004-1467A-051<br>CIN01625 | 002151P002-1467A-051<br>CIN02155 | 002329P002-1467A-051<br>CIN02333 | 002547P002-1467A-051<br>CIN02553 |
| 002552P002-1467A-051<br>CIN02558 | 002779P002-1467A-051<br>CIN02786 | 003090P002-1467A-051<br>CIN03101 | 006876P002-1467A-051<br>CIN03132 |
| 003136P003-1467A-051<br>CIN03148 | 003432P002-1467A-051<br>CIN03448 | 003446P003-1467A-051<br>CIN03462 | 003491P003-1467A-051<br>CIN03507 |
| 003611P003-1467A-051<br>CIN03627 | 003648P002-1467A-051<br>CIN03664 | 003847P002-1467A-051<br>CIN03865 | 004663P002-1467A-051<br>CIN04689 |
| 004683P002-1467A-051<br>CIN04708 | 004960P002-1467A-051<br>CIN04990 | 004972P002-1467A-051<br>CIN05002 | 005269P002-1467A-051<br>CIN05304 |

**Cred Inc., et al.**
**Exhibit Pages**

005277P002-1467A-051
CIN05314

005693P002-1467A-051
CIN05741

006004P002-1467A-051
CIN06054

006030P002-1467A-051
CIN06080

006771P002-1467A-051
USER CENTERED EXPERIENCES LLC
DEB VOISIN
95 MOUNTAIN SPRINGS DR
SANTA CRUZ CA 95060

Records Printed :   **33**

EXHIBIT O

# Cred Inc., et al.
# Exhibit Pages

| | | | |
|---|---|---|---|
| 006270P001-1467A-051<br>100 ACRE CRED OPPORTUNITIES FUND LTD<br>650 CALIFORNIA ST<br>STE 05-128<br>SAN FRANCISCO CA 94108 | 006461P001-1467A-051<br>10CLOUDS<br>LUKASZ GORCZYNSKI<br>BILLING SPECIALIST<br>UL PRZESKOK 2<br>WARSZAWA 00-032<br>POLAND | 007090P001-1467A-051<br>10CLOUDS SP ZOO<br>FINLANDZKA 10 03-903<br>WARSAW<br>POLAND | 006267P003-1467A-051<br>2121 SEC TT LLC<br>SCANLANKEMPERBARD COMPANIES LLC<br>ATTN: ASSET MANAGER, TOWER PLAZA<br>222 SW COLUMBIA ST STE 700<br>PORTLAND OR 97201 |
| 006267S001-1467A-051<br>2121 SEC TT LLC<br>SCHWABE WILLIAMSON & WYATT, P.C.<br>JOHN GUINASSO<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE, STE 1700<br>PORTLAND OR 97204 | 006267S002-1467A-051<br>2121 SEC TT LLC<br>TOWER PLAZA TOWER<br>LINCOLN PROPERTY COMPANY<br>2121 S EL CAMINO REAL<br>BLDG D SUITE 200<br>SAN MATEO CA 94403 | 006469P001-1467A-051<br>2655316 ONTARIO INC<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA | 006422P001-1467A-051<br>6C MARKETING<br>VAT NUMBER: 30-71584936-0<br>LIBERTAD 443 - 6C<br>BUENOS AIRES  1012<br>ARGENTINA |
| 007060P001-1467A-051<br>AARON M HEPP<br>5609 AXBRIDGE RD<br>LOUISVILLE KY 40216 | 006360P001-1467A-051<br>ABHISHEK GARG<br>ADDRESS INTENTIONALLY OMITTED | 006446P001-1467A-051<br>ABM INDUSTRY GROUPS<br>KATHRINE MORITZ<br>ASSISTANT PROPERTY MANAGER<br>15301 VENTURA BLVD<br>STE 360<br>SHERMAN OAKS CA 91403 | 007011P001-1467A-051<br>ACCUSOURCE INC<br>1181 CALIFORNIA AVE STE 240<br>CORONA CA 92881-7298 |
| 006367P001-1467A-051<br>ADNAN KHAKOO<br>ADDRESS INTENTIONALLY OMITTED | 006277P002-1467A-051<br>AHP 1<br>A SERIES OF AHP INVESTMENT LP<br>BELLTOWER FUND GROUP<br>PO BOX 3217<br>SEATTLE WA 98114 | 007010P002-1467A-051<br>AHP I<br>A SERIES OF AHP INVESTMENTS LP<br>PO BOX 3217<br>SEATTLE WA 98114 | 006414P001-1467A-051<br>AIRBITZ DBA EDGE<br>311 4TH AVE #413<br>SAN DIEGO CA 92101 |
| 006658P001-1467A-051<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 006491P001-1467A-051<br>ALABAMA DEPT OF REVENUE<br>50 NORTH RIPLEY ST<br>MONTGOMERY AL 36132 | 006659P001-1467A-051<br>ALASKA ATTORNEY GENERAL<br>KEVIN G CLARKSON<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994 | 006492P001-1467A-051<br>ALASKA/JUNEAU COMMISSIONER'S OFFICE<br>PO BOX 110400<br>JUNEAU AK 99811-0400 |
| 006387P001-1467A-051<br>ALEXANDER ZAVODNIK<br>ADDRESS INTENTIONALLY OMITTED | 006460P001-1467A-051<br>AMBER TECHNOLOGIES LIMITED<br>TIANTIAN KULLANDER<br>WICKHAMS CAY II<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 006374P001-1467A-051<br>AMIT MOTGI<br>ADDRESS INTENTIONALLY OMITTED | 006782P001-1467A-051<br>ANGELROCK<br>CHRIS SPADAFORA<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA |
| 006480P001-1467A-051<br>ANTHEM INC<br>220 VIRGINIA AVE<br>INDIANAPOLIS IN 46204 | 006764P001-1467A-051<br>ANVIL ADVISOR<br>55 BROADWAY 4TH FLOOR<br>NEW YORK NY 10006 | 006283P001-1467A-051<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 | 006468P001-1467A-051<br>ARENDT<br>41A AVE JF KENNEDY<br>LUXEMBOURG  L-2082<br>LUXEMBOURG |

**Cred Inc., et al.**
**Exhibit Pages**

01/26/2021 03:19:20 PM

006660P001-1467A-051
ARIZONA ATTORNEY GENERAL
MARK BRNOVICH
1275 WEST WASHINGTON ST
PHOENIX AZ 85007

006493P001-1467A-051
ARIZONA DEPT OF REVENUE
1600 W MONROE ST
PHOENIX AZ 85007

006661P001-1467A-051
ARKANSAS ATTORNEY GENERAL
LESLIE RUTLEDGE
323 CENTER ST
STE 200
LITTLE ROCK AR 72201-2610

006401P001-1467A-051
ARKANSAS DEPT OF FINANCE AND ADMIN
1509 W 7TH ST
LITTLE ROCK AR 72201

006494P001-1467A-051
ARKANSAS DEPT OF FINANCE AND ADMINISTRATION
700 W CAPITOL
LITTLE ROCK AR 72201

006400P001-1467A-051
ARKANSAS SECRETARY OF STATE
STATE CAPITOL SUITE 256
500 WOODLANE STREET
LITTLE ROCK AR 72201

006785P001-1467A-051
ARKONIS CAPITAL LTD
8 DUNCANNON ST
STE 218
LONDON  WC2N 4JF
UNITED KINGDOM

006467P001-1467A-051
ARMANINO LLP
DIANA NAMAULEG
BILLING ADMINISTRATOR
50 W SAN FERNANDO ST
STE 600
SAN JOSE CA 95113-2433

006891P001-1467A-051
ARRINGTON CAPITAL MANAGEMENT
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006891S001-1467A-051
ARRINGTON CAPITAL MANAGEMENT
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006891S002-1467A-051
ARRINGTON CAPITAL MANAGEMENT
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006890P001-1467A-051
ARRINGTON XRP APITAL CAYMAN SPV LTD
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006890S001-1467A-051
ARRINGTON XRP APITAL CAYMAN SPV LTD
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006890S002-1467A-051
ARRINGTON XRP APITAL CAYMAN SPV LTD
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006459P001-1467A-051
ASCALEX
2445 AUGUSTINE DR STE 150
SANTA CLARA CA 95054

007103P001-1467A-051
AXIS INSURANCE
CLAIMS DEPT
ADDRESS INTENTIONALLY OMITTED

006391P001-1467A-051
AXIS INSURANCE CO
11680 GREAT OAKS WAY
STE 500
ALPHARETTA GA 30022

006285P001-1467A-051
BANK OF AMERICA NA
555 CALIFORNIA ST 6TH FLOOR
SAN FRANCISCO CA 94104

006285S001-1467A-051
BANK OF AMERICA NA
HAYNES & BOONE, LLP
ATTN: ANNIE CHEN
2323 VICTORY AVE., SUITE 700
DALLAS TX 75219

006726P001-1467A-051
BAY AREA WINDOW DRESSING
10 MOUNDS RD # 3C
SAN MATEO CA 94402

006433P001-1467A-051
BERKE
KIRSTEN STEELE
2970 PEACHTREE RD NW
STE 300
ATLANTA GA 30305

006358P001-1467A-051
BETHANY DE LUDE
ADDRESS INTENTIONALLY OMITTED

006458P001-1467A-051
BETTERSOURCE
33 NORTH FIRST ST
STE C2
CAMPBELL CA 95008

006409P001-1467A-051
BITANGELS
1250 AVENIDA JUAN PONCE DE LEON
THIRD FL
SAN JUAN PR 00907

006441P001-1467A-051
BITGO
6216 S PINNACLE PL
STE 101
SIOUX FALLS SD 57108

006411P001-1467A-051
BITPIE LIMITED
SECOND FL CAPITAL CITY INDEPENDENCE AVE
PO BOX 1008
VICTORIA, MAHE
SEYCHELLES

006781P001-1467A-051
BITTEMPLE
THREE EMBARCADERO CTR STE P5
SAN FRANCISCO CA 94111

006769P001-1467A-051
BITTREX INTERNATIONAL GMBH
800 5TH AVE
SEATTLE WA 98104

# Cred Inc., et al.
## Exhibit Pages

006430P001-1467A-051
BLACKLANE
FEURIGSTR 59
BERLIN  10827
GERMANY

006892P001-1467A-051
BLOCKCHAIN AT BERKELEY
110 SPROUL HALL #5800
BERKELEY CA 94720

006272P001-1467A-051
BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

006457P001-1467A-051
BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

006278P001-1467A-051
BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

006442P001-1467A-051
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

007015P001-1467A-051
BROOK FURNITURE RENTAL
100 N FIELD DR STE 220
LAKE FOREST IL 60045

007061P001-1467A-051
BRYAN STEPHEN BOTBIJL
4580 HALLAM RD
ARMSTRONG BC V0E 1B4
CANADA

007076P001-1467A-051
BUCHANAN INGERSOLL AND ROONEY PC
MARK PFEIFER
50 S 16TH STREET SUITE 3200
PHILADELPHIA PA 19102-2555

006901P001-1467A-051
BUSINESS WIRE INC
101 CALIFORNIA ST
20TH FLOOR
SAN FRANCISCO CA 94111

007016P001-1467A-051
CALENDLY LLC
271 17TH ST NW STE 1000
ATLANTA GA 30363-6201

006662P001-1467A-051
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

006479P001-1467A-051
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

006495P001-1467A-051
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

006549P001-1467A-051
CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

006496P001-1467A-051
CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

006757P001-1467A-051
CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

007062P001-1467A-051
CAROLINA BASSI
GUEMES 5656
SAN MIGUEL BUENOS AIRES  1663
ARGENTINA

006739P001-1467A-051
CATHERINE A SEEMANN
ADDRESS INTENTIONALLY OMITTED

006777P001-1467A-051
CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

006745P001-1467A-051
CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

006342P002-1467A-051
CIN00021

006940P001-1467A-051
CIN00046

006715P003-1467A-051
CIN00052

006942P001-1467A-051
CIN00056

006797P002-1467A-051
CIN00072

006855P004-1467A-051
CIN00184

006912P001-1467A-051
CIN00191

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006714P003-1467A-051<br>CIN00241 | 006343P001-1467A-051<br>CIN00247 | 006349P001-1467A-051<br>CIN00284 | 006872P003-1467A-051<br>CIN00321 |
| 006904P004-1467A-051<br>CIN00354 | 006808P002-1467A-051<br>CIN00393 | 006642P003-1467A-051<br>CIN00399 | 006992P002-1467A-051<br>CIN00427 |
| 006811P001-1467A-051<br>CIN00450 | 006230P002-1467A-051<br>CIN00454 | 006651P003-1467A-051<br>CIN00455 | 006946P001-1467A-051<br>CIN00466 |
| 006849P001-1467A-051<br>CIN00521 | 006724P002-1467A-051<br>CIN00597 | 006790P002-1467A-051<br>CIN00610 | 006807P002-1467A-051<br>CIN00611 |
| 006856P004-1467A-051<br>CIN00613 | 006907P001-1467A-051<br>CIN00625 | 006909P001-1467A-051<br>CIN00626 | 006723P002-1467A-051<br>CIN00652 |
| 006798P002-1467A-051<br>CIN00663 | 006815P001-1467A-051<br>CIN00783 | 006985P002-1467A-051<br>CIN00784 | 006653P004-1467A-051<br>CIN00792 |
| 006990P002-1467A-051<br>CIN00798 | 006982P002-1467A-051<br>CIN00844 | 006830P001-1467A-051<br>CIN00909 | 006859P003-1467A-051<br>CIN01053 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006845P001-1467A-051<br>CIN01066 | 006927P001-1467A-051<br>CIN01099 | 006817P001-1467A-051<br>CIN01101 | 006844P001-1467A-051<br>CIN01103 |
| 006963P002-1467A-051<br>CIN01121 | 006951P001-1467A-051<br>CIN01127 | 006941P001-1467A-051<br>CIN01135 | 006713P002-1467A-051<br>CIN01140 |
| 006979P002-1467A-051<br>CIN01145 | 006875P001-1467A-051<br>CIN01146 | 006805P001-1467A-051<br>CIN01166 | 006921P001-1467A-051<br>CIN01196 |
| 006711P001-1467A-051<br>CIN01249 | 006969P001-1467A-051<br>CIN01251 | 006832P001-1467A-051<br>CIN01277 | 006645P003-1467A-051<br>CIN01284 |
| 006824P001-1467A-051<br>CIN01315 | 001330P002-1467A-051<br>CIN01326 | 006846P001-1467A-051<br>CIN01327 | 006965P001-1467A-051<br>CIN01332 |
| 006917P001-1467A-051<br>CIN01363 | 006923P001-1467A-051<br>CIN01389 | 007005P002-1467A-051<br>CIN01460 | 006656P004-1467A-051<br>CIN01472 |
| 006865P003-1467A-051<br>CIN01498 | 006989P002-1467A-051<br>CIN01499 | 006834P001-1467A-051<br>CIN01516 | 006919P003-1467A-051<br>CIN01528 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006864P003-1467A-051<br>CIN01544 | 006630P003-1467A-051<br>CIN01578 | 006788P002-1467A-051<br>CIN01585 | 006638P004-1467A-051<br>CIN01597 |
| 006843P003-1467A-051<br>CIN01606 | 006644P003-1467A-051<br>CIN01612 | 007064P003-1467A-051<br>CIN01625 | 006631P003-1467A-051<br>CIN01657 |
| 006860P004-1467A-051<br>CIN01683 | 006948P001-1467A-051<br>CIN01690 | 006976P002-1467A-051<br>CIN01713 | 006652P003-1467A-051<br>CIN01730 |
| 006884P001-1467A-051<br>CIN01747 | 006647P003-1467A-051<br>CIN01789 | 006932P002-1467A-051<br>CIN01801 | 006857P003-1467A-051<br>CIN01846 |
| 006944P002-1467A-051<br>CIN01942 | 006943P001-1467A-051<br>CIN02004 | 006915P001-1467A-051<br>CIN02096 | 006640P004-1467A-051<br>CIN02114 |
| 006905P001-1467A-051<br>CIN02157 | 006931P001-1467A-051<br>CIN02177 | 006910P001-1467A-051<br>CIN02197 | 007008P002-1467A-051<br>CIN02243 |
| 006789P003-1467A-051<br>CIN02254 | 006720P002-1467A-051<br>CIN02312 | 006959P002-1467A-051<br>CIN02419 | 006974P001-1467A-051<br>CIN02434 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006987P002-1467A-051<br>CIN02440 | 006799P003-1467A-051<br>CIN02444 | 006816P001-1467A-051<br>CIN02494 | 006643P003-1467A-051<br>CIN02512 |
| 006717P002-1467A-051<br>CIN02513 | 006922P001-1467A-051<br>CIN02536 | 006637P003-1467A-051<br>CIN02538 | 006826P001-1467A-051<br>CIN02547 |
| 006847P001-1467A-051<br>CIN02553 | 006977P002-1467A-051<br>CIN02583 | 006828P003-1467A-051<br>CIN02597 | 006809P002-1467A-051<br>CIN02660 |
| 006793P003-1467A-051<br>CIN02674 | 006238P002-1467A-051<br>CIN02685 | 006879P001-1467A-051<br>CIN02710 | 006851P001-1467A-051<br>CIN02712 |
| 006874P001-1467A-051<br>CIN02733 | 006833P003-1467A-051<br>CIN02786 | 002792P002-1467A-051<br>CIN02799 | 006939P001-1467A-051<br>CIN02884 |
| 006634P003-1467A-051<br>CIN02996 | 006853P001-1467A-051<br>CIN03045 | 006953P001-1467A-051<br>CIN03062 | 006812P001-1467A-051<br>CIN03120 |
| 003120P002-1467A-051<br>CIN03132 | 006955P001-1467A-051<br>CIN03135 | 003124P002-1467A-051<br>CIN03136 | 006803P001-1467A-051<br>CIN03148 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006810P001-1467A-051<br>CIN03169 | 006960P001-1467A-051<br>CIN03175 | 003217P002-1467A-051<br>CIN03231 | 006906P001-1467A-051<br>CIN03247 |
| 006938P001-1467A-051<br>CIN03296 | 006885P001-1467A-051<br>CIN03302 | 006928P001-1467A-051<br>CIN03321 | 003320P002-1467A-051<br>CIN03335 |
| 006871P002-1467A-051<br>CIN03370 | 007054P002-1467A-051<br>CIN03448 | 007007P002-1467A-051<br>CIN03458 | 006628P004-1467A-051<br>CIN03462 |
| 006840P001-1467A-051<br>CIN03467 | 006929P001-1467A-051<br>CIN03571 | 007065P003-1467A-051<br>CIN03573 | 006654P004-1467A-051<br>CIN03595 |
| 006854P001-1467A-051<br>CIN03601 | 007066P003-1467A-051<br>CIN03604 | 006954P001-1467A-051<br>CIN03619 | 006636P003-1467A-051<br>CIN03623 |
| 006827P001-1467A-051<br>CIN03660 | 006725P002-1467A-051<br>CIN03663 | 006791P003-1467A-051<br>CIN03664 | 006973P001-1467A-051<br>CIN03765 |
| 006958P002-1467A-051<br>CIN03801 | 003839P002-1467A-051<br>CIN03857 | 006916P001-1467A-051<br>CIN03861 | 006838P001-1467A-051<br>CIN03865 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006950P001-1467A-051<br>CIN03876 | 006244P002-1467A-051<br>CIN03909 | 006344P001-1467A-051<br>CIN03910 | 006867P003-1467A-051<br>CIN03911 |
| 006804P001-1467A-051<br>CIN03913 | 006957P003-1467A-051<br>CIN03918 | 006794P002-1467A-051<br>CIN03944 | 006858P003-1467A-051<br>CIN03972 |
| 006947P001-1467A-051<br>CIN03979 | 006877P001-1467A-051<br>CIN04007 | 006841P001-1467A-051<br>CIN04036 | 006829P001-1467A-051<br>CIN04190 |
| 006984P003-1467A-051<br>CIN04239 | 006882P002-1467A-051<br>CIN04281 | 006868P003-1467A-051<br>CIN04311 | 006878P001-1467A-051<br>CIN04314 |
| 006924P001-1467A-051<br>CIN04330 | 006925P001-1467A-051<br>CIN04342 | 006376P001-1467A-051<br>CIN04375 | 006902P002-1467A-051<br>CIN04393 |
| 006949P002-1467A-051<br>CIN04519 | 006863P003-1467A-051<br>CIN04631 | 006869P001-1467A-051<br>CIN04640 | 006986P002-1467A-051<br>CIN04689 |
| 006806P001-1467A-051<br>CIN04708 | 006956P003-1467A-051<br>CIN04717 | 006966P002-1467A-051<br>CIN04720 | 004769P003-1467A-051<br>CIN04795 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006920P001-1467A-051<br>CIN04890 | 006635P003-1467A-051<br>CIN04926 | 004919P003-1467A-051<br>CIN04948 | 006712P002-1467A-051<br>CIN04990 |
| 006839P002-1467A-051<br>CIN04995 | 006970P001-1467A-051<br>CIN04998 | 006629P003-1467A-051<br>CIN05002 | 006873P002-1467A-051<br>CIN05069 |
| 005085P002-1467A-051<br>CIN05119 | 006903P001-1467A-051<br>CIN05124 | 006962P001-1467A-051<br>CIN05128 | 006716P002-1467A-051<br>CIN05142 |
| 006649P003-1467A-051<br>CIN05172 | 006801P005-1467A-051<br>CIN05173 | 006633P003-1467A-051<br>CIN05195 | 006972P002-1467A-051<br>CIN05198 |
| 006937P001-1467A-051<br>CIN05214 | 006848P001-1467A-051<br>CIN05244 | 006914P001-1467A-051<br>CIN05247 | 006918P001-1467A-051<br>CIN05250 |
| 006978P002-1467A-051<br>CIN05254 | 006836P001-1467A-051<br>CIN05262 | 006968P001-1467A-051<br>CIN05297 | 006971P001-1467A-051<br>CIN05298 |
| 006820P001-1467A-051<br>CIN05304 | 006657P003-1467A-051<br>CIN05314 | 006835P001-1467A-051<br>CIN05316 | 006821P001-1467A-051<br>CIN05350 |

**Cred Inc., et al.**
**Exhibit Pages**

01/26/2021 03:19:20 PM

| | | | |
|---|---|---|---|
| 006837P002-1467A-051<br>CIN05353 | 006655P003-1467A-051<br>CIN05375 | 006936P003-1467A-051<br>CIN05397 | 006866P003-1467A-051<br>CIN05455 |
| 006881P004-1467A-051<br>CIN05516 | 006639P003-1467A-051<br>CIN05534 | 006880P001-1467A-051<br>CIN05565 | 006646P003-1467A-051<br>CIN05593 |
| 006852P001-1467A-051<br>CIN05595 | 006988P001-1467A-051<br>CIN05596 | 006930P003-1467A-051<br>CIN05634 | 006913P001-1467A-051<br>CIN05708 |
| 006722P002-1467A-051<br>CIN05741 | 006802P002-1467A-051<br>CIN05790 | 006993P002-1467A-051<br>CIN05810 | 006648P004-1467A-051<br>CIN05823 |
| 006650P003-1467A-051<br>CIN05857 | 007078P003-1467A-051<br>CIN05896 | 006886P001-1467A-051<br>CIN06025 | 007006P003-1467A-051<br>CIN06035 |
| 006926P001-1467A-051<br>CIN06054 | 006813P003-1467A-051<br>CIN06055 | 006825P003-1467A-051<br>CIN06056 | 006721P002-1467A-051<br>CIN06124 |
| 006814P001-1467A-051<br>CIN06152 | 006952P001-1467A-051<br>CIN06181 | 006842P001-1467A-051<br>CIN06229 | 006388P001-1467A-051<br>CIN06258 |

**Cred Inc., et al.**
**Exhibit Pages**

007095P002-1467A-051
CIN06297

006424P001-1467A-051
CLAYTON UTZ
LEVEL 15 1 BLIGH ST
SYDNEY NSW  2000
AUSTRALIA

006449P001-1467A-051
CLOUDFLARE
101 TOWNSEND ST
SAN FRANCISCO CA 94107

006750P001-1467A-051
COINDESK INC
250 PK AVE SOUTH 5TH FLOOR
NEW YORK NY 94904

006663P001-1467A-051
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CENTER
1300 BROADWAY 10TH FL
DENVER CO 80203

006497P001-1467A-051
COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

006733P001-1467A-051
COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124

006776P001-1467A-051
COMMERCIAL CLEANING PROS
PO BOX 30411
WALNUT CREEK CA 94598

006498P001-1467A-051
COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE
PO BOX 7010
BOSTON MA 02204

006499P001-1467A-051
COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT ST
ANNAPOLIS MD 21404

006664P001-1467A-051
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

007075P001-1467A-051
CONTRACT WRANGLER INC
922 S CLAREMONT ST
SAN MATEO CA 94402

006289P001-1467A-051
CORP SVC CO
40 TECHNOLOGY PKWY SOUTH
#300
NORCROSS GA 30092

006290P001-1467A-051
CORP SVC CO
1003 BISHOP ST
STE 1600 PAUAHI TOWER
HONOLULU HI 96813

006291P001-1467A-051
CORP SVC CO
12550 W EXPLORER DR
STE 100
BOISE ID 83713

006292P001-1467A-051
CORP SVC CO
135 NORTH PENNSYLVANIA ST
STE 1610
INDIANAPOLIS IN 46204

006293P001-1467A-051
CORP SVC CO
2900 SW WANAMAKER DR
STE 204
TOPEKA KS 66614

006294P001-1467A-051
CORP SVC CO
45 MEMORIAL CIR
AUGUSTA ME 04330

006295P001-1467A-051
CORP SVC CO
2345 RICE ST
STE 230
ROSEVILLE MN 55113

006296P001-1467A-051
CORP SVC CO
26 WEST SIXTH AVE
PO BOX 1691
HELENA MT 59624-1691

006297P001-1467A-051
CORP SVC CO
2626 GLENWOOD AVE
STE 550
RALEIGH NC 27608

006298P001-1467A-051
CORP SVC CO
1709 NORTH 19TH ST
STE 3
BISMARCK ND 58501-2121

006299P001-1467A-051
CORP SVC CO
10 FERRY ST
STE 313
CONCORD NH 03301

006300P001-1467A-051
CORP SVC CO
PRINCETON SOUTH CORPORATE CTR
STE 160 100 CHARLES EWING BLVD
EWING NJ 08628

006301P001-1467A-051
CORP SVC CO
MC-CSC1
726 E MICHIGAN DR STE 101
HOBBS NM 88240-3465

006302P001-1467A-051
CORP SVC CO
112 NORTH CURRY ST
CARSON CITY NV 89703

006303P001-1467A-051
CORP SVC CO
80 STATE ST
ALBANY NY 12207-2543

006304P001-1467A-051
CORP SVC CO
50 WEST BROAD ST
STE 1330
COLUMBUS OH 43215

# Cred Inc., et al.
## Exhibit Pages

006305P001-1467A-051
CORP SVC CO
508 MEETING ST
WEST COLUMBIA SC 29169

006306P001-1467A-051
CORP SVC CO
9360 GLACIER HIGHWAY
STE 202
JUNEAU AK 99801

006307P001-1467A-051
CORP SVC CO
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

006308P001-1467A-051
CORP SVC CO
1900 W LITTLETON BLVD
LITTLETON CO 80120

006309P001-1467A-051
CORP SVC CO
100 PEARL ST
17TH FL MC-CSC1
HARTFORD CT 06103

006310P001-1467A-051
CORP SVC CO
1090 VERMONT AVE NW
WASHINGTON DC 20005

006311P001-1467A-051
CORP SVC CO
1201 HAYS ST
TALLAHASSEE FL 32301

006312P001-1467A-051
CORP SVC CO
505 5TH AVE
STE 729
DES MOINES IA 50309

006313P001-1467A-051
CORP SVC CO
421 WEST MAIN ST
FRANKFORT KY 40601

006314P001-1467A-051
CORP SVC CO
84 STATE ST
BOSTON MA 02109

006315P001-1467A-051
CORP SVC CO
7716 OLD CANTON RD
STE C
MADISON MS 39110

006316P001-1467A-051
CORP SVC CO
10300 GREENBRIAR PL
OKLAHOMA CITY OK 73159-7653

006317P001-1467A-051
CORP SVC CO
1127 BROADWAY ST NE
STE 310
SALEM OR 97301

006318P001-1467A-051
CORP SVC CO
2595 INTERSTATE DR
STE 103
HARRISBURG PA 17110

006319P001-1467A-051
CORP SVC CO
222 JEFFERSON BLVD
STE 200
WARWICK RI 02888

006320P001-1467A-051
CORP SVC CO
503 SOUTH PIERRE ST
PIERRE SD 57501

006321P001-1467A-051
CORP SVC CO
2908 POSTON AVE
NASHVILLE TN 37203

006322P001-1467A-051
CORP SVC CO
15 WEST SOUTH TEMPLE
STE 600
SALT LAKE CITY UT 84101

006323P001-1467A-051
CORP SVC CO
100 SHOCKOE SLIP
2ND FL
RICHMOND VA 23219

006324P001-1467A-051
CORP SVC CO
100 NORTH MAIN ST
STE 2
BARRE VT 05641

006325P001-1467A-051
CORP SVC CO
MC-CSC1
300 DESCHUTES WAY SW STE 208
TUMWATER WA 98501

006326P001-1467A-051
CORP SVC CO
8040 EXCELSIOR DR
STE 400
MADISON WI 53717

006327P001-1467A-051
CORP SVC CO
1821 LOGAN AVE
CHEYENNE WY 82001

006328P001-1467A-051
CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC CO
211 E 7TH ST
STE 620
AUSTIN TX 78701-3218

006329P001-1467A-051
CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC
2710 GTWY OAKS DR
STE 150N
SACRAMENTO CA 95833-3505

006330P001-1467A-051
CORP SVC COMPANY, INC
641 SOUTH LAWRENCE ST
MONTGOMERY AL 36104

006477P001-1467A-051
COUNTY of SAN MATEO TAX COLLECTOR
555 COUNTY CTR
1ST FLOOR
REDWOOD CITY CA 94063

006450P001-1467A-051
COWAN AGENCY
101 CALIFORNIA ST
STE 2710
SAN FRANCISCO CA 94111

**Cred Inc., et al.**
**Exhibit Pages**

006279P001-1467A-051
CR FUND
LPPO BOX 3217
SEATTLE WA 98114

007009P003-1467A-051
CR FUND I
A SERIES OF AHP INVESTMENTS LP
BELLTOWER FUND GROUP
PO BOX 3217
SEATTLE WA 98114

006426P001-1467A-051
CREATIVE SOLUTIONS
CUSTOMER # 900829
1230 CAMPUS DR
MORGANVILLE NJ 07751

006354P001-1467A-051
CRISTIANE ALESSI FERREIRA
ADDRESS INTENTIONALLY OMITTED

006431P001-1467A-051
CRYPSIS
CARLTON E BEASLEY
1410 SPRING HILL RD
STE 300
MCLEAN VA 22102

006462P002-1467A-051
CSC
ACCOUNT NO 81108785579
CO ID:3851984
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

006331P001-1467A-051
CSC-LAWYERS INCORPORATING SVC (COMPANY)
601 ABBOT RD
EAST LANSING MI 48823

006332P001-1467A-051
CSC-LAWYERS INCORPORATING SVC CO
7 ST PAUL ST
STE 820
BALTIMORE MD 21202

006333P001-1467A-051
CSC-LAWYERS INCORPORATING SVC CO
221 BOLIVAR ST
JEFFERSON CITY MO 65101

006334P001-1467A-051
CSC-LAWYERS INCORPORATING SVC CO
233 SOUTH 13TH ST
STE 1900
LINCOLN NE 68508

006778P001-1467A-051
CT CORP
PO BOX 4349
CAROL STREAM IL 60197

006786P001-1467A-051
CYBER QUANTUM PTE LTD
16 RAFFLES QUAY #3303
HONG KONG LEONG BUILDING
SINGAPORE  48581
SINGAPORE

006282P003-1467A-051
DAN SCHATT
CRED INC
ADDRESS INTENTIONALLY OMITTED

006381P001-1467A-051
DAN SCHATT
ADDRESS INTENTIONALLY OMITTED

007099P001-1467A-051
DAN SCHATT
DANIEL M GLASSMAN
CROWELL AND MORING LLP
ADDRESS INTENTIONALLY OMITTED

006363P001-1467A-051
DANIEL HUMMER
ADDRESS INTENTIONALLY OMITTED

006384P001-1467A-051
DANIEL WHEELER
ADDRESS INTENTIONALLY OMITTED

006365P001-1467A-051
DANIYAL INAMULLAH
ADDRESS INTENTIONALLY OMITTED

007098P001-1467A-051
DANIYAL INAMULLAH
MARK M BILLION
BILLION LAW
ADDRESS INTENTIONALLY OMITTED

006780P001-1467A-051
DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

006429P001-1467A-051
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

006887P001-1467A-051
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B. FITZGERALD
600 UNIVERSITY ST
STE 2700
SEATTLE WA 98101

006887S001-1467A-051
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
AI LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006887S002-1467A-051
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888P001-1467A-051
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S001-1467A-051
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S002-1467A-051
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889P001-1467A-051
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

**Cred Inc., et al.**
**Exhibit Pages**

01/26/2021 03:19:20 PM

006889S001-1467A-051
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889S002-1467A-051
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006665P001-1467A-051
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

006359P001-1467A-051
DELON DE METZ
ADDRESS INTENTIONALLY OMITTED

006465P001-1467A-051
DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

006744P001-1467A-051
DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006775P001-1467A-051
DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

006423P001-1467A-051
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

006369P001-1467A-051
DEVON KLINE
ADDRESS INTENTIONALLY OMITTED

006356P001-1467A-051
DHIRAJ BHAT
ADDRESS INTENTIONALLY OMITTED

007052P002-1467A-051
DIEGO XIRINACHS JIMENEZ
RESIDENCIAL VILLA ADOBE
CASA 20B
SAN PABLO HEREDIA  40901
COSTA RICA

006445P001-1467A-051
DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

006500P001-1467A-051
DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

006666P001-1467A-051
DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

006451P001-1467A-051
DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

006746P001-1467A-051
DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

007071P001-1467A-051
DOMAGOJ ZDILAR
ADDRESS INTENTIONALLY OMITTED

006268P001-1467A-051
DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

006447P001-1467A-051
DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

006439P002-1467A-051
ELEMENT TECHNOLOGIES LLC
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

006783P001-1467A-051
ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

006432P001-1467A-051
ELIG
112 BECKWITH AVE
CLAYTON NC 27527

006752P001-1467A-051
EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

007105P001-1467A-051
EUCLID
PAUL T CURLEY
KAUFMAN BORGEEST AND RYAN LLP
ADDRESS INTENTIONALLY OMITTED

006393P001-1467A-051
EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC
234 SPRING LAKE DR
ITASCA IL 60143

006397P001-1467A-051
EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

006756P001-1467A-051
EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

006361P001-1467A-051
FERNANDO GOLDSTEIN
ADDRESS INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Exhibit Pages**

006448P001-1467A-051
FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

007073P001-1467A-051
FIRST LEDGER CORP AKA BITBUY
341110 CUMBERLAND ST
TORONTO ON M5R 35V
CANADA

006550P001-1467A-051
FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

006667P001-1467A-051
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

006615P001-1467A-051
FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

006779P001-1467A-051
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

006473P001-1467A-051
GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

007063P001-1467A-051
GARY IDRIS WOODFINE
35 SALT SPRING DRIVE ROYAL WOOTTON BASSETT
SWINDON WILTSHIRE  SN4 7SD
UNITED KINGDOM

006668P001-1467A-051
GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

006501P001-1467A-051
GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

006471P001-1467A-051
GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

006417P001-1467A-051
GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

006718P001-1467A-051
GRANT LYON
ADDRESS INTENTIONALLY OMITTED

006456P001-1467A-051
GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

006669P001-1467A-051
GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

006546P001-1467A-051
GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

006481P001-1467A-051
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

006362P001-1467A-051
HAN HA
ADDRESS INTENTIONALLY OMITTED

006670P001-1467A-051
HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

006551P001-1467A-051
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

006375P001-1467A-051
HEIDI NG
ADDRESS INTENTIONALLY OMITTED

007774P001-1467A-051
HIREUP LLC
PO BOX 2148
DURANGO CO 81302

006425P001-1467A-051
HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

006893P001-1467A-051
HUMAN CLOUD BUSINESS SOLUTIONS
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045
INDIA

006894P002-1467A-051
HUMANCLOUD TECHNOLOGIES
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA  411045
INDIA

006671P001-1467A-051
IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

006502P001-1467A-051
IDAHO STATE TAX COMMISION
800 E PK BLVD
PLAZA IV
BOISE ID 83712-7742

006672P001-1467A-051
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006335P001-1467A-051<br>ILLINOIS CORP SVC CO<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 | 006503P001-1467A-051<br>ILLINOIS DEPT OF REVENUE<br>JAMES R THOMPSON CENTER  CONCOURSE LEVEL<br>100 WEST RANDOLPH ST<br>CHICAGO IL 60601-3274 | 006454P001-1467A-051<br>ILLUMANT<br>431 FLORENCE ST<br>STE 210<br>PALO ALTO CA 94301 | 006773P001-1467A-051<br>INBOUND JUNCTION BG<br>INBOUNDJUNCTION IL<br>MENAHEM BEGIN 20 3RD FLOOR<br>RAMAT GAN  5270005<br>ISAREL |
| 007026P001-1467A-051<br>INBOUNDJUNCTION<br>MENAHEIM BEGIN 20 3RD FLOOR<br>IL RAMAT GAN 5270005<br>TEL AVIV<br>ISRAEL | 006787P001-1467A-051<br>INCOME OPPORTUNITIES (LUXEMBOURG) SA<br>19 RUE DE BITBOURG<br>LUXEMBOURG  L-1273<br>LUXEMBOURG | 006676P001-1467A-051<br>INDIANA ATTORNEY GENERAL<br>CURTIS T HILL JR<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 006504P001-1467A-051<br>INDIANA DEPT OF REVENUE<br>BANKRUPTCY SECTION MS 108<br>100 NORTH SENATE AVE RM N240<br>INDIANAPOLIS IN 46204 |
| 006740P001-1467A-051<br>INTERIOR PLANT DESIGN<br>1950 MONTEREY RD<br>SAN JOSE CA 95112 | 006505P001-1467A-051<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 006677P001-1467A-051<br>IOWA ATTORNEY GENERAL<br>TOM MILLER<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | 006506P001-1467A-051<br>IOWA DEPT OF REVENUE<br>PO BOX 10471<br>DES MOINES IA 50306-3457 |
| 006507P001-1467A-051<br>IRS INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 007085P002-1467A-051<br>IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 007085S001-1467A-051<br>IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 7<br>300 N LOS ANGELES ST 5022<br>LOS ANGELES CA 90012 | 006281P002-1467A-051<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG AND RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S001-1467A-051<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S002-1467A-051<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S003-1467A-051<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S004-1467A-051<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S005-1467A-051<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S006-1467A-051<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER<br>ADDRESS INTENTIONALLY OMITTED | 006281S007-1467A-051<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>KODY M SPARKS<br>ADDRESS INTENTIONALLY OMITTED | 007100P001-1467A-051<br>JAMES ALEXANDER<br>MARK PFIEFFER ESQ<br>ADDRESS INTENTIONALLY OMITTED |
| 006453P001-1467A-051<br>JIM OCHSENREITER<br>ADDRESS INTENTIONALLY OMITTED | 006444P001-1467A-051<br>JOHN BARR<br>ADDRESS INTENTIONALLY OMITTED | 006370P001-1467A-051<br>JONATHAN LABOVICH<br>ADDRESS INTENTIONALLY OMITTED | 006371P001-1467A-051<br>JOSEPH LALLY<br>ADDRESS INTENTIONALLY OMITTED |

# Cred Inc., et al.
# Exhibit Pages

006372P001-1467A-051
JOSEPH LIYANA
ADDRESS INTENTIONALLY OMITTED

006377P001-1467A-051
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006407P001-1467A-051
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

006355P001-1467A-051
JOSHUA BEARDSLEY
ADDRESS INTENTIONALLY OMITTED

006428P001-1467A-051
JST SYSTEMS
ANAMARIA GOLEMAC
ANALYST JST CAPITAL
152 W 57TH ST
24TH FL
NEW YORK NY 10019

007097P001-1467A-051
JST SYSTEMS LLC DBA JST CAPITAL LLC
AKERMAN LLP
MICHAEL GOLDBERG/ CATHERINE KRETZSCHMAR
201 EAST LAS OLAS BLVD
SUITE 1800
FORT LAUDERDALE FL 33301

006482P001-1467A-051
KAISER PERMANENTE
ONE KAISER PLZ
OAKLAND CA 94612

006673P001-1467A-051
KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

006508P001-1467A-051
KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA KS 66625-9000

006678P001-1467A-051
KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BUILDING SUITE 118
FRANKFORT KY 40601

006509P001-1467A-051
KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601-2103

007053P002-1467A-051
KOSTA MITIC
179 FALCONER ST
GOLD COAST QLD  4215
AUSTRALIA

006895P001-1467A-051
LA CONCHA
PO BOX 6445
SAN JUAN PR 00914

006731P001-1467A-051
LEES FLORIST AND NURSERY
1420 UNIVERSITY AVE
BERKELEY CA 94702

006719P002-1467A-051
LHV PLANK
ILONA LEBEDEV
AS LHV PANK
TARTU MNT 2
TALLINN  10145
ESTONIA

006727P001-1467A-051
LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

006390P001-1467A-051
LOCKTON COMPANIES LLC
DBA LOCKTON INSURANCE BROKERS LLC
THREE EMBARCADERO CTR
SIXTH FL
SAN FRANCISCO CA 94111

006754P001-1467A-051
LOGMEIN
320 SUMMER ST
BOSTON MA 02210

006476P002-1467A-051
LOS ANGELES COUNTY TREASURER
AND TAX CONTROLLER
225 N HILL ST
1ST FLOOR LOBBY
LOS ANGELES CA 90012

006679P001-1467A-051
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

006403P002-1467A-051
LOUISIANA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE LA 70802

006510P001-1467A-051
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

006402P001-1467A-051
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

006406P004-1467A-051
LU HUA
ADDRESS INTENTIONALLY OMITTED

006896P001-1467A-051
LUAS CONSTRUCTION AND FACILITIES
2900 SCOTT BLVD
SANTA CLARA CA 95054

006674P001-1467A-051
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

006511P001-1467A-051
MAINE REVENUE SVC
24 STATE HOUSE STATION
AUGUSTA ME 04333

006474P001-1467A-051
MAITRI KIRTIKUMAR KOTAK
ADDRESS INTENTIONALLY OMITTED

# Cred Inc., et al.
## Exhibit Pages

006380P001-1467A-051
MAKSIM ROKHLINE
ADDRESS INTENTIONALLY OMITTED

006765P001-1467A-051
MARA HERBKERSMAN
ADDRESS INTENTIONALLY OMITTED

006366P001-1467A-051
MARIE KACMAREK
ADDRESS INTENTIONALLY OMITTED

006751P001-1467A-051
MARLENA AGENCY
278 HAMILTON AVE
PRINCETON NJ 08540

006749P001-1467A-051
MARY M PRINGLE
ADDRESS INTENTIONALLY OMITTED

006680P001-1467A-051
MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022

006552P001-1467A-051
MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N. CALVERT ST STE 401
BALTIMORE MD 21202

006681P001-1467A-051
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698

006483P001-1467A-051
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
1295 STATE ST
SPRINGFIELD MA 01111-0001

006373P001-1467A-051
MEGAN MORAN
ADDRESS INTENTIONALLY OMITTED

006747P001-1467A-051
MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

006742P001-1467A-051
METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

006682P001-1467A-051
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

006512P001-1467A-051
MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

006368P001-1467A-051
MIN KIM
ADDRESS INTENTIONALLY OMITTED

006683P001-1467A-051
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

006513P001-1467A-051
MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

006675P001-1467A-051
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

006514P001-1467A-051
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

006684P001-1467A-051
MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

006515P001-1467A-051
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

006286P001-1467A-051
MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

006287P001-1467A-051
MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

006685P001-1467A-051
MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

006516P001-1467A-051
MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

006766P001-1467A-051
NAME AND ADDRESS INTENTIONALLY OMITTED

006484P001-1467A-051
NAVIA BENEFITS SOLUTION
11400 SE 6TH ST
STE 125
BELLEVUE WA 98004

006686P001-1467A-051
NEBRASKA ATTORNEY GENERAL
DOUG PETERSON
2115 STATE CAPITOL
LINCOLN NE 68509-8920

**Cred Inc., et al.**
**Exhibit Pages**

006517P001-1467A-051
NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL SOUTH
2ND FLOOR
LINCOLN NE 68509-4818

006687P001-1467A-051
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME COURT BLDG
100 N CARSON ST
CARSON CITY NV 89701

006518P001-1467A-051
NEVADA DEPT OF TAXATION
1550 E COLLEGE PKWY
CARSON CITY NV 89706

006729P001-1467A-051
NEVTEC
1150 S BASCOM AVE STE 12
SAN JOSE CA 95128

006688P001-1467A-051
NEW HAMPSHIRE ATTORNEY GENERAL
GORDON MACDONALD
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397

006519P001-1467A-051
NEW HAMPSHIRE DEPT OF REV ADMIN
109 PLEASANT ST
CONCORD NH 03301

006689P001-1467A-051
NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

006520P001-1467A-051
NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

006690P001-1467A-051
NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BUILDING
SANTA FE NM 87501

006521P001-1467A-051
NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

006691P001-1467A-051
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

006522P001-1467A-051
NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

006382P001-1467A-051
NICOLE SKILLERN
ADDRESS INTENTIONALLY OMITTED

006692P001-1467A-051
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

006523P001-1467A-051
NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

006693P001-1467A-051
NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHJEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

006528P001-1467A-051
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

006694P001-1467A-051
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

006553P001-1467A-051
OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

006524P001-1467A-051
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

006695P001-1467A-051
OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

006529P001-1467A-051
OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

006396P001-1467A-051
ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

007102P001-1467A-051
ONEBEACON INSURANCE GROUP
CLAIMS
ADDRESS INTENTIONALLY OMITTED

006696P001-1467A-051
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

006530P001-1467A-051
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

006898P001-1467A-051
PARKER AND LYNCH
44 MONTGOMERY ST
STE 1950
SAN FRANCISCO CA 94104

006743P001-1467A-051
PAUL HASTINGS
200 PARK AVE
NEW YORK NY 10166

**Cred Inc., et al.**
**Exhibit Pages**

006357P001-1467A-051
PAWAN CHAWLA
ADDRESS INTENTIONALLY OMITTED

006737P001-1467A-051
PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

006697P001-1467A-051
PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

006554P001-1467A-051
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

006525P001-1467A-051
PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

006734P001-1467A-051
PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

006728P001-1467A-051
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

007037P001-1467A-051
PRODUCTBOARD
612 HOWARD ST 4TH FLOOR
SAN FRANCISCO CA 94105

006399P001-1467A-051
PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

006698P001-1467A-051
PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

006526P001-1467A-051
PUERTO RICO DEPT DE HACIENDA
EDIFICIO INTENDENTE RAMIREZ
EL PASEO COVDONGA
SAN JUAN PR 00901

006415P001-1467A-051
QTUM CHAIN FOUNDATION
JINGAN DISTRICT YUYUAN RD
419TH BLDG 34
SHANGHAI
CHINA

006383P001-1467A-051
RANDY SONG
ADDRESS INTENTIONALLY OMITTED

006767P001-1467A-051
REGULATION D RESOURCE
7333 WEST JEFFERSON AVE STE 225
LAKEWOOD CO 80235

006899P001-1467A-051
REGUS
15233 VENTURA BLVD
STE 500
SHERMAN OAKS CA 91403

006699P001-1467A-051
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

006527P001-1467A-051
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
1ST FLOOR
PROVIDENCE RI 02908

006486P002-1467A-051
RICHARDS LAYTON AND FINGER PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

006900P001-1467A-051
ROBERT HALF
2884 SAND HILL RD
MENLO PARK CA 94025

006738P001-1467A-051
ROCKETSPACE INC
180 SANSOME ST 2ND FLOOR
SAN FRANCISCO CA 94104

006487P001-1467A-051
RUDDY GREGORY PLLC
1225 15TH STREET NW
WASHINGTON DC 20005

006488P001-1467A-051
RUTSAERT LEGAL
14 RE DE STRASSEN
LUEMBOURG  2555
LUXEMBOURG

006762P002-1467A-051
RYAN ORTEGA
ADDRESS INTENTIONALLY OMITTED

006410P002-1467A-051
SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BAY
SAINT KITTS AND NEVIS

006760P001-1467A-051
SALESFORCE
415 MISSION ST
SAN FRANCISCO CA 94105

006389P001-1467A-051
SALLY ZHANG
ADDRESS INTENTIONALLY OMITTED

006755P001-1467A-051
SALTIRE MANAGEMENT GROUP LLC
3281 SUTTON PL NW STE B
WASHINGTON DC 20016

006935P001-1467A-051
SARACHEK LAW FIRM
JOSEPH E SARACHEK / ZACHARY E MAZUR
670 WHITE PLAINS ROAD PENTHOUSE FLOOR
SCARSDALE NY 10583

# Cred Inc., et al.
# Exhibit Pages

006478P001-1467A-051
SARSON FUNDS LLC
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006489P001-1467A-051
SD MAYER AND ASSOCIATES LLP
235 MONTGOMERY ST
30TH FLOOR
SAN FRANCISCO CA 94104

006490P001-1467A-051
SHEPPARD MULLIN
333 SOUTH HOPE ST
43RD FLOOR
LOS ANGELES CA 90071

006761P001-1467A-051
SHORELINE LABS
425 CALIFORNIA ST STE 1200
SAN FRANCISCO CA 94104

006768P001-1467A-051
SHRED-IT
7734 S 133RD ST
OMAHA NE 68138

006732P001-1467A-051
SHUTTLE FINANCE INC
DBA ACRE
1447 2ND ST 2ND FLOOR
SANTA MONICA CA 90401

006398P001-1467A-051
SILVERGATE
ASHTON KELLEIY; OLLINKA EQUIHUA
TEDDY HANSON
4250 EXECUTIVE SQUARE
STE 100
LA JOLLA CA 92037

006770P001-1467A-051
SILVERLINE
860 BROADWAY 5TH FL
NEW YORK NY 10003

006561P001-1467A-051
SOS DISTRICT OF COLUMBIA
KIMBERLY A BASSETT
1350 PENNSYLVANIA AVE NW
ROOM 419
WASHINGTON DC 20004

006562P001-1467A-051
SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

006563P001-1467A-051
SOS OF ALASKA
KEVIN MEYER
333 W WILLOUGHBY AVE
9TH FLOOR
JUNEAU AK 99801

006564P001-1467A-051
SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

006565P001-1467A-051
SOS OF ARKANSAS
JOHN THURSTON
STATE CAPITOL
500 WOODLANE AVE
STE 256
LITTLE ROCK AR 72201

006566P001-1467A-051
SOS OF CALIFORNIA
ALEX PADILLA
1500 11TH ST
SACRAMENTO CA 95814

006567P001-1467A-051
SOS OF COLORADO
JENA GRISWOLD
COLORADO DEPT OF STATE
1700 BROADWAY
STE 200
DENVER CO 80290

006568P001-1467A-051
SOS OF CONNECTICUT
DENISE W MERRILL
30 TRINITY ST
HARTFORD CT 06106

006569P001-1467A-051
SOS OF DELAWARE
JEFFREY W BULLOCK
401 FEDERAL ST
STE 3
DOVER DE 19901

006570P001-1467A-051
SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

006571P001-1467A-051
SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

006572P001-1467A-051
SOS OF GUAM
JOSH TENORIO
LEUTENANT GOVERNOR
RICARDO J BORDALLO GOVERNORS COMPLEX
PO BOX 2950 HAGATNA GUAM 96932
ADELUP GU 96910

006573P001-1467A-051
SOS OF HAWAII
JOSH GREEN
LEUTENANT GOVERNOR
STATE CAPITOL
ROOM 415
HONOLULU HI 96813

006574P001-1467A-051
SOS OF IDAHO
LAWERENCE DENNEY
700 WEST JEFFERSON ST RM E205
PO BOX 83720
BOISE ID 83720-0080

006575P001-1467A-051
SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD IL 62756

006576P001-1467A-051
SOS OF INDIANA
CONNIE LAWSON
200 W WASHINGTON ST
ROOM 201
INDIANAPOLIS IN 46204

006577P001-1467A-051
SOS OF IOWA
PAUL D PATE
FIRST FLOOR LUCAS BUILDING
321 E 12TH ST
DES MOINES IA 50319

006582P001-1467A-051
SOS OF KANSAS
SCOTT SCHWAB
MEMORIAL HALL 1ST FLOOR
120 SW 10TH AVE
TOPEKA KS 66612-1594

006583P001-1467A-051
SOS OF KENTUCKY
MICHAEL ADAMS
OFFICE OF THE KENTUCY SECRETARY OF STATE
700 CAPITAL AVE STE 152
FRANKFORT KY 40601

006584P001-1467A-051
SOS OF LOUISIANA
R KYLE ARDOIN
8585 ARCHIVES AVE
PO BOX 94125 BATON ROUGE LA 708049125
BATON ROUGE LA 70809

**Cred Inc., et al.**
**Exhibit Pages**

01/26/2021 03:19:20 PM

006578P001-1467A-051
SOS OF MAINE
MATTHEW DUNLAP
148 STATE HOUSE STATION
AUGUSTA ME 00433-0148

006579P001-1467A-051
SOS OF MARYLAND
JOHN C WOBENSMITH
FRED L WINELAND BUILDING
16 FRANCIS ST
ANNAPOLIS MD 21401

006585P001-1467A-051
SOS OF MASSACHUSETTS
WILLIAM FRANCIS GALVIN
ONE ASHBURTON PLACE
ROOM 1611
BOSTON MA 02108-1512

006580P001-1467A-051
SOS OF MICHIGAN
JOCELYN BENSON
MICHIGAN DEPARTMENT OF STATE
LANSING MI 48919

006586P001-1467A-051
SOS OF MINNESOTA
STEVE SIMON
OFFICE OF THE SECRETARY OF STATE
RETIREMENT SYSTEMS OF MINNESOTA BLDG
60 EMPIRE DR STE 100
ST. PAUL MN 55103

006581P001-1467A-051
SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

006587P001-1467A-051
SOS OF MISSOURI
JOHN R ASHCROFT
600 WEST MAIN ST
JEFFERSON CITY MO 65101

006588P001-1467A-051
SOS OF MONTANA
COREY STAPLETON
STATE CAPITOL BUILDING 1301 E 6TH AVE
PO BOX 202801 HELENA MT 59620
HELENA MT 59601

006589P001-1467A-051
SOS OF NEBRASKA
ROBERT BEVNEN
PO BOX 94608
LINCOLN NE 68509-4608

006590P001-1467A-051
SOS OF NEVADA
BARBARA K CEGAVSKE
NEVADA STATE CAPITOL BLDG
101 N CARSON ST STE 3
CARSON CITY NV 89701

006591P001-1467A-051
SOS OF NEW HAMPSHIRE
WILLIAM M GARDNER
107 N MAIN ST RM 204
STATE HOUSE
CONCORD NH 03301

006592P001-1467A-051
SOS OF NEW JERSEY
TAHESHA WAY ESQ
225 W STATE ST
PO BOX 001
TRENTON NJ 08625-0300

006593P001-1467A-051
SOS OF NEW MEXICO
MAGGIE TOULOUSE OLIVER
NEW MEXICO STATE CAPITOL ANNEX NORTH
325 DON GASPAR STE 300
SANTA FE NM 87501

006594P001-1467A-051
SOS OF NEW YORK
ROSSANA ROSADO
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY NY 12231-0001

006595P001-1467A-051
SOS OF NORTH CAROLINA
ELAINE F MARSHALL
2 SOUTH SALISBURY ST
PO BOX 29622
RALEIGH NC 27626-0622

006596P001-1467A-051
SOS OF NORTH DAKOTA
ALVIN A AL JAEGER
600 E BLVD AVE
DEPT 108 1ST FLOOR
BISMARCK ND 58505-0500

006597P001-1467A-051
SOS OF OHIO
FRANK LAROSE
180 EAST BROAD ST
16TH FLOOR
COLUMBUS OH 43215

006598P001-1467A-051
SOS OF OKLAHOMA
MICHAEL ROGERS
2300 N LINCOLN BLVD
STE 101
OKLAHOMA CITY OK 73105-4897

006599P001-1467A-051
SOS OF OREGON
BEV CLARNO
900 COURT ST NE
CAPTIAL RM 136
SALEM OR 97310-0722

006600P001-1467A-051
SOS OF PENNSYLVANIA
KATHY BOOCKVAR
302 NORTH OFFICE BLDG
HARRISBURG PA 17120

006602P001-1467A-051
SOS OF PUERTO RICO
ELMER ROMAIN
DEPTO DE ESTADO DE PR
CALLE SAN JOSE
SAN JUAN PR 00901

006601P001-1467A-051
SOS OF RHODE ISLAND
NELLIE M GORBEA
82 SMITH ST
STATE HOUSE ROOM 217
PROVIDENCE RI 02903

006603P001-1467A-051
SOS OF SOUTH CAROLINA
MARK HAMMOND
EDGAR BROWN BLDG
1205 PENDELTON ST STE 525
COLUMBIA SC 29201

006604P001-1467A-051
SOS OF SOUTH DAKOTA
STEVE BARNETT
CAPITOL BUILDING
500 E CAPITOL AVE STE 204
PIERRE SD 57501-5070

006605P001-1467A-051
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

006606P001-1467A-051
SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

006607P001-1467A-051
SOS OF UTAH
SPENCER COX
160 E 300 S
2ND FLOOR
SALT LAKE CITY UT 84111

006608P001-1467A-051
SOS OF VERMONT
JIM CONDOS
26 TERREACE ST
MONTPELIER VT 05609-1101

**Cred Inc., et al.**
**Exhibit Pages**

006609P001-1467A-051
SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

006610P001-1467A-051
SOS OF WASHINGTON
KIM WYMAN
LEGISLATEIVE BUILDING
PO BOX 40220
OLYMPIA WA 98504-0220

006611P001-1467A-051
SOS OF WEST VIRGINIA
MAC WARNER
BLDG 1 SUITE 157K
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305-0770

006612P001-1467A-051
SOS OF WISCONSIN
DOUG LAFOLLETTE
PO BOX 7848
MADISON WI 53707-7848

006613P001-1467A-051
SOS OF WYOMING
EDWARD A BUCHANAN
SECRETARY OF STATES OFFICE
2020 CAREY AVE
STE 600
CHEYENNE WY 82002-0020

006700P001-1467A-051
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

006531P001-1467A-051
SOUTH CAROLINA DEPT OF REVENUE
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29201

006701P001-1467A-051
SOUTH DAKOTA ATTORNEY GENERAL
JASON RAVNSBORG
1302 EAST HWY 14
STE 1
PIERRE SD 57501-8501

006532P001-1467A-051
SOUTH DAKOTA DEPT OF REVENUE AND REGULATION
445 E CAPITOL AVE
PIERRE SD 57501

007044P001-1467A-051
SPECTRUM
60 COLUMBUS CIR
NEW YORK NY 10023

007045P001-1467A-051
SPROUT SOCIAL INC
131 S DEARBORN ST STE 700
CHICAGO IL 60603

006336P001-1467A-051
STANLEY C WILSON
ADDRESS INTENTIONALLY OMITTED

006338P002-1467A-051
STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006614P001-1467A-051
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

006621P001-1467A-051
STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

006533P001-1467A-051
STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

006534P001-1467A-051
STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

006622P001-1467A-051
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

006535P001-1467A-051
STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

006616P001-1467A-051
STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

006623P001-1467A-051
STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

006536P001-1467A-051
STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

006617P001-1467A-051
STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

006624P001-1467A-051
STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

006618P001-1467A-051
STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

006625P001-1467A-051
STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

006619P001-1467A-051
STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

006626P001-1467A-051
STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

**Cred Inc., et al.**
**Exhibit Pages**

006620P001-1467A-051
STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

006627P001-1467A-051
STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

006772P002-1467A-051
STEFAN RUST
ADDRESS INTENTIONALLY OMITTED

007074P001-1467A-051
STERICYCLE D/B/A SHRED IT
350 HATCH DR
SAN MATEO CA 94404

006379P001-1467A-051
SUDHA MADHURI RAVULA
ADDRESS INTENTIONALLY OMITTED

006364P001-1467A-051
SUNG HWANG
ADDRESS INTENTIONALLY OMITTED

006730P001-1467A-051
TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

006763P001-1467A-051
TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

006437P001-1467A-051
TELEMEIO
7 TERMAASEK BLVD
SINGAPORE 038987
SINGAPORE

006702P001-1467A-051
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

006555P001-1467A-051
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

006537P001-1467A-051
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

006452P001-1467A-051
TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

006703P001-1467A-051
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

006538P001-1467A-051
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

006464P001-1467A-051
THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

006464S001-1467A-051
THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

006392P001-1467A-051
THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

006337P001-1467A-051
THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

006934P001-1467A-051
THE ROSNER LAW GROUP LLC
JASON A. GIBSON
824 N MARKET ST SUITE 810
WILMINGTON DE 19801

006735P001-1467A-051
THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

006759P002-1467A-051
TODD HERSCHBERG
ADDRESS INTENTIONALLY OMITTED

006455P001-1467A-051
TOWER PLAZA TOWER (LINCOLN PROPERTY COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

007072P002-1467A-051
TRANSFORM GROUP INTERNATIONAL
MICHAEL TERPIN
157 CALLE DE LA LUNA
THIRD FLOOR
SAN JUAN PR 00901

006472P001-1467A-051
TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

007046P001-1467A-051
TRULIOO INFORMATION SYSTEMS
1200 1055 WEST HASTINGS ST
VANCOUVER BC V6E 2E9
CANADA

006741P001-1467A-051
TRUPTI BALEKUND
ADDRESS INTENTIONALLY OMITTED

006784P001-1467A-051
UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERZE@IRVING
SINGAPORE 369546
SINGAPORE

**Cred Inc., et al.**
**Exhibit Pages**

006408P001-1467A-051
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

006556P001-1467A-051
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

006557P001-1467A-051
US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

006558P001-1467A-051
US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

006559P001-1467A-051
US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

006560P001-1467A-051
US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

006547P001-1467A-051
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

006548P001-1467A-051
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

006704P001-1467A-051
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

006539P001-1467A-051
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

007104P001-1467A-051
VALIDUS DO
ERIC LEVINE FI PROFESSIONAL LIABILITY
ADDRESS INTENTIONALLY OMITTED

007101P001-1467A-051
VALIDUS SPECIALITY
ERIC LEVINE FI PROFESSIONAL LIABILITY
ADDRESS INTENTIONALLY OMITTED

006395P002-1467A-051
VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006705P001-1467A-051
VERMONT ATTORNEY GENERAL
TJ DONOVAN
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

006540P001-1467A-051
VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

007022P001-1467A-051
VERVENT FIRST ASSOCIATES
10182 TELESIS CT STE 300
SAN DIEGO CA 92121

006470P001-1467A-051
VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

006706P001-1467A-051
VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

006541P001-1467A-051
VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

006485P001-1467A-051
VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

006707P001-1467A-051
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

006542P001-1467A-051
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

006709P001-1467A-051
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

006405P001-1467A-051
WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

006543P001-1467A-051
WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 23501

006404P001-1467A-051
WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

006394P001-1467A-051
WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006708P001-1467A-051
WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006544P001-1467A-051<br>WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713 | 006710P001-1467A-051<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BUILDING ROOM 123<br>CHEYENNE WY 82002 | 006545P001-1467A-051<br>WYOMING DEPT OF REVENUE<br>122 WEST 25TH ST HERSCHLER BLDG<br>3RD FL EAST<br>CHEYENNE WY 82002 | 006378P001-1467A-051<br>XAVIER RASHOTSKY<br>ADDRESS INTENTIONALLY OMITTED |
| 006435P001-1467A-051<br>YEARWOOD MEDIA<br>JOHN YEARWOOD<br>PRESIDENT CEO<br>680 NE 119TH ST<br>BISCAYNE PARK FL 33161 | 006385P001-1467A-051<br>YIHAN XU<br>ADDRESS INTENTIONALLY OMITTED | 006386P001-1467A-051<br>ZACHARY YOUNG<br>ADDRESS INTENTIONALLY OMITTED | 006748P001-1467A-051<br>ZEROTH LINK LLC<br>24016 2ND ST<br>HAYWARD CA 95054 |

Records Printed :  **736**

EXHIBIT P

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 000024P001-1467A-051<br>CIN00008 | 000038P001-1467A-051<br>CIN00023 | 000044P001-1467A-051<br>CIN00029 | 000053P001-1467A-051<br>CIN00039 |
| 000059P001-1467A-051<br>CIN00045 | 000061P001-1467A-051<br>CIN00047 | 000063P001-1467A-051<br>CIN00049 | 000075P001-1467A-051<br>CIN00061 |
| 000080P001-1467A-051<br>CIN00066 | 000085P001-1467A-051<br>CIN00071 | 000087P001-1467A-051<br>CIN00073 | 000106P001-1467A-051<br>CIN00092 |
| 000108P001-1467A-051<br>CIN00094 | 000115P001-1467A-051<br>CIN00102 | 000117P001-1467A-051<br>CIN00104 | 000127P001-1467A-051<br>CIN00114 |
| 000139P001-1467A-051<br>CIN00127 | 000141P001-1467A-051<br>CIN00129 | 000144P001-1467A-051<br>CIN00132 | 000145P001-1467A-051<br>CIN00133 |
| 000156P001-1467A-051<br>CIN00144 | 000159P001-1467A-051<br>CIN00147 | 000163P001-1467A-051<br>CIN00151 | 000164P001-1467A-051<br>CIN00152 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 000171P001-1467A-051<br>CIN00159 | 000177P001-1467A-051<br>CIN00165 | 000188P001-1467A-051<br>CIN00177 | 000191P001-1467A-051<br>CIN00180 |
| 000193P001-1467A-051<br>CIN00182 | 000194P001-1467A-051<br>CIN00183 | 006229P001-1467A-051<br>CIN00188 | 000203P001-1467A-051<br>CIN00193 |
| 000208P001-1467A-051<br>CIN00198 | 000211P001-1467A-051<br>CIN00201 | 000214P001-1467A-051<br>CIN00204 | 000223P001-1467A-051<br>CIN00213 |
| 000238P001-1467A-051<br>CIN00227 | 000244P001-1467A-051<br>CIN00233 | 000249P001-1467A-051<br>CIN00238 | 000251P001-1467A-051<br>CIN00240 |
| 000253P001-1467A-051<br>CIN00242 | 000259P001-1467A-051<br>CIN00249 | 000260P001-1467A-051<br>CIN00250 | 000264P001-1467A-051<br>CIN00254 |
| 000266P001-1467A-051<br>CIN00256 | 000270P001-1467A-051<br>CIN00260 | 000272P001-1467A-051<br>CIN00262 | 000287P001-1467A-051<br>CIN00277 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000304P001-1467A-051<br>CIN00295 | 000310P001-1467A-051<br>CIN00301 | 000314P001-1467A-051<br>CIN00305 | 000322P001-1467A-051<br>CIN00313 |
| 000328P001-1467A-051<br>CIN00319 | 000332P001-1467A-051<br>CIN00323 | 000343P001-1467A-051<br>CIN00334 | 000348P001-1467A-051<br>CIN00339 |
| 000359P001-1467A-051<br>CIN00350 | 000361P001-1467A-051<br>CIN00352 | 000366P001-1467A-051<br>CIN00357 | 000378P001-1467A-051<br>CIN00369 |
| 000380P001-1467A-051<br>CIN00371 | 000381P001-1467A-051<br>CIN00372 | 000383P001-1467A-051<br>CIN00374 | 000387P001-1467A-051<br>CIN00378 |
| 000395P001-1467A-051<br>CIN00386 | 000414P001-1467A-051<br>CIN00405 | 000420P001-1467A-051<br>CIN00411 | 000431P001-1467A-051<br>CIN00422 |
| 000447P001-1467A-051<br>CIN00438 | 000480P001-1467A-051<br>CIN00472 | 000491P001-1467A-051<br>CIN00484 | 000508P001-1467A-051<br>CIN00501 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 000516P001-1467A-051<br>CIN00509 | 000530P001-1467A-051<br>CIN00523 | 000532P001-1467A-051<br>CIN00525 | 000541P001-1467A-051<br>CIN00534 |
| 000546P001-1467A-051<br>CIN00539 | 000559P001-1467A-051<br>CIN00552 | 000568P001-1467A-051<br>CIN00561 | 006232P001-1467A-051<br>CIN00567 |
| 000578P001-1467A-051<br>CIN00572 | 006233P001-1467A-051<br>CIN00577 | 000588P001-1467A-051<br>CIN00583 | 000603P001-1467A-051<br>CIN00598 |
| 000625P001-1467A-051<br>CIN00621 | 000627P001-1467A-051<br>CIN00623 | 000632P001-1467A-051<br>CIN00628 | 000644P001-1467A-051<br>CIN00640 |
| 000651P001-1467A-051<br>CIN00647 | 000657P001-1467A-051<br>CIN00653 | 000672P001-1467A-051<br>CIN00668 | 000675P001-1467A-051<br>CIN00671 |
| 000685P001-1467A-051<br>CIN00681 | 000686P001-1467A-051<br>CIN00682 | 000717P001-1467A-051<br>CIN00714 | 000734P001-1467A-051<br>CIN00731 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

000737P001-1467A-051
CIN00734

000743P001-1467A-051
CIN00740

000751P001-1467A-051
CIN00748

000770P001-1467A-051
CIN00768

000778P001-1467A-051
CIN00776

000788P001-1467A-051
CIN00787

000801P001-1467A-051
CIN00800

000806P001-1467A-051
CIN00805

000815P001-1467A-051
CIN00814

000821P001-1467A-051
CIN00819

000828P001-1467A-051
CIN00826

000831P001-1467A-051
CIN00829

000852P001-1467A-051
CIN00850

000858P001-1467A-051
CIN00856

000876P001-1467A-051
CIN00874

000880P001-1467A-051
CIN00878

000883P001-1467A-051
CIN00881

000887P001-1467A-051
CIN00885

000888P001-1467A-051
CIN00886

000893P001-1467A-051
CIN00891

000895P001-1467A-051
CIN00893

000901P001-1467A-051
CIN00899

000903P001-1467A-051
CIN00901

000905P001-1467A-051
CIN00903

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000906P001-1467A-051<br>CIN00904 | 000909P001-1467A-051<br>CIN00907 | 000913P001-1467A-051<br>CIN00911 | 000915P001-1467A-051<br>CIN00913 |
| 000931P001-1467A-051<br>CIN00929 | 000933P001-1467A-051<br>CIN00931 | 000941P001-1467A-051<br>CIN00939 | 000947P001-1467A-051<br>CIN00945 |
| 000952P001-1467A-051<br>CIN00950 | 000958P001-1467A-051<br>CIN00956 | 000978P001-1467A-051<br>CIN00976 | 000981P001-1467A-051<br>CIN00979 |
| 000982P001-1467A-051<br>CIN00980 | 000988P001-1467A-051<br>CIN00986 | 000989P001-1467A-051<br>CIN00987 | 000994P001-1467A-051<br>CIN00992 |
| 001000P001-1467A-051<br>CIN00998 | 001014P001-1467A-051<br>CIN01012 | 001019P001-1467A-051<br>CIN01017 | 001028P001-1467A-051<br>CIN01026 |
| 001035P001-1467A-051<br>CIN01032 | 001036P001-1467A-051<br>CIN01033 | 001038P001-1467A-051<br>CIN01035 | 001041P001-1467A-051<br>CIN01038 |

Case 20-12836-JTD   Doc 491   Filed 02/09/21   Page 443 of 466

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 7 of 30

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 001049P001-1467A-051<br>CIN01046 | 001059P001-1467A-051<br>CIN01056 | 001080P001-1467A-051<br>CIN01077 | 001082P001-1467A-051<br>CIN01079 |
| 001101P001-1467A-051<br>CIN01097 | 001116P001-1467A-051<br>CIN01112 | 001123P001-1467A-051<br>CIN01119 | 001132P001-1467A-051<br>CIN01128 |
| 001154P001-1467A-051<br>CIN01150 | 001187P001-1467A-051<br>CIN01183 | 001198P001-1467A-051<br>CIN01194 | 001199P001-1467A-051<br>CIN01195 |
| 001215P001-1467A-051<br>CIN01211 | 001233P001-1467A-051<br>CIN01229 | 001237P001-1467A-051<br>CIN01233 | 001241P001-1467A-051<br>CIN01237 |
| 001243P001-1467A-051<br>CIN01239 | 001264P001-1467A-051<br>CIN01260 | 001278P001-1467A-051<br>CIN01274 | 001293P001-1467A-051<br>CIN01289 |
| 001295P001-1467A-051<br>CIN01291 | 001303P001-1467A-051<br>CIN01299 | 001324P001-1467A-051<br>CIN01320 | 001326P001-1467A-051<br>CIN01322 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 001339P001-1467A-051<br>CIN01335 | 001347P001-1467A-051<br>CIN01345 | 001357P001-1467A-051<br>CIN01355 | 001363P001-1467A-051<br>CIN01361 |
| 001374P001-1467A-051<br>CIN01372 | 001384P001-1467A-051<br>CIN01382 | 001399P001-1467A-051<br>CIN01397 | 001406P001-1467A-051<br>CIN01404 |
| 001409P001-1467A-051<br>CIN01407 | 001427P001-1467A-051<br>CIN01425 | 001430P001-1467A-051<br>CIN01428 | 001451P001-1467A-051<br>CIN01449 |
| 001469P001-1467A-051<br>CIN01467 | 001473P001-1467A-051<br>CIN01471 | 001490P001-1467A-051<br>CIN01489 | 001523P001-1467A-051<br>CIN01522 |
| 001527P001-1467A-051<br>CIN01526 | 001548P001-1467A-051<br>CIN01547 | 001549P001-1467A-051<br>CIN01548 | 001550P001-1467A-051<br>CIN01549 |
| 001563P001-1467A-051<br>CIN01562 | 001566P001-1467A-051<br>CIN01565 | 001583P001-1467A-051<br>CIN01582 | 001588P001-1467A-051<br>CIN01587 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

001601P001-1467A-051
CIN01600

001603P001-1467A-051
CIN01602

001630P001-1467A-051
CIN01629

001029P001-1467A-051
CIN01640

001656P001-1467A-051
CIN01656

001659P001-1467A-051
CIN01659

001666P001-1467A-051
CIN01666

001668P001-1467A-051
CIN01668

001674P001-1467A-051
CIN01674

001675P001-1467A-051
CIN01675

001677P001-1467A-051
CIN01677

001682P001-1467A-051
CIN01682

001684P001-1467A-051
CIN01684

001700P001-1467A-051
CIN01700

001702P001-1467A-051
CIN01702

001712P001-1467A-051
CIN01712

001721P001-1467A-051
CIN01721

001725P001-1467A-051
CIN01725

001732P001-1467A-051
CIN01732

001737P001-1467A-051
CIN01737

001772P001-1467A-051
CIN01772

001773P001-1467A-051
CIN01773

001775P001-1467A-051
CIN01775

001790P001-1467A-051
CIN01790

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 001794P001-1467A-051<br>CIN01794 | 001808P001-1467A-051<br>CIN01808 | 001809P001-1467A-051<br>CIN01809 | 001810P001-1467A-051<br>CIN01810 |
| 001811P001-1467A-051<br>CIN01811 | 001827P001-1467A-051<br>CIN01827 | 001834P001-1467A-051<br>CIN01834 | 001842P001-1467A-051<br>CIN01842 |
| 001850P001-1467A-051<br>CIN01850 | 001857P001-1467A-051<br>CIN01857 | 001861P001-1467A-051<br>CIN01861 | 001862P001-1467A-051<br>CIN01862 |
| 001869P001-1467A-051<br>CIN01869 | 001872P001-1467A-051<br>CIN01872 | 001883P001-1467A-051<br>CIN01883 | 001893P001-1467A-051<br>CIN01893 |
| 001894P001-1467A-051<br>CIN01894 | 001896P001-1467A-051<br>CIN01896 | 001913P001-1467A-051<br>CIN01913 | 001922P001-1467A-051<br>CIN01922 |
| 001923P001-1467A-051<br>CIN01923 | 001924P001-1467A-051<br>CIN01924 | 001927P001-1467A-051<br>CIN01927 | 001932P001-1467A-051<br>CIN01932 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 001937P001-1467A-051<br>CIN01937 | 001956P001-1467A-051<br>CIN01956 | 001961P001-1467A-051<br>CIN01961 | 001976P001-1467A-051<br>CIN01976 |
| 001979P001-1467A-051<br>CIN01979 | 001980P001-1467A-051<br>CIN01980 | 001981P001-1467A-051<br>CIN01981 | 001986P001-1467A-051<br>CIN01986 |
| 001991P001-1467A-051<br>CIN01991 | 001992P001-1467A-051<br>CIN01992 | 001999P001-1467A-051<br>CIN01999 | 002018P001-1467A-051<br>CIN02018 |
| 002019P001-1467A-051<br>CIN02019 | 002020P001-1467A-051<br>CIN02020 | 002033P001-1467A-051<br>CIN02033 | 002068P001-1467A-051<br>CIN02068 |
| 006234P001-1467A-051<br>CIN02087 | 002088P001-1467A-051<br>CIN02089 | 002089P001-1467A-051<br>CIN02090 | 002090P001-1467A-051<br>CIN02091 |
| 002099P001-1467A-051<br>CIN02100 | 006235P001-1467A-051<br>CIN02102 | 006236P001-1467A-051<br>CIN02111 | 002112P001-1467A-051<br>CIN02115 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 002131P001-1467A-051<br>CIN02134 | 002132P001-1467A-051<br>CIN02135 | 002133P001-1467A-051<br>CIN02136 | 002142P001-1467A-051<br>CIN02145 |
| 002169P001-1467A-051<br>CIN02173 | 002174P001-1467A-051<br>CIN02178 | 002175P001-1467A-051<br>CIN02179 | 002178P001-1467A-051<br>CIN02182 |
| 002180P001-1467A-051<br>CIN02184 | 002182P001-1467A-051<br>CIN02186 | 002216P001-1467A-051<br>CIN02220 | 002223P001-1467A-051<br>CIN02227 |
| 002225P001-1467A-051<br>CIN02229 | 002246P001-1467A-051<br>CIN02250 | 002255P001-1467A-051<br>CIN02259 | 002283P001-1467A-051<br>CIN02287 |
| 002290P001-1467A-051<br>CIN02294 | 002294P001-1467A-051<br>CIN02298 | 002296P001-1467A-051<br>CIN02300 | 002304P001-1467A-051<br>CIN02308 |
| 002305P001-1467A-051<br>CIN02309 | 002331P001-1467A-051<br>CIN02335 | 002333P001-1467A-051<br>CIN02337 | 002338P001-1467A-051<br>CIN02342 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 002365P001-1467A-051<br>CIN02369 | 002380P001-1467A-051<br>CIN02384 | 002386P001-1467A-051<br>CIN02390 | 002393P001-1467A-051<br>CIN02397 |
| 002394P001-1467A-051<br>CIN02398 | 006237P001-1467A-051<br>CIN02400 | 002397P001-1467A-051<br>CIN02402 | 002399P001-1467A-051<br>CIN02404 |
| 002403P001-1467A-051<br>CIN02408 | 002408P001-1467A-051<br>CIN02413 | 002409P001-1467A-051<br>CIN02414 | 002411P001-1467A-051<br>CIN02416 |
| 002422P001-1467A-051<br>CIN02427 | 002424P001-1467A-051<br>CIN02429 | 002426P001-1467A-051<br>CIN02431 | 002432P001-1467A-051<br>CIN02437 |
| 002443P001-1467A-051<br>CIN02449 | 002468P001-1467A-051<br>CIN02474 | 002470P001-1467A-051<br>CIN02476 | 002538P001-1467A-051<br>CIN02544 |
| 002559P001-1467A-051<br>CIN02565 | 002560P001-1467A-051<br>CIN02566 | 002561P001-1467A-051<br>CIN02567 | 002580P001-1467A-051<br>CIN02586 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 002588P001-1467A-051<br>CIN02594 | 002594P001-1467A-051<br>CIN02600 | 002606P001-1467A-051<br>CIN02612 | 002631P001-1467A-051<br>CIN02637 |
| 002632P001-1467A-051<br>CIN02638 | 002642P001-1467A-051<br>CIN02648 | 002643P001-1467A-051<br>CIN02649 | 002648P001-1467A-051<br>CIN02654 |
| 002651P001-1467A-051<br>CIN02657 | 002655P001-1467A-051<br>CIN02661 | 002685P001-1467A-051<br>CIN02692 | 002691P001-1467A-051<br>CIN02699 |
| 002692P001-1467A-051<br>CIN02700 | 002701P001-1467A-051<br>CIN02709 | 002724P001-1467A-051<br>CIN02732 | 002727P001-1467A-051<br>CIN02735 |
| 002728P001-1467A-051<br>CIN02736 | 002748P001-1467A-051<br>CIN02756 | 002757P001-1467A-051<br>CIN02765 | 002763P001-1467A-051<br>CIN02771 |
| 006239P001-1467A-051<br>CIN02803 | 002796P001-1467A-051<br>CIN02804 | 006240P001-1467A-051<br>CIN02807 | 002801P001-1467A-051<br>CIN02810 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 002876P001-1467A-051<br>CIN02886 | 002882P001-1467A-051<br>CIN02892 | 002766P001-1467A-051<br>CIN02904 | 002906P001-1467A-051<br>CIN02917 |
| 002934P001-1467A-051<br>CIN02945 | 002965P001-1467A-051<br>CIN02976 | 002972P001-1467A-051<br>CIN02983 | 002990P001-1467A-051<br>CIN03000 |
| 002998P001-1467A-051<br>CIN03008 | 003008P001-1467A-051<br>CIN03018 | 003017P001-1467A-051<br>CIN03027 | 003042P001-1467A-051<br>CIN03052 |
| 003053P001-1467A-051<br>CIN03063 | 003054P001-1467A-051<br>CIN03064 | 003079P001-1467A-051<br>CIN03090 | 003086P001-1467A-051<br>CIN03097 |
| 003087P001-1467A-051<br>CIN03098 | 003101P001-1467A-051<br>CIN03113 | 003102P001-1467A-051<br>CIN03114 | 003142P001-1467A-051<br>CIN03154 |
| 003148P001-1467A-051<br>CIN03160 | 003160P001-1467A-051<br>CIN03173 | 003176P001-1467A-051<br>CIN03189 | 006241P001-1467A-051<br>CIN03193 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 003181P001-1467A-051<br>CIN03195 | 003191P001-1467A-051<br>CIN03205 | 003202P001-1467A-051<br>CIN03216 | 003214P001-1467A-051<br>CIN03228 |
| 003221P001-1467A-051<br>CIN03235 | 003228P001-1467A-051<br>CIN03243 | 003255P001-1467A-051<br>CIN03270 | 003258P001-1467A-051<br>CIN03273 |
| 003262P001-1467A-051<br>CIN03277 | 003272P001-1467A-051<br>CIN03287 | 003293P001-1467A-051<br>CIN03308 | 003340P001-1467A-051<br>CIN03356 |
| 003348P001-1467A-051<br>CIN03364 | 003350P001-1467A-051<br>CIN03366 | 003363P001-1467A-051<br>CIN03379 | 003374P001-1467A-051<br>CIN03390 |
| 003393P001-1467A-051<br>CIN03409 | 003404P001-1467A-051<br>CIN03420 | 003405P001-1467A-051<br>CIN03421 | 003422P001-1467A-051<br>CIN03438 |
| 003453P001-1467A-051<br>CIN03469 | 003469P001-1467A-051<br>CIN03485 | 003479P001-1467A-051<br>CIN03495 | 003501P001-1467A-051<br>CIN03517 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 003508P001-1467A-051<br>CIN03524 | 003509P001-1467A-051<br>CIN03525 | 003515P001-1467A-051<br>CIN03531 | 003530P001-1467A-051<br>CIN03546 |
| 003542P001-1467A-051<br>CIN03558 | 003549P001-1467A-051<br>CIN03565 | 003580P001-1467A-051<br>CIN03596 | 003582P001-1467A-051<br>CIN03598 |
| 003591P001-1467A-051<br>CIN03607 | 003612P001-1467A-051<br>CIN03628 | 003617P001-1467A-051<br>CIN03633 | 003620P001-1467A-051<br>CIN03636 |
| 003634P001-1467A-051<br>CIN03650 | 003670P001-1467A-051<br>CIN03686 | 003678P001-1467A-051<br>CIN03694 | 003682P001-1467A-051<br>CIN03698 |
| 003683P001-1467A-051<br>CIN03699 | 003699P001-1467A-051<br>CIN03715 | 003700P001-1467A-051<br>CIN03716 | 003703P001-1467A-051<br>CIN03719 |
| 003716P001-1467A-051<br>CIN03733 | 003729P001-1467A-051<br>CIN03746 | 003738P001-1467A-051<br>CIN03755 | 003739P001-1467A-051<br>CIN03756 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003747P001-1467A-051<br>CIN03764 | 003760P001-1467A-051<br>CIN03777 | 003778P001-1467A-051<br>CIN03795 | 003800P001-1467A-051<br>CIN03818 |
| 003809P001-1467A-051<br>CIN03827 | 003813P001-1467A-051<br>CIN03831 | 003816P001-1467A-051<br>CIN03834 | 003819P001-1467A-051<br>CIN03837 |
| 003820P001-1467A-051<br>CIN03838 | 003832P001-1467A-051<br>CIN03850 | 003833P001-1467A-051<br>CIN03851 | 006243P001-1467A-051<br>CIN03868 |
| 003850P001-1467A-051<br>CIN03869 | 003852P001-1467A-051<br>CIN03871 | 003859P001-1467A-051<br>CIN03878 | 003879P001-1467A-051<br>CIN03898 |
| 003884P001-1467A-051<br>CIN03903 | 003886P001-1467A-051<br>CIN03905 | 003891P001-1467A-051<br>CIN03912 | 003894P001-1467A-051<br>CIN03915 |
| 003908P001-1467A-051<br>CIN03929 | 003925P001-1467A-051<br>CIN03946 | 003927P001-1467A-051<br>CIN03948 | 003933P001-1467A-051<br>CIN03954 |

| | | | |
|---|---|---|---|
| 003937P001-1467A-051<br>CIN03958 | 003938P001-1467A-051<br>CIN03959 | 003957P001-1467A-051<br>CIN03978 | 003965P001-1467A-051<br>CIN03987 |
| 003967P001-1467A-051<br>CIN03989 | 003993P001-1467A-051<br>CIN04016 | 004002P001-1467A-051<br>CIN04025 | 004008P001-1467A-051<br>CIN04031 |
| 004017P001-1467A-051<br>CIN04040 | 004028P001-1467A-051<br>CIN04052 | 004045P001-1467A-051<br>CIN04069 | 004050P001-1467A-051<br>CIN04074 |
| 004054P001-1467A-051<br>CIN04079 | 004089P001-1467A-051<br>CIN04114 | 004096P001-1467A-051<br>CIN04121 | 004097P001-1467A-051<br>CIN04122 |
| 004120P001-1467A-051<br>CIN04145 | 004121P001-1467A-051<br>CIN04146 | 004128P001-1467A-051<br>CIN04153 | 004132P001-1467A-051<br>CIN04157 |
| 004133P001-1467A-051<br>CIN04158 | 004134P001-1467A-051<br>CIN04159 | 004137P001-1467A-051<br>CIN04162 | 004167P001-1467A-051<br>CIN04192 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004176P001-1467A-051<br>CIN04201 | 004192P001-1467A-051<br>CIN04217 | 004197P001-1467A-051<br>CIN04222 | 004201P001-1467A-051<br>CIN04226 |
| 004220P001-1467A-051<br>CIN04245 | 004221P001-1467A-051<br>CIN04246 | 004243P001-1467A-051<br>CIN04268 | 004245P001-1467A-051<br>CIN04270 |
| 004269P001-1467A-051<br>CIN04294 | 004272P001-1467A-051<br>CIN04297 | 004307P001-1467A-051<br>CIN04333 | 004308P001-1467A-051<br>CIN04334 |
| 004309P001-1467A-051<br>CIN04335 | 004310P001-1467A-051<br>CIN04336 | 004330P001-1467A-051<br>CIN04356 | 004336P001-1467A-051<br>CIN04362 |
| 004337P001-1467A-051<br>CIN04363 | 004339P001-1467A-051<br>CIN04365 | 004341P001-1467A-051<br>CIN04367 | 004346P001-1467A-051<br>CIN04372 |
| 004354P001-1467A-051<br>CIN04380 | 004356P001-1467A-051<br>CIN04382 | 004369P001-1467A-051<br>CIN04395 | 004395P001-1467A-051<br>CIN04421 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 004464P001-1467A-051<br>CIN04491 | 004472P001-1467A-051<br>CIN04498 | 004482P001-1467A-051<br>CIN04508 | 004486P001-1467A-051<br>CIN04512 |
| 004500P001-1467A-051<br>CIN04526 | 004505P001-1467A-051<br>CIN04531 | 006822P003-1467A-051<br>CIN04536 | 004519P001-1467A-051<br>CIN04545 |
| 004529P001-1467A-051<br>CIN04555 | 004537P001-1467A-051<br>CIN04563 | 004549P001-1467A-051<br>CIN04575 | 004552P001-1467A-051<br>CIN04578 |
| 004561P001-1467A-051<br>CIN04583 | 004568P001-1467A-051<br>CIN04594 | 004569P001-1467A-051<br>CIN04595 | 004573P001-1467A-051<br>CIN04599 |
| 004576P001-1467A-051<br>CIN04602 | 004594P001-1467A-051<br>CIN04620 | 004599P001-1467A-051<br>CIN04625 | 004611P001-1467A-051<br>CIN04637 |
| 004612P001-1467A-051<br>CIN04638 | 004618P001-1467A-051<br>CIN04644 | 004627P001-1467A-051<br>CIN04653 | 004660P001-1467A-051<br>CIN04686 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004666P001-1467A-051<br>CIN04692 | 004669P001-1467A-051<br>CIN04695 | 004670P001-1467A-051<br>CIN04696 | 004675P001-1467A-051<br>CIN04700 |
| 004677P001-1467A-051<br>CIN04702 | 004680P001-1467A-051<br>CIN04705 | 004681P001-1467A-051<br>CIN04706 | 004704P001-1467A-051<br>CIN04729 |
| 004710P001-1467A-051<br>CIN04735 | 004713P001-1467A-051<br>CIN04738 | 004716P001-1467A-051<br>CIN04741 | 004719P001-1467A-051<br>CIN04744 |
| 004724P001-1467A-051<br>CIN04749 | 004745P001-1467A-051<br>CIN04771 | 004753P001-1467A-051<br>CIN04779 | 004757P001-1467A-051<br>CIN04783 |
| 004758P001-1467A-051<br>CIN04784 | 004762P001-1467A-051<br>CIN04788 | 004764P001-1467A-051<br>CIN04790 | 004767P001-1467A-051<br>CIN04793 |
| 004779P001-1467A-051<br>CIN04805 | 004791P001-1467A-051<br>CIN04817 | 006245P001-1467A-051<br>CIN04828 | 004802P001-1467A-051<br>CIN04829 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 004803P001-1467A-051<br>CIN04830 | 004804P001-1467A-051<br>CIN04831 | 004819P001-1467A-051<br>CIN04846 | 004825P001-1467A-051<br>CIN04852 |
| 004833P001-1467A-051<br>CIN04860 | 006246P001-1467A-051<br>CIN04861 | 004839P001-1467A-051<br>CIN04867 | 004844P001-1467A-051<br>CIN04872 |
| 004861P001-1467A-051<br>CIN04889 | 004867P001-1467A-051<br>CIN04896 | 004872P001-1467A-051<br>CIN04901 | 004873P001-1467A-051<br>CIN04902 |
| 004894P001-1467A-051<br>CIN04923 | 004898P001-1467A-051<br>CIN04927 | 004904P001-1467A-051<br>CIN04933 | 004906P001-1467A-051<br>CIN04935 |
| 004907P001-1467A-051<br>CIN04936 | 004914P001-1467A-051<br>CIN04943 | 004915P001-1467A-051<br>CIN04944 | 006247P001-1467A-051<br>CIN04954 |
| 004927P001-1467A-051<br>CIN04957 | 004933P001-1467A-051<br>CIN04963 | 004940P001-1467A-051<br>CIN04970 | 004947P001-1467A-051<br>CIN04977 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004953P001-1467A-051<br>CIN04983 | 004958P001-1467A-051<br>CIN04988 | 004962P001-1467A-051<br>CIN04992 | 004967P001-1467A-051<br>CIN04997 |
| 006263P002-1467A-051<br>CIN05005 | 004985P001-1467A-051<br>CIN05017 | 004989P001-1467A-051<br>CIN05022 | 005003P001-1467A-051<br>CIN05036 |
| 005008P001-1467A-051<br>CIN05041 | 005016P001-1467A-051<br>CIN05049 | 005018P001-1467A-051<br>CIN05051 | 005025P001-1467A-051<br>CIN05058 |
| 000002P001-1467A-051<br>CIN05068 | 005080P001-1467A-051<br>CIN05114 | 005093P001-1467A-051<br>CIN05127 | 005096P001-1467A-051<br>CIN05130 |
| 005100P001-1467A-051<br>CIN05134 | 005105P001-1467A-051<br>CIN05139 | 005113P001-1467A-051<br>CIN05147 | 005120P001-1467A-051<br>CIN05154 |
| 005125P001-1467A-051<br>CIN05159 | 005132P001-1467A-051<br>CIN05166 | 005152P001-1467A-051<br>CIN05186 | 005154P001-1467A-051<br>CIN05188 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 005156P001-1467A-051<br>CIN05190 | 005162P001-1467A-051<br>CIN05196 | 005176P001-1467A-051<br>CIN05210 | 005178P001-1467A-051<br>CIN05212 |
| 005194P001-1467A-051<br>CIN05228 | 005196P001-1467A-051<br>CIN05230 | 005200P001-1467A-051<br>CIN05234 | 006248P001-1467A-051<br>CIN05238 |
| 005206P001-1467A-051<br>CIN05241 | 005245P001-1467A-051<br>CIN05280 | 005259P001-1467A-051<br>CIN05294 | 005266P001-1467A-051<br>CIN05301 |
| 005267P001-1467A-051<br>CIN05302 | 005285P001-1467A-051<br>CIN05322 | 005288P001-1467A-051<br>CIN05325 | 006249P001-1467A-051<br>CIN05327 |
| 006250P001-1467A-051<br>CIN05328 | 005292P001-1467A-051<br>CIN05331 | 005293P001-1467A-051<br>CIN05332 | 005313P001-1467A-051<br>CIN05352 |
| 005316P001-1467A-051<br>CIN05355 | 005319P001-1467A-051<br>CIN05358 | 005320P001-1467A-051<br>CIN05359 | 005321P001-1467A-051<br>CIN05360 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 005322P001-1467A-051<br>CIN05361 | 005343P001-1467A-051<br>CIN05382 | 005352P001-1467A-051<br>CIN05391 | 005365P001-1467A-051<br>CIN05404 |
| 005382P001-1467A-051<br>CIN05421 | 005389P001-1467A-051<br>CIN05428 | 005404P001-1467A-051<br>CIN05443 | 005423P001-1467A-051<br>CIN05462 |
| 005425P001-1467A-051<br>CIN05464 | 005427P001-1467A-051<br>CIN05466 | 005428P001-1467A-051<br>CIN05467 | 005437P001-1467A-051<br>CIN05476 |
| 005478P001-1467A-051<br>CIN05518 | 005482P001-1467A-051<br>CIN05522 | 005490P001-1467A-051<br>CIN05531 | 005491P001-1467A-051<br>CIN05532 |
| 005535P001-1467A-051<br>CIN05576 | 005579P001-1467A-051<br>CIN05623 | 000014P001-1467A-051<br>CIN05640 | 005596P001-1467A-051<br>CIN05641 |
| 005601P001-1467A-051<br>CIN05646 | 005611P001-1467A-051<br>CIN05656 | 005612P001-1467A-051<br>CIN05657 | 005623P001-1467A-051<br>CIN05668 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005625P001-1467A-051<br>CIN05670 | 005626P001-1467A-051<br>CIN05671 | 005634P001-1467A-051<br>CIN05679 | 005636P001-1467A-051<br>CIN05681 |
| 005643P001-1467A-051<br>CIN05689 | 005670P001-1467A-051<br>CIN05717 | 005692P001-1467A-051<br>CIN05740 | 005703P001-1467A-051<br>CIN05751 |
| 005705P001-1467A-051<br>CIN05753 | 005712P001-1467A-051<br>CIN05760 | 005713P001-1467A-051<br>CIN05761 | 005719P001-1467A-051<br>CIN05768 |
| 005721P001-1467A-051<br>CIN05770 | 005722P001-1467A-051<br>CIN05771 | 005726P001-1467A-051<br>CIN05775 | 005738P001-1467A-051<br>CIN05787 |
| 005749P001-1467A-051<br>CIN05798 | 005750P001-1467A-051<br>CIN05799 | 005758P001-1467A-051<br>CIN05807 | 005763P001-1467A-051<br>CIN05812 |
| 005768P001-1467A-051<br>CIN05817 | 005769P001-1467A-051<br>CIN05818 | 005790P001-1467A-051<br>CIN05839 | 005794P001-1467A-051<br>CIN05843 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 006251P001-1467A-051<br>CIN05853 | 005804P001-1467A-051<br>CIN05854 | 005817P001-1467A-051<br>CIN05867 | 005821P001-1467A-051<br>CIN05871 |
| 005823P001-1467A-051<br>CIN05873 | 005824P001-1467A-051<br>CIN05874 | 005827P001-1467A-051<br>CIN05877 | 005834P001-1467A-051<br>CIN05884 |
| 005838P001-1467A-051<br>CIN05888 | 005849P001-1467A-051<br>CIN05899 | 005875P001-1467A-051<br>CIN05925 | 005883P001-1467A-051<br>CIN05933 |
| 005893P001-1467A-051<br>CIN05943 | 005913P001-1467A-051<br>CIN05963 | 005953P001-1467A-051<br>CIN06003 | 005955P001-1467A-051<br>CIN06005 |
| 005995P001-1467A-051<br>CIN06045 | 006008P001-1467A-051<br>CIN06058 | 006033P001-1467A-051<br>CIN06083 | 006067P001-1467A-051<br>CIN06117 |
| 006070P001-1467A-051<br>CIN06120 | 006075P001-1467A-051<br>CIN06125 | 006081P001-1467A-051<br>CIN06131 | 006087P001-1467A-051<br>CIN06137 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

| | | | |
|---|---|---|---|
| 006089P001-1467A-051<br>CIN06139 | 006096P001-1467A-051<br>CIN06146 | 006105P001-1467A-051<br>CIN06155 | 006117P001-1467A-051<br>CIN06167 |
| 006139P001-1467A-051<br>CIN06189 | 006152P001-1467A-051<br>CIN06202 | 006173P001-1467A-051<br>CIN06223 | 006175P001-1467A-051<br>CIN06225 |
| 006182P001-1467A-051<br>CIN06232 | 006184P001-1467A-051<br>CIN06235 | 006197P001-1467A-051<br>CIN06248 | 006210P001-1467A-051<br>CIN06261 |
| 006220P001-1467A-051<br>CIN06271 | 006224P001-1467A-051<br>CIN06275 | 006994P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006995P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006996P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006997P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006998P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006999P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 007000P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007001P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007002P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007003P001-1467A-051<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

01/26/2021 03:41:26 PM

007050P001-1467A-051
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007051P001-1467A-051
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed :   **698**