## Exhibit B

**Foster Declaration**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION OF MATTHEW K. FOSTER IN SUPPORT OF**
**SECOND OMNIBUS MOTION OF DEBTORS FOR ENTRY OF ORDER**
**AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS**

I, Matthew K. Foster, declare and state under penalty of perjury as follows:

1.    I submit this declaration (the "Declaration") in support of the *Second Omnibus Motion of Debtors for Entry of Order Authorizing Debtors to Reject Certain Executory Contracts* (the "Motion").[2]

2.    I am a Managing Director of Sonoran Capital Advisors, LLC ("Sonoran"), a turnaround, crisis management, and financial advisory firm that maintains an office at 1733 N. Greenfield Road, Mesa, Arizona 85205.   The Debtors have hired me as their Chief Restructuring Officer[3] and in that role I am responsible for managing the day-to-day operations of the Debtors and assessing and implementing the restructuring of the Debtors' businesses, as approved by the Debtors' independent director Grant Lyon.   I am over the age of 18 and am authorized to make this declaration (the "Declaration") on behalf of the Debtors.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2]    Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Motion.

[3]    *See Order Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* [Docket No. 267]

3.      I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

4.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Sonoran professionals, MACCO Restructuring Group, LLC professionals, Paul Hastings LLP professionals, or the Debtors' employees, or learned from my review of other documents.

5.      In my judgment, formed based on the facts and circumstances of these chapter 11 cases, the decision to reject the Rejected Contracts is prudent and appropriate.  The Rejected Agreements are not necessary or required by the Debtors, because they have reduced operations substantially and are no longer taking on new customers or actively investing any funds, and, moreover, because the Debtors anticipate selling their assets in connection with the bidding procedures approved by this Court.

6.      Furthermore, the Rejected Contracts are not a source of potential value for the Debtors' estates or creditors, and any continued expense in maintaining the Rejected Contracts provides no benefit to the Debtors.  I believe that the Debtors' obligations under the Rejected Contracts if required on a postpetition basis would constitute an unnecessary financial burden on the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 9, 2021
Mesa, Arizona

/s/ Matthew K. Foster
Matthew K. Foster
Managing Director of
Sonoran Capital Advisors, LLC