# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CRED INC., *et al.*, <br><br> Debtors.[1] <br><hr> CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES ALEXANDER <br><br> Defendant. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> Jointly Administered <br><br> Adv. Proc. No: 20-51006 |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on February 9, 2021 a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code was filed by James Alexander, which attached petition is pending in the United States Bankruptcy Court for the Central District of California under case number 21-10214.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative or other action or proceeding against Defendant that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (# 4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
*geoffrey.grivner@bipc.com*

Dated: February 10, 2021         *Attorneys for Defendant James Alexander*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>    Debtors.<br><br>---<br><br>CRED INC., CRED CAPITAL, INC., and CRED (US) LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES ALEXANDER<br><br>    Defendant. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered<br><br>Adv. Proc. No: 20-51006 |

## **CERTIFICATE OF SERVICE**

  I, Geoffrey G. Grivner, do hereby certify that on the 10th day of February, 2021, I caused a copy of the foregoing Suggestion of Bankruptcy to be served upon interested parties as indicated on the attached service list.

                    Respectfully submitted,

                    **BUCHANAN INGERSOLL & ROONEY PC**

                    */s/ Geoffrey G. Grivner*
                    Geoffrey G. Grivner (#4711)
                    919 North Market Street, Suite 990
                    Wilmington, DE 19801
                    Telephone: (302) 552-4200
                    Facsimile: (302) 552-4295
                    Email: geoffrey.grivner@bipc.com

                    *Attorneys for James Alexander*

Dated: February 10, 2021

**Service List:**

**Via electronic mail and ECF notification**

Counsel to Plaintiffs

COUSINS LAW LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19801
Scott.cousins@cousins-law.com