**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION**
**_PRO HAC VICE_ OF KEITH C. OWENS**

      Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Keith C. Owens, Esq. of Fox Rothschild LLP, 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067, to represent Elevar Finance SPV Photon LLC.

Dated: February 1, 2021

    **/s/ Seth A. Niederman**
    Seth A. Niederman (No. 4588)
    **FOX ROTHSCHILD LLP**
    919 North Market Street, Suite 300
    Wilmington, DE 19899-2323
    Telephone (302) 654-7444; Facsimile: (302) 656-8920
    sniederman@foxrothschild.com
    *Counsel to Elevar Finance SPV Photon LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective August 31, 2016. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

Dated: February 1, 2021

    */s/ Keith C. Owens*
    Keith C. Owens
    **FOX ROTHSCHILD LLP**
    10250 Constellation Boulevard, Suite 900
    Los Angeles, CA 90067
    Telephone: (310) 598-4150
    Facsimile: (310) 556-9828
    kowens@foxrothschild.com
    *Counsel to Elevar Finance SPV Photon LLC*

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted

**Dated: February 10th, 2021**
**Wilmington, Delaware**

    **JOHN T. DORSEY**
    **UNITED STATES BANKRUPTCY JUDGE**