| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Gregory | Taylor | Robert J. Stark, Examiner | Ashby & Geddes, P.A. |
| Justin | Rawlins | Cred Inc. | Paul Hastings LLP |
| Julius | Hudec | pro per | |
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| MARK | PFEIFFER | James Alexander | Buchanan Ingersol and Rooney, PC |
| Scott | Cousins | Cred Inc. | Cousins Law LLC |
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| David | Golubchik | James Alexander | Levene, Neale, Bender, Yoo & Brill L.L.P. |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Broocks | Wilson | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Pedro | Jimenez | Cred Inc. | Paul Hastings LLP |
| E. Patrick | Gilman | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Nicolas | Jenner | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| Geoffrey | Grivner | James Alexander | Buchanan, Ingersoll & Rooney |
| Becky | Yerak | wall street journal | |
| John | Schanne | United States Trustee | |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |