## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned attorneys have appeared as counsel for creditor and interested party Thomas Arehart in the above-captioned bankruptcy case.

**TAKE FURTHER NOTICE** that Carl D. Neff, Esq. and Hollace Topol Cohen, Esq., and the law firm of FisherBroyles, LLP, hereby withdraw their appearance. The undersigned counsel hereby certifies that Thomas Arehart has no controversy currently pending before the Court, and that Thomas Arehart consents to this withdrawal as counsel.

**TAKE FURTHER NOTICE** that the undersigned requests to be removed from all service lists, the mailing matrix, and the Court's electronic notice (ECF) system in this matter.

Dated: February 10, 2021
      Wilmington, Delaware

**FISHERBROYLES, LLP**

*/s/ Carl D. Neff*
Carl D. Neff (No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number. as applicable. are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc, (4064), Cred Merchant Solutions LLC (3150) and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Wilmington, DE 19803
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

-and-

Hollace Topol Cohen, Esq.
445 Park Avenue
New York, NY 10022
Telephone: (917) 365-4871
Email: hollace.cohen@fisherbroyles.com