# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.¹ | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 371** |

### CERTIFICATION OF NO OBJECTION WITH RESPECT TO FIRST MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 5, 2020 THROUGH DECEMBER 31, 2020

The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the *First Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 5, 2020 through December 31, 2020* [Docket No. 371] (the "Application"), filed by counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively the "Debtors") on January 20, 2021. The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 269] (the "Interim Compensation Order"), the notice of the Application set a deadline of February 9, 2021 at 4:00

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $699,283.60, and 100% of the expenses requested in the Application, or $18,869.85.

Dated: Wilmington, Delaware
February 11, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Counsel to the Official Committee
of Unsecured Creditors*