## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. No. 505** |

## CERTIFICATE OF SERVICE

I, Nicolas E. Jenner, Esquire hereby certify that on February 11, 2021, a true and correct copy of the *[SEALED] Supplemental Reply Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 505] was caused to be served on the attached service list via Electronic Mail.

Dated:  February 11, 2021
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**E-MAIL**
COUSINS LAW LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Email: scott.cousins@cousins-law.com

**E-MAIL**
PAUL HASTINGS LLP
James T. Grogan
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Email: jamesgrogan@paulhastings.com

**E-MAIL**
PAUL HASTINGS LLP
G. Alexander Bongartz
Avram E. Luft
Pedro Jimenez
200 Park Avenue
New York, New York 10166
Email: alexbongartz@paulhastings.com
aviluft@paulhastings.com
pedrojimenez@paulhastings.com

**E-MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
Joseph James McMahon, Jr.
John Henry Schanne, II
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
john.schanne@usdoj.gov

**E-MAIL**
MCDERMOTT WILL & EMERY LLP
David R. Hurst
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com

**E-MAIL**
MCDERMOTT WILL & EMERY LLP
Timothy W. Walsh
Darren Azman
Joseph B. Evans
340 Madison Avenue
New York, NY 10173
Email: twwalsh@mwe.com
dazman@mwe.com
Jbevans@mwe.com

**E-MAIL**
MCDERMOTT WILL & EMERY LLP
Gregg Steinman
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Email: Gsteinman@mwe.com

**E-MAIL**
PAUL HASTINGS LLP
Scott Carlton
Bryant Lin
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Email: scottcarlton@paulhastings.com
bryantlin@paulhastings.com

**E-MAIL**
PAUL HASTINGS LLP
Austin Prouty
1117 S. California Avenue
Palo Alto, CA 94304
Email: austinprouty@paulhastings.com