**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                        ) ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 9th day of February, 2021, DRC, acting under my supervision, caused to be served the "Second Omnibus Motion of Debtors for Entry of Order Authorizing Debtors to Reject Certain Executory Contracts" (Docket No. 495), to be served via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of February, 2021, Brooklyn, New York.

By *Edward a Calderon*
Edward A. Calderon

Sworn before me this
10th day of February, 2021

*[signature]*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**<u>EXHIBIT 1</u>**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000071P001-1467S-062<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM | 000071P001-1467S-062<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-062<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-062<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM |
| 000068P001-1467S-062<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-062<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-062<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM | 000070P001-1467S-062<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM |
| 000069P001-1467S-062<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000057P001-1467S-062<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-062<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-062<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE<br>19803<br>SCOTT.COUSINS@COUSINS-LAW.COM |
| 000036P001-1467S-062<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-062<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-062<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-062<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000060P001-1467S-062<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS .,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-062<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-062<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000058P001-1467S-062<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM |
| 000059P001-1467S-062<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000072P001-1467S-062<br>FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD.,STE 900<br>LOS ANGELES CA 90067<br>KOWENS@FOXROTHSCHILD.COM | 000073P001-1467S-062<br>FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST.,STE 300<br>WILMINGTON DE 19899-2323<br>SNIEDERMAN@FOXROTHSCHILD.COM | 000065P001-1467S-062<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

02/09/2021 07:27:26 PM

| | | | |
|---|---|---|---|
| 000065P001-1467S-062<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM | 006434P001-1467A-062<br>INNREG LLC<br>1101 BRICKELL AVE<br>SOUTH TOWER<br>MIAMI FL 33131<br>BILLING@INNREG.COM | 006434P001-1467A-062<br>INNREG LLC<br>1101 BRICKELL AVE<br>SOUTH TOWER<br>MIAMI FL 33131<br>FRANCESCO@INNREG.COM | 000044P001-1467S-062<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM |
| 006466P001-1467A-062<br>JUMIO CORP<br>395 PAGE MILL RD<br>STE 150<br>PALO ALTO CA 94306-2067<br>INVOICES@JUMIO.COM | 000061P001-1467S-062<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-062<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-062<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM |
| 000063P001-1467S-062<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000024P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000027P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000035P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-062<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

02/09/2021 07:27:26 PM

000040P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P002-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-062
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-062
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-062
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-062
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-062
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-062
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000052P001-1467S-062
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-062
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

006443P001-1467A-062
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704
KEVIN.STELLNER@ZUAR.COM

Records Printed :   68

**<u>EXHIBIT 2</u>**

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 007012P001-1467A-062<br>ADOBE INC<br>345 PK AVE<br>SAN JOSE CA 95110-2704 | 000013P001-1467S-062<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 007013P001-1467A-062<br>ATLASSIAN<br>HERBERT SMITH FREEHILLS LLP<br>EXCHANGE HOUSE<br>PRIMROSE ST<br>LONDON  EC2A 2EG<br>UNITED KINGDOM | 007014P001-1467A-062<br>AUTOPILOTHQ INC<br>149 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105-3739 |
| 006416P002-1467A-062<br>COINSTATS INC<br>2035 SUNSET LAKE RD #B2<br>NEWARK DE 19702 | 000006P001-1467S-062<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-062<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 006421P001-1467A-062<br>DINWIDDIE, INC<br>1633 BROADWAY<br>NEW YORK NY 10019 |
| 007019P001-1467A-062<br>DOCSEND<br>351 CALIFORNIA ST<br>SAN FRANCISCO CA 94104 | 007020P001-1467A-062<br>DOCUSIGN<br>221 MAIN ST STE 1550<br>SAN FRANCISCO CA 94105 | 007021P001-1467A-062<br>EXPENSIFY<br>88 KEARNEY ST<br>SAN FRANCISCO CA 94104 | 000009P001-1467S-062<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 006420P002-1467A-062<br>GETTY/IO INC KLEVER<br>2711 CENTERVILLE RD<br>STE 400<br>WILMINGTON DE 19808 | 007024P001-1467A-062<br>GLOBAL RELAY USA INC<br>286 MADISON AVE 7TH FLOOR<br>NEW YORK NY 10017 | 007025P001-1467A-062<br>GOOGLE<br>1600 AMPHITHEATER PKWY<br>MOUNTAIN VIEW CA 94043 | 006418P001-1467A-062<br>HOTGROUP LIMITED<br>OMC CHAMBERS WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 007092P001-1467A-062<br>HUBSPOT<br>1 HARBOUR PL STE 275<br>PORTSMOUTH NH 03801 | 007027P001-1467A-062<br>INFURA<br>CONSENSYS<br>49 BOGART ST<br>BROOKLYN NY 11206 | 006434P001-1467A-062<br>INNREG LLC<br>1101 BRICKELL AVE<br>SOUTH TOWER<br>MIAMI FL 33131 | 007028P001-1467A-062<br>INTERCOM.IO<br>55 2ND ST 4TH FLOOR<br>SAN FRANCISCO CA 94105 |
| 000001P001-1467S-062<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-062<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 007029P001-1467A-062<br>INVISION SOFTWARE<br>110 LAKE AVE SOUTH<br>STE 35<br>NESCONSET NY 11767 | 007030P001-1467A-062<br>JAMF SOFTWARE LLC<br>100 WASHINGTON AVE S<br>STE 1100<br>MINNEAPOLIS MN 55401 |
| 007031P001-1467A-062<br>JETBRAINS AMERICAS INC<br>989 EAST HILLSDALE BLVD STE 200<br>FOSTER CITY CA 94404 | 006466P001-1467A-062<br>JUMIO CORP<br>395 PAGE MILL RD<br>STE 150<br>PALO ALTO CA 94306-2067 | 006412P001-1467A-062<br>LITECOIN FOUNDATION LIMITED<br>111 NORTH BRIDGE RD #08-19<br>PENINSUAL PLZ<br>SINGAPORE  179098<br>SINGAPORE | 007033P001-1467A-062<br>LUCIDCHARTCOM<br>10355 S JORDAN GTWY STE 150<br>SOUTH JORDAN UT 84095 |

**Cred Inc., et al.**
**Exhibit Pages**

000010P001-1467S-062
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-062
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007087P001-1467A-062
PILOTO 151 LLC
151 CALLE SAN FRANCISCO
STE 200
SAN JUAN PR 00901

007035P001-1467A-062
POSTMAN
309 VENKATESH COMPLEX 2ND FLOOR
100 FEET RD INDIRANAGAR
BANGALORE KARNATAKA  560038
INDIA

007036P001-1467A-062
POYNT CO
4151 MIDDLEFIELD RD FL 2
PALO ALTO CA 94303

007039P001-1467A-062
SENDGRID
929 PEARL ST
BOULDER CO 80302

007040P001-1467A-062
SENDSAFELYCOM
1460 BROADWAY FOURTH FLOOR
NEW YORK NY 10036

007041P001-1467A-062
SENTRY
132 HAWTHORNE ST
SAN FRANCISCO CA 94107

007042P001-1467A-062
SKETCH
FLIGHT FORUM 40 BEGANE GROND
5657 DB EINDHOVEN
NETHERLANDS

000012P001-1467S-062
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

007093P001-1467A-062
SOPHOS
THE PENTAGON ABINGDON SCIENCE PK
ABINGDON OXFORDSHIRE  OX14 3Y
UNITED KINGDOM

006736P001-1467A-062
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

007047P001-1467A-062
TWILIO INC
101 SPEAR ST FL 1
SAN FRANCISCO CA 94105-1580

000011P001-1467S-062
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

006419P002-1467A-062
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

007049P001-1467A-062
ZOOM US
55 ALMADEN BLVD 6TH FL
SAN JOSE CA 95113

006443P001-1467A-062
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704

Records Printed :  **45**