**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[2] | ) |
| | ) |
| | ) **Obj. Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**SUMMARY OF THIRD MONTHLY FEE APPLICATION OF MACCO**
**RESTRUCTURING GROUP LLC AS FINANCIAL ADVISORS TO THE DEBTORS**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant | MACCO Restructuring Group, LLC |
| Authorized to Provide Professional Services to: | Financial Advisors |
| Date of Retention: | December 21, 2020 (*Nunc Pro Tunc* to November 7, 2020) |
| Period for which compensation and reimbursement is sought: | January 1, 2021 through January 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $123,988.00 (80% = $99,190.40) (20% = $24,797.60) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

---

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

This is a(n): _x_ monthly____interim____final application.


The compensation sought in this Third Monthly Fee Application in connection with preparing this Application is $0.00. MACCO Restructuring Group, LLC reserves the right to request compensation for additional time and expenses incurred in preparing this Third Monthly Fee Application, which will appear on a subsequent application.


### Prior Monthly Applications:

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback (20%) |
| 01/11/2021; ECF #345 | 11/07/2020-11/30/2020 | $333,060.50 | $219.65 | $266,448.40, | $219.65 | $66,612.10 |
| 01/18/2021; ECF #360 | 12/1/2020-12/31/2020 | $375,475.50 | $29.00 | $300,380.40 | $29.00 | $75,095.10 |

## COMPENSATION BY INDIVIDUAL DURING THE BANKRUPTCY CASE

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 8.10 | $4,860.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 53.40 | $29,370.00 |
| Pablo Bonjour | Managing Director | $525.00 | 76.80 | $40,320.00 |
| Kathy Mayle | Senior Director | $465.00 | 50.10 | $23,296.50 |
| Frank Cottrell | Director | $465.00 | 14.10 | $6,556.50 |
| Micah Miller | Director | $450.00 | 32.00 | $14,400.00 |
| Arpna Chheda | Financial Analyst | $425.00 | 12.20 | $5,185.00 |
| **TOTALS:** | | | 246.70 | $123,988.00 |
| **Blended Rate:** | | **$502.59** | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category/Task Code | Hours | Fees |
|---|---|---|
| 009: Operations | 0.40 | $240.00 |
| 010: Accounting and Financials | 71.50 | $35,251.00 |
| 016: Case Administration | 46.30 | $24,981.00 |
| 018: Employment/Fee Applications/Objections | 6.20 | $3,273.00 |
| 019: Contested Matters/Litigation | 25.20 | $13,230.00 |
| 020: Claims | 5.80 | $2,601.00 |
| 021: Plan/Disclosure Statement | 5.40 | $2,871.50 |
| 023: Preparation of Schedules and Statements | 85.90 | $41,540.50 |
| **TOTALS:** | **246.70** | **$123,988.00** |

## SUMMARY OF EXPENSES INCURRED IN THIS BANKRUPTCY CASE

| Expense Category | Amount |
|---|---|
| None. | $0.00 |
| **Total:** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[3] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) **Obj. Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF MACCO RESTRUCTURING GROUP
LLC AS FINANCIAL ADVISORS TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD OF
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

MACCO Restructuring Group, LLC ("MACCO") files this third monthly fee application

for compensation and reimbursement of expenses ("Fee Application") requesting payment for

services rendered and reimbursement of expenses as financial advisor for the above-captioned

Debtors ("the Debtors") for the period of January 1, 2021 through January 31, 2021 (the "Fee

Period"). In support of this Fee Application, MACCO respectfully states:

**Jurisdiction**

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This

is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 11 case

in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[3]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**Relief Requested**

2.      Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Pursuant to 11 U.S.C. §§ 105(a), 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals (the "Administrative Fee Order") [Docket No. 269], MACCO Restructuring Group, LLC ("MACCO") hereby submits this third monthly application (the "Third Monthly Application") for reasonable compensation for professional services rendered as financial advisors to Debtors in the above captioned case (the "Bankruptcy Case"), seeking interim approval and payment of professional fees in the amount of $99,190.40 (80% of $123,988.00) together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period commencing January 1, 2021 through and including January 31, 2021 (the "Fee Period").

**Background**

3.      On November 7, 2020 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On December 3, 2020 the Office of the United States Trustee appointed the Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 120].

5.      On December 18, 2020, the Court granted the Motion to Appoint an Examiner [Docket No. 133].

6.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

7.      Additional information regarding the Debtors' business is set forth in the *Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 12].

8.      On November 17, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisors to the Debtors, Effective Nunc Pro Tunc to the Petition Date* (the "Retention Application") [Docket No. 57]. On December 12, 2020, Debtors filed the *Supplemental Declaration of Drew McManigle in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisors to the Debtors, Effective Nunc Pro Tunc to the Petition Date* [Docket No. 181].

9.      On December 21, 2020, the Court entered the revised order approving the Retention Application (the "Retention Order") [Docket No. 272]. The Retention Order authorizes MACCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

10.     All services for which compensation is requested by MACCO were performed on behalf of the Debtors.

### Summary of Fees

11.   MACCO professionals expended 246.70 hours in performing professional services for the Debtors during the Application Period.  Pursuant to the Administrative Fee

Order, MACCO is entitled to monthly compensation for its services provided to the Debtors at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

12.     Services rendered by each professional during the Fee Period, and a summary of the time incurred by task are attached hereto as **Exhibit B** and **Exhibit C**. Attached hereto as **Exhibit C** is MACCO's detailed statement of fees and expenses incurred during the Fee Period (the "Billing Statement"). The services rendered by MACCO directly in connection with this Bankruptcy Case during the Fee Period are identified by category set forth in the Billing Statement. The professionals who rendered services relating to each category or matter are identified, along with the number of hours for each individual and the total compensation sought for each category, in the summary attachments hereto.

**Code 009 – Operations**

13.     During the Fee Period, MACCO performed services on behalf of the Debtors related to operational issues.

**Code 010 –Accounting and Financials**

14.     During the Fee Period, MACCO monitored Debtors' liquidity position, preparing the 13-week cash flow and its assumptions, comparing to Debtors' forecasts, and reconciliation of accounts.

**Code 016 – Case Administration**

15.     Services performed in this category related to case administration:responsive communications and documentation provided upon requests of Debtors and UCC counsel and professionals, and U. S. Trustee, and preparation of Monthly Operating Report.

**Code 018 - Employment/Fee Applications/Objections**

16.    Time spent in this category related to MACCO's preparation monthly

applications, and services related to the Interim Compensation Order and compliance of same.

**Code 019 - Contested Matters/Litigation**

17.    Time spent in this category related to the preparation and attendance at hearing on

Upgradeya Investments' motion for relief from automatic stay.

**Code 020 - Claims**

18.    MACCO spent time in this category related to claims docket, charting of claims

as related to scheduled customer claims.

**Code 021 – Plan/Disclosure Statement**

19.    MACCO spent time in this category related to the liquidity analysis.

**Code 023 - Preparation of Schedules and Statements**

20.    MACCO spent time in this category related to the preparation of amending of

schedules and statements.

<u>**Actual Incurred Disbursements Summary**</u>

21.    MACCO has not incurred any out-of-pocket disbursements during the Fee Period

in this Bankruptcy Case.

<u>**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**</u>

22.    In accordance with Del. Bankr. L.R. 2016-2, a summary schedule of hours and

fees for each professional, and a summary of hours and fees categorized by project code are

attached.  The Undersigned submits that this Fee Application complies with Del. Bankr. L.R.

2016-2 and the Retention Order.

23.    MACCO submits that the services rendered and expenses incurred were actual

and necessary and that the compensation sought is reasonable and in accordance with the

standards of the Bankruptcy Code and Bankruptcy Rules.

24.    No agreement or understanding exists between MACCO and any other entity (other than shareholders or employees of MACCO) for the sharing of compensation received or to be received for services rendered in or in connection with this case.

### Notice

25.    Pursuant to the Interim Compensation Order, notice of this Fee Application has been given to (i) the Chief Restructuring Officer on behalf of the Debtors; (ii) the Debtors' counsel; (iii) the Office of the United States Trustee; (iv) counsel to the Official Committee of the Unsecured Creditors.

WHEREFORE, MACCO respectfully requests an interim allowance of compensation for professional services rendered as financial advisor to the Debtors during the Fee Period in the amount of $99,190.40 for the Application Period (80% of $123,988.00 total fees), pursuant to the Administrative Fee Order; and such other further relief that the Court deems just and proper.

Dated: February 16, 2021                    Respectfully Submitted,

                                            /s/ Drew McManigle
                                            Drew McManigle
                                            Founder and CEO
                                            MACCO Restructuring Group LLC
                                            The Pennzoil Building
                                            700 Milam Street, Suite 1300
                                            Houston, Texas 77002
                                            Telephone: (410) 350-1839
                                            Email: drew@macco.group

                                            *Financial Advisor to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[4] | ) |
| | ) |
| | ) |

**VERIFICATION PURSUANT TO DEL. BANKR. L. R. 2016-2(g) AND U.S.C. § 1746**

I, Drew McManigle, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am the founder and Chief Executive Officer of MACCO Restructuring Group, LLC ("MACCO").  MACCO has rendered professional services to the Debtors in these Chapter 11 cases.

2.      I have read the foregoing application of MACCO for compensation and reimbursement of expenses (the "Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United State Trustee.

---

[4]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, to the best of my information, knowledge, and belief.

Dated: February 16, 2021                     MACCO RESTRUCTURING GROUP, LLC
      Houston, Texas


                                    */s/ Drew McManigle*
                                    Drew McManigle
                                    Founder and CEO
                                    MACCO Restructuring Group LLC
                                    The Pennzoil Building
                                    700 Milam Street, Suite 1300
                                    Houston, Texas 77002
                                    Telephone: (410) 350-1839
                                    Email: drew@macco.group

                                    *Financial Advisor to the Debtors*

2