**EXHIBIT A**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 8.10 | $4,860.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 53.40 | $29,370.00 |
| Pablo Bonjour | Managing Director | $525.00 | 76.80 | $40,320.00 |
| Kathy Mayle | Senior Director | $465.00 | 50.10 | $23,296.50 |
| Frank Cottrell | Director | $465.00 | 14.10 | $6,556.50 |
| Micah Miller | Director | $450.00 | 32.00 | $14,400.00 |
| Arpna Chheda | Financial Analyst | $425.00 | 12.20 | $5,185.00 |
| | | **TOTALS:** | 246.70 | $123,988.00 |
| | | **Blended Rate:** | **$502.59** | |