**EXHIBIT B**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Project Category/Task Code | Hours | Fees |
|---|---:|---:|
| 009: Operations | 0.40 | $240.00 |
| 010: Accounting and Financials | 71.50 | $35,251.00 |
| 016: Case Administration | 46.30 | $24,981.00 |
| 018: Employment/Fee Applications/Objections | 6.20 | $3,273.00 |
| 019: Contested Matters/Litigation | 25.20 | $13,230.00 |
| 020: Claims | 5.80 | $2,601.00 |
| 021: Plan/Disclosure Statement | 5.40 | $2,871.50 |
| 023: Preparation of Schedules and Statements | 85.90 | $41,540.50 |
| **TOTALS:** | **246.70** | **$123,988.00** |