**EXHIBIT C**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

**SEE ATTACHED INVOICE**

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

# INVOICE

Matthew K Foster
CRED INC., et al.
2121 South El Camino Real, Suite 500
San Mateo , CA  94401

INVOICE DATE: 1/31/2021

INVOICE NO: 1169

BILLING THROUGH: 1/31/2021

---

**CRED INC. -  Chapter 11**                                                  **Managed By: Drew McManigle**

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| **009:** | **Operations** | | | | |
| 1/9/2021 | Drew McManigle | Review notes from/between counsel, CRO, etc. re: Lu Hua's bitcoin transfer and tracing of same (.3); note to/from P. Bonjour clarifying request, basis and MACCO role (.2). | 0.40 | $600.00 | $240.00 |
| | | **009: Operations  Totals:** | **0.40** | | **$240.00** |
| **010:** | **Accounting and Financials** | | | | |
| 1/4/2021 | Pablo  Bonjour | Build out, review, edit stand-alone crypto sheet accounting for March units and updated latest prices and send to P. Maniscalco for his liquidation analysis. | 1.20 | $525.00 | $630.00 |
| 1/4/2021 | Pablo  Bonjour | Call with M. Miller regarding reviewing detailed expenses and analyzing potential and outstanding cure costs. | 0.30 | $525.00 | $157.50 |
| 1/4/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.60 | $465.00 | $279.00 |
| 1/4/2021 | Pablo  Bonjour | Communication with F. Cottrell regarding instructions on how to update the 13 week budget to reflect more accurate crypto prices specifically bitcoin. | 0.10 | $525.00 | $52.50 |
| 1/4/2021 | Frank Cottrell | 100 Acre Ventures data for UCC financial advisor, Dundon. | 0.20 | $465.00 | $93.00 |
| 1/4/2021 | Frank Cottrell | Asset analysis for Pablo Bonjour. | 0.10 | $465.00 | $46.50 |
| 1/4/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding liquidation analysis detail and line by line review. | 0.20 | $525.00 | $105.00 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.10 | $465.00 | $46.50 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 1.00 | $465.00 | $465.00 |
| 1/5/2021 | Pablo  Bonjour | Call with P. Maniscalco and F. Cottrell regarding liquidity updates and other requests from counsel and M. Foster. | 0.40 | $525.00 | $210.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/5/2021 | Pablo Bonjour | Review of recently updated13 week cash flow budget. | 0.40 | $525.00 | $210.00 |
|---|---|---|---|---|---|
| 1/5/2021 | Pablo Bonjour | Call with S. Wiley and F. Cottrell updating the 13 week budget with latest bank balances and other financial inputs. | 1.20 | $525.00 | $630.00 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.10 | $465.00 | $46.50 |
| 1/5/2021 | Frank Cottrell | 13 week analysis transition meeting with Sonoran. | 1.20 | $465.00 | $558.00 |
| 1/5/2021 | Pablo Bonjour | Call with S. Wiley, P. Maniscalco and F. Cottrell regarding 13 week budget model walkthrough and detail discussion. | 1.00 | $525.00 | $525.00 |
| 1/5/2021 | Frank Cottrell | 13 week analysis transition meeting with Sonoran. | 1.20 | $465.00 | $558.00 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.90 | $465.00 | $418.50 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.70 | $465.00 | $325.50 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.40 | $465.00 | $186.00 |
| 1/5/2021 | Paul Maniscalco | Review R51 13 week cash flow. | 0.50 | $550.00 | $275.00 |
| 1/5/2021 | Frank Cottrell | Update of 13 week cash flow analysis. | 0.20 | $465.00 | $93.00 |
| 1/5/2021 | Paul Maniscalco | Call with Frank Cottrell and Pablo Bonjour to discuss revisions to 13 week cash flow. | 0.50 | $550.00 | $275.00 |
| 1/5/2021 | Pablo Bonjour | Finalize 13 week cash flow with P. Maniscalco and send to Dundon and Sonoran. | 0.20 | $525.00 | $105.00 |
| 1/5/2021 | Pablo Bonjour | Call with P. Maniscalco regarding line by line analysis of the final 13 week budget. | 1.60 | $525.00 | $840.00 |
| 1/5/2021 | Arpna Chheda | Worked on customer claims. | 3.20 | $425.00 | $1,360.00 |
| 1/6/2021 | Pablo Bonjour | Call with S. Wiley regarding the 13 week model. | 0.10 | $525.00 | $52.50 |
| 1/6/2021 | Frank Cottrell | Sarson documents for UCC financial advisor, Dundon. | 0.30 | $465.00 | $139.50 |
| 1/6/2021 | Paul Maniscalco | Participate in 13 week cash flow review call with Dundon group (R52) | 0.50 | $550.00 | $275.00 |
| 1/6/2021 | Arpna Chheda | Worked on cryptocurrency rate analysis. | 2.60 | $425.00 | $1,105.00 |
| 1/6/2021 | Pablo Bonjour | Call with Dundon, S. Wiley regarding 13 week budget and details regarding same. | 0.60 | $525.00 | $315.00 |
| 1/6/2021 | Frank Cottrell | Answer questions regarding 13 week budget for UCC financial advisor, Dundon. | 1.10 | $465.00 | $511.50 |
| 1/7/2021 | Frank Cottrell | AMUN analysis for UCC financial advisor, Dundon Advisers. | 0.80 | $465.00 | $372.00 |
| 1/7/2021 | Frank Cottrell | Cred account #10411 reconciliation. | 0.40 | $465.00 | $186.00 |
| 1/7/2021 | Frank Cottrell | Answer questions from UCC financial advisor, Dundon Advisers. | 0.40 | $465.00 | $186.00 |
| 1/7/2021 | Frank Cottrell | Answer questions from UCC financial advisor, Dundon Advisers. | 0.30 | $465.00 | $139.50 |
| 1/7/2021 | Frank Cottrell | 13 week hard code for Sonoran. | 0.10 | $465.00 | $46.50 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/8/2021 | Frank Cottrell | 13 week model adjustments for Sonoran, Scott Wiley. | 2.30 | $465.00 | $1,069.50 |
| 1/8/2021 | Pablo Bonjour | Communication with Z. Messenger regarding the budget and transition. | 0.10 | $525.00 | $52.50 |
| 1/8/2021 | Pablo Bonjour | Call with P. Maniscalco discussing the latest financials and transition including the liquidation analysis and other case administration items. | 0.30 | $525.00 | $157.50 |
| 1/11/2021 | Pablo Bonjour | Communications with CRO related to excel worksheet schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/11/2021 | Pablo Bonjour | Review and update December monthly operating excel worksheet with latest data through December 2020. | 0.80 | $525.00 | $420.00 |
| 1/11/2021 | Pablo Bonjour | Communications from D. Schatt regarding Cyberquantum and accounting issues regarding same. | 0.10 | $525.00 | $52.50 |
| 1/11/2021 | Pablo Bonjour | Populate new crytocurrency worksheet with prices as of January 31 2020. | 0.40 | $525.00 | $210.00 |
| 1/11/2021 | Pablo Bonjour | Communications with P. Maniscalco regarding bank reconciliations related to the MOR, updating cryptocurrency units and values and folders to access data. | 0.70 | $525.00 | $367.50 |
| 1/12/2021 | Pablo Bonjour | Prepare, update and send crypto values spreadsheet into master file with notes for tomorrow's scheduled meeting. | 0.10 | $525.00 | $52.50 |
| 1/12/2021 | Frank Cottrell | Providing crypto-currency pricing methodology to Unsecured Creditors Committee's financial advisor, Dundon Advisers. | 0.30 | $465.00 | $139.50 |
| 1/12/2021 | Pablo Bonjour | Research, verify and update balance sheet data for dozens of accounts pertaining to the crypto currency value as of Dec 31 2020. | 1.80 | $525.00 | $945.00 |
| 1/12/2021 | Pablo Bonjour | Communication with MACCO team regarding question and answers provided to Dundon regarding crypto pricing assumptions and calculations used in the schedules. | 0.10 | $525.00 | $52.50 |
| 1/12/2021 | Frank Cottrell | Providing crypto-currency pricing methodology to Unsecured Creditors Committee's financial advisor, Dundon Advisers. | 0.50 | $465.00 | $232.50 |
| 1/13/2021 | Pablo Bonjour | Communication with D. Schatt regarding finding for the Cyber Quantum transaction. | 0.30 | $525.00 | $157.50 |
| 1/13/2021 | Pablo Bonjour | Communications with D. Schatt and M. Miller regarding transfer going in and out of Cred and Cyber Quantum. | 0.20 | $525.00 | $105.00 |
| 1/13/2021 | Pablo Bonjour | Communications with M. Miller regarding in and outgoing transfer detail. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2021 | Pablo Bonjour | Call with M. Miller regarding Cyber Quantum transfers and also Dan Schatt regarding Bitcoin transaction detail and transfer amounts. | 0.20 | $525.00 | $105.00 |
| 1/13/2021 | Pablo Bonjour | Call with P. Maniscalco regarding Cred case updates, action items, invoice circulation and fee applications. | 0.10 | $525.00 | $52.50 |
| 1/13/2021 | Frank Cottrell | 13 week model e-mail distribution list for Sonoran, Scott Wiley. | 0.20 | $465.00 | $93.00 |
| 1/13/2021 | Pablo Bonjour | Call with P. Maniscalco regarding month end financials and update regarding T. Tautolo's financial updates and timeline. | 0.10 | $525.00 | $52.50 |
| 1/14/2021 | Pablo Bonjour | Communications with MACCO team members regarding details related to pricing for crypto pricing and customer claims. | 0.10 | $525.00 | $52.50 |
| 1/14/2021 | Pablo Bonjour | Communications with M. Foster, S. Wiley and P. Maniscalco regarding moKredit detail. | 0.10 | $525.00 | $52.50 |
| 1/14/2021 | Pablo Bonjour | Communication with D. McManigle regarding pricing data for crypto currency and claims. | 0.10 | $525.00 | $52.50 |
| 1/14/2021 | Pablo Bonjour | Call with P. Maniscalco regarding regarding Cred client and claims related to a specific client and adding S. Wiley on the call later at the tail end. | 0.40 | $525.00 | $210.00 |
| 1/15/2021 | Pablo Bonjour | Review of updated wallet spreadsheet showing additional claims. | 0.40 | $525.00 | $210.00 |
| 1/15/2021 | Pablo Bonjour | Communication with K. Mayle regarding time of day pricing for the crypto values and claims. | 0.10 | $525.00 | $52.50 |
| 1/15/2021 | Pablo Bonjour | Communication with D. Hummer regarding detail in the updated CredEarn-Borrow spreadsheet and claims detail. | 0.10 | $525.00 | $52.50 |
| 1/15/2021 | Micah Miller | Call with P. Maniscalco to discuss December 2020 MOR. | 0.40 | $450.00 | $180.00 |
| 1/15/2021 | Pablo Bonjour | Call with P. Maniscalco regarding retrieving additional crypto balance claims data and monthly operating report detail update and action steps. | 0.20 | $525.00 | $105.00 |
| 1/15/2021 | Pablo Bonjour | Communication with A. Mazier regarding time of day pricing for the crypto values and claims. | 0.10 | $525.00 | $52.50 |
| 1/16/2021 | Micah Miller | Prepare December 2020 MOR. | 3.00 | $450.00 | $1,350.00 |
| 1/16/2021 | Pablo Bonjour | Communication with D. Hummer regarding updating the latest crypto wallet balance claims data. | 0.10 | $525.00 | $52.50 |
| 1/17/2021 | Micah Miller | Prepare December 2020 MOR. | 2.40 | $450.00 | $1,080.00 |
| 1/18/2021 | Paul Maniscalco | December 31, 2020 MOR preparation. | 5.00 | $550.00 | $2,750.00 |
| 1/18/2021 | Pablo Bonjour | Call with P. Maniscalco regarding monthly operating reports and open action items. | 0.50 | $525.00 | $262.50 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/18/2021 | Micah  Miller | Prepare December 2020 MOR. | 5.00 | $450.00 | $2,250.00 |
| 1/19/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding sourcing data from wallets and action items and strategy regarding same. | 0.20 | $525.00 | $105.00 |
| 1/19/2021 | Pablo  Bonjour | Communication with A. Mazier regarding units of LBA. | 0.10 | $525.00 | $52.50 |
| 1/19/2021 | Micah  Miller | Prepare December 2020 MOR. | 2.00 | $450.00 | $900.00 |
| 1/19/2021 | Paul Maniscalco | Preparation of December 31, 2020 MORs all entities. | 5.00 | $550.00 | $2,750.00 |
| 1/19/2021 | Pablo  Bonjour | Communication with T. Tautolo regarding financial data received. | 0.10 | $525.00 | $52.50 |
| 1/19/2021 | Pablo  Bonjour | Communications with P. Maniscalco and P. Chawala regarding database figure sources and details regarding same. | 0.20 | $525.00 | $105.00 |
| 1/19/2021 | Micah  Miller | Prepare December 2020 MOR. | 3.50 | $450.00 | $1,575.00 |
| 1/20/2021 | Paul Maniscalco | Preparation of December 31, 2020 MORs all entities. | 4.00 | $550.00 | $2,200.00 |
| 1/20/2021 | Micah  Miller | Prepare December 2020 MOR. | 0.90 | $450.00 | $405.00 |
| 1/20/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding Cred Crypto stand alone calculations. | 0.20 | $525.00 | $105.00 |
| 1/21/2021 | Pablo  Bonjour | Call with S. Wiley and P. Maniscalco regarding updating and reviewing the monthly operating report. | 0.40 | $525.00 | $210.00 |
| 1/21/2021 | Pablo  Bonjour | Review, check and confirm tie out calculations in the monthly operating report to ensure accuracy and review each footnote relative to this month's report and make necessary changes. | 1.00 | $525.00 | $525.00 |
| 1/21/2021 | Pablo  Bonjour | Calls with P. Maniscalco regarding specific edits and changes to the monthly operating report(.2) and additional updates to footnotes and crypto valuation references(.1) and formatting excel to PDSF and additional updates and review (.3). | 0.70 | $525.00 | $367.50 |
| 1/21/2021 | Pablo  Bonjour | Spreadsheet data received by S. Wiley and review of latest updated 13 week cash flow budget and professional fees. | 0.20 | $525.00 | $105.00 |
| 1/21/2021 | Pablo  Bonjour | Communications with P. Maniscalco regarding monthly operating report supervisory and walk through. | 0.10 | $525.00 | $52.50 |
| 1/26/2021 | Pablo  Bonjour | Search, locate and send initial specific 13 week final budget forecast to M. Foster per his request. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding inquires  from the CRO and thereafter solving and providing answers regarding same. | 1.00 | $525.00 | $525.00 |
| 1/28/2021 | Pablo  Bonjour | Communication with M. Miller regarding data regarding wallets tab. | 0.20 | $525.00 | $105.00 |
| | | **010: Accounting and Financials  Totals:** | **71.50** | | **$35,251.00** |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

**016:**    **Case Administration**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/2/2021 | Pablo Bonjour | Communications with E. Ruebel regarding delivery dates for schedules and statements and questions regarding Elevar finance and latest moKredit payments and redirect to CRO and CFO. | 0.10 | $525.00 | $52.50 |
| 1/2/2021 | Pablo Bonjour | Communications with debtor's counsel and D. McManigle regarding examiner appointment and meeting. | 0.10 | $525.00 | $52.50 |
| 1/3/2021 | Drew McManigle | Receipt and brief review of schedules and statements provided to counsel (.5); receipt, review and respond to note re: Appt of Robert Rudnick as Examiner and information related to same(.5) | 1.00 | $600.00 | $600.00 |
| 1/4/2021 | Pablo Bonjour | Communication with M. Foster regarding Equity First Holdings. | 0.10 | $525.00 | $52.50 |
| 1/4/2021 | Pablo Bonjour | Call with P. Maniscalco regarding updating the crypto values, liquidation analysis detail and strategy and action plans for this week regarding deliverables. | 0.30 | $525.00 | $157.50 |
| 1/4/2021 | Pablo Bonjour | Call with P. Maniscalco regarding liquidation analysis, 13-week budget, schedules and statements, examiner information compilation and hand-over plans. | 0.30 | $525.00 | $157.50 |
| 1/4/2021 | Pablo Bonjour | Review of Equities First contract and tranches and communications between M. Foster and D. Schatt regarding detail of same transactions. | 0.40 | $525.00 | $210.00 |
| 1/4/2021 | Pablo Bonjour | Communications with D. McManigle regarding case management items. | 0.10 | $525.00 | $52.50 |
| 1/4/2021 | Pablo Bonjour | Call with P. Maniscalco regarding cure costs and liquidation analysis data. | 0.20 | $525.00 | $105.00 |
| 1/5/2021 | Paul Maniscalco | Multiple communications with Kathy Mayle and Pablo Bonjour re: Status of schedules and statements, 13 week, liquidity analysis and case status. | 0.80 | $550.00 | $440.00 |
| 1/5/2021 | Pablo Bonjour | Call with P. Maniscalco regarding case administration items including transitioning the 13 week model to Sonoran. | 0.10 | $525.00 | $52.50 |
| 1/5/2021 | Pablo Bonjour | Call with D. McManigle regarding today's action items and tomorrow's action items to accomplish. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/5/2021 | Paul Maniscalco | Call with interim CFO, Frank Cottrell and Pablo Bonjour to transition maintenance of 13 week cash flow projection to interim CFO. | 1.00 | $550.00 | $550.00 |
| 1/5/2021 | Paul Maniscalco | Call with Pablo Bonjour, produce and distribute final version of R52B , 13 week cash flow for distribution to Dundon Group. | 0.50 | $550.00 | $275.00 |
| 1/5/2021 | Paul Maniscalco | Additional updates to 13 week cash flow for Crypto balances, payroll and Sarsons. | 0.80 | $550.00 | $440.00 |
| 1/6/2021 | Kathy Mayle | Call with A. Logan (Donlin Recano) regarding claims web page. | 0.20 | $465.00 | $93.00 |
| 1/6/2021 | Paul Maniscalco | Call with Pablo Bonjour to review and revise current crypto balances in 13 week cash flow R52. | 1.30 | $550.00 | $715.00 |
| 1/6/2021 | Kathy Mayle | Review file and email Equity First Holdings Agreement to J. Grogan. | 0.20 | $465.00 | $93.00 |
| 1/6/2021 | Pablo  Bonjour | Call with M. Foster regarding Sarson funds and details regarding position and redemption liquidity timing. | 0.10 | $525.00 | $52.50 |
| 1/6/2021 | Kathy Mayle | Email to Donlin Recano requesting updated matrix and claims register. | 0.10 | $465.00 | $46.50 |
| 1/6/2021 | Paul Maniscalco | Update call with Pablo Bonjour, i.e. staffing, staffing transition, 13 week cash flow, and schedules and statements. | 0.50 | $550.00 | $275.00 |
| 1/6/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding 13-week budget, schedules and statement items and go-forward case administration items. | 0.20 | $525.00 | $105.00 |
| 1/7/2021 | Pablo  Bonjour | Communications and providing document to A. Mazier regarding details and a contract for Amun, and providing answers regarding other case related requests. | 0.30 | $525.00 | $157.50 |
| 1/7/2021 | Pablo  Bonjour | Call with K. Mayle regarding case administration items and schedules and statements. | 0.20 | $525.00 | $105.00 |
| 1/7/2021 | Drew McManigle | Monitor notes, status, completion and filing of debtors schedules and statements. | 0.50 | $600.00 | $300.00 |
| 1/7/2021 | Kathy Mayle | Call with P. Bonjour regarding case administration. | 0.20 | $465.00 | $93.00 |
| 1/7/2021 | Pablo  Bonjour | Call with D. McManigle regarding case administration action items, updates, and delegation of strategy and actions for this and next week. | 0.20 | $525.00 | $105.00 |
| 1/8/2021 | Pablo  Bonjour | Communication with D. McManigle regarding M. Wilson request for information regarding Cred Capital. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/8/2021 | Paul Maniscalco | Multiple calls with Pablo Bonjour, Kathy Mayle and Drew McManigle re: status and transition of MACCO function to Sanoran Capital. | 0.40 | $550.00 | $220.00 |
| 1/9/2021 | Drew McManigle | Note w/ P. Bonjour re: attendance at 341 meeting requested by counsel & CRO. | 0.10 | $600.00 | $60.00 |
| 1/9/2021 | Pablo Bonjour | Communications with D. McManigle regarding 341 meeting. | 0.10 | $525.00 | $52.50 |
| 1/9/2021 | Pablo Bonjour | Communications with M. Foster regarding 341 meeting details and schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/9/2021 | Pablo Bonjour | Communications with MACCO team regarding weekly budgeted fees. | 0.10 | $525.00 | $52.50 |
| 1/9/2021 | Drew McManigle | Call w/ K. Mayle re: 341 meeting attendance and schedules & statements matters. | 0.40 | $600.00 | $240.00 |
| 1/9/2021 | Drew McManigle | Receipt, review of reset 341 meeting; note to MACCO schedules and statements team re: CRO preparation, attendance and responses to same. | 0.50 | $600.00 | $300.00 |
| 1/9/2021 | Pablo Bonjour | Call with K. Mayle regarding 341 meeting, schedules and statements, action items and supervisory. | 0.70 | $525.00 | $367.50 |
| 1/10/2021 | Kathy Mayle | Review client documents and emails with P. Maniscalco regarding corporate structure. | 0.30 | $465.00 | $139.50 |
| 1/11/2021 | Kathy Mayle | Call with P. Maniscalco regarding case status. | 0.30 | $465.00 | $139.50 |
| 1/11/2021 | Paul Maniscalco | Multiple communications regarding updating Crypto balances at 12/31/2020 for inclusion in December MOR, timing of MOR delivery and Debtor close of December 2020 GL | 0.80 | $550.00 | $440.00 |
| 1/11/2021 | Drew McManigle | Review engagement update from Pablo Bonjour. | 0.10 | $600.00 | $60.00 |
| 1/11/2021 | Kathy Mayle | Email with W. Yeung regarding claimants address. | 0.20 | $465.00 | $93.00 |
| 1/11/2021 | Pablo Bonjour | Call from D. Schatt and discussion regarding Fireblocks, LBA and Cyberquantum. | 0.40 | $525.00 | $210.00 |
| 1/11/2021 | Kathy Mayle | Emails with P. Maniscalco confirming no necessity of periodic reports. | 0.20 | $465.00 | $93.00 |
| 1/11/2021 | Kathy Mayle | Call with D. McManigle regarding case status. | 0.10 | $465.00 | $46.50 |
| 1/11/2021 | Pablo Bonjour | Call with M. Foster regarding the Alliance data and UPT units. | 0.10 | $525.00 | $52.50 |
| 1/11/2021 | Kathy Mayle | Call with P. Bonjour regarding case status. | 0.20 | $465.00 | $93.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/12/2021 | Pablo  Bonjour | Communications with K. Mayle regarding the court filing information. | 0.10 | $525.00 | $52.50 |
| 1/12/2021 | Paul Maniscalco | Call with Eric Reubel to address queries on asset and liability presentation in filed schedules and statements and MOR's. | 0.80 | $550.00 | $440.00 |
| 1/12/2021 | Pablo  Bonjour | Call with E. Ruebel and A. Mazier regarding schedules and statements questions and professional fees timing and reduction. | 0.20 | $525.00 | $105.00 |
| 1/12/2021 | Paul Maniscalco | Multiple calls with Pablo Bonjour to discuss MOR prep timing and workflow. | 0.30 | $550.00 | $165.00 |
| 1/12/2021 | Paul Maniscalco | Prepare and circulate communications related to prior asset and liability presentation in schedules and statements and MOR's as filed. | 0.30 | $550.00 | $165.00 |
| 1/12/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding monthly operating report preparation and detail. | 0.30 | $525.00 | $157.50 |
| 1/12/2021 | Paul Maniscalco | December 2020 MOR preparation to include review of November 2020 MOR and communications with Sonoran Capital related to close of debtor's December general ledger. | 0.40 | $550.00 | $220.00 |
| 1/13/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding case administration items including SOFA, monthly operating report and next step action items and supervisory. | 0.30 | $525.00 | $157.50 |
| 1/14/2021 | Paul Maniscalco | Pull down and review all bank reconciliations for December 2020 for inclusion in December MOR's | 0.50 | $550.00 | $275.00 |
| 1/14/2021 | Pablo  Bonjour | Call with M. Foster and P. Maniscalco discussing adding additional claims, process, strategy and action items regarding same. | 0.20 | $525.00 | $105.00 |
| 1/14/2021 | Kathy Mayle | Emails with MACCO and Cred team regarding inability to access client documents. Resolved as to view only. | 0.30 | $465.00 | $139.50 |
| 1/14/2021 | Pablo  Bonjour | Communication with M. Foster regarding statement of financial affairs changes. | 0.10 | $525.00 | $52.50 |
| 1/14/2021 | Drew McManigle | Review and address UUC Financial Analyst note re: bitcoin valuation. | 0.10 | $600.00 | $60.00 |
| 1/14/2021 | Paul Maniscalco | Review crypto valuation as prepared by Pablo Bonjour for inclusion in December MOR. | 0.40 | $550.00 | $220.00 |
| 1/14/2021 | Paul Maniscalco | Call with Pawan Chawla (Cred), Scott Wiley (Sonoran) and Pablo Bonjour to discuss Cred "Active" claims for potential inclusion in revised schedules and statements, formulate action plan. | 0.40 | $550.00 | $220.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/14/2021 | Paul Maniscalco | Follow up calls and e-mails with Kathy Mayle, Pablo Bonjour and Matt Foster to discuss potential revisions to schedules and statements for "Cred-Active" claims. | 0.40 | $550.00 | $220.00 |
| 1/15/2021 | Paul Maniscalco | Prepare December 2020 Monthly Operating Reports, extract 12/31/2020 financial reports, balance sheets, PL's GL detail all entities, re-extract all November reports. Analysis of November reports for adjustments post submission of November MOR's, roll MOR model from November to December.  Prepare consolidating December 2020 balance sheet for inclusion in December MOR. | 4.00 | $550.00 | $2,200.00 |
| 1/18/2021 | Pablo  Bonjour | Call with M. Foster regarding liquidation sales process, layoffs, case administration items and updates and document search task. | 0.30 | $525.00 | $157.50 |
| 1/18/2021 | Pablo  Bonjour | Communications with K. Mayle regarding schedule F edits, fee application review and claims data. | 0.20 | $525.00 | $105.00 |
| 1/18/2021 | Pablo  Bonjour | Communications with D. Hummer regarding sourcing wallet balance data information. | 0.10 | $525.00 | $52.50 |
| 1/18/2021 | Pablo  Bonjour | Call with D. McManigle regarding Cred case administration items, go-forward tasks and 2-3 week outlooks and action items, updates and supervisory. | 0.30 | $525.00 | $157.50 |
| 1/18/2021 | Pablo  Bonjour | Calls with P. Maniscalco regarding monthly operating report details and case administration to-do tasks and supervisory. | 0.50 | $525.00 | $262.50 |
| 1/18/2021 | Kathy Mayle | Email P. Maniscalco our Donlin Recano contact information. | 0.10 | $465.00 | $46.50 |
| 1/18/2021 | Pablo  Bonjour | Communication with MACCO internal team regarding document search item. | 0.10 | $525.00 | $52.50 |
| 1/18/2021 | Pablo  Bonjour | Communications and action steps with MACCO team regarding budgeting fees. | 0.10 | $525.00 | $52.50 |
| 1/19/2021 | Kathy Mayle | Emails with P. Maniscalco regarding Examiner requests. | 0.50 | $465.00 | $232.50 |
| 1/19/2021 | Drew McManigle | Call w/ Pablo Bonjour re: Dundon query on LBA valuations and McManigle Declaration. | 0.30 | $600.00 | $180.00 |
| 1/19/2021 | Pablo  Bonjour | Attention to engagement management matters pending deadlines and deliverables due this week including the monthly operating report. | 1.00 | $525.00 | $525.00 |
| 1/19/2021 | Pablo  Bonjour | Call with M. Foster regarding the examiner and details related to JST, action items and committee point of contact directives and details regarding responding to units held and value items questions. | 0.20 | $525.00 | $105.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/19/2021 | Pablo Bonjour | Coordinate and communicate with MACCO team regarding compiling and information requested. | 0.60 | $525.00 | $315.00 |
|---|---|---|---|---|---|
| 1/19/2021 | Pablo Bonjour | Call with P. Maniscalco regarding compiling and sourcing information requested by M. Foster. | 0.10 | $525.00 | $52.50 |
| 1/19/2021 | Pablo Bonjour | Review documents and list of items requested from M. Foster for the examiner. | 0.40 | $525.00 | $210.00 |
| 1/19/2021 | Pablo Bonjour | Calls with D. McManigle regarding LBA units, declaration statement footnotes, committee questions and answers and go-forward action item(s). | 0.20 | $525.00 | $105.00 |
| 1/19/2021 | Pablo Bonjour | Communications with MACCO team members regarding fees and budgets. | 0.10 | $525.00 | $52.50 |
| 1/20/2021 | Pablo Bonjour | Communication with internal MACCO/Cred team regarding data information acquisition and delivery logistics. | 0.10 | $525.00 | $52.50 |
| 1/20/2021 | Pablo Bonjour | Compile, review and create and provide detailed communication and summarize a variety of documents requested by examiner regarding JST, moKredit, hedges, internal transfer sources and more. | 1.30 | $525.00 | $682.50 |
| 1/21/2021 | Paul Maniscalco | Transmit draft December 31, 2020 MORs all entities to Sonoran Capital for review, discussion with Scott Wiley related to CRO comments, update MORs for all CRO comments. | 1.00 | $550.00 | $550.00 |
| 1/21/2021 | Pablo Bonjour | Communication from M. Foster regarding action plan to provide additional data pursuant to the examiner's request. | 0.10 | $525.00 | $52.50 |
| 1/21/2021 | Paul Maniscalco | Finalize December 31, 2020 MOR's all entities, format for upload, transmit to Debtors counsel and UCC counsel. | 3.00 | $550.00 | $1,650.00 |
| 1/21/2021 | Pablo Bonjour | Monitor and review pleadings including the details regarding the scope and work plan proposed by the examiner, review of the liquidation analysis numbers, details, footnotes, and combined joint plan and the declaration of disinterestedness of proposed ordinary course professional(s). | 1.40 | $525.00 | $735.00 |
| 1/21/2021 | Pablo Bonjour | Communications with D. McManigle regarding examiner's scope of work and details. | 0.20 | $525.00 | $105.00 |
| 1/22/2021 | Pablo Bonjour | Monitor, review and manage professional fees and communicate with team regarding same. | 0.50 | $525.00 | $262.50 |
| 1/22/2021 | Pablo Bonjour | Communication with M. Foster regarding 341 meeting and preparation. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/24/2021 | Pablo Bonjour | Communication with M. Foster regarding certain specific bitcoin and wallet historical data. | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|
| 1/25/2021 | Paul Maniscalco | Call with Pablo Bonjour to discuss pending 341 meeting and revisions to schedules and statements. | 0.30 | $550.00 | $165.00 |
| 1/26/2021 | Pablo Bonjour | Communication with M. Foster regarding the examiner requested items. | 0.10 | $525.00 | $52.50 |
| 1/26/2021 | Drew McManigle | Call w/ P. Bonjour and P. Maniscalco to review issues related to CRO preparation for and MACCO attendance parameters at 341 meeting. | 0.50 | $600.00 | $300.00 |
| 1/26/2021 | Drew McManigle | Call w/ K. Mayle and P. Bonjour re: matters related to CRO preparation for 341 meeting. | 0.80 | $600.00 | $480.00 |
| 1/26/2021 | Paul Maniscalco | Call with Pablo Bonjour to discuss pending 341 meeting. | 0.30 | $550.00 | $165.00 |
| 1/26/2021 | Pablo Bonjour | Call with P. Maniscalco to discuss the examiner requested data and items. | 0.30 | $525.00 | $157.50 |
| 1/27/2021 | Paul Maniscalco | Call with CRO team and MACCO team to covers schedules and statements pursuant to pending 341 hearing. | 2.00 | $550.00 | $1,100.00 |
| 1/27/2021 | Pablo Bonjour | Call with P. Maniscalco regarding preparation meeting details and current case action items. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Paul Maniscalco | Call with Pablo Bonjour and Drew McManigle re: 341 hearing. | 0.30 | $550.00 | $165.00 |
| 1/27/2021 | Pablo Bonjour | Call with P. Maniscalco regarding 341 meeting preparation, accounting and financials and schedules and statements. | 1.00 | $525.00 | $525.00 |
| 1/27/2021 | Paul Maniscalco | Research LBA "Master" balances from schedules and statements and provide response to CRO. | 0.50 | $550.00 | $275.00 |
| 1/28/2021 | Pablo Bonjour | Call with D. Schatt to discuss case administration items. | 0.30 | $525.00 | $157.50 |
| 1/28/2021 | Pablo Bonjour | Communications from M. Foster and counsel and MACCO team members regarding latest amendments. | 0.30 | $525.00 | $157.50 |
| 1/28/2021 | Pablo Bonjour | Call with P. Maniscalco regarding the recent wallets analysis finding and planned amendments. | 0.60 | $525.00 | $315.00 |
| 1/28/2021 | Pablo Bonjour | Communications with D. Hummer regarding document requests and delivery logistics. | 0.20 | $525.00 | $105.00 |
| 1/29/2021 | Pablo Bonjour | Communication with debtor's counsel regarding preparation for examiner and 341 meetings. | 0.20 | $525.00 | $105.00 |
| 1/29/2021 | Pablo Bonjour | Communication with D. Hummer regarding request data and files. | 0.10 | $525.00 | $52.50 |
| 1/29/2021 | Pablo Bonjour | Call with P. Maniscalco regarding amendments to the schedules and statements and preparation for the next week's 341 meeting. | 0.30 | $525.00 | $157.50 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2021 | Pablo Bonjour | Communication with MACCO team regarding fees and supervisory. | 0.10 | $525.00 | $52.50 |
| 1/29/2021 | Pablo Bonjour | Monitor pleadings including recent declarations by G. Lyon and M. Foster regarding Cred Capital and J. Alexander. | 0.70 | $525.00 | $367.50 |
| 1/31/2021 | Pablo Bonjour | Call with K. Mayle regarding prices related to filing of amended schedules. | 0.10 | $525.00 | $52.50 |
| | | **016: Case Administration Totals:** | **46.30** | | **$24,981.00** |
| **018:** | **Employment/Fee Applications/Objections** | | | | |
| 1/8/2021 | Pablo Bonjour | Communications with J. Grogan regarding providing a standalone spreadsheet with firm professional fees. | 0.20 | $525.00 | $105.00 |
| 1/9/2021 | Drew McManigle | Work and attention to fee matter and note to K. Mayle re: approval for filing November fee statement (Interim Compensation). | 0.50 | $600.00 | $300.00 |
| 1/11/2021 | Drew McManigle | Review notes and revised interim fee request from Attorney, S. Cousins. | 0.50 | $600.00 | $300.00 |
| 1/11/2021 | Drew McManigle | Review, approve and execute 1st MACCO fee application. | 1.00 | $600.00 | $600.00 |
| 1/11/2021 | Kathy Mayle | Complete Monthly Fee Application. | 0.50 | $465.00 | $232.50 |
| 1/11/2021 | Kathy Mayle | Finalize November 2020 Monthly Fee Application and transmit same to S. Cousins for filing. | 0.20 | $465.00 | $93.00 |
| 1/14/2021 | Kathy Mayle | Draft Monthly Fee Application for December 2020. | 1.00 | $465.00 | $465.00 |
| 1/18/2021 | Kathy Mayle | Final review and revised Monthly Fee Application; email same to S. Cousins regarding filing of same. | 0.50 | $465.00 | $232.50 |
| 1/18/2021 | Pablo Bonjour | Creating and editing second fee application, notice, order, and attaching exhibits A, and creating and editing exhibits B and C. | 1.80 | $525.00 | $945.00 |
| | | **018: Employment/Fee Applications/Objections Totals:** | **6.20** | | **$3,273.00** |
| **019:** | **Contested Matters/Litigation** | | | | |
| 1/5/2021 | Pablo Bonjour | Request, research, find, sort and analyze CredEarn and CredBorrow customer data and information while updating spreadsheet with latest values and ascertain relative facts to be used in today's work and this week's work and case. | 1.60 | $525.00 | $840.00 |
| 1/5/2021 | Pablo Bonjour | Communication with P. Jimenez regarding UpgradeYa case facts research and preparation. | 0.10 | $525.00 | $52.50 |
| 1/5/2021 | Pablo Bonjour | Communication with A. Luft and P. Jimenez regarding requested information. | 0.10 | $525.00 | $52.50 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/5/2021 | Pablo | Bonjour | Call with P. Jimenez and A. Luft regarding preparation for tomorrow's hearing. | 1.10 | $525.00 | $577.50 |
| 1/5/2021 | Pablo | Bonjour | Review of declarations and preparing for testimony in tomorrow's scheduled hearing. | 0.90 | $525.00 | $472.50 |
| 1/5/2021 | Pablo | Bonjour | Prepare for testimony and retrace and review bitcoin transfers in and out of Cred ecosystem. | 1.00 | $525.00 | $525.00 |
| 1/5/2021 | Pablo | Bonjour | Prepare for tomorrow's testimony and review declarations. | 1.40 | $525.00 | $735.00 |
| 1/5/2021 | Pablo | Bonjour | Communication with M. Wilson regarding discussion regarding hearing. | 0.10 | $525.00 | $52.50 |
| 1/6/2021 | Pablo | Bonjour | Attending live court call to provide testimony. | 3.20 | $525.00 | $1,680.00 |
| 1/6/2021 | Pablo | Bonjour | Review of documents and preparation for today's testimony. | 2.00 | $525.00 | $1,050.00 |
| 1/6/2021 | Pablo | Bonjour | Attending live court call to provide and providing testimony. | 1.70 | $525.00 | $892.50 |
| 1/21/2021 | Pablo | Bonjour | Attending hearing regarding debtor's motion for entry order approving the debtor's disclosure statement and various other items including establishing voting deadline. | 0.50 | $525.00 | $262.50 |
| 1/22/2021 | Pablo | Bonjour | Monitor and review Declaration filed by James Alexander and granted orders and notice regarding UpgradeYa's motion. | 0.80 | $525.00 | $420.00 |
| 1/22/2021 | Pablo | Bonjour | Monitor and review pleadings including the details regarding motion for leave, declaration of Dan Wheeler, Order granting debtor's leave to file and serve reply to objection, amended notices, notice of service, DIP MOR report, UpgradeYa related filings and additional signed and denied motions. | 1.00 | $525.00 | $525.00 |
| 1/25/2021 | Pablo | Bonjour | Monitor and review pleading(s). | 0.10 | $525.00 | $52.50 |
| 1/26/2021 | Pablo | Bonjour | Review and monitor pleadings including deposition requests for D. Wheeler and J. Alexander. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Pablo | Bonjour | Monitor and review docket and recent filings. | 0.20 | $525.00 | $105.00 |
| 1/28/2021 | Pablo | Bonjour | Review of UpgradeYa's brief and taking notes of items to discuss with counsel. | 2.00 | $525.00 | $1,050.00 |
| 1/28/2021 | Pablo | Bonjour | Conference call with P. Jimenez, M. Wilson and L. Lopez regarding privileged contested matters. | 0.30 | $525.00 | $157.50 |
| 1/28/2021 | Pablo | Bonjour | Communication summary of details sent to counsel regarding contested matters. | 0.20 | $525.00 | $105.00 |
| 1/29/2021 | Pablo | Bonjour | Review. analyze additional CredBorrow client contracts and details regarding same ranging from 2019 to August of 2020. | 2.40 | $525.00 | $1,260.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2021 | Pablo  Bonjour | Analyze a variety of CredBorrow client contracts and details regarding same ranging from 2019 to late 2020. | 1.80 | $525.00 | $945.00 |
| 1/29/2021 | Pablo  Bonjour | Compile data from the CredBorrow program agreements and draw conclusions based on fact-base data and create analysis detailed summary with attachments and send to counsel for review. | 2.50 | $525.00 | $1,312.50 |
| | | **019: Contested Matters/Litigation Totals:** | **25.20** | | **$13,230.00** |
| **020:** | **Claims** | | | | |
| 1/7/2021 | Arpna Chheda | Reviewed recent customer claims made against schedules. | 2.40 | $425.00 | $1,020.00 |
| 1/11/2021 | Kathy Mayle | Emails with M. Foster and P. Bonjour regarding Arctos lien and documentation regarding same. | 0.30 | $465.00 | $139.50 |
| 1/11/2021 | Kathy Mayle | Test link and random check claims for ease of use and review by customer claimants. | 0.20 | $465.00 | $93.00 |
| 1/11/2021 | Kathy Mayle | Emails with A. Chheda to review random claims on Donlin website. | 0.20 | $465.00 | $93.00 |
| 1/12/2021 | Kathy Mayle | Review rate sheet (.6). Emails with counsel regarding supplemental cryptocurrency to add to rate sheet on Donlin website for claim calculations (.2). Emails with A. Logan as to supplemental rates to add to claims website (.2). | 1.00 | $465.00 | $465.00 |
| 1/12/2021 | Kathy Mayle | Emails with counsel, CRO, interim CFO and MACCO regarding secured liabilities, if any. | 0.30 | $465.00 | $139.50 |
| 1/13/2021 | Kathy Mayle | Assemble and email contracts related to Equity First Holdings to M. Wilson. | 0.20 | $465.00 | $93.00 |
| 1/13/2021 | Kathy Mayle | Emails with P. Maniscalco regarding Email from P. Chawla regarding missing wallet details. | 0.20 | $465.00 | $93.00 |
| 1/14/2021 | Kathy Mayle | Emails with M. Wilson regarding Arctos and responsive documents and correspondence to same. | 0.30 | $465.00 | $139.50 |
| 1/18/2021 | Kathy Mayle | Reviewed claims register. | 0.40 | $465.00 | $186.00 |
| 1/20/2021 | Kathy Mayle | Review claims register updates. Email with M. Foster regarding transferred customer claims. | 0.30 | $465.00 | $139.50 |
| | | **020: Claims  Totals:** | **5.80** | | **$2,601.00** |
| **021:** | **Plan/Disclosure Statement** | | | | |
| 1/4/2021 | Micah  Miller | Review liquidation analysis. | 0.50 | $450.00 | $225.00 |
| 1/4/2021 | Paul Maniscalco | Liquidity analysis. | 2.00 | $550.00 | $1,100.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/5/2021 | Paul Maniscalco | Multiple conversations with Pablo Bonjour re: current liquidity i.e. cash and liquid crypto balances to be produced for debtor's counsel. | 0.50 | $550.00 | $275.00 |
|---|---|---|---|---|---|
| 1/6/2021 | Paul Maniscalco | Liquidity analysis. | 1.50 | $550.00 | $825.00 |
| 1/6/2021 | Micah Miller | Call with P. Maniscalco to discuss liquidation analysis. | 0.40 | $450.00 | $180.00 |
| 1/8/2021 | Paul Maniscalco | Transition liquidity analysis to Sanoran Capital. | 0.40 | $550.00 | $220.00 |
| 1/22/2021 | Kathy Mayle | Call with M. Wilson regarding scheduled claims for plan purposes. | 0.10 | $465.00 | $46.50 |
| | | **021: Plan/Disclosure Statement Totals:** | **5.40** | | **$2,871.50** |

## 023: Preparation of Schedules and Statements

| 1/3/2021 | Kathy Mayle | Email customer claimants list to A. Bongartz. | 0.10 | $465.00 | $46.50 |
|---|---|---|---|---|---|
| 1/4/2021 | Kathy Mayle | Call with J. Grogan discussing revisions to schedules and statements. | 1.40 | $465.00 | $651.00 |
| 1/4/2021 | Kathy Mayle | Emails with M. Miller and J. Woolley regarding credentials to the client documents. | 0.20 | $465.00 | $93.00 |
| 1/4/2021 | Drew McManigle | Receipt, review and respond to notes re: timing of schedules and statement revisions (.3); call w/ P. Bonjour, P. Maniscalco (.4) and K. Mayle (.3) re: same and delivery. | 1.00 | $600.00 | $600.00 |
| 1/5/2021 | Kathy Mayle | Calls with A. Chheda regarding schedules. | 0.20 | $465.00 | $93.00 |
| 1/5/2021 | Micah Miller | Amend SOFA 4_30 exhibit. | 0.50 | $450.00 | $225.00 |
| 1/5/2021 | Kathy Mayle | Call with J. Grogan, M. Foster. S. Wiley and P. Maniscalco regarding schedules and statements revisions. | 1.50 | $465.00 | $697.50 |
| 1/5/2021 | Paul Maniscalco | Review current draft of schedules and statements. | 0.80 | $550.00 | $440.00 |
| 1/5/2021 | Kathy Mayle | Multiple communications by email and calls with counsel, CRO team and MACCO team confirming information related to Schedules and Statements, and contemporaneous revisions to schedules and statements with same (5.1).  Detailed email incorporating responses to J. Grogan regarding changes to schedules (.5). Email to J. Grogan regarding insiders (.2).  Emails with MACCO team and CRO regarding customer claims, and review of customer claim spreadsheet and cryptocurrencies rates (1.5). Detailed email to M. Foster regarding responses to questions on draft schedules and statements (0.5). | 7.80 | $465.00 | $3,627.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/5/2021 | Pablo Bonjour | Communications with K. Mayle regarding total claimants and other data. | 0.10 | $525.00 | $52.50 |
| 1/5/2021 | Pablo Bonjour | Communication with M. Miller regarding details and data regarding schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/5/2021 | Arpna Chheda | Call with K. Mayle on updates to customer claims analysis. | 0.50 | $425.00 | $212.50 |
| 1/5/2021 | Frank Cottrell | Crypto-currency inventory on petition date for Kathy Mayle. | 0.70 | $465.00 | $325.50 |
| 1/5/2021 | Paul Maniscalco | Call with Kathy Mayle to walk through schedules and statements and potential revisions, thereto. | 0.50 | $550.00 | $275.00 |
| 1/5/2021 | Paul Maniscalco | Research and prepare responses to Interim CRO, schedules and statements inquiries. | 1.00 | $550.00 | $550.00 |
| 1/5/2021 | Kathy Mayle | Calls with P. Maniscalco regarding schedules and statements. | 0.40 | $465.00 | $186.00 |
| 1/5/2021 | Paul Maniscalco | Group call with CRO, Interim CFO to walk through schedules and statements and recommended revisions to same. | 0.80 | $550.00 | $440.00 |
| 1/6/2021 | Kathy Mayle | Emails with M. Miller and A. Chheda regarding payments to insiders and cryptocurrency prices (0.6). Update transferred creditor claimants (0.8). Finalized revised schedules and statements, and assembling of exhibits per Debtor (2.6). Circulate revised schedules and statements to counsel, CRO, interim CFO, and MACCO team with list of few deficiencies (0.6). Email with M. Foster the revised Global Disclaimers and claims page on Donlin Recano website (0.2). | 4.80 | $465.00 | $2,232.00 |
| 1/6/2021 | Kathy Mayle | Call with P. Maniscalco regarding changes to schedules. | 0.40 | $465.00 | $186.00 |
| 1/6/2021 | Paul Maniscalco | Research moKredit transfers for inclusion in schedules and statements. | 0.80 | $550.00 | $440.00 |
| 1/6/2021 | Kathy Mayle | Emails with M. Foster regarding responses to customer calls and detailed responses to same, and process time needed for claims website to be updated. | 0.50 | $465.00 | $232.50 |
| 1/6/2021 | Paul Maniscalco | Multiple calls and e-mails with Kathy Mayle re: schedules and statements. | 0.50 | $550.00 | $275.00 |
| 1/6/2021 | Micah Miller | Review intercompany transfers for SOFA 4_30. | 3.30 | $450.00 | $1,485.00 |
| 1/6/2021 | Kathy Mayle | Review of notes from calls with counsel and CRO and continue working through revisions to schedules and statements. | 5.20 | $465.00 | $2,418.00 |
| 1/6/2021 | Paul Maniscalco | Removal of intercompany balances from schedules and statements. | 0.40 | $550.00 | $220.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/6/2021 | Kathy Mayle | Call with M. Foster regarding changes to schedules. | 0.30 | $465.00 | $139.50 |
|---|---|---|---|---|---|
| 1/6/2021 | Kathy Mayle | Emails with M. Foster and P. Chawla regarding interest on customer claims. | 0.30 | $465.00 | $139.50 |
| 1/7/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding today's case administration and schedules and statements SOFA items. | 0.20 | $525.00 | $105.00 |
| 1/7/2021 | Pablo  Bonjour | Final review of final draft of schedules and statements. | 0.90 | $525.00 | $472.50 |
| 1/7/2021 | Kathy Mayle | Finalize schedules and statements. Email to counsel for filing. | 5.80 | $465.00 | $2,697.00 |
| 1/7/2021 | Paul Maniscalco | Schedules and statements multiple queries and responses to CRO related to multiple line items in SAS, updates to SAS thereto | 3.00 | $550.00 | $1,650.00 |
| 1/7/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding specific items in the schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/7/2021 | Paul Maniscalco | Multiple reviews of final schedules and statements for transmission. | 1.30 | $550.00 | $715.00 |
| 1/7/2021 | Pablo  Bonjour | Communication with K. Mayle regarding global disclaimer language and review. | 0.10 | $525.00 | $52.50 |
| 1/7/2021 | Drew McManigle | Review and respond to note from K. Mayle re: update and review of claims. | 0.20 | $600.00 | $120.00 |
| 1/7/2021 | Kathy Mayle | Call with A. Chheda regarding CredBorrow claimants exhibit to Cred US schedule F. | 0.20 | $465.00 | $93.00 |
| 1/7/2021 | Paul Maniscalco | Multiple communications with Kathy Mayle related to finalizing schedules and statements. | 1.00 | $550.00 | $550.00 |
| 1/7/2021 | Micah  Miller | Update SOFA 3 Exhibit. | 0.30 | $450.00 | $135.00 |
| 1/7/2021 | Micah  Miller | Update SOFA 4_30 Exhibit. | 0.40 | $450.00 | $180.00 |
| 1/8/2021 | Arpna Chheda | Worked on customer claims analysis. | 2.50 | $425.00 | $1,062.50 |
| 1/8/2021 | Pablo  Bonjour | Communication with E. Ruebel regarding the schedules and statements and SOFA spreadsheets. | 0.10 | $525.00 | $52.50 |
| 1/8/2021 | Kathy Mayle | Calls with J. Grogan and M. Foster regarding Amending Schedule F-1 Exhibit of Cred Earn Customer claimants to liquidated claim status. | 0.20 | $465.00 | $93.00 |
| 1/8/2021 | Paul Maniscalco | Schedules and statements follow up. | 0.40 | $550.00 | $220.00 |
| 1/8/2021 | Pablo  Bonjour | Communication with J. Grogan and M. Foster regarding sealed information regarding SOFA and data requests. | 0.10 | $525.00 | $52.50 |
| 1/8/2021 | Arpna Chheda | Exported and reviewed schedules from BestCase. | 1.00 | $425.00 | $425.00 |
| 1/8/2021 | Pablo  Bonjour | Communications with K. Mayle regarding schedules and statements spreadsheet data. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/9/2021 | Drew McManigle | Monitor notes and responses re: status of and approval for filing amended claimants schedules between MACCO team and counsel. | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|
| 1/10/2021 | Kathy Mayle | Email from W. Yeung regarding upload of Amended Cred Claims, and email with D. McManigle confirming same. | 0.20 | $465.00 | $93.00 |
| 1/11/2021 | Micah Miller | Review SOFA 4_30 documentation. | 0.40 | $450.00 | $180.00 |
| 1/11/2021 | Kathy Mayle | Amend Schedules F-1 Exhibit of customer claimants from unliquidated to liquid, redline Schedule F as to change, and Declaration page as to change, including redacted version of same (.6). Email same to M. foster for review and signature (.1). | 0.70 | $465.00 | $325.50 |
| 1/11/2021 | Pablo  Bonjour | Communication with MACCO team regarding fireblocks and cyberquantum data in the schedules in statements. | 0.10 | $525.00 | $52.50 |
| 1/11/2021 | Micah  Miller | Review bank statements for payments to Arctos Capital. | 0.30 | $450.00 | $135.00 |
| 1/11/2021 | Kathy Mayle | Call with P. Maniscalco regarding amending schedules. | 0.10 | $465.00 | $46.50 |
| 1/12/2021 | Pablo  Bonjour | Call with K. Mayle regarding changes and updates to submit to counsel for the approval for the schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/12/2021 | Kathy Mayle | Email Donlin Recano the amended Schedule F of the Cred Borrow claimants of Cred US. | 0.10 | $465.00 | $46.50 |
| 1/12/2021 | Kathy Mayle | Emails with P. Chawla regarding calculations of claims. | 0.20 | $465.00 | $93.00 |
| 1/13/2021 | Micah  Miller | Review SOFA 4_30 documentation. | 0.40 | $450.00 | $180.00 |
| 1/13/2021 | Pablo  Bonjour | Call and communications with M. Miller regarding additional SOFA lookups and checks regarding interest payments to Dan Schatt and edits and changes detail. | 0.40 | $525.00 | $210.00 |
| 1/13/2021 | Pablo  Bonjour | Review of Cred -SOFA 4_30 Exhibit Backup file to acquire transaction detail regarding Cyber Quantum and Dan Schatt transactions. | 0.20 | $525.00 | $105.00 |
| 1/13/2021 | Pablo  Bonjour | Compile data regarding three SOFA inquiries and send to M. Foster, S. Wiley and D. Schatt. | 0.40 | $525.00 | $210.00 |
| 1/13/2021 | Pablo  Bonjour | Communication with M. Foster regarding items brought up by Dan Schatt regarding the SOFA. | 0.10 | $525.00 | $52.50 |
| 1/13/2021 | Kathy Mayle | Call with P. Maniscalco (0.2) and P. Bonjour (0.5) regarding potential for supplemental amendment of specific group of customer claims. | 0.70 | $465.00 | $325.50 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| | | | | | |
|---|---|---|---|---|---|
| 1/14/2021 | Kathy Mayle | Emails with W. Yeung regarding consolidated claim description and potential issue. | 0.30 | $465.00 | $139.50 |
| 1/14/2021 | Pablo Bonjour | Communication with M. Miller and MACCO/Cred team regarding updating SOFA. | 0.20 | $525.00 | $105.00 |
| 1/14/2021 | Kathy Mayle | Emails with MACCO schedule team regarding amendment to SOFA 4. | 0.40 | $465.00 | $186.00 |
| 1/14/2021 | Kathy Mayle | Email to J. Grogan regarding supplemental amendment to approximately 600 customer claims totaling $680,000 based upon learning of unallocated. | 0.20 | $465.00 | $93.00 |
| 1/14/2021 | Pablo Bonjour | Call with P. Maniscalco and later adding S. Wiley to that call regarding additional claims detail. | 0.50 | $525.00 | $262.50 |
| 1/14/2021 | Paul Maniscalco | Analysis of CredEarn and Cred Borrow claims as filed as compared to Cred Earn Active (potential additional claims). | 1.00 | $550.00 | $550.00 |
| 1/14/2021 | Kathy Mayle | Call with A. Logan (Donlin Recano) (.2) and A. Bongartz (.1) regarding service of amended schedules. | 0.30 | $465.00 | $139.50 |
| 1/14/2021 | Pablo Bonjour | Call with P. Maniscalco regarding CredEarn and SOFA details. | 0.30 | $525.00 | $157.50 |
| 1/15/2021 | Pablo Bonjour | Communication with P. Chawla regarding the new wallet database records. | 0.10 | $525.00 | $52.50 |
| 1/15/2021 | Pablo Bonjour | Call with M. Miller regarding updating SOFA and details regarding same. | 0.40 | $525.00 | $210.00 |
| 1/15/2021 | Pablo Bonjour | Call with K. Mayle regarding how to amend and update and edit the 600 claimants record based on the data from the wallets tab detail. | 0.30 | $525.00 | $157.50 |
| 1/15/2021 | Kathy Mayle | Call with P. Bonjour regarding supplemental amending of Schedule F (600 claimants). Call with P. Maniscalco regarding same (0.3). | 0.60 | $465.00 | $279.00 |
| 1/15/2021 | Kathy Mayle | Responsive emails and documentation to P. Bonjour regarding timing of value for calculation of cryptocurrency claims. | 0.30 | $465.00 | $139.50 |
| 1/15/2021 | Micah Miller | Call with P. Bonjour to discuss updating schedules and statements. | 0.40 | $450.00 | $180.00 |
| 1/15/2021 | Kathy Mayle | Review and assemble emails regarding cryptocurrency values on date of filing and email P. Bonjour regarding same. | 0.40 | $465.00 | $186.00 |
| 1/18/2021 | Kathy Mayle | Emails with P. Maniscalco and P. Bonjour regarding amending Schedule F. | 0.20 | $465.00 | $93.00 |
| 1/18/2021 | Paul Maniscalco | Triage updated Cred Wallet information for unallocated investments to be used in revised schedules and statements. | 1.00 | $550.00 | $550.00 |
| 1/18/2021 | Pablo Bonjour | Call with M. Foster and P. Maniscalco regarding wallets tab data. | 0.20 | $525.00 | $105.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| 1/18/2021 | Kathy Mayle | Email to M. Foster and S. Wiley regarding customer details. | 0.30 | $465.00 | $139.50 |
|-----------|-------------|-------------------------------------------------------------|------|---------|---------|
| 1/20/2021 | Pablo Bonjour | Communication with P. Maniscalco regarding latest wallets detail, strategy and potential edits. | 0.40 | $525.00 | $210.00 |
| 1/22/2021 | Pablo Bonjour | Communication with M. Foster regarding schedules and statements scheduled updates and timeline. | 0.10 | $525.00 | $52.50 |
| 1/25/2021 | Pablo Bonjour | Call with P. Maniscalco discussing action tasks this week, 341 meeting preparation and amendments to the schedules and statements. | 0.20 | $525.00 | $105.00 |
| 1/26/2021 | Pablo Bonjour | Call with D. McManigle and K. Mayle regarding 341 meeting and preparation for the CRO. | 0.20 | $525.00 | $105.00 |
| 1/26/2021 | Pablo Bonjour | Call with K. Mayle regarding schedules and statements amendments and updates. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Pablo Bonjour | Call with M. Miller regarding details as to how to update and amend the schedules and statements with the latest wallet tab data. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Micah Miller | Call with P. Bonjour to discuss updating customer claimant exhibit. | 0.20 | $450.00 | $90.00 |
| 1/27/2021 | Pablo Bonjour | Communication with MACCO team, K. Mayle and M. Miller, regarding updating the schedules and statements data. | 0.10 | $525.00 | $52.50 |
| 1/27/2021 | Pablo Bonjour | Communication from M. Foster regarding summary and recommendation of changes specific to the schedules and statements. | 0.10 | $525.00 | $52.50 |
| 1/27/2021 | Pablo Bonjour | Conference call with M. Foster and MACCO Cred team regarding schedules and statements and 341 meeting preparation. | 1.90 | $525.00 | $997.50 |
| 1/27/2021 | Pablo Bonjour | Communication with M. Foster regarding the preparation for the 341 meeting and schedules and statements. | 0.20 | $525.00 | $105.00 |
| 1/27/2021 | Kathy Mayle | Conference call with M. Foster, S. Wiley, P. Bonjour and P. Maniscalco regarding amendments to schedules and statements, and preparation for 341 meeting. | 2.00 | $465.00 | $930.00 |
| 1/27/2021 | Micah Miller | Call with MACCO and CRO to discuss schedules and statements. | 2.00 | $450.00 | $900.00 |
| 1/28/2021 | Kathy Mayle | Review revised Exhibit F-1 adding supplemental wallet allocations and other amendments to same (1.5). Review and revised Cred Inc. amendments to Schedule F and Statement of Financial Affairs (0.5). Redline same (0.5). | 2.50 | $465.00 | $1,162.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/28/2021 | Pablo Bonjour | Call with K. Mayle regarding Cred schedules and statements, action items and case administration items. | 0.20 | $525.00 | $105.00 |
| 1/28/2021 | Pablo Bonjour | Call with M. Miller regarding schedules and statements adjustments. | 0.50 | $525.00 | $262.50 |
| 1/28/2021 | Pablo Bonjour | Review of updated Global Disclaimers and redline version. | 0.10 | $525.00 | $52.50 |
| 1/28/2021 | Kathy Mayle | Email with counsel, CRO, and MACCO team regarding redline version of CredEarn claims that were amended. | 0.30 | $465.00 | $139.50 |
| 1/28/2021 | Pablo Bonjour | Analyze, sort, review, calculate, finalize and update claims values for over four hundred claimants adjusting for petition date filing prices in the wallets tab with additional residual cryptocurrency units and prepare documents for the schedules and statements amendments team. | 1.40 | $525.00 | $735.00 |
| 1/28/2021 | Micah Miller | Update customer claimant exhibit. | 3.40 | $450.00 | $1,530.00 |
| 1/28/2021 | Micah Miller | Update customer claimant exhibit. | 2.30 | $450.00 | $1,035.00 |
| 1/28/2021 | Pablo Bonjour | Review of updated spreadsheet data regarding additional claimants. | 0.20 | $525.00 | $105.00 |
| 1/29/2021 | Kathy Mayle | Emails with counsel, CRO and MACCO team regarding Amended Schedule F. | 0.40 | $465.00 | $186.00 |
| 1/29/2021 | Kathy Mayle | Assemble amended Schedule F and Statement of Financial Affairs for filing public as redacted and under seal. | 1.00 | $465.00 | $465.00 |
| 1/29/2021 | Pablo Bonjour | Review of second amended SOFA, schedules and statements and Exhibits F1 customer claims and public information claims. | 0.80 | $525.00 | $420.00 |
| 1/31/2021 | Kathy Mayle | Emails with J. Grogan, M. Foster and S. Foster regarding customer claim and review of information related to same. | 0.50 | $465.00 | $232.50 |
| 1/31/2021 | Kathy Mayle | Emails with W. Yeung and A. Logan regarding amended scheduled claims and data import. | 0.50 | $465.00 | $232.50 |
| | | **023: Preparation of Schedules and Statements Totals:** | **85.90** | | **$41,540.50** |
| | | **TOTAL SERVICES RENDERED:** | **246.70** | | **$123,988.00** |

|  |  |
|---|---|
| **SUBTOTAL** | **$123,988.00** |
| **AMOUNT DUE THIS INVOICE** | **$123,988.00** |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **PROFESSIONAL** | **HOURS** | **RATE** | **AMOUNT** |
| Arpna Chheda | 12.20 | $425.00 | $5,185.00 |
| Drew McManigle | 8.10 | $600.00 | $4,860.00 |
| Frank Cottrell | 14.10 | $465.00 | $6,556.50 |
| Kathy Mayle | 50.10 | $465.00 | $23,296.50 |
| Micah  Miller | 32.00 | $450.00 | $14,400.00 |
| Pablo  Bonjour | 76.80 | $525.00 | $40,320.00 |
| Paul Maniscalco | 53.40 | $550.00 | $29,370.00 |