## <u>EXHIBIT A</u>

**FEE STATEMENTS FOR THE INTERIM FEE PERIOD**
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 42 | January 1–31, 2021 | $75,405.00 (80% of which is $60,324.00) | $297.80 |

# COUSINS
## Law

Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE   19803
Telephone: (302) 824-7081

# INVOICE

Date: 02/08/2021
Due On: 03/10/2021

Cred Inc. and Cred (US) LLC
3 East Third Avenue
San Mateo, CA 94401

## 10013-Cred Inc. and Cred (US) LLC

## Chapter 11 Bankruptcy

### For Services Rendered

| Professional | Date | Quantity | Notes | Rate | Total |
|---|---|---|---|---|---|
| SDC | 01/01/2021 | 0.30 | A104 Review/analyze B180 Avoidance Action Analysis: Emails with Robert Stark, Andrew Carty and James Grogan regarding appointment of Robert as examiner | $750.00 | $225.00 |
| AH | 01/03/2021 | 0.50 | A103 Draft/revise L140 Document/File Management: Update Agenda for Hearing on 1/6/20 | $150.00 | $75.00 |
| SDC | 01/03/2021 | 0.30 | A104 Review/analyze B130 Asset Disposition: Review emails between James Grogan and Tim Walsh regarding APA and potential bidder (0.2); review project island non-binding letter of intent (0.1) | $750.00 | $225.00 |
| SDC | 01/03/2021 | 0.10 | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Emails with James Grogan regarding adjournment of hearing on PSA motion | $750.00 | $75.00 |
| AH | 01/04/2021 | 1.00 | A103 Draft/revise L140 Document/File Management: Emails with Scott Cousins and Co-Counsel regarding Agenda of Matters for 1/6 (0.3); Update Agenda to reflect recent changes/additions (0.7) | $150.00 | $150.00 |

| AH | 01/04/2021 | 0.20 | A103 Draft/revise L140 Document/File Management: File Agenda for 1-6-21 | $150.00 | $30.00 |
|---|---|---|---|---|---|
| AH | 01/04/2021 | 0.50 | A101 Plan and prepare for B110 Case Administration: Register Witness Appearances for Pablo Bonjour and Grant Lyon with Court Call (0.3); Circulate Necessary Call Information (0.2) | $150.00 | $75.00 |
| AH | 01/04/2021 | 0.30 | A110 Manage data/files L140 Document/File Management: File Motion to Approve Stipulation between Cred and Uphold, Inc. | $150.00 | $45.00 |
| AH | 01/04/2021 | 0.20 | A110 Manage data/files L140 Document/File Management: Update Amended Agenda Letter for 1-6-21 | $150.00 | $30.00 |
| AH | 01/04/2021 | 0.60 | A101 Plan and prepare for B110 Case Administration: Add Expenses and Upload Invoices from Court Call | $150.00 | $90.00 |
| SDC | 01/04/2021 | 0.20 | A106 Communicate (with client) B310 Claims Administration and Objections: Teleconference with creditor Shershuno Sofia regarding filling out proof of claim | $750.00 | $150.00 |
| SDC | 01/04/2021 | 0.10 | A104 Review/analyze B180 Avoidance Action Analysis: Review emails from Robert Stark and James Grogan regarding teleconference with examiner and debtors | $750.00 | $75.00 |
| SDC | 01/04/2021 | 1.10 | A104 Review/analyze B120 Asset Analysis and Recovery: Review and respond to emails from counsel to Committee and Uphold regarding finalizing Uphold motion and stipulation (0.3); finalize draft Uphold stipulation and related motion for filing and prepare and file same (0.8) | $750.00 | $825.00 |
| SDC | 01/04/2021 | 0.10 | A104 Review/analyze B110 Case Administration: Emails with Matt Foster and Alex Bongartz regarding CRO fee for January and Additional Personnel | $750.00 | $75.00 |
| SDC | 01/04/2021 | 4.70 | A103 Draft/revise L450 Trial and Hearing Attendance: Review, revise and finalize for filing agenda letter for Jan. 6th hearing (1.2); conference with Aran Heining regarding same (0.2); emails with counsel for UpgradeYa regarding witnesses for January 6 hearing (0.2); emails with counsel for Alexander regarding witnesses for January 6 hearing and request for acceptance of service of process (0.2); emails with Paul Hastings (James Grogan, Alex Bongartz, Pedro Jimenez and Avi Luft) regarding changes to draft agenda letter (0.3); email with Darren Azman regarding witnesses from the Committee for Wednesday's hearing on UpgradeYa's motion (0.1); teleconference with James Grogan, Avi Luft, Pedro Jimenez, and Mack | $750.00 | $3,525.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Wilson regarding preparation for Wednesday's hearing and revisions to draft agenda letter (0.8); email with Mark Zeberkiewicz regarding hearing on Alexander's motion to dismiss (0.1); teleconference with Mark Zeberkiewicz regarding same (0.2); teleconference with Michael Zuppone regarding same (0.2); review and respond to emails from Austin Prouty regarding exhibits for January 6th hearing (0.2); emails with Mark Pfeiffer (counsel to Alexander) regarding Wednesday's hearing and document production (0.2); emails with counsel for UpgradeYa regarding documents to be presented for trial (0.1); review and respond to email from Avi Luft regarding evidentiary hearing regarding Alexander's motion to dismiss (0.2); draft and send email to Alexander's counsel regarding same (0.2); emails with David Hurst regarding same (0.1); emails with Avi Luft and James Grogan regarding time for answering Alexander complaint (0.2) | | |
| SDC | 01/04/2021 | 0.20 | A104 Review/analyze B160 Fee/Employment Applications: Review Committee's Application to Retain Dundon Advisers | $750.00 | $150.00 |
| AH | 01/05/2021 | 0.70 | A103 Draft/revise L140 Document/File Management: Draft Monthly Fee App | $150.00 | $105.00 |
| AH | 01/05/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Claims Agent Search for Proof of Publication Form | $150.00 | $30.00 |
| AH | 01/05/2021 | 0.70 | A103 Draft/revise L140 Document/File Management: Draft Monthly Fee App | $150.00 | $105.00 |
| AH | 01/05/2021 | 0.30 | File Proofs of Publication (.2); Email Donlin for service (.1) | $150.00 | $45.00 |
| AH | 01/05/2021 | 0.60 | A101 Plan and prepare for B110 Case Administration: Update Critical Dates Calendar (.4); Calendar Important Dates regarding upcoming Motions and Hearings (.2) | $150.00 | $90.00 |
| AH | 01/05/2021 | 0.30 | A103 Draft/revise L140 Document/File Management: Update Amended Agenda for 1-6 | $150.00 | $45.00 |
| AH | 01/05/2021 | 0.20 | Schedule M. Foster Court Call for hearing on 1/6/21 | $150.00 | $30.00 |
| AH | 01/05/2021 | 0.20 | A108 Communicate (other external) B110 Case Administration: Email circulating Zoom link for hearing on 1/6/21 to witnesses | $150.00 | $30.00 |
| SDC | 01/05/2021 | 0.20 | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review comment letter from SEC regarding combined disclosure statement and plan (0.1); emails with James Grogan and Alex Bongartz regarding requested extension of time to object by SEC (0.1) | $750.00 | $150.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| SDC | 01/05/2021 | 0.20 | A105 Communicate (in firm) B120 Asset Analysis and Recovery: Teleconference with counsel for Uphold regarding status of the case and Jan. 6th hearing items | $750.00 | $150.00 |
| SDC | 01/05/2021 | 1.40 | A104 Review/analyze B160 Fee/Employment Applications: Review and revise pre-bill for November and December 2020 monthly fee application (1.2); conference with Aran Heining regarding preparation of same (0.2) | $750.00 | $1,050.00 |
| SDC | 01/05/2021 | 0.30 | A104 Review/analyze B130 Asset Disposition: Review proposal letter from prospective bidder (0.1); review and respond to emails with James Grogan and Chris Wu regarding asset purchase agreement with prospective bidder (0.2) | $750.00 | $225.00 |
| SDC | 01/05/2021 | 0.70 | A104 Review/analyze B110 Case Administration: Emails with Alex Bongartz regarding notice of service for publication notices related to bar date (0.2); prepare same and file (0.5) | $750.00 | $525.00 |
| SDC | 01/05/2021 | 3.30 | A104 Review/analyze L450 Trial and Hearing Attendance: Review emails from Mark Pfeiffer (counsel to Alexander) regarding adjournment of Wednesday's hearing and document production (0.2); emails with Paul Hastings (James Grogan, Alex Bongartz, Pedro Jimenez and Avi Luft) regarding and counsel to the Committee (Darren Azman, Joe Evans and David Hurst) regarding adjournment of Alexander's motion to dismiss (0.5); circulate draft adversary pre-trial order to Paul Hasting and MWE (0.1); review and respond to email from Avi Luft regarding potential adjournment of Alexander's motion to dismiss (0.1); teleconference with Avi Luft, Pedro Jimenez and Mack Wilson regarding adjournment of Alexander's motion to dismiss (0.6); review Alexander's notice of rescheduling of hearing on his motion to dismiss (0.1); emails with Austin Prouty regarding availability of trial exhibits for tomorrow's hearing (0.1); teleconference with James Grogan regarding procedural posture of Alexander motion and complaint (0.2); review and finalize first amended agenda letter for January 6th hearing (0.3); review documents and exhibits lists in preparation for hearing on UpgradeYa's motion for relief from stay (0.7); teleconference with counsel for committee (David Hurst, Darren Azman and Joe Evan) and counsel for Alexander (Mark Pfeiffer) regarding tomorrow's hearing on Alexander's motion to dismiss and pre-trial conference on Cred turnover complaint (0.3); emails with John Mark Zeberkiewicz regarding adjournment of tomorrow's hearing (0.1) | $750.00 | $2,475.00 |
| AH | 01/06/2021 | 2.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend today's hearing | $150.00 | $330.00 |

02/08/2021

| AH | 01/06/2021 | 0.10 | A107 Communicate (other outside counsel) B110 Case Administration: Emails with Chambers regarding Upload of PH Retention Order | $150.00 | $15.00 |
|----|------------|------|---|---------|--------|
| AH | 01/06/2021 | 0.10 | A105 Communicate (in firm) L140 Document/File Management: Emails with Scott Cousins regarding Agenda filed on 11/25 | $150.00 | $15.00 |
| AH | 01/06/2021 | 0.10 | A103 Draft/revise L140 Document/File Management: Update Critical Dates to reflect new Objection Deadline for SEC regarding Motion to Approve Plan and Disclosure Statement | $150.00 | $15.00 |
| AH | 01/06/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Calendar important dates regarding Relief from Stay of UpgradeYa Investments (.1); Update Critcal Dates Memo to reflect the same (.2) | $150.00 | $45.00 |
| SDC | 01/06/2021 | 0.10 | A104 Review/analyze B130 Asset Disposition: Emails with creditor Clatworthy regarding filing of proof of claim | $750.00 | $75.00 |
| SDC | 01/06/2021 | 0.60 | A104 Review/analyze B160 Fee/Employment Applications: Emails with Joe McMahon and James Grogan regarding form of order for retention of Paul Hastings (0.2); revise same and circulate blackline form of order (0.2); draft certification of counsel related to same (0.2) | $750.00 | $450.00 |
| SDC | 01/06/2021 | 5.80 | A103 Draft/revise L450 Trial and Hearing Attendance: Emails with Courtroom Deputy regarding matters going forward at today's hearing (0.2); review pleadings and exhibits in connection with today's hearing (0.6); attend today's hearing and present various matters going forward (5.0) | $750.00 | $4,350.00 |
| AH | 01/07/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File COC Re Paul Hastings Retention App (.1); Upload Order for Signature (.1) | $150.00 | $30.00 |
| AH | 01/07/2021 | 3.60 | A101 Plan and prepare for L140 Document/File Management: Prepare for filing of Schedules & SOFAs for Cred Inc, Cred (US), Cred Capital, Cred (Puerto Rico) & Cred Merchant Solutions (3) File Schedules and SOFA for above mentioned entities (.6) | $150.00 | $540.00 |
| SDC | 01/07/2021 | 0.30 | A104 Review/analyze B180 Avoidance Action Analysis: Review emails from Robert Stark regarding examiner conflicts and approval stage (0.1); review motion of U.S. Trustee to appoint examiner and related Stark disclosures (0.2) | $750.00 | $225.00 |
| SDC | 01/07/2021 | 0.40 | A104 Review/analyze B120 Asset Analysis and Recovery: Emails with Matt Foster and Alex Mazier (Dundon) regarding status of Uphold stipulation and approval thereof (0.1); emails with Darren Azman | $750.00 | $300.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | regarding approval of derivative standing stipulation and related issues (0.2); review email from Tim Walsh to Joe McMahon regarding stipulation to pursue derivative standing by the Committee (0.1) | | |
| SDC | 01/07/2021 | 0.40 | A104 Review/analyze B160 Fee/Employment Applications: Further revisions of certification of counsel related to Paul Hastings' retention and related blacklines of order | $750.00 | $300.00 |
| SDC | 01/07/2021 | 3.20 | A103 Draft/revise B110 Case Administration: Review global notes/disclaimers and prepare for filing statement of financial affairs and schedules for the debtors (2.7); conferences with Aran Heining regarding same (0.5) | $750.00 | $2,400.00 |
| AH | 01/08/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Emails with Scott regarding Monthly Staffing Report of Sonoran Capital Advisors LLC (.2) File Monthly Staffing Report (.2) | $150.00 | $60.00 |
| AH | 01/08/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Calendar 341 Meeting (.1); Update Critical Dates Calendar Regarding Same (.1) | $150.00 | $30.00 |
| AH | 01/08/2021 | 3.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with J. Grogan and S. Cousins regarding First Monthly Fee Application of Paul Hastings LLP (1.9); Prepare and File First Monthly Fee Application of Paul Hastings (.3) Emails with S. Cousins regarding First Monthly Fee Application of Cousins Law LLC (.3); Revise and File First Monthly Fee Application of Cousins Law LLC (.6) | $150.00 | $465.00 |
| AH | 01/09/2021 | 0.30 | A110 Manage data/files L140 Document/File Management: File Amended Schedule F for Cred Inc. | $150.00 | $45.00 |
| SDC | 01/09/2021 | 2.20 | A103 Draft/revise B120 Asset Analysis and Recovery: Draft joint motion to shorten notice with respect to derivative standing motion and circulate to Paul Hastings for review (1.4) | $750.00 | $1,650.00 |
| SDC | 01/09/2021 | 0.20 | A105 Communicate (in firm) B160 Fee/Employment Applications: Teleconference with Kathy Mayle regarding filing of monthly fee statements for MACCO | $750.00 | $150.00 |
| SDC | 01/09/2021 | 0.50 | A104 Review/analyze B130 Asset Disposition: Email with creditor Neville Daniel regarding necessity of filing proof of claim (0.1); finalize for filing amended Schedule F to Cred Inc. (0.3); draft email to Joe McMahon regarding same (0.1) | $750.00 | $375.00 |
| SDC | 01/09/2021 | 0.20 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review emails regarding Committee's document production and | $750.00 | $150.00 |

02/08/2021

| | | | designations | | |
|---|---|---|---|---|---|
| SDC | 01/09/2021 | 0.20 | A101 Plan and prepare for L210 Pleadings: Review emails from Avi Luft regarding Alexander work streams and document production | $750.00 | $150.00 |
| AH | 01/11/2021 | 0.70 | A101 Plan and prepare for B110 Case Administration: Update Critical Dates Calendar (.4); Calendar Dates in Outlook (.3) | $150.00 | $105.00 |
| AH | 01/11/2021 | 0.70 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft Monthly Fee Application | $150.00 | $105.00 |
| AH | 01/11/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Emails with S. Cousins regarding Monthly Fee Application of MACCO Restructuring Group (0.2); File Monthly Fee Application of MACCO Restructuring Group (0.2) | $150.00 | $60.00 |
| SDC | 01/11/2021 | 0.20 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review and respond to various emails regarding revisions to derivative standing stipulation from the Committee | $750.00 | $150.00 |
| SDC | 01/11/2021 | 3.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review, revise draft Macco First Interim Fee Application (2.8); emails with Kathy Mayle and Drew McManigle regarding same (0.3) | $750.00 | $2,325.00 |
| SDC | 01/12/2021 | 0.60 | A101 Plan and prepare for B130 Asset Disposition: Teleconference with Matt Foster regarding schedules and statements, Uphold stipulation and case update (0.3); review and finalize for filing revised Exhibit F-1 to amended schedules (0.2); emails with Court Clerk regarding summary of schedules (0.1) | $750.00 | $450.00 |
| SDC | 01/12/2021 | 0.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Universal Protocol Alliance agreement (0.1); emails with Matt Foster regarding same (0.1) | $750.00 | $150.00 |
| SDC | 01/12/2021 | 0.10 | A101 Plan and prepare for B230 Financing/Cash Collections: Review emails between James Grogan and Leah Lerman of the SEC regarding Debtors' Motion to Conditionally Approve the Disclosure Statement | $750.00 | $75.00 |
| SDC | 01/12/2021 | 0.30 | A101 Plan and prepare for L210 Pleadings: Review and respond to emails related to Alexander Scheduling from Mack Wilson (0.2); review emails from Avi Luft regarding same (0.1) | $750.00 | $225.00 |
| SDC | 01/13/2021 | 0.90 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and respond to emails with Joe McMahon and James Grogan regarding U.S. Trustee's | $750.00 | $675.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | objection to interim approval of disclosure statement on Jan. 21st hearing (0.2); review and respond to email from Kim Brown regarding proposed changes to plan to reflect UpgradeYa's objections (0.2); review revised plan and disclosure statement reflecting comments from the Committee and others (0.4); review Joe McMahon's preliminary objections to Solicitation Procedures Motion and disclosure statement (0.1) | | |
| SDC | 01/13/2021 | 0.30 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review and respond to emails from Bryant Lin and Avi Luft regarding "professional eyes only" designations in document production | $750.00 | $225.00 |
| SDC | 01/13/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review revised standing stipulation circulated by Darren Azman (0.1); emails with Darren regarding changes to stipulation (0.2) | $750.00 | $225.00 |
| SDC | 01/13/2021 | 0.30 | A101 Plan and prepare for L210 Pleadings: Review and respond to emails with Avi Luft, Pedro Jimenez and Mack Wilson regarding discovery and scheduling order in connection with Alexander adversary and motion to dismiss | $750.00 | $225.00 |
| SDC | 01/13/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Emails with James Grogan and Joe Evans regarding surety bonds posted by Debtors | $750.00 | $150.00 |
| SDC | 01/13/2021 | 0.30 | A101 Plan and prepare for B310 Claims Administration and Objections: Emails with James Grogan regarding amended schedules (0.1); review emails with SEC regarding changes to the Disclosure Statement (0.1); teleconference with Alex Bongartz regarding notice of filing of amended schedules (0.1) | $750.00 | $225.00 |
| AH | 01/14/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Research regarding Cred Confidentiality Stipulation and Filing Procedures | $150.00 | $60.00 |
| AH | 01/14/2021 | 1.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review and Revise December Fee App for Cousins Law | $150.00 | $165.00 |
| AH | 01/14/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: File Notice of Filing of Amended Schedules | $150.00 | $30.00 |
| SDC | 01/14/2021 | 0.10 | A101 Plan and prepare for L150 Budgeting: Emails with Scott Wiley regarding professional fee estimates | $750.00 | $75.00 |
| SDC | 01/14/2021 | 1.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): | $750.00 | $1,050.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Teleconference with Joe McMahon, John Schanne, James Grogan and Alex Bongartz regarding U.S. Trustee's preliminary objections to Solicitation Procedures Motion and disclosure statement (0.9); review and respond to emails with Alex Bongartz and James Grogan regarding same (0.2); review updated version of the Plan/DS changes requested by the SEC (0.3) | | |
| SDC | 01/14/2021 | 2.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review and revise draft confidentiality stipulation between Debtors, the Committee and the Examiner (1.2); emails with James Grogan and Ari Luft regarding same (0.3); emails with committee counsel for the examiner regarding same (0.1); emails with counsel for the examiner regarding same (0.3); teleconference with Andrew Carty (counsel to Robert Stark) regarding same (0.3) | $750.00 | $1,650.00 |
| SDC | 01/14/2021 | 0.10 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Matt Foster regarding status of Uphold stipulation and related objections | $750.00 | $75.00 |
| SDC | 01/14/2021 | 1.60 | A101 Plan and prepare for L210 Pleadings: Teleconference with Avi Luft, Pedro Jimenez and Mack Wilson regarding scheduling order in connection with Alexander adversary and motion to dismiss (1.3); review documents related to Alexander adversary and motion to dismiss in preparation for teleconference with counsel for Alexander (0.3) | $750.00 | $1,200.00 |
| SDC | 01/14/2021 | 0.10 | A101 Plan and prepare for B130 Asset Disposition: Teleconference with Matt Foster regarding update on sales process | $750.00 | $75.00 |
| SDC | 01/14/2021 | 1.10 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with Kathy Mayle regarding notices to be sent to creditors on amended schedules (0.1); draft notice creditors regarding amended schedule F (0.7); emails with Donlin Recano regarding service of same (0.3) | $750.00 | $825.00 |
| AH | 01/15/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Revise COC Re: Stipulated Protective Order (.2); File COC (.1) | $150.00 | $45.00 |
| AH | 01/15/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: Revise Order for Upload (.1); Upload order and exhibits (.1) | $150.00 | $30.00 |
| AH | 01/15/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: Emails with W. Wu, S. Cousins and S. Shelley regarding Pro Hac Vice Motion (.2); Draft Pro Hac Vice (.2); Pay Admission Fee and File Pro | $150.00 | $90.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Hac Motion (.2) | | |
| AH | 01/15/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Emails with S. Shelley and W. Wu regarding Pro Hac Motion and Order | $150.00 | $30.00 |
| SDC | 01/15/2021 | 0.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review further updated version of the Plan/DS changes requested by the U.S. Trustee (0.2); review changes to solicitation procedures motion (0.2) | $750.00 | $300.00 |
| SDC | 01/15/2021 | 2.30 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review, revise and finalize multiple drafts of joint motion to file stipulation with the Committee under seal (1.2); emails with David Hurst regarding same (0.2); review, revise and finalize multiple drafts of joint motion to shorten notice regarding hearing on stipulation with Committee (0.9) | $750.00 | $1,725.00 |
| SDC | 01/15/2021 | 2.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Final and final revise draft confidentiality stipulation between Debtors and the Committee and related certification of counsel (1.4); emails with counsel for the committee regarding same (0.4); teleconference with Joe McMahon regarding same (0.1); emails with counsel to Committee, Examiner and U.S. Trustee regarding same (0.3); draft email to Judge Dorsey's Courtroom Deputy regarding same (0.1); review and finalize pro hac vice motion for Scott Shelley (0.1) | $750.00 | $1,800.00 |
| SDC | 01/15/2021 | 0.30 | A101 Plan and prepare for L210 Pleadings: Teleconference with Avi Luft regarding discovery related issues concerning Alexander | $750.00 | $225.00 |
| SDC | 01/15/2021 | 0.20 | A101 Plan and prepare for B130 Asset Disposition: Review emails related to potential purchaser/ purchasers of assets | $750.00 | $150.00 |
| SDC | 01/17/2021 | 0.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with James Grogan regarding objection deadlines related to PSA approval and interim approval of disclosure statement (0.2); review email from Tim Walsh regarding same (0.1); review emails between Joe McMahon and James Grogan regarding objection to disclosure statement (0.1) | $750.00 | $300.00 |
| AH | 01/18/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft Agenda for 1/21/21 | $150.00 | $60.00 |
| AH | 01/18/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Emails with S. Cousins regarding MACCO's Second Monthly Fee Application (.2); File | $150.00 | $60.00 |

02/08/2021

| | | | MACCO's Second Monthly Fee Application (.2) | | |
|---|---|---|---|---|---|
| SDC | 01/18/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Draft certificate of no objection related to motion to approve stipulation with Uphold (0.2); draft and respond to emails with counsel for the Committee and counsel for Uphold regarding objections to Uphold stipulation (0.2) | $750.00 | $300.00 |
| SDC | 01/18/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Review and prepare for filing statement of disinterestedness by Prickett as ordinary course professional (0.1); review and prepare for filing Macco's second monthly fee application (0.3) | $750.00 | $300.00 |
| SDC | 01/18/2021 | 0.20 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review Examiner's draft work plan | $750.00 | $150.00 |
| SDC | 01/18/2021 | 0.80 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and respond to emails from Joe McMahon regarding objections to combined disclosure statement and plan (0.2); emails with James Grogan and Scott Shelley regarding same (0.2); emails with James Grogan and Darren Azman regarding same (0.1); draft notice of filing of blackline related to amended combined disclosure statement and plan (0.2); review UST's objection to solicitation procedures (0.1) | $750.00 | $600.00 |
| AH | 01/19/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Update Agenda of Matters for Hearing on 1-21-21 | $150.00 | $45.00 |
| AH | 01/19/2021 | 0.10 | Emails with Rob Cavello regarding Zoom Registration Link for 1-21 Hearing | $150.00 | $15.00 |
| AH | 01/19/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Emails with W. Wu circulating Zoom registration Link for 1-21 Hearing | $150.00 | $15.00 |
| AH | 01/19/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Emails with S. Cousins regarding Declaration of Disinterestedness of OCP (.1); File Declaration (.2) | $150.00 | $45.00 |
| AH | 01/19/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Emails with S. Cousins regarding Donlin Recano's Monthly Fee App (.2); File Monthly Fee App for Donlin Recano (.2) | $150.00 | $60.00 |
| SDC | 01/19/2021 | 0.20 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Teleconference with counsel to Ash Clatworthy regarding status of the case | $750.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| SDC | 01/19/2021 | 0.50 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize for filing draft agenda letter for Jan. 21st hearing (0.3); emails with James Grogan regarding same (0.1); conference with Aran Heining regarding same (0.1) | $750.00 | $375.00 |
| SDC | 01/19/2021 | 0.60 | A101 Plan and prepare for B180 Avoidance Action Analysis: Teleconference with Brown Rudnick (Patrick Gilman, Andrew Carty, and Stephen Cook), Sonoran (Matt Foster and Scott Wiley), Paul Hastings (James Grogan, Avi Luft, and Bryant Lin) regarding document production and examiner's work plan | $750.00 | $450.00 |
| SDC | 01/19/2021 | 0.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Emails with Darren Azman, Gregg Steinman and James Grogan regarding changes to derivative standing motion (0.1); prepare for filing certificate of no objection to Uphold stipulation (0.1) | $750.00 | $150.00 |
| SDC | 01/19/2021 | 0.20 | A101 Plan and prepare for L210 Pleadings: Teleconference with Avi Luft regarding discovery related to Alexander | $750.00 | $150.00 |
| SDC | 01/19/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Prepare notice, review and prepare for filing Donlin's first monthly fee application | $750.00 | $150.00 |
| SDC | 01/19/2021 | 0.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and respond to emails between James Grogan and Darren Azman regarding revisions to combined plan and disclosure statement and liquidation analysis | $750.00 | $300.00 |
| AH | 01/20/2021 | 0.60 | A101 Plan and prepare for B110 Case Administration: Emails with M. Wilson and S. Cousins regarding withdrawal of Declaration of Disinterestedness (Prickett) (.2); File Notice of Withdrawal (.2); Email Chambers and Donlin to have item removed from/ locked on the docket. (.2) | $150.00 | $90.00 |
| AH | 01/20/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: File OCP Declaration | $150.00 | $45.00 |
| AH | 01/20/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File Notice of Filing of Liquidation Analysis to Plan | $150.00 | $30.00 |
| SDC | 01/20/2021 | 0.90 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft notice of filing of liquidation analysis as Exhibit B to Plan (0.2); emails with Mack Wilson regarding same (0.2); review reply to U.S. Trustee's objection to solicitation procedures motion (0.2); review revised solicitation procedures order (0.3) | $750.00 | $675.00 |

02/08/2021

| SDC | 01/20/2021 | 0.20 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review motion of Examiner to approve work plan | $750.00 | $150.00 |
|-----|------------|------|---|---------|---------|
| SDC | 01/20/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Circulate Uphold signed order approving stipulation to counsel to Committee and counsel to Uphold (0.1); emails with Jorian Rose regarding same (0.2); emails with Matt Foster regarding same (0.2); teleconference with Jorian Rose regarding same (0.3) | $750.00 | $600.00 |
| SDC | 01/20/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Withdraw Prickett Ordinary Course declaration and re-file (0.3); refile same (0.1) | $750.00 | $300.00 |
| SDC | 01/20/2021 | 0.10 | A101 Plan and prepare for B310 Claims Administration and Objections: Review emails regarding updates on timing of filing December Monthly Operating Report | $750.00 | $75.00 |
| SDC | 01/21/2021 | 0.40 | A101 Plan and prepare for L210 Pleadings: Emails with counsel for Alexander regarding February 3rd hearing and related discovery (0.1); teleconference with Avi Luft regarding same (0.2); review email from Avi regarding Alexander's motion and scheduling (0.1) | $750.00 | $300.00 |
| AH | 01/21/2021 | 4.20 | A101 Plan and prepare for L140 Document/File Management: Emails with Co-Counsel and S. Cousins regarding Reply to UST Objection to Solicitation Procedures, Motion for Leave to File Reply; Notice of Filing for Revised Proposed Solicitation Procedures, Amended Joint Plan and Disclosure Statement, Notice of Filing regarding Amended Joint Plan & Disclosure Statement (2.3); Revise and File above listed Documents (1.3); Update Agenda for Today's Hearing to Reflect the same (.6) | $150.00 | $630.00 |
| AH | 01/21/2021 | 0.70 | A101 Plan and prepare for B110 Case Administration: Emails w Co-Counsel and S. Cousins regarding Amended Agenda for Today's Hearing (.4) Revise Agenda and File (.3) | $150.00 | $105.00 |
| AH | 01/21/2021 | 0.50 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend Today's Hearing regarding Sale Procedures | $150.00 | $75.00 |
| AH | 01/21/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Emails with S. Cousins regarding Cred MOR (.1); File Cred MOR (.2) | $150.00 | $45.00 |
| AH | 01/21/2021 | 1.30 | A101 Plan and prepare for L140 Document/File Management: Emails with Co-Counsel Regarding Solicitation Procedures Order (1.0); Revise Order and Upload for Signature (.3) | $150.00 | $195.00 |

| SDC | 01/21/2021 | 2.50 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review, revise and finalize for filing First Amended Combined Plan and Disclosure Statement and related exhibits including Committee support letter and revisions to support letter (0.7); finalize notice of filing of blackline of plan (0.3); draft notice of filing of revised solicitation procedures order (0.3); review solicitation procedures and finalize for filing (0.4); emails with James Grogan, Scott Shelley, Mack Wilson and Grant Lyons regarding same (0.1); review emails from Therese Scheuer (SEC) regarding plan modifications (0.1); review, revise and finalize order approving solicitation of votes (0.3); review revised forms of derivative standing stipulation and related notice (0.3) | $750.00 | $1,875.00 |
| SDC | 01/21/2021 | 2.90 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize for filing first amended agenda letter for today's hearing (0.3); prepare for today's hearing (1.6); emails with James Grogan, Mack Wilson and Aran Heining regarding same (0.2); attend today's hearing on interim approval of plan and disclosure statement (0.6); teleconference with James Grogan regarding outcome for today's hearing (0.2) | $750.00 | $2,175.00 |
| SDC | 01/21/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review emails from Matt Foster and Jorian Rose regarding books and records for the Alliance (0.2); review draft email from Matt to Jorian regarding same (0.1) | $750.00 | $225.00 |
| SDC | 01/21/2021 | 2.10 | A101 Plan and prepare for L210 Pleadings: Review emails from UpgradeYa regarding filing opening brief under seal (0.1); review emails from Avi Luft and James Grogan regarding hearing on Alexander's motion to dismiss (0.3); review Dan Wheeler's declaration and related exhibits in support of Alexander's motion to dismiss (0.8); review UpgradeYa' Supplemental Brief and related exhibits (0.5); teleconferences (2) with Alexander's counsel regarding potential resolution of litigation (0.4) | $750.00 | $1,575.00 |
| SDC | 01/21/2021 | 0.50 | A101 Plan and prepare for B160 Fee/Employment Applications: Review, revise and finalize for filing second monthly fee application for Cousins Law (0.3); conference with Aran Heining regarding same (0.1); draft email to Matt Foster regarding approval of same (0.1) | $750.00 | $375.00 |
| SDC | 01/21/2021 | 0.60 | A101 Plan and prepare for B110 Case Administration: Teleconferences (2) with Paul Maniscalco regarding filing of December's monthly operating report (0.3); review, revise and finalize December's monthly operating report for filing (0.3) | $750.00 | $450.00 |

02/08/2021

| SDC | 01/21/2021 | 0.40 | A101 Plan and prepare for B230 Financing/Cash Collections: Emails with Mack Wilson, James Grogan and Pedro Jimenez regarding timing of filing for motion to approve DIP financing | $750.00 | $300.00 |
|-----|-----------|------|---|---------|---------|
| AH | 01/22/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: File Cousins Law Second Monthly Fee App | $150.00 | $45.00 |
| AH | 01/22/2021 | 0.50 | A101 Plan and prepare for B110 Case Administration: emails with Chambers to Schedule Omnibus Hearing Date (.3); Emails with Co-Counsel to Confirm Omnibus Dates (.2) | $150.00 | $75.00 |
| AH | 01/22/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File Notice of Scheduling of Omnibus Hearing Dates | $150.00 | $30.00 |
| AH | 01/22/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft CNO for Sonoran Monthly Fee Statement | $150.00 | $30.00 |
| AH | 01/22/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: File Notice of Confirmation Hearing | $150.00 | $45.00 |
| SDC | 01/22/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and finalize for filing notice of confirmation hearing | $750.00 | $150.00 |
| SDC | 01/22/2021 | 0.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Draft and finalize for filing notice of omnibus hearing dates (0.1); teleconference with Aran Heining regarding same (0.1) | $750.00 | $150.00 |
| SDC | 01/22/2021 | 0.90 | A101 Plan and prepare for L210 Pleadings: Teleconference with counsel for Alexander, Avi Luft and Darren Azman regarding discovery issues (0.5); review Alexander's Declaration in Support of Motion to Dismiss and related exhibits (0.4) | $750.00 | $675.00 |
| SDC | 01/22/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Scott Wiley regarding filing of Sonoran monthly fee statement for December 2020 | $750.00 | $225.00 |
| SDC | 01/22/2021 | 0.30 | A101 Plan and prepare for B130 Asset Disposition: Review emails with Leah Lerman (Dept. of Justice) and James Grogan regarding additional sale of assets (0.1); review and respond to emails with Matt Foster and James Grogan regarding potential sales (0.2) | $750.00 | $225.00 |
| SDC | 01/23/2021 | 1.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review draft letters to targets Daniyal Inamullah, Dan Schatt, Lu Hua, Joe Podulka, Dan Wheeler and James Alexander (0.6); emails with | $750.00 | $900.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | James Grogan and Scott Carlton regarding same (0.4); teleconference with James Grogan regarding same (0.2) | | |
| SDC | 01/24/2021 | 7.10 | Review, revise and draft letters to targets Daniyal Inamullah, Dan Schatt, Lu Hua, Joe Podulka, Dan Wheeler and James Alexander and insurers (Axis, Validus, Euclid, Validus Specialty, and OneBeacon) regarding notice of claims (4.7); emails with James Grogan and Scott Carlton regarding and changes thereto (0.8); teleconferences (2) with Darren Azman regarding same (0.3); emails with DLS regarding tonight's service (0.7); emails with Donlin regarding same (0.6) | $750.00 | $5,325.00 |
| AH | 01/25/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft CNO's for Paul Hastings and Cousins Law First Monthly Fee Applications | $150.00 | $60.00 |
| AH | 01/25/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: File Notice of Intent to Serve Subpoena for D. Wheeler and Notice of Intent to Serve Subpoena for J. Alexander | $150.00 | $60.00 |
| SDC | 01/25/2021 | 0.70 | A101 Plan and prepare for B110 Case Administration: Retrieve and send monthly operating reports for November and December at Scott Wiley's request (0.1); emails with Scott Wiley and Matt Foster regarding quarterly fees statements (0.2); emails with U.S. Trustee's office regarding same (0.2); emails with Joe Kern and Holly Dice regarding calculation of quarterly trustee fees (0.2) | $750.00 | $525.00 |
| SDC | 01/25/2021 | 0.10 | A101 Plan and prepare for B130 Asset Disposition: Emails with James Grogan regarding potential bid for assets | $750.00 | $75.00 |
| SDC | 01/25/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Scott Wiley and Matt Foster regarding filing of Sonoran monthly fee statement for December 2020 (0.1); emails with Mack Wilson regarding timing of filing of Paul Hastings monthly fee statement for December 2020 (0.3) | $750.00 | $300.00 |
| SDC | 01/25/2021 | 2.10 | A101 Plan and prepare for L210 Pleadings: Teleconference with Avi Lift and Mack Wilson regarding Alexander discovery (0.7); review Alexander's answer to turnover complaint (0.2); review, revise and finalize for filing subpoenas and notice of intent to take depositions of Alexander and Wheeler (1.0); draft emails to counsel to Alexander and counsel to Wheeler regarding same (0.2) | $750.00 | $1,575.00 |
| AH | 01/26/2021 | 1.70 | A101 Plan and prepare for L140 Document/File Management: Emails with S. Cousins and Co-counsel regarding CNO for Rejection Motion. (.3) | $150.00 | $255.00 |

| | | | File CNO (.2) Withdrawal CNO (.3) Telephone Conference with Chambers to lock document on docket (.2) Revise Schedule for CNO and update related documents to reflect the same (.3) File Corrected CNO (.3) Email Donlin for Service (.1) | | |
|---|---|---|---|---|---|
| AH | 01/26/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Emails with S. Cousins and Co-Counsel regarding Filing Revised Exhibit A to Deposition of J. Alexander (.2); File Revised Exhibit A (.2) | $150.00 | $60.00 |
| AH | 01/26/2021 | 2.00 | A101 Plan and prepare for L140 Document/File Management: Draft Agenda for 2-3-21 | $150.00 | $300.00 |
| SDC | 01/26/2021 | 0.60 | A101 Plan and prepare for B180 Avoidance Action Analysis: Draft email to James Grogan, Scott Carlton, Darren Azman and Joe Evans regarding service of various demand letters and notices of circumstances (0.2); emails with Edward Calderon of Donlin regarding same (0.2); emails with Kevin Bader at DLS regarding same (0.2) | $750.00 | $450.00 |
| SDC | 01/26/2021 | 3.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Draft certification of counsel regarding revised derivative standing stipulation and related form of order (1.7); emails with David Hurst regarding changes to same (0.4); emails with Darren Azman and Joe McMahon regarding same (0.2); teleconference with Matt Foster regarding status of Uphold currencies transfers (0.1); teleconference with Jorian Rose regarding same (0.2); follow-up emails with Gregg Steinman and Jorian Rose regarding same (0.2); emails with Matt Foster and James Grogan regarding domestic Cred affiliates related to currencies (0.1); emails with Darren Azman regarding examiner review of stipulation (0.2); review acknowledgement of claim provided by AXIS Captial related to Cyber losses (0.1) | $750.00 | $2,400.00 |
| SDC | 01/26/2021 | 1.00 | A101 Plan and prepare for L210 Pleadings: Draft notice of amended Exhibit A to Alexander subpoena and file (0.4); emails with counsel for James Alexander regarding deposition schedule and document production (0.2); teleconference with Avi Luft regarding same (0.2); emails with counsel for Dan Wheeler regarding document production and schedule for deposition (0.2) | $750.00 | $750.00 |
| SDC | 01/26/2021 | 0.50 | A101 Plan and prepare for B130 Asset Disposition: Teleconference with Matt Foster regarding sale of assets (0.2); review bidding procedures and draft email to Matt regarding same (0.3) | $750.00 | $375.00 |
| SDC | 01/26/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Emails with Mack Wilson regarding | $750.00 | $150.00 |

| | | | motion of removal extension | | |
|---|---|---|---|---|---|
| SDC | 01/26/2021 | 0.10 | A101 Plan and prepare for B310 Claims Administration and Objections: Review email from Julius Hudec regarding cryptocurrency posted on Donlin website | $750.00 | $75.00 |
| AH | 01/27/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Emails with S. Cousins and Chambers regarding Sealed Stipulation between Debtors and Committee | $150.00 | $60.00 |
| SDC | 01/27/2021 | 0.30 | A101 Plan and prepare for B310 Claims Administration and Objections: Review and respond to emails from Matt Foster regarding changes to schedules and statements and filing of revisions to same | $750.00 | $225.00 |
| SDC | 01/27/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Review email from Joseph Kern regarding quarterly U.S. trustee fees (0.1); draft email to Matt Foster and Scott Wiley regarding same (0.1) | $750.00 | $150.00 |
| SDC | 01/27/2021 | 0.20 | A101 Plan and prepare for B130 Asset Disposition: Emails with counsel for Alexander regarding next week's sale hearing (0.1); review Objection of James Alexander to Sale Motion (0.1) | $750.00 | $150.00 |
| SDC | 01/27/2021 | 0.20 | A101 Plan and prepare for L210 Pleadings: Emails with Avi Luft regarding Alexander deposition and discovery deadline | $750.00 | $150.00 |
| SDC | 01/27/2021 | 1.10 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review acknowledgement of claim provided by AXIS Insurance (0.1); review email from counsel to Wheeler regarding deposition and notice of claims (0.2); review current versions of derivative standing stipulations and emails with James Grogan, counsel for committee, the U.S. Trustee and counsel for the examiner (0.5); review and respond to emails from counsel to Uphold regarding status of various transfers of currencies (0.3) | $750.00 | $825.00 |
| AH | 01/28/2021 | 0.80 | A101 Plan and prepare for L140 Document/File Management: Revise Agenda for 2-3 Hearing | $150.00 | $120.00 |
| SDC | 01/28/2021 | 0.70 | A101 Plan and prepare for B110 Case Administration: Emails with Matt Foster, James Grogan and Kathy Mayle regarding Second Amended Exhibit F1 (0.4); review revised global notes regarding same (0.2); Review email from Avion Shoetan (Office of Pension Benefit Guaranty Corporation General Counsel) regarding pension plans of the debtors (0.1) | $750.00 | $525.00 |
| SDC | 01/28/2021 | 0.50 | A101 Plan and prepare for L210 Pleadings: Review, | $750.00 | $375.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | revise and finalize declarations of Grant Lyon and Matt Foster for filing (0.4); review and respond to emails from counsel for Dan Wheeler regarding deposition (0.1) | | |
| SDC | 01/28/2021 | 0.20 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review and respond to various emails regarding examiner interviews | $750.00 | $150.00 |
| SDC | 01/28/2021 | 0.40 | A101 Plan and prepare for B210 Business Operations: Emails with Jorian Rose (counsel for Uphold) and Matt Foster regarding status of currencies transfers | $750.00 | $300.00 |
| AH | 01/29/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: File Declaration of Disinterestedness | $150.00 | $30.00 |
| AH | 01/29/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise Agenda for 2-3 Hearing | $150.00 | $60.00 |
| AH | 01/29/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: File CNO's for Cousins Law Monthly Fee App and Paul Hastings Monthly Fee app | $150.00 | $90.00 |
| AH | 01/29/2021 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Revise Declarations in Support of Objection to Motion to Dismiss (.3) File Declarations in Support of Objection to Motion to Dismiss (.2) | $150.00 | $75.00 |
| AH | 01/29/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: File Amended Schedule F and Amended SOFA for Cred Inc. | $150.00 | $60.00 |
| SDC | 01/29/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review and revise agenda letter for February 3 hearing (0.3); conference with Aran Heining regarding same (0.1) | $750.00 | $300.00 |
| SDC | 01/29/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Jorian Rose regarding Alliance approval of Uphold stipulation and related issues | $750.00 | $300.00 |
| SDC | 01/29/2021 | 2.40 | A101 Plan and prepare for L210 Pleadings: Emails with counsel for Alexander regarding deposition set for February 2 (0.1); teleconference with Avi Luft regarding same (0.1); emails with Avi Luft and Mack Wilson regarding same (0.1); teleconference with counsel for Dan Wheeler and Avi Luft regarding deposition of Dan Wheeler and related discovery issues (0.4); teleconference with counsel for Wheeler and Alexander and Avi Luft regarding deposition of Alexander and Wheeler and related discovery issues (0.4); review and finalize Schatt and Podulka declarations in opposition to Alexander's motion to dismiss (0.8); conference with Aran Heining regarding same (0.1); review | $750.00 | $1,800.00 |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Alexander's revised notice of intention to call witnesses (0.1); teleconference with Mack Wilson regarding same (0.2); review emails from Bryan Cave regard document production (0.1) | | |
| SDC | 01/29/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Review and revise certifications of no objection to Paul Hastings and Cousins Law monthly fee statements (0.2); prepare and file Crowell Moring ordinary course retention disclosure (0.1); emails with James Grogan regarding same (0.1) | $750.00 | $300.00 |
| SDC | 01/29/2021 | 2.40 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with Kathy Mayle regarding amendments to schedules and statements (0.2); draft second amended notice of schedules (0.6); draft second notice of amendment to schedules (0.3); finalize and prepare second amended schedules for filing (1.0); emails with Kathy Mayle and Matt Foster regarding same (0.2); emails with Matt Foster regarding 341 meeting (0.1) | $750.00 | $1,800.00 |
| SDC | 01/30/2021 | 0.40 | A101 Plan and prepare for L210 Pleadings: Review and respond to various emails between Avi Luft and counsel for Alexander and Wheeler regarding depositions related to Alexander's motion to dismiss | $750.00 | $300.00 |

| | | | | **Services Subtotal** | **$75,405.00** |
|---|---|---|---|---|---|

## Expenses

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 01/11/2021 | AH | E123 Other professionals: Filing Fees in James Alexander v. Daniel Brian Schatt and Joseph Podulka v. Cred Capital, Inc. | 1.00 | $8.00 | $8.00 |
| Expense | 01/15/2021 | AH | Pro Hac Fee for S. Shelley | 1.00 | $25.00 | $25.00 |
| Expense | 01/18/2021 | AH | Reliable Company Services: Trial Transcripts | 1.00 | $232.80 | $232.80 |
| Expense | 01/29/2021 | AH | Filing Fee: Amended Schedule F | 1.00 | $32.00 | $32.00 |

| | | | | | **Expenses Subtotal** | **$297.80** |
|---|---|---|---|---|---|---|

| | | | | | **Subtotal** | **$75,702.80** |
|---|---|---|---|---|---|---|
| | | | | | **Total** | **$75,702.80** |