## EXHIBIT B

**ACTUAL AND NECESSARY EXPENSES FOR THE INTERIM FEE PERIOD**
(attached)

| Expense Category | Amount |
|---|---:|
| Filing Fees | $40.00 |
| *Pro Hac Vice* Admission Expense | $25.00 |
| Trial Transcripts | $232.80 |
| **Total** | **$297.80** |

02/08/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Alexander's revised notice of intention to call witnesses (0.1); teleconference with Mack Wilson regarding same (0.2); review emails from Bryan Cave regard document production (0.1) | | |
| SDC | 01/29/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Review and revise certifications of no objection to Paul Hastings and Cousins Law monthly fee statements (0.2); prepare and file Crowell Moring ordinary course retention disclosure (0.1); emails with James Grogan regarding same (0.1) | $750.00 | $300.00 |
| SDC | 01/29/2021 | 2.40 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with Kathy Mayle regarding amendments to schedules and statements (0.2); draft second amended notice of schedules (0.6); draft second notice of amendment to schedules (0.3); finalize and prepare second amended schedules for filing (1.0); emails with Kathy Mayle and Matt Foster regarding same (0.2); emails with Matt Foster regarding 341 meeting (0.1) | $750.00 | $1,800.00 |
| SDC | 01/30/2021 | 0.40 | A101 Plan and prepare for L210 Pleadings: Review and respond to various emails between Avi Luft and counsel for Alexander and Wheeler regarding depositions related to Alexander's motion to dismiss | $750.00 | $300.00 |

**Services Subtotal**     **$75,405.00**

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 01/11/2021 | AH | E123 Other professionals: Filing Fees in James Alexander v. Daniel Brian Schatt and Joseph Podulka v. Cred Capital, Inc. | 1.00 | $8.00 | $8.00 |
| Expense | 01/15/2021 | AH | Pro Hac Fee for S. Shelley | 1.00 | $25.00 | $25.00 |
| Expense | 01/18/2021 | AH | Reliable Company Services: Trial Transcripts | 1.00 | $232.80 | $232.80 |
| Expense | 01/29/2021 | AH | Filing Fee: Amended Schedule F | 1.00 | $32.00 | $32.00 |

**Expenses Subtotal**     **$297.80**

**Subtotal**     **$75,702.80**

**Total**     **$75,702.80**