# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Re: D.I. 456** |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF EXAMINER FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BROWN RUDNICK LLP, AS COUNSEL TO THE EXAMINER, *NUNC PRO TUNC* TO JANUARY 8, 2021

I, Gregory A. Taylor, a member of the law firm Ashby & Geddes, P.A., proposed counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner"), hereby certify the following:

1. On February 1, 2021, the Examiner filed the *Application of Examiner for Order Authorizing Retention and Employment of Brown Rudnick LLP, as Counsel to the Examiner, Nunc Pro Tunc to January 8, 2021* [D.I. 456] (the "Application").

2. Pursuant to the Application, responses, if any, to the Application were to be filed with the Court and served upon undersigned counsel on or before February 16, 2021 at 4:00 p.m. (prevailing Eastern Time).

3. As of the date hereof, undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01662021;v1 }

WHEREFORE, the Examiner respectfully requests that the Proposed Order attached to the Application as **Exhibit A** be entered at the Court's earliest convenience.

Dated: February 17, 2021

        **ASHBY & GEDDES, P.A.**

        */s/ Gregory A. Taylor*
        Gregory A. Taylor (DE Bar No. 4008)
        Katharina Earle (DE Bar No. 6348)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        Tel: (302) 654-1888
        Email: gtaylor@ashbygeddes.com
               kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**

Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
       mreining@brownrudnick.com

*Proposed Counsel to Robert J. Stark,*
*in his capacity as Chapter 11 Examiner for Debtors*