**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: March 2, 2021 @ 4:00 p.m.**<br>**Hearing Date: March 9, 2021 @ 2:00 p.m.** |

**NOTICE OF HEARING ON THE MOTION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF**
**SETTLEMENT BETWEEN THE DEBTORS, THE COMMITTEE, AND**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

PLEASE TAKE NOTICE that, on February 17, 2021, the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases filed *The Motion of the Debtors for Entry of an Order Approving the Stipulation of Settlement Between the Debtors, the Committee, and Quinn Emanuel Urquhart & Sullivan, LLP* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that a hearing on the annexed *Motion of the Debtors for Entry of an Order Approving the Stipulation of Settlement Between the Debtors, the Committee, and Quinn Emanuel Urquhart & Sullivan, LLP* (the "Motion")[2] filed by the Debtors shall be considered at a hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **March 9, 2021 at 2:00 p.m. (Eastern Time)**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **March 2, 2021 at 4:00 p.m. (Eastern Time)** and shall be served on: ((a) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon (Joseph.McMahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov)); and (b) co-counsel for the Debtors (i) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002 (Attn: James T. Grogan (jamesgrogan@paulhastings.com)), (ii) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: Pedro A. Jimenez (pedrojimenez@paulhastings.com)), and (c) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803 (Attn. Scott D. Cousins (scott.cousins@cousins-law.com)); (d) counsel to the Committee, (x) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173 (Attn: Timothy W. Walsh (Twwalsh@mwe.com) and Darren Azman (Dazman@mwe.com)); and (y) McDermott Will & Emery LLP, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801 (Attn: David R. Hurst (Dhurst@mwe.com)).

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: February 17, 2021
     Wilmington, Delaware

/s/ Scott D. Cousins
------

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*