IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 456 & 513** |

ORDER AUTHORIZING
RETENTION AND EMPLOYMENT OF BROWN RUDNICK LLP,
AS COUNSEL TO THE EXAMINER, *NUNC PRO TUNC* TO JANUARY 8, 2021

Upon the application (the "Application") of Robert J. Stark, as Court-appointed Examiner in the above-captioned Chapter 11 cases, for entry of an order authorizing him to retain and employ Brown Rudnick LLP ("Brown Rudnick"), as counsel to the Examiner, *nunc pro tunc* to January 8, 2021, pursuant to Bankruptcy Code Section 327, Bankruptcy Rule 2014, Local Rule 2014-1, and the Examiner Order[2]; and the Court having reviewed the Application and the declarations of Robert J. Stark and Andrew M. Carty, annexed to the Application as **Exhibits B** and **C**, respectively; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that (a) Brown Rudnick does not represent any interests adverse to the Debtor or its estate with respect to which Brown Rudnick is to be engaged; (b) Brown Rudnick and its attorneys are "disinterested persons" as that term is defined under Bankruptcy Code Section 101(14); (c) the relief sought in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Application.

the Application is necessary and in the best interests of the Debtors and their estates; and (d) due and proper notice of the Application having been given and it appearing that no other or further notice need to be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Application is granted to the extent provided herein.

2. The Examiner's retention and employment of Brown Rudnick as his counsel, *nunc pro tunc* to January 8, 2021, in accordance with the terms and conditions set forth in the Application, the Stark Declaration and the Carty Declaration is approved.

3. Brown Rudnick is authorized to provide the Examiner with the professional services as described in the Application.

4. Brown Rudnick shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases in compliance with Bankruptcy Code Sections 330 and 331 and the Interim Compensation Order.

5. Prior to any increase in Brown Rudnick's rates for any individual retained by Brown Rudnick and providing services in these cases, Brown Rudnick shall file a supplemental affidavit with the Court and provide not fewer than ten (10) business days' notice to the Debtors, the United States Trustee, and the Creditors' Committee, with the rights of such parties expressly reserved.

6. The Examiner and Brown Rudnick may take all actions necessary to effectuate the relief granted in this Order.

7. This Court shall have exclusive jurisdiction to hear and determine all matters arising from or relating to this Order and its implementation.

8. This Order shall be effective and enforceable immediately upon its entry.

9. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

**Dated: February 18th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**