**EXHIBIT A**

# DONLIN RECANO

An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

February 17, 2021

Dan Schatt
Chief Executive Officer
Cred, Inc.
dan@mycred.io

**Re: Cred Inc. Vote/SOFA ("CREDVOTE Vote / SOFA") – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2467 - 2**

For Professional Services: January 1 through January 31, 2021

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 0.60 | 205.00 | $123.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 2.10 | 205.00 | $430.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | 0.30 | 205.00 | $61.50 |
| John Burlacu | Senior Bankruptcy Consultant | 23.00 | 195.00 | $4,485.00 |
| Robin Charles* | Case Manager | 2.20 | 195.00 | $429.00 |
| Robert Gillin | Senior Bankruptcy Consultant | 6.50 | 195.00 | $1,267.50 |
| Leena Vohra | Programming Consultant | 0.40 | 120.00 | $48.00 |
| Total Hours & Fees | | 35.1 | | $6,844.50 |
| | | | | |
| Less 20% Holdback on Fees | | | | <$1,368.90> |
| Subtotal of Fees | | | | $5,475.60 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$5,475.60** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account #: | 590872834 |
| Account Name: | Donlin, Recano & Company, Inc. |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely

Nellwyn Voorhies
President

Enclosures
2467

cc:    G. Alexander Bongartz, Esq.
James T. Grogan, Esq.
Paul Hastings, LLP
200 Park Avenue
New York, NY 10166
email:    alexbongartz@paulhastings.com

**Donlin Recano & Company, Inc.**  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
<u>**Invoice # 2 - January 1 through January 31, 2021**</u>

**I.  Consulting Fees (See Exhibit A for details)**

| | |
|---|---:|
| 3.0 hours @ $205.00/hour | 615.00 |
| 31.7 hours @ $195.00/hour | 6,181.50 |
| 0.4 hours @ $120.00/hour | <u>48.00</u> |
| | |
| **SUB TOTAL -  Consulting Fees** | **6,844.50** |

**II. Out of Pocket Expenses**

| | |
|---|---:|
| None Required in January 1, through January 31, 2021 | <u>0.00</u> |
| | |
| **SUB TOTAL - Out of Pocket Expenses** | <u>**0.00**</u> |
| | |
| **TOTAL CHARGES - January 1 through January 31, 2021** | **$6,844.50** |
| | |
| **Less: 20% Holdback on Fees** | <u>**<$1,368.90>**</u> |
| | |
| **AMOUNT DUE** | **$5,475.60** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 2 - January 1 through January 31, 2021**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Fee Statement and Application Preparation | 3.0 | hours | $615.00 |
| Voting and Solicitation | 32.1 | hours | $6,229.50 |
| **Total** | **35.1** | | **$6,844.50** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 2 - January 1 through January 31, 2021

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|------|------|----|------|------|--------|
| 01-14 | L Terry | Analyze the 327 invoice regarding the professional services rendered during December 1, 2020 through December 31, 2020 in preparation to draft the First Monthly Fee Statement (.4); Draft First Monthly Fee Statement regarding professional services rendered (1.7). | 2.1 | 205.0 | $430.50 |
| 01-15 | A Logan | Review and revise and proof DRC's 1st monthly fee statement and prepare for court filing (0.6). | 0.6 | 205.0 | $123.00 |
| 01-15 | R Tomforde | Reviewed first monthly fee statement | 0.3 | 205.0 | $61.50 |
| | | TOTAL HOURS - January 1 through January 31, 2021 | | | 3.0 |
| | | TOTAL CHARGES | | | $615.00 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 2 - January 1 through January 31, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|------|------|-----------------------------------|-------|------|--------|
| 01-15 | J Burlacu | Telephone conference with M. Wilson of PH re upcoming vote solicitation mailing and attend to issues in preparation for same (0.8). | 0.8 | 195.0 | $156.00 |
| 01-15 | R Charles | Meeting with Cred rep re upcoming Solicitation and other open items with a follow-up department meeting (0.6). | 0.6 | 195.0 | $117.00 |
| 01-18 | J Burlacu | Emails with M. Wilson of PH re timing for vote solicitation (0.2). | 0.2 | 195.0 | $39.00 |
| 01-21 | J Burlacu | Prepared Plan Class Report (0.3). | 0.3 | 195.0 | $58.50 |
| 01-21 | L Vohra | Updated plan class and Vote amounts in DRC Vote database. | 0.4 | 120.0 | $48.00 |
| 01-22 | J Burlacu | Attend to issues in preparation for upcoming vote solicitation mailing (2.9). Emails with M. Wilson of PH re solicitation documents (0.3). | 3.2 | 195.0 | $624.00 |
| 01-22 | R Gillin | Reviewed/edited documents for upcoming vote solicitation (2.3). | 2.3 | 195.0 | $448.50 |
| 01-25 | J Burlacu | Attend to issues for preparation of vote solicitation mailing (4.3). | 4.3 | 195.0 | $838.50 |
| 01-25 | R Gillin | Prepared ballots for mail-merge and online portal, in regards to upcoming vote solicitation (2.1). | 2.1 | 195.0 | $409.50 |
| 01-25 | R Gillin | Prepared online voting portal for upcoming vote solicitation (1.1). | 1.1 | 195.0 | $214.50 |
| 01-25 | R Charles | Addressed technical protocols re upcoming vote solicitation (0.5) | 0.5 | 195.0 | $97.50 |
| 01-26 | J Burlacu | Attend to issues for vote solicitation mailing, personalizing ballots for email and hard copy, updating online vote portal, production and mailing instructions for various non-voting group and open items (5.7) | 5.7 | 195.0 | $1,111.50 |
| 01-26 | R Gillin | Prepared mailing files for upcoming vote solicitation (0.4). | 0.4 | 195.0 | $78.00 |
| 01-26 | R Gillin | Prepared final ballot files for upcoming vote solicitation (0.6). | 0.6 | 195.0 | $117.00 |
| 01-27 | J Burlacu | Attend to issues for completion of vote solicitation mailing (2.4). Responded to various voting inquires (1.7). | 4.1 | 195.0 | $799.50 |
| 01-27 | R Charles | Updated and posted "Confirmation Documents" on the website (0.5) | 0.5 | 195.0 | $97.50 |
| 01-27 | R Charles | Submitted Job Ticket for an upcoming Vote Solicitation. | 0.4 | 195.0 | $78.00 |
| 01-27 | R Charles | Reviewed Disclosure Statement, Plan and proposed Ballot for the upcoming Vote Solicitation (0.2). | 0.2 | 195.0 | $39.00 |
| 01-28 | J Burlacu | Responded to various vote-related creditor inquiries (2.6). | 2.6 | 195.0 | $507.00 |
| 01-29 | J Burlacu | Responded to various voting inquiries (1.8). | 1.8 | 195.0 | $351.00 |

TOTAL HOURS - January 1 through January 31, 2021      32.1

TOTAL CHARGES      $6,229.50