IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is completed with respect to the *Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 89] (the "Motion"). The Motion is ready for disposition by the Bankruptcy Court. A list of all relevant pleadings and docket numbers related to the Motion follows below.

| Docket No. | Date Filed | Pleading |
|---|---|---|
| 89 | 11/25/2020 | Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 |
| 91 | 11/25/2020 | Declaration of Marc Parrish in Support of Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 |
| 116 | 12/02/2020 | Objection of Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 |
| 126 | 12/04/2020 | UpgradeYa Investments, LLC's (I) Reply to Objection of Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7 |
| 128 | 12/04/2020 | Supplemental Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0064123.}

| Docket No. | Date Filed | Pleading |
|---|---|---|
| 190 | 12/14/2020 | Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 |
| 223 | 12/16/2020 | UpgradeYa Investments, LLC's Reply to the Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 |
| 396 | 1/21/2021 | [SEALED] Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 |
| 463 | 2/3/2021 | Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal and (b) Ruling that No Privileges Have Been Waived |
| 475 | 2/4/2021 | [SEALED] The Official Committee of Unsecured Creditors' Reply Brief to the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 |
| 477 | 2/4/2021 | [SEALED] Supplemental Response Brief in Opposition to the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 |
| 505 | 2/11/2021 | [SEALED] Supplemental Reply Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 |

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February 18, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 467-4400<br>Facsimile:    (302) 467-4450<br>Email: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br>         jenner@lrclaw.com<br><br>*Counsel to UpgradeYa Investments, LLC* |