**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CRED INC., *et al.*, <br><br> Debtors.[1] | ) Chapter 11 <br> ) <br> ) Case No. 20-12836 (JTD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 466** |

**CERTIFICATE OF NO OBJECTION REGARDING JOINT**
**MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING**
**THE MOVANTS TO FILE STIPULATION UNDER SEAL**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to File Stipulation under Seal* [Docket No. 466] (the "Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors for the Debtors appointed in the chapter 11 bankruptcy cases (the "Committee" and, together with the Debtors, the "Movants") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 3, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the *Notice of Hearing on the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to File Stipulation under Seal* filed with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Motion, any objections or responses to the Motion were to be filed and served by no later than February 17, 2021 at 4:00 p.m. (ET).

WHEREFORE, the Movants respectfully request that an order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Bankruptcy Court.

Dated: February 19, 2021
Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:       scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:       jamesgrogan@paulhastings.com
             mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:       pedrojimenez@paulhastings.com
             aviluft@paulhastings.com

*Co-Counsel to the Debtors*