# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC | ) |
| Plaintiffs, | ) Adversary Proceeding No. 20-51006 (JTD) |
| v. | ) |
| JAMES ALEXANDER | ) |
| Defendant | ) |

**NOTICE OF AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR FEBRUARY 23, 2021 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURT CALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
> https://debuscourts.zoomgov.com/meeting/register/vJItd-igqzsqGKdTBTr-dSd1NLfkeVm-PLw
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**UNCONTESTED MATTERS GOING FORWARD:**

1. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to File Stipulation Under Seal [Docket No. 466, 2/03/21]

   Objection/Response Deadline: February 17, 2021 at 4:00 p.m. (ET)

   Objections/Responses Received: None to Date.

   Related Documents:

   > A. Certificate of No Objection Regarding Joint Motion of the Debtors for an Order Authorizing Movants to File Stipulation Under Seal [Docket No. 524, 2/19/21

   Status: A Certificate of No Objection has been entered for this matter. This matter is only going forward to the extent the Court has questions.

2. Debtors' Motion for Entry of an Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Extending the Deadline by which the Debtors May Remove Civil Actions [Docket No. 474, 2/04/21]

   Objection/Response Deadline: February 16, 2021 at 4:00 p.m. (ET)

   Objections/Responses Received: None to Date.

   Related Documents:

   > A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Extending the Deadline by which the Debtors May Remove Civil Actions [Docket No. 523, 2/19/21]

   Status: A Certificate of No Objection has been entered for this matter. This matter is only going forward to the extent the Court has question.

**ADVERSARY MATTERS:**

3. *Status Conference:* Complaint for Turnover by Cred Inc., Cred Capital, Inc., and Cred (US) LLC against James Alexander [Adv. Docket No. 1, 11/18/20]

    Status:  This matter is going forward.

Dated: February 19, 2021
   Wilmington, Delaware

/s/ Scott D. Cousins
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:         scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:         jamesgrogan@paulhastings.com
               mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:         pedrojimenez@paulhastings.com
               aviluft@paulhastings.com

*Co-Counsel to the Debtors*