## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | Jointly Administered |
| Debtors.[1] | **Re: Docket No. 487** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Bankruptcy Rule 8003 (a) (1) and 28 U.S.C. §158 (a)(1), James Alexander ("Appellant") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

## Part 1: Identity of appellant

1.      **Name(s) of appellant(s):**

James Alexander

2.      **Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**

Interested Party/Movant

## Part 2: Identify the subject of this appeal

1.      **Describe the judgment, order, or decree appealed from:**

Order Denying the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [D.I. 487]. A copy of the Order is attached hereto as **Exhibit A**.

2.      **State the date on which the judgment, order, or decree was entered:**

February 5, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## Part 3: Identify the subject of this appeal

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):**

**Appellant:**

1.      James Alexander

Geoffrey G. Grivner
BUCHANAN INGERSOLL & ROONEY PC
919 N. Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
Email: geoffrey.grivner@bipc.com

- and -

Mark Pfeiffer (admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone:  (215) 665-3921
Facsimile:  (215) 665-8760
Email:  mark.pfeiffer@bipc.com

**Appellee:**

1.      Cred Capital, Inc., Debtors

Scott D. Cousins (No. 3079)
COUSINS LAW LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

- and -

James T. Grogan
Mack Wilson
PAUL HASTINGS LLP

600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

**Interested Parties:**

1.    Cred Inc., Cred (US) LLC, Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC,
      Debtors

      Scott D. Cousins (No. 3079)
      COUSINS LAW LLC
      Brandywine Plaza West
      1521 Concord Pike, Suite 301
      Wilmington, Delaware 19803
      Telephone: (302) 824-7081
      Facsimile: (302) 295-0331
      Email: scott.cousins@cousins-law.com

      - and -

      James T. Grogan
      Mack Wilson
      PAUL HASTINGS LLP
      600 Travis Street, Fifty-Eighth Floor
      Houston, Texas 77002
      Telephone: (713) 860-7300
      Facsimile: (713) 353-3100
      Email: jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

      - and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

2.    Official Committee of Unsecured Creditors

David R. Hurst
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone:  (302) 485-3930
Facsimile:  (302) 351-8711
Email:  dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5423
Email:  dazman@mwe.com
        jbevans@mwe.com
        twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:  (305) 358-3500
Email:  gsteinman@mwe.com

3.       Examiner

         Katharina Earle
         Gregory A. Taylor
         ASHBY & GEDDES, P.A.
         500 Delaware Avenue, 8th Floor
         P.O. Box 1150
         Wilmington, DE 19801
         Telephone:  (302) 504-3729
         Facsimile: (302) 654-2067
         Email:  kearle@ashbygeddes.com
                    gtaylor@ashbygeddes.com

         - and -

         Andrew Carty
         Michael Reining
         BROWN RUDNICK
         Seven Times Square
         New York, NY 10036
         Telephone:  (212) 209-4800
         Fax: (212) 209-4801
         Email:  acarty@brownrudnick.com
                    mreining@brownrudnick.com

4.       United States Trustee

         Joseph James McMahon, Jr.
         John Henry Schanne, II
         UNITED STATES DEPARTMENT OF JUSTICE
         844 King Street, Suite 2207
         Lockbox #35
         Wilmington, DE 19801
         Telephone:  (302) 573-6491
         Fax: (302) 573-6497
         Email:  joseph.mcmahon@usdoj.gov
                    John.schanne@usdoj.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  February 19, 2021