**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | Jointly Administered |
| Debtors.[1] | **Re: Docket No. 487** |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 19th day of February, 2021, I caused a copy of the foregoing Notice Of Appeal And Statement Of Election to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

**Appellee:**

1.    Cred Capital, Inc., Debtors

Scott D. Cousins (No. 3079)
COUSINS LAW LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

- and -

James T. Grogan
Mack Wilson
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Email: jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

**Interested Parties:**

1.    Cred Inc., Cred (US) LLC, Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors

      Scott D. Cousins (No. 3079)
      COUSINS LAW LLC
      Brandywine Plaza West
      1521 Concord Pike, Suite 301
      Wilmington, Delaware 19803
      Telephone: (302) 824-7081
      Facsimile: (302) 295-0331
      Email: scott.cousins@cousins-law.com

      - and -

      James T. Grogan
      Mack Wilson
      PAUL HASTINGS LLP
      600 Travis Street, Fifty-Eighth Floor
      Houston, Texas 77002
      Telephone: (713) 860-7300
      Facsimile: (713) 353-3100
      Email: jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

      - and -

      G. Alexander Bongartz
      Derek Cash
      PAUL HASTINGS LLP

200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

2.      Official Committee of Unsecured Creditors

David R. Hurst
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone:  (302) 485-3930
Facsimile:  (302) 351-8711
Email:  dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5423
Email:  dazman@mwe.com
        jbevans@mwe.com
        twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:  (305) 358-3500
Email:  gsteinman@mwe.com

3.    Examiner

Katharina Earle
Gregory A. Taylor
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone:  (302) 504-3729
Facsimile: (302) 654-2067
Email:  kearle@ashbygeddes.com
          gtaylor@ashbygeddes.com

- and -

Andrew Carty
Michael Reining
BROWN RUDNICK
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Fax: (212) 209-4801
Email:  acarty@brownrudnick.com
          mreining@brownrudnick.com

4.    United States Trustee

Joseph James McMahon, Jr.
John Henry Schanne, II
UNITED STATES DEPARTMENT OF JUSTICE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Telephone:  (302) 573-6491
Fax: (302) 573-6497
Email:  joseph.mcmahon@usdoj.gov
          John.schanne@usdoj.gov

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/  Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801

Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  February 19, 2021