# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | Adv. Proc. No: 20-51006 |
| Plaintiffs, | **Re: Adv. Docket No. 19; Main Docket No. 486** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Bankruptcy Rule 8003 (a) (1) and 28 U.S.C. §158 (a)(1), Defendant James Alexander ("Defendant") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1: Identity of appellant**

1. **Name(s) of appellant(s):**

    James Alexander

2. **Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**

    **For appeals in an adversary proceeding.**

    Defendant

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from:**

   Order Approving the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (i) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (ii) Related Relief [Adv. D.I. 19; Main D.I. 486]. A copy of the Order is attached hereto as **Exhibit A**.

2. **State the date on which the judgment, order, or decree was entered:**

   February 5, 2021

**Part 3: Identify the subject of this appeal**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):**

**Appellant:**

1. **James Alexander**

   Geoffrey G. Grivner
   BUCHANAN INGERSOLL & ROONEY PC
   919 N. Market Street, Suite 990
   Wilmington, DE 19801
   Telephone:  (302) 552-4200
   Facsimile:  (302) 552-4295
   Email: geoffrey.grivner@bipc.com

   - and -

   Mark Pfeiffer (admitted *pro hac vice*)
   BUCHANAN INGERSOLL & ROONEY PC
   Two Liberty Place
   50 S. 16th Street, Suite 3200
   Philadelphia, PA 19102-2555
   Telephone:  (215) 665-3921
   Facsimile:  (215) 665-8760
   Email:  mark.pfeiffer@bipc.com

**Appellee:**

2.  **Official Committee of Unsecured Creditors**

    David R. Hurst
    MCDERMOTT WILL & EMERY LLP
    The Nemours Building
    1007 North Orange Street
    4th Floor
    Wilmington, DE 19801
    Telephone:  (302) 485-3930
    Facsimile:  (302) 351-8711
    Email:  dhurst@mwe.com

    - and -

    Darren Azman
    Joseph B. Evans
    Timothy W. Walsh
    MCDERMOTT WILL & EMERY LLP
    340 Madison Avenue
    New York, NY 10173-1922
    Telephone:  (212) 547-5423
    Email:  dazman@mwe.com
            jbevans@mwe.com
            twwalsh@mwe.com

    - and -

    Gregg A. Steinman
    MCDERMOTT WILL & EMERY LLP
    333 SE 2nd Avenue, Suite 4500
    Miami, FL 33131
    Telephone:  (305) 358-3500
    Email:  gsteinman@mwe.com

**Interested Parties:**

1.  **Cred Inc., Cred (US) LLC, Cred Capital, Inc., Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors**

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081

Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

- and -

James T. Grogan
Mack Wilson
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
       mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
       derekcash@paulhastings.com

2. **Examiner**

   Katharina Earle
   Gregory A. Taylor
   ASHBY & GEDDES, P.A.
   500 Delaware Avenue, 8th Floor
   P.O. Box 1150
   Wilmington, DE 19801
   Telephone:  (302) 504-3729
   Facsimile: (302) 654-2067
   Email:  kearle@ashbygeddes.com
           gtaylor@ashbygeddes.com

   - and -

   Andrew Carty
   Michael Reining
   BROWN RUDNICK
   Seven Times Square
   New York, NY 10036

      Telephone:  (212) 209-4800
      Fax: (212) 209-4801
      Email:  acarty@brownrudnick.com
            mreining@brownrudnick.com

**3.**    **United States Trustee**

      Joseph James McMahon, Jr.
      John Henry Schanne, II
      UNITED STATES DEPARTMENT OF JUSTICE
      844 King Street, Suite 2207
      Lockbox #35
      Wilmington, DE 19801
      Telephone:  (302) 573-6491
      Fax: (302) 573-6497
      Email:  joseph.mcmahon@usdoj.gov
            John.schanne@usdoj.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.**

      Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.


                          Respectfully submitted,

                          **BUCHANAN INGERSOLL & ROONEY PC**

                          */s/  Geoffrey G. Grivner*
                          Geoffrey G. Grivner (#4711)
                          Mark Pfeiffer (admitted *pro hac vice*)
                          919 North Market Street, Suite 990
                          Wilmington, DE 19801
                          Telephone:  (302) 552-4200
                          Facsimile:   (302) 552-4295
                          Email: geoffrey.grivner@bipc.com

                          *Attorneys for James Alexander*

Dated:  February 19, 2021