# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | **Re: Adv. Docket No. 19; Main Docket No. 486** |
| Plaintiffs, | |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 19th day of February, 2021, I caused a copy of the foregoing Notice Of Appeal And Statement Of Election to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

**Appellee:**

1. **Official Committee of Unsecured Creditors**

   David R. Hurst
   MCDERMOTT WILL & EMERY LLP
   The Nemours Building
   1007 North Orange Street
   4th Floor
   Wilmington, DE 19801
   Telephone: (302) 485-3930

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Facsimile:  (302) 351-8711
Email:  dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5423
Email:  dazman@mwe.com
          jbevans@mwe.com
          twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:  (305) 358-3500
Email:  gsteinman@mwe.com

**Interested Parties:**

1.   **Cred Inc., Cred (US) LLC, Cred Capital, Inc., Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors**

   Scott D. Cousins (No. 3079)
   COUSINS LAW LLC
   Brandywine Plaza West
   1521 Concord Pike, Suite 301
   Wilmington, Delaware 19803
   Telephone: (302) 824-7081
   Facsimile: (302) 295-0331
   Email: scott.cousins@cousins-law.com

   - and -

   James T. Grogan
   Mack Wilson
   PAUL HASTINGS LLP
   600 Travis Street, Fifty-Eighth Floor
   Houston, Texas 77002

Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

2. **Examiner**

   Katharina Earle
   Gregory A. Taylor
   ASHBY & GEDDES, P.A.
   500 Delaware Avenue, 8th Floor
   P.O. Box 1150
   Wilmington, DE 19801
   Telephone:  (302) 504-3729
   Facsimile: (302) 654-2067
   Email:  kearle@ashbygeddes.com
           gtaylor@ashbygeddes.com

   - and -

   Andrew Carty
   Michael Reining
   BROWN RUDNICK
   Seven Times Square
   New York, NY 10036
   Telephone:  (212) 209-4800
   Fax: (212) 209-4801
   Email:  acarty@brownrudnick.com
           mreining@brownrudnick.com

3. **United States Trustee**

   Joseph James McMahon, Jr.
   John Henry Schanne, II
   UNITED STATES DEPARTMENT OF JUSTICE

3

844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Telephone: (302) 573-6491
Fax: (302) 573-6497
Email:  joseph.mcmahon@usdoj.gov
        John.schanne@usdoj.gov

                Respectfully submitted,

                **BUCHANAN INGERSOLL & ROONEY PC**

                */s/ Geoffrey G. Grivner*
                Geoffrey G. Grivner (#4711)
                Mark Pfeiffer (admitted *pro hac vice*)
                919 North Market Street, Suite 990
                Wilmington, DE 19801
                Telephone: (302) 552-4200
                Facsimile:  (302) 552-4295
                Email: geoffrey.grivner@bipc.com

                *Attorneys for James Alexander*

Dated: February 19, 2021