# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF COMPLETION OF BRIEFING

TO THE HONORABLE BANKRUPTCY JUDGE JOHN T. DORSEY:

Counsel to the above-captioned Debtors and Debtors in Possession, counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases, and counsel to UpgradeYa Investments, LLC (the "Parties") hereby give notice pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware that the supplemental briefing requested by the Court in connection with the *Motion of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362* [D.I. 89] (the "Motion") is now complete. A list of all relevant pleadings (the "Pleadings") and docket numbers related to the Motion follows below.

| Exhibit | Pleading | Filed | Dkt. No. |
|---|---|---|---|
| 1 | *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 11/25/2020 | Docket No. 89 |
| 2 | *Declaration of Marc Parrish in Support of the* | 11/25/2020 | Docket No. 91 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{1311.001-W0064163.}

| Exhibit | Pleading | Filed | Dkt. No. |
|---|---|---|---|
|  | *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* |  |  |
| 3 | *Objection of Debtors' to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 12/02/2020 | [Docket No. 116](#) |
| 4 | *UpgradeYa Investments, LLCs (I) Reply to Objection of the Debtors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 and (II) Limited Joinder in the Motion for an Order Converting the Chapter 11 Cases to Chapter 7* | 12/04/2020 | [Docket No. 126](#) |
| 5 | *Supplemental Declaration of Marc Parrish in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 12/04/2020 | [Docket No. 128](#) |
| 6 | *Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 12/14/2020 | [Docket No. 190](#) |
| 7 | *Reply to the Objection of the Official Committee of Unsecured Creditors to Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 12/16/2020 | [Docket No. 223](#) |
| 8 | *Transcript Regarding Hearing Held on 1/06/2021* | 1/8/2021 | Docket No. 336 |
| 9 | *[SEALED] Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for relief from Stay Under Bankruptcy Code Section 362* | 1/21/2021 | Docket No. 396 |
| 10 | *Order Authorizing UpgradeYa Investments, LLC to (a) File under Seal the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay under Bankruptcy Code Section 362 and any Subsequent Pleadings Referencing the Confidential Information Contained Therein and* | 2/3/2021 | [Docket No. 463](#) |

| Exhibit | Pleading | Filed | Dkt. No. |
|---|---|---|---|
| | *(b) Ruling that No Privileges Have Been Waived by Filing the Supplemental Brief or Any Subsequent Pleadings Related to the Confidential Information Disclosed Therein* | | |
| 11 | *[SEALED] The Official Committee of Unsecured Creditors' Reply Brief to the Supplemental Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362* | 2/4/2021 | Docket No. 475 |
| 12 | *[SEALED] Supplemental Brief in Opposition to the Motion of UpgradeYa Investments, LLC for Relief from Automatic Stay Under Bankruptcy Code Section 362* | 2/4/2021 | Docket No. 477 |
| 13 | *Transcript Regarding Hearing Held 2/3/2021* | 2/5/2021 | Docket No. 482 |
| 14 | *[SEALED] Supplemental Reply Brief in Support of the Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* | 2/11/2021 | Docket No. 505 |

The Parties are available at the Court's convenience to answer any questions it may have with respect to the Motion or any of the other Pleadings.

Dated: February 19, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

By: */s/ Nicolas E. Jenner*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
brown@lrclaw.com

**COUSINS LAW LLC**

By: */s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone: (302) 824-7081
Facsimile: (302) 295-0331
Email: scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)

pierce@lrclaw.com
jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

**McDERMOTT WILL & EMERY, LLP**

By: */s/ David R. Hurst*
David R. Hurst
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711

-and-

Timothy W. Walsh
Darren Azman
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*

Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and –

Pedro A. Jimenez (admitted *pro hac vice)*
Avram Emmanuel Luft (admitted *pro hac vice)*
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  pedrojimenez@paulhastings.com
        aviluft@paulhastings.com

*Co-Counsel to the Debtors*