UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>              Debtors.[1] | )  Chapter 11<br>)<br>)  Case No. 20-12836 (JTD)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: Docket No. 380** |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR FIRST AMENDED COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on January 21, 2021, the debtors and debtors-in-possession (collectively, the "Debtors") filed the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Combined Plan") [Docket No. 380] in the above-captioned chapter 11 cases. Capitalized terms used herein and not otherwise defined have the meanings given to them in the Combined Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the Plan Supplement, which includes the following documents,[2] as may be modified, amended, or supplemented from time to time:

| **Exhibit** | **Description** |
|:---:|---|
| A | **Liquidation Trustees** |
| B | **Trust Advisory Board** |
| C | **Executory Contracts and Unexpired Leases of Debtors to Be Assumed and Assigned and Proposed Cure Amounts** |
| D | **Notice of Effective Date** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] The Liquidation Trust Agreement will be filed on or before March 5, 2021. The Debtors will file a modified Combined Plan at that time, which will make several non-material modifications to the Combined Plan, among them a modification that the Liquidation Trust Agreement will not be filed with the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained in the Plan Supplement.  To the extent material modifications are made to any of these documents, the Debtors will file a redline version with the Court prior to the Confirmation Hearing (defined below).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider final approval and confirmation of the Combined Plan (the "Confirmation Hearing") is scheduled to commence on **March 9, 2021, at 2:00 p.m. (prevailing Eastern Time).**  The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtors without further notice other than adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Court.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the approval and confirmation of the Combined Plan, including as to the assumption and assignment and cure payment under 11 U.S.C. § 365 for any contract or lease that the Debtors seek to assume and assign that is listed on Exhibit D to the Plan Supplement, is **March 1, 2021, at 4:00 p.m. (prevailing Eastern Time)** pursuant and subject to the procedures identified in that *Order (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Combined Plan and Disclosure Statement of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Combined Plan of Liquidation and Related Notice and Objection Procedures* [Docket No. 399].

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, Combined Plan, Plan Supplement, and related documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Donlin Recano & Company, Inc., by: (i) calling the Debtors' restructuring information center at 1-877-739-9988, and/or (ii) visiting the Debtors' restructuring website at https://donlinrecano.com/Clients/cred/Index.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at https://ecf.deb.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 19, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:        pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*