<u>**Exhibit A**</u>

**Liquidation Trustees**

*Identity of Liquidation Trustees*

1. Cedric de Lisser

2. Michael Michelin

3. Christopher Moser

***Compensation of Liquidation Trustees*:** $5,000/month for each Trustee plus reimbursement of out of pocket expenses