<u>**Exhibit B**</u>

**Trust Advisory Board**

*Identity of Members of Trust Advisory Board*

1. DragonFly International Holding Ltd.

2. Kyle Tuo Wang

*Compensation of Members of Trust Advisory Board*: Reimbursement of out of pocket expenses