## Exhibit C

**Executory Contracts and Unexpired Leases of Debtors to Be Assumed and Assigned and Proposed Cure Amounts**

| Item | Debtor | Counterparty | Description | Cure Amount |
|---|---|---|---|---|
| 1 | Cred Inc. | Amazon Web Service<br>410 Terry Avenue North<br>Seattle, WA 98109 | Web Services Agreement | $0 |
| 2 | Cred Inc. | AX Momentum, LP (Sarson)<br>9465 Counselors Row, Suite 200<br>Indianapolis, IN 46240 | Subscription and Limited Partnership Agreement | $0 |
| 3 | Cred Inc. | Equities First Holdings LLC<br>10 West Market Street, Suite 3050<br>Indianapolis, IN 46204 | Master Sale and Repurchase Agreement, and Tranche Agreements | $0 |
| 4 | Cred Inc. | Fifth Khagan, LP (Sarson)<br>9465 Counselors Row, Suite 200<br>Indianapolis, IN 46240 | Subscription and Limited Partnership Agreement | $0 |
| 5 | Cred Inc. | Fireblocks<br>500 7th Avenue, 14th Floor<br>New York, NY 10018 | License Agreement and First Amendment to License Agreement | $1,225 |
| 7 | Cred Inc. | Google<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043 | Google Domains Agreement | $0 |
| 8 | Cred Inc. | Google<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043 | Google G-Suite Subscription Agreement | $0 |
| 9 | Cred Inc. | Google<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043 | Google Cloud - GPC Subscription Agreement | $0 |
| 10 | Cred Inc. | Lockton Insurance Brokers LLC<br>3 Embarcadero Center, 6th Floor<br>San Francisco, CA 94111 | Insurance Premium Finance Agreement | $0 |
| 11 | Cred Inc. | Logmein Lastpass<br>320 Summer Street<br>Boston, MA 02210 | Software Subscription Agreement | $0 |
| 12 | Cred Inc. | Microsoft<br>One Microsoft Way<br>Redmond, WA | Office 365 Subscription Agreement | $0 |
| 13 | Cred Inc. | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood City, CA 94065 | Oracle Netsuite Subscription Agreement | $0 |
| 14 | Cred Inc. | Reliz Ltd.<br>c/o Blockfills<br>12 Office 1 Trejqet Huggiega<br>Triq Victor Scerri, Naxxar, | Business and Client Agreement (Platform Agreement) | $0 |
| 15 | Cred Inc. | Security Public Storage<br>110 East 25th Avenue<br>San Mateo, CA 94403 | Storage Agreement | $0 |
| 16 | Cred Inc. | Slack<br>500 Howard Street<br>San Francisco, CA | Software Subscription Agreement | $0 |