## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | Jointly Administered |
| Debtors.[1] | **Re: Docket No. 487** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Bankruptcy Rule 8003 (a) (1) and 28 U.S.C. §158 (a)(1), James Alexander ("Appellant") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1: Identity of appellant**

1.      **Name(s) of appellant(s):**

James Alexander

2.      **Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**

Interested Party/Movant

**Part 2: Identify the subject of this appeal**

1.      **Describe the judgment, order, or decree appealed from:**

Order Denying the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [D.I. 487]. A copy of the Order is attached hereto as **Exhibit A**.

2.      **State the date on which the judgment, order, or decree was entered:**

February 5, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## Part 3: Identify the subject of this appeal

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):**

**Appellant:**

1.  James Alexander

    Geoffrey G. Grivner
    BUCHANAN INGERSOLL & ROONEY PC
    919 N. Market Street, Suite 990
    Wilmington, DE 19801
    Telephone:  (302) 552-4200
    Facsimile:  (302) 552-4295
    Email: geoffrey.grivner@bipc.com

    - and -

    Mark Pfeiffer (admitted *pro hac vice*)
    BUCHANAN INGERSOLL & ROONEY PC
    Two Liberty Place
    50 S. 16th Street, Suite 3200
    Philadelphia, PA 19102-2555
    Telephone:  (215) 665-3921
    Facsimile:  (215) 665-8760
    Email:  mark.pfeiffer@bipc.com

**Appellee:**

1.  Cred Capital, Inc., Debtors

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081
    Facsimile: (302) 295-0331
    Email: scott.cousins@cousins-law.com

    - and -

    James T. Grogan
    Mack Wilson
    PAUL HASTINGS LLP

600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
        derekcash@paulhastings.com

**Interested Parties:**

1.  Cred Inc., Cred (US) LLC, Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC,
    Debtors

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081
    Facsimile: (302) 295-0331
    Email: scott.cousins@cousins-law.com

    - and -

    James T. Grogan
    Mack Wilson
    PAUL HASTINGS LLP
    600 Travis Street, Fifty-Eighth Floor
    Houston, Texas 77002
    Telephone: (713) 860-7300
    Facsimile: (713) 353-3100
    Email: jamesgrogan@paulhastings.com
            mackwilson@paulhastings.com

    - and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
           derekcash@paulhastings.com

2.      Official Committee of Unsecured Creditors

David R. Hurst
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone:  (302) 485-3930
Facsimile:  (302) 351-8711
Email:  dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5423
Email:  dazman@mwe.com
           jbevans@mwe.com
           twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:  (305) 358-3500
Email:  gsteinman@mwe.com

3.      Examiner

Katharina Earle
Gregory A. Taylor
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone:  (302) 504-3729
Facsimile: (302) 654-2067
Email:  kearle@ashbygeddes.com
        gtaylor@ashbygeddes.com

- and -

Andrew Carty
Michael Reining
BROWN RUDNICK
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Fax: (212) 209-4801
Email:  acarty@brownrudnick.com
        mreining@brownrudnick.com

4.      United States Trustee

Joseph James McMahon, Jr.
John Henry Schanne, II
UNITED STATES DEPARTMENT OF JUSTICE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Telephone:  (302) 573-6491
Fax: (302) 573-6497
Email:  joseph.mcmahon@usdoj.gov
        John.schanne@usdoj.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/  Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  February 19, 2021