# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 2/22/2021
Case: 20−12836−JTD     Form ID: van440     Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Avram E. Luft | Cleary Gottlieb Steen & Hamilton LLP | 200 Park Avenue | New York, NY 10166 | |
| aty | Broocks Wilson | Paul Hastings LLP | 600 Travis Street | 58th Floor | Houston, TX 77002 |
| aty | John Henry Schanne, II | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207 | Lockbox #35   Wilmington, DE 19801 |
| aty | Joseph James McMahon, Jr. | United States Department of Justice | Office of the United States Trustee | 844 King Street, Suite 2207 | Lockbox #35   Wilmington, DE 19801 |
| aty | Pedro A. Jimenez | Paul Hastings LLP | 200 Park Avenue | New York, NY 10166 | |
| aty | Scott C. Shelley | Paul Hastings LLP | 200 Park Avenue | New York, NY 10166 | |
| aty | Scott D. Cousins | Cousins Law, LLC | 1521 Concord Pike − Suite 301 | Wilmington, DE 19803 | |

TOTAL: 7