## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF KINGS           )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 3rd day of February, 2021, DRC, acting under my supervision, caused to be served the following documents

   a. *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to File Stipulation Under Seal* (Docket No. 466); and

   b. *Second Monthly Fee Statement by Sonoran Capital Advisors LLC for Compensation Earned and Expenses Incurred for the Period January 1, 2021 Through and Including January 31, 2021* (Docket No. 469),

via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

[This space intentionally left blank. Signature page to follow.]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 4th day of February, 2021, Brooklyn, New York.

By: /s/ Roderick Wong
Roderick Wong

Sworn before me this
4th day of February, 2021

/s/ Sung Jae Kim
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

Case 20-12836-JTD   Doc 540   Filed 02/22/21   Page 4 of 8

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 3

02/03/2021 05:02:37 PM

| | | | |
|---|---|---|---|
| 000071P001-1467S-059<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM | 000071P001-1467S-059<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-059<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-059<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM |
| 000068P001-1467S-059<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-059<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-059<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM | 000070P001-1467S-059<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM |
| 000069P001-1467S-059<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000057P001-1467S-059<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-059<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-059<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM |
| 000036P001-1467S-059<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-059<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-059<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-059<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000060P001-1467S-059<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-059<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-059<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000058P001-1467S-059<br>FISHERBROYLES LLP<br>CARL D NEFF,ESQ<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>CARL.NEFF@FISHERBROYLES.COM |
| 000059P001-1467S-059<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000065P001-1467S-059<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM | 000065P001-1467S-059<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM | 000044P001-1467S-059<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM |

| | | | |
|---|---|---|---|
| 000061P001-1467S-059<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-059<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-059<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-059<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM |
| 000024P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000041P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000046P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000051P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467S-059<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOSEPH.MCMAHON@USDOJ.GOV | 000003P001-1467S-059<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOHN.SCHANNE@USDOJ.GOV |
| 000019P001-1467S-059<br>PAUL HASTINGS LLP<br>JAMES T. GROGAN<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>JAMESGROGAN@PAULHASTINGS.COM | 000020P001-1467S-059<br>PAUL HASTINGS LLP<br>MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>MACKWILSON@PAULHASTINGS.COM | 000021P001-1467S-059<br>PAUL HASTINGS LLP<br>G. ALEXANDER BONGARTZ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXBONGARTZ@PAULHASTINGS.COM | 000054P001-1467S-059<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM |
| 000052P001-1467S-059<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-059<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | | |

Records Printed :  **62**

**EXHIBIT 2**

# Cred Inc., et al.
## Exhibit Page

Page # : 1 of 1                                                                                                                                                 02/03/2021 05:01:58 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-059<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-059<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-059<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-059<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-059<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-059<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-059<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000050P001-1467S-059<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000012P001-1467S-059<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-059<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | | |

Records Printed :   10