UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.* | ) | Case No. 20-12836 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that ARCHER & GREINER, P.C. and FOLEY & LARDNER LLP appear as attorneys for DGF INVESTMENTS LLC, CLINT COWEN, THOMAS CALVERT, JAMIE SHILLER, DAN BECKER, TEPPEI MIYAUCHI, ROBIN HOUCK, TAKASHI YANAGI, XIAN SU, GUNTHER BAUGH, JULIUS HUDEC, CHARLES LEE; WU CHI KING; JONATAN ASHUROV; ERIC M. SCHURMAN and SAS VERNAY (collectively, the "Ad Hoc Committee"), pursuant to Rules 2002, 3017(a), 9007, 9019(b), 9013 and 9027 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code, and request that all notices be given to and served upon:

ARCHER & GREINER, P.C.
Attn: Alan M. Root, Esq.
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Telephone: (302) 777-4350
Email: aroot@archerlaw.com

*-and-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

FOLEY & LARDNER LLP
Attn: Joanne Molinaro, Esq.
Attn: Geoffrey S. Goodman, Esq.
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4500
Email: jmolinaro@foley.com
Email: ggoodman@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affect the Ad Hoc Committee and/or the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that demand is also made that the Ad Hoc Committee and the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive (a) any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity or otherwise, all of which are expressly reserved.

| | |
|---|---|
| Dated: February 23, 2021 | */s/ Alan M. Root* |

Alan M. Root (No. 5427)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
aroot@archerlaw.com

-and-

Joanne Molinaro (*pro hac vice pending*)
Geoffrey S. Goodman (*pro hac vice pending*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
jmolinaro@foley.com
ggoodman@foley.com

*Counsel for The Ad Hoc Committee*

220403221v1