# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| | **Hearing date: March 17, 2021, 2:00 p.m.** |
| Plaintiffs, | **Objections due by: March 10, 2021** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Delaware Lawyers' Rule of Professional Conduct 1.16(b)(4) and 1.16(b)(5), Buchanan Ingersoll & Rooney PC (the "Firm"), counsel to James Alexander, respectfully moves this Court for an Order permitting the Firm and its attorneys to withdraw as counsel to Mr. Alexander in the above-captioned matter and the adversary proceeding pending against Mr. Alexander, Adversary Case 20-51006, and states in support thereof as follows:

1. On or about October 2, 2020, the Firm was engaged to provide legal services for Mr. Alexander in connection with the action entitled *James Alexander v. Daniel Brian Schatt and Joseph Podulka v. Cred Capital, Inc.*, C.A. No. 2020-0941-KSJM filed in the Delaware Court of

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Chancery on or about November 4, 2020.

2.  Since that time, the needs of Mr. Alexander evolved and the Firm has provided additional services to Mr. Alexander.

3.  Specifically, on or about November, 2020, the Debtors filed a voluntary petition for bankruptcy pursuant to Chapter 11 and the Firm provided Mr. Alexander services in connection with this bankruptcy proceeding. The Firm represents Mr. Alexander in both the main case, Case No. 20-12836, and the adversary proceeding, Adv. Proc. No.: 20-51006.

4.  Irreconcilable differences and professional considerations now necessitate that this Firm withdraw as counsel pursuant to Delaware Lawyers' Rule of Professional Conduct 1.16(a)(3), 1.16(b)(4) and 1.16(b)(5).[2]

5.  The Firm has notified Mr. Alexander in advance of this Motion that it intended to withdraw as his counsel. The Firm has thoroughly Mr. Alexander of the status of this action as well as the potential consequences of the Firm's withdrawal.

6.  A copy of this Motion is being concurrently sent to Mr. Alexander *via* email.

## CONCLUSION

WHEREFORE Buchanan Ingersoll & Rooney PC respectfully requests that this Court permit the Firm to withdraw its appearance in the above-captioned matter.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)

---

[2] The Firm is available at Your Honor's convenience for an in camera discussion regarding its reasons for seeking withdrawal should You deem it necessary.

919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: February 23, 2021