# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| | **Hearing date: March 17, 2021, 2:00 p.m.** |
| Plaintiffs, | **Objections due by: March 10, 2021** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 23rd day of February, 2021, I caused a copy of the foregoing Motion To Withdraw As Counsel to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

James Alexander via electronic mail:
13535 Ventura Blvd
Ste C PMB 405
Sherman Oaks CA 91423

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Cred Capital, Inc., Debtors:

>Scott D. Cousins (No. 3079)
>COUSINS LAW LLC
>Brandywine Plaza West
>1521 Concord Pike, Suite 301
>Wilmington, Delaware 19803
>Telephone: (302) 824-7081
>Facsimile: (302) 295-0331
>Email: scott.cousins@cousins-law.com

- and -

>James T. Grogan
>Mack Wilson
>PAUL HASTINGS LLP
>600 Travis Street, Fifty-Eighth Floor
>Houston, Texas 77002
>Telephone: (713) 860-7300
>Facsimile: (713) 353-3100
>Email: jamesgrogan@paulhastings.com
>       mackwilson@paulhastings.com

- and -

>G. Alexander Bongartz
>Derek Cash
>PAUL HASTINGS LLP
>200 Park Avenue
>New York, New York 10166
>Telephone: (212) 318-6000
>Facsimile: (212) 319-4090
>Email: alexbongartz@paulhastings.com
>       derekcash@paulhastings.com

Cred Inc., Cred (US) LLC, Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors:

>Scott D. Cousins (No. 3079)
>COUSINS LAW LLC
>Brandywine Plaza West
>1521 Concord Pike, Suite 301
>Wilmington, Delaware 19803
>Telephone: (302) 824-7081
>Facsimile: (302) 295-0331
>Email: scott.cousins@cousins-law.com

- and -

James T. Grogan
Mack Wilson
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
      mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
      derekcash@paulhastings.com

Official Committee of Unsecured Creditors:

David R. Hurst
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone: (302) 485-3930
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922

3

Telephone: (212) 547-5423
Email: dazman@mwe.com
jbevans@mwe.com
twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone: (305) 358-3500
Email: gsteinman@mwe.com

Examiner:

Katharina Earle
Gregory A. Taylor
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone: (302) 504-3729
Facsimile: (302) 654-2067
Email: kearle@ashbygeddes.com
gtaylor@ashbygeddes.com

- and -

Andrew Carty
Michael Reining
BROWN RUDNICK
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: acarty@brownrudnick.com
mreining@brownrudnick.com

United States Trustee:

Joseph James McMahon, Jr.
John Henry Schanne, II
UNITED STATES DEPARTMENT OF JUSTICE
844 King Street, Suite 2207
Lockbox #35

Wilmington, DE 19801
Telephone: (302) 573-6491
Fax: (302) 573-6497
Email: joseph.mcmahon@usdoj.gov
John.schanne@usdoj.gov

        Respectfully submitted,

        **BUCHANAN INGERSOLL & ROONEY PC**

        */s/ Geoffrey G. Grivner*
        Geoffrey G. Grivner (#4711)
        Mark Pfeiffer (admitted *pro hac vice*)
        919 North Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 552-4200
        Facsimile: (302) 552-4295
        Email: geoffrey.grivner@bipc.com

        *Attorneys for James Alexander*

Dated: February 23, 2021