## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.* | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. [1] | ) |  |
|  | ) |  |

## <u>NOTICE OF WITHDRAWAL OF DKT. NO. 543</u>

PLEASE TAKE NOTICE that Archer & Greiner, P.C. and Foley & Lardner LLP, counsel to DGF Investments LLC, Clint Cowen, Thomas Calvert, Jamie Shiller, Dan Becker, Teppei Miyauchi, Robin Houck, Takashi Yanagi, Xian Su, Gunther Baugh, Julius Hudec, Charles Lee, Wu Chi King, Jonatan Ashurov, Eric M. Schurman and SAS VERNAY (collectively, the "<u>Ad Hoc Committee</u>"), hereby withdraws the *Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [Dkt. No. 543], as it was filed in error.

Dated: February 23, 2021      */s/ Alan M. Root*

Alan M. Root (No. 5427)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (312) 777-4350
aroot@archerlaw.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Joanne Molinaro (*pro hac vice pending*)
Geoffrey S. Goodman (*pro hac vice pending*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
jmolinaro@foley.com
ggoodman@foley.com

*Counsel for the Ad Hoc Committee*

220418869v1