| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Vince | Sullivan | Law360 | |
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| Pedro | Jimenez | Cred Inc. | Paul Hastings LLP |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |
| Scott | Jones | Cred Inc | Cousins Law LLC |
| Julius | Hudec | pro per | |
| Augustus | Curtis | United States Department of Justice | |
| Gregg | Steinman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Derek | Cash | Debtors | Paul Hastings |
| MARK | PFEIFFER | James Alexander | Buchanan Ingersol |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Regions 3 and 9 | United Sates Department of Justice — Office of the United States Trustee (Wilmington , DE) |
| Scott | Cousins | Cred Inc. | |
| Mack | Wilson | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Casey | Doherty | Cred Inc. | Paul Hastings LLP |
| Geoffrey | Grivner | James Alexander | Buchanan Ingersoll & Rooney |
| Becky | Yerak | Wall Street Journal | |
| Kimberly | Brown | UpgradeYa Investments, LLC | Landis Rath & Cobb LLP |
| Ivan | Damyanov | Unsecured creditor | No firm |
| John | Schanne | United States Trustee | |
| Samuel | Ashworth | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | Evans | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Gregory | Taylor | Robert J. Stark, Examiner | Ashby & Geddes, P.A. |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |

| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |