IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.* | ) | Case No. 20-12836 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Archer & Greiner, P.C. ("Archer") and Foley & Lardner LLP ("Foley", together with Archer, the "Firms") hereby provide notice that they are representing more than one creditor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and state as follows:

1.  On or about February 16, 2021, Foley was retained to represent DGF Investments LLC, Clint Cowen, Thomas Calvert, Jamie Shiller, Dan Becker, Teppei Miyauchi, Robin Houck, Takashi Yanagi, Xian Su, Gunther Baugh, Julius Hudec, Charles Lee, Wu Chi King, Jonatan Ashurov, Eric M. Schurman and SAS VERNAY (collectively, the "Ad Hoc Committee") in the Chapter 11 Cases. Thereafter, the Ad Hoc Committee retained local co-counsel.

2.  As of the date of this Verified Statement, the Firms only represent the Ad Hoc Committee in the Chapter 11 Cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

4840-5879-1643.2

3.      As of the date of this Verified Statement, the creditors in the Ad Hoc Committee (the "Creditors") are the only creditors or other parties in interest in the Chapter 11 Cases for which the Firms are required to file a Verified Statement pursuant to Bankruptcy Rule 2019.

4.      Attached as **Exhibit A** is a chart providing certain information in accordance with Bankruptcy Rule 2019.

5.      Nothing contained in this Verified Statement is intended or shall be construed to constitute (i) a waiver or release of the rights of the Creditors to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Creditors to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the Creditors may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving the Creditors; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors may be entitled, in law or in equity, under any agreement or otherwise, with all of which rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

6. The Firms reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

Dated: February 23, 2021              /s/ Alan M. Root

Alan M. Root (No. 5427)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (312) 356-6623
aroot@archerlaw.com

-and-

Joanne Molinaro (*pro hac vice pending*)
Geoffrey S. Goodman (*pro hac vice pending*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
jmolinaro@foley.com
ggoodman@foley.com

*Counsel for The Ad Hoc Committee*

**EXHIBIT A**

| Name[2] | Nature of Claim or Interest | Amount of Claim or Interest |
| --- | --- | --- |
| DGF Investments LLC | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1060 and 1062 |
| Clint Cowen | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1068 |
| Thomas Calvert | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1057 |
| Jamie Shiller | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1097 |
| Daniel Becker | Cryptocurrency loan to Debtors | See proof of claim no. ECN-695 |
| Teppei Miyauchi | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1074 and ECN-1075 |
| Robin Houck | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1063 |
| Takashi Yanagi | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1064 |
| Xian Su | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1071 and ECN-1072 |
| Gunther Baugh | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1094 and ECN-1095 |
| Julius Hudec | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1054 |
| Charles Lee | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1070 |
| SAS VERNAY | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1100 and ECN-1101 |
| Wu Chi King | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1055 |
| Jonatan Ashurov | Cryptocurrency loan to Debtors | See proof of claim nos. ECN-1045 and ECN-1046 |
| Eric M. Schurman | Cryptocurrency loan to Debtors | See proof of claim no. ECN-1030 |

---

[2] Due to privacy concerns, the addresses of the Creditors are not provided herein. To the extent necessary or requested, the Firms will provide the addresses to the Court for an in camera review and/or to other parties in interest who execute any necessary confidentiality agreement(s).

4840-5879-1643.2