IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Cred Inc., et al.

| | |
|---|---|
| James Alexander, ) | |
| ) | Civil Action No. 21-cv-241 |
| Appellant, ) | |
| ) | |
| v. ) | Bankruptcy Case No. 20-12836 |
| ) | Adv. Pro. No. 20-51006 |
| ) | BAP No. 21-06 |
| The Official Committee of Unsecured ) | |
| Creditors, ) | |
| Appellee. ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 2/5/2021 was docketed in the District Court on 2/22/2021:

**Order Approving the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                                             John A. Cerino
                                                                                             Clerk of Court

Date:  2/22/2021
cc:    U.S. Bankruptcy Court
        Counsel via CM/ECF