# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re : Docket No. 75** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING EMERGENCY MOTION OF JAIME SHILLER, TAKASHI YANAGI, WU CHI KING, JOSEPH RICHARDSON, THOMAS CALVERT, CLINT COWEN, ROBIN HOUCK, TODD WISEMAN, MATTHEW DIXON, JONATAN ASHUROV, DANIEL BECKER, TEPPEI MIYAUCHI, JEAN VACCA, XIAN SU, AND EMMANUEL BEAUFILS TO COMPEL THE DEBTORS TO MAKE DEMAND OF CERTAIN CRYPOCURRENCY EXCHANGES TO FREEZE THE TRANSFER OF CERTAIN ACCOUNTS THAT MAY HOLD THE DEBTORS' ASSETS**

The undersigned hereby certifies as follows:

1. On November 23, 2020, counsel for Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils (collectively, the "Movants") filed the *Emergency Motion of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze the Transfer of Certain Accounts that May Hold the Debtors' Assets* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

No. 75 ] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On November 25, 2020, Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") filed the *Response of Debtors to Emergency Motion of Jamie Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonatan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze the Transfer of Certain Accounts that May Hold the Debtors' Assets* [Docket No. 85] (the "Response").

3.      On November 25, 2020, the Court held a Telephonic Hearing regarding the Motion (the "Hearing"). At the Hearing, the Court made certain rulings on the record with respect to the Motion after considering the Response.

4.      The Debtors have prepared a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit A**, reflecting the Court's ruling at the Hearing denying the Motion. Over the past few months, Debtors' counsel has requested Movants to provide a draft form of order or, almost three weeks ago, to comment on the Proposed Order. As of this date, counsel to the Movants has been unresponsive.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: February 23, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile: :   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
            mackwilson@paulhastings.com

- and -

G. Alexander Bongartz (admitted *pro hac vice*)
Derek Cash (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   alexbongartz@paulhastings.com
            derekcash@paulhastings.com

*Co-Counsel to the Debtors*