**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Docket No. 495** |

## ORDER AUTHORIZING DEBTORS TO
## REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion (the "Motion")[2] of the debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors"), for entry of an order under sections 105(a) and 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the executory contracts listed on **Schedule 1** hereto (the "Rejected Contracts") effective as of February 9, 2021, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and upon the Foster Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

        **IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The contracts identified on **Schedule 1** attached to this Order are rejected effective as of February 9, 2021.

3. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party. The Debtors do not waive any claims they may have against any counterparty to a Rejected Contract, and the rights of the Debtors to argue that: (a) any of the Rejected Contracts were terminated prior to the Petition Date; (b) that any claim for damages arising from the rejection of such contracts is limited to the remedies available under any applicable termination provision of such contracts; or (c) that any such claim is an obligation of a third party and not that of the Debtors or their estates, are expressly preserved.

4. Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Rejected Contracts are prohibited from setting off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties to such leases as a security deposit or pursuant to another similar arrangement, or owed to the Debtors by any of the counterparties under such contracts, without the Debtors consent or

- 2 -

further order of this Court.

      5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

      6.      Any proofs of claim for damages, if any, arising in connection with the rejection of the Rejected Contracts shall be filed on or before the date that is thirty days after entry of this Order.

      7.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Rejected Contracts**

| Debtor | Counterparty | Street Address | City | State/Country | Zip Code | Contract |
|---|---|---|---|---|---|---|
| Cred Inc. | Adobe Inc. | 345 Park Ave | San Jose | CA | 95110-2704 | Software Subscription Agreement |
| Cred Inc. | Atlassian | c/o Herbert Smith Freehills LLP, Exhange House | London | United Kingdom | EC2A 2EG | Software Subscription Agreement |
| Cred Inc. | AutopilotHQ, Inc. | 149 New Montgomery St. | San Francisco | CA | 94105-3739 | Software Subscription Agreement |
| Cred Inc. | DocSend | 351 California St. | San Francisco | CA | 94104 | Software Subscription Agreement |
| Cred Inc. | DocuSign | 221 Main St Suite 1550 | San Francisco | CA | 94105 | Software Subscription Agreement |
| Cred Inc. | Expensify | 88 Kearney St. | San Francisco | CA | | Software Subscription Agreement |
| Cred Inc. | Global Relay USA Inc. | 286 Madison Avenue, 7th Floor | New York | NY | 10017 | Software Subscription Agreement |
| Cred Inc. | Google | 1600 Amphitheater Parkway | Mountain View | CA | 94043 | Google FI Subscription Agreement |
| Cred Inc. | Google | 1600 Amphitheater Parkway | Mountain View | CA | 94043 | Google SVC Subscription Agreement |
| Cred Inc. | HubSpot | 1 Harbour Pl, Ste 275 | Portsmouth | NH | 03801-0000 | Software Subscription Agreement |
| Cred Inc. | Infura | c/o ConsenSys, 49 Bogart St. | Brooklyn | NY | 11206 | Software Subscription Agreement |
| Cred Inc. | InnReg, LLC | 1101 Brickell Ave South Tower | Miami | FL | 33131 | Professional Services Agreement |
| Cred Inc. | Intercom.IO | 55 2nd St, 4th Floor | San Francisco | CA | 94105 | Software Subscription Agreement |
| Cred Inc. | InVision Software | 110 Lake Avenue South, Suite 35 | Nesconset | NY | 11767 | Software Subscription Agreement |
| Cred Inc. | JAMF Software, LLC | 100 Washington Ave Sout, Suite 100 | Minneapolis | MN | 55401 | Software Subscription Agreement |
| Cred Inc. | Jetbrains Americas Inc. | 989 East Hillsdale Blvd Suite 200 | Foster City | CA | 94404 | Software Subscription Agreement |
| Cred Inc. | Jumio | 395 Page Mill Road Suite 150 | Palo Alto | CA | 94306-0000 | Software Subscription Agreement |
| Cred Inc. | LucidChart.com | 10355 S Jordan Gtwy Suite 150 | South Jordan | UT | 84095 | Software Subscription Agreement |
| Cred Inc. | Postman | 309 Venkatesh Complex, 2nd Floor, 100 Fleet Rd. | Bangalore, Karnataka | India | 560038 | Software Subscription Agreement |
| Cred Inc. | Poynt Co. | 4151 Middlefield Road FL 2 | Palo Alto | CA | 94303 | Software Subscription Agreement |
| Cred Inc. | SendGrid | 929 Pearl St | Boulder | CO | 80302 | Software Subscription Agreement |
| Cred Inc. | SendSafely.com | 1460 Broadway Fourth Floor | New York | NY | 10036 | Software Subscription Agreement |
| Cred Inc. | Sentry | 132 Hawthorne St | San Francisco | CA | 94107 | Software Subscription Agreement |
| Cred Inc. | Sketch | Flight Forum 40, Begane Grond | Eindhoven | Netherlands | 5657 | Software Subscription Agreement |
| Cred Inc. | Sophos | The Pentagon, Abingdon Science Park, | Oxfordshire | United Kingdom | OX14 3YP | Cybersecurity Service Agreement |
| Cred Inc. | Tableau | 1621 N 34th St | Seattle | WA | 98103 | Software Subscription Agreement |
| Cred Inc. | Twilio Inc. | 101 Spear St FL 1 | San Francisco | CA | 94105-1580 | SMS Service Agreement |
| Cred Inc. | Zoom US | 55 Almaden Boulevard, 6th Fl | San Jose | CA | 95113 | Software Subscription Agreement |
| Cred Inc. | Zuar Inc. | 504 Long Bow Lane, Unit B | Austin | TX | 78704 | License Agreement |
| Cred (US) LLC | Coinstats Inc. | 2035 Sunset Lake Rd. #B-2 | Newark | DE | 19702-0000 | Platform Agreement |
| Cred (US) LLC | Dinwiddie Inc LLC | 1633 Broadway | New York | NY | 10019 | License Agreement |
| Cred (US) LLC | Getty/IO Inc (Klever) | 2711 Centerville Road Suite 400 | Wilmington | DE | 19808-0000 | Platform Agreement |
| Cred (US) LLC | HotGroup Limited | OMC Chambers, Wickhams Cay 1 | Road Town,, Tortola | British Virgin Islands | | Platform Agreement |
| Cred (US) LLC | Litecoin Foundation Limited | 111 North Bridge Road #08-19 | Peninsula Plaza | Singapore | 179098 | Platform Agreement |
| Cred (US) LLC | Virtuse Group Pte. Ltd. | 60bis Avenue de la Lanterne | Nice | France | 6200 | Platform Agreement |
| Cred (Puerto Rico) LLC | Piloto 151 LLC | 151 Calle San Francisco, Suite 200 | San Juan | PR | 00901 | Office Space |