**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) | **Docket No. 279, 304 & 467** |

**CERTIFICATE OF NO OBJECTION REGARDING STIPULATION GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMMENCE LITIGATION**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Notice of Filing of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Litigation* [Docket No. 304] (the "Derivative Standing Stipulation") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on December 31, 2020, or the *Stipulation Between the Official Committee of Unsecured Creditors and the Debtors* [Docket No. 467] (the "Second Derivative Standing Stipulation," and with the Derivative Standing Stipulation, the "Derivative Standing Stipulations"). The Derivative Standing Stipulations represented an agreement between the Debtors and the Official Committee of Unsecured Creditors (the "Committee") that was contained in the *Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet* [Docket No. 279] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- 2 -

"PSA Motion").  The PSA Motion was approved by the Bankruptcy Court on February 5, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Derivative Standing Stipulations has appeared on the Bankruptcy Court's docket in these cases.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Bankruptcy Court.

Dated: February 24, 2021
      Wilmington, Delaware

    */s/ Scott D. Cousins*
    Scott D. Cousins (No. 3079)
    Scott D. Jones (No. 6672)
    **COUSINS LAW LLC**
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone:  (302) 824-7081
    Facsimile:  (302) 295-0331
    Email:  scott.cousins@cousins-law.com

    - and -

    James T. Grogan (admitted *pro hac vice*)
    Mack Wilson (admitted *pro hac vice*)
    **PAUL HASTINGS LLP**
    600 Travis Street, Fifty-Eighth Floor
    Houston, Texas 77002
    Telephone:  (713) 860-7300
    Facsimile:  (713) 353-3100
    Email:  jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

    - and -

    Pedro A. Jimenez (admitted *pro hac vice*)
    Avram Emmanuel Luft (admitted *pro hac vice*)
    **PAUL HASTINGS LLP**
    200 Park Avenue
    New York, New York 10166
    Telephone:  (212) 318-6000
    Facsimile:  (212) 319-4090
    Email:  pedrojimenez@paulhastings.com
        aviluft@paulhastings.com

    *Co-Counsel to the Debtors*