# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br>                  Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)**<br><br>Re: D.I. 338, 376, 431 |

## NOTICE OF FILING OF PROPOSED AMENDMENT TO WORK PLAN, AND BUDGET FOR INVESTIGATION, PREPARED AND SUBMITTED BY ROBERT J. STARK, AS EXAMINER

**PLEASE TAKE NOTICE** that on January 8, 2021 the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Approving Appointment of Examiner* (the "Order") [D.I. 338].[2]

**PLEASE TAKE FURTHER NOTICE** that on January 20, 2021, Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") filed the *Notice of Filing of Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner* (the "Proposed Work Plan and Budget"). The Court entered the Order approving the Proposed Work Plan and Budget on January 28, 2021 [D.I. 431].

**PLEASE TAKE FURTHER NOTICE** that in accordance with the procedures set forth in the Order, the Examiner hereby files the (a) *Proposed Amendment to Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner* (the "Proposed Amended Work Plan and Budget") attached hereto as **Exhibit A** and (b) the *Proposed Order Approving Examiner's Proposed Amendment to Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner* (the "Proposed Order") attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Proposed Amended Work Plan and Budget must be (a) in writing and served on or before **March 3, 2021 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solution LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] All capitalized items not otherwise defined herein shall have the meaning ascribed to them in the Order.

{01664530;v1 }

N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the proposed undersigned attorneys for the Examiner.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Proposed Amended Work Plan and Budget are filed, and the parties are unable to reach a resolution thereof, a hearing on the Proposed Amended Work Plan and Budget will be held before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUEST IN THE PROPOSED AMENDED WORK PLAN AND BUDGET WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 24, 2021
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com
         KEarle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
Email: ACarty@brownrudnick.com
         MReining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors*