**Exhibit A**

**[Proposed Amended Work Plan and Budget]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Response Deadline: March 3, 2021 at 4:00 pm (ET)** <br><br> **Re: Docket Nos. 338, 376, 431** |

## PROPOSED AMENDMENT TO WORK PLAN, AND BUDGET FOR INVESTIGATION, PREPARED AND SUBMITTED BY ROBERT J. STARK, AS EXAMINER

Robert J. Stark, in his capacity as the Court-appointed examiner (the "Examiner") in the above-captioned Chapter 11 cases of Cred, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), by and through his undersigned proposed counsel, pursuant to the Court's *Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions*, dated December 23, 2020 [ECF No. 281] (the "Examiner Order"); the *Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner*, dated January 20, 2021 [ECF No. 376] (the "Initial Work Plan"); and the *Order Approving Examiner's Proposed Scope, Work Plan, and Budget for Investigation*, dated January 28, 2021 [ECF No. 431] (the "Work Plan Order") approving the Initial Work Plan, hereby submits this proposed amendment to the Initial Work Plan. In support hereof, the Examiner states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01664526;v1 }

## RELEVANT FACTUAL BACKGROUND

1. Pursuant to and in accordance with the Examiner Order, on January 20, 2021, the Examiner filed the Initial Work Plan setting forth the Examiner's initial proposed scope, work plan, and budget for the Investigation.[2] On January 28, 2021, the Court entered the Work Plan Order approving the Examiner's Initial Work Plan.

2. Since his appointment, the Examiner has been diligently and expeditiously conducting the Investigation consistent with the Examiner Order, Work Plan Order, and Initial Work Plan. The Examiner has received and reviewed approximately fifteen thousand documents produced by the Debtors, Creditors' Committee, and other parties, and has conducted interviews of approximately a dozen principal witnesses.

3. The Examiner Order and Initial Work Plan provided that the Examiner would have the ability to leverage work product created by the Debtors' and Creditors' Committee's financial advisors, and other work performed by such advisors, in connection with the Investigation. The Examiner has been able to do just that, with the cooperation of the Debtors and Creditors' Committee.

4. But, given the timing of when the Initial Work Plan was filed (*i.e.*, at the beginning stages of the Investigation), the Examiner could not know what precise information would be necessary to complete the Investigation and what information the Debtors' and Creditors' Committee's advisors would be able to provide.

5. Accordingly, pursuant to the Initial Work Plan (and consistent with the Examiner Order), the Examiner reserved the right to amend the Initial Work Plan as the Investigation progressed, including the right to (a) seek to retain additional financial advisory assistance if

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Initial Work Plan.

necessary to complete the Investigation, and (b) modify the proposed Investigation budget. See Initial Work Plan ¶¶ 11(ii)(c), 13.  The Work Plan Order, likewise, reserves the Examiner's right to seek to amend the Initial Work Plan, including the proposed budget, as necessary.  See Work Plan Order ¶ 2.

6. The Examiner has analyzed the information provided by the Debtors' and Creditors' Committee's advisors.  Such information has been informative and beneficial to the Investigation.  The Examiner intends to continue utilizing information provided by these professionals.  But, given the foregoing advisors' specific mandates, such information does not address certain issues that the Examiner believes are necessary to expeditiously complete the Investigation.  Accordingly, the Examiner has determined that additional financial advisory services are necessary to complete the Investigation.

## **PROPOSED AMENDMENT TO WORK PLAN AND BUDGET**

7. The Examiner proposes to retain Ankura Consulting Group ("Ankura") to assist the Examiner in connection with the Investigation, subject to approval by the Court.  The Examiner anticipates that Ankura will provide the following services in connection with the Investigation:

> (i) assist and advise the Examiner in the discharge of his duties and responsibilities under the Examiner Order, other orders of this Court, and applicable law;
>
> (ii) assist the Examiner in the evaluation and analysis of financial and crypto currency issues raised in connection with the Investigation;
>
> (iii) assist the Examiner in evaluating the relationship between the Debtors' assets and liabilities vis-à-vis crypto currency valuations;

> (iv) assist the Examiner with interviews, examinations, and the review of documents and other materials in connection with the Investigation;
>
> (v) assist the Examiner in the preparation of reports and other documents necessary for the Examiner to discharge his duties; and
>
> (vi) assist the Examiner in undertaking any additional tasks or duties that the Court may direct or that the Examiner may determine are necessary and appropriate in connection with the discharge of his duties.

8. The Examiner does not believe that the work to be performed by Ankura will be duplicative of work performed by other advisors in these cases and will endeavor to ensure that there is no duplication of effort.

9. In connection with the proposed retention of Ankura, the Examiner proposes a $125,000 increase in the Investigation budget, which would increase the total Investigation budget to $925,000 (inclusive of primary counsel, local counsel, and financial advisory fees and costs). Notably, Ankura has agreed to provide a 15% discount to total fees billed, excluding expenses, on a monthly basis.

10. Prior to filing this proposed amendment to the Initial Work Plan, the Examiner met and conferred with the U.S. Trustee, the Debtors, and the Creditors' Committee regarding the substance hereof.

11. Except as specifically modified herein, the terms of the Initial Work Plan remain in full force and effect.

## RESERVATION OF RIGHTS

12. The Examiner reserves the right to amend the scope and work plan set forth in the Initial Work Plan and herein, and the direction of the Investigation as it progresses, within the

scope of the Examiner Order. To the extent that the Examiner seeks to materially modify the scope or work plan, or to modify the budget, for the Investigation, as set forth in the Initial Work Plan (as modified herein), the Examiner will seek approval of any such modification(s) by order of the Court, after notice and an opportunity for parties-in-interest to be heard.

Dated: February 24, 2021

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com
         kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
         mreining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors*