**Exhibit B**

**[Proposed Order]**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I.** _____ |

## ORDER APPROVING EXAMINER'S PROPOSED AMENDMENT TO WORK PLAN, AND BUDGET FOR INVESTIGATION, PREPARED AND SUBMITTED BY ROBERT J. STARK, AS EXAMINER

Upon consideration of the *Proposed Amendment to Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner*, dated February 24 20, 2021 (the "Work Plan Amendment")[2]; and due and proper notice of the Work Plan Amendment having been given; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought by the Examiner, as set forth herein, is necessary and in the best interest of the Debtors, their estates, creditors, and all parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Work Plan Amendment is hereby **APPROVED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Work Plan Amendment.

{01664528;v1 }

2

2. This Order is without prejudice to the Examiner's right to further amend the scope and work plan for the Investigation as it progresses, within the scope of the Examiner Order; <u>provided</u> that, to the extent that the Examiner seeks to materially modify the scope or work plan, or to modify the budget, for the Investigation as approved herein, the Examiner will seek approval of any such modification(s) by further order of the Court, after notice and an opportunity for parties-in-interest to be heard.

3. The Examiner may take all actions necessary to effectuate the relief granted in this Order.

4. This Court shall have exclusive jurisdiction to hear and determine all matters arising from or relating to this Order and its implementation.

5. This Order shall be effective and enforceable immediately upon its entry.