## EXHIBIT C

## KAPOOR DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF**
**VIKRAM KAPOOR IN SUPPORT OF APPLICATION OF**
**EXAMINER FOR ORDER AUTHORIZING RETENTION AND**
**EMPLOYMENT OF ANKURA CONSULTING GROUP, AS FINANCIAL**
**ADVISOR TO THE EXAMINER, *NUNC PRO TUNC* TO FEBRUARY 2, 2021**

I, Vikram Kapoor, declare the following is true to the best of my knowledge, information and belief:

1.      I am a Senior Managing Director with Ankura Consulting Group, LLC ("Ankura"), an advisory and consulting firm, with an office located at 485 Lexington Avenue, 10th Floor, New York, New York 10017.

2.      I submit this declaration in connection with the application (the "Application") of Robert J. Stark, the court-appointed examiner (the "Examiner"), in the above-captioned Chapter 11 cases for an order approving the retention and employment of Ankura as financial advisor to the Examiner, *nunc pro tunc* to February 2, 2021.

3.      Unless otherwise stated, the facts set forth below are based upon my personal knowledge or discussions with other professionals of Ankura, and client matter records of Ankura reviewed by me or my colleagues acting under my supervision and direction. I will

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

supplement this declaration if additional information related to the matters addressed in this declaration becomes available during the pendency of the Chapter 11 cases.

## **ANKURA'S QUALIFICATIONS**

4.      Ankura is an international company specializing in, among other areas, forensic analyses, accounting and financial investigative services to parties navigating complex financial and accounting probes.  Ankura employs a team of top professionals and seasoned advisors with decades of experience in forensic accounting, auditing, corporate finance, fraud, and anti-corruption matters tailored to investigations dealing with crypto currency, digital assets, and blockchain and immutable technology.

5.      Ankura professionals have extensive experience providing financial and restructuring advisory services to distressed companies and has worked on numerous chapter 11 cases throughout the United States, including, among others, High Ridge Brands Co., Emerge Energy Services LP, Fallbrook Technologies Inc., SunEdison, SynCardia Systems, Vivaro Corp., C. Wonder LLC, Sbarro, and Last Call Guarantor.

6.      I will be responsible for the overall engagement and will serve as the Examiner's primary crypto market analysis advisor.  I have submitted expert reports and testified in U.S. Federal Court, state court, FINRA arbitration, Singapore International Commercial Court, and Stockholm District Court.  I have also submitted reports/white papers in SEC investigations (including presenting results/conclusions to the SEC) and whistle blower allegations.  I am registered with FINRA, have my Series 7, 57, and 63 licenses, and have an MBA in Finance and a BS in Engineering.  I have been or currently am engaged as an expert on matters related to the valuation and trading of illiquid assets, including market linked structured products (equity, fund, commodity, rates, fx), fixed income structured products (RMBS, CDO, CLO, CMBS, ABS), equity, futures, corporate bonds, municipal bonds, OTC derivates (CDS, IRS, FX), and

2

cryptocurrency (BTC, ETH). My work includes analyses of algorithmic market making and trade routing by financial institutions where I have analysed more than 50 TB of intraday transactions from NYSE Trades and Quote (TAQ) database as well as the related code. I have also testified in a matter involving crypto currency market making.

7.     In preparing to serve as financial advisor to the Examiner, Ankura has become familiar with the background pertaining to the Debtors' business, the background of this case and proposed restructuring, and many of the potential forensic accounting and financial issues that may arise in the context of the Examiner's representation. I believe that Ankura is both qualified and able to serve as financial advisor to the Examiner in his investigation in an efficient and timely manner.

### ANKURA'S DISINTERESTEDNESS AND CONNECTIONS

8.     I believe that Ankura is a "disinterested" person", as defined in section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to this chapter 11 case, as required by section 327(a) of the Bankruptcy Code, and that Ankura's professionals do not hold or represent any interest adverse to the chapter 11 cases or their estate.

9.     As part of its diverse practice, Ankura appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these chapter 11 cases. Also, Ankura has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.

10.    In addition, Ankura has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters

unrelated to the Debtors and these chapter 11 cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates an interest materially adverse to the Debtors in matters upon which Ankura is to be employed, and none is in connection with these chapter 11 cases.

11.     Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to Ankura's role as financial advisor to the Examiner in these cases. To the best of its ability in the circumstances, Ankura has conducted a review (the "Connections Check") of Ankura's connections with the Debtors, their creditors, any other party-in-interest herein, and their respective attorneys or accountants (collectively, the "Case Parties").  In connection with compiling the list of Case Parties and performing the Connections Check, Ankura utilized the interested party list attached hereto as Schedule 1 and checked such parties against a database containing Ankura's connections.  Ankura also checked additional case professionals (e.g., the Creditors' Committee's professionals) and affiliates of Case Parties, as applicable.  For the purposes of these Chapter 11 cases, only potential connections that existed as of May 2016 were checked.  If Ankura receives an updated Case Parties list, Ankura will perform an additional conflicts check, and if and to the extent that additional connections are discovered, Ankura shall submit a supplemental statement.

12.     The Connections Check performed by Ankura included an email circulated to Ankura's senior managing directors, managing directors, and members of the turnaround and restructuring practice alerting such professionals to identify any connections with the Case Parties.

13.     Based on the results of its review, Ankura does not have a relationship with any of the parties listed in Schedule 1 annexed hereto in matters related to these proceedings.  As set

forth in Schedule 2 annexed hereto, Ankura has relationships with certain parties-in-interest in these cases, but such relationships are unrelated to either the Debtors or these cases. To the best of my knowledge, no services have been provided to these parties-in-interest that involve their rights in the Debtors' cases, nor does Ankura's involvement in these cases compromise its ability to provide services in this matter.

## COMPENSATION

14.    Ankura will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect as of January 1, 2021, plus reimbursement of actual, necessary out-of-pocket expenses and other charges incurred by Ankura on the Examiner's behalf. The current hourly rates for the Ankura professionals who are expected to render services to the Examiner in this case range from $300 to $875 as follows:

| Ankura Professional | Hourly Rate |
|---|---|
| Vikram Kapoor (Senior Managing Director) | $875 |
| Arun Sen (Managing Director) | $600 |
| Jonathan Kang (Director) | $450 |
| Sabrina Chang (Sr. Associate) | $350 |
| Brandon Dat (Associate) | $300 |
| Abigail Purnell (Associate) | $300 |

15.    The charges for the professionals who will render services to the Examiner will be based upon actual time spent and upon the experience and expertise of the professional involved. The hourly rates set forth above are consistent with the rates that Ankura charges other comparable clients for similar services, whether in or outside of chapter 11, regardless of the

location of the client or the court in which a matter is pending.  The hourly rates listed above are appropriate and not significantly different from (a) the rates that Ankura charges for other similar types of representations or (b) the rates that other professionals of similar expertise and experience would charge to do work similar to the work Ankura will perform in this case.  Due to the particular circumstances of this engagement, Ankura has agreed to provide a 15% discount to total fees billed on a monthly basis.  However, the discount will not be applied against expenses incurred by Ankura.

16.    Ankura customarily charges its clients for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation or that particular client.  Among other things, Ankura charges its clients for facsimile and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, after-hours taxi expenses, expenses for working meals or overtime/after-hours meals, computerized research, and transcript costs.  Further, if Ankura or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, Ankura will seek compensation at its regular hourly rates and reimbursement for reasonable direct expenses with respect thereto. Ankura, however, will not seek reimbursement of secretarial or other overtime charges.  Ankura has informed the Examiner that it will charge the Examiner for these expenses in a manner and at a rate consistent with the charges made generally to Ankura's other clients and consistent with the Local Rules.

17.    Consistent with section 504 of the Bankruptcy Code, Ankura has not entered into any agreement to share, nor will it share compensation received for services rendered in connection with this case.  Ankura will endeavour to perform its services at a reasonable cost,

consistent with the need to assist the Examiner in conducting a complete investigation and providing a full report of the matters covered by the Examiner Order.

18.     The factual statements set forth in this Declaration have been made based on (1) a personal review by me and my staff of the potential creditors of the debtors and parties in interest to this case as identified on Schedule 1; (2) a computer search of Ankura's client list; and (3) email correspondence with Ankura senior managing directors, managing directors, and members of the firm's turnaround and restructuring practice to determine connections to the Debtor and parties in interest.

19.     Any request for payment from the Debtors' estate for compensation and reimbursement of expenses incurred in the performance of Ankura's services will be subject to the approval of the Court and will be made in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee's applicable guidelines, and the Court's interim compensation order.

20.     To the extent that, during or at the conclusion of Ankura's employment, Ankura receives an updated list of Case Parties and discovers any facts bearing on matters described in this Declaration, Ankura will supplement the information contained in this Declaration.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 24, 2021

Respectfully submitted,

*/s/ Vikram Kapoor*
Vikram Kapoor

## SCHEDULE 1

**TO KAPOOR DECLARATION**

**POTENTIAL PARTIES IN INTEREST**

{01664523;v1 }

**Debtors**
Cred Capital, Inc.
Cred Inc.
Cred Merchant Solutions LLC
Cred (Puerto Rico) LLC
Cred (US) LLC

**Debtors' Former Names**
Cred LLC
Libra Credit (US) LLC

**Non-Debtor Affiliates**
Cyber Quantum Pte. Ltd.
Income Opportunities (Luxembourg) SA

**Asset Managers**
100 Acre Cred Opportunities Fund Ltd.
AX Momentup LP
Fifth Khagan LP
Reliz Ltd.
Sarson Funds LLC

**Bankruptcy Judges and Staff**
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chan, Judge Ashely M.
Dorsey, Judge John T.
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Lopez, Marquietta
Owens, Judge Karen B.
Scaruzzi, Sherry
Shannon, Judge Brendan L.
Silverstein, Judge Laurie Selber
Sontchi, Chief Judge Christopher S.
Strupczewski, Karen
Szymanski, Cheryl
Walker, Jill
Walrath, Judge Mary F.
Werkheiser, Rachel

**Banks**
Evolve Bank & Trust
LHV Pank
Metropolitan Commercial Bank
Provident Bank
Silvergate Bank

**Clerk of the Court**
O'Boyle, Una

**Current & Former Officers and Directors**
Alexander, James
Goldstein, Daniel
Labovich, Jonathan
Lyon, Grant
Matteini, Francesco
Podulka, Joe
Rokhline, Maxim
Schatt, Daniel
Wheeler, Daniel

**Insurance**
AXIS Insurance Co.
Euclid Financial Institution Underwriters LLC
Hartford Financial Services Group.
One Beacon n/k/a Intact Insurance Specialty Solutions
Validus
Validus Specialty
Western World Insurance Group

**Landlords**
2121 SEC TT, LLC
Douglas Emmett 2016 LLC
Tower Plaza Tower

**Major Borrowers**
Elevar Finance LLC
moKredit Inc.

**Noteholders**
AHP
Borderless Capital
CR Fund
Dragonfly International Holding Limited
Spice VC

**<u>Office of the United States Trustee</u>**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**<u>Partners</u>**
Airbitz d/b/a Edge
AngelRock
BitAngels
Bitbuy
Bitcoin.com
Bitpie Limited
Blockfills
Coinstats Inc.
cryptobriefing
Cryptoslate
Dinwiddie, Inc.
Edge
Galois Alpha Capital Fund LP
Getty/IO Inc.
GPD Holdings LLC
HotGroup Limited
HuobiWallet

Klever
Litecoin
Litecoin Foundation Limited
Qtum Chain Foundation
Saint Bitts LLC
True USD
TrueCoin LLC
Uphold, Inc.
Virtuse Group Pte. Ltd.

**Professionals**
Armanino LLP
Bryan Cave Leighton Paisner LLP
Dentons US LLP
Ganado Advocates
Lockton Insurance Brokers, LLC
MACCO Restructuring Group
PricewaterhouseCoopers
Richards Layton & Finger
Ruddy Gregory, PLLC
Rutsaert Legal
SD Mayer & Associates, LLP
Sheppard Mullin

**Regulatory/Government Permitting Authorities**
California Department of Business Oversight
California Employment Development Department

**Shareholders**
Hua, Lu
Schatt, Daniel

**Taxing Authorities**
California Franchise Tax Board
Delaware Division of Corporations
Internal Revenue Service (IRS)
Los Angeles County
San Mateo County

**Third-Party Benefits**
Anthem, Inc.
Guardian Life Insurance Company of America
Massachusetts Mutual Life Insurance Company
Navia Benefit Solutions
Permanente, Kaiser
VSP Vision Care

**Top Unsecured Creditors**
Names on file
DCP Capital
JST Capital, LLC
Uphold, Inc.

**Vendors/Suppliers**
10Clouds
2655316 Ontario Inc.
6C Marketing
ABM Industry Groups
Amazon Web Service
Amber Technologies Limited
Anchorage Trust Company
Anvil Advisors
Arendt
AScaleX
Balekund, Trupti
Barr, John
Bay Area Window Dressing
Bear Risk Advisory
Berke
BetterSource
BitGo
BitTemple
Bittrex International Gmbh
Blacklane
Blockchain at Berkeley
BlockPR
Brook Furniture Rental
Business Wire, Inc.
Carneros Resort and Spa
CDW Direct
Christen Interiors
Cloudflare
CoinDesk, Inc.
Comcast
Commercial Cleaning Pros
Concha, La
Cowan Agency
Creative Solutions
Crypsis
CSC
CT Corporation
Davies Design Group Ltd.

Decentral Media
Destination Design
Developing the Next Leaders
Digital Ninja Consulting
DLT Productions Inc.
Docusign
Element Technologies
elig
Equities First Holdings
Excolo Construction Services
Fireblocks Inc.
First Associates
Global Relay Communications
Greenleaf Platters
Herbkersman, Mara
Herschberg, Todd
HireUp LLC
Hubspot
Human Cloud Business Solution
HumanCloud Technologies
Illumant
Inbound Junction BG
InnReg LLC
Interior Plant Design
IOL
JST Systems
Jumio Corporation
Kim, Gene
KnowBe4, Inc.
Kotak, Matiri Kirtikumar
Lee's Florist & Nursery
LinkedIn
LogMeIn
Lua's Construction and Facilities
Marlena Agency
Meltwater
Methodical Valuation Services
Nevtec
Ochsenreiter, Jim
Oracle
Ortega, Ryan
Pandey, Pawan
Parker and Lynch
Peninsula Security Service
Piloto 151
PMB Solutions

Pringle, Mary M
Regulation D Resource
Regus
RocketSpace, Inc.
Salesforce
Saltire Management Group LLC
Seemann, Catherine A.
Sequoia One PEO LLC
Shoreline Labs
Shred-it
Shuttle Finance Inc. (d/b/a Acre)
Silverline
Stefan Rust
Tableau
Tangent Capital Partners
Teknos
TeleMe.io
Ternary Intelligence Inc.
The Tintworks Enterprise
Trulioo Information Services
Uphold HQ, Inc.
User Centered Experiences, LLC
Utz, Clayton
Viking PC Health Ltd.
Yearwood Media
Zeroth Link LLC
Zuar

**<u>Other Interested Parties</u>**
Arctos Capital Cryptoasset Credit Fund, LP
Universal Protocol Alliance

## ADDITIONAL POTENTIAL PARTIES IN INTEREST

### Additional Professionals
Sonoran Capital Advisors, LLC
Teneo Capital Group LLC
McDermott Will & Emery LLP
Paul Hastings LLP
Cousins Law LLC

### Parties in Interest Appearing in Cases/Counsel
Saul Ewing Arnstein & Lehr LLP
James Schregardus
Faegre Drinker Biddle & Reath LLP
James Alexander
Buchanan Ingersoll & Rooney PC
Thomas Arehart
FisherBroyles, LLP
Ryan Skeers
Carlton Fields, P.A.
Gellert Scali Busenkell & Brown, LLC
Billion Law
Baker Hostetler LLP

### Committee Members
DragonFly International Holding Limited
Wendy Laraine Lee
Cedric de Lisser
Maple Partners, LLC
Michael Michelin
Christopher Moser
Kyle Tuo Wang

## REGION 3 EMPLOYEES

PHILADELPHIA, PA

| | |
|---|---|
| VARA, ANDREW | UNITED STATES TRUSTEE |
| BAKER, FREDERIC J. | ASSISTANT U.S. TRUSTEE |
| ADAMS, DAVE P. | TRIAL ATTORNEY |
| BOOKMAN, JEFFREY | AUDITOR (BANKRUPTCY) |
| BORGESI, MARIA N. | PARALEGAL SPECIALIST |
| CALLAHAN, KEVIN P. | TRIAL ATTORNEY |
| CLAUSEN, JOANNE | SECRETARY, OA |
| CONWAY, GEORGE | TRIAL ATTORNEY |
| COSTA, LISA | MAIL CLERK/FILE CLERK |
| DUGAN, DIANNE | ADMINISTRATIVE OFFICER |
| FORBES, SANDRA | FINANCIAL ANALYST |
| LAMBE, JAMES B. | PARALEGAL SPECIALIST |
| MILLER, NANCY J. | LEGAL ASSISTANT |
| RECCHIUTI, JO ANN | PARALEGAL SPECIALIST |
| ROSEBORO, DEBORAH L. | LEGAL DATA TECHNICIAN |
| SALISBURY, KAM | IT SPECIALIST |
| SCHANNE, JOHN | TRIAL ATTORNEY |
| WARD, HUGH J. | BANKRUPTCY ANALYST |

WILMINGTON, DELAWARE

| | |
|---|---|
| TINKER, T. PATRICK | ASSISTANT U.S. TRUSTEE |
| ATTIX, LAUREN | OFFICE AUTOMATION ASSISTANT |
| BUCHBINDER, DAVID | TRIAL ATTORNEY |
| CASEY, LINDA | TRIAL ATTORNEY |
| COOKE, DENIS | AUDITOR (BANKRUPTCY) |
| DICE HOLLY | AUDITOR (BANKRUPTCY) |
| DORTCH, SHAKIMA | PARALEGAL SPECIALIST |
| FOX, TIMOTHY | TRIAL ATTORNEY |
| GIORDANO, DIANE | BANKRUPTCY ANALYST |
| GREEN, CHRISTINE | PARALEGAL SPECIALIST |
| HACKMAN, BENJAMIN | TRIAL ATTORNEY |
| JONES, NYANQUOI | AUDITOR (BANKRUPTCY) |
| LEAMY, JANE | TRIAL ATTORNEY |
| MCCOLLUM, HANNAH | TRIAL ATTORNEY |
| MCMAHON, JOSEPH | TRIAL ATTORNEY |
| O'MALLEY, JAMES R. | AUDITOR (BANKRUPTCY) |
| PANACIO, MICHAEL | AUDITOR (BANKRUPTCY) |
| RICHENDERFER, LINDA | TRIAL ATTORNEY |
| SARKESSIAN, JULIET | TRIAL ATTORNEY |
| SCHEPACARTER, RICHARD | TRIAL ATTORNEY |
| SERRANO, EDITH | PARALEGAL SPECIALIST |
| SIERRA, ROSA | TRIAL ATTORNEY |
| STARR KAREN | AUDITOR (BANKRUPTCY) |

VILLAGRANA, DAVID          TRIAL ATTORNEY
VINSON, RAMONA            PARALEGAL SPECIALIST
WYNN, DION               PARALEGAL SPECIALIST

PITTSBURGH, PA
SISCA, JOSEPH S.          ASSISTANT U.S. TRUSTEE
ALBRIGHT, STEVEN         AUDITOR (BANKRUPTCY)
BERRY, DAVID            AUDITOR (BANKRUPTCY)
BLASI, KATHLEEN          PARALEGAL SPECIALIST
GEYER, LISA             PARALEGAL SPECIALIST
GIGLIOTTI, MADELINE        LEGAL ASSISTANT
HAUSE, JODI             TRIAL ATTORNEY
HILDENBRAND, NORMA        TRIAL ATTORNEY
MILKO, DAVID            PARALEGAL SPECIALIST
PASNIEWSKI SHARON        LEGAL ASSISTANT
LARRY WAHLQUIST          TRIAL ATTORNEY

NEWARK, NJ
HILDEBRANDT, MARTHA       ASSISTANT U.S. TRUSTEE
ALFARO, ADELA           PARALEGAL SPECIALIST
APONTE, MICHAEL          PARALEGAL SPECIALIST
ARDELEAN, KIRSTEN K.       BANKRUPTCY ANALYST
ARENDAS, FRANCYNE D.       AUDITOR (BANKRUPTCY)
ARTIS, MICHAEL          TRIAL ATTORNEY
BIELSKIE, LAUREN         TRIAL ATTORNEY
D'AURIA, PETER          TRIAL ATTORNEY
GERARDI, DAVID          TRIAL ATTORNEY
GERHARD, IVETTE          SECRETARY, OA
GILES, ROSEMARIE         LEGAL ASSISTANT
GREEN, TIA             LEGAL ASSISTANT
HAUSMAN, MITCHELL B.       TRIAL ATTORNEY
KERN, JOSEPH C.          BANKRUPTCY ANALYST
KROPIEWNICKI, DANIEL C.     AUDITOR (BANKRUPTCY)
MCGEE, MARGARET          TRIAL ATTORNEY
NIKOLININIO, ALEXANDRIA     TRIAL ATTORNEY
OPPELT, TINA            PARALEGAL SPECIALIST
SCHNEIDER, ROBERT J.       TRIAL ATTORNEY
SPONDER, JEFFREY         TRIAL ATTORNEY
STEELE, FRAN B.          TRIAL ATTORNEY
STIVES, JAMES           AUDITOR (BANKRUPTCY)
TEICH, BENJAMIN          TRIAL ATTORNEY
ZIEMER, WILLIAM          AUDITOR (BANKRUPTCY)

HARRISBURG, PA
D. TROY SELLARS          ASSISTANT U.S. TRUSTEE
PAUL, WENDY S.          PARALEGAL SPECIALIST

{01664523;v1 }

| | |
|---|---|
| PLESIC, REBECCA | PARALEGAL SPECIALIST |
| SCHALK, JOSEPH | TRIAL ATTORNEY |
| SCHILLER, GREGORY | TRIAL ATTORNEY |

## <u>SCHEDULE 2</u>

## TO KAPOOR DECLARATION

| Party | Current Client | Past Client | Vendor | Professional Services Provider |
|---|---|---|---|---|
| **FIRM RELATIONSHIP** | | | | |
| ABM Industry Groups | x | x | | |
| Anthem, Inc. | x | x | | |
| BetterSource | | | X (BetterSource Computer Trading) | |
| Bryan Cave Leighton | x | x | x | |
| CDW Direct | | | x | |
| Comcast | | | x | |
| CT Corporation | x | x | x | |
| Delaware Division of Corporations | | | x | |
| Dentons US LLP | x | x | | |
| Docusign | | | x | |
| Equities First Holdings | | x | | |
| Hubspot | | | x | |
| Internal Revenue Service (IRS) | x | | | |
| Jumio Corporation | | x | | |
| KnowBe4, Inc. | | | x | |
| LinkedIn | | | x | |
| LogMeIn | | | x | |
| Massachusetts Mutual Life Insurance Company | | x | | |
| Oracle | x | x | x | |
| Paisner LLP | x | x | | |
| PricewaterhouseCoopers | x | x | x | |
| Provident Bank | x | | | |
| Regus | | | X (Regus Management) | |
| Richards Layton & Finger | | x | | |
| Salesforce | x | | x | |
| Sheppard Mullin | x | x | | |
| Shred-it | | | x | |
| Tableau | | x | x | |
| Utz, Clayton | x | | | |