# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Cred Inc.

**Case No.:** 20−12836−JTD

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 2/22/21
(VAN−440)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 20-12836-JTD |
| Cred Inc. | Chapter 11 |
| Robert J. Stark | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 22, 2021 | Form ID: van440 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Avram E. Luft, Cleary Gottlieb Steen & Hamilton LLP, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Broocks Wilson, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, TX 77002-3009 |
| aty | + | John Henry Schanne, II, Office of the United States Trustee, U. S. Department of Justice, 844 King Street, Suite 2207, Lockbox #35 Wilmington, DE 19801-3519 |
| aty | + | Pedro A. Jimenez, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Scott C. Shelley, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Scott D. Cousins, Cousins Law, LLC, 1521 Concord Pike - Suite 301, Wilmington, DE 19803-3644 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 22 2021 20:18:00 | Joseph James McMahon, Jr., United States Department of Justice, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801-3519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021              Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

**Name**                **Email Address**

Amy D. Brown
    on behalf of Creditor Ryan Skeers abrown@gsbblaw.com

Andrew Carty
    on behalf of Examiner Robert J. Stark acarty@brownrudnick.com

Darren Azman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dazman@mwe.com

David Lawrence Gay
    on behalf of Creditor Ryan Skeers dgay@carltonfields.com  cguzman@carltonfields.com

David R. Hurst
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dhurst@mwe.com
    dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

Donlin, Recano & Company, Inc.
    ljordan@donlinrecano.com

Donna L. Culver
    on behalf of Interested Party Daniel Schatt dculver@mnat.com
    emily-malafronti-2874@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com

Eric J. Monzo
    on behalf of Creditor Matthew Dixon emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Jean Vacca emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Takashi Yanagi emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Jonatan Ashurov emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Xian Su emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Emmanuel Beaufils emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Teppei Miyauchi emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Wu Chi King emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Todd Wiseman emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Daniel Becker emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Joseph Richardson emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Robin Houck emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Clint Cowen emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Thomas Calvert emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Creditor Jaime Shiller emonzo@morrisjames.com
    wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

| | |
|---|---|
| Geoffrey G. Grivner | on behalf of Creditor James Alexander geoffrey.grivner@bipc.com sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com |
| Geoffrey G. Grivner | on behalf of Defendant James Alexander geoffrey.grivner@bipc.com sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com |
| Gregory A. Taylor | on behalf of Examiner Robert J. Stark gtaylor@ashbygeddes.com ahrycak@ashbygeddes.com |
| Jason A. Gibson | on behalf of Interested Party Philippe Godinea gibson@teamrosner.com |
| Jason A. Gibson | on behalf of Interested Party Krzysztof Majdak gibson@teamrosner.com |
| Jason A. Gibson | on behalf of Creditor Philippe Godineau gibson@teamrosner.com |
| Jeffrey James Lyons | on behalf of Creditor Uphold  Inc. jjlyons@bakerlaw.com |
| Jeffrey R. Waxman | on behalf of Creditor Wu Chi King jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Emmanuel Beaufils jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Clint Cowen jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Joseph Richardson jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Matthew Dixon jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Thomas Calvert jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Jaime Shiller jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Xian Su jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Jonatan Ashurov jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Todd Wiseman jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Daniel Becker jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Jean Vacca jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Robin Houck jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Takashi Yanagi jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Creditor Teppei Miyauchi jwaxman@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |

District/off: 0311-1　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 4 of 5
Date Rcvd: Feb 22, 2021　　　　　　　　　　　　　Form ID: van440　　　　　　　　　　　　　Total Noticed: 7

| Name | Description |
|---|---|
| John Henry Schanne, II | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| Joseph E. Sarachek | on behalf of Interested Party Krzysztof Majdak joe@sarecheklawfirm.com jon@sarecheklawfirm.com |
| Joseph E. Sarachek | on behalf of Interested Party Philippe Godinea joe@sarecheklawfirm.com jon@sarecheklawfirm.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Karen C. Bifferato | on behalf of Creditor Daniel F. Wheeler kbifferato@connollygallagher.com |
| Katharina Earle | on behalf of Examiner Robert J. Stark kearle@ashbygeddes.com |
| Keith C. Owens | on behalf of Interested Party Elevar Financial SVP Photon LLC kowens@foxrothschild.com khoang@foxrothschild.com |
| Kimberly A. Brown | on behalf of Creditor UpgradeYa Investments LLC brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Mark Minuti | on behalf of Creditor Maple Partners LLC mark.minuti@saul.com robyn.warren@saul.com |
| Mark Pfeiffer | on behalf of Creditor James Alexander mark.pfeiffer@bipc.com donna.curcio@bipc.com |
| Mark M. Billion | on behalf of Witness Daniyal Inamullah markbillion@billionlaw.com |
| Matthew R Pierce | on behalf of Creditor UpgradeYa Investments LLC Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com |
| Michael Reining | on behalf of Examiner Robert J. Stark mreining@brownrudnick.com |
| Michael G. Busenkell | on behalf of Creditor Ryan Skeers mbusenkell@gsbblaw.com |
| Nader Amer | on behalf of Interested Party Daniel Schatt namer@mnat.com nader-amer-4760@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com |
| Nicolas Jenner | on behalf of Creditor UpgradeYa Investments LLC jenner@lrclaw.com, snyder@lrclaw.com;ramirez@lrclaw.com |
| Patrick A. Jackson | on behalf of Creditor James Schregardus Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Scott D. Cousins | on behalf of Plaintiff Cred (US) LLC scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Debtor Cred (US) LLC scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Plaintiff Cred Inc. scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Debtor Cred (Puerto Rico) LLC scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Debtor Cred Merchant Solutions LLC scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Debtor Cred Inc. scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Plaintiff Cred Capital Inc. scott.cousins@cousins-law.com |
| Scott D. Cousins | on behalf of Debtor Cred Capital Inc. scott.cousins@cousins-law.com |
| Seth A. Niederman | on behalf of Interested Party Elevar Financial SVP Photon LLC sniederman@foxrothschild.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 22, 2021 | Form ID: van440 | Total Noticed: 7 |

jdistanislao@foxrothschild.com;sslater@foxrothschild.com

Shawn M. Christianson

on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 73