## **Schedule 1**

**Rejected Contracts**

| Debtor | Counterparty | Street Address | City | State/Country | Zip Code | Contract |
|---|---|---|---|---|---|---|
| Cred Inc. | Adobe Inc. | 345 Park Ave | San Jose | CA | 95110-2704 | Software Subscription Agreement |
| Cred Inc. | Atlassian | c/o Herbert Smith Freehills LLP, Exhange House | London | United Kingdom | EC2A 2EG | Software Subscription Agreement |
| Cred Inc. | AutopilotHQ, Inc. | 149 New Montgomery St. | San Francisco | CA | 94105-3739 | Software Subscription Agreement |
| Cred Inc. | DocSend | 351 California St. | San Francisco | CA | 94104 | Software Subscription Agreement |
| Cred Inc. | DocuSign | 221 Main St Suite 1550 | San Francisco | CA | 94105 | Software Subscription Agreement |
| Cred Inc. | Expensify | 88 Kearney St. | San Francisco | CA |  | Software Subscription Agreement |
| Cred Inc. | Global Relay USA Inc. | 286 Madison Avenue, 7th Floor | New York | NY | 10017 | Software Subscription Agreement |
| Cred Inc. | Google | 1600 Amphitheater Parkway | Mountain View | CA | 94043 | Google FI Subscription Agreement |
| Cred Inc. | Google | 1600 Amphitheater Parkway | Mountain View | CA | 94043 | Google SVC Subscription Agreement |
| Cred Inc. | HubSpot | 1 Harbour Pl, Ste 275 | Portsmouth | NH | 03801-0000 | Software Subscription Agreement |
| Cred Inc. | Infura | c/o ConsenSys, 49 Bogart St. | Brooklyn | NY | 11206 | Software Subscription Agreement |
| Cred Inc. | InnReg, LLC | 1101 Brickell Ave South Tower | Miami | FL | 33131 | Professional Services Agreement |
| Cred Inc. | Intercom.IO | 55 2nd St, 4th Floor | San Francisco | CA | 94105 | Software Subscription Agreement |
| Cred Inc. | InVision Software | 110 Lake Avenue South, Suite 35 | Nesconset | NY | 11767 | Software Subscription Agreement |
| Cred Inc. | JAMF Software, LLC | 100 Washington Ave Sout, Suite 100 | Minneapolis | MN | 55401 | Software Subscription Agreement |
| Cred Inc. | Jetbrains Americas Inc. | 989 East Hillsdale Blvd Suite 200 | Foster City | CA | 94404 | Software Subscription Agreement |
| Cred Inc. | Jumio | 395 Page Mill Road Suite 150 | Palo Alto | CA | 94306-0000 | Software Subscription Agreement |
| Cred Inc. | LucidChart.com | 10355 S Jordan Gtwy Suite 150 | South Jordan | UT | 84095 | Software Subscription Agreement |
| Cred Inc. | Postman | 309 Venkatesh Complex, 2nd Floor, 100 Fleet Rd. | Bangalore, Karnataka | India | 560038 | Software Subscription Agreement |
| Cred Inc. | Poynt Co. | 4151 Middlefield Road FL 2 | Palo Alto | CA | 94303 | Software Subscription Agreement |
| Cred Inc. | SendGrid | 929 Pearl St | Boulder | CO | 80302 | Software Subscription Agreement |
| Cred Inc. | SendSafely.com | 1460 Broadway Fourth Floor | New York | NY | 10036 | Software Subscription Agreement |
| Cred Inc. | Sentry | 132 Hawthorne St | San Francisco | CA | 94107 | Software Subscription Agreement |
| Cred Inc. | Sketch | Flight Forum 40, Begane Grond | Eindhoven | Netherlands | 5657 | Software Subscription Agreement |
| Cred Inc. | Sophos | The Pentagon, Abingdon Science Park, | Oxfordshire | United Kingdom | OX14 3YP | Cybersecurity Service Agreement |
| Cred Inc. | Tableau | 1621 N 34th St | Seattle | WA | 98103 | Software Subscription Agreement |
| Cred Inc. | Twilio Inc. | 101 Spear St FL 1 | San Francisco | CA | 94105-1580 | SMS Service Agreement |
| Cred Inc. | Zoom US | 55 Almaden Boulevard, 6th Fl | San Jose | CA | 95113 | Software Subscription Agreement |
| Cred Inc. | Zuar Inc. | 504 Long Bow Lane, Unit B | Austin | TX | 78704 | License Agreement |
| Cred (US) LLC | Coinstats Inc. | 2035 Sunset Lake Rd. #B-2 | Newark | DE | 19702-0000 | Platform Agreement |
| Cred (US) LLC | Dinwiddie Inc LLC | 1633 Broadway | New York | NY | 10019 | License Agreement |
| Cred (US) LLC | Getty/IO Inc (Klever) | 2711 Centerville Road Suite 400 | Wilmington | DE | 19808-0000 | Platform Agreement |
| Cred (US) LLC | HotGroup Limited | OMC Chambers, Wickhams Cay 1 | Road Town,, Tortola | British Virgin Islands |  | Platform Agreement |
| Cred (US) LLC | Litecoin Foundation Limited | 111 North Bridge Road #08-19 | Peninsula Plaza | Singapore | 179098 | Platform Agreement |
| Cred (US) LLC | Virtuse Group Pte. Ltd. | 60bis Avenue de la Lanterne | Nice | France | 6200 | Platform Agreement |
| Cred (Puerto Rico) LLC | Piloto 151 LLC | 151 Calle San Francisco, Suite 200 | San Juan | PR | 00901 | Office Space |