# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Donna L. Culver, Robert J. Dehney and Nader A. Amer of Morris, Nichols, Arsht & Tunnell LLP hereby withdraw their appearance as counsel for non-party Daniel Schatt in the above-captioned case and request that the Clerk of the United States Bankruptcy Court for the District of Delaware or any claims or noticing agent appointed in this case, remove them from the electronic and paper noticing matrix for the above-captioned case.

| | |
|---|---|
| Dated:  February 25, 2021<br>         Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Donna L. Culver*<br>Donna L. Culver (Bar No. 2983)<br>Robert J. Dehney (Bar No. 3578)<br>Nader A. Amer (Bar No. 6635)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email: rdehney@mnat.com<br>        dculver@mnat.com<br>        namer@mnat.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

*and*

Daniel M. Glassman
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email: dglassman@crowell.com

*Counsel for Daniel Schatt*

14560287.1