# United States Bankruptcy Court
## District of Delaware

In Re:     CRED, Inc., et al.
Case No:     20-12836 (JTD) et al.

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**SCOTT FRIEDBERG**

Name and address where notices to transferee should be sent:

177 HIRST ROAD
BRIARCLIFF MANOR, NY 10510

Phone: 212-616-7728
Last Four Digits of Acct #: N/A

Name of Transferor:
**REDACTED**

Court Claim #:     ECN-107, ECN-108, and ECN-264
(ECN-264 Amended ECN-107)
Amounts of Claim: $470,100.00 and $100,000.00
Date Claims Filed: 11/13/20

Name and Address of Transferor:
**REDACTED**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Scott Friedberg_ (signature)
Transferee / Transferee's Agent

Date: January 8, 2021

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

---

--DEADLINE TO OBJECT TO TRANSFER--

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ~~[REDACTED]~~ ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Scott Friedberg ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) associated with Proofs of Claim (✴)ECN-262 and ECN-108 in the amounts of $ 470,100.00 AND $100,000.00 against Cred, Inc., et al., (the "Debtor"), Chapter 11 Case No. 20-12837, et al., United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claims and recognizing the Assignee as the sole owner and holder of the claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claims, and all payments or distributions of money or property in respect of claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st day of December 2020

SCOTT FRIEDBERG

By: *[signature: Scott Friedberg]*
Name: Scott Friedberg
Title: Self

(✴) Correct Proof of Claim #s transferred herein are Claim #108 and Claim #264       SF