**EXHIBIT A**

Time Value for the Period January 8, 2021 through January 31, 2020

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Cook, Stephen R. | 13.30 | $1,105.00 | $14,696.50 |
| Stark, Robert J. | 4.30 | $1,100.00 | $4,730.00 |
| Baynham, Ashley L. | .30 | $1,025.00 | $307.50 |
| Gilman, E. Patrick | 101.50 | $805.00 | $81,707.50 |
| Lietz, Tiffany B. | 71.80 | $720.00 | $51,696.00 |
| Reining, Michael W. | 30.40 | $685.00 | $20,824.00 |
| Rosenthal, David L. | 36.90 | $660.00 | $24,354.00 |
| Irwin, Alannah | 42.70 | $570.00 | $24,339.00 |
| McKenzie Rachel C. | 66.40 | $435.00 | $28,884.00 |
| Crawford, Roderick J. | 9.50 | $415.00 | $3,942.50 |
| Khalatova, Nina | 11.70 | $395.00 | $4,621.50 |
| | **388.80** | | **$260,102.50** |

**TOTAL HOURS:    388.80**
**TOTAL FEES:      $260,102.50**

## EXHIBIT B

**Detailed Time Entries**

# brownrudnick

ROBERT J. STARK, AS EXAMINER FOR CRED INC.
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6913779 |
| Date | Feb 25, 2021 |
| Client | 036630 |

RE: CRED INC. EXAMINER - ROBERT STARK

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 036630.0001 | CRED INC. EXAMINER - ROBERT STARK | 260,102.50 | 1,418.30 | 261,520.80 |
| | **Total** | **260,102.50** | **1,418.30** | **261,520.80** |

| | |
|---|---|
| Total Current Fees | $260,102.50 |
| Total Current Costs | $1,418.30 |
| **Total Invoice** | **$261,520.80** |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 2

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/08/21 | GILMAN | PREPARE DRAFT PLEADINGS FOR FILING (4.0); REVIEW PLEADINGS AND ORDERS (1.5); CALLS AND EMAILS WITH R. STARK, A. CARTY, DEBTORS' COUNSEL, S. COOK, AND A. BAYNHAM REGARDING INVESTIGATIVE PLAN AND EXAMINER'S MOTION FOR APPROVAL OF WORK PLAN (1.3) | 6.80 | 5,474.00 |
| 01/08/21 | KHALATOVA | REVIEW DOCKET AND NEW FILINGS, DISTRIBUTE UPDATED DOCKET AND FILINGS TO THE TEAM (.5); SIGN UP FOR ECF NOTIFICATIONS (.3); UPDATE DRAFT OF THE RETENTION APPLICATION (.8); EMAIL TO A. CARTY AND M. REINING REGARDING THE UPDATED DRAFT (.1) | 1.70 | 671.50 |
| 01/08/21 | STARK | C/C DEBTORS' COUNSEL, TEAM RE EXAMINATION KICK-OFF | 0.50 | 550.00 |
| 01/08/21 | COOK | DRAFT, REVIEW AND REVISE PROPOSED WORK PLAN (1.0); E-MAIL CORRESPONDENCE RE: SAME (.6) | 1.60 | 1,768.00 |
| 01/09/21 | REINING | REVIEW AND SIGN PRO HAC VICE APPLICATION AND EMAIL G. TAYLOR REGARDING SAME | 0.30 | 205.50 |
| 01/10/21 | REINING | REVIEW AND EDIT DRAFT BROWN RUDNICK RETENTION APPLICATION AND SUPPORTING DECLARATIONS | 1.80 | 1,233.00 |
| 01/11/21 | REINING | CONFERENCE WITH P. GILMAN REGARDING NEXT STEPS CONCERNING BROWN RUDNICK RETENTION APPLICATION AND WORK PLAN | 0.10 | 68.50 |
| 01/11/21 | KHALATOVA | UPDATE DRAFT OF THE RETENTION APPLICATION AND EMAIL TO A. CARTY (.5); REVIEW DOCKET AND DISTRIBUTE REVISED SCHEDULES TO THE TEAM (.2) | 0.70 | 276.50 |
| 01/11/21 | GILMAN | CALLS AND EMAILS WITH A BAYNHAM AND A CARTY RE PLEADINGS AND BUDGET (1.5); DRAFTED PLEADINGS FOR FILING (5.0); DRAFTED WORKPLAN AND BUDGET FOR INVESTIGATION (3.5) | 10.00 | 8,050.00 |
| 01/12/21 | GILMAN | REVIEW AND EDIT WORK PLAN (1.8); COORDINATE WITH FORENSIC EXPERTS (2.0); REVIEW AND EDIT DRAFT PLEADINGS IN PREP TO SEND TO BANKRUPTCY GROUP FOR FILING (1.5) | 5.30 | 4,266.50 |
| 01/12/21 | REINING | REVIEW DOCKET FOR CASE DEVELOPMENTS | 0.10 | 68.50 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.                    Invoice 6913779
RE: CRED INC. EXAMINER - ROBERT STARK                              Page 3
February 25, 2021

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 01/13/21 | REINING | REVIEW AND EDIT FORM OF STIPULATION AND ORDER GOVERNING EXAMINER DISCOVERY (.6); REVIEW AND EDIT EXAMINER'S MOTION FOR AUTHORITY TO ISSUE SUBPOENAS (.8); REVIEW AND EDIT PROPOSED FORM OF ORDER GRANTING SUBPOENA POWER (.3); REVIEW AND EDIT FORM OF ORDER APPROVING WORK PLAN (.2); REVIEW AND EDIT MOTION FOR APPROVAL OF PRELIMINARY WORK PLAN AND BUDGET (.5); REVIEW AND EDIT NOTICE OF MOTION PERTAINING TO WORK PLAN MOTION (0.4); ADVISE P. GILMAN REGARDING EDITS TO PLEADINGS (.2) | 3.00 | 2,055.00 |
| 01/13/21 | GILMAN | REVIEW AND EDIT PLEADINGS (3.0); COORDINATE THE SAME WITH THE BANKRUPTCY TEAM (1.0); CALLS WITH A CARTY RE BUDGET AND TIMELINE(.5); CALLS AND EMAILS WITH ANKURA RE BUDGET, CONFLICTS, SCOPE OF WORK, AND DECLARATIONS (1.5); CALLS WITH A. BAYNHAM AND S. COOK RE PLEADINGS, FILINGS, AND WORKPLAN (1.0); FINISHED UPDATED DRAFT OF DETAILED WORKPLAN FOR REVIEW (2.0) | 9.00 | 7,245.00 |
| 01/13/21 | KHALATOVA | OBTAIN AMENDED SCHEDULES AND DISTRIBUTE TO THE TEAM | 0.10 | 39.50 |
| 01/13/21 | COOK | RESEARCH RE: CRED BACKGROUND AND FRAUD ALLEGATIONS(2.1); REVISE INVESTIGATIVE STRATEGY (1.0) | 3.10 | 3,425.50 |
| 01/14/21 | REINING | REVIEW AND ANALYSIS OF CRED'S DRAFT CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER AND ADVISE A. CARTY AND P. GILMAN OF CONCERNS REGARDING SAME (1.9); REVIEW ASHBY & GEDDES' RETENTION APPLICATION AND PROPOSED ORDER (.3) | 2.20 | 1,507.00 |
| 01/14/21 | KHALATOVA | REVIEW DOCKET, OBTAIN NOTICE OF FILING OF AMENDED SCHEDULE AND DISTRIBUTE TO THE TEAM | 0.10 | 39.50 |
| 01/14/21 | GILMAN | EMAILS WITH BANKRUPTCY TEAM RE PLEADINGS (.4); EDITED PLEADINGS (.4); COORDINATE WITH ANKURA AND REVISED AND EDITED BUDGET (.4) | 1.20 | 966.00 |
| 01/15/21 | KHALATOVA | OBTAIN NEW FILINGS AND DISTRIBUTE TO THE TEAM | 0.10 | 39.50 |
| 01/15/21 | GILMAN | CALLS AND EMAILS WITH A. BAYNHAM, S. COOK, A. CARRY AND E. VIGNALI (.7); REVIEW PLEADINGS FILED (.8) | 1.50 | 1,207.50 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/18/21 | REINING | REVIEW AND EDIT MOTION TO APPROVE WORK PLAN AND BUDGET (.5); REVIEW AND SUMMARIZE US TRUSTEE'S OBJECTION TO DEBTORS' DISCLOSURE STATEMENT MOTION AND CIRCULATE TO BROWN RUDNICK GROUP (.5) | 1.00 | 685.00 |
| 01/18/21 | STARK | PREPARE FOR AND  CALL WITH OCC COUNSEL | 1.00 | 1,100.00 |
| 01/18/21 | GILMAN | REVIEW AND EDIT INITIAL DOCUMENT REQUEST (1.0); DRAFT EXPERT REQUEST (2.5); DRAFT, EDIT, AND REVIEW EXAMINER PLEADINGS (2.7); CALLS WITH S. COOK, A. BAYNHAM, AND A. CARTY THROUGHOUT THE DAY RE INVESTIGATIVE PLAN (1.5) | 7.70 | 6,198.50 |
| 01/19/21 | REINING | COORDINATE CONFERENCE CALL BETWEEN BROWN RUDNICK AND COMMITTEE TEAM (.2); REVIEW AGENDA FOR UPCOMING HEARING (.1); CONFERENCE CALL WITH BROWN RUDNICK AND DEBTORS' COUNSEL (.6); WEB MEETING WITH BROWN RUDNICK AND COMMITTEE COUNSEL REGARDING THE EXAMINER'S WORK PLAN (.5) | 1.40 | 959.00 |
| 01/19/21 | KHALATOVA | REVIEW DOCKET AND NEW FILINGS (.2); EMAIL TO THE TEAM REGARDING THE AGENDA OF MATTERS FOR THE HEARING (.1); UPDATE CALENDAR AND REGISTER R. STARK AND A. CARTY FOR THE HEARING (.2) | 0.50 | 197.50 |
| 01/19/21 | GILMAN | REVIEW, DRAFT, AND EDIT CURRENT PLEADINGS (2.0); CALLS AND EMAILS THROUGHOUT THE DAY WITH S. COOK AND A. BAYNHAM RE BUDGET, SCOPE OF INVESTIGATION, AND NEXT STEPS (1.1); CALLS WITH BOTH DEBTORS COUNSEL AND CREDITORS COUNSEL (1.0) | 4.10 | 3,300.50 |
| 01/19/21 | STARK | CONFERENCE CALL WITH DEBTOR'S COUNSEL REWORK PLAN AND BUDGET | 0.50 | 550.00 |
| 01/19/21 | COOK | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL | 1.90 | 2,099.50 |
| 01/20/21 | KHALATOVA | EMAIL TO R. STARK AND A. CARTY REGARDING REGISTRATIONS AND HEARING INSTRUCTIONS (.2); DISTRIBUTE NEW FILINGS AND DOCUMENTS FOR THE HEARING TO THE TEAM (.2) | 0.40 | 158.00 |
| 01/20/21 | REINING | CONFERENCE CALL WITH R. STARK, A. CARTY, AND J. MCMAHON, A. VARA, AND P. TINKER FROM US TRUSTEE'S OFFICE REGARDING EXAMINER'S WORK PLAN (.7); REVIEW CHAPTER 7 LIQUIDATION ANALYSIS AND CIRCULATE SAME TO BROWN RUDNICK TEAM (.1). | 0.80 | 548.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 5

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/20/21 | GILMAN | CALL WITH S. COOK RE NEXT STEPS (.2); EMAILS WITH CREDITORS COUNSEL AND WITH. A. CARTY (.3); REVIEW EXAMINER'S MOTION FOR PROPOSED WORK PLAN (.5) | 1.00 | 805.00 |
| 01/20/21 | STARK | T/CS A. CARTY RE CASE NEXT STEPS (.3); ATTEND C/C WITH US TRUSTEE'S OFFICE RE SAME (.5). | 0.80 | 880.00 |
| 01/21/21 | REINING | REVIEW FINALIZED PRO HAC VICE APPLICATION AND APPROVE FILING OF SAME | 0.10 | 68.50 |
| 01/21/21 | KHALATOVA | OBTAIN NEW FILINGS AND DISTRIBUTE TO THE TEAM (.7); EMAILS TO THE TEAM REGARDING THE AMENDED AGENDA AND INFORMATION FOR THE HEARING (2); UPDATE CALENDAR (.1) | 1.00 | 395.00 |
| 01/21/21 | GILMAN | REVIEW DA DEPOSITION (4.0); CALLS AND EMAILS WITH A. CARTY (.5); CALLS AND EMAILS WITH BOTH CREDITORS AND DEBTORS RE DOCUMENT PRODUCTION AND ACCESS (1.5); CALLS AND EMAILS WITH S. COOK RE THE SAME (1.2); CALLS AND EMAILS W EXAMINER TEAM RE NEXT STEPS (.6) | 7.80 | 6,279.00 |
| 01/21/21 | LIETZ | REVIEW AND ANALYZE BACKGROUND DOCUMENTS AND INAMULLAH DEPOSITION AND DRAFT CAST OF CHARACTERS IN ACCORDANCE THEREWITH | 3.50 | 2,520.00 |
| 01/21/21 | COOK | REVIEW AND ANALYSIS OF PROPOSED CONFIDENTIALITY AGREEMENT (.4); E-MAIL CORRESPONDENCE WITH P. GILMAN RE: SAME (.2) | 0.60 | 663.00 |
| 01/22/21 | REINING | RESEARCH EXAMINER'S ABILITY TO PIERCE ATTORNEY-CLIENT PRIVILEGE IN CERTAIN LIMITED CIRCUMSTANCES AND ADVISE A. CARTY AND P. GILMAN REGARDING SAME (1.1); REVIEW DECLARATION OF JAMES ALEXANDER IN SUPPORT OF MOTION TO DISMISS CRED CAPITAL CASE, AND CIRCULATE SAME TO BROWN RUDNICK TEAM (.3) | 1.40 | 959.00 |
| 01/22/21 | GILMAN | CALLS AND EMAILS THROUGHOUT THE DAY WITH CREDITORS AND DEBTORS RE SETTING UP MEETINGS, DOCUMENT PRODUCTIONS, AND ACCESS TO MATERIALS (3.0).  REVIEWED DI DEPOSITION (2.5); EMAILS AND CALLS THROUGHOUT THE DAY WITH BR TEAM RE DISCOVERY REQUEST AND SUBMITTING CONFIDENTIALITY AGREEMENTS (1.3) | 6.80 | 5,474.00 |
| 01/22/21 | KHALATOVA | REVIEW DOCKER, OBTAIN NEW FILLINGS AND DISTRIBUTE TO THE TEAM (.3); UPDATE CALENDAR (.2) | 0.50 | 197.50 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.                    Invoice 6913779
RE: CRED INC. EXAMINER - ROBERT STARK                                    Page 6
February 25, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/22/21 | LIETZ | CONDUCT CALL WITH A. IRWIN AND R. MCKENZIE TO STRATEGIZE DOCUMENT REVIEW AND RELATED FOLLOW-UP (.7); ATTEND CALL WITH B. LIN, P. GILMAN, S. COOK AND A. LUFT RE: CONFIDENTIALITY AGREEMENT (.2); REVIEW AND ANALYZE BACKGROUND DOCUMENTS AND INAMULLAH DEPOSITION AND DRAFT CAST OF CHARACTERS IN CONNECTION THEREWITH (3.7); DRAFT DOCUMENT REQUEST (.6); RESEARCH RE: RELATED ENTITIES (.5) | 5.10 | 3,672.00 |
| 01/22/21 | IRWIN | TELEPHONE CONFERENCE WITH T. LIETZ AND R. MCKENZIE REGARDING DOCUMENT REVIEW PROCESS (.4); REVIEW DOCUMENTS IN PREPARATION FOR TELEPHONE CONFERENCE (.5) | 0.90 | 513.00 |
| 01/22/21 | ROSENTHAL | COMPOSE EXAMINER'S FIRST SET OF DOCUMENT REQUESTS TO DEBTORS (2.1); INCORPORATE EDITS FROM T. LIETZ RE: SAME (.2) | 2.40 | 1,584.00 |
| 01/22/21 | ROSENTHAL | DRAFT DOSSIER RE: KEY INVESTMENT ADVISOR | 1.30 | 858.00 |
| 01/22/21 | STARK | PREPARE FOR AND ATTEND CALL WITH MEMBERS OF THE OCC | 1.00 | 1,100.00 |
| 01/23/21 | REINING | CONFIGURE CREDENTIALS AND SECURITY PROTOCOL FOR ACCESS TO DOCUMENT REVIEW MANAGEMENT SYSTEM (.3); CONFERENCE CALL WITH T. LIETZ AND ASSOCIATE TEAM ON DOCUMENT REVIEW TASKS (.3); REVIEW DOCUMENT REVIEW PROTOCOL, INVESTIGATION OUTLINE, AND LIST OF INDIVIDUALS AND ENTITIES IN PREPARATION FOR DOCUMENT REVIEW TASKS (.5); PERFORM REVIEW OF PRODUCED DOCUMENTS FOR RESPONSIVENESS TO APPLICABLE ISSUES AND TAG DOCUMENTS IN DATABASE ACCORDINGLY (4.1). | 5.20 | 3,562.00 |
| 01/23/21 | IRWIN | TELEPHONE CONFERENCE WITH T. LIETZ REGARDING DOCUMENT REVIEW PROCESS (.4); REVIEW DOCUMENTS FOR RESPONSIVENESS (5.8) | 6.20 | 3,534.00 |
| 01/23/21 | MCKENZIE | REVIEW DOCUMENTS FOR RESPONSIVENESS (5.6); TELEPHONE CONFERENCE WITH T.LIETZ AND THE TEAM FOR INSTRUCTIONS (.4) | 6.00 | 2,610.00 |
| 01/23/21 | ROSENTHAL | REVIEW DOCUMENTS FOR RESPONSIVENESS (3.1); TELECONFERENCE WITH T. LIETZ TO PREPARE FOR REVIEW (.3) | 3.40 | 2,244.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 7

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/23/21 | GILMAN | COMMUNICATIONS THROUGHOUT THE DAY WITH DEBTORS COUNSEL (.2) DISCUSSIONS WITH BR TEAM RE REVIEW OF DOCUMENTS, AND ESTABLISHING A PLAN FOR REVIEW (.5) | 0.70 | 563.50 |
| 01/23/21 | LIETZ | PREPARE DOCUMENT REVIEW PROTOCOL (1.0); REVIEW DOCUMENTS FOR RESPONSIVENESS (8.7) | 9.70 | 6,984.00 |
| 01/24/21 | REINING | PERFORM REVIEW OF PRODUCED DOCUMENTS FOR RESPONSIVENESS TO APPLICABLE ISSUES AND TAG DOCUMENTS IN DATABASE ACCORDINGLY (3.2) | 3.20 | 2,192.00 |
| 01/24/21 | IRWIN | REVIEW DOCUMENTS FOR RESPONSIVENESS | 4.30 | 2,451.00 |
| 01/24/21 | MCKENZIE | REVIEWING DOCUMENTS FOR RESPONSIVENESS | 2.40 | 1,044.00 |
| 01/24/21 | GILMAN | REVIEW EMAILS AND MATERIALS SUBMITTED BY CREDITORS (.5); EMAILS AND CALLS WITH BR TEAM RE STATUS OF REVIEW (.5) | 1.00 | 805.00 |
| 01/24/21 | ROSENTHAL | EDIT DOCUMENTS REQUESTS BASED ON MARK-UP FROM E. P. GILMAN (.2); SUMMARIZE DOCUMENT REVIEW FINDINGS FOR T. LIETZ (.2); COMPILE SOURCES FOR DOSSIERS (1.2) | 1.60 | 1,056.00 |
| 01/24/21 | LIETZ | ANALYZE AND REVIEW DOCUMENTS FOR RESPONSIVENESS (7.5); DRAFT DOCUMENT REVIEW SUMMARY (.3); DRAFT DOSSIERS RE: HEDGE FUNDS (.4) | 8.20 | 5,904.00 |
| 01/25/21 | REINING | UPDATE P. GILMAN ON STATUS OF DOCUMENT REVIEW PROJECT (.2); REVIEW BANKRUPTCY DOCKET AND PLEADINGS FOR CASE DEVELOPMENTS (.5); REVIEW REPORT PRESENTED BY CRED TO CREDITORS COMMITTEE (.4) | 1.10 | 753.50 |
| 01/25/21 | MCKENZIE | REVIEW DEBTORS REPORT TO CREDITOR (.3); PREPARE KINGDOM TRUST DOSSIER AND COLLATE DOCUMENTS (4.0); PREPARE CRYPTOLAB CAPITAL DOCUMENTS AND COLLATE DOCUMENTS (3.6); CALL WITH T. LIETX AND A. IRWIN ABOUT WHAT IS REQUIRED DURING THE DOSSIER PREPARATION (.3) | 8.20 | 3,567.00 |
| 01/25/21 | IRWIN | REVIEW REPORT FROM CRED (.4); TELEPHONE CONFERENCE WITH T. LIETZ AND R. MCKENZIE RE: COMPILING DOSSIERS ON RELEVANT ACTORS (.2); RESEARCH AND COMPILE DOSSIERS ON RELEVANT ACTORS (9.0) | 9.60 | 5,472.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.                    Invoice 6913779
RE: CRED INC. EXAMINER - ROBERT STARK                               Page 8
February 25, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/25/21 | KHALATOVA | REVIEW DOCKET AND NEW FILINGS AND DISTRIBUTE NEW FILINGS TO THE TEAM (.3); UPDATE CALENDAR (.2); REVIEW ORDER ESTABLISHING PROCEDURES FOR FILING FEE APPLICATIONS AND RELEVANT PLEADINGS (.3) | 0.80 | 316.00 |
| 01/25/21 | ROSENTHAL | REVISE EXAMINER'S PLEADING RE: DOCUMENT REQUESTS TO DEBTORS (.5); COMPILE LIST OF INFORMAL DOCUMENT REQUESTS FOR COUNSEL (.9); TELECONFERENCE WITH E. P. GILMAN RE: SAME (.3); REVIEW DEPOSITION EXHIBITS (.5) | 2.20 | 1,452.00 |
| 01/25/21 | LIETZ | ATTEND CALL WITH D. SILVER RE: DRAFT TA REPORT AND RELATED FOLLOW-UP (.2); DRAFT DOSSIERS RE: HEDGE FUNDS (.5); REVIEW AND ANALYZE KEY DOCUMENTS AND DRAFT CHRONOLOGY IN ACCORDANCE THEREWITH AND RELATED CORRESPONDENCE (8.2) | 8.90 | 6,408.00 |
| 01/25/21 | GILMAN | VIDEO CALL WITH CREDITOR COUNSEL AND D. SILVER RE TRACE REPORT (.5); CALLS AND EMAILS WITH T. LIETZ AND BR TEAM THROUGHOUT THE DAY RE DOC REVIEW AND ANALYSIS, CAST OF CHARACTERS, DOCUMENT REQUEST, AND CHRONOLOGY (1.5); DRAFT AND SUBMIT ADDITIONAL DOCUMENT REQUEST TO DEBTORS (2.0); REVIEW CAST OF CHARACTERS, CHRONOLOGY, ALEXANDER AND INAMULLAH AFFIDAVITS., CONTINUE TO REVIEW RELEVANT DOCUMENT (2.6) | 6.60 | 5,313.00 |
| 01/26/21 | REINING | EMAIL A. CARTY REGARDING RETENTION APPLICATION (.1); REVIEW AND ANALYSIS OF APPLICABLE BANKRUPTCY LAW GOVERNING EXAMINER'S SUBPOENA POWERS UNDER RULE 2004 AND ADVISE P. GILMAN REGARDING SAME (1.1); REVIEW BANKRUPTCY DOCKET AND RECENTLY FILED PLEADINGS FOR CASE DEVELOPMENTS (0.2); REVIEW PLEADINGS RELATED TO CRED CAPITAL (.6); REVIEW TRANCHE OF DOCUMENTS PROVIDED BY DEBTORS' COUNSEL (2.3) | 4.30 | 2,945.50 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 9

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/26/21 | MCKENZIE | TELEPHONE CALL WITH E.P.GILMAN REGARDING CRYPTOLAB CAPITAL DOSSIER PREPARED (.1); FURTHER RESEARCH ON DOSSIER SUBJECT MATTER (.8) REVIEW TRACK CHANGES ON DOSSIER SENT BY T. LIETZ AND MAKE CHANGES AND UPLOAD TO ONEDRIVE (2.1); UPDATE CAST OF CHARACTERS USING DOSSIER INFORMATION AND CREATE NEW DOCUMENT (2.8); TRANSFER OF KEY DOCUMENTS FROM RESPONSIVE DOCUMENT FOLDER (1.5); EMAIL AND TELEPHONE CORRESPONDENCE WITH T. LIETZ FOR ASSIGNMENT OF TASKS (.2) | 7.50 | 3,262.50 |
| 01/26/21 | KHALATOVA | REVIEW DOCKET, OBTAIN NEW FILINGS AND DISTRIBUTE TO THE TEAM (.4); UPDATE CALENDAR (.2); EMAIL COMMUNICATIONS WITH A. CARTY REGARDING THE STATUS OF THE RETENTION APPLICATION AND MONTHLY FEE APPLICATIONS (.2); START WORKING ON THE FIST FEE APPLICATION (.7) | 1.50 | 592.50 |
| 01/26/21 | IRWIN | REVIEW AND UPDATE DOSSIERS ON RELEVANT ACTORS | 2.20 | 1,254.00 |
| 01/26/21 | ROSENTHAL | COMPOSED DOSSIERS AND REVIEWED SOURCE DOCUMENTS ON KEY ASSET MANAGERS AND RELATED ENTITIES THAT TRANSACTED WITH CRED INC. | 5.80 | 3,828.00 |
| 01/26/21 | GILMAN | CALLS AND EMAILS THROUGHOUT THE DAY WITH CREDITORS AND DEBTORS (2.5); VIDEO CALL WITH CIPHER TRACE (1.0); CALLS AND EMAILS WITH BR TEAM (1.5); REVIEW PLEADINGS AND DOCUMENTS SENT BY CREDITORS AND DEBTORS (3.2); COORDINATE NEXT STEPS IN INVESTIGATION (1.3) | 9.50 | 7,647.50 |
| 01/26/21 | LIETZ | ATTEND CALL WITH CYPHER TRACE RE: CRYPTO TRANSACTIONS AND RELATED FOLLOW-UP (1.3); IDENTIFY, REVIEW AND ANALYZE KEY DOCUMENTS AND DRAFT CHRONOLOGY IN CONNECTION THEREWITH (8.3) | 9.60 | 6,912.00 |
| 01/27/21 | IRWIN | PREPARING DOCUMENTS FOR MASTER CHRONOLOGY | 0.50 | 285.00 |
| 01/27/21 | MCKENZIE | REVIEWING AND SORTING KEY DOCUMENTS (.9) TELEPHONE CONFERENCE WITH P.GILMAN, T.LIETZ AND THE REST OF THE TEAM OUTLINING TASKS TO BE COMPLETED AND TIMELINE (1.2); CATCH UP CALL WITH T.LEITZ (.5); REVIEWING MAIN CHRONOLOGY DOCUMENT (1.5); REVIEWING DOCUMENTS RELATING TO QUANTCOIN (2.3) | 6.40 | 2,784.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 10

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/27/21 | REINING | REVIEW RECENTLY FILED PLEADINGS FOR CASE DEVELOPMENTS (.4); CONFERENCE WITH P. GILMAN REGARDING UPCOMING DEPOSITIONS (.1); EMAILS WITH DEBTORS' COUNSEL TO COORDINATE LOGISTICS OF UPCOMING DEPOSITIONS (.3); REVIEW DRAFT STIPULATION BETWEEN THE COMMITTEE AND DEBTORS REGARDING DERIVATIVE STANDING (.3); WORK TO RESOLVE POTENTIAL CONFLICTS ISSUE (.1); DRAFT SUPPLEMENTAL VERIFIED STATEMENT OF ROBERT STARK TO DISCLOSE ADDITIONAL CONNECTION TO A CREDITOR (.8) | 2.00 | 1,370.00 |
| 01/27/21 | KHALATOVA | REVIEW DOCKET, OBTAIN NEW FILINGS AND DISTRIBUTE TO THE TEAM (.2); DRAFT FIRST FEE APPLICATION OF BROWN RUDNICK (3.3) | 3.50 | 1,382.50 |
| 01/27/21 | IRWIN | PREPARE DOCUMENTS FOR MASTER CHRONOLOGY (.7); TELEPHONE CONFERENCE WITH P. GILMAN RE: CASE STRATEGY (.9); PREPARE DOCUMENTS FOR SPECIFIC ISSUE CHRONOLOGY (.9); TELEPHONE CONFERENCE WITH T. LIETZ RE: SPECIFIC ISSUE CHRONOLOGY (.4) | 2.90 | 1,653.00 |
| 01/27/21 | LIETZ | DEVELOP CASE STRATEGY VIA TEAM TELECONFERENCE (.5); IDENTIFY AND ANALYZE KEY DOCUMENTS AND DRAFT CHRONOLOGY IN CONNECTION THEREWITH (6.1) | 6.60 | 4,752.00 |
| 01/27/21 | COOK | REVIEW AND ANALYSIS OF DEBTOR DOCUMENTS AND PRESENTATION MATERIALS (2.1); PREPARE FOR WITNESS INTERVIEWS (.5); DRAFT REPORT OUTLINE (.1) | 2.70 | 2,983.50 |
| 01/27/21 | GILMAN | COORDINATE COLLECTION OF INFORMATION THROUGHOUT THE DAY (2.0); REVIEW KEY DOCUMENTS (3.7); CALLS, EMAILS, AND VIDEO CONFERENCES THROUGHOUT THE DAY WITH DEBTORS, CREDITORS, R. STARK, S. COOK, A. BAYNHAM, AND BR TEAM REGARDING STATUS OF THE INVESTIGATION, PROPOSED INTERVIEWS, CREDITORS' STIP, AND NEXT STEPS (2.6) | 8.30 | 6,681.50 |
| 01/27/21 | STARK | C/C MCDERMOTT RE DERIVATIVE STANDING MOTION; FOLLOW-UP WITH MCDERMOTT RE SAME (.5) | 0.50 | 550.00 |
| 01/27/21 | CRAWFORD | MEETING WITH P. GILMAN RE KEY FACTS OF CASE | 0.80 | 332.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.                     Invoice 6913779
RE: CRED INC. EXAMINER - ROBERT STARK                          Page 11
February 25, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/27/21 | CRAWFORD | MEETING WITH T. LIETZ RE ENTERING KEY FACTS AND DOCUMENTS IN CASEMAP DATABASE ( .3); UPDATE CASEMAP DATABASE WITH KEY FACTS FROM CASE (2.6) | 2.90 | 1,203.50 |
| 01/27/21 | BAYNHAM | CONFER INTERNALLY RE TRADING EXPERT AT ANKURA | 0.30 | 307.50 |
| 01/27/21 | ROSENTHAL | BUILT CHRONOLOGY OF EVENTS REGARDING KEY INVESTMENT PARTNER (2.2); TELECONFERENCE LED BY E. P. GILMAN RE: INVESTIGATION STRATEGY (0.9); TELECONFERENCE LED BY T. LIETZ RE: CHRONOLOGY DRAFT AND INVESTIGATIVE TIMELINE (.4) | 3.50 | 2,310.00 |
| 01/28/21 | REINING | REVIEW AND EDIT DRAFT SUPPLEMENTAL VERIFIED STATEMENT OF ROBERT STARK (.8); EMAILS WITH R. STARK AND M. BOWE REGARDING NEXT STEPS CONCERNING SUPPLEMENTAL VERIFIED STATEMENT (.2); COORDINATE APPEARANCE AT DEPOSITION OF D. WHEELER (.3); EMAILS WITH BROWN RUDNICK TEAM REGARDING SAME (.1); REVIEW DECLARATION OF G. LYON IN SUPPORT OF OBJECTION TO DISMISSAL OF CRED CAPITAL CASE (.1); REVIEW DECLARATION OF M. FOSTER IN SUPPORT OF OBJECTION TO DISMISSAL OF CRED CAPITAL CASE (.1) | 1.60 | 1,096.00 |
| 01/28/21 | MCKENZIE | CHECK IN WITH T.LIETZ RE TIMELINE (.3) REVIEWING KEY DOCUMENTS, CREATING CHRONOLOGY FOR QUANTCOIN INVESTMENT (6.9) | 7.20 | 3,132.00 |
| 01/28/21 | CRAWFORD | UPDATE CASEMAP DATABASE WITH KEY FACTS FROM CASE | 4.90 | 2,033.50 |
| 01/28/21 | KHALATOVA | OBTAIN NEW FILINGS AND DISTRIBUTE TO THE TEAM | 0.30 | 118.50 |
| 01/28/21 | IRWIN | TELEPHONE CONFERENCE WITH T. LIETZ REGARDING ISSUE CHRONOLOGIES | 0.30 | 171.00 |
| 01/28/21 | GILMAN | CALLS WITH S. COOK, BR TEAM, DEBTORS AND CREDITORS THROUGHOUT THE DAY (3.6); SCHEDULED INTERVIEWS (2.0); REVIEWED KEY DOCUMENTS (2.0); COORDINATED NEXT PRODUCTION SET (1.0) | 8.60 | 6,923.00 |
| 01/28/21 | LIETZ | PARTICIPATE IN CALL WITH DEBTORS COUNSEL RE: DOCUMENT REQUEST AND RELATED FOLLOW UP (.8); REVIEW AND ANALYZE KEY DOCUMENTS AND DRAFT CHRONOLOGY IN ACCORDANCE THEREWITH (7.9); CONFER WITH TEAM RE: STATUS OF DOCUMENT REVIEW (.3); CONFER WITH TEAM RE: INTERVIEWS (.2) | 9.20 | 6,624.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.                    Invoice 6913779
RE: CRED INC. EXAMINER - ROBERT STARK                                    Page 12
February 25, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/28/21 | ROSENTHAL | TELECONFERENCE LED BY T. LIETZ RE: INVESTIGATION UPDATE (0.3); REVIEW DOCUMENTS FOR INCLUSION IN CHRONOLOGY OF EVENTS REGARDING KEY INVESTMENT PARTNER (2.4) | 2.70 | 1,782.00 |
| 01/29/21 | MCKENZIE | CATCH UP WITH T.LIETZ (.3); COMPILING CHRONOLOGY FOR QUANTCOIN, (7.1) | 7.40 | 3,219.00 |
| 01/29/21 | REINING | REVIEW DOCKET AND PLEADINGS FOR CASE DEVELOPMENTS (.1); EMAIL BROWN RUDNICK TEAM REGARDING NEXT STEPS CONCERNING SUPPLEMENTAL VERIFIED STATEMENT OF R. STARK (.1); REVIEW DECLARATION OF J. ALEXANDER IN SUPPORT OF MOTION TO DISMISS CRED CAPITAL CASE (.1); REVIEW DECLARATION OF J. PODULKA IN SUPPORT OF OBJECTION TO MOTION TO DISMISS CRED CAPITAL CASE (.1); REVIEW DECLARATION OF D. SCHATT IN SUPPORT OF OBJECTION TO MOTION TO DISMISS CRED CAPITAL CASE AND SUPPORTING EXHIBITS (.3) | 0.70 | 479.50 |
| 01/29/21 | IRWIN | TELEPHONE CONFERENCE WITH T. LIETZ RE: DOCUMENT REVIEW STRATEGY (.6); PREPARE ISSUE CHRONOLOGY (3.1) | 3.50 | 1,995.00 |
| 01/29/21 | GILMAN | COORDINATE FINAL INTERVIEW SCHEDULES (1.2); CALLS WITH BR TEAM REGARDING NEW BATCH OF DOCUMENTS (.1); CALLS AND EMAILS WITH A. CARTY (.6); EMAIL RE EXPERT (.5); CALL WITH PH REGARDING INTERVIEW FORMAT (.5); REVIEW KEY DOCUMENTS (2.1) | 5.00 | 4,025.00 |
| 01/29/21 | LIETZ | PARTICIPATE IN CALL WITH DEBTORS COUNSEL RE: INTERVIEWS (.5); REVIEW AND ANALYZE KEY DOCUMENTS AND DRAFT CHRONOLOGY IN ACCORDANCE THEREWITH (4.8) | 5.30 | 3,816.00 |
| 01/29/21 | ROSENTHAL | TELECONFERENCE LED BY T. LIETZ RE: INVESTIGATION STRATEGY AND DOCUMENT PRODUCTION UPDATE (.3); REVIEW DOCUMENTS FOR INCLUSION IN CHRONOLOGY OF EVENTS REGARDING KEY INVESTMENT PARTNER (1.6) | 1.90 | 1,254.00 |
| 01/29/21 | KHALATOVA | OBTAIN NEW FILING AND DISTRIBUTE TO THE TEAM | 0.50 | 197.50 |
| 01/29/21 | CRAWFORD | UPDATE CASEMAP DATABASE WITH KEY FACTS FROM CASE | 0.90 | 373.50 |
| 01/29/21 | GILMAN | CALL WITH BR TEAM RE NEW DOC REVIEW (.2); CALL WITH TIFFANY RE THE SAME AND CREATING SEARCH FILTERS (.4) | 0.60 | 483.00 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/29/21 | IRWIN | TELEPHONE CONFERENCE WITH P. GILMAN AND T. LIETZ RE: DOCUMENT REVIEW STRATEGY (.3); PREPARE DOCUMENTS FOR ISSUE CHRONOLOGY (.6); REVIEW DOCUMENTS FOR RESPONSIVENESS (2.9) | 3.80 | 2,166.00 |
| 01/29/21 | ROSENTHAL | TELECONFERENCE LED BY E. P. GILMAN AND T. LIETZ RE: UPCOMING DOCUMENT REVIEW PROTOCOL AND STRATEGY | 0.30 | 198.00 |
| 01/29/21 | LIETZ | COORDINATE WITH VENDOR RE: DOCUMENT REVIEW (.4); REVIEW AND ANALYZE KEY DOCUMENTS (1.1) | 1.50 | 1,080.00 |
| 01/29/21 | COOK | REVIEW AND ANALYSIS OF DEBTOR DOCUMENTS | 3.40 | 3,757.00 |
| 01/30/21 | IRWIN | REVIEW DOCUMENTS FOR RESPONSIVENESS | 8.10 | 4,617.00 |
| 01/30/21 | ROSENTHAL | REVIEW DOCUMENTS FOR RESPONSIVENESS | 6.90 | 4,554.00 |
| 01/30/21 | MCKENZIE | REVIEWING DOCUMENTS FOR RESPONSIVENESS | 11.50 | 5,002.50 |
| 01/30/21 | LIETZ | CONDUCT 2L REVIEW OF AND ANALYZE KEY DOCUMENTS | 3.30 | 2,376.00 |
| 01/31/21 | IRWIN | REVIEW DOCUMENTS FOR RESPONSIVENESS | 0.40 | 228.00 |
| 01/31/21 | MCKENZIE | REVIEWING DOCUMENTS FOR RESPONSIVENESS | 9.80 | 4,263.00 |
| 01/31/21 | REINING | UPDATE CALENDAR TO REFLECT CHANGES TO DEPOSITION SCHEDULES | 0.10 | 68.50 |
| 01/31/21 | LIETZ | CONDUCT 2L REVIEW OF AND ANALYZE KEY DOCUMENTS | 0.90 | 648.00 |
| 01/31/21 | ROSENTHAL | REVIEW DOCUMENTS FOR RESPONSIVENESS | 4.90 | 3,234.00 |
| | **Total Hours and Fees** | | **388.80** | **260,102.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ROBERT J. STARK | 4.30 | hours at | 1,100.00 | 4,730.00 |
| STEPHEN R. COOK | 13.30 | hours at | 1,105.00 | 14,696.50 |
| ASHLEY L. BAYNHAM | 0.30 | hours at | 1,025.00 | 307.50 |
| TIFFANY B. LIETZ | 71.80 | hours at | 720.00 | 51,696.00 |
| E. PATRICK GILMAN | 101.50 | hours at | 805.00 | 81,707.50 |
| NINA KHALATOVA | 11.70 | hours at | 395.00 | 4,621.50 |
| RODERICK J. CRAWFORD | 9.50 | hours at | 415.00 | 3,942.50 |



ROBERT J. STARK, AS EXAMINER FOR CRED INC.
RE: CRED INC. EXAMINER - ROBERT STARK
February 25, 2021

Invoice 6913779
Page 14

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| MICHAEL W. REINING | 30.40 | hours at | 685.00 | 20,824.00 |
| DAVID L. ROSENTHAL | 36.90 | hours at | 660.00 | 24,354.00 |
| RACHEL C. MCKENZIE | 66.40 | hours at | 435.00 | 28,884.00 |
| ALANNAH IRWIN | 42.70 | hours at | 570.00 | 24,339.00 |
| **Total Fees** | | | | **260,102.50** |

## COST SUMMARY

| Description | Value |
|---|---|
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,382.00 |
| COPIES | 36.30 |
| **Total Costs** | **1,418.30** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | | |
|---|---|---|
| ROBERT J. STARK, AS EXAMINER FOR CRED INC. | Invoice | 6913779 |
| 7 TIMES SQUARE | Date | Feb 25, 2021 |
| NEW YORK, NY 10036 | Client | 036630 |

RE: CRED INC. EXAMINER - ROBERT STARK



Remittance

**Balance Due: $261,520.80**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
399 Park Avenue
New York, NY 10022
ABA Number: 021000089
SWIFT Code: CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 6792734594

## EXHIBIT C

## SUMMARY OF DISBURSEMENTS

The following is a breakdown of disbursements for the period from January 8, 2021 through January 31, 2021:

| Service | Cost |
|---|---|
| Copies (B&W and Color @ 10 cents per page) | $36.30 |
| Westlaw Online Transactional Searches | $1,382.00 |
| TOTAL | **$1,418.30** |

**<u>EXHIBIT D</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

## <u>CERTIFICATION OF ANDREW M. CARTY</u>

I, Andrew M. Carty, an attorney-at-law, duly admitted and in good standing to practice in the State of New York, hereby certify that:

1.      I am a partner at the firm of Brown Rudnick LLP ("<u>Brown Rudnick</u>") and I am duly authorized to make this certification on behalf of Brown Rudnick.

2.      Brown Rudnick was retained by Robert J. Stark, the Court-appointed examiner in the above-captioned Chapter 11 case, pursuant to an order of the Bankruptcy Court.

3.      This certification is made in support of the *First Monthly Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period January 8, 2021 through January 31,2021* (the "<u>Application</u>") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Rule 2016-2</u>") of the Bankruptcy Court, and with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

*U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "<u>U.S. Trustee Guidelines</u>"), 28 C.F.R. pt. 58, app. A (1996).

4.       I have read the Application and I certify that, to the best of my knowledge, the Application substantially complies with the Rule 2016-2 and the U.S. Trustee Guidelines.

Dated: February 25, 2021

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Andrew M. Carty*_____
        Andrew M. Carty

63952991 v2-WorkSiteUS-036630/0001

2