IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>            Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>**Hearing date: March 9, 2021, 2:00 p.m.**<br>**Obj. Deadline: March 1, 2021, 4:00 p.m.** |

**OBJECTION OF JAMES ALEXANDER TO**
**DEBTORS' COMBINED JOINT PLAN OF LIQUIDATION**

James Alexander ("Alexander") objects to the Debtors' plan of liquidation (the "Plan").[1]

**OBJECTION**

1. The Court is familiar with the assertions of Alexander in this objection. The Court previously ruled against Alexander with respect to these assertions in connection with Alexander's motion to dismiss the case of debtor Cred Capital, Inc. ("Cred Capital") which is the debtor at case number 20-12838. Alexander filed an appeal of the Court's prior rulings. This objection is being filed, in part, to preserve Alexander's appellate rights.

2. Alexander incorporates his prior declaration[2] but recognizes the Court will likely apply the law of the case doctrine and overrule this objection. Alexander does not intend to present any evidence at the confirmation hearing other than his prior declaration and ask the Court to take judicial notice of the prior proceedings.

3. Alexander contends he is the sole rightful director of Cred Capital.

4. Alexander objects to the Plan to the extent it seeks to administer, comingle or substantively consolidate, any assets of Cred Capital because the Cred Capital bankruptcy case

---

[1] ECF 301
[2] ECF 407

was filed without valid corporate authorization and those persons purporting to act on behalf of Cred Capital lack authority to administer its assets.

5.  Alexander also objects to the administration of any equity interest in Cred Capital. The Debtors' shares of stock were not properly authorized by Cred Capital and do not provide the holder of the shares with any ownership interest in Cred Capital.

WHEREFORE, Alexander respectfully requests that the Cred Capital case be dismissed.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/  Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  March 1, 2021