## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors. | Chapter 11<br>Case No. 20-12836 (JTD)<br>Jointly Administered<br><br>**Hearing date: March 9, 2021, 2:00 p.m.**<br>**Obj. Deadline: March 1, 2021, 4:00 p.m.** |

### CERTIFICATION OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 1st day of March, 2021, I caused a copy of the foregoing Objection Of James Alexander To Debtors' Combined Joint Plan Of Liquidation to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

James Alexander via electronic mail:
13535 Ventura Blvd
Ste. C PMB 405
Sherman Oaks CA 91423

Via ECF and electronic mail:

Counsel for the Debtors

Paul Hastings LLP
600 Travis Street, 58th Floor
Houston, Tx 77002
Attn: James T. Grogan (jamesgrogan@paulhastings.com)
and Mack Wilson (mackwilson@paulhastings.com)

Paul Hastings LLP
200 Park Avenue,
New York, NY 10166
Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com)
Scott Shelley (scottshelley@paulhastings.com)
Derek Cash (derekcash@paulhastings.com)

Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 30

Wilmington, DE 19803
Attn: Scott D. Cousins (scott.cousins@cousinslaw.com)
Counsel for the Creditors' Committee:

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Attn: Timothy W. Walsh (twwalsh@mwe.com)
Darren Azman (dazman@mwe.com)

U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Attn: Joseph J. McMahon, Jr. (joseph.mcmahon@usdoj.gov)
John Schanne (john.schanne@usdoj.gov)

        Respectfully submitted,

        **BUCHANAN INGERSOLL & ROONEY PC**

        */s/ Geoffrey G. Grivner*
        Geoffrey G. Grivner (#4711)
        Mark Pfeiffer (admitted *pro hac vice*)
        919 North Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 552-4200
        Facsimile: (302) 552-4295
        Email: geoffrey.grivner@bipc.com

        *Attorneys for James Alexander*

Dated: March 1, 2021