# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. No. 570** |

## CERTIFICATE OF SERVICE

I, Nicolas E. Jenner, Esquire hereby certify that on March 1, 2021, a true and correct copy of the *[SEALED] Objection to Final Approval of the Adequacy of the Disclosure Statement and Confirmation of the Plan* [D.I. 570] was caused to be served on the attached service list via Electronic Mail.

Dated: March 1, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0064224.}

**E-MAIL**
Paul Hastings LLP
Attn: James T. Grogan, Esq.
600 Travis Street, 58th Floor
Houston, Texas 77002
Email: JAMESGROGAN@PAULHASTINGS.COM
*(Counsel to the Debtors)*

**E-MAIL**
Cousins Law LLC
Attn: Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Email: - SCOTT.COUSINS@COUSINS-LAW.COM
*(Counsel to the Debtors)*

**E-MAIL**
McDermott Will & Emery LLP
Attn: Timothy W. Walsh
Darren Azman
340 Madison Avenue
New York, NY 10173
Email: TWWALSH@MWE.COM
DAZMAN@MWE.COM
*(Counsel to the Committee)*

**E-MAIL**
McDermott Will & Emery LLP
Attn: David R. Hurst
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Email: DHURST@MWE.COM
*(Counsel to the Committee)*