**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Obj. Deadline: March 22, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: TBD if Objections Filed** |

**SUMMARY OF FIRST MONTHLY FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR THE PERIOD FROM JANUARY 8, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Ashby & Geddes, P.A. |
| Authorized to Provide Professional Services to: | Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors |
| Date of Retention: | February 18, 2021 (*Nunc Pro Tunc* to January 8, 2021) |
| Period for which compensation and Reimbursement is sought: | January 8, 2021 through January 31, 2021 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $10,791.50 |
| Amount of Expense Reimbursement sought As actual, reasonable and necessary: | $532.01 |

This is a(n): X monthly __ interim __ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01663862;v1 }

The compensation sought in this First Monthly Fee Application in connection with preparing this Application is $0.00. Ashby & Geddes reserves the right to request compensation for additional time and expenses incurred in preparing this First Monthly Fee Application, which will appear on a subsequent application.

Prior applications:

None.

## COMPENSATION BY INDIVIDUAL

| Name | Position | Year Admitted | Department | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Gregory A. Taylor (GAT) | Partner | 2000 | Bankruptcy | $645.00 | 6.30 | $4,063.50 |
| Katharina Earle (KE) | Associate | 2017 | Bankruptcy | $375.00 | 7.20 | $2,700.00 |
| Amanda Hrycak (AH) | Paralegal | n/a | Bankruptcy | $265.00 | 15.20 | $4,028.00 |
| **Totals:** | | | | | **28.70** | **$10,791.50** |
| **Blended Hourly Rate:** | | | | **$376.01** | | |

{01663862;v1 }                              2

## COMPENSATION BY PROJECT CATEGORY

| Project Category/Task Code | Hours | Fees |
|---|---|---|
| Budgeting (Case) | 2.20 | $583.00 |
| Case Administration (07) | 8.90 | $4,068.50 |
| Employment and Fee Applications (11) | 17.60 | $6,140.00 |
| **TOTALS** | **28.70** | **$10,791.50** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Reliable Wilmington (Transcript Fees) | $364.80 |
| Reliable Wilmington (Hand Deliveries, Copy and Mail Out) | $108.61 |
| Court Filing Fees (U.S. District Court –Pro Hac Fees) | $50.00 |
| Photocopies | $8.60 |
| **TOTAL DISBURSEMENTS** | **$532.01** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: March 22, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: TBD if Objections Filed** |

**FIRST MONTHLY FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR THE PERIOD FROM JANUARY 8, 2021 THROUGH JANUARY 31, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the *Revised Order Pursuant to 11 U.S.C. Section 105(a), 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* (the "Interim Compensation Order") [D.I. 269], the law firm of Ashby & Geddes, P.A. (the "Firm" or "Ashby & Geddes") hereby submits this first monthly application (the "First Monthly Application") for reasonable compensation for professional legal services rendered as co-counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") in the above captioned cases, seeking interim approval and payment of professional fees in the amount of $8,633.20 (80% of $10,791.50) together with reimbursement for actual and necessary expenses incurred in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01663862;v1 }

amount of $532.01 for the period commencing January 8, 2021 through January 31, 2021 (the "Fee Period"). In support of its Application, Ashby & Geddes respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this district of proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On November 7, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

4. On January 20, 2021 the *Examiner filed the Notice of Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner (the* "Proposed Work Plan and Budget") [D.I. 376]. On January 28, 2021 the Proposed Work Plan and Budget was approved by the Court [D.I. 431].

5. On February 1, 2021, the Examiner filed the *Application of the Examiner for Entry of an Order Authorizing the Employment and Retention of Ashby & Geddes, P.A. as His Delaware Counsel, Nunc Pro Tunc to January 8, 2021* (the "Retention Application") [D.I. 457]. On February 18, 2021, the Court entered the *Order Authorizing the Employment and Retention of Ashby & Geddes, P.A. As Counsel to the Examiner, Nunc Pro Tunc to January 8, 2021* (the "Retention Order") [D.I. 518]. The Retention Order authorizes Ashby & Geddes to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6. All services for which compensation is requested by Ashby & Geddes were performed on behalf of the Examiner.

## SUMMARY OF SERVICES RENDERED

7. Attached hereto as **Exhibit A** is a detailed statement of fees and expenses incurred during the Fee Period (the "Billing Statement") showing the amount of $10,791.50 due for fees and $532.01 for reimbursement of expenses.

8. The services rendered by Ashby & Geddes during the Fee Period are grouped into the categories set forth in the Billing Statement. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

9. Ashby & Geddes has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this First Monthly Application. There is no agreement or understanding between Ashby & Geddes and any other person (other than the Partners of Ashby & Geddes) for the sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF DISBURSEMENTS INCURRED

10. Ashby & Geddes has incurred out-of-pocket disbursements during the Fee Period in the amount of $532.01. This disbursement sum is broken down into categories of charges, including, among other things, telecopier charges ($0.10 per black and white page and $0.25 per color page), third-party photocopying charges, out-going facsimile charges ($0.25 per page), mail and express mail charges, special or hand delivery charges, computerized research, Court costs and expenses for meals. A complete review by category of the expenses incurred for the Fee Period may be found in the Billing Statement. To the extent such itemization is insufficient

to satisfy the requirements of Local Rule 2016-2(e)(ii), Ashby & Geddes respectfully requests that the Court waive strict compliance with such rule.

## VALUATION OF SERVICES

11. Attorneys and paraprofessionals of Ashby & Geddes have expended a total of 28.70 hours in connection with this matter during the Fee Period.

12. The amount of time spent and hourly rates for each of these persons providing services to the Examiner for the Fee Period is fully set forth in Billing Statement.

13. The reasonable value of the services rendered by Ashby & Geddes for the Fee Period as counsel for the Examiner in these chapter 11 cases is $10,791.50.

14. Ashby & Geddes believes that the time entries and the expense breakdown included in the Billing Statement are in compliance with the requirements of Local Rule 2016-2.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. This Application covers the period January 8, 2021 through January 31, 2021. Ashby & Geddes has and will continue to perform additional necessary services subsequent to January 31, 2021, for which Ashby & Geddes will file subsequent fee applications.

**WHEREFORE**, Ashby & Geddes requests that interim allowance be made to it in the sum of $8,633.20 (80% of which equals $10,791.50) as compensation for necessary professional services rendered to the Examiner for the Fee Period, and the sum of $532.01 for reimbursement of actual necessary costs and expenses incurred during that period, that in accordance with the Interim Compensation Order, the Debtors' estates be authorized to pay to Ashby & Geddes the

amount of $9,165.21 ($8,633.20 in fees plus $532.01 in expenses) and for such other further relief as this Court may deem just and proper.

Dated: March 1, 2021
      Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Katharina Earle*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email : GTaylor@ashbygeddes.com
Email : KEarle@ashbygeddes.com

*Co-Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

**CERTIFICATION TO FIRST MONTHLY FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR THE PERIOD FROM JANUARY 8, 2021 THROUGH JANUARY 31, 2021**

Katharina Earle, pursuant to 28 U.S.C. § 1746, state as follows

(a) I am an attorney with the applicant firm, Ashby & Geddes, and have been admitted to appear before this Court.

(b) I have personally performed some of the legal services rendered by Ashby & Geddes as counsel to the Debtors and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and staff in the firm.

(c) I have reviewed the foregoing First Monthly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the First Monthly Application substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: March 1, 2021            */s/ Katharina Earle*
       Wilmington, Delaware     Katharina Earle (DE Bar No. 6348)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01663862;v1 }