## Exhibit A

**[Monthly Invoice]**

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**500 DELAWARE AVENUE**

P. O. BOX 1150

**WILMINGTON, DELAWARE 19899**

INVOICE

TELEPHONE
302-654-1888

FED ID#23-2193414

February 28, 2021
Billed through  01/31/21
Account:  STARK  -00001  - GAT    75984

Robert J. Stark, Examiner
Brown Rudnick LLP
7 Times Square
New York, NY  10036

Robert J. Stark, Examiner (In re: Cred Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| Date | Init | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/21 | AH | 07 | Correspondence with G. Taylor re: retrieve pleadings pursuant to request to appoint Trustee/Examiner and transcripts regarding the same (0.1); review case docket and retrieve pleadings re: the same (0.7); correspondence with Reliable re: hearing transcripts for December 17 and 18 (0.1); correspondence with G. Taylor and K. Earle re: the same (0.1); | 1.00 | $265.00 |
| 01/07/21 | GAT | 07 | Review of transcript of hearing on motion to appoint chapter 11 trustee/examiner (1.5) | 1.50 | $967.50 |
| 01/07/21 | AH | 11 | Correspondence with K. Earle re: example retention application for examiner in Washington Mutual (0.1); | 0.10 | $26.50 |
| 01/08/21 | GAT | 07 | Review of docket for order approving Stark appointment (.2); emails with A. Hrycak and K. Earle regarding NOA and pro hac vice motions for BR (.2); review of entered order approving appointment of R. Stark as Examiner and emails with R. Stark regarding same (.2); | 0.60 | $387.00 |
| 01/08/21 | KE | 11 | Prepare A&G retention application (1.0); | 1.00 | $375.00 |
| 01/08/21 | AH | 11 | Correspondence with G. Taylor re: UST Motion to Appoint Examiner and request to prepare draft of notice | 3.00 | $795.00 |

of appearance (0.1); prepare notice
of appearance re: the same (0.2);
additional correspondence with G.
Taylor re: draft notice of
appearance (0.1); correspondence
with K. Earle re: retrieval of D.I.
5241 the Retention Application for
Examiner in Washington Mutual case
(0.1); retrieval of the same (0.1);
revise notice of appearance to
include Brown Rudnick counsel (0.1);
prepare pro hac vice applications
for M. Reining and A. Carty (0.3);
additional correspondence with G.
Taylor re: the same (0.1);
correspondence with G. Taylor re:
retrieval of precedent examples of
notice of appearance for examiner
cases (0.1); correspondence with C.
McCloskey re: the same (0.1); review
Anderson News docket re: examiner
notice of appearance and retention
application as case examples (0.2)
review relevant pleadings re: the
same (0.3); additional
correspondence with K. Earle re:
case example retention application
re: Anderson News (0.1); conform
retention application to include
signature block and case caption per
K. Earle request (0.2); additional
correspondence with K. Earle re: the
same (0.1); retrieve notice of
appearance re: Examiner in
Washington Mutual case (0.1);
addition correspondence with G.
Taylor re: the same (0.1); conform
notice of appearance re: G. Taylor
comments (0.2); additional
correspondence with G. Taylor and K.
Earle re: the same (0.1);
correspondence with G. Taylor re:
request to review docket and
retrieval of Order to Approve
Examiner (0.1); retrieval of order
granting examiner and circulate to
G. Taylor and K. Earle (0.1); update
case calendar re: deadline to file
work plan  and budget (0.1);

01/09/21 GAT   11   Forward draft NOA and pro hac vice        0.20  $129.00
                    motions to BR (.1); review of email
                    from same regarding same (.1);

Bill number      STARK 75984                                    PAGE    3

| | | | | |
|---|---|---|---|---|
| 01/09/21 KE | 11 | Finalize A&G's retention application and email G. Taylor re the same (2.2); | 2.20 | $825.00 |
| 01/11/21 GAT | 11 | Review and comment on initial draft of A&G retention application (.5); emails with A. Carty regarding timing for filing of same (.1); | 0.60 | $387.00 |
| 01/11/21 KE | 11 | Revise A&G's retention application per G. Taylor's comments (.3); | 0.30 | $112.50 |
| 01/11/21 AH | 11 | Correspondence with G. Taylor and K. Earle re: timing of filing of retention applications and draft review of Ashby & Geddes, P.A.'s (0.1); correspondence with K. Earle re: disclosure language re: Judge Owens and Sontchi (0.1); retrieve language and circulate to K. Earle for approval (0.2); | 0.40 | $106.00 |
| 01/12/21 KE | 11 | Prepare disclosure schedules to Taylor Affidavit in connection with A&G's retention application (3.0); email G. Taylor re the same (.2); | 3.20 | $1,200.00 |
| 01/14/21 GAT | 11 | Review of A&G retention application and forward same to cocounsel and R. Stark for review (.5); emails with A. Hrycak regarding contacts list regarding same (.2); | 0.70 | $451.50 |
| 01/14/21 AH | 11 | Correspondence with G. Taylor re: duplication and preparing conforming exhibit to a single comprehensive list for parties on conflict search for retention application (0.1); | 0.10 | $26.50 |
| 01/15/21 AH | 11 | Review of 3 lists as provided by G. Taylor re: conflicts ran for retention application; prepare consolidated list/exhibit re: the same (2.1); correspondence with G. Taylor re: prepared consolidated list, service list and redacted parties on core 2002/Top 30 and hearing date (0.1); review of Top 30 list of creditors and confirm on consolidated conflicts list; additional correspondence with K. Earle and G. Taylor re: the same (0.3); | 2.60 | $689.00 |
| 01/15/21 AH | 07 | Retrieve D.I. 356 Order Granting Debtors' Motion for Entry of a | 0.10 | $26.50 |

Bill number      STARK 75984                                    PAGE   4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Confidentiality Agreement and Stipulated Protective Order; update case file re: the same; additional correspondence with K. Earle and G. Taylor (0.1); |  |  |
| 01/18/21 | GAT | 07 | Call with A. Carty regarding work plan and proposed budget (.4) | 0.40 | $258.00 |
| 01/19/21 | GAT | 07 | Review of agenda for 1-21-21 hearing and forward same to BR team (.2); review of UST's objection to interim approval of Disclosure Statement (.3); exchange emails with A. Carty regarding filing of work plan and budget (.2) | 0.70 | $451.50 |
| 01/19/21 | AH | 07 | Retrieve agenda for January 21, 2021 and circulate to G. Taylor and K. Earle; follow up re: court call confirmations (0.1); correspondence with G. Taylor and K. Earle re: retrieve Debtors' combined plan and disclosure statement; retrieve and circulate re: the same (0.2); | 0.30 | $79.50 |
| 01/20/21 | GAT | 07 | Emails with A. Hrycak regarding filing of work plan/budget (.1); emails with cocounsel regarding same (.2); review of same and attention to filing and service of same (.4) ; | 0.70 | $451.50 |
| 01/20/21 | AH | 05 | Prepare service list and email distribution list re: core 2002 list (0.7); correspondence with G. Taylor and K. Earle re: the same and inquiry on notice of filing of budget (0.1); prepare notice of filing of proposed work plan and budget (0.3); correspondence with K. Earle re: the same (0.1); correspondence with G. Taylor and K. Earle re: final proposed work plan/budget and proposed order (0.1); revise notice of filing of proposed work plan/budget (0.3); circulate draft of notice of filing to A. Carty, R. Stark. M. Reining, G. Taylor and K. Earle (0.1); prepare and file notice of filing of proposed work plan/budget and proposed order re: the same (0.2); serve via email the same (0.1); coordinate first class mail service | 2.20 | $583.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | with Reliable re: the same (0.1); update case calendar re: deadline to object and cno eligibility re: proposed work plan/budget (0.1); |  |  |
| 01/21/21 GAT | 07 | Attention to filing of NOA and pro hac vice motions (.2); | 0.20 | $129.00 |
| 01/21/21 AH | 07 | Correspondence with G. Taylor re: sending notice of appearance and pro hac vice motions for A. Carty and M. Reining for approval prior to filing (0.1); correspondence with A. Carty, M. Reining and R. Stark re: approval of drafts of the same for filing (0.1); coordinate annual pro hac vice fee with District Court for A. Carty and M. Reining (0.2); prepare and file notice of appearance and pro hac vice applications for A. Carty and M. Reining; retrieve time stamped pleadings re: the same and circulate to R. Stark, A. Carty and M. Reining (0.2); retrieve amended plan and disclosure statement and reply of debtors' to objection of UST to disclosure statement; circulate the same to G. Taylor , R. Stark, M. Reining, A. Carty and K. Earle (0.2); | 0.80 | $212.00 |
| 01/22/21 AH | 07 | Update case calendar re: February 23, 2021 and March 9, 2021 omnibus hearing dates (0.1); | 0.10 | $26.50 |
| 01/25/21 GAT | 11 | Exchange of emails with A. Carty regarding retention applications (.1); | 0.10 | $64.50 |
| 01/25/21 AH | 11 | Correspondence with G. Taylor and K. Earle re: hearing date for retention applications (0.1); | 0.10 | $26.50 |
| 01/27/21 GAT | 07 | Emails with A. Hrycak regarding CNO for Examiner's work plan/budget (.1); | 0.10 | $64.50 |
| 01/27/21 AH | 07 | Correspondence with G. Taylor and K. Earle re: prepare certificate of no objection to examiner's work plan and budget (0.1); prepare certificate of no objection for examiner's work plan and budget (0.4); additional correspondence with G. Taylor and K. Earle re: the same (0.1); | 0.60 | $159.00 |

Bill number    STARK  75984                                    PAGE   6

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/28/21 | GAT | 07 | Attention to CNO regarding Examiner's work plan and budget (.2); review of entered order approving same (.1); | 0.30 | $193.50 |
| 01/28/21 | AH | 07 | Review of correspondence from A. Carty re: revisions to certificate of no objection to include notice period per order granting examiner request (0.1); revise re: the same (0.2); additional correspondence with K. Earle and G. Taylor re: the same (0.1); additional correspondence with A. Carty re: the same (0.1); prepare and file certificate of no objection to work plan and budget (0.2); upload order re: the same (0.1); correspondence with R. Cavello re: the same (0.1); retrieve order granting the same and circulate to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle (0.1); prepare and serve the same to Core 2002 (0.2); coordinate first class mail service of the same with Reliable (0.1); prepare and file certificate of service re: the same (0.2); | 1.50 | $397.50 |
| 01/29/21 | GAT | 11 | Emails with A. Carty regarding filing of retention applications (.2); | 0.20 | $129.00 |
| 01/29/21 | KE | 11 | Review notice of filing of A&G retention application; email Brown Rudnick re filings; confer with A. Hrycak re filing (.5); | 0.50 | $187.50 |
| 01/29/21 | AH | 11 | Review of local rules and federal rules re: filing of retention applications (0.4); correspondence with K. Earle re: the same (0.1); update case calendar re: deadline to file retention applications prior to February 23, 2021 hearing (0.1); prepare notice of hearing for retention applications (0.3); correspondence with A. Carty re: filing of retention applications (0.1); prepare to file retention applications (1.2); additional correspondence with A. Carty re: filing of retention applications and deadline to file the same (0.1); | 2.30 | $609.50 |

Bill number      STARK 75984

Total fees                                                    $10,791.50

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/07/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL096736, 12/17/20 and 12/18/20 Transcript Fees) | 364.80 |
| 01/21/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL096979, 1/20/21 Document Duplication and Mail-Out) | 93.61 |
| 01/24/21 | Costs Advanced (U. S. District Court - Pro Hac Fee, 1/21/21) | 50.00 |
| 01/31/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL097115, 1/29/21 Document Duplication and Mail-Out) | 15.00 |
| 01/31/21 | Photocopies | 8.60 |

Total disbursements                                            $532.01

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Taylor, Gregory A. | 6.30 hrs | 645.00 /hr | $4,063.50 |
| Earle, Katharina | 7.20 hrs | 375.00 /hr | $2,700.00 |
| Hrycak, Amanda | 15.20 hrs | 265.00 /hr | $4,028.00 |

TOTAL FEES                    28.70 hrs                        $10,791.50

TOTAL DISBURSEMENTS                                            $532.01

TOTAL CHARGES FOR THIS BILL                                   $11,323.51

TOTAL BALANCE NOW DUE FOR THIS MATTER                         $11,323.51

RECAP BY TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| GAT | Taylor, Gregory A. | 6.30 hrs | 645 /hr | $4,063.50 |
| KE | Earle, Katharina | 7.20 hrs | 375 /hr | $2,700.00 |
| AH | Hrycak, Amanda | 15.20 hrs | 265 /hr | $4,028.00 |
| | | | TOTAL | $10,791.50 |

RECAP BY TASK

Bill number      STARK 75984                                                    PAGE    8

| 05 | Budgeting (Case) | 2.20 hours | $583.00 |
|----|------------------|------------|---------|
| 07 | Case Administration | 8.90 hours | $4,068.50 |
| 11 | Employment and Fee Apps | 17.60 hours | $6,140.00 |

RECAP BY EXPENSE CODE

| CA | Costs Advanced | 523.41 | $523.41 |
|----|----------------|--------|---------|
| PC | Photocopies | 86.00 | $8.60 |