## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 411** |

**PROOF OF PUBLICATION OF LORI GOMEZ OF THE NOTICE OF: (I) INTERIM APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF VOTING RECORD DATE; (III) PROCEDURES AND DEADLINE FOR VOTING ON PLAN; AND (IV) HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND <u>CONFIRMATION OF PLAN AND RELATED PROCEDURES FOR OBJECTIONS</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' headquarters are located at 3 East Third Avenue, Suite 200, San Mateo, California 94401.

## DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE



Lori Gomez

Declares that:
The annexed advertisement has been regularly published
In the

SAN FRANCISCO CHRONICLE

Which is an was at all times herein mentioned
established as newspaper of general circulation in the
City and County of San Francisco, State of California, as
the term is defined by Section 6000 of the Government
Code

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From  2/27/2021

To  2/27/2021

Namely on  2/27/2021

(Dates of Publication)

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on  3/1/2021

At San Francisco, California

## CORONAVIRUS PANDEMIC

AROUND THE WORLD

# Experts urge FDA approval of J&J vaccine



Peter Parks / AFP via Getty Images

Doctors and nurses wait to receive COVID-19 vaccinations at a community center in Hong Kong. People age 60 and older and health care workers are among those given priority to receive inoculations.

Johnson & Johnson's COVID-19 vaccine was endorsed on Friday by a panel of experts advising the Food and Drug Administration. The agency is expected to formally approve authorization on Saturday, the New York Times reported, citing two people familiar with its plans.

It will be the third shot made available to the United States in the year since the first surge of coronavirus cases began washing over the country, and it will be the first vaccine to require just one dose instead of two.

Johnson & Johnson's formulation worked well in clinical trials, even though it did not match the sky-high efficacy rates of the first two vaccines made by Pfizer-BioNTech and Moderna.

The panel, made up of independent infectious disease experts, statisticians and public health researchers, voted unanimously in favor of authorizing the vaccine.

The vaccine had an overall efficacy rate of 72% in the United States and 64% in South Africa, where a concerning variant emerged in the fall. The shot showed 86% efficacy against severe forms of COVID-19 in the United States, and 82% against severe disease in South Africa.

Those are strong numbers, but lower than the roughly 95% efficacy rates of Pfizer-BioNTech and Moderna's vaccines against mild, moderate and severe cases of COVID.

The scale and size of Johnson & Johnson's vaccine trial was vast, spanning eight countries, three continents and nearly 45,000 participants.

### HONG KONG
### Inoculations under way

Hong Kong has begun administering its first COVID-19 vaccines to the public, kicking off mass inoculations targeting all 7.5 million residents.

People age 60 and older and health care workers are among some 2.4 million people prioritized to receive vaccines at community centers and outpatient clinics across Hong Kong.

The government said Friday registrations for the first two weeks of the program are full.

Participants so far will be receiving the vaccine by Chinese biopharmaceutical firm Sinovac. A million doses arrived in the city last week, and Hong Kong leader Carrie Lam and other top government officials were vaccinated first in a bid to bolster confidence in the program.

### JAPAN
### Regions to lift restrictions

A state of emergency set up to curb the coronavirus will be lifted in six urban areas this weekend and remain in the Tokyo area for another week.

Worries about health risks have raised doubts about the Tokyo Olympics, postponed from last year and set to start in July. Officials have said the Games are on, even if the vaccination effort is not completed.

The state of emergency began in January and centered around asking restaurants, bars and other businesses to close at 8 p.m.

Japan has never had a mandatory lockdown but has managed to keep infections relatively low compared to other developed countries, with deaths related to COVID-19 at about 7,800 people.

### BRITAIN
### Queen urges vaccinations

Queen Elizabeth II is encouraging people to be vaccinated against COVID-19, saying the shot is quick, harmless and will help protect others against the disease.

In a video call with the officials responsible for rolling out the vaccine, the 94-year-old monarch compared the effort that's gone into Britain's national vaccination campaign to the way people worked together during World War II.

"Well, once you've had the vaccine you have a feeling of, you know, you're protected, which is, I think, very important," the queen said on a tape of the call broadcast Friday.

The queen and her husband, Prince Philip, 99, received their first dose of the vaccine last month. He was admitted to the private King Edward VII's Hospital on Feb. 16 in what royal officials called a precautionary measure. Buckingham Palace said he was being treated for an infection.

### CANADA
### Vaccine wins authorization

Canadian regulators have authorized AstraZeneca's coronavirus vaccine. Health Canada on Friday approved the vaccine to be used in people 18 and over. It's the third vaccine given the green light by Canada, following those from Pfizer and Moderna.

Some countries, including France, have authorized the AstraZeneca vaccine only for use in people under 65, saying there is not enough evidence to say whether it works in older adults. Belgium has authorized it only for people 55 and under.

Canada and many European countries have been struggling to vaccinate people as quickly as Britain, Israel, the U.S. and elsewhere.

### OREGON
### State extends virus controls

Gov. Kate Brown has extended Oregon's declaration of emergency until May 2 as confirmed COVID-19 cases drop but hundreds of new cases continue to be reported daily.

The emergency declaration is the legal underpinning for executive orders the governor has issued, including her orders concerning child care, schools and higher education operations. Republican state senators have objected to the governor's restrictions.

*Chronicle News Services*




IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: CRED INC., et al., Debtors. Chapter 11. Case No. 20-12836 (JTD) (Jointly Administered). NOTICE OF: (I) INTERIM APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF VOTING RECORD DATE; (III) PROCEDURES AND DEADLINE FOR VOTING ON PLAN; AND (IV) HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN AND RELATED PROCEDURES FOR OBJECTIONS. [Legal notice text continues.]



**Dream It. We'll Build It.**
**HC Kitchen Cabinet**
**VISIT OUR SHOWROOM TODAY!**
3101 Third Street
San Francisco, CA 94124
415-212-8091
www.HCKitchenCabinet.com

**REGAIN YOUR FREEDOM AND LIVE BARRIER-FREE AT HOME**

BRUNO for your independence
Call Mark Feinman 510-295-4665
for a free estimate on your disability access project
Stairlifts - Sales • Service • New • Used

COMPLETE ACCESS
Locally Owned and Operated in Berkely since 1976
CA License: 659183
Residential Service Sales Support
www.thecompleteaccess.com

**President's Day Sale 25% OFF OR MORE OF FACTORY COST**
• Quality Furniture
• All New Furniture
• 17,000 Sq. Ft. Showroom
• Direct Factory Outlet
• Unique Contemporary styles
• Styles change weekly
• Business since 2008

Sofas / Loveseats / Recliners / Sectionals / Desks / Bedroom / Dining Room / Accessories / Fabric & Leather / Sleepers

**SAN FRANCISCO'S BEST KEPT SECRET**

**9th street** DESIGNER CLEARANCE
SAME DAY DELIVERY IN THE BAY AREA
540 9TH STREET, SAN FRANCISCO
415.870.6916
www.9thStreetDesignerClearance.com