**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20- 12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                      ) ss:
COUNTY OF KINGS    )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of February, 2021, DRC, acting under my supervision, caused to be served the following documents:

   a. "Certificate of No Objection Regarding Second Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 Through December 31, 2020 (No Order Required)" (Docket No. 509); and

   b. "Third Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 Through January 31, 2021" (Docket No. 510),

via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Case 20-12836-JTD    Doc 576    Filed 03/02/21    Page 2 of 8

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of February, 2021, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
26th day of February, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**EXHIBIT 1**

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

Page # : 1 of 3                                                                                                     02/16/2021 11:50:47 AM

| | | | |
|---|---|---|---|
| 000071P001-1467S-066<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM | 000071P001-1467S-066<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-066<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-066<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM |
| 000068P001-1467S-066<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-066<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-066<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM | 000070P001-1467S-066<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM |
| 000069P001-1467S-066<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000057P001-1467S-066<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>919 N MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>GEOFFREY.GRIVNER@BIPC.COM | 000064P001-1467S-066<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-066<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM |
| 000036P001-1467S-066<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-066<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-066<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-066<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000060P001-1467S-066<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-066<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-066<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000059P001-1467S-066<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM |
| 000072P001-1467S-066<br>FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD.,STE 900<br>LOS ANGELES CA 90067<br>KOWENS@FOXROTHSCHILD.COM | 000073P001-1467S-066<br>FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST.,STE 300<br>WILMINGTON DE 19899-2323<br>SNIEDERMAN@FOXROTHSCHILD.COM | 000065P001-1467S-066<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM | 000065P001-1467S-066<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM |

Case 20-12836-JTD    Doc 576    Filed 03/02/21    Page 5 of 8

**Cred Inc., et al.
Electronic Mail
Exhibit Pages**

Page # : 2 of 3                                                                                         02/16/2021 11:50:47 AM

000044P001-1467S-066
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000061P001-1467S-066
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P001-1467S-066
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P001-1467S-066
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000063P001-1467S-066
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000037P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000038P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-066
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

| 000045P002-1467S-066 | 000046P001-1467S-066 | 000047P001-1467S-066 | 000048P001-1467S-066 |
| --- | --- | --- | --- |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000049P001-1467S-066 | 000051P001-1467S-066 | 000053P001-1467S-066 | 000003P001-1467S-066 |
| NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOSEPH.MCMAHON@USDOJ.GOV |
| 000003P001-1467S-066<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOHN.SCHANNE@USDOJ.GOV | 000019P001-1467S-066<br>PAUL HASTINGS LLP<br>JAMES T. GROGAN<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>JAMESGROGAN@PAULHASTINGS.COM | 000020P001-1467S-066<br>PAUL HASTINGS LLP<br>MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>MACKWILSON@PAULHASTINGS.COM | 000021P001-1467S-066<br>PAUL HASTINGS LLP<br>G. ALEXANDER BONGARTZ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXBONGARTZ@PAULHASTINGS.COM |
| 000054P001-1467S-066<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM | 000052P001-1467S-066<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-066<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | |

Records Printed :    63

**EXHIBIT 2**

# Cred Inc., et al.
## Exhibit Page

Page # : 1 of 1                                                                                                         02/16/2021 11:52:27 AM

| | | | |
|---|---|---|---|
| 000013P001-1467S-066<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1467S-066<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-066<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000009P001-1467S-066<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000001P001-1467S-066<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-066<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-066<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000050P001-1467S-066<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000012P001-1467S-066<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-066<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | | |

Records Printed :   10