## **EXHIBIT A**

Hourly Detail



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Cred Inc. (CFO)
United States

**Date of Issue**
02/28/2021

**Due Date**
02/28/2021

**Invoice Number**
0000294

**Amount Due (USD)**
# $32,785.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Feb 1, 2021<br>Research various issues related to Cred's investment in 100 Acre Ventures | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Feb 1, 2021<br>Address various issues related to the MCB bank accounts and credit card program | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 1, 2021<br>Analyze and research various issues related to the DIP Financing | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Feb 1, 2021<br>Address various issues related to Cred insurance policies | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Feb 1, 2021<br>Update and Distribute Cash Budget | $395.00 | 1.6 | $632.00 |
| Conference Call<br>Scott Wiley – Feb 1, 2021<br>Cred DIP Discussion | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Feb 2, 2021<br>Address various banking issues with MCB | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 2, 2021<br>Reconcile Cred's investment account | $395.00 | 3.5 | $1,382.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Feb 3, 2021<br>Review and and payment of professional fees | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 4, 2021<br>Preparation of Jan-21 MORs | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Feb 5, 2021<br>Delivery of documents requested by Examiner | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Feb 5, 2021<br>Follow-up on professional fee escrow account set-up | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 5, 2021<br>Preparation of list of contracts to be rejected | $395.00 | 0.7 | $276.50 |
| Conference Call<br>Scott Wiley – Feb 5, 2021<br>Preparation for call with Examiner | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Feb 5, 2021<br>Preparation of Jan-21 MORs | $395.00 | 2.7 | $1,066.50 |
| Financial Analysis<br>Scott Wiley – Feb 8, 2021<br>Preparation of Jan-21 MORs | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Feb 8, 2021<br>Produce additional items requested by the Examiner | $395.00 | 1.6 | $632.00 |
| Financial Analysis<br>Scott Wiley – Feb 8, 2021<br>Update Weekly Cash Budget | $395.00 | 1.4 | $553.00 |
| Financial Analysis<br>Scott Wiley – Feb 9, 2021<br>Preparation of Jan-21 MORs | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Feb 9, 2021<br>Review and approve professional fees | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 9, 2021<br>Review remaining executory contracts for status and projected termination date | $395.00 | 0.4 | $158.00 |
| Conference Call<br>Scott Wiley – Feb 9, 2021<br>Interview with the Examiner | $395.00 | 0.8 | $316.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Feb 9, 2021<br>Finalize and distribute the Weekly Cash Forecast for week ended 2/05/21 | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Feb 10, 2021<br>Preparation of Jan-21 MORs | $395.00 | 2.4 | $948.00 |
| Financial Analysis<br>Scott Wiley – Feb 10, 2021<br>Review executory contracts | $395.00 | 1.6 | $632.00 |
| Financial Analysis<br>Scott Wiley – Feb 11, 2021<br>Preparation of Jan-21 MORs | $395.00 | 1.9 | $750.50 |
| Financial Analysis<br>Scott Wiley – Feb 11, 2021<br>Update Cash Budget | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Feb 11, 2021<br>Review and approve payments | $395.00 | 0.8 | $316.00 |
| Conference Call<br>Scott Wiley – Feb 12, 2021<br>Address issues related to onboarding a new crypto currency trading partner | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 12, 2021<br>Preparation of Jan-21 MORs | $395.00 | 6.5 | $2,567.50 |
| Financial Analysis<br>Scott Wiley – Feb 14, 2021<br>Preparation of the Jan-21 MORs | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Feb 14, 2021<br>Finalize and distribute the Cash Forecast for the w/e 2/12/21 | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Feb 16, 2021<br>Research various insurance issues and questions | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 16, 2021<br>Review and approve various professional fee invoices and payments | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Feb 16, 2021<br>Update the Weekly Cash Budget | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Feb 17, 2021<br>Review professional fee payment | $395.00 | 0.1 | $39.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Feb 17, 2021<br>Address various banking and credit card issues | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Feb 17, 2021<br>Address various employment issues | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Feb 17, 2021<br>Finalize and file the Jan-21 MOR | $395.00 | 6.5 | $2,567.50 |
| Financial Analysis<br>Scott Wiley – Feb 18, 2021<br>Research various issues related to executory contracts | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Feb 18, 2021<br>Reconcile 2020 Q4 UST Fees | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Feb 18, 2021<br>Review and approve professional fee and other payments | $395.00 | 1.2 | $474.00 |
| Financial Analysis<br>Scott Wiley – Feb 19, 2021<br>Review and approve information requested by the Examiner | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 19, 2021<br>Review filed claims lists and address various issues | $395.00 | 1.1 | $434.50 |
| Conference Call<br>Scott Wiley – Feb 19, 2021<br>Calls regarding executory contracts | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Feb 19, 2021<br>Review and approve various professional fee payments | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Feb 19, 2021<br>Review credit card transactions and cancel certain recurring charges | $395.00 | 2.7 | $1,066.50 |
| Financial Analysis<br>Scott Wiley – Feb 22, 2021<br>Register Cred in states former employees were resident in | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Feb 22, 2021<br>Work to terminate certain contracts and agreements | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Feb 22, 2021<br>Finalize and issue the Cash Forecast for the period ended 2/19/21 | $395.00 | 1.5 | $592.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Feb 22, 2021<br>Review and approve certain post-petition liabilities | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Feb 23, 2021<br>Review credit card transactions | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Feb 23, 2021<br>Establish state tax ID's for certain states former employees were resident in | $395.00 | 1.8 | $711.00 |
| Financial Analysis<br>Scott Wiley – Feb 23, 2021<br>Review customer claim liability by stable coin worksheet | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Feb 24, 2021<br>Coordinate preparation of 2020 income tax returns | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Feb 24, 2021<br>Address issues related to state tax filings | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Feb 24, 2021<br>Address issues related to Account Reconciliation Project the Examiner requested | $395.00 | 4.5 | $1,777.50 |
| Financial Analysis<br>Scott Wiley – Feb 24, 2021<br>Address various personnel issues | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Feb 25, 2021<br>Review and response to claims made by various G&A vendors | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Feb 25, 2021<br>Review adhoc committee claim balances | $395.00 | 2.3 | $908.50 |
| Financial Analysis<br>Scott Wiley – Feb 25, 2021<br>Update Cash Forecast | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Feb 25, 2021<br>Various issues related to 2020 tax returns, including filing extensions | $395.00 | 1.4 | $553.00 |
| Financial Analysis<br>Scott Wiley – Feb 26, 2021<br>Review and approve invoices | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Feb 26, 2021<br>Process payroll for PPE 2/28/21 | $395.00 | 0.8 | $316.00 |

| | | | |
|---|---|---|---|
| Financial Analysis | $395.00 | 0.5 | $197.50 |
| Scott Wiley – Feb 26, 2021 | | | |
| Registering Cred for state tax ID's | | | |

| | |
|---|---|
| Subtotal | 32,785.00 |
| Tax | 0.00 |
| Total | 32,785.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $32,785.00 |

## Notes

Scott Wiley 83.0 hours @ $395 = $32,785.00

## Terms

Checks can be sent to address above in header.



Sonoran Capital Advisors    1733 N Greenfield Rd
602.405.5380    Mesa, Arizona
85205
United States

**Billed To**
Cred Inc.
2121 S. El Camino Real, Suite 500
San Mateo, California
94401
United States

**Date of Issue**
02/28/2021

**Due Date**
02/28/2021

**Invoice Number**
0000293

**Amount Due (USD)**
# $8,520.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Feb 1, 2021<br>Review entries in GL against Paul Hastings retainer. Email to S.Wiley detailing discrepancy in expected retainer amount. Set up ACH payment for allowed amount. Set up second ACH payment due to first exceeding initiation limit. Email to explain split payment. Call with S.Wiley regarding Paul Hastings retainer. Create and post journal entry to replenish retainer with amount written off due to objection to true up retainer account. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 1, 2021<br>Review Cousins Law invoices sent by S.Wiley. Post in GL with offset to PPD legal. Verify retainer balance after each entry. Set up ACH payment to pay allowed amount and post payment to GL. Set up ACH transfer of balance due to escrow account. Create GL code for new escrow account and post transfer in GL. | $150.00 | 1 | $150.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 1, 2021<br>Search general ledger for original posting of ETH collateral transfer and transfer of ETH to clear default with Equities First Holdings. Create and post journal entry to post return of ETH by EFH. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 1, 2021<br>Download cash activity. Create report and send to S.Wiley. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 2, 2021<br>Fill out, sign, and return documents for escrow account access. | $150.00 | 0.4 | $60.00 |
| Financial Analysis | $150.00 | 0.4 | $60.00 |

Create and post journal entries for Sarson withdrawals from 2 funds.

| | | | |
|---|---|---|---|
| **Financial Analysis**<br>Tonia Tautolo – Feb 2, 2021<br>Set up legal and professional ACH payments and transfer to escrow account. Post payments and verify remaining balance of legal invoices is 20%. Post new bank transactions to verify available cash balance. | $150.00 | 0.6 | $90.00 |
| **Business Consulting**<br>Tonia Tautolo – Feb 3, 2021<br>Respond to various emails related to Uphold asset transfer and access to accounts. | $150.00 | 0.2 | $30.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 3, 2021<br>Research to verify remaining retainer amount held with MACCO before issuing payment. Find ACH payment instructions. Set up ACH for payment of invoice and for the transfer of the holdback amount to the escrow account. Post invoice, payment, and transfer to GL. | $150.00 | 0.7 | $105.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 4, 2021<br>Set up new wallet for GSR OTC trade. Set up test transaction to new wallet. Confirm receipt of test. Set up transfer for the remaining balance for BTC OTC trade. Confirm receipt of balance. | $150.00 | 0.6 | $90.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Call with M.Wilson and M.Pfeiffer regarding confirmation of wire instructions and wallet address provided for J.Alexander turnover. | $150.00 | 0.2 | $30.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Create and post journal entry showing initial transfer to GSR for BTC OTC trade. Create and post journal entry for subsequent return of BTC when trade was executed with Blockfills instead of GSR. | $150.00 | 0.5 | $75.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Create and post journal entry for BTC OTC trade with Blockfills. Setup transfer of funds between Silvergate accounts and wire to transfer funds to MCB. Post transfers in GL. | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Send bank wiring instructions to counsel for J.Alexander. | $150.00 | 0.2 | $30.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Review emails regarding escrow transfer returned to MCB account and confirming other transfers received (.2). Set up ACH for Cousin's Law balance that was returned to MCB. Create and post journal entries to reflect the return of funds and reissued payment. | $150.00 | 0.5 | $75.00 |
| **Financial Analysis**<br>Tonia Tautolo – Feb 5, 2021<br>Call with Uphold to transfer account access. | $150.00 | 0.5 | $75.00 |

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.4 | $60.00 |

Tonia Tautolo – Feb 5, 2021
Set up new wallet address for Blockfills. Send test transfer to new wallet. Confirm receipt. Send balance transfer for BTC trade. Confirm receipt.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.3 | $45.00 |

Tonia Tautolo – Feb 5, 2021
Calls with M.Foster and S.Wiley regarding BTC trades and transfers, transfers to escrow account, and J.Alexander court ruling.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.9 | $135.00 |

Tonia Tautolo – Feb 8, 2021
Asset transfer from Uphold to Fireblocks using old system to allow use of all funds. Research process to transfer to cold storage wallet.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.8 | $120.00 |

Tonia Tautolo – Feb 8, 2021
Search through GL to try and identify original transaction/s that funded Cred Capital to understand how turnover of funds should be posted. Follow up with S.Wiley regarding same.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.2 | $30.00 |

Tonia Tautolo – Feb 8, 2021
Emails regarding J.Alexander wires. Check bank for incoming funds.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 1 | $150.00 |

Tonia Tautolo – Feb 8, 2021
Begin transfer of Uphold assets to Fireblocks wallets. Relate cost issue to M.Foster and S.Wiley (cost to send test = test amount). Try transactions for different amounts to see how the cost changes with different amounts sent. Relate information to M.Foster and S.Wiley. Follow up email with Uphold regarding how to transfer all funds in a wallet when transaction fees are variable.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.5 | $75.00 |

Tonia Tautolo – Feb 8, 2021
Set up new wallet for USDC OTC trade with GSR. Send test transfer. Confirm receipt. Set up transfer of balance of USDC for OTC trade. Confirm receipt. Follow up with GSR regarding bank account details for deposit of funds from trade.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.2 | $30.00 |

Tonia Tautolo – Feb 8, 2021
Create report for S.Wiley showing Fireblocks activity in 2021.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 1.7 | $255.00 |

Tonia Tautolo – Feb 8, 2021
Compare Uphold platform capability to send assets with wallet contents to identify which assets need to be converted to cash and which can be transferred to Fireblocks or cold storage. Verify that asset balances after transfer by Uphold into accessible wallets is what was expected.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.5 | $75.00 |

Tonia Tautolo – Feb 8, 2021
Download cash activity and create and send reports to S.Wiley.

| | | | |
|---|---|---|---|
| Financial Analysis | $150.00 | 0.1 | $15.00 |

Tonia Tautolo – Feb 9, 2021
Check Fireblocks for receipt of balance of LBA and ZRX. Follow up
with Uphold regarding delay in receipt.

| Financial Analysis | $150.00 | 0.2 | $30.00 |
|---|---|---|---|

Tonia Tautolo – Feb 9, 2021
Check bank to see if funds from GSR trade had been received. Check
in with GSR to inform that funds had not been received. Verify eventual
receipt of funds.

| Financial Analysis | $150.00 | 0.3 | $45.00 |
|---|---|---|---|

Tonia Tautolo – Feb 9, 2021
Call with M.Foster to initiate test conversion of Uphold asset to cash.
Verify bank information and initiate single transaction.

| Financial Analysis | $150.00 | 0.8 | $120.00 |
|---|---|---|---|

Tonia Tautolo – Feb 9, 2021
Create report that shows amounts transferred and fees charged for
transfers from Uphold to Fireblocks and cold storage. Send to M.Foster
and S.Wiley.

| Financial Analysis | $150.00 | 2.5 | $375.00 |
|---|---|---|---|

Tonia Tautolo – Feb 9, 2021
Video call with M.Foster to allow observation of transfer of additional
assets from Uphold to Fireblocks and cold storage. Follow up regarding
transfer of remaining assets.

| Financial Analysis | $150.00 | 0.8 | $120.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Video call with M.Foster to convert additional assets to daily cash limit.
Update tracking sheet and send to M.Foster and S.Wiley.

| Financial Analysis | $150.00 | 0.5 | $75.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Verify that test conversion processed in Uphold was received in bank.
Verify that amount received was amount expected (.3). Screenshots of
Uphold wallets and email to M.Foster regarding change in asset value
overnight (.2).

| Financial Analysis | $150.00 | 0.3 | $45.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Set up ACH for former employee reimbursement of equipment shipping
cost. Post payment in GL.

| Financial Analysis | $150.00 | 0.4 | $60.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Initiate ACH for 2/15 payroll. Create and post journal entries for payroll
and for employee ACH. Enter payroll invoice and post payment.

| Financial Analysis | $150.00 | 0.5 | $75.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Enter MACCO December invoice. Verify retainer balance to be applied.
Initiate ACH for payment of invoice and balance transfer to escrow
account. Post payment and transfer in GL.

| Financial Analysis | $150.00 | 0.2 | $30.00 |
|---|---|---|---|

Tonia Tautolo – Feb 10, 2021
Create and post journal entry for USDC OTC trade with GSR.

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Feb 11, 2021<br>Reconciliation of AP account in GL. Determine cause of variance. Look up information on employee reimbursements that were posted to the AP account with payroll journal entries but not offset with matching expense entries. Create and post journal entries to expense reimbursements or offset AP as required to bring account back to true balance. | $150.00 | 1.7 | $255.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 11, 2021<br>Verify amounts received from Uphold match amounts that were expected. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 11, 2021<br>Create new vendor for McDermot, Will & Emory. Post December invoice and request wire instructions. Set up wire for payment and ACH transfer to escrow account for holdback amount. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 11, 2021<br>Create 2021 Amortization Schedules. Create and post January 2021 depreciation and amortization entries and update schedules. | $150.00 | 4.6 | $690.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 12, 2021<br>Post missing December and January professional and legal invoices to AP. Create professional and legal fee accrual tracking sheet. Create and post accrual/reversal journal entries for December and January legal and professional fees. | $150.00 | 1.4 | $210.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 12, 2021<br>Generate and download Sarson statements for January 2021. Send to M.Foster and S.Wiley and upload to Google drive. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 12, 2021<br>Video call with M.Foster to convert remaining assets held in Uphold to cash. Update tracking sheet and send to S.Wiley and M.Foster. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 16, 2021<br>Create and post journal entries for transfers from Uphold to Fireblocks. | $150.00 | 1.7 | $255.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 16, 2021<br>Reconcile bank transactions to verify all transactions are posted for February. Post missing transactions. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 16, 2021<br>Create and post journal entries for Uphold asset conversions to cash. | $150.00 | 2 | $300.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 16, 2021<br>Create list of Fireblocks assets that are not considered liquid per | $150.00 | 1.6 | $240.00 |

M.Foster request. Verify that balances in Fireblocks account match inventory. Send report to be forwarded to GSR for advice on conversion to cash.

| Financial Analysis | $150.00 | 0.2 | $30.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 16, 2021 | | | |
| Enter MACCO invoice to AP. Upload copy to Google drive. | | | |

| Financial Analysis | $150.00 | 0.3 | $45.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 16, 2021 | | | |
| Set up ACH payments for Cousins Law invoice and transfer of balance to escrow account. Post in GL. | | | |

| Financial Analysis | $150.00 | 0.4 | $60.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 16, 2021 | | | |
| Set up new wallet addresses for GSR BTC and ETH trades. Send test transfers. Confirm receipt. Send balance amounts. Confirm receipt. | | | |

| Financial Analysis | $150.00 | 0.2 | $30.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 16, 2021 | | | |
| Check bank to verify Uphold funds were received. Verify amounts were correct. | | | |

| Financial Analysis | $150.00 | 0.4 | $60.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 17, 2021 | | | |
| Set up GL code for cold storage device. Create and post journal entry to add starting balance. Create and post journal entry to show UPT transfer from Uphold. | | | |

| Financial Analysis | $150.00 | 0.5 | $75.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 17, 2021 | | | |
| Review emails and related attachments (.4). Post legal invoice (.1). | | | |

| Financial Analysis | $150.00 | 0.4 | $60.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 18, 2021 | | | |
| Set up payment for Donlin Recano invoice and transfer to escrow account for balance of invoice. Set up ACH for Sonoran Capital. Post payments and transfer in GL. | | | |

| Financial Analysis | $150.00 | 0.7 | $105.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 18, 2021 | | | |
| Additional review of GL entries to try to locate BTC transfer transactions to Cred Capital. | | | |

| Financial Analysis | $150.00 | 1.1 | $165.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 18, 2021 | | | |
| Set up ACH payments for former employee shipping reimbursements (.7). Follow up emails regarding employee reimbursements (.6). Post all transactions in GL (.3). | | | |

| Financial Analysis | $150.00 | 0.4 | $60.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 18, 2021 | | | |
| Set up wallet address and send test transfers of BTC and ETH for OTC trade. Confirm receipt. Send balance of trade amount. Confirm receipt. | | | |

| Financial Analysis | $150.00 | 0.7 | $105.00 |
|---|---|---|---|
| Tonia Tautolo – Feb 19, 2021 | | | |
| For examiner - Run and export general ledger reports in Excel for | | | |

2018, 2019, and 2020 (.9). Search for old accounting manager name and inception date for Netsuite (.4). Reformat Uphold transaction log to reduce file size (.1). Send to A.Luft and M.Wilson.

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Download Uphold and Fireblocks activity reports for examiner (.3). Create report showing all whitelisted addresses for Cred and Cred Capital workspaces to allow matching by name to transactions on Fireblocks list (4). Export function does not exist so list had to be created manually. | $150.00 | 4.3 | $645.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Export Expensify reports and close account per D.Hummer/S.Wiley request. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Post additional professional service invoices in AP. Email to S.Wiley regarding invoice issue. Call with S.Wiley for explanation. Set up ACH for payment and post to GL. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Create new vendor account for Crowell Moring. Post invoice. Set up ACH payment and post payment to GL. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Call with examiner. | $150.00 | 1.1 | $165.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 19, 2021<br>Send wire instructions for Alexander matter. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 20, 2021<br>Search Google drive for JST transaction log. Emails to determine if we have access to JST to download a transaction log. Respond to A.Luft and M.Wilson regarding same. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 20, 2021<br>Create and post journal entries for OTC trade with GSR and withdrawal by Sequoia for amendment to payroll tax reporting. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 22, 2021<br>Check Uphold conversion capability using Fireblocks inventory list. Compile list of tokens that could be sent to Uphold for conversion to cash due to GSR declining to convert. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 22, 2021<br>Respond to audit confirmation for Uphold accounts. | $150.00 | 0.1 | $15.00 |
| Financial Analysis | $150.00 | 2.1 | $315.00 |

Video call with M.Foster to transfer assets from Fireblocks to Uphold to convert to cash. Initiate conversions. Create list showing amounts that are expected to be deposited into the bank and send to M.Foster and S.Wiley.

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Feb 24, 2021<br>Create and post journal entries for transfers from Fireblocks to Uphold and conversions to cash. | $150.00 | 1.5 | $225.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 24, 2021<br>Set up Netsuite access for 3 Dundon personnel. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 24, 2021<br>Call regarding examiner project for Dundon. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 24, 2021<br>Check number of Netsuite licenses and report to S.Wiley. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 25, 2021<br>Email to S.Wiley regarding 10Clouds email that relates to deposit applied to October invoice. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 25, 2021<br>Upload Fireblocks, Uphold, and Bittrex folders to Reconciliation Project drive per Dundon request. Search Google drive for additional information. Reply to emails. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 25, 2021<br>Add new wallet addresses for GSR and Blockfills for OTC trades (.2). Send test BCH transfer to GSR. Confirm receipt (.2). Send test transfers of BTC and ETH to Blockfills. Confirm receipt (.2). Send balance transfers of BCH to GSR and BTC and ETH to Blockfills (.4). Confirm receipt. Verify wire received for Blockfills trade. Create and post journal entry for transaction (.2). Setup transfer of funds between Silvergate accounts. Set up wire from Silvergate to MCB to transfer trade proceeds. Post transfers in GL (.2). | $150.00 | 1.4 | $210.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 25, 2021<br>Post account fee withdrawal from Silvergate account in GL. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 26, 2021<br>Create vendor account for Brown Rudnick. Post January invoice and upload to Google drive. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Feb 26, 2021<br>Create and post JE for GSR BCH OTC trade. | $150.00 | 0.3 | $45.00 |

Financial Analysis

$150.00    $60.00

Tonia Tautolo – Feb 26, 2021
Set up payroll ACH for 2/28 payroll. Create and post payroll entries for payroll accrual and payment to be withdrawn on 3/1.

| | | |
|---|---|---|
| Subtotal | | 8,520.00 |
| Tax | | 0.00 |
| Total | | 8,520.00 |
| Amount Paid | | 0.00 |
| Amount Due (USD) | | $8,520.00 |

## Notes

Tonia Tautolo 56.8 hours @ $150 = $8,520.00

## Terms

Checks can be sent to address above in header.