**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) **Obj. Deadline: Mar. 17, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF THIRD MONTHLY FEE STATEMENT BY**
**SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION**
**EARNED AND EXPENSES INCURRED FOR THE PERIOD**
**FEBRUARY 1, 2021 THROUGH AND INCLUDING FEBRUARY 28, 2021**

**PLEASE TAKE NOTICE** that in, accordance with that certain *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* dated December 21, 2020 [D.I. 267] (the "Retention Order"), Sonoran Consulting Services LLC ("Sonoran") has filed its Third Monthly Report for the period of February 1, 2021 through and including February 28, 2021 (the "Monthly Report") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before **March 17, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that all compensation and staffing included in the Monthly Report shall be subject to review by the Court and, in the event an Objection is filed and remains unresolved by agreement of the objecting party, the Debtors, and Sonoran, (i) all rights of the objecting party, the Debtors, and Sonoran are reserved and (ii) the Debtors shall deduct an amount equal to the unresolved amount objected to from the next payment to Sonoran for fees and expenses incurred in connection with Sonoran's engagement under the Retention Order until such Objection is resolved, either by agreement of the objecting party, the Debtors, and Sonoran or by order of the Court.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, in accordance with the Retention Order, all amounts invoiced by Sonoran for fees and expenses incurred in connection with Sonoran's engagement under the Retention Order.

Dated: March 3, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*