## EXHIBIT B

## ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD

| Expense Category | Amount |
|---|---:|
| Computer Search | $2,132.59 |
| Court Reporting Services | $5,546.15 |
| Courier Service | $67.99 |
| Reproduction Charges | $29.52 |
| Reproduction Charges (Color) | $8.00 |
| Outside Professional Services | $9,384.50 |
| **Total** | **$17,168.75** |

Cred Inc. and its subsidiaries as Debtors in Possession                                      Page 63
48112-00002
Invoice No. 2263518

| | | | | | |
|---|---|---|---:|---:|---:|
| KAT2 | Katherine A. Traxler | Of Counsel | 5.70 | 890.00 | 5,073.00 |
| JS49 | Joyce (Jungwon) Shin | Associate | 35.50 | 1,065.00 | 37,807.50 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,035.00 | 414.00 |
| BPL2 | Bryant P. Lin | Associate | 115.20 | 930.00 | 107,136.00 |
| LL22 | Lily R. Lysle | Associate | 77.60 | 855.00 | 66,348.00 |
| MW26 | Mack Wilson | Associate | 221.10 | 855.00 | 189,040.50 |
| DDC1 | Derek D. Cash | Associate | 5.10 | 855.00 | 4,360.50 |
| LML1 | Leah M. Lopez | Associate | 32.60 | 690.00 | 22,494.00 |
| AMP1 | Austin M. Prouty | Associate | 33.00 | 690.00 | 22,770.00 |
| IG1 | Irena M. Goldstein | Attorney | 9.00 | 875.00 | 7,875.00 |
| JK21 | Jocelyn Kuo | Paralegal | 6.50 | 480.00 | 3,120.00 |
| LRG | Lesley R. Graham | Other Timekeeper | 1.80 | 450.00 | 810.00 |
| EE3 | Elizabeth Elliott | Other Timekeeper | 0.80 | 385.00 | 308.00 |
| WW6 | Winnie Wu | Other Timekeeper | 2.60 | 220.00 | 572.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---:|---:|---:|
| 01/06/2021 | Photocopy Charges | 234.00 | 0.08 | 18.72 |
| 01/13/2021 | Photocopy Charges | 103.00 | 0.08 | 8.24 |
| 01/13/2021 | Photocopy Charges (Color) | 9.00 | 0.50 | 4.50 |
| 12/09/2020 | Court Reporting Services - Veritext, Invoice# 4705216 Dated 12/09/20, Deposition transcript of Daniyal Bali Mohammad Inamullah taken on 12/8/2020 | | | 4,901.90 |
| 12/22/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 11013329 Dated 12/22/20, Courtcall appearance by A. Bongartz at hearing, 12/18/20 | | | 90.75 |
| 12/22/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 11013334 Dated 12/22/20, Courtcall appearance by A. Luft at hearing, 12/18/20 | | | 106.50 |
| 12/22/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 11013351 Dated 12/22/20, Courtcall appearance by D. Cash at 12/18/20 Hearing | | | 101.25 |

Cred Inc. and its subsidiaries as Debtors in Possession                                Page 64
48112-00002
Invoice No. 2263518

| Date | Description | Amount |
|---|---|---|
| 12/22/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 11013312 Dated 12/22/20, Cost to dial-in to January 6, 2021 hearing for J. Grogan | 106.50 |
| 12/22/2020 | Court Reporting Services - CourtCall, LLC, Invoice# 11013340 Dated 12/22/20, Courtcall appearance at hearing by B. Wilson, 12/18/20 | 106.50 |
| 01/07/2021 | Court Reporting Services - CourtCall, LLC, Invoice# 11027021 Dated 01/07/21, Cost to dial-in to January 6, 2021 hearing for Broocks Wilson | 132.75 |
| 01/06/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543021; 01/06/2021;1Z9305430193489250 (MAN) | 25.21 |
| 01/13/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543031; 01/13/2021; 1Z93054301902338704 (MAN) | 25.15 |
| 01/11/2021 | Arbitration & Mediation - Professional Services - CourtCall, LLC, Invoice# 11008165 Dated 01/11/21, Hearing for Cred Inc. on 12/17/2020 for A. Luft | 90.75 |
| 12/07/2020 | Outside Professional Services - Reliable Wilmington, Invoice# WL096237 Dated 12/07/20, Outside Professional Services - Hourly Transcript-Original | 181.25 |
| 12/22/2020 | Outside Professional Services - CourtCall, LLC, Invoice# 11011596 Dated 12/22/20, Hearing attendance on Thursday, December 17, 2020 for A. Prouty | 96.00 |
| 12/22/2020 | Outside Professional Services - CourtCall, LLC, Invoice# 11013368 Dated 12/22/20, Hearing attendance on Friday, December 18, 2020 for A. Prouty | 69.75 |
| 12/22/2020 | Outside Professional Services - CourtCall, LLC, Invoice# 11011909 Dated 12/22/20, Remote hearing appearance for D. Scott Carlton on December 17, 2020 | 96.00 |
| 12/22/2020 | Outside Professional Services - CourtCall, LLC, Invoice# 11013357 Dated 12/22/20, Hearing for D. Scott Carlton, on December 18, 2020 for Cred Inc. | 106.50 |
| 12/22/2020 | Outside Professional Services - CourtCall, LLC, Invoice# 11008119 Dated 12/22/20, B. Lin's remote appearance on December 17, 2020 | 96.00 |
| 12/24/2020 | Outside Professional Services - Miller Advertising Agency Inc., Invoice# 893624-077 Dated 12/24/20, Outside Professional Services re San Francisco Chronicle | 8,250.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                                      Page 65
48112-00002
Invoice No. 2263518

| Date | Description | Amount |
|---|---|---:|
| 01/07/2021 | Outside Professional Services - CourtCall, LLC, Invoice# 11028840 Dated 01/07/21, Hearing attendance on Wednesday, January 6, 2020 for A. Prouty | 132.75 |
| 01/07/2021 | Outside Professional Services - CourtCall, LLC, Invoice# 11026969 Dated 01/07/21, Virtual Dial In Court Hearing for A. Bongartz | 132.75 |
| 01/07/2021 | Outside Professional Services - CourtCall, LLC, Invoice# 11027000 Dated 01/07/21, Virtual Court Dial-In for P. Jimenez | 132.75 |
| 01/04/2021 | Lexis/On Line Search | 44.83 |
| 01/04/2021 | Lexis/On Line Search | 140.16 |
| 01/04/2021 | Lexis/On Line Search | 22.42 |
| 01/05/2021 | Lexis/On Line Search | 89.67 |
| 01/11/2021 | Lexis/On Line Search | 44.83 |
| 01/12/2021 | Lexis/On Line Search | 44.83 |
| 01/15/2021 | Lexis/On Line Search | 44.83 |
| 01/18/2021 | Lexis/On Line Search | 112.08 |
| 01/21/2021 | Lexis/On Line Search | 67.27 |
| 01/25/2021 | Lexis/On Line Search | 46.72 |
| 01/26/2021 | Lexis/On Line Search | 93.44 |
| 01/31/2021 | Lexis/On Line Search | 1,051.22 |
| 01/31/2021 | Lexis/On Line Search | 235.96 |
| 01/15/2021 | Westlaw | 30.93 |
| 12/28/2020 | Computer Search (Other) | 1.44 |
| 12/29/2020 | Computer Search (Other) | 0.27 |
| 12/30/2020 | Computer Search (Other) | 29.88 |
| 12/31/2020 | Computer Search (Other) | 3.42 |
| 12/31/2020 | Computer Search (Other) - CourtLink Use - Charges for December, 2020 | 4.54 |
| 01/09/2021 | Computer Search (Other) | 5.85 |
| 01/13/2021 | Computer Search (Other) | 0.18 |
| 01/21/2021 | Computer Search (Other) | 11.25 |
| 01/22/2021 | Computer Search (Other) | 3.87 |

Cred Inc. and its subsidiaries as Debtors in Possession    Page 66
48112-00002
Invoice No. 2263518

| | | |
|---|---|---:|
| 01/29/2021 | Computer Search (Other) | 2.70 |
| **Total Costs incurred and advanced** | | **$17,145.06** |
| | **Current Fees and Costs** | **$1,043,741.06** |
| | **Total Balance Due - Due Upon Receipt** | **$1,043,741.06** |

Cred Inc. and its subsidiaries as Debtors in Possession  Page 5
48112-00003
Invoice No. 2263519

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 01/29/2021 | DSC3 | Review requirements to shorten time on motion to transfer and issues regarding same | 0.20 | 1,275.00 | 255.00 |
| 01/30/2021 | DSC3 | Correspond with J. Evans regarding discovery responses by J. Alexander (.1); review the same (.1) | 0.20 | 1,275.00 | 255.00 |
| | | **Subtotal: B191 General Litigation** | **42.30** | | **42,841.50** |
| | | **Total** | **42.30** | | **42,841.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---:|---:|---:|
| MLZ | Michael L. Zuppone | Partner | 0.50 | 1,525.00 | 762.50 |
| PMS | Peter M. Stone | Partner | 1.50 | 1,375.00 | 2,062.50 |
| DSC3 | D. Scott Carlton | Partner | 21.10 | 1,275.00 | 26,902.50 |
| TMS8 | Todd M. Schwartz | Partner | 0.50 | 1,250.00 | 625.00 |
| AMP1 | Austin M. Prouty | Associate | 16.90 | 690.00 | 11,661.00 |
| MW3 | Manel Wijemanne | Paralegal | 1.80 | 460.00 | 828.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---:|---:|---:|
| 01/19/2021 | Photocopy Charges | 32.00 | 0.08 | 2.56 |
| 01/19/2021 | Photocopy Charges (Color) | 7.00 | 0.50 | 3.50 |
| 01/19/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000W674V6041; 01/19/2021; Gary S. Lincenburg; Bird, Marella, Boxer, Wolpert, Nessium; Drooks, Lincenburg & Rhow, P.C.; Los Angeles, CA 90067 ; 1ZW674V60195784828 (MAN) | | | 17.63 |
| **Total Costs incurred and advanced** | | | | **$23.69** |

| | |
|---|---:|
| **Current Fees and Costs** | **$42,865.19** |
| **Total Balance Due - Due Upon Receipt** | **$42,865.19** |