**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) | **Docket No. 515** |
|  | ) |  |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING THE**
**STIPULATION OF SETTLEMENT AMONG THE DEBTORS, THE COMMITTEE,**
**AND QUINN EMANUEL URQUHART & SULLIVAN LLP**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Motion of the Debtors for Entry of an Order Approving the Stipulation of Settlement Among the Debtors, the Committee, and Quinn Emanuel Urquhart & Sullivan LLP* [Docket No. 515] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 17, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the *Notice of Hearing on the Motion of the Debtors for Entry of an Order Approving the Stipulation of Settlement Among the Debtors, the Committee, and Quinn Emanuel Urquhart & Sullivan LLP* filed with the Motion, any objections or responses to the Motion were to be filed and served by no later than March 2, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Bankruptcy Court.

Dated: March 3, 2021
      Wilmington, Delaware

*/s/ Scott D. Jones*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
           mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
           aviluft@paulhastings.com

*Co-Counsel to the Debtors*