## **EXHIBIT A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Related to Docket Nos. 584, ___** |
|  | ) |  |

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE RULE 2004 MOTION UNDER SEAL

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors of the Debtors (the "Committee") for entry of an order pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Committee to file the Rule 2004 Motion under seal; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.     Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to file under seal (i) the Rule 2004 Motion and (ii) any related affidavit of service, to the extent necessary to conceal the names of any parties the disclosure of which might interfere with the Committee's efforts to recover assets of the Debtors' estates.

3.     The Rule 2004 Motion shall remain under seal, confidential, and not made available to anyone, except for (a) this Court, (b) the U.S. Trustee, (c) counsel to the Debtors, (d) counsel to the Examiner, (e) the Entities, or counsel thereto, and (f) others only upon further order of the Court.

4.     The Committee is authorized to take all actions necessary to implement the relief granted in this Order.

5.     The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

6.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.