## Exhibit A

## Trust Advisory Board

*Identity of Members of Trust Advisory Board*

1. DragonFly International Holding Ltd.

2. Kyle Tuo Wang

3. Eric Schurman

4. Jamie Shiller

*Compensation of Members of Trust Advisory Board*: Reimbursement of out of pocket expenses

**Exhibit A-1**

**Redline of Trust Advisory Board**

## Trust Advisory Board

*Identity of Members of Trust Advisory Board*

1. DragonFly International Holding Ltd.

2. Kyle Tuo Wang

3. Eric Schurman

4. Jamie Shiller

***Compensation of Members of Trust Advisory Board*:** Reimbursement of out of pocket expenses