# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 584, 585, 588** |

## NOTICE OF FILING OF PROPOSED REDACTED
## VERSION OF DECLARATION OF SERVICE FOR
## <u>RULE 2004 MOTION AND RELATED MOTION TO SEAL</u>

PLEASE TAKE NOTICE that, on March 3, 2021, the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "<u>Committee</u>") filed the *Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Committee To File Rule 2004 Motion Under Seal* [Docket No. 585] (the "<u>Seal Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

PLEASE TAKE FURTHER NOTICE that attached hereto as **<u>Exhibit A</u>** is a proposed redacted version of declaration of service for (i) the Rule 2004 Motion (as defined in the Seal Motion) and (ii) the related Seal Motion.

PLEASE TAKE FURTHER NOTICE that a hearing (the "<u>Hearing</u>") to consider the relief requested in the Seal Motion is scheduled for March 17, 2021 at 2:00 p.m. (prevailing Eastern Time) before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Dated: Wilmington, Delaware
March 4, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*