**<u>EXHIBIT A</u>**

<u>Proposed Redacted Declaration of Service</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket Nos. 584, 585, 588** |

## <u>DECLARATION OF SERVICE</u>

I, Cathy Greer, declare:

1.     I am over the age of 18 years.

2.     I am a Paralegal employed by McDermott Will & Emery LLP, 1007 N. Orange Street, 10th Floor, Wilmington, Delaware 19801.

3.     On March 3, 2021, I caused a copy of the following documents to be served via electronic mail and first class mail upon the parties identified on **Exhibit A** hereto:

*Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents* [Docket No. 584]

*Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Rule 2004 Motion Under Seal* [Docket No. 585]

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury, pursuant to section 1746 of title 28 of the United

States Code, that the foregoing is true and correct to the best of my knowledge, information, and

belief.

Dated: Wilmington, Delaware
          March 4, 2021

                                                    */s/ Cathy Greer*                              
                                                    Cathy Greer
                                                    Paralegal
                                                    MCDERMOTT WILL & EMERY LLP
                                                    1007 North Orange Street, 10th Floor
                                                    Wilmington, Delaware 19801

**Exhibit A**

| | |
|---|---|
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| Cousins Law LLC<br>Scott D. Cousins<br>Scott D. Jones<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com | Paul Hastings LLP<br>James T. Grogan<br>Mack Wilson<br>600 Travis Street, 58th Floor<br>Houston, TX 77002<br>jamesgrogan@paulhastings.com<br>mackwilson@paulhastings.com |

| | |
|---|---|
| Paul Hastings LLP<br>Pedro A. Jiminez<br>Avram Emmanuel Luft<br>200 Park Avenue<br>New York, NY 10166<br>pedrojimenez@paulhastings.com<br>aviluft@paulhastings.com | Office of the United States Trustee<br>Joseph J. McMahon, Jr<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>joseph.mcmahon@usdoj.gov |
| Office of the United States Trustee<br>John H. Schanne, II<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>john.schanne@usdoj.gov | Brown Rudnick<br>Andrew M. Carty<br>Michael Reining<br>7 Times Square<br>New York, NY 10036<br>acarty@brownrudnick.com<br>mreining@brownrudnick.com |
| Ashby & Geddes<br>Gregory A. Taylor<br>Katharina Earle<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com | |