EXHIBIT B

## CRED INC
### Defective Ballots as of 3/3/2021

**Key to Defect Codes:**
- A- No signature indicated on ballot
- B- Non-original signature indicated on ballot
- C- Ballot received via facsimile, email, or other electronic transmission
- D- Ballot has been superseded by a subsequently filed Ballot
- E- Ballot/voting data is illegible
- F- Voting entity does not hold a claim in Plan Class set forth on Ballot
- G- Ballot received after the Voting Deadline
- H- Ballot revoked by written request
- I- Ballot revoked by Court order
- J- Ballot indicates neither acceptance nor rejection, or both acceptance and rejection
- K- Only signature page returned
- L- Multiple Intra-class ballots
- N- Ballot submitted on behalf of claims in a non-voting class
- O- Ballot submitted on behalf of claims under objection
- P- Ballot submitted on behalf of director, officer or other insider
- Z- Other Defect

| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Accept Amt | Reject Amt | Conv. Election | Date | Codes | Opt Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 005374 | 394 | Name on File | 54,133.71 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/27/21 | D | |
| 4 | 001275 | 1529 | Name on File | 1,500.00 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | Opt-Out |
| 4 | 002017 | 2414 | Name on File | 1,011.98 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | Opt-Out |
| 4 | 002119 | 2532 | Name on File | 40,494.99 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 3/3/21 | G | |
| 4 | 002242 | 2679 | Name on File | 97,201.39 | | REJECT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/22/21 | D | Opt-Out |
| 4 | 002624 | 3109 | Name on File | 2,013.68 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/27/21 | D | |
| 4 | 002625 | 3110 | Name on File | 42,919.96 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/2/21 | D | |
| 4 | 003017 | 3557 | Name on File | 1,280.49 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/29/21 | D | Opt-Out |
| 4 | 005552 | 3593 | Name on File | 4,929.91 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | |
| 4 | 005353 | 3644 | Name on File | 3,783.83 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | |
| 4 | 003195 | 3769 | Name on File | 1,365.66 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/31/21 | D | Opt-Out |
| 4 | 005454 | 3843 | Name on File | 2,401.59 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | |
| 4 | 005454 | 3843 | Name on File | 2,401.59 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/5/21 | D | |
| 4 | 003458 | 4084 | Name on File | 346,139.80 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/4/21 | D | |
| 4 | 005571 | 4837 | Name on File | 4,350.55 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/23/21 | A | |
| 4 | 004183 | 4932 | Name on File | 1,500.60 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/8/21 | D | |
| 4 | 004328 | 5108 | Name on File | 575,937.56 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 3/1/21 | H | Opt-Out |
| 4 | 004328 | 5108 | Name on File | 575,937.56 | | REJECT | 0 | 0 | 0.00 | 0.00 | 0.00 | 3/2/21 | G | |
| 4 | 004456 | 5263 | Name on File | 33,865.73 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 3/3/21 | G | |
| 5 | 001121 | 1354 | Name on File | 56.59 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/27/21 | D | Opt-Out |
| 5 | 001643 | 1971 | Name on File | 193.22 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/27/21 | D | |
| 5 | 003658 | 4316 | Name on File | 403.47 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/26/21 | D | Opt-Out |
| 5 | 002543 | 3016 | Name on File | 348.12 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/1/21 | D | |
| 5 | 003166 | 3734 | Name on File | 378.88 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/27/21 | D | |
| 5 | 003850 | 4528 | Name on File | 392.45 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 2/17/21 | A | |
| 5 | 005314 | 7068 | Name on File | 1.00 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 3/1/21 | H | Opt-Out |
| 5 | 005458 | 5137 | Name on File | 789.37 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 0.00 | 1/28/21 | D | Opt-Out |