# EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| **CRED INC** | | | | | |
| **Opt Out Report as of 3/3/2021** | | | | | |
| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
| 4 | 000025 | 33 | Name on File | 2/16/21 | Opt-Out |
| 4 | 000242 | 303 | Name on File | 3/2/21 | Opt-Out |
| 4 | 000313 | 396 | Name on File | 2/28/21 | Opt-Out |
| 4 | 000391 | 483 | Name on File | 3/2/21 | Opt-Out |
| 4 | 005486 | 6231 | Name on File | 3/2/21 | Opt-Out |
| 4 | 000395 | 487 | Name on File | 2/7/21 | Opt-Out |
| 4 | 000482 | 589 | Name on File | 2/16/21 | Opt-Out |
| 4 | 000500 | 610 | Name on File | 2/9/21 | Opt-Out |
| 4 | 000523 | 637 | Name on File | 2/2/21 | Opt-Out |
| 4 | 000826 | 1003 | Name on File | 2/7/21 | Opt-Out |
| 4 | 005378 | 1103 | Name on File | 1/30/21 | Opt-Out |
| 4 | 001043 | 1260 | Name on File | 3/2/21 | Opt-Out |
| 4 | 001205 | 1450 | Name on File | 3/2/21 | Opt-Out |
| 4 | 001225 | 1474 | Name on File | 2/16/21 | Opt-Out |
| 4 | 001415 | 1695 | Name on File | 2/27/21 | Opt-Out |
| 4 | 001436 | 1722 | Name on File | 2/15/21 | Opt-Out |
| 4 | 001467 | 1757 | Name on File | 1/30/21 | Opt-Out |
| 4 | 001578 | 1892 | Name on File | 2/15/21 | Opt-Out |
| 4 | 005518 | 1970 | Name on File | 1/28/21 | Opt-Out |
| 4 | 001691 | 2034 | Name on File | 2/5/21 | Opt-Out |
| 4 | 001742 | 2087 | Name on File | 1/30/21 | Opt-Out |
| 4 | 001790 | 2145 | Name on File | 2/19/21 | Opt-Out |
| 4 | 005473 | 2240 | Name on File | 2/23/21 | Opt-Out |
| 4 | 005385 | 2256 | Name on File | 1/27/21 | Opt-Out |
| 4 | 001923 | 2300 | Name on File | 2/4/21 | Opt-Out |
| 4 | 001924 | 2301 | Name on File | 2/4/21 | Opt-Out |
| 4 | 001951 | 2332 | Name on File | 1/26/21 | Opt-Out |
| 4 | 002076 | 2483 | Name on File | 3/2/21 | Opt-Out |
| 4 | 002081 | 2489 | Name on File | 1/26/21 | Opt-Out |
| 4 | 002101 | 2513 | Name on File | 3/2/21 | Opt-Out |
| 4 | 002175 | 2601 | Name on File | 2/23/21 | Opt-Out |
| 4 | 002227 | 2663 | Name on File | 3/1/21 | Opt-Out |
| 4 | 004206 | 4960 | Name on File | 2/7/21 | Opt-Out |
| 4 | 005326 | 2725 | Name on File | 2/27/21 | Opt-Out |
| 4 | 002286 | 2732 | Name on File | 2/25/21 | Opt-Out |
| 4 | 002341 | 2795 | Name on File | 3/1/21 | Opt-Out |
| 4 | 002491 | 2955 | Name on File | 2/2/21 | Opt-Out |
| 4 | 005537 | 3090 | Name on File | 2/28/21 | Opt-Out |

| **CRED INC** ||||||
| **Opt Out Report as of 3/3/2021** ||||||
| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
|---|---|---|---|---|---|
| 4 | 005601 | 6348 | Name on File | 2/28/21 | Opt-Out |
| 4 | 005352 | 3100 | Name on File | 2/4/21 | Opt-Out |
| 4 | 005318 | 7084 | Name on File | 3/2/21 | Opt-Out |
| 4 | 005539 | 3185 | Name on File | 3/2/21 | Opt-Out |
| 4 | 002756 | 3261 | Name on File | 2/7/21 | Opt-Out |
| 4 | 002778 | 3286 | Name on File | 1/29/21 | Opt-Out |
| 4 | 002785 | 3294 | Name on File | 2/4/21 | Opt-Out |
| 4 | 005472 | 1097 | Name on File | 3/1/21 | Opt-Out |
| 4 | 005480 | 4671 | Name on File | 3/1/21 | Opt-Out |
| 4 | 003008 | 3546 | Name on File | 1/27/21 | Opt-Out |
| 4 | 003059 | 3606 | Name on File | 2/25/21 | Opt-Out |
| 4 | 003191 | 3765 | Name on File | 3/2/21 | Opt-Out |
| 4 | 003260 | 3846 | Name on File | 2/23/21 | Opt-Out |
| 4 | 005556 | 3892 | Name on File | 2/5/21 | Opt-Out |
| 4 | 005389 | 3897 | Name on File | 3/1/21 | Opt-Out |
| 4 | 003322 | 3924 | Name on File | 1/31/21 | Opt-Out |
| 4 | 005558 | 4001 | Name on File | 2/9/21 | Opt-Out |
| 4 | 003458 | 4084 | Name on File | 2/24/21 | Opt-Out |
| 4 | 003802 | 4473 | Name on File | 2/13/21 | Opt-Out |
| 4 | 003817 | 4491 | Name on File | 2/5/21 | Opt-Out |
| 4 | 003911 | 4603 | Name on File | 3/1/21 | Opt-Out |
| 4 | 005569 | 4695 | Name on File | 2/26/21 | Opt-Out |
| 4 | 005575 | 4972 | Name on File | 2/10/21 | Opt-Out |
| 4 | 004301 | 5070 | Name on File | 3/2/21 | Opt-Out |
| 4 | 004378 | 5171 | Name on File | 3/2/21 | Opt-Out |
| 4 | 004379 | 5172 | Name on File | 2/28/21 | Opt-Out |
| 4 | 005459 | 5254 | Name on File | 2/26/21 | Opt-Out |
| 4 | 004460 | 5269 | Name on File | 2/9/21 | Opt-Out |
| 4 | 004472 | 5282 | Name on File | 2/4/21 | Opt-Out |
| 4 | 004569 | 5397 | Name on File | 2/5/21 | Opt-Out |
| 4 | 004617 | 5454 | Name on File | 3/2/21 | Opt-Out |
| 4 | 004657 | 5500 | Name on File | 1/30/21 | Opt-Out |
| 4 | 004708 | 5555 | Name on File | 3/1/21 | Opt-Out |
| 4 | 005428 | 5714 | Name on File | 3/1/21 | Opt-Out |
| 4 | 005608 | 7086 | Name on File | 3/1/21 | Opt-Out |
| 4 | 004862 | 5739 | Name on File | 3/2/21 | Opt-Out |
| 4 | 005365 | 5741 | Name on File | 2/7/21 | Opt-Out |
| 4 | 005093 | 6005 | Name on File | 2/26/21 | Opt-Out |

| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
|---|---|---|---|---|---|
|  | **CRED INC** |||||
|  | **Opt Out Report as of 3/3/2021** |||||
| 4 | 005094 | 6006 | Name on File | 2/26/21 | Opt-Out |
| 4 | 005176 | 6101 | Name on File | 3/2/21 | Opt-Out |
| 4 | 005201 | 6130 | Name on File | 3/2/21 | Opt-Out |
| 4 | 005235 | 6168 | Name on File | 2/23/21 | Opt-Out |
| 5 | 000019 | 25 | Name on File | 2/26/21 | Opt-Out |
| 5 | 000045 | 56 | Name on File | 1/28/21 | Opt-Out |
| 5 | 000116 | 142 | Name on File | 2/4/21 | Opt-Out |
| 5 | 005373 | 284 | Name on File | 2/27/21 | Opt-Out |
| 5 | 000293 | 367 | Name on File | 1/30/21 | Opt-Out |
| 5 | 000359 | 445 | Name on File | 1/26/21 | Opt-Out |
| 5 | 000370 | 457 | Name on File | 1/27/21 | Opt-Out |
| 5 | 000375 | 462 | Name on File | 3/2/21 | Opt-Out |
| 5 | 000376 | 463 | Name on File | 1/26/21 | Opt-Out |
| 5 | 005495 | 496 | Name on File | 1/27/21 | Opt-Out |
| 5 | 000526 | 640 | Name on File | 2/3/21 | Opt-Out |
| 5 | 000527 | 641 | Name on File | 1/27/21 | Opt-Out |
| 5 | 000531 | 647 | Name on File | 3/1/21 | Opt-Out |
| 5 | 005375 | 661 | Name on File | 2/5/21 | Opt-Out |
| 5 | 000592 | 718 | Name on File | 2/14/21 | Opt-Out |
| 5 | 000764 | 927 | Name on File | 1/30/21 | Opt-Out |
| 5 | 000813 | 986 | Name on File | 1/27/21 | Opt-Out |
| 5 | 000820 | 996 | Name on File | 2/12/21 | Opt-Out |
| 5 | 000865 | 1053 | Name on File | 1/29/21 | Opt-Out |
| 5 | 000868 | 1056 | Name on File | 2/22/21 | Opt-Out |
| 5 | 000869 | 1057 | Name on File | 2/19/21 | Opt-Out |
| 5 | 000876 | 1066 | Name on File | 2/7/21 | Opt-Out |
| 5 | 005504 | 1083 | Name on File | 1/27/21 | Opt-Out |
| 5 | 000900 | 1094 | Name on File | 2/7/21 | Opt-Out |
| 5 | 000939 | 1140 | Name on File | 2/9/21 | Opt-Out |
| 5 | 000940 | 1141 | Name on File | 1/28/21 | Opt-Out |
| 5 | 000947 | 1150 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005379 | 1203 | Name on File | 1/27/21 | Opt-Out |
| 5 | 001007 | 1218 | Name on File | 2/6/21 | Opt-Out |
| 5 | 001125 | 1359 | Name on File | 2/18/21 | Opt-Out |
| 5 | 001203 | 1448 | Name on File | 1/27/21 | Opt-Out |
| 5 | 001239 | 1488 | Name on File | 2/2/21 | Opt-Out |
| 5 | 001255 | 1506 | Name on File | 1/28/21 | Opt-Out |
| 5 | 001275 | 1529 | Name on File | 2/9/21 | Opt-Out |

| CRED INC ||||||
|---|---|---|---|---|---|
| Opt Out Report as of 3/3/2021 ||||||
| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
| 5 | 001301 | 1560 | Name on File | 1/26/21 | Opt-Out |
| 5 | 001334 | 1597 | Name on File | 1/28/21 | Opt-Out |
| 5 | 001355 | 1621 | Name on File | 1/27/21 | Opt-Out |
| 5 | 001397 | 1672 | Name on File | 2/4/21 | Opt-Out |
| 5 | 001401 | 1679 | Name on File | 1/28/21 | Opt-Out |
| 5 | 001514 | 1815 | Name on File | 1/30/21 | Opt-Out |
| 5 | 001630 | 1955 | Name on File | 2/7/21 | Opt-Out |
| 5 | 001645 | 1973 | Name on File | 1/27/21 | Opt-Out |
| 5 | 001786 | 2140 | Name on File | 1/27/21 | Opt-Out |
| 5 | 001814 | 2171 | Name on File | 1/30/21 | Opt-Out |
| 5 | 005449 | 2173 | Name on File | 1/30/21 | Opt-Out |
| 5 | 001817 | 2177 | Name on File | 2/10/21 | Opt-Out |
| 5 | 001827 | 2190 | Name on File | 2/9/21 | Opt-Out |
| 5 | 001719 | 2063 | Name on File | 1/28/21 | Opt-Out |
| 5 | 002044 | 2448 | Name on File | 1/27/21 | Opt-Out |
| 5 | 002177 | 2603 | Name on File | 1/30/21 | Opt-Out |
| 5 | 002228 | 2664 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003658 | 4316 | Name on File | 2/16/21 | Opt-Out |
| 5 | 002266 | 2707 | Name on File | 1/29/21 | Opt-Out |
| 5 | 005411 | 2776 | Name on File | 2/10/21 | Opt-Out |
| 5 | 002368 | 2824 | Name on File | 1/27/21 | Opt-Out |
| 5 | 002397 | 2854 | Name on File | 1/30/21 | Opt-Out |
| 5 | 002484 | 2948 | Name on File | 1/28/21 | Opt-Out |
| 5 | 002540 | 3012 | Name on File | 2/9/21 | Opt-Out |
| 5 | 002618 | 3103 | Name on File | 2/12/21 | Opt-Out |
| 5 | 002689 | 3183 | Name on File | 1/27/21 | Opt-Out |
| 5 | 002728 | 3230 | Name on File | 1/27/21 | Opt-Out |
| 5 | 002731 | 3234 | Name on File | 1/28/21 | Opt-Out |
| 5 | 002864 | 3383 | Name on File | 1/27/21 | Opt-Out |
| 5 | 002837 | 3353 | Name on File | 2/27/21 | Opt-Out |
| 5 | 002979 | 3514 | Name on File | 2/18/21 | Opt-Out |
| 5 | 003002 | 3539 | Name on File | 2/10/21 | Opt-Out |
| 5 | 003009 | 3547 | Name on File | 1/26/21 | Opt-Out |
| 5 | 003080 | 3633 | Name on File | 2/26/21 | Opt-Out |
| 5 | 003103 | 3661 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005354 | 3748 | Name on File | 2/9/21 | Opt-Out |
| 5 | 003232 | 3808 | Name on File | 1/30/21 | Opt-Out |
| 5 | 003294 | 3893 | Name on File | 2/8/21 | Opt-Out |

| CRED INC ||||||
|---|---|---|---|---|---|
| Opt Out Report as of 3/3/2021 ||||||
| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
| 5 | 005605 | 6795 | Name on File | 2/17/21 | Opt-Out |
| 5 | 003380 | 3992 | Name on File | 3/2/21 | Opt-Out |
| 5 | 003435 | 4059 | Name on File | 2/2/21 | Opt-Out |
| 5 | 003453 | 4078 | Name on File | 2/21/21 | Opt-Out |
| 5 | 003459 | 4085 | Name on File | 2/3/21 | Opt-Out |
| 5 | 003501 | 4136 | Name on File | 2/20/21 | Opt-Out |
| 5 | 003530 | 4166 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003538 | 4177 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003559 | 4204 | Name on File | 1/29/21 | Opt-Out |
| 5 | 005421 | 4211 | Name on File | 3/2/21 | Opt-Out |
| 5 | 003603 | 4253 | Name on File | 2/14/21 | Opt-Out |
| 5 | 003634 | 4287 | Name on File | 2/4/21 | Opt-Out |
| 5 | 003648 | 4301 | Name on File | 2/20/21 | Opt-Out |
| 5 | 003714 | 4382 | Name on File | 2/24/21 | Opt-Out |
| 5 | 003785 | 4454 | Name on File | 1/28/21 | Opt-Out |
| 5 | 003786 | 4455 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003858 | 4538 | Name on File | 2/24/21 | Opt-Out |
| 5 | 003866 | 4546 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003895 | 4584 | Name on File | 1/29/21 | Opt-Out |
| 5 | 003913 | 4605 | Name on File | 2/10/21 | Opt-Out |
| 5 | 003964 | 4663 | Name on File | 2/24/21 | Opt-Out |
| 5 | 003969 | 4672 | Name on File | 1/29/21 | Opt-Out |
| 5 | 003974 | 4682 | Name on File | 1/27/21 | Opt-Out |
| 5 | 004016 | 4732 | Name on File | 2/15/21 | Opt-Out |
| 5 | 004124 | 4859 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005830 | 7330 | Name on File | 2/7/21 | Opt-Out |
| 5 | 004191 | 4942 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005836 | 7336 | Name on File | 2/7/21 | Opt-Out |
| 5 | 005577 | 5051 | Name on File | 2/22/21 | Opt-Out |
| 5 | 005481 | 5075 | Name on File | 2/22/21 | Opt-Out |
| 5 | 004310 | 5081 | Name on File | 1/26/21 | Opt-Out |
| 5 | 004347 | 5130 | Name on File | 2/3/21 | Opt-Out |
| 5 | 005458 | 5137 | Name on File | 2/19/21 | Opt-Out |
| 5 | 005423 | 5138 | Name on File | 2/7/21 | Opt-Out |
| 5 | 004371 | 5164 | Name on File | 2/21/21 | Opt-Out |
| 5 | 004495 | 5311 | Name on File | 1/27/21 | Opt-Out |
| 5 | 004549 | 5375 | Name on File | 1/26/21 | Opt-Out |
| 5 | 004585 | 5416 | Name on File | 1/27/21 | Opt-Out |

| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
|---|---|---|---|---|---|
|  | **CRED INC** |||||
|  | **Opt Out Report as of 3/3/2021** |||||
| 5 | 004646 | 5486 | Name on File | 2/5/21 | Opt-Out |
| 5 | 004749 | 5599 | Name on File | 2/24/21 | Opt-Out |
| 5 | 004756 | 5608 | Name on File | 2/13/21 | Opt-Out |
| 5 | 004807 | 5669 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005489 | 16 | Name on File | 2/10/21 | Opt-Out |
| 5 | 004932 | 5822 | Name on File | 2/10/21 | Opt-Out |
| 5 | 004959 | 5857 | Name on File | 1/27/21 | Opt-Out |
| 5 | 004992 | 5892 | Name on File | 2/15/21 | Opt-Out |
| 5 | 005890 | 7392 | Name on File | 2/12/21 | Opt-Out |
| 5 | 005189 | 6118 | Name on File | 2/6/21 | Opt-Out |
| 5 | 005229 | 6162 | Name on File | 1/30/21 | Opt-Out |
| 5 | 005248 | 6186 | Name on File | 1/27/21 | Opt-Out |
| 5 | 005264 | 6203 | Name on File | 2/1/21 | Opt-Out |
| 4 | 001275 | 1529 | Name on File | 1/26/21 | Opt-Out |
| 4 | 002017 | 2414 | Name on File | 1/26/21 | Opt-Out |
| 4 | 002242 | 2679 | Name on File | 2/22/21 | Opt-Out |
| 4 | 003017 | 3557 | Name on File | 1/29/21 | Opt-Out |
| 4 | 003195 | 3769 | Name on File | 1/31/21 | Opt-Out |
| 5 | 001121 | 1354 | Name on File | 1/27/21 | Opt-Out |
| 5 | 003658 | 4316 | Name on File | 1/26/21 | Opt-Out |
| 5 | 005458 | 5137 | Name on File | 1/28/21 | Opt-Out |