## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the United States Bankruptcy Court for the District of Delaware (the "**Court**") has provided the hearing date set forth on the proposed order, attached hereto, for the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").

WHEREFORE, the Debtors request that the Court enter the proposed order, attached hereto, at its earliest convenience.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated: March 4, 2021
     Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
            mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice)*
Avram Emmanuel Luft (admitted *pro hac vice)*
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
            aviluft@paulhastings.com

*Co-Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) |  |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| April 1, 2021 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 5 Wilmington, Delaware 19801 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.