**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                     Debtors.[1] | )<br>)  Chapter 11<br>)<br>)  Case No. 20-12836 (JTD)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re Docket No. \_\_\_\_** |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING PERIODS TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the Motion (the "Motion") of Cred Inc. ("Cred") and its affiliated debtors and debtors in possession (the "Debtors") pursuant to sections 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") seeking entry of an order extending the Exclusive Periods;[2] and upon consideration of the Motion; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the Plan Support Agreement. A copy of the Plan Support Agreement is annexed as Exhibit A to the Motion and incorporated herein by reference.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Filing Period is extended through and including **May 24, 2021**.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Solicitation Period is extended through and including **July 20, 2021**.

3. The extension of the Exclusive Periods granted in this Order is without prejudice to the Debtors seeking further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.