UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) | **Re: Docket No. 380** |

**NOTICE OF FILING OF MODIFIED COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on January 21, 2021, Cred Inc. ("**Cred**") and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**") filed the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 380] (as may be amended from time to time, the "**Combined Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on March 5, 2021, the Debtors filed the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "**Modified Combined Plan**") in the above-captioned Chapter 11 Cases. Capitalized terms used herein and not otherwise defined have the meanings given to them in the Modified Combined Plan.

**PLEASE TAKE FURTHER NOTICE** that the Modified Plan is attached hereto as **Exhibit A**. For convenience, a blacklined version comparing the Combined Plan with the Modified Combined Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Modified Combined Plan. To the extent material modifications are made to the Modified Combined Plan, the Debtors will file an additional redline version with the Bankruptcy Court prior to the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider confirmation of the Modified Combined Plan (the "**Confirmation Hearing**") is scheduled to commence on **March 9, 2021 at 2:00 p.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors without further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

notice other than adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan, Modified Combined Plan, and related documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Donlin Recano & Company, Inc., by: (i) calling the Debtors' restructuring information center at 1-877-739-9988, and/or (ii) visiting the Debtors' restructuring website at https://donlinrecano.com/Clients/cred/Index. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at https://ecf.deb.uscourts.gov.

[*Remainder of page intentionally left blank.*]

Dated: March 5, 2021
      Wilmington, Delaware

/s/ Scott D. Cousins

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
          aviluft@paulhastings.com

*Co-Counsel to the Debtors*