# EXHIBIT C

| **CRED INC** |
| **Opt Out Election and Abstained or Rejected Vote on Plan as of 3/3/2021** |

| Class | Ballot ID | Acct No. | Creditor Name | Vote | Vote Date | Opt Out |
|---|---|---|---|---|---|---|
| 4 | 001415 | 1695 | Name on File | REJECT | 2/27/21 | Opt-Out |
| 4 | 001790 | 2145 | Name on File | REJECT | 2/19/21 | Opt-Out |
| 4 | 002175 | 2601 | Name on File | REJECT | 2/23/21 | Opt-Out |
| 4 | 002286 | 2732 | Name on File | REJECT | 2/25/21 | Opt-Out |
| 4 | 005537 | 3090 | Name on File | REJECT | 2/28/21 | Opt-Out |
| 4 | 005601 | 6348 | Name on File | REJECT | 2/28/21 | Opt-Out |
| 4 | 005318 | 7084 | Name on File | REJECT | 3/2/21 | Opt-Out |
| 4 | 005389 | 3897 | Name on File | REJECT | 3/1/21 | Opt-Out |
| 4 | 003458 | 4084 | Name on File | REJECT | 2/24/21 | Opt-Out |
| 4 | 005569 | 4695 | Name on File | REJECT | 2/26/21 | Opt-Out |
| 4 | 005575 | 4972 | Name on File | REJECT | 2/10/21 | Opt-Out |
| 4 | 004379 | 5172 | Name on File | REJECT | 2/28/21 | Opt-Out |
| 4 | 005459 | 5254 | Name on File | ABSTAIN | 2/26/21 | Opt-Out |
| 4 | 005428 | 5714 | Name on File | REJECT | 3/1/21 | Opt-Out |
| 4 | 005608 | 7086 | Name on File | ABSTAIN | 3/1/21 | Opt-Out |
| 4 | 005093 | 6005 | Name on File | REJECT | 2/26/21 | Opt-Out |
| 4 | 005094 | 6006 | Name on File | REJECT | 2/26/21 | Opt-Out |
| 4 | 005235 | 6168 | Name on File | REJECT | 2/23/21 | Opt-Out |
| 5 | 000116 | 142 | Name on File | REJECT | 2/4/21 | Opt-Out |
| 5 | 005495 | 496 | Name on File | REJECT | 1/27/21 | Opt-Out |
| 5 | 005379 | 1203 | Name on File | REJECT | 1/27/21 | Opt-Out |
| 5 | 001239 | 1488 | Name on File | REJECT | 2/2/21 | Opt-Out |
| 5 | 005449 | 2173 | Name on File | REJECT | 1/30/21 | Opt-Out |
| 5 | 001817 | 2177 | Name on File | REJECT | 2/10/21 | Opt-Out |
| 5 | 002228 | 2664 | Name on File | REJECT | 1/27/21 | Opt-Out |
| 5 | 002484 | 2948 | Name on File | ABSTAIN | 1/28/21 | Opt-Out |
| 5 | 002618 | 3103 | Name on File | REJECT | 2/12/21 | Opt-Out |
| 5 | 002728 | 3230 | Name on File | REJECT | 1/27/21 | Opt-Out |
| 5 | 005421 | 4211 | Name on File | ABSTAIN | 3/2/21 | Opt-Out |
| 5 | 003913 | 4605 | Name on File | REJECT | 2/10/21 | Opt-Out |
| 5 | 004124 | 4859 | Name on File | REJECT | 1/27/21 | Opt-Out |
| 5 | 004310 | 5081 | Name on File | REJECT | 1/26/21 | Opt-Out |
| 5 | 004756 | 5608 | Name on File | REJECT | 2/13/21 | Opt-Out |
| 5 | 005229 | 6162 | Name on File | REJECT | 1/30/21 | Opt-Out |
| 5 | 005264 | 6203 | Name on File | REJECT | 2/1/21 | Opt-Out |
| 4 | 002242 | 2679 | Name on File | REJECT | 2/22/21 | Opt-Out |