# EXHIBIT D

| Class | Ballot ID | Acct No. | Creditor Name | Vote | Vote Date | Opt Out |
|---|---|---|---|---|---|---|
| | **CRED INC** | | | | | |
| | **Opt Out Election made Waiver Report as of 3/3/2021** | | | | | |
| 4 | 000242 | 303 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 000391 | 483 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 005486 | 6231 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 001043 | 1260 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 001205 | 1450 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 002076 | 2483 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 002101 | 2513 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 005539 | 3185 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 003191 | 3765 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 004301 | 5070 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 004378 | 5171 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 004617 | 5454 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 004862 | 5739 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 005176 | 6101 | Name on File | ACCEPT | 3/2/21 | Opt-Out |
| 4 | 005201 | 6130 | Name on File | ACCEPT | 3/2/21 | Opt-Out |