# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>            Debtors.[1]<br><br>―――――――――――――――――<br><br>JAMES ALEXANDER,<br><br>            Appellant,<br><br>    v.<br><br>CRED CAPITAL, INC.,<br><br>            Appellee. | Civil Action No, 21-cv-240<br><br>Bankruptcy Case No. 20-12836<br>Bankruptcy BAP No. 21-05 |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a)(1), Appellant James Alexander ("Appellant") hereby submits this designation of the record on appeal and statement of issues on appeal in connection with his appeal from the United States Bankruptcy Court for the District of Delaware's (the "Bankruptcy Court") Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [Docket No. 152] and respectfully states as follows:

## DESIGNATION OF THE RECORD ON APPEAL

Appellant hereby designates the following pleadings and other documents as the record on appeal:

| ITEM NO. | FILING DATE | ECF DOC. NO. | PLEADING.DOCUMENT |
|---|---|---|---|
| 1 | 12/08/2020 | 152 | Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| | | | |
|---|---|---|---|
| 2 | 12/08/2020 | 157 | Corrective Notice of Hearing |
| 3 | 12/14/2020 | 191 | The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee |
| 4 | 12/15/2020 | 217 | Reply to the Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee |
| 5 | 12/30/2020 | 296 | Objection of Debtors to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 6 | 12/30/2020 | 297 | Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection of Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 7 | 01/04/2021 | 306 | Notice of James Alexander's Intention to Call Witnesses for January 6, 2021 Hearing |
| 8 | 01/05/2021 | 316 | Notice of Rescheduled Hearing on Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 9 | 01/21/2021 | 386 | Declaration of Daniel F. Wheeler Re Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 10 | 01/25/2021 | 414 | Notice of Intent to Serve Subpoena Upon Daniel Wheeler |
| 11 | 01/25/2021 | 415 | Notice of Intent to Serve Subpoena Upon James Alexander |
| 12 | 01/28/2021 | 433 | Declaration of Grant Lyon in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 13 | 01/28/2021 | 434 | Declaration of Matthew K. Foster in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 14 | 01/29/2021 | 435 | Revised Notice of James Alexander's Intention to Call Witnesses for February 3, 2021 Hearing |

| 15 | 02/01/2021 | 450 | James Alexander's Exhibit List for February 3, 2021 Hearing |
| --- | --- | --- | --- |
| 16 | 02/03/2021 | 462 | Debtor's Exhibit List for February 3, 2021 Hearing |
| 17 | 02/03/2021 | 468 | Minute Entry Re: 465; Telephonic Hearing Held Re: 152 and 279; motion to dismiss (152) is DENIED; revised order incorporating the Court's ruling to be submitted under certification of counsel and uploaded for signing; motion to enter into PSA agreement (279) is GRANTED; revised order to be submitted under certification of counsel and uploaded for signing; Appearances: (See Attached Registration Sheets) (RC) |
| 18 | 02/05/2021 | 482 | Transcript regarding Hearing Held 2/3/2021 RE: Omnibus. Remote electronic access to the transcript is restricted until 5/6/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 2/16/2021. Redaction Request Due By 2/26/2021. Redacted Transcript Submission Due By 3/8/2021. Transcript access will be restricted through 5/6/2021. (related document(s)468) (JS) |
| 19 | 02/05/2021 | 487 | Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case (Related Document(s) 152, 484) Order Signed on 2/5/2021. (RC) |

## **STATEMENT OF THE ISSUES ON APPEAL**

Appellant hereby states the following as the issues on appeal pursuant to Fed. R. Bankr. P.

3


8009(a)(1)(A):

1.   Did the bankruptcy court err as a matter of law in concluding that Debtor Cred Capital, Inc.'s Certificate of Incorporation filed with the Delaware Secretary of State on March 10, 2020, was improperly filed?

2.   Did the bankruptcy court err as a matter of law in concluding that Cred Capital's voluntary chapter 11 petition was thus properly filed, and Cred Capital's bankruptcy case (Bankr. D. Del. 20-12838) is properly before this Court?

3.   Did the bankruptcy court err as a matter of law in denying the Motion of James Alexander to Dismiss the Cred Capital, Inc. Bankruptcy Case?

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  March 8, 2021