# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　Debtors.[1]<br><br>―――――――――――――――<br><br>JAMES ALEXANDER,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　　Appellee. | Civil Action No. 21-cv-241<br><br>Bankruptcy Case No. 20-12836<br>Adv. Pro. No. 20-51006<br>BAP No. 21-06 |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a)(1), Appellant James Alexander ("Appellant") hereby submits this designation of the record on appeal and statement of issues on appeal in connection with his appeal from the United States Bankruptcy Court for the District of Delaware's (the "Bankruptcy Court") Order

## DESIGNATION OF THE RECORD ON APPEAL

Appellant hereby designates the following pleadings and other documents as the record on appeal:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| ITEM NO. | FILING DATE | ADV. DOC. NO. | PLEADING.DOCUMENT |
|---|---|---|---|
| 1 | 02/03/2021 | 6 | Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief |
| 2 | 02/03/2021 | 7 | Declaration in Support Declaration of Joseph B. Evans in Support of the Emergency Motion of the Official Committee of Unsecured Creditors |
| 3 | 02/03/2021 | 8 | Declaration of Pamela A. Clegg in Support of the Emergency Motion of the Official Committee of Unsecured Creditors |
| 4 | 02/03/2021 | 9 | Notice of Video Hearing on (A) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Intervene in the Adversary Action and (B) Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) A Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief |
| 5 | 02/04/2021 | 10 | Notice of Committee's Intent to Offer Witness Testimony at February 5, 2021 Hearing |
| 6 | 02/05/2021 | 12 | Declaration in Support Supplemental Declaration of Pamela A. Clegg in Support of the Emergency Motion of the Official Committee of Unsecured Creditors |
| 7 | 02/05/2021 | 13 | Response of James Alexander to Emergency Motion of the Official Committee For an Entry of an Order Granting (I) A Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief |
| 8 | 02/05/2021 | 14 | Minute Entry Re: 11; Telephonic Hearing Held Re: 5 and 6; unsecured creditor committee's emergency motion to intervene (5) is GRANTED; order to be |

| | | | |
|---|---|---|---|
| | | | signed; unsecured creditor committee's emergency motion for temporary restraining order (6) is GRANTED; order incorporating the Court's ruling on the record to be submitted under certification of counsel and uploaded for signing; Appearances: (See Attached Registration Sheet) (RC) |
| 9 | 02/05/2021 | 17 | Transcript regarding Hearing Held 2/5/2021 RE: Omnibus. Remote electronic access to the transcript is restricted until 5/6/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 2/16/2021. Redaction Request Due By 2/26/2021. Redacted Transcript Submission Due By 3/8/2021. Transcript access will be restricted through 5/6/2021. (JS) (Entered: 02/05/2021) |
| 10 | 02/05/2021 | 19 | Order Approving Emergency Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief |

**STATEMENT OF THE ISSUES ON APPEAL**

Appellant hereby states the following as the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1. Did the Court err when it granted equitable relief based on the Court's prior findings in connection with Appellant's motion to dismiss the Cred Capital, Inc. bankruptcy case?

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

3

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: March 8, 2021