IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　Debtors.[1]<br><br>―――――――――――――――――<br><br>JAMES ALEXANDER,<br><br>　　　　　Appellant,<br><br>　v.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　Appellee. | Civil Action No. 21-cv-241<br><br>Bankruptcy Case No. 20-12836<br>Adv. Pro. No. 20-51006<br>BAP No. 21-06 |

**CERTIFICATE OF SERVICE**

I, Geoffrey G. Grivner, do hereby certify that on the 8th day of March, 2021, I caused a copy of the foregoing Designation Of Record And Statement Of Issues On Appeal to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

**Appellee:**

1. **Official Committee of Unsecured Creditors**

    David R. Hurst
    MCDERMOTT WILL & EMERY LLP
    The Nemours Building
    1007 North Orange Street
    4th Floor
    Wilmington, DE 19801
    Telephone:  (302) 485-3930

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Facsimile: (302) 351-8711
Email: dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5423
Email: dazman@mwe.com
       jbevans@mwe.com
       twwalsh@mwe.com

- and -

Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone: (305) 358-3500
Email: gsteinman@mwe.com

**Interested Parties:**

1. **Cred Inc., Cred (US) LLC, Cred Capital, Inc., Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors**

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081
    Facsimile: (302) 295-0331
    Email: scott.cousins@cousins-law.com

    - and -

    James T. Grogan
    Mack Wilson
    PAUL HASTINGS LLP
    600 Travis Street, Fifty-Eighth Floor
    Houston, Texas 77002

Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
      mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
      derekcash@paulhastings.com

2. **Examiner**

    Katharina Earle
    Gregory A. Taylor
    ASHBY & GEDDES, P.A.
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19801
    Telephone: (302) 504-3729
    Facsimile: (302) 654-2067
    Email: kearle@ashbygeddes.com
          gtaylor@ashbygeddes.com

    - and -

    Andrew Carty
    Michael Reining
    BROWN RUDNICK
    Seven Times Square
    New York, NY 10036
    Telephone: (212) 209-4800
    Fax: (212) 209-4801
    Email: acarty@brownrudnick.com
          mreining@brownrudnick.com

3. **United States Trustee**

    Joseph James McMahon, Jr.
    John Henry Schanne, II
    UNITED STATES DEPARTMENT OF JUSTICE

844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Telephone: (302) 573-6491
Fax: (302) 573-6497
Email:  joseph.mcmahon@usdoj.gov
             John.schanne@usdoj.gov

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/  Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile:  (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: March 8, 2021