EXHIBIT B

Expense Summary

**CRED, INC., *ET AL*.**

**EXPENSE SUMMARY**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying/Mail out Services | Reliable | $1,062.15 |
| Computer Research | Westlaw/Lexis/PACER | $12,601.63 |
| Computer Hosting Fees[1] | Relativity | $137.28 |
| Computer Usage Charge – Data Review & Production Software[2] | Relativity | $113.30 |
| Court Fees | CourtCall | $656.25 |
| Court Filing Fees | | $50.00 |
| Hearing Transcript Fees | Reliable | $2,642.50 |
| Postage/Express Mail | Reliable | $62.55 |
| Case Website Hosting & Maintenance | Stretto | $332.58 |
| Professional Services/Consultants | Ciphertrace | $20,250.00 |
| **TOTALS** | | **$37,908.24** |

---

[1] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Hosting Fees" includes monthly hosting fees related to McDermott's license of Relativity's document hosting software, specifically the cost to use and maintain both the related servers and necessary network storage.

[2] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Usage Charge – Data Review & Production Software" includes monthly document processing, extraction, and conversion fees related to McDermott's license of Relativity's document hosting software.



UCC in re Cred LLC

| | |
|---|---|
| Client: | 113270 |
| Invoice: | 3484724 |
| Invoice Date: | 03/05/2021 |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 12/16/20 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096384 DATE: 12/16/2020 - mailout services | 639.92 |
| 12/17/20 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096447-1 DATE: 12/17/2020 - mailout services | 124.40 |
| 12/18/20 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11013496 DATE: 12/18/2020 - telephonic appearance for P. Clegg for 12/18/20 hearing | 22.50 |
| 12/26/20 | Court Fees (VAT Taxable)<br>VENDOR: BMO Harris Bank NA INVOICE#: 2064122620LS DATE: 12/26/2020 - 12/7/2020 DE Dist Court - Pro Hac Vice fees - G. Steinman | 25.00 |
| 12/26/20 | Court Fees (VAT Taxable)<br>VENDOR: BMO Harris Bank NA INVOICE#: 2064122620LS DATE: 12/26/2020 - 12/9/2020 DE Dist | 25.00 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Client: | 113270 |
|---|---|---|---|
| UCC in re Cred LLC | | Invoice: | 3484724 |
| | | Invoice Date: | 03/05/2021 |

| Date | Description | Amount |
|---|---|---:|
| 12/28/20 | Court - Pro Hac Vice fees - J. Evans<br>Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL096536<br>DATE: 12/28/2020 - transcript for 12/18/20 hearing | 1,236.00 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 4841559-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 0.20 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 4841559-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 1.10 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 4841559-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 0.90 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 93.20 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 10.50 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 58.50 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 0.30 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 36.30 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 3.70 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604266-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 66.90 |
| 12/31/20 | Computer Research | 113.60 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Client: | 113270 |
|---|---|---|---|
| UCC in re Cred LLC | | Invoice: | 3484724 |
| | | Invoice Date: | 03/05/2021 |

| Date | Description | Amount |
|---|---|---:|
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604251-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 35.40 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604251-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 12.40 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604251-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 4.00 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604250-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 9.70 |
| 12/31/20 | Computer Research<br>Pacer; Invoice# 2604250-Q42020; Invoice Date: 02/10/2021; usage from 10/01/2020 to 12/31/2020. | 16.80 |
| 01/05/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096691 DATE: 1/5/2021 - mailout services | 147.30 |
| 01/05/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096702 DATE: 1/5/2021 - mailout services | 95.60 |
| 01/05/21 | Postage<br>15361 | 32.00 |
| 01/05/21 | Postage<br>15361 | 7.05 |
| 01/05/21 | Professional Services/Consultants<br>VENDOR: CipherTrace Inc INVOICE#: 804 DATE: 1/5/2021 - Professional Fees | 13,125.00 |
| 01/06/21 | Court Fees<br>VENDOR: CourtCall LLC INVOICE#: 11029233 DATE: 1/6/2021 - telephonic appearance for D. Hurst for 1/6/21 hearing | 96.00 |
| 01/06/21 | Court Fees | 111.75 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.


McDermott Will & Emery

| | | | |
|---|---|---|---|
| UCC in re Cred LLC | | Client: | 113270 |
| | | Invoice: | 3484724 |
| | | Invoice Date: | 03/05/2021 |

| Date | Description | Amount |
|---|---|---|
| 01/06/21 | VENDOR: CourtCall LLC INVOICE#: 11029229 DATE: 1/6/2021 - telephonic appearance for J. Evans for 1/6/21 hearing<br>Court Fees | 106.50 |
| 01/06/21 | VENDOR: CourtCall LLC INVOICE#: 11029219 DATE: 1/6/2021 - telephonic appearance for P. Clegg for 1/6/21 hearing<br>Court Fees | 127.50 |
| 01/06/21 | VENDOR: CourtCall LLC INVOICE#: 11032250 DATE: 1/6/2021 - telephonic appearance for S. Ashworth for 1/6/21 hearing<br>Credit Card Calls | 122.25 |
| 01/06/21 | VENDOR: CourtCall LLC INVOICE#: 11029203 DATE: 1/6/2021 - Telephonic Hearing 1/6<br>Credit Card Calls | 69.75 |
| 01/10/21 | VENDOR: CourtCall LLC INVOICE#: 11029239 DATE: 1/6/2021 - Telephonic Hearing 1/6/21<br>Computer Research<br>Computer Research, GREGG STEINMAN | 111.80 |
| 01/11/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 206.70 |
| 01/11/21 | Computer Research<br>Computer Research, DARREN YANG | 193.05 |
| 01/11/21 | Search Fees<br>VENDOR: Chapter 11 Dockets INVOICE#: 113835 DATE: 1/11/2021 - Chapter 11 Dockets, December 2020 Usage | 48.86 |
| 01/12/21 | Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL096798 DATE: 1/12/2021 - transcript for 1/6/21 hearing | 1,406.50 |
| 01/13/21 | Computer Research<br>Computer Research, DARREN YANG | 128.70 |
| 01/13/21 | Express Mail<br>FedEx #724981043 - 772617235397, ROSLYN HEIGHTS | 23.50 |
| 01/14/21 | Outside Copy Services<br>VENDOR: Reliable Copy Service INVOICE#: WL096840 | 54.93 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Client: | 113270 |
|---|---|---|---|
| UCC in re Cred LLC | | Invoice: | 3484724 |
| | | Invoice Date: | 03/05/2021 |

| Date | Description | Amount |
|---|---|---:|
| 01/15/21 | Computer Research<br>DATE: 1/14/2021 - binder and mailout services<br>Computer Research, GREGG STEINMAN | 860.60 |
| 01/17/21 | Computer Research<br>Computer Research, DARREN YANG | 514.80 |
| 01/18/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 525.20 |
| 01/18/21 | Computer Research<br>Computer Research, DARREN YANG | 707.85 |
| 01/19/21 | Maintenance Fee<br>VENDOR: Stretto INVOICE#: 4504 DATE: 1/19/2021   -  Case Website Hosting & Maintenance | 332.58 |
| 01/20/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 826.80 |
| 01/22/21 | Computer Research<br>Computer Research, DANIEL THOMSON | 309.97 |
| 01/22/21 | Computer Research<br>Computer Research, DANIEL THOMSON | 61.75 |
| 01/25/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 413.40 |
| 01/27/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 206.70 |
| 01/27/21 | Computer Research<br>Computer Research, DARREN YANG | 64.35 |
| 01/28/21 | Computer Research<br>Computer Research, GREGG STEINMAN | 2,195.70 |
| 01/28/21 | Computer Research<br>Computer Research, DARREN YANG | 1,608.75 |
| 01/28/21 | Professional Services/Consultants<br>VENDOR: CipherTrace Inc INVOICE#: 831 DATE: 1/28/2021 - forensic and expert witness consulting fees | 7,125.00 |
| 01/29/21 | Computer Research<br>Computer Research, DARREN YANG | 1,415.70 |
| 01/30/21 | Computer Research<br>Computer Research, DARREN YANG | 386.10 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | | |
|---|---|---|---|
| UCC in re Cred LLC | | Client: | 113270 |
| | | Invoice: | 3484724 |
| | | Invoice Date: | 03/05/2021 |

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/21 | Computer Hosting Fees<br>January monthly fee for data hosting (Relativity) | | 137.28 |
| 01/31/21 | Computer Research<br>Computer Research, DARREN YANG | | 1,351.35 |
| 01/31/21 | Computer Usage Charge - Data Review & Production Software<br>January Relativity new data load fee | | 98.00 |
| 01/31/21 | Computer Usage Charge - Data Review & Production Software<br>January fee for Processing Ingestion | | 15.30 |

**Total Costs and Other Charges**     **$37,908.24**

**Total This Invoice**     **$680,766.24**