IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Re: D.I. 281, 376, 431, 552** |

### CERTIFICATE OF NO OBJECTION REGARDING PROPOSED AMENDMENT TO WORK PLAN, AND BUDGET FOR INVESTIGATION, PREPARED AND SUBMITTED BY ROBERT J. STARK, AS EXAMINER

I, Gregory A. Taylor, a member of the law firm Ashby & Geddes, P.A., counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner"), hereby certify the following:

1. On January 20, 2021, the Examiner filed the *Notice of Filing of Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, Examiner* [D.I. 376] (the "Proposed Work Plan and Budget") as required pursuant to the *Order Denying In Part, and Granting In Part, the Trustee/Examiner Motions* [D.I. 281] (the "Examiner Order").

2. On January 28, 2021, the Court entered the *Order Approving Examiner's Proposed Scope, Work Plan, and Budget* approving the Proposed Work Plan and Budget [D.I. 431].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01666871;v1 }

3. On February 24, 2021, the Examiner filed the *Notice of Filing of Proposed Amendment to Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner* [D.I. 552] (the "Proposed Amended Work Plan and Budget").

4. Pursuant to the Examiner Order, responses, if any, to the Proposed Amended Work Plan and Budget were to be filed with the Court and served upon undersigned counsel within "seven (7) days' notice," which was March 3, 2021 at 4:00 p.m. (prevailing Eastern Time). See Examiner Order ¶ 14.

5. As of the date hereof, undersigned counsel have not been served with any objections or responses to the Proposed Amended Work Plan and Budget. A review of the Court's docket indicates that, as of this date, no responses or objections to the Proposed Amended Work Plan and Budget have been filed.

WHEREFORE, the Examiner respectfully requests that the Proposed Order attached to the Proposed Amended Work Plan and Budget as **Exhibit B** be entered at the Court's earliest convenience.

Dated: March 9, 2021  
Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*  
Gregory A. Taylor (DE Bar No. 4008)  
Katharina Earle (DE Bar No. 6348)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
Tel: (302) 654-1888  
Email: gtaylor@ashbygeddes.com  
　　　　kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
         mreining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors*