**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>      Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 380, 602 & 603** |

**NOTICE OF FILING OF <u>*REVISED*</u> PROPOSED ORDER CONFIRMING MODIFIED FIRST AMENDED COMBINED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

PLEASE TAKE NOTICE that on March 5, 2021, Cred Inc. ("**Cred**") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 602] (as may be amended from time to time, the "**Modified Combined Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that on March 5, 2021, the Debtors filed the *Notice of Filing of Proposed Order Confirming Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 603] (the "**Proposed Confirmation Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised proposed form of order confirming the Modified Combined Plan (the "**Revised Proposed Confirmation Order**"), a copy of which is attached hereto as **Exhibit A**.  For convenience, a blackline version of the Revised Proposed Confirmation Order compared to the Proposed Confirmation Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Modified Combined Plan (the "**Confirmation Hearing**") is scheduled to commence on **March 11, 2021 at 3:00 p.m. (prevailing Eastern Time)** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.  The Confirmation Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors without further notice other than adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Revised Proposed Confirmation Order, substantially in the form attached hereto, to the Bankruptcy Court at the Confirmation Hearing.  To the extent that the Debtors make revisions to the Revised Proposed Confirmation Order prior to the Confirmation Hearing, the Debtors intend to submit another revised form of order to the Bankruptcy Court prior to or at the Confirmation Hearing.

[*Remainder of page intentionally left blank.*]

Dated: March 10, 2021
      Wilmington, Delaware

                                          */s/ Scott D. Cousins*
                                          Scott D. Cousins (No. 3079)
                                          Scott D. Jones (No. 6672)
                                          **COUSINS LAW LLC**
                                          Brandywine Plaza West
                                          1521 Concord Pike, Suite 301
                                          Wilmington, Delaware 19803
                                          Telephone:    (302) 824-7081
                                          Facsimile:     (302) 295-0331
                                          Email:           scott.cousins@cousins-law.com

                                          - and -

                                          James T. Grogan (admitted *pro hac vice*)
                                          Mack Wilson (admitted *pro hac vice*)
                                          **PAUL HASTINGS LLP**
                                          600 Travis Street, Fifty-Eighth Floor
                                          Houston, Texas 77002
                                          Telephone:    (713) 860-7300
                                          Facsimile:     (713) 353-3100
                                          Email:           jamesgrogan@paulhastings.com
                                                                   mackwilson@paulhastings.com

                                          - and -

                                          Pedro A. Jimenez (admitted *pro hac vice*)
                                          Avram Emmanuel Luft (admitted *pro hac vice*)
                                          **PAUL HASTINGS LLP**
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone:    (212) 318-6000
                                          Facsimile:     (212) 319-4090
                                          Email:           pedrojimenez@paulhastings.com
                                                                   aviluft@paulhastings.com

                                          *Co-Counsel to the Debtors*