# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF SECOND *AMENDED*[2] AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR MARCH 11, 2021 AT 3:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[3]

> **PLEASE NOTE: THE HEARING SCHEDULED FOR MARCH 9, 2021 AT 2:00 P.M. (PREVAILING EASTERN TIME) HAS BEEN ADJOURNED BY THE COURT TO MARCH 11, 2021 AT 3:00 P.M. (ET)**
>
> **ALL PARTIES THAT HAVE PREVIOUSLY REGISTERED WITH ZOOM FOR THE MARCH 9, 2021 HEARING ARE NOT REQUIRED TO RE-REGISTER WITH ZOOM FOR THE MARCH 11, 2021 HEARING, AND MAY USE THE SAME REGSITRATION INFORMATION**
>
> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURT CALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsdeihqT4rGIHs5xJ6m1yWM_wQjoiNcW4
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] **Amended Items Appear in Bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**CONTESTED MATTERS GOING FORWARD:**

1. Final Confirmation of Joint Plan and Disclosure Statement

    <u>Objection / Response Deadline</u>:  March 1, 2021 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:

    A.  Objection to Confirmation of Plan on Behalf of the Internal Revenue Service [Docket No. 568, 3/1/2021]

    B.  Objection to Confirmation of Plan filed by James Alexander [Docket No. 569, 3/1/2021]

    C.  [SEALED] Objection to Final Approval of the Adequacy of the Disclosure Statement and Confirmation of the Plan filed by UpgradeYa Investments LLC [Docket No. 570, 3/1/2021]

    D.  Objection to Confirmation of Plan filed by U.S. Trustee [Docket No. 571, 3/1/2021]

    E.  Redacted Objection to Final Approval of the Adequacy of the Disclosure Statement and Confirmation of the Plan filed by UpgradeYa Investments, LLC [Docket No. 572, 3/1/2021]

    <u>Related Documents</u>:

    F.  Chapter 11 Combined Plan & Disclosure Statement [Docket No. 301, 12/31/2020]

    G.  Amended Chapter 11 Combined Plan & Disclosure Statement [Docket No. 380, 1/21/21]

    H.  Order (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures [Docket No. 399, 1/21/21]

I.  Notice of: (I) Interim Approval of Disclosure Statement; (II) Establishment of Voting Record Date; (III) Procedures and Deadline for Voting on Plan; and (IV) Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Related Procedures [Docket No. 411, 1/22/21]

J.  Notice of Filing of Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 533, 2/19/21]

K.  Proof of Publication of Lori Gomez of the Notice of: (I) Interim Approval of Disclosure Statement; (II) Establishment of Voting Record Date; (III) Procedures and Deadline for Voting on Plan; and (IV) Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Related Procedures [Docket No. 575, 3/1/21]

L.  Notice of Filing of Liquidation Trust Agreement [Docket No. 579, 3/2/21]

M.  Notice of Filing of Amended Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 589, 3/4/21]

N.  Declaration of John Burlacu of Donlin, Recano & Company, Inc. Regarding the Solicitation and Tabulation of Votes Cast on the First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 593, 3/4/21]

O.  Memorandum of Law (I) in Support of (A) Final Approval of the Adequacy of Disclosure Statement Under Section 1125 of the Bankruptcy Code and (B) Confirmation of the Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code and (II) Response to Objections to Approval of, and Confirmation of Combined Plan and Disclosure Statement [Docket No. 595, 3/4/21]

P.  Declaration of Matthew K. Foster [Docket No. 595-1, 3/4/21]

Q.  Declaration of Grant Lyon [Docket No. 595-2, 3/4/21]

R.  Amended Chapter 11 Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 602, 3/5/21]

S.  Notice of Filing of Proposed Order Confirming Modified First Amended Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 603, 3/5/21]

T.  Amended Declaration of John Burlacu of Donlin, Recano & Company, Inc. Regarding the Solicitation and Tabulation of Votes Cast on the First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 606, 3/8/21]

U.  Notice of Filing of Revised Causes of Action List Attached as Exhibit A to the Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 608, 3/8/21

**V.  Notice of Filing of Revised Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 619, 3/10/21]**

**W.  Notice of Filing of Revised Proposed Order Confirming Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code [Docket No. 620, 3/10/21]**

Witness Information: The Debtors intend to offer witness testimony through declarations.  To the extent that live testimony is necessary:

Matthew K. Foster will be available to testify from his office in Mesa, Arizona.

Grant Lyon will be available to testify from his office in Utah.

Status:  This matter is going forward.

Dated: March 11, 2021
       Wilmington, Delaware

/s/ Scott D. Cousins
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:        scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:        jamesgrogan@paulhastings.com
                mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:        pedrojimenez@paulhastings.com
                aviluft@paulhastings.com

*Co-Counsel to the Debtors*