| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jamie | Judefind | Delaware Bar Applicant (checklist requirement) | |
| Eric | Reubel | UCC | Dundon |
| Vince | Sullivan | Law360 | |
| Arshabh | Sarda | Elevar | |
| Nicole | Kelly | Bar Applicant | GDWG |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Matthew | Dundon | Official Committee of Unsecured Creditors | Dundon Advisers LLC |
| Earle | Loxton | GrandeLupo LLC | GrandeLupo LLC |
| Grant | Lyon | Cred Inc. | |
| Matt | Foster | Cred Inc | Sonoran Capital |
| Michael | Hammill | Pro per | |
| David | Gay | Ryan Skeers | |
| Darren | Yang | The Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Julius | Hudec | pro per | |
| Gregg | Steinman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Steeve | TISSIER | Creditor | Personal |
| Steve | Lamesch | Myself | |
| Adam | Landis | UpgradeYa Investments,  LLC | Landis Rath & Cobb |
| Cyprien | Noel | NA | |
| Scott | Cousins | Cred Inc | Cousins Law LLC |
| Scott | Shelley | Cred Inc. | Paul Hastings LLP |
| Mack | Wilson | Cred Inc. | Paul Hastings LLP |
| Pablo | Bonjour | Debtor | MACCO/Cousins |
| Mark | Friedler | Cred Creditors Committee | Dundon Advisers |
| Becky | Yerak | Wall Street Journal | |
| Kimberly | Brown | UpgradeYa Investments,  LLC | Landis Rath & Cobb |
| Robert | Stark | Robert J. Stark,  Examiner | Brown Rudnick LLP |
| Grant | Lyon | Debtor - Board Member | Arete Capital |
| Gregory | Taylor | Robert J. Stark,  Examiner | Ashby & Geddes,  P.A. |
| Benyamin | Abrishamchi | Creditor | |
| Jason | Spencer | none | |
| James | Grogan | Cred Inc. | Paul Hastings LLP |
| Daniel | Gill | Bloomberg law | |
| Jeffrey | Kaplan | BCAS | BCAS |

| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb |
|---------|--------|----------------------------|--------------------|
| Lisa | Peters | Interested Creditor | Kutak Rock LLP |
| E. Patrick | Gilman | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Nicolas | Jenner | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Avi | Luft | Cred Inc. | Paul Hastings LLP |
| Scott | Jones | Cred Inc. | Cousins Law LLC |
| Augustus | Curtis | United States of America | United States Department of Justice |
| John | Burlacu | Cred Inc. | Donlin Recano |
| Uday | Gorrepati | N/A (ABI Project) | |
| Alex | Mazier | FA to UCC | Dundon Advisers |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Mark | Pfeiffer | James Alexander | Buchanan Ingersoll Rooney |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Irena | Goldstein | Cred Inc. | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Geoffrey | Grivner | James Alexander | Buchanan Ingersoll Rooney |
| Timothy | Fox | U.S. Trustee | Office of the U.S. Trustee |
| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |