# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | Jointly Administered |
|  | ) | **Related to Docket No. 584, 586** |

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) AUTHORIZING EXAMINATIONS AND (II) DIRECTING THE PRODUCTION OF DOCUMENTS

The undersigned, counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies as follows:

1. On March 3, 2021, the Committee filed under seal the *Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents* [Docket No. 584] (the "2004 Motion"), thereby requesting authority to seek the production of documents and the examination of witnesses related to certain transactions.

2. On March 3, 2021, the Committee filed the *Notice of Filing of Proposed Redacted Version of Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents* [Docket No. 586] (the "Redacted 2004 Motion").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

3.  Pursuant to the Notice of Motion, objections to the 2004 Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. on March 10, 2021 (the "Objection Deadline"). The Objection Deadline has passed, and no objections to the 2004 Motion appear on the docket or were served upon undersigned counsel.

4.  On March 11, 2021, the Court entered an order [Docket No. 629] (the "Confirmation Order") confirming and approving the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Plan"), thereby approving the establishment of the Cred Liquidation Trust (the "Trust") and the appointment of the trustees of the Trust (the "Trustees"). Pursuant to the Plan and Confirmation Order, all of the Debtors' estates' assets will be transferred to the Trust on the effective date of the Plan (the "Effective Date"), and the Trustees shall have the right to commence, litigate, and settle any causes of action so transferred.  Because the Committee anticipates that the Effective Date will occur in the near future, the Committee seeks to amend the proposed order granting the 2004 Motion so that the relief provided by such order extends to the Trust and the Trustees.

5.  Attached hereto as **Exhibit A**, for the Court's consideration, is a revised proposed form of order (the "Revised Proposed Order) extending the relief requested in the 2004 Motion to the Trust and the Trustees.  A blackline version of the Revised Proposed Order reflecting all changes from the form of order submitted with the 2004 Motion is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

6.     Accordingly, the Committee respectfully requests that the Court enter the order attached hereto as **Exhibit A** at the convenience of the Court.

Dated:  Wilmington, Delaware
        March 15, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

*Counsel to the Official Committee
of Unsecured Creditors*