# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR MARCH 17, 2021 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJIsdO2qqzouHv_F9izn74Okuj1ilmyXYuU
**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**MATTERS GOING FORWARD:**

1. Motion to Withdraw as Attorney of Record for James Alexander [Docket No. 542, 2/23/21]

    Objection / Response Deadline:  March 10, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    > Informal comments from the Official Committee of Unsecured Creditors

    Status:  This matter is going forward.

2. [SEALED] Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents [Docket No. 584, 3/3/21]

    Objection / Response Deadline:  March 10, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    > None

    Related Documents:

    > A.  Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Rule 2004 Motion Under Seal [Docket No. 585, 03/03/2021].
    >
    > B.  Notice of Filing of Proposed Redacted Version of Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents [Docket No. 586, 03/03/2021].
    >
    > C.  Certificate of No Objection with Respect to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Rule 2004 Motion Under Seal [Docket No. 634, 3/15/21].
    >
    > D.  Certification of Counsel Regarding Omnibus Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing Examinations and (II) Directing the Production of Documents [Docket No. 635, 3/15/21]

    Status:  A Certification of Counsel has been filed with regard to the Motion. This matter is only going forward to the extent that the Court has questions.

Dated: March 15, 2021
    Wilmington, Delaware

*/s/ Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
          aviluft@paulhastings.com

*Co-Counsel to the Debtors*