## EXHIBIT A

**FEE STATEMENTS FOR THE INTERIM FEE PERIOD**
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 45 | February 1–28, 2021 | $64,995.00 (80% of which is $51,996.00) | $728.45 |

# Cousins Law

Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE  19803
Telephone: (302) 824-7081

# INVOICE

Date: 03/08/2021
Due On: 04/07/2021

Cred Inc. and Cred (US) LLC
3 East Third Avenue
San Mateo, CA 94401

## 10013-Cred Inc. and Cred (US) LLC

## Chapter 11 Bankruptcy

**For Services Rendered**

| Professional | Date | Quantity | Notes | Rate | Total |
|---|---|---|---|---|---|
| AH | 02/01/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: Revise and File Agenda for 2-3-21 | $150.00 | $90.00 |
| SDC | 02/01/2021 | 0.10 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Teleconference with Leonarda Gjoni regarding inquiry of the creditors committee | $750.00 | $75.00 |
| SDC | 02/01/2021 | 2.10 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize for filing agenda letter for Feb. 3rd hearing (1.4); teleconference with Avi Luft regarding same (0.2); emails with Avi Luft and James Grogan regarding same (0.3); teleconference with James Grogan regarding same (0.1); conference with Aran Heining regarding same (0.1) | $750.00 | $1,575.00 |
| SDC | 02/01/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review retention applications of Brown Rudnick and Ashby on behalf of examiner | $750.00 | $225.00 |
| SDC | 02/01/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review letter from counsel for Inamullah regarding demand letter (0.1); teleconference with | $750.00 | $600.00 |

|  |  |  | Jorian Rose regarding transfer of UPT tokens and related issues (0.3); emails related to same (0.2); review draft stipulation for turnover prepared by counsel for Uphold (0.2) |  |  |
|---|---|---|---|---|---|
| SDC | 02/01/2021 | 0.40 | A101 Plan and prepare for L210 Pleadings: Review exhibit list filed by Alexander's counsel (0.1); review and revise draft exhibit list for Cred (0.3) | $750.00 | $300.00 |
| SDC | 02/01/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review Donlin's interim vote tabulation related to plan | $750.00 | $150.00 |
| AH | 02/02/2021 | 1.10 | A101 Plan and prepare for L140 Document/File Management: Draft and Revise Exhibits List for 2-3 Hearing | $150.00 | $165.00 |
| AH | 02/02/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File CNO for MACCO Monthly Fee Application | $150.00 | $60.00 |
| SDC | 02/02/2021 | 0.40 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review email from Darren Azman regarding derivative stipulation and filing of certification of counsel (0.1); teleconference with James Grogan regarding same (0.2); follow-up emails regarding same (0.1) | $750.00 | $300.00 |
| SDC | 02/02/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Jorian Rose, Michael Sabella, Darren Azman, Joe Evans and Gregg Steinman regarding additional stipulation regarding turnover (0.6); teleconference with Matt Foster regarding same (0.2) | $750.00 | $600.00 |
| SDC | 02/02/2021 | 0.20 | A101 Plan and prepare for L210 Pleadings: Review and revise draft exhibit list for Feb. 3 hearing | $750.00 | $150.00 |
| SDC | 02/02/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review draft certificate of no objection for Maaco | $750.00 | $75.00 |
| SDC | 02/02/2021 | 1.90 | A101 Plan and prepare for B310 Claims Administration and Objections: Emails with creditor Ottar Jensen regarding filing a claim (0.1); participate in section 341 meeting (1.4); follow-up teleconference with Matt Foster regarding same (0.2); review follow-up emails with Paul Maniscalco regarding to-do list from 341 meeting (0.2) | $750.00 | $1,425.00 |
| SDC | 02/02/2021 | 0.60 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Prepare for Feb. 3 hearing including review of matters going forward | $750.00 | $450.00 |
| SDC | 02/02/2021 | 0.20 | A101 Plan and prepare for B230 Financing/Cash Collections: Review and respond to emails related | $750.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | to potential DIP financing (0.2) | | |
| AH | 02/03/2021 | 1.90 | A101 Plan and prepare for B110 Case Administration: Emails with S. Cousins, A. Luft, and M. Wilson regarding Exhibit List (.5); Revise Exhibit List (.4); Emails with S. Cousins, J. Grogan and M. Wilson regarding Filing Revised PSA (.3); Amend Agenda to reflect newly filed documents (.4); File Revised Exhibit List and Add to Agenda (.3) | $150.00 | $285.00 |
| AH | 02/03/2021 | 1.10 | Emails with S.Cousins regarding Revised PSA (.3h); File Revised PSA (.2h); Emails with S. Cousins regarding Amended Agenda Letter (.2h); Revise and File Amended Agenda Letter (.4h) | $150.00 | $165.00 |
| AH | 02/03/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: File Motion to File Under Seal (PSA) | $150.00 | $45.00 |
| AH | 02/03/2021 | 1.30 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend Today's Hearing | $150.00 | $195.00 |
| AH | 02/03/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Email Chambers for info on Friday Hearing | $150.00 | $15.00 |
| AH | 02/03/2021 | 0.10 | Circulate Zoom Link to Cousins Law and PH Team | $150.00 | $15.00 |
| AH | 02/03/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: Draft Agenda for 2-5 Hearing | $150.00 | $30.00 |
| AH | 02/03/2021 | 0.80 | A101 Plan and prepare for L140 Document/File Management: Draft Notice of Filing of Proposed Redacted Version of Stipulation | $150.00 | $120.00 |
| AH | 02/03/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Notice of Filing Proposed Redacted Stipulation | $150.00 | $60.00 |
| SDC | 02/03/2021 | 6.80 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize for filing revised agenda letter (0.7); teleconferences (3) with James Grogan and Irena Goldstein regarding revisions to PSA documents (0.3); draft notice of filing of amended term sheet and related exhibits (0.7); review and revise draft motion to seal derivative standing stipulation and related exhibits (0.5); prepare trial exhibit list for filing (0.6); conference with Aran Heining regarding same (0.1); continue to prepare for today's hearing including review of PSA and Alexander pleadings (1.9); attend today's hearing on Alexander's motion to dismiss and PSA approval (1.5); review and revise draft PSA approval order (0.2); respond to emails related to same (0.3) | $750.00 | $5,100.00 |
| SDC | 02/03/2021 | 1.10 | A101 Plan and prepare for B180 Avoidance Action Analysis: Emails with David Hurst regarding hearing | $750.00 | $825.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | on Feb. 5 related to Committee's TRO (0.3); review Committee's Emergency Motions: (a) to intervene in the Adversary Action, (b) for a temporary restraining order/preliminary injunction, (c) Joe Evan's declaration and (d) Pamela Clegg's declaration (0.8) | | |
| SDC | 02/03/2021 | 0.80 | A101 Plan and prepare for L210 Pleadings: Review and respond to emails with Avi Luft regarding removal of Alexander's state court litigation and order denying motion to dismiss (0.3); teleconference with Mark Pfeiffer regarding potential settlement (0.3); teleconference with James Grogan regarding same (0.2) | $750.00 | $600.00 |
| SDC | 02/03/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review, revise and finalize second monthly fee statement of Sonoran Capital | $750.00 | $225.00 |
| SDC | 02/03/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and respond to emails with Matt Foster and in-house business people at Uphold regarding transfer of tokens | $750.00 | $300.00 |
| AH | 02/04/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft Agenda for 2-5-21 | $150.00 | $60.00 |
| AH | 02/04/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: File Motion to Extend Time to Remove Civil Actions | $150.00 | $45.00 |
| SDC | 02/04/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and respond to emails related to designating contracts to be assumed and related cure amounts | $750.00 | $150.00 |
| SDC | 02/04/2021 | 1.20 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Final draft order approving PSA (0.8); respond to emails related to same (0.4) | $750.00 | $900.00 |
| SDC | 02/04/2021 | 0.90 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize for filing agenda letter for Feb. 5th hearing (0.4); conference with Aran Heining regarding same (0.1); emails with David Hurst regarding same and related notice of intent (0.3); Review Notice of Committee's Intent to Offer Witness Testimony (0.1) | $750.00 | $675.00 |
| SDC | 02/04/2021 | 2.60 | A101 Plan and prepare for B180 Avoidance Action Analysis: Emails with David Hurst regarding filing under seal of reply to UpgradeYa's supplemental brief (0.2); review the Official Committee of Unsecured Creditors' Reply Brief to UpgradeYa's Supplemental Brief (0.4); review exhibits including telegram chats to be filed along with reply to UpgradeYa's Supplemental Brief (0.2); review, | $750.00 | $1,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | revise and finalize for filing Debtors' reply to UpgradeYa's Supplemental Brief (1.8) | | |
| SDC | 02/04/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Katherine Panek of Hartford regarding claims made under policy (0.1); draft email to committee counsel regarding same (0.1); emails with Avi Luft regarding demands on carrier's (0.2); review email from Michael Sabella regarding simple Agreement for Future Tokens (0.1); emails with Matt Foster regarding same (0.1); review emails related to demand by Alexander for claims covered by insurance (0.2) | $750.00 | $600.00 |
| SDC | 02/04/2021 | 0.20 | A101 Plan and prepare for L210 Pleadings: Draft Order denying Emergency Motion of Jaime Shiller, Takashi Yanagi, Wu Chi King, Joseph Richardson, Thomas Calvert, Clint Cowen, Robin Houck, Todd Wiseman, Matthew Dixon, Jonathan Ashurov, Daniel Becker, Teppei Miyauchi, Jean Vacca, Xian Su, and Emmanuel Beaufils to Compel the Debtors to Make Demand of Certain Cryptocurrency Exchanges to Freeze the Transfer of Certain Accounts that May Hold the Debtors' Assets (0.2) | $750.00 | $150.00 |
| SDC | 02/04/2021 | 1.80 | A101 Plan and prepare for B110 Case Administration: Draft motion to extend removal period (1.4); emails with James Grogan regarding same (0.1); emails with committee counsel regarding same (0.1); finalize and file same (0.2) | $750.00 | $1,350.00 |
| AH | 02/05/2021 | 1.00 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend today's hearing on Motion for TRO | $150.00 | $150.00 |
| AH | 02/05/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File COC Re Motion to Dismiss and Upload Order for Signature | $150.00 | $30.00 |
| AH | 02/05/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: File COC regarding Motion for TRO and Upload Order for Signature. | $150.00 | $30.00 |
| SDC | 02/05/2021 | 9.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Prepare for today hearing in review of supplemental Clegg Declaration and related TRO pleadings (1.3); attend today's hearing on Committee's motion for TRO (1.0); emails with Mark Pfeiffer (counsel to Alexander) regarding transfer of Bitcoin (0.3); teleconference with Matt Foster, James Grogan Avi Luft, Mack Wilson and Pedro Jimenez regarding follow-up from today's hearing (0.5); draft certification of counsel regarding submission of TRO order (0.2); draft certification of counsel regarding order denying Alexander's motion to dismiss (0.3); teleconference with Mark Pfeiffer, James Grogan and Mack Wilson regarding same | $750.00 | $6,900.00 |

|  |  |  | | | |
|---|---|---|---|---|---|
|  |  |  | (0.3); emails related to same (0.2); teleconference with James Grogan, Pedro Jimenez and Avi Luft regarding obtain access to Alexander's cryptocurrency (0.5); teleconference with Joe McMahon regarding same (0.2); teleconference with Darren Azman, Joe Evans, James Grogan, Pedro Jimenez and Avi Luft regarding same (0.5); draft email to the Committee and the Debtors regarding emergency request for status conference (0.3); teleconferences (2) with Mark Pfeiffer, James Grogan, Avi Luft, Darren Azman, Pedro Jimenez, Pamela Clegg, Austin Ryan, and Scott Carlton regarding Alexander's cryptocurrency (0.7); emails with Courtroom Deputy regarding Emergency Status Conference (0.2); second teleconference with Mark Pfeiffer, James Grogan, Avi Luft, Darren Azman, Pedro Jimenez, Pamela Clegg, James Alexander, Austin Ryan, and Scott Carlton regarding Alexander's cryptocurrency (3.7) |  |  |
| SDC | 02/05/2021 | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review interim vote tabulation from Donlin | $750.00 | $75.00 |
| SDC | 02/06/2021 | 2.80 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review and respond to emails from Paul Hastings (Avi Luft, Pedro Jimenez, James Grogan, Scott Carlton and Mack Wilson) and the Committee (Tim Walsh and Darren Azman) regarding Alexander's declaration and related documents, CipherTrace, Coinbase (2.7); review notice of intent filed by Alexander (0.1) | $750.00 | $2,100.00 |
| SDC | 02/06/2021 | 0.20 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review and respond to emails related to transfers of LBA from Uphold to Cred | $750.00 | $150.00 |
| SDC | 02/07/2021 | 1.90 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and respond to emails from Paul Hastings (Avi Luft, Pedro Jimenez, James Grogan, Scott Carlton and Mack Wilson) and the Committee (Tim Walsh and Darren Azman) regarding funds transferred from Alexander and Wheeler, Committee's discovery requests and related issues | $750.00 | $1,425.00 |
| SDC | 02/08/2021 | 1.70 | A101 Plan and prepare for B185 Assumption/ Rejection of Leases and Contracts: Draft second omnibus motion to reject (1.3); emails with Scott Wiley regarding schedule of contracts to be rejected (0.2); emails with committee counsel regarding same (0.2) | $750.00 | $1,275.00 |
| SDC | 02/08/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Matt Foster regarding transaction fees associated with transfers of OMG tokens (0.1); review and respond to emails related to Alexander's discovery and Feb. 9th | $750.00 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | deposition (0.7) | | |
| AH | 02/09/2021 | 2.00 | A101 Plan and prepare for L140 Document/File Management: Draft Interim Fee Application | $150.00 | $300.00 |
| AH | 02/09/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File CNO for MACCO Monthly Fee Application (December) | $150.00 | $30.00 |
| AH | 02/09/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File Motion to Reject Executory Contracts | $150.00 | $30.00 |
| SDC | 02/09/2021 | 0.70 | A101 Plan and prepare for B185 Assumption/Rejection of Leases and Contracts: Finalize second omnibus motion to reject contracts for filing (0.3); emails with Darren Azman regarding same (0.2); emails with Matt Foster regarding same (0.2) | $750.00 | $525.00 |
| SDC | 02/09/2021 | 6.60 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Ed Donahue (counsel to Dan Wheeler) regarding deposition of Wheeler and status of the case (0.2); attend deposition of James Alexander (5.2); teleconferences with Tim Walsh, Darren Azman, Joe Evans, James Grogan, and Avi Luft regarding next steps with Alexander's personal bankruptcy (1.2) | $750.00 | $4,950.00 |
| SDC | 02/10/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft certificate of no objection related to Macco's December fee statement (0.1); emails with Kathy Mayle regarding same (0.1) | $750.00 | $150.00 |
| SDC | 02/10/2021 | 2.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review cases from Mack Wilson regarding automatic stay and related chapter 11 cases (0.4); review Alexander's chapter 11 petition (0.2); teleconferences (2) with Tim Walsh, Darren Azman, Joe Evans, James Grogan, and Avi Luft regarding next steps with Alexander's personal bankruptcy (0.8); review and respond to emails regarding investigation of Alexander's assets (0.3); review emails from Alexander's bankruptcy court (David Golubchik) and Time Walsh (0.2); review and respond to emails from Avi Luft, James Grogan and Scott Carlton regarding same and use of Cred funds by Alexander (0.4) | $750.00 | $1,725.00 |
| SDC | 02/10/2021 | 0.20 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with Jason Undermyer regarding claims bar date and voting deadline | $750.00 | $150.00 |
| SDC | 02/10/2021 | 1.30 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Emails with Courtroom Deputy regarding emergency hearing before Judge Dorsey | $750.00 | $975.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | (0.2); finalize agenda for filing (0.1); attend emergency hearing on Alexander status conference (0.7); follow-up with Committee counsel (Tim Walsh and Joe Evans) and Avi Luft regarding next steps (0.3) | | |
| SDC | 02/11/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review UpgradeYa Supplemental Reply Brief ISO Relief from Stay | $750.00 | $225.00 |
| SDC | 02/11/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Cathy Greer and the Company regarding payment of December monthly fee statement of MWE | $750.00 | $150.00 |
| SDC | 02/11/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Emails with Mack Wilson regarding confirmation brief and related timing | $750.00 | $150.00 |
| AH | 02/12/2021 | 0.80 | A101 Plan and prepare for B110 Case Administration: Draft Notice of Completion of Briefing | $150.00 | $120.00 |
| SDC | 02/12/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review voting tabulation report | $750.00 | $150.00 |
| SDC | 02/12/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review emails related to Uphold transfer of non-UPT assets (0.2); draft notice of completing of briefing for UpgradeYa's motion for relief from stay (0.2) | $750.00 | $300.00 |
| SDC | 02/13/2021 | 0.50 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Alexander pleadings filed in California (0.1); draft email to Courtroom Deputy regarding same (0.1); emails with Paul Hastings (James Grogan, Casey Doherty and Avi Luft) and MWE (Tim Walsh and Darren Azman) regarding same (0.3) | $750.00 | $375.00 |
| AH | 02/15/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Draft CNO for Cousins Law Second Monthly Fee App | $150.00 | $45.00 |
| SJ | 02/15/2021 | 2.90 | A101 Plan and prepare for B110 Case Administration: Draft/Update Critical Dates | $350.00 | $1,015.00 |
| AH | 02/16/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Revise Third Monthly Fee Application for MACCO and file | $150.00 | $60.00 |
| AH | 02/16/2021 | 0.20 | A101 Plan and prepare for L140 Document/File Management: File CNO for Cousins Law Second Monthly Fee Application | $150.00 | $30.00 |
| SJ | 02/16/2021 | 3.10 | A101 Plan and prepare for B160 Fee/Employment | $350.00 | $1,085.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Applications: Draft Third Monthly fee App | | |
| AH | 02/16/2021 | 0.50 | A101 Plan and prepare for B110 Case Administration: Revise and File Third Monthly Fee Application for Cousins Law | $150.00 | $75.00 |
| SDC | 02/16/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and revise draft stipulation and Rule 9019 motion with respect to Quinn Emanuel retainer (0.6); emails with James Grogan and Darren Azman regarding same (0.2) | $750.00 | $600.00 |
| SDC | 02/16/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Finalize third monthly fee statement of Maaco for January 2021 (0.1); review, revise and finalize third monthly fee statement of Cousins Law (0.3) | $750.00 | $300.00 |
| AH | 02/17/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Draft and File CNO for Donlin Recano December Fee Application | $150.00 | $60.00 |
| AH | 02/17/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Motion to Approve Compromise Under Rule 9019 | $150.00 | $60.00 |
| SJ | 02/17/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review/Revise CNO re Donlin Recano | $350.00 | $70.00 |
| SDC | 02/17/2021 | 0.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Emails with Avi Luft regarding relief from the automatic stay in James Alexander's chapter 11 case | $750.00 | $150.00 |
| SDC | 02/17/2021 | 0.90 | A101 Plan and prepare for B110 Case Administration: Draft email to Holly Dice regarding cash management order, Uncollateralized Bank Accounts and Metropolitan Commercial Bank (0.6); emails with James Grogan regarding same (0.1); review and prepare for filing January 2021 Monthly Operating Report (0.2) | $750.00 | $675.00 |
| SJ | 02/18/2021 | 0.50 | A101 Plan and prepare for B160 Fee/Employment Applications: Review/Revise Donlin Fee App(.4); emails with AH re same(.1) | $350.00 | $175.00 |
| AH | 02/18/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Emails with S. Jones Regarding Cousins Law Interim Fee Application. | $150.00 | $45.00 |
| AH | 02/18/2021 | 1.10 | A101 Plan and prepare for B110 Case Administration: Review, Revise and File DRC's Monthly Fee Application | $150.00 | $165.00 |
| SJ | 02/18/2021 | 5.60 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft First interim Fee App | $350.00 | $1,960.00 |
| SDC | 02/18/2021 | 0.70 | A101 Plan and prepare for B120 Asset Analysis and | $750.00 | $525.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Recovery: Draft email to UpgradeYa's counsel regarding completion of briefing (0.2); review and revise notice of same (0.3); emails with Darren Azman regarding same (0.2) |  |  |
| SDC | 02/18/2021 | 0.50 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft email to Scott Wiley regarding Sonoran Capital's January fees (0.2); draft email to Scott Wiley regarding Crowell & Moring's fees (0.2); review and finalize for filing Donlin's monthly fee statement (0.1) | $750.00 | $375.00 |
| SDC | 02/18/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Review email from Scott Wiley regarding calculation of quarterly trustee's fees (0.1); draft email to U.S. Trustee's office regarding calculation of quarterly trustee's fees (0.2) | $750.00 | $225.00 |
| AH | 02/19/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Review Cousins Law Interim Fee App | $150.00 | $30.00 |
| AH | 02/19/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: File CNO's for Motion to Extend Time to Remove Civil Actions and Motion to File Stipulation Under Seal | $150.00 | $90.00 |
| AH | 02/19/2021 | 0.70 | A101 Plan and prepare for L140 Document/File Management: Draft and File Agenda of Matters for 2-23 Hearing | $150.00 | $105.00 |
| SJ | 02/19/2021 | 1.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/Revise plan supplement; emails with AH re same. | $350.00 | $350.00 |
| AH | 02/19/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: Revise and File Notice of Plan Supplement | $150.00 | $90.00 |
| SDC | 02/19/2021 | 1.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and continue to revise draft notice of completion of UpgradeYa's briefing (0.8); teleconference with Kim Brown regarding same (0.2); review Alexander's notice of appeal (0.1); emails with James Grogan and Avi Luft regarding same (0.1) | $750.00 | $900.00 |
| SDC | 02/19/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Review email from U.S. Trustee's office regarding calculation of quarterly trustee's fees | $750.00 | $75.00 |
| SDC | 02/19/2021 | 0.90 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize agenda letter for February 23rd hearing (0.3); conference with Aran Heining regarding same (0.2); draft CNO | $750.00 | $675.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | for motion to extend removal period (0.2); draft CNO for motion to file stipulation under seal (0.2) | | |
| SDC | 02/19/2021 | 0.60 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and finalize for filing plan supplement pleadings (0.2); review vote tabulation report from Donlin (0.2); review executory contract assumption lists (0.2) | $750.00 | $450.00 |
| SDC | 02/19/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Crowell and Moring's monthly ordinary course professional invoice | $750.00 | $75.00 |
| SJ | 02/22/2021 | 4.20 | A101 Plan and prepare for L440 Other Trial Preparation and Support: Review DI 89, 91, 116, 126, 128, 190, 223, 336, 396, 463, 475, 477, 482 and 505 to prepare for hearing scheduled for 02/23.2021 | $350.00 | $1,470.00 |
| SDC | 02/22/2021 | 0.10 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review and respond to emails from Mack Wilson regarding agenda for tomorrow's omnibus hearing | $750.00 | $75.00 |
| SDC | 02/22/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review email from Alexander's counsel regarding D&O insurance coverage (0.1); emails with James Grogan, Avi Luft, and Pedro Jimenez regarding same (0.2) | $750.00 | $225.00 |
| SJ | 02/23/2021 | 1.70 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Draft CoC re D.I. 75 and email to SDC | $350.00 | $595.00 |
| SJ | 02/23/2021 | 0.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend February 23 hearing | $350.00 | $70.00 |
| SJ | 02/23/2021 | 1.20 | A101 Plan and prepare for L440 Other Trial Preparation and Support: Research docket re Agenda for March 9 hearing; teleconference w/ AH re same | $350.00 | $420.00 |
| AH | 02/23/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Update Critical Dates Calendar | $150.00 | $60.00 |
| AH | 02/23/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Revise and File COC Regarding Emergency Motion to Compel Debtors to Make Demand of Freezing Certain Cryptocurrency Exchanges. | $150.00 | $45.00 |
| SJ | 02/23/2021 | 1.30 | A101 Plan and prepare for B110 Case Administration: Research docket for Order re Stipulation (.4); draft CNO re DI 495 (.9) | $350.00 | $455.00 |
| SDC | 02/23/2021 | 0.40 | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Review notice of | $750.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | appearance by Ad Hoc Committee of Bitcoin Lenders (0.1); emails with James Grogan, Avi Luft, Pedro Jimenez and Scott Jones regarding same (0.1); emails with local counsel to Ad Hoc Committee of Bitcoin Lenders regarding Rule 2019 statement (0.1); review revise Rule 2019 statement (0.1) | | |
| SDC | 02/23/2021 | 1.10 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Prepare for today's hearing on Alexander status conference (0.8); attend hearing on same (0.3) | $750.00 | $825.00 |
| SDC | 02/23/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Buchanan's Motion to Withdraw as counsel to Alexander (0.2); emails with Mack Wilson regarding same (0.1) | $750.00 | $225.00 |
| SJ | 02/24/2021 | 1.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft CNO re DI 304 | $350.00 | $455.00 |
| SJ | 02/24/2021 | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Revise CNO re DI 304 and email to SDC | $350.00 | $35.00 |
| AH | 02/24/2021 | 0.60 | A101 Plan and prepare for B110 Case Administration: Revise and File CNO's for Motion to Reject Executory Contracts and Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors | $150.00 | $90.00 |
| SJ | 02/24/2021 | 0.80 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Research for SDC re UpgradeYa reply Brief | $350.00 | $280.00 |
| SJ | 02/24/2021 | 0.20 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Emails regarding research on UpgradeYa's Reply brief w/ SDC and Mack Wilson. | $350.00 | $70.00 |
| SDC | 02/24/2021 | 0.40 | A101 Plan and prepare for L210 Pleadings: Review and revise draft certificate of no objection regarding second omnibus motion to reject (0.2); review and revise draft certificate of no objection regarding derivative standing stipulation (0.2) | $750.00 | $300.00 |
| SDC | 02/24/2021 | 0.60 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review response of Daniel Wheeler regarding potential claims (0.3); Review Examiner's Notice Proposed Amendment to Work Plan and Budget (0.1); review Examiner's Application to retain Ankura (0.2) | $750.00 | $450.00 |
| SDC | 02/24/2021 | 1.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with counsel for UpgradeYa, James | $750.00 | $900.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Grogan, Avi Luft, Mack Wilson and Darren Azman regarding plan confirmation objections (0.5); emails with Mack Wilson regarding same (0.2); emails with Mack Wilson, James Grogan and Scott Jones regarding same (0.2); review FBI Wind Down and Lids cases regarding disallowance of claims that are subject to a preference (0.3) |  |  |
| SDC | 02/25/2021 | 0.20 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with Janye Brothers regarding voting deadline and amendment to proof of claim | $750.00 | $150.00 |
| SDC | 02/25/2021 | 0.30 | A101 Plan and prepare for B185 Assumption/ Rejection of Leases and Contracts: Review and respond to emails from counsel to NetSuite Oracle regarding Subscription Services Agreement | $750.00 | $225.00 |
| SDC | 02/25/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review First Monthly Fee Application of Examiner and Brown Rudnick LLP | $750.00 | $150.00 |
| SDC | 02/25/2021 | 1.10 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and respond to language related to objection by UpgradeYa Investments' to confirmation (0.2); review and respond to emails from Mack Wilson regarding same (0.4); review emails from Kim Brown, James Grogan and Darren Azman regarding same (0.3); review and respond to emails from Darren Azman and Avi Luft regarding Alexander motion to transfer venue (0.2) | $750.00 | $825.00 |
| SDC | 02/25/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with James Grogan regarding confirmation objections filed by Ad Hoc group | $750.00 | $150.00 |
| SDC | 02/26/2021 | 0.90 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review Ad Hoc Committee's changes to plan circulated by Darren Azman (0.2); review interim vote tabulation report from Donlin (0.2); review and response to various emails from Oracle regarding assignment agreement with liquidating trust (0.2); review emails from Matthew Pierce and Mack Wilson regarding UpgradeYa's voting amount (0.3) | $750.00 | $675.00 |
| SDC | 02/26/2021 | 1.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review motion to transfer venue and related pleadings regarding James Alexander (0.8); review decision by Judge Dorsey on UpgradeYa's motion (0.2); review and respond to various emails with James Grogan, Darren Azman, Tim Walsh, Joe Evans, Mack Wilson, Pedro Jimenez, Avi Luft and Mack Wilson regarding provisions to the confirmation order reflecting comments from UpgradeYa (0.6); review emails from Alexander's | $750.00 | $1,350.00 |

03/08/2021

| Type | Date | Professional | | Quantity/Hours | Notes | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | | | counsel (Tom Reichert) regarding D&O insurance (0.1); emails with Scott Carlton regarding same (0.1) | | |
| SDC | 02/26/2021 | | | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review draft CNO for Paul Hastings monthly fee application | $750.00 | $75.00 |
| SDC | 02/27/2021 | | | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review emails from Tim Walsh regarding UpgradeYa's confirmation objection | $750.00 | $75.00 |
| SDC | 02/28/2021 | | | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review emails from Darren Azman related to potential settlement with creditors represented by Foley | $750.00 | $150.00 |

|  |  |  | **Services Subtotal** | **$64,995.00** |
|---|---|---|---|---|

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 02/03/2021 | AH | Reliable Company Services: Trial Transcript | 1.00 | $25.20 | $25.20 |
| Expense | 02/12/2021 | AH | Reliable Company Services: Trial Transcripts | 1.00 | $703.25 | $703.25 |

| | | | | | **Expenses Subtotal** | **$728.45** |
|---|---|---|---|---|---|---|
| | | | | | **Subtotal** | **$65,723.45** |
| | | | | | **Total** | **$65,723.45** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28 | 02/07/2021 | $73,634.25 | $59,003.25 | $14,631.00 |
| 29 | 02/10/2021 | $142,602.10 | $114,474.10 | $28,128.00 |
| 42 | 03/10/2021 | $75,702.80 | $60,621.80 | $15,081.00 |

### Current Invoice

03/08/2021

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 45 | 04/07/2021 | $65,723.45 | $0.00 | $65,723.45 |
|  |  |  | **Outstanding Balance** | **$123,563.45** |
|  |  |  | **Total Amount Outstanding** | **$123,563.45** |

Please make all amounts payable to: Cousins Law LLC

Initials for Attorney Scott D. Cousins - SDC
Initials for Paralegal Aran Heining - AH

03/08/2021

## Remittance Advice

| **Wire Transfer Information** |
|---|

**Bank Name/Address:**  WSFS, FSB
500 Delaware Ave.
Wilmington, DE 19801

**Bank ABA/Routing #:**  0311 0010 2

**Name/Account #:**  Account Name: Cousins Law LLC

Account Number: 214480105

Please include the invoice number 45 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.