## EXHIBIT B

**ACTUAL AND NECESSARY EXPENSES FOR THE INTERIM FEE PERIOD**
(attached)

| Expense Category | Amount |
|---|---:|
| Trial Transcripts | $728.45 |
| **Total** | **$728.45** |

| | | | | | |
|---|---|---|---|---|---|
| | | | counsel (Tom Reichert) regarding D&O insurance (0.1); emails with Scott Carlton regarding same (0.1) | | |
| SDC | 02/26/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review draft CNO for Paul Hastings monthly fee application | $750.00 | $75.00 |
| SDC | 02/27/2021 | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review emails from Tim Walsh regarding UpgradeYa's confirmation objection | $750.00 | $75.00 |
| SDC | 02/28/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review emails from Darren Azman related to potential settlement with creditors represented by Foley | $750.00 | $150.00 |

**Services Subtotal**     **$64,995.00**

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 02/03/2021 | AH | Reliable Company Services: Trial Transcript | 1.00 | $25.20 | $25.20 |
| Expense | 02/12/2021 | AH | Reliable Company Services: Trial Transcripts | 1.00 | $703.25 | $703.25 |

**Expenses Subtotal**     **$728.45**

**Subtotal**     **$65,723.45**

**Total**     **$65,723.45**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28 | 02/07/2021 | $73,634.25 | $59,003.25 | $14,631.00 |
| 29 | 02/10/2021 | $142,602.10 | $114,474.10 | $28,128.00 |
| 42 | 03/10/2021 | $75,702.80 | $60,621.80 | $15,081.00 |

### Current Invoice