**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CRED INC., *et al.*, ) | Case No. 20- 12836 (JTD) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 8th day of March, 2021, DRC, acting under my supervision, caused to be served the *Amended Declaration of John Burlacu of Donlin, Recano & Company, Inc. Regarding the Solicitation and Tabulation of Votes Cast on the First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (Docket No. 606), via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

[This space intentionally left blank. Signature page to follow.]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of March, 2021, Brooklyn, New York.

By _____
Delicia A. Chung

Sworn before me this
15th day of March, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000074P001-1467S-082<br>ARCHER & GREINER PC<br>ALAN M ROOT, ESQ<br>300 DELAWARE AVE., STE 1100<br>WILMINGTON DE 19801<br>AROOT@ARCHERLAW.COM | 000071P001-1467S-082<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE., 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM | 000071P001-1467S-082<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE., 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-082<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST., 14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM |
| 000068P001-1467S-082<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE; MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-082<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE; MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM | 000066P001-1467S-082<br>BILLION LAW<br>MARK M BILLION, ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-082<br>BROWN RUDNICK LLP<br>ANDREW M CARTY; MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM |
| 000070P001-1467S-082<br>BROWN RUDNICK LLP<br>ANDREW M CARTY; MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM | 000069P001-1467S-082<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON, ESQ<br>55 SECOND ST., 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000064P001-1467S-082<br>CARLTON FIELDS PA<br>DAVID L GAY, ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE., STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-082<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM |
| 000036P001-1467S-082<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-082<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1467S-082<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-082<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000060P001-1467S-082<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS, P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-082<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE., STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000056P001-1467S-082<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST., STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000059P001-1467S-082<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN, ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM |
| 000075P001-1467S-082<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO; GEOFFREY S GOODMAN<br>321 N CLARK ST., STE 3000<br>CHICAGO IL 60654<br>JMOLINARO@FOLEY.COM | 000075P001-1467S-082<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO; GEOFFREY S GOODMAN<br>321 N CLARK ST., STE 3000<br>CHICAGO IL 60654<br>GGOODMAN@FOLEY.COM | 000072P001-1467S-082<br>FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD., STE 900<br>LOS ANGELES CA 90067<br>KOWENS@FOXROTHSCHILD.COM | 000073P001-1467S-082<br>FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST., STE 300<br>WILMINGTON DE 19899-2323<br>SNIEDERMAN@FOXROTHSCHILD.COM |

Case 20-12836-JTD    Doc 641    Filed 03/15/21    Page 5 of 8

# Cred Inc., et al.
## Electronic Mail
### Exhibit Pages

Page # : 2 of 3

03/08/2021 02:26:39 PM

| | | | |
|---|---|---|---|
| 000065P001-1467S-082<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM | 000065P001-1467S-082<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM | 000044P001-1467S-082<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000076P001-1467S-082<br>LEVENE NEALE BENDER YOO & BRILL LLP<br>DAVID B GOLUBCHIK<br>10250 CONSTELLATION BLVD STE 1700<br>LOS ANGELES CA 90067<br>DBG@LNBYB.COM |
| 000061P001-1467S-082<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P001-1467S-082<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM | 000062P001-1467S-082<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000063P001-1467S-082<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM |
| 000024P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000025P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000028P002-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000032P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000037P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 000041P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000046P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000051P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000003P001-1467S-082<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOSEPH.MCMAHON@USDOJ.GOV | 000003P001-1467S-082<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JOHN.SCHANNE@USDOJ.GOV |
| 000019P001-1467S-082<br>PAUL HASTINGS LLP<br>JAMES T. GROGAN<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>JAMESGROGAN@PAULHASTINGS.COM | 000020P001-1467S-082<br>PAUL HASTINGS LLP<br>MACK WILSON<br>600 TRAVIS STREET<br>58TH FLOOR<br>HOUSTON TX 77002<br>MACKWILSON@PAULHASTINGS.COM | 000021P001-1467S-082<br>PAUL HASTINGS LLP<br>G. ALEXANDER BONGARTZ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXBONGARTZ@PAULHASTINGS.COM | 000054P001-1467S-082<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MARK.MINUTI@SAUL.COM |
| 000052P001-1467S-082<br>UPHOLD, INC<br>JP THIERIOT<br>900 LARKSPUR LANDING CIR<br>STE 209<br>LARKSPUR CA 94939<br>JP.THIERIOT@UPHOLD.COM | 000005P001-1467S-082<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY<br>ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | | |

**Records Printed : 66**

# EXHIBIT 2

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                                                                          03/08/2021 02:29:06 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-082<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000077P001-1467S-082<br>DAVID KEITH GOTTLIEB<br>16255 VENTURA BLVD SUITE 440<br>ENCINO CA 91436 | 000006P001-1467S-082<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-082<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000009P001-1467S-082<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1467S-082<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-082<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-082<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000050P001-1467S-082<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467S-082<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-082<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed : 11