# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) HOLDING JAMES ALEXANDER IN CONTEMPT OF COURT AND (II) ISSUING A BENCH WARRANT FOR THE ARREST AND DETENTION OF JAMES ALEXANDER**

Upon the motion (the "Motion"),[2] of the Official Committee of Unsecured Creditors (the "Committee") of Cred Inc., *et al.* (the "Debtors"), for entry of an order (i) finding James Alexander in contempt for violating the *Order Approving the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief* [Docket No. 486] (the "Emergency Order"); and (ii) issuing a an appropriate remedy to compel Alexander to comply with the Emergency Order, including issuing a bench warrant for Alexander's arrest and detention until he complies, pursuant to Bankruptcy Code section 105(a), Rule 37(b) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Bankruptcy Rule 7037(b), Bankruptcy Rule 9020, and Rule 9013-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

U.S.C. §§ 157 and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient notice of the Motion was given to interested parties in accordance with the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Motion and all supporting documents thereto; and after due deliberation and sufficient cause appearing therefor, its hereby ORDERED that:

1. The Motion is GRANTED.

2. James Alexander is in civil contempt of this Court for his noncompliance with the Emergency Order.

3. The Clerk of this Court shall prepare and issue a Bench Warrant for James Alexander's arrest.

4. The United States Marshals are directed, pursuant to such Bench Warrant, to arrest James Alexander and deliver him to federal custody in the District of Delaware.

5. James Alexander shall be coercively incarcerated until he complies with the Emergency Order.

6. This Order shall be effective and enforceable immediately upon its entry.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.