# EXHIBIT A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No.**<br>) |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) HOLDING JAMES ALEXANDER IN CONTEMPT OF COURT AND (II) ISSUING A BENCH WARRANT FOR THE ARREST AND DETENTION OF JAMES ALEXANDER**

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Cred Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 2002(a)(3) and 9006(c)(1), and Local Rule 9006-1(e) shortening the time for notice of the Contempt Motion; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that cause

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

exists for shortening the time for notice of the Contempt Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The Contempt Motion shall be heard on March 17, 2021, at 2:00 P.M. (EST) (the "<u>Hearing</u>").

3. Objections to the relief requested in the Contempt Motion, if any, may be presented at the Hearing or filed prior thereto.

4. The Committee is authorized to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.