# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.¹ | (Jointly Administered) |
|  | **Re: Docket No. 643** |

## DECLARATION OF JOSEPH B. EVANS

Under 28 U.S.C. § 1746, I, Joseph B. Evans, declare as follows under the penalty of perjury:

1. I am a partner at McDermott Will & Emery LLP who represents the Official Committee of Unsecured Creditors in *In re Cred Inc., et al.*, No. 20-bk-12836 (the "Bankruptcy Cases"). I submit this declaration in support of the *Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander* (the "Motion"),² submitted contemporaneously herewith.

2. Attached hereto as **Exhibit A** is an accurate copy of the order granting the temporary restraining order in the California action, *Cred Inc. (f/k/a Cred LLC) and Cred Capital, Inc. v. James Alexander*, 20-CIV-02915 (the "California Action").

3. Attached hereto as **Exhibit B** is an accurate copy of the order granting a preliminary injunction in the California Action.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

² Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4. Attached hereto as **Exhibit C** is an accurate copy of the Verified Complaint filed in the California Action.

5. Attached hereto as **Exhibit D** is an accurate copy of the transcript of the February 5, 2021 hearing before this Court.

6. Attached hereto as **Composite Exhibit E** are accurate copies of Alexander's production regarding his Coinbase accounts.

7. Attached hereto as **Exhibit F** is an accurate copy of Alexander's responses to interrogatories.

8. Attached hereto as **Exhibit G** is an accurate copy of the relevant excerpts from the February 9, 2021 Alexander deposition transcript.

9. Attached hereto as **Exhibit H** is an accurate copy of Alexander's Wells Fargo bank statements.

10. Attached hereto as **Exhibit I** is an accurate copy of the Stay Relief Motion.

11. Attached hereto as **Exhibit J** is an accurate copy of the transcript from the February 16, 2021 hearing before the California Bankruptcy Court.

12. Attached hereto as **Exhibit K** is an accurate copy of the Stay Relief Order.

13. Attached hereto as **Exhibit L** is an accurate copy of the Alexander Declaration.

14. Attached hereto as **Exhibit M** is an accurate copy of the February 16, 2021 email correspondence regarding the turnover of remaining Cred assets.

15. Attached hereto as **Exhibit N** is an accurate copy of the February 17, 2021 email correspondence in response to Exhibit R.

16. Attached hereto as **Exhibit O** is an accurate copy of the February 7, 2021 email correspondence regarding the Alexander Declaration.

17. Attached hereto as **Exhibit P** is an accurate copy of the February 23, 2021 through March 14, 2021 email correspondence regarding Alexander's noncompliance with the Emergency Order.

18. Attached hereto as **Exhibit Q** is an accurate copy of the March 2, 2021 email correspondence regarding Alexander's production of discovery.

19. Attached hereto as **Exhibit R** is an accurate copy of February 6, 2021 email correspondence regarding the Alexander Declaration and request for bank statements and Coinbase information.

20. Attached hereto as **Exhibit S** is an accurate copy of the February 8-9, 2021 email correspondence regarding Alexander's use of Cred funds from his Wells Fargo account and the request for documents and information in advance of the February 9, 2021 deposition.

21. Attached hereto as **Exhibit T** is an accurate copy of the February 8, 2021 email correspondence regarding the Wells Fargo and JP Morgan transfer shortfalls.

22. Attached hereto as **Exhibit U** is an accurate copy of Alexander's JP Morgan bank statements.

23. Attached hereto as **Exhibit V** is an accurate copy of the February 7, 2021 email correspondence regarding the incomplete Coinbase records and turnover of $664,518.29.

Executed on: March 15, 2021
New York, New York

                                                 /s/    *Joseph B. Evans*
                                                 Joseph B. Evans
                                                 Partner, McDermott Will & Emery LLP
                                                 340 Madison Avenue
                                                 New York, NY 10173-1922