# EXHIBIT A

**California Action TRO Order**

```
PAUL HASTINGS LLP
PETER M. STONE (SB# 157994)
peterstone@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

D. SCOTT CARLTON (SB# 239151)
scottcarlton@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Plaintiffs
Cred Inc. (f/k/a Cred LLC) and Cred Capital, Inc.
```

**FILED**
**SAN MATEO COUNTY**
JUL 17 2020
Clerk of the Superior Court
By_____
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO — UNLIMITED JURISDICTION

| | |
|---|---|
| CRED INC. (F/K/A CRED LLC) and CRED CAPITAL, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES ALEXANDER,<br><br>Defendant. | CASE NO. 20-CIV-02915<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS CRED INC. (F/K/A CRED LLC) AND CRED CAPITAL, INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Date: July 17, 2020<br>Time: 2:00 p.m.<br>Dept: 28<br><br>[*Ex Parte* Application, Memorandum of Points and Authorities, and Declaration of D. Scott Carlton (including Exhibits) filed concurrently herewith]<br><br>***VERIFIED* COMPLAINT FILED: JULY 15, 2020** |

BY FAX

---

[PROPOSED] ORDER GRANTING PLAINTIFFS CRED INC. (F/K/A CRED LLC) AND CRED CAPITAL, INC.'S
*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

On July 17, 2020, Plaintiffs Cred Inc. (f/k/a Cred LLC) ("Cred") and Cred Capital, Inc. ("Cred Capital," and collectively with Cred, the "Plaintiffs") applied *ex parte* for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction against Defendant James Alexander ("Mr. Alexander" or the "Defendant"). Having considered the evidence set forth in the moving papers, and for good cause appearing, the Court grants the request for *ex parte* relief as follows:

## TEMPORARY RESTRAINING ORDER REGARDING THE PRESERVATION AND NON-USE OF DIGITAL ASSETS

1. <u>Preservation and Non-Use</u>: Defendant and his agents are hereby ordered not to transfer, transmit, or use, or cause or permit anyone else to transfer, transmit, or use, any Cred and/or Cred Capital digital assets in their possession, custody and/or control, including but not limited to digital assets contained in the following blockchain addresses: (i) BTC Address: 0x58ac[REDACTED] and (ii) USDC Address: 3GGyZq[REDACTED].

2. This Temporary Restraining Order Regarding The Preservation and Non-Use of Digital Assets shall continue to remain in effect unless and until terminated by the Court and/or by operation of law.

## ORDER TO SHOW CAUSE

Defendant shall appear before the Court on 13th, ~~July~~ August, 2020 at 2 pm in Department 2₹ of this Court, located at 400 County Center Redwood City California, to show cause as to why the Court should not enter an Order preliminarily enjoining Defendant as follows:

1. Enjoining Defendant, his agents, and those acting in concert with him, from:

    a. Transferring, transmitting, or using any digital assets belonging to Cred and/or Cred Capital, except in connection with the Court's direction; and

    b. Engaging in any activities that in any way involve the transfer, transmission, or use of Cred and/or Cred Capital's digital assets.

2. Requiring Defendant, within forty-eight (48) hours after entry of the Order, to:

    a. Identify under oath: (i) any blockchain addresses containing digital assets

- 2 -

belonging to Cred and/or Cred Capital,; and, (ii) if any of the digital assets belonging to Cred and/or Cred Capital are no longer in Defendant's possession, custody or control, then within forty-eight (48) hours, Defendant shall provide a written detailed explanation under oath of what happened to the digital assets belonging to Cred and/or Cred Capital; and (iii) all individuals involved with any dissipation of the digital assets, specifically the amount of digital assets transferred or used, the type of digital assets transferred or used, the blockchain addresses assets were transferred to, and the date of each transfer or use.

**IT IS SO ORDERED.**

Entered this 17 day of July, 2020.

_____
JUDGE, SUPERIOR COURT OF CALIFORNIA

---

- 3 -

[PROPOSED] ORDER GRANTING PLAINTIFFS CRED INC. (F/K/A CRED LLC) AND CRED CAPITAL, INC.'S
*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE