**COMPOSITE EXHIBIT E**

**Alexander Productions Regarding Coinbase Accounts**

suppor .co nbase.com          age 1/15

# coinbase

**Transaction report for James Alexander**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, and Rewards Income, and Coinbase Earn transactions are taxable events. For final tax obligations, please consult your tax advisor.

| Date range | Filter | Customer |
|---|---|---|
| From: 2012-01-01T00:00:00Z | Type: all | james@levelcapital.io |
| To: 2021-02-07T14:25:12Z | Asset: all | ███████████2985 |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-16T22:34:28Z | Receive | BTC | 50.0 | 35943.70 | | | Received 50.0000 BTC from an external account |
| 2021-01-17T05:22:39Z | Sell | BTC | 50.0 | 35386.17 | $1,769,308.73 | $1,742,946.03 | Sold 50.0000 BTC for $1,742,946.03 USD |
| 2021-01-17T06:13:38Z | Receive | BTC | 50.0 | 35635.68 | | | Received 50.0000 BTC from an external account |
| 2021-01-17T08:06:22Z | Sell | BTC | 50.0 | 34412.96 | $1,720,648.16 | $1,695,010.50 | Sold 50.0000 BTC for $1,695,010.50 USD |
| 2021-01-29T07:01:52Z | Buy | BTC | 0.00015211 | 32550.62 | $4.95 | $4.95 | Bought 0.00015211 BTC for $4.95 USD |
| 2021-02-05T23:08:07Z | Send | BTC | 0.00015211 | 37955.00 | | | Sent 0.00015211 BTC to ███████████XBUee |
| 2020-12-30T22:36:14Z | Receive | ETH | 1.0 | 749.66 | | | Received 1.0000 ETH from an external account |
| 2021-02-05T23:04:58Z | Send | ETH | 1.0 | 1707.20 | | | Sent 1.0000 ETH to ███████████4c78d |

suppor .co nbase.com                                    age 2/15

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-11-16T19:22:48Z | Receive | USDC | 50000.0 | 1.00 | | | Received 50,000.0000 USDC from an external account |
| 2020-12-02T23:14:47Z | Rewards Income | USDC | 2.914311 | 1.00 | $2.91 | $2.91 | Received 2.914311 USDC from Coinbase Rewards |
| 2020-12-04T06:34:39Z | Sell | USDC | 50002.91 | 1.00 | $50,002.91 | $50,002.91 | Sold 50,002.9100 USDC for $50,002.91 USD |
| 2020-12-30T22:16:31Z | Receive | USDC | 39995.82492 | 1.00 | | | Received 39,995.82492 USDC from an external account |
| 2020-12-30T22:32:18Z | Sell | USDC | 39995.82 | 1.00 | $39,995.82 | $39,995.82 | Sold 39,995.8200 USDC for $39,995.82 USD |
| 2021-01-03T02:23:49Z | Rewards Income | USDC | 0.674192 | 1.00 | $0.67 | $0.67 | Received 0.674192 USDC from Coinbase Rewards |
| 2021-01-06T18:34:14Z | Receive | USDC | 35536.887874 | 1.00 | | | Received 35,536.887874 USDC from an external account |
| 2021-02-02T14:01:29Z | Rewards Income | USDC | 3.681693 | 1.00 | $3.68 | $3.68 | Received 3.681693 USDC from Coinbase Rewards |
| 2021-02-03T18:55:30Z | Buy | USDC | 2737956.0 | 1.00 | $2,737,956.00 | $2,737,956.00 | Bought 2,737,956.0000 USDC for $2,737,956.00 USD |
| 2021-02-03T19:03:07Z | Send | USDC | 2773497.25299 | 1.00 | | | Sent 2,773,497.25299 USDC to ██████████a4A8 |
| 2021-02-05T23:12:13Z | Buy | USDC | 10.0 | 1.00 | $10.00 | $10.00 | Bought 10.0000 USDC for $10.00 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-02-05T23:12:46Z | Sell | USDC | 10.0 | 1.00 | $10.00 | $10.00 | Sold 10.0000 USDC for $10.00 USD |
| 2020-09-11T18:08:06Z | Buy | DAI | 23182.0894706 | 1.04 | $24,076.26 | $24,435.00 | Bought 23,182.0894706 DAI for $24,435.00 USD |
| 2020-09-16T18:35:42Z | Rewards Income | DAI | 0.30734808 | 1.01 | $0.31 | $0.31 | Received 0.30734808 DAI from Coinbase Rewards |
| 2020-09-17T17:33:58Z | Rewards Income | DAI | 1.25774994 | 1.02 | $1.28 | $1.28 | Received 1.25774994 DAI from Coinbase Rewards |
| 2020-09-18T18:39:24Z | Rewards Income | DAI | 1.25774994 | 1.02 | $1.28 | $1.28 | Received 1.25774994 DAI from Coinbase Rewards |
| 2020-09-19T18:59:16Z | Rewards Income | DAI | 1.25774994 | 1.01 | $1.27 | $1.27 | Received 1.25774994 DAI from Coinbase Rewards |
| 2020-09-20T19:12:25Z | Rewards Income | DAI | 1.25774994 | 1.01 | $1.27 | $1.27 | Received 1.25774994 DAI from Coinbase Rewards |
| 2020-09-21T18:16:11Z | Rewards Income | DAI | 1.25775369 | 1.01 | $1.27 | $1.27 | Received 1.25775369 DAI from Coinbase Rewards |
| 2020-09-22T18:03:42Z | Rewards Income | DAI | 1.25778491 | 1.01 | $1.27 | $1.27 | Received 1.25778491 DAI from Coinbase Rewards |
| 2020-09-23T18:08:49Z | Rewards Income | DAI | 1.25785005 | 1.01 | $1.27 | $1.27 | Received 1.25785005 DAI from Coinbase Rewards |
| 2020-09-24T18:11:14Z | Rewards Income | DAI | 1.25791734 | 1.01 | $1.27 | $1.27 | Received 1.25791734 DAI from Coinbase Rewards |
| 2020-09-25T19:15:07Z | Rewards Income | DAI | 1.25798496 | 1.01 | $1.27 | $1.27 | Received 1.25798496 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-09-26T18:08:08Z | Rewards Income | DAI | 1.25805587 | 1.01 | $1.27 | $1.27 | Received 1.25805587 DAI from Coinbase Rewards |
| 2020-09-27T18:27:57Z | Rewards Income | DAI | 1.2581247 | 1.01 | $1.27 | $1.27 | Received 1.2581247 DAI from Coinbase Rewards |
| 2020-09-28T19:09:00Z | Send | DAI | 23196.23328996 | 1.01 | | | Sent 23,196.23328996 DAI to ███████████a4A8 |
| 2020-09-28T19:28:49Z | Rewards Income | DAI | 1.2581927 | 1.01 | $1.27 | $1.27 | Received 1.2581927 DAI from Coinbase Rewards |
| 2020-09-29T17:53:16Z | Rewards Income | DAI | 1.25826083 | 1.01 | $1.27 | $1.27 | Received 1.25826083 DAI from Coinbase Rewards |
| 2020-09-30T19:04:09Z | Rewards Income | DAI | 1.25832605 | 1.01 | $1.27 | $1.27 | Received 1.25832605 DAI from Coinbase Rewards |
| 2020-10-01T18:49:31Z | Rewards Income | DAI | 1.25839748 | 1.01 | $1.27 | $1.27 | Received 1.25839748 DAI from Coinbase Rewards |
| 2020-10-02T18:56:17Z | Rewards Income | DAI | 1.2584648 | 1.01 | $1.27 | $1.27 | Received 1.2584648 DAI from Coinbase Rewards |
| 2020-10-03T18:38:43Z | Rewards Income | DAI | 1.01301733 | 1.01 | $1.02 | $1.02 | Received 1.01301733 DAI from Coinbase Rewards |
| 2020-10-04T18:21:40Z | Rewards Income | DAI | 8.564e-05 | 1.01 | $0.00 | $0.00 | Received 0.00008564 DAI from Coinbase Rewards |
| 2020-10-05T18:13:59Z | Rewards Income | DAI | 0.00015055 | 1.01 | $0.00 | $0.00 | Received 0.00015055 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-06T17:42:05Z | Rewards Income | DAI | 0.00021952 | 1.01 | $0.00 | $0.00 | Received 0.00021952 DAI from Coinbase Rewards |
| 2020-10-07T18:02:21Z | Rewards Income | DAI | 0.00028747 | 1.01 | $0.00 | $0.00 | Received 0.00028747 DAI from Coinbase Rewards |
| 2020-10-08T18:07:31Z | Rewards Income | DAI | 0.00035361 | 1.01 | $0.00 | $0.00 | Received 0.00035361 DAI from Coinbase Rewards |
| 2020-10-09T18:06:41Z | Rewards Income | DAI | 0.00039631 | 1.01 | $0.00 | $0.00 | Received 0.00039631 DAI from Coinbase Rewards |
| 2020-10-10T18:00:54Z | Rewards Income | DAI | 0.00039632 | 1.01 | $0.00 | $0.00 | Received 0.00039632 DAI from Coinbase Rewards |
| 2020-10-11T19:06:17Z | Rewards Income | DAI | 0.00039633 | 1.01 | $0.00 | $0.00 | Received 0.00039633 DAI from Coinbase Rewards |
| 2020-10-12T18:22:08Z | Rewards Income | DAI | 0.00039634 | 1.01 | $0.00 | $0.00 | Received 0.00039634 DAI from Coinbase Rewards |
| 2020-10-13T18:33:10Z | Rewards Income | DAI | 0.00039636 | 1.01 | $0.00 | $0.00 | Received 0.00039636 DAI from Coinbase Rewards |
| 2020-10-14T18:56:21Z | Rewards Income | DAI | 0.00039638 | 1.01 | $0.00 | $0.00 | Received 0.00039638 DAI from Coinbase Rewards |
| 2020-10-15T18:30:18Z | Rewards Income | DAI | 0.0003964 | 1.01 | $0.00 | $0.00 | Received 0.0003964 DAI from Coinbase Rewards |
| 2020-10-16T18:17:08Z | Rewards Income | DAI | 0.00039642 | 1.01 | $0.00 | $0.00 | Received 0.00039642 DAI from Coinbase Rewards |
| 2020-10-17T18:18:44Z | Rewards Income | DAI | 0.00039644 | 1.01 | $0.00 | $0.00 | Received 0.00039644 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-18T18:23:19Z | Rewards Income | DAI | 0.00039646 | 1.01 | $0.00 | $0.00 | Received 0.00039646 DAI from Coinbase Rewards |
| 2020-10-19T19:02:22Z | Rewards Income | DAI | 0.00039648 | 1.01 | $0.00 | $0.00 | Received 0.00039648 DAI from Coinbase Rewards |
| 2020-10-20T18:40:42Z | Rewards Income | DAI | 0.0003965 | 1.01 | $0.00 | $0.00 | Received 0.0003965 DAI from Coinbase Rewards |
| 2020-10-21T18:49:43Z | Rewards Income | DAI | 0.00039653 | 1.01 | $0.00 | $0.00 | Received 0.00039653 DAI from Coinbase Rewards |
| 2020-10-22T18:04:18Z | Rewards Income | DAI | 0.00039655 | 1.01 | $0.00 | $0.00 | Received 0.00039655 DAI from Coinbase Rewards |
| 2020-10-23T18:02:15Z | Rewards Income | DAI | 0.00039657 | 1.01 | $0.00 | $0.00 | Received 0.00039657 DAI from Coinbase Rewards |
| 2020-10-24T17:36:27Z | Rewards Income | DAI | 0.00079319 | 1.01 | $0.00 | $0.00 | Received 0.00079319 DAI from Coinbase Rewards |
| 2020-10-25T18:15:12Z | Rewards Income | DAI | 0.00039661 | 1.01 | $0.00 | $0.00 | Received 0.00039661 DAI from Coinbase Rewards |
| 2020-10-26T19:04:43Z | Rewards Income | DAI | 0.00039663 | 1.01 | $0.00 | $0.00 | Received 0.00039663 DAI from Coinbase Rewards |
| 2020-10-27T18:30:48Z | Rewards Income | DAI | 0.00039666 | 1.01 | $0.00 | $0.00 | Received 0.00039666 DAI from Coinbase Rewards |
| 2020-10-28T18:55:20Z | Rewards Income | DAI | 0.00039668 | 1.01 | $0.00 | $0.00 | Received 0.00039668 DAI from Coinbase Rewards |
| 2020-10-29T18:54:42Z | Rewards Income | DAI | 0.0003967 | 1.01 | $0.00 | $0.00 | Received 0.0003967 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-30T19:25:00Z | Rewards Income | DAI | 0.00039674 | 1.01 | $0.00 | $0.00 | Received 0.00039674 DAI from Coinbase Rewards |
| 2020-10-31T17:45:40Z | Rewards Income | DAI | 0.00039676 | 1.01 | $0.00 | $0.00 | Received 0.00039676 DAI from Coinbase Rewards |
| 2020-11-01T19:27:03Z | Rewards Income | DAI | 0.00039678 | 1.01 | $0.00 | $0.00 | Received 0.00039678 DAI from Coinbase Rewards |
| 2020-11-02T19:08:29Z | Rewards Income | DAI | 0.00039681 | 1.01 | $0.00 | $0.00 | Received 0.00039681 DAI from Coinbase Rewards |
| 2020-11-03T17:50:21Z | Rewards Income | DAI | 0.00039683 | 1.01 | $0.00 | $0.00 | Received 0.00039683 DAI from Coinbase Rewards |
| 2020-11-04T17:32:28Z | Rewards Income | DAI | 0.00039685 | 1.01 | $0.00 | $0.00 | Received 0.00039685 DAI from Coinbase Rewards |
| 2020-11-05T18:36:52Z | Rewards Income | DAI | 0.00039687 | 1.01 | $0.00 | $0.00 | Received 0.00039687 DAI from Coinbase Rewards |
| 2020-11-06T19:12:05Z | Rewards Income | DAI | 0.00039689 | 1.01 | $0.00 | $0.00 | Received 0.00039689 DAI from Coinbase Rewards |
| 2020-11-07T17:44:04Z | Rewards Income | DAI | 0.00039691 | 1.01 | $0.00 | $0.00 | Received 0.00039691 DAI from Coinbase Rewards |
| 2020-11-08T18:51:12Z | Rewards Income | DAI | 0.00039694 | 1.01 | $0.00 | $0.00 | Received 0.00039694 DAI from Coinbase Rewards |
| 2020-11-09T19:31:57Z | Rewards Income | DAI | 0.00039696 | 1.01 | $0.00 | $0.00 | Received 0.00039696 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-11-10T19:05:54Z | Rewards Income | DAI | 0.00039698 | 1.01 | $0.00 | $0.00 | Received 0.00039698 DAI from Coinbase Rewards |
| 2020-11-11T18:31:26Z | Rewards Income | DAI | 0.000397 | 1.01 | $0.00 | $0.00 | Received 0.000397 DAI from Coinbase Rewards |
| 2020-11-12T18:26:05Z | Rewards Income | DAI | 0.00039702 | 1.01 | $0.00 | $0.00 | Received 0.00039702 DAI from Coinbase Rewards |
| 2020-11-13T17:38:05Z | Rewards Income | DAI | 0.00039704 | 1.01 | $0.00 | $0.00 | Received 0.00039704 DAI from Coinbase Rewards |
| 2020-11-14T17:51:48Z | Rewards Income | DAI | 0.00039706 | 1.01 | $0.00 | $0.00 | Received 0.00039706 DAI from Coinbase Rewards |
| 2020-11-15T18:05:52Z | Rewards Income | DAI | 0.00039709 | 1.01 | $0.00 | $0.00 | Received 0.00039709 DAI from Coinbase Rewards |
| 2020-11-16T18:52:02Z | Rewards Income | DAI | 0.00039711 | 1.01 | $0.00 | $0.00 | Received 0.00039711 DAI from Coinbase Rewards |
| 2020-11-17T18:41:34Z | Rewards Income | DAI | 0.00039713 | 1.00 | $0.00 | $0.00 | Received 0.00039713 DAI from Coinbase Rewards |
| 2020-11-18T17:46:37Z | Rewards Income | DAI | 0.00039715 | 1.00 | $0.00 | $0.00 | Received 0.00039715 DAI from Coinbase Rewards |
| 2020-11-19T17:52:31Z | Rewards Income | DAI | 0.00039717 | 1.00 | $0.00 | $0.00 | Received 0.00039717 DAI from Coinbase Rewards |
| 2020-11-20T18:09:48Z | Rewards Income | DAI | 0.00039719 | 1.01 | $0.00 | $0.00 | Received 0.00039719 DAI from Coinbase Rewards |
| 2020-11-21T19:27:26Z | Rewards Income | DAI | 0.00039721 | 1.00 | $0.00 | $0.00 | Received 0.00039721 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-11-22T19:25:27Z | Rewards Income | DAI | 0.00039724 | 1.00 | $0.00 | $0.00 | Received 0.00039724 DAI from Coinbase Rewards |
| 2020-11-23T19:08:02Z | Rewards Income | DAI | 0.00039726 | 1.00 | $0.00 | $0.00 | Received 0.00039726 DAI from Coinbase Rewards |
| 2020-11-24T17:53:15Z | Rewards Income | DAI | 0.00039728 | 1.00 | $0.00 | $0.00 | Received 0.00039728 DAI from Coinbase Rewards |
| 2020-11-25T19:29:07Z | Rewards Income | DAI | 0.0003973 | 1.00 | $0.00 | $0.00 | Received 0.0003973 DAI from Coinbase Rewards |
| 2020-11-26T18:14:50Z | Rewards Income | DAI | 0.00039732 | 1.01 | $0.00 | $0.00 | Received 0.00039732 DAI from Coinbase Rewards |
| 2020-11-27T19:24:44Z | Rewards Income | DAI | 0.00039734 | 1.00 | $0.00 | $0.00 | Received 0.00039734 DAI from Coinbase Rewards |
| 2020-11-28T18:13:43Z | Rewards Income | DAI | 0.00039737 | 1.00 | $0.00 | $0.00 | Received 0.00039737 DAI from Coinbase Rewards |
| 2020-11-29T17:42:03Z | Rewards Income | DAI | 0.00039739 | 1.01 | $0.00 | $0.00 | Received 0.00039739 DAI from Coinbase Rewards |
| 2020-11-30T18:44:30Z | Rewards Income | DAI | 0.00039741 | 1.00 | $0.00 | $0.00 | Received 0.00039741 DAI from Coinbase Rewards |
| 2020-12-01T19:31:39Z | Rewards Income | DAI | 0.00039743 | 1.00 | $0.00 | $0.00 | Received 0.00039743 DAI from Coinbase Rewards |
| 2020-12-02T17:33:29Z | Rewards Income | DAI | 0.00039745 | 1.00 | $0.00 | $0.00 | Received 0.00039745 DAI from Coinbase Rewards |
| 2020-12-03T17:58:15Z | Rewards Income | DAI | 0.00039747 | 1.00 | $0.00 | $0.00 | Received 0.00039747 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-04T18:34:15Z | Rewards Income | DAI | 0.0003975 | 1.00 | $0.00 | $0.00 | Received 0.0003975 DAI from Coinbase Rewards |
| 2020-12-05T19:29:15Z | Rewards Income | DAI | 0.00039752 | 1.01 | $0.00 | $0.00 | Received 0.00039752 DAI from Coinbase Rewards |
| 2020-12-06T19:00:52Z | Rewards Income | DAI | 0.00039754 | 1.00 | $0.00 | $0.00 | Received 0.00039754 DAI from Coinbase Rewards |
| 2020-12-07T18:17:25Z | Rewards Income | DAI | 0.00039756 | 1.00 | $0.00 | $0.00 | Received 0.00039756 DAI from Coinbase Rewards |
| 2020-12-08T18:37:47Z | Rewards Income | DAI | 0.00039758 | 1.00 | $0.00 | $0.00 | Received 0.00039758 DAI from Coinbase Rewards |
| 2020-12-09T17:55:11Z | Rewards Income | DAI | 0.0003976 | 1.00 | $0.00 | $0.00 | Received 0.0003976 DAI from Coinbase Rewards |
| 2020-12-10T17:41:39Z | Rewards Income | DAI | 0.00039762 | 1.00 | $0.00 | $0.00 | Received 0.00039762 DAI from Coinbase Rewards |
| 2020-12-11T18:29:03Z | Rewards Income | DAI | 0.00039765 | 1.00 | $0.00 | $0.00 | Received 0.00039765 DAI from Coinbase Rewards |
| 2020-12-12T18:56:36Z | Rewards Income | DAI | 0.00039767 | 1.00 | $0.00 | $0.00 | Received 0.00039767 DAI from Coinbase Rewards |
| 2020-12-13T19:12:16Z | Rewards Income | DAI | 0.00039769 | 1.00 | $0.00 | $0.00 | Received 0.00039769 DAI from Coinbase Rewards |
| 2020-12-14T18:53:59Z | Rewards Income | DAI | 0.00039771 | 1.00 | $0.00 | $0.00 | Received 0.00039771 DAI from Coinbase Rewards |
| 2020-12-15T21:00:16Z | Rewards Income | DAI | 0.00039773 | 1.00 | $0.00 | $0.00 | Received 0.00039773 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-16T17:48:31Z | Rewards Income | DAI | 0.00039775 | 1.00 | $0.00 | $0.00 | Received 0.00039775 DAI from Coinbase Rewards |
| 2020-12-17T18:35:50Z | Rewards Income | DAI | 0.00039778 | 1.00 | $0.00 | $0.00 | Received 0.00039778 DAI from Coinbase Rewards |
| 2020-12-18T19:38:05Z | Rewards Income | DAI | 0.0003978 | 1.00 | $0.00 | $0.00 | Received 0.0003978 DAI from Coinbase Rewards |
| 2020-12-19T20:12:00Z | Rewards Income | DAI | 0.00039782 | 1.00 | $0.00 | $0.00 | Received 0.00039782 DAI from Coinbase Rewards |
| 2020-12-20T19:36:18Z | Rewards Income | DAI | 0.00039784 | 1.00 | $0.00 | $0.00 | Received 0.00039784 DAI from Coinbase Rewards |
| 2020-12-21T18:21:36Z | Rewards Income | DAI | 0.00039786 | 1.00 | $0.00 | $0.00 | Received 0.00039786 DAI from Coinbase Rewards |
| 2020-12-22T20:15:04Z | Rewards Income | DAI | 0.00039788 | 1.00 | $0.00 | $0.00 | Received 0.00039788 DAI from Coinbase Rewards |
| 2020-12-23T19:40:54Z | Rewards Income | DAI | 0.0003979 | 1.00 | $0.00 | $0.00 | Received 0.0003979 DAI from Coinbase Rewards |
| 2020-12-24T21:29:32Z | Rewards Income | DAI | 0.00039792 | 1.00 | $0.00 | $0.00 | Received 0.00039792 DAI from Coinbase Rewards |
| 2020-12-25T18:55:43Z | Rewards Income | DAI | 0.00039795 | 1.00 | $0.00 | $0.00 | Received 0.00039795 DAI from Coinbase Rewards |
| 2020-12-26T19:38:15Z | Rewards Income | DAI | 0.00039797 | 1.00 | $0.00 | $0.00 | Received 0.00039797 DAI from Coinbase Rewards |
| 2020-12-27T18:05:05Z | Rewards Income | DAI | 0.00039799 | 1.00 | $0.00 | $0.00 | Received 0.00039799 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-28T20:00:07Z | Rewards Income | DAI | 0.00039801 | 1.00 | $0.00 | $0.00 | Received 0.00039801 DAI from Coinbase Rewards |
| 2020-12-29T18:49:55Z | Rewards Income | DAI | 0.00039803 | 1.00 | $0.00 | $0.00 | Received 0.00039803 DAI from Coinbase Rewards |
| 2020-12-30T20:12:19Z | Rewards Income | DAI | 0.00039806 | 1.00 | $0.00 | $0.00 | Received 0.00039806 DAI from Coinbase Rewards |
| 2020-12-31T19:30:53Z | Rewards Income | DAI | 0.00039808 | 1.00 | $0.00 | $0.00 | Received 0.00039808 DAI from Coinbase Rewards |
| 2021-01-01T21:09:01Z | Rewards Income | DAI | 0.0003981 | 1.01 | $0.00 | $0.00 | Received 0.0003981 DAI from Coinbase Rewards |
| 2021-01-02T18:33:16Z | Rewards Income | DAI | 0.00039812 | 1.00 | $0.00 | $0.00 | Received 0.00039812 DAI from Coinbase Rewards |
| 2021-01-03T20:44:22Z | Rewards Income | DAI | 0.00039814 | 1.00 | $0.00 | $0.00 | Received 0.00039814 DAI from Coinbase Rewards |
| 2021-01-04T19:57:06Z | Rewards Income | DAI | 0.00039816 | 1.00 | $0.00 | $0.00 | Received 0.00039816 DAI from Coinbase Rewards |
| 2021-01-05T17:57:34Z | Rewards Income | DAI | 0.00039818 | 1.00 | $0.00 | $0.00 | Received 0.00039818 DAI from Coinbase Rewards |
| 2021-01-06T18:45:44Z | Rewards Income | DAI | 0.0003982 | 1.00 | $0.00 | $0.00 | Received 0.0003982 DAI from Coinbase Rewards |
| 2021-01-07T19:12:57Z | Rewards Income | DAI | 0.00039823 | 1.00 | $0.00 | $0.00 | Received 0.00039823 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-08T19:39:07Z | Rewards Income | DAI | 0.00039825 | 1.00 | $0.00 | $0.00 | Received 0.00039825 DAI from Coinbase Rewards |
| 2021-01-09T20:56:50Z | Rewards Income | DAI | 0.00039827 | 1.00 | $0.00 | $0.00 | Received 0.00039827 DAI from Coinbase Rewards |
| 2021-01-10T19:28:12Z | Rewards Income | DAI | 0.00039829 | 1.00 | $0.00 | $0.00 | Received 0.00039829 DAI from Coinbase Rewards |
| 2021-01-11T20:06:45Z | Rewards Income | DAI | 0.00039831 | 1.00 | $0.00 | $0.00 | Received 0.00039831 DAI from Coinbase Rewards |
| 2021-01-12T07:35:20Z | Rewards Income | DAI | 0.00039834 | 1.00 | $0.00 | $0.00 | Received 0.00039834 DAI from Coinbase Rewards |
| 2021-01-13T09:53:06Z | Rewards Income | DAI | 0.00039836 | 1.00 | $0.00 | $0.00 | Received 0.00039836 DAI from Coinbase Rewards |
| 2021-01-14T10:20:26Z | Rewards Income | DAI | 0.00039838 | 1.00 | $0.00 | $0.00 | Received 0.00039838 DAI from Coinbase Rewards |
| 2021-01-15T11:19:45Z | Rewards Income | DAI | 0.0003984 | 1.00 | $0.00 | $0.00 | Received 0.0003984 DAI from Coinbase Rewards |
| 2021-01-16T11:19:38Z | Rewards Income | DAI | 0.00039842 | 1.00 | $0.00 | $0.00 | Received 0.00039842 DAI from Coinbase Rewards |
| 2021-01-17T08:35:12Z | Rewards Income | DAI | 0.00039845 | 1.00 | $0.00 | $0.00 | Received 0.00039845 DAI from Coinbase Rewards |
| 2021-01-18T10:35:27Z | Rewards Income | DAI | 0.00039847 | 1.00 | $0.00 | $0.00 | Received 0.00039847 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-19T09:10:37Z | Rewards Income | DAI | 0.0003985 | 1.00 | $0.00 | $0.00 | Received 0.0003985 DAI from Coinbase Rewards |
| 2021-01-20T10:34:56Z | Rewards Income | DAI | 0.00039852 | 1.00 | $0.00 | $0.00 | Received 0.00039852 DAI from Coinbase Rewards |
| 2021-01-21T10:06:56Z | Rewards Income | DAI | 0.00039854 | 1.00 | $0.00 | $0.00 | Received 0.00039854 DAI from Coinbase Rewards |
| 2021-01-22T08:00:20Z | Rewards Income | DAI | 0.00039856 | 1.00 | $0.00 | $0.00 | Received 0.00039856 DAI from Coinbase Rewards |
| 2021-01-23T07:44:50Z | Rewards Income | DAI | 0.00039858 | 1.00 | $0.00 | $0.00 | Received 0.00039858 DAI from Coinbase Rewards |
| 2021-01-24T10:25:52Z | Rewards Income | DAI | 0.0003986 | 1.00 | $0.00 | $0.00 | Received 0.0003986 DAI from Coinbase Rewards |
| 2021-01-25T07:48:00Z | Rewards Income | DAI | 0.00039862 | 1.00 | $0.00 | $0.00 | Received 0.00039862 DAI from Coinbase Rewards |
| 2021-01-26T09:57:28Z | Rewards Income | DAI | 0.00039865 | 1.00 | $0.00 | $0.00 | Received 0.00039865 DAI from Coinbase Rewards |
| 2021-01-27T08:38:49Z | Rewards Income | DAI | 0.00039867 | 1.00 | $0.00 | $0.00 | Received 0.00039867 DAI from Coinbase Rewards |
| 2021-01-28T11:28:47Z | Rewards Income | DAI | 0.00039869 | 1.00 | $0.00 | $0.00 | Received 0.00039869 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-29T10:11:25Z | Rewards Income | DAI | 0.00039871 | 1.00 | $0.00 | $0.00 | Received 0.00039871 DAI from Coinbase Rewards |
| 2021-01-30T09:06:10Z | Rewards Income | DAI | 0.00039874 | 1.00 | $0.00 | $0.00 | Received 0.00039874 DAI from Coinbase Rewards |
| 2021-01-31T08:51:48Z | Rewards Income | DAI | 0.00039876 | 1.00 | $0.00 | $0.00 | Received 0.00039876 DAI from Coinbase Rewards |
| 2021-02-01T07:38:19Z | Rewards Income | DAI | 0.00039878 | 1.00 | $0.00 | $0.00 | Received 0.00039878 DAI from Coinbase Rewards |
| 2021-02-02T08:01:19Z | Rewards Income | DAI | 0.0003988 | 1.00 | $0.00 | $0.00 | Received 0.0003988 DAI from Coinbase Rewards |
| 2021-02-03T08:59:41Z | Rewards Income | DAI | 0.00039882 | 1.00 | $0.00 | $0.00 | Received 0.00039882 DAI from Coinbase Rewards |
| 2021-02-04T11:29:50Z | Rewards Income | DAI | 0.00039884 | 1.00 | $0.00 | $0.00 | Received 0.00039884 DAI from Coinbase Rewards |
| 2021-02-05T11:11:15Z | Rewards Income | DAI | 0.00039886 | 1.00 | $0.00 | $0.00 | Received 0.00039886 DAI from Coinbase Rewards |
| 2021-02-05T23:10:06Z | Send | DAI | 7.35386091 | 1.00 | | | Sent 7.35386091 DAI to ███████████████████a4A8 |
| 2021-02-06T08:10:48Z | Rewards Income | DAI | 0.00039889 | 1.00 | $0.00 | $0.00 | Received 0.00039889 DAI from Coinbase Rewards |
| 2021-02-07T09:59:15Z | Rewards Income | DAI | 0.00039891 | 1.00 | $0.00 | $0.00 | Received 0.00039891 DAI from Coinbase Rewards |

# coinbase

**Transaction report for James Alexander**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, and Rewards Income, and Coinbase Earn transactions are taxable events. For final tax obligations, please consult your tax advisor.

**Date range**

From: 2012-01-01T00:00:00Z

To: 2021-02-07T14:27:12Z

**Filter**

Type: all

Asset: all

**Customer**

al3xander.james@gmail.com

0ced

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-07-01T18:11:23Z | Receive | BTC | 10.0 | 9273.24 | | | Received 10.0000 BTC from an external account |
| 2020-07-01T18:43:13Z | Sell | BTC | 5.0 | 9213.67 | $46,068.33 | $45,381.91 | Sold 5.0000 BTC for $45,381.91 USD |
| 2020-07-16T17:57:31Z | Receive | BTC | 65.0 | 9122.02 | | | Received 65.0000 BTC from an external account |
| 2020-07-16T18:03:47Z | Sell | BTC | 4.96026698 | 9072.09 | $45,000.00 | $44,329.50 | Sold 4.96026698 BTC for $44,329.50 USD |
| 2020-07-16T19:17:43Z | Sell | BTC | 56.02466479 | 9067.43 | $508,000.00 | $500,430.80 | Sold 56.02466479 BTC for $500,430.80 USD |
| 2020-07-26T16:38:58Z | Sell | BTC | 1.0 | 9891.90 | $9,891.90 | $9,744.51 | Sold 1.0000 BTC for $9,744.51 USD |
| 2020-07-26T16:54:59Z | Sell | BTC | 1.0 | 9871.52 | $9,871.52 | $9,724.43 | Sold 1.0000 BTC for $9,724.43 USD |
| 2020-08-06T17:53:09Z | Sell | BTC | 3.0 | 11808.61 | $35,425.83 | $34,897.99 | Sold 3.0000 BTC for $34,897.99 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-08-11T19:04:32Z | Sell | BTC | 3.0 | 11362.66 | $34,087.98 | $33,580.07 | Sold 3.0000 BTC for $33,580.07 USD |
| 2020-09-10T18:37:42Z | Convert | BTC | 1.01506823 | 10263.31 | $10,218.50 | $10,417.96 | Converted 1.01506823 BTC to 9,913.67653294 DAI |
| 2018-09-25T06:04:07Z | Receive | ETH | 10.0 | 221.00 | | | Received 10.0000 ETH from an external account |
| 2018-10-03T14:50:35Z | Receive | ETH | 10.0 | 220.47 | | | Received 10.0000 ETH from an external account |
| 2018-10-30T06:00:47Z | Receive | ETH | 10.0 | 194.66 | | | Received 10.0000 ETH from an external account |
| 2018-11-30T09:14:26Z | Receive | ETH | 10.0 | 115.75 | | | Received 10.0000 ETH from an external account |
| 2018-12-19T00:58:21Z | Send | ETH | 10.000189 | 101.20 | | | Sent 10.000189 ETH to ██████████1222 |
| 2019-03-10T23:21:58Z | Send | ETH | 29.999811 | 135.54 | | | Sent 29.999811 ETH to ██████████002C |
| 2020-09-10T18:55:08Z | Buy | ETH | 3.0 | 365.67 | $1,097.01 | $1,113.36 | Bought 3.0000 ETH for $1,113.36 USD |
| 2020-12-30T22:35:22Z | Send | ETH | 1.001617 | 748.44 | | | Sent 1.001617 ETH to ██████████32a3 |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-07-01T17:41:26Z | Buy | USDC | 100.0 | 1.00 | $100.00 | $100.00 | Bought 100.0000 USDC for $100.00 USD |
| 2020-07-01T18:29:17Z | Receive | USDC | 25000.0 | 1.00 | | | Received 25,000.0000 USDC from an external account |
| 2020-07-01T18:40:40Z | Sell | USDC | 25000.0 | 1.00 | $25,000.00 | $25,000.00 | Sold 25,000.0000 USDC for $25,000.00 USD |
| 2020-08-02T06:23:19Z | Rewards Income | USDC | 0.01325 | 1.00 | $0.01 | $0.01 | Received 0.01325 USDC from Coinbase Rewards |
| 2020-09-02T22:38:37Z | Rewards Income | USDC | 0.012732 | 1.00 | $0.01 | $0.01 | Received 0.012732 USDC from Coinbase Rewards |
| 2020-10-02T18:54:20Z | Rewards Income | USDC | 0.012323 | 1.00 | $0.01 | $0.01 | Received 0.012323 USDC from Coinbase Rewards |
| 2020-11-02T19:44:35Z | Rewards Income | USDC | 0.012735 | 1.00 | $0.01 | $0.01 | Received 0.012735 USDC from Coinbase Rewards |
| 2020-12-03T00:17:40Z | Rewards Income | USDC | 0.012326 | 1.00 | $0.01 | $0.01 | Received 0.012326 USDC from Coinbase Rewards |
| 2021-01-03T03:51:41Z | Rewards Income | USDC | 0.012738 | 1.00 | $0.01 | $0.01 | Received 0.012738 USDC from Coinbase Rewards |
| 2021-02-02T13:56:34Z | Rewards Income | USDC | 0.01274 | 1.00 | $0.01 | $0.01 | Received 0.01274 USDC from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-09-10T17:33:52Z | Buy | DAI | 23760.3017112 | 1.04 | $24,632.97 | $25,000.00 | Bought 23,760.3017112 DAI for $25,000.00 USD |
| 2020-09-10T18:06:27Z | Send | DAI | 98.65952707 | 1.03 | | | Sent 98.65952707 DAI to ██████████████████a4A8 |
| 2020-09-10T18:11:40Z | Send | DAI | 10517.13172922 | 1.03 | | | Sent 10,517.13172922 DAI to ██████████████████a4A8 |
| 2020-09-15T19:04:45Z | Rewards Income | DAI | 0.3307361 | 1.02 | $0.34 | $0.34 | Received 0.3307361 DAI from Coinbase Rewards |
| 2020-09-16T17:41:26Z | Rewards Income | DAI | 1.25102758 | 1.01 | $1.26 | $1.26 | Received 1.25102758 DAI from Coinbase Rewards |
| 2020-09-17T17:52:14Z | Rewards Income | DAI | 1.25102758 | 1.02 | $1.28 | $1.28 | Received 1.25102758 DAI from Coinbase Rewards |
| 2020-09-17T21:26:16Z | Send | DAI | 23061.01977911 | 1.02 | | | Sent 23,061.01977911 DAI to ██████████████████4fc3 |
| 2020-09-18T18:42:40Z | Rewards Income | DAI | 1.25102758 | 1.02 | $1.28 | $1.28 | Received 1.25102758 DAI from Coinbase Rewards |
| 2020-09-19T17:36:24Z | Rewards Income | DAI | 1.25102758 | 1.01 | $1.26 | $1.26 | Received 1.25102758 DAI from Coinbase Rewards |
| 2020-09-20T17:37:00Z | Rewards Income | DAI | 1.25103126 | 1.01 | $1.26 | $1.26 | Received 1.25103126 DAI from Coinbase Rewards |
| 2020-09-21T18:23:22Z | Rewards Income | DAI | 1.25106337 | 1.01 | $1.26 | $1.26 | Received 1.25106337 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-09-22T19:30:38Z | Rewards Income | DAI | 1.12682356 | 1.01 | $1.14 | $1.14 | Received 1.12682356 DAI from Coinbase Rewards |
| 2020-09-24T19:27:16Z | Rewards Income | DAI | 8.595e-05 | 1.01 | $0.00 | $0.00 | Received 0.00008595 DAI from Coinbase Rewards |
| 2020-09-25T18:49:36Z | Rewards Income | DAI | 0.0001538 | 1.01 | $0.00 | $0.00 | Received 0.0001538 DAI from Coinbase Rewards |
| 2020-09-26T17:36:29Z | Rewards Income | DAI | 0.00021949 | 1.01 | $0.00 | $0.00 | Received 0.00021949 DAI from Coinbase Rewards |
| 2020-09-27T18:24:06Z | Rewards Income | DAI | 0.00028293 | 1.01 | $0.00 | $0.00 | Received 0.00028293 DAI from Coinbase Rewards |
| 2020-09-28T17:57:16Z | Rewards Income | DAI | 0.00033263 | 1.01 | $0.00 | $0.00 | Received 0.00033263 DAI from Coinbase Rewards |
| 2020-09-29T18:30:24Z | Rewards Income | DAI | 0.00033263 | 1.01 | $0.00 | $0.00 | Received 0.00033263 DAI from Coinbase Rewards |
| 2020-09-30T18:04:32Z | Rewards Income | DAI | 0.00033264 | 1.01 | $0.00 | $0.00 | Received 0.00033264 DAI from Coinbase Rewards |
| 2020-10-01T18:30:44Z | Rewards Income | DAI | 0.00033265 | 1.01 | $0.00 | $0.00 | Received 0.00033265 DAI from Coinbase Rewards |
| 2020-10-02T18:48:04Z | Rewards Income | DAI | 0.00033266 | 1.01 | $0.00 | $0.00 | Received 0.00033266 DAI from Coinbase Rewards |
| 2020-10-03T19:04:15Z | Rewards Income | DAI | 0.00033268 | 1.01 | $0.00 | $0.00 | Received 0.00033268 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-04T18:43:52Z | Rewards Income | DAI | 0.00033269 | 1.01 | $0.00 | $0.00 | Received 0.00033269 DAI from Coinbase Rewards |
| 2020-10-05T17:54:51Z | Rewards Income | DAI | 0.00033271 | 1.01 | $0.00 | $0.00 | Received 0.00033271 DAI from Coinbase Rewards |
| 2020-10-06T17:55:57Z | Rewards Income | DAI | 0.00033273 | 1.01 | $0.00 | $0.00 | Received 0.00033273 DAI from Coinbase Rewards |
| 2020-10-07T19:18:00Z | Rewards Income | DAI | 0.00033275 | 1.01 | $0.00 | $0.00 | Received 0.00033275 DAI from Coinbase Rewards |
| 2020-10-08T18:39:23Z | Rewards Income | DAI | 0.00033277 | 1.01 | $0.00 | $0.00 | Received 0.00033277 DAI from Coinbase Rewards |
| 2020-10-09T19:01:06Z | Rewards Income | DAI | 0.00033278 | 1.01 | $0.00 | $0.00 | Received 0.00033278 DAI from Coinbase Rewards |
| 2020-10-10T18:41:03Z | Rewards Income | DAI | 0.0003328 | 1.01 | $0.00 | $0.00 | Received 0.0003328 DAI from Coinbase Rewards |
| 2020-10-11T17:40:57Z | Rewards Income | DAI | 0.00033282 | 1.01 | $0.00 | $0.00 | Received 0.00033282 DAI from Coinbase Rewards |
| 2020-10-12T19:11:39Z | Rewards Income | DAI | 0.00033284 | 1.01 | $0.00 | $0.00 | Received 0.00033284 DAI from Coinbase Rewards |
| 2020-10-13T19:06:44Z | Rewards Income | DAI | 0.00033286 | 1.01 | $0.00 | $0.00 | Received 0.00033286 DAI from Coinbase Rewards |
| 2020-10-14T18:03:15Z | Rewards Income | DAI | 0.00033288 | 1.01 | $0.00 | $0.00 | Received 0.00033288 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-15T19:28:53Z | Rewards Income | DAI | 0.00033289 | 1.01 | $0.00 | $0.00 | Received 0.00033289 DAI from Coinbase Rewards |
| 2020-10-16T19:14:15Z | Rewards Income | DAI | 0.00033291 | 1.01 | $0.00 | $0.00 | Received 0.00033291 DAI from Coinbase Rewards |
| 2020-10-17T19:22:10Z | Rewards Income | DAI | 0.00033293 | 1.01 | $0.00 | $0.00 | Received 0.00033293 DAI from Coinbase Rewards |
| 2020-10-18T18:41:00Z | Rewards Income | DAI | 0.00033295 | 1.01 | $0.00 | $0.00 | Received 0.00033295 DAI from Coinbase Rewards |
| 2020-10-19T19:11:40Z | Rewards Income | DAI | 0.00033297 | 1.01 | $0.00 | $0.00 | Received 0.00033297 DAI from Coinbase Rewards |
| 2020-10-20T18:33:51Z | Rewards Income | DAI | 0.00033298 | 1.01 | $0.00 | $0.00 | Received 0.00033298 DAI from Coinbase Rewards |
| 2020-10-21T17:57:06Z | Rewards Income | DAI | 0.000333 | 1.01 | $0.00 | $0.00 | Received 0.000333 DAI from Coinbase Rewards |
| 2020-10-22T19:25:36Z | Rewards Income | DAI | 0.00033302 | 1.01 | $0.00 | $0.00 | Received 0.00033302 DAI from Coinbase Rewards |
| 2020-10-23T18:53:59Z | Rewards Income | DAI | 0.00033304 | 1.01 | $0.00 | $0.00 | Received 0.00033304 DAI from Coinbase Rewards |
| 2020-10-24T18:24:05Z | Rewards Income | DAI | 0.00066612 | 1.01 | $0.00 | $0.00 | Received 0.00066612 DAI from Coinbase Rewards |
| 2020-10-25T19:10:29Z | Rewards Income | DAI | 0.00033307 | 1.01 | $0.00 | $0.00 | Received 0.00033307 DAI from Coinbase Rewards |
| 2020-10-26T18:22:31Z | Rewards Income | DAI | 0.00033309 | 1.01 | $0.00 | $0.00 | Received 0.00033309 DAI from Coinbase Rewards |
| 2020-10-27T19:21:34Z | Rewards Income | DAI | 0.00033311 | 1.01 | $0.00 | $0.00 | Received 0.00033311 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-10-28T19:31:37Z | Rewards Income | DAI | 0.00033313 | 1.01 | $0.00 | $0.00 | Received 0.00033313 DAI from Coinbase Rewards |
| 2020-10-29T18:52:30Z | Rewards Income | DAI | 0.00033315 | 1.01 | $0.00 | $0.00 | Received 0.00033315 DAI from Coinbase Rewards |
| 2020-10-30T17:50:58Z | Rewards Income | DAI | 0.00033318 | 1.01 | $0.00 | $0.00 | Received 0.00033318 DAI from Coinbase Rewards |
| 2020-10-31T18:10:33Z | Rewards Income | DAI | 0.0003332 | 1.01 | $0.00 | $0.00 | Received 0.0003332 DAI from Coinbase Rewards |
| 2020-11-01T18:58:34Z | Rewards Income | DAI | 0.00033322 | 1.01 | $0.00 | $0.00 | Received 0.00033322 DAI from Coinbase Rewards |
| 2020-11-02T18:54:59Z | Rewards Income | DAI | 0.00033324 | 1.01 | $0.00 | $0.00 | Received 0.00033324 DAI from Coinbase Rewards |
| 2020-11-03T18:15:32Z | Rewards Income | DAI | 0.00033325 | 1.01 | $0.00 | $0.00 | Received 0.00033325 DAI from Coinbase Rewards |
| 2020-11-04T19:09:30Z | Rewards Income | DAI | 0.00033327 | 1.01 | $0.00 | $0.00 | Received 0.00033327 DAI from Coinbase Rewards |
| 2020-11-05T17:44:59Z | Rewards Income | DAI | 0.00033329 | 1.01 | $0.00 | $0.00 | Received 0.00033329 DAI from Coinbase Rewards |
| 2020-11-06T17:51:01Z | Rewards Income | DAI | 0.00033331 | 1.01 | $0.00 | $0.00 | Received 0.00033331 DAI from Coinbase Rewards |
| 2020-11-07T17:43:33Z | Rewards Income | DAI | 0.00033333 | 1.01 | $0.00 | $0.00 | Received 0.00033333 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-11-08T18:01:33Z | Rewards Income | DAI | 0.00033335 | 1.01 | $0.00 | $0.00 | Received 0.00033335 DAI from Coinbase Rewards |
| 2020-11-09T18:29:09Z | Rewards Income | DAI | 0.00033336 | 1.01 | $0.00 | $0.00 | Received 0.00033336 DAI from Coinbase Rewards |
| 2020-11-10T18:32:48Z | Rewards Income | DAI | 0.00033338 | 1.01 | $0.00 | $0.00 | Received 0.00033338 DAI from Coinbase Rewards |
| 2020-11-11T19:01:00Z | Rewards Income | DAI | 0.0003334 | 1.01 | $0.00 | $0.00 | Received 0.0003334 DAI from Coinbase Rewards |
| 2020-11-12T19:26:43Z | Rewards Income | DAI | 0.00033342 | 1.01 | $0.00 | $0.00 | Received 0.00033342 DAI from Coinbase Rewards |
| 2020-11-13T18:47:04Z | Rewards Income | DAI | 0.00033344 | 1.01 | $0.00 | $0.00 | Received 0.00033344 DAI from Coinbase Rewards |
| 2020-11-14T19:18:58Z | Rewards Income | DAI | 0.00033345 | 1.01 | $0.00 | $0.00 | Received 0.00033345 DAI from Coinbase Rewards |
| 2020-11-15T18:54:59Z | Rewards Income | DAI | 0.00033347 | 1.01 | $0.00 | $0.00 | Received 0.00033347 DAI from Coinbase Rewards |
| 2020-11-16T19:24:25Z | Rewards Income | DAI | 0.00033349 | 1.01 | $0.00 | $0.00 | Received 0.00033349 DAI from Coinbase Rewards |
| 2020-11-17T18:43:47Z | Rewards Income | DAI | 0.00033351 | 1.00 | $0.00 | $0.00 | Received 0.00033351 DAI from Coinbase Rewards |
| 2020-11-18T17:31:10Z | Rewards Income | DAI | 0.00033353 | 1.00 | $0.00 | $0.00 | Received 0.00033353 DAI from Coinbase Rewards |
| 2020-11-19T19:13:00Z | Rewards Income | DAI | 0.00033354 | 1.00 | $0.00 | $0.00 | Received 0.00033354 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-11-20T19:25:40Z | Rewards Income | DAI | 0.00033356 | 1.00 | $0.00 | $0.00 | Received 0.00033356 DAI from Coinbase Rewards |
| 2020-11-21T19:02:28Z | Rewards Income | DAI | 0.00033358 | 1.00 | $0.00 | $0.00 | Received 0.00033358 DAI from Coinbase Rewards |
| 2020-11-22T18:15:25Z | Rewards Income | DAI | 0.0003336 | 1.00 | $0.00 | $0.00 | Received 0.0003336 DAI from Coinbase Rewards |
| 2020-11-23T19:24:25Z | Rewards Income | DAI | 0.00033362 | 1.00 | $0.00 | $0.00 | Received 0.00033362 DAI from Coinbase Rewards |
| 2020-11-24T17:57:46Z | Rewards Income | DAI | 0.00033363 | 1.00 | $0.00 | $0.00 | Received 0.00033363 DAI from Coinbase Rewards |
| 2020-11-25T18:13:05Z | Rewards Income | DAI | 0.00033365 | 1.00 | $0.00 | $0.00 | Received 0.00033365 DAI from Coinbase Rewards |
| 2020-11-26T19:05:53Z | Rewards Income | DAI | 0.00033367 | 1.01 | $0.00 | $0.00 | Received 0.00033367 DAI from Coinbase Rewards |
| 2020-11-27T19:17:20Z | Rewards Income | DAI | 0.00033369 | 1.00 | $0.00 | $0.00 | Received 0.00033369 DAI from Coinbase Rewards |
| 2020-11-28T18:32:05Z | Rewards Income | DAI | 0.00033371 | 1.00 | $0.00 | $0.00 | Received 0.00033371 DAI from Coinbase Rewards |
| 2020-11-29T17:58:21Z | Rewards Income | DAI | 0.00033373 | 1.00 | $0.00 | $0.00 | Received 0.00033373 DAI from Coinbase Rewards |
| 2020-11-30T17:51:48Z | Rewards Income | DAI | 0.00033374 | 1.00 | $0.00 | $0.00 | Received 0.00033374 DAI from Coinbase Rewards |
| 2020-12-01T18:34:39Z | Rewards Income | DAI | 0.00033376 | 1.00 | $0.00 | $0.00 | Received 0.00033376 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-02T18:03:19Z | Rewards Income | DAI | 0.00033378 | 1.00 | $0.00 | $0.00 | Received 0.00033378 DAI from Coinbase Rewards |
| 2020-12-03T17:58:03Z | Rewards Income | DAI | 0.0003338 | 1.00 | $0.00 | $0.00 | Received 0.0003338 DAI from Coinbase Rewards |
| 2020-12-04T18:02:01Z | Rewards Income | DAI | 0.00033382 | 1.00 | $0.00 | $0.00 | Received 0.00033382 DAI from Coinbase Rewards |
| 2020-12-05T18:18:05Z | Rewards Income | DAI | 0.00033383 | 1.01 | $0.00 | $0.00 | Received 0.00033383 DAI from Coinbase Rewards |
| 2020-12-06T18:05:40Z | Rewards Income | DAI | 0.00033385 | 1.01 | $0.00 | $0.00 | Received 0.00033385 DAI from Coinbase Rewards |
| 2020-12-07T18:43:56Z | Rewards Income | DAI | 0.00033387 | 1.00 | $0.00 | $0.00 | Received 0.00033387 DAI from Coinbase Rewards |
| 2020-12-08T19:06:22Z | Rewards Income | DAI | 0.00033389 | 1.00 | $0.00 | $0.00 | Received 0.00033389 DAI from Coinbase Rewards |
| 2020-12-09T18:02:50Z | Rewards Income | DAI | 0.00033391 | 1.00 | $0.00 | $0.00 | Received 0.00033391 DAI from Coinbase Rewards |
| 2020-12-10T17:34:31Z | Rewards Income | DAI | 0.00033392 | 1.00 | $0.00 | $0.00 | Received 0.00033392 DAI from Coinbase Rewards |
| 2020-12-11T18:24:45Z | Rewards Income | DAI | 0.00033394 | 1.00 | $0.00 | $0.00 | Received 0.00033394 DAI from Coinbase Rewards |
| 2020-12-12T19:00:43Z | Rewards Income | DAI | 0.00033396 | 1.00 | $0.00 | $0.00 | Received 0.00033396 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-13T17:36:34Z | Rewards Income | DAI | 0.00033398 | 1.00 | $0.00 | $0.00 | Received 0.00033398 DAI from Coinbase Rewards |
| 2020-12-14T18:14:11Z | Rewards Income | DAI | 0.000334 | 1.00 | $0.00 | $0.00 | Received 0.000334 DAI from Coinbase Rewards |
| 2020-12-15T17:39:22Z | Rewards Income | DAI | 0.00033402 | 1.00 | $0.00 | $0.00 | Received 0.00033402 DAI from Coinbase Rewards |
| 2020-12-16T17:39:59Z | Rewards Income | DAI | 0.00033403 | 1.00 | $0.00 | $0.00 | Received 0.00033403 DAI from Coinbase Rewards |
| 2020-12-17T17:58:39Z | Rewards Income | DAI | 0.00033405 | 1.00 | $0.00 | $0.00 | Received 0.00033405 DAI from Coinbase Rewards |
| 2020-12-18T18:20:59Z | Rewards Income | DAI | 0.00033407 | 1.00 | $0.00 | $0.00 | Received 0.00033407 DAI from Coinbase Rewards |
| 2020-12-19T18:02:05Z | Rewards Income | DAI | 0.00033409 | 1.00 | $0.00 | $0.00 | Received 0.00033409 DAI from Coinbase Rewards |
| 2020-12-20T21:08:38Z | Rewards Income | DAI | 0.00033411 | 1.00 | $0.00 | $0.00 | Received 0.00033411 DAI from Coinbase Rewards |
| 2020-12-21T19:40:10Z | Rewards Income | DAI | 0.00033412 | 1.00 | $0.00 | $0.00 | Received 0.00033412 DAI from Coinbase Rewards |
| 2020-12-22T20:18:00Z | Rewards Income | DAI | 0.00033414 | 1.00 | $0.00 | $0.00 | Received 0.00033414 DAI from Coinbase Rewards |
| 2020-12-23T21:02:25Z | Rewards Income | DAI | 0.00033416 | 1.00 | $0.00 | $0.00 | Received 0.00033416 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2020-12-24T20:43:24Z | Rewards Income | DAI | 0.00033418 | 1.00 | $0.00 | $0.00 | Received 0.00033418 DAI from Coinbase Rewards |
| 2020-12-25T19:28:13Z | Rewards Income | DAI | 0.00033419 | 1.00 | $0.00 | $0.00 | Received 0.00033419 DAI from Coinbase Rewards |
| 2020-12-26T19:31:51Z | Rewards Income | DAI | 0.00033421 | 1.00 | $0.00 | $0.00 | Received 0.00033421 DAI from Coinbase Rewards |
| 2020-12-27T21:22:50Z | Rewards Income | DAI | 0.00033423 | 1.00 | $0.00 | $0.00 | Received 0.00033423 DAI from Coinbase Rewards |
| 2020-12-28T19:56:19Z | Rewards Income | DAI | 0.00033425 | 1.00 | $0.00 | $0.00 | Received 0.00033425 DAI from Coinbase Rewards |
| 2020-12-29T19:14:14Z | Rewards Income | DAI | 0.00033427 | 1.00 | $0.00 | $0.00 | Received 0.00033427 DAI from Coinbase Rewards |
| 2020-12-30T19:50:38Z | Rewards Income | DAI | 0.00033429 | 1.00 | $0.00 | $0.00 | Received 0.00033429 DAI from Coinbase Rewards |
| 2020-12-31T19:37:04Z | Rewards Income | DAI | 0.0003343 | 1.00 | $0.00 | $0.00 | Received 0.0003343 DAI from Coinbase Rewards |
| 2021-01-01T17:49:29Z | Rewards Income | DAI | 0.00033432 | 1.01 | $0.00 | $0.00 | Received 0.00033432 DAI from Coinbase Rewards |
| 2021-01-02T18:22:04Z | Rewards Income | DAI | 0.00033434 | 1.00 | $0.00 | $0.00 | Received 0.00033434 DAI from Coinbase Rewards |
| 2021-01-03T18:38:41Z | Rewards Income | DAI | 0.00033436 | 1.01 | $0.00 | $0.00 | Received 0.00033436 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-04T19:54:01Z | Rewards Income | DAI | 0.00033438 | 1.00 | $0.00 | $0.00 | Received 0.00033438 DAI from Coinbase Rewards |
| 2021-01-05T20:09:06Z | Rewards Income | DAI | 0.00033439 | 1.00 | $0.00 | $0.00 | Received 0.00033439 DAI from Coinbase Rewards |
| 2021-01-06T17:47:55Z | Rewards Income | DAI | 0.00033441 | 1.00 | $0.00 | $0.00 | Received 0.00033441 DAI from Coinbase Rewards |
| 2021-01-07T20:46:48Z | Rewards Income | DAI | 0.00033443 | 1.00 | $0.00 | $0.00 | Received 0.00033443 DAI from Coinbase Rewards |
| 2021-01-08T19:38:17Z | Rewards Income | DAI | 0.00033445 | 1.00 | $0.00 | $0.00 | Received 0.00033445 DAI from Coinbase Rewards |
| 2021-01-09T20:28:09Z | Rewards Income | DAI | 0.00033447 | 1.00 | $0.00 | $0.00 | Received 0.00033447 DAI from Coinbase Rewards |
| 2021-01-10T18:28:00Z | Rewards Income | DAI | 0.00033448 | 1.00 | $0.00 | $0.00 | Received 0.00033448 DAI from Coinbase Rewards |
| 2021-01-11T19:53:20Z | Rewards Income | DAI | 0.0003345 | 1.00 | $0.00 | $0.00 | Received 0.0003345 DAI from Coinbase Rewards |
| 2021-01-12T10:21:27Z | Rewards Income | DAI | 0.00033452 | 1.00 | $0.00 | $0.00 | Received 0.00033452 DAI from Coinbase Rewards |
| 2021-01-13T09:02:57Z | Rewards Income | DAI | 0.00033454 | 1.00 | $0.00 | $0.00 | Received 0.00033454 DAI from Coinbase Rewards |
| 2021-01-14T10:14:24Z | Rewards Income | DAI | 0.00033456 | 1.00 | $0.00 | $0.00 | Received 0.00033456 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-15T10:22:17Z | Rewards Income | DAI | 0.00033458 | 1.00 | $0.00 | $0.00 | Received 0.00033458 DAI from Coinbase Rewards |
| 2021-01-16T11:03:46Z | Rewards Income | DAI | 0.00033459 | 1.00 | $0.00 | $0.00 | Received 0.00033459 DAI from Coinbase Rewards |
| 2021-01-17T10:17:14Z | Rewards Income | DAI | 0.00033462 | 1.00 | $0.00 | $0.00 | Received 0.00033462 DAI from Coinbase Rewards |
| 2021-01-18T08:56:31Z | Rewards Income | DAI | 0.00033464 | 1.00 | $0.00 | $0.00 | Received 0.00033464 DAI from Coinbase Rewards |
| 2021-01-19T07:55:48Z | Rewards Income | DAI | 0.00033466 | 1.00 | $0.00 | $0.00 | Received 0.00033466 DAI from Coinbase Rewards |
| 2021-01-20T10:46:29Z | Rewards Income | DAI | 0.00033467 | 1.00 | $0.00 | $0.00 | Received 0.00033467 DAI from Coinbase Rewards |
| 2021-01-21T11:06:56Z | Rewards Income | DAI | 0.00033469 | 1.00 | $0.00 | $0.00 | Received 0.00033469 DAI from Coinbase Rewards |
| 2021-01-22T07:56:12Z | Rewards Income | DAI | 0.00033471 | 1.00 | $0.00 | $0.00 | Received 0.00033471 DAI from Coinbase Rewards |
| 2021-01-23T09:15:47Z | Rewards Income | DAI | 0.00033473 | 1.00 | $0.00 | $0.00 | Received 0.00033473 DAI from Coinbase Rewards |
| 2021-01-24T09:15:19Z | Rewards Income | DAI | 0.00033475 | 1.00 | $0.00 | $0.00 | Received 0.00033475 DAI from Coinbase Rewards |
| 2021-01-25T10:38:04Z | Rewards Income | DAI | 0.00033476 | 1.00 | $0.00 | $0.00 | Received 0.00033476 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-01-26T09:16:56Z | Rewards Income | DAI | 0.00033478 | 1.00 | $0.00 | $0.00 | Received 0.00033478 DAI from Coinbase Rewards |
| 2021-01-27T08:06:38Z | Rewards Income | DAI | 0.0003348 | 1.00 | $0.00 | $0.00 | Received 0.0003348 DAI from Coinbase Rewards |
| 2021-01-28T09:08:38Z | Rewards Income | DAI | 0.00033482 | 1.00 | $0.00 | $0.00 | Received 0.00033482 DAI from Coinbase Rewards |
| 2021-01-29T10:36:03Z | Rewards Income | DAI | 0.00033484 | 1.00 | $0.00 | $0.00 | Received 0.00033484 DAI from Coinbase Rewards |
| 2021-01-30T11:15:08Z | Rewards Income | DAI | 0.00033486 | 1.00 | $0.00 | $0.00 | Received 0.00033486 DAI from Coinbase Rewards |
| 2021-01-31T09:50:37Z | Rewards Income | DAI | 0.00033487 | 1.00 | $0.00 | $0.00 | Received 0.00033487 DAI from Coinbase Rewards |
| 2021-02-01T10:50:27Z | Rewards Income | DAI | 0.00033489 | 1.00 | $0.00 | $0.00 | Received 0.00033489 DAI from Coinbase Rewards |
| 2021-02-02T07:38:54Z | Rewards Income | DAI | 0.00033491 | 1.00 | $0.00 | $0.00 | Received 0.00033491 DAI from Coinbase Rewards |
| 2021-02-03T08:14:44Z | Rewards Income | DAI | 0.00033493 | 1.00 | $0.00 | $0.00 | Received 0.00033493 DAI from Coinbase Rewards |
| 2021-02-04T10:47:04Z | Rewards Income | DAI | 0.00033495 | 1.00 | $0.00 | $0.00 | Received 0.00033495 DAI from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | USD Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|
| 2021-02-05T11:20:10Z | Rewards Income | DAI | 0.00033496 | 1.00 | $0.00 | $0.00 | Received 0.00033496 DAI from Coinbase Rewards |
| 2021-02-06T11:13:15Z | Rewards Income | DAI | 0.00033498 | 1.00 | $0.00 | $0.00 | Received 0.00033498 DAI from Coinbase Rewards |
| 2021-02-07T08:20:51Z | Rewards Income | DAI | 0.000335 | 1.00 | $0.00 | $0.00 | Received 0.000335 DAI from Coinbase Rewards |