# EXHIBIT L

**Alexander Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>    Debtors.[1]<br><br>―――――――――――――――<br><br>CRED INC., CRED CAPITAL, INC., and CRED (US) LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES ALEXANDER<br><br>    Defendant. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered<br><br>Adv. Proc. No: 20-51006<br><br><br><br><br><br><br><br><br>Hearing Date: February 5, 2021 at 10:00 a.m.<br>Obj. Deadline: Feb. 5, 2021 at 10:00 a.m. |

## DECLARATION OF JAMES ALEXANDER

I, James Alexander, declare under the penalty of perjury as follows:

1.   I submit this declaration in connection with the order of the Court on February 5, 2021.

2.   In June 2020, I had 225 Bitcoin held by Cred Capital, Inc. ("Cred Capital") transferred to my personal account because I believed that I was the sole director of the company and I perceived the actions taken by Mr. Schatt and Mr. Podulka were an improper attempt to take control of Cred Capital.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

3. The hardware wallet transaction history (the "Transaction History") showing the original transaction and all subsequent cryptocurrency transactions related to the original 225 bitcoins is attached as Appendix 1. The Transaction History was provided to debtors and the official committee of unsecured creditors (the "Committee") on February 5, 2021.

4. On February 5, 2021, I transferred 49.99808982 bitcoin to debtors' representative.

5. On February 5, 2021, I transferred $2,773,489.24162 USD Coin ("USDC") to debtors' representative.

6. On February 5, 2021, I participated in a Zoom meeting with debtors, the Committee and the Committee's cryptocurrency consultants. During the meeting, I shared my computer screen with the participants and the Committee's consultants walked me through the process of transferring the USDC.

7. During the February 5, 2021 meeting, the Committee's consultants identified additional cryptocurrency with a value the consultants estimated to be approximated $50,000 to $75,000 (the "Remaining Cryptocurrency"). During the meeting, the consultants and I tried to effectuate a transfer of the Remaining Cryptocurrency to the debtors but were unable to accomplish the transfer for technical reasons. The parties agreed to revisit this issue and I remain committed to effectuating the transfer of the Remaining Cryptocurrency derived from the original 225 bitcoin to the debtors at the earliest possible moment. There is no other cryptocurrency related to Cred Capital in my possession, custody or control. I know of no other person or entity that is holding cryptocurrency derived from Cred Capital, Inc.

8. Prior to the hearing in California on the Temporary Restraining Order, I liquidated 75 bitcoin, the proceeds of which were deposited into a Coinbase account. In August 2020, I transferred the remaining amounts to a bank account at Wells Fargo (the "Bank Account"). At the

time, Mr. Schatt had begun taking actions that I believed would impair the further development of Cred Capital as a company, while I believed that I was properly the sole director and President of the company. I will wire the remaining balance in the Bank Account to the debtors at the earliest possible moment.

9. I will transfer the equipment listed on Appendix 2 to Thomas Reichert, Esquire of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. as soon as possible. In addition, I have a hardware wallet containing the Remaining Cryptocurrency. I understand the debtors do not want possession of this hardware wallet until the Remaining Cryptocurrency is transferred digitally. I will deliver the hardware wallet to Mr. Reichert as soon as the Remaining Cryptocurrency is transferred to the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2021
Execution Location: Los Angeles, CA

_____
James Alexander

# Appendix 1

## Hardware Wallet Transaction History Report

| Operation Date | Currency Ticker | Operation Type | Operation Amount | Account Name | Account xpub |
|---|---|---|---|---|---|
| 2021-02-05T20:52:23.000Z | BTC | OUT | 49.9882287 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2021-02-05T20:45:22.000Z | BTC | OUT | 0.01018104 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2021-01-17T06:13:35.000Z | BTC | OUT | 50.00027354 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2021-01-16T22:35:17.000Z | BTC | OUT | 50.00014308 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-10-20T22:16:16.000Z | BTC | IN | 0.00000547 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-10-04T03:14:04.000Z | BTC | IN | 0.00000547 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-07-16T17:57:21.000Z | BTC | OUT | 65.00008614 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-07-01T18:11:16.000Z | BTC | OUT | 10.00009844 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-07-01T17:57:41.000Z | BTC | IN | 224.899 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2020-07-01T17:06:50.000Z | BTC | IN | 0.1 | Bitcoin 1 (native segwit) | last 5 digits: KwqsE |
| 2021-02-05T23:13:17.000Z | BTC | IN | 0.00015211 | Bitcoin 1 (segwit) | last 5 digits: fdUo9 |
| 2021-02-06T02:24:28.000Z | ETH | FEES | 0.010962 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-06T02:21:09.000Z | ETH | FEES | 0.01948974 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-28T19:16:47.000Z | ETH | FEES | 0.017168667 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-28T19:16:32.000Z | ETH | FEES | 0.003836178 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T19:19:41.000Z | ETH | OUT | 1.002247 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T19:19:41.000Z | ETH | FEES | 0.00328572 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T18:22:07.000Z | ETH | FEES | 0.008816992 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T18:03:00.001Z | ETH | IN | 1.325364115 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:19:15.000Z | ETH | FEES | 0.036253045 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:17:59.000Z | ETH | FEES | 0.005818824 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T18:29:08.000Z | ETH | FEES | 0.002668046 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T18:07:41.000Z | ETH | FEES | 0.002064624 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T17:52:43.001Z | ETH | IN | 0.1 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:19:15.000Z | ADAI | IN | 0 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:19:15.000Z | ADAI | IN | 10612.57194 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-05T23:13:13.000Z | DAI | IN | 7.35386091 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-28T19:16:47.000Z | DAI | OUT | 23195.35624 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-28T19:11:52.000Z | DAI | IN | 23195.35624 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:19:15.000Z | DAI | OUT | 10612.57194 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:14:24.000Z | DAI | IN | 10515.71861 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-10T18:08:00.000Z | DAI | IN | 96.85333209 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-06T02:24:28.000Z | USDC | OUT | 2773488.242 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-06T02:21:09.000Z | USDC | OUT | 1 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-03T19:12:30.000Z | USDC | IN | 2773489.242 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T19:19:41.000Z | USDC | OUT | 179800 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-09-11T18:22:07.000Z | USDC | OUT | 100 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T18:29:08.000Z | USDC | OUT | 25000 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T18:07:41.000Z | USDC | OUT | 20000 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T17:27:36.000Z | USDC | IN | 224675.1 | Ethereum 1 | last 5 digits: yDR85 |
| 2020-07-01T17:24:45.000Z | USDC | IN | 224.9 | Ethereum 1 | last 5 digits: yDR85 |
| 2021-02-05T23:05:40.001Z | ETH | IN | 0.994729 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2021-01-06T18:33:37.000Z | ETH | FEES | 0.00550953 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2021-01-06T18:22:06.000Z | ETH | FEES | 0.117500363 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2021-01-06T18:21:38.000Z | ETH | FEES | 0.004409151 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-12-10T14:08:24.000Z | ETH | FEES | 0.002528075 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T21:12:11.000Z | ETH | OUT | 0.510416 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T21:06:58.000Z | ETH | FEES | 0.021026928 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T21:03:58.001Z | ETH | IN | 1.19413312 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T20:53:06.000Z | ETH | FEES | 0.217298368 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T20:53:06.000Z | ETH | FEES | 0.28420672 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T23:52:41.000Z | ETH | FEES | 0.00377043 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:32:19.000Z | ETH | FEES | 0.068090904 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:31:08.000Z | ETH | FEES | 0.004161948 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:26:52.000Z | ETH | FEES | 0.061969321 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:25:27.000Z | ETH | FEES | 0.066008545 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:24:15.000Z | ETH | FEES | 0.004184124 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:23:00.000Z | ETH | FEES | 0.002571324 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:22:26.000Z | ETH | FEES | 0.004184124 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:19:41.001Z | ETH | IN | 1 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T20:53:06.000Z | COMP | IN | 0.47810637 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2021-01-06T18:33:37.000Z | USDC | OUT | 35536.88787 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2021-01-06T18:22:06.000Z | USDC | IN | 35536.88787 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T21:06:58.000Z | USDC | OUT | 89995.82492 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T20:53:06.000Z | USDC | IN | 44997.91246 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-17T20:53:06.000Z | USDC | IN | 44997.91246 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:32:19.000Z | USDC | OUT | 34925 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:26:52.000Z | USDC | OUT | 44975 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:25:27.000Z | USDC | OUT | 100000 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T19:19:41.000Z | USDC | IN | 179800 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |
| 2020-09-11T18:22:07.000Z | USDC | IN | 100 | Ethereum 1 (legacy) | last 5 digits: fG5Fk |

4

**Appendix 2**

**Equipment to be Delivered to Thomas Reichert**

**Mac Laptop**

**Mac iPad**