# EXHIBIT M

**February 16, 2021 Email Correspondence
Regarding Turnover of Cred Assets**

**From:** Walsh, Timothy <Twwalsh@mwe.com>
**Sent:** Tuesday, February 16, 2021 10:49 PM
**To:** 'David B. Golubchik' <DBG@lnbyb.com>; Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Luft, Avi E. <aviluft@paulhastings.com>; Azman, Darren <Dazman@mwe.com>
**Subject:** cred

[This Email Originated From twwalsh@mwe.com Which Is External To The Firm]

Counsel,

To avoid further motion practice before the Court and given Judge Barash's ruling that the automatic stay has been lifted as of 4:05 p.m. (PST) on February 16, 2021, please cause your client to turnover of the following Cred assets:

1. The $170,000 that Alexander transferred to himself ($100,000), withdrew in cash ($60,000), or claims to have written a counter-check ($10,000) on February 3, 2021 and February 4, 2021 from the Wells Fargo Account (9285);

2. All cryptocurrency remaining in the coinbase accounts held by al3xander.james@gmail.com and james@levelcapital.io, including BTC, DAI, ETH, and USDC;

3. The $45,295.38 which remained in the JP Morgan Chase account following Alexander's transfer of $35,000 to the Debtors on February 8, 2021;

4. All remaining assets in Alexander's ledger wallet, including DAI, Aave Interest bearing DAI, Dai Stablecoin v.20, USDC, USDT, ETH, Compound, and any of the cryptocurrency that needed "seed words" that were provided by Mr. Alexander in response to interrogatories;

5. All remaining assets that Alexander deposited with IDLE or are otherwise subject to smart contracts with IDLE;

6. The $204,567 USDC that Alexander received on June 24, 2021;

7. All cash Alexander withdrew from the Wells Fargo Account (9285) since August of 2020.

    a. Other than the $70,000 of cash withdrawals referenced in request 1, Alexander withdrew an additional $107,410 in cash from the Wells Fargo Account (9285) since August of 2020.

8. Macbook Pro, Serial Number: SC02CLK4HMD6M;

9. Ipad, Serial Number: DMPZM21CLMV7; and

10. Samsung SSD External Drive, Serial Number: S49WNSON307389.

If your client is not going to transmit and deliver these items to the Debtors tomorrow by 5pm, please let me know immediately.

Thanks Tim