# EXHIBIT N

**February 17, 2021 Email Correspondence
Regarding Turnover of Cred Assets**

| | |
|---|---|
| **From:** | Evans, Joseph |
| **Sent:** | Friday, February 19, 2021 11:22 AM |
| **To:** | Pfeiffer, Mark |
| **Cc:** | Azman, Darren; Walsh, Timothy; DBG@lnbyb.com; Grogan, James T.; Luft, Avi E.; Grivner, Geoffrey G. |
| **Subject:** | RE: cred |

Mark,

We will respond to the various points you raise below.  Your email indicates that Alexander is ready to transfer the contents of the Wells Fargo Account (0816) (which contained $120,782.35 as of February 16, 2021) to the Debtors as soon as wire instructions are provided.  Given that the proposed order must be filed today, we request that Alexander transfer the funds before the proposed order is filed.  Please transfer the funds by 3PM(ET).  Paul Hastings will provide wire instructions.

The acceptance of these funds is without prejudice to the Debtors' and the Committee's responses to the various points that you raise below and claims that the Debtors and the Committee may have against Alexander.  The funds being transferred by Alexander do not satisfy all of Alexander's outstanding obligations.  In connection with this correspondence, we reserve all rights and waive none.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767  **Cell** +917-841-4738     **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

---

**From:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Sent:** Wednesday, February 17, 2021 4:01 PM
**To:** Walsh, Timothy <Twwalsh@mwe.com>; David B. Golubchik <DBG@lnbyb.com>
**Cc:** jamesgrogan@paulhastings.com; Avram Luft (aviluft@paulhastings.com) <aviluft@paulhastings.com>; Azman, Darren <Dazman@mwe.com>; Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>
**Subject:** RE: cred

Tim,

As you know, I do not represent Mr. Alexander in the California bankruptcy case and I do not represent the California estate or trustee.  Your request straddles issues in the Cred bankruptcy and Mr. Alexander's bankruptcy so this response is subject to approval by Mr. Golubchik who is copied on this email.

The following represents my understanding although I have not personally verified the factual statements:

1.    The $170,000 that Alexander transferred to himself ($100,000), withdrew in cash ($60,000), or claims to have written a counter-check ($10,000) on February 3, 2021 and February 4, 2021 from the Wells Fargo Account (9285);

Response: Mr. Alexander is prepared to transfer 100% of the funds in the DIP account. He needs instructions where the funds should be transferred and to whom should be payable.

2.     All cryptocurrency remaining in the coinbase accounts held by al3xander.james@gmail.com and james@levelcapital.io, including BTC, DAI, ETH, and USDC;

Response: In order to sweep all assets, the accounts must be closed. The account closure of one of these two accounts (james@levelcapital) has already been effectuated. Please see attached "Home - Coinbase james at levelcapital" file. There is a remaining $3,780.22 in the other account (al3xander.james@gmail) please see attached "Portfolio - Coinbase james.alexander" that can be closed and transferred. Please send instructions where the proceeds should be transferred.

3.     The $45,295.38 which remained in the JP Morgan Chase account following Alexander's transfer of $35,000 to the Debtors on February 8, 2021;

Response: Mr. Alexander requested this transfer - see attached "JP Morgan - BK proceedings - asset transfer" file for a copy of this correspondence. These assets serve as collateral for a $65,000 secured loan and JP Morgan Chase has referred the matter to their internal legal department. Mr. Alexander is unable to transfer until approval received from JP Morgan. If you wish, Mr. Alexander is prepared to assign his rights in the account to Cred Capital.

4.     All remaining assets in Alexander's ledger wallet, including DAI, Aave Interest bearing DAI, Dai Stablecoin v.20, USDC, USDT, ETH, Compound, and any of the cryptocurrency that needed "seed words" that were provided by Mr. Alexander in response to interrogatories;

Response: Mr. Alexander is unable to cause the transfer absent technical assistance as discussed previously, but prepared to do so as soon as it is possible. In addition, I believe Mr. Alexander provided you with the seed phrase on 8-Feb-21 which gives you access to the account and its holdings. Please let me know if you do not have them.

5.     All remaining assets that Alexander deposited with IDLE or are otherwise subject to smart contracts with IDLE;

Response: See above 4. response. These assets appear to be locked in the hardware wallet and should be available to transfer. Please provide the wallet address for the transfer. However, please be advised that these may not be liquid assets. In other words, they are "reward" tokens and may not have a liquid market value; and might be subject to lock-up or other liquidity constraints.

6.     The $204,567 USDC that Alexander received on June 24, 2021;

Response: These proceeds hare already included in the USDC of the 2021-02-03T19:12:30.000Z transfer--per the ledger of operations already provided--of USDC 2,773,489.242. All accounting related to the x9285 has been provided and details the accounting of assets between Coinbase accounts and x9285.

7.     All cash Alexander withdrew from the Wells Fargo Account (9285) since August of 2020.

Responses:

a.     Other than the $70,000 of cash withdrawals referenced in request 1, Alexander withdrew an additional $107,410 in cash from the Wells Fargo Account (9285) since August of 2020.
All cash in possession, custody or control of Mr. Alexander was deposited in the DIP account. Per Item #1 above, Mr. Alexander is prepared to transfer all such funds per instructions to be received from you.

8.     Macbook Pro, Serial Number: SC02CLK4HMD6M;
Delivered to Mr. Reichert, who will forward to you based on delivery instructions which need to be provided.

9.    Ipad, Serial Number: DMPZM21CLMV7; and
Delivered to Mr. Reichert, who will forward to you based on delivery instructions which need to be provided.

10.    Samsung SSD External Drive, Serial Number: S49WNSON307389.
Mr. Alexander is not in possession of this device which has been stated to you many times.  This device was sent to Dan Hummer, former head of IT at Cred.

**Mark Pfeiffer**

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3921 (o)
267 934 1515 (c)
mark.pfeiffer@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

3