**EXHIBIT Q**

**March 2, 2021 Email Correspondence
Regarding Alexander's Production of Discovery**

**From:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Sent:** Tuesday, March 2, 2021 11:41 AM
**To:** Azman, Darren <Dazman@mwe.com>
**Cc:** David B. Golubchik <DBG@lnbyb.com>; Luft, Avi E. <aviluft@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Walsh, Timothy <Twwalsh@mwe.com>; Evans, Joseph <Jbevans@mwe.com>; Steinman, Gregg <Gsteinman@mwe.com>
**Subject:** RE: Cred TRO

Darren,

My client is working on this now and the information will be provided as soon as it is completed.

Did the debtor receive the funds from the DIP account yet?

# Mark Pfeiffer

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3921 (o)
267 934 1515 (c)
mark.pfeiffer@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

# Buchanan Ingersoll & Rooney PC