**EXHIBIT R**

**February 6, 2021 Email Correspondence
Regarding the Alexander Declaration, Bank Statements, and Coinbase Information**

| | |
|---|---|
| **From:** | Evans, Joseph |
| **Sent:** | Saturday, February 6, 2021 11:11 PM |
| **To:** | Pfeiffer, Mark |
| **Cc:** | Walsh, Timothy; Avram Luft (aviluft@paulhastings.com); Azman, Darren; Grogan, James T. |
| **Subject:** | RE: Alexander declaration |

Mark,

The declaration is insufficient by a large margin. Putting that aside, we need two things, and we need them by tomorrow, 2/7/21 by 12PM (ET).

1. All account statements since Alexander became a Cred employee for the J.P. Morgan Chase account that made the August 19, 2020 deposit of $100,000 and the September 9, 2020 deposit of $300,000 into the Wells Fargo Account. Both of these transfers reference a "James Alexander" as the owner of the originating transaction.

2. The Coinbase information Alexander provided is insufficient. We need the Coinbase account that received the 1/16 and 1/17 transactions. As you know, CipherTrace concluded that the 50 BTC transactions on 1/16 and 1/17 both were transferred to a Coinbase account. The limited information Alexander provided about a Coinbase account did not reflect the 1/16 or 1/17 transaction. This is despite the fact that Alexander has admitted that both 50 BTC transactions on 1/16 and 1/17 were transferred to accounts he controlled. We need all information about the Coinbase account where the 1/16 and 1/17 transactions were sent. The Wells Fargo documents that you provided reflected significant transfers from Coinbase accounts (8/20/20, 9/11/20, 9/14/20, 12/4/20, 12/31/20). Those Coinbase accounts are not the one that Alexander provided last night. We need the following information for each of the Coinbase accounts that either (1) received the 1/16 or 1/17 transaction; or (2) deposited funds into the Wells Fargo Account:

    a. Transaction History from January 1, 2019 to the present
    b. The account owner of each of these accounts
    c. A screenshot of the "Home" page
    d. A screenshot of the "Portfolio" page
    e. A screenshot of the "My Profile" page
    f. A screenshot of the "Portfolio" "Bitcoin BTC" "Wallet" page
    g. A screenshot of the "Settings" "Crypto addresses" page
    h. A screenshot of the "Settings" "Payment Methods" page

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767     **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

1

**From:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Sent:** Saturday, February 6, 2021 7:55 PM
**To:** Avram Luft (aviluft@paulhastings.com) <aviluft@paulhastings.com>; Evans, Joseph <Jbevans@mwe.com>; Azman, Darren <Dazman@mwe.com>
**Subject:** Alexander declaration

Attached are the declaration, the Wells Fargo statements and a hardware wallet log.

## Mark Pfeiffer

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3921 (o)
267 934 1515 (c)
mark.pfeiffer@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

## Buchanan Ingersoll & Rooney PC

2

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is proh bited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.