**EXHIBIT T**

**February 8, 2021 Email Correspondence**
**Regarding Wells Fargo and JP Morgan Transfer Shortfalls**

| | |
|---|---|
| **From:** | Evans, Joseph |
| **Sent:** | Monday, February 8, 2021 5:34 PM |
| **To:** | Pfeiffer, Mark; Grivner, Geoffrey G.; Thomas V. Reichert |
| **Cc:** | Luft, Avi E.; Walsh, Timothy; Azman, Darren; Grogan, James T. |
| **Subject:** | RE: Alexander - Bank Statements |

Mark,

The Debtor received $50,355 from a Wells Fargo Account and $35,000 from a JP Morgan Chase Account.  Based on the bank statements you provided, the JP Morgan Chase Account contained $80,295.38 as of 5:36 PM 2/7/21 (there is a shortfall of $45,295.38).  The Wells Fargo Account contained $50,885.29 as of 2/7/21 (there is a shortfall of $500).

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767    **Email** jbevans@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**

Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499    **Email** malbino@mwe.com

---

**From:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Sent:** Monday, February 8, 2021 5:05 PM
**To:** Evans, Joseph <Jbevans@mwe.com>; Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>; Thomas V. Reichert <treichert@birdmarella.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Walsh, Timothy <Twwalsh@mwe.com>; Azman, Darren <Dazman@mwe.com>; Grogan, James T. <jamesgrogan@paulhastings.com>
**Subject:** RE: Alexander - Bank Statements

I understand the wires from Wells Fargo and JP Morgan were completed today. Can you confirm receipt on your end?

## Mark Pfeiffer

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3921 (o)
267 934 1515 (c)
mark.pfeiffer@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

## Buchanan Ingersoll & Rooney PC

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Monday, February 08, 2021 4:52 PM
**To:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>; Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>; Thomas V. Reichert <treichert@birdmarella.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Walsh, Timothy <Twwalsh@mwe.com>; Azman, Darren <Dazman@mwe.com>; Grogan, James T. <jamesgrogan@paulhastings.com>
**Subject:** Alexander - Bank Statements

[This Email Originated From jbevans@mwe.com Which Is External To The Firm]

Mark,

We reviewed the bank statements you provided last night.  There are a number of concerning transactions in those bank statements.  Among them, we noticed that on February 3 and 4, 2021, Alexander executed two cash withdrawals ($10,000 and $60,000) and a $100,000 transfer to Alexander Custom Management **after** the Committee filed its emergency motion for a temporary restraining order and a preliminary injunction.  Those funds need to be returned to the Debtors immediately.  Please let us know if Alexander will be returning the funds he took on February 3 and February 4, 2021 ($170,000) today.  We have identified those transactions below and have some additional questions.

1. The following withdrawals and transfers were made after the Committee filed its motion:

    a.  2/3/21 - $10,000 cash withdrawal
    b.  2/4/21 - $60,000 cash withdrawal
    c.  2/4/21 - $100,000 transfer to Alexander Custom Management

2. What is the status of the transfer of funds to the Debtor from the J.P. Morgan Chase Account ($80,295.38)?

3.  We have noticed a series of transfers from the Wells Fargo Account to "Alexander Custom Management" and "Custom Management."  We need all of the account statements for the bank accounts for "Alexander Custom Management" and "Custom Management" from when Alexander started at Cred in August of 2018 through the present.

4. There is a $350,000 transfer from the Wells Fargo Account to Quinn Emmanuel on 1/28/21.  Please tell us who at Quinn Emmanuel received this transaction and provide contact information.  Please also let us know the nature of this transaction and why it was paid from the Wells Fargo Account.

We are still reviewing the information provided and will likely have additional questions and requests soon.  Please get back to us by 7:00 PM (ET) so that we can coordinate the transfer of funds today.  Thank you.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767    **Email** jbevans@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499    **Email** malbino@mwe.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is proh bited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.