**EXHIBIT U**

**Alexander JP Morgan Bank Account Statements**

Case 20-12836-JTD    Doc 645-21    Filed 03/15/21    Page 1 of 15

JAMES ALEXANDER
13535 VENTURA BLVD
STE C PMB 405
SHERMAN OAKS, CA  91423

**JPMorgan Chase Bank, N.A.**  
**270 Park Avenue, New York, NY 10017-2014**

**JAMES ALEXANDER**    ACCT. ▮▮▮▮6006  
For the Period 7/1/20 to 7/31/20

# Asset Account

| **J.P. Morgan Team** | | | **Table of Contents** | **Page** |
|---|---|---|---|---|
| Michael O'Brien | Banker | +1-612-215-2127 | Account Summary | 2 |
| Morgan Truscott | Investment Specialist | +1-612-215-3090 | Holdings | |
| Megan Podolak | Client Service Team | 877/576-0421 |   Equity | 4 |
| Angela Rubino | Client Service Team | |   Cash & Fixed Income | 5 |
| Michael Challe | Client Service Team | | Portfolio Activity | 7 |
| Rebecca Gray | Client Service Team | | | |
| Anthony Clark | Client Service Team | | | |
| **Online access** | www.jpmorganonline.com | | | |

Please see disclosures located at the end of this statement package for important information relating to each J.P.Morgan account.

INVESTMENT PRODUCTS ARE:   * NOT FDIC INSURED   * NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY,
JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES   * SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED





JAMES ALEXANDER    ACCT. ▇▇▇6006
For the Period 7/1/20 to 7/31/20

# Account Summary

| Asset Allocation | Beginning Market Value | Ending Market Value | Change In Value | Estimated Annual Income | Current Allocation |
|---|---|---|---|---|---|
| Equity | 42,273.29 | 40,777.37 | (1,495.92) | 1,593.48 | 7% |
| Cash & Fixed Income | 39,449.23 | 539,450.73 | 500,001.50 | 269.72 | 93% |
| **Market Value** | **$81,722.52** | **$580,228.10** | **$498,505.58** | **$1,863.20** | **100%** |
| Accruals | 1.50 | 8.45 | 6.95 | | |
| **Market Value with Accruals** | **$81,724.02** | **$580,236.55** | **$498,512.53** | | |

**Asset Allocation**

*Equity*

*Cash & Fixed Income*

| Portfolio Activity | Current Period Value | Year-to-Date Value |
|---|---|---|
| **Beginning Market Value** | 81,722.52 | 160,747.17 |
| Contributions | 500,000.00 | 500,000.00 |
| Withdrawals & Fees | | (65,000.00) |
| **Net Contributions/Withdrawals** | **$500,000.00** | **$435,000.00** |
| Income & Distributions | 1.50 | 1,484.88 |
| Change In Investment Value | (1,495.92) | (17,003.95) |
| **Ending Market Value** | **$580,228.10** | **$580,228.10** |
| Accruals | 8.45 | 8.45 |
| **Market Value with Accruals** | **$580,236.55** | **$580,236.55** |

J.P.Morgan



JAMES ALEXANDER    ACCT. ▇▇▇▇6006
For the Period 7/1/20 to 7/31/20

# Account Summary  CONTINUED

| Tax Summary | Current Period Value | Year-to-Date Value |
|---|---:|---:|
| Domestic Dividends/Distributions |  | 1,456.14 |
| Interest Income | 1.50 | 28.74 |
| **Taxable Income** | **$1.50** | **$1,484.88** |

|  | Current Period Value | Year-to-Date Value |
|---|---:|---:|
| LT Realized Gain/Loss |  | 95,243.48 |
| **Realized Gain/Loss** |  | **$95,243.48** |

|  | To-Date Value |
|---|---:|
| **Unrealized Gain/Loss** | **$39,216.48** |

| Cost Summary | Cost |
|---|---:|
| Equity | 1,560.89 |
| Cash & Fixed Income | 539,450.73 |
| **Total** | **$541,011.62** |



JAMES ALEXANDER    ACCT. ▮▮▮▮6006
For the Period 7/1/20 to 7/31/20

# Equity Summary

| Asset Categories | Beginning Market Value | Ending Market Value | Change In Value | Current Allocation |
|---|---|---|---|---|
| US Large Cap Equity | 42,273.29 | 40,777.37 | (1,495.92) | 7% |

| Market Value/Cost | Current Period Value |
|---|---|
| Market Value | 40,777.37 |
| Tax Cost | 1,560.89 |
| Unrealized Gain/Loss | 39,216.48 |
| Estimated Annual Income | 1,593.48 |
| Yield | 3.90% |

# Equity Detail

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Inc. / Accrued Div. | Yield |
|---|---|---|---|---|---|---|---|
| **US Large Cap Equity** | | | | | | | |
| **3M CO**<br>88579Y-10-1  TICKER:MMM | 150.47 | 271.000 | 40,777.37 | 1,560.89 | 39,216.48 | 1,593.48 | 3.91% |



JAMES ALEXANDER    ACCT. ████ 6006
For the Period 7/1/20 to 7/31/20

## Cash & Fixed Income Summary

| Asset Categories | Beginning Market Value | Ending Market Value | Change In Value | Current Allocation |
|---|---|---|---|---|
| Cash | 39,449.23 | 539,450.73 | 500,001.50 | 93% |

| Market Value/Cost | Current Period Value |
|---|---|
| Market Value | 539,450.73 |
| Tax Cost | 539,450.73 |
| Estimated Annual Income | 269.72 |
| Accrued Interest | 8.45 |
| Yield | 0.05% |

**SUMMARY BY MATURITY**

| Cash & Fixed Income | Market Value | % of Cash & Fixed Income |
|---|---|---|
| 0-6 months[1] | 539,450.73 | 100% |

**SUMMARY BY TYPE**

| Cash & Fixed Income | Market Value | % of Cash & Fixed Income |
|---|---|---|
| Cash | 539,450.73 | 100% |

[1] The years indicate the number of years until the bond is scheduled to mature based on the statement end date. Some bonds may be called, or paid in full, before their stated maturity.

J.P.Morgan



JAMES ALEXANDER    ACCT. ▮▮▮▮6006
For the Period 7/1/20 to 7/31/20

Note: [1] This is the Annual Percentage Yield (APY) which is the rate earned if balances remain on deposit for a full year with compounding, there is no change in the interest rate and all interest is left in the account.

## Cash & Fixed Income Detail

|  | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | |
| **US DOLLAR JPM DEPOSIT SWEEP** | 1.00 | 539,450.73 | 539,450.73 | 539,450.73 | | 269.72 <br> 8.45 | 0.05%[1] |

J.P.Morgan



**JAMES ALEXANDER**  ACCT. ████6006
For the Period 7/1/20 to 7/31/20

# Portfolio Activity Summary

| Transactions | Current Period Value | Year-To-Date Value* |
|---|---:|---:|
| **Beginning Cash Balance** | 39,449.23 | -- |
| **INFLOWS** | | |
| Income | 1.50 | 1,484.88 |
| Contr butions | 500,000.00 | 500,000.00 |
| **Total Inflows** | **$500,001.50** | **$501,484.88** |
| **OUTFLOWS **| | |
| Withdrawals | | (65,000.00) |
| **Total Outflows** | **$0.00** | **($65,000.00)** |
| **TRADE ACTIVITY** | | |
| Settled Sales/Maturities/Redemptions | | 98,991.60 |
| **Total Trade Activity** | **$0.00** | **$98,991.60** |
| **Ending Cash Balance** | **$539,450.73** | -- |

\* Year to date information is calculated on a calendar year basis.
\*\* Your account's standing instructions: use HIGH COST method when selling assets from your position



**JAMES ALEXANDER**    ACCT. ▮▮▮▮▮6006
For the Period 7/1/20 to 7/31/20

# Portfolio Activity Detail

### INFLOWS & OUTFLOWS

| Settle Date | Type / Selection Method | Description | Quantity / Cost | Per Unit Amount | Amount |
|---|---|---|---|---|---|
| **Income** | | | | | |
| 7/1 | Interest Income | DEPOSIT SWEEP INTEREST FOR 06/01/20 - 06/30/20 @ .05% RATE ON AVG COLLECTED BALANCE OF $39,303.16 AS OF 07/01/20 | | | 1.50 |

| Settle Date | Type / Selection Method | Description | Quantity / Cost | Amount |
|---|---|---|---|---|
| **Contributions** | | | | |
| 7/22 | Misc Credit | FEDWIRE CREDIT VIA: WELLS FARGO BANK/121000248 B/O: JAMES ALEXANDER SHERMAN OAKS, CA ▮▮▮▮▮4820 REF: CHASE NYC/CTR/BNF=JAMES ALEXANDER SHERMAN OAKS CA 91423-3891 US/AC▮▮▮▮▮▮1417 RFB=▮▮▮▮▮▮▮▮▮0984 OBI= BROKERAGE TRANSFER TRN:▮▮▮▮▮▮▮04FF | | 500,000.00 |



For the Period 7/1/20 to 7/31/20

**IMPORTANT INFORMATION ABOUT YOUR STATEMENT**

For your convenience this statement combines information about your J.P. Morgan accounts identified in this package.

Bank deposit accounts, such as checking, savings and bank lending, may be subject to approval. Deposit products and related services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

JPMorgan Chase Bank, N.A. and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through J.P. Morgan Securities LLC ("JPMS"), a member of FINRA and SIPC. JPMCB and JPMS (collectively "J.P. Morgan") are affiliated companies under the common control of JPMorgan Chase & Co.

**Important Information about Pricing, Valuations, Estimated Annual Income, and Estimated Yield**

Market value information (including without limitation, prices, exchange rates, accrued income and bond ratings) furnished herein, some of which has been provided by pricing sources that J.P. Morgan believes to be reliable, is not guaranteed for accuracy but provided for informational purposes and is furnished for the exclusive use of the client.

The current price is the value of the financial asset share, unit or contract as priced at the close of the market on the last day of the statement period or the last available price. All values provided for structured yield deposits (for example, JPMorgan London Time Deposits) reflect the original deposit amount only. The value for Real Estate, Mineral Interests and Miscellaneous Assets may not reflect the most current value of the asset.

The values in this statement are shown in USD. If your investment currency is not USD, please be aware that the value of your return could differ positively or negatively due to exchange fluctuations from the value shown in this statement.

Valuations of over-the-counter derivative transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any uses to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such asset may have been provided to us by third parties who may or may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or new transactions could be entered into, or the actual terms on which existing transactions or securities could be liquidated. Such values may only be indicative.

If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

**CERTAIN DEFINED TERMS THAT MAY APPEAR IN YOUR STATEMENT**

EAI: Estimated annual income. Actual income could be lower or higher than the estimated amount. Certain types of securities could include a return of principal or capital gains, in which case the EAI would be overstated.

EY: Estimated yield. EY reflects only the estimated yield generated by an investment and does not reflect changes in its price, which may fluctuate. Actual yield could be lower or higher than the estimated amount. Certain types of securities could include a return of principal or capital gains, in which case the EY would be overstated.



Disclosures Page 1 of 4



For the Period 7/1/20 to 7/31/20

UNPRICED: If we are unable to obtain a current market value from an internal or outside source for a particular security, the price column on your statement will indicate "unpriced." Although such securities may have value, please note that the value of a security indicated as "unpriced" will not be included in your overall current market value as reflected on the statement.

Please see below for additional defined terms related to assets not held at J.P. Morgan.

**Offshore Deposits**

Deposits of non-U.S. dollar funds will be held in accounts at JPMorgan Chase Bank, N.A. ("JPMCB") outside of the United States ("Foreign Accounts"), in addition to any funds you have elected to be held in Foreign Accounts. Under federal law, deposits that are maintained outside of the United States, including in any JPMCB branch located outside of the United States, are not insured by the FDIC or any other agency of the U.S. Federal Government; are subject to cross-border risks; and enjoy a lesser preference, as compared to deposits held in the United States, in the event JPMCB should be liquidated, become insolvent or be placed into receivership or be subject to other proceedings for the benefit of creditors. Certain Foreign Accounts are considered reportable to FinCEN on Report of Foreign Bank and Financial Accounts (FinCEN Form 114).

JPMCB's London Branch is a participant in the UK Financial Services Compensation Scheme (the "FSCS"), and the following terms apply to the extent any of your cash deposits are deposited in one or more deposit accounts at JPMCB's London Branch. Subject to the FSCS rules regarding eligible deposits, you may have a right to claim compensation from the FSCS. The terms of the FSCS offer protection to certain types of claimants to whom JPMCB London Branch provides deposit services in the event that they suffer a financial loss as a direct consequence of JPMCB'S London Branch being unable to meet any of its obligations. Subject to the FSCS rules, the maximum compensation payable by the FSCS in relation to eligible deposits is as set out in the relevant information sheet which is available online as referenced below. For the purposes of establishing such maximum compensation, all your elig ble deposits at JPMCB London Branch are aggregated and the total is subject to such maximum compensation. For further information about the compensation provided by the FSCS, refer to the FSCS website at www.FSCS.org.uk. Further information is also available online at http://www.jpmorgan.com/pages/deposit-quarantee-scheme-directive.

**ASSETS NOT HELD AT J.P. MORGAN**

ASSETS NOT HELD AT J.P. MORGAN are certain securities, financial instruments, and other assets that are held outside of J.P. Morgan (the "Assets"), and may include the following categories:

1. ASSET HELD OTHER INST: are assets where J.P. Morgan is fiduciary or custodian for assets held at another financial institution at the request or direction of the client, beneficiary or other interested party.

2. ASSET HELD AT ISSUER: are assets held by J.P. Morgan as trustee, agent or custodian that are either not managed by J.P. Morgan or not included in the J.P. Morgan selection of approved funds, including, but not limited to, hedge funds, private equity or other alternatives.

3. CLIENT HELD ASSET: are certain physical assets held under the custody and control of a client, beneficiary or other interested party.

4. MEMO POSTED ASSET: are assets held at other institutions or locations external to and without affiliation to J.P. Morgan and for which we have no fiduciary or other custodial responsibility. J.P. Morgan has no responsibility for the verification, valuation, safekeeping or management of those assets.

Categories 1, 2 and 3 apply only to client assets for which J.P. Morgan acts in a fiduciary or agency capacity pursuant to a trust instrument or other written agreement to provide trust or custodial services for the Assets.

Unless we have otherwise agreed or notified you in writing, the Assets have not been issued, sponsored, advised, managed or otherwise affiliated with J.P. Morgan or any of its affiliates, and no J.P. Morgan affiliate currently acts or has acted as a placement agent for the Assets. J.P. Morgan has not performed and, in the future, will not perform any due diligence in connection with the Assets, including the investment merits or value of the Assets.

The Assets are not covered by the Securities Investor Protection Corporation (SIPC) insurance applicable to securities held in the custody of J.P. Morgan Securities LLC, or by the Federal Deposit Insurance Corporation (FDIC) insurance applicable to cash deposit assets held in the custody of JPMorgan Chase Bank, N.A. If you have questions about SIPC or FDIC coverage for the Assets, you should contact the entities where the Assets are held.

Information on Memo Posted Assets is being reflected in your statements at your request, for informational purposes only and as a courtesy. The information reflected in your statements for the Assets





**For the Period 7/1/20 to 7/31/20**

will be based solely on information provided by you, or by third parties. J.P. Morgan will not be responsible for the completeness or accuracy of this information.

Information on Memo Posted Assets in your statements reflect, at your request, valuations and other information, such as cost basis, market values, gains /losses and yield/return ("Investment Information"), provided to us by the pricing/information source specified by you. J.P. Morgan's ability to include such information on your statements is contingent upon our receipt of the Investment Information in a timely manner. It is your responsibility to instruct the pricing/information source to provide us with the Investment Information that we require. J.P. Morgan will rely on the accuracy of the Investment Information, and will not verify any Investment Information or the methodology utilized to derive the Investment Information. J.P. Morgan will not be liable for any errors or omissions in compiling or disseminating the Investment Information. J.P. Morgan encourages you to review and maintain the original source documents and statements for the Investment Information, and to contact the third parties that provided those documents should you have any questions about their accuracy.

Ongoing, if J.P. Morgan does not receive documentation from the pricing/information source stating updated Investment Information, J.P. Morgan reserves the right to update the price of the affected Memo Posted Assets to "zero" or "not priced" and may remove those Assets from your statement without additional notice.

J.P. Morgan reserves the right to, in its sole discretion and without notice to you, discontinue including information regarding the Memo Posted Assets in your statements.

If at any time you no longer wish to have the Memo Posted Assets reflected in your statements, please inform your J.P. Morgan Client Service representative in writing.

**Fund manager disclosure information available upon request**

If you have an investment account that is managed by an SEC-Registered Investment Advisor, J.P. Morgan will provide a copy of the advisor's Form ADV 2A or brochure upon written request.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion, or gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

**What to Do If You Think Your Statement Contains an Error**

Please review your statements and promptly report any inaccuracy or discrepancy in writing to the following address:

J.P. Morgan
500 Stanton Christiana Road
NCC1, Floor 1
Newark, DE 19713-2107

Any oral communication should be re-confirmed in writing to further protect your rights, including any rights that you may have under the Securities Investor Protection Act ("SIPA").

**In case of errors or questions about electronic fund transfers**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your communication, please:

- Provide your name and account number;
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If the alleged error involves an account which is subject to margin requirements or is otherwise covered by Regulation T of the Federal Reserve Board, we will not provisionally credit the account involved. For more complete details, see the applicable account agreements and appendices that govern your account.





**For the Period 7/1/20 to 7/31/20**

**In case of errors or questions about non-electronic transfers**

If you believe that your statement is incorrect or if you need information about any non-electronic transaction shown on this statement, please contact us at the above address immediately. If any such error appears, you must notify us in writing as soon as poss ble after your statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

JPMS, a member of the Securities Investor Protection Corp ("SIPC"), provides account protection for the net equity of a customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash ("SIPC Coverage"). You may obtain information about SIPC, including the SIPC Brochure, on their website, at "www.sipc.org" or by contacting them at (202) 371-8300.

Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC inelig ble assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or by calling SIPC at (202) 371-8300.

**IMPORTANT NOTICE REGARDING CALLABLE SECURITIES**

To the extent J.P. Morgan Securities LLC (JPMS LLC) holds on behalf of any introduced customer account securities which, by their terms, may be called or redeemed prior to maturity ("callable securities") and a partial call or redemption involving such securities occurs, the following procedures will be followed: JPMS LLC will generally administer the partial call or redemption via an impartial lottery system by which it will allocate among its introduced customers the securities to be selected as called or redeemed. In the event the call or redemption is deemed to be on terms favorable to the applicable holder as determined by JPMS LLC, JPMS LLC shall not allocate the securities to any account in which it or its associated persons (or the associated persons of its introducing brokers, to the extent those accounts have been identified to JPMS LLC by the introducing broker, generally, "associated persons") have an interest until all other customers' positions in such securities have been satisfied. In the event the call or redemption is deemed to be on terms unfavorable to the applicable holder, as determined by JPMS LLC, the accounts of customers and associated persons will participate in the impartial lottery on equal terms. See https://www.jpmorgan.com/country/US/EN/disclosures/callable_securities

This information supersedes any prior or inconsistent terms relating to callable securities in your account.

**IMPORTANT ADDITIONAL INFORMATION APPLICABLE ONLY TO YOUR ASSET ACCOUNT(S) (LINKED TO JPMS)**

You must promptly advise your J.P.Morgan representative of material changes in your investment objectives or financial situation or if you wish to modify the management of your account. Unless you inform otherwise, your J.P.Morgan representative will consider the information currently in its files to be complete and accurate.



Disclosures Page 4 of 4