**EXHIBIT V**

**February 7, 2021 Email Correspondence
Regarding Incomplete Coinbase Records, Turnover of Assets**

| | |
|---|---|
| **From:** | Evans, Joseph |
| **Sent:** | Sunday, February 7, 2021 3:59 PM |
| **To:** | Pfeiffer, Mark; Thomas V. Reichert; Grivner, Geoffrey G. |
| **Cc:** | Walsh, Timothy; Grogan, James T.; Azman, Darren; Avram Luft (aviluft@paulhastings.com) |
| **Subject:** | RE: Alexander statements |
| **Attachments:** | Alexander |

Mark,

The screenshots you just sent do not address our issues.  Where is the missing $664,518.29 in cash that Alexander received on January 17, 2021?  It must be transferred to the Debtors immediately.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767     **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

---

**From:** Evans, Joseph
**Sent:** Sunday, February 7, 2021 3:06 PM
**To:** 'Pfeiffer, Mark' <mark.pfeiffer@bipc.com>; Thomas V. Reichert <treichert@birdmarella.com>; Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>
**Cc:** Walsh, Timothy <Twwalsh@mwe.com>; 'Grogan, James T.' <jamesgrogan@paulhastings.com>; Azman, Darren <Dazman@mwe.com>; Avram Luft (aviluft@paulhastings.com) <aviluft@paulhastings.com>
**Subject:** RE: Alexander statements

Mark,

According to the Coinbase records you just provided, Alexander liquidated the 100 BTC he transferred on January 16, 2021 and January 17, 2021.  From those two transactions, on January 17, 2021, Alexander received a total of $3,437,956.53 USD (which deducts $52,000.33 USD in Coinbase transaction fees).  On February 3, 2021 (hours after the Committee filed its emergency TRO and PI motion), Alexander purchased $2,737,956 USDC and immediately transferred $2,773,497.25299 USDC to an external wallet.  On Friday, February 6, 2021, Alexander transferred the Debtor $2,773,438.24 USDC.  Alexander is in possession of at least an additional **$664,518.29** in cash derived solely from the January 16 and 17, 2021 transactions which must be immediately transferred to the Debtors.  We need a response in one hour, by 4:05PM(ET), February 7, 2021.

You did not provide the information that we requested about these Coinbase accounts.  Provide the requested screenshots immediately.  Importantly, you have not provided information which reflects the current balance of USD and cryptocurrency in these accounts.

Joe

1

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5767     **Email** jbevans@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

---

**From:** Pfeiffer, Mark <mark.pfeiffer@bipc.com>
**Sent:** Sunday, February 7, 2021 12:13 PM
**To:** Azman, Darren <Dazman@mwe.com>; Evans, Joseph <Jbevans@mwe.com>; Avram Luft (aviluft@paulhastings.com) <aviluft@paulhastings.com>
**Cc:** Thomas V. Reichert <treichert@birdmarella.com>; Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>
**Subject:** Alexander statements

Attached are requested statements. Mr. Alexander is determining if there are identifiable Cred proceeds in this account. If there are identifiable proceeds, he will wire the proceeds on Monday.

Please let me know what amount the debtors and committee think are identifiable proceeds.

## Mark Pfeiffer

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3921 (o)
267 934 1515 (c)
mark.pfeiffer@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

## Buchanan Ingersoll & Rooney PC

2

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is proh bited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.