## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS FOR TELEPHONIC AND VIDEO
HEARING SCHEDULED FOR MARCH 17, 2021 AT 2:00 P.M. (ET),
BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND
REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJIsdO2qqzouHv_F9izn74Okuj1ilmyXYuU
**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]    **All Amended Items Appear in Bold.**

[3]    All motions and other pleadings referenced herein are available online at the following address: www.donlinrecano.com/cred

**MATTERS GOING FORWARD:**

1.  Motion to Withdraw as Attorney of Record for James Alexander
    [Docket No. 542, 2/23/21]

    Objection / Response Deadline:  March 10, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    > **A.  Objection of the Official Committee of Unsecured Creditors to Motion of Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James Alexander [Docket No. 640, 3/15/21]**

    Status:  This matter is going forward.

2.  ***Status Conference*: Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander [Docket No. 643, 3/15/21]**

    Objection / Response Deadline: At the Hearing.

    Objections / Responses Received: None to Date

    Related Documents:

    > **A.  Motion to Shorten Time for Notice of Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander [Docket No. 644, 3/15/21]**

    > **B.  Declaration of Joseph B. Evans [Docket No. 645, 3/15/21]**

    Status: This matter is going forward.

Dated: March 16, 2021
     Wilmington, Delaware

/s/ Scott D. Cousins
_____

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice)*
Mack Wilson (admitted *pro hac vice)*
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
               mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice)*
Avram Emmanuel Luft (admitted *pro hac vice)*
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
               aviluft@paulhastings.com

*Co-Counsel to the Debtors*