# EXHIBIT A

Case 20-12836-JTD    Doc 649-1    Filed 03/16/21    Page 1 of 8

**EXHIBIT A**

![Donlin Recano - An AST Company]

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

March 8, 2021

**Cred Inc. Vote/SOFA**

**Re: Cred Inc. Vote/SOFA ("CREDVOTE Vote / SOFA") – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2467 - 3**

For Professional Services: February 1 through February 28, 2021

| **Current Charges:** | | Hours | Rate | Amount |
|---|---|---|---|---|
| John Burlacu | Senior Bankruptcy Consultant | 0.70 | 205.00 | $143.50 |
| Andrew Logan | Senior Bankruptcy Consultant | 1.40 | 205.00 | $287.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 1.70 | 205.00 | $348.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | 0.30 | 205.00 | $61.50 |
| John Burlacu | Senior Bankruptcy Consultant* | 57.30 | 195.00 | $11,173.50 |
| Robin Charles | Senior Bankruptcy Consultant | 9.40 | 195.00 | $1,833.00 |
| Robert Gillin | Senior Bankruptcy Consultant | 6.60 | 195.00 | $1,287.00 |
| Roland Tomforde | Senior Bankruptcy Consultant* | 1.60 | 195.00 | $312.00 |
| Calvin Dickson | Case Manager | 0.90 | 175.00 | $157.50 |
| Rommel Mapa | Case Manager | 0.20 | 175.00 | $35.00 |
| Winnie Yeung | Case Manager | 9.80 | 175.00 | $1,715.00 |
| Robin Charles | Senior Bankruptcy Consultant* | 5.20 | 155.00 | $806.00 |
| Total Hours & Fees | | 95.1 | | $18,159.50 |
| | | | | |
| Less 20% Holdback on Fees | | | | <$3,631.90> |
| Subtotal of Fees | | | | $14,527.60 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$14,527.60** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|       Account #: | 590872834 |
|---|---|
|   Account Name: | Donlin, Recano & Company, Inc. |
|      Bank Name: | HSBC Bank USA |
|           ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely

_____
Nellwyn Voorhies
President
Enclosures
2467

**DONLIN, RECANO & COMPANY, INC. ( DRC)**
**Cred Inc. Vote/SOFA**
**Invoice # 3 - February 1 through February 28, 2021**

**I.  Consulting Fees (See Exhibit A for details)**

|  |  |
|---|---:|
| 4.1 hours @ $205.00/hour | 840.50 |
| 74.9 hours @ $195.00/hour | 14,605.50 |
| 10.9 hours @ $175.00/hour | 1,907.50 |
| 5.2 hours @ $155.00/hour | 806.00 |
| **SUB TOTAL -  Consulting Fees** | **18,159.50** |

**II. Out of Pocket Expenses**

|  |  |
|---|---:|
| None Required in February 1, through February 28, 2021 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - February 1 through February 28, 2021** | **$18,159.50** |
| **Less: 20% Holdback on Fees** | <$3,631.90> |
| **AMOUNT DUE** | **$14,527.60** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 3 - February 1 through February 28, 2021**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Fee Statement and Application Preparation | 2.8 | hours | $574.00 |
| Voting and Solicitation | <u>92.3</u> | hours | <u>$17,585.50</u> |
| **Total** | **95.1** | | **$18,159.50** |

Exhibits A

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 3 - February 1 through February 28, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01 | J Burlacu | Responded to various creditor vote inquiries (1.3). Prepared interim voting report (0.3). Review of ballots received to date (1.4). | 3.0 | 195.0 | $585.00 |
| 02-01 | W Yeung | Researched/attended to open vote issues. | 0.2 | 175.0 | $35.00 |
| 02-02 | J Burlacu | Responded to various creditor vote inquiries (1.7). | 1.7 | 195.0 | $331.50 |
| 02-02 | R Charles | Answering creditors inquires regarding the solicitation (0.2) | 0.2 | 195.0 | $39.00 |
| 02-03 | J Burlacu | Responded to various creditor vote inquiries (2.4). | 2.4 | 195.0 | $468.00 |
| 02-03 | R Charles | Answering creditors inquires regarding the vote and solicitation (0.2) | 0.2 | 195.0 | $39.00 |
| 02-03 | R Charles | Drafted AOS for the vote solicitation (2.1) | 2.1 | 195.0 | $409.50 |
| 02-04 | J Burlacu | Review of ballots received (1.8). | 1.8 | 195.0 | $351.00 |
| 02-04 | R Charles | Answering Creditors' injuries regarding vote solicitation (0.5) | 0.5 | 195.0 | $97.50 |
| 02-05 | J Burlacu | Responded to various creditor vote inquiries (2.3). Prepared interim vote tabulation report (0.3). | 2.6 | 195.0 | $507.00 |
| 02-05 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 02-06 | A Logan | Review e-mail from K. Mayle re creditor inquiry, research and respond to same, follow up with DRC voting dept. re sending revised ballots (0.6). | 0.6 | 205.0 | $123.00 |
| 02-06 | J Burlacu | Review of revised schedules, updated proxy voting database and online vote portal for revised voting amounts and revised voting classes and reconciled same, attend to issues for preparation and mailing of revised electronic ballots and physical revised ballots for creditors, and review of various proofs for approval (7.8). Responded to various voting inquiries (1.3). | 9.1 | 195.0 | $1,774.50 |
| 02-06 | R Tomforde | Attend to issue related to vote solicitation and electronic ballot submission | 0.7 | 195.0 | $136.50 |
| 02-06 | W Yeung | Telephone conference with K. Mayle of Macco re open issues on supplemental vote solicitation mailing for Amended Schedule Customer claims (0.5). Prepared instructions to download voting claim numbers and plan class for amended scheduled claims (0.4). Prepared/analyzed excel file of claim records in voting class to be updated with revised plan class and authorized vote amounts and new Ballots (2.5). Reviewed/analyzed excel file of new scheduled Customer claims re Amended Schedule F to be mailed with voting package (1.0). Prepared instructions to update plan class and authorized vote amounts in avote database (1.3). Verified required changes re plan class and authorized vote amounts in avote database (1.3). Attended to open vote issues (0.5). | 7.5 | 175.0 | $1,312.50 |
| 02-07 | R Tomforde | Attend to issue related to vote solicitation and electronic ballot submission | 0.9 | 195.0 | $175.50 |
| 02-08 | J Burlacu | Replied to various creditor vote inquiries ((2.7). Completed supplemental vote solicitation mailing (2.4). | 5.1 | 195.0 | $994.50 |
| 02-09 | J Burlacu | Responded to various creditor inquiries (2.3). Prepared supplemental vote affidavit of service (1.2) | 3.5 | 195.0 | $682.50 |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 3 - February 1 through February 28, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-09 | R Gillin | Processed ballots (0.4). | 0.4 | 195.0 | $78.00 |
| 02-09 | R Charles | Processed and logged ballots in the proxy system (0.3) | 0.3 | 195.0 | $58.50 |
| 02-09 | R Mapa | Attend to issue re invalidated ballot id | 0.2 | 175.0 | $35.00 |
| 02-10 | J Burlacu | Responded to various creditor inquiries (1.8). | 1.8 | 195.0 | $351.00 |
| 02-10 | R Gillin | Processed ballots (0.2). | 0.2 | 195.0 | $39.00 |
| 02-10 | R Charles | Logging Ballots in the proxy system (0.2) | 0.2 | 195.0 | $39.00 |
| 02-11 | J Burlacu | Responded to various creditor voting inquiries (1.8). | 1.8 | 195.0 | $351.00 |
| 02-11 | R Gillin | Processed ballots (0.6). | 0.6 | 195.0 | $117.00 |
| 02-11 | R Charles | Logging Ballots (0.2) | 0.2 | 195.0 | $39.00 |
| 02-12 | J Burlacu | Responded to various creditor vote inquiries (1.3). Prepared interim vote tabulation report (0.3). | 1.6 | 195.0 | $312.00 |
| 02-12 | R Gillin | Processed ballots (0.7). | 0.7 | 195.0 | $136.50 |
| 02-12 | R Charles | Logging Ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 02-13 | J Burlacu | Responded to creditor vote inquiries (0.7). | 0.7 | 205.0 | $143.50 |
| 02-15 | J Burlacu | Responded to various creditor vote inquiries (1.4). | 1.4 | 195.0 | $273.00 |
| 02-16 | J Burlacu | Responded to various creditor inquiries (1.4). | 1.4 | 195.0 | $273.00 |
| 02-16 | R Gillin | Processed ballots (1.1) | 1.1 | 195.0 | $214.50 |
| 02-17 | J Burlacu | Responded to various creditor vote inquiries (1.8). | 1.8 | 195.0 | $351.00 |
| 02-17 | R Gillin | Processed ballots (0.9). | 0.9 | 195.0 | $175.50 |
| 02-17 | R Charles | Processed Ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 02-17 | C Dickson | Responded to creditor inquiries re vote amounts. | 0.3 | 175.0 | $52.50 |
| 02-18 | J Burlacu | Responded to various creditor vote inquiries (1.9). | 1.9 | 195.0 | $370.50 |
| 02-19 | J Burlacu | Responded to various creditor vote inquiries (1.3). Prepared Interim vote tabulation report (0.3). | 1.6 | 195.0 | $312.00 |
| 02-19 | R Gillin | Processed ballots (0.7). | 0.7 | 195.0 | $136.50 |
| 02-19 | R Charles | Processed received ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 02-21 | J Burlacu | Responded to creditor voting inquiries (0.4). | 0.4 | 195.0 | $78.00 |
| 02-22 | J Burlacu | Responded to various creditor vote inquiries (0.8). | 0.8 | 195.0 | $156.00 |
| 02-22 | W Yeung | Researched/attended to open vote issues (0.5). Emailed M. Wilson of Paul Hastings re same (0.3). | 0.8 | 175.0 | $140.00 |
| 02-23 | J Burlacu | Responded to various creditor vote inquiries (1.2). Review of ballots received (2.4). Emails with M. Wilson of PH re voting parties (0.1). | 3.7 | 195.0 | $721.50 |
| 02-23 | R Gillin | Processed ballots (1.2). | 1.2 | 195.0 | $234.00 |
| 02-23 | R Charles | Processed received ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 02-23 | C Dickson | Responded to creditor inquiries re status of vote. | 0.2 | 175.0 | $35.00 |
| 02-23 | W Yeung | Attended to open vote issues. | 0.3 | 175.0 | $52.50 |
| 02-24 | J Burlacu | Follow up call and emails with M. Wilson and I. Goldstein of PH re open items to vote solicitation and tabulation (1.2). Drafted vote declaration (2.2). Prepared service of non-voting notice and opt-out form to creditors in an Admin class (0.8). | 4.2 | 195.0 | $819.00 |
| 02-24 | R Charles | Answered creditors inquires re the vote (1.9) | 1.9 | 195.0 | $370.50 |
| 02-24 | R Charles | Answered creditors' inquiries re vote (2.6) | 2.6 | 195.0 | $507.00 |
| 02-24 | W Yeung | Researched/attended to open vote issues. | 0.5 | 175.0 | $87.50 |
| 02-25 | J Burlacu | Responded to creditor vote inquiries emails with, review of ballots received, prepared additional ballots as requested, and updated website with solicitation document (2.3). Prepared interim vote report (0.3). | 2.6 | 195.0 | $507.00 |
| 02-25 | R Gillin | Reviewed/edited vote declaration draft (0.4). | 0.4 | 195.0 | $78.00 |
| 02-25 | R Gillin | Processed ballots (0.3). | 0.3 | 195.0 | $58.50 |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 3 - February 1 through February 28, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-25 | W Yeung | Researched/attended to open vote issues (0.3). Updated database as required (0.2). | 0.5 | 175.0 | $87.50 |
| 02-25 | R Charles | Answered creditors' inquiries re the vote (2.0) | 2.0 | 155.0 | $310.00 |
| 02-25 | R Charles | Processed received ballots (0.2) | 0.2 | 155.0 | $31.00 |
| 02-26 | J Burlacu | Responded to creditor vote inquiries (1.3). Processed ballots received (0.3). Prepared interim vote tabulation report (0.3). | 1.9 | 195.0 | $370.50 |
| 02-26 | C Dickson | Responded to creditor inquiries re voting status. | 0.4 | 175.0 | $70.00 |
| 02-26 | R Charles | Answered creditors' inquiries (3.0) | 3.0 | 155.0 | $465.00 |
| 02-27 | J Burlacu | Responded to creditor vote inquiries (0.4). | 0.4 | 195.0 | $78.00 |
| 02-28 | J Burlacu | Responded to creditor vote inquiries (0.8). | <u>0.8</u> | 195.0 | <u>$156.00</u> |

TOTAL HOURS - February 1 through February 28, 2021           <u>92.3</u>
TOTAL CHARGES                                                  $17,585.50

**Exhibits A**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 3 - February 1 through February 28, 2021

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-17 | L Terry | Analyze the 327 invoice regarding services rendered during January 1, 2021 through January 31, 2021 in preparation to draft the Second Monthly Fee Application (0.5); Draft the Second Monthly Fee Application (1.2). | 1.7 | 205.0 | $348.50 |
| 02-18 | A Logan | Review and revise and update and proof DRC's 2nd monthly fee statement and finalize for court filing (0.8). | 0.8 | 205.0 | $164.00 |
| 02-18 | R Tomforde | Reviewed and signed second monthly fee application | 0.3 | 205.0 | $61.50 |
| | | TOTAL HOURS - February 1 through February 28, 2021 | | | 2.8 |
| | | TOTAL CHARGES | | | $574.00 |