# **EXHIBIT A**

Redacted Declaration of Service

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) **Related to Docket Nos. 638, 639, 647** |

## DECLARATION OF SERVICE

I, Cathy Greer, declare:

1. I am over the age of 18 years.

2. I am a Paralegal employed by McDermott Will & Emery LLP, 1007 N. Orange Street, 10th Floor, Wilmington, Delaware 19801.

3. On March 15, 2021, I caused a copy of the following documents to be served via first class mail upon the parties identified on **Exhibit A** and **Exhibit B** hereto:

*Order Authorizing the Official Committee of Unsecured Creditors to File Rule 2004 Motion under Seal* [Docket No. 638]

*Order (I) Authorizing Examinations, (II) Directing the Production of Documents, and (III) Granting Related Relief* [Docket No. 639]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: Wilmington, Delaware
March 16, 2021

*/s/ Cathy Greer*
Cathy Greer
Paralegal
MCDERMOTT WILL & EMERY LLP
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801

## Exhibit A

| | |
|---|---|
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| Cousins Law LLC<br>Scott D. Cousins<br>Scott D. Jones<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com | Paul Hastings LLP<br>James T. Grogan<br>Mack Wilson<br>600 Travis Street, 58th Floor<br>Houston, TX 77002<br>jamesgrogan@paulhastings.com<br>mackwilson@paulhastings.com |

2

| | |
|---|---|
| Paul Hastings LLP<br>Pedro A. Jiminez<br>Avram Emmanuel Luft<br>200 Park Avenue<br>New York, NY 10166<br>pedrojimenez@paulhastings.com<br>aviluft@paulhastings.com | Office of the United States Trustee<br>Joseph J. McMahon, Jr<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>joseph.mcmahon@usdoj.gov |
| Office of the United States Trustee<br>John H. Schanne, II<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>john.schanne@usdoj.gov | Brown Rudnick<br>Andrew M. Carty<br>Michael Reining<br>7 Times Square<br>New York, NY 10036<br>acarty@brownrudnick.com<br>mreining@brownrudnick.com |
| Ashby & Geddes<br>Gregory A. Taylor<br>Katharina Earle<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com | |

**<u>Exhibit B</u>**

EXHIBIT B

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | | 300 DELAWARE AVE.,STE 1100 | | WILMINGTON | DE | 19801 | |
| ARIZONA ATTORNEY GENERALS OFFICE | | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | | 1201 NORTH MARKET ST.,14TH FLOOR | | WILMINGTON | DE | 19801-1147 | |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | |
| BILLION LAW | MARK M BILLION,ESQ | | 1073 S GOVERNOR AVE | | DOVER | DE | 19904 | |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | | 55 SECOND ST.,17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 | |
| BUCHANAN INGERSOLL & ROONEY PC | GEOFFREY G GRIVNER,ESQ | | 919 N MARKET ST.,STE 990 | | WILMINGTON | DE | 19801 | |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | MIAMI | FL | 33136-4118 | |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS | PO BOX 173 | RD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | | 222 DELAWARE AVE.,STE 1410 | | WILMINGTON | DE | 19801-1621 | |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | | 600 E 96TH ST.,STE 600 | | INDIANAPOLIS | IN | 46240 | |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | | 445 PARK AVE | | NEW YORK | NY | 10022 | |
| FOX ROTHSCHILD LLP | KEITH C OWENS | | 10250 CONSTELLATION BLVD.,STE 900 | | LOS ANGELES | CA | 90067 | |
| FOX ROTHSCHILD LLP | SETH A NIEDERMAN | | 919 NORTH MARKET ST.,STE 300 | | WILMINGTON | DE | 19899-2323 | |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | | 1201 N ORANGE ST.,STE 300 | | WILMINGTON | DE | 19801 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | |
| JST CAPITAL | SCOTT FREEMAN | | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | | 1309 COFFEEN AVE STE 1200 | | SHERIDAN | WY | 82801 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | |
| UPHOLD, INC | JP THIERIOT | | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | |