## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 15, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/15/2021 | 640 | Objection Objection of the Official Committee of Unsecured Creditors to Motion of Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James Alexander (related document(s)542) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Hurst, David) (Entered: 03/15/2021) |

X _____
Laurie Heggan

Dated: March 16, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 16th day of March 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

| | |
|---|---|
| ARCHER & GREINER PC<br>ALAN M ROOT, ESQ<br>300 DELAWARE AVE., STE 1100<br>WILMINGTON, DE 19801 | ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX, AZ 85005-6123 |
| ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE., 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON, DE 19899 | BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST., 14TH FLOOR<br>WILMINGTON, DE 19801-1147 |
| BAKER HOSTETLER LLP<br>JORIAN L ROSE; MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 | BILLION LAW<br>MARK M BILLION, ESQ<br>1073 S GOVERNOR AVE<br>DOVER, DE 19904 |
| BROWN RUDNICK LLP<br>ANDREW M CARTY; MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON, ESQ<br>55 SECOND ST., 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER, ESQ<br>919 N MARKET ST., STE 990<br>WILMINGTON, DE 19801 | CARLTON FIELDS PA<br>DAVID L GAY, ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE., STE 1200<br>MIAMI, FL 33136-4118 |
| COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301, WILMINGTON DE 19803 | CRED INC.<br>ATTN: PRESIDENT/CEO<br>3 EAST THIRD AVENUE<br>SAN MATEO, CA 94401 |
| DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS VG1110<br>BRITISH VIRGIN ISLANDS | DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER, DE 19901 | DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE 19904 |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA, BRITISH VIRGIN ISLANDS VG1110<br>BRITISH VIRGIN ISLANDS | FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON, DE 19801-1621 |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS, IN 46240 | FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK, NY 10022 |
| FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD.,STE 900<br>LOS ANGELES, CA 90067 | FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST.,STE 300<br>WILMINGTON, DE 19899-2323 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON, DE 19801 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5016 |

JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT, NJ 07901

MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN, WY 82801

MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK, NY 10173-1922

MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON, DE 19801

MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING, MI 48922

OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON, DE 19801

PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON, TX 77002

PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON, TX 77002

PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK, NY 10166

PAUL HASTINGS LLP
DEREK CASH
200 PARK AVENUE
NEW YORK, NY 10166

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON, DE 19899

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA, PA 19123

UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR, CA 94939

US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON, DE 19801

US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA, PA 19103