# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 16, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| 03/15/2021 | 643 | Motion For Contempt Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A) (Hurst, David) (Entered: 03/15/2021) |
|---|---|---|
| 03/15/2021 | 644 | Motion to Shorten Motion to Shorten Time for Notice of Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander (related document(s)643) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A) (Hurst, David) (Entered: 03/15/2021) |
| 03/15/2021 | 645 | Declaration Declaration of Joseph B. Evans (related document(s)643) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q # 18 Exhibit R # 19 Exhibit S # 20 Exhibit T # 21 Exhibit U # 22 Exhibit V) (Hurst, David) (Entered: 03/15/2021) |

X _____
Laurie Heggan

Dated: March 16, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 16th day of March 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
ARCHER & GREINER PC
ALAN M ROOT,ESQ
300 DELAWARE AVE.,STE 1100
WILMINGTON DE 19801
AROOT@ARCHERLAW.COM

**VIA FIRST CLASS MAIL:**
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
GTAYLOR@ASHBYGEDDES.COM;KEARLE@ASHBYGEDDES.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM;MSABELLA@BAKERLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
ACARTY@BROWNRUDNICK.COM;MREINING@BROWNRUDNICK.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
BUCHANAN INGERSOLL & ROONEY PC
GEOFFREY G GRIVNER,ESQ
919 N MARKET ST.,STE 990
WILMINGTON DE 19801
GEOFFREY.GRIVNER@BIPC.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
COUSINS LAW LLC
SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301 WILMINGTON DE
19803
SCOTT.COUSINS@COUSINS-LAW.COM

**VIA FIRST CLASS MAIL:**
CRED INC.
ATTN: PRESIDENT/CEO
3 EAST THIRD AVENUE
SAN MATEO CA 94401

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

**VIA FIRST CLASS MAIL:**
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

**VIA FIRST CLASS MAIL:**
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS
LINDSAY@DCP.CAPITAL

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
FOX ROTHSCHILD LLP
KEITH C OWENS
10250 CONSTELLATION BLVD.,STE 900
LOS ANGELES CA 90067
KOWENS@FOXROTHSCHILD.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
FOX ROTHSCHILD LLP
SETH A NIEDERMAN
919 NORTH MARKET ST.,STE 300
WILMINGTON DE 19899-2323
SNIEDERMAN@FOXROTHSCHILD.COM

**VIA FIRST CLASS MAIL:**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM; ABROWN@GSBBLAW.COM

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM;DAZMAN@MWE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

**VIA FIRST CLASS MAIL:**
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV;JOHN.SCHANNE@USDOJ.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
PAUL HASTINGS LLP
JAMES T. GROGAN; MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
PAUL HASTINGS LLP
DEREK CASH
200 PARK AVENUE
NEW YORK NY 10166
DEREKCASH@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

**VIA FIRST CLASS MAIL:**
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL:**
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA FIRST CLASS MAIL:**
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103