# **EXHIBIT A**

Redacted Notice of Service

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF SERVICE**

    **PLEASE TAKE NOTICE** that on March 16, 2021, the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases caused the following to be served upon the party listed on the service list attached hereto as **Exhibit A** in the manner indicated thereon:

    (i)    *Subpoena for Rule 2004 Examination*

Dated:  Wilmington, Delaware
         March 17, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

EXHIBIT A

Service List

**Via Electronic Mail**

[REDACTED]