| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Grogan | Debtors | Paul Hastings LLP |
| Lisa | Peters | Interested Creditor | Kutak Rock LLP |
| Arshabh | Sarda | Elevar | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Nicolas | Jenner | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Avram | Luft | Debtors | Paul Hastings LLP |
| Michael | Hammill | Pro per | |
| Richard | Parsons | Richard Parsons | |
| Darren | Yang | Committee | McDermott Will & Emery LLP |
| Scott | Jones | Cred Inc | Cousins Law LLC |
| Julius | Hudec | pro per | |
| KRZYSZTOF | MAJDAK | MAJDAK | |
| Gregg | Steinman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Steve | Lamesch | Myself | |
| MARK | PFEIFFER | Buchanan Ingersoll | Buchanan Ingersoll |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the U.S. Trustee (Wilmington, DE) |
| Scott | Cousins | Cred Inc | Cousins Law LLC |
| Broocks | Wilson | Debtors | Paul Hastings LLP |
| Andrew | Carty | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Pablo | Bonjour | Cred Inc. | MACCO |
| Geoffrey | Grivner | James Alexander | Buchanan Ingersoll & Rooney |
| Becky | Yerak | Wall Street Journal | |
| Kody | Sparks | James Alexander | Buchanan Ingersoll & Rooney |
| Daniyal | Inamullah | Self | |
| JOSEPH | Sarachek | Krystof Magdinik | 6468614950 |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| David | Hurst | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |