IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) | Jointly Administered |
|  | ) ) | **Related to Docket Nos. 638, 659** |

**NOTICE OF FILING OF PROPOSED REDACTED
VERSION OF NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, on March 15, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Official Committee of Unsecured Creditors to File Rule 2004 Motion Under Seal* [Docket No. 638] (the "Seal Order").  The Seal Order provides, among other things, that any affidavit of service relating to the Rule 2004 Order may be filed under seal, to the extent necessary to conceal the names of any parties the disclosure of which might interfere with the efforts of the Official Committee of Unsecured Creditors (the "Committee") to recover assets of the estates of the above-captioned debtors and debtors in possession.  Accordingly, on March 18, 2021, the Committee filed the Notice of Service [Docket No. 659] under seal.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the redacted version of the Notice of Service.

Dated: Wilmington, Delaware
March 18, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*