# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Re: D.I. 561** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY FEE APPLICATION OF EXAMINER AND BROWN RUDNICK LLP, AS CO-COUNSEL TO EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD JANUARY 8, 2021 THROUGH JANUARY 31, 2021**

I, Katharina Earle, an attorney with the law firm of Ashby & Geddes, P.A., counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner"), hereby certify the following:

1. On February 25, 2021, the Examiner filed the *First Monthly Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for the Period January 8, 2021 through January 31, 2021* [D.I. 561] (the "Application").

2. Pursuant to the Notice, responses, if any, to the Application were to be filed with the Court and served upon the undersigned counsel by March 17, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01666920;v1 }

3. As of the date hereof, undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicated that, as of this date, no responses or objections to the Application have been filed.

**THEREFORE**, the Debtors are authorized to pay the Examiner and Brown Rudnick LLP eighty percent (80%) of the fees in the amount $208,082.00 (80% of $260,102.50) and one hundred percent (100%) of the expenses in the amount of $1,418.30 as requested in the Application.

Dated:  March 19, 2021
Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Katharina Earle*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Email: gtaylor@ashbygeddes.com
         kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
         mreining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as*
*Chapter 11 Examiner for the Debtors*