EXHIBIT B

Expense Summary

**CRED, INC.,** *ET AL.*

**EXPENSE SUMMARY**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Postage/Express Mail | | $232.97 |
| Computer Research | Westlaw/Lexis/PACER | $11,744.01 |
| Computer Hosting Fees[1] | Relativity | $136.68 |
| **TOTALS** | | **$12,113.66** |

---

[1]    McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Hosting Fees" includes monthly hosting fees related to McDermott's license of Relativity's document hosting software, specifically the cost to use and maintain both the related servers and necessary network storage.


McDermott
Will & Emery

Debtor's Estate

| | |
|---|---|
| Payor: | 111614 |
| Invoice: | 3493840 |
| Invoice Date: | 03/17/2021 |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 12/31/20 | Computer Research<br>"Pacer; Invoice# 3104636-Q42020; Invoice Date:<br>02/10/2021, usage 10/01/2020 to 12/31/2020." | 15.10 |
| 02/01/21 | Computer Research<br>Computer Research, DARREN YANG | 1,029.60 |
| 02/02/21 | Computer Research<br>Computer Research, DARREN YANG | 608.61 |
| 02/02/21 | Computer Research<br>Computer Research, DARREN YANG | 450.45 |
| 02/03/21 | Computer Research<br>Computer Research, DARREN YANG | 730.34 |
| 02/03/21 | Express Mail<br>FedEx #334543675 - 772814544970, TORTOLA | 51.91 |
| 02/03/21 | Express Mail<br>FedEx #334543675 - 772814552578, TORTOLA | 51.91 |
| 02/04/21 | Computer Research | 121.73 |



McDermott
Will & Emery

Debtor's Estate

| | | |
|---|---|---|
| Payor: | 111614 | |
| Invoice: | 3493840 | |
| Invoice Date: | 03/17/2021 | |

| Date | Description | Amount |
|---|---|---|
| | Computer Research, DARREN YANG | |
| 02/04/21 | Computer Research | 965.25 |
| | Computer Research, DARREN YANG | |
| 02/05/21 | Computer Research | 579.15 |
| | Computer Research, DARREN YANG | |
| 02/05/21 | Express Mail | 23.91 |
| | FedEx #727879715 - 772837646072, SAN FRANCISCO | |
| 02/05/21 | Express Mail | 13.54 |
| | FedEx #727879715 - 772837735218, WILMINGTON | |
| 02/05/21 | Express Mail | 23.91 |
| | FedEx #727879715 - 772837832597, SAN FRANCISCO | |
| 02/08/21 | Computer Research | 76.70 |
| | Computer Research, JOSEPH EVANS | |
| 02/08/21 | Computer Research | 450.45 |
| | Computer Research, DARREN YANG | |
| 02/09/21 | Computer Research | 1,716.65 |
| | Computer Research, DARREN YANG | |
| 02/10/21 | Computer Research | 782.60 |
| | Computer Research, GREGG STEINMAN | |
| 02/10/21 | Computer Research | 193.05 |
| | Computer Research, DARREN YANG | |
| 02/11/21 | Computer Research | 782.60 |
| | Computer Research, GREGG STEINMAN | |
| 02/15/21 | Computer Research | 128.70 |
| | Computer Research, DARREN YANG | |
| 02/16/21 | Computer Research | 33.80 |
| | Computer Research, GREGG STEINMAN | |
| 02/16/21 | Express Mail | 67.79 |
| | FedEx #334721018 - 772918134061, PARIS | |
| 02/18/21 | Computer Research | 64.35 |
| | Computer Research, DARREN YANG | |
| 02/19/21 | Computer Research | 383.50 |
| | Computer Research, DARREN YANG | |
| 02/22/21 | Computer Research | 514.80 |


McDermott
Will & Emery

Debtor's Estate

Payor:         111614
Invoice:       3493840
Invoice Date:  03/17/2021

| Date | Description | Amount |
|------|-------------|--------|
| | Computer Research, DARREN YANG | |
| 02/23/21 | Computer Research | 514.80 |
| | Computer Research, DARREN YANG | |
| 02/24/21 | Computer Research | 707.85 |
| | Computer Research, DARREN YANG | |
| 02/28/21 | Computer Hosting Fees | 136.68 |
| | February monthly fee for data hosting (Relativity) | |
| 02/28/21 | Computer Research | 121.73 |
| | Computer Research, DARREN YANG | |
| 02/28/21 | Computer Research | 772.20 |
| | Computer Research, DARREN YANG | |

**Total Costs and Other Charges** **$12,113.66**

**Total This Invoice** **$695,452.16**