IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                   :    Chapter 11
                                                         :
        **CRED, INC. ET AL**                             :    CASE NO. 20-12836(JTD)
                                                         :
                            **DEBTORS**                  :    Jointly Administered
---------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1) and/or (e)(2)

STATE OF   <u>NEW YORK</u>       )
                                 )   SS:
COUNTY OF <u>KINGS</u>           )

I, <u>Tina Carr</u> declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the <u>17th</u> day of March, 2021, I received a copy of the Notice of Transfer of Claim ownership for Docket No(s). <u>#559</u> as printed from the docket maintained by the court for the captioned debtor.

4. On the <u>17th</u> day of March, 2021, I sent a copy of the Notice of Transfer of Claim ownership pursuant to FRBP 3001 (e)(1) and/or (e)(2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>17th</u> day of March, 2021 at Brooklyn, New York.

By_____
        Tina Carr

Sworn before me this
<u>17th</u> day of <u>March</u> 2021

_____
Notary Public

> JOHN BURLACU
> Notary Public - State of New York
> No. 01BU6376076
> Qualified in Nassau County
> My Comm. Expires June 4, 2022

B2100B (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  CRED INC.                                                      Case No. 20-12836

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __108 and 264__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 2-25-21 Dkt # 559.

REDACTED
Name of Alleged Transferor

SCOTT FRIEDBERG
Name of Transferee

Address of Alleged Transferor:
REDACTED

Address of Transferee:
177 HIRST RD
BRIARCLIFF MANOR, NY 10510

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF DELAWARE

Date: 3-17-21

CLERK OF THE COURT