**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*, [1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES ALEXANDER,<br><br>　　　　　　Appellant,<br><br>v.<br><br>CRED CAPITAL, INC.,<br><br>　　　　　　Appellee. | Civil Action No. 21-cv-240 (MN)<br><br>Bankruptcy Case No. 20-12836 (JTD)<br>Bankruptcy BAP No. 21-05 |

**APPELLEE CRED CAPITAL, INC.'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), Appellee Cred Capital, Inc. hereby designates the additional items identified below to be included in the record on appeal in connection with Appellant James Alexander's Notice of Appeal and Statement of Election from the *Order Denying the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case* [Docket No. 526]. *See James Alexander v. Cred Capital, Inc.*, No. 1:21-cv-00240-MN (D. Del.).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| Item Number | Date Filed | Docket Number | Document Name |
|---|---|---|---|
| 20 | 11/18/2020 | 58 | Complaint for Turnover Pursuant to Bankruptcy Code Section 542 (Adv. Pro. 20-51006) |
| 21 | 01/07/2021 | 335 | Global Notes and Statements of Limitation, Methodology, and Disclaimers Regarding the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs |
| 22 | 01/19/2021 | 365 | Notice of Rescheduled Hearing on Motion of James Alexander to Dismiss Cred Capital, Inc. Case |
| 23 | 01/26/2021 | 419 | Notice of Filing of Revised Exhibit A to Notice of Intent to Serve Subpoena Upon James Alexander |
| 24 | 01/29/2021 | 440-1 | Exhibit 1 to Docket No. 440 – Certificate of Incorporation of Cred Capital, Inc. |
| 25 | 01/29/2021 | 440-2 | Exhibit 2 to Docket No. 440 – Action By Written Consent of the Sole Incorporator of Cred Capital, Inc. |
| 26 | 01/29/2021 | 440-3 | Exhibit 3 to Docket No. 440 – Series A Preferred Stock Purchase Agreement |
| 27 | 01/29/2021 | 440-4 | Exhibit 4 to Docket No. 440 – Contribution Agreement |
| 28 | 01/29/2021 | 440-5 | Exhibit 5 to Docket No. 440 – Asset Management Agreement |
| 29 | 01/29/2021 | 440-6 | Exhibit 6 to Docket No. 440 – Contribution Agreement |
| 30 | 01/29/2021 | 440-7 | Exhibit 7 to Docket No. 440 – Assignment Agreement |
| 31 | 01/29/2021 | 440-8 | Exhibit 8 to Docket No. 440 – Irrevocable Proxy |
| 32 | 01/29/2021 | 440-9 | Exhibit 9 to Docket No. 440 – Email of Dan Schatt to James Alexander |
| 33 | 01/29/2021 | 440-10 | Exhibit 10 to Docket No. 440 – Email of Dan Schatt to James Alexander, Dan Wheeler and Joseph Podulka |
| 34 | 01/29/2021 | 440-11 | Exhibit 11 to Docket No. 440 – Amended and Restated Certificate of Incorporation of Cred Capital, Inc. |

| 35 | 01/29/2021 | 440-12 | Exhibit 12 to Docket No. 440 – Certificate of Correction of Certificate of Incorporation of Cred Capital, Inc. |
|---|---|---|---|
| 36 | 01/29/2021 | 441 | Declaration of Joseph Podulka in Support of Debtors' Objection to the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 37 | 01/29/2021 | 442 | Declaration of Daniel Schatt in Support of Debtors' Objection to the Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 38 | 02/05/2021 | 484 | Certification of Counsel Regarding Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case |
| 39 | 03/01/2021 | 569 | Objection of James Alexander to Debtors' Combined Joint Plan of Liquidation |
| 40 | 03/08/2021 | 605 | Report of Robert J. Stark, Examiner |
| 41 | 03/11/2021 | 629 | Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code |
| 42 | 03/15/2021 | 643 | Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander |
| 43 | 03/15/2021 | 644 | Motion to Shorten Time for Notice of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander |
| 44 | 03/15/2021 | 645 | Declaration of Joseph B. Evans |
| 45[2] | 02/09/2021 | 1 | Voluntary Petition of James Alexander Declaring Chapter 11 Bankruptcy in the Central District of California |
| 46 | 02/25/2021 | 53 | Order Converting James Alexander Case to One Under Chapter 7 of the Bankruptcy Code |

---

[2] Item numbers 45 and 46 refer to the case of *In re James Alexander*, Case No. 1:21-bk-10214-MB filed in the United States Bankruptcy Court Central District of California San Fernando Valley Division.

Dated: March 22, 2021
    Wilmington, Delaware

/s/ *Scott D. Cousins*
---

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
    mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
    aviluft@paulhastings.com

*Co-Counsel to the Debtors*