**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, [1] | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES ALEXANDER, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| | ) Civil Action No. 21-cv-240 (MN) |
| v. | ) |
| | ) Bankruptcy Case No. 20-12836 (JTD) |
| | ) Bankruptcy BAP No. 21-05 |
| CRED CAPITAL, INC., | ) |
| | ) |
| Appellee. | ) |
| | ) |

<u>**CERIFICATE OF SERVICE**</u>

I, Scott D. Cousins, do hereby certify that on the 22nd day of March, 2021, I caused a

copy of the foregoing *Appellee Cred Capital, Inc.'s Designation of Additional Items to be*

*Included in the Record on Appeal* to be served upon the below parties via ECF notification

and/or electronic mail as indicated below:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**APPELLANT:**

1. **James Alexander**

   Geoffrey G. Grivner (No. 4711)
   Mark Pfeiffer (admitted *pro hac vice*)
   919 North Market Street, Suite 990
   Wilmington, DE 19801
   Telephone:  (302) 552-4200
   Facsimile:  (302) 552-4295
   Email:  geoffrey.grivner@bipc.com

**INTERESTED PARTIES:**

1. **Official Committee of Unsecured Creditors**

   David R. Hurst
   MCDERMOTT WILL & EMERY LLP
   The Nemours Building
   1007 North Orange Street
   4th Floor
   Wilmington, DE 19801
   Telephone:  (302) 485-3930
   Facsimile:  (302) 351-8711
   Email:  dhurst@mwe.com

   -and-

   Darren Azman
   Joseph B. Evans
   Timothy W. Walsh
   MCDERMOTT WILL & EMERY LLP
   340 Madison Avenue
   New York, NY 10173-1922
   Telephone:  (212) 547-5423
   Email:  dazman@mwe.com
            jbevans@mwe.com

   -and-

   Gregg A. Steinman
   MCDERMOTT WILL & EMERY LLP
   333 SE 2nd Avenue, Suite 4500
   Miami, FL 33131
   Telephone:  (305) 358-3500
   Email:  gsteinman@mwe.com

2.  **Examiner**

    Katharina Earle
    Gregory A. Taylor
    ASHBY & GEDDES, P.A.
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19801
    Telephone:  (302) 504-3729
    Facsimile:  (302) 654-2067
    Email:  kearle@ashbygeddes.com
          gtaylor@ashbygeddes.com

    -and-

    Andrew Carty
    Michael Reining
    BROWN RUDNICK
    Seven Times Square
    New York, NY 10036
    Telephone:  (212) 209-4800
    Facsimile:  (212) 209-4801
    Email:  acarty@brownrudnick.com
          mreining@brownrudnick.com

3.  **United States Trustee**

    Joseph James McMahon, Jr.
    John Henry Schanne, II
    UNITED STATES DEPARTMENT OF JUSTICE
    844 King Street, Suite 2207
    Lockbox #35
    Wilmington, DE 19801
    Telephone:  (302) 573-6491
    Facsimile:  (302) 573-6497
    Email:  joseph.mcmahon@usdoj.gov
          john.schanne@usdoj.gov

Dated: March 22, 2021
    Wilmington, Delaware

/s/ Scott D. Cousins

Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
COUSINS LAW LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
        mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
        aviluft@paulhastings.com

*Co-Counsel to the Debtors*

*Co-Counsel to the Debtors*