## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.¹ | ) ) ) |  |

**ORDER APPROVING APPLICATION OF INVICTUS GLOBAL MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF FEES PURSUANT TO BANKRUPTCY CODE SECTIONS 503(b)(3)(D) AND 503(b)(4)**

Upon the Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) (the "Application") by which Invictus requested allowance of a substantial contribution claim; and it appearing that notice of the Application was proper and sufficient under the circumstances and that no other or further notice need be given, and the Court having considered the Application, and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Katten administrative claim shall be allowed as an administrative expense claim in the amount of $96,266; and it is further

ORDERED that the Morris Nichols administrative claim shall be allowed as an administrative expense claim in the amount of $4,251.75; and it is further

ORDERED that the Debtors shall pay the Katten administrative claim and the Morris Nichols administrative claim within five (5) business days from entry of this Order; and it is further

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

ORDERED that any applicable stay under Bankruptcy Rule 6004(h) is waived; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
      April __, 2021

                                           _____
                                           HONORABLE JOHN T. DORSEY
                                           UNITED STATES BANKRUPTCY JUDGE