# EXHIBIT D

**Morris Nichols Time Entries**

# Morris Nichols
## ARSHT & TUNNELL

morrisnichols.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Invictus Special Situations Master I, LP | Invoice Date:      March 23, 2021 |
| Attn: Cindy Chen Delano | Invoice Number:              2103097 |
| 310 Comal Street | Matter Number:           57174-0001 |
| Building A, Suite 229 | |
| Austin, TX 78702 | |

**Matter Name:** Cred, Inc.

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending February 28, 2021

| | | |
|---|---|---|
| Total Fees | $ | 4,251.75 |
| Total Due This Invoice | $ | 4,251.75 |



morrisnichols.com
(302) 658-9200
(877) 772-MNAT (Toll Free)
billing@morrisnichols.com

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Invictus Special Situations Master I, LP<br>Attn: Cindy Chen Delano<br>310 Comal Street<br>Building A, Suite 229<br>Austin, TX 78702 | Invoice Date:       March 23, 2021<br>Invoice Number:              2103097<br>Matter Number:            57174-0001 |

**Matter Name:**  Cred, Inc.

FOR PROFESSIONAL SERVICES RENDERED in the above-captioned matter for the period ending February 28, 2021

| | | |
|---|---|---:|
| Total Fees | $ | 4,251.75 |
| Total Due This Invoice | $ | 4,251.75 |

**Please Remit to:**

*Mail To:*
*Morris, Nichols, Arsht & Tunnell LLP*
*1201 North Market Street 16th Floor*
*P.O. Box 1347*
*Wilmington, DE 19899-1347*

*ACH/Wire Instructions:*
*Wells Fargo Bank*
*100 W 10th St, Wilmington, DE 19801*
*Account Name: Morris, Nichols, Arsht & Tunnell LLP*
*Account# 2000037858935*
*ACH Routing/ABA# 031000503*
*Wire Routing/ABA# 121000248*
*SWIFT ID: WFBIUS6S*
*CHIPS ID: UIDABA0407*
**Please reference invoice/matter number.**

| Invictus Special Situations Master I, LP | Invoice Date: | March 23, 2021 |
|---|---|---|
| | Invoice Number: | 2103097 |
| | Matter Number: | 57174-0001 |

## Timekeeper Summary

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Dehney, Robert J. | Partner | 1.65 | 1,275 | 2,103.75 |
| Miller, Curtis | Partner | 2.4 | 895 | 2,148.00 |
| | **Total** | **4.05** | | **$4,251.75** |

## Time Detail

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 01/15/21 | Dehney, Robert J. | Emails and phone call with M. Comerford and C. Miller re DIP motion. | 0.8 |
| 01/18/21 | Dehney, Robert J. | Emails re DIP. | 0.05 |
| 01/18/21 | Miller, Curtis | Call with Comerford re DIP financing | 0.3 |
| 01/18/21 | Miller, Curtis | Additional emails re DIP | 0.1 |
| 01/19/21 | Dehney, Robert J. | Review draft DIP order and note; emails re same. | 0.35 |
| 01/19/21 | Miller, Curtis | Review draft DIP order and note and comments to same | 0.7 |
| 01/19/21 | Miller, Curtis | Emails with co-counsel re DIP lender | 0.1 |
| 01/19/21 | Dehney, Robert J. | Emails from C. Miller and T. White re KYC documents. | 0.15 |
| 01/20/21 | Dehney, Robert J. | Emails re DIP motion. | 0.2 |
| 01/20/21 | Miller, Curtis | Review DIP motion | 0.45 |
| 01/21/21 | Miller, Curtis | Emails re DIP hearing and timing | 0.2 |
| 01/21/21 | Miller, Curtis | Emails re interim hearing | 0.1 |
| 01/26/21 | Dehney, Robert J. | Email from C. Miller re status of loan documentation. | 0.1 |
| 01/26/21 | Miller, Curtis | Emails re status of loan documentation | 0.1 |
| 01/29/21 | Dehney, Robert J. | Email from M. Comerford with revised final DIP order and DIP term loan promissory note; emails from C. Miller and M. Comerford re same. | 0.1 |
| 02/02/21 | Miller, Curtis | Emails with Comerford re DIP budget | 0.15 |
| 02/02/21 | Miller, Curtis | Emails with Comerford re DIP loan | 0.05 |
| 02/04/21 | Miller, Curtis | Call with Katten re DIP issues | 0.15 |
| | | **Total** | **4.05**   **$4,251.75** |