**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE
TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Case Number:                                              BK        AP

If AP, Related BK Case Number:

Name of Debtor:

Is this Withdrawal of Reference for the whole case?    Yes    No

Cause of Transmittal:

Items being Transmitted:
| Withdrawal of Reference | Docket Number: | Date Filed: |
| Motion being Withdrawn | Docket Number: | Date Filed: |
|  | Docket Number: | Date Filed: |
|  | Docket Number: | Date Filed: |
|  | Docket Number: | Date Filed: |

Petitioner(s)                              Petitioner's Counsel

Respondent(s)                              Respondent's Counsel

**Notes**