**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) | **Re: D.I. 674** |

<u>NOTICE OF SERVICE</u>

**PLEASE TAKE NOTICE** that, today, a true and correct copy of the *Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4)* (the "<u>Application</u>") (D.I. 674) was served on parties requesting service pursuant to Bankruptcy Rule 2002 via electronic filing on cm/ecf and on the parties listed on the attached service list via electronic mail.

Dated: March 23, 2021
       Wilmington, Delaware

                                 **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                 */s/ Nader A. Amer*
                                 Nader A. Amer (No. 6635)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**VIA ELECTRONIC MAIL:**

**Debtors' Counsel**:

G. Alexander Bongartz
Derek Cash
Irena Goldstein
Pedro A. Jimenez
Scott C. Shelley
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6000
Email: alexbongartz@paulhastings.com
derekcash@paulhastings.com
irenagoldstein@paulhastings.com
pedrojimenez@paulhastings.com
scottshelley@paulhastings.com

James T. Grogan
Broocks Wilson
Paul Hastings LLP
600 Travis Street
58th Floor
Houston, TX 77002
713-860-7300
Email: jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

Scott D. Cousins
Cousins Law, LLC
1521 Concord Pike - Suite 301
Wilmington, DE 19803
302-824-7081
Email: scott.cousins@cousins-law.com

Avram E. Luft
Cleary Gottlieb Steen & Hamilton LLP
200 Park Avenue
New York, NY 10166
212-318-6000
Email: aviluft@paulhastings.com

**Examiners Counsel**:

Andrew Carty
Michael Reining
Brown Rudnick
Seven Times Square
New York, NY 10036
212-209-4800
Fax : 212-209-4801
Email: acarty@brownrudnick.com
mreining@brownrudnick.com

Katharina Earle
Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801
302-504-3729
Email: kearle@ashbygeddes.com
gtaylor@ashbygeddes.com

**United States Trustee:**

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: joseph.mcmahon@usdoj.gov

**Official Committee of Unsecured Creditors Counsel:**

Darren Azman
Joseph B. Evans
Timothy W. Walsh
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173-1922
212-547-5423
Email: dazman@mwe.com

|  | jbevans@mwe.com<br>twwalsh@mwe.com<br>David R. Hurst<br>McDermott Will & Emery LLP<br>The Nemours Building<br>1007 North Orange Street<br>4th Floor<br>Wilmington, DE 19801<br>302-485-3930<br>Fax : 302-351-8711<br>Email: dhurst@mwe.com<br><br>Gregg A. Steinman<br>McDermott Will & Emery LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131<br>305-358-3500<br>Email: gsteinman@mwe.com |
| --- | --- |