# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 23, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/23/2021 | 670 | Motion to Withdraw the ReferenceEmergency Motion of the Official Committee of Unsecured Creditors for Withdrawal of the Reference with Respect to the Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander. Fee Amount $188. Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Hurst, David) (Entered: 03/23/2021) |

X /s/ Laurie Heggan
Laurie Heggan

Dated: March 23, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 23rd day of March 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X /s/ J Blevins

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

| | |
|---|---|
| Cousins Law Firm<br>Scott D. Cousins<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803 | Paul Hastings LLP<br>James T. Grogan<br>Mack Wilson<br>600 Travis Street, 58th Floor<br>Houston, TX 77002 |
| Paul Hastings LLP<br>Pedro A. Jimenez<br>Avram Emmanuel Luft<br>200 Park Avenue<br>New York, NY 10166 | Joseph J. McMahon, Jr.<br>John H. Schanne, II<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Levene Neale Bender Yoo & Brill LLP<br>David B. Golubchik<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90067 | Bird, Marella, Boxer and Wolpert<br>Paul S. Chan<br>1875 Century Park E, 23rd Floor<br>Los Angeles, CA 90067-2561 |
| Saul Ewing Arnstein & Lehr LLP<br>Mark Minuti<br>1201 N. Market Street, Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899 | Faegre Drinker Biddle & Reath LLP<br>Patrick Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Faegre Drinker Biddle & Reath LLP<br>Dustin Deneal<br>600 E 97th Street, Suite 600<br>Indianapolis, IN 46240 | FisherBroyles LLP<br>Hollace Topol Cohen<br>445 Park Avenue<br>New York, NY 10022 |
| FisherBroyles LLP<br>Carl D. Neff<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington DE 19803 | Carlton Fields, P.A.<br>David L. Gay<br>2 MiamiCentral<br>700 NW 1st Avenue, Suite 1200<br>Miami, F: 33136-4118 |
| Gellert Scali Busenkell & Brown, LLC<br>Michael Busenkell<br>Amy D. Brown<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Billion Law<br>Mark M. Billion<br>1073 S. Governors Ave<br>Dover, DE 19904 |
| Baker Hostetler LLP<br>Jeffrey J. Lyons<br>1201 N. Market Street, 14th Floor<br>Wilmington, DE 19801 | Baker Hostetler LLP<br>Jorian L. Rose<br>Michael Sabella<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Brown Rudnick LLP<br>Andrew M. Carty<br>Michael W. Reining<br>Seven Times Square<br>New York, NY 10036 | Ashby & Geddes, P.A.<br>Gregory A. Taylor<br>Katharina Earle<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |