IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CRED INC., *et al.*, ) | C.A. No. 21-417 (MN) |
| ) | |
| Debtors. ) | |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR WITHDRAWAL OF THE
REFERENCE WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AN ORDER (I) HOLDING JAMES ALEXANDER
IN CONTEMPT OF COURT AND (II) ISSUING A BENCH WARRANT FOR
THE ARREST AND DETENTION OF JAMES ALEXANDER**

At Wilmington, this 24th day of March 2021:

Upon the *Emergency Motion of the Official Committee of Unsecured Creditors for Withdrawal of the Reference with Respect to the Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander* ("the Withdrawal Motion"), pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), for entry of an order by the Court withdrawing the reference of the *Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander* ("the Contempt Motion"); and this Court having jurisdiction to consider the Withdrawal Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Withdrawal Motion and the Contempt Motion; and this Court having considered the efficient use of judicial resources, delay and costs to parties, and other related factors; and this Court having determined that the legal and factual bases set forth in the Withdrawal Motion establish good cause for the relief requested therein, including, but not limited

to, that withdrawal of the reference will allow this Court to consider whether it is appropriate to impose civil contempt sanctions, including issuing a bench warrant for the arrest and detention of James Alexander, where the Bankruptcy Court has determined that such a sanction may be appropriate but that it may lack the power to impose it; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Withdrawal Motion (D.I. 1) is GRANTED.

2. The Contempt Motion is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

3. The Contempt Motion shall be set for hearing on April 1, 2021 at 1:00 p.m. The hearing will be held telephonically, and the Committee's counsel shall provide a teleconference dial-in number and access code for the telephonic hearing by emailing this Court's judicial administrator (diana_welham@ded.uscourts.gov). The Court is setting aside one (1) hour for the hearing, with the time to be split equally between the parties.

4. Any written response to the Contempt Motion shall be served and filed not later than one day before the hearing.

5. The Committee's counsel is directed to serve a copy of this Order on James Alexander and each of his counsel.

6. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

_____
The Honorable Maryellen Noreika
United States District Judge