## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., et al. | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears for JST Systems, LLC d/b/a JST Capital, LLC, in the above-captioned proceedings and requests that copies of all notices given or required to be given and all papers served or required to be served in this case be given to and served upon it at the address of counsel as set forth below:

| | |
|---|---|
| IAN CONNOR BIFFERATO, ESQ.<br>THE BIFFERATO FIRM, P.A.<br>1007 N. ORANGE STREET, 4TH FLOOR<br>WILMINGTON, DE 19801<br>PHONE: (302) 225-7600<br>FACSIMILE: (302) 298-0688<br>EMAIL: CBIFFERATO@TBF.LEGAL | MICHAEL I. GOLDBERG, ESQ.<br>CATHERINE DOUGLAS KRETZSCHMAR, ESQ.<br>AKERMAN LLP<br>201 EAST LAS OLAS BLVD., SUITE 1800<br>FT. LAUDERDALE, FL 33301<br>PHONE: (954) 463-2700<br>FACSIMILE: (954) 847-5336<br>EMAIL: MICHAEL.GOLDBERG@AKERMAN.COM<br>CATHERINE.KRETZSCHMAR@AKERMAN.COM |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, monthly

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for purposes of notice and service only.  Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: March 26, 2021                                        THE BIFFERATO FIRM PA

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (#3273)
1007 North Orange St., 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
Email: cbifferato@tbf.legal