# **CERTIFICATE OF SERVICE**

      I, Ian Connor Bifferato, hereby certify that on this 26th day of March, 2021, a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was caused to be served on the following via CM/ECF and first class mail:

| | |
|---|---|
| G. Alexander Bongartz, Esq.<br>Derek Cash, Esq.<br>Irena Goldstein, Esq.<br>Pedro A. Jimenez, Esq.<br>Scott C. Shelley, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 | Scott D. Cousins, Esq.<br>Cousins Law, LLC<br>1521 Concord Pike - Suite 301<br>Wilmington, DE 19803 |
| James T. Grogan, Esq.<br>Broocks Wilson, Esq.<br>Paul Hastings LLP<br>600 Travis Street<br>58th Floor<br>Houston, TX 77002 | Avram E. Luft, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Andrew Carty, Esq.<br>Michael Reining, Esq.<br>Brown Rudnick<br>Seven Times Square<br>New York, NY 10036 | Katharina Earle, Esq.<br>Gregory A. Taylor, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>Wilmington, DE 19801 |
| Joseph James McMahon, Jr., Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | John Henry Schanne, II, Esq.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Donlin, Recano & Company, Inc.<br>6201 15th Avenue<br>Brooklyn, NY 11219 | Darren Azman, Esq.<br>Joseph B. Evans, Esq.<br>Timothy W. Walsh, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, NY 10173-1922 |

| | |
|---|---|
| David R. Hurst, Esq.<br>McDermott Will & Emery LLP<br>The Nemours Building<br>1007 North Orange Street<br>4th Floor<br>Wilmington, DE 19801 | Gregg A. Steinman, Esq.<br>McDermott Will & Emery LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131 |

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)