# **EXHIBIT C**

**Katten Time Entries**

# Katten

|  |  |
|---|---|
| Direct Billing Inquiries to:<br>**Michael Comerford**<br>212-940-7034<br>michael.comerford@katten.com | **575 Madison Avenue**<br>**New York, NY  10022-2585** |

March 9, 2021

| | |
|---|---|
| Invictus Global Management, LLC<br>Attn: Cindy Delano<br>310 Comal Building A<br>Suite 229<br>Austin, TX 78702 | Invoice No. 1301678465<br>Client No. 394977<br>Matter No. 00001 |

FEIN: 36-2796532

**Re: DIP Financing**  (394977.00001)

For legal services rendered through February 2, 2021......................................................    $96,266.00

**CURRENT INVOICE TOTAL:**     $96,266.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 394977 – Invictus Global Management, LLC                                Invoice No. 1301678465
                                                                                Invoice Date: March 9, 2021

## PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 14 Dec 20 | Comerford, Michael | Attend kickoff diligence call with Paul Hastings, Teneo, CFO for Cred and Invictus (1.10) | 1.10 |
| 22 Dec 20 | Fratianni, Constance | Telephone call to M. Comerford regarding DIP terms and note (.20) | 0.20 |
| 22 Dec 20 | Comerford, Michael | Call with P. Jimenez (PH) regarding DIP financing issues (.40); call with C. Delano (Invictus) regarding same issues (.40); call with C. Fratianni regarding DIP terms and note (.20) | 1.00 |
| 23 Dec 20 | Fratianni, Constance | Telephone call to M. Comerford regarding status (.50); review communications regarding same (.10) | 0.60 |
| 23 Dec 20 | Comerford, Michael | Call with C. Fratianni regarding drafting DIP term loan documentation and background for Cred (.50) | 0.50 |
| 24 Dec 20 | Comerford, Michael | Review draft DIP order (.30); review correspondence from Teneo regarding deal terms (.10) | 0.40 |
| 28 Dec 20 | Fratianni, Constance | Review DIP agreement form (.50) | 0.50 |
| 28 Dec 20 | Comerford, Michael | Draft DIP order (1.50) | 1.50 |
| 29 Dec 20 | Fratianni, Constance | Draft DIP agreement (3.60); emails with M. Comerford regarding status and revised terms (.20) | 3.80 |
| 30 Dec 20 | Fratianni, Constance | Emails with M. Comerford (.10); review note draft regarding revisions (.30); review communications regarding revised terms (.20) | 0.60 |
| 30 Dec 20 | Comerford, Michael | Provide comments to DIP term sheet for Cred (.40); correspond with C. Delano regarding same (.10) | 0.50 |
| 31 Dec 20 | Fratianni, Constance | Revise draft DIP agreement (2.20); review term sheet (.60) | 2.80 |
| 31 Dec 20 | Comerford, Michael | Review DIP term loan for Cred facility (.50); provide comments to C. Fratianni regarding same (.30); correspond with J. Grogan regarding DIP facility (.10); correspond with Invictus regarding same (.10) | 1.00 |
| 04 Jan 21 | Fratianni, Constance | Review comments (.30); emails with M Comerford (.20); review revised draft (.50) | 1.00 |
| 04 Jan 21 | Comerford, Michael | Review DIP term loan agreement (.70); revise same (.70); catch up call with Invictus team regarding next steps and status of issues (.40) | 1.80 |
| 05 Jan 21 | Fratianni, Constance | Telephone call to Paul Hastings regarding status and collateral issues (.50); email to M Comerford regarding status and comments (.20) | 0.70 |
| 05 Jan 21 | Comerford, Michael | Review draft DIP order (.50); revise same (1.30); call with Paul Hastings regarding DIP and related case issues (.50); correspond with Invictus in connection with same (.40) | 2.70 |
| 06 Jan 21 | Fratianni, Constance | Review communications regarding DIP agreement and order (.20) | 0.20 |
| 06 Jan 21 | Comerford, Michael | Review term loan (.50); revise same (.60); review final DIP order (.30); correspond with Invictus regarding DIP loan and order and review for same (.20); attend diligence call with Invictus, Teneo and company (.90); correspond with P. Jimenez regarding documents and timing (.10); review changes to term loan from C. | 4.60 |

Client: 394977 – Invictus Global Management, LLC                                          Invoice No. 1301678465
                                                                                          Invoice Date: March 9, 2021

**PROFESSIONAL SERVICES**
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Delano (.50); update term loan for same (1.20); update conforming changes to DIP order (.30) | |
| 07 Jan 21 | Fratianni, Constance | Review DIP (.40); review emails with M. Comerford (.10) | 0.50 |
| 07 Jan 21 | Comerford, Michael | Call with P. Jimenez (PH) regarding diligence and DIP documents (.20); correspond with C. Delano regarding same (.10); review DIP term loan (.40); revise further (.60); correspond with P. Jimenez regarding DIP documentation (.10); correspond with C. Delano regarding same (.10); correspond with Invictus regarding TRO and related assets issues (.20) | 1.70 |
| 09 Jan 21 | Fratianni, Constance | Prepare issues list (1.10); email with M. Comerford regarding same (.20) | 1.30 |
| 09 Jan 21 | Comerford, Michael | Review comments from PH regarding DIP order (.40): draft issues list for same (.50); review issues list from C. Fratianni regarding DIP term loan (.40); correspond with C. Delano regarding issues for DIP order and term loan (.50) | 1.80 |
| 10 Jan 21 | Fratianni, Constance | Call with Paul Hastings and M. Comerford regarding comments to Note and DIP Order (1.00); follow-up call with M. Comerford (.10); review and revise draft issues list (.40) | 1.50 |
| 10 Jan 21 | Comerford, Michael | Review correspondence from C. Delano (invictus) regarding DIP related issues (.20); prepare for call with Paul Hastings (.50) attend call with Paul Hastings regarding open issues in DIP order and term loan (1.00); follow up call with C. Fratianni regarding same (.10); correspond with Invictus regarding same (.20) | 2.00 |
| 11 Jan 21 | De Waal, Gary A. | Research regarding perfecting security interest in bitcoin (.40); conference call with M. Comerford and others regarding perfecting security interest in bitcoin (.30) | 0.70 |
| 11 Jan 21 | Fratianni, Constance | Review and revise draft DIP agreement (1.90); communications with M Comerford (.40); telephone call with M. Comerford and G. DeWaal regarding crypto issues (.30); review form of order regarding revisions (.90) | 3.50 |
| 11 Jan 21 | Comerford, Michael | Review DIP order (.50); revise same for PH comments (.90); review revised term loan (.60); call with G. DeWaal and C. Fratianni regarding crypto related issues (.30); correspond with PH regarding DIP issues (.10); review correspondence from J. Grogan regarding DIP issue (.10); review TRO injunction from M. Wilson regarding Alexander (.20); correspond with C. Delano regarding revised DIP documents and TRO (.70) | 3.40 |
| 12 Jan 21 | Hadley, Brandon D. | Review draft note (.30); draft summary of tax-related matters (.40); call with C. Fratianni regarding tax issues (.30) | 1.20 |
| 12 Jan 21 | Fratianni, Constance | Telephone call to B. Hadley regarding tax issues (.30); | 0.50 |

3

Client: 394977 – Invictus Global Management, LLC                         Invoice No. 1301678465
                                                                         Invoice Date: March 9, 2021

## PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | communications with M. Comerford regarding comments and open issues (.20) | |
| 12 Jan 21 | Comerford, Michael | Review DIP order (.30); review term loan (.20); correspond with Paul Hastings regarding revised documents (.20); review cash flow for 13 weeks regarding intercompany transactions (.10) | 0.80 |
| 13 Jan 21 | Comerford, Michael | Call with C. Delano regarding DIP and related exit term sheet (.20); call with P. Jimenez regarding DIP issues (.30); correspond with C. Fratianni regarding updates on DIP and Exit TS (.20) | 0.70 |
| 14 Jan 21 | Fratianni, Constance | Review revised draft issues list (.40); review communications regarding terms and open issues (.30); continue to draft issues list (.60); emails with Commerford regarding same (.30); revise draft DIP note (1.10) | 2.70 |
| 14 Jan 21 | Comerford, Michael | Correspond with Invictus regarding DIP related issues (.50); review responses from C. Delano (Invictus) regarding same (.10); correspond with C. Fratianni regarding same (.20); review revised documents from J. Shin (PH) (.50); review issues list from C. Fratianni regarding DIP term loan (.20); correspond regarding follow up for same with C. Fratianni (.20) correspond with J. Grogan regarding DIP open issues (.10) | 1.90 |
| 15 Jan 21 | Fratianni, Constance | Review revised draft DIP (.20); communications with PH regarding Lien search results (.20); communications with Shin regarding UCCs (.10) | 0.50 |
| 15 Jan 21 | Comerford, Michael | Review DIP order (.30); revise same (.30); review DIP term loan (1.10); revise same (.50); review issues list for same (.30); correspond with Invictus regarding changes to DIP documents and open issues (.20) | 2.70 |
| 16 Jan 21 | Hall, Jerry L. | Email with C. Fratianni regarding "Know your customer" requirements (.20) | 0.20 |
| 16 Jan 21 | Fratianni, Constance | Communications regarding DIP (.20) | 0.20 |
| 16 Jan 21 | Comerford, Michael | Correspond with C. Delano regarding DIP documentation (.10); correspond with Paul Hastings regarding revisions to DIP order and term loan (.50); correspond with C. Fratianni regarding open issues for DIP (.10) | 0.70 |
| 17 Jan 21 | Hall, Jerry L. | Email with C. Fratianni and B. Stern regarding "know your customer" matter (.20) | 0.20 |
| 17 Jan 21 | Fratianni, Constance | Review PH comments and prepare issues list (.40); review notice of borrowing (.30); review PIK election form (.20); communications with Comerford (.10) | 1.00 |
| 18 Jan 21 | Fratianni, Constance | Communications with M Comerford regarding comments and status (.10); review arctos agreement (.10); review revisions to exhibits (.10) | 0.30 |
| 18 Jan 21 | Comerford, Michael | Call with Morris Nichols regarding Cred case and status of DIP documents (.50) | 0.50 |
| 19 Jan 21 | Hall, Jerry L. | Research regarding DIP lending and "know your customer" obligations (.70) | 0.70 |

Client: 394977 – Invictus Global Management, LLC                                                               Invoice No. 1301678465
                                                                                                               Invoice Date: March 9, 2021

## PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 19 Jan 21 | Fratianni, Constance | Review and revise credit agreement (.90); emails with M. Comerford regarding revisions (.20); email with M. Comerford regarding PH revisions to covenants (.20); communications with PH regarding diligence (.30); communications with C. Miller regarding KYC information (.10); communications regarding lien searches (.10); review revised exhibits (.20) | 2.00 |
| 19 Jan 21 | Comerford, Michael | Call with C. Delano (invictus) regarding open issues for Cred and related documentation (.50); call with P. Jimenez and M. Wilson (PH) regarding open issues for DIP in Cred (.30); review Agent fee letter (.10); correpsond with Paul Hastings regarding same (.10); review comments to DIP order from C. Miller (MNAT) (.20); review revised DIP order (.20); correspond with C. Miller (MNAT) regarding his DIP order comments (.10); correspond with C. Fratianni regarding various open issues and timing for the DIP (.20); review DIP term loan changes from C. Miller (MNAT) (.10); revise DIP term loan from C. Fratianni (.30) | 2.10 |
| 20 Jan 21 | Fratianni, Constance | Telephone call to M. Comerford and PH team regarding comments to DIP documents (.50); review DIP Note revisions (.50); review exit term sheet (.60); emails with M. Comerford regarding comments to same (.30); correspond with PH regarding revised draft (.60) | 2.50 |
| 20 Jan 21 | Comerford, Michael | Call with Invictus, Teneo and Paul Hastings regarding DIP related issues (.50); follow-up call with C. Delano regarding open issues for DIP and next steps (.50); reviewing DIP motion (.50); mark up same (.40); correspond with Paul Hastings regarding same (.20); correspond with Invictus regarding revised DIP documents and DIP motion (.30) correspondences with P. Jimenez regarding open DIP issues (.30); call with P. Jimenez regarding same (.30); review exit term sheet from C. Delano (.60); revise same (.50) | 4.10 |
| 21 Jan 21 | Fratianni, Constance | Correspond with M Comerford (.40); review draft reps and provisions (1.40); emailss with J Shin (.60); communications with G DeWaal (.40) | 2.80 |
| 21 Jan 21 | Comerford, Michael | Email C. Delano regarding exit term sheet (.10); revise same (.30); review budget for Cred (.20); correspond with Invictus regarding same and related DIP issues (.40); review term loan issues (.30); revise term loan document for same (.30) | 1.60 |
| 22 Jan 21 | Fratianni, Constance | Telephone call to Invictus and M. Comerford regarding open issues on DIP (1.50); draft DIP loan agreement regarding revisions (.40); communications with J Shin regarding comments (.10) | 2.00 |
| 22 Jan 21 | Comerford, Michael | Call regarding exit and DIP docs (1.50) | 1.50 |
| 23 Jan 21 | Fratianni, Constance | Review emails regarding comments to DIP (.20) | 0.20 |

Client: 394977 – Invictus Global Management, LLC                    Invoice No. 1301678465
                                                                     Invoice Date: March 9, 2021

## PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 25 Jan 21 | Fratianni, Constance | Emails with Comerford regarding DIP terms (.30) | 0.30 |
| 25 Jan 21 | Comerford, Michael | Call with C. Delano regarding DIP update (.30); correspond with C. Fratianni regarding same (.10); correspond with PH regarding DIP documentation (.20); review response from P. Jimenez regarding same (.10) | 0.70 |
| 26 Jan 21 | Fratianni, Constance | Correspond with Comerford regarding revised terms to DIP (.10); review proposed terms (.20) | 0.30 |
| 26 Jan 21 | Comerford, Michael | Review correspondence from C. Wu (teneo) regarding DIP financing issues (.10); correspond with P. Jimenez (PH) regarding next steps (.10); correspond with C. Fratianni regarding open issues (.10); call with C. Delano regarding status of proposal (.30) | 0.60 |
| 27 Jan 21 | Fratianni, Constance | Telephone call to M. Comerford and PH regarding revised DIP terms (.30); draft DIP regarding revisions (.60); emails with M Comerford regarding comments (.30); draft DIP revisions (.30); review revisions to order and DIP agreement (.20); | 1.70 |
| 27 Jan 21 | Comerford, Michael | Call with Paul Hastings and C. Fratianni regarding DIP documents (.30); review revised term loan (.20) incorporate revisions to same (.30); revise DIP order regarding certain open issues (.40); correspond with client regarding revised DIP documents (.20): correspond with Paul Hastings regarding revised DIP documents (.30) | 1.70 |
| 28 Jan 21 | Fratianni, Constance | Review revised draft DIP (.20); review comments (.20); Telephone call to J Shin regarding comments to draft DIP (.30); emails with M. Comerford regarding status and comments (.20); revise draft and distribute same (.50); review comments from Delano regarding drafts (.20) | 1.60 |
| 28 Jan 21 | Comerford, Michael | Correspond with C. Delano (Invictus) regarding status of Cred documents and next steps (.20); review revisions to DIP documents from J. Shin (.30); correspond with C. Fratianni regarding same (.20); review correspondence from J. Shin regarding term loan (.10); draft correspondence to Invictus regarding revised DIP documents (.50); review response from C. Delano (invictus) regarding document mark-up (.20); respond to same (.10) | 1.60 |
| 29 Jan 21 | Fratianni, Constance | Emails with M. Comerford (.20); review and revise DIP agreement (.70); emails with Comerford and M Tract regarding insurance issues (.20); telephone call to J Shin regarding comments to DIP (.20) | 1.30 |
| 29 Jan 21 | Comerford, Michael | Review turn of DIP documents from J. Shin (PH) (.80); review revisions from C. Fratianni to same (.50); correspond with C. Fratianni regarding further changes to DIP term loan (.30); revise DIP term loan (.50): correspond with PH regarding changes to DIP term loan and follow up questions (.30) | 2.40 |

Client: 394977 – Invictus Global Management, LLC                                  Invoice No. 1301678465
                                                                                  Invoice Date: March 9, 2021

## PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 30 Jan 21 | Fratianni, Constance | Review communications regarding comments to draft DIP and motion (.20) | 0.20 |
| 31 Jan 21 | Fratianni, Constance | Review PH comments (.10); communications with M. Comerford regarding PH comments (.10) | 0.20 |
| 01 Feb 21 | Tract, Marc M. | Review Cyber Liability Policy | 1.40 |
| 01 Feb 21 | Fratianni, Constance | Review drafts DIP order; DIP Note; communications with respect to comments; review and revise draft credit agreement; communications with Miller re KYC information | 1.00 |
| 01 Feb 21 | Comerford, Michael | Review comments to DIP documents (2.10); correspond with Invictus re: same (.60); call with M. Wilson (PH) re: insurance issues (.20); correspond with C. Delano (Invictus) re: insurance issue (.20); correspond with C. Delano (Inv) re: status of budget (.10) correspond with PH re: same (.10) | 3.30 |
| 02 Feb 21 | Fratianni, Constance | Communications with M Comerford re status | 0.10 |
| | | **TOTALS:** | **93.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: DIP Financing

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 45760 | Comerford, Michael | 50.90 | 1,025.00 | $52,172.50 |
| 43656 | De Waal, Gary A. | 0.70 | 1,170.00 | $819.00 |
| 44813 | Fratianni, Constance | 30.10 | 1,020.00 | $30,702.00 |
| 44813 | Fratianni, Constance | 8.50 | 960.00 | $8,160.00 |
| 42658 | Hadley, Brandon D. | 1.20 | 1,090.00 | $1,308.00 |
| 44155 | Hall, Jerry L. | 1.10 | 1,225.00 | $1,347.50 |
| 00147 | Tract, Marc M. | 1.40 | 1,255.00 | $1,757.00 |
| | **TOTAL:** | **93.90** | | **$96,266.00** |