- **UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | )  Chapter 11 |
|---|---|
| In re: | ) |
| | )  Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| | )  (Jointly Administered) |
| Debtors.[1] | ) |
| | )  **RE: D.I. 674** |
| | ) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Invictus Global Management, LLC hereby withdraws the filing at Docket Item 674 (Filed 3/18/21) in the above captioned case.

Dated: March 26, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Nader A. Amer*
Curtis S. Miller (No. 4853)
Nader A. Amer (No. 6635)
1201 N. Market St., 16th Floor
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
cmiller@morrisnichols.com
namer@morrisnichols.com

- and –

**KATTEN MUCHIN ROSENMAN LLP**
Michael E. Comerford
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
michael.comerford@katten.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.