**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | **Re: D.I. 686** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, today, a true and correct copy of the *Amended Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(1)(A), 503(b)(3)(D), and 503(b)(4)* (the "Application") (D.I. 686) was served on parties requesting service pursuant to Bankruptcy Rule 2002 via electronic filing on cm/ecf and on the parties listed on the attached service in the manners specified therein.

Dated: March 26, 2021
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Nader A. Amer*
Nader A. Amer (No. 6635)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.