| | |
|---|---|
| **VIA OVERNIGHT MAIL**<br><br>Cred Inc. Claims Processing Center<br>c/o Donlin Recano & Company, Inc.<br>6201 15th Avenue<br>Brooklyn, NY 11219<br><br>**VIA ELECTRONIC MAIL:**<br><br>**Debtors' Counsel**:<br><br>G. Alexander Bongartz<br>Derek Cash<br>Irena Goldstein<br>Pedro A. Jimenez<br>Scott C. Shelley<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>Email: alexbongartz@paulhastings.com<br>derekcash@paulhastings.com<br>irenagoldstein@paulhastings.com<br>pedrojimenez@paulhastings.com<br>scottshelley@paulhastings.com<br><br>James T. Grogan<br>Broocks Wilson<br>Paul Hastings LLP<br>600 Travis Street<br>58th Floor<br>Houston, TX 77002<br>713-860-7300<br>Email: jamesgrogan@paulhastings.com<br>mackwilson@paulhastings.com<br><br>Scott D. Cousins<br>Cousins Law, LLC<br>1521 Concord Pike - Suite 301<br>Wilmington, DE 19803<br>302-824-7081<br>Email: scott.cousins@cousins-law.com<br><br>Avram E. Luft<br>Cleary Gottlieb Steen & Hamilton LLP<br>200 Park Avenue | **Examiners Counsel**:<br><br>Andrew Carty<br>Michael Reining<br>Brown Rudnick<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>Fax : 212-209-4801<br>Email: acarty@brownrudnick.com<br>mreining@brownrudnick.com<br><br>Katharina Earle<br>Gregory A. Taylor<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>302-504-3729<br>Email: kearle@ashbygeddes.com<br>gtaylor@ashbygeddes.com<br><br>**United States Trustee:**<br><br>Joseph James McMahon, Jr.<br>United States Department of Justice<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: joseph.mcmahon@usdoj.gov<br><br>**Official Committee of Unsecured Creditors Counsel:**<br><br>Darren Azman<br>Joseph B. Evans<br>Timothy W. Walsh<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, NY 10173-1922<br>212-547-5423<br>Email: dazman@mwe.com |

| | |
|---|---|
| New York, NY 10166<br>212-318-6000<br>Email: aviluft@paulhastings.com | jbevans@mwe.com<br>twwalsh@mwe.com<br>David R. Hurst<br>McDermott Will & Emery LLP<br>The Nemours Building<br>1007 North Orange Street<br>4th Floor<br>Wilmington, DE 19801<br>302-485-3930<br>Fax : 302-351-8711<br>Email: dhurst@mwe.com<br><br>Gregg A. Steinman<br>McDermott Will & Emery LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131<br>305-358-3500<br>Email: gsteinman@mwe.com |