## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| April 21, 2021 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 5 Wilmington, Delaware 19801 |

Dated: March 30th, 2021
Wilmington, Delaware

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.