**EXHIBIT A**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 2.30 | $1,380.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 8.00 | $4,400.00 |
| Pablo Bonjour | Managing Director | $525.00 | 29.00 | $15,225.00 |
| Kathy Mayle | Senior Director | $465.00 | 7.90 | $3,673.50 |
| Micah Miller | Director | $450.00 | 1.10 | $495.00 |
| | **TOTALS:** | | 48.30 | $25,173.50 |
| | **Blended Rate:** | **$521.19** | | |