**EXHIBIT B**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Project Category/Task Code | Hours | Fees |
|---|---:|---:|
| 010: Accounting and Financials | 2.20 | $1,125.00 |
| 016: Case Administration | 32.20 | $17,121.50 |
| 018: Employment/Fee Applications/Objections | 1.50 | $697.50 |
| 019: Contested Matters/Litigation | 7.50 | $3,937.50 |
| 020: Claims | 1.50 | $697.50 |
| 021: Plan/Disclosure Statement | 1.60 | $744.00 |
| 023: Preparation of Schedules and Statements | 1.80 | $850.50 |
| **TOTALS:** | **48.30** | **$25,173.50** |