**EXHIBIT C**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

**SEE ATTACHED INVOICE**

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300

Houston, TX 77002

Tel: 410-350-1839

admin@macco.group

www.macco.group

Matthew K Foster

CRED INC., et al.

2121 South El Camino Real, Suite 500

San Mateo , CA  94401

# INVOICE

INVOICE DATE: 2/28/2021

INVOICE NO: 1181

BILLING THROUGH: 2/28/2021

**CRED INC. -  Chapter 11**  **Managed By: Drew McManigle**

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **010:** | **Accounting and Financials** | | | | |
| 2/3/2021 | Pablo  Bonjour | Communications with M. Foster and S. Wiley regarding researching and providing files, documents regarding BIthumb data and correspondence. | 0.40 | $525.00 | $210.00 |
| 2/10/2021 | Micah  Miller | Call with P. Bonjour to discuss financial document exhibits. | 0.40 | $450.00 | $180.00 |
| 2/24/2021 | Pablo  Bonjour | Review Cred reconciliation consolidated financials spreadsheet with close status details and estimates and communications from S. Wiley. | 0.50 | $525.00 | $262.50 |
| 2/24/2021 | Pablo  Bonjour | Conference call with Dundon and Sonoran Teams and P. Maniscalco. | 0.90 | $525.00 | $472.50 |
| | | **010: Accounting and Financials  Totals:** | **2.20** | | **$1,125.00** |
| **016:** | **Case Administration** | | | | |
| 2/1/2021 | Kathy Mayle | Emails and calls with W. Yeung (Donlin) regarding servicing of the claimants as to the amended schedules, noticing and assignment of CIN for Proof of Claim claimants. Review amended schedule related to same. | 1.00 | $465.00 | $465.00 |
| 2/1/2021 | Pablo  Bonjour | Communications from K. Mayle regarding UST fees and address change and communication with S. Wiley regarding same and confirming payment. | 0.10 | $525.00 | $52.50 |
| 2/1/2021 | Pablo  Bonjour | Call with P. Maniscalco regarding 341 meeting and preparation. | 0.20 | $525.00 | $105.00 |
| 2/2/2021 | Paul Maniscalco | Attend 341 meeting. | 1.40 | $550.00 | $770.00 |
| 2/2/2021 | Pablo  Bonjour | Attending 341 meeting. | 1.40 | $525.00 | $735.00 |
| 2/2/2021 | Pablo  Bonjour | Calls with P. Maniscalco regarding preparation for the 341 meeting. | 0.20 | $525.00 | $105.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2021 | Paul Maniscalco | Follow up call with Pablo Bonjour RE: 341 meeting, compile and circulate potential follow up items to CRO, Interim CFO & debtor's counsel. | 0.20 | $550.00 | $110.00 |
| 2/2/2021 | Pablo Bonjour | Review of documents and case files in preparation for today's 341 meeting. | 1.00 | $525.00 | $525.00 |
| 2/3/2021 | Pablo Bonjour | Call with D. McManigle regarding case updates and status (.1) and call with K. Mayle regarding same and also Cred Capital follow up (.1). | 0.20 | $525.00 | $105.00 |
| 2/3/2021 | Pablo Bonjour | Communication with P. Maniscalco regarding committee meeting, hearing and case administration items and updates. | 0.20 | $525.00 | $105.00 |
| 2/3/2021 | Pablo Bonjour | Monitor and review pleadings 459 through 469. | 1.00 | $525.00 | $525.00 |
| 2/3/2021 | Drew McManigle | Calls w/ P. Maniscalco (.2) and P. Bonjour re: result of and assessment of 341 meeting; call w/ P. Bonjour re: notice of no objection to MACCO fees and case update (.3); work on and attention to related engagement management issues (1.0). | 1.50 | $600.00 | $900.00 |
| 2/3/2021 | Pablo Bonjour | Call with M. Foster regarding 341 meeting post-follow up, UpgradeYa hearing/case and PSA items, and a variety of case administration items. | 0.20 | $525.00 | $105.00 |
| 2/6/2021 | Pablo Bonjour | Monitor and supervise case administration items including issues and communications between debtor's counsel, Donlin Recano staff, K. Mayle and amended unsecured creditors claims. | 0.60 | $525.00 | $315.00 |
| 2/6/2021 | Pablo Bonjour | Supervise, monitor and track budget and fees and professional contractors. | 0.50 | $525.00 | $262.50 |
| 2/7/2021 | Kathy Mayle | Receipt and respond to customer claimant regarding claim and ballot. | 0.20 | $465.00 | $93.00 |
| 2/8/2021 | Pablo Bonjour | Call with M. Wilson regarding 13 week financial model data. | 0.10 | $525.00 | $52.50 |
| 2/8/2021 | Pablo Bonjour | Monitor and review all declarations and preparing for the examiners interview. | 1.50 | $525.00 | $787.50 |
| 2/8/2021 | Pablo Bonjour | Communication with M. Foster regarding case updates (.1) and J. Alexander and phone call with S. Wiley regarding fees payout and retainer application (.1). | 0.20 | $525.00 | $105.00 |
| 2/9/2021 | Kathy Mayle | Assemble schedules and statements and email same to P. Maniscalco in preparation for call. | 0.30 | $465.00 | $139.50 |
| 2/9/2021 | Pablo Bonjour | Call with M. Miller regarding one year and 90 day preference detail and files. | 0.40 | $525.00 | $210.00 |
| 2/9/2021 | Paul Maniscalco | Call with Hastings Law firm to discuss examiner meeting on 02/10/2021. | 0.90 | $550.00 | $495.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2021 | Paul Maniscalco | Prepare for examiner meeting 02/10/2021. | 0.50 | $550.00 | $275.00 |
| 2/9/2021 | Pablo Bonjour | Call with P. Maniscalco regarding Cred updates, preparation for the examiner and case administration items. | 0.20 | $525.00 | $105.00 |
| 2/9/2021 | Pablo Bonjour | Call with M. Wilson and A. Luft and P. Maniscalco regarding the examiner interview. | 1.40 | $525.00 | $735.00 |
| 2/10/2021 | Pablo Bonjour | Discuss case updates with D. McManigle (.2) and later with P. Maniscalco and go-forward scope of work (.2). | 0.40 | $525.00 | $210.00 |
| 2/10/2021 | Paul Maniscalco | Teleconference with examiners and Hastings Group to discuss MACCO workflow, understanding of key transactions, financial statement reconciliation process and other aspects of case. | 2.50 | $550.00 | $1,375.00 |
| 2/10/2021 | Pablo Bonjour | Conference call with the examiners (2.3) and P. Maniscalco follow up chat (.2). | 2.50 | $525.00 | $1,312.50 |
| 2/10/2021 | Pablo Bonjour | Communication with K. Mayle and J. Buettner regarding review of budget, fees and invoice. | 0.10 | $525.00 | $52.50 |
| 2/10/2021 | Pablo Bonjour | Discussing latest case developments, examiners, and scope of MACCO work going forward. | 0.30 | $525.00 | $157.50 |
| 2/10/2021 | Pablo Bonjour | Call with P. Maniscalco regarding schedules and crypto preparation review for today's examiner video call. | 0.50 | $525.00 | $262.50 |
| 2/10/2021 | Drew McManigle | Call w/ P. Maniscalco and P. Bonjour re: result of discussion w/ Examiner (.3); Call w/ Pablo Bonjour to review engagement parameters/CRO position (.3) and CRO response; approve 6 week minimal activity pending specific requests (.2). | 0.80 | $600.00 | $480.00 |
| 2/11/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.20 | $525.00 | $105.00 |
| 2/11/2021 | Kathy Mayle | Email with customer claimant with referral to Donlin website. | 0.20 | $465.00 | $93.00 |
| 2/11/2021 | Pablo Bonjour | Communications with D. McManigle regarding case status and go-forward scope. | 0.10 | $525.00 | $52.50 |
| 2/11/2021 | Kathy Mayle | Emails to M. Foster and S. Wiley regarding unique identifier claimant spreadsheet to be updated with new unscheduled claimants, and introduction to Donlin contact for claims questions. | 0.30 | $465.00 | $139.50 |
| 2/12/2021 | Pablo Bonjour | Receipt and review of Cred Claimants CIN spreadsheet and monitor communications between K. Mayle and the Sonoran team. | 0.60 | $525.00 | $315.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/14/2021 | Kathy Mayle | Review declarations regarding service of Amended Schedules as to insider claimants. Email to counsel regarding same. | 0.40 | $465.00 | $186.00 |
| 2/17/2021 | Pablo Bonjour | Monitor communications between counsel and US Trustee's office regarding bank account cash management requirements. | 0.50 | $525.00 | $262.50 |
| 2/17/2021 | Pablo Bonjour | Communications with D. McManigle (.1) and P. Maniscalco (.3) regarding bank account collateralization accounts. | 0.40 | $525.00 | $210.00 |
| 2/18/2021 | Pablo Bonjour | Call with Avi Luft from Paul Hastings discussing case related items. | 1.00 | $525.00 | $525.00 |
| 2/18/2021 | Pablo Bonjour | Communication counsel and with S. Wiley regarding Cred Claims Analysis detail and scope of work. | 0.30 | $525.00 | $157.50 |
| 2/18/2021 | Pablo Bonjour | Monitor and review pleadings including Monthly Operating Report, Motions to Approve and several certificates of no objection. | 0.80 | $525.00 | $420.00 |
| 2/19/2021 | Pablo Bonjour | Communications with Sonoran team regarding latest data regarding JST. | 0.10 | $525.00 | $52.50 |
| 2/19/2021 | Pablo Bonjour | Communications with M. Foster and call with M. Miller regarding 90-day preferences question from Dundon via the CRO. | 0.20 | $525.00 | $105.00 |
| 2/22/2021 | Pablo Bonjour | Review 6 spreadsheet files of filed claims including those not scheduled and for specific claimants. | 0.50 | $525.00 | $262.50 |
| 2/23/2021 | Pablo Bonjour | Call with P. Maniscalco regarding Dundon's request of MACCO regarding additional consulting services. | 0.20 | $525.00 | $105.00 |
| 2/23/2021 | Pablo Bonjour | Monitor and supervise customer claims data request communications and delivery from S. Wiley. | 0.10 | $525.00 | $52.50 |
| 2/23/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.20 | $525.00 | $105.00 |
| 2/23/2021 | Paul Maniscalco | Call with Dundon Group to discuss Dundon's financial statement recon process. | 0.50 | $550.00 | $275.00 |
| 2/24/2021 | Paul Maniscalco | Follow up call with Eric Rubel and Mike Garbe to discuss compilation of statements and schedules. | 1.00 | $550.00 | $550.00 |
| 2/24/2021 | Pablo Bonjour | Monitor and review communications from M. Foster regarding Dundon's request for additional work consulting services. | 0.20 | $525.00 | $105.00 |
| 2/24/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.10 | $525.00 | $52.50 |
| 2/24/2021 | Paul Maniscalco | Call with Dundon Group, to discuss Dundon's reconciliation process re: debtor financial statements. | 1.00 | $550.00 | $550.00 |
| 2/24/2021 | Pablo Bonjour | Call with P. Maniscalco regarding Dundon examiner reconciliations. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/25/2021 | Pablo Bonjour | Monitor communications between debtor's counsel and Donlin Recano regarding claims analysis claims. | 0.10 | $525.00 | $52.50 |
| 2/25/2021 | Pablo Bonjour | Communication with M. Miller regarding 90-day transfers and meeting update with Dundon. | 0.20 | $525.00 | $105.00 |
| 2/26/2021 | Kathy Mayle | Email with M. Garbe regarding source of Cred Earn Borrow spreadsheet. | 0.20 | $465.00 | $93.00 |
| 2/26/2021 | Pablo Bonjour | Communications with K. Mayle regarding the Cred-Earn file sourcing and Cred Wallets tab file sourcing. | 0.10 | $525.00 | $52.50 |
| 2/26/2021 | Pablo Bonjour | Monitor and supervise communications from K. Mayle to Dundon regarding source of file data. | 0.10 | $525.00 | $52.50 |
| | | **016: Case Administration Totals:** | **32.20** | | **$17,121.50** |
| **018:** | **Employment/Fee Applications/Objections** | | | | |
| 2/9/2021 | Kathy Mayle | Email with S. Cousin regarding interim fee statement. | 0.10 | $465.00 | $46.50 |
| 2/9/2021 | Kathy Mayle | Attention to fee statement and deadline matters. | 0.20 | $465.00 | $93.00 |
| 2/11/2021 | Kathy Mayle | Draft Monthly Fee Statement for January. | 1.00 | $465.00 | $465.00 |
| 2/16/2021 | Kathy Mayle | Revised Monthly Fee Statement for January and send to counsel for filing. | 0.20 | $465.00 | $93.00 |
| | | **018: Employment/Fee Applications/Objections Totals:** | **1.50** | | **$697.50** |
| **019:** | **Contested Matters/Litigation** | | | | |
| 2/1/2021 | Pablo Bonjour | Monitor and review pleadings including declarations of J. Podulka, D. Schatt, J. Alexander with carious exhibits, amended schedules and statements, and notices, certificates, notice of agenda of matters and exhibits list. | 1.50 | $525.00 | $787.50 |
| 2/2/2021 | Pablo Bonjour | Monitor and review filed pleadings including R. Stark Declaration, application to employ/retain Brown Rudnick and Ashby & Geddes. | 0.50 | $525.00 | $262.50 |
| 2/3/2021 | Pablo Bonjour | Review of supplemental brief in opposition to Stay Relief Draft. | 1.00 | $525.00 | $525.00 |
| 2/3/2021 | Pablo Bonjour | Attending Delaware court hearing regarding UpgradeYa and other Cred related matters(.9)(.4). | 1.30 | $525.00 | $682.50 |
| 2/4/2021 | Pablo Bonjour | Monitor and review pleadings and details regarding same. | 0.40 | $525.00 | $210.00 |
| 2/5/2021 | Pablo Bonjour | Monitor and review pleadings and filings. | 0.50 | $525.00 | $262.50 |
| 2/8/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.20 | $525.00 | $105.00 |
| 2/10/2021 | Pablo Bonjour | Monitor and review pleadings and docket motion(s). | 0.20 | $525.00 | $105.00 |
| 2/12/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.10 | $525.00 | $52.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.10 | $525.00 | $52.50 |
| 2/22/2021 | Pablo Bonjour | Monitor and review a dozen filings/pleadings filed from February 18 through February 22., 2021. | 1.00 | $525.00 | $525.00 |
| 2/25/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.60 | $525.00 | $315.00 |
| 2/26/2021 | Pablo Bonjour | Review and monitor filings/pleadings. | 0.10 | $525.00 | $52.50 |
| | | **019: Contested Matters/Litigation Totals:** | **7.50** | | **$3,937.50** |
| **020:** | **Claims** | | | | |
| 2/4/2021 | Kathy Mayle | Email from W. Yeung (Donlin) regarding wage claimant and scheduling on claims register. | 0.20 | $465.00 | $93.00 |
| 2/9/2021 | Kathy Mayle | Emails to and from W. Yeung (Donlin) regarding customer claims. | 0.30 | $465.00 | $139.50 |
| 2/10/2021 | Kathy Mayle | Review list of supplemental claims filed and assign unique identifier for unscheduled claimants. | 0.20 | $465.00 | $93.00 |
| 2/11/2021 | Kathy Mayle | Emails with W. Yeung (Donlin) and review of customer claims per schedules. | 0.30 | $465.00 | $139.50 |
| 2/11/2021 | Kathy Mayle | Email to counsel and W. Yeung regarding transfer of claim. | 0.20 | $465.00 | $93.00 |
| 2/23/2021 | Kathy Mayle | Assemble customer claims spreadsheet and email same to S. Wiley and M. Foster. | 0.30 | $465.00 | $139.50 |
| | | **020: Claims Totals:** | **1.50** | | **$697.50** |
| **021:** | **Plan/Disclosure Statement** | | | | |
| 2/2/2021 | Kathy Mayle | Email with W. Yeung regarding amended PWC scheduled claim. | 0.10 | $465.00 | $46.50 |
| 2/6/2021 | Kathy Mayle | Emails with counsel, Donlin, and claimant regarding amended ballot and process. Call with Donlin Recano team regarding revised claims and ballots, confirming service of plan solicitation package to new claimants. Email to claimant and regarding filed claim. | 1.00 | $465.00 | $465.00 |
| 2/24/2021 | Kathy Mayle | Review amended claims schedule as to new claimants regarding noting of claims and ballots, and email counsel regarding same. | 0.50 | $465.00 | $232.50 |
| | | **021: Plan/Disclosure Statement Totals:** | **1.60** | | **$744.00** |
| **023:** | **Preparation of Schedules and Statements** | | | | |
| 2/1/2021 | Pablo Bonjour | Call with M. Miller regarding schedules and statements amendments and data sent to Donlin Recano. | 0.10 | $525.00 | $52.50 |
| 2/1/2021 | Pablo Bonjour | Monitor and supervise additional changes to amendments and data sent from Donlin Recano. | 0.30 | $525.00 | $157.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/23/2021 | Kathy Mayle | Call with E. Reibel and M. Grabe (Dundon) and M. Miller regarding sources of data for preparation of schedules. | 0.70 | $465.00 | $325.50 |
| 2/25/2021 | Micah Miller | Call with K. Mayle and Dundon team to discuss claims analysis and preferential payments. | 0.70 | $450.00 | $315.00 |
| | **023: Preparation of Schedules and Statements Totals:** | | **1.80** | | **$850.50** |
| | **TOTAL SERVICES RENDERED:** | | **48.30** | | **$25,173.50** |

|  |  |
|---|---|
| **SUBTOTAL** | **$25,173.50** |
| **AMOUNT DUE THIS INVOICE** | **$25,173.50** |

### TIMEKEEPER SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Drew McManigle | 2.30 | $600.00 | $1,380.00 |
| Kathy Mayle | 7.90 | $465.00 | $3,673.50 |
| Micah Miller | 1.10 | $450.00 | $495.00 |
| Pablo Bonjour | 29.00 | $525.00 | $15,225.00 |
| Paul Maniscalco | 8.00 | $550.00 | $4,400.00 |