# EXHIBIT B

## ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD

| Expense Category | Amount |
|---|---:|
| Computer Search | $2,928.50 |
| Court Reporting Services | $261.75 |
| Outside Professional Services | $4,382.75 |
| Postage/Express Mail | $27.06 |
| Reproduction Charges | $53.04 |
| Reproduction Charges (Color) | $6.00 |
| Courier Service | $62.70 |
| Filing Fee | $188.00 |
| **Total** | **$7,909.80** |