# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | Obj. Deadline: April 19, 2021 at 4:00 p.m. (ET) |

## FOURTH MONTHLY FEE STATEMENT BY SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021

| | |
|---|---|
| Applicant: | Sonoran Capital Advisors LLC |
| Authorized to Provide Services To: | Debtors and Debtors-In-Possession |
| Date of Retention: | November 30, 2020 |
| Period of Compensation and Reimbursement: | March 1, 2021 – March 31, 2021 |
| Amount of Fees Earned: | $32,227.50 |
| Amount of Expenses Incurred: | $44.98 |

Sonoran Capital Advisors, LLC ("Sonoran") hereby provides its Fourth Monthly Report for the period of March 1, 2021 through March 31, 2021 (the "Monthly Report" and the "Monthly Report Period," as the context indicates) in accordance with that certain *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* dated December 21, 2020 [D.I. 267] (the "Retention Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

As set forth in the Monthly Report, Sonoran incurred $32,227.50 in aggregate compensation and $44.98 for actual and necessary expenses during the Monthly Report Period.

**WHEREFORE**, pursuant to the Retention Order, Sonoran hereby submits its Monthly Report for the Monthly Report Period.

Dated: April 5, 2021

SONORAN CAPITAL ADVISORS, LLC

*/s/ Matthew K. Foster*
Matthew K. Foster
Managing Director

**SUMMARY OF TIME AND THE HOURLY RATES CHARGED FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Position | Total Hours |
|---|---|---|
| Tonia Tautolo | Controller | 29.2 |
| Scott Wiley | CFO | 70.5 |
| **GRAND TOTAL** | | **99.7** |

Additional detail is attached hereto as **Exhibit A**.