## **EXHIBIT A**

Hourly Detail



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Cred Inc.
2121 S. El Camino Real, Suite 500
San Mateo, California
94401
United States

**Date of Issue**
03/31/2021

**Due Date**
03/31/2021

**Invoice Number**
0000301

**Amount Due (USD)**
$4,380.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Administrative**<br>Tonia Tautolo – Mar 1, 2021<br>Review emails that were received while out of office. | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 1, 2021<br>Meeting with S.Wiley, M.Foster, and E.Reubel regarding Cred confirmation and related issues. | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 1, 2021<br>Call with Dundon Advisors. | $150.00 | 1.2 | $180.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 2, 2021<br>Pull OTC trade information per S.Wiley request. | $150.00 | 0.4 | $60.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 2, 2021<br>Post Sarson Fifth Khagan and AX Momentum redemptions. | $150.00 | 0.6 | $90.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 2, 2021<br>Post transfer and deposit of funds for Evolve Bank closeout. | $150.00 | 0.1 | $15.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 3, 2021<br>Set up Stretto access for Cred escrow account. | $150.00 | 0.3 | $45.00 |
| **Financial Analysis**<br>Tonia Tautolo – Mar 3, 2021<br>Update Fireblocks notations for incoming and outgoing transfers for | $150.00 | 0.7 | $105.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Mar 3, 2021<br>Create and post journal entry for BTC and ETH OTC trade. Set up transfer and wire to MCB. Post transfers in GL. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 3, 2021<br>Review bank transactions to verify posting of entries. Email to S.Wiley regarding payroll tax withdrawal that has not been withdrawn from the bank. Review payroll report for 2/28 payroll for details. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 3, 2021<br>Create new vendor and post Examiner counsel invoice. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 3, 2021<br>Post professional invoices. Initiate ACH payments and transfers to escrow account. Post payments and transfers in GL. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 4, 2021<br>Search for information regarding Poynt withdrawal. Contact customer support for online chat regarding closure of Cred account and stopping the automatic withdrawal that is coming out of the bank account. | $150.00 | 1.3 | $195.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 4, 2021<br>Address Expensify account closure with D.Hummer. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 4, 2021<br>Adjust payroll withdrawal journal entry to reflect delay in tax withdrawal. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 4, 2021<br>Post legal invoice and initiate ACH. Post payment to GL. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 5, 2021<br>Set up wire to CSC for Cred Capital franchise tax. Create and post journal entry to show intercompany payment of tax liability. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 5, 2021<br>Blockfills OTC trades of BTC and ETH. Transfer currency and set up transfer of funds to MCB. Post transactions in GL. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 5, 2021<br>Pull information regarding Sarson fund contribution to respond to Sarson CPA request. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 9, 2021<br>Post EFH invoice and set up ACH payment. Post payment to GL. | $150.00 | 0.3 | $45.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Mar 9, 2021<br>Reactivate Expensify to try to stop charges to credit card. Online chat with support regarding same. Compose email to legal department to reject contract. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 9, 2021<br>Pull additional information for Sarson CPA regarding original contribution of ETH to Fifth Khagan fund. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 9, 2021<br>Weekly BTC and ETH OTC trades with Blockfills. Create and post journal entries. Set up transfer and wire to transfer funds to MCB. Post transfers in GL. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 10, 2021<br>Set up professional fee ACH payments and transfers to escrow account. Post to GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Search GL for J.Alexander original transactions to verify accounts that were used to post transactions. Attempt to offset original accounts without success. Reclassify transactions to remove from the suspense account. Detailed email to S.Wiley regarding posting issues and requesting instruction on posting entries. | $150.00 | 2.6 | $390.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Call with Dan Hummer regarding working with Trustee. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Work to close out books for February. Create and post journal entries as required. | $150.00 | 4 | $600.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Set up ACH for payroll. Create and post journal entries for 3/15 payroll. Post invoice and payment. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Post Litcon invoice and set up ACH payment. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 11, 2021<br>Post professional invoice for MWE. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 12, 2021<br>Blockfills OTC trades of BTC and ETH. Send test and balance transfers. Post entries to GL. | $150.00 | 1 | $150.00 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Mar 15, 2021<br>Meeting with Dundon regarding transition tasks. | $150.00 | 1.1 | $165.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 16, 2021<br>Discussion with S.Wiley regarding adjustment to J.Alexander loan amount. Create and post journal entry to adjust loan balance to reflect fair value adjustment. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 16, 2021<br>Post professional invoice. Revise journal entry for professional fee accrual and adjust backup documentation to reflect change. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 16, 2021<br>Post new bank transactions. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 16, 2021<br>Call with S.Wiley regarding J.Alexander return of funds. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 16, 2021<br>OTC trades of BTC and ETH with Blockfills. Set up transfer in bank and wire to MCB. Post transactions to GL. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 18, 2021<br>Call with E.Reubel regarding customer information. Search for information requested during the call and send. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 18, 2021<br>Set up ACH payment. Post to GL. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 18, 2021<br>Pull and send deposit address for Sarson transfer of LBA, TAP and USDT. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 19, 2021<br>Finish ACH setup. Post professional fee invoice to AP. Download CNO for paid invoices for records and upload to Google Drive. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 19, 2021<br>Call with Sarson to watch transfer of cryptocurrency and verify receipt. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 19, 2021<br>Post professional fee invoice. Set up ACH payment and ACH to escrow. | $150.00 | 0.5 | $75.00 |
| Financial Analysis | $150.00 | 0.5 | $75.00 |

| | | | |
|---|---:|---:|---:|
| Tonia Tautolo – Mar 19, 2021<br>Blockfills OTC trades. Create and post journal entries. Set up transfer of funds and wire to MCB. Post transfers to GL. | | | |
| Financial Analysis<br>Tonia Tautolo – Mar 22, 2021<br>Post professional invoice and set up ACH for payment. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 23, 2021<br>Contact Ashby & Geddes regarding ACH information for payment. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 23, 2021<br>Emails with Poynt, D.Hummer and S.Wiley regarding POS terminal return. Check for refund. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 23, 2021<br>Verify $0 balance in Sarson portion of Investment GL. Create and post Journal entry for return of cryptocurrency held by Sarson. | $150.00 | 0.4 | $60.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 23, 2021<br>Blockfills OTC trades of BTC and ETH. Transfers and wire to MCB. Post to GL. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 24, 2021<br>Verify bank balance. Post new transactions. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 24, 2021<br>Set up ACH payment for professional invoice and transfer to escrow account. Post both to GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 24, 2021<br>Respond to Uphold audit confirmation. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 26, 2021<br>Post professional fee invoices. Create vendor accounts for Invictus lawyers and post invoices. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 26, 2021<br>Blockfills OTC trades of BTC and ETH. Set up transfer and wire to MCB. Post transactions to GL. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 29, 2021<br>Set up ACH for payroll. Create and post journal entry for 3/31 payroll. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Mar 30, 2021<br>Add new invoice for expenses that was missing from professional bill attachment. Initiate ACH for 60% payment plus expenses. Post to GL. | $150.00 | 0.4 | $60.00 |

| | | | |
|---|---|---|---|
| **Financial Analysis** <br> Tonia Tautolo – Mar 30, 2021 <br> Blockfills OTC trades of BTC and ETH. Transfers and wire to MCB. <br> Post transactions to GL. | $150.00 | 0.5 | $75.00 |
| **Financial Analysis** <br> Tonia Tautolo – Mar 31, 2021 <br> Post payroll invoice and payment. | $150.00 | 0.1 | $15.00 |
| **Financial Analysis** <br> Tonia Tautolo – Mar 31, 2021 <br> Set up ACH transfer to escrow for balance of invoice. Post to GL. | $150.00 | 0.2 | $30.00 |

|  |  |
|---|---|
| Subtotal | 4,380.00 |
| Tax | 0.00 |
| Total | 4,380.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$4,380.00** |

## Notes

Tonia Tautolo 29.2 hours @ $150 = $4,380.00

## Terms

Checks can be sent to address above in header.



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Cred Inc. (CFO)
United States

**Date of Issue**
03/31/2021

**Due Date**
03/31/2021

**Invoice Number**
0000302

**Amount Due (USD)**
$27,892.48

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Review list of Cred assets | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Update Investment Account reconciliation | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Close bank accounts at Evolve Bank & Trust | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Address various legal entity and state registration issues | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Review and pay certain invoices | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 1, 2021<br>Update Cash Forecast | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Mar 2, 2021<br>Preparation of Feb-21 MORs | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Mar 2, 2021<br>Review and approve certain professional fee invoices | $395.00 | 0.7 | $276.50 |
| Financial Analysis | $395.00 | 0.4 | $158.00 |

| | | | |
|---|---:|---:|---:|
| Scott Wiley – Mar 2, 2021<br>Address personnel issues related to former employees | | | |
| Financial Analysis<br>Scott Wiley – Mar 2, 2021<br>Prepare report on crypto sales during week ended 2/26/2021 | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Mar 2, 2021<br>Deposit manual checks received | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Mar 2, 2021<br>Finalize and distribute Weekly Cash Forecast for period ended 2/26/2021 | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 3, 2021<br>Preparation of Feb-21 MORs | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Mar 3, 2021<br>Review and approve professional fee and other invoices | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Mar 3, 2021<br>Review of computer equipment and other FF&E in the storage locker | $395.00 | 0.8 | $316.00 |
| Conference Call<br>Scott Wiley – Mar 3, 2021<br>Call with Dundon to discuss investment reconciliation | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 4, 2021<br>Address issues related to bank deposits | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 4, 2021<br>Approve and pay certain administrative claims | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 4, 2021<br>Research Poynt License Agreement | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Mar 4, 2021<br>Obtaining state tax IDs for MA, MD, PA and TN | $395.00 | 0.4 | $158.00 |
| Conference Call<br>Scott Wiley – Mar 4, 2021<br>Call with PayChex regarding state tax IDs | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 4, 2021<br>Preparation of Feb-21 MORs | $395.00 | 3.5 | $1,382.50 |
| Financial Analysis | $395.00 | 1.5 | $592.50 |

| | | | |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Mar 5, 2021<br>Preparation of Feb-21 MORs | | | |
| Financial Analysis<br>Scott Wiley – Mar 5, 2021<br>Review and approve certain administrative claims | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Mar 5, 2021<br>File and pay 2020 Cred Capital LLC DE Franchise Tax | $395.00 | 1.7 | $671.50 |
| Financial Analysis<br>Scott Wiley – Mar 5, 2021<br>Prepare analysis of crypto currency transactions during the week | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Mar 8, 2021<br>Finalize and issue analysis of crypto trades during week ended 3/05/21 | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 8, 2021<br>Review and approve post petition administrative claims | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 8, 2021<br>Finalize and issue Weekly Cash Forecast for week ended 3/05/21 | $395.00 | 2.6 | $1,027.00 |
| Financial Analysis<br>Scott Wiley – Mar 9, 2021<br>Review and approve administrative claim payments | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 9, 2021<br>Obtaining tax ID Numbers for PA, MA and MD | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Mar 11, 2021<br>Review Feb-21 accounting close entries and account reconciliations | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Mar 11, 2021<br>Process payroll for PPE 3/15/21 | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Mar 12, 2021<br>Preparation of Transition Task list | $395.00 | 1.5 | $592.50 |
| Conference Call<br>Scott Wiley – Mar 15, 2021<br>Call with Dundon regarding transition issues and tasks | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Mar 15, 2021<br>Preparation of Crypto Currency Transaction Analysis for period ended 3/19/21 | $395.00 | 0.4 | $158.00 |
| Financial Analysis | $395.00 | 1.6 | $632.00 |

| | | | |
|---|---|---|---|
| Scott Wiley – Mar 15, 2021<br>Preparation of Updated Cash Forecast for period ended 3/12/21 | | | |
| Financial Analysis<br>Scott Wiley – Mar 16, 2021<br>Review Feb-21 Accounting Close | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Mar 16, 2021<br>Review and approve administrative claims | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Mar 16, 2021<br>Preparation of Feb-21 MOR | $395.00 | 3.5 | $1,382.50 |
| Financial Analysis<br>Scott Wiley – Mar 17, 2021<br>Review Feb-21 Accounting close | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 17, 2021<br>Preparation of Feb-21 MOR | $395.00 | 1.6 | $632.00 |
| Financial Analysis<br>Scott Wiley – Mar 18, 2021<br>Finalize Feb-21 MOR | $395.00 | 1.7 | $671.50 |
| Financial Analysis<br>Scott Wiley – Mar 18, 2021<br>Review professional fee invoices and estimates through Plan Confirmation | $395.00 | 2.8 | $1,106.00 |
| Conference Call<br>Scott Wiley – Mar 18, 2021<br>Call with Dundon regarding transition issues | $395.00 | 0.5 | $197.50 |
| Conference Call<br>Scott Wiley – Mar 18, 2021<br>Calls with Paul Hastings regarding NOL utilization | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Mar 19, 2021<br>Review and reconcile crypto currency sales | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Mar 19, 2021<br>Review and approve administrative claim payments | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Mar 19, 2021<br>Revise and finalize the Feb-21 MOR | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Mar 19, 2021<br>Revise and update the Weekly Cash Forecast | $395.00 | 1 | $395.00 |
| Financial Analysis | $395.00 | 0.4 | $158.00 |

| | | | |
|---|---|---|---|
| Scott Wiley – Mar 22, 2021<br>Review and approve certain administrative claims | | | |
| Conference Call<br>Scott Wiley – Mar 22, 2021<br>Discussion of potential employees' employment by the Trust after Plan effective date | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Mar 22, 2021<br>Preparation of crypto sale analysis for week ended 3/19/21 | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Mar 22, 2021<br>Prepare and issue the Weekly Cash Forecast for the week ended 3/19/21 | $395.00 | 2.4 | $948.00 |
| Financial Analysis<br>Scott Wiley – Mar 23, 2021<br>Preparation of Weekly Cash Forecast for week ended 3/26/21 | $395.00 | 1.3 | $513.50 |
| Financial Analysis<br>Scott Wiley – Mar 23, 2021<br>Review and approve certain Administrative Claims | $395.00 | 0.2 | $79.00 |
| Financial Analysis<br>Scott Wiley – Mar 23, 2021<br>Review Professional Fee invoices and estimates | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Mar 24, 2021<br>Review of potential creditor claims | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Mar 24, 2021<br>Review and approve certain Administrative Claims | $395.00 | 0.2 | $79.00 |
| Conference Call<br>Scott Wiley – Mar 24, 2021<br>Issues related to 2020 income tax return preparation | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Mar 24, 2021<br>Extend Weekly Cash Forecast through 4/16/21 (revised Plan effective date) | $395.00 | 3.5 | $1,382.50 |
| Financial Analysis<br>Scott Wiley – Mar 25, 2021<br>Calculate amount of bi-weekly crypto sales to fund administrative expenses | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Mar 26, 2021<br>Update Weekly Cash Forecast | $395.00 | 1 | $395.00 |
| Financial Analysis | $395.00 | 2 | $790.00 |

| | | | |
|---|---|---|---|
| Scott Wiley – Mar 29, 2021<br>Finalize and issue the Weekly Cash Forecast for the week ended 3/26/21 | | | |
| Financial Analysis<br>Scott Wiley – Mar 30, 2021<br>Prepare analysis of crypto currency sales | $395.00 | 0.3 | $118.50 |
| Financial Analysis<br>Scott Wiley – Mar 30, 2021<br>Address questions related to the Weekly Cash Forecast | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Mar 31, 2021<br>Review, approve and pay certain administrative claims | $395.00 | 1 | $395.00 |
| Postage expense | $44.98 | 1 | $44.98 |

|  |  |
|---|---:|
| Subtotal | 27,892.48 |
| Tax | 0.00 |
| Total | 27,892.48 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$27,892.48** |

## Notes

Scott Wiley 70.5 hours @ $395 = $27,847.50

## Terms

Checks can be sent to address above in header.