IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 704, 708** |
| | ) | |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF
OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO AMENDED APPLICATION OF INVICTUS GLOBAL MANAGEMENT, LLC
FOR ALLOWANCE AND PAYMENT OF FEES PURSUANT TO BANKRUPTCY
CODE SECTIONS 503(b)(1)(A), 503(b)(3)(D) AND 503(b)(4)**

PLEASE TAKE NOTICE that, on April 15, 2021, the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Objection Under Seal* [Docket No. 708] (the "Seal Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a proposed redacted version of the Objection (as defined in the Seal Motion).

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider the relief requested in the Seal Motion is scheduled for May 12, 2021 at 1:00 p.m. (prevailing Eastern Time) before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

Dated:  Wilmington, Delaware
April 15, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*