## **EXHIBIT B**

**ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD**

| Expense Category | Amount |
|---|---:|
| Computer Search | $760.35 |
| Outside Professional Services | $2,393.55 |
| Postage/Express Mail | $255.40 |
| Reproduction Charges | $487.12 |
| Reproduction Charges (Color) | $124.00 |
| Courier Service | $142.41 |
| Filing Fee | $317.00 |
| **Total** | **$4,479.83** |