## EXHIBIT A

**FEE STATEMENTS FOR THE INTERIM FEE PERIOD**
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 59 | March 1–31, 2021 | $55,410.00 (80% of which is $44,328.00) | $308.30 |

## Cousins Law

Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE   19803
Telephone: (302) 824-7081

# INVOICE

Date: 04/05/2021
Due On: 05/05/2021

Cred Inc. and Cred (US) LLC
3 East Third Avenue
San Mateo, CA 94401

## 10013-Cred Inc. and Cred (US) LLC

## Chapter 11 Bankruptcy

### For Services Rendered

| Professional | Date | Quantity | Notes | Rate | Total |
|---|---|---|---|---|---|
| SJ | 03/01/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft Proof of Publication and email to SDC; (.1) prepare for filing (.1) | $350.00 | $70.00 |
| AH | 03/01/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Proof of Publication | $150.00 | $60.00 |
| SJ | 03/01/2021 | 1.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review three objections to plan confirmation | $350.00 | $455.00 |
| SDC | 03/01/2021 | 1.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review Objection to Confirmation of Plan on Behalf of the Internal Revenue Service (0.2); review James Alexander's objection to confirmation (0.1); review UpgradeYa's objection to confirmation of plan (0.3); review U.S. Trustee's objection to plan (0.3); review draft notice of publication regarding disclosure statement (0.1) | $750.00 | $750.00 |
| SDC | 03/01/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Emails with James Grogan, Mack Wilson, | $750.00 | $300.00 |

04/05/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Pedro Jimenez, Avi Luft and Mack Wilson regarding Alexander's counsel's request related to D&O insurance (0.2); emails with Darren Azman, Tim Walsh, Joe Evans, Gregg Steinman, David Hurst, James Grogan, and Avi Luft regarding contempt order related to Alexander (0.2) | | |
| SDC | 03/02/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Ashby's first monthly fee application for January 2021 | $750.00 | $150.00 |
| AH | 03/02/2021 | 0.80 | A101 Plan and prepare for B110 Case Administration: Emails with M. Wilson regarding Paul Hastings January Fee Application and Interim Fee Application | $150.00 | $120.00 |
| AH | 03/02/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft Notice of Fee Application for PH January Fee App | $150.00 | $60.00 |
| AH | 03/02/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: File Notice of Filing of Liquidation Trust Agreement | $150.00 | $45.00 |
| SDC | 03/02/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Emails with David Hurst regarding hearing dates for Rule 2004 motion by Committee (0.2); emails with Rob Cavello regarding same (0.2) | $750.00 | $300.00 |
| SDC | 03/02/2021 | 2.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review emails from Selfkey regarding changing votes (0.2); review emails from Winnie Yeung (Donlin) regarding same (0.2); emails with Ellen Slight (U.S. DOJ) regarding IRS objection to plan and proposed curative language (0.1); emails with James Grogan and Avi Luft regarding same (0.1); review letter from SelfKey Foundation regarding ballot issues (0.2); teleconference with Irena Goldstein regarding opt-out releases approved by Judge Dorsey (0.1); teleconference with James Grogan regarding timing and status of confirmation brief (0.2); review and respond to emails from Darren Azman, James Grogan and Mack Wilson regarding liquidating trust agreement (0.2); review draft liquidating plan trust agreement before filing (0.2); emails with Irena Goldstein and Scott Jones regarding Judge Dorsey cases related to broad forms of release (0.2); review related cases (0.4); emails with James regarding exclusivity extension motion (0.1) | $750.00 | $1,650.00 |
| SJ | 03/03/2021 | 2.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Research plan language | $350.00 | $700.00 |
| SJ | 03/03/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment | $350.00 | $105.00 |

| | | | Applications: Teleconference with AH re fee apps | | |
|---|---|---|---|---|---|
| SJ | 03/03/2021 | 2.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Research plan language | $350.00 | $700.00 |
| SJ | 03/03/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Notice for PH fee app | $350.00 | $35.00 |
| SJ | 03/03/2021 | 1.00 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft/revise Sonoran Third Monthly Fee App | $350.00 | $350.00 |
| SDC | 03/03/2021 | 0.30 | A101 Plan and prepare for B170 Fee/Employment Objections: Review draft Paul Hastings January fee statement (0.1); conference with Aran Heining regarding same (0.1); review emails with Grant Lyon and Matt Foster regarding Sonoran's monthly fees (0.1) | $750.00 | $225.00 |
| SJ | 03/03/2021 | 1.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Complete research re plan language and email results to SDC | $350.00 | $455.00 |
| SJ | 03/03/2021 | 1.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Complete research re plan language and email results to SDC | $350.00 | $455.00 |
| SJ | 03/03/2021 | 0.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Research confirmation orders and email to IG at PH | $350.00 | $140.00 |
| SJ | 03/03/2021 | 0.20 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Review and revise CNO re DI 515 | $350.00 | $70.00 |
| SJ | 03/03/2021 | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Email w. IG re Plan | $350.00 | $35.00 |
| AH | 03/03/2021 | 1.10 | A101 Plan and prepare for L140 Document/File Management: Draft Agenda Letter for 3-9 | $150.00 | $165.00 |
| AH | 03/03/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft CNO Regarding Quinn Rule 9019 Motion | $150.00 | $60.00 |
| AH | 03/03/2021 | 0.50 | A101 Plan and prepare for L140 Document/File Management: Revise and File Monthly Staffing Report for Sonoran Capital Advisors (Feb 2021) | $150.00 | $75.00 |
| AH | 03/03/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File CNO for Quinn 9019 Motion | $150.00 | $60.00 |
| AH | 03/03/2021 | 0.50 | A101 Plan and prepare for L140 Document/File | $150.00 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Management: Revise and File PH January Fee Application | | |
| SJ | 03/03/2021 | 1.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Research re plan for IG and email results. | $350.00 | $350.00 |
| SDC | 03/03/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Sonoran Capital Advisors' monthly fee statement before filing (0.1); emails with Darren Azman and James Grogan regarding combining interim and final fee applications (0.2); emails with Scott Jones and Aran Heining regarding same (0.1) | $750.00 | $300.00 |
| SDC | 03/03/2021 | 1.70 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review interim vote tabulation from Donlin (0.2); review emails with James Grogan and Robert Gillin (Donlin) regarding same (0.2); review additional confirmation orders and related plans confirmed by Judge Dorsey in anticipation of confirmation brief to be filed (0.9); review emails between Irena Goldstein and Scott Jones regarding same (0.2); emails with Ellen Slights (US DOJ) regarding IRS confirmation objections (0.2) | $750.00 | $1,275.00 |
| SDC | 03/03/2021 | 0.60 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review certification of no objection regarding Quinn Emanuel stipulation (0.1); review Committee's unredacted Rule 2004 motion related to discovery from cryptocurrency exchanges (0.4); review summary of Alexander interview by examiner (0.1) | $750.00 | $450.00 |
| AH | 03/04/2021 | 0.20 | Emails with W. Wu circulating Zoom Link for 3/9 | $150.00 | $30.00 |
| AH | 03/04/2021 | 0.60 | A101 Plan and prepare for L140 Document/File Management: Revise and File Notice of Filing of Amended Plan Supplement | $150.00 | $90.00 |
| SJ | 03/04/2021 | 2.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review memo of law re plan confirmation | $350.00 | $700.00 |
| SJ | 03/04/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/revise notice of filing amended plan supplement | $350.00 | $70.00 |
| SJ | 03/04/2021 | 0.50 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/Revise Declaration of john Burlacu and email to AH | $350.00 | $175.00 |
| SJ | 03/04/2021 | 0.50 | A101 Plan and prepare for B110 Case Administration: Review/Revise agenda for March 9 | $350.00 | $175.00 |

04/05/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | Hearing. | | |
| AH | 03/04/2021 | 0.80 | A101 Plan and prepare for B110 Case Administration: Review Liquidation Plan of Cred Inc. | $150.00 | $120.00 |
| AH | 03/04/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Vote Declaration | $150.00 | $60.00 |
| AH | 03/04/2021 | 0.30 | Register S. Cousins, S. Jones and M. Foster on Zoom for 3/9 Hearing | $150.00 | $45.00 |
| AH | 03/04/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Emails with S. Cousins and S. Jones regarding Notice of Withdrawal of Sale Motion | $150.00 | $15.00 |
| SJ | 03/04/2021 | 0.70 | A101 Plan and prepare for B110 Case Administration: Draft Notice of Withdrawal re D.I. 65 | $350.00 | $245.00 |
| AH | 03/04/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Draft and File COC regarding Scheduling of Omnibus Hearing Date | $150.00 | $45.00 |
| SJ | 03/04/2021 | 3.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/Revise Liquidating Plan | $350.00 | $1,155.00 |
| AH | 03/04/2021 | 1.50 | A101 Plan and prepare for B110 Case Administration: Emails with M. Wilson, S. Cousins and J. Grogan regarding filing of Confirmation Brief | $150.00 | $225.00 |
| AH | 03/04/2021 | 0.80 | A101 Plan and prepare for L140 Document/File Management: Review, Revise and Prepare for filing the Confirmation Brief | $150.00 | $120.00 |
| SDC | 03/04/2021 | 5.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and revise draft modified plan, draft confirmation order and draft confirmation brief (1.6); emails with Mack Wilson regarding same (0.5); teleconference with Mack Wilson regarding voting affidavit, amended plan supplement, confirmation brief and draft confirmation order (0.2); review and finalize for filing ballot/voting affidavit, amended plan supplement, confirmation brief, Foster declaration and Lyon declaration, and draft confirmation order (2.9) | $750.00 | $3,900.00 |
| SDC | 03/04/2021 | 0.30 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review and revise draft notice of agenda for March 9th hearing (0.2); review and revise draft notice of omnibus hearing date 04/01 (0.1) | $750.00 | $225.00 |
| SDC | 03/04/2021 | 0.80 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Avi Luft regarding examiner report (0.4); teleconference with Mark Pfeiffer and Avi Luft regarding mediation statement to district court (0.4) | $750.00 | $600.00 |

04/05/2021

| AH | 03/05/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Update Agenda for 3-9 | $150.00 | $60.00 |
|---|---|---|---|---|---|
| AH | 03/05/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Revise and File Agenda of Matters for 3-9 | $150.00 | $45.00 |
| SJ | 03/05/2021 | 1.50 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft Notice of Filing Proposed Confirmation Ordre and email to SDC | $350.00 | $525.00 |
| SJ | 03/05/2021 | 1.10 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Review/Revise Exclusivity Motion and email to SDC and AH for filing | $350.00 | $385.00 |
| AH | 03/05/2021 | 0.30 | A101 Plan and prepare for L140 Document/File Management: Revise and File Motion to Extend Exclusivity | $150.00 | $45.00 |
| SJ | 03/05/2021 | 0.30 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Review exclusivity motion before filing | $350.00 | $105.00 |
| AH | 03/05/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Draft & File Pro Hac Vice Motion and File (.3); Upload Order for Signature (.1) | $150.00 | $60.00 |
| SJ | 03/05/2021 | 1.70 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft Notice for Modified Plan; Revise Notice of Proposed Confirmation Order; emails and teleconference with AH | $350.00 | $595.00 |
| AH | 03/05/2021 | 5.30 | A101 Plan and prepare for L140 Document/File Management: Prepare for Filing the Modified Amended Joint Plan of Liquidation and Disclosure Statement and Proposed Confirmation Order (5); File Modified Amended Joint Plan of Liquidation and Disclosure Statement and Proposed Confirmation Order (.3) | $150.00 | $795.00 |
| SDC | 03/05/2021 | 4.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and revise language for US DOJ regarding carve out for IRS claims (0.3); review and revise draft confirmation order, revised liquidating plan reflecting Committee's comments and motion to extend exclusivity (3.4); review and revise draft motion to extend exclusivity periods (0.4); review and respond to emails from Kim Bron (UpgradeYa) regarding proposed confirmation order (0.1) | $750.00 | $3,150.00 |
| SDC | 03/05/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize draft notice of agenda for March 9th hearing (0.3); conference | $750.00 | $300.00 |

| | | | with Aran Heining regarding same (0.1) | | |
|---|---|---|---|---|---|
| SDC | 03/05/2021 | 1.10 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with James Grogan and Avi Luft regarding Alexander appeal (0.4); teleconference with James, Avi and Darren Azman regarding same (0.2); follow-up call with James and Mack Wilson regarding changes to confirmation order (0.1); review emails from Andrew Carty regarding draft examiner's report (0.1); emails with Avi Luft and James Grogan regarding same (0.1); review and revise language for joint mediation statement (0.2) | $750.00 | $825.00 |
| SDC | 03/06/2021 | 0.10 | A101 Plan and prepare for B230 Financing/Cash Collections: Review draft revised voting certificate of John Burlacu from Donlin | $750.00 | $75.00 |
| SDC | 03/06/2021 | 2.50 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review draft examiner report (0.8); review and respond to emails from James Grogan and Avi Luft related to same (0.5); review comments from James, Avi and Mack Wilson (0.5); draft emails regarding same (0.7) | $750.00 | $1,875.00 |
| SJ | 03/07/2021 | 1.70 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Review Examiner Report | $350.00 | $595.00 |
| SDC | 03/07/2021 | 0.80 | A101 Plan and prepare for B180 Avoidance Action Analysis: Review additional proposed changes to draft examiner report from Matt Foster, Avi Luft, James Grogan and Mack Wilson | $750.00 | $600.00 |
| SDC | 03/07/2021 | 0.90 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Draft joint mediation letter to Judge Mary Pat Thynge (0.5); emails with Avi Luft and Mack Wilson regarding same (0.4) | $750.00 | $675.00 |
| AH | 03/08/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: Emails with S. Jones and M. Wilson regarding Amended Burlacu Declaration | $150.00 | $45.00 |
| SJ | 03/08/2021 | 0.80 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/Revise Amended Burlacu Declaration for filing | $350.00 | $280.00 |
| SJ | 03/08/2021 | 0.30 | A101 Plan and prepare for L440 Other Trial Preparation and Support: Review/Revise Joint Submission Statement | $350.00 | $105.00 |
| SJ | 03/08/2021 | 1.00 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft Notice of Filing of Revised Causes of Action | $350.00 | $350.00 |
| SJ | 03/08/2021 | 3.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft Fourth Monthly Fee App | $350.00 | $1,085.00 |

04/05/2021

| AH | 03/08/2021 | 1.00 | A101 Plan and prepare for L140 Document/File Management: Revise and File COA Schedule and Amended Agenda | $150.00 | $150.00 |
|---|---|---|---|---|---|
| SDC | 03/08/2021 | 0.40 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and revise notice of filing of list of revised causes of action (0.2); emails with Gregg Steinman regarding same (0.2) | $750.00 | $300.00 |
| SDC | 03/08/2021 | 1.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Teleconferences (2) with Joe McMahon regarding adjournment of confirmation hearing (0.2); teleconferences (2) with James Grogan regarding same (0.3); emails with Darren Azman and James Grogan regarding same (0.2); teleconference with Rob Cavello (Courtroom Deputy) regarding adjournment of confirmation hearing (0.1); conference with Aran Heining regarding revised agenda letter (0.2); review and revise draft agenda letter (0.2) | $750.00 | $900.00 |
| SDC | 03/08/2021 | 1.10 | A101 Plan and prepare for B180 Avoidance Action Analysis: Teleconference with Robert Stark regarding draft examiner report (0.6); quick review compendium of exhibits to examiner's report (0.3); teleconference with James Grogan regarding same (0.2) | $750.00 | $825.00 |
| SDC | 03/08/2021 | 2.90 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review and revise draft joint mediation letter to Judge Mary Pat Thynge (1.7); emails with Avi Luft and Mack Wilson regarding same (0.3); emails with Mark Pfeiffer and Grivner regarding same (0.2); finalize and email same (0.2); review Alexander's designation of items on appeal and statement on appeal (0.4); review email from Laila Masud (counsel to David Gottlieb) regarding Alexander appeal (0.1) | $750.00 | $2,175.00 |
| SJ | 03/08/2021 | 0.80 | A101 Plan and prepare for B160 Fee/Employment Applications: Research and Draft template final Fee App Form for MACCO and email to AH | $350.00 | $280.00 |
| SDC | 03/09/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review draft language addressing UpgradeYa's comments to the confirmation order and respond to emails related to same | $750.00 | $150.00 |
| SDC | 03/09/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review McDermott's Second Monthly Fee Application | $750.00 | $75.00 |
| SJ | 03/10/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review/Revise CNO for MACCO and Cousins Law Third Fee App | $350.00 | $105.00 |

| AH | 03/10/2021 | 0.50 | A101 Plan and prepare for B110 Case Administration: Draft CNO's for MACCO and Cousins Law Third Monthly Fee Application | $150.00 | $75.00 |
|----|-----------|------|----|---------|---------|
| AH | 03/10/2021 | 0.30 | A101 Plan and prepare for B110 Case Administration: File CNOs for MACCO and Cousins Law Third Monthly Fee Applications | $150.00 | $45.00 |
| SJ | 03/10/2021 | 1.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Draft Notices for Revised Confirmation Order and Revised Combined Plan | $350.00 | $455.00 |
| SJ | 03/10/2021 | 0.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference re Confirmation Hearing | $350.00 | $105.00 |
| SJ | 03/10/2021 | 0.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review/Revise Revised Confirmation Order and run blackline | $350.00 | $105.00 |
| SDC | 03/10/2021 | 1.80 | A101 Plan and prepare for B230 Financing/Cash Collections: Review revised language to the confirmation order to reflect UpgradeYa's objections to confirmation (0.2); teleconference with Grant Lyon regarding tomorrow's confirmation hearing (0.2); teleconference with Mack Wilson regarding conduct of tomorrow's confirmation hearing (0.1); review revised confirmation order and plan (1.3) | $750.00 | $1,350.00 |
| SDC | 03/10/2021 | 0.50 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Teleconference with James Grogan, Scott Shelley, Avi Luft, Mack Wilson and Irena Goldstein regarding confirmation hearting prep | $750.00 | $375.00 |
| SJ | 03/11/2021 | 0.20 | A101 Plan and prepare for L440 Other Trial Preparation and Support: Review agenda for March 11 hearing for filing | $350.00 | $70.00 |
| SJ | 03/11/2021 | 0.80 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend Confirmation Hearing | $350.00 | $280.00 |
| SDC | 03/11/2021 | 3.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review and finalize draft agenda letter for today's confirmation hearing (0.1); continue to prepare for and attend today's confirmation hearing (2.1); attend confirmation hearing (0.8); teleconference with James Grogan regarding outcome of hearing and next steps (0.2) | $750.00 | $2,400.00 |
| SDC | 03/12/2021 | 0.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Darren Azman regarding potential objection to Buchanan's withdrawal as counsel to Alexander | $750.00 | $150.00 |

04/05/2021

| SDC | 03/12/2021 | 0.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Emails with Courtroom Deputy and David Hurst regarding Committee's Rule 2004 motion and certificate of no objection | $750.00 | $150.00 |
|---|---|---|---|---|---|
| SJ | 03/14/2021 | 0.80 | A101 Plan and prepare for L440 Other Trial Preparation and Support: Draft agenda for March 17 Hearing and email to AH | $350.00 | $280.00 |
| SDC | 03/14/2021 | 0.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Emails with Scott Jones regarding agenda letter for March 17th (0.1); emails with Avi Luft and James Grogan regarding Committee's objection to Alexander's counsel's motion to withdraw (0.2) | $750.00 | $225.00 |
| SJ | 03/15/2021 | 0.30 | A101 Plan and prepare for L430 Written Motions and Submissions: Draft Notice of Withdraw D.I. 599 | $350.00 | $105.00 |
| SJ | 03/15/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Fourth Monthly Fee App for filing and email to SDC | $350.00 | $105.00 |
| AH | 03/15/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Email Rob Cavello for Zoom Registration Link for 3/17 Hearing | $150.00 | $15.00 |
| AH | 03/15/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Agenda for 3/17 Hearing | $150.00 | $60.00 |
| AH | 03/15/2021 | 0.40 | A101 Plan and prepare for L140 Document/File Management: Revise and File Monthly Fee App for February | $150.00 | $60.00 |
| SDC | 03/15/2021 | 0.20 | A101 Plan and prepare for B310 Claims Administration and Objections: Teleconference with creditor regarding status of case and confirmation of plan | $750.00 | $150.00 |
| SDC | 03/15/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review and revise draft fourth monthly fee application for Cousins Law (0.1); emails with Scott Jones and Aran Heining regarding same (0.1) | $750.00 | $150.00 |
| SDC | 03/15/2021 | 0.20 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Objection of the Official Committee of Unsecured Creditors to Motion of Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James Alexander | $750.00 | $150.00 |
| SDC | 03/15/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize draft agenda for March 17 hearing (0.2); conference with Aran Heining regarding same (0.1); emails with David Hurst regarding same (0.1) | $750.00 | $300.00 |
| AH | 03/16/2021 | 0.40 | A101 Plan and prepare for L140 Document/File | $150.00 | $60.00 |

| | | | Management: Revise and File Amended Agenda for 3-17 Hearing | | |
|---|---|---|---|---|---|
| SDC | 03/16/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Donlin's monthly application for February | $750.00 | $75.00 |
| SDC | 03/16/2021 | 0.50 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Committee's motion for contempt against Alexander, declaration of Joe Evans, Motion to Shorten and related pleadings | $750.00 | $375.00 |
| SDC | 03/16/2021 | 0.20 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review and revise revised agenda letter for March 17th hearing | $750.00 | $150.00 |
| SJ | 03/17/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend March 17 Hearing | $350.00 | $140.00 |
| AH | 03/17/2021 | 0.50 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Attend Hearing 3-17 | $150.00 | $75.00 |
| SDC | 03/17/2021 | 0.90 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Prepare for today's hearing including review of pleadings (0.2); attend today's hearing on Buchannan's motion to withdraw (0.7) | $750.00 | $675.00 |
| SDC | 03/18/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Matt Foster regarding Sonoran's February monthly statements (0.1); emails with Scott Wiley regarding same (0.2) | $750.00 | $225.00 |
| SDC | 03/18/2021 | 0.20 | A101 Plan and prepare for B110 Case Administration: Review draft February monthly operating report | $750.00 | $150.00 |
| SJ | 03/19/2021 | 4.60 | A101 Plan and prepare for L510 Appellate Motions and Submissions: Draft Designation of Additional Items re 21-cv-240 and email to SDC and Avi Luft. | $350.00 | $1,610.00 |
| SDC | 03/19/2021 | 0.30 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with James Grogan regarding motion to extend exclusivity (0.1); emails with Scott Jones and Aran Heining regarding same (0.2) | $750.00 | $225.00 |
| SDC | 03/19/2021 | 1.90 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Emails with James Grogan, Avi Lift, Darren Azman and Joe Evans regarding designation of additional items in connection with Alexander appeal (0.3); teleconference with Scott Jones regarding same (0.1); review and revise draft counter-designation of items on appeal (1.2); emails with James Grogan, Avi Luft and Scott Jones regarding same (0.3) | $750.00 | $1,425.00 |
| SDC | 03/19/2021 | 0.50 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Scott Wiley regarding | $750.00 | $375.00 |

04/05/2021

| | | | | | |
|---|---|---|---|---|---|
| | | | payment of Donlin's and Brown Rudnick's fees and holdback on fees up to the effective date (0.4); review McDermott's third monthly fee application (0.1) | | |
| SDC | 03/19/2021 | 0.40 | A101 Plan and prepare for B110 Case Administration: Review and finalize for filing February Monthly Operating Report (0.2); emails with James Grogan regarding same (0.2) | $750.00 | $300.00 |
| SDC | 03/19/2021 | 0.20 | A101 Plan and prepare for B310 Claims Administration and Objections: Emails with counsel for Invictus regarding substantial contribution claim and related hearing | $750.00 | $150.00 |
| SJ | 03/20/2021 | 2.70 | A101 Plan and prepare for L510 Appellate Motions and Submissions: Review/Revise Designation of Additional Items; read transcripts from February 3, 5, 10, and 23 Hearings for above Designation. | $350.00 | $945.00 |
| SDC | 03/20/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Scott Jones' further changes to designation of items on appeal (0.2); emails with Scott Jones and Avi Luft regarding same (0.2) | $750.00 | $300.00 |
| SJ | 03/22/2021 | 0.50 | A101 Plan and prepare for L430 Written Motions and Submissions: Draft CNO re Exclusivity Motion; Review Docket for Objections; Download Proposed Order from Docket and email to AH | $350.00 | $175.00 |
| SJ | 03/22/2021 | 1.10 | A101 Plan and prepare for L510 Appellate Motions and Submissions: Research items allowed for inclusion in a Designation of Appeal and update Designation of Additional Items | $350.00 | $385.00 |
| SDC | 03/22/2021 | 2.10 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review, revise and further revisions to designation of items in Alexander appeal (1.1); emails with Avi Luft, Scott Jones, James Grogan and Gregg Steinman regarding same (0.8); conference with Aran Heining regarding filing of same (0.2) | $750.00 | $1,575.00 |
| SDC | 03/22/2021 | 0.10 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Review draft certificate of no objection for exclusivity motion | $750.00 | $75.00 |
| SDC | 03/22/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Donlin's monthly statement and emails with Scott Wiley regarding same | $750.00 | $75.00 |
| SJ | 03/24/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Email MW re CNO for PH Fee App | $350.00 | $35.00 |
| SDC | 03/24/2021 | 0.20 | A101 Plan and prepare for B310 Claims Administration and Objections: Review Invictus | $750.00 | $150.00 |

| | | | Global Management's motion for substantial contribution | | |
|---|---|---|---|---|---|
| SDC | 03/24/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with Mack Wilson and James Grogan regarding final Cred fee applications | $750.00 | $75.00 |
| SDC | 03/24/2021 | 0.30 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Committee's Emergency Motion to Withdraw the Reference seeking to hold James Alexander in Contempt of Court | $750.00 | $225.00 |
| SDC | 03/24/2021 | 0.10 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Email with Court Clerk regarding exclusivity motion | $750.00 | $75.00 |
| SJ | 03/25/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft CNO to Paul Hastings Third Monthly Fee App and Email to SDC | $350.00 | $105.00 |
| SJ | 03/26/2021 | 0.10 | A101 Plan and prepare for B160 Fee/Employment Applications: Email MW CNO for review; Email AH CNO of PH Third Monthly for filing | $350.00 | $35.00 |
| SDC | 03/26/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Review revised Motion for Payment of Administrative Expenses of Invictus Global | $750.00 | $75.00 |
| SDC | 03/26/2021 | 0.40 | A101 Plan and prepare for B160 Fee/Employment Applications: Review draft CNO for Paul Hastings Third Monthly Fee Application (0.1); emails with Scott Jones and Mack Wilson regarding same (0.1); emails with Katy Mayle regarding monthly fee applications for MAACO for February and March (0.2) | $750.00 | $300.00 |
| SJ | 03/29/2021 | 0.50 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Macco final fee app; email Macco and advise on procedures for final fee apps | $350.00 | $175.00 |
| SJ | 03/29/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Call with Pablo Bonjour | $350.00 | $70.00 |
| SJ | 03/30/2021 | 0.10 | A101 Plan and prepare for B110 Case Administration: Review/Revise Agenda for April 1 Hearing | $350.00 | $35.00 |
| SDC | 03/30/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Emails with McDermott regarding CNO for January fees (0.1); emails with Scott Wiley regarding same (0.1) | $750.00 | $150.00 |
| SDC | 03/30/2021 | 0.40 | A101 Plan and prepare for L450 Trial and Hearing Attendance: Review, revise and finalize draft agenda letter for April 1 hearing (0.2); review pro hac vice motions for James Grogan and Avi Luft (0.2) | $750.00 | $300.00 |

04/05/2021

| SDC | 03/30/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with James Grogan regarding effective date of plan | $750.00 | $150.00 |
| SDC | 03/30/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Alexander's objection to motion for sanctions/contempt and related document production | $750.00 | $300.00 |
| SJ | 03/31/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft Notice of Paul Hastings Fourth Monthly Fee App and email to AH | $350.00 | $105.00 |
| SJ | 03/31/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review/Revise Macco Fourth Monthly fee App | $350.00 | $105.00 |
| SDC | 03/31/2021 | 0.70 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Avi Luft regarding Alexander sanctions (0.2); teleconference with Darren Azman, Joe Evans, and Ethan Townsend regarding same (0.5) | $750.00 | $525.00 |
| SDC | 03/31/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Paul Hasting's monthly fee statement (0.1); review Maaco's monthly fee statement (0.1) | $750.00 | $150.00 |

**Services Subtotal    $55,410.00**

## Expenses

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|------|------|--------------|-------|----------|------|-------|
| Expense | 03/01/2021 | AH | Reliable Company Services: Hearing Transcript | 1.00 | $166.75 | $166.75 |
| Expense | 03/08/2021 | AH | E112 Court fees: Pro Hac - Irena Goldstein | 1.00 | $25.00 | $25.00 |
| Expense | 03/16/2021 | AH | Reliable Company Services: Hearing Transcript | 1.00 | $66.55 | $66.55 |
| Expense | 03/31/2021 | AH | Pro Hacs for J. Grogan and A. Luft | 1.00 | $50.00 | $50.00 |

**Expenses Subtotal    $308.30**

**Subtotal    $55,718.30**

**Total    $55,718.30**