# EXHIBIT B

**ACTUAL AND NECESSARY EXPENSES FOR THE INTERIM FEE PERIOD**
(attached)

| Expense Category | Amount |
|---|---:|
| Hearing Transcripts | $233.30 |
| Pro Hac Vices | $75.00 |
| **Total** | **$308.30** |

04/05/2021

| | | | | | |
|---|---|---|---|---|---|
| SDC | 03/30/2021 | 0.20 | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Teleconference with James Grogan regarding effective date of plan | $750.00 | $150.00 |
| SDC | 03/30/2021 | 0.40 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Review Alexander's objection to motion for sanctions/contempt and related document production | $750.00 | $300.00 |
| SJ | 03/31/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Draft Notice of Paul Hastings Fourth Monthly Fee App and email to AH | $350.00 | $105.00 |
| SJ | 03/31/2021 | 0.30 | A101 Plan and prepare for B160 Fee/Employment Applications: Review/Revise Macco Fourth Monthly fee App | $350.00 | $105.00 |
| SDC | 03/31/2021 | 0.70 | A101 Plan and prepare for B120 Asset Analysis and Recovery: Teleconference with Avi Luft regarding Alexander sanctions (0.2); teleconference with Darren Azman, Joe Evans, and Ethan Townsend regarding same (0.5) | $750.00 | $525.00 |
| SDC | 03/31/2021 | 0.20 | A101 Plan and prepare for B160 Fee/Employment Applications: Review Paul Hasting's monthly fee statement (0.1); review Maaco's monthly fee statement (0.1) | $750.00 | $150.00 |

**Services Subtotal**    **$55,410.00**

**Expenses**

| Type | Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 03/01/2021 | AH | Reliable Company Services: Hearing Transcript | 1.00 | $166.75 | $166.75 |
| Expense | 03/08/2021 | AH | E112 Court fees: Pro Hac - Irena Goldstein | 1.00 | $25.00 | $25.00 |
| Expense | 03/16/2021 | AH | Reliable Company Services: Hearing Transcript | 1.00 | $66.55 | $66.55 |
| Expense | 03/31/2021 | AH | Pro Hacs for J. Grogan and A. Luft | 1.00 | $50.00 | $50.00 |

**Expenses Subtotal**    **$308.30**

**Subtotal**    **$55,718.30**

**Total**    **$55,718.30**