# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: May 6, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if Objections are filed** |

**SUMMARY OF FOURTH MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTATIVE ADVISOR TO THE DEBTORS FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Donlin, Recano & Company, Inc.<br>6201 15TH Avenue<br>Brooklyn, NY 11219<br>Telephone Number (212) 481-1411 |
| Authorized to Provide Services to: | The Debtors |
| Date of Retention: | December 18, 2020, *nunc pro tunc* to November 7, 2020 |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through March 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,229.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: Monthly __X__ Interim _____ Final _____ Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

If this is not the first application filed, disclose the following for each prior application

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees at 80% | Expenses |
|---|---|---|---|---|---|
| January 19, 2021; Docket No. 362 | 12/01/2020 through 12/31/2020 | $1,187.50 | N/A | $950.00 | N/A |
| February 18, 2021; Docket No. 520 | 01/01/2021 through 01/31/2021 | $6,844.50 | N/A | $5,475.60 | N/A |
| March 16, 2021; Docket No. 649 | 02/01/2021 through 02/28/2021 | $18,159.50 | N/A | $14,527.60 Objection deadline April 6, 2021; CNO to be filed | N/A |
| **TOTAL** | | **$26,191.50** | N/A | **$20,953.20** | N/A |

## SUMMARY OF PROFESSIONALS

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | $205.00 | 0.8 | $164.00 |
| Lisa Terry | Senior Bankruptcy Consultant | $205.00 | 2.0 | $410.00 |
| John Burlacu* | Senior Bankruptcy Consultant | $195.00 | 24.1 | $4,699.50 |
| Robin Charles* | Senior Bankruptcy Consultant | $195.00 | 2.6 | $507.00 |
| Robert Gillin* | Senior Bankruptcy Consultant | $195.00 | 2.3 | $448.50 |
| **Grand Total** | | | **31.8** | **$6,229.00** |
| **Blended Rate** | | | | **$195.88** |

*Different rates apply depending upon tasks performed.

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee Statement and Application Preparation | 2.8 | $574.00 |
| Voting and Solicitation | 29.0 | $5,655.00 |
| **GRAND TOTAL** | **31.8** | **$6,229.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline: May 6, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date:  Only if Objections are filed** |

## FOURTH MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 269] entered on December 21, 2020 (the "Administrative Fee Order"), Donlin, Recano & Company, Inc. ("DRC"), hereby submits this fourth monthly application (the "Fourth Monthly Application") for compensation of services rendered as administrative advisor for the above-captioned debtors and debtors in possession (the "Debtors"), seeking interim allowance of fees in the amount of $6,229.00 and payment of professional fees in the amount of $4,983.20 (80% of $6,229.00) together with reimbursement of DRC's actual and necessary expenses incurred in the amount of $0.00 for the period

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

commencing March 1, 2021 through and including March 31, 2021 (the "Compensation Period"). In support of this Fourth Monthly Application, DRC respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

2. On November 7, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

3. The Debtors have continued to possess their property and the Debtors have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 3, 2020, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors [Docket No. 120] (the "Committee"). On January 8, 2020, the Court appointed Robert J. Stark, Esq., as Examiner in these chapter 11 cases [Docket No. 338].

4. On November 17, 2020, the Debtors filed the *Debtors' Application For Entry Of An Order Approving Employment And Retention Of Donlin, Recano & Company, Inc. As Administrative Advisor For Debtors, Effective* Nunc Pro Tunc *To The Petition Date* [Docket No. 56] (the "Employment Application"). On December 18, 2020, the Court entered the *Order*

*Approving The Employment And Retention Of Donlin, Recano & Company, Inc. As Administrative Advisor For Debtors, Effective* Nunc Pro Tunc *To The Petition Date* (the "Retention Order") [Docket No. 246].

5.      Pursuant to the Administrative Fee Order, each Professional may file and serve a monthly fee statement seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month.  If no objections are raised prior to the expiration of a 20 day objection period, the Debtor is authorized to pay each Professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the monthly fee statement or (ii) 80% of the fees and 100% of the expenses requested in the monthly fee statement that are not subject to an objection.

### **RELIEF REQUESTED**

6.      Through this Fourth Monthly Application, and in accordance with the Administrative Fee Order, DRC seeks interim allowance of fees in the amount of $6,229.00 in fees, payment of 80% of that amount ($4,983.20) for services rendered on behalf of the Debtors during the Compensation Period and reimbursement of actual necessary costs and expenses in the amount of $0.00.

7.      DRC has received no payment and no promises for payment from any source other than the Debtors for services rendered during the Compensation Period in connection with the Debtors' chapter 11 cases.  There exists no agreement or understanding between DRC and any other person for the sharing of any compensation to be received for services rendered by DRC in the Debtors' chapter 11 cases.

8.      All services for which compensation is requested by DRC pursuant to this Application were performed for or on behalf of the Debtors in these chapter 11 cases.

9.      This is DRC's Fourth Monthly Application.

**SUMMARY OF SERVICES RENDERED**

10.     DRC has maintained detailed records of the time spent in the rendition of professional services to the Debtors during the Compensation Period. Attached hereto as <u>Exhibit A</u> and incorporated herein by reference is a true and correct copy of the monthly billing statement prepared for the services rendered in these cases by DRC. The billing statement is in the same form regularly used by DRC to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service and the designation of the professional who performed the service.

11.     DRC rendered 31.8 hours of professional services during the Compensation Period resulting in fees totaling $6,229.00, and incurred reasonable and necessary expenses totaling $0.00.

12.     The general areas in which DRC has rendered services to the Debtor during the Compensation Period may be broadly characterized as follows:

(a) DRC professionals prepared their third monthly fee statement; and
(b) DRC professionals worked on preparing and assisting with, among other things, solicitation, balloting and tabulation and calculation of votes, including processing ballots and responding to creditor inquiries.

13.     The generality of the foregoing description is amplified on a day-to-day basis by the billing statement attached as <u>Exhibit A</u>.

14.     Annexed as <u>Exhibit B</u> and made part hereof is the Certification of Roland Tomforde, pursuant to Section 504 of the Bankruptcy Code.

15.     Pursuant to the Administrative Fee Order, professionals are entitled to compensation from the Debtors' estate and may be paid 80% of their allowed monthly fees and 100% of allowed expenses. The Administrative Fee Order specifically provides that all fees and

expenses received remain subject to the Court's final approval and allowance. Thus, through this Fourth Monthly Application, DRC seeks interim payment of $4,983.20 (80% of $6,229.00) in fees and $0.00 in expenses.

WHEREFORE, DRC respectfully requests (a) interim allowance of its fees for services rendered during the Compensation Period in the amount of $6,229.00 (b) payment for services rendered during the Compensation Period in the amount of $4,983.20 (80% of $6,229.00), and (c) allowance and reimbursement of $0.00 in actual and necessary expenses incurred during the Compensation Period.

Dated: Brooklyn, New York
      April 15, 2021

Respectfully submitted,

**DONLIN, RECANO & COMPANY, INC.**

By: *Roland H. Tomforde*
Roland Tomforde
Chief Operating Officer
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219
Telephone: (212) 481-1411
Facsimile: (212) 481-1416
E-mail: rtomforde@donlinrecano.com