**EXHIBIT A**

**DONLIN RECANO**
An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

April 09, 2021

Scott Wiley
Chief Financial Officer
Cred, Inc.
scott@mycred.io

**Re: Cred Inc. Vote/SOFA – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2467 - 4**

For Professional Services: March 1 through March 31, 2021

| **Current Charges:** | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 0.80 | 205.00 | $164.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 2.00 | 205.00 | $410.00 |
| John Burlacu | Senior Bankruptcy Consultant* | 24.10 | 195.00 | $4,699.50 |
| Robin Charles | Senior Bankruptcy Consultant* | 2.60 | 195.00 | $507.00 |
| Robert Gillin | Senior Bankruptcy Consultant* | 2.30 | 195.00 | $448.50 |
| Total Hours & Fees | | 31.8 | | $6,229.00 |
| | | | | |
| Less 20% Holdback on Fees | | | | <$1,245.80> |
| Subtotal of Fees | | | | $4,983.20 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$4,983.20** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

```
      Account #:    590872834
   Account Name:    Donlin, Recano & Company, Inc.
      Bank Name:    HSBC Bank USA
          ABA #:    021 001 088
```

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

_____
Nellwyn Voorhies
President

Enclosures
2467

        cc:    G. Alexander Bongartz, Esq.
              James T. Grogan, Esq.
              Paul Hastings, LLP
              200 Park Avenue
              New York, NY 10166
   email:    alexbongartz@paulhastings.com    scott@mycred.io

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 4 - March 1 through March 31, 2021**

**I.  Consulting Fees (See Exhibit A for details)**

| | |
|---|---:|
| 2.8 hours @ $205.00/hour | 574.00 |
| 29.0 hours @ $195.00/hour | 5,655.00 |
| **SUB TOTAL -  Consulting Fees** | **6,229.00** |

**II. Out of Pocket Expenses**

| | |
|---|---:|
| None Required in March 1, through March 31, 2021 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - March 1 through March 31, 2021** | **$6,229.00** |
| **Less: 20% Holdback on Fees** | <$1,245.80> |
| **AMOUNT DUE** | **$4,983.20** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 4 - March 1 through March 31, 2021**

**Summary of Charges by Activity**

| | | | |
|---|---:|---|---:|
| Fee Statement and Application Preparation | 2.8 | hours | $574.00 |
| Voting and Solicitation | 29.0 | hours | $5,655.00 |
| **Total** | **31.8** | | **$6,229.00** |

Exhibits A

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 4 - March 1 through March 31, 2021

| <u>Date</u> | <u>User</u> | <u>Activity - Voting and Solicitation</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 03-01 | J Burlacu | Responded to creditor vote inquiries (0.8). Attend to issues for voting deadline including closing voting portal and updating vote declaration exhibits (1.4). Emails with M. Wilson of PH re tabulation report, additional ballots received and voting deadline extension (0.8). | 3.0 | 195.0 | $585.00 |
| 03-01 | R Gillin | Processed ballots (0.9). | 0.9 | 195.0 | $175.50 |
| 03-01 | R Charles | Batched and processed ballots (0.4) | 0.4 | 195.0 | $78.00 |
| 03-02 | J Burlacu | Responded to various creditor vote inquiries (1.8). Emails with M. Wilson of PH re creditor correspondence received (0.3). Prepared interim tabulation reports (0.6). Attend to issues for extended voting deadline including closing voting portal and updating vote declaration exhibits (1.6) | 4.3 | 195.0 | $838.50 |
| 03-02 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 03-03 | J Burlacu | Review of ballots received (1.9). Prepared vote tabulation report (0.3). Emails with M. Wilson of PH re vote declaration and tabulation report with extended vote deadline and creditor requesting withdrawal of ballot. Revised vote declaration and exhibits to same (1.4). | 3.6 | 195.0 | $702.00 |
| 03-03 | R Gillin | Processed ballots (0.3). | 0.3 | 195.0 | $58.50 |
| 03-03 | R Charles | Processed Ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 03-04 | J Burlacu | Emails with M. Wilson of PH re upcoming confirmation hearing and attendance of same (0.2). Telephone conference with M. Wilson of PH re revisions to vote declaration, prepared same and follow up (0.7). Responded to creditor vote inquiries (0.2). | 1.1 | 195.0 | $214.50 |
| 03-04 | R Gillin | Processed ballots (0.2). | 0.2 | 195.0 | $39.00 |
| 03-04 | R Charles | Processed solicitation ballots (0.2) | 0.2 | 195.0 | $39.00 |
| 03-05 | J Burlacu | Emails with S. Shelley of PH re vote declaration and revisions to exhibit pages (0.8). Emails with M. Wilson and J. Grogan of PH re further revisions to exhibit pages and vote declaration (1.2). | 2.0 | 195.0 | $390.00 |
| 03-06 | J Burlacu | Emails with S. Shelley of PH re revisions to be made to Vote Declaration and exhibit pages, prepared same and follow up with S. Shelley of PH (3.7). | 3.7 | 195.0 | $721.50 |
| 03-07 | J Burlacu | Responded to creditor vote inquiries (0.2). | 0.2 | 195.0 | $39.00 |
| 03-08 | J Burlacu | Scanned ballots and review for upcoming confirmation hearing (2.7). | 2.7 | 195.0 | $526.50 |
| 03-08 | R Gillin | Processed ballots (0.2) | 0.2 | 195.0 | $39.00 |
| 03-08 | R Gillin | Scanned ballots for upcoming confirmation hearing (0.3). | 0.3 | 195.0 | $58.50 |
| 03-08 | R Charles | Processed Ballots (0.5) | 0.5 | 195.0 | $97.50 |
| 03-08 | R Charles | Scanned received ballots for review (1.0) | 1.0 | 195.0 | $195.00 |
| 03-09 | J Burlacu | Review of vote declaration, affidavits of service and order for upcoming hearing (0.6). Review of ballots received (1.7). | 2.3 | 195.0 | $448.50 |
| 03-11 | J Burlacu | Review of vote declaration and ballots received in preparation for upcoming Confirmation Hearing (0.4). Attend Confirmation Hearing as vote declarant (0.8) | 1.2 | 195.0 | $234.00 |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 4 - March 1 through March 31, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-11 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 03-15 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 03-22 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 03-29 | R Charles | Processed late ballots (0.2) | 0.2 | 195.0 | $39.00 |

TOTAL HOURS - March 1 through March 31, 2021    29.0
TOTAL CHARGES    $5,655.00

**Exhibits A**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 4 - March 1 through March 31, 2021

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-15 | A Logan | Review and revise and proof DRC's 3rd monthly fee statement and finalize for court filing (0.8). | 0.8 | 205.0 | $164.00 |
| 03-15 | L Terry | Analyze the 327 invoices for professional services rendered during February 1, 2021 through and including February 28, 2021 in preparation to draft the Third Monthly Fee Application (0.6); Draft the Third Monthly Fee Application for professional services rendered during February 1, 2021 through and including February 28, 2021 (1.4). | 2.0 | 205.0 | $410.00 |
| | | TOTAL HOURS - March 1 through March 31, 2021 | | | 2.8 |
| | | TOTAL CHARGES | | | $574.00 |