# EXHIBIT A

**Delano Declaration**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION OF CINDY CHEN DELANO IN SUPPORT OF AMENDED APPLICATION OF INVICTUS GLOBAL MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF FEES PURSUANT TO BANKRUPTCY CODE SECTIONS 503(b)(1)(A), 503(b)(3)(D) AND 503(b)(4)**

I, Cindy Chen Delano, declare and state under penalty of perjury as follows:

1. I submit this declaration (the "Delano Declaration") in support of the *Amended Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(1)(A), 503(b)(3)(D) and 503(b)(4)* (the "Application").[2]

2. I am the co-founder and a partner at Invictus Global Management LLC ("Invictus") and have over 17 years' experience in the financial restructuring world. I have been involved in hundreds of in-court and out-of-court restructurings during my career, first as a restructuring attorney and now in my capacity as an investment professional. I am over the age of 18 and am authorized to make this declaration on behalf of Invictus.

3. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Application and Reply.

4.	Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by colleagues at Invictus, or learned from my review of other documents.

5.	Mr. Chris Wu of Teneo Capital LLC, investment banker to the Debtors, contacted me in December 2020 and requested that Invictus submit a term sheet in connection with providing DIP Financing to the Debtors.  Mr. Wu stated that he was authorized by the Debtors to raise debtor-in-possession financing ("DIP Financing").  Invictus entered into a confidentiality agreement with the Debtors to obtain more information about the DIP Financing and related collateral.  Invictus submitted a term sheet for DIP Financing to the Debtors.

6.	Mr. Wu told me that Invictus was selected by the Debtors to provide DIP Financing, and I understand that the Debtors' legal counsel informed my counsel that Invictus was selected to provide DIP Financing.  I instructed my counsel to work with the Debtors and their professionals on definitive documentation.

7.	The Debtors and Invictus negotiated final definitive documentation for the DIP Financing including, among other things, a promissory note for the up to $4 million term loan and a related DIP order.  Invictus made $4 million in capital available in connection with agreeing with the Debtors to provide postpetition DIP Financing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2021
Austin, Texas

/s/    *Cindy Chen Delano*
Cindy Chen Delano
Partner