## EXHIBIT B

## Debtors' Correspondence

**Comerford, Michael E.**

---

| | |
|---|---|
| **From:** | Comerford, Michael E. |
| **Sent:** | Friday, April 16, 2021 6:11 AM |
| **To:** | Comerford, Michael E. |
| **Subject:** | FW: Cred / DIP financing |

-----Original Message-----
From: Grogan, James T. <jamesgrogan@paulhastings.com>
Sent: Wednesday, December 30, 2020 8:08 PM
To: Comerford, Michael E. <michael.comerford@katten.com>
Cc: Jimenez, Pedro <pedrojimenez@paulhastings.com>; Snow, Holly <hollysnow@paulhastings.com>; Shin, Joyce <joyceshin@paulhastings.com>
Subject: Cred / DIP financing

EXTERNAL EMAIL – EXERCISE CAUTION

Hi Mike, Cred wants to move forward based on the last term sheet and thus we'd like to move into drafting the credit documents with Invictus. Holly and Joyce will be our finance team on this deal. Let us know what we can do to help move this process along. Thanks,

James T. Grogan
Partner
Paul Hastings LLP
(713) 860-7338

Sent from my mobile device

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.