# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Obj. Deadline: April 30, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: May 12, 2021 at 1:00 p.m. (ET)** |

## NOTICE OF MOTION TO FILE UNDER SEAL COMPENDIUM OF EXHIBITS TO REPORT OF ROBERT J. STARK, EXAMINER

TO:  (i) the Office of the United States Trustee for the District of Delaware (ii) Counsel to the Debtors; (iii) Counsel to the Official Committee of Unsecured Creditors; and (iv) all other parties that have requested notices pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on April 16, 2021, Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") filed the *Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Motion must be (a) in writing and served on or before **April 30, 2021 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Examiner.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 12, 2021 AT 1:00 P.M. (PREVAILING EASTERN STANDARD TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 16, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email : GTaylor@ashbygeddes.com<br>         KEarle@ashbygeddes.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Andrew M. Carty (admitted *pro hac vice*)<br>Michael W. Reining (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Email : acarty@brownrudnick.com<br>         mreining@brownrudnick.com<br><br>*Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors* |