**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Objection Deadline: April 30, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: May 12, 2021 at 1:00 p.m. (ET)** <br><br> **Re: D.I. 605, 716, & 717** |

**NOTICE OF FILING OF PROPOSED REDACTED
COMPENDIUM OF EXHIBITS TO REPORT OF ROBERT J. STARK, EXAMINER**

    **PLEASE TAKE NOTICE** that on March 8, 2021 Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") filed the *Report of Robert J. Stark, Examiner* (the "Examiner Report") [D.I. 605].

    **PLEASE TAKE FURTHER NOTICE** that on April 16, 2021 the Examiner filed the *[SEALED] Compendium of Exhibits to Report of Robert J. Stark, Examiner: Volumes I through VI* [D.I. 716].

    **PLEASE TAKE FURTHER NOTICE** that on April 16, 2021 the Examiner also filed the *Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner* (the "Motion to Seal") [D.I. 717]

    **PLEASE TAKE FURTHER NOTICE** that the Examiner hereby files the proposed redacted version of the *Compendium of Exhibits to Report of Robert J. Stark, Examiner: Volumes I through VI* (the "Proposed Redacted Compendium") pursuant to Del. Bankr. L.R. 9018-1(d)(ii) attached hereto as the following Exhibits:

    **Exhibit A:** Proposed Redacted Compendium – Volume I

    **Exhibit B:** Proposed Redacted Compendium – Volume II

    **Exhibit C:** Proposed Redacted Compendium – Volume III

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01675587;v1 }

       **Exhibit D:** Proposed Redacted Compendium – Volume IV

       **Exhibit E:** Proposed Redacted Compendium – Volume V

       **Exhibit F:** Proposed Redacted Compendium – Volume VI

       **PLEASE TAKE FURTHER NOTICE** that objections, if any, the Court's approval of the Motion to Seal or the Proposed Redacted Compendium must be (a) in writing and served on or before **April 30, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Examiner.

       **PLEASE TAKE FURTHER NOTICE** that if any objections are filed to the Motion to Seal or the Proposed Redacted Compendium, and the parties are unable to reach a resolution thereof, a hearing on the Motion to Seal and Proposed Redacted Compendium will be held before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, 19801 on **May 12, 2021 at 1:00 p.m. (ET).**

       **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR A HEARING.**

       [*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: April 6, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel:  (302) 654-1888<br>Email: gtaylor@ashbygeddes.com<br>             kearle@ashbygeddes.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Andrew M. Carty (admitted *pro hac vice*)<br>Michael W. Reining (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Email: acarty@brownrudnick.com<br>             mreining@brownrudnick.com<br><br>*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors* |