## EXHIBIT D

**(Proposed Redacted Compendium- Volume IV)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### COMPENDIUM OF EXHIBITS TO REPORT OF ROBERT J. STARK, EXAMINER

### VOLUME IV

**BROWN RUDNICK LLP**
Andrew M. Carty
Michael W. Reining
Tiffany B. Lietz
Seven Times Square
New York, NY 10036
212-209-4800
acarty@brownrudnick.com
mreining@brownrudnick.com
tlietz@brownrudnick.com

Stephen R. Cook
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
949-752-7100
scook@brownrudnick.com

E. Patrick Gilman
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
202-536-1730
pgilman@brownrudnick.com

**ASHBY & GEDDES, P.A.**
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

**ANKURA CONSULTING GROUP, LLC**
Vikram Kapoor
485 Lexington Avenue, 10th Floor
New York, NY 10017
212-818-1555
vikram.kapoor@ankura.com

**Dated: March 8, 2021**

**Index of Exhibits to Report of Robert J. Stark, Examiner**

| Description | Exhibit No. |
|---|---|
| Decl. of Daniel Schatt in Supp. of Debtors' Chapter 11 Pet. and First Day Mot. (ECF No. 12) | 1 |
| Base Prospectus, Jan. 30, 2020 | 2 |
| moKredit Inc. Overview Report, Aug. 7, 2019 | 3 |
| Videotaped Dep. of Dan Schatt, Dec. 14, 2020 | 4 |
| Loan and Security Agreement between moKredit Inc., and Cred LLC, Dec. 27, 2018 | 5 |
| Decl. of Daniyal Inamullah in Supp. of Mot. of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases (ECF No. 133) | 6 |
| Cyber Quantum Pte. Ltd. Unaudited Financial Statements, 2018 | 7 |
| Cyber Quantum Pte. Ltd. Directors' Resolutions, 2018 | 8 |
| Videotaped Dep. of Daniyal Inamullah, Dec. 8, 2020 | 9 |
| Emails exchanged between H. Ng, K. Wong, D. Schatt and InnReg representative regarding JST onboarding process, Dec. 7–20, 2018 | 10 |
| Email from J. Alexander to K. Wong, Jan. 22, 2019 | 11 |
| Email from D. Granet to L. Hua, copying in Messrs. J. Alexander, K. Wong, S. Zhang and S. Freeman, Jan. 14, 2019 | 12 |
| JST Systems Invoice, Jan. 22, 2019 | 13 |
| Sarson Funds Fact Card: Fifth Khagan | 14 |
| Sarson Funds Fact Card: AX Momentum | 15 |
| Employment Offer Letter for J. Alexander | 16 |
| Mot. of UpgradeYa Investment, LLC for Relief from Stay Under Bankruptcy Code Section 362 (ECF No. 89) | 17 |
| Nathan DiCamillo, *Here's What Happened at Crypto Lender Cred's Latest Bankruptcy Hearing*, CoinDesk, Dec. 18, 2020 | 18 |
| Laurence Fletcher, *Crypto hedge funds struggle to recover from 'bloodbath'*, *Fin. Times*, May 20, 2020 | 19 |
| 100 Acre Ventures Form ADV, May 15, 2020 | 20 |
| Decl. of Joe Podulka in Supp. of Debtors' Obj. to Mot. of James Alexander to Dismiss the Cred Capital, Inc. Case (ECF No. 441) | 21 |
| First Amended Complaint, *Alexander v. Schatt*, No. 20-CIV-02728 (Cal. Super. Ct. Oct. 15, 2020) | 22 |
| Verified First Amended Complaint, *Cred v. Alexander*, No. 20-CIV-02915 (Cal. Super. Ct. Aug. 14, 2020) | 23 |
| Decl. of Daniel F. Wheeler RE Mot. of James Alexander to Dismiss the Cred Capital, Inc. Case (ECF No. 386) | 24 |
| Cred Inc. Update for the Creditors Committee, Dec. 14, 2020 | 25 |
| Decl. of Grant Lyon in Supp. of Debtors' Obj. to Mot. of James Alexander to Dismiss the Cred Capital, Inc. Case (ECF No. 433) | 26 |

1

| Description | Exhibit No. |
| --- | --- |
| United States Trustee Mot. For Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases (ECF No. 133) | 27 |
| Order Den. in Part, and Granting in Part, the Trustee/Examiner Mot. (ECF No. 281) | 28 |
| App. of the United States Trustee for Order Approving Appointment of Examiner (ECF No. 330) | 29 |
| Order Approving Appointment of Examiner (ECF No. 338) | 30 |
| Notice of Filing of Proposed Scope, Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Start, as Examiner (ECF No. 376) | 31 |
| Order Approving Examiner's Proposed Scope, Work Plan, and Budget for Investigation (ECF No. 431) | 32 |
| Notice of Filing of Proposed Amend. to Work Plan, and Budget for Investigation, Prepared and Submitted by Robert J. Stark, as Examiner (ECF No. 552) | 33 |
| Cred LLC and Subsidiary Financial Statements, 2018 | 34 |
| CredEarn CredBorrow Information Sheet | 35 |
| Standard CredBorrow Multi-Tranche Credit Agreement | 36 |
| moKredit Tranche Agreement No. 29, May 1, 2019 | 37 |
| CredEarn Process and Asset Flow | 38 |
| Email from J. Alexander to K. Wong, Feb. 12, 2019 | 39 |
| Enhanced Yield Agreement for CredEarn Customers | 40 |
| Chat log between S. Zhang and T. Perez, Aug. 28, 2019 | 41 |
| Email chain between A. Khakoo, H. Ha, D. Inamullah, and M. Zhang, June 30, 2020 | 42 |
| Fireblocks License Agreement, Feb. 21, 2020 | 43 |
| Cred Investment Committee Meeting Minutes | 44 |
| Email from S. Hwang to J. Podulka, Nov. 12, 2020 | 45 |
| Schedule of Advances | 46 |
| Email from J. Podulka to F. Cottrell and A. Khakoo, Nov. 18, 2020 | 47 |
| Cred LLC General Ledger, 2020 | 48 |
| Cred Financial Statements, 2019 | 49 |
| Email from J. Podulka to H. Moore and E. Rye, May 21, 2020 | 50 |
| Lockton Summary of Insurance, 2020–2021 | 51 |
| Hartford Business Owners Policy, Oct. 1, 2020 | 52 |
| Hartford Workers' Compensation and Employers' Liability Busines Insurance Policy, Nov. 30, 2020 | 53 |
| Certificate of Liability Insurance, Nov. 11, 2020 | 54 |
| Axis Insurance Policy | 55 |
| Validus Errors and Omissions Policy Declarations | 56 |
| Validus Directors and Officers Policy Declarations | 57 |
| Euclid Financial Excess Insurance Policy | 58 |
| Email from M. Zhang to M. Parrish, June 24, 2020 | 59 |
| Screenshot of Cred website discussing insurance policies | 60 |

| Description | Exhibit No. |
|---|---|
| Screenshot of Cred website discussing partnership with BitGo | 61 |
| Email chain between M. Zhang and T. Miyauchi, June 19, 2020 | 62 |
| Email from T. Perez to C.D., Nov. 14, 2019 | 63 |
| Email chain between M. Zhang and J.S., Apr. 15, 2020 | 64 |
| Intentionally Omitted | 65 |
| Email from D.F. to T. Perez, Nov. 8, 2020 | 66 |
| Cred Advertising and Marketing Policy | 67 |
| Email from D. Inamullah to D. Kline, July 6, 2020 | 68 |
| Intentionally Omitted | 69 |
| Email from K. Wong to L. Hua, Jan. 15, 2019 | 70 |
| Email from J. Alexander to L. Hua and K. Wong, Jan. 22, 2019 | 71 |
| Email from K. Wong to S. Zhang and J. Alexander, Feb. 4, 2019 | 72 |
| Email from K. Wong to L. Hua and D. Schatt, Feb. 13, 2019 | 73 |
| Email from K. Wong to H. Ng, J. Alexander, and S. Zhang, Feb. 14, 2019 | 74 |
| Email from J. Alexander to K. Wong, Feb. 15, 2019 | 75 |
| Intentionally Omitted | 76 |
| Email from J. Alexander to K. Wong, May 21, 2019 | 77 |
| Intentionally Omitted | 78 |
| Email from J. Alexander to L. Hua, D. Inamullah, S. Zhang, and J. Podulka, Mar. 12, 2020 | 79 |
| Contribution Agreement between L. Hua and Cred Capital, LLC, Mar. 31, 2020 | 80 |
| Email from D. Schatt to D. Wheeler, June 16, 2020 | 81 |
| Email from D. Inamullah to D. Schatt, J. Podulka, and A. Khakoo, June 29, 2020 | 82 |
| Email from J. Podulka to D. Schatt, Dec. 1, 2020 | 83 |
| Cred Near Term Liquidity Analysis, Nov. 7, 2020 | 84 |
| Email chain between J. Alexander and A. Derar, Apr. 16, 2019 | 85 |
| Email from J. Alexander to J. Bunting, Mar. 14, 2019 | 86 |
| Email chain between J. Alexander and R. Flowers, Mar. 15, 2019 | 87 |
| Email from J. Alexander to D. Davis, Mar. 14, 2019 | 88 |
| moKredit Investment Opportunity Slide Deck, Mar. 2019 | 89 |
| Cred Employee Chat Logs, Mar. 26, 2019 | 90 |
| Income Opportunities Board Minutes, Feb. 4, 2020 | 91 |
| Spreadsheet concerning W. Strong's investment | 92 |
| JST Consulting Agreement, Dec. 25, 2018 | 93 |
| Email from J. Podulka to D. Schatt, July 24, 2020 | 94 |
| Email from D. Inamullah to D. Schatt, A. Khakoo, and J. Podulka, Sept. 16, 2020 | 95 |
| Email from D. Schatt to J. Podulka, Nov. 14, 2020 | 96 |
| Email from D. Inamullah to J. Podulka and D. Schatt, July 13, 2020 | 97 |
| Email chain between J. Podulka, H. Moore, G. Estrada, S. Hwang, H. Ha, Nov. 5, 2020 | 98 |
| Cred LLC Subscription Agreement with Cambrian Systematic Strategies LP, July 29, 2020 | 99 |

| Description | Exhibit No. |
|---|---|
| Chat log between S. Zhang and J. Alexander, July 30, 2019 | 100 |
| Cambrian Systematic Strategies LP Quarterly Statement, Sept. 30, 2019 | 101 |
| Email from S. Zhang to J. Alexander, Feb. 6, 2020 | 102 |
| Redemption Confirmation, Jan. 22, 2020 | 103 |
| Metropolitan Commercial Bank Account Statement, Feb. 28, 2020 | 104 |
| Email from HC Global Fund Services to D. Schatt, Feb. 21, 2020 | 105 |
| Email from A. Khakoo to P. Collins, June 29, 2020 | 106 |
| Email from J. Podulka to D. Schatt, Aug. 8, 2020 | 107 |
| Email from J. Podulka to D. Schatt, Aug. 28, 2020 | 108 |
| Email from J. Sarson to D. Schatt, A. Khakoo, Nov. 17, 2020 | 109 |
| Email from M. Foster to J. Sarson, Jan 6, 2021 | 110 |
| Brett Arends, *Opinion: How did these 'All-Weather' portfolios weather 2020?* MarketWatch (Dec. 21, 2020) | 111 |
| Email from D. Inamullah to D. Schatt, J. Podulka, D. Wheeler and A. Khakoo, Oct. 1, 2020 | 112 |
| Liquidity Analysis Post March 2020 Flash Crash and Recommended Steps, Apr. 5, 2020 | 113 |
| Email with attachments from D. Inamullah to D. Schatt, H. Ng, J. Podulka, S. Zhang, and J. Alexander, Feb. 12, 2020 | 114 |
| Cred Asset Management Overview, Aug. 2020 | 115 |
| Intentionally Omitted | 116 |
| JST Risk Report, Feb. 28, 2020 | 117 |
| JST Risk Report, Mar. 17, 2020 | 118 |
| Email from S. Freeman to J. Alexander, H. Ng, D. Schatt, J Podulka, S. Zhang, and D. Inamullah, Mar. 12, 2020 | 119 |
| Email from J. Alexander to D. Inamullah, Mar. 18, 2020 | 120 |
| Emails between JST and Cred regarding a February invoice, Mar. 3, 2020 | 121 |
| Email from D. Inamullah to J. Podulka, D. Schatt and J. Alexander, Apr. 4, 2020 | 122 |
| Intentionally Omitted | 123 |
| Cred, Inc. Fireblocks logs | 124 |
| Email chain between J. Alexander and R. Chapman, Feb. 2, 2020 | 125 |
| Email from H. Ng to S. Foster, J. Alexander, S. Zhang, R. Chapman and L. Tabers, Feb. 5, 2020 | 126 |
| Email from R. Ortega J. Alexander, Mar. 10, 2020 | 127 |
| Email from D. Inamullah to J. Podulka and D. Schatt, July 13, 2020 | 128 |
| Quanta Capital Subscription Agreement, Feb. 4, 2020 | 129 |
| Email from J. Alexander to D. Inamullah and S. Zhang, Mar. 10, 2020 | 130 |
| Email from S. Foster to D. Inamullah, Feb. 13, 2020 | 131 |
| Transaction Log, Feb. 5, 2020 | 132 |
| Email from S. Foster to D. Inamullah, Mar. 23, 2020 | 133 |
| Kingdom Trust Investor Monthly Statement, Feb. 2020 | 134 |
| Cred Incident Investigation Report, Nov. 25, 2020 | 135 |
| Email chain between D. Inamullah and R. Chapman, Mar. 15, 2020 | 136 |

| Description | Exhibit No. |
|---|---|
| Email chain between D. Inamullah and S. Foster, May 9, 2020 | 137 |
| Email with attachments from S. Foster to A. Khakoo, June 1, 2020 | 138 |
| Email from D. Inamullah to J. Podulka, May 3, 2020 | 139 |
| Email from R. Chapman to D. Inamullah, July 16, 2020 | 140 |
| Email from S. Foster to A. Khakoo, July 29, 2020 | 141 |
| Email from S. Foster to A. Khakoo, July 30, 2020 | 142 |
| Email from A. Khakoo to D. Inamullah, Aug. 21, 2020 | 143 |
| Email from T. Kuhman to J. Podulka, Aug. 26, 2020 | 144 |
| Email from B. De Lude to D. Schatt, Dec. 8, 2020 | 145 |
| Email from T. Khuu to B. De Lude, D. Schatt, and J. Podulka, Oct. 30, 2020 | 146 |
| Email from B. De Lude to D. Inamullah, Aug. 27, 2020 | 147 |
| Email from B. De Lude to D. Inamullah, Aug. 27, 2020 | 148 |
| Email between J. Podulka and S. Ichimiya, Sept. 1, 2020 | 149 |
| Decl. of Marc Parrish in Supp. of the Mot. of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362, Exhibit G (ECF No. 91) | 150 |
| Intentionally Omitted | 151 |
| JST Risk Report, Mar. 11, 2020 | 152 |
| Decl. of Matthew K. Foster in Support of Debtors' Objection to Motion of James Alexander to Dismiss the Cred Capital, Inc. Case (ECF No. 434) | 153 |
| Email from S. Hwang to P. Bonjour, H. Ng, and D. Hummer, Dec. 15, 2020 | 154 |
| Chat logs between J. Alexander and D. Inamullah, June 24, 2020 | 155 |
| Employee Loan Agreement I, June 1, 2019 | 156 |
| Employee Loan Agreement II, June 1, 2019 | 157 |
| Employee Loan Agreement III, June 1, 2019 | 158 |
| Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case (ECF. No. 487) | 159 |
| Email from D. Inamullah to D. Schatt and J. Podulka, June 30, 2020 | 160 |
| Videotaped Deposition of James Alexander | 161 |
| Email from J. Evans to E. Gilman, Feb. 28, 2021 | 162 |
| Suggestion of Bankruptcy (ECF. No. 500) | 163 |
| JST Risk Report, Mar. 12, 2020 | 164 |
| Chat messages between S. Zhang, Han LNU and S. Hwang, Aug. 20, 2020 | 165 |
| Transcript of Zoom Hearing Re: Emergency Motions of the Official Committee of Unsecured Creditors, Feb. 5, 2021 | 166 |
| MN Form UCF-17-2, Order Granting Name Change, Aug. 18, 1994 | 167 |
| Letter from Andrew Selous MP, Parliamentary Under-Secretary of State for Justice, to Philip Davies MP, House of Commons, Nov. 7, 2014 | 168 |
| First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries under Chapter 11 of the Bankruptcy Code (ECF No. 380) | 169 |
| Articles of Association of moKredit, Oct. 25, 2017 | 170 |
| Note Purchase Escrow Agreement, Jan. 28, 2020 | 171 |
| Suppl. Decl. of Marc Parrish in Supp. of the Mot. of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 (ECF No. 128) | 172 |

| Description | Exhibit No. |
|---|---|
| Decl. of Marc Parrish in Supp. of the Mot. of UpgradeYa Investments, LLC for Relief from Stay under Bankruptcy Code Section 362 (ECF No. 91) | 173 |
| Exhibit C, Decl. of Daniel Schatt in Supp. Of Def.'s Opp. To Pl.'s Mot. for Prelim. Inj., *Alexander v. Schatt*, No. 20-CIV-02728 (Cal. Super. Ct. Aug. 27, 2020) | 174 |
| Crypto-to-Fiat Process Diagram | 175 |
| UpgradeYa Loan and Security Agreement, Apr. 20, 2020 | 176 |
| Holdings Update, Oct. 11, 2020 | 177 |
| UpgradeYa Tranche 1 Closing Statement | 178 |
| Email from L. Hua to D. Schatt, J. Grogan, and M. Zuppone, Nov. 4, 2020 | 179 |
| moKredit Diligence Checklist, Feb. 11, 2019 | 180 |
| JST Cred Exposure Summary | 181 |
| Chat log between S. Zhang and T. Perez, Jul. 8, 2019 | 182 |
| Chat log between S. Zhang and T. Perez, Dec. 4, 2019 | 183 |
| Chat log between S. Zhang and J. Alexander, Feb. 14, 2020 | 184 |

# Exhibit 57

# FILED UNDER SEAL

# Exhibit 58

# FILED UNDER SEAL

# Exhibit 59

# FILED UNDER SEAL

Exhibit 60



**Backup plans**

The blockchain, buttoned-up

Cred has one of the most comprehensive insurance policies available, including cyber hacking, E&O and regulatory coverage.

CRED_EXAMINER_00001617

Exhibit 61



CRED_EXAMINER_00001618

# Exhibit 62

# FILED UNDER SEAL

# Exhibit 63

# FILED UNDER SEAL

# Exhibit 64

# FILED UNDER SEAL

# Exhibit 65

# FILED UNDER SEAL

# Exhibit 66

# FILED UNDER SEAL

# Exhibit 67

# FILED UNDER SEAL

# Exhibit 68

# FILED UNDER SEAL

Exhibit 69 Intentionally Omitted

# Exhibit 70

# FILED UNDER SEAL

# Exhibit 71

# FILED UNDER SEAL

# Exhibit 72

# FILED UNDER SEAL

# Exhibit 73

# FILED UNDER SEAL

# Exhibit 74

# FILED UNDER SEAL

# Exhibit 75
# FILED UNDER SEAL

Exhibit 76 Intentionally Omitted

# Exhibit 77

# FILED UNDER SEAL

Exhibit 78 Intentionally Omitted

Exhibit 79

**To:**    Lu Hua[lu@mycred.io]; Dan Schatt[dan@mycred.io]; Daniyal Inamullah[d.inamullah@mycred.io]; Sally Zhang[sally@mycred.io]; joe podulka[joe@mycred.io]
**From:**    James Alexander
**Sent:**    Thur 3/12/2020 2:09:22 PM
**Subject:**    Cash needs - urgent

Hi Lu,
We need to recall cash urgently to support our hedge positions. Our immediate cash requirement is approximately $10 million.

Could you please call as soon as you get this message?  +12132626000.

Regards,

James

CRED_EXAMINER_00001685

# Exhibit 80

# FILED UNDER SEAL

# Exhibit 81

# FILED UNDER SEAL

# Exhibit 82

# FILED UNDER SEAL

# Exhibit 83

# FILED UNDER SEAL

# Exhibit 84

# FILED UNDER SEAL

# Exhibit 85

# FILED UNDER SEAL

# Exhibit 86

# FILED UNDER SEAL

# Exhibit 87

# FILED UNDER SEAL

# Exhibit 88

# FILED UNDER SEAL

# Exhibit 89

# FILED UNDER SEAL

# Exhibit 90
# FILED UNDER SEAL

# Exhibit 91

# FILED UNDER SEAL

# Exhibit 92

# FILED UNDER SEAL

# Exhibit 93

# FILED UNDER SEAL

# Exhibit 94

# FILED UNDER SEAL

# Exhibit 95

# FILED UNDER SEAL

# Exhibit 96

# FILED UNDER SEAL

# Exhibit 97

# FILED UNDER SEAL

# Exhibit 98

# FILED UNDER SEAL

# Exhibit 99

# FILED UNDER SEAL

# Exhibit 100

# FILED UNDER SEAL

# Exhibit 101

# FILED UNDER SEAL

# Exhibit 102

# FILED UNDER SEAL

# Exhibit 103

# FILED UNDER SEAL

# Exhibit 104

# FILED UNDER SEAL

# Exhibit 105

# FILED UNDER SEAL

# Exhibit 106

# FILED UNDER SEAL

# Exhibit 107

# FILED UNDER SEAL

# Exhibit 108

# FILED UNDER SEAL

# Exhibit 109

# FILED UNDER SEAL

# Exhibit 110
# FILED UNDER SEAL

Exhibit 111

**Brett Arends's ROI**

# Opinion: How did these 'All-Weather' portfolios weather 2020?

Published: Dec. 21, 2020 at 12:36 p.m. ET

By [Brett Arends](#)

**These typically look very different from the conventional long-term portfolio**



All Weather portfolios vs S&P 500 and "60/40," 2020. Value of $10,000 invested on January 1 2020. YCHARTS.COM

SPX  -1.31%  SPY  -1.32%  VBINX  -1.00%  GBIL    BND  -0.32%  BNDX  -0.31%

If ever there was a year when you'd hope an "all weather" investment portfolio would live up to its name, 2020 was that year.

Oops.

A review of many "all-weather" strategies — as outlined by market guru Meb Faber in his (free) book Global Asset Management—shows that very few sidestepped March's maelstrom, most of them

CRED_EXAMINER_00001823

suffering sharp falls in value.

Meanwhile they are all ending the year behind a simple S&P 500 **SPX, -1.31%** stock index fund such as the SPDR S&P 500 ETF **SPY, -1.32%**.

On the plus side: A couple performed well, causing few, if any, sleepless nights during the depths of the crisis and ending the year nearly behind the S&P 500.

I ran models of the main "all-weather" strategies, using the portfolio tools offered by YCharts.com, a financial website. I constructed the portfolios using exchange-traded funds available to any average Joe or Joanna saving for their retirement.

The thing about so-called "all weather" strategies is that they tend to look very different from the conventional long-term portfolio. Typically Wall Street tells us Main Street investors to hold a simple mix of stocks and bonds. The classic is the so-called "60/40" portfolio, which is 60% stocks (mostly U.S.) and 40% bonds (all U.S.). That's the makeup of the Vanguard Balanced Index Fund **VBINX, -1.00%**, for example. The theory is that the bonds, which offer lower returns but more stability, will smooth out the bumps on the road of the stock market.

There are a number of problems with this theory, even though it has worked well since the early 1980s. The biggest is that during that time we've been a massive bull market for bonds, caused by collapsing interest rates and collapsing inflation. So that distorts all the numbers. Bonds have been atypically terrific over this period. But long-term rates can't fall from 15% to 2% again. And if inflation and interest rates rise again, we could see stocks and bonds plunge together. That's what happened, for example, in the 1970s.

The other big problem is that most "balanced" or conventional U.S. portfolios are heavily weighted towards U.S. stocks. These have had a terrific decade, so they look great. But these things go in cycles. For most of the previous decade, for example, U.S. stocks were a dog. You wanted to be in things like European stocks and emerging markets. There's no particular reason U.S. stocks should do better than other markets regardless of valuations.

"All-weather" portfolios are supposed to work in any environment—rising inflation, falling inflation, growth, recession and so on. They typically include alternative assets such as gold, other commodities, and real-estate investment trusts. These are not fringe ideas, either. Champions include some of the most respected people on Wall Street, such as Ray Dalio, the billionaire founder of hedge fund behemoth Bridgewater, Research Affiliates Chairman Rob Arnott, David Swensen, who ran the Yale University endowment for decades, and Mohamed El-Erian, the former CEO of investment giant Pimco.

CRED_EXAMINER_00001824

What Biden's First 100 Days Mean For You and Your Money

How will the new administration's approach on policy, business and taxes impact you? At MarketWatch, our insights are focused on helping you understand what the news means for you and your money — no matter your investing experience. Become a MarketWatch subscriber today.

SUBSCRIBE NOW: 50% OFF 1 YEAR

How did they do?

The two standouts for 2020 were the Ray Dalio and Harry Browne portfolios.

The first is ending the year up nearly 17%, about level with the S&P 500, the second, 16%. But, critically, they rode through March pretty smoothly. At their lowest points, the Dalio portfolio was down just 4% on the year and the Browne portfolio 5%. Compare that to the S&P 500 index, which at one point was down 30% for the year, and even the balanced portfolio of U.S. stocks and bonds, which was down 18%.

The reasons for their stability aren't hard to find: The portfolios that sidestepped the worst of the turmoil held large amounts of cash GBIL,, U.S. bonds BND, -0.32%, international bonds BNDX, -0.31%, gold GLD, -1.10%, and Treasury inflation-protected securities SCHP, -0.21% or TIPS. These all went down much less than the market overall.

Curiously, the liquidation panic in March was so bad that even long-term U.S. bonds TLT, -1.08%, arguably the safest of safe havens, fell at one point as people rushed to get their hands on ready money. (Similar dislocations happened at points early in the 2008 crisis as well.) Only cash was king.

The Ray Dalio All-Weather Portfolio holds 40% of its money in 30-year Treasury bonds and 15% in 10-year Treasurys. Another 30% is in U.S. and overseas stocks, and 15% split between gold and other commodities.

The Harry Browne portfolio is remarkable in its simplicity: 25% each in U.S. stocks, 30-year U.S. bonds, gold, and cash (Treasury bills).

I've assumed for these calculations that you didn't take an active role and rebalance the portfolios more than once a year.

None of this is a fundamental criticism of the all-weather portfolios in theory or practice (nor of the various gurus who've suggested them in the past). They are supposed to work long-term, not just during individual crises. They are all based on analysis of what has worked, and not worked, over decades in the past. And their goal is not simply to maximize long-term returns, but to reduce the risk of disaster.

CRED_EXAMINER_00001825

Holding lots of gold and cash has lowered your returns dramatically during most recent decades, but they kept you afloat in the 1970s.

U.S. stocks, bonds, TIPS and gold have been very good performers this year. But to assume that they will therefore be good performers next year is to engage in double counting. All are now more expensive than they were in January. TIPS now sport negative "real yields," meaning if you buy them and hold them until maturity you are actually guaranteed to lose purchasing power. Based on a long-term measure known as Tobin's Q, which compares stock prices with the replacement cost of company assets, U.S. stocks are "overvalued by…278%" compared to history, reports London-based financial consultant Andrew Smithers.

Frankly, keeping all my money in those would give me some pretty sleepless nights. But investors who want to play it safe have even fewer options now than they did a year ago.



## Why 'death taxes' are not a concern for most of us



### Brett Arends

Brett Arends is an award-winning financial writer with many years experience writing about markets, economics and personal finance. He has received an individual award from the Society of American Business Editors and Writers for his financial writing, and was part of the Boston Herald team that won two others. He has worked as an analyst at McKinsey & Co., and

is a Chartered Financial Consultant. His latest book, "Storm Proof Your Money", was

CRED_EXAMINER_00001826

published by John Wiley & Co.

# Compare Brokerage Accounts ⓘ

**Account Minimum**

$ 10,000

**Trading Options**
- Annuities
- Bonds
- CDs
- ETFs
- Forex
- Futures
- International Investments
- Mutual Funds
- Options
- Stocks

| BROKER | STOCK FEES | ACCT. MIN | |
|---|---|---|---|
| TD Ameritrade | $0.00 per Trade | $0 | Sponsored Learn More |

TD Ameritrade now offers $0 commissions on online stock and ETF trades.

| charles SCHWAB | $0.00 per Trade | $0 | Sponsored Learn More |

$0 online stock, ETF, and options commissions. Trade up to Schwab.

| TradeStation | $0.00 per Trade | $0 | Sponsored Learn More |

Commission-Free Trading on Stocks, ETFs & Options. Open an Account Today!

Ad Disclaimer

SMARTASSET.COM

CRED_EXAMINER_00001827

# Exhibit 112

# FILED UNDER SEAL

# Exhibit 113

# FILED UNDER SEAL

# Exhibit 114

# FILED UNDER SEAL

Exhibit 115

FILED UNDER SEAL

Exhibit 116 Intentionally Omitted

# Exhibit 117

# FILED UNDER SEAL

# Exhibit 118

# FILED UNDER SEAL

# Exhibit 119

# FILED UNDER SEAL

# Exhibit 120

# FILED UNDER SEAL

# Exhibit 121

# FILED UNDER SEAL

# Exhibit 122

# FILED UNDER SEAL

Exhibit 123 Intentionally Omitted

# Exhibit 124

# FILED UNDER SEAL

# Exhibit 125
# FILED UNDER SEAL

# Exhibit 126

# FILED UNDER SEAL

# Exhibit 127

# FILED UNDER SEAL

# Exhibit 128

# FILED UNDER SEAL

# Exhibit 129

# FILED UNDER SEAL

# Exhibit 130

# FILED UNDER SEAL

# Exhibit 131

# FILED UNDER SEAL

# Exhibit 132

# FILED UNDER SEAL

# Exhibit 133

# FILED UNDER SEAL

# Exhibit 134

# FILED UNDER SEAL

# Exhibit 135

# FILED UNDER SEAL

# Exhibit 136

# FILED UNDER SEAL

Exhibit 137

FILED UNDER SEAL

# Exhibit 138

# FILED UNDER SEAL

# Exhibit 139

# FILED UNDER SEAL

# Exhibit 140

# FILED UNDER SEAL

# Exhibit 141

# FILED UNDER SEAL

# Exhibit 142

# FILED UNDER SEAL

# Exhibit 143

# FILED UNDER SEAL

# Exhibit 144

# FILED UNDER SEAL

# Exhibit 145

# FILED UNDER SEAL

# Exhibit 146

# FILED UNDER SEAL

# Exhibit 147

# FILED UNDER SEAL

# Exhibit 148

# FILED UNDER SEAL

# Exhibit 149

# FILED UNDER SEAL

Exhibit 150

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF MARC PARRISH IN SUPPORT OF THE
## MOTION OF UPGRADEYA INVESTMENTS, LLC FOR
## RELIEF FROM STAY UNDER BANKRUPTCY CODE SECTION 362

I, Marc Parrish, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.     I am the managing member of UpgradeYa Investments, LLC ("UpgradeYa"). I submit this declaration (the "Declaration") in support of the *Motion of UpgradeYa Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362* (the "Motion"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. I am authorized by UpgradeYa to submit this Declaration and, if called upon to testify, I could and would testify to the facts set forth herein.

2.     UpgradeYa and Debtor Cred (US) LLC ("Cred") are parties to that certain Loan and Security Agreement (the "Agreement") dated April 20, 2020. A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

3.     On April 21, 2020, Cred identified thirty (30) e-wallet accounts (the "Collateral Accounts") maintained by Fireblocks Inc. ("Fireblocks") to hold the Bitcoin to be deposited by UpgradeYa as collateral. Between April 23, 2020 and April 27, 2020, UpgradeYa deposited

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0063573.}

531.3004746 Bitcoins as collateral (the "Collateral") into the Collateral Accounts. On April 27, 2020, the market value of the Collateral was $4,121,010.88.

4.      As set forth on the Form of Draw Certificate dated April 30, 2020 (the "Draw Certificate"), UpgradeYa drew the full $2 million Line of Credit (the "LOC Draw"). A true and correct copy of the Draw Certificate is attached hereto as **Exhibit B**.

5.      Debtor Cred LLC and UpgradeYa also entered into that certain Line of Credit Agreement dated April 30, 2020 (the "CredEarn Agreement") pursuant to which UpgradeYa allocated $120,000 of the LOC Draw as a loan to the Debtors as part of the Debtors' CredEarn program that was to be used to pay the interest accrued on the Line of Credit while earning eight percent (8%) interest. A true and correct copy of the CredEarn Agreement is attached hereto as **Exhibit C**.

6.      Between April 2020 and August 2020, the value of the Collateral increased substantially as a result of a rise in the price of Bitcoin. On August 20, 2020, the Collateral had a market value of $6,325,132.15 – an increase of over $2 million from the time it was initially pledged.

7.      On August 10, 2020, UpgradeYa requested to withdraw ten percent (10%) of the Bitcoin it had deposited into the Collateral Accounts to return the deposited Collateral to a loan-to-value ratio closer to the requisite fifty percent (50%). A true and correct copy of the email from Marc Parrish to Cred employee Michael Zhang dated August 10, 2020 is attached hereto as **Exhibit D**.

8.      On August 13, 2020, the Debtors agreed to return 53.1200475 Bitcoin to UpgradeYa from the Collateral Accounts leaving 478.17 Bitcoin deposited as Collateral. A true and

{1311.001-W0063573.}

CRED_EXAMINER_00001997

correct copy of the email from Michael Zhang to Marc Parrish dated August 13, 2020 is attached hereto as **Exhibit E**.

9.      On August 14, 2020, the Debtors issued an updated Draw Certificate (the "Updated Draw Certificate") reflecting the reduction of the Collateral being held by the Debtors. A true and correct copy of the Updated Draw Certificate is attached hereto as **Exhibit F**.

10.     On October 28, 2020, Cred informed UpgradeYa that it had experienced irregularities in the handling of specific corporate funds and had temporarily suspended all inflows and outflows of funds relating to the CredEarn program. A true and correct copy of the email from Michael Zhang to Marc Parrish dated October 28, 2020 is attached hereto as **Exhibit G**.

11.     On October 29, 2020, UpgradeYa contacted the Debtors' Chief Executive Officer, Daniel Schatt, to inquire about the status of the Collateral being held by the Debtors and requested to settle the Line of Credit and withdraw the Collateral. A true and correct copy of the email from Marc Parrish to Daniel Schatt dated October 29, 2020 is attached hereto as **Exhibit H**.

12.     On October 31, 2020, Mr. Schatt responded stating "unfortunately I won't be able to provide an update for 7-10 days." A true and correct copy of the email from Daniel Schatt to Marc Parrish dated October 31, 2020 is attached hereto as **Exhibit I**.

13.     On November 7, 2020, UpgradeYa contacted Mr. Schatt stating that it can fulfill its obligations and will repay the entire $2 million Line of Credit in return for its Collateral. A true and correct copy of the email from Marc Parrish to Daniel Schatt dated November 7, 2020 is attached hereto as **Exhibit J**.

14.     To date, the Debtors have not engaged UpgradeYa with respect to its offers to repay the Line of Credit and have its Collateral returned to it.

{1311.001-W0063573.}

CRED_EXAMINER_00001998

15.    On November 10, 2020, the Debtors confirmed in writing to UpgradeYa that it was holding 478.170 Bitcoin as collateral and that UpgradeYa had an active CredEarn program with a balance of $73,171.47. A true and correct copy of the email from Cred employee Heidi Ng to Marc Parrish dated November 10, 2020 is attached hereto as **Exhibit K**.

16.    As of the Petition Date, the Collateral held by the Debtors had a market value of $7,322,65.38 and the outstanding amount of all obligations under the Line of Credit was $2 million.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 25, 2020                 */s/ Marc Parrish*
                                         MARC PARRISH
                                         UPGRADEYA INVESTMENTS, LLC

{1311.001-W0063573.}

CRED_EXAMINER_00001999

Exhibit 151 Intentionally Omitted