EXHIBIT A

Compensation Summary

**CRED, INC., *ET AL*.**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.5 | $1,228.50 |
| Asset Analysis and Recovery | 154.1 | $119,404.00 |
| Meetings/Communications with Creditors | 42.4 | $37,809.00 |
| Court Hearings | 32.6 | $29,122.00 |
| Fee/Employment Applications | 47.2 | $29,418.50 |
| Avoidance Action Analysis | 2.5 | $1,982.50 |
| Other Contested Matters | 190.0 | $152,061.50 |
| Tax Issues | 22.7 | $27,526.50 |
| Claims Administration & Objections | 32.7 | $25,255.50 |
| Plan and Disclosure Statement | 80.7 | $77,198.50 |
| Examiner Matters and Data Collection | 31.8 | $25,433.00 |
| **TOTALS** | **639.7** | **$526,439.50** |