EXHIBIT B

Expense Summary

**CRED, INC., *ET AL*.**

**EXPENSE SUMMARY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Case Website Hosting & Maintenance | Stretto | $1,336.84 |
| Computer Hosting Fees[1] | Relativity | $262.56 |
| Computer Research | Westlaw/Lexis/PACER | $9,437.65 |
| Computer Usage Charge – Data Review & Production Software[2] | Relativity | $53.50 |
| Deposition Transcript Fees | Veritext | $2,752.90 |
| Federal Express | | $25.22 |
| Hearing Transcript Fees | Reliable | $375.45 |
| Outside Copying/Mail out Services | Reliable | $4,792.61 |
| Professional Services/Consultants | Ciphertrace | $8,625.00 |
| **TOTALS** | | **$27,661.73** |

---

[1] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Hosting Fees" includes monthly hosting fees related to McDermott's license of Relativity's document hosting software, specifically the cost to use and maintain both the related servers and necessary network storage.

[2] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Usage Charge – Data Review & Production Software" includes monthly document processing, extraction, and conversion fees related to McDermott's license of Relativity's document hosting software.