EXHIBIT B

<u>Expense Summary</u>

**CRED, INC., *ET AL*.**

**EXPENSE SUMMARY
MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Case Website Hosting & Maintenance | Stretto | $1,336.84 |
| Computer Hosting Fees[1] | Relativity | $262.56 |
| Computer Research | Westlaw/Lexis/PACER | $9,437.65 |
| Computer Usage Charge – Data Review & Production Software[2] | Relativity | $53.50 |
| Deposition Transcript Fees | Veritext | $2,752.90 |
| Federal Express | | $25.22 |
| Hearing Transcript Fees | Reliable | $375.45 |
| Outside Copying/Mail out Services | Reliable | $4,792.61 |
| Professional Services/Consultants | Ciphertrace | $8,625.00 |
| **TOTALS** | | **$27,661.73** |

---

[1] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Hosting Fees" includes monthly hosting fees related to McDermott's license of Relativity's document hosting software, specifically the cost to use and maintain both the related servers and necessary network storage.

[2] McDermott licenses document-hosting software from Relativity for use in ongoing discovery processes and pays applicable software fees to Relativity based on the size of the data stored on its servers. "Computer Usage Charge – Data Review & Production Software" includes monthly document processing, extraction, and conversion fees related to McDermott's license of Relativity's document hosting software.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500832 |
| | | Invoice Date: | 04/16/2021 |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 01/20/21 | Document Services | 177.78 |
| | VENDOR: Reliable Copy Service INVOICE#: WL096920 DATE: 1/20/2021   - mailout services | |
| 01/20/21 | Document Services | 102.80 |
| | VENDOR: Reliable Copy Service INVOICE#: WL096924 DATE: 1/20/2021   - mailout services | |
| 01/21/21 | Document Services | 124.60 |
| | VENDOR: Reliable Copy Service INVOICE#: WL096958 DATE: 1/21/2021   - mailout services | |
| 01/25/21 | Obtain Copy of Transcripts | 152.25 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097036 DATE: 1/25/2021   - obtain hearing transcript | |
| 01/31/21 | Professional Services | 1,336.84 |
| | VENDOR: Stretto INVOICE#: 4615 DATE: 1/31/2021   - web hosting | |
| 02/04/21 | Document Services | 897.75 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097212 DATE: 2/4/2021   - mailout services & prepare and file affidavit of service | |
| 02/08/21 | Document Services | 41.66 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097228 DATE: 2/8/2021   - mailout services | |
| 02/08/21 | Document Services | 299.17 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097229 DATE: 2/8/2021   - mailout services | |
| 02/08/21 | Obtain Copy of Transcripts | 62.40 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097237 DATE: 2/8/2021   - hearing transcript | |
| 02/09/21 | Document Services | 48.94 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097296 DATE: 2/9/2021   - mailout services | |
| 02/09/21 | Document Services | 4.64 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097297 | |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500832 |
| | | Invoice Date: | 04/16/2021 |

| Date | Description | Amount |
|---|---|---:|
| 02/09/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097268<br>DATE: 2/9/2021   - mailout services | 100.74 |
| 02/09/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097258<br>DATE: 2/9/2021   - mailout services | 100.74 |
| 02/09/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097288<br>DATE: 2/9/2021   - mailout services | 100.74 |
| 02/09/21 | Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL097282<br>DATE: 2/9/2021   - obtain hearing transcript | 54.00 |
| 02/10/21 | Depositions<br>VENDOR: Veritext INVOICE#: 4821889 DATE: 2/10/2021   - deposition transcript | 2,752.90 |
| 02/15/21 | Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL097373<br>DATE: 2/15/2021   - obtain hearing transcript | 27.60 |
| 02/25/21 | Professional Services/Consultants<br>VENDOR: CipherTrace Inc INVOICE#: 870 DATE: 2/25/2021   - forensic and expert witness consulting | 8,625.00 |
| 03/01/21 | Computer Research<br>Computer Research, DARREN YANG | 257.40 |
| 03/01/21 | Express Mail<br>FedEx #730134851 - 773033312384, LOS ANGELES | 25.22 |
| 03/02/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097667<br>DATE: 3/2/2021   - mailout services | 8.75 |
| 03/02/21 | Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL097649<br>DATE: 3/2/2021   - hearing transcript | 13.20 |
| 03/09/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097788<br>DATE: 3/9/2021   - mailout services | 53.00 |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500832 |
| | | Invoice Date: | 04/16/2021 |

| Date | Description | Amount |
|---|---|---:|
| 03/12/21 | Computer Research | 715.00 |
| | Computer Research, GREGG STEINMAN | |
| 03/12/21 | Computer Research | 193.05 |
| | Computer Research, DARREN YANG | |
| 03/13/21 | Computer Research | 111.80 |
| | Computer Research, GREGG STEINMAN | |
| 03/14/21 | Computer Research | 620.10 |
| | Computer Research, GREGG STEINMAN | |
| 03/14/21 | Computer Research | 243.72 |
| | Computer Research, MIKE FERRARA | |
| 03/14/21 | Computer Research | 643.50 |
| | Computer Research, DARREN YANG | |
| 03/15/21 | Computer Research | 809.90 |
| | Computer Research, GREGG STEINMAN | |
| 03/15/21 | Computer Research | 121.86 |
| | Computer Research, MIKE FERRARA | |
| 03/15/21 | Computer Research | 128.70 |
| | Computer Research, DARREN YANG | |
| 03/16/21 | Computer Research | 3,235.01 |
| | Computer Research, MIKE FERRARA | |
| 03/16/21 | Computer Research | 257.40 |
| | Computer Research, DARREN YANG | |
| 03/17/21 | Document Services | 2,120.20 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097901 DATE: 3/17/2021   - mailout services | |
| 03/17/21 | Document Services | 65.88 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097898 DATE: 3/17/2021   - mailout services | |
| 03/17/21 | Document Services | 308.68 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097896 DATE: 3/17/2021   - mailout services | |
| 03/18/21 | Computer Research | 843.70 |
| | Computer Research, GREGG STEINMAN | |
| 03/18/21 | Computer Research | 61.75 |
| | Computer Research, GREGG STENMAN | |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500832 |
| | | Invoice Date: | 04/16/2021 |

| Date | Description | Amount |
|---|---|---:|
| 03/20/21 | Computer Research | 121.86 |
| | Computer Research, MIKE FERRARA | |
| 03/21/21 | Computer Research | 225.30 |
| | Computer Research, MIKE FERRARA | |
| 03/22/21 | Computer Research | 257.40 |
| | Computer Research, DARREN YANG | |
| 03/23/21 | Computer Research | 128.70 |
| | Computer Research, DARREN YANG | |
| 03/23/21 | Document Services | 111.78 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097955 DATE: 3/23/2021   - mailout services | |
| 03/23/21 | Document Services | 51.40 |
| | VENDOR: Reliable Copy Service INVOICE#: WL098002 DATE: 3/23/2021   - mailout services | |
| 03/23/21 | Obtain Copy of Transcripts | 66.00 |
| | VENDOR: Reliable Copy Service INVOICE#: WL097974 DATE: 3/23/2021   - obtain copy of hearing transcript | |
| 03/24/21 | Computer Research | 126.10 |
| | Computer Research, DARREN YANG | |
| 03/25/21 | Document Services | 17.80 |
| | VENDOR: Reliable Copy Service INVOICE#: WL098089 DATE: 3/25/2021   - mailout services | |
| 03/28/21 | Computer Research | 128.70 |
| | Computer Research, DARREN YANG | |
| 03/29/21 | Document Services | 55.56 |
| | VENDOR: Reliable Copy Service INVOICE#: WL098138 DATE: 3/29/2021   - mailout services | |
| 03/30/21 | Computer Research | 206.70 |
| | Computer Research, GREGG STEINMAN | |
| 03/31/21 | Computer Hosting Fees | 262.56 |
| | March monthly fee for data hosting (Relativity) | |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | | |
|---|---|---|---|
| Debtor's Estate | | Payor: | 111614 |
| | | Invoice: | 3500832 |
| | | Invoice Date: | 04/16/2021 |

| Date | Description | Amount |
|---|---|---|
| 03/31/21 | Computer Usage Charge - Data Review & Production Software<br>March Relativity new data load fee | 53.50 |

| | | |
|---|---|---|
| | **Total Costs and Other Charges** | **$27,661.73** |
| | **Total This Invoice** | **$554,101.23** |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

US practice conducted through McDermott Will & Emery LLP.