**<u>Exhibit B</u>**

**Liquidation Analysis**

Cred Inc. & Subsidiaries
Chapter 7 Liquidation Analysis

| Assets | Notes | Proposed Plan of Liquidation | | Chapter 7 Liquidation | |
|---|---|---|---|---|---|
| Unrestricted Cash as of Effective Date | A | | $2,444,168 | | $2,444,168 |
| Liquidation of Cryptocurrency Holdings | B | | 20,248,214 | | 20,248,214 |
| MoKredit Note | C | | 32,192,681 | | 32,192,681 |
| Additional Liquid Assets | C | | 664,165 | | 664,165 |
| Total estimated proceeds available | | | 55,549,227 | | 55,549,227 |
| **Reserves Budgeted for Administration expenses** | | | | | |
| Estimated Operating Liabilities | D | | (50,000) | | (50,000) |
| Estimated UST fees | E | | (125,000) | | (125,000) |
| Total estimated for distribution | | | 55,374,227 | | 55,374,227 |
| **Administrative Fees** | | | | | |
| Chapter 7 Professionals | F | 100% | - | 100% | 2,000,000 (2,000,000) |
| Chapter 7 Trustee Commissions | G | 100% | - | 100% | 1,661,227 (1,661,227) |
| Chapter 11 Professionals | H | 100% | 2,319,420 (2,319,420) | 100% | 2,319,420 (2,319,420) |
| Liquidating Trust Budget | I | 100% | 1,500,000 (1,500,000) | 100% | - - |
| Estimated UST fees | J | 100% | 553,742 (553,742) | 100% | 553,742 (553,742) |
| Net estimated proceeds available after distribution | | | 51,001,065 | | 48,839,838 |
| **Administrative Claims** | | | | | |
| Administrative Claims | | 100% | - - | 100% | - - |
| Net estimated proceeds available after distribution | | | 51,001,065 | | 48,839,838 |
| **Priority & Secured Claims** | | | | | |
| Other Priority Claims (Class 1) | | 100% | - - | 100% | - - |
| Secured Tax Claims (Class 2) | | 100% | - - | 100% | - - |
| Other Secured Claims (Class 3) | | 100% | - - | 100% | - - |
| Net estimated proceeds available after distribution | | | 51,001,065 | | 48,839,838 |
| **Unsecured Claims & Equity Interest** | | | | | |
| General Unsecured Claims (Class 4) | K | 30% | 170,138,236 (50,851,065) | 29% | 170,138,236 (48,696,729) |
| Convenience Claims (Class 5) | L | 30% | 500,000 (150,000) | 29% | 500,000 (143,109) |
| Subordinated Securities Claims (Class 6) | | 100% | - | 0% | - |
| Equity Interests in Debtors (Class 7) | | 100% | - | 0% | - |
| Net estimated proceeds available after distribution | | | - | | (0) |

Notes:
A)  Based on updated budget as of 2/26/21 and assumes Effective Date of 4/2/21. Does not include funds held in professional fee escrow account.
B)  Cryptocurrency value based on rollowing four week historical average as of 2/26/21; assumes illiquid cryptocurrency is liquidated at a discount to that value.
C)  Assumes collection of accounts and notes receivable as well as liquidation of certain physical assets over time. Discounts are applied to these assets based on Debtors' estimate of collectibility.
D)  The Debtors don't anticipate additional operating liabilities due to the cessation of operations but are keeping a $50k reserve.
E)  Estimated UST fees through Effective Date.
F)  Estimated Chapter 7 professional fees to gather data, assist with liquidation of cryptocurrency, and prosecute collections actions regarding Additional Liquid Assets.
G)  3% of distributions.
H)  Estimated outstanding professional fees that would need to be paid prior to plan going effective.
I)  Estimated budget for Liquidating Trust to liquidate cryptocurrency and prosecute collections actions regarding Additional Liquid Assets.
J)  Estimated UST fees for the remainder of the case.
K)  A liquidating trust would make interim distributions to Class 4 claimants whereas a Chapter 7 trustee would make distributions at the end of the case; which is potentially several years.The Debtors did not complete an analysis to incorporate the time value of money but the present value of the Chapter 7 recovery would be negatively impacted by any discount rate that is applied.
L)  Debtors' estimate of creditors that elect to participate as a Convenience Class Claim. This analysis does not assume any creditors with claims greater than $1k make the Convenience Class Election.