**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                Debtors.[1] | )  Chapter 11<br>)<br>)  Case No. 20-12836 (JTD)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: Docket No. 380, 602 & 619** |

**NOTICE OF FILING OF AMENDMENT TO THE MODIFIED FIRST AMENDED COMBINED JOINT PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF CRED INC. AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 5, 2021, Cred Inc. ("**Cred**") and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**") filed the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 602] (as may be amended from time to time, the "**Modified Combined Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on March 10, 2021, the Debtors filed a revised version of the Modified Combined Plan [Docket No. 619] (the "**Revised Modified Combined Plan**") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that on March 11, 2021, the Bankruptcy Court entered the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629] (the "**Confirmation Order**"). The Confirmation Order states "[p]rior to the Effective Date, the Debtors, after consultation with the Committee, may make appropriate technical adjustments and modifications to the Combined Plan and Disclosure Statement without further order or approval of the Court, provided that such technical adjustments and modifications do not materially change the treatment of holders of Claims or Equity Interests." *See* Confirmation Order ¶ 34.

**PLEASE TAKE FURTHER NOTICE** that on April 15, 2021, the Debtors hereby file an amendment to the Revised Modified Combined Plan (the "**Amended Modified Combined Plan**"). As required under the Confirmation Order, the Amended Modified Combined Plan contains no material changes to the treatment of holders of Claims or Equity Interests and is being

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

filed prior to the Effective Date. Capitalized terms used herein and not otherwise defined have the meanings given to them in the Amended Modified Combined Plan.

**PLEASE TAKE FURTHER NOTICE** that the Amended Modified Combined Plan is attached hereto as **Exhibit A**. For convenience, a blackline version comparing Amended Modified Combined Plan to the Revised Modified Combined Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Amended Modified Combined Plan prior to the Effective Date as contemplated by the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Modified Combined Plan, Revised Modified Combined Plan, the Amended Modified Combined Plan and related documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Donlin Recano & Company, Inc., by: (i) calling the Debtors' restructuring information center at 1-877-739-9988, and/or (ii) visiting the Debtors' restructuring website at https://donlinrecano.com/Clients/cred/Index. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at https://ecf.deb.uscourts.gov.

[*Remainder of page intentionally left blank.*]

Dated: April 16, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*