## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 16, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/16/2021 | 721 | Application for Compensation Fourth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period March 1, 2021 to March 31, 2021 Filed by Official Committee of Unsecured Creditors. Objections due by 5/6/2021. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 04/16/2021) |

X _____
Laurie Heggan

Dated: April 16, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 16th day of April 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

Paul Hastings LLP
James T. Grogan
Mack Wilson
600 Travis Street, 58th Floor
Houston, Texas 77002

Paul Hastings LLP
G. Alexander Bongartz
Derek Cash
200 Park Avenue
New York, New York 10166

Cousins Law LLC
Scott D. Cousins
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803

Office of the United States Trustee
for the District of Delaware
Joseph J. McMahon, Jr.
844 King Street, Suite 2207
Wilmington, Delaware 19801