**Exhibit B**

By Electronic Mail

| | |
|---|---|
| Buchanan Ingersoll & Rooney PC<br>Geoffrey G. Grivner<br>919 N. Market Street, Suite 990<br>Wilmington, DE 19801<br>geoffrey.grivner@bipc.com | Bird, Marella, Boxer and Wolpert<br>Paul S. Chan<br>1875 Century Park E, 23rd Floor<br>Los Angeles, CA 90067-2561<br>pchan@birdmarella.com |
| Levene Neale Bender Yoo & Brill LLP<br>David B. Golubchik<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90067<br>dbg@lnbyb.com | |