**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |
| | ) **Obj. Deadline: May 10, 2021 at 4:00 p.m. (ET)** |

**SUMMARY OF FIFTH MONTHLY FEE APPLICATION OF MACCO**
**RESTRUCTURING GROUP LLC AS FINANCIAL ADVISORS TO THE DEBTORS**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant | MACCO Restructuring Group, LLC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | December 21, 2020 (*Nunc Pro Tunc* to November 7, 2020) |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through March 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,539.00 (80% = $13,231.20) (20% = $3,307.80) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Fifth Avenue, Suite 200, San Mateo, California 94401.

This is a(n): _x_ monthly____interim____final application.

The compensation sought in this Fifth Monthly Fee Application in connection with preparing this Application is $0.00. MACCO Restructuring Group, LLC reserves the right to request compensation for additional time and expenses incurred in preparing this Fifth Monthly Fee Application, which will appear on a subsequent application.

**Prior Monthly Application**:

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback (20%) |
| 01/11/2021; ECF #345 | 11/07/2020-11/30/2020 | $333,060.50 | $219.65 | $266,448.40, | $219.65 | $66,612.10 |
| 01/18/2021; ECF #360 | 12/1/2020-12/31/2020 | $375,475.50 | $29.00 | $300,380.40 | $29.00 | $75,095.10 |
| 02/16/2021; ECF #510 | 01/01/2021-01/31/2021 | $123,988.00 | $0.00 | $99,190.40 | $0.00 | $24,797.60 |
| 03/31/2021; ECF #695 | 02/02/2021-02/28/2021 | $25,173.50 | $0.00 | $20,138.80 | $0.00 | $5,034.70 |

## COMPENSATION BY INDIVIDUAL DURING THE BANKRUPTCY CASE

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 1.60 | $960.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 2.10 | $1,155.00 |
| Pablo Bonjour | Managing Director | $525.00 | 15.00 | $7,875.00 |
| Kathy Mayle | Senior Director | $465.00 | 13.60 | $6,324.00 |
| Micah Miller | Director | $450.00 | 0.50 | $225.00 |
| | TOTALS: | | 32.80 | $16,539.00 |
| | Blended Rate: | $504.24 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category/Task Code | Hours | Fees |
|---|---|---|
| 016: Case Administration | 15.10 | $8,004.00 |
| 018: Employment/Fee Applications/Objections | 13.30 | $6,225.00 |
| 019: Contested Matters/Litigation | 4.40 | $2,310.00 |
| **TOTALS:** | **32.80** | **$16,539.00** |

## SUMMARY OF EXPENSES INCURRED IN THIS BANKRUPTCY CASE

| Expense Category | Amount |
|---|---|
| None. | $0.00 |
| **Total:** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[2] | ) |
| | ) |
| | ) **Obj. Deadline: May 10, 2021 at 4:00 p.m. (ET)** |

**FIFTH MONTHLY FEE APPLICATION OF MACCO RESTRUCTURING GROUP
LLC AS FINANCIAL ADVISORS TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THEPERIOD OF
MARCH 1, 2021 THROUGH MARCH 31, 2021**

MACCO Restructuring Group, LLC ("MACCO") files this Fifth monthly fee application

for compensation and reimbursement of expenses ("Fee Application") requesting payment for

services rendered and reimbursement of expenses as financial advisors for the above-captioned

Debtors ("the Debtors") for the period of March 1, 2021 through March 31, 2021 (the "Fee

Period"). In support of this Fee Application, MACCO respectfully states:

**Jurisdiction**

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This

is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 11 case

in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number,
as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred
Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East
Fifth Avenue, Suite 200, San Mateo, California 94401.

## Relief Requested

2.      Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Pursuant to 11 U.S.C. §§ 105(a), 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals (the "Administrative Fee Order") [Docket No. 269], MACCO Restructuring Group, LLC ("MACCO") hereby submits this Fifth Monthly Application (the "Fifth Monthly Application") for reasonable compensation for professional services rendered as financial advisors to Debtors in the above captioned case (the "Bankruptcy Case"), seeking interim approval and payment of professional fees in the amount of $13,231.20 (80% of $16,539.00) together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period commencing March 1, 2021 through and including March 31, 2021 (the "Fee Period").

## Background

3.      On November 7, 2020 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On December 3, 2020 the Office of the United States Trustee appointed the Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 120].

5.      On December 18, 2020, the Court granted the Motion to Appoint an Examiner [Docket No. 133].

6.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

7.      Additional information regarding the Debtors' business is set forth in the *Declaration of Daniel Schatt in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 12].

8.      On November 17, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisors to the Debtors, Effective Nunc Pro Tunc to the Petition Date* (the "Retention Application") [Docket No. 57]. On December 12, 2020, Debtors filed the *Supplemental Declaration of Drew McManigle in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisors to the Debtors, Effective Nunc Pro Tunc to the Petition Date* [Docket No. 181].

9.      On December 21, 2020, the Court entered the revised order approving the Retention Application (the "Retention Order") [Docket No. 272]. The Retention Order authorizes MACCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

10.      All services for which compensation is requested by MACCO were performed on behalf of the Debtors.

### Summary of Fees

11.      MACCO professionals expended 32.80 hours in performing professional services for the Debtors during the Application Period.  Pursuant to the Administrative Fee Order,

MACCO is entitled to monthly compensation for its services provided to the Debtors at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

12.    Services rendered by each professional during the Fee Period, and a summary of the time incurred by task are attached hereto as **Exhibit B** and **Exhibit C**. Attached hereto as **Exhibit C** is MACCO's detailed statement of fees and expenses incurred during the Fee Period (the "Billing Statement"). The services rendered by MACCO directly in connection with this Bankruptcy Case during the Fee Period are identified by category set forth in the Billing Statement. The professionals who rendered services relating to each category or matter are identified, along with the number of hours for each individual and the total compensation sought for each category, in the summary attachments hereto.

**Code 016 – Case Administration**

13.    Services performed in this category related to case administration: and responsive communications and documentation provided to Examiner.

**Code 018 - Employment/Fee Applications/Objections**

14.    Time spent in this category related to MACCO's preparation of monthly application, drafting of final fee applications, and services related to the Interim Compensation Order and compliance of same.

**Code 019 - Contested Matters/Litigation**

15.    Time spent in this category related to attendance at hearings, and monitoring pleadings related to same.

**Actual Incurred Disbursements Summary**

16.    MACCO has not incurred any out-of-pocket disbursements during the Fee Period in this Bankruptcy Case.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

17.     In accordance with Del. Bankr. L.R. 2016-2, a summary schedule of hours and fees for each professional, and a summary of hours and fees categorized by project code are attached.  The Undersigned submits that this Fee Application complies with Del. Bankr. L.R. 2016-2 and the Retention Order.

18.     MACCO submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

19.     No agreement or understanding exists between MACCO and any other entity (other than shareholders or employees of MACCO) for the sharing of compensation received or to be received for services rendered in or in connection with this case.

**Notice**

20.     Pursuant to the Interim Compensation Order, notice of this Fee Application has been given to (i) the Chief Restructuring Officer on behalf of the Debtors; (ii) the Debtors' counsel; (iii) the Office of the United States Trustee; (iv) counsel to the Official Committee of the Unsecured Creditors.

WHEREFORE, MACCO respectfully requests an interim allowance of compensation for professional services rendered as financial advisors to the Debtors during the Fee Period in the amount of $13,231.20 for the Application Period (80% of $16,539.00 total fees), pursuant to the Administrative Fee Order; and such other further relief that the Court deems just and proper.

Dated: April 19, 2021                    Respectfully Submitted,

                                         */s/ Drew McManigle*
                                         Drew McManigle
                                         Founder and CEO
                                         MACCO Restructuring Group LLC
                                         The Pennzoil Building
                                         700 Milam Street, Suite 1300
                                         Houston, Texas 77002
                                         Telephone: (410) 350-1839
                                         Email: drew@macco.group

                                         *Financial Advisors to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                        Debtors.³ | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Obj. Deadline: May 10, 2021 at 4:00 p.m. (ET)**<br>) |

## VERIFICATION PURSUANT TO DEL. BANKR. L. R. 2016-2(g) AND U.S.C. § 1746

I, Drew McManigle, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am the founder and Chief Executive Officer of MACCO Restructuring Group, LLC ("MACCO").  MACCO has rendered professional services to the Debtors in these Chapter 11 cases.

2.      I have read the foregoing application of MACCO for compensation and reimbursement of expenses (the "Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United State Trustee.

---

[3]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Fifth Avenue, Suite 200, San Mateo, California 94401.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, to the best of my information, knowledge, and belief.

Dated: April 19, 2021                                    MACCO RESTRUCTURING GROUP, LLC
       Houston, Texas


       */s/ Drew McManigle*
       Drew McManigle
       Founder and CEO
       MACCO Restructuring Group LLC
       The Pennzoil Building
       700 Milam Street, Suite 1300
       Houston, Texas 77002
       Telephone: (410) 350-1839
       Email: drew@macco.group

       *Financial Advisors to the Debtors*