**EXHIBIT A**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Name | Position | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 1.60 | $960.00 |
| Paul Maniscalco | Sr. Managing Director | $550.00 | 2.10 | $1,155.00 |
| Pablo Bonjour | Managing Director | $525.00 | 15.00 | $7,875.00 |
| Kathy Mayle | Senior Director | $465.00 | 13.60 | $6,324.00 |
| Micah Miller | Director | $450.00 | 0.50 | $225.00 |
| | **TOTALS:** | | 32.80 | $16,539.00 |
| | **Blended Rate:** | **$504.24** | | |