**EXHIBIT B**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Project Category/Task Code | Hours | Fees |
|---|---:|---:|
| 016: Case Administration | 15.10 | $8,004.00 |
| 018: Employment/Fee Applications/Objections | 13.30 | $6,225.00 |
| 019: Contested Matters/Litigation | 4.40 | $2,310.00 |
| **TOTALS:** | **32.80** | **$16,539.00** |