**EXHIBIT C**
**CRED, INC., ET AL – CASE NO. 20-12836**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

**SEE ATTACHED INVOICE**

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

Matthew K Foster
CRED INC., et al.
2121 South El Camino Real, Suite 500
San Mateo , CA  94401

# INVOICE

INVOICE DATE: 3/31/2021
INVOICE NO: 1188
BILLING THROUGH: 3/31/2021

**CRED INC. -  Chapter 11**                                                                                    **Managed By: Drew McManigle**

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **016:** | **Case Administration** | | | | |
| 3/1/2021 | Pablo Bonjour | Monitor and review UpgradeYa's motion that was denied by the court and several filings/objections to confirmation by IRS, James Alexander and UpgradeYa. | 0.50 | $525.00 | $262.50 |
| 3/2/2021 | Paul Maniscalco | Call with Dundon Advisors to perform knowledge transfer address questions related to MACCO workflow pursuant to Dundon completing workflow for examiner | 0.50 | $550.00 | $275.00 |
| 3/2/2021 | Paul Maniscalco | Call with P. Bonjour regarding Uphold value calculations. | 0.10 | $550.00 | $55.00 |
| 3/2/2021 | Pablo Bonjour | Call with P. Maniscalco (.1) and communications with M. Garbe at Dundon regarding Uphold value calculations (.1). | 0.20 | $525.00 | $105.00 |
| 3/3/2021 | Pablo Bonjour | Call with K. Mayle regarding Uphold data and Donlin Recano actions and serving updated. | 0.40 | $525.00 | $210.00 |
| 3/3/2021 | Pablo Bonjour | Review excerpt of documentation sent by Dundon requesting source data and communications with M. Garbe and E. Ruebel. | 0.20 | $525.00 | $105.00 |
| 3/3/2021 | Pablo Bonjour | Calls with M. Miller (.1) and P. Maniscalco (.2) regarding Uphold data sourcing and additional updates regarding case. | 0.30 | $525.00 | $157.50 |
| 3/3/2021 | Pablo Bonjour | Call with P. Maniscalco researching, sourcing and reviewing source data files. | 1.40 | $525.00 | $735.00 |
| 3/3/2021 | Pablo Bonjour | Communications with MACCO team regarding requested data requests from Dundon. | 0.10 | $525.00 | $52.50 |
| 3/3/2021 | Pablo Bonjour | Call with M. Miller regarding source of data requested by Dundon. | 0.40 | $525.00 | $210.00 |
| 3/3/2021 | Pablo Bonjour | Monitor and review pleadings including liquidating plan. | 0.90 | $525.00 | $472.50 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/3/2021 | Paul Maniscalco | Call with Dundon Advisors to perform knowledge transfer and address questions pursuant to Dundon completing workflow for examiner. | 0.50 | $550.00 | $275.00 |
| 3/3/2021 | Kathy Mayle | Call with P. Bonjour regarding Donlin Recano and data. | 0.40 | $465.00 | $186.00 |
| 3/3/2021 | Paul Maniscalco | Call with Pablo Bonjour, research valuation of Uphold valuation as of the petition date pursuant to providing such for Dundon, related to workflow being performed by Dundon for the examiner. | 1.00 | $550.00 | $550.00 |
| 3/3/2021 | Micah Miller | Calls with P Bonjour regarding Uphold data sourcing and additional updates regarding case. | 0.50 | $450.00 | $225.00 |
| 3/3/2021 | Pablo Bonjour | Call with E. Ruebel regarding the Uphold Balance JST and other case related matters. | 0.50 | $525.00 | $262.50 |
| 3/4/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.50 | $525.00 | $262.50 |
| 3/5/2021 | Pablo Bonjour | Monitor and review pleadings including but not limited to the request for an order granting final approval of disclosure and approving modified amended plan of Liquidation and Disclosure and responses to UpgradeYa's objections. | 1.50 | $525.00 | $787.50 |
| 3/8/2021 | Pablo Bonjour | Communications with MACCO team regarding examiner's report and plan and agenda items for the final week and final fee application and plan. | 0.50 | $525.00 | $262.50 |
| 3/8/2021 | Drew McManigle | Receipt and review of Examiner's Report (1.0); notes and call w/ P. Bonjour re: same and engagement conclusion (.3). | 1.30 | $600.00 | $780.00 |
| 3/8/2021 | Pablo Bonjour | Call with M. Foster discussing examiner's report and MACCO final duties and fee application filing plan. | 0.30 | $525.00 | $157.50 |
| 3/8/2021 | Pablo Bonjour | Monitor pleadings and review including Examiner's report. | 1.50 | $525.00 | $787.50 |
| 3/11/2021 | Pablo Bonjour | Call with M. Foster regarding transition to the Trustee and other plan confirmation items. | 0.20 | $525.00 | $105.00 |
| 3/11/2021 | Pablo Bonjour | Monitor and review pleadings including but not limited to the revised proposed order confirming modified first amended combined plan of liquidation and disclosure statement. | 1.00 | $525.00 | $525.00 |
| 3/11/2021 | Pablo Bonjour | Communications with the MACCO team regarding plan confirmation. | 0.20 | $525.00 | $105.00 |
| 3/29/2021 | Kathy Mayle | Call with M. Wilson regarding status of case. | 0.20 | $465.00 | $93.00 |
| | | **016: Case Administration Totals:** | **15.10** | | **$8,004.00** |

**018:     Employment/Fee Applications/Objections**

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2021 | Drew McManigle | Receipt and review of note from CRO re: engagement conclusion and approval for filing final fee application and related matters (.2); MACCO note from K. Mayle re: timing and preparation of same (.1). | 0.30 | $600.00 | $180.00 |
| 3/9/2021 | Kathy Mayle | Review docket. Email S. Cousins regarding certificate of no objection on third monthly fee statement. | 0.10 | $465.00 | $46.50 |
| 3/24/2021 | Kathy Mayle | Assembling of reporting and balancing of accounts to work on Final Fee Application. | 2.00 | $465.00 | $930.00 |
| 3/25/2021 | Kathy Mayle | Draft Final Fee Application. | 8.00 | $465.00 | $3,720.00 |
| 3/25/2021 | Kathy Mayle | Emails with counsel regarding final fee process. | 0.20 | $465.00 | $93.00 |
| 3/26/2021 | Kathy Mayle | Review and email draft of Final Fee Application to P. Maniscalco and J. Buettner. | 1.00 | $465.00 | $465.00 |
| 3/28/2021 | Kathy Mayle | Review sample proposed orders on fee applications, and draft proposed Order on Final Fee Application. | 1.50 | $465.00 | $697.50 |
| 3/28/2021 | Kathy Mayle | Final review of draft fee application and forward same to S. Cousins for review for filing. | 0.20 | $465.00 | $93.00 |
| | | **018: Employment/Fee Applications/Objections Totals:** | **13.30** | | **$6,225.00** |
| **019:** | **Contested Matters/Litigation** | | | | |
| 3/2/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.90 | $525.00 | $472.50 |
| 3/11/2021 | Pablo Bonjour | Attending Cred hearing in Judge Dorsey's court regarding amended liquidation plan and objections. | 0.90 | $525.00 | $472.50 |
| 3/12/2021 | Pablo Bonjour | Monitor and review pleadings. | 0.20 | $525.00 | $105.00 |
| 3/16/2021 | Pablo Bonjour | Monitor and review pleadings including but not limited to J. Alexander's bench warrants and UCC's J. Evans declaration(s). | 2.00 | $525.00 | $1,050.00 |
| 3/17/2021 | Pablo Bonjour | Attending Cred hearing via zoom in Judge Dorsey's court. | 0.40 | $525.00 | $210.00 |
| | | **019: Contested Matters/Litigation Totals:** | **4.40** | | **$2,310.00** |
| | | **TOTAL SERVICES RENDERED:** | **32.80** | | **$16,539.00** |

| | | |
|---|---|---|
| | **SUBTOTAL** | **$16,539.00** |
| | **AMOUNT DUE THIS INVOICE** | **$16,539.00** |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@macco.group
www.macco.group

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **PROFESSIONAL** | **HOURS** | **RATE** | **AMOUNT** |
| Drew McManigle | 1.60 | $600.00 | $960.00 |
| Kathy Mayle | 13.60 | $465.00 | $6,324.00 |
| Micah Miller | 0.50 | $450.00 | $225.00 |
| Pablo Bonjour | 15.00 | $525.00 | $7,875.00 |
| Paul Maniscalco | 2.10 | $550.00 | $1,155.00 |