## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss:
COUNTY OF KINGS       )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of April, 2021, DRC, acting under my supervision, caused to be served the following:

    a. *Fifth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021* (Docket No. 710);

    b. *Fifth Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021* (Docket No. 711); and

    c. *Fourth Monthly Application of Donlin, Recano & Company, INC. for Compensation and Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the Period March 1, 2021 through March 31, 2021* (Docket No. 712),

    via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of April, 2021, Brooklyn, New York.

By _____

Delicia A. Chung

Sworn before me this
19th day of April, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000079P002-1467S-092
AKERMAN LLP
MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR
201 EAST LAS OLAS BLVD., STE 1800
FT LAUDERDALE FL 33301
MICHAEL.GOLDBERG@AKERMAN.COM

000079P002-1467S-092
AKERMAN LLP
MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR
201 EAST LAS OLAS BLVD., STE 1800
FT LAUDERDALE FL 33301
CATHERINE.KRETZSCHMAR@AKERMAN.COM

000074P001-1467S-092
ARCHER & GREINER PC
ALAN M ROOT,ESQ
300 DELAWARE AVE.,STE 1100
WILMINGTON DE 19801
AROOT@ARCHERLAW.COM

000071P001-1467S-092
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
GTAYLOR@ASHBYGEDDES.COM

000071P001-1467S-092
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
KEARLE@ASHBYGEDDES.COM

000067P001-1467S-092
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

000068P001-1467S-092
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM

000068P001-1467S-092
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
MSABELLA@BAKERLAW.COM

000066P001-1467S-092
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

000070P001-1467S-092
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
ACARTY@BROWNRUDNICK.COM

000070P001-1467S-092
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
MREINING@BROWNRUDNICK.COM

000069P001-1467S-092
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000064P001-1467S-092
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

000018P001-1467S-092
COUSINS LAW LLC
SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301 WILMINGTON DE
19803
SCOTT.COUSINS@COUSINS-LAW.COM

000036P001-1467S-092
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-092
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-092
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-092
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-092
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-092
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-092
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000059P001-1467S-092
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000075P001-1467S-092
FOLEY & LARDNER LLP
JOANNE MOLINARO;GEOFFREY S GOODMAN
321 N CLARK ST.,STE 3000
CHICAGO IL 60654
JMOLINARO@FOLEY.COM

000075P001-1467S-092
FOLEY & LARDNER LLP
JOANNE MOLINARO;GEOFFREY S GOODMAN
321 N CLARK ST.,STE 3000
CHICAGO IL 60654
GGOODMAN@FOLEY.COM

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000072P001-1467S-092<br>FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD.,STE 900<br>LOS ANGELES CA 90067<br>KOWENS@FOXROTHSCHILD.COM | 000073P001-1467S-092<br>FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST.,STE 300<br>WILMINGTON DE 19899-2323<br>SNIEDERMAN@FOXROTHSCHILD.COM | 000065P001-1467S-092<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM | 000065P001-1467S-092<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM |
| 000044P001-1467S-092<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000076P001-1467S-092<br>LEVENE NEALE BENDER YOO & BRILL LLP<br>DAVID B GOLUBCHIK<br>10250 CONSTELLATION BLVD STE 1700<br>LOS ANGELES CA 90067<br>DBG@LNBYB.COM | 000061P001-1467S-092<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P002-1467S-092<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM |
| 000062P002-1467S-092<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000062P002-1467S-092<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>JBEVANS@MWE.COM | 000063P001-1467S-092<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000024P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000025P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000038P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000042P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000047P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000053P001-1467S-092
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-092
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-092
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-092
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-092
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-092
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-092
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000078P001-1467S-092
THE BIFFERATO FIRM P.A.
IAN CONNOR BIFFERATO,ESQ
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
CBIFFERATO@TBF.LEGAL

000052P001-1467S-092
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-092
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :   **70**

# EXHIBIT 2

**Cred Inc., et al.**
**Exhibit Page**

04/16/2021 03:18:10 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-092<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000077P001-1467S-092<br>DAVID KEITH GOTTLIEB<br>16255 VENTURA BLVD SUITE 440<br>ENCINO CA 91436 | 000006P001-1467S-092<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-092<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000009P001-1467S-092<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1467S-092<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-092<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-092<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000050P001-1467S-092<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467S-092<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-092<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed : **11**