| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Curtis | Miller | Invictus Global Management, LLC | Morris Nichols Arsht & Tunnell LLP |
| Scott | Jones | Cred Inc | Cousins Law LLC |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Robert | Dehney | Invictus Global Management, LLC | Morris Nichols Arsht & Tunnell LLP |
| Nader | Amer | Invictus Global Management, LLC | Morris Nichols Arsht & Tunnell LLP |
| Timothy | Walsh | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the United States Trustee (Wilmington, DE) |
| Jeffrey | Kaplan | BCAS | BCAS |
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Scott | Cousins | Cred Inc | Cousins Law LLC |
| Judge | Dorsey | U.S. Bankruptcy Court | |
| Andrew | Carty | Robert J. Stark, Examiner | Brown Rudnick LLP |
| Michael | Comerford | Invictus Global Management, LLC | Katten Muchin Rosenman LLP |
| Matthew | Dundon | Liquidating Trust | Dundon Advisers LLC |
| Becky | Yerak | Wall Street Journal | |
| Grant | Lyon | Invictus Global Management, LLC | |
| Sam | Goldstein | Kwan | Proxifile |
| Michael | Hammill | Pro per | |
| Cindy | Delano | Invictus Global Management, LLC | Invictus Global Management, LLC |
| Darren | Azman | Official Committee of Unsecured Creditors | McDermott Will & Emery LLP |