**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: April 20, 2021 at 4:00 p.m. (ET)** |
| | ) | |
| | ) | **Docket No. 695** |
| | ) | |
| | ) | **No Hearing or Order Required** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH
MONTHLY FEE APPLICATION OF MACCO RESTRUCTURING GROUP
LLC AS FINANCIAL ADVISORS TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021 (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Fourth Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2021 through February 28, 2021* [Docket No. 695] (the "Fourth Monthly Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on March 31, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Fourth Monthly Application has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the *Notice of Monthly Fee Application* filed with the Fourth Monthly Application, any objections

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

or responses to the Fourth Monthly Application were to be filed and served by no later than April 20, 2021 at 4:00 p.m. (ET).

Pursuant to the *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 269], the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") are now authorized to pay 80% ($20,138.80) of the requested fees ($25,173.50) on an interim basis without further Court order.

*[Remainder of page intentionally left blank]*

Dated: April 21, 2021
      Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
            mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
            aviluft@paulhastings.com

*Co-Counsel to the Debtors*