# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 686, 738** |

### ORDER DENYING AMENDED APPLICATION OF INVICTUS GLOBAL MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF FEES PURSUANT TO BANKRUPTCY CODE SECTIONS 503(b)(1)(A), 503(b)(3)(d) AND 503(b)(4)

Upon the Amended Application (the "Application")[2] of Invictus Global Management, LLC, for entry of an order pursuant to Bankruptcy Code sections 503(b)(1)(A), 503(b)(3)(D), and 503(b)(4) for allowance and payment of fees constituting (i) a substantial contribution to the Debtors' estates or, (ii) in the alternative, an administrative expense of the Debtors' estates; and upon consideration of the objection of the U.S. Trustee to the Application [Docket No. 701] (the "UST Objection"); and upon consideration of the objection of the Official Committee of Unsecured Creditors to the Application [Docket No. 704] (the "Committee Objection" and, together with the UST Objection, the "Objections"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

and the Court having reviewed the Application and the Objections; and the Court having held a hearing to consider the relief requested in the Application (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Application fail to establish just cause for the relief requested therein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is DENIED for the reasons stated on the record at the Hearing.

2. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: April 22nd, 2021**  
**Wilmington, Delaware**

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE