# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 20th day of April, 2021, DRC, acting under my supervision, caused to be served the "*Notice of (A) Entry of Order Confirming the First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code and (B) the Occurrence of the Effective Date*" (Docket No. 730), to be served via electronic mail upon the parties as set forth on Exhibit 1, and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 22nd day of April, 2021, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
22nd day of April, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

.

# EXHIBIT 1

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

04/20/2021 06:37:59 PM

---

000079P002-1467S-093
AKERMAN LLP
MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR
201 EAST LAS OLAS BLVD., STE 1800
FT LAUDERDALE FL 33301
MICHAEL.GOLDBERG@AKERMAN.COM

000079P002-1467S-093
AKERMAN LLP
MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR
201 EAST LAS OLAS BLVD., STE 1800
FT LAUDERDALE FL 33301
CATHERINE.KRETZSCHMAR@AKERMAN.COM

000074P001-1467S-093
ARCHER & GREINER PC
ALAN M ROOT,ESQ
300 DELAWARE AVE.,STE 1100
WILMINGTON DE 19801
AROOT@ARCHERLAW.COM

000071P001-1467S-093
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
GTAYLOR@ASHBYGEDDES.COM

000071P001-1467S-093
ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899
KEARLE@ASHBYGEDDES.COM

000067P001-1467S-093
BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON DE 19801-1147
JLYONS@BAKERLAW.COM

000068P001-1467S-093
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
JROSE@BAKERLAW.COM

000068P001-1467S-093
BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
MSABELLA@BAKERLAW.COM

000066P001-1467S-093
BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER DE 19904
MARKBILLION@BILLIONLAW.COM

000070P001-1467S-093
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
ACARTY@BROWNRUDNICK.COM

000070P001-1467S-093
BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK NY 10036
MREINING@BROWNRUDNICK.COM

000069P001-1467S-093
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000064P001-1467S-093
CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI FL 33136-4118
DGAY@CARLTONFIELDS.COM

006259P003-1467A-093
CIN00001

000018P001-1467A-093
CIN00002

000019P001-1467A-093
CIN00003

000020P001-1467A-093
CIN00004

000021P001-1467A-093
CIN00005

000022P001-1467A-093
CIN00006

000023P001-1467A-093
CIN00007

000024P001-1467A-093
CIN00008

000025P002-1467A-093
CIN00009

000026P002-1467A-093
CIN00010

000027P001-1467A-093
CIN00011

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000028P001-1467A-093<br>CIN00012 | 000029P001-1467A-093<br>CIN00013 | 000030P001-1467A-093<br>CIN00014 | 000031P001-1467A-093<br>CIN00015 |
| 000032P002-1467A-093<br>CIN00016 | 000033P001-1467A-093<br>CIN00017 | 000034P001-1467A-093<br>CIN00018 | 000035P001-1467A-093<br>CIN00019 |
| 000036P001-1467A-093<br>CIN00020 | 006342S001-1467A-093<br>CIN00021 | 006342P002-1467A-093<br>CIN00021 | 000037P001-1467A-093<br>CIN00022 |
| 000038P001-1467A-093<br>CIN00023 | 000039P001-1467A-093<br>CIN00024 | 000040P001-1467A-093<br>CIN00025 | 000041P002-1467A-093<br>CIN00026 |
| 000042P001-1467A-093<br>CIN00027 | 000043P001-1467A-093<br>CIN00028 | 000044P001-1467A-093<br>CIN00029 | 000045P001-1467A-093<br>CIN00030 |
| 000046P002-1467A-093<br>CIN00031 | 000047P001-1467A-093<br>CIN00032 | 000048P001-1467A-093<br>CIN00033 | 000049P001-1467A-093<br>CIN00034 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000050P001-1467A-093<br>CIN00035 | 006261P002-1467A-093<br>CIN00036 | 000051P001-1467A-093<br>CIN00037 | 000052P001-1467A-093<br>CIN00038 |
| 000053P001-1467A-093<br>CIN00039 | 000054P001-1467A-093<br>CIN00040 | 000055P001-1467A-093<br>CIN00041 | 000056P002-1467A-093<br>CIN00042 |
| 000057P001-1467A-093<br>CIN00043 | 000058P002-1467A-093<br>CIN00044 | 000059P001-1467A-093<br>CIN00045 | 000060P002-1467A-093<br>CIN00046 |
| 006940P001-1467A-093<br>CIN00046 | 000061P001-1467A-093<br>CIN00047 | 000062P001-1467A-093<br>CIN00048 | 000063P001-1467A-093<br>CIN00049 |
| 000064P001-1467A-093<br>CIN00050 | 000065P001-1467A-093<br>CIN00051 | 000066P003-1467A-093<br>CIN00052 | 006715P003-1467A-093<br>CIN00052 |
| 000067P001-1467A-093<br>CIN00053 | 000068P001-1467A-093<br>CIN00054 | 000069P001-1467A-093<br>CIN00055 | 000070P002-1467A-093<br>CIN00056 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 006942P001-1467A-093<br>CIN00056 | 000071P001-1467A-093<br>CIN00057 | 000072P001-1467A-093<br>CIN00058 | 000073P001-1467A-093<br>CIN00059 |
| 000074P001-1467A-093<br>CIN00060 | 000075P001-1467A-093<br>CIN00061 | 000076P001-1467A-093<br>CIN00062 | 000077P001-1467A-093<br>CIN00063 |
| 000078P001-1467A-093<br>CIN00064 | 000079P001-1467A-093<br>CIN00065 | 000080P001-1467A-093<br>CIN00066 | 000081P001-1467A-093<br>CIN00067 |
| 000082P001-1467A-093<br>CIN00068 | 000083P001-1467A-093<br>CIN00069 | 000084P001-1467A-093<br>CIN00070 | 000085P001-1467A-093<br>CIN00071 |
| 000086P002-1467A-093<br>CIN00072 | 006797P002-1467A-093<br>CIN00072 | 000087P001-1467A-093<br>CIN00073 | 000088P001-1467A-093<br>CIN00074 |
| 000089P001-1467A-093<br>CIN00075 | 000090P002-1467A-093<br>CIN00076 | 000091P002-1467A-093<br>CIN00077 | 000092P001-1467A-093<br>CIN00078 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000093P001-1467A-093<br>CIN00079 | 000094P001-1467A-093<br>CIN00080 | 000095P001-1467A-093<br>CIN00081 | 000096P001-1467A-093<br>CIN00082 |
| 000097P001-1467A-093<br>CIN00083 | 000098P001-1467A-093<br>CIN00084 | 000099P001-1467A-093<br>CIN00085 | 000100P001-1467A-093<br>CIN00086 |
| 000101P001-1467A-093<br>CIN00087 | 000102P002-1467A-093<br>CIN00088 | 000103P001-1467A-093<br>CIN00089 | 000104P001-1467A-093<br>CIN00090 |
| 000105P001-1467A-093<br>CIN00091 | 000106P001-1467A-093<br>CIN00092 | 000107P001-1467A-093<br>CIN00093 | 000108P001-1467A-093<br>CIN00094 |
| 000109P001-1467A-093<br>CIN00095 | 000110P002-1467A-093<br>CIN00096 | 000111P001-1467A-093<br>CIN00097 | 000112P001-1467A-093<br>CIN00098 |
| 006262P003-1467A-093<br>CIN00099 | 000113P001-1467A-093<br>CIN00100 | 000114P001-1467A-093<br>CIN00101 | 000115P001-1467A-093<br>CIN00102 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000116P001-1467A-093<br>CIN00103 | 000117P001-1467A-093<br>CIN00104 | 000118P001-1467A-093<br>CIN00105 | 000119P001-1467A-093<br>CIN00106 |
| 000120P001-1467A-093<br>CIN00107 | 000121P001-1467A-093<br>CIN00108 | 000122P001-1467A-093<br>CIN00109 | 000123P001-1467A-093<br>CIN00110 |
| 000124P001-1467A-093<br>CIN00111 | 000125P001-1467A-093<br>CIN00112 | 000126P001-1467A-093<br>CIN00113 | 000127P001-1467A-093<br>CIN00114 |
| 000128P001-1467A-093<br>CIN00115 | 000129P001-1467A-093<br>CIN00116 | 000130P001-1467A-093<br>CIN00117 | 000131P001-1467A-093<br>CIN00118 |
| 000132P001-1467A-093<br>CIN00119 | 000137P001-1467A-093<br>CIN00120 | 000133P001-1467A-093<br>CIN00121 | 000134P001-1467A-093<br>CIN00122 |
| 000135P001-1467A-093<br>CIN00123 | 000136P001-1467A-093<br>CIN00124 | 000138P001-1467A-093<br>CIN00125 | 006346P001-1467A-093<br>CIN00126 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000139P001-1467A-093<br>CIN00127 | 000140P001-1467A-093<br>CIN00128 | 000141P001-1467A-093<br>CIN00129 | 000142P002-1467A-093<br>CIN00130 |
| 000143P001-1467A-093<br>CIN00131 | 000144P001-1467A-093<br>CIN00132 | 000145P001-1467A-093<br>CIN00133 | 000146P002-1467A-093<br>CIN00134 |
| 000147P001-1467A-093<br>CIN00135 | 000148P001-1467A-093<br>CIN00136 | 000149P001-1467A-093<br>CIN00137 | 000150P001-1467A-093<br>CIN00138 |
| 000151P001-1467A-093<br>CIN00139 | 000152P001-1467A-093<br>CIN00140 | 000153P001-1467A-093<br>CIN00141 | 000154P001-1467A-093<br>CIN00142 |
| 000155P001-1467A-093<br>CIN00143 | 000156P001-1467A-093<br>CIN00144 | 000157P001-1467A-093<br>CIN00145 | 000158P001-1467A-093<br>CIN00146 |
| 000159P001-1467A-093<br>CIN00147 | 000160P001-1467A-093<br>CIN00148 | 000161P001-1467A-093<br>CIN00149 | 000162P001-1467A-093<br>CIN00150 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000163P001-1467A-093<br>CIN00151 | 000164P001-1467A-093<br>CIN00152 | 000165P001-1467A-093<br>CIN00153 | 000166P001-1467A-093<br>CIN00154 |
| 000167P001-1467A-093<br>CIN00155 | 000168P001-1467A-093<br>CIN00156 | 000169P001-1467A-093<br>CIN00157 | 000170P001-1467A-093<br>CIN00158 |
| 000171P001-1467A-093<br>CIN00159 | 000172P001-1467A-093<br>CIN00160 | 000173P001-1467A-093<br>CIN00161 | 000174P001-1467A-093<br>CIN00162 |
| 000175P002-1467A-093<br>CIN00163 | 000176P001-1467A-093<br>CIN00164 | 000177P001-1467A-093<br>CIN00165 | 000178P001-1467A-093<br>CIN00166 |
| 000003P002-1467A-093<br>CIN00167 | 000179P002-1467A-093<br>CIN00168 | 000180P001-1467A-093<br>CIN00169 | 000181P001-1467A-093<br>CIN00170 |
| 000182P001-1467A-093<br>CIN00171 | 000183P001-1467A-093<br>CIN00172 | 000184P001-1467A-093<br>CIN00173 | 000185P001-1467A-093<br>CIN00174 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000186P001-1467A-093<br>CIN00175 | 000187P001-1467A-093<br>CIN00176 | 000188P001-1467A-093<br>CIN00177,CIN06304 | 000189P001-1467A-093<br>CIN00178 |
| 000190P001-1467A-093<br>CIN00179 | 000191P001-1467A-093<br>CIN00180 | 000192P002-1467A-093<br>CIN00181 | 000193P001-1467A-093<br>CIN00182 |
| 000194P001-1467A-093<br>CIN00183 | 000195P003-1467A-093<br>CIN00184 | 006855P004-1467A-093<br>CIN00184 | 000196P001-1467A-093<br>CIN00185 |
| 000197P001-1467A-093<br>CIN00186 | 000198P001-1467A-093<br>CIN00187 | 006229P001-1467A-093<br>CIN00188 | 000199P001-1467A-093<br>CIN00189 |
| 000200P003-1467A-093<br>CIN00190 | 000201P002-1467A-093<br>CIN00191 | 006912P001-1467A-093<br>CIN00191 | 000202P001-1467A-093<br>CIN00192 |
| 000203P001-1467A-093<br>CIN00193 | 000204P001-1467A-093<br>CIN00194 | 000205P001-1467A-093<br>CIN00195 | 000206P001-1467A-093<br>CIN00196 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000207P001-1467A-093<br>CIN00197 | 000208P001-1467A-093<br>CIN00198 | 000209P001-1467A-093<br>CIN00199 | 000210P001-1467A-093<br>CIN00200 |
| 000211P001-1467A-093<br>CIN00201 | 000212P001-1467A-093<br>CIN00202 | 000213P001-1467A-093<br>CIN00203 | 000214P001-1467A-093<br>CIN00204 |
| 000215P001-1467A-093<br>CIN00205 | 000216P001-1467A-093<br>CIN00206 | 000217P001-1467A-093<br>CIN00207 | 000218P002-1467A-093<br>CIN00208 |
| 000219P001-1467A-093<br>CIN00209 | 000220P001-1467A-093<br>CIN00210 | 000221P001-1467A-093<br>CIN00211 | 000222P002-1467A-093<br>CIN00212 |
| 000223P001-1467A-093<br>CIN00213 | 000224P001-1467A-093<br>CIN00214 | 000225P001-1467A-093<br>CIN00215 | 000226P001-1467A-093<br>CIN00216 |
| 000227P001-1467A-093<br>CIN00217 | 000228P001-1467A-093<br>CIN00218 | 000229P001-1467A-093<br>CIN00219 | 000230P001-1467A-093<br>CIN00220 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000231P001-1467A-093<br>CIN00221 | 000233P001-1467A-093<br>CIN00222 | 000234P001-1467A-093<br>CIN00223 | 000235P001-1467A-093<br>CIN00224 |
| 000236P001-1467A-093<br>CIN00225 | 000237P001-1467A-093<br>CIN00226 | 000238P001-1467A-093<br>CIN00227 | 000239P001-1467A-093<br>CIN00228 |
| 000240P002-1467A-093<br>CIN00229 | 000241P001-1467A-093<br>CIN00230 | 000242P001-1467A-093<br>CIN00231 | 000243P001-1467A-093<br>CIN00232 |
| 000244P001-1467A-093<br>CIN00233 | 000245P001-1467A-093<br>CIN00234 | 000246P001-1467A-093<br>CIN00235 | 000247P001-1467A-093<br>CIN00236 |
| 000248P001-1467A-093<br>CIN00237 | 000249P001-1467A-093<br>CIN00238 | 000250P001-1467A-093<br>CIN00239 | 000251P001-1467A-093<br>CIN00240 |
| 000252P003-1467A-093<br>CIN00241 | 006714P003-1467A-093<br>CIN00241 | 000253P001-1467A-093<br>CIN00242 | 000254P001-1467A-093<br>CIN00243 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000255P001-1467A-093<br>CIN00244 | 000256P001-1467A-093<br>CIN00245 | 000257P001-1467A-093<br>CIN00246 | 006343P001-1467A-093<br>CIN00247 |
| 000258P002-1467A-093<br>CIN00248 | 000259P001-1467A-093<br>CIN00249 | 000260P001-1467A-093<br>CIN00250 | 000261P001-1467A-093<br>CIN00251 |
| 000262P001-1467A-093<br>CIN00252 | 000263P001-1467A-093<br>CIN00253 | 000264P001-1467A-093<br>CIN00254 | 000265P001-1467A-093<br>CIN00255 |
| 000266P001-1467A-093<br>CIN00256 | 000267P001-1467A-093<br>CIN00257 | 000268P001-1467A-093<br>CIN00258 | 000269P001-1467A-093<br>CIN00259 |
| 000270P001-1467A-093<br>CIN00260 | 000271P001-1467A-093<br>CIN00261 | 000272P001-1467A-093<br>CIN00262 | 000273P001-1467A-093<br>CIN00263 |
| 000274P001-1467A-093<br>CIN00264 | 000275P001-1467A-093<br>CIN00265 | 000276P002-1467A-093<br>CIN00266 | 000277P001-1467A-093<br>CIN00267 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000278P001-1467A-093<br>CIN00268 | 000279P001-1467A-093<br>CIN00269 | 000280P002-1467A-093<br>CIN00270 | 000281P001-1467A-093<br>CIN00271 |
| 000282P001-1467A-093<br>CIN00272 | 000283P002-1467A-093<br>CIN00273 | 000284P002-1467A-093<br>CIN00274 | 000285P001-1467A-093<br>CIN00275 |
| 000286P001-1467A-093<br>CIN00276 | 000287P001-1467A-093<br>CIN00277 | 000288P001-1467A-093<br>CIN00278 | 000289P001-1467A-093<br>CIN00279 |
| 000290P001-1467A-093<br>CIN00280 | 000291P001-1467A-093<br>CIN00281 | 000292P001-1467A-093<br>CIN00282 | 000293P002-1467A-093<br>CIN00283 |
| 006349P001-1467A-093<br>CIN00284 | 000294P001-1467A-093<br>CIN00285 | 000295P002-1467A-093<br>CIN00286 | 000296P001-1467A-093<br>CIN00287 |
| 000297P001-1467A-093<br>CIN00288 | 000298P001-1467A-093<br>CIN00289 | 000299P001-1467A-093<br>CIN00290 | 000300P001-1467A-093<br>CIN00291 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000301P001-1467A-093<br>CIN00292 | 000302P001-1467A-093<br>CIN00293 | 000303P003-1467A-093<br>CIN00294 | 000303S001-1467A-093<br>CIN00294 |
| 000304P001-1467A-093<br>CIN00295 | 000305P001-1467A-093<br>CIN00296 | 000306P001-1467A-093<br>CIN00297 | 000307P001-1467A-093<br>CIN00298 |
| 000308P001-1467A-093<br>CIN00299 | 000309P001-1467A-093<br>CIN00300 | 000310P001-1467A-093<br>CIN00301 | 000311P001-1467A-093<br>CIN00302 |
| 000312P001-1467A-093<br>CIN00303 | 000313P001-1467A-093<br>CIN00304 | 000314P001-1467A-093<br>CIN00305 | 000315P001-1467A-093<br>CIN00306 |
| 000316P001-1467A-093<br>CIN00307 | 000317P001-1467A-093<br>CIN00308 | 000318P001-1467A-093<br>CIN00309 | 000319P001-1467A-093<br>CIN00310 |
| 000320P002-1467A-093<br>CIN00311 | 000321P001-1467A-093<br>CIN00312 | 000322P001-1467A-093<br>CIN00313 | 000323P001-1467A-093<br>CIN00314 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000324P001-1467A-093<br>CIN00315 | 000325P001-1467A-093<br>CIN00316 | 000326P001-1467A-093<br>CIN00317 | 000327P002-1467A-093<br>CIN00318 |
| 000328P001-1467A-093<br>CIN00319 | 000329P002-1467A-093<br>CIN00320 | 000330P003-1467A-093<br>CIN00321 | 006872P003-1467A-093<br>CIN00321 |
| 000331P001-1467A-093<br>CIN00322 | 000332P001-1467A-093<br>CIN00323 | 000333P001-1467A-093<br>CIN00324 | 000334P001-1467A-093<br>CIN00325 |
| 000335P001-1467A-093<br>CIN00326 | 000336P001-1467A-093<br>CIN00327 | 000337P001-1467A-093<br>CIN00328 | 000338P001-1467A-093<br>CIN00329 |
| 000339P001-1467A-093<br>CIN00330 | 000340P001-1467A-093<br>CIN00331 | 000341P001-1467A-093<br>CIN00332 | 000342P001-1467A-093<br>CIN00333 |
| 000343P001-1467A-093<br>CIN00334 | 000344P001-1467A-093<br>CIN00335 | 000345P001-1467A-093<br>CIN00336 | 000346P001-1467A-093<br>CIN00337 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000347P001-1467A-093<br>CIN00338 | 000348P001-1467A-093<br>CIN00339 | 000349P001-1467A-093<br>CIN00340 | 000350P001-1467A-093<br>CIN00341 |
| 000351P001-1467A-093<br>CIN00342 | 000352P001-1467A-093<br>CIN00343 | 000353P001-1467A-093<br>CIN00344 | 000354P002-1467A-093<br>CIN00345 |
| 000355P001-1467A-093<br>CIN00346 | 000356P001-1467A-093<br>CIN00347 | 000357P003-1467A-093<br>CIN00348 | 000358P001-1467A-093<br>CIN00349 |
| 000359P001-1467A-093<br>CIN00350 | 000360P001-1467A-093<br>CIN00351 | 000361P001-1467A-093<br>CIN00352 | 000362P001-1467A-093<br>CIN00353 |
| 000363P003-1467A-093<br>CIN00354 | 006904P004-1467A-093<br>CIN00354 | 000364P001-1467A-093<br>CIN00355 | 000365P001-1467A-093<br>CIN00356 |
| 000366P001-1467A-093<br>CIN00357 | 000367P001-1467A-093<br>CIN00358 | 000368P001-1467A-093<br>CIN00359 | 000369P001-1467A-093<br>CIN00360 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000370P001-1467A-093<br>CIN00361 | 000371P001-1467A-093<br>CIN00362 | 000372P001-1467A-093<br>CIN00363 | 000373P001-1467A-093<br>CIN00364 |
| 000374P001-1467A-093<br>CIN00365 | 000375P001-1467A-093<br>CIN00366 | 000376P001-1467A-093<br>CIN00367 | 000377P001-1467A-093<br>CIN00368 |
| 000378P001-1467A-093<br>CIN00369 | 000379P002-1467A-093<br>CIN00370 | 000380P001-1467A-093<br>CIN00371 | 000381P001-1467A-093<br>CIN00372 |
| 000382P001-1467A-093<br>CIN00373 | 000383P001-1467A-093<br>CIN00374 | 000384P001-1467A-093<br>CIN00375 | 000385P001-1467A-093<br>CIN00376 |
| 000386P001-1467A-093<br>CIN00377 | 000387P001-1467A-093<br>CIN00378 | 000388P001-1467A-093<br>CIN00379 | 000389P002-1467A-093<br>CIN00380 |
| 000390P001-1467A-093<br>CIN00381 | 000391P002-1467A-093<br>CIN00382 | 000392P001-1467A-093<br>CIN00383 | 000393P001-1467A-093<br>CIN00384 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000394P002-1467A-093<br>CIN00385 | 000395P001-1467A-093<br>CIN00386 | 000396P001-1467A-093<br>CIN00387 | 000397P001-1467A-093<br>CIN00388 |
| 000398P001-1467A-093<br>CIN00389 | 000399P001-1467A-093<br>CIN00390 | 000400P001-1467A-093<br>CIN00391 | 000401P001-1467A-093<br>CIN00392 |
| 000402P002-1467A-093<br>CIN00393 | 006808P002-1467A-093<br>CIN00393 | 000403P001-1467A-093<br>CIN00394 | 000404P001-1467A-093<br>CIN00395 |
| 000405P003-1467A-093<br>CIN00396 | 000406P001-1467A-093<br>CIN00397 | 000407P001-1467A-093<br>CIN00398 | 000408P002-1467A-093<br>CIN00399 |
| 006642P003-1467A-093<br>CIN00399 | 000409P001-1467A-093<br>CIN00400 | 000410P002-1467A-093<br>CIN00401 | 000411P001-1467A-093<br>CIN00402 |
| 000412P001-1467A-093<br>CIN00403 | 000413P001-1467A-093<br>CIN00404 | 000414P001-1467A-093<br>CIN00405 | 000415P001-1467A-093<br>CIN00406 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000416P001-1467A-093<br>CIN00407 | 000417P001-1467A-093<br>CIN00408 | 000418P001-1467A-093<br>CIN00409 | 000419P001-1467A-093<br>CIN00410 |
| 000420P001-1467A-093<br>CIN00411 | 000421P001-1467A-093<br>CIN00412 | 000422P001-1467A-093<br>CIN00413 | 000423P001-1467A-093<br>CIN00414 |
| 000424P001-1467A-093<br>CIN00415 | 000425P001-1467A-093<br>CIN00416 | 000426P001-1467A-093<br>CIN00417 | 000427P001-1467A-093<br>CIN00418 |
| 000428P001-1467A-093<br>CIN00419 | 000429P001-1467A-093<br>CIN00420 | 000430P001-1467A-093<br>CIN00421 | 000431P001-1467A-093<br>CIN00422 |
| 000432P001-1467A-093<br>CIN00423 | 000433P002-1467A-093<br>CIN00424 | 000434P002-1467A-093<br>CIN00425 | 000435P001-1467A-093<br>CIN00426 |
| 000436P002-1467A-093<br>CIN00427 | 006992P002-1467A-093<br>CIN00427 | 000437P001-1467A-093<br>CIN00428 | 000438P002-1467A-093<br>CIN00429 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000439P001-1467A-093<br>CIN00430 | 000440P001-1467A-093<br>CIN00431 | 000441P001-1467A-093<br>CIN00432 | 000442P001-1467A-093<br>CIN00433 |
| 000443P002-1467A-093<br>CIN00434 | 000444P001-1467A-093<br>CIN00435 | 000445P002-1467A-093<br>CIN00436 | 000445P002-1467A-093<br>CIN00436 |
| 000446P001-1467A-093<br>CIN00437 | 000447P001-1467A-093<br>CIN00438 | 000448P001-1467A-093<br>CIN00439 | 000449P001-1467A-093<br>CIN00440 |
| 000450P001-1467A-093<br>CIN00441 | 000451P002-1467A-093<br>CIN00442 | 000452P001-1467A-093<br>CIN00443 | 000453P001-1467A-093<br>CIN00444 |
| 000454P001-1467A-093<br>CIN00445 | 000455P001-1467A-093<br>CIN00446 | 000456P001-1467A-093<br>CIN00447 | 000457P001-1467A-093<br>CIN00448 |
| 000458P001-1467A-093<br>CIN00449 | 000459P002-1467A-093<br>CIN00450 | 006811P001-1467A-093<br>CIN00450 | 000460P001-1467A-093<br>CIN00451 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000461P001-1467A-093<br>CIN00452 | 000462P003-1467A-093<br>CIN00453 | 000462S001-1467A-093<br>CIN00453 | 000462S001-1467A-093<br>CIN00453 |
| 006983P003-1467A-093<br>CIN00453 | 006983S001-1467A-093<br>CIN00453 | 006983S001-1467A-093<br>CIN00453 | 006230P002-1467A-093<br>CIN00454 |
| 006230P002-1467A-093<br>CIN00454 | 000463P002-1467A-093<br>CIN00455 | 006651P003-1467A-093<br>CIN00455 | 000464P001-1467A-093<br>CIN00456 |
| 000465P001-1467A-093<br>CIN00457 | 000466P001-1467A-093<br>CIN00458 | 000467P002-1467A-093<br>CIN00459 | 000468P001-1467A-093<br>CIN00460 |
| 000469P001-1467A-093<br>CIN00461 | 000470P001-1467A-093<br>CIN00462 | 000471P001-1467A-093<br>CIN00463 | 000472P001-1467A-093<br>CIN00464 |
| 000473P001-1467A-093<br>CIN00465 | 000474P002-1467A-093<br>CIN00466 | 000474P002-1467A-093<br>CIN00466 | 006946P001-1467A-093<br>CIN00466 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006946P001-1467A-093<br>CIN00466 | 000475P002-1467A-093<br>CIN00467 | 000476P002-1467A-093<br>CIN00468 | 000477P001-1467A-093<br>CIN00469 |
| 000478P002-1467A-093<br>CIN00470 | 000479P001-1467A-093<br>CIN00471 | 000480P001-1467A-093<br>CIN00472 | 000481P001-1467A-093<br>CIN00473 |
| 000482P001-1467A-093<br>CIN00474 | 000483P001-1467A-093<br>CIN00475 | 006231P002-1467A-093<br>CIN00476 | 000484P001-1467A-093<br>CIN00477 |
| 000485P001-1467A-093<br>CIN00478 | 000486P001-1467A-093<br>CIN00479 | 000487P002-1467A-093<br>CIN00480 | 000488P001-1467A-093<br>CIN00481 |
| 000489P001-1467A-093<br>CIN00482 | 000490P001-1467A-093<br>CIN00483 | 000491P001-1467A-093<br>CIN00484 | 000492P001-1467A-093<br>CIN00485 |
| 000493P001-1467A-093<br>CIN00486 | 000494P001-1467A-093<br>CIN00487 | 000495P001-1467A-093<br>CIN00488 | 000496P002-1467A-093<br>CIN00489 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000497P001-1467A-093
CIN00490

000498P001-1467A-093
CIN00491

000499P002-1467A-093
CIN00492

000500P001-1467A-093
CIN00493

000501P001-1467A-093
CIN00494

000502P001-1467A-093
CIN00495

000503P001-1467A-093
CIN00496

000504P001-1467A-093
CIN00497

000505P001-1467A-093
CIN00498

000506P001-1467A-093
CIN00499

000507P001-1467A-093
CIN00500

000508P001-1467A-093
CIN00501

000509P001-1467A-093
CIN00502

000510P001-1467A-093
CIN00503

000511P001-1467A-093
CIN00504

000512P001-1467A-093
CIN00505

000513P001-1467A-093
CIN00506

000514P001-1467A-093
CIN00507

000515P002-1467A-093
CIN00508

000516P001-1467A-093
CIN00509

000517P001-1467A-093
CIN00510

000518P001-1467A-093
CIN00511

000519P001-1467A-093
CIN00512

000520P001-1467A-093
CIN00513

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000521P001-1467A-093<br>CIN00514 | 000522P001-1467A-093<br>CIN00515 | 000523P001-1467A-093<br>CIN00516 | 000524P002-1467A-093<br>CIN00517 |
| 000525P001-1467A-093<br>CIN00518 | 000526P001-1467A-093<br>CIN00519 | 000527P002-1467A-093<br>CIN00520 | 000528P002-1467A-093<br>CIN00521 |
| 006849P001-1467A-093<br>CIN00521 | 000529P002-1467A-093<br>CIN00522 | 000530P001-1467A-093<br>CIN00523 | 000531P001-1467A-093<br>CIN00524 |
| 000532P001-1467A-093<br>CIN00525 | 000533P001-1467A-093<br>CIN00526 | 000534P001-1467A-093<br>CIN00527 | 000535P001-1467A-093<br>CIN00528 |
| 000536P001-1467A-093<br>CIN00529 | 000537P001-1467A-093<br>CIN00530 | 000538P001-1467A-093<br>CIN00531 | 000539P001-1467A-093<br>CIN00532 |
| 000540P001-1467A-093<br>CIN00533 | 000541P001-1467A-093<br>CIN00534 | 000542P002-1467A-093<br>CIN00535 | 000543P002-1467A-093<br>CIN00536 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000544P001-1467A-093<br>CIN00537 | 000545P002-1467A-093<br>CIN00538 | 000546P001-1467A-093<br>CIN00539 | 000547P001-1467A-093<br>CIN00540 |
| 000548P001-1467A-093<br>CIN00541 | 000549P001-1467A-093<br>CIN00542 | 000550P001-1467A-093<br>CIN00543 | 000551P001-1467A-093<br>CIN00544 |
| 000552P001-1467A-093<br>CIN00545 | 000553P001-1467A-093<br>CIN00546 | 000554P001-1467A-093<br>CIN00547 | 000555P001-1467A-093<br>CIN00548 |
| 000556P001-1467A-093<br>CIN00549 | 000557P001-1467A-093<br>CIN00550 | 000558P001-1467A-093<br>CIN00551 | 000559P001-1467A-093<br>CIN00552 |
| 000560P001-1467A-093<br>CIN00553 | 000561P001-1467A-093<br>CIN00554 | 000562P001-1467A-093<br>CIN00555 | 000563P001-1467A-093<br>CIN00556 |
| 000564P001-1467A-093<br>CIN00557 | 000565P001-1467A-093<br>CIN00558 | 000566P001-1467A-093<br>CIN00559 | 000567P001-1467A-093<br>CIN00560 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000568P001-1467A-093<br>CIN00561 | 000569P001-1467A-093<br>CIN00562 | 000570P001-1467A-093<br>CIN00563 | 000571P001-1467A-093<br>CIN00564 |
| 000572P001-1467A-093<br>CIN00565 | 000573P001-1467A-093<br>CIN00566 | 006232P001-1467A-093<br>CIN00567 | 000574P001-1467A-093<br>CIN00568 |
| 000575P001-1467A-093<br>CIN00569 | 000576P001-1467A-093<br>CIN00570 | 000577P001-1467A-093<br>CIN00571 | 000578P001-1467A-093<br>CIN00572 |
| 000579P001-1467A-093<br>CIN00573 | 000580P002-1467A-093<br>CIN00574 | 000581P001-1467A-093<br>CIN00575 | 000582P002-1467A-093<br>CIN00576 |
| 006233P001-1467A-093<br>CIN00577 | 000583P002-1467A-093<br>CIN00578 | 000584P001-1467A-093<br>CIN00579 | 000585P001-1467A-093<br>CIN00580 |
| 000586P001-1467A-093<br>CIN00581 | 000587P002-1467A-093<br>CIN00582 | 000588P001-1467A-093<br>CIN00583 | 000589P002-1467A-093<br>CIN00584 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000590P001-1467A-093<br>CIN00585 | 000591P001-1467A-093<br>CIN00586 | 000592P001-1467A-093<br>CIN00587 | 000593P001-1467A-093<br>CIN00588 |
| 000594P001-1467A-093<br>CIN00589 | 000595P002-1467A-093<br>CIN00590 | 000596P001-1467A-093<br>CIN00591 | 000597P001-1467A-093<br>CIN00592 |
| 000598P001-1467A-093<br>CIN00593 | 000599P001-1467A-093<br>CIN00594 | 000600P001-1467A-093<br>CIN00595 | 000601P001-1467A-093<br>CIN00596 |
| 000602P002-1467A-093<br>CIN00597 | 006724P002-1467A-093<br>CIN00597 | 000603P001-1467A-093<br>CIN00598 | 006352P001-1467A-093<br>CIN00599 |
| 000604P001-1467A-093<br>CIN00600 | 000605P001-1467A-093<br>CIN00601 | 000606P001-1467A-093<br>CIN00602 | 000607P002-1467A-093<br>CIN00603 |
| 000608P001-1467A-093<br>CIN00604 | 000609P001-1467A-093<br>CIN00605 | 000610P002-1467A-093<br>CIN00606 | 000611P001-1467A-093<br>CIN00607 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000612P001-1467A-093<br>CIN00608 | 000613P002-1467A-093<br>CIN00609 | 000614P002-1467A-093<br>CIN00610 | 006790P002-1467A-093<br>CIN00610 |
| 000615P002-1467A-093<br>CIN00611 | 006807P002-1467A-093<br>CIN00611 | 000616P002-1467A-093<br>CIN00612 | 000617P002-1467A-093<br>CIN00613 |
| 006856P004-1467A-093<br>CIN00613 | 000618P001-1467A-093<br>CIN00614 | 000619P001-1467A-093<br>CIN00615 | 000620P002-1467A-093<br>CIN00616 |
| 000621P001-1467A-093<br>CIN00617 | 000622P001-1467A-093<br>CIN00618 | 000623P001-1467A-093<br>CIN00619 | 000624P001-1467A-093<br>CIN00620 |
| 000625P001-1467A-093<br>CIN00621 | 000626P001-1467A-093<br>CIN00622 | 000627P001-1467A-093<br>CIN00623 | 000628P001-1467A-093<br>CIN00624 |
| 000629P002-1467A-093<br>CIN00625 | 006907P001-1467A-093<br>CIN00625 | 000630P002-1467A-093<br>CIN00626 | 006909P001-1467A-093<br>CIN00626 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

000631P001-1467A-093
CIN00627

000632P001-1467A-093
CIN00628

000633P001-1467A-093
CIN00629

000634P001-1467A-093
CIN00630

000635P001-1467A-093
CIN00631

000636P001-1467A-093
CIN00632

000637P002-1467A-093
CIN00633

000638P001-1467A-093
CIN00634

000639P001-1467A-093
CIN00635

000640P001-1467A-093
CIN00636

000641P001-1467A-093
CIN00637

000642P001-1467A-093
CIN00638

000643P002-1467A-093
CIN00639

000644P001-1467A-093
CIN00640

000645P001-1467A-093
CIN00641

000646P001-1467A-093
CIN00642

000647P002-1467A-093
CIN00643

000648P001-1467A-093
CIN00644

000649P001-1467A-093
CIN00645

000650P001-1467A-093
CIN00646

000651P001-1467A-093
CIN00647

000652P001-1467A-093
CIN00648

000653P001-1467A-093
CIN00649

000654P001-1467A-093
CIN00650

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000655P001-1467A-093<br>CIN00651 | 000656P002-1467A-093<br>CIN00652 | 000656P002-1467A-093<br>CIN00652 | 000656S001-1467A-093<br>CIN00652 |
| 006723P002-1467A-093<br>CIN00652 | 006723P002-1467A-093<br>CIN00652 | 006723S001-1467A-093<br>CIN00652 | 000657P001-1467A-093<br>CIN00653 |
| 000658P002-1467A-093<br>CIN00654 | 000659P001-1467A-093<br>CIN00655 | 000660P001-1467A-093<br>CIN00656 | 000661P002-1467A-093<br>CIN00657 |
| 000662P001-1467A-093<br>CIN00658 | 000663P001-1467A-093<br>CIN00659 | 000664P001-1467A-093<br>CIN00660 | 000665P002-1467A-093<br>CIN00661 |
| 000666P001-1467A-093<br>CIN00662 | 000667P002-1467A-093<br>CIN00663 | 006798P002-1467A-093<br>CIN00663 | 000668P001-1467A-093<br>CIN00664 |
| 000669P001-1467A-093<br>CIN00665 | 000670P001-1467A-093<br>CIN00666 | 000671P001-1467A-093<br>CIN00667 | 000672P001-1467A-093<br>CIN00668 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000673P001-1467A-093<br>CIN00669 | 000674P002-1467A-093<br>CIN00670 | 000675P001-1467A-093<br>CIN00671 | 000676P001-1467A-093<br>CIN00672 |
| 000677P001-1467A-093<br>CIN00673 | 000678P001-1467A-093<br>CIN00674 | 000679P001-1467A-093<br>CIN00675 | 000680P001-1467A-093<br>CIN00676 |
| 000681P001-1467A-093<br>CIN00677 | 000682P001-1467A-093<br>CIN00678 | 000683P001-1467A-093<br>CIN00679 | 000684P001-1467A-093<br>CIN00680 |
| 000685P001-1467A-093<br>CIN00681 | 000686P001-1467A-093<br>CIN00682 | 000687P001-1467A-093<br>CIN00683 | 000688P001-1467A-093<br>CIN00684 |
| 000689P001-1467A-093<br>CIN00685 | 000690P001-1467A-093<br>CIN00686 | 000691P001-1467A-093<br>CIN00687 | 000692P002-1467A-093<br>CIN00688 |
| 000693P001-1467A-093<br>CIN00689 | 000694P001-1467A-093<br>CIN00690 | 000695P001-1467A-093<br>CIN00691 | 000696P001-1467A-093<br>CIN00692 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000697P001-1467A-093<br>CIN00693 | 000698P001-1467A-093<br>CIN00694 | 000699P001-1467A-093<br>CIN00695 | 000700P001-1467A-093<br>CIN00696 |
| 000701P002-1467A-093<br>CIN00697 | 000702P001-1467A-093<br>CIN00698 | 000703P002-1467A-093<br>CIN00699 | 000704P001-1467A-093<br>CIN00700 |
| 000705P001-1467A-093<br>CIN00701 | 000706P001-1467A-093<br>CIN00702 | 000707P001-1467A-093<br>CIN00703 | 000708P001-1467A-093<br>CIN00704 |
| 006347P001-1467A-093<br>CIN00705 | 000709P001-1467A-093<br>CIN00706 | 000710P002-1467A-093<br>CIN00707 | 000711P001-1467A-093<br>CIN00708 |
| 000712P001-1467A-093<br>CIN00709 | 000713P001-1467A-093<br>CIN00710 | 000714P001-1467A-093<br>CIN00711 | 000715P001-1467A-093<br>CIN00712 |
| 000716P001-1467A-093<br>CIN00713 | 000717P001-1467A-093<br>CIN00714 | 000718P001-1467A-093<br>CIN00715 | 000719P002-1467A-093<br>CIN00716 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

000720P001-1467A-093
CIN00717

000721P001-1467A-093
CIN00718,CIN06326

000722P002-1467A-093
CIN00719

000723P001-1467A-093
CIN00720

000724P001-1467A-093
CIN00721

000725P001-1467A-093
CIN00722

000726P001-1467A-093
CIN00723

000727P001-1467A-093
CIN00724

000728P001-1467A-093
CIN00725

000729P001-1467A-093
CIN00726

000730P002-1467A-093
CIN00727

000731P001-1467A-093
CIN00728

000732P001-1467A-093
CIN00729

000733P001-1467A-093
CIN00730

000734P001-1467A-093
CIN00731

000735P001-1467A-093
CIN00732

000736P001-1467A-093
CIN00733

000737P001-1467A-093
CIN00734

000738P001-1467A-093
CIN00735

000739P001-1467A-093
CIN00736

000740P001-1467A-093
CIN00737

000741P001-1467A-093
CIN00738

000742P001-1467A-093
CIN00739

000743P001-1467A-093
CIN00740

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000744P001-1467A-093<br>CIN00741 | 000745P001-1467A-093<br>CIN00742 | 000746P001-1467A-093<br>CIN00743 | 000747P001-1467A-093<br>CIN00744 |
| 000748P001-1467A-093<br>CIN00745 | 000749P001-1467A-093<br>CIN00746 | 000750P001-1467A-093<br>CIN00747 | 000751P001-1467A-093<br>CIN00748 |
| 000752P001-1467A-093<br>CIN00749 | 000753P002-1467A-093<br>CIN00750 | 000754P001-1467A-093<br>CIN00751 | 000755P002-1467A-093<br>CIN00752 |
| 000756P001-1467A-093<br>CIN00753 | 000757P001-1467A-093<br>CIN00754 | 000758P001-1467A-093<br>CIN00755 | 006339P001-1467A-093<br>CIN00756 |
| 000759P001-1467A-093<br>CIN00757 | 000760P001-1467A-093<br>CIN00758 | 000761P001-1467A-093<br>CIN00759 | 000762P002-1467A-093<br>CIN00760 |
| 000763P001-1467A-093<br>CIN00761 | 000764P001-1467A-093<br>CIN00762 | 000765P001-1467A-093<br>CIN00763 | 000766P001-1467A-093<br>CIN00764 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000767P001-1467A-093<br>CIN00765 | 000768P001-1467A-093<br>CIN00766 | 000769P002-1467A-093<br>CIN00767 | 000770P001-1467A-093<br>CIN00768 |
| 000771P001-1467A-093<br>CIN00769 | 000772P001-1467A-093<br>CIN00770 | 000773P002-1467A-093<br>CIN00771 | 000774P001-1467A-093<br>CIN00772 |
| 000775P002-1467A-093<br>CIN00773 | 000776P001-1467A-093<br>CIN00774 | 000777P001-1467A-093<br>CIN00775 | 000778P001-1467A-093<br>CIN00776 |
| 000820P001-1467A-093<br>CIN00777 | 000779P001-1467A-093<br>CIN00778 | 000780P001-1467A-093<br>CIN00779 | 000781P001-1467A-093<br>CIN00780 |
| 000782P001-1467A-093<br>CIN00781 | 000783P001-1467A-093<br>CIN00782 | 000784P002-1467A-093<br>CIN00783 | 006815P001-1467A-093<br>CIN00783 |
| 000785P002-1467A-093<br>CIN00784 | 006985P002-1467A-093<br>CIN00784 | 000786P002-1467A-093<br>CIN00785 | 000787P001-1467A-093<br>CIN00786 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000788P001-1467A-093 | 000789P001-1467A-093 | 000790P001-1467A-093 | 000791P001-1467A-093 |
| CIN00787 | CIN00788 | CIN00789 | CIN00790 |

| 000792P001-1467A-093 | 000793P002-1467A-093 | 006653P004-1467A-093 | 000794P001-1467A-093 |
| CIN00791 | CIN00792 | CIN00792 | CIN00793 |

| 000795P001-1467A-093 | 000796P001-1467A-093 | 000797P001-1467A-093 | 000798P001-1467A-093 |
| CIN00794,CIN06330 | CIN00795 | CIN00796 | CIN00797 |

| 000799P002-1467A-093 | 006990P002-1467A-093 | 000800P001-1467A-093 | 000801P001-1467A-093 |
| CIN00798 | CIN00798 | CIN00799 | CIN00800 |

| 000802P001-1467A-093 | 000803P001-1467A-093 | 000804P001-1467A-093 | 000805P002-1467A-093 |
| CIN00801 | CIN00802 | CIN00803 | CIN00804 |

| 000806P001-1467A-093 | 000807P001-1467A-093 | 000808P002-1467A-093 | 000809P001-1467A-093 |
| CIN00805 | CIN00806 | CIN00807 | CIN00808 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000810P001-1467A-093<br>CIN00809 | 000811P001-1467A-093<br>CIN00810 | 000812P001-1467A-093<br>CIN00811 | 000813P001-1467A-093<br>CIN00812 |
| 000814P001-1467A-093<br>CIN00813 | 000815P002-1467A-093<br>CIN00814 | 000816P001-1467A-093<br>CIN00815 | 000817P001-1467A-093<br>CIN00816 |
| 000818P001-1467A-093<br>CIN00817 | 000819P001-1467A-093<br>CIN00818 | 000821P001-1467A-093<br>CIN00819 | 000822P001-1467A-093<br>CIN00820 |
| 000823P001-1467A-093<br>CIN00821 | 000824P001-1467A-093<br>CIN00822 | 000825P001-1467A-093<br>CIN00823 | 000826P001-1467A-093<br>CIN00824 |
| 000827P001-1467A-093<br>CIN00825 | 000828P001-1467A-093<br>CIN00826 | 000829P001-1467A-093<br>CIN00827 | 000830P001-1467A-093<br>CIN00828 |
| 000831P001-1467A-093<br>CIN00829 | 000832P001-1467A-093<br>CIN00830 | 000833P001-1467A-093<br>CIN00831 | 000834P002-1467A-093<br>CIN00832 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000835P001-1467A-093<br>CIN00833 | 000836P002-1467A-093<br>CIN00834 | 000837P002-1467A-093<br>CIN00835 | 000838P001-1467A-093<br>CIN00836 |
| 000839P001-1467A-093<br>CIN00837 | 000840P002-1467A-093<br>CIN00838 | 000841P001-1467A-093<br>CIN00839 | 000842P001-1467A-093<br>CIN00840 |
| 000843P002-1467A-093<br>CIN00841 | 000844P001-1467A-093<br>CIN00842 | 000845P001-1467A-093<br>CIN00843 | 000846P002-1467A-093<br>CIN00844 |
| 000846P002-1467A-093<br>CIN00844 | 006982P002-1467A-093<br>CIN00844 | 006982P002-1467A-093<br>CIN00844 | 000847P001-1467A-093<br>CIN00845 |
| 000848P001-1467A-093<br>CIN00846 | 000849P001-1467A-093<br>CIN00847 | 000850P002-1467A-093<br>CIN00848 | 000851P002-1467A-093<br>CIN00849 |
| 000852P001-1467A-093<br>CIN00850 | 000853P001-1467A-093<br>CIN00851 | 000854P001-1467A-093<br>CIN00852 | 000855P001-1467A-093<br>CIN00853 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000856P001-1467A-093<br>CIN00854 | 000857P001-1467A-093<br>CIN00855 | 000858P001-1467A-093<br>CIN00856 | 000859P001-1467A-093<br>CIN00857 |
| 000860P001-1467A-093<br>CIN00858 | 000861P001-1467A-093<br>CIN00859 | 000862P002-1467A-093<br>CIN00860 | 000863P002-1467A-093<br>CIN00861 |
| 000864P001-1467A-093<br>CIN00862 | 000865P002-1467A-093<br>CIN00863 | 000866P001-1467A-093<br>CIN00864 | 000867P001-1467A-093<br>CIN00865 |
| 000868P001-1467A-093<br>CIN00866 | 000869P001-1467A-093<br>CIN00867 | 000870P001-1467A-093<br>CIN00868 | 000871P005-1467A-093<br>CIN00869 |
| 000871S001-1467A-093<br>CIN00869 | 000872P002-1467A-093<br>CIN00870 | 000873P001-1467A-093<br>CIN00871 | 000874P001-1467A-093<br>CIN00872 |
| 000875P001-1467A-093<br>CIN00873 | 000876P001-1467A-093<br>CIN00874 | 000877P001-1467A-093<br>CIN00875 | 000878P002-1467A-093<br>CIN00876 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000879P001-1467A-093<br>CIN00877 | 000880P001-1467A-093<br>CIN00878 | 000881P001-1467A-093<br>CIN00879 | 000882P001-1467A-093<br>CIN00880 |
| 000883P001-1467A-093<br>CIN00881 | 000884P001-1467A-093<br>CIN00882 | 000885P001-1467A-093<br>CIN00883 | 000886P001-1467A-093<br>CIN00884 |
| 000887P001-1467A-093<br>CIN00885 | 000888P001-1467A-093<br>CIN00886 | 000889P001-1467A-093<br>CIN00887 | 000890P001-1467A-093<br>CIN00888 |
| 000891P001-1467A-093<br>CIN00889 | 000892P001-1467A-093<br>CIN00890 | 000893P001-1467A-093<br>CIN00891 | 000894P001-1467A-093<br>CIN00892 |
| 000895P001-1467A-093<br>CIN00893 | 000896P001-1467A-093<br>CIN00894 | 000897P001-1467A-093<br>CIN00895 | 000898P001-1467A-093<br>CIN00896 |
| 000899P001-1467A-093<br>CIN00897 | 000900P001-1467A-093<br>CIN00898 | 000901P001-1467A-093<br>CIN00899 | 000902P001-1467A-093<br>CIN00900 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000903P001-1467A-093<br>CIN00901 | 000904P001-1467A-093<br>CIN00902 | 000905P001-1467A-093<br>CIN00903 | 000906P001-1467A-093<br>CIN00904 |
| 000907P001-1467A-093<br>CIN00905 | 000908P001-1467A-093<br>CIN00906 | 000909P001-1467A-093<br>CIN00907 | 000910P001-1467A-093<br>CIN00908 |
| 000911P002-1467A-093<br>CIN00909 | 006830P001-1467A-093<br>CIN00909 | 000912P001-1467A-093<br>CIN00910 | 000913P001-1467A-093<br>CIN00911 |
| 000914P001-1467A-093<br>CIN00912 | 000915P001-1467A-093<br>CIN00913 | 000916P001-1467A-093<br>CIN00914 | 000917P001-1467A-093<br>CIN00915 |
| 000918P001-1467A-093<br>CIN00916 | 000919P001-1467A-093<br>CIN00917 | 000920P001-1467A-093<br>CIN00918 | 000921P002-1467A-093<br>CIN00919 |
| 000922P001-1467A-093<br>CIN00920 | 000923P001-1467A-093<br>CIN00921 | 000924P001-1467A-093<br>CIN00922 | 000925P002-1467A-093<br>CIN00923 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000926P001-1467A-093<br>CIN00924 | 000927P001-1467A-093<br>CIN00925 | 000928P002-1467A-093<br>CIN00926 | 000929P001-1467A-093<br>CIN00927 |
| 000930P001-1467A-093<br>CIN00928 | 000931P001-1467A-093<br>CIN00929 | 000932P001-1467A-093<br>CIN00930 | 000933P001-1467A-093<br>CIN00931 |
| 000934P001-1467A-093<br>CIN00932 | 000935P001-1467A-093<br>CIN00933 | 000936P001-1467A-093<br>CIN00934 | 000937P001-1467A-093<br>CIN00935 |
| 000938P003-1467A-093<br>CIN00936 | 000939P001-1467A-093<br>CIN00937 | 000940P001-1467A-093<br>CIN00938 | 000941P001-1467A-093<br>CIN00939 |
| 000942P001-1467A-093<br>CIN00940 | 000943P001-1467A-093<br>CIN00941 | 000944P001-1467A-093<br>CIN00942 | 000945P001-1467A-093<br>CIN00943 |
| 000946P001-1467A-093<br>CIN00944 | 000947P001-1467A-093<br>CIN00945 | 000948P001-1467A-093<br>CIN00946 | 000949P002-1467A-093<br>CIN00947 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000950P002-1467A-093<br>CIN00948 | 000951P001-1467A-093<br>CIN00949 | 000952P001-1467A-093<br>CIN00950 | 000953P001-1467A-093<br>CIN00951 |
| 000954P001-1467A-093<br>CIN00952 | 000955P001-1467A-093<br>CIN00953 | 000956P001-1467A-093<br>CIN00954 | 000957P001-1467A-093<br>CIN00955 |
| 000958P001-1467A-093<br>CIN00956 | 000959P001-1467A-093<br>CIN00957 | 000960P001-1467A-093<br>CIN00958 | 000961P001-1467A-093<br>CIN00959 |
| 000962P001-1467A-093<br>CIN00960 | 000963P002-1467A-093<br>CIN00961 | 000964P001-1467A-093<br>CIN00962 | 000965P001-1467A-093<br>CIN00963 |
| 000966P001-1467A-093<br>CIN00964 | 000967P001-1467A-093<br>CIN00965 | 000968P001-1467A-093<br>CIN00966 | 000969P001-1467A-093<br>CIN00967 |
| 000970P001-1467A-093<br>CIN00968 | 000971P001-1467A-093<br>CIN00969 | 000972P001-1467A-093<br>CIN00970 | 000973P001-1467A-093<br>CIN00971 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 000974P001-1467A-093 | 000975P001-1467A-093 | 000976P001-1467A-093 | 000977P001-1467A-093 |
| CIN00972 | CIN00973 | CIN00974 | CIN00975 |

| 000978P001-1467A-093 | 000979P001-1467A-093 | 000980P001-1467A-093 | 000981P001-1467A-093 |
| CIN00976 | CIN00977 | CIN00978 | CIN00979 |

| 000982P001-1467A-093 | 000983P002-1467A-093 | 000984P001-1467A-093 | 000985P001-1467A-093 |
| CIN00980 | CIN00981 | CIN00982 | CIN00983 |

| 000986P001-1467A-093 | 000987P001-1467A-093 | 000988P001-1467A-093 | 000989P001-1467A-093 |
| CIN00984 | CIN00985 | CIN00986 | CIN00987 |

| 000990P001-1467A-093 | 000991P001-1467A-093 | 000992P003-1467A-093 | 000993P001-1467A-093 |
| CIN00988 | CIN00989 | CIN00990 | CIN00991 |

| 000994P001-1467A-093 | 000995P001-1467A-093 | 000996P001-1467A-093 | 000997P001-1467A-093 |
| CIN00992 | CIN00993 | CIN00994 | CIN00995 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 000998P001-1467A-093<br>CIN00996 | 000999P001-1467A-093<br>CIN00997 | 001000P001-1467A-093<br>CIN00998 | 001001P001-1467A-093<br>CIN00999 |
| 001002P001-1467A-093<br>CIN01000 | 001003P001-1467A-093<br>CIN01001 | 001004P002-1467A-093<br>CIN01002 | 001005P002-1467A-093<br>CIN01003 |
| 001006P001-1467A-093<br>CIN01004 | 001007P001-1467A-093<br>CIN01005 | 001008P002-1467A-093<br>CIN01006 | 001009P002-1467A-093<br>CIN01007 |
| 001009P002-1467A-093<br>CIN01007 | 001010P001-1467A-093<br>CIN01008 | 001011P001-1467A-093<br>CIN01009 | 001012P001-1467A-093<br>CIN01010 |
| 001013P001-1467A-093<br>CIN01011 | 001014P001-1467A-093<br>CIN01012 | 001015P001-1467A-093<br>CIN01013 | 001016P001-1467A-093<br>CIN01014 |
| 001017P001-1467A-093<br>CIN01015 | 001018P001-1467A-093<br>CIN01016 | 001019P001-1467A-093<br>CIN01017 | 001020P002-1467A-093<br>CIN01018 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001021P001-1467A-093<br>CIN01019 | 001022P001-1467A-093<br>CIN01020 | 001023P001-1467A-093<br>CIN01021 | 001024P001-1467A-093<br>CIN01022 |
| 001025P001-1467A-093<br>CIN01023 | 001026P001-1467A-093<br>CIN01024 | 001027P001-1467A-093<br>CIN01025 | 001028P001-1467A-093<br>CIN01026 |
| 001030P001-1467A-093<br>CIN01027 | 001031P001-1467A-093<br>CIN01028 | 001032P001-1467A-093<br>CIN01029 | 001033P001-1467A-093<br>CIN01030 |
| 001034P001-1467A-093<br>CIN01031 | 001035P001-1467A-093<br>CIN01032 | 001036P001-1467A-093<br>CIN01033 | 001037P001-1467A-093<br>CIN01034 |
| 001038P001-1467A-093<br>CIN01035 | 001039P001-1467A-093<br>CIN01036 | 001040P001-1467A-093<br>CIN01037 | 001041P001-1467A-093<br>CIN01038 |
| 001042P001-1467A-093<br>CIN01039 | 001043P001-1467A-093<br>CIN01040 | 001044P002-1467A-093<br>CIN01041 | 001045P001-1467A-093<br>CIN01042 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000012P002-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 | 000013P002-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 | 001046P002-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 | 001047P003-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 |
| 004516P002-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 | 001048P001-1467A-093<br>CIN01045 | 001049P001-1467A-093<br>CIN01046 | 001050P001-1467A-093<br>CIN01047 |
| 001051P001-1467A-093<br>CIN01048 | 001052P001-1467A-093<br>CIN01049 | 001053P001-1467A-093<br>CIN01050 | 001054P001-1467A-093<br>CIN01051 |
| 001055P001-1467A-093<br>CIN01052 | 001056P002-1467A-093<br>CIN01053 | 006859P003-1467A-093<br>CIN01053 | 001057P002-1467A-093<br>CIN01054 |
| 001058P002-1467A-093<br>CIN01055 | 001059P001-1467A-093<br>CIN01056 | 001060P001-1467A-093<br>CIN01057 | 001061P001-1467A-093<br>CIN01058 |
| 001062P001-1467A-093<br>CIN01059 | 001063P002-1467A-093<br>CIN01060 | 001064P001-1467A-093<br>CIN01061 | 001065P001-1467A-093<br>CIN01062 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001066P001-1467A-093<br>CIN01063 | 001067P001-1467A-093<br>CIN01064 | 001068P003-1467A-093<br>CIN01065 | 001069P002-1467A-093<br>CIN01066 |
| 006845P001-1467A-093<br>CIN01066 | 001070P002-1467A-093<br>CIN01067 | 001071P001-1467A-093<br>CIN01068 | 001072P001-1467A-093<br>CIN01069 |
| 001073P001-1467A-093<br>CIN01070 | 001074P001-1467A-093<br>CIN01071 | 001075P001-1467A-093<br>CIN01072 | 001076P003-1467A-093<br>CIN01073 |
| 001077P001-1467A-093<br>CIN01074 | 001078P001-1467A-093<br>CIN01075 | 001079P001-1467A-093<br>CIN01076 | 001080P001-1467A-093<br>CIN01077 |
| 001081P001-1467A-093<br>CIN01078 | 001082P001-1467A-093<br>CIN01079 | 001083P002-1467A-093<br>CIN01080 | 001084P001-1467A-093<br>CIN01081 |
| 001085P001-1467A-093<br>CIN01082 | 001086P001-1467A-093<br>CIN01083 | 001087P001-1467A-093<br>CIN01084 | 001088P001-1467A-093<br>CIN01085 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001089P002-1467A-093<br>CIN01086 | 001090P001-1467A-093<br>CIN01087 | 001091P001-1467A-093<br>CIN01088 | 001092P001-1467A-093<br>CIN01089 |
| 001093P002-1467A-093<br>CIN01090 | 001094P001-1467A-093<br>CIN01091 | 001095P001-1467A-093<br>CIN01092 | 001096P001-1467A-093<br>CIN01093 |
| 001098P001-1467A-093<br>CIN01094 | 001099P002-1467A-093<br>CIN01095 | 001100P001-1467A-093<br>CIN01096 | 001101P001-1467A-093<br>CIN01097 |
| 001102P001-1467A-093<br>CIN01098 | 001103P002-1467A-093<br>CIN01099 | 006927P001-1467A-093<br>CIN01099 | 001104P001-1467A-093<br>CIN01100 |
| 001105P002-1467A-093<br>CIN01101 | 006817P001-1467A-093<br>CIN01101 | 001106P001-1467A-093<br>CIN01102 | 001107P002-1467A-093<br>CIN01103 |
| 006844P001-1467A-093<br>CIN01103 | 001108P001-1467A-093<br>CIN01104 | 001109P001-1467A-093<br>CIN01105 | 001110P001-1467A-093<br>CIN01106 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 001111P001-1467A-093<br>CIN01107 | 001112P001-1467A-093<br>CIN01108 | 001113P002-1467A-093<br>CIN01109 | 001114P002-1467A-093<br>CIN01110 |
| 001115P001-1467A-093<br>CIN01111 | 001116P001-1467A-093<br>CIN01112 | 001117P001-1467A-093<br>CIN01113 | 001118P001-1467A-093<br>CIN01114 |
| 001119P001-1467A-093<br>CIN01115 | 001120P001-1467A-093<br>CIN01116 | 001121P001-1467A-093<br>CIN01117 | 001122P001-1467A-093<br>CIN01118 |
| 001123P001-1467A-093<br>CIN01119 | 001124P001-1467A-093<br>CIN01120 | 001125P002-1467A-093<br>CIN01121 | 006963P002-1467A-093<br>CIN01121 |
| 001126P001-1467A-093<br>CIN01122 | 001127P001-1467A-093<br>CIN01123 | 001128P001-1467A-093<br>CIN01124 | 001129P001-1467A-093<br>CIN01125 |
| 001130P001-1467A-093<br>CIN01126 | 001131P002-1467A-093<br>CIN01127 | 006951P001-1467A-093<br>CIN01127 | 001132P001-1467A-093<br>CIN01128 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001133P002-1467A-093<br>CIN01129 | 001134P002-1467A-093<br>CIN01130 | 001134P002-1467A-093<br>CIN01130 | 001135P002-1467A-093<br>CIN01131 |
| 001136P001-1467A-093<br>CIN01132 | 001137P001-1467A-093<br>CIN01133 | 001138P001-1467A-093<br>CIN01134 | 001139P002-1467A-093<br>CIN01135 |
| 006941P001-1467A-093<br>CIN01135 | 001140P003-1467A-093<br>CIN01136 | 001141P001-1467A-093<br>CIN01137 | 001142P001-1467A-093<br>CIN01138 |
| 001143P001-1467A-093<br>CIN01139 | 001144P002-1467A-093<br>CIN01140 | 006713P002-1467A-093<br>CIN01140 | 001145P001-1467A-093<br>CIN01141 |
| 001146P001-1467A-093<br>CIN01142 | 001147P001-1467A-093<br>CIN01143 | 001148P001-1467A-093<br>CIN01144 | 001149P002-1467A-093<br>CIN01145 |
| 006979P002-1467A-093<br>CIN01145 | 001150P002-1467A-093<br>CIN01146 | 006875P001-1467A-093<br>CIN01146 | 001151P001-1467A-093<br>CIN01147 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001152P001-1467A-093<br>CIN01148 | 001153P001-1467A-093<br>CIN01149 | 001154P002-1467A-093<br>CIN01150 | 001155P001-1467A-093<br>CIN01151 |
| 001156P001-1467A-093<br>CIN01152 | 001157P001-1467A-093<br>CIN01153 | 001158P001-1467A-093<br>CIN01154 | 001159P001-1467A-093<br>CIN01155 |
| 001160P002-1467A-093<br>CIN01156 | 001161P002-1467A-093<br>CIN01157 | 001162P001-1467A-093<br>CIN01158 | 001163P001-1467A-093<br>CIN01159 |
| 001164P001-1467A-093<br>CIN01160 | 001165P001-1467A-093<br>CIN01161 | 001166P001-1467A-093<br>CIN01162 | 001167P001-1467A-093<br>CIN01163 |
| 001168P001-1467A-093<br>CIN01164 | 001169P001-1467A-093<br>CIN01165 | 001170P002-1467A-093<br>CIN01166 | 006805P001-1467A-093<br>CIN01166 |
| 001171P001-1467A-093<br>CIN01167 | 001172P001-1467A-093<br>CIN01168 | 001173P001-1467A-093<br>CIN01169 | 001174P001-1467A-093<br>CIN01170 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001175P001-1467A-093<br>CIN01171 | 001176P001-1467A-093<br>CIN01172 | 001177P001-1467A-093<br>CIN01173 | 001178P001-1467A-093<br>CIN01174 |
| 001179P001-1467A-093<br>CIN01175 | 001180P001-1467A-093<br>CIN01176 | 001181P001-1467A-093<br>CIN01177 | 001182P001-1467A-093<br>CIN01178 |
| 001183P001-1467A-093<br>CIN01179 | 001184P001-1467A-093<br>CIN01180 | 001185P002-1467A-093<br>CIN01181 | 001185P002-1467A-093<br>CIN01181 |
| 001186P001-1467A-093<br>CIN01182 | 001187P001-1467A-093<br>CIN01183 | 001188P001-1467A-093<br>CIN01184 | 001189P001-1467A-093<br>CIN01185 |
| 001190P001-1467A-093<br>CIN01186 | 001191P001-1467A-093<br>CIN01187 | 001192P001-1467A-093<br>CIN01188 | 001193P001-1467A-093<br>CIN01189 |
| 001194P001-1467A-093<br>CIN01190 | 001195P001-1467A-093<br>CIN01191 | 001196P002-1467A-093<br>CIN01192 | 001197P001-1467A-093<br>CIN01193 |

| | | | |
|---|---|---|---|
| 001198P001-1467A-093<br>CIN01194 | 001199P001-1467A-093<br>CIN01195 | 001200P003-1467A-093<br>CIN01196 | 006921P001-1467A-093<br>CIN01196 |
| 001201P002-1467A-093<br>CIN01197 | 001202P001-1467A-093<br>CIN01198 | 001203P003-1467A-093<br>CIN01199 | 001204P001-1467A-093<br>CIN01200 |
| 001205P002-1467A-093<br>CIN01201 | 001206P002-1467A-093<br>CIN01202 | 001207P001-1467A-093<br>CIN01203 | 001208P002-1467A-093<br>CIN01204 |
| 001209P001-1467A-093<br>CIN01205 | 001210P001-1467A-093<br>CIN01206 | 001211P001-1467A-093<br>CIN01207 | 001212P001-1467A-093<br>CIN01208 |
| 001213P001-1467A-093<br>CIN01209 | 001214P001-1467A-093<br>CIN01210 | 001215P001-1467A-093<br>CIN01211 | 001216P001-1467A-093<br>CIN01212 |
| 001217P001-1467A-093<br>CIN01213 | 001218P001-1467A-093<br>CIN01214 | 001219P001-1467A-093<br>CIN01215 | 001220P001-1467A-093<br>CIN01216 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001221P001-1467A-093<br>CIN01217 | 001222P001-1467A-093<br>CIN01218 | 001223P001-1467A-093<br>CIN01219 | 001224P001-1467A-093<br>CIN01220 |
| 001225P001-1467A-093<br>CIN01221 | 001226P002-1467A-093<br>CIN01222 | 001227P001-1467A-093<br>CIN01223 | 001228P001-1467A-093<br>CIN01224 |
| 001229P002-1467A-093<br>CIN01225 | 001230P001-1467A-093<br>CIN01226 | 001231P001-1467A-093<br>CIN01227 | 001232P001-1467A-093<br>CIN01228 |
| 001233P001-1467A-093<br>CIN01229 | 001234P001-1467A-093<br>CIN01230 | 001235P001-1467A-093<br>CIN01231 | 001236P002-1467A-093<br>CIN01232 |
| 001237P001-1467A-093<br>CIN01233 | 001238P001-1467A-093<br>CIN01234 | 001239P001-1467A-093<br>CIN01235 | 001240P001-1467A-093<br>CIN01236 |
| 001241P001-1467A-093<br>CIN01237 | 001242P001-1467A-093<br>CIN01238 | 001243P001-1467A-093<br>CIN01239 | 001244P001-1467A-093<br>CIN01240 |

001245P001-1467A-093
CIN01241

001246P001-1467A-093
CIN01242

001247P001-1467A-093
CIN01243

001248P001-1467A-093
CIN01244

001249P001-1467A-093
CIN01245

001250P001-1467A-093
CIN01246

001251P002-1467A-093
CIN01247

001252P001-1467A-093
CIN01248

001253P002-1467A-093
CIN01249

001253P002-1467A-093
CIN01249

006711P001-1467A-093
CIN01249

001254P001-1467A-093
CIN01250

001255P002-1467A-093
CIN01251

006969P001-1467A-093
CIN01251

001256P001-1467A-093
CIN01252

001257P001-1467A-093
CIN01253

001258P001-1467A-093
CIN01254

001259P004-1467A-093
CIN01255

001260S001-1467A-093
CIN01256

001260P003-1467A-093
CIN01256

001261P001-1467A-093
CIN01257

001262P001-1467A-093
CIN01258

001263P001-1467A-093
CIN01259

001264P001-1467A-093
CIN01260

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001265P001-1467A-093<br>CIN01261 | 001266P001-1467A-093<br>CIN01262 | 001267P001-1467A-093<br>CIN01263 | 001268P002-1467A-093<br>CIN01264 |
| 001269P001-1467A-093<br>CIN01265 | 001270P001-1467A-093<br>CIN01266 | 001271P001-1467A-093<br>CIN01267 | 001272P001-1467A-093<br>CIN01268 |
| 001273P001-1467A-093<br>CIN01269 | 001274P001-1467A-093<br>CIN01270 | 001275P001-1467A-093<br>CIN01271 | 001276P001-1467A-093<br>CIN01272 |
| 001277P001-1467A-093<br>CIN01273 | 001278P001-1467A-093<br>CIN01274 | 001279P001-1467A-093<br>CIN01275 | 001280P002-1467A-093<br>CIN01276 |
| 001281P002-1467A-093<br>CIN01277 | 006832P001-1467A-093<br>CIN01277 | 001282P001-1467A-093<br>CIN01278 | 001283P001-1467A-093<br>CIN01279 |
| 001284P001-1467A-093<br>CIN01280 | 001285P002-1467A-093<br>CIN01281 | 001286P001-1467A-093<br>CIN01282 | 001287P001-1467A-093<br>CIN01283 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001288P002-1467A-093<br>CIN01284 | 006645P003-1467A-093<br>CIN01284 | 001289P003-1467A-093<br>CIN01285 | 001290P001-1467A-093<br>CIN01286 |
| 001291P002-1467A-093<br>CIN01287 | 001292P001-1467A-093<br>CIN01288 | 001293P001-1467A-093<br>CIN01289 | 001294P001-1467A-093<br>CIN01290 |
| 001295P001-1467A-093<br>CIN01291 | 001296P001-1467A-093<br>CIN01292 | 001297P002-1467A-093<br>CIN01293 | 001298P002-1467A-093<br>CIN01294 |
| 001299P002-1467A-093<br>CIN01295 | 001300P002-1467A-093<br>CIN01296 | 001301P002-1467A-093<br>CIN01297 | 001302P001-1467A-093<br>CIN01298 |
| 001303P001-1467A-093<br>CIN01299 | 001304P001-1467A-093<br>CIN01300 | 001305P002-1467A-093<br>CIN01301 | 001306P001-1467A-093<br>CIN01302 |
| 001307P001-1467A-093<br>CIN01303 | 001308P001-1467A-093<br>CIN01304 | 001309P001-1467A-093<br>CIN01305 | 001310P001-1467A-093<br>CIN01306 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001311P001-1467A-093<br>CIN01307 | 001312P001-1467A-093<br>CIN01308 | 001313P001-1467A-093<br>CIN01309 | 001314P001-1467A-093<br>CIN01310 |
| 001315P001-1467A-093<br>CIN01311 | 001316P001-1467A-093<br>CIN01312 | 001317P001-1467A-093<br>CIN01313 | 001318P001-1467A-093<br>CIN01314 |
| 001319P003-1467A-093<br>CIN01315 | 006824P001-1467A-093<br>CIN01315 | 001320P001-1467A-093<br>CIN01316 | 001321P001-1467A-093<br>CIN01317 |
| 001322P001-1467A-093<br>CIN01318 | 001323P001-1467A-093<br>CIN01319 | 001324P001-1467A-093<br>CIN01320 | 001325P001-1467A-093<br>CIN01321 |
| 001326P001-1467A-093<br>CIN01322 | 001327P001-1467A-093<br>CIN01323 | 001328P001-1467A-093<br>CIN01324 | 001329P001-1467A-093<br>CIN01325 |
| 001330P002-1467A-093<br>CIN01326 | 001330P002-1467A-093<br>CIN01326 | 006883P001-1467A-093<br>CIN01326 | 006883P001-1467A-093<br>CIN01326 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001331P003-1467A-093<br>CIN01327 | 006846S001-1467A-093<br>CIN01327 | 001332P001-1467A-093<br>CIN01328 | 001333P001-1467A-093<br>CIN01329 |
| 001334P001-1467A-093<br>CIN01330 | 001335P001-1467A-093<br>CIN01331 | 001336P002-1467A-093<br>CIN01332 | 006965P001-1467A-093<br>CIN01332 |
| 001337P001-1467A-093<br>CIN01333 | 001338P001-1467A-093<br>CIN01334 | 001339P001-1467A-093<br>CIN01335 | 001340P001-1467A-093<br>CIN01336 |
| 001341P001-1467A-093<br>CIN01337 | 001342P002-1467A-093<br>CIN01338 | 001342P002-1467A-093<br>CIN01338 | 000005P002-1467A-093<br>CIN01339 |
| 001343P001-1467A-093<br>CIN01340 | 001344P001-1467A-093<br>CIN01341 | 006256P002-1467A-093<br>CIN01342 | 001345P001-1467A-093<br>CIN01343 |
| 001346P001-1467A-093<br>CIN01344 | 001347P001-1467A-093<br>CIN01345 | 001348P001-1467A-093<br>CIN01346 | 001349P001-1467A-093<br>CIN01347 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001350P001-1467A-093<br>CIN01348 | 001351P001-1467A-093<br>CIN01349 | 001352P001-1467A-093<br>CIN01350 | 001353P001-1467A-093<br>CIN01351 |
| 001354P002-1467A-093<br>CIN01352 | 001355P001-1467A-093<br>CIN01353 | 001356P001-1467A-093<br>CIN01354 | 001357P001-1467A-093<br>CIN01355 |
| 001358P002-1467A-093<br>CIN01356 | 001359P002-1467A-093<br>CIN01357 | 001360P001-1467A-093<br>CIN01358 | 001361P001-1467A-093<br>CIN01359 |
| 001362P001-1467A-093<br>CIN01360 | 001363P001-1467A-093<br>CIN01361 | 001364P001-1467A-093<br>CIN01362 | 001365P002-1467A-093<br>CIN01363 |
| 001365P002-1467A-093<br>CIN01363 | 006917P001-1467A-093<br>CIN01363 | 006917P001-1467A-093<br>CIN01363 | 001366P001-1467A-093<br>CIN01364 |
| 001367P001-1467A-093<br>CIN01365 | 001368P001-1467A-093<br>CIN01366 | 001369P001-1467A-093<br>CIN01367 | 001370P001-1467A-093<br>CIN01368 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| 001371P001-1467A-093 | 001372P003-1467A-093 | 001373P001-1467A-093 | 001374P001-1467A-093 |
| CIN01369 | CIN01370 | CIN01371 | CIN01372 |

| 001375P001-1467A-093 | 001376P001-1467A-093 | 001377P001-1467A-093 | 001378P001-1467A-093 |
| CIN01373 | CIN01374 | CIN01375 | CIN01376 |

| 001379P002-1467A-093 | 001380P001-1467A-093 | 001381P001-1467A-093 | 001382P001-1467A-093 |
| CIN01377 | CIN01378 | CIN01379 | CIN01380 |

| 001383P001-1467A-093 | 001384P001-1467A-093 | 001385P001-1467A-093 | 001386P001-1467A-093 |
| CIN01381 | CIN01382 | CIN01383 | CIN01384 |

| 001387P001-1467A-093 | 001388P001-1467A-093 | 001389P001-1467A-093 | 001390P001-1467A-093 |
| CIN01385 | CIN01386 | CIN01387 | CIN01388 |

| 001391P002-1467A-093 | 006923P001-1467A-093 | 001392P001-1467A-093 | 001393P001-1467A-093 |
| CIN01389 | CIN01389 | CIN01390 | CIN01391 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001394P001-1467A-093<br>CIN01392 | 001395P002-1467A-093<br>CIN01393 | 001396P001-1467A-093<br>CIN01394 | 001397P001-1467A-093<br>CIN01395 |
| 001398P001-1467A-093<br>CIN01396 | 001399P001-1467A-093<br>CIN01397 | 001400P001-1467A-093<br>CIN01398 | 001401P001-1467A-093<br>CIN01399 |
| 001402P001-1467A-093<br>CIN01400 | 001403P001-1467A-093<br>CIN01401 | 001404P001-1467A-093<br>CIN01402 | 001405P001-1467A-093<br>CIN01403 |
| 001406P001-1467A-093<br>CIN01404 | 001407P001-1467A-093<br>CIN01405 | 001408P001-1467A-093<br>CIN01406 | 001409P001-1467A-093<br>CIN01407 |
| 001410P001-1467A-093<br>CIN01408 | 001411P001-1467A-093<br>CIN01409 | 001412P001-1467A-093<br>CIN01410 | 001413P001-1467A-093<br>CIN01411 |
| 001414P001-1467A-093<br>CIN01412 | 001415P002-1467A-093<br>CIN01413 | 001416P001-1467A-093<br>CIN01414 | 001417P001-1467A-093<br>CIN01415 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001418P001-1467A-093<br>CIN01416 | 001419P001-1467A-093<br>CIN01417 | 001420P001-1467A-093<br>CIN01418 | 001421P001-1467A-093<br>CIN01419 |
| 001422P001-1467A-093<br>CIN01420 | 001423P001-1467A-093<br>CIN01421 | 001424P001-1467A-093<br>CIN01422 | 001425P001-1467A-093<br>CIN01423 |
| 001426P002-1467A-093<br>CIN01424 | 001427P001-1467A-093<br>CIN01425 | 001428P001-1467A-093<br>CIN01426 | 001429P001-1467A-093<br>CIN01427 |
| 001430P001-1467A-093<br>CIN01428 | 001431P001-1467A-093<br>CIN01429 | 001432P001-1467A-093<br>CIN01430 | 001433P001-1467A-093<br>CIN01431 |
| 001434P002-1467A-093<br>CIN01432 | 001435P001-1467A-093<br>CIN01433 | 001436P001-1467A-093<br>CIN01434 | 001437P001-1467A-093<br>CIN01435 |
| 001438P001-1467A-093<br>CIN01436 | 001439P001-1467A-093<br>CIN01437 | 001440P001-1467A-093<br>CIN01438 | 001441P002-1467A-093<br>CIN01439 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001442P001-1467A-093<br>CIN01440 | 001443P001-1467A-093<br>CIN01441 | 001444P001-1467A-093<br>CIN01442 | 001445P001-1467A-093<br>CIN01443 |
| 001446P001-1467A-093<br>CIN01444 | 001447P001-1467A-093<br>CIN01445 | 001448P001-1467A-093<br>CIN01446 | 001449P001-1467A-093<br>CIN01447 |
| 001450S001-1467A-093<br>CIN01448 | 001450P004-1467A-093<br>CIN01448 | 001451P001-1467A-093<br>CIN01449 | 001452P001-1467A-093<br>CIN01450 |
| 001453P001-1467A-093<br>CIN01451 | 001454P001-1467A-093<br>CIN01452 | 001455P001-1467A-093<br>CIN01453 | 001456P001-1467A-093<br>CIN01454 |
| 001457P001-1467A-093<br>CIN01455 | 001458P001-1467A-093<br>CIN01456 | 001459P001-1467A-093<br>CIN01457 | 001460P001-1467A-093<br>CIN01458 |
| 001461P001-1467A-093<br>CIN01459 | 001462P002-1467A-093<br>CIN01460 | 007005P002-1467A-093<br>CIN01460 | 001463P001-1467A-093<br>CIN01461 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 001464P001-1467A-093<br>CIN01462 | 001465P001-1467A-093<br>CIN01463 | 001466P001-1467A-093<br>CIN01464 | 001467P001-1467A-093<br>CIN01465 |
| 001468P001-1467A-093<br>CIN01466 | 001469P001-1467A-093<br>CIN01467 | 001470P001-1467A-093<br>CIN01468 | 001471P001-1467A-093<br>CIN01469 |
| 001472P001-1467A-093<br>CIN01470 | 001473P001-1467A-093<br>CIN01471 | 001474P002-1467A-093<br>CIN01472 | 001474P002-1467A-093<br>CIN01472 |
| 006656P004-1467A-093<br>CIN01472 | 006656P004-1467A-093<br>CIN01472 | 001475P001-1467A-093<br>CIN01473 | 001476P001-1467A-093<br>CIN01474 |
| 001477P002-1467A-093<br>CIN01475 | 001478P001-1467A-093<br>CIN01476 | 001479P001-1467A-093<br>CIN01477 | 001480P001-1467A-093<br>CIN01478 |
| 001481P001-1467A-093<br>CIN01479 | 001482P001-1467A-093<br>CIN01480 | 001483P001-1467A-093<br>CIN01481 | 000004P002-1467A-093<br>CIN01482 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001484P001-1467A-093<br>CIN01483 | 001485P001-1467A-093<br>CIN01484 | 001486P001-1467A-093<br>CIN01485 | 001487P001-1467A-093<br>CIN01486 |
| 001488P002-1467A-093<br>CIN01487 | 001489P001-1467A-093<br>CIN01488 | 001490P001-1467A-093<br>CIN01489 | 001491P001-1467A-093<br>CIN01490 |
| 001492P002-1467A-093<br>CIN01491 | 001493P001-1467A-093<br>CIN01492 | 001494P001-1467A-093<br>CIN01493 | 001495P001-1467A-093<br>CIN01494 |
| 001496P001-1467A-093<br>CIN01495 | 001497P001-1467A-093<br>CIN01496 | 001498P001-1467A-093<br>CIN01497 | 001499P002-1467A-093<br>CIN01498 |
| 006865P003-1467A-093<br>CIN01498 | 006865P003-1467A-093<br>CIN01498 | 001500P002-1467A-093<br>CIN01499 | 006989P002-1467A-093<br>CIN01499 |
| 001501P001-1467A-093<br>CIN01500 | 001502P001-1467A-093<br>CIN01501 | 001503P001-1467A-093<br>CIN01502 | 001504P001-1467A-093<br>CIN01503 |

| | | | |
|---|---|---|---|
| 001505P001-1467A-093<br>CIN01504 | 001506P001-1467A-093<br>CIN01505 | 001507P001-1467A-093<br>CIN01506 | 001508P001-1467A-093<br>CIN01507 |
| 001509P001-1467A-093<br>CIN01508 | 001510P001-1467A-093<br>CIN01509 | 001511P001-1467A-093<br>CIN01510 | 001512P001-1467A-093<br>CIN01511 |
| 001513P001-1467A-093<br>CIN01512 | 001514P001-1467A-093<br>CIN01513 | 001515P002-1467A-093<br>CIN01514 | 001516P001-1467A-093<br>CIN01515 |
| 001517P002-1467A-093<br>CIN01516 | 006834P001-1467A-093<br>CIN01516 | 001518P002-1467A-093<br>CIN01517 | 001519P001-1467A-093<br>CIN01518 |
| 001520P001-1467A-093<br>CIN01519 | 001521P001-1467A-093<br>CIN01520 | 001522P001-1467A-093<br>CIN01521 | 001523P001-1467A-093<br>CIN01522 |
| 001524P001-1467A-093<br>CIN01523 | 001525P001-1467A-093<br>CIN01524 | 001526P001-1467A-093<br>CIN01525 | 001527P001-1467A-093<br>CIN01526 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001528P001-1467A-093<br>CIN01527 | 001529P002-1467A-093<br>CIN01528 | 006919P003-1467A-093<br>CIN01528 | 001530P002-1467A-093<br>CIN01529 |
| 001531P001-1467A-093<br>CIN01530 | 001532P001-1467A-093<br>CIN01531 | 001533P001-1467A-093<br>CIN01532 | 001534P001-1467A-093<br>CIN01533 |
| 001535P001-1467A-093<br>CIN01534 | 001536P002-1467A-093<br>CIN01535 | 001537P001-1467A-093<br>CIN01536 | 001538P001-1467A-093<br>CIN01537 |
| 001539P001-1467A-093<br>CIN01538 | 001540P003-1467A-093<br>CIN01539 | 001541P001-1467A-093<br>CIN01540 | 001542P001-1467A-093<br>CIN01541 |
| 001543P001-1467A-093<br>CIN01542 | 001544P001-1467A-093<br>CIN01543,CIN06366 | 001545P002-1467A-093<br>CIN01544 | 006864P003-1467A-093<br>CIN01544 |
| 001546P001-1467A-093<br>CIN01545 | 001547P002-1467A-093<br>CIN01546 | 001548P001-1467A-093<br>CIN01547 | 001549P001-1467A-093<br>CIN01548 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001550P001-1467A-093<br>CIN01549 | 001551P001-1467A-093<br>CIN01550 | 001552P001-1467A-093<br>CIN01551 | 001553P001-1467A-093<br>CIN01552 |
| 001554P001-1467A-093<br>CIN01553 | 001555P001-1467A-093<br>CIN01554 | 001556P001-1467A-093<br>CIN01555 | 001557P001-1467A-093<br>CIN01556 |
| 001558P001-1467A-093<br>CIN01557 | 001559P002-1467A-093<br>CIN01558 | 001560P001-1467A-093<br>CIN01559 | 001561P001-1467A-093<br>CIN01560 |
| 001562P001-1467A-093<br>CIN01561 | 001563P001-1467A-093<br>CIN01562 | 001564P001-1467A-093<br>CIN01563 | 001565P001-1467A-093<br>CIN01564 |
| 001566P001-1467A-093<br>CIN01565 | 001567P001-1467A-093<br>CIN01566 | 001568P001-1467A-093<br>CIN01567 | 001569P001-1467A-093<br>CIN01568 |
| 001570P001-1467A-093<br>CIN01569 | 001571P001-1467A-093<br>CIN01570 | 001572P001-1467A-093<br>CIN01571 | 001573P001-1467A-093<br>CIN01572 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001574P001-1467A-093<br>CIN01573 | 001575P001-1467A-093<br>CIN01574 | 001576P001-1467A-093<br>CIN01575 | 001577P001-1467A-093<br>CIN01576 |
| 001578P001-1467A-093<br>CIN01577 | 001579P002-1467A-093<br>CIN01578 | 001579P002-1467A-093<br>CIN01578 | 006630P003-1467A-093<br>CIN01578 |
| 006630P003-1467A-093<br>CIN01578 | 001580P001-1467A-093<br>CIN01579 | 001581P001-1467A-093<br>CIN01580 | 001582P001-1467A-093<br>CIN01581 |
| 001583P001-1467A-093<br>CIN01582 | 001584P001-1467A-093<br>CIN01583 | 001585P001-1467A-093<br>CIN01584 | 001586P002-1467A-093<br>CIN01585 |
| 006788P002-1467A-093<br>CIN01585 | 001587P001-1467A-093<br>CIN01586 | 001588P001-1467A-093<br>CIN01587 | 001589P001-1467A-093<br>CIN01588 |
| 001590P001-1467A-093<br>CIN01589 | 001591P001-1467A-093<br>CIN01590 | 001592P001-1467A-093<br>CIN01591 | 001593P002-1467A-093<br>CIN01592 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001594P001-1467A-093<br>CIN01593 | 001595P001-1467A-093<br>CIN01594 | 001596P001-1467A-093<br>CIN01595 | 001597P002-1467A-093<br>CIN01596 |
| 001598P002-1467A-093<br>CIN01597 | 001598P002-1467A-093<br>CIN01597 | 006638P004-1467A-093<br>CIN01597 | 006638P004-1467A-093<br>CIN01597 |
| 001599P001-1467A-093<br>CIN01598 | 001600P001-1467A-093<br>CIN01599 | 001601P001-1467A-093<br>CIN01600 | 001602P001-1467A-093<br>CIN01601 |
| 001603P001-1467A-093<br>CIN01602 | 001604P001-1467A-093<br>CIN01603 | 001605P001-1467A-093<br>CIN01604 | 001606P001-1467A-093<br>CIN01605 |
| 001607P002-1467A-093<br>CIN01606 | 006843P003-1467A-093<br>CIN01606 | 001608P002-1467A-093<br>CIN01607 | 001609P001-1467A-093<br>CIN01608 |
| 001610P001-1467A-093<br>CIN01609 | 001611P001-1467A-093<br>CIN01610 | 001612P001-1467A-093<br>CIN01611 | 001613P002-1467A-093<br>CIN01612 |

# Cred Inc., et al.
# Electronic Mail
# Exhibit Pages

| | | | |
|---|---|---|---|
| 006644P004-1467A-093<br>CIN01612 | 001614P001-1467A-093<br>CIN01613 | 001615P001-1467A-093<br>CIN01614 | 001616P002-1467A-093<br>CIN01615 |
| 001617P001-1467A-093<br>CIN01616 | 001618P002-1467A-093<br>CIN01617 | 001619P001-1467A-093<br>CIN01618 | 001620P002-1467A-093<br>CIN01619 |
| 001621P002-1467A-093<br>CIN01620 | 001622P002-1467A-093<br>CIN01621 | 001623P001-1467A-093<br>CIN01622 | 001624P001-1467A-093<br>CIN01623 |
| 001625P001-1467A-093<br>CIN01624 | 001626P004-1467A-093<br>CIN01625 | 007064P003-1467A-093<br>CIN01625 | 001627P001-1467A-093<br>CIN01626 |
| 001628P001-1467A-093<br>CIN01627 | 001629P003-1467A-093<br>CIN01628 | 001630P001-1467A-093<br>CIN01629 | 001631P002-1467A-093<br>CIN01630 |
| 001632P001-1467A-093<br>CIN01631 | 001633P001-1467A-093<br>CIN01632 | 001634P001-1467A-093<br>CIN01633 | 001635P001-1467A-093<br>CIN01634 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001636P001-1467A-093<br>CIN01635 | 001637P001-1467A-093<br>CIN01636 | 001638P001-1467A-093<br>CIN01637 | 001639P001-1467A-093<br>CIN01638 |
| 001640P001-1467A-093<br>CIN01639 | 001029P001-1467A-093<br>CIN01640 | 001641P002-1467A-093<br>CIN01641 | 001642P001-1467A-093<br>CIN01642 |
| 001643P002-1467A-093<br>CIN01643 | 001644P001-1467A-093<br>CIN01644 | 001645P001-1467A-093<br>CIN01645 | 001646P001-1467A-093<br>CIN01646 |
| 001647P001-1467A-093<br>CIN01647 | 001648P001-1467A-093<br>CIN01648 | 001649P001-1467A-093<br>CIN01649 | 001650P001-1467A-093<br>CIN01650 |
| 001651P001-1467A-093<br>CIN01651 | 001652P001-1467A-093<br>CIN01652 | 001653P001-1467A-093<br>CIN01653 | 001654P002-1467A-093<br>CIN01654 |
| 001655P001-1467A-093<br>CIN01655 | 001656P001-1467A-093<br>CIN01656 | 001657P002-1467A-093<br>CIN01657 | 006631P003-1467A-093<br>CIN01657 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 001658P001-1467A-093<br>CIN01658 | 001659P001-1467A-093<br>CIN01659 | 001660P001-1467A-093<br>CIN01660 | 001661P001-1467A-093<br>CIN01661 |
| 001662P001-1467A-093<br>CIN01662 | 001663P001-1467A-093<br>CIN01663 | 001664P001-1467A-093<br>CIN01664 | 001665P001-1467A-093<br>CIN01665 |
| 001666P001-1467A-093<br>CIN01666 | 001667P001-1467A-093<br>CIN01667 | 001668P001-1467A-093<br>CIN01668 | 001669P002-1467A-093<br>CIN01669 |
| 001670P001-1467A-093<br>CIN01670 | 001671P001-1467A-093<br>CIN01671 | 001672P002-1467A-093<br>CIN01672 | 001673P001-1467A-093<br>CIN01673 |
| 001674P001-1467A-093<br>CIN01674 | 001675P001-1467A-093<br>CIN01675 | 001676P001-1467A-093<br>CIN01676 | 001677P001-1467A-093<br>CIN01677 |
| 001678P001-1467A-093<br>CIN01678 | 001679P002-1467A-093<br>CIN01679 | 001680P001-1467A-093<br>CIN01680 | 001681P002-1467A-093<br>CIN01681 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 78 of 346

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 76 of 280

04/20/2021 06:37:59 PM

001682P001-1467A-093
CIN01682

001683P002-1467A-093
CIN01683

006860P004-1467A-093
CIN01683

001684P001-1467A-093
CIN01684

001685P001-1467A-093
CIN01685

001686P001-1467A-093
CIN01686

001687P001-1467A-093
CIN01687

001688P001-1467A-093
CIN01688

001689P001-1467A-093
CIN01689

001690P002-1467A-093
CIN01690

006948P001-1467A-093
CIN01690

001691P001-1467A-093
CIN01691

001692P001-1467A-093
CIN01692

001693P001-1467A-093
CIN01693

001694P001-1467A-093
CIN01694

001695P002-1467A-093
CIN01695

001696P001-1467A-093
CIN01696

001697P001-1467A-093
CIN01697

001698P001-1467A-093
CIN01698

001699P001-1467A-093
CIN01699

001700P001-1467A-093
CIN01700

001701P001-1467A-093
CIN01701

001702P001-1467A-093
CIN01702

001703P001-1467A-093
CIN01703

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 001704P001-1467A-093 | 001705P001-1467A-093 | 001706P001-1467A-093 | 001707P002-1467A-093 |
| CIN01704 | CIN01705 | CIN01706 | CIN01707 |

| 001708P003-1467A-093 | 001709P002-1467A-093 | 001710P001-1467A-093 | 001711P001-1467A-093 |
| CIN01708 | CIN01709 | CIN01710 | CIN01711 |

| 001712P001-1467A-093 | 001713P002-1467A-093 | 001713P002-1467A-093 | 006976P002-1467A-093 |
| CIN01712 | CIN01713 | CIN01713 | CIN01713 |

| 006976P002-1467A-093 | 001714P001-1467A-093 | 001715P001-1467A-093 | 001716P001-1467A-093 |
| CIN01713 | CIN01714 | CIN01715 | CIN01716 |

| 001717P001-1467A-093 | 001718P001-1467A-093 | 001719P002-1467A-093 | 001720P001-1467A-093 |
| CIN01717 | CIN01718 | CIN01719 | CIN01720 |

| 001721P001-1467A-093 | 001722P001-1467A-093 | 001723P001-1467A-093 | 001724P001-1467A-093 |
| CIN01721 | CIN01722 | CIN01723 | CIN01724 |

| | | | |
|---|---|---|---|
| 001725P001-1467A-093<br>CIN01725 | 001726P002-1467A-093<br>CIN01726 | 001727P001-1467A-093<br>CIN01727 | 001728P001-1467A-093<br>CIN01728 |
| 001729P002-1467A-093<br>CIN01729 | 001730P002-1467A-093<br>CIN01730 | 006652P003-1467A-093<br>CIN01730 | 001731P001-1467A-093<br>CIN01731 |
| 001732P001-1467A-093<br>CIN01732 | 001733P001-1467A-093<br>CIN01733 | 001734P001-1467A-093<br>CIN01734 | 001735P001-1467A-093<br>CIN01735 |
| 001736P001-1467A-093<br>CIN01736 | 001737P001-1467A-093<br>CIN01737 | 001738P001-1467A-093<br>CIN01738 | 001739P001-1467A-093<br>CIN01739 |
| 001740P002-1467A-093<br>CIN01740 | 001741P001-1467A-093<br>CIN01741 | 001742P001-1467A-093<br>CIN01742 | 001743P001-1467A-093<br>CIN01743 |
| 001744P001-1467A-093<br>CIN01744 | 001745P002-1467A-093<br>CIN01745 | 001746P001-1467A-093<br>CIN01746 | 001747P002-1467A-093<br>CIN01747 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 006884P001-1467A-093<br>CIN01747 | 001748P001-1467A-093<br>CIN01748 | 001749P001-1467A-093<br>CIN01749 | 001750P001-1467A-093<br>CIN01750 |
| 001751P001-1467A-093<br>CIN01751 | 001752P001-1467A-093<br>CIN01752 | 001753P001-1467A-093<br>CIN01753 | 001754P001-1467A-093<br>CIN01754 |
| 001755P001-1467A-093<br>CIN01755 | 001756P001-1467A-093<br>CIN01756 | 001757P002-1467A-093<br>CIN01757 | 001758P001-1467A-093<br>CIN01758 |
| 001759P001-1467A-093<br>CIN01759 | 001760P001-1467A-093<br>CIN01760 | 001761P001-1467A-093<br>CIN01761 | 001762P001-1467A-093<br>CIN01762 |
| 001763P001-1467A-093<br>CIN01763 | 001764P001-1467A-093<br>CIN01764 | 001765P001-1467A-093<br>CIN01765 | 001766P001-1467A-093<br>CIN01766 |
| 001767P001-1467A-093<br>CIN01767 | 001768P001-1467A-093<br>CIN01768 | 001769P002-1467A-093<br>CIN01769 | 001770P002-1467A-093<br>CIN01770 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001771P001-1467A-093<br>CIN01771 | 001772P001-1467A-093<br>CIN01772 | 001773P001-1467A-093<br>CIN01773 | 001774P001-1467A-093<br>CIN01774 |
| 001775P001-1467A-093<br>CIN01775 | 001776P001-1467A-093<br>CIN01776 | 001777P001-1467A-093<br>CIN01777 | 001778P001-1467A-093<br>CIN01778 |
| 001779P001-1467A-093<br>CIN01779 | 001780P001-1467A-093<br>CIN01780 | 001781P001-1467A-093<br>CIN01781 | 001782P001-1467A-093<br>CIN01782 |
| 001783P001-1467A-093<br>CIN01783 | 001784P002-1467A-093<br>CIN01784 | 001784P002-1467A-093<br>CIN01784 | 001785P001-1467A-093<br>CIN01785 |
| 001786P001-1467A-093<br>CIN01786 | 001787P001-1467A-093<br>CIN01787 | 001788P001-1467A-093<br>CIN01788 | 001789P002-1467A-093<br>CIN01789 |
| 006647P003-1467A-093<br>CIN01789 | 001790P001-1467A-093<br>CIN01790 | 001791P001-1467A-093<br>CIN01791 | 001792P001-1467A-093<br>CIN01792 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001793P001-1467A-093<br>CIN01793 | 001794P001-1467A-093<br>CIN01794 | 001795P001-1467A-093<br>CIN01795 | 001796P001-1467A-093<br>CIN01796 |
| 001797P001-1467A-093<br>CIN01797 | 001798P001-1467A-093<br>CIN01798 | 001799P002-1467A-093<br>CIN01799 | 001800P001-1467A-093<br>CIN01800 |
| 001801P003-1467A-093<br>CIN01801 | 006932P002-1467A-093<br>CIN01801 | 006933P002-1467A-093<br>CIN01801 | 001802P001-1467A-093<br>CIN01802 |
| 001803P002-1467A-093<br>CIN01803 | 001804P001-1467A-093<br>CIN01804 | 001805P001-1467A-093<br>CIN01805 | 001806P001-1467A-093<br>CIN01806 |
| 001807P001-1467A-093<br>CIN01807 | 001808P001-1467A-093<br>CIN01808 | 001809P001-1467A-093<br>CIN01809 | 001810P001-1467A-093<br>CIN01810 |
| 001811P001-1467A-093<br>CIN01811 | 001812P001-1467A-093<br>CIN01812 | 001813P001-1467A-093<br>CIN01813 | 001814P001-1467A-093<br>CIN01814 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001815P002-1467A-093<br>CIN01815 | 001816P001-1467A-093<br>CIN01816 | 001817P001-1467A-093<br>CIN01817 | 001818P001-1467A-093<br>CIN01818 |
| 001819P001-1467A-093<br>CIN01819 | 001820P001-1467A-093<br>CIN01820 | 001821P001-1467A-093<br>CIN01821 | 001822P001-1467A-093<br>CIN01822 |
| 001823P001-1467A-093<br>CIN01823 | 001824P002-1467A-093<br>CIN01824 | 001825P001-1467A-093<br>CIN01825 | 001826P002-1467A-093<br>CIN01826 |
| 001827P001-1467A-093<br>CIN01827 | 001828P002-1467A-093<br>CIN01828 | 001829P001-1467A-093<br>CIN01829 | 001830P001-1467A-093<br>CIN01830 |
| 001831P001-1467A-093<br>CIN01831 | 001832P001-1467A-093<br>CIN01832 | 001833P002-1467A-093<br>CIN01833 | 001834P001-1467A-093<br>CIN01834 |
| 001835P001-1467A-093<br>CIN01835 | 001836P002-1467A-093<br>CIN01836 | 001837P001-1467A-093<br>CIN01837 | 001838P001-1467A-093<br>CIN01838 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 001839P002-1467A-093<br>CIN01839 | 001840P001-1467A-093<br>CIN01840 | 001841P001-1467A-093<br>CIN01841 | 001842P001-1467A-093<br>CIN01842 |
| 001843P001-1467A-093<br>CIN01843 | 001844P001-1467A-093<br>CIN01844 | 001845P001-1467A-093<br>CIN01845 | 001846P002-1467A-093<br>CIN01846 |
| 006857P003-1467A-093<br>CIN01846 | 001847P001-1467A-093<br>CIN01847 | 001848P001-1467A-093<br>CIN01848 | 001849P002-1467A-093<br>CIN01849 |
| 001850P001-1467A-093<br>CIN01850,CIN06375 | 001851P001-1467A-093<br>CIN01851 | 001852P001-1467A-093<br>CIN01852 | 001853P001-1467A-093<br>CIN01853 |
| 001854P001-1467A-093<br>CIN01854 | 001855P002-1467A-093<br>CIN01855 | 001856P001-1467A-093<br>CIN01856 | 001857P001-1467A-093<br>CIN01857 |
| 001858P002-1467A-093<br>CIN01858 | 001859P001-1467A-093<br>CIN01859 | 001860P001-1467A-093<br>CIN01860 | 001861P001-1467A-093<br>CIN01861 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001862P001-1467A-093<br>CIN01862 | 001863P001-1467A-093<br>CIN01863 | 001864P001-1467A-093<br>CIN01864 | 001865P001-1467A-093<br>CIN01865 |
| 001866P002-1467A-093<br>CIN01866 | 001867P001-1467A-093<br>CIN01867 | 001868P001-1467A-093<br>CIN01868 | 001869P001-1467A-093<br>CIN01869 |
| 001870P001-1467A-093<br>CIN01870 | 001871P002-1467A-093<br>CIN01871 | 001872P001-1467A-093<br>CIN01872 | 001873P001-1467A-093<br>CIN01873 |
| 001874P001-1467A-093<br>CIN01874 | 001875P001-1467A-093<br>CIN01875 | 001876P001-1467A-093<br>CIN01876 | 001877P001-1467A-093<br>CIN01877 |
| 001878P001-1467A-093<br>CIN01878 | 001879P001-1467A-093<br>CIN01879 | 001880P001-1467A-093<br>CIN01880 | 001881P001-1467A-093<br>CIN01881 |
| 001882P001-1467A-093<br>CIN01882 | 001883P001-1467A-093<br>CIN01883 | 001884P001-1467A-093<br>CIN01884 | 001885P001-1467A-093<br>CIN01885 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

001886P001-1467A-093
CIN01886

001887P001-1467A-093
CIN01887

001888P001-1467A-093
CIN01888

001889P001-1467A-093
CIN01889

001890P001-1467A-093
CIN01890

001891P001-1467A-093
CIN01891

001892P001-1467A-093
CIN01892

001893P001-1467A-093
CIN01893

001894P001-1467A-093
CIN01894

001895P001-1467A-093
CIN01895

001896P001-1467A-093
CIN01896

001897P001-1467A-093
CIN01897

001898P001-1467A-093
CIN01898

001899P001-1467A-093
CIN01899

001900P001-1467A-093
CIN01900

001901P001-1467A-093
CIN01901

001902P001-1467A-093
CIN01902

001903P001-1467A-093
CIN01903

001904P001-1467A-093
CIN01904

001905P002-1467A-093
CIN01905

001906P001-1467A-093
CIN01906

001907P001-1467A-093
CIN01907

001908P001-1467A-093
CIN01908

001909P001-1467A-093
CIN01909

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001910P001-1467A-093<br>CIN01910 | 001911P001-1467A-093<br>CIN01911 | 001912P001-1467A-093<br>CIN01912 | 001913P001-1467A-093<br>CIN01913 |
| 001914P001-1467A-093<br>CIN01914 | 001915P001-1467A-093<br>CIN01915 | 001916P001-1467A-093<br>CIN01916 | 001917P001-1467A-093<br>CIN01917 |
| 001918P001-1467A-093<br>CIN01918 | 001919P001-1467A-093<br>CIN01919 | 001920P001-1467A-093<br>CIN01920 | 001921P001-1467A-093<br>CIN01921 |
| 001922P001-1467A-093<br>CIN01922 | 001923P001-1467A-093<br>CIN01923 | 001924P001-1467A-093<br>CIN01924 | 001925P001-1467A-093<br>CIN01925 |
| 001926P001-1467A-093<br>CIN01926 | 001927P001-1467A-093<br>CIN01927 | 001928P001-1467A-093<br>CIN01928 | 001929P001-1467A-093<br>CIN01929 |
| 001930P001-1467A-093<br>CIN01930 | 001931P001-1467A-093<br>CIN01931 | 001932P001-1467A-093<br>CIN01932 | 001933P001-1467A-093<br>CIN01933 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001934P001-1467A-093<br>CIN01934 | 001935P001-1467A-093<br>CIN01935 | 001936P003-1467A-093<br>CIN01936 | 001937P001-1467A-093<br>CIN01937 |
| 001938P001-1467A-093<br>CIN01938 | 001939P001-1467A-093<br>CIN01939 | 001940P001-1467A-093<br>CIN01940 | 001941P001-1467A-093<br>CIN01941 |
| 001942P002-1467A-093<br>CIN01942 | 006944P002-1467A-093<br>CIN01942 | 001943P001-1467A-093<br>CIN01943 | 001944P001-1467A-093<br>CIN01944 |
| 001945P001-1467A-093<br>CIN01945 | 001946P001-1467A-093<br>CIN01946 | 001947P001-1467A-093<br>CIN01947 | 001948P001-1467A-093<br>CIN01948 |
| 001949P001-1467A-093<br>CIN01949 | 001950P001-1467A-093<br>CIN01950 | 001951P001-1467A-093<br>CIN01951 | 001952P001-1467A-093<br>CIN01952 |
| 001953P001-1467A-093<br>CIN01953 | 001954P001-1467A-093<br>CIN01954 | 001955P003-1467A-093<br>CIN01955 | 001956P001-1467A-093<br>CIN01956 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001957P001-1467A-093<br>CIN01957 | 001958P001-1467A-093<br>CIN01958 | 001959P001-1467A-093<br>CIN01959 | 001960P001-1467A-093<br>CIN01960 |
| 001961P001-1467A-093<br>CIN01961 | 001962P001-1467A-093<br>CIN01962 | 001963P001-1467A-093<br>CIN01963 | 001964P001-1467A-093<br>CIN01964 |
| 001965P001-1467A-093<br>CIN01965 | 001966P001-1467A-093<br>CIN01966 | 001967P001-1467A-093<br>CIN01967 | 001968P001-1467A-093<br>CIN01968 |
| 001969P001-1467A-093<br>CIN01969 | 001970P003-1467A-093<br>CIN01970 | 001971P002-1467A-093<br>CIN01971 | 001972P001-1467A-093<br>CIN01972 |
| 001973P001-1467A-093<br>CIN01973 | 001974P002-1467A-093<br>CIN01974 | 001975P001-1467A-093<br>CIN01975 | 001976P001-1467A-093<br>CIN01976 |
| 001977P001-1467A-093<br>CIN01977 | 001978P001-1467A-093<br>CIN01978 | 001979P001-1467A-093<br>CIN01979 | 001980P001-1467A-093<br>CIN01980 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 001981P001-1467A-093<br>CIN01981 | 001982P001-1467A-093<br>CIN01982 | 001983P001-1467A-093<br>CIN01983 | 001984P001-1467A-093<br>CIN01984 |
| 001985P001-1467A-093<br>CIN01985 | 001986P001-1467A-093<br>CIN01986 | 001987P001-1467A-093<br>CIN01987 | 001988P001-1467A-093<br>CIN01988 |
| 001989P001-1467A-093<br>CIN01989 | 001990P001-1467A-093<br>CIN01990 | 001991P001-1467A-093<br>CIN01991 | 001992P001-1467A-093<br>CIN01992 |
| 001993P001-1467A-093<br>CIN01993 | 001994P001-1467A-093<br>CIN01994 | 001995P001-1467A-093<br>CIN01995 | 001996P001-1467A-093<br>CIN01996 |
| 001997P002-1467A-093<br>CIN01997 | 001998P001-1467A-093<br>CIN01998 | 001999P001-1467A-093<br>CIN01999 | 002000P002-1467A-093<br>CIN02000 |
| 002001P001-1467A-093<br>CIN02001 | 002002P001-1467A-093<br>CIN02002 | 002003P001-1467A-093<br>CIN02003 | 002004P002-1467A-093<br>CIN02004 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006943P001-1467A-093<br>CIN02004 | 002005P001-1467A-093<br>CIN02005 | 002006P001-1467A-093<br>CIN02006 | 002007P001-1467A-093<br>CIN02007 |
| 002008P001-1467A-093<br>CIN02008 | 002009P001-1467A-093<br>CIN02009 | 002010P001-1467A-093<br>CIN02010 | 002011P001-1467A-093<br>CIN02011 |
| 002012P001-1467A-093<br>CIN02012 | 002013P001-1467A-093<br>CIN02013 | 002014P001-1467A-093<br>CIN02014 | 002015P001-1467A-093<br>CIN02015 |
| 002016P001-1467A-093<br>CIN02016 | 002017P001-1467A-093<br>CIN02017 | 002018P001-1467A-093<br>CIN02018 | 002019P001-1467A-093<br>CIN02019 |
| 002020P001-1467A-093<br>CIN02020 | 002021P001-1467A-093<br>CIN02021 | 002022P002-1467A-093<br>CIN02022 | 002023P001-1467A-093<br>CIN02023 |
| 002024P001-1467A-093<br>CIN02024 | 002025P001-1467A-093<br>CIN02025 | 002026P001-1467A-093<br>CIN02026 | 002027P001-1467A-093<br>CIN02027 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002028P001-1467A-093<br>CIN02028 | 002029P001-1467A-093<br>CIN02029 | 002030P001-1467A-093<br>CIN02030 | 002031P001-1467A-093<br>CIN02031 |
| 002032P001-1467A-093<br>CIN02032 | 002033P001-1467A-093<br>CIN02033 | 002034P002-1467A-093<br>CIN02034 | 002035P001-1467A-093<br>CIN02035 |
| 002036P002-1467A-093<br>CIN02036 | 002037P001-1467A-093<br>CIN02037 | 002038P002-1467A-093<br>CIN02038 | 002039P001-1467A-093<br>CIN02039 |
| 002040P001-1467A-093<br>CIN02040 | 002041P001-1467A-093<br>CIN02041 | 002042P001-1467A-093<br>CIN02042 | 002043P001-1467A-093<br>CIN02043 |
| 002044P001-1467A-093<br>CIN02044 | 002045P001-1467A-093<br>CIN02045 | 002046P001-1467A-093<br>CIN02046 | 002047P001-1467A-093<br>CIN02047 |
| 002048P001-1467A-093<br>CIN02048 | 002049P001-1467A-093<br>CIN02049 | 002050P001-1467A-093<br>CIN02050 | 002051P002-1467A-093<br>CIN02051 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 002052P001-1467A-093 | 002053P001-1467A-093 | 002054P001-1467A-093 | 002055P001-1467A-093 |
| CIN02052 | CIN02053 | CIN02054 | CIN02055 |

| 002056P002-1467A-093 | 002056P002-1467A-093 | 002057P001-1467A-093 | 002058P001-1467A-093 |
| CIN02056 | CIN02056 | CIN02057 | CIN02058 |

| 002059P001-1467A-093 | 002060P002-1467A-093 | 002061P001-1467A-093 | 002062P001-1467A-093 |
| CIN02059 | CIN02060 | CIN02061 | CIN02062 |

| 002063P002-1467A-093 | 002064P001-1467A-093 | 002065P001-1467A-093 | 002066P001-1467A-093 |
| CIN02063 | CIN02064 | CIN02065 | CIN02066 |

| 002067P001-1467A-093 | 002068P001-1467A-093 | 002069P001-1467A-093 | 002070P001-1467A-093 |
| CIN02067 | CIN02068 | CIN02069 | CIN02070 |

| 002071P001-1467A-093 | 002072P001-1467A-093 | 002073P001-1467A-093 | 002074P001-1467A-093 |
| CIN02071 | CIN02072 | CIN02073 | CIN02074 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002075P001-1467A-093<br>CIN02075 | 002076P001-1467A-093<br>CIN02076 | 002077P001-1467A-093<br>CIN02077 | 002078P001-1467A-093<br>CIN02078 |
| 002079P001-1467A-093<br>CIN02079 | 002080P001-1467A-093<br>CIN02080 | 002081P001-1467A-093<br>CIN02081 | 002082P001-1467A-093<br>CIN02082 |
| 002083P001-1467A-093<br>CIN02083 | 002084P001-1467A-093<br>CIN02084 | 002085P001-1467A-093<br>CIN02085 | 002086P001-1467A-093<br>CIN02086 |
| 006234P002-1467A-093<br>CIN02087 | 002087P001-1467A-093<br>CIN02088 | 002088P001-1467A-093<br>CIN02089 | 002089P001-1467A-093<br>CIN02090 |
| 002090P001-1467A-093<br>CIN02091 | 002091P001-1467A-093<br>CIN02092 | 002092P001-1467A-093<br>CIN02093 | 002093P001-1467A-093<br>CIN02094 |
| 002094P001-1467A-093<br>CIN02095 | 002095S001-1467A-093<br>CIN02096 | 002095P002-1467A-093<br>CIN02096 | 002095P002-1467A-093<br>CIN02096 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006915S001-1467A-093<br>CIN02096 | 006915P001-1467A-093<br>CIN02096 | 006915P001-1467A-093<br>CIN02096 | 002096P001-1467A-093<br>CIN02097 |
| 002097P001-1467A-093<br>CIN02098 | 002098P001-1467A-093<br>CIN02099 | 002099P001-1467A-093<br>CIN02100 | 002100P001-1467A-093<br>CIN02101 |
| 006235P001-1467A-093<br>CIN02102 | 002101P001-1467A-093<br>CIN02103 | 002102P001-1467A-093<br>CIN02104 | 002103P001-1467A-093<br>CIN02105 |
| 002104P003-1467A-093<br>CIN02106 | 002105P001-1467A-093<br>CIN02107 | 002106P001-1467A-093<br>CIN02108 | 002107P001-1467A-093<br>CIN02109 |
| 002108P001-1467A-093<br>CIN02110 | 006236P001-1467A-093<br>CIN02111 | 002109P001-1467A-093<br>CIN02112 | 002110P001-1467A-093<br>CIN02113 |
| 002111P003-1467A-093<br>CIN02114 | 006640P004-1467A-093<br>CIN02114 | 002112P001-1467A-093<br>CIN02115 | 002113P001-1467A-093<br>CIN02116 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

002114P001-1467A-093
CIN02117

002115P001-1467A-093
CIN02118

002116P001-1467A-093
CIN02119

002117P001-1467A-093
CIN02120

002118P001-1467A-093
CIN02121

002119P001-1467A-093
CIN02122

002120P002-1467A-093
CIN02123

002121P001-1467A-093
CIN02124

002122P001-1467A-093
CIN02125

002123P002-1467A-093
CIN02126

002124P001-1467A-093
CIN02127

002125P001-1467A-093
CIN02128

002126P001-1467A-093
CIN02129

002127P002-1467A-093
CIN02130

002128P001-1467A-093
CIN02131

002129P001-1467A-093
CIN02132

002130P001-1467A-093
CIN02133

002131P001-1467A-093
CIN02134

002132P001-1467A-093
CIN02135

002133P001-1467A-093
CIN02136

002134P001-1467A-093
CIN02137

002135P001-1467A-093
CIN02138

002136P001-1467A-093
CIN02139

002137P001-1467A-093
CIN02140

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002138P001-1467A-093<br>CIN02141 | 002139P001-1467A-093<br>CIN02142 | 002140P001-1467A-093<br>CIN02143 | 002141P001-1467A-093<br>CIN02144 |
| 002142P001-1467A-093<br>CIN02145 | 002143P001-1467A-093<br>CIN02146 | 002144P001-1467A-093<br>CIN02147 | 006264P002-1467A-093<br>CIN02148 |
| 002145P002-1467A-093<br>CIN02149 | 002146P001-1467A-093<br>CIN02150 | 002147P001-1467A-093<br>CIN02151 | 002148P001-1467A-093<br>CIN02152 |
| 002149P001-1467A-093<br>CIN02153 | 002150P001-1467A-093<br>CIN02154 | 002151P002-1467A-093<br>CIN02155 | 002152P002-1467A-093<br>CIN02156 |
| 002153P002-1467A-093<br>CIN02157 | 006905P001-1467A-093<br>CIN02157 | 002154P001-1467A-093<br>CIN02158 | 002155P001-1467A-093<br>CIN02159 |
| 002156P001-1467A-093<br>CIN02160 | 002157P001-1467A-093<br>CIN02161 | 002158P001-1467A-093<br>CIN02162 | 002159P001-1467A-093<br>CIN02163 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002160P001-1467A-093<br>CIN02164 | 002161P001-1467A-093<br>CIN02165 | 002162P001-1467A-093<br>CIN02166 | 002163P001-1467A-093<br>CIN02167 |
| 002164P001-1467A-093<br>CIN02168 | 002165P002-1467A-093<br>CIN02169 | 002166P001-1467A-093<br>CIN02170 | 002167P001-1467A-093<br>CIN02171 |
| 002168P001-1467A-093<br>CIN02172 | 002169P001-1467A-093<br>CIN02173 | 002170P001-1467A-093<br>CIN02174 | 002171P001-1467A-093<br>CIN02175 |
| 002172P001-1467A-093<br>CIN02176 | 002173P002-1467A-093<br>CIN02177 | 006931P001-1467A-093<br>CIN02177 | 002174P001-1467A-093<br>CIN02178 |
| 002175P001-1467A-093<br>CIN02179 | 002176P001-1467A-093<br>CIN02180 | 002177P002-1467A-093<br>CIN02181 | 002178P001-1467A-093<br>CIN02182 |
| 002179P001-1467A-093<br>CIN02183,CIN06393 | 002180P001-1467A-093<br>CIN02184 | 002181P001-1467A-093<br>CIN02185 | 002182P001-1467A-093<br>CIN02186 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002183P001-1467A-093<br>CIN02187 | 002184P001-1467A-093<br>CIN02188 | 002185P001-1467A-093<br>CIN02189 | 002186P001-1467A-093<br>CIN02190 |
| 002187P001-1467A-093<br>CIN02191 | 002188P001-1467A-093<br>CIN02192 | 002189P001-1467A-093<br>CIN02193 | 002190P001-1467A-093<br>CIN02194 |
| 002191P001-1467A-093<br>CIN02195 | 002192P001-1467A-093<br>CIN02196 | 002193P002-1467A-093<br>CIN02197 | 002193P002-1467A-093<br>CIN02197 |
| 006910P001-1467A-093<br>CIN02197 | 006910P001-1467A-093<br>CIN02197 | 002194P001-1467A-093<br>CIN02198 | 002195P001-1467A-093<br>CIN02199 |
| 002196P002-1467A-093<br>CIN02200 | 002197P001-1467A-093<br>CIN02201 | 002198P001-1467A-093<br>CIN02202 | 002199P001-1467A-093<br>CIN02203 |
| 002200P001-1467A-093<br>CIN02204 | 002201P001-1467A-093<br>CIN02205 | 002202P001-1467A-093<br>CIN02206 | 002203P001-1467A-093<br>CIN02207 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002204P001-1467A-093<br>CIN02208 | 002205P001-1467A-093<br>CIN02209 | 002206P001-1467A-093<br>CIN02210 | 002207P002-1467A-093<br>CIN02211 |
| 002208P001-1467A-093<br>CIN02212 | 002209P001-1467A-093<br>CIN02213 | 002210P002-1467A-093<br>CIN02214 | 002211P001-1467A-093<br>CIN02215 |
| 002212P001-1467A-093<br>CIN02216 | 002213P001-1467A-093<br>CIN02217 | 002214P001-1467A-093<br>CIN02218 | 002215P001-1467A-093<br>CIN02219 |
| 002216P001-1467A-093<br>CIN02220 | 002217P001-1467A-093<br>CIN02221 | 002218P001-1467A-093<br>CIN02222 | 002219P001-1467A-093<br>CIN02223 |
| 002220P001-1467A-093<br>CIN02224 | 002221P001-1467A-093<br>CIN02225 | 002222P001-1467A-093<br>CIN02226 | 002223P001-1467A-093<br>CIN02227 |
| 002224P001-1467A-093<br>CIN02228 | 002225P001-1467A-093<br>CIN02229 | 002226P001-1467A-093<br>CIN02230 | 002227P001-1467A-093<br>CIN02231 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002228P001-1467A-093<br>CIN02232 | 002229P001-1467A-093<br>CIN02233 | 002230P001-1467A-093<br>CIN02234 | 002231P001-1467A-093<br>CIN02235 |
| 002232P001-1467A-093<br>CIN02236 | 002233P002-1467A-093<br>CIN02237 | 002234P001-1467A-093<br>CIN02238 | 002235P001-1467A-093<br>CIN02239 |
| 002236P001-1467A-093<br>CIN02240 | 002237P002-1467A-093<br>CIN02241 | 002238P001-1467A-093<br>CIN02242 | 002239P002-1467A-093<br>CIN02243 |
| 007008P002-1467A-093<br>CIN02243 | 002240P002-1467A-093<br>CIN02244 | 002241P001-1467A-093<br>CIN02245 | 002242P001-1467A-093<br>CIN02246 |
| 002243P002-1467A-093<br>CIN02247 | 002244P002-1467A-093<br>CIN02248 | 002245P001-1467A-093<br>CIN02249 | 002246P001-1467A-093<br>CIN02250 |
| 002247P001-1467A-093<br>CIN02251 | 002248P001-1467A-093<br>CIN02252 | 002249P001-1467A-093<br>CIN02253 | 002250P002-1467A-093<br>CIN02254 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006789P003-1467A-093<br>CIN02254 | 002251P002-1467A-093<br>CIN02255 | 002252P001-1467A-093<br>CIN02256 | 002253P001-1467A-093<br>CIN02257 |
| 002254P001-1467A-093<br>CIN02258 | 002255P001-1467A-093<br>CIN02259 | 002256P002-1467A-093<br>CIN02260 | 002257P001-1467A-093<br>CIN02261 |
| 002258P001-1467A-093<br>CIN02262 | 002259P001-1467A-093<br>CIN02263 | 002260P002-1467A-093<br>CIN02264 | 002261P001-1467A-093<br>CIN02265 |
| 002262P002-1467A-093<br>CIN02266 | 002263P001-1467A-093<br>CIN02267 | 002264P001-1467A-093<br>CIN02268 | 002265P002-1467A-093<br>CIN02269 |
| 002266P001-1467A-093<br>CIN02270 | 002267P001-1467A-093<br>CIN02271 | 002268P001-1467A-093<br>CIN02272 | 002269P001-1467A-093<br>CIN02273 |
| 002270P002-1467A-093<br>CIN02274 | 002271P001-1467A-093<br>CIN02275 | 002272P001-1467A-093<br>CIN02276 | 002273P001-1467A-093<br>CIN02277 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002274P001-1467A-093<br>CIN02278 | 002275P001-1467A-093<br>CIN02279 | 002276P001-1467A-093<br>CIN02280 | 002277P001-1467A-093<br>CIN02281 |
| 002278P001-1467A-093<br>CIN02282 | 002279P001-1467A-093<br>CIN02283 | 002280P003-1467A-093<br>CIN02284 | 002281P001-1467A-093<br>CIN02285 |
| 002282P001-1467A-093<br>CIN02286 | 002283P001-1467A-093<br>CIN02287 | 002284P003-1467A-093<br>CIN02288 | 002285P001-1467A-093<br>CIN02289 |
| 002286P001-1467A-093<br>CIN02290 | 002287P002-1467A-093<br>CIN02291 | 002288P001-1467A-093<br>CIN02292 | 002289P001-1467A-093<br>CIN02293 |
| 002290P001-1467A-093<br>CIN02294 | 002291P001-1467A-093<br>CIN02295 | 002292P001-1467A-093<br>CIN02296 | 002293P001-1467A-093<br>CIN02297 |
| 002294P001-1467A-093<br>CIN02298 | 002295P001-1467A-093<br>CIN02299 | 002296P001-1467A-093<br>CIN02300 | 002297P001-1467A-093<br>CIN02301 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002298P001-1467A-093<br>CIN02302 | 002299P001-1467A-093<br>CIN02303 | 002300P002-1467A-093<br>CIN02304 | 002301P002-1467A-093<br>CIN02305 |
| 002302P001-1467A-093<br>CIN02306 | 002303P001-1467A-093<br>CIN02307 | 002304P001-1467A-093<br>CIN02308 | 002305P001-1467A-093<br>CIN02309 |
| 002306P001-1467A-093<br>CIN02310 | 002307P001-1467A-093<br>CIN02311 | 002308P002-1467A-093<br>CIN02312 | 006720P002-1467A-093<br>CIN02312 |
| 002309P001-1467A-093<br>CIN02313 | 002310P001-1467A-093<br>CIN02314 | 002311P002-1467A-093<br>CIN02315 | 002312P001-1467A-093<br>CIN02316 |
| 002313P001-1467A-093<br>CIN02317 | 002314P002-1467A-093<br>CIN02318 | 002315P001-1467A-093<br>CIN02319 | 002316P001-1467A-093<br>CIN02320 |
| 002317P001-1467A-093<br>CIN02321 | 002318P001-1467A-093<br>CIN02322 | 002319P001-1467A-093<br>CIN02323 | 002320P001-1467A-093<br>CIN02324 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 002321P001-1467A-093<br>CIN02325 | 002322P001-1467A-093<br>CIN02326 | 002323P001-1467A-093<br>CIN02327 | 002324P001-1467A-093<br>CIN02328 |
| 002325P001-1467A-093<br>CIN02329 | 002326P002-1467A-093<br>CIN02330 | 002327P001-1467A-093<br>CIN02331 | 002328P001-1467A-093<br>CIN02332 |
| 002329P003-1467A-093<br>CIN02333 | 002330P001-1467A-093<br>CIN02334 | 002331P001-1467A-093<br>CIN02335 | 002332P002-1467A-093<br>CIN02336 |
| 002333P001-1467A-093<br>CIN02337 | 002334P001-1467A-093<br>CIN02338 | 002335P001-1467A-093<br>CIN02339 | 002336P002-1467A-093<br>CIN02340 |
| 002337P001-1467A-093<br>CIN02341 | 002338P001-1467A-093<br>CIN02342 | 002339P001-1467A-093<br>CIN02343 | 002340P001-1467A-093<br>CIN02344 |
| 002341P001-1467A-093<br>CIN02345 | 002342P001-1467A-093<br>CIN02346 | 002343P001-1467A-093<br>CIN02347 | 002344P002-1467A-093<br>CIN02348 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002345P001-1467A-093<br>CIN02349 | 002346P001-1467A-093<br>CIN02350 | 002347P001-1467A-093<br>CIN02351 | 002348P001-1467A-093<br>CIN02352 |
| 002349P001-1467A-093<br>CIN02353 | 002350P001-1467A-093<br>CIN02354 | 002351P001-1467A-093<br>CIN02355 | 002352P001-1467A-093<br>CIN02356 |
| 002353P001-1467A-093<br>CIN02357 | 002354P001-1467A-093<br>CIN02358 | 002355P001-1467A-093<br>CIN02359 | 002356P001-1467A-093<br>CIN02360 |
| 002357P001-1467A-093<br>CIN02361 | 002358P001-1467A-093<br>CIN02362 | 002359P001-1467A-093<br>CIN02363 | 002360P001-1467A-093<br>CIN02364 |
| 002361P001-1467A-093<br>CIN02365 | 002362P001-1467A-093<br>CIN02366 | 002363P001-1467A-093<br>CIN02367 | 002364P001-1467A-093<br>CIN02368 |
| 002365P001-1467A-093<br>CIN02369 | 002366P001-1467A-093<br>CIN02370 | 002367P001-1467A-093<br>CIN02371 | 002368P001-1467A-093<br>CIN02372 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002369P001-1467A-093<br>CIN02373 | 002370P001-1467A-093<br>CIN02374 | 002371P001-1467A-093<br>CIN02375 | 002372P002-1467A-093<br>CIN02376 |
| 002373P001-1467A-093<br>CIN02377 | 002374P001-1467A-093<br>CIN02378 | 002375P001-1467A-093<br>CIN02379 | 002376P001-1467A-093<br>CIN02380 |
| 002377P001-1467A-093<br>CIN02381 | 002378P002-1467A-093<br>CIN02382 | 002379P001-1467A-093<br>CIN02383 | 002380P001-1467A-093<br>CIN02384 |
| 002381P001-1467A-093<br>CIN02385 | 002382P001-1467A-093<br>CIN02386 | 002383P001-1467A-093<br>CIN02387 | 002384P001-1467A-093<br>CIN02388 |
| 002385P001-1467A-093<br>CIN02389 | 002386P001-1467A-093<br>CIN02390 | 002387P001-1467A-093<br>CIN02391 | 002388P001-1467A-093<br>CIN02392 |
| 002389P001-1467A-093<br>CIN02393 | 002390P002-1467A-093<br>CIN02394 | 002391P001-1467A-093<br>CIN02395 | 002392P001-1467A-093<br>CIN02396 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 002393P001-1467A-093<br>CIN02397 | 002394P001-1467A-093<br>CIN02398 | 002395P001-1467A-093<br>CIN02399 | 006237P001-1467A-093<br>CIN02400 |
| 002396P003-1467A-093<br>CIN02401 | 002397P001-1467A-093<br>CIN02402 | 002398P001-1467A-093<br>CIN02403 | 002399P001-1467A-093<br>CIN02404 |
| 002400P001-1467A-093<br>CIN02405 | 002401P001-1467A-093<br>CIN02406 | 002402P001-1467A-093<br>CIN02407 | 002403P001-1467A-093<br>CIN02408 |
| 002404P002-1467A-093<br>CIN02409 | 002405P001-1467A-093<br>CIN02410 | 002406P001-1467A-093<br>CIN02411 | 002407P001-1467A-093<br>CIN02412 |
| 002408P001-1467A-093<br>CIN02413 | 002409P001-1467A-093<br>CIN02414 | 002410P001-1467A-093<br>CIN02415 | 002411P001-1467A-093<br>CIN02416 |
| 002412P001-1467A-093<br>CIN02417 | 002413P001-1467A-093<br>CIN02418 | 002414P002-1467A-093<br>CIN02419 | 006959P002-1467A-093<br>CIN02419 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002415P001-1467A-093<br>CIN02420 | 002416P001-1467A-093<br>CIN02421 | 002417P002-1467A-093<br>CIN02422 | 002418P001-1467A-093<br>CIN02423 |
| 002419P001-1467A-093<br>CIN02424 | 002420P001-1467A-093<br>CIN02425 | 002421P002-1467A-093<br>CIN02426 | 002422P001-1467A-093<br>CIN02427 |
| 002423P001-1467A-093<br>CIN02428 | 002424P001-1467A-093<br>CIN02429 | 002425P001-1467A-093<br>CIN02430 | 002426P001-1467A-093<br>CIN02431 |
| 002427P001-1467A-093<br>CIN02432 | 002428P001-1467A-093<br>CIN02433 | 002429P002-1467A-093<br>CIN02434 | 006974P001-1467A-093<br>CIN02434 |
| 002430P001-1467A-093<br>CIN02435 | 002431P001-1467A-093<br>CIN02436 | 002432P001-1467A-093<br>CIN02437 | 002433P001-1467A-093<br>CIN02438 |
| 002434P001-1467A-093<br>CIN02439 | 002435P002-1467A-093<br>CIN02440 | 006987P002-1467A-093<br>CIN02440 | 002436P001-1467A-093<br>CIN02441 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 002437P001-1467A-093<br>CIN02442 | 000001P002-1467A-093<br>CIN02443 | 002438P002-1467A-093<br>CIN02444 | 006799P003-1467A-093<br>CIN02444 |
| 006800P002-1467A-093<br>CIN02444 | 002439P001-1467A-093<br>CIN02445 | 002440P002-1467A-093<br>CIN02446 | 002441P001-1467A-093<br>CIN02447 |
| 002442P001-1467A-093<br>CIN02448 | 002443P001-1467A-093<br>CIN02449 | 002444P001-1467A-093<br>CIN02450 | 002445P001-1467A-093<br>CIN02451 |
| 002446P001-1467A-093<br>CIN02452 | 002447P001-1467A-093<br>CIN02453 | 002448P001-1467A-093<br>CIN02454 | 002449P001-1467A-093<br>CIN02455 |
| 002450P003-1467A-093<br>CIN02456 | 002451P001-1467A-093<br>CIN02457 | 002452P001-1467A-093<br>CIN02458 | 002453P001-1467A-093<br>CIN02459 |
| 002454P001-1467A-093<br>CIN02460 | 002455P001-1467A-093<br>CIN02461 | 002456P003-1467A-093<br>CIN02462 | 002457P001-1467A-093<br>CIN02463 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

04/20/2021 06:37:59 PM

002458P001-1467A-093
CIN02464

002459P001-1467A-093
CIN02465

002460P002-1467A-093
CIN02466

002461P001-1467A-093
CIN02467

002462P001-1467A-093
CIN02468

002463P002-1467A-093
CIN02469

002464P001-1467A-093
CIN02470

002465P001-1467A-093
CIN02471

002466P002-1467A-093
CIN02472

002467P002-1467A-093
CIN02473

002468P001-1467A-093
CIN02474

002469P001-1467A-093
CIN02475

002470P001-1467A-093
CIN02476

002471P001-1467A-093
CIN02477

002472P001-1467A-093
CIN02478

002473P001-1467A-093
CIN02479

002474P002-1467A-093
CIN02480

002475P001-1467A-093
CIN02481

002476P002-1467A-093
CIN02482

002477P001-1467A-093
CIN02483

002478P001-1467A-093
CIN02484

002479P001-1467A-093
CIN02485

002480P001-1467A-093
CIN02486

002481P001-1467A-093
CIN02487

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002482P001-1467A-093<br>CIN02488 | 002483P003-1467A-093<br>CIN02489 | 002483S001-1467A-093<br>CIN02489 | 002484P001-1467A-093<br>CIN02490 |
| 002485P001-1467A-093<br>CIN02491 | 002486P001-1467A-093<br>CIN02492 | 002487P001-1467A-093<br>CIN02493 | 002488P002-1467A-093<br>CIN02494 |
| 006816P001-1467A-093<br>CIN02494 | 002489P001-1467A-093<br>CIN02495 | 002490P002-1467A-093<br>CIN02496 | 002491P001-1467A-093<br>CIN02497 |
| 002492P002-1467A-093<br>CIN02498 | 002493P001-1467A-093<br>CIN02499 | 002494P001-1467A-093<br>CIN02500 | 002495P001-1467A-093<br>CIN02501 |
| 002496P002-1467A-093<br>CIN02502 | 002497P001-1467A-093<br>CIN02503 | 002498P001-1467A-093<br>CIN02504 | 002499P001-1467A-093<br>CIN02505 |
| 002500P002-1467A-093<br>CIN02506 | 002501P001-1467A-093<br>CIN02507 | 002502P001-1467A-093<br>CIN02508 | 002503P001-1467A-093<br>CIN02509 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002504P001-1467A-093<br>CIN02510 | 002505P001-1467A-093<br>CIN02511 | 002506P002-1467A-093<br>CIN02512 | 006643P003-1467A-093<br>CIN02512 |
| 002507P002-1467A-093<br>CIN02513 | 006717P002-1467A-093<br>CIN02513 | 002508P001-1467A-093<br>CIN02514 | 002509P001-1467A-093<br>CIN02515 |
| 002510P001-1467A-093<br>CIN02516 | 002511P001-1467A-093<br>CIN02517 | 002512P001-1467A-093<br>CIN02518 | 002513P002-1467A-093<br>CIN02519 |
| 002513S001-1467A-093<br>CIN02519 | 002514P001-1467A-093<br>CIN02520 | 002515P001-1467A-093<br>CIN02521 | 002516P001-1467A-093<br>CIN02522 |
| 002517P001-1467A-093<br>CIN02523 | 002518P001-1467A-093<br>CIN02524 | 002519P001-1467A-093<br>CIN02525 | 002520P001-1467A-093<br>CIN02526 |
| 002521P001-1467A-093<br>CIN02527 | 002522P001-1467A-093<br>CIN02528 | 002523P001-1467A-093<br>CIN02529 | 002524P001-1467A-093<br>CIN02530 |

Case 20-12836-JTD   Doc 741   Filed 04/22/21   Page 115 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 113 of 280                                                    04/20/2021 06:37:59 PM

| 002525P001-1467A-093 | 002526P001-1467A-093 | 002527P001-1467A-093 | 002528P001-1467A-093 |
| CIN02531 | CIN02532 | CIN02533 | CIN02534 |

| 002529P002-1467A-093 | 002530P002-1467A-093 | 006922P001-1467A-093 | 002531P002-1467A-093 |
| CIN02535 | CIN02536 | CIN02536 | CIN02537 |

| 002532P002-1467A-093 | 006637P003-1467A-093 | 002533P001-1467A-093 | 002534P001-1467A-093 |
| CIN02538 | CIN02538 | CIN02539 | CIN02540 |

| 002535P001-1467A-093 | 002536P001-1467A-093 | 002537P001-1467A-093 | 002538P001-1467A-093 |
| CIN02541 | CIN02542 | CIN02543 | CIN02544 |

| 002539P001-1467A-093 | 002540P001-1467A-093 | 002541P004-1467A-093 | 006826P001-1467A-093 |
| CIN02545 | CIN02546 | CIN02547 | CIN02547 |

| 002542P001-1467A-093 | 002543P001-1467A-093 | 002544P001-1467A-093 | 002545P001-1467A-093 |
| CIN02548 | CIN02549 | CIN02550 | CIN02551 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002546P001-1467A-093<br>CIN02552 | 002547P002-1467A-093<br>CIN02553 | 006847P001-1467A-093<br>CIN02553 | 002548P001-1467A-093<br>CIN02554 |
| 002549P001-1467A-093<br>CIN02555 | 002550P001-1467A-093<br>CIN02556 | 002551P001-1467A-093<br>CIN02557 | 002552P002-1467A-093<br>CIN02558 |
| 002553P003-1467A-093<br>CIN02559 | 002554P001-1467A-093<br>CIN02560 | 002555P001-1467A-093<br>CIN02561 | 002556P001-1467A-093<br>CIN02562 |
| 002557P001-1467A-093<br>CIN02563 | 002558P002-1467A-093<br>CIN02564 | 002559P001-1467A-093<br>CIN02565 | 002560P001-1467A-093<br>CIN02566 |
| 002561P001-1467A-093<br>CIN02567 | 002562P001-1467A-093<br>CIN02568 | 002563P001-1467A-093<br>CIN02569 | 002564P001-1467A-093<br>CIN02570 |
| 002565P001-1467A-093<br>CIN02571 | 002566P001-1467A-093<br>CIN02572 | 002567P001-1467A-093<br>CIN02573 | 002568P001-1467A-093<br>CIN02574 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002569P001-1467A-093<br>CIN02575 | 002570P001-1467A-093<br>CIN02576 | 002571P001-1467A-093<br>CIN02577 | 002572P001-1467A-093<br>CIN02578 |
| 002573P001-1467A-093<br>CIN02579 | 002574P001-1467A-093<br>CIN02580 | 002575P001-1467A-093<br>CIN02581 | 002576P001-1467A-093<br>CIN02582 |
| 002577P002-1467A-093<br>CIN02583 | 002577P002-1467A-093<br>CIN02583 | 006977P002-1467A-093<br>CIN02583 | 006977P002-1467A-093<br>CIN02583 |
| 002578P001-1467A-093<br>CIN02584 | 002579P002-1467A-093<br>CIN02585 | 002580P001-1467A-093<br>CIN02586 | 002581P001-1467A-093<br>CIN02587 |
| 002582P001-1467A-093<br>CIN02588 | 002583P001-1467A-093<br>CIN02589 | 002584P001-1467A-093<br>CIN02590 | 002585P001-1467A-093<br>CIN02591 |
| 002586P002-1467A-093<br>CIN02592 | 002587P001-1467A-093<br>CIN02593 | 002588P001-1467A-093<br>CIN02594 | 002589P001-1467A-093<br>CIN02595 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002590P001-1467A-093<br>CIN02596 | 002591P002-1467A-093<br>CIN02597 | 006828P003-1467A-093<br>CIN02597 | 002592P001-1467A-093<br>CIN02598 |
| 002593P001-1467A-093<br>CIN02599 | 002594P001-1467A-093<br>CIN02600 | 002595P001-1467A-093<br>CIN02601 | 002596P001-1467A-093<br>CIN02602 |
| 002597P002-1467A-093<br>CIN02603 | 002598P002-1467A-093<br>CIN02604 | 002599P001-1467A-093<br>CIN02605 | 002600P001-1467A-093<br>CIN02606 |
| 002601P002-1467A-093<br>CIN02607 | 002602P001-1467A-093<br>CIN02608 | 002603P001-1467A-093<br>CIN02609 | 002604P001-1467A-093<br>CIN02610 |
| 002605P001-1467A-093<br>CIN02611 | 002606P001-1467A-093<br>CIN02612 | 002607P001-1467A-093<br>CIN02613 | 002608P001-1467A-093<br>CIN02614 |
| 002609P001-1467A-093<br>CIN02615 | 002610P002-1467A-093<br>CIN02616 | 002611P001-1467A-093<br>CIN02617 | 002612P001-1467A-093<br>CIN02618 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002613P001-1467A-093<br>CIN02619 | 002614P001-1467A-093<br>CIN02620 | 002615P001-1467A-093<br>CIN02621 | 002616P001-1467A-093<br>CIN02622 |
| 002617P002-1467A-093<br>CIN02623 | 002618P001-1467A-093<br>CIN02624 | 002619P001-1467A-093<br>CIN02625 | 002620P001-1467A-093<br>CIN02626 |
| 002621P001-1467A-093<br>CIN02627 | 002622P001-1467A-093<br>CIN02628 | 002623P001-1467A-093<br>CIN02629 | 002624P001-1467A-093<br>CIN02630 |
| 002625P002-1467A-093<br>CIN02631 | 002626P002-1467A-093<br>CIN02632 | 002627P001-1467A-093<br>CIN02633 | 002628P001-1467A-093<br>CIN02634 |
| 002629P001-1467A-093<br>CIN02635 | 002630P001-1467A-093<br>CIN02636 | 002631P001-1467A-093<br>CIN02637 | 002632P001-1467A-093<br>CIN02638 |
| 002633P001-1467A-093<br>CIN02639 | 002634P001-1467A-093<br>CIN02640 | 002635P001-1467A-093<br>CIN02641 | 002636P001-1467A-093<br>CIN02642 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002637P001-1467A-093<br>CIN02643 | 002638P001-1467A-093<br>CIN02644 | 002639P001-1467A-093<br>CIN02645 | 002640P001-1467A-093<br>CIN02646 |
| 002641P001-1467A-093<br>CIN02647 | 002642P001-1467A-093<br>CIN02648 | 002643P001-1467A-093<br>CIN02649 | 002645P001-1467A-093<br>CIN02651 |
| 002646P001-1467A-093<br>CIN02652 | 002647P001-1467A-093<br>CIN02653 | 002648P001-1467A-093<br>CIN02654 | 002649P001-1467A-093<br>CIN02655 |
| 002650P001-1467A-093<br>CIN02656 | 002651P001-1467A-093<br>CIN02657 | 002652P001-1467A-093<br>CIN02658 | 002653P001-1467A-093<br>CIN02659 |
| 002654P002-1467A-093<br>CIN02660 | 002654P002-1467A-093<br>CIN02660 | 006809P002-1467A-093<br>CIN02660 | 006809P002-1467A-093<br>CIN02660 |
| 002655P001-1467A-093<br>CIN02661 | 002656P001-1467A-093<br>CIN02662 | 002657P001-1467A-093<br>CIN02663 | 002658P001-1467A-093<br>CIN02664 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002659P001-1467A-093<br>CIN02665 | 002660P001-1467A-093<br>CIN02666 | 002661P001-1467A-093<br>CIN02667 | 002662P001-1467A-093<br>CIN02668 |
| 002663P002-1467A-093<br>CIN02669 | 002664P001-1467A-093<br>CIN02670 | 002665P001-1467A-093<br>CIN02671 | 002666P001-1467A-093<br>CIN02672 |
| 002667P002-1467A-093<br>CIN02673 | 002668P003-1467A-093<br>CIN02674 | 006793P003-1467A-093<br>CIN02674 | 002669P001-1467A-093<br>CIN02675 |
| 002670P001-1467A-093<br>CIN02676 | 002671P001-1467A-093<br>CIN02677 | 002672P001-1467A-093<br>CIN02678 | 002673P001-1467A-093<br>CIN02679 |
| 002674P001-1467A-093<br>CIN02680 | 002675P001-1467A-093<br>CIN02681 | 002676P001-1467A-093<br>CIN02682 | 002677P001-1467A-093<br>CIN02683 |
| 002678P002-1467A-093<br>CIN02684 | 006238P002-1467A-093<br>CIN02685 | 006964P001-1467A-093<br>CIN02685 | 002679P001-1467A-093<br>CIN02686 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002680P001-1467A-093<br>CIN02687 | 002681P001-1467A-093<br>CIN02688 | 002682P001-1467A-093<br>CIN02689 | 002683P001-1467A-093<br>CIN02690 |
| 002684P001-1467A-093<br>CIN02691 | 002685P001-1467A-093<br>CIN02692 | 002686P001-1467A-093<br>CIN02693 | 002687P001-1467A-093<br>CIN02694 |
| 002688P001-1467A-093<br>CIN02695 | 006260P002-1467A-093<br>CIN02696 | 002689P002-1467A-093<br>CIN02697 | 002690P002-1467A-093<br>CIN02698 |
| 002691P001-1467A-093<br>CIN02699 | 002692P001-1467A-093<br>CIN02700 | 002693P001-1467A-093<br>CIN02701 | 002694P001-1467A-093<br>CIN02702 |
| 002695P001-1467A-093<br>CIN02703 | 002696P001-1467A-093<br>CIN02704 | 002697P001-1467A-093<br>CIN02705 | 002698P001-1467A-093<br>CIN02706 |
| 002699P001-1467A-093<br>CIN02707 | 002700P001-1467A-093<br>CIN02708 | 002701P001-1467A-093<br>CIN02709 | 002702P002-1467A-093<br>CIN02710 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006879P001-1467A-093<br>CIN02710 | 002703P001-1467A-093<br>CIN02711 | 002704P002-1467A-093<br>CIN02712 | 006851P001-1467A-093<br>CIN02712 |
| 002705P001-1467A-093<br>CIN02713 | 002706P001-1467A-093<br>CIN02714 | 002707P001-1467A-093<br>CIN02715 | 002708P001-1467A-093<br>CIN02716 |
| 002709P002-1467A-093<br>CIN02717 | 002710P001-1467A-093<br>CIN02718 | 002711P001-1467A-093<br>CIN02719 | 002712P001-1467A-093<br>CIN02720 |
| 002713P001-1467A-093<br>CIN02721 | 002714P001-1467A-093<br>CIN02722 | 002715P001-1467A-093<br>CIN02723 | 002716P001-1467A-093<br>CIN02724 |
| 002717P001-1467A-093<br>CIN02725 | 002718P002-1467A-093<br>CIN02726 | 002719P001-1467A-093<br>CIN02727 | 002720P001-1467A-093<br>CIN02728 |
| 002721P001-1467A-093<br>CIN02729 | 002722P001-1467A-093<br>CIN02730 | 002723P001-1467A-093<br>CIN02731 | 002724P001-1467A-093<br>CIN02732 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002725P002-1467A-093<br>CIN02733 | 006874P001-1467A-093<br>CIN02733 | 002726P001-1467A-093<br>CIN02734 | 002727P001-1467A-093<br>CIN02735 |
| 002728P001-1467A-093<br>CIN02736 | 002729P001-1467A-093<br>CIN02737 | 002730P001-1467A-093<br>CIN02738 | 002731P001-1467A-093<br>CIN02739 |
| 002732P002-1467A-093<br>CIN02740 | 002733P001-1467A-093<br>CIN02741 | 002734P001-1467A-093<br>CIN02742 | 002735P001-1467A-093<br>CIN02743 |
| 002736P001-1467A-093<br>CIN02744 | 002737P001-1467A-093<br>CIN02745 | 002738P001-1467A-093<br>CIN02746 | 002739P002-1467A-093<br>CIN02747 |
| 002740P001-1467A-093<br>CIN02748 | 002741P001-1467A-093<br>CIN02749 | 002742P001-1467A-093<br>CIN02750 | 002743P001-1467A-093<br>CIN02751 |
| 002744P001-1467A-093<br>CIN02752 | 002745P001-1467A-093<br>CIN02753 | 002746P002-1467A-093<br>CIN02754 | 002747P001-1467A-093<br>CIN02755 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002748P001-1467A-093<br>CIN02756 | 002749P001-1467A-093<br>CIN02757 | 002750P001-1467A-093<br>CIN02758 | 002751P001-1467A-093<br>CIN02759 |
| 002752P002-1467A-093<br>CIN02760 | 002753P001-1467A-093<br>CIN02761 | 002754P001-1467A-093<br>CIN02762 | 002755P001-1467A-093<br>CIN02763 |
| 002756P001-1467A-093<br>CIN02764 | 002757P001-1467A-093<br>CIN02765 | 002758P001-1467A-093<br>CIN02766 | 002759P001-1467A-093<br>CIN02767 |
| 002760P001-1467A-093<br>CIN02768 | 002761P001-1467A-093<br>CIN02769 | 002762P001-1467A-093<br>CIN02770 | 002763P001-1467A-093<br>CIN02771 |
| 002764P001-1467A-093<br>CIN02772 | 002765P001-1467A-093<br>CIN02773 | 002986P002-1467A-093<br>CIN02774 | 002768P001-1467A-093<br>CIN02775 |
| 002769P001-1467A-093<br>CIN02776 | 002770P001-1467A-093<br>CIN02777 | 002771P001-1467A-093<br>CIN02778 | 002772P001-1467A-093<br>CIN02779 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002773P001-1467A-093<br>CIN02780 | 002774P001-1467A-093<br>CIN02781 | 002775P001-1467A-093<br>CIN02782 | 002776P002-1467A-093<br>CIN02783 |
| 002777P001-1467A-093<br>CIN02784 | 002778P001-1467A-093<br>CIN02785 | 002779P002-1467A-093<br>CIN02786 | 006833P003-1467A-093<br>CIN02786 |
| 006945P003-1467A-093<br>CIN02786 | 002780P002-1467A-093<br>CIN02787 | 002781P001-1467A-093<br>CIN02788 | 002782P001-1467A-093<br>CIN02789 |
| 002783P001-1467A-093<br>CIN02790 | 002784P001-1467A-093<br>CIN02791 | 002785P001-1467A-093<br>CIN02792 | 002786P001-1467A-093<br>CIN02793 |
| 002787P001-1467A-093<br>CIN02794 | 002788P001-1467A-093<br>CIN02795 | 002789P002-1467A-093<br>CIN02796 | 002790P001-1467A-093<br>CIN02797 |
| 002791P001-1467A-093<br>CIN02798 | 002792P002-1467A-093<br>CIN02799 | 006961P001-1467A-093<br>CIN02799 | 002793P001-1467A-093<br>CIN02800 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002794P001-1467A-093<br>CIN02801 | 002795P001-1467A-093<br>CIN02802 | 006239P001-1467A-093<br>CIN02803 | 002796P002-1467A-093<br>CIN02804 |
| 002796P002-1467A-093<br>CIN02804 | 002797P001-1467A-093<br>CIN02805 | 002798P001-1467A-093<br>CIN02806 | 006240P001-1467A-093<br>CIN02807 |
| 002799P001-1467A-093<br>CIN02808 | 002800P001-1467A-093<br>CIN02809 | 002801P002-1467A-093<br>CIN02810 | 002802P002-1467A-093<br>CIN02811 |
| 002803P001-1467A-093<br>CIN02812 | 002804P001-1467A-093<br>CIN02813 | 002805P001-1467A-093<br>CIN02814 | 002806P001-1467A-093<br>CIN02815 |
| 002807P001-1467A-093<br>CIN02816 | 002808P001-1467A-093<br>CIN02817 | 002809P001-1467A-093<br>CIN02818 | 002810P002-1467A-093<br>CIN02819 |
| 002811P001-1467A-093<br>CIN02820 | 002812P002-1467A-093<br>CIN02821 | 002813P001-1467A-093<br>CIN02822 | 002814P001-1467A-093<br>CIN02823 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002815P001-1467A-093<br>CIN02824 | 002816P001-1467A-093<br>CIN02825 | 002817P001-1467A-093<br>CIN02826 | 002818P001-1467A-093<br>CIN02827 |
| 002819P001-1467A-093<br>CIN02828 | 002820P001-1467A-093<br>CIN02829 | 002821P001-1467A-093<br>CIN02830 | 002822P002-1467A-093<br>CIN02831 |
| 002823P002-1467A-093<br>CIN02832 | 002824P001-1467A-093<br>CIN02833 | 002825P001-1467A-093<br>CIN02834 | 002767P001-1467A-093<br>CIN02835 |
| 002826P001-1467A-093<br>CIN02836 | 002827P001-1467A-093<br>CIN02837 | 002828P002-1467A-093<br>CIN02838 | 002829P002-1467A-093<br>CIN02839 |
| 002830P002-1467A-093<br>CIN02840 | 002831P001-1467A-093<br>CIN02841 | 002832P001-1467A-093<br>CIN02842 | 002833P001-1467A-093<br>CIN02843 |
| 002834P001-1467A-093<br>CIN02844 | 002835P001-1467A-093<br>CIN02845 | 002836P001-1467A-093<br>CIN02846 | 002837P001-1467A-093<br>CIN02847 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002838P001-1467A-093<br>CIN02848 | 002839P002-1467A-093<br>CIN02849 | 002840P001-1467A-093<br>CIN02850 | 002841P001-1467A-093<br>CIN02851 |
| 002842P001-1467A-093<br>CIN02852 | 002843P001-1467A-093<br>CIN02853 | 002844P001-1467A-093<br>CIN02854 | 002845P001-1467A-093<br>CIN02855 |
| 002846P001-1467A-093<br>CIN02856 | 002847P002-1467A-093<br>CIN02857 | 002848P001-1467A-093<br>CIN02858 | 002849P001-1467A-093<br>CIN02859 |
| 002850P002-1467A-093<br>CIN02860 | 002851P001-1467A-093<br>CIN02861 | 002852P001-1467A-093<br>CIN02862 | 002853P001-1467A-093<br>CIN02863 |
| 002854P002-1467A-093<br>CIN02864 | 002855P001-1467A-093<br>CIN02865 | 002856P002-1467A-093<br>CIN02866 | 002857P001-1467A-093<br>CIN02867 |
| 002858P001-1467A-093<br>CIN02868 | 002859P002-1467A-093<br>CIN02869 | 002860P001-1467A-093<br>CIN02870 | 002861P001-1467A-093<br>CIN02871 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002862P002-1467A-093<br>CIN02872 | 002863P002-1467A-093<br>CIN02873 | 002864P001-1467A-093<br>CIN02874 | 002865P001-1467A-093<br>CIN02875 |
| 002866P001-1467A-093<br>CIN02876 | 002867P001-1467A-093<br>CIN02877 | 002868P001-1467A-093<br>CIN02878 | 002869P001-1467A-093<br>CIN02879 |
| 002870P001-1467A-093<br>CIN02880 | 002871P001-1467A-093<br>CIN02881 | 002872P001-1467A-093<br>CIN02882 | 002873P001-1467A-093<br>CIN02883 |
| 002874P003-1467A-093<br>CIN02884 | 006939P001-1467A-093<br>CIN02884 | 002875P001-1467A-093<br>CIN02885 | 002876P001-1467A-093<br>CIN02886 |
| 002877P001-1467A-093<br>CIN02887 | 002878P001-1467A-093<br>CIN02888 | 002879P001-1467A-093<br>CIN02889 | 002880P001-1467A-093<br>CIN02890 |
| 002881P001-1467A-093<br>CIN02891 | 002882P001-1467A-093<br>CIN02892 | 002883P001-1467A-093<br>CIN02893 | 002884P001-1467A-093<br>CIN02894 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002885P001-1467A-093<br>CIN02895 | 002886P002-1467A-093<br>CIN02896 | 002887P001-1467A-093<br>CIN02897 | 002888P001-1467A-093<br>CIN02898 |
| 002889P002-1467A-093<br>CIN02899 | 002890P001-1467A-093<br>CIN02900 | 002891P001-1467A-093<br>CIN02901 | 002892P001-1467A-093<br>CIN02902 |
| 002893P001-1467A-093<br>CIN02903 | 002766P001-1467A-093<br>CIN02904 | 002894P001-1467A-093<br>CIN02905 | 002895P001-1467A-093<br>CIN02906 |
| 002896P001-1467A-093<br>CIN02907 | 002897P002-1467A-093<br>CIN02908 | 002898P001-1467A-093<br>CIN02909 | 002899P001-1467A-093<br>CIN02910 |
| 002900P001-1467A-093<br>CIN02911 | 002901P001-1467A-093<br>CIN02912 | 002902P001-1467A-093<br>CIN02913 | 002903P001-1467A-093<br>CIN02914 |
| 002904P002-1467A-093<br>CIN02915 | 002905P001-1467A-093<br>CIN02916 | 002906P002-1467A-093<br>CIN02917 | 002907P001-1467A-093<br>CIN02918 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 002908P001-1467A-093<br>CIN02919 | 002909P001-1467A-093<br>CIN02920 | 002910P001-1467A-093<br>CIN02921 | 002911P001-1467A-093<br>CIN02922 |
|---|---|---|---|
| 002912P001-1467A-093<br>CIN02923 | 002913P002-1467A-093<br>CIN02924 | 002914P001-1467A-093<br>CIN02925 | 002915P001-1467A-093<br>CIN02926 |
| 002916P001-1467A-093<br>CIN02927 | 002917P001-1467A-093<br>CIN02928 | 002918P001-1467A-093<br>CIN02929 | 002919P002-1467A-093<br>CIN02930 |
| 002920P001-1467A-093<br>CIN02931 | 002921P001-1467A-093<br>CIN02932 | 002922P001-1467A-093<br>CIN02933 | 002923P001-1467A-093<br>CIN02934 |
| 002924P001-1467A-093<br>CIN02935 | 002925P002-1467A-093<br>CIN02936 | 002926P001-1467A-093<br>CIN02937 | 002927P001-1467A-093<br>CIN02938 |
| 002928P002-1467A-093<br>CIN02939 | 002929P002-1467A-093<br>CIN02940 | 002930P001-1467A-093<br>CIN02941 | 002931P001-1467A-093<br>CIN02942 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002932P002-1467A-093<br>CIN02943 | 002933P001-1467A-093<br>CIN02944 | 002934P001-1467A-093<br>CIN02945 | 002935P001-1467A-093<br>CIN02946 |
| 002936P001-1467A-093<br>CIN02947 | 002937P001-1467A-093<br>CIN02948 | 002938P001-1467A-093<br>CIN02949 | 002939P001-1467A-093<br>CIN02950 |
| 002940P001-1467A-093<br>CIN02951 | 002941P001-1467A-093<br>CIN02952 | 002942P001-1467A-093<br>CIN02953 | 002943P001-1467A-093<br>CIN02954 |
| 002944P001-1467A-093<br>CIN02955 | 002945P001-1467A-093<br>CIN02956 | 002946P002-1467A-093<br>CIN02957 | 002947P001-1467A-093<br>CIN02958 |
| 002948P001-1467A-093<br>CIN02959 | 002949P001-1467A-093<br>CIN02960 | 002950P001-1467A-093<br>CIN02961 | 002951P001-1467A-093<br>CIN02962 |
| 002952P001-1467A-093<br>CIN02963 | 002953P002-1467A-093<br>CIN02964 | 002954P001-1467A-093<br>CIN02965 | 002955P003-1467A-093<br>CIN02966 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002956P001-1467A-093<br>CIN02967 | 002957P001-1467A-093<br>CIN02968 | 002958P001-1467A-093<br>CIN02969 | 002959P001-1467A-093<br>CIN02970 |
| 002960P001-1467A-093<br>CIN02971 | 002961P001-1467A-093<br>CIN02972 | 002962P001-1467A-093<br>CIN02973 | 002963P002-1467A-093<br>CIN02974 |
| 002964P001-1467A-093<br>CIN02975 | 002965P001-1467A-093<br>CIN02976 | 002966P001-1467A-093<br>CIN02977 | 002967P001-1467A-093<br>CIN02978 |
| 002968P001-1467A-093<br>CIN02979 | 002969P001-1467A-093<br>CIN02980 | 002970P001-1467A-093<br>CIN02981 | 002971P002-1467A-093<br>CIN02982 |
| 002972P001-1467A-093<br>CIN02983 | 002973P001-1467A-093<br>CIN02984 | 002974P001-1467A-093<br>CIN02985 | 002975P001-1467A-093<br>CIN02986 |
| 002976P002-1467A-093<br>CIN02987 | 002977P001-1467A-093<br>CIN02988 | 002978P001-1467A-093<br>CIN02989 | 002979P001-1467A-093<br>CIN02990 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002980P001-1467A-093<br>CIN02991 | 002981P001-1467A-093<br>CIN02992 | 002982P002-1467A-093<br>CIN02993 | 002983P001-1467A-093<br>CIN02994 |
| 002984P001-1467A-093<br>CIN02995 | 002985P002-1467A-093<br>CIN02996 | 006634P003-1467A-093<br>CIN02996 | 002987P002-1467A-093<br>CIN02997 |
| 002988P001-1467A-093<br>CIN02998 | 002989P001-1467A-093<br>CIN02999 | 002990P001-1467A-093<br>CIN03000 | 002991P001-1467A-093<br>CIN03001 |
| 002992P002-1467A-093<br>CIN03002 | 002993P002-1467A-093<br>CIN03003 | 002994P001-1467A-093<br>CIN03004 | 002995P002-1467A-093<br>CIN03005 |
| 002995P002-1467A-093<br>CIN03005 | 002996P001-1467A-093<br>CIN03006 | 002997P002-1467A-093<br>CIN03007 | 002998P001-1467A-093<br>CIN03008 |
| 002999P001-1467A-093<br>CIN03009 | 003000P001-1467A-093<br>CIN03010 | 003001P001-1467A-093<br>CIN03011 | 003002P001-1467A-093<br>CIN03012 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003003P001-1467A-093<br>CIN03013 | 003004P001-1467A-093<br>CIN03014 | 003005P002-1467A-093<br>CIN03015 | 003006P001-1467A-093<br>CIN03016 |
| 003007P001-1467A-093<br>CIN03017 | 003008P001-1467A-093<br>CIN03018 | 003009P001-1467A-093<br>CIN03019 | 003010P001-1467A-093<br>CIN03020 |
| 003011P001-1467A-093<br>CIN03021 | 003012P001-1467A-093<br>CIN03022 | 003013P001-1467A-093<br>CIN03023 | 003014P002-1467A-093<br>CIN03024 |
| 003015P002-1467A-093<br>CIN03025 | 003016P002-1467A-093<br>CIN03026,CIN06438 | 003017P001-1467A-093<br>CIN03027 | 003018P001-1467A-093<br>CIN03028 |
| 003019P001-1467A-093<br>CIN03029 | 003020S001-1467A-093<br>CIN03030 | 003020P002-1467A-093<br>CIN03030 | 003021P001-1467A-093<br>CIN03031 |
| 003022P001-1467A-093<br>CIN03032 | 003023P001-1467A-093<br>CIN03033 | 003024P001-1467A-093<br>CIN03034 | 003025P001-1467A-093<br>CIN03035 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003026P001-1467A-093<br>CIN03036 | 003027P001-1467A-093<br>CIN03037 | 003028P001-1467A-093<br>CIN03038 | 003029P001-1467A-093<br>CIN03039 |
| 003030P001-1467A-093<br>CIN03040 | 003031P001-1467A-093<br>CIN03041 | 003032P001-1467A-093<br>CIN03042 | 003033P001-1467A-093<br>CIN03043 |
| 003034P001-1467A-093<br>CIN03044 | 003035P002-1467A-093<br>CIN03045 | 006853P001-1467A-093<br>CIN03045 | 003036P001-1467A-093<br>CIN03046 |
| 003037P001-1467A-093<br>CIN03047 | 003038P001-1467A-093<br>CIN03048 | 003039P001-1467A-093<br>CIN03049 | 003040P001-1467A-093<br>CIN03050 |
| 003041P001-1467A-093<br>CIN03051 | 003042P001-1467A-093<br>CIN03052 | 003043P001-1467A-093<br>CIN03053 | 003044P001-1467A-093<br>CIN03054 |
| 003045P001-1467A-093<br>CIN03055 | 003046P002-1467A-093<br>CIN03056 | 003046P002-1467A-093<br>CIN03056 | 003047P001-1467A-093<br>CIN03057 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003048P001-1467A-093<br>CIN03058 | 003049P001-1467A-093<br>CIN03059 | 003050P001-1467A-093<br>CIN03060 | 003051P001-1467A-093<br>CIN03061 |
| 003052P002-1467A-093<br>CIN03062 | 006953P001-1467A-093<br>CIN03062 | 003053P001-1467A-093<br>CIN03063 | 003054P001-1467A-093<br>CIN03064 |
| 003055P001-1467A-093<br>CIN03065 | 003056P001-1467A-093<br>CIN03066 | 003057P002-1467A-093<br>CIN03067 | 003058P001-1467A-093<br>CIN03068 |
| 003059P002-1467A-093<br>CIN03069 | 003060P001-1467A-093<br>CIN03070 | 003061P001-1467A-093<br>CIN03071 | 003062P001-1467A-093<br>CIN03072 |
| 003063P001-1467A-093<br>CIN03073 | 003064P002-1467A-093<br>CIN03074 | 003065P001-1467A-093<br>CIN03075 | 003066P001-1467A-093<br>CIN03076 |
| 003067P001-1467A-093<br>CIN03077 | 003068P001-1467A-093<br>CIN03078 | 003069P001-1467A-093<br>CIN03079 | 003070P001-1467A-093<br>CIN03080 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006253P002-1467A-093<br>CIN03081 | 003071P001-1467A-093<br>CIN03082 | 003072P001-1467A-093<br>CIN03083 | 003073P001-1467A-093<br>CIN03084 |
| 003074P001-1467A-093<br>CIN03085 | 003075P001-1467A-093<br>CIN03086 | 003076P001-1467A-093<br>CIN03087 | 003077P003-1467A-093<br>CIN03088 |
| 003077P003-1467A-093<br>CIN03088 | 003078P002-1467A-093<br>CIN03089 | 003079P001-1467A-093<br>CIN03090 | 003080P001-1467A-093<br>CIN03091 |
| 003081P001-1467A-093<br>CIN03092 | 003082P001-1467A-093<br>CIN03093 | 003083P001-1467A-093<br>CIN03094 | 003084P002-1467A-093<br>CIN03095 |
| 003085P001-1467A-093<br>CIN03096 | 003086P001-1467A-093<br>CIN03097 | 003087P001-1467A-093<br>CIN03098 | 003088P001-1467A-093<br>CIN03099 |
| 003089P001-1467A-093<br>CIN03100 | 003090P002-1467A-093<br>CIN03101 | 003091P001-1467A-093<br>CIN03103 | 003092P001-1467A-093<br>CIN03104 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003093P002-1467A-093<br>CIN03105 | 003094P001-1467A-093<br>CIN03106 | 003095P001-1467A-093<br>CIN03107 | 003096P001-1467A-093<br>CIN03108 |
| 003097P002-1467A-093<br>CIN03109 | 003098P001-1467A-093<br>CIN03110 | 003099P001-1467A-093<br>CIN03111 | 003100P002-1467A-093<br>CIN03112 |
| 003101P001-1467A-093<br>CIN03113 | 003102P001-1467A-093<br>CIN03114 | 003103P001-1467A-093<br>CIN03115 | 003104P001-1467A-093<br>CIN03116 |
| 003105P001-1467A-093<br>CIN03117 | 003106P001-1467A-093<br>CIN03118 | 003107P001-1467A-093<br>CIN03119 | 003108P003-1467A-093<br>CIN03120 |
| 006812P003-1467A-093<br>CIN03120 | 003109P003-1467A-093<br>CIN03121 | 003110P002-1467A-093<br>CIN03122 | 003111P001-1467A-093<br>CIN03123 |
| 003112P001-1467A-093<br>CIN03124 | 003113P001-1467A-093<br>CIN03125 | 003114P001-1467A-093<br>CIN03126 | 003115P001-1467A-093<br>CIN03127 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003116P001-1467A-093<br>CIN03128 | 003117P001-1467A-093<br>CIN03129 | 003118P001-1467A-093<br>CIN03130 | 003119P001-1467A-093<br>CIN03131 |
| 003120P002-1467A-093<br>CIN03132 | 006876P002-1467A-093<br>CIN03132 | 003121P001-1467A-093<br>CIN03133 | 003122P001-1467A-093<br>CIN03134 |
| 003123P002-1467A-093<br>CIN03135 | 006955P001-1467A-093<br>CIN03135 | 003124P002-1467A-093<br>CIN03136 | 006792P002-1467A-093<br>CIN03136 |
| 003125P001-1467A-093<br>CIN03137 | 003126P001-1467A-093<br>CIN03138 | 003127P002-1467A-093<br>CIN03139 | 003128P001-1467A-093<br>CIN03140 |
| 003129P001-1467A-093<br>CIN03141 | 003130P001-1467A-093<br>CIN03142 | 003131P001-1467A-093<br>CIN03143 | 003132P001-1467A-093<br>CIN03144 |
| 003133P001-1467A-093<br>CIN03145 | 003134P001-1467A-093<br>CIN03146 | 003135P001-1467A-093<br>CIN03147 | 003136P003-1467A-093<br>CIN03148 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003136P003-1467A-093<br>CIN03148 | 006803P001-1467A-093<br>CIN03148 | 006803P001-1467A-093<br>CIN03148 | 003137P001-1467A-093<br>CIN03149 |
| 003138P001-1467A-093<br>CIN03150 | 003139P001-1467A-093<br>CIN03151 | 003140P001-1467A-093<br>CIN03152 | 003141P001-1467A-093<br>CIN03153 |
| 003142P001-1467A-093<br>CIN03154 | 003143P001-1467A-093<br>CIN03155 | 003144P001-1467A-093<br>CIN03156 | 003145P001-1467A-093<br>CIN03157 |
| 003146P001-1467A-093<br>CIN03158 | 003147P001-1467A-093<br>CIN03159 | 003148P001-1467A-093<br>CIN03160 | 003149P001-1467A-093<br>CIN03161 |
| 006341S001-1467A-093<br>CIN03162 | 006341P001-1467A-093<br>CIN03162 | 003150P002-1467A-093<br>CIN03163 | 003150P002-1467A-093<br>CIN03163 |
| 003151P001-1467A-093<br>CIN03164 | 003152P001-1467A-093<br>CIN03165 | 003153P001-1467A-093<br>CIN03166 | 003154P001-1467A-093<br>CIN03167 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003155P001-1467A-093<br>CIN03168 | 003156P002-1467A-093<br>CIN03169 | 006810P001-1467A-093<br>CIN03169 | 003157P001-1467A-093<br>CIN03170 |
| 003158P001-1467A-093<br>CIN03171 | 003159P001-1467A-093<br>CIN03172 | 003160P001-1467A-093<br>CIN03173 | 003161P001-1467A-093<br>CIN03174 |
| 003162P002-1467A-093<br>CIN03175 | 006960P001-1467A-093<br>CIN03175 | 003163P002-1467A-093<br>CIN03176 | 003164P002-1467A-093<br>CIN03177 |
| 003165P002-1467A-093<br>CIN03178 | 003166P001-1467A-093<br>CIN03179 | 003167P001-1467A-093<br>CIN03180 | 003168P001-1467A-093<br>CIN03181 |
| 003169P001-1467A-093<br>CIN03182 | 003170P001-1467A-093<br>CIN03183 | 003171P001-1467A-093<br>CIN03184 | 003172P001-1467A-093<br>CIN03185 |
| 003173P002-1467A-093<br>CIN03186 | 003174P001-1467A-093<br>CIN03187 | 003175P001-1467A-093<br>CIN03188 | 003176P001-1467A-093<br>CIN03189 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003177P001-1467A-093<br>CIN03190 | 003178P001-1467A-093<br>CIN03191 | 003179P001-1467A-093<br>CIN03192 | 006241P001-1467A-093<br>CIN03193 |
| 003180P001-1467A-093<br>CIN03194 | 003181P001-1467A-093<br>CIN03195 | 003182P001-1467A-093<br>CIN03196 | 003183P001-1467A-093<br>CIN03197 |
| 003184P002-1467A-093<br>CIN03198 | 003185S001-1467A-093<br>CIN03199 | 003185P004-1467A-093<br>CIN03199 | 003186P001-1467A-093<br>CIN03200 |
| 003187P001-1467A-093<br>CIN03201 | 003188P001-1467A-093<br>CIN03202 | 003189P002-1467A-093<br>CIN03203 | 003190P001-1467A-093<br>CIN03204 |
| 003191P001-1467A-093<br>CIN03205 | 003192P001-1467A-093<br>CIN03206 | 003193P001-1467A-093<br>CIN03207 | 003194P001-1467A-093<br>CIN03208 |
| 003195P001-1467A-093<br>CIN03209 | 003196P001-1467A-093<br>CIN03210 | 003197P001-1467A-093<br>CIN03211 | 003198P001-1467A-093<br>CIN03212 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003199P001-1467A-093<br>CIN03213 | 003200P001-1467A-093<br>CIN03214 | 003201P002-1467A-093<br>CIN03215 | 003202P001-1467A-093<br>CIN03216 |
| 003203P001-1467A-093<br>CIN03217 | 003204P002-1467A-093<br>CIN03218 | 003205P001-1467A-093<br>CIN03219 | 003206P001-1467A-093<br>CIN03220 |
| 003207P001-1467A-093<br>CIN03221 | 003208P001-1467A-093<br>CIN03222 | 003209P001-1467A-093<br>CIN03223 | 003210P001-1467A-093<br>CIN03224 |
| 003211P001-1467A-093<br>CIN03225 | 003212P002-1467A-093<br>CIN03226 | 003213P001-1467A-093<br>CIN03227 | 003214P001-1467A-093<br>CIN03228 |
| 003215P001-1467A-093<br>CIN03229 | 003216P001-1467A-093<br>CIN03230 | 003217P002-1467A-093<br>CIN03231 | 006823P001-1467A-093<br>CIN03231 |
| 006823P001-1467A-093<br>CIN03231 | 003218P001-1467A-093<br>CIN03232 | 003219P001-1467A-093<br>CIN03233 | 003220P001-1467A-093<br>CIN03234 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003221P001-1467A-093<br>CIN03235 | 003222P001-1467A-093<br>CIN03237 | 003223P002-1467A-093<br>CIN03238 | 003224P001-1467A-093<br>CIN03239 |
| 003225P001-1467A-093<br>CIN03240 | 003226P001-1467A-093<br>CIN03241 | 003227P001-1467A-093<br>CIN03242 | 003228P001-1467A-093<br>CIN03243 |
| 003229P001-1467A-093<br>CIN03244 | 003230P001-1467A-093<br>CIN03245 | 003231P001-1467A-093<br>CIN03246 | 003232P002-1467A-093<br>CIN03247 |
| 006906P001-1467A-093<br>CIN03247 | 003233P001-1467A-093<br>CIN03248 | 003234P002-1467A-093<br>CIN03249 | 003235P001-1467A-093<br>CIN03250 |
| 003236P001-1467A-093<br>CIN03251 | 003237P001-1467A-093<br>CIN03252 | 003238P001-1467A-093<br>CIN03253 | 003239P001-1467A-093<br>CIN03254 |
| 003240P001-1467A-093<br>CIN03255 | 003241P002-1467A-093<br>CIN03256 | 003242P001-1467A-093<br>CIN03257 | 003243P001-1467A-093<br>CIN03258 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003244P001-1467A-093<br>CIN03259 | 003245P001-1467A-093<br>CIN03260 | 003246P001-1467A-093<br>CIN03261 | 003247P001-1467A-093<br>CIN03262 |
| 003248P001-1467A-093<br>CIN03263 | 003249P001-1467A-093<br>CIN03264 | 003250P001-1467A-093<br>CIN03265 | 003251P001-1467A-093<br>CIN03266 |
| 003252P001-1467A-093<br>CIN03267 | 003253P002-1467A-093<br>CIN03268 | 003254P001-1467A-093<br>CIN03269 | 003255P001-1467A-093<br>CIN03270 |
| 003256P001-1467A-093<br>CIN03271 | 003257P001-1467A-093<br>CIN03272 | 003258P001-1467A-093<br>CIN03273 | 003259P001-1467A-093<br>CIN03274 |
| 003260P001-1467A-093<br>CIN03275 | 003261P001-1467A-093<br>CIN03276 | 003262P001-1467A-093<br>CIN03277 | 003263P001-1467A-093<br>CIN03278 |
| 003264P001-1467A-093<br>CIN03279 | 003265P001-1467A-093<br>CIN03280 | 003266P001-1467A-093<br>CIN03281 | 003267P001-1467A-093<br>CIN03282 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003268P001-1467A-093<br>CIN03283 | 003269P001-1467A-093<br>CIN03284 | 003270P001-1467A-093<br>CIN03285 | 003271P001-1467A-093<br>CIN03286 |
| 003272P001-1467A-093<br>CIN03287 | 003273P001-1467A-093<br>CIN03288 | 003274P002-1467A-093<br>CIN03289 | 003275P003-1467A-093<br>CIN03290 |
| 003276P001-1467A-093<br>CIN03291 | 003277P001-1467A-093<br>CIN03292 | 003278P001-1467A-093<br>CIN03293 | 003279P001-1467A-093<br>CIN03294 |
| 003280P001-1467A-093<br>CIN03295 | 003281P002-1467A-093<br>CIN03296 | 006938P001-1467A-093<br>CIN03296 | 003282P001-1467A-093<br>CIN03297 |
| 003283P001-1467A-093<br>CIN03298 | 003284P001-1467A-093<br>CIN03299 | 003285P001-1467A-093<br>CIN03300 | 003286P002-1467A-093<br>CIN03301 |
| 003287P002-1467A-093<br>CIN03302 | 006885P001-1467A-093<br>CIN03302 | 003288P001-1467A-093<br>CIN03303 | 003289P001-1467A-093<br>CIN03304 |

| | | | |
|---|---|---|---|
| 003290P001-1467A-093<br>CIN03305 | 003291P001-1467A-093<br>CIN03306 | 003292P001-1467A-093<br>CIN03307 | 003293P001-1467A-093<br>CIN03308 |
| 003294S001-1467A-093<br>CIN03309 | 003295P001-1467A-093<br>CIN03310 | 003296P002-1467A-093<br>CIN03311 | 003297P001-1467A-093<br>CIN03312 |
| 003298P001-1467A-093<br>CIN03313 | 003299P001-1467A-093<br>CIN03314 | 003300P001-1467A-093<br>CIN03315 | 003301P001-1467A-093<br>CIN03316 |
| 003302P001-1467A-093<br>CIN03317 | 003303P002-1467A-093<br>CIN03318 | 003304P001-1467A-093<br>CIN03319 | 003305P001-1467A-093<br>CIN03320 |
| 003306P002-1467A-093<br>CIN03321 | 006928P001-1467A-093<br>CIN03321 | 003307P001-1467A-093<br>CIN03322 | 003308P002-1467A-093<br>CIN03323 |
| 003309P001-1467A-093<br>CIN03324 | 003310P001-1467A-093<br>CIN03325 | 003311P001-1467A-093<br>CIN03326 | 003312P001-1467A-093<br>CIN03327 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003313P001-1467A-093<br>CIN03328 | 003314P001-1467A-093<br>CIN03329 | 003315P001-1467A-093<br>CIN03330 | 003316P001-1467A-093<br>CIN03331 |
| 003317P002-1467A-093<br>CIN03332 | 003318P001-1467A-093<br>CIN03333 | 003319P002-1467A-093<br>CIN03334 | 003320P002-1467A-093<br>CIN03335 |
| 003321P001-1467A-093<br>CIN03336 | 003322P002-1467A-093<br>CIN03337 | 006242P002-1467A-093<br>CIN03338 | 003323P001-1467A-093<br>CIN03339 |
| 003324P001-1467A-093<br>CIN03340 | 003325P002-1467A-093<br>CIN03341 | 003326P001-1467A-093<br>CIN03342 | 003327P001-1467A-093<br>CIN03343 |
| 003328P001-1467A-093<br>CIN03344 | 003329P001-1467A-093<br>CIN03345 | 003330P001-1467A-093<br>CIN03346 | 003331P001-1467A-093<br>CIN03347 |
| 003332P001-1467A-093<br>CIN03348 | 003333P001-1467A-093<br>CIN03349 | 003334P001-1467A-093<br>CIN03350 | 003335P001-1467A-093<br>CIN03351 |

Case 20-12836-JTD  Doc 741  Filed 04/22/21  Page 151 of 346

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 149 of 280

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003336P001-1467A-093<br>CIN03352 | 003337P002-1467A-093<br>CIN03353 | 003338P002-1467A-093<br>CIN03354 | 003339P001-1467A-093<br>CIN03355 |
| 003340P001-1467A-093<br>CIN03356 | 003341P002-1467A-093<br>CIN03357 | 003342P002-1467A-093<br>CIN03358 | 003343P001-1467A-093<br>CIN03359 |
| 003344P001-1467A-093<br>CIN03360 | 003345P001-1467A-093<br>CIN03361 | 003346P001-1467A-093<br>CIN03362 | 003347P001-1467A-093<br>CIN03363 |
| 003348P001-1467A-093<br>CIN03364 | 003349P002-1467A-093<br>CIN03365 | 003350P001-1467A-093<br>CIN03366 | 003351P001-1467A-093<br>CIN03367 |
| 003352P001-1467A-093<br>CIN03368 | 003353P002-1467A-093<br>CIN03369 | 003354P002-1467A-093<br>CIN03370 | 006871P002-1467A-093<br>CIN03370 |
| 003355P001-1467A-093<br>CIN03371 | 003356P001-1467A-093<br>CIN03372 | 003357P001-1467A-093<br>CIN03373 | 003358P001-1467A-093<br>CIN03374 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003359P001-1467A-093<br>CIN03375 | 003360P001-1467A-093<br>CIN03376 | 003361P001-1467A-093<br>CIN03377 | 003362P002-1467A-093<br>CIN03378 |
| 003363P001-1467A-093<br>CIN03379 | 003364P001-1467A-093<br>CIN03380 | 003365P001-1467A-093<br>CIN03381 | 003366P001-1467A-093<br>CIN03382 |
| 003367P002-1467A-093<br>CIN03383 | 003368P001-1467A-093<br>CIN03384 | 003369P001-1467A-093<br>CIN03385 | 003370P001-1467A-093<br>CIN03386 |
| 003371P001-1467A-093<br>CIN03387 | 003372P001-1467A-093<br>CIN03388 | 003373P001-1467A-093<br>CIN03389 | 003374P001-1467A-093<br>CIN03390 |
| 003375P001-1467A-093<br>CIN03391 | 003376P002-1467A-093<br>CIN03392 | 003377P001-1467A-093<br>CIN03393 | 003378P001-1467A-093<br>CIN03394 |
| 003379P001-1467A-093<br>CIN03395 | 003380P002-1467A-093<br>CIN03396 | 003381P002-1467A-093<br>CIN03397 | 003382P002-1467A-093<br>CIN03398 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003383P001-1467A-093<br>CIN03399 | 003384P001-1467A-093<br>CIN03400 | 003385P001-1467A-093<br>CIN03401 | 003386P001-1467A-093<br>CIN03402 |
| 003387P001-1467A-093<br>CIN03403 | 003388P002-1467A-093<br>CIN03404 | 003389P001-1467A-093<br>CIN03405 | 003390P001-1467A-093<br>CIN03406 |
| 003391P002-1467A-093<br>CIN03407 | 003392P001-1467A-093<br>CIN03408 | 003393P001-1467A-093<br>CIN03409 | 003394P001-1467A-093<br>CIN03410 |
| 003395P001-1467A-093<br>CIN03411 | 003396P001-1467A-093<br>CIN03412 | 003397P001-1467A-093<br>CIN03413 | 003398P001-1467A-093<br>CIN03414 |
| 003399P001-1467A-093<br>CIN03415 | 003400P001-1467A-093<br>CIN03416 | 003401P001-1467A-093<br>CIN03417 | 003402P001-1467A-093<br>CIN03418 |
| 003403P001-1467A-093<br>CIN03419 | 003404P001-1467A-093<br>CIN03420 | 003405P001-1467A-093<br>CIN03421 | 003406P001-1467A-093<br>CIN03422 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003407P001-1467A-093<br>CIN03423 | 003408P002-1467A-093<br>CIN03424 | 003409P001-1467A-093<br>CIN03425 | 003410P002-1467A-093<br>CIN03426 |
| 003411P001-1467A-093<br>CIN03427 | 003412P001-1467A-093<br>CIN03428 | 003413P001-1467A-093<br>CIN03429 | 003414P001-1467A-093<br>CIN03430 |
| 003415P002-1467A-093<br>CIN03431 | 003416P002-1467A-093<br>CIN03432 | 003417P001-1467A-093<br>CIN03433 | 003418P001-1467A-093<br>CIN03434 |
| 003419P001-1467A-093<br>CIN03435 | 003420P002-1467A-093<br>CIN03436 | 003421P001-1467A-093<br>CIN03437 | 003422P001-1467A-093<br>CIN03438 |
| 003423P001-1467A-093<br>CIN03439 | 003424P001-1467A-093<br>CIN03440 | 003425P001-1467A-093<br>CIN03441 | 003426P001-1467A-093<br>CIN03442 |
| 003427P001-1467A-093<br>CIN03443 | 003428P001-1467A-093<br>CIN03444 | 003429P001-1467A-093<br>CIN03445 | 003430P001-1467A-093<br>CIN03446 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003431P001-1467A-093<br>CIN03447 | 003432P002-1467A-093<br>CIN03448 | 007054P002-1467A-093<br>CIN03448 | 003433P001-1467A-093<br>CIN03449 |
| 003434P001-1467A-093<br>CIN03450 | 003435P002-1467A-093<br>CIN03451 | 003436P001-1467A-093<br>CIN03452 | 003437P001-1467A-093<br>CIN03453 |
| 003438P001-1467A-093<br>CIN03454 | 003439P001-1467A-093<br>CIN03455 | 003440P001-1467A-093<br>CIN03456 | 003441P001-1467A-093<br>CIN03457 |
| 003442P002-1467A-093<br>CIN03458 | 007007P002-1467A-093<br>CIN03458 | 003443P001-1467A-093<br>CIN03459 | 003444P002-1467A-093<br>CIN03460 |
| 003445P001-1467A-093<br>CIN03461 | 003446P004-1467A-093<br>CIN03462 | 003446S001-1467A-093<br>CIN03462 | 006628P005-1467A-093<br>CIN03462 |
| 006628S001-1467A-093<br>CIN03462 | 006796P004-1467A-093<br>CIN03462 | 006796S001-1467A-093<br>CIN03462 | 003447P001-1467A-093<br>CIN03463 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003448P001-1467A-093<br>CIN03464 | 003449P001-1467A-093<br>CIN03465 | 003450P001-1467A-093<br>CIN03466 | 003451P002-1467A-093<br>CIN03467 |
| 006840P001-1467A-093<br>CIN03467 | 003452P001-1467A-093<br>CIN03468 | 003453P001-1467A-093<br>CIN03469 | 003454P001-1467A-093<br>CIN03470 |
| 003455P001-1467A-093<br>CIN03471 | 003456P001-1467A-093<br>CIN03472 | 003457P001-1467A-093<br>CIN03473 | 003458P001-1467A-093<br>CIN03474 |
| 003459P001-1467A-093<br>CIN03475 | 003460P001-1467A-093<br>CIN03476 | 003461P001-1467A-093<br>CIN03477 | 003462P001-1467A-093<br>CIN03478 |
| 003463P001-1467A-093<br>CIN03479 | 003464P001-1467A-093<br>CIN03480 | 003465P001-1467A-093<br>CIN03481 | 003466P001-1467A-093<br>CIN03482 |
| 003467P001-1467A-093<br>CIN03483 | 003468P001-1467A-093<br>CIN03484 | 003469P001-1467A-093<br>CIN03485 | 003470P001-1467A-093<br>CIN03486 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003471P001-1467A-093<br>CIN03487 | 003472P002-1467A-093<br>CIN03488 | 003473P001-1467A-093<br>CIN03489 | 003474P001-1467A-093<br>CIN03490 |
| 003475P002-1467A-093<br>CIN03491 | 003476P001-1467A-093<br>CIN03492 | 003477P001-1467A-093<br>CIN03493 | 003478P001-1467A-093<br>CIN03494 |
| 003479P001-1467A-093<br>CIN03495 | 003480P001-1467A-093<br>CIN03496 | 003481P001-1467A-093<br>CIN03497 | 003482P001-1467A-093<br>CIN03498 |
| 003483P001-1467A-093<br>CIN03499 | 003484P001-1467A-093<br>CIN03500 | 003485P001-1467A-093<br>CIN03501 | 003486P001-1467A-093<br>CIN03502 |
| 003487P001-1467A-093<br>CIN03503 | 003488P001-1467A-093<br>CIN03504 | 003489P002-1467A-093<br>CIN03505 | 003490P002-1467A-093<br>CIN03506 |
| 003491P003-1467A-093<br>CIN03507 | 003492P001-1467A-093<br>CIN03508 | 003493P001-1467A-093<br>CIN03509 | 003494P001-1467A-093<br>CIN03510 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003495P001-1467A-093<br>CIN03511 | 003496P001-1467A-093<br>CIN03512 | 003497P001-1467A-093<br>CIN03513 | 003498P001-1467A-093<br>CIN03514 |
| 003499P001-1467A-093<br>CIN03515 | 003500P001-1467A-093<br>CIN03516 | 003501P001-1467A-093<br>CIN03517 | 003502P001-1467A-093<br>CIN03518 |
| 003503P001-1467A-093<br>CIN03519 | 003504P001-1467A-093<br>CIN03520 | 003505P001-1467A-093<br>CIN03521 | 003506P001-1467A-093<br>CIN03522 |
| 003507P002-1467A-093<br>CIN03523 | 003508P001-1467A-093<br>CIN03524 | 003509P001-1467A-093<br>CIN03525 | 003510P001-1467A-093<br>CIN03526 |
| 003511P001-1467A-093<br>CIN03527 | 003512P001-1467A-093<br>CIN03528 | 003513P002-1467A-093<br>CIN03529 | 003514P002-1467A-093<br>CIN03530 |
| 003515P001-1467A-093<br>CIN03531 | 003516P001-1467A-093<br>CIN03532 | 003517P001-1467A-093<br>CIN03533 | 003518P001-1467A-093<br>CIN03534 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003519P002-1467A-093<br>CIN03535 | 003520P001-1467A-093<br>CIN03536 | 003521P002-1467A-093<br>CIN03537 | 003522P001-1467A-093<br>CIN03538 |
| 003523P001-1467A-093<br>CIN03539 | 003524P001-1467A-093<br>CIN03540 | 003525P001-1467A-093<br>CIN03541 | 003526P001-1467A-093<br>CIN03542 |
| 003527P001-1467A-093<br>CIN03543 | 003528P001-1467A-093<br>CIN03544 | 003529P001-1467A-093<br>CIN03545 | 003530P001-1467A-093<br>CIN03546 |
| 003531P001-1467A-093<br>CIN03547 | 003532P001-1467A-093<br>CIN03548 | 003533P001-1467A-093<br>CIN03549 | 003534P001-1467A-093<br>CIN03550 |
| 003535P001-1467A-093<br>CIN03551 | 003536P001-1467A-093<br>CIN03552 | 003537P001-1467A-093<br>CIN03553 | 003538P001-1467A-093<br>CIN03554 |
| 003539P001-1467A-093<br>CIN03555 | 003540P001-1467A-093<br>CIN03556 | 003541P002-1467A-093<br>CIN03557 | 003542P001-1467A-093<br>CIN03558 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003543P001-1467A-093<br>CIN03559 | 003544P001-1467A-093<br>CIN03560 | 003545P002-1467A-093<br>CIN03561 | 003546P001-1467A-093<br>CIN03562 |
| 003547P001-1467A-093<br>CIN03563 | 003548P001-1467A-093<br>CIN03564 | 003549P001-1467A-093<br>CIN03565 | 003550P001-1467A-093<br>CIN03566 |
| 003551P002-1467A-093<br>CIN03567 | 003552P001-1467A-093<br>CIN03568 | 003553P001-1467A-093<br>CIN03569 | 003554P001-1467A-093<br>CIN03570 |
| 003555P002-1467A-093<br>CIN03571 | 006929P001-1467A-093<br>CIN03571 | 003556P001-1467A-093<br>CIN03572 | 003557P003-1467A-093<br>CIN03573 |
| 007065P003-1467A-093<br>CIN03573 | 003558P001-1467A-093<br>CIN03574 | 003559P002-1467A-093<br>CIN03575 | 003560P001-1467A-093<br>CIN03576 |
| 003561P001-1467A-093<br>CIN03577 | 003562P001-1467A-093<br>CIN03578 | 003563P001-1467A-093<br>CIN03579 | 003564P001-1467A-093<br>CIN03580 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

003565P001-1467A-093
CIN03581

003566P001-1467A-093
CIN03582

003567P003-1467A-093
CIN03583

003568P003-1467A-093
CIN03584

003569P001-1467A-093
CIN03585

003570P001-1467A-093
CIN03586

003571P002-1467A-093
CIN03587

003572P001-1467A-093
CIN03588

003573P001-1467A-093
CIN03589

003574P001-1467A-093
CIN03590

003575P001-1467A-093
CIN03591

003576P001-1467A-093
CIN03592

003577P001-1467A-093
CIN03593

003578P001-1467A-093
CIN03594

003579P005-1467A-093
CIN03595

006654P004-1467A-093
CIN03595

003580P001-1467A-093
CIN03596

003581P001-1467A-093
CIN03597

003582P001-1467A-093
CIN03598

003583P002-1467A-093
CIN03599

003584P001-1467A-093
CIN03600

003585P002-1467A-093
CIN03601

006854P001-1467A-093
CIN03601

003586P001-1467A-093
CIN03602

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003587P001-1467A-093<br>CIN03603 | 003588P003-1467A-093<br>CIN03604 | 007066P003-1467A-093<br>CIN03604 | 003589P001-1467A-093<br>CIN03605 |
| 003590P001-1467A-093<br>CIN03606 | 003591P001-1467A-093<br>CIN03607 | 003592P001-1467A-093<br>CIN03608 | 003593P002-1467A-093<br>CIN03609 |
| 003594P001-1467A-093<br>CIN03610 | 003595P001-1467A-093<br>CIN03611 | 003596P001-1467A-093<br>CIN03612 | 003597P001-1467A-093<br>CIN03613 |
| 003598P001-1467A-093<br>CIN03614 | 003599P001-1467A-093<br>CIN03615 | 003600P001-1467A-093<br>CIN03616 | 003601P001-1467A-093<br>CIN03617 |
| 003602P001-1467A-093<br>CIN03618 | 003603P002-1467A-093<br>CIN03619 | 006954P001-1467A-093<br>CIN03619 | 003604P001-1467A-093<br>CIN03620 |
| 003605P001-1467A-093<br>CIN03621 | 003606P002-1467A-093<br>CIN03622 | 003607P002-1467A-093<br>CIN03623 | 006636P003-1467A-093<br>CIN03623 |

| 003608P001-1467A-093<br>CIN03624 | 003609P001-1467A-093<br>CIN03625 | 003610P001-1467A-093<br>CIN03626 | 003611P003-1467A-093<br>CIN03627 |
|---|---|---|---|
| 003612P001-1467A-093<br>CIN03628 | 003613P001-1467A-093<br>CIN03629 | 003614P001-1467A-093<br>CIN03630 | 003615P003-1467A-093<br>CIN03631 |
| 003615P003-1467A-093<br>CIN03631 | 003616P001-1467A-093<br>CIN03632 | 003617P001-1467A-093<br>CIN03633 | 003618P001-1467A-093<br>CIN03634 |
| 003619P001-1467A-093<br>CIN03635 | 003620P001-1467A-093<br>CIN03636 | 003621P001-1467A-093<br>CIN03637 | 003622P001-1467A-093<br>CIN03638 |
| 003623P001-1467A-093<br>CIN03639 | 003624P002-1467A-093<br>CIN03640 | 003625P001-1467A-093<br>CIN03641 | 003626P001-1467A-093<br>CIN03642 |
| 003627P001-1467A-093<br>CIN03643 | 003628P001-1467A-093<br>CIN03644 | 003629P002-1467A-093<br>CIN03645 | 003630P001-1467A-093<br>CIN03646 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003631P002-1467A-093<br>CIN03647 | 003632P001-1467A-093<br>CIN03648 | 003633P001-1467A-093<br>CIN03649 | 003634P001-1467A-093<br>CIN03650 |
| 003635P001-1467A-093<br>CIN03651 | 003636P001-1467A-093<br>CIN03652 | 003637P001-1467A-093<br>CIN03653 | 003638P001-1467A-093<br>CIN03654 |
| 003639P002-1467A-093<br>CIN03655 | 003640P001-1467A-093<br>CIN03656 | 003641P001-1467A-093<br>CIN03657 | 003642P001-1467A-093<br>CIN03658 |
| 003643P001-1467A-093<br>CIN03659 | 003644P002-1467A-093<br>CIN03660 | 006827P001-1467A-093<br>CIN03660 | 003645P002-1467A-093<br>CIN03661 |
| 003646P001-1467A-093<br>CIN03662 | 003647P002-1467A-093<br>CIN03663 | 006725P002-1467A-093<br>CIN03663 | 003648P002-1467A-093<br>CIN03664 |
| 006791P003-1467A-093<br>CIN03664 | 003649P001-1467A-093<br>CIN03665 | 003650P001-1467A-093<br>CIN03666 | 003651P001-1467A-093<br>CIN03667 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 165 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 163 of 280

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003652P001-1467A-093<br>CIN03668 | 003653P002-1467A-093<br>CIN03669 | 003654P001-1467A-093<br>CIN03670 | 003655P001-1467A-093<br>CIN03671 |
| 003656P001-1467A-093<br>CIN03672 | 003657P001-1467A-093<br>CIN03673 | 003658P001-1467A-093<br>CIN03674 | 003659P001-1467A-093<br>CIN03675 |
| 003660P001-1467A-093<br>CIN03676 | 003661P001-1467A-093<br>CIN03677 | 003662P001-1467A-093<br>CIN03678 | 003663P001-1467A-093<br>CIN03679 |
| 003664P002-1467A-093<br>CIN03680 | 003665P001-1467A-093<br>CIN03681 | 003666P001-1467A-093<br>CIN03682 | 003667P001-1467A-093<br>CIN03683 |
| 003668P001-1467A-093<br>CIN03684 | 003669P001-1467A-093<br>CIN03685 | 003670P001-1467A-093<br>CIN03686 | 003671P001-1467A-093<br>CIN03687 |
| 003672P001-1467A-093<br>CIN03688 | 003673P001-1467A-093<br>CIN03689 | 003674P001-1467A-093<br>CIN03690 | 003675P002-1467A-093<br>CIN03691 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003676P001-1467A-093<br>CIN03692 | 003677P001-1467A-093<br>CIN03693 | 003678P001-1467A-093<br>CIN03694 | 003679P001-1467A-093<br>CIN03695 |
| 003680P001-1467A-093<br>CIN03696 | 003681P001-1467A-093<br>CIN03697 | 003682P001-1467A-093<br>CIN03698 | 003683P001-1467A-093<br>CIN03699 |
| 003684P001-1467A-093<br>CIN03700 | 003685P001-1467A-093<br>CIN03701 | 003686P001-1467A-093<br>CIN03702 | 003687P001-1467A-093<br>CIN03703 |
| 003688P001-1467A-093<br>CIN03704 | 003689P001-1467A-093<br>CIN03705 | 003690P001-1467A-093<br>CIN03706 | 003691P001-1467A-093<br>CIN03707 |
| 003692P001-1467A-093<br>CIN03708 | 003693P001-1467A-093<br>CIN03709 | 003694P001-1467A-093<br>CIN03710 | 003695P001-1467A-093<br>CIN03711,CIN06469 |
| 003696P001-1467A-093<br>CIN03712 | 003697P001-1467A-093<br>CIN03713 | 003698P001-1467A-093<br>CIN03714 | 003699P001-1467A-093<br>CIN03715 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 003700P001-1467A-093 CIN03716 | 003701P001-1467A-093 CIN03717 | 003702P001-1467A-093 CIN03718 | 003703P001-1467A-093 CIN03719 |
|---|---|---|---|
| 003704P002-1467A-093 CIN03720 | 006340P002-1467A-093 CIN03721 | 003705P001-1467A-093 CIN03722 | 003706P002-1467A-093 CIN03723 |
| 003707P001-1467A-093 CIN03724 | 003708P001-1467A-093 CIN03725 | 003709P001-1467A-093 CIN03726 | 003710P001-1467A-093 CIN03727 |
| 003711P001-1467A-093 CIN03728 | 003712P002-1467A-093 CIN03729 | 003713P001-1467A-093 CIN03730 | 003714P001-1467A-093 CIN03731 |
| 003715P001-1467A-093 CIN03732 | 003716P001-1467A-093 CIN03733 | 003717P001-1467A-093 CIN03734 | 003718P001-1467A-093 CIN03735 |
| 003719P001-1467A-093 CIN03736 | 003720P001-1467A-093 CIN03737 | 003721P001-1467A-093 CIN03738 | 003722P002-1467A-093 CIN03739 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 003723P002-1467A-093<br>CIN03740 | 003724P001-1467A-093<br>CIN03741 | 003725P001-1467A-093<br>CIN03742 | 003726P001-1467A-093<br>CIN03743 |
| 003727P001-1467A-093<br>CIN03744 | 003728P001-1467A-093<br>CIN03745 | 003729P001-1467A-093<br>CIN03746 | 003730P001-1467A-093<br>CIN03747 |
| 003731P001-1467A-093<br>CIN03748 | 003732P001-1467A-093<br>CIN03749 | 003733P001-1467A-093<br>CIN03750 | 003734P001-1467A-093<br>CIN03751 |
| 003735P001-1467A-093<br>CIN03752 | 003736P001-1467A-093<br>CIN03753 | 003737P001-1467A-093<br>CIN03754 | 003738P001-1467A-093<br>CIN03755 |
| 003739P001-1467A-093<br>CIN03756 | 003740P001-1467A-093<br>CIN03757 | 003741P002-1467A-093<br>CIN03758 | 003742P001-1467A-093<br>CIN03759 |
| 003743P001-1467A-093<br>CIN03760 | 003744P001-1467A-093<br>CIN03761 | 003745P001-1467A-093<br>CIN03762 | 003746P001-1467A-093<br>CIN03763 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003747P001-1467A-093<br>CIN03764 | 003748P002-1467A-093<br>CIN03765 | 006973P002-1467A-093<br>CIN03765 | 003749P002-1467A-093<br>CIN03766 |
| 003750P001-1467A-093<br>CIN03767 | 003751P001-1467A-093<br>CIN03768 | 003752P001-1467A-093<br>CIN03769 | 003753P001-1467A-093<br>CIN03770 |
| 003754P001-1467A-093<br>CIN03771 | 003755P001-1467A-093<br>CIN03772 | 003756P001-1467A-093<br>CIN03773 | 003757P001-1467A-093<br>CIN03774 |
| 003758P001-1467A-093<br>CIN03775 | 003759P001-1467A-093<br>CIN03776 | 003760P001-1467A-093<br>CIN03777,CIN06471 | 003761P002-1467A-093<br>CIN03778 |
| 003762P001-1467A-093<br>CIN03779 | 003763P002-1467A-093<br>CIN03780 | 003764P002-1467A-093<br>CIN03781 | 003765P004-1467A-093<br>CIN03782 |
| 003765S001-1467A-093<br>CIN03782 | 003766P001-1467A-093<br>CIN03783 | 003767P001-1467A-093<br>CIN03784 | 003768P001-1467A-093<br>CIN03785 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003769P003-1467A-093<br>CIN03786 | 003770P001-1467A-093<br>CIN03787 | 003771P002-1467A-093<br>CIN03788 | 003772P002-1467A-093<br>CIN03789 |
| 003773P001-1467A-093<br>CIN03790 | 003774P001-1467A-093<br>CIN03791 | 003775P001-1467A-093<br>CIN03792 | 003776P002-1467A-093<br>CIN03793 |
| 003777P001-1467A-093<br>CIN03794 | 003778P001-1467A-093<br>CIN03795 | 003779P001-1467A-093<br>CIN03796 | 003780P001-1467A-093<br>CIN03797 |
| 003781P001-1467A-093<br>CIN03798 | 003782P001-1467A-093<br>CIN03799 | 003783P001-1467A-093<br>CIN03800 | 003784P003-1467A-093<br>CIN03801 |
| 006958P002-1467A-093<br>CIN03801 | 003785P002-1467A-093<br>CIN03802 | 003786P001-1467A-093<br>CIN03803 | 003787P001-1467A-093<br>CIN03804 |
| 003788P001-1467A-093<br>CIN03805 | 003789P001-1467A-093<br>CIN03806 | 003790P001-1467A-093<br>CIN03807 | 003791P001-1467A-093<br>CIN03808 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003792P001-1467A-093<br>CIN03809 | 003793P001-1467A-093<br>CIN03810 | 003794P001-1467A-093<br>CIN03811 | 003795P001-1467A-093<br>CIN03812 |
| 000007P001-1467A-093<br>CIN03813 | 003796P001-1467A-093<br>CIN03814 | 003797P001-1467A-093<br>CIN03815 | 003798P001-1467A-093<br>CIN03816 |
| 003799P001-1467A-093<br>CIN03817 | 003800P001-1467A-093<br>CIN03818 | 003801P001-1467A-093<br>CIN03819 | 003802P001-1467A-093<br>CIN03820 |
| 003803P001-1467A-093<br>CIN03821 | 003804P001-1467A-093<br>CIN03822 | 003805P001-1467A-093<br>CIN03823 | 003806P001-1467A-093<br>CIN03824 |
| 003807P001-1467A-093<br>CIN03825 | 003808P001-1467A-093<br>CIN03826 | 003809P001-1467A-093<br>CIN03827 | 003810P001-1467A-093<br>CIN03828 |
| 003811P002-1467A-093<br>CIN03829 | 003812P001-1467A-093<br>CIN03830 | 003813P001-1467A-093<br>CIN03831 | 003814P001-1467A-093<br>CIN03832 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003815P001-1467A-093<br>CIN03833 | 003816P001-1467A-093<br>CIN03834 | 003817P001-1467A-093<br>CIN03835 | 003818P001-1467A-093<br>CIN03836 |
| 003819P001-1467A-093<br>CIN03837 | 003820P001-1467A-093<br>CIN03838 | 003821P002-1467A-093<br>CIN03839 | 003822P001-1467A-093<br>CIN03840 |
| 003823P001-1467A-093<br>CIN03841 | 003824P001-1467A-093<br>CIN03842 | 003825P002-1467A-093<br>CIN03843 | 003826P001-1467A-093<br>CIN03844 |
| 003827P001-1467A-093<br>CIN03845 | 003828P001-1467A-093<br>CIN03846 | 003829P001-1467A-093<br>CIN03847 | 003830P001-1467A-093<br>CIN03848 |
| 003831P001-1467A-093<br>CIN03849 | 003832P001-1467A-093<br>CIN03850 | 003833P001-1467A-093<br>CIN03851 | 003834P001-1467A-093<br>CIN03852 |
| 003835P001-1467A-093<br>CIN03853 | 003836P001-1467A-093<br>CIN03854 | 003837P001-1467A-093<br>CIN03855 | 003838P001-1467A-093<br>CIN03856 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003839P002-1467A-093<br>CIN03857 | 003840P001-1467A-093<br>CIN03858 | 003841P001-1467A-093<br>CIN03859 | 003842P001-1467A-093<br>CIN03860 |
| 003843P003-1467A-093<br>CIN03861 | 003843P003-1467A-093<br>CIN03861 | 006916P001-1467A-093<br>CIN03861 | 006916P001-1467A-093<br>CIN03861 |
| 003844P001-1467A-093<br>CIN03862 | 003845P001-1467A-093<br>CIN03863 | 003847P002-1467A-093<br>CIN03865 | 006838P001-1467A-093<br>CIN03865 |
| 006838P001-1467A-093<br>CIN03865 | 003848P001-1467A-093<br>CIN03866 | 003849P002-1467A-093<br>CIN03867 | 003849P002-1467A-093<br>CIN03867 |
| 006243P001-1467A-093<br>CIN03868 | 003850P001-1467A-093<br>CIN03869 | 003851P001-1467A-093<br>CIN03870 | 003852P001-1467A-093<br>CIN03871 |
| 003853P001-1467A-093<br>CIN03872 | 003854P001-1467A-093<br>CIN03873 | 003855P001-1467A-093<br>CIN03874 | 003856P001-1467A-093<br>CIN03875 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003857P002-1467A-093<br>CIN03876 | 006950P001-1467A-093<br>CIN03876 | 003858P001-1467A-093<br>CIN03877 | 003859P001-1467A-093<br>CIN03878 |
| 003860P001-1467A-093<br>CIN03879 | 003861P002-1467A-093<br>CIN03880 | 003862P001-1467A-093<br>CIN03881 | 003863P001-1467A-093<br>CIN03882 |
| 003864P001-1467A-093<br>CIN03883 | 003865P001-1467A-093<br>CIN03884 | 003866P001-1467A-093<br>CIN03885 | 003867P001-1467A-093<br>CIN03886 |
| 003868P001-1467A-093<br>CIN03887 | 003869P002-1467A-093<br>CIN03888 | 003870P001-1467A-093<br>CIN03889 | 003871P002-1467A-093<br>CIN03890 |
| 003872P002-1467A-093<br>CIN03891 | 003873P001-1467A-093<br>CIN03892 | 003874P001-1467A-093<br>CIN03893 | 003875P001-1467A-093<br>CIN03894 |
| 003876P001-1467A-093<br>CIN03895 | 003877P001-1467A-093<br>CIN03896 | 003878P001-1467A-093<br>CIN03897 | 003879P001-1467A-093<br>CIN03898 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003880P002-1467A-093<br>CIN03899 | 003881P001-1467A-093<br>CIN03900 | 003882P001-1467A-093<br>CIN03901 | 003883P001-1467A-093<br>CIN03902 |
| 003884P001-1467A-093<br>CIN03903 | 003885P001-1467A-093<br>CIN03904 | 003886P001-1467A-093<br>CIN03905 | 003887P001-1467A-093<br>CIN03906 |
| 003888P001-1467A-093<br>CIN03907 | 003889P002-1467A-093<br>CIN03908 | 006850P001-1467A-093<br>CIN03908 | 006244P002-1467A-093<br>CIN03909 |
| 006344P001-1467A-093<br>CIN03910 | 003890P003-1467A-093<br>CIN03911 | 006867P003-1467A-093<br>CIN03911 | 003891P001-1467A-093<br>CIN03912 |
| 003892P002-1467A-093<br>CIN03913 | 006804P001-1467A-093<br>CIN03913 | 003893P002-1467A-093<br>CIN03914 | 003894P001-1467A-093<br>CIN03915 |
| 003895P001-1467A-093<br>CIN03916 | 003896P001-1467A-093<br>CIN03917 | 003897P002-1467A-093<br>CIN03918 | 006957P003-1467A-093<br>CIN03918 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003898P002-1467A-093<br>CIN03919 | 003899P001-1467A-093<br>CIN03920 | 003900P001-1467A-093<br>CIN03921 | 003901P001-1467A-093<br>CIN03922 |
| 003902P001-1467A-093<br>CIN03923 | 003903P001-1467A-093<br>CIN03924 | 003904P001-1467A-093<br>CIN03925 | 003905P001-1467A-093<br>CIN03926 |
| 003906P001-1467A-093<br>CIN03927 | 003907P001-1467A-093<br>CIN03928 | 003908P001-1467A-093<br>CIN03929 | 003909P001-1467A-093<br>CIN03930 |
| 003910P001-1467A-093<br>CIN03931 | 003911P001-1467A-093<br>CIN03932 | 003912P001-1467A-093<br>CIN03933 | 003913P001-1467A-093<br>CIN03934 |
| 003914P001-1467A-093<br>CIN03935 | 003915P001-1467A-093<br>CIN03936 | 003916P001-1467A-093<br>CIN03937 | 003917P001-1467A-093<br>CIN03938 |
| 003918P001-1467A-093<br>CIN03939 | 003919P001-1467A-093<br>CIN03940 | 003920P001-1467A-093<br>CIN03941 | 003921P002-1467A-093<br>CIN03942 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003922P001-1467A-093<br>CIN03943 | 003923P002-1467A-093<br>CIN03944 | 006794P002-1467A-093<br>CIN03944 | 003924P002-1467A-093<br>CIN03945 |
| 003925P001-1467A-093<br>CIN03946 | 003926P001-1467A-093<br>CIN03947 | 003927P001-1467A-093<br>CIN03948 | 003928P001-1467A-093<br>CIN03949 |
| 003929P001-1467A-093<br>CIN03950 | 003930P001-1467A-093<br>CIN03951 | 003931P001-1467A-093<br>CIN03952 | 003932P001-1467A-093<br>CIN03953 |
| 003933P001-1467A-093<br>CIN03954 | 003934P001-1467A-093<br>CIN03955 | 003935P001-1467A-093<br>CIN03956 | 003936P002-1467A-093<br>CIN03957 |
| 003937P001-1467A-093<br>CIN03958 | 003938P001-1467A-093<br>CIN03959 | 003939P001-1467A-093<br>CIN03960 | 003940P001-1467A-093<br>CIN03961 |
| 003941P001-1467A-093<br>CIN03962 | 003942P001-1467A-093<br>CIN03963 | 003943P001-1467A-093<br>CIN03964 | 003944P001-1467A-093<br>CIN03965 |

| | | | |
|---|---|---|---|
| 003945P001-1467A-093<br>CIN03966 | 003946P002-1467A-093<br>CIN03967 | 003947P001-1467A-093<br>CIN03968 | 003948P001-1467A-093<br>CIN03969 |
| 003949P001-1467A-093<br>CIN03970 | 003950P001-1467A-093<br>CIN03971 | 003951P002-1467A-093<br>CIN03972 | 006858P003-1467A-093<br>CIN03972 |
| 003952P001-1467A-093<br>CIN03973 | 003953P001-1467A-093<br>CIN03974 | 003954P001-1467A-093<br>CIN03975 | 003955P001-1467A-093<br>CIN03976 |
| 003956P001-1467A-093<br>CIN03977 | 003957P001-1467A-093<br>CIN03978 | 003958P002-1467A-093<br>CIN03979 | 006947P001-1467A-093<br>CIN03979 |
| 003959P002-1467A-093<br>CIN03980 | 003960P001-1467A-093<br>CIN03981 | 003961P002-1467A-093<br>CIN03982 | 003962P001-1467A-093<br>CIN03983 |
| 003963P001-1467A-093<br>CIN03984 | 003964P001-1467A-093<br>CIN03985 | 000008P001-1467A-093<br>CIN03986 | 003965P001-1467A-093<br>CIN03987 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003966P001-1467A-093<br>CIN03988 | 003967P001-1467A-093<br>CIN03989 | 003968P002-1467A-093<br>CIN03990 | 003969P001-1467A-093<br>CIN03991 |
| 003970P001-1467A-093<br>CIN03992 | 003971P002-1467A-093<br>CIN03993 | 000009P001-1467A-093<br>CIN03994 | 003972P001-1467A-093<br>CIN03995 |
| 003973P001-1467A-093<br>CIN03996 | 003974P001-1467A-093<br>CIN03997 | 003975P001-1467A-093<br>CIN03998 | 003976P001-1467A-093<br>CIN03999 |
| 003977P001-1467A-093<br>CIN04000 | 003978P001-1467A-093<br>CIN04001 | 003979P001-1467A-093<br>CIN04002 | 003980P001-1467A-093<br>CIN04003 |
| 003981P001-1467A-093<br>CIN04004 | 003982P001-1467A-093<br>CIN04005 | 003983P001-1467A-093<br>CIN04006 | 003984P002-1467A-093<br>CIN04007 |
| 006877P001-1467A-093<br>CIN04007 | 003985P001-1467A-093<br>CIN04008 | 003986P001-1467A-093<br>CIN04009 | 003987P001-1467A-093<br>CIN04010 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003988P001-1467A-093<br>CIN04011 | 003989P001-1467A-093<br>CIN04012 | 003990P001-1467A-093<br>CIN04013 | 003991P001-1467A-093<br>CIN04014 |
| 003992P001-1467A-093<br>CIN04015 | 003993P001-1467A-093<br>CIN04016 | 003994P001-1467A-093<br>CIN04017 | 003995P001-1467A-093<br>CIN04018 |
| 003996P001-1467A-093<br>CIN04019 | 003997P001-1467A-093<br>CIN04020 | 003998P001-1467A-093<br>CIN04021 | 003999P001-1467A-093<br>CIN04022 |
| 004000P001-1467A-093<br>CIN04023 | 004001P002-1467A-093<br>CIN04024 | 004002P001-1467A-093<br>CIN04025 | 004003P002-1467A-093<br>CIN04026 |
| 004004P001-1467A-093<br>CIN04027 | 004005P001-1467A-093<br>CIN04028 | 004006P001-1467A-093<br>CIN04029 | 004007P002-1467A-093<br>CIN04030 |
| 004008P001-1467A-093<br>CIN04031 | 004009P001-1467A-093<br>CIN04032 | 004010P001-1467A-093<br>CIN04033 | 004011P001-1467A-093<br>CIN04034 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004012P001-1467A-093<br>CIN04035 | 004013P002-1467A-093<br>CIN04036 | 006841P001-1467A-093<br>CIN04036 | 004014P001-1467A-093<br>CIN04037 |
| 004015P002-1467A-093<br>CIN04038 | 004016P001-1467A-093<br>CIN04039 | 004017P001-1467A-093<br>CIN04040 | 004018P001-1467A-093<br>CIN04041 |
| 004019P001-1467A-093<br>CIN04042 | 004020P001-1467A-093<br>CIN04043 | 000006P001-1467A-093<br>CIN04044 | 004021P001-1467A-093<br>CIN04045 |
| 004022P001-1467A-093<br>CIN04046 | 004023P002-1467A-093<br>CIN04047 | 004024P001-1467A-093<br>CIN04048 | 004025P001-1467A-093<br>CIN04049 |
| 004026P001-1467A-093<br>CIN04050 | 004027P001-1467A-093<br>CIN04051 | 004028P001-1467A-093<br>CIN04052 | 004029P001-1467A-093<br>CIN04053 |
| 004030P001-1467A-093<br>CIN04054 | 004031P001-1467A-093<br>CIN04055 | 004032P001-1467A-093<br>CIN04056 | 004033P001-1467A-093<br>CIN04057 |

| | | | |
|---|---|---|---|
| 004034P001-1467A-093<br>CIN04058 | 004035P001-1467A-093<br>CIN04059 | 004036P002-1467A-093<br>CIN04060 | 004037P002-1467A-093<br>CIN04061 |
| 004038P002-1467A-093<br>CIN04062 | 004039P001-1467A-093<br>CIN04063 | 004040P002-1467A-093<br>CIN04064 | 004041P001-1467A-093<br>CIN04065,CIN06489 |
| 004042P002-1467A-093<br>CIN04066 | 004043P002-1467A-093<br>CIN04067 | 004044P001-1467A-093<br>CIN04068 | 004045P001-1467A-093<br>CIN04069 |
| 004046P001-1467A-093<br>CIN04070 | 004047P001-1467A-093<br>CIN04071 | 004048P001-1467A-093<br>CIN04072 | 004049P001-1467A-093<br>CIN04073 |
| 004050P001-1467A-093<br>CIN04074 | 004051P001-1467A-093<br>CIN04075 | 004052P001-1467A-093<br>CIN04076 | 006258P002-1467A-093<br>CIN04077 |
| 004053P002-1467A-093<br>CIN04078 | 004054P001-1467A-093<br>CIN04079 | 004055P001-1467A-093<br>CIN04080 | 004056P001-1467A-093<br>CIN04081 |

| | | | |
|---|---|---|---|
| 004057P001-1467A-093<br>CIN04082 | 004058P001-1467A-093<br>CIN04083 | 004059P001-1467A-093<br>CIN04084 | 004060P001-1467A-093<br>CIN04085 |
| 004061P001-1467A-093<br>CIN04086 | 004062P001-1467A-093<br>CIN04087 | 004063P001-1467A-093<br>CIN04088 | 004064P001-1467A-093<br>CIN04089 |
| 004065P001-1467A-093<br>CIN04090 | 004066P001-1467A-093<br>CIN04091 | 004067P001-1467A-093<br>CIN04092 | 004068P001-1467A-093<br>CIN04093 |
| 004069P001-1467A-093<br>CIN04094 | 004070P001-1467A-093<br>CIN04095 | 004071P001-1467A-093<br>CIN04096 | 004072P001-1467A-093<br>CIN04097 |
| 004073P003-1467A-093<br>CIN04098 | 004074P002-1467A-093<br>CIN04099 | 004075P002-1467A-093<br>CIN04100 | 004076P001-1467A-093<br>CIN04101 |
| 004077P001-1467A-093<br>CIN04102 | 004078P002-1467A-093<br>CIN04103 | 004079P002-1467A-093<br>CIN04104 | 004080P001-1467A-093<br>CIN04105 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:37:59 PM

| | | | |
|---|---|---|---|
| 004081P001-1467A-093<br>CIN04106 | 004082P003-1467A-093<br>CIN04107 | 004083P001-1467A-093<br>CIN04108 | 004084P002-1467A-093<br>CIN04109 |
| 004085P001-1467A-093<br>CIN04110 | 004086P001-1467A-093<br>CIN04111 | 004087P001-1467A-093<br>CIN04112 | 004088P001-1467A-093<br>CIN04113 |
| 004089P001-1467A-093<br>CIN04114 | 004090P001-1467A-093<br>CIN04115 | 004091P001-1467A-093<br>CIN04116 | 004092P001-1467A-093<br>CIN04117 |
| 004093P002-1467A-093<br>CIN04118 | 004094P001-1467A-093<br>CIN04119 | 004095P001-1467A-093<br>CIN04120 | 004096P001-1467A-093<br>CIN04121 |
| 004097P001-1467A-093<br>CIN04122 | 004098P001-1467A-093<br>CIN04123 | 004099P001-1467A-093<br>CIN04124 | 004100P001-1467A-093<br>CIN04125 |
| 004101P001-1467A-093<br>CIN04126 | 004102P001-1467A-093<br>CIN04127 | 004103P001-1467A-093<br>CIN04128 | 004104P001-1467A-093<br>CIN04129 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004105P001-1467A-093<br>CIN04130 | 004106P001-1467A-093<br>CIN04131 | 004107P001-1467A-093<br>CIN04132 | 004108P001-1467A-093<br>CIN04133 |
| 004109P001-1467A-093<br>CIN04134 | 004110P002-1467A-093<br>CIN04135 | 004111P001-1467A-093<br>CIN04136 | 004112P001-1467A-093<br>CIN04137 |
| 004113P001-1467A-093<br>CIN04138 | 004114P001-1467A-093<br>CIN04139 | 004115P001-1467A-093<br>CIN04140 | 004116P001-1467A-093<br>CIN04141 |
| 004117P001-1467A-093<br>CIN04142 | 004118P001-1467A-093<br>CIN04143 | 004119P001-1467A-093<br>CIN04144 | 004120P001-1467A-093<br>CIN04145 |
| 004121P001-1467A-093<br>CIN04146 | 004122P001-1467A-093<br>CIN04147 | 004123P002-1467A-093<br>CIN04148 | 004124P001-1467A-093<br>CIN04149 |
| 004125P001-1467A-093<br>CIN04150 | 004126P001-1467A-093<br>CIN04151 | 004127P001-1467A-093<br>CIN04152 | 004128P001-1467A-093<br>CIN04153 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004129P001-1467A-093<br>CIN04154 | 004130P001-1467A-093<br>CIN04155 | 004131P001-1467A-093<br>CIN04156 | 004132P001-1467A-093<br>CIN04157 |
| 004133P001-1467A-093<br>CIN04158 | 004134P001-1467A-093<br>CIN04159 | 004135P001-1467A-093<br>CIN04160 | 004136P002-1467A-093<br>CIN04161 |
| 004137P001-1467A-093<br>CIN04162 | 004138P001-1467A-093<br>CIN04163 | 004139P001-1467A-093<br>CIN04164 | 004140P001-1467A-093<br>CIN04165 |
| 004141P001-1467A-093<br>CIN04166 | 004142P001-1467A-093<br>CIN04167 | 004143P001-1467A-093<br>CIN04168 | 004144P001-1467A-093<br>CIN04169 |
| 004145P001-1467A-093<br>CIN04170 | 004146P001-1467A-093<br>CIN04171 | 004147P001-1467A-093<br>CIN04172 | 004148P001-1467A-093<br>CIN04173 |
| 004149P001-1467A-093<br>CIN04174 | 004150P001-1467A-093<br>CIN04175 | 004151P001-1467A-093<br>CIN04176 | 004152P001-1467A-093<br>CIN04177 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004153P001-1467A-093<br>CIN04178 | 004154P001-1467A-093<br>CIN04179 | 004155P001-1467A-093<br>CIN04180 | 004156P001-1467A-093<br>CIN04181 |
| 004157P001-1467A-093<br>CIN04182 | 004158P001-1467A-093<br>CIN04183 | 004159P002-1467A-093<br>CIN04184 | 004160P001-1467A-093<br>CIN04185 |
| 004161P001-1467A-093<br>CIN04186 | 004162P001-1467A-093<br>CIN04187 | 004163P001-1467A-093<br>CIN04188 | 004164P001-1467A-093<br>CIN04189 |
| 004165P002-1467A-093<br>CIN04190 | 006829P001-1467A-093<br>CIN04190 | 004166P001-1467A-093<br>CIN04191 | 004167P001-1467A-093<br>CIN04192 |
| 004168P001-1467A-093<br>CIN04193 | 004169P002-1467A-093<br>CIN04194 | 004170P001-1467A-093<br>CIN04195 | 004171P001-1467A-093<br>CIN04196 |
| 004172P001-1467A-093<br>CIN04197 | 004173P001-1467A-093<br>CIN04198 | 004174P001-1467A-093<br>CIN04199 | 004175P001-1467A-093<br>CIN04200 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004176P001-1467A-093<br>CIN04201 | 004177P001-1467A-093<br>CIN04202 | 004178P001-1467A-093<br>CIN04203 | 004179P001-1467A-093<br>CIN04204 |
| 004180P001-1467A-093<br>CIN04205 | 004181P001-1467A-093<br>CIN04206 | 004182P001-1467A-093<br>CIN04207 | 004183P001-1467A-093<br>CIN04208 |
| 004184P001-1467A-093<br>CIN04209 | 004185P001-1467A-093<br>CIN04210 | 004186P002-1467A-093<br>CIN04211 | 004187P001-1467A-093<br>CIN04212 |
| 004188P001-1467A-093<br>CIN04213 | 004189P002-1467A-093<br>CIN04214 | 004190P001-1467A-093<br>CIN04215 | 004191P001-1467A-093<br>CIN04216 |
| 004192P001-1467A-093<br>CIN04217 | 004193P001-1467A-093<br>CIN04218 | 004194P001-1467A-093<br>CIN04219 | 004195P001-1467A-093<br>CIN04220 |
| 004196P002-1467A-093<br>CIN04221 | 004197P001-1467A-093<br>CIN04222 | 004198P001-1467A-093<br>CIN04223 | 004199P001-1467A-093<br>CIN04224 |

Case 20-12836-JTD   Doc 741   Filed 04/22/21   Page 189 of 346

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 187 of 280

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 004200P001-1467A-093<br>CIN04225 | 004201P001-1467A-093<br>CIN04226 | 004202P001-1467A-093<br>CIN04227 | 004203P002-1467A-093<br>CIN04228 |
| 004204P001-1467A-093<br>CIN04229 | 004205P001-1467A-093<br>CIN04230 | 004206P002-1467A-093<br>CIN04231 | 004206P002-1467A-093<br>CIN04231 |
| 004207P001-1467A-093<br>CIN04232 | 004208P001-1467A-093<br>CIN04233 | 004209P001-1467A-093<br>CIN04234 | 004210P001-1467A-093<br>CIN04235 |
| 004211P002-1467A-093<br>CIN04236 | 004212P001-1467A-093<br>CIN04237 | 004213P001-1467A-093<br>CIN04238 | 004214P002-1467A-093<br>CIN04239 |
| 006984P003-1467A-093<br>CIN04239 | 004215P001-1467A-093<br>CIN04240 | 004216P002-1467A-093<br>CIN04241 | 004217P001-1467A-093<br>CIN04242 |
| 004218P001-1467A-093<br>CIN04243 | 004219P002-1467A-093<br>CIN04244 | 004220P001-1467A-093<br>CIN04245 | 004221P001-1467A-093<br>CIN04246 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004222P001-1467A-093<br>CIN04247 | 004223P001-1467A-093<br>CIN04248 | 004224P001-1467A-093<br>CIN04249 | 004225P001-1467A-093<br>CIN04250 |
| 004226P001-1467A-093<br>CIN04251 | 004227P001-1467A-093<br>CIN04252 | 004228P001-1467A-093<br>CIN04253 | 004229P001-1467A-093<br>CIN04254 |
| 004230P002-1467A-093<br>CIN04255 | 004231P002-1467A-093<br>CIN04256 | 004232P002-1467A-093<br>CIN04257 | 004233P001-1467A-093<br>CIN04258 |
| 004234P001-1467A-093<br>CIN04259 | 004235P001-1467A-093<br>CIN04260 | 004236P002-1467A-093<br>CIN04261 | 004237P001-1467A-093<br>CIN04262 |
| 004238P001-1467A-093<br>CIN04263 | 004239P001-1467A-093<br>CIN04264 | 004240P001-1467A-093<br>CIN04265 | 004241P001-1467A-093<br>CIN04266 |
| 004242P001-1467A-093<br>CIN04267 | 004243P001-1467A-093<br>CIN04268 | 004244P001-1467A-093<br>CIN04269 | 004245P001-1467A-093<br>CIN04270 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004246P002-1467A-093<br>CIN04271 | 004246P002-1467A-093<br>CIN04271 | 004247P001-1467A-093<br>CIN04272 | 004248P001-1467A-093<br>CIN04273 |
| 004249P001-1467A-093<br>CIN04274 | 004249P001-1467A-093<br>CIN04274 | 004250P001-1467A-093<br>CIN04275 | 004251P001-1467A-093<br>CIN04276 |
| 004252P001-1467A-093<br>CIN04277 | 004253P001-1467A-093<br>CIN04278 | 004254P001-1467A-093<br>CIN04279 | 004255P001-1467A-093<br>CIN04280 |
| 004256P002-1467A-093<br>CIN04281 | 006882P002-1467A-093<br>CIN04281 | 004257P001-1467A-093<br>CIN04282 | 004258P001-1467A-093<br>CIN04283 |
| 004259P001-1467A-093<br>CIN04284 | 004260P001-1467A-093<br>CIN04285 | 004261P001-1467A-093<br>CIN04286 | 004262P001-1467A-093<br>CIN04287 |
| 004263P001-1467A-093<br>CIN04288 | 004264P001-1467A-093<br>CIN04289 | 004265P001-1467A-093<br>CIN04290 | 004266P002-1467A-093<br>CIN04291 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004267P001-1467A-093<br>CIN04292 | 004268P001-1467A-093<br>CIN04293 | 004269P001-1467A-093<br>CIN04294 | 004270P001-1467A-093<br>CIN04295 |
| 004271P001-1467A-093<br>CIN04296 | 004272P001-1467A-093<br>CIN04297 | 004273P001-1467A-093<br>CIN04298 | 004274P001-1467A-093<br>CIN04299 |
| 004275P001-1467A-093<br>CIN04300 | 004276P001-1467A-093<br>CIN04301 | 004277P002-1467A-093<br>CIN04302 | 004278P001-1467A-093<br>CIN04303 |
| 004279P001-1467A-093<br>CIN04304 | 004280P001-1467A-093<br>CIN04305 | 004281P001-1467A-093<br>CIN04306 | 004282P001-1467A-093<br>CIN04307 |
| 004283P001-1467A-093<br>CIN04308 | 004284P001-1467A-093<br>CIN04309 | 004285P003-1467A-093<br>CIN04310 | 004286P002-1467A-093<br>CIN04311 |
| 006868P003-1467A-093<br>CIN04311 | 004287P002-1467A-093<br>CIN04312 | 004288P001-1467A-093<br>CIN04313 | 004289P002-1467A-093<br>CIN04314 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006878P001-1467A-093<br>CIN04314 | 004290P001-1467A-093<br>CIN04315 | 004291P001-1467A-093<br>CIN04316 | 004292P001-1467A-093<br>CIN04317 |
| 004293P001-1467A-093<br>CIN04318 | 006252P002-1467A-093<br>CIN04319,CIN06502 | 004294P001-1467A-093<br>CIN04320 | 004295P001-1467A-093<br>CIN04321 |
| 004296P001-1467A-093<br>CIN04322 | 004297P001-1467A-093<br>CIN04323 | 004298P001-1467A-093<br>CIN04324 | 004299P001-1467A-093<br>CIN04325 |
| 004300P001-1467A-093<br>CIN04326 | 004301P002-1467A-093<br>CIN04327 | 004302P001-1467A-093<br>CIN04328 | 004303P001-1467A-093<br>CIN04329 |
| 004304P002-1467A-093<br>CIN04330 | 006924P001-1467A-093<br>CIN04330 | 004305P001-1467A-093<br>CIN04331 | 004306P001-1467A-093<br>CIN04332 |
| 004307P001-1467A-093<br>CIN04333 | 004308P001-1467A-093<br>CIN04334 | 004309P001-1467A-093<br>CIN04335 | 004310P001-1467A-093<br>CIN04336 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004311P001-1467A-093<br>CIN04337 | 004312P001-1467A-093<br>CIN04338 | 004313P001-1467A-093<br>CIN04339 | 004314P001-1467A-093<br>CIN04340 |
| 004315P001-1467A-093<br>CIN04341 | 004316P002-1467A-093<br>CIN04342 | 004316P002-1467A-093<br>CIN04342 | 006925P001-1467A-093<br>CIN04342 |
| 006925P001-1467A-093<br>CIN04342 | 004317P001-1467A-093<br>CIN04343 | 004318P001-1467A-093<br>CIN04344 | 004319P002-1467A-093<br>CIN04345 |
| 004320P001-1467A-093<br>CIN04346 | 004321P001-1467A-093<br>CIN04347 | 004322P001-1467A-093<br>CIN04348 | 004323P001-1467A-093<br>CIN04349 |
| 004324P001-1467A-093<br>CIN04350 | 004325P001-1467A-093<br>CIN04351 | 004326P001-1467A-093<br>CIN04352 | 004327P001-1467A-093<br>CIN04353 |
| 004328P001-1467A-093<br>CIN04354 | 004329P001-1467A-093<br>CIN04355 | 004330P001-1467A-093<br>CIN04356 | 004331P001-1467A-093<br>CIN04357 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 004332P001-1467A-093<br>CIN04358 | 004333P001-1467A-093<br>CIN04359 | 004334P001-1467A-093<br>CIN04360 | 004335P001-1467A-093<br>CIN04361 |
| 004336P001-1467A-093<br>CIN04362 | 004337P001-1467A-093<br>CIN04363 | 004338P001-1467A-093<br>CIN04364 | 004339P001-1467A-093<br>CIN04365 |
| 004340P001-1467A-093<br>CIN04366 | 004341P001-1467A-093<br>CIN04367 | 004342P001-1467A-093<br>CIN04368 | 004343P001-1467A-093<br>CIN04369 |
| 004344P001-1467A-093<br>CIN04370 | 004345P001-1467A-093<br>CIN04371 | 004346P001-1467A-093<br>CIN04372 | 004347P001-1467A-093<br>CIN04373 |
| 004348P002-1467A-093<br>CIN04374 | 004349P002-1467A-093<br>CIN04375 | 006376P001-1467A-093<br>CIN04375 | 004350P001-1467A-093<br>CIN04376 |
| 004351P001-1467A-093<br>CIN04377 | 004352P001-1467A-093<br>CIN04378 | 004353P002-1467A-093<br>CIN04379 | 004354P001-1467A-093<br>CIN04380 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004355P001-1467A-093<br>CIN04381 | 004356P001-1467A-093<br>CIN04382 | 004357P001-1467A-093<br>CIN04383 | 004358P001-1467A-093<br>CIN04384 |
| 004359P001-1467A-093<br>CIN04385 | 004360P001-1467A-093<br>CIN04386 | 004361P001-1467A-093<br>CIN04387 | 004362P001-1467A-093<br>CIN04388 |
| 004363P001-1467A-093<br>CIN04389 | 004364P001-1467A-093<br>CIN04390 | 004365P001-1467A-093<br>CIN04391 | 004366P001-1467A-093<br>CIN04392 |
| 004367P002-1467A-093<br>CIN04393 | 006902P002-1467A-093<br>CIN04393 | 004368P001-1467A-093<br>CIN04394 | 004369P001-1467A-093<br>CIN04395 |
| 004370P001-1467A-093<br>CIN04396 | 004371P001-1467A-093<br>CIN04397 | 004372P001-1467A-093<br>CIN04398 | 004373P001-1467A-093<br>CIN04399 |
| 004374P001-1467A-093<br>CIN04400 | 004375P001-1467A-093<br>CIN04401 | 004376P001-1467A-093<br>CIN04402 | 004377P001-1467A-093<br>CIN04403 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004378P001-1467A-093<br>CIN04404 | 004379P001-1467A-093<br>CIN04405 | 004380P002-1467A-093<br>CIN04406 | 004381P002-1467A-093<br>CIN04407 |
| 004382P002-1467A-093<br>CIN04408 | 004383P001-1467A-093<br>CIN04409 | 004384P001-1467A-093<br>CIN04410 | 004385P001-1467A-093<br>CIN04411 |
| 004386P001-1467A-093<br>CIN04412 | 004387P001-1467A-093<br>CIN04413 | 004388P001-1467A-093<br>CIN04414 | 004389P001-1467A-093<br>CIN04415 |
| 004390P001-1467A-093<br>CIN04416 | 004391P001-1467A-093<br>CIN04417 | 004392P001-1467A-093<br>CIN04418 | 004393P001-1467A-093<br>CIN04419 |
| 004394P002-1467A-093<br>CIN04420 | 004395P001-1467A-093<br>CIN04421 | 004396P001-1467A-093<br>CIN04422 | 004397P001-1467A-093<br>CIN04423 |
| 004398P001-1467A-093<br>CIN04424 | 004399P001-1467A-093<br>CIN04425 | 004400P001-1467A-093<br>CIN04426 | 004401P001-1467A-093<br>CIN04427 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004402P003-1467A-093<br>CIN04428 | 004403P001-1467A-093<br>CIN04429 | 004404P001-1467A-093<br>CIN04430 | 004405P001-1467A-093<br>CIN04431 |
| 004406P001-1467A-093<br>CIN04432 | 004407P001-1467A-093<br>CIN04433 | 004408P001-1467A-093<br>CIN04434 | 004409P001-1467A-093<br>CIN04435 |
| 004410P001-1467A-093<br>CIN04436 | 004411P002-1467A-093<br>CIN04437 | 004412P001-1467A-093<br>CIN04438 | 004413P001-1467A-093<br>CIN04439 |
| 004414P001-1467A-093<br>CIN04440 | 004415P001-1467A-093<br>CIN04441 | 004416P001-1467A-093<br>CIN04442 | 004417P001-1467A-093<br>CIN04443 |
| 004418P001-1467A-093<br>CIN04444 | 004419P001-1467A-093<br>CIN04445 | 004420P001-1467A-093<br>CIN04446 | 004421P001-1467A-093<br>CIN04447 |
| 004422P002-1467A-093<br>CIN04448 | 004422P002-1467A-093<br>CIN04448 | 004423P001-1467A-093<br>CIN04449 | 004424P001-1467A-093<br>CIN04450 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004425P001-1467A-093<br>CIN04451 | 004426P001-1467A-093<br>CIN04452 | 004427P001-1467A-093<br>CIN04453 | 004428P001-1467A-093<br>CIN04454 |
| 004429P001-1467A-093<br>CIN04455 | 004430P001-1467A-093<br>CIN04456 | 004431P001-1467A-093<br>CIN04457 | 004432P001-1467A-093<br>CIN04458 |
| 004433P001-1467A-093<br>CIN04459 | 004434P001-1467A-093<br>CIN04460 | 004435P001-1467A-093<br>CIN04461 | 004436P002-1467A-093<br>CIN04462 |
| 004437P001-1467A-093<br>CIN04463 | 004438P001-1467A-093<br>CIN04464 | 004439P001-1467A-093<br>CIN04465 | 004440P002-1467A-093<br>CIN04466 |
| 004441P001-1467A-093<br>CIN04467 | 004442P001-1467A-093<br>CIN04468 | 004443P001-1467A-093<br>CIN04469 | 004444P001-1467A-093<br>CIN04470 |
| 004469P001-1467A-093<br>CIN04471 | 004445P001-1467A-093<br>CIN04472 | 004446P001-1467A-093<br>CIN04473 | 004447P001-1467A-093<br>CIN04474 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 004448P001-1467A-093 | 004449P001-1467A-093 | 004450P001-1467A-093 | 004451P001-1467A-093 |
| CIN04475 | CIN04476 | CIN04477 | CIN04478 |

| 004452P001-1467A-093 | 004453P001-1467A-093 | 004454P002-1467A-093 | 004455P001-1467A-093 |
| CIN04479 | CIN04480 | CIN04481 | CIN04482 |

| 004456P001-1467A-093 | 004457P001-1467A-093 | 004458P002-1467A-093 | 004459P001-1467A-093 |
| CIN04483 | CIN04484 | CIN04485 | CIN04486 |

| 004460P001-1467A-093 | 004461P001-1467A-093 | 004462P001-1467A-093 | 004463P001-1467A-093 |
| CIN04487 | CIN04488 | CIN04489 | CIN04490 |

| 004464P001-1467A-093 | 004465P001-1467A-093 | 004466P002-1467A-093 | 004467P001-1467A-093 |
| CIN04491 | CIN04492 | CIN04493 | CIN04494 |

| 004468P001-1467A-093 | 004470P001-1467A-093 | 004471P002-1467A-093 | 004472P001-1467A-093 |
| CIN04495 | CIN04496 | CIN04497 | CIN04498 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 201 of 346

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 199 of 280

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 004473P001-1467A-093<br>CIN04499 | 004474P001-1467A-093<br>CIN04500 | 004475P001-1467A-093<br>CIN04501 | 004476P001-1467A-093<br>CIN04502 |
| 004477P001-1467A-093<br>CIN04503 | 004478P001-1467A-093<br>CIN04504 | 004479P001-1467A-093<br>CIN04505 | 004480P001-1467A-093<br>CIN04506 |
| 004481P001-1467A-093<br>CIN04507 | 004482P001-1467A-093<br>CIN04508 | 004483P001-1467A-093<br>CIN04509 | 004484P002-1467A-093<br>CIN04510 |
| 004485P001-1467A-093<br>CIN04511 | 004486P001-1467A-093<br>CIN04512 | 004487P002-1467A-093<br>CIN04513 | 004488P001-1467A-093<br>CIN04514 |
| 004489P001-1467A-093<br>CIN04515 | 004490P001-1467A-093<br>CIN04516 | 004491P002-1467A-093<br>CIN04517 | 004492P001-1467A-093<br>CIN04518 |
| 004493P002-1467A-093<br>CIN04519 | 006949P002-1467A-093<br>CIN04519 | 004494P001-1467A-093<br>CIN04520 | 004495P001-1467A-093<br>CIN04521 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 004496P002-1467A-093 | 004497P001-1467A-093 | 004498P001-1467A-093 | 004499P001-1467A-093 |
| CIN04522 | CIN04523 | CIN04524 | CIN04525 |

| 004500P001-1467A-093 | 004501P001-1467A-093 | 004502P001-1467A-093 | 004503P001-1467A-093 |
| CIN04526 | CIN04527 | CIN04528 | CIN04529 |

| 004504P001-1467A-093 | 004505P001-1467A-093 | 004506P001-1467A-093 | 004507P001-1467A-093 |
| CIN04530 | CIN04531 | CIN04532 | CIN04533 |

| 004508P001-1467A-093 | 004509P001-1467A-093 | 004510P002-1467A-093 | 006822P003-1467A-093 |
| CIN04534 | CIN04535 | CIN04536 | CIN04536 |

| 004511P001-1467A-093 | 004512P002-1467A-093 | 004513P001-1467A-093 | 004514P002-1467A-093 |
| CIN04537 | CIN04538 | CIN04539 | CIN04540 |

| 004515P001-1467A-093 | 004517P001-1467A-093 | 004518P001-1467A-093 | 004519P001-1467A-093 |
| CIN04541 | CIN04543 | CIN04544 | CIN04545 |

| | | | |
|---|---|---|---|
| 004520P002-1467A-093<br>CIN04546 | 004521P001-1467A-093<br>CIN04547 | 004522P001-1467A-093<br>CIN04548 | 004523P001-1467A-093<br>CIN04549 |
| 004524P001-1467A-093<br>CIN04550 | 004525P001-1467A-093<br>CIN04551 | 004526P001-1467A-093<br>CIN04552 | 004527P001-1467A-093<br>CIN04553 |
| 004528P002-1467A-093<br>CIN04554 | 004529P001-1467A-093<br>CIN04555 | 004530P002-1467A-093<br>CIN04556 | 004531P001-1467A-093<br>CIN04557 |
| 004532P001-1467A-093<br>CIN04558 | 004533P001-1467A-093<br>CIN04559 | 004534P001-1467A-093<br>CIN04560 | 004535P001-1467A-093<br>CIN04561 |
| 004536P001-1467A-093<br>CIN04562 | 004537P001-1467A-093<br>CIN04563 | 004538P001-1467A-093<br>CIN04564 | 004539P001-1467A-093<br>CIN04565 |
| 004540P001-1467A-093<br>CIN04566 | 004541P001-1467A-093<br>CIN04567 | 004542P001-1467A-093<br>CIN04568 | 004543P001-1467A-093<br>CIN04569 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 004544P001-1467A-093 | 004545P001-1467A-093 | 004546P001-1467A-093 | 004547P001-1467A-093 |
| CIN04570 | CIN04571 | CIN04572 | CIN04573 |

| 004548P001-1467A-093 | 004549P001-1467A-093 | 004550P001-1467A-093 | 004551P001-1467A-093 |
| CIN04574 | CIN04575 | CIN04576 | CIN04577 |

| 004552P001-1467A-093 | 004553P001-1467A-093 | 004554P001-1467A-093 | 004555P002-1467A-093 |
| CIN04578 | CIN04579 | CIN04580 | CIN04581 |

| 004556P002-1467A-093 | 004561P001-1467A-093 | 004557P001-1467A-093 | 004558P001-1467A-093 |
| CIN04582 | CIN04583 | CIN04584 | CIN04585 |

| 004559P001-1467A-093 | 004560P001-1467A-093 | 004562P001-1467A-093 | 004563P001-1467A-093 |
| CIN04586 | CIN04587 | CIN04588 | CIN04589 |

| 004564P001-1467A-093 | 004565P001-1467A-093 | 004566P001-1467A-093 | 004567P001-1467A-093 |
| CIN04590 | CIN04591 | CIN04592 | CIN04593 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004568P001-1467A-093<br>CIN04594 | 004569P001-1467A-093<br>CIN04595 | 004570P002-1467A-093<br>CIN04596 | 004571P001-1467A-093<br>CIN04597 |
| 004572P001-1467A-093<br>CIN04598 | 004573P001-1467A-093<br>CIN04599 | 004574P001-1467A-093<br>CIN04600, CIN06508 | 004575P001-1467A-093<br>CIN04601 |
| 004576P001-1467A-093<br>CIN04602 | 004577P001-1467A-093<br>CIN04603 | 004578P001-1467A-093<br>CIN04604 | 004579P002-1467A-093<br>CIN04605 |
| 004580P001-1467A-093<br>CIN04606 | 004581P001-1467A-093<br>CIN04607 | 004582P001-1467A-093<br>CIN04608 | 004583P001-1467A-093<br>CIN04609 |
| 004584P001-1467A-093<br>CIN04610 | 004585P001-1467A-093<br>CIN04611 | 004587P001-1467A-093<br>CIN04613 | 004588P002-1467A-093<br>CIN04614 |
| 004589P001-1467A-093<br>CIN04615 | 004590P001-1467A-093<br>CIN04616 | 004591P001-1467A-093<br>CIN04617 | 004592P004-1467A-093<br>CIN04618 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004593P002-1467A-093<br>CIN04619 | 004594P001-1467A-093<br>CIN04620 | 004595P001-1467A-093<br>CIN04621 | 004596P001-1467A-093<br>CIN04622 |
| 004597P002-1467A-093<br>CIN04623 | 004598P001-1467A-093<br>CIN04624 | 004599P001-1467A-093<br>CIN04625 | 004600P001-1467A-093<br>CIN04626 |
| 004601P001-1467A-093<br>CIN04627 | 004602P001-1467A-093<br>CIN04628 | 004603P002-1467A-093<br>CIN04629 | 004604P002-1467A-093<br>CIN04630 |
| 004605P003-1467A-093<br>CIN04631 | 006863P003-1467A-093<br>CIN04631 | 004606P001-1467A-093<br>CIN04632 | 004607P001-1467A-093<br>CIN04633 |
| 004608P001-1467A-093<br>CIN04634 | 004609P001-1467A-093<br>CIN04635 | 004610P001-1467A-093<br>CIN04636 | 004611P001-1467A-093<br>CIN04637 |
| 004612P001-1467A-093<br>CIN04638 | 004613P001-1467A-093<br>CIN04639 | 004614P002-1467A-093<br>CIN04640 | 006869P001-1467A-093<br>CIN04640 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| 004615P001-1467A-093 | 004616P001-1467A-093 | 004617P001-1467A-093 | 004618P001-1467A-093 |
| CIN04641 | CIN04642 | CIN04643 | CIN04644 |
| 004619P001-1467A-093 | 004620P001-1467A-093 | 004621P001-1467A-093 | 004622P001-1467A-093 |
| CIN04645 | CIN04646 | CIN04647 | CIN04648 |
| 004623P001-1467A-093 | 004624P001-1467A-093 | 004625P001-1467A-093 | 004626P001-1467A-093 |
| CIN04649 | CIN04650 | CIN04651 | CIN04652 |
| 004627P001-1467A-093 | 004628P002-1467A-093 | 004629P001-1467A-093 | 004630P001-1467A-093 |
| CIN04653 | CIN04654 | CIN04655 | CIN04656 |
| 004631P002-1467A-093 | 004632P001-1467A-093 | 004633P001-1467A-093 | 004634P001-1467A-093 |
| CIN04657 | CIN04658 | CIN04659 | CIN04660 |
| 004635P001-1467A-093 | 004636P001-1467A-093 | 004637P001-1467A-093 | 004638P001-1467A-093 |
| CIN04661 | CIN04662 | CIN04663 | CIN04664 |

| | | | |
|---|---|---|---|
| 004639P001-1467A-093<br>CIN04665 | 004640P001-1467A-093<br>CIN04666 | 004641P001-1467A-093<br>CIN04667 | 004642P002-1467A-093<br>CIN04668 |
| 004643P001-1467A-093<br>CIN04669 | 004644P001-1467A-093<br>CIN04670 | 004645P001-1467A-093<br>CIN04671 | 004646P002-1467A-093<br>CIN04672 |
| 004647P001-1467A-093<br>CIN04673 | 004648P002-1467A-093<br>CIN04674 | 004649P001-1467A-093<br>CIN04675 | 004650P001-1467A-093<br>CIN04676 |
| 004651P001-1467A-093<br>CIN04677 | 004652P002-1467A-093<br>CIN04678 | 004653P001-1467A-093<br>CIN04679 | 004654P001-1467A-093<br>CIN04680 |
| 004655P002-1467A-093<br>CIN04681 | 004656P002-1467A-093<br>CIN04682 | 004657P001-1467A-093<br>CIN04683 | 004658P001-1467A-093<br>CIN04684 |
| 004659P001-1467A-093<br>CIN04685 | 004660P001-1467A-093<br>CIN04686 | 004661P001-1467A-093<br>CIN04687 | 004662P001-1467A-093<br>CIN04688 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004663P002-1467A-093<br>CIN04689 | 006986P002-1467A-093<br>CIN04689 | 004664P001-1467A-093<br>CIN04690 | 004665P001-1467A-093<br>CIN04691 |
| 004666P001-1467A-093<br>CIN04692 | 004667P001-1467A-093<br>CIN04693 | 004668P001-1467A-093<br>CIN04694 | 004669P001-1467A-093<br>CIN04695 |
| 004670P001-1467A-093<br>CIN04696 | 004672P002-1467A-093<br>CIN04697 | 004673P001-1467A-093<br>CIN04698 | 004674P002-1467A-093<br>CIN04699 |
| 004675P001-1467A-093<br>CIN04700 | 004676P001-1467A-093<br>CIN04701 | 004677P001-1467A-093<br>CIN04702 | 004678P002-1467A-093<br>CIN04703 |
| 004679P001-1467A-093<br>CIN04704 | 004680P001-1467A-093<br>CIN04705 | 004681P001-1467A-093<br>CIN04706, CIN06517 | 004682P001-1467A-093<br>CIN04707 |
| 004683P002-1467A-093<br>CIN04708 | 006806P001-1467A-093<br>CIN04708 | 004684P001-1467A-093<br>CIN04709 | 004685P001-1467A-093<br>CIN04710 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004686P001-1467A-093<br>CIN04711 | 004687P002-1467A-093<br>CIN04712 | 004688P001-1467A-093<br>CIN04713 | 004689P001-1467A-093<br>CIN04714 |
| 004690P001-1467A-093<br>CIN04715 | 004691P001-1467A-093<br>CIN04716 | 004692P002-1467A-093<br>CIN04717 | 006956P003-1467A-093<br>CIN04717 |
| 004693P001-1467A-093<br>CIN04718 | 004694P001-1467A-093<br>CIN04719 | 004695P002-1467A-093<br>CIN04720 | 004695P002-1467A-093<br>CIN04720 |
| 006966P002-1467A-093<br>CIN04720 | 006966P002-1467A-093<br>CIN04720 | 006991P002-1467A-093<br>CIN04720 | 006991P002-1467A-093<br>CIN04720 |
| 004696P001-1467A-093<br>CIN04721 | 004697P001-1467A-093<br>CIN04722 | 004698P001-1467A-093<br>CIN04723 | 004699P001-1467A-093<br>CIN04724 |
| 004700P001-1467A-093<br>CIN04725 | 004701P001-1467A-093<br>CIN04726 | 004702P002-1467A-093<br>CIN04727 | 004703P001-1467A-093<br>CIN04728 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004704P001-1467A-093<br>CIN04729 | 004705P001-1467A-093<br>CIN04730 | 004706P001-1467A-093<br>CIN04731 | 004707P001-1467A-093<br>CIN04732 |
| 004708P001-1467A-093<br>CIN04733 | 004709P001-1467A-093<br>CIN04734 | 004710P001-1467A-093<br>CIN04735 | 004711P002-1467A-093<br>CIN04736 |
| 004712P001-1467A-093<br>CIN04737 | 004713P001-1467A-093<br>CIN04738 | 004714P001-1467A-093<br>CIN04739 | 004715P001-1467A-093<br>CIN04740 |
| 004716P001-1467A-093<br>CIN04741 | 004717P001-1467A-093<br>CIN04742 | 004718P002-1467A-093<br>CIN04743 | 004719P001-1467A-093<br>CIN04744 |
| 004720P001-1467A-093<br>CIN04745 | 004721P002-1467A-093<br>CIN04746 | 004722P001-1467A-093<br>CIN04747 | 004723P001-1467A-093<br>CIN04748 |
| 004724P001-1467A-093<br>CIN04749 | 004725P002-1467A-093<br>CIN04750 | 004726P001-1467A-093<br>CIN04751 | 004727P001-1467A-093<br>CIN04752 |

| | | | |
|---|---|---|---|
| 004728P001-1467A-093<br>CIN04753 | 004729P001-1467A-093<br>CIN04754 | 004730P001-1467A-093<br>CIN04755 | 004731P001-1467A-093<br>CIN04756 |
| 004732P001-1467A-093<br>CIN04757 | 004733P001-1467A-093<br>CIN04758 | 004734P001-1467A-093<br>CIN04759 | 006345P001-1467A-093<br>CIN04760 |
| 004735P001-1467A-093<br>CIN04761 | 004736P001-1467A-093<br>CIN04762 | 004737P001-1467A-093<br>CIN04763 | 004738P001-1467A-093<br>CIN04764 |
| 004739P001-1467A-093<br>CIN04765 | 004740P001-1467A-093<br>CIN04766 | 004741P001-1467A-093<br>CIN04767 | 004742P001-1467A-093<br>CIN04768 |
| 004743P001-1467A-093<br>CIN04769 | 004744P001-1467A-093<br>CIN04770 | 004745P001-1467A-093<br>CIN04771 | 004746P001-1467A-093<br>CIN04772 |
| 004747P002-1467A-093<br>CIN04773 | 004748P001-1467A-093<br>CIN04774 | 004749P002-1467A-093<br>CIN04775 | 004750P001-1467A-093<br>CIN04776 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 213 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 211 of 280

04/20/2021 06:38:00 PM

004751P001-1467A-093
CIN04777

004752P001-1467A-093
CIN04778

004753P001-1467A-093
CIN04779

004754P002-1467A-093
CIN04780

004754P002-1467A-093
CIN04780

004755P001-1467A-093
CIN04781

004756P001-1467A-093
CIN04782

004757P001-1467A-093
CIN04783

004758P001-1467A-093
CIN04784

004759P001-1467A-093
CIN04785

004760P001-1467A-093
CIN04786

004761P001-1467A-093
CIN04787

004762P001-1467A-093
CIN04788

004763P001-1467A-093
CIN04789

004764P001-1467A-093
CIN04790

004765P001-1467A-093
CIN04791

004766P001-1467A-093
CIN04792

004767P001-1467A-093
CIN04793

004768P001-1467A-093
CIN04794

004769P003-1467A-093
CIN04795

004770P001-1467A-093
CIN04796

004771P001-1467A-093
CIN04797

004772P001-1467A-093
CIN04798

004773P001-1467A-093
CIN04799

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004774P001-1467A-093<br>CIN04800 | 004775P001-1467A-093<br>CIN04801 | 004776P001-1467A-093<br>CIN04802 | 004777P001-1467A-093<br>CIN04803 |
| 004778P001-1467A-093<br>CIN04804 | 004779P001-1467A-093<br>CIN04805 | 004780P001-1467A-093<br>CIN04806 | 004781P001-1467A-093<br>CIN04807 |
| 004782P001-1467A-093<br>CIN04808 | 004783P001-1467A-093<br>CIN04809 | 004784P001-1467A-093<br>CIN04810 | 004785P001-1467A-093<br>CIN04811 |
| 004786P001-1467A-093<br>CIN04812 | 004787P001-1467A-093<br>CIN04813 | 004788P001-1467A-093<br>CIN04814 | 004789P001-1467A-093<br>CIN04815 |
| 004790P001-1467A-093<br>CIN04816 | 004791P001-1467A-093<br>CIN04817 | 004792P001-1467A-093<br>CIN04818 | 004793P001-1467A-093<br>CIN04819 |
| 004794P001-1467A-093<br>CIN04820 | 004795P001-1467A-093<br>CIN04821 | 004796P002-1467A-093<br>CIN04822 | 004797P002-1467A-093<br>CIN04823 |

| | | | |
|---|---|---|---|
| 004798P001-1467A-093<br>CIN04824 | 004799P001-1467A-093<br>CIN04825 | 004800P001-1467A-093<br>CIN04826 | 004801P001-1467A-093<br>CIN04827 |
| 0062245P001-1467A-093<br>CIN04828 | 004802P001-1467A-093<br>CIN04829 | 004803P001-1467A-093<br>CIN04830 | 004804P001-1467A-093<br>CIN04831 |
| 004805P001-1467A-093<br>CIN04832 | 004806P001-1467A-093<br>CIN04833 | 004807P001-1467A-093<br>CIN04834 | 004808P001-1467A-093<br>CIN04835 |
| 004809P001-1467A-093<br>CIN04836 | 004810P002-1467A-093<br>CIN04837 | 004811P001-1467A-093<br>CIN04838 | 004812P001-1467A-093<br>CIN04839 |
| 004813P001-1467A-093<br>CIN04840 | 004814P001-1467A-093<br>CIN04841 | 004815P001-1467A-093<br>CIN04842 | 004816P001-1467A-093<br>CIN04843 |
| 004817P001-1467A-093<br>CIN04844 | 004818P001-1467A-093<br>CIN04845 | 004819P001-1467A-093<br>CIN04846 | 004820P001-1467A-093<br>CIN04847 |

004821P001-1467A-093
CIN04848

004822P001-1467A-093
CIN04849

004823P001-1467A-093
CIN04850

004824P001-1467A-093
CIN04851

004825P001-1467A-093
CIN04852

004826P001-1467A-093
CIN04853

004827P001-1467A-093
CIN04854

004828P001-1467A-093
CIN04855

004829P001-1467A-093
CIN04856

004830P001-1467A-093
CIN04857

004831P001-1467A-093
CIN04858

004832P001-1467A-093
CIN04859

004833P001-1467A-093
CIN04860

006246P001-1467A-093
CIN04861

004834P001-1467A-093
CIN04862

004835P001-1467A-093
CIN04863

004836P001-1467A-093
CIN04864

004837P002-1467A-093
CIN04865

004838P001-1467A-093
CIN04866

004839P001-1467A-093
CIN04867

004840P001-1467A-093
CIN04868

004841P001-1467A-093
CIN04869

004842P001-1467A-093
CIN04870

004843P004-1467A-093
CIN04871

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004844P001-1467A-093<br>CIN04872 | 004845P001-1467A-093<br>CIN04873 | 004846P001-1467A-093<br>CIN04874 | 004847P002-1467A-093<br>CIN04875 |
| 004848P001-1467A-093<br>CIN04876 | 004849P001-1467A-093<br>CIN04877 | 004850P002-1467A-093<br>CIN04878 | 004851P001-1467A-093<br>CIN04879 |
| 004852P001-1467A-093<br>CIN04880 | 004853P001-1467A-093<br>CIN04881 | 004854P001-1467A-093<br>CIN04882 | 004855P001-1467A-093<br>CIN04883 |
| 004856P001-1467A-093<br>CIN04884 | 004857P002-1467A-093<br>CIN04885 | 004858P001-1467A-093<br>CIN04886 | 004859P001-1467A-093<br>CIN04887 |
| 004860P001-1467A-093<br>CIN04888 | 004861P001-1467A-093<br>CIN04889 | 004862P002-1467A-093<br>CIN04890 | 006920P001-1467A-093<br>CIN04890 |
| 004863P001-1467A-093<br>CIN04891 | 004864P001-1467A-093<br>CIN04892 | 000010P001-1467A-093<br>CIN04893 | 004865P001-1467A-093<br>CIN04894 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004866P001-1467A-093<br>CIN04895 | 004867P001-1467A-093<br>CIN04896 | 004868P002-1467A-093<br>CIN04897 | 004868P002-1467A-093<br>CIN04897 |
| 004869P002-1467A-093<br>CIN04898 | 004870P001-1467A-093<br>CIN04899 | 004871P001-1467A-093<br>CIN04900 | 004872P001-1467A-093<br>CIN04901 |
| 004873P001-1467A-093<br>CIN04902 | 004874P001-1467A-093<br>CIN04903 | 004875P001-1467A-093<br>CIN04904 | 004876P001-1467A-093<br>CIN04905 |
| 004877P001-1467A-093<br>CIN04906 | 004878P001-1467A-093<br>CIN04907 | 004879P001-1467A-093<br>CIN04908 | 004880P001-1467A-093<br>CIN04909 |
| 004881P001-1467A-093<br>CIN04910 | 004882P001-1467A-093<br>CIN04911 | 004883P002-1467A-093<br>CIN04912 | 004884P001-1467A-093<br>CIN04913 |
| 004885P001-1467A-093<br>CIN04914 | 004886P001-1467A-093<br>CIN04915 | 004887P001-1467A-093<br>CIN04916 | 004888P001-1467A-093<br>CIN04917 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004889P001-1467A-093<br>CIN04918 | 004890P001-1467A-093<br>CIN04919 | 004891P001-1467A-093<br>CIN04920 | 004892P001-1467A-093<br>CIN04921 |
| 004893P001-1467A-093<br>CIN04922 | 004894P001-1467A-093<br>CIN04923 | 004895P001-1467A-093<br>CIN04924 | 004896P001-1467A-093<br>CIN04925 |
| 004897P003-1467A-093<br>CIN04926 | 006635P003-1467A-093<br>CIN04926 | 004898P001-1467A-093<br>CIN04927 | 004899P001-1467A-093<br>CIN04928 |
| 004900P001-1467A-093<br>CIN04929 | 004901P001-1467A-093<br>CIN04930 | 004902P002-1467A-093<br>CIN04931 | 004903P001-1467A-093<br>CIN04932 |
| 004904P001-1467A-093<br>CIN04933 | 004905P001-1467A-093<br>CIN04934 | 004906P001-1467A-093<br>CIN04935 | 004907P001-1467A-093<br>CIN04936 |
| 004908P001-1467A-093<br>CIN04937 | 004909P001-1467A-093<br>CIN04938 | 004910P001-1467A-093<br>CIN04939 | 004911P001-1467A-093<br>CIN04940 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004912P001-1467A-093<br>CIN04941 | 004913P001-1467A-093<br>CIN04942 | 004914P001-1467A-093<br>CIN04943 | 004915P001-1467A-093<br>CIN04944 |
| 004916P001-1467A-093<br>CIN04945 | 004917P001-1467A-093<br>CIN04946 | 004918P001-1467A-093<br>CIN04947 | 004919P003-1467A-093<br>CIN04948 |
| 004920P001-1467A-093<br>CIN04949 | 004921P001-1467A-093<br>CIN04950 | 004922P001-1467A-093<br>CIN04951 | 004923P001-1467A-093<br>CIN04952 |
| 004924P001-1467A-093<br>CIN04953 | 006247P001-1467A-093<br>CIN04954 | 004925P001-1467A-093<br>CIN04955 | 004926P001-1467A-093<br>CIN04956 |
| 004927P001-1467A-093<br>CIN04957 | 004928P001-1467A-093<br>CIN04958 | 004929P001-1467A-093<br>CIN04959 | 004930P001-1467A-093<br>CIN04960 |
| 004931P001-1467A-093<br>CIN04961 | 004932P002-1467A-093<br>CIN04962 | 004933P001-1467A-093<br>CIN04963 | 004934P004-1467A-093<br>CIN04964 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 004935P001-1467A-093 CIN04965 | 004936P001-1467A-093 CIN04966 | 004937P001-1467A-093 CIN04967 | 004938P001-1467A-093 CIN04968 |
|---|---|---|---|
| 004939P001-1467A-093 CIN04969 | 004940P001-1467A-093 CIN04970 | 004941P001-1467A-093 CIN04971 | 004942P002-1467A-093 CIN04972 |
| 004943P001-1467A-093 CIN04973 | 004944P001-1467A-093 CIN04974 | 004945P001-1467A-093 CIN04975 | 004946P001-1467A-093 CIN04976 |
| 004947P001-1467A-093 CIN04977 | 004948P001-1467A-093 CIN04978 | 004949P001-1467A-093 CIN04979 | 004950P001-1467A-093 CIN04980 |
| 004951P001-1467A-093 CIN04981 | 004952P001-1467A-093 CIN04982 | 004953P001-1467A-093 CIN04983 | 004954P002-1467A-093 CIN04984 |
| 004955P001-1467A-093 CIN04985 | 004956P001-1467A-093 CIN04986 | 004957P001-1467A-093 CIN04987 | 004958P001-1467A-093 CIN04988 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004959P001-1467A-093<br>CIN04989 | 004960P002-1467A-093<br>CIN04990 | 006712P002-1467A-093<br>CIN04990 | 004961P001-1467A-093<br>CIN04991 |
| 004962P001-1467A-093<br>CIN04992 | 004963P001-1467A-093<br>CIN04993 | 004964P001-1467A-093<br>CIN04994 | 004965P003-1467A-093<br>CIN04995 |
| 006839P002-1467A-093<br>CIN04995 | 004966P001-1467A-093<br>CIN04996 | 004967P001-1467A-093<br>CIN04997 | 004968P002-1467A-093<br>CIN04998 |
| 006970P001-1467A-093<br>CIN04998 | 004969P001-1467A-093<br>CIN04999 | 004970P001-1467A-093<br>CIN05000 | 004971P001-1467A-093<br>CIN05001 |
| 004972P002-1467A-093<br>CIN05002 | 006629P003-1467A-093<br>CIN05002 | 004973P001-1467A-093<br>CIN05003 | 006255P002-1467A-093<br>CIN05004, CIN06532 |
| 006263P003-1467A-093<br>CIN05005 | 004974P001-1467A-093<br>CIN05006 | 004975P001-1467A-093<br>CIN05007 | 004976P001-1467A-093<br>CIN05008 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004977P001-1467A-093<br>CIN05009 | 004978P001-1467A-093<br>CIN05010 | 004979P002-1467A-093<br>CIN05011 | 004980P001-1467A-093<br>CIN05012 |
| 004981P001-1467A-093<br>CIN05013 | 004982P001-1467A-093<br>CIN05014 | 004983P001-1467A-093<br>CIN05015 | 004984P002-1467A-093<br>CIN05016 |
| 004985P001-1467A-093<br>CIN05017 | 000232P001-1467A-093<br>CIN05018 | 004987P001-1467A-093<br>CIN05020 | 004988P001-1467A-093<br>CIN05021 |
| 004989P001-1467A-093<br>CIN05022 | 004990P001-1467A-093<br>CIN05023 | 004991P001-1467A-093<br>CIN05024 | 004992P001-1467A-093<br>CIN05025 |
| 004993P001-1467A-093<br>CIN05026 | 004994P001-1467A-093<br>CIN05027 | 004995P002-1467A-093<br>CIN05028 | 004996P001-1467A-093<br>CIN05029 |
| 004997P001-1467A-093<br>CIN05030 | 004998P001-1467A-093<br>CIN05031 | 004999P001-1467A-093<br>CIN05032 | 005000P001-1467A-093<br>CIN05033 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005001P001-1467A-093<br>CIN05034 | 005002P001-1467A-093<br>CIN05035 | 005003P002-1467A-093<br>CIN05036 | 005004P003-1467A-093<br>CIN05037 |
| 005005P002-1467A-093<br>CIN05038 | 005006P003-1467A-093<br>CIN05039 | 005007P001-1467A-093<br>CIN05040 | 005008P001-1467A-093<br>CIN05041 |
| 005009P001-1467A-093<br>CIN05042 | 005010P001-1467A-093<br>CIN05043 | 005011P001-1467A-093<br>CIN05044 | 005012P001-1467A-093<br>CIN05045 |
| 005013P001-1467A-093<br>CIN05046 | 005014P001-1467A-093<br>CIN05047 | 005015P001-1467A-093<br>CIN05048 | 005016P001-1467A-093<br>CIN05049 |
| 005017P001-1467A-093<br>CIN05050 | 005018P001-1467A-093<br>CIN05051 | 005019P001-1467A-093<br>CIN05052 | 005020P001-1467A-093<br>CIN05053 |
| 005021P001-1467A-093<br>CIN05054 | 005022P001-1467A-093<br>CIN05055 | 005023P001-1467A-093<br>CIN05056 | 005024P003-1467A-093<br>CIN05057 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005025P001-1467A-093<br>CIN05058 | 005026P001-1467A-093<br>CIN05059 | 005027P001-1467A-093<br>CIN05060 | 005028P001-1467A-093<br>CIN05061 |
| 005029P001-1467A-093<br>CIN05062 | 005030P002-1467A-093<br>CIN05063 | 005031P001-1467A-093<br>CIN05064 | 005032P001-1467A-093<br>CIN05065 |
| 005033P001-1467A-093<br>CIN05066 | 005034P002-1467A-093<br>CIN05067 | 005034P002-1467A-093<br>CIN05067 | 000002P001-1467A-093<br>CIN05068 |
| 005035P002-1467A-093<br>CIN05069 | 006873P002-1467A-093<br>CIN05069 | 005036P001-1467A-093<br>CIN05070 | 005037P001-1467A-093<br>CIN05071 |
| 005038P001-1467A-093<br>CIN05072 | 005039P001-1467A-093<br>CIN05073 | 005040P001-1467A-093<br>CIN05074 | 005041P001-1467A-093<br>CIN05075 |
| 005042P002-1467A-093<br>CIN05076 | 005043P001-1467A-093<br>CIN05077 | 005044P001-1467A-093<br>CIN05078 | 005045P001-1467A-093<br>CIN05079 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005046P001-1467A-093<br>CIN05080 | 005047P001-1467A-093<br>CIN05081 | 005048P001-1467A-093<br>CIN05082 | 005049P001-1467A-093<br>CIN05083 |
| 005050P001-1467A-093<br>CIN05084 | 005051P002-1467A-093<br>CIN05085 | 005052P001-1467A-093<br>CIN05086 | 005053P001-1467A-093<br>CIN05087 |
| 005054P001-1467A-093<br>CIN05088 | 005055P002-1467A-093<br>CIN05089 | 005056P002-1467A-093<br>CIN05090 | 005057P001-1467A-093<br>CIN05091 |
| 005058P001-1467A-093<br>CIN05092 | 005059P001-1467A-093<br>CIN05093 | 005060P001-1467A-093<br>CIN05094 | 005061P002-1467A-093<br>CIN05095 |
| 005062P001-1467A-093<br>CIN05096 | 005063P001-1467A-093<br>CIN05097 | 005064P001-1467A-093<br>CIN05098 | 005065P001-1467A-093<br>CIN05099 |
| 005066P001-1467A-093<br>CIN05100 | 005067P003-1467A-093<br>CIN05101 | 005068P001-1467A-093<br>CIN05102 | 005069P002-1467A-093<br>CIN05103 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005070P002-1467A-093<br>CIN05104 | 005071P001-1467A-093<br>CIN05105 | 005072P002-1467A-093<br>CIN05106 | 005073P001-1467A-093<br>CIN05107 |
| 005074P001-1467A-093<br>CIN05108 | 005075P002-1467A-093<br>CIN05109 | 005076P001-1467A-093<br>CIN05110 | 005077P001-1467A-093<br>CIN05111 |
| 005078P001-1467A-093<br>CIN05112 | 005079P001-1467A-093<br>CIN05113 | 005080P001-1467A-093<br>CIN05114 | 005081P001-1467A-093<br>CIN05115 |
| 005082P001-1467A-093<br>CIN05116 | 005083P001-1467A-093<br>CIN05117 | 005084P003-1467A-093<br>CIN05118 | 006862P003-1467A-093<br>CIN05118 |
| 005085P002-1467A-093<br>CIN05119 | 005086P001-1467A-093<br>CIN05120 | 005087P001-1467A-093<br>CIN05121 | 005088P001-1467A-093<br>CIN05122 |
| 005089P001-1467A-093<br>CIN05123 | 005090P002-1467A-093<br>CIN05124 | 006903P001-1467A-093<br>CIN05124 | 005091P001-1467A-093<br>CIN05125 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005092P002-1467A-093<br>CIN05126 | 005093P001-1467A-093<br>CIN05127 | 005094P002-1467A-093<br>CIN05128 | 006962P001-1467A-093<br>CIN05128 |
| 005095P001-1467A-093<br>CIN05129 | 005096P001-1467A-093<br>CIN05130 | 005097P001-1467A-093<br>CIN05131 | 005098P001-1467A-093<br>CIN05132 |
| 005099P001-1467A-093<br>CIN05133 | 005100P001-1467A-093<br>CIN05134 | 005101P001-1467A-093<br>CIN05135 | 005102P002-1467A-093<br>CIN05136 |
| 005103P002-1467A-093<br>CIN05137 | 005104P001-1467A-093<br>CIN05138 | 005105P001-1467A-093<br>CIN05139 | 005106P001-1467A-093<br>CIN05140 |
| 005107P002-1467A-093<br>CIN05141 | 005108P003-1467A-093<br>CIN05142 | 005108P003-1467A-093<br>CIN05142 | 006716P002-1467A-093<br>CIN05142 |
| 006716P002-1467A-093<br>CIN05142 | 005109P001-1467A-093<br>CIN05143 | 005110P001-1467A-093<br>CIN05144 | 005111P001-1467A-093<br>CIN05145 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| 005112P001-1467A-093 | 005113P001-1467A-093 | 005114P002-1467A-093 | 005115P001-1467A-093 |
| CIN05146 | CIN05147 | CIN05148 | CIN05149 |

| 005116P001-1467A-093 | 005117P001-1467A-093 | 005118P001-1467A-093 | 005119P001-1467A-093 |
| CIN05150 | CIN05151 | CIN05152 | CIN05153 |

| 005120P001-1467A-093 | 005121P001-1467A-093 | 005122P001-1467A-093 | 005123P001-1467A-093 |
| CIN05154 | CIN05155 | CIN05156 | CIN05157 |

| 005124P001-1467A-093 | 005125P001-1467A-093 | 005126P002-1467A-093 | 005126P002-1467A-093 |
| CIN05158 | CIN05159 | CIN05160 | CIN05160 |

| 005127P001-1467A-093 | 005128P001-1467A-093 | 005129P001-1467A-093 | 005130P002-1467A-093 |
| CIN05161 | CIN05162 | CIN05163 | CIN05164 |

| 005131P001-1467A-093 | 005132P001-1467A-093 | 005133P001-1467A-093 | 005134P001-1467A-093 |
| CIN05165 | CIN05166 | CIN05167 | CIN05168 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 005135P001-1467A-093<br>CIN05169 | 005136P001-1467A-093<br>CIN05170 | 005137P002-1467A-093<br>CIN05171 | 005138P004-1467A-093<br>CIN05172 |
| 006649P004-1467A-093<br>CIN05172 | 005139P003-1467A-093<br>CIN05173 | 006801P005-1467A-093<br>CIN05173 | 005140P002-1467A-093<br>CIN05174 |
| 005141P001-1467A-093<br>CIN05175 | 005142P001-1467A-093<br>CIN05176 | 005143P001-1467A-093<br>CIN05177 | 005144P001-1467A-093<br>CIN05178 |
| 005145P002-1467A-093<br>CIN05179 | 005146P001-1467A-093<br>CIN05180 | 005147P001-1467A-093<br>CIN05181 | 005148P002-1467A-093<br>CIN05182 |
| 005149P001-1467A-093<br>CIN05183 | 005150P001-1467A-093<br>CIN05184 | 005151P001-1467A-093<br>CIN05185 | 005152P001-1467A-093<br>CIN05186 |
| 005153P001-1467A-093<br>CIN05187 | 005154P001-1467A-093<br>CIN05188 | 005155P002-1467A-093<br>CIN05189 | 005156P001-1467A-093<br>CIN05190 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| 005157P001-1467A-093 | 005158P001-1467A-093 | 005159P001-1467A-093 | 005160P001-1467A-093 |
|---|---|---|---|
| CIN05191 | CIN05192 | CIN05193 | CIN05194 |
| 005161P002-1467A-093 | 006633P003-1467A-093 | 005162P001-1467A-093 | 005163P001-1467A-093 |
| CIN05195 | CIN05195 | CIN05196 | CIN05197 |
| 005164P003-1467A-093 | 006972P002-1467A-093 | 005165P001-1467A-093 | 005166P001-1467A-093 |
| CIN05198 | CIN05198 | CIN05199 | CIN05200 |
| 005167P001-1467A-093 | 005168P001-1467A-093 | 005169P001-1467A-093 | 005170P001-1467A-093 |
| CIN05201 | CIN05202 | CIN05203 | CIN05204 |
| 005171S001-1467A-093 | 005171P003-1467A-093 | 005172P002-1467A-093 | 005172P002-1467A-093 |
| CIN05205 | CIN05205 | CIN05206 | CIN05206 |
| 005173P001-1467A-093 | 005174P001-1467A-093 | 005175P001-1467A-093 | 005176P001-1467A-093 |
| CIN05207 | CIN05208 | CIN05209 | CIN05210 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005177P001-1467A-093<br>CIN05211 | 005178P001-1467A-093<br>CIN05212 | 005179P001-1467A-093<br>CIN05213 | 005180P002-1467A-093<br>CIN05214 |
| 006937P001-1467A-093<br>CIN05214 | 005181P001-1467A-093<br>CIN05215 | 005182P001-1467A-093<br>CIN05216 | 005183P001-1467A-093<br>CIN05217 |
| 005184P001-1467A-093<br>CIN05218 | 005185P002-1467A-093<br>CIN05219 | 005186P002-1467A-093<br>CIN05220 | 005187P002-1467A-093<br>CIN05221 |
| 005188P001-1467A-093<br>CIN05222 | 005189P001-1467A-093<br>CIN05223 | 005190P001-1467A-093<br>CIN05224 | 005191P001-1467A-093<br>CIN05225 |
| 005192P001-1467A-093<br>CIN05226 | 005193P001-1467A-093<br>CIN05227 | 005194P001-1467A-093<br>CIN05228 | 005195P001-1467A-093<br>CIN05229 |
| 005196P001-1467A-093<br>CIN05230 | 005197P001-1467A-093<br>CIN05231 | 005198P001-1467A-093<br>CIN05232 | 005199P001-1467A-093<br>CIN05233 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005200P001-1467A-093<br>CIN05234 | 005201P001-1467A-093<br>CIN05235 | 005202P001-1467A-093<br>CIN05236 | 005203P001-1467A-093<br>CIN05237 |
| 0062248P002-1467A-093<br>CIN05238 | 005204P001-1467A-093<br>CIN05239 | 005205P001-1467A-093<br>CIN05240 | 005206P001-1467A-093<br>CIN05241 |
| 005207P001-1467A-093<br>CIN05242 | 005208P001-1467A-093<br>CIN05243 | 005209P003-1467A-093<br>CIN05244 | 006848P001-1467A-093<br>CIN05244 |
| 005210P001-1467A-093<br>CIN05245 | 005211P001-1467A-093<br>CIN05246 | 005212P002-1467A-093<br>CIN05247 | 005212P002-1467A-093<br>CIN05247 |
| 006914P001-1467A-093<br>CIN05247 | 006914P001-1467A-093<br>CIN05247 | 005213P001-1467A-093<br>CIN05248 | 005214P001-1467A-093<br>CIN05249 |
| 005215P002-1467A-093<br>CIN05250 | 005215P002-1467A-093<br>CIN05250 | 006918P001-1467A-093<br>CIN05250 | 006918P001-1467A-093<br>CIN05250 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005216P001-1467A-093<br>CIN05251 | 005217P002-1467A-093<br>CIN05252 | 005218P001-1467A-093<br>CIN05253 | 005219P002-1467A-093<br>CIN05254 |
| 006978P002-1467A-093<br>CIN05254 | 005220P002-1467A-093<br>CIN05255 | 005221P001-1467A-093<br>CIN05256 | 005222P002-1467A-093<br>CIN05257 |
| 005223P001-1467A-093<br>CIN05258 | 005224P001-1467A-093<br>CIN05259 | 005225P001-1467A-093<br>CIN05260 | 005226P001-1467A-093<br>CIN05261 |
| 005227P002-1467A-093<br>CIN05262 | 006836P001-1467A-093<br>CIN05262 | 005228P001-1467A-093<br>CIN05263 | 005229P001-1467A-093<br>CIN05264 |
| 005230P001-1467A-093<br>CIN05265 | 005231P001-1467A-093<br>CIN05266 | 005232P001-1467A-093<br>CIN05267 | 005233P001-1467A-093<br>CIN05268 |
| 005234P001-1467A-093<br>CIN05269 | 005235P001-1467A-093<br>CIN05270 | 005236P001-1467A-093<br>CIN05271 | 005237P001-1467A-093<br>CIN05272 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 235 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 233 of 280                                                                04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005238P001-1467A-093<br>CIN05273 | 005239P001-1467A-093<br>CIN05274 | 005240P001-1467A-093<br>CIN05275 | 005241P002-1467A-093<br>CIN05276 |
| 005242P001-1467A-093<br>CIN05277 | 005243P001-1467A-093<br>CIN05278 | 005244P001-1467A-093<br>CIN05279 | 005245P001-1467A-093<br>CIN05280 |
| 005246P001-1467A-093<br>CIN05281 | 005247P001-1467A-093<br>CIN05282 | 005248P001-1467A-093<br>CIN05283 | 005249P001-1467A-093<br>CIN05284 |
| 005250P001-1467A-093<br>CIN05285 | 005251P001-1467A-093<br>CIN05286 | 005252P001-1467A-093<br>CIN05287 | 005253P001-1467A-093<br>CIN05288 |
| 005254P002-1467A-093<br>CIN05289 | 005254P002-1467A-093<br>CIN05289 | 005255P002-1467A-093<br>CIN05290 | 005256P001-1467A-093<br>CIN05291 |
| 005257P001-1467A-093<br>CIN05292 | 005258P002-1467A-093<br>CIN05293 | 005259P001-1467A-093<br>CIN05294 | 005260P001-1467A-093<br>CIN05295 |

| | | | |
|---|---|---|---|
| 005261P001-1467A-093<br>CIN05296 | 005262P002-1467A-093<br>CIN05297 | 006968P001-1467A-093<br>CIN05297 | 005263P002-1467A-093<br>CIN05298 |
| 006971P001-1467A-093<br>CIN05298 | 005264P002-1467A-093<br>CIN05299 | 005265P002-1467A-093<br>CIN05300 | 005266P002-1467A-093<br>CIN05301 |
| 005267P002-1467A-093<br>CIN05302 | 005268P001-1467A-093<br>CIN05303 | 005269P002-1467A-093<br>CIN05304 | 006820P001-1467A-093<br>CIN05304 |
| 005270P001-1467A-093<br>CIN05305 | 005271P001-1467A-093<br>CIN05306 | 005272P001-1467A-093<br>CIN05307 | 005273P001-1467A-093<br>CIN05308 |
| 005274P001-1467A-093<br>CIN05309 | 005275P001-1467A-093<br>CIN05310 | 005276P001-1467A-093<br>CIN05313 | 005277P002-1467A-093<br>CIN05314 |
| 006657P003-1467A-093<br>CIN05314 | 005278P001-1467A-093<br>CIN05315 | 005279P002-1467A-093<br>CIN05316 | 006835P001-1467A-093<br>CIN05316 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005280P001-1467A-093<br>CIN05317 | 005281P001-1467A-093<br>CIN05318 | 005282P002-1467A-093<br>CIN05319 | 005283P001-1467A-093<br>CIN05320 |
| 005284P001-1467A-093<br>CIN05321 | 005285P001-1467A-093<br>CIN05322 | 005286P002-1467A-093<br>CIN05323 | 005287P001-1467A-093<br>CIN05324 |
| 005288P001-1467A-093<br>CIN05325 | 005289P001-1467A-093<br>CIN05326 | 006249P001-1467A-093<br>CIN05327 | 006250P001-1467A-093<br>CIN05328 |
| 005290P001-1467A-093<br>CIN05329 | 005291P001-1467A-093<br>CIN05330 | 005292P001-1467A-093<br>CIN05331 | 005293P001-1467A-093<br>CIN05332 |
| 005294P001-1467A-093<br>CIN05333 | 005295P002-1467A-093<br>CIN05334 | 005296P001-1467A-093<br>CIN05335 | 005297P001-1467A-093<br>CIN05336 |
| 005298P002-1467A-093<br>CIN05337 | 005299P001-1467A-093<br>CIN05338 | 005300P001-1467A-093<br>CIN05339 | 005301P002-1467A-093<br>CIN05340 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005302P001-1467A-093<br>CIN05341 | 005303P001-1467A-093<br>CIN05342 | 005304P001-1467A-093<br>CIN05343 | 005305P001-1467A-093<br>CIN05344 |
| 005306P001-1467A-093<br>CIN05345 | 005307P002-1467A-093<br>CIN05346 | 005308P001-1467A-093<br>CIN05347 | 005309P004-1467A-093<br>CIN05348 |
| 005310P001-1467A-093<br>CIN05349 | 005311P002-1467A-093<br>CIN05350 | 006821P001-1467A-093<br>CIN05350 | 005312P001-1467A-093<br>CIN05351 |
| 005313P001-1467A-093<br>CIN05352 | 005314P002-1467A-093<br>CIN05353 | 006837P002-1467A-093<br>CIN05353 | 005315P001-1467A-093<br>CIN05354 |
| 005316P001-1467A-093<br>CIN05355 | 005317P002-1467A-093<br>CIN05356 | 005318P002-1467A-093<br>CIN05357 | 005319P001-1467A-093<br>CIN05358 |
| 005320P001-1467A-093<br>CIN05359 | 005321P001-1467A-093<br>CIN05360 | 005322P001-1467A-093<br>CIN05361 | 005323P001-1467A-093<br>CIN05362 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005324P001-1467A-093<br>CIN05363 | 005325P002-1467A-093<br>CIN05364 | 005326P001-1467A-093<br>CIN05365 | 005327P001-1467A-093<br>CIN05366 |
| 005328P001-1467A-093<br>CIN05367 | 005329P001-1467A-093<br>CIN05368 | 005330P001-1467A-093<br>CIN05369 | 005331P002-1467A-093<br>CIN05370 |
| 005332P001-1467A-093<br>CIN05371 | 005333P001-1467A-093<br>CIN05372 | 005334P001-1467A-093<br>CIN05373 | 005335P001-1467A-093<br>CIN05374 |
| 005336P002-1467A-093<br>CIN05375 | 006655P003-1467A-093<br>CIN05375 | 005337P001-1467A-093<br>CIN05376 | 005338P001-1467A-093<br>CIN05377 |
| 005339P001-1467A-093<br>CIN05378 | 005340P001-1467A-093<br>CIN05379 | 005341P002-1467A-093<br>CIN05380 | 005342P001-1467A-093<br>CIN05381 |
| 005343P001-1467A-093<br>CIN05382 | 005344P001-1467A-093<br>CIN05383 | 005345P001-1467A-093<br>CIN05384 | 005346P001-1467A-093<br>CIN05385 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005347P001-1467A-093<br>CIN05386 | 005348P001-1467A-093<br>CIN05387 | 005349P001-1467A-093<br>CIN05388 | 005350P001-1467A-093<br>CIN05389 |
| 005351P001-1467A-093<br>CIN05390 | 005352P001-1467A-093<br>CIN05391 | 005353P001-1467A-093<br>CIN05392 | 005354P001-1467A-093<br>CIN05393 |
| 005355P001-1467A-093<br>CIN05394 | 005356P001-1467A-093<br>CIN05395 | 005357P002-1467A-093<br>CIN05396 | 005358P003-1467A-093<br>CIN05397 |
| 006936P003-1467A-093<br>CIN05397 | 005359P001-1467A-093<br>CIN05398 | 005360P001-1467A-093<br>CIN05399 | 005361P001-1467A-093<br>CIN05400 |
| 005362P001-1467A-093<br>CIN05401 | 005363P001-1467A-093<br>CIN05402 | 005364P002-1467A-093<br>CIN05403 | 005365P001-1467A-093<br>CIN05404 |
| 005366P001-1467A-093<br>CIN05405 | 005367P001-1467A-093<br>CIN05406 | 005368P001-1467A-093<br>CIN05407 | 005369P002-1467A-093<br>CIN05408 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005370P001-1467A-093<br>CIN05409 | 005371P001-1467A-093<br>CIN05410 | 005372P002-1467A-093<br>CIN05411 | 005373P002-1467A-093<br>CIN05412 |
| 005378P001-1467A-093<br>CIN05413 | 005374P002-1467A-093<br>CIN05414 | 005375P001-1467A-093<br>CIN05415 | 005376P001-1467A-093<br>CIN05416 |
| 005377P001-1467A-093<br>CIN05417 | 005379P001-1467A-093<br>CIN05418 | 005380P001-1467A-093<br>CIN05419 | 005381P001-1467A-093<br>CIN05420 |
| 005382P001-1467A-093<br>CIN05421 | 005383P001-1467A-093<br>CIN05422 | 005384P001-1467A-093<br>CIN05423 | 005385P001-1467A-093<br>CIN05424 |
| 005386P001-1467A-093<br>CIN05425 | 005387P001-1467A-093<br>CIN05426 | 005388P001-1467A-093<br>CIN05427 | 005389P001-1467A-093<br>CIN05428 |
| 005390P001-1467A-093<br>CIN05429 | 005391P002-1467A-093<br>CIN05430 | 005392P001-1467A-093<br>CIN05431 | 005393P001-1467A-093<br>CIN05432 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005394P001-1467A-093<br>CIN05433 | 005395P001-1467A-093<br>CIN05434 | 005396P001-1467A-093<br>CIN05435 | 005397P002-1467A-093<br>CIN05436 |
| 005398P001-1467A-093<br>CIN05437 | 005399P002-1467A-093<br>CIN05438 | 005400P001-1467A-093<br>CIN05439 | 005401P001-1467A-093<br>CIN05440 |
| 005402P001-1467A-093<br>CIN05441 | 005403P001-1467A-093<br>CIN05442 | 005404P001-1467A-093<br>CIN05443 | 005405P001-1467A-093<br>CIN05444 |
| 005406P001-1467A-093<br>CIN05445 | 005407P001-1467A-093<br>CIN05446 | 005408P001-1467A-093<br>CIN05447 | 005409P001-1467A-093<br>CIN05448 |
| 005410P001-1467A-093<br>CIN05449 | 005411P001-1467A-093<br>CIN05450 | 005412P002-1467A-093<br>CIN05451 | 005413P001-1467A-093<br>CIN05452 |
| 005414P001-1467A-093<br>CIN05453 | 005415P001-1467A-093<br>CIN05454 | 005416P002-1467A-093<br>CIN05455 | 006866P003-1467A-093<br>CIN05455 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005417P002-1467A-093<br>CIN05456 | 005418P001-1467A-093<br>CIN05457 | 005419P001-1467A-093<br>CIN05458 | 005420P001-1467A-093<br>CIN05459 |
| 005421P001-1467A-093<br>CIN05460 | 005422P001-1467A-093<br>CIN05461 | 005423P001-1467A-093<br>CIN05462 | 005424P001-1467A-093<br>CIN05463 |
| 005425P001-1467A-093<br>CIN05464 | 005426P002-1467A-093<br>CIN05465 | 005427P001-1467A-093<br>CIN05466 | 005428P001-1467A-093<br>CIN05467 |
| 005429P002-1467A-093<br>CIN05468 | 005430P001-1467A-093<br>CIN05469 | 005431P001-1467A-093<br>CIN05470 | 005432P001-1467A-093<br>CIN05471 |
| 005433P002-1467A-093<br>CIN05472 | 005434P001-1467A-093<br>CIN05473 | 005435P001-1467A-093<br>CIN05474 | 005436P001-1467A-093<br>CIN05475 |
| 005437P001-1467A-093<br>CIN05476 | 005438P002-1467A-093<br>CIN05477 | 005439P001-1467A-093<br>CIN05478 | 005440P001-1467A-093<br>CIN05479 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005441P001-1467A-093<br>CIN05480 | 005442P001-1467A-093<br>CIN05481 | 005443P001-1467A-093<br>CIN05482 | 005444P001-1467A-093<br>CIN05483 |
| 005445P001-1467A-093<br>CIN05484 | 005446P001-1467A-093<br>CIN05485 | 005447P001-1467A-093<br>CIN05486 | 005448P001-1467A-093<br>CIN05487 |
| 005449P001-1467A-093<br>CIN05488 | 005450P001-1467A-093<br>CIN05489 | 005451P001-1467A-093<br>CIN05490 | 005452P001-1467A-093<br>CIN05491 |
| 005453P002-1467A-093<br>CIN05492 | 005454P003-1467A-093<br>CIN05493 | 005454S001-1467A-093<br>CIN05493 | 005455P001-1467A-093<br>CIN05494 |
| 005456P001-1467A-093<br>CIN05495 | 005457P001-1467A-093<br>CIN05496 | 005458P001-1467A-093<br>CIN05497 | 005459P001-1467A-093<br>CIN05498 |
| 005460P001-1467A-093<br>CIN05499 | 005461P001-1467A-093<br>CIN05500 | 005462P001-1467A-093<br>CIN05501 | 005463P001-1467A-093<br>CIN05502 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005464P001-1467A-093<br>CIN05503 | 005465P001-1467A-093<br>CIN05504 | 005466P001-1467A-093<br>CIN05505 | 005467P001-1467A-093<br>CIN05506 |
| 005468P001-1467A-093<br>CIN05507 | 005469P001-1467A-093<br>CIN05508 | 005470P001-1467A-093<br>CIN05509 | 005471P001-1467A-093<br>CIN05510 |
| 005472P001-1467A-093<br>CIN05511 | 005473P001-1467A-093<br>CIN05512 | 005474P001-1467A-093<br>CIN05513 | 000011P001-1467A-093<br>CIN05514 |
| 005475P001-1467A-093<br>CIN05515 | 005476P003-1467A-093<br>CIN05516 | 005476P003-1467A-093<br>CIN05516 | 006881P004-1467A-093<br>CIN05516 |
| 006881P004-1467A-093<br>CIN05516 | 005477P001-1467A-093<br>CIN05517 | 005478P001-1467A-093<br>CIN05518 | 005479P001-1467A-093<br>CIN05519, CIN06557 |
| 005480P001-1467A-093<br>CIN05520 | 005481P001-1467A-093<br>CIN05521 | 005482P001-1467A-093<br>CIN05522 | 005483P001-1467A-093<br>CIN05523 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005484P001-1467A-093<br>CIN05524 | 005485P001-1467A-093<br>CIN05525 | 005486P001-1467A-093<br>CIN05526 | 005487P001-1467A-093<br>CIN05527 |
| 005488P001-1467A-093<br>CIN05528 | 005489P001-1467A-093<br>CIN05529 | 006353P001-1467A-093<br>CIN05530 | 006353P001-1467A-093<br>CIN05530 |
| 005490P001-1467A-093<br>CIN05531 | 005491P001-1467A-093<br>CIN05532 | 005492P001-1467A-093<br>CIN05533 | 005493P002-1467A-093<br>CIN05534 |
| 006639P003-1467A-093<br>CIN05534 | 005494P001-1467A-093<br>CIN05535 | 005495P001-1467A-093<br>CIN05536 | 005496P001-1467A-093<br>CIN05537 |
| 005497P001-1467A-093<br>CIN05538 | 005498P001-1467A-093<br>CIN05539 | 005499P001-1467A-093<br>CIN05540 | 005500P002-1467A-093<br>CIN05541 |
| 005501P001-1467A-093<br>CIN05542 | 005502P001-1467A-093<br>CIN05543 | 005503P001-1467A-093<br>CIN05544 | 005504P001-1467A-093<br>CIN05545 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005505P002-1467A-093<br>CIN05546 | 005506P001-1467A-093<br>CIN05547 | 005507P001-1467A-093<br>CIN05548 | 005508P001-1467A-093<br>CIN05549 |
| 005509P001-1467A-093<br>CIN05550 | 005510P001-1467A-093<br>CIN05551 | 005511P001-1467A-093<br>CIN05552 | 005512P001-1467A-093<br>CIN05553 |
| 005513P001-1467A-093<br>CIN05554 | 005514P001-1467A-093<br>CIN05555 | 005515P001-1467A-093<br>CIN05556 | 005516P001-1467A-093<br>CIN05557 |
| 005517P001-1467A-093<br>CIN05558 | 005518P002-1467A-093<br>CIN05559 | 005518S001-1467A-093<br>CIN05559 | 005519P002-1467A-093<br>CIN05560 |
| 005520P001-1467A-093<br>CIN05561 | 005521P001-1467A-093<br>CIN05562 | 005522P001-1467A-093<br>CIN05563 | 005523P001-1467A-093<br>CIN05564 |
| 005524P002-1467A-093<br>CIN05565 | 006880P001-1467A-093<br>CIN05565 | 005525P001-1467A-093<br>CIN05566 | 005526P001-1467A-093<br>CIN05567 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005527P001-1467A-093<br>CIN05568 | 005528P001-1467A-093<br>CIN05569 | 005529P001-1467A-093<br>CIN05570 | 005530P001-1467A-093<br>CIN05571 |
| 005531P001-1467A-093<br>CIN05572 | 005532P001-1467A-093<br>CIN05573 | 005533P001-1467A-093<br>CIN05574 | 005534P001-1467A-093<br>CIN05575 |
| 005535P001-1467A-093<br>CIN05576 | 005536P001-1467A-093<br>CIN05577 | 005537P001-1467A-093<br>CIN05578 | 005538P001-1467A-093<br>CIN05579 |
| 005539P001-1467A-093<br>CIN05580 | 005540P002-1467A-093<br>CIN05581 | 005541P001-1467A-093<br>CIN05582 | 005542P001-1467A-093<br>CIN05583 |
| 005543P001-1467A-093<br>CIN05584 | 005544P001-1467A-093<br>CIN05585 | 005545P002-1467A-093<br>CIN05586 | 005546P001-1467A-093<br>CIN05587 |
| 005547P001-1467A-093<br>CIN05588 | 005548P002-1467A-093<br>CIN05589 | 005549P001-1467A-093<br>CIN05590 | 005550P001-1467A-093<br>CIN05591 |

Case 20-12836-JTD   Doc 741   Filed 04/22/21   Page 249 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 247 of 280                                                    04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005551P001-1467A-093<br>CIN05592 | 005552P002-1467A-093<br>CIN05593 | 006646P003-1467A-093<br>CIN05593 | 005553P001-1467A-093<br>CIN05594 |
| 005554P002-1467A-093<br>CIN05595 | 006852P001-1467A-093<br>CIN05595 | 005555P003-1467A-093<br>CIN05596 | 005555P003-1467A-093<br>CIN05596 |
| 006988P001-1467A-093<br>CIN05596 | 006988P001-1467A-093<br>CIN05596 | 005556P001-1467A-093<br>CIN05597 | 005557P001-1467A-093<br>CIN05598 |
| 005558P001-1467A-093<br>CIN05599 | 005559P002-1467A-093<br>CIN05600 | 005560P002-1467A-093<br>CIN05601 | 005561P001-1467A-093<br>CIN05602 |
| 005562P001-1467A-093<br>CIN05603 | 005563P001-1467A-093<br>CIN05604 | 005564P001-1467A-093<br>CIN05605 | 006350P002-1467A-093<br>CIN05606 |
| 001097P004-1467A-093<br>CIN05607,CIN05608 | 001097S001-1467A-093<br>CIN05607,CIN05608 | 004671P004-1467A-093<br>CIN05607,CIN05608 | 004671S001-1467A-093<br>CIN05607,CIN05608 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005565P001-1467A-093<br>CIN05609 | 005566P001-1467A-093<br>CIN05610 | 005567P001-1467A-093<br>CIN05611 | 005568P002-1467A-093<br>CIN05612 |
| 005568P002-1467A-093<br>CIN05612 | 005569P001-1467A-093<br>CIN05613 | 005570P001-1467A-093<br>CIN05614 | 005571P001-1467A-093<br>CIN05615 |
| 005572P001-1467A-093<br>CIN05616 | 005573P001-1467A-093<br>CIN05617 | 005574P001-1467A-093<br>CIN05618 | 005575P001-1467A-093<br>CIN05619 |
| 005576P001-1467A-093<br>CIN05620 | 005577P001-1467A-093<br>CIN05621 | 005578P001-1467A-093<br>CIN05622 | 005579P001-1467A-093<br>CIN05623 |
| 005580P002-1467A-093<br>CIN05624 | 005581P002-1467A-093<br>CIN05625 | 005582P001-1467A-093<br>CIN05626 | 005583P001-1467A-093<br>CIN05627 |
| 005584P001-1467A-093<br>CIN05628 | 005585P001-1467A-093<br>CIN05629 | 005586P001-1467A-093<br>CIN05630 | 005587P001-1467A-093<br>CIN05631 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005588P001-1467A-093<br>CIN05632 | 005589P001-1467A-093<br>CIN05633 | 005590P003-1467A-093<br>CIN05634 | 006930P003-1467A-093<br>CIN05634 |
| 005591P001-1467A-093<br>CIN05635 | 005592P001-1467A-093<br>CIN05636 | 005593P002-1467A-093<br>CIN05637 | 005594P001-1467A-093<br>CIN05638 |
| 005595P001-1467A-093<br>CIN05639 | 000014P001-1467A-093<br>CIN05640 | 005596P001-1467A-093<br>CIN05641 | 005597P001-1467A-093<br>CIN05642 |
| 005598P001-1467A-093<br>CIN05643 | 005599P002-1467A-093<br>CIN05644, CIN06565 | 005600P001-1467A-093<br>CIN05645 | 005601P001-1467A-093<br>CIN05646 |
| 005602P001-1467A-093<br>CIN05647 | 005603P001-1467A-093<br>CIN05648 | 005604P001-1467A-093<br>CIN05649 | 005605P001-1467A-093<br>CIN05650 |
| 005606P001-1467A-093<br>CIN05651 | 005607P002-1467A-093<br>CIN05652 | 005608P001-1467A-093<br>CIN05653 | 005609P001-1467A-093<br>CIN05654 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005610P001-1467A-093<br>CIN05655 | 005611P001-1467A-093<br>CIN05656, CIN06568 | 005612P001-1467A-093<br>CIN05657 | 005613P002-1467A-093<br>CIN05658 |
| 005614P001-1467A-093<br>CIN05659 | 005615P001-1467A-093<br>CIN05660 | 005616P001-1467A-093<br>CIN05661 | 005617P001-1467A-093<br>CIN05662 |
| 005618P001-1467A-093<br>CIN05663 | 005619P001-1467A-093<br>CIN05664 | 005620P001-1467A-093<br>CIN05665 | 005621P001-1467A-093<br>CIN05666 |
| 005622P001-1467A-093<br>CIN05667 | 005623P001-1467A-093<br>CIN05668 | 005624P001-1467A-093<br>CIN05669 | 005625P001-1467A-093<br>CIN05670 |
| 005626P001-1467A-093<br>CIN05671 | 005627P001-1467A-093<br>CIN05672 | 005628P001-1467A-093<br>CIN05673 | 005629P001-1467A-093<br>CIN05674 |
| 005630P001-1467A-093<br>CIN05675 | 005631P002-1467A-093<br>CIN05676 | 005632P002-1467A-093<br>CIN05677 | 005633P001-1467A-093<br>CIN05678 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005634P001-1467A-093<br>CIN05679 | 005635P001-1467A-093<br>CIN05680 | 005636P001-1467A-093<br>CIN05681 | 005637P002-1467A-093<br>CIN05682 |
| 006257P002-1467A-093<br>CIN05683 | 005638P001-1467A-093<br>CIN05684 | 005639P001-1467A-093<br>CIN05685 | 005640P001-1467A-093<br>CIN05686 |
| 005641P001-1467A-093<br>CIN05687 | 005642P001-1467A-093<br>CIN05688 | 005643P001-1467A-093<br>CIN05689 | 005644P002-1467A-093<br>CIN05690 |
| 005645P001-1467A-093<br>CIN05691 | 005646P001-1467A-093<br>CIN05692 | 005647P001-1467A-093<br>CIN05693 | 005648P001-1467A-093<br>CIN05694 |
| 005649P001-1467A-093<br>CIN05695 | 005650P001-1467A-093<br>CIN05696 | 005651P001-1467A-093<br>CIN05697 | 005652P001-1467A-093<br>CIN05698 |
| 005653P001-1467A-093<br>CIN05699 | 005654P001-1467A-093<br>CIN05700 | 005655P001-1467A-093<br>CIN05701 | 005656P001-1467A-093<br>CIN05702 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005657P002-1467A-093<br>CIN05703 | 005658P001-1467A-093<br>CIN05704 | 005659P001-1467A-093<br>CIN05705 | 005660P001-1467A-093<br>CIN05706 |
| 005661P002-1467A-093<br>CIN05707 | 000015P002-1467A-093<br>CIN05708 | 006913P001-1467A-093<br>CIN05708 | 005662P001-1467A-093<br>CIN05709 |
| 005663P001-1467A-093<br>CIN05710 | 005664P001-1467A-093<br>CIN05711 | 005665P001-1467A-093<br>CIN05712 | 005666P001-1467A-093<br>CIN05713 |
| 005667P001-1467A-093<br>CIN05714 | 005668P001-1467A-093<br>CIN05715 | 005669P001-1467A-093<br>CIN05716 | 005670P001-1467A-093<br>CIN05717 |
| 005671P001-1467A-093<br>CIN05718 | 005672P002-1467A-093<br>CIN05719 | 005673P001-1467A-093<br>CIN05720 | 005674P001-1467A-093<br>CIN05721 |
| 005675P001-1467A-093<br>CIN05722 | 005676P001-1467A-093<br>CIN05723 | 005677P001-1467A-093<br>CIN05724 | 005678P002-1467A-093<br>CIN05725 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005679P001-1467A-093<br>CIN05726 | 005680P001-1467A-093<br>CIN05727 | 000016P002-1467A-093<br>CIN05728 | 005681P001-1467A-093<br>CIN05729 |
| 005682P001-1467A-093<br>CIN05730 | 005683P001-1467A-093<br>CIN05731 | 005684P001-1467A-093<br>CIN05732 | 005685P001-1467A-093<br>CIN05733 |
| 005686P001-1467A-093<br>CIN05734 | 005687P001-1467A-093<br>CIN05735 | 005688P001-1467A-093<br>CIN05736 | 005689P001-1467A-093<br>CIN05737 |
| 005690P002-1467A-093<br>CIN05738 | 005691P001-1467A-093<br>CIN05739 | 005692P001-1467A-093<br>CIN05740 | 005693P002-1467A-093<br>CIN05741 |
| 006722P002-1467A-093<br>CIN05741 | 005694P002-1467A-093<br>CIN05742 | 005694P002-1467A-093<br>CIN05742 | 005695P001-1467A-093<br>CIN05743 |
| 005696P002-1467A-093<br>CIN05744 | 005696P002-1467A-093<br>CIN05744 | 005697P001-1467A-093<br>CIN05745 | 005698P001-1467A-093<br>CIN05746 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005699P001-1467A-093<br>CIN05747 | 005700P002-1467A-093<br>CIN05748 | 005701P001-1467A-093<br>CIN05749 | 005702P001-1467A-093<br>CIN05750 |
| 005703P002-1467A-093<br>CIN05751 | 005704P001-1467A-093<br>CIN05752 | 005705P001-1467A-093<br>CIN05753 | 005706P001-1467A-093<br>CIN05754 |
| 005707P001-1467A-093<br>CIN05755 | 005708P001-1467A-093<br>CIN05756 | 005709P001-1467A-093<br>CIN05757 | 005710P001-1467A-093<br>CIN05758 |
| 005711P001-1467A-093<br>CIN05759 | 005712P001-1467A-093<br>CIN05760 | 005713P001-1467A-093<br>CIN05761 | 005714P003-1467A-093<br>CIN05762 |
| 005714S001-1467A-093<br>CIN05762 | 005714S001-1467A-093<br>CIN05762 | 005714S001-1467A-093<br>CIN05762 | 006351P001-1467A-093<br>CIN05763 |
| 005715P001-1467A-093<br>CIN05764 | 005716P001-1467A-093<br>CIN05765 | 005717P002-1467A-093<br>CIN05766 | 005718P001-1467A-093<br>CIN05767 |

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 257 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 255 of 280                                                                04/20/2021 06:38:00 PM

005719P001-1467A-093
CIN05768

005720P002-1467A-093
CIN05769

005721P001-1467A-093
CIN05770

005722P001-1467A-093
CIN05771

005723P002-1467A-093
CIN05772

005724P001-1467A-093
CIN05773

005725P001-1467A-093
CIN05774

005726P001-1467A-093
CIN05775

005727P001-1467A-093
CIN05776

005728P001-1467A-093
CIN05777

005729P001-1467A-093
CIN05778

005730P002-1467A-093
CIN05779

005731P001-1467A-093
CIN05780

005732P001-1467A-093
CIN05781

005733P001-1467A-093
CIN05782

005734P001-1467A-093
CIN05783

005735P001-1467A-093
CIN05784

005736P001-1467A-093
CIN05785

005737P001-1467A-093
CIN05786

005738P001-1467A-093
CIN05787

005739S001-1467A-093
CIN05788

005739P004-1467A-093
CIN05788

005740P001-1467A-093
CIN05789

005741P003-1467A-093
CIN05790

Case 20-12836-JTD    Doc 741    Filed 04/22/21    Page 258 of 346

Cred Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 256 of 280                                                                                    04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 006802P002-1467A-093<br>CIN05790 | 005742P001-1467A-093<br>CIN05791 | 005743P001-1467A-093<br>CIN05792 | 005744P001-1467A-093<br>CIN05793 |
| 005745P001-1467A-093<br>CIN05794 | 005746P001-1467A-093<br>CIN05795 | 005747P001-1467A-093<br>CIN05796 | 005748P001-1467A-093<br>CIN05797 |
| 005749P001-1467A-093<br>CIN05798 | 005750P001-1467A-093<br>CIN05799 | 005751P001-1467A-093<br>CIN05800 | 005752P001-1467A-093<br>CIN05801 |
| 005753P002-1467A-093<br>CIN05802 | 005754P001-1467A-093<br>CIN05803 | 005755P003-1467A-093<br>CIN05804 | 005756P001-1467A-093<br>CIN05805 |
| 005757P001-1467A-093<br>CIN05806 | 005758P001-1467A-093<br>CIN05807 | 005759P001-1467A-093<br>CIN05808 | 005760P001-1467A-093<br>CIN05809 |
| 005761P002-1467A-093<br>CIN05810 | 006993P002-1467A-093<br>CIN05810 | 005762P001-1467A-093<br>CIN05811 | 005763P001-1467A-093<br>CIN05812 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 005764P001-1467A-093 CIN05813 | 005765P001-1467A-093 CIN05814 | 005766P001-1467A-093 CIN05815 | 005767P001-1467A-093 CIN05816 |
|---|---|---|---|
| 005768P001-1467A-093 CIN05817 | 005769P001-1467A-093 CIN05818 | 005770P001-1467A-093 CIN05819 | 005771P001-1467A-093 CIN05820 |
| 005772P002-1467A-093 CIN05821 | 005773P002-1467A-093 CIN05822 | 005774P002-1467A-093 CIN05823 | 006648P004-1467A-093 CIN05823 |
| 005775P001-1467A-093 CIN05824 | 005776P001-1467A-093 CIN05825 | 005777P001-1467A-093 CIN05826 | 005778P001-1467A-093 CIN05827 |
| 005779P002-1467A-093 CIN05828 | 005780P002-1467A-093 CIN05829 | 005781P001-1467A-093 CIN05830 | 005782P001-1467A-093 CIN05831 |
| 005783P001-1467A-093 CIN05832 | 005784P001-1467A-093 CIN05833 | 005785P001-1467A-093 CIN05834 | 005786P001-1467A-093 CIN05835 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005787P002-1467A-093<br>CIN05836 | 005788P001-1467A-093<br>CIN05837 | 005789P001-1467A-093<br>CIN05838 | 005790P001-1467A-093<br>CIN05839 |
| 005791P001-1467A-093<br>CIN05840 | 005792P001-1467A-093<br>CIN05841 | 005793P001-1467A-093<br>CIN05842 | 005794P001-1467A-093<br>CIN05843 |
| 005795P001-1467A-093<br>CIN05844 | 005796P001-1467A-093<br>CIN05845 | 005797P001-1467A-093<br>CIN05846 | 005798P001-1467A-093<br>CIN05847 |
| 005799P001-1467A-093<br>CIN05848 | 005800P002-1467A-093<br>CIN05849 | 005801P001-1467A-093<br>CIN05850 | 005802P001-1467A-093<br>CIN05851 |
| 005803P002-1467A-093<br>CIN05852 | 006251P001-1467A-093<br>CIN05853 | 005804P001-1467A-093<br>CIN05854 | 005805P001-1467A-093<br>CIN05855 |
| 005806P001-1467A-093<br>CIN05856 | 005807P002-1467A-093<br>CIN05857 | 006650P003-1467A-093<br>CIN05857 | 005808P001-1467A-093<br>CIN05858 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005809P001-1467A-093<br>CIN05859 | 005810P002-1467A-093<br>CIN05860 | 005811P001-1467A-093<br>CIN05861 | 005812P001-1467A-093<br>CIN05862 |
| 005813P001-1467A-093<br>CIN05863 | 005814P001-1467A-093<br>CIN05864 | 005815P001-1467A-093<br>CIN05865 | 005816P001-1467A-093<br>CIN05866 |
| 005817P001-1467A-093<br>CIN05867 | 005818P001-1467A-093<br>CIN05868 | 005819P001-1467A-093<br>CIN05869 | 005820P001-1467A-093<br>CIN05870 |
| 005821P001-1467A-093<br>CIN05871 | 005822P002-1467A-093<br>CIN05872 | 005822P002-1467A-093<br>CIN05872 | 005823P001-1467A-093<br>CIN05873 |
| 005824P001-1467A-093<br>CIN05874 | 005825P001-1467A-093<br>CIN05875 | 005826P001-1467A-093<br>CIN05876 | 005827P001-1467A-093<br>CIN05877 |
| 005828P001-1467A-093<br>CIN05878 | 005829P001-1467A-093<br>CIN05879 | 005830P001-1467A-093<br>CIN05880 | 005831P001-1467A-093<br>CIN05881 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| 005832P001-1467A-093<br>CIN05882 | 005833P001-1467A-093<br>CIN05883 | 005834P001-1467A-093<br>CIN05884 | 005835P001-1467A-093<br>CIN05885 |
| --- | --- | --- | --- |
| 005836P001-1467A-093<br>CIN05886 | 005837P001-1467A-093<br>CIN05887 | 005838P001-1467A-093<br>CIN05888 | 005839P001-1467A-093<br>CIN05889 |
| 005840P001-1467A-093<br>CIN05890 | 005841P002-1467A-093<br>CIN05891 | 005842P001-1467A-093<br>CIN05892 | 005843P001-1467A-093<br>CIN05893 |
| 005844P001-1467A-093<br>CIN05894 | 005845P001-1467A-093<br>CIN05895 | 005846P002-1467A-093<br>CIN05896 | 007078P003-1467A-093<br>CIN05896 |
| 005847P001-1467A-093<br>CIN05897 | 005848P001-1467A-093<br>CIN05898 | 005849P001-1467A-093<br>CIN05899 | 005850P001-1467A-093<br>CIN05900 |
| 005851P001-1467A-093<br>CIN05901 | 005852P001-1467A-093<br>CIN05902 | 005853P002-1467A-093<br>CIN05903 | 005854P001-1467A-093<br>CIN05904 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005855P001-1467A-093<br>CIN05905 | 005856P001-1467A-093<br>CIN05906 | 005857P003-1467A-093<br>CIN05907 | 005858P001-1467A-093<br>CIN05908 |
| 005859P001-1467A-093<br>CIN05909 | 005860P001-1467A-093<br>CIN05910 | 005861P002-1467A-093<br>CIN05911 | 005862P001-1467A-093<br>CIN05912 |
| 005863P001-1467A-093<br>CIN05913 | 005864P001-1467A-093<br>CIN05914 | 005865P001-1467A-093<br>CIN05915 | 005866P001-1467A-093<br>CIN05916 |
| 005867P001-1467A-093<br>CIN05917 | 005868P001-1467A-093<br>CIN05918 | 005869P001-1467A-093<br>CIN05919 | 005870P001-1467A-093<br>CIN05920 |
| 005871P001-1467A-093<br>CIN05921 | 005872P001-1467A-093<br>CIN05922 | 005873P001-1467A-093<br>CIN05923 | 005874P001-1467A-093<br>CIN05924 |
| 005875P001-1467A-093<br>CIN05925 | 005876P002-1467A-093<br>CIN05926 | 005877P001-1467A-093<br>CIN05927 | 005878P001-1467A-093<br>CIN05928 |

Cred Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005879P001-1467A-093<br>CIN05929 | 005880P001-1467A-093<br>CIN05930 | 005881P001-1467A-093<br>CIN05931 | 005882P001-1467A-093<br>CIN05932 |
| 005883P001-1467A-093<br>CIN05933 | 005884P001-1467A-093<br>CIN05934 | 005885P001-1467A-093<br>CIN05935 | 005886P001-1467A-093<br>CIN05936 |
| 005887P001-1467A-093<br>CIN05937 | 005888P001-1467A-093<br>CIN05938 | 005889P001-1467A-093<br>CIN05939 | 005890P001-1467A-093<br>CIN05940 |
| 005891P002-1467A-093<br>CIN05941 | 005892P001-1467A-093<br>CIN05942 | 005893P001-1467A-093<br>CIN05943 | 005894P001-1467A-093<br>CIN05944 |
| 005895P002-1467A-093<br>CIN05945 | 005896P001-1467A-093<br>CIN05946 | 005897P001-1467A-093<br>CIN05947 | 005898P001-1467A-093<br>CIN05948 |
| 005899P001-1467A-093<br>CIN05949 | 005900P001-1467A-093<br>CIN05950 | 005901P001-1467A-093<br>CIN05951 | 005902P001-1467A-093<br>CIN05952 |

Cred Inc., et al.
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005903P001-1467A-093<br>CIN05953 | 005904P002-1467A-093<br>CIN05954 | 005905P001-1467A-093<br>CIN05955 | 005906P002-1467A-093<br>CIN05956 |
| 005907P001-1467A-093<br>CIN05957 | 005908P001-1467A-093<br>CIN05958 | 005909P001-1467A-093<br>CIN05959 | 005910P001-1467A-093<br>CIN05960 |
| 005911P001-1467A-093<br>CIN05961 | 005912P001-1467A-093<br>CIN05962 | 005913P001-1467A-093<br>CIN05963 | 005914P001-1467A-093<br>CIN05964 |
| 005915P001-1467A-093<br>CIN05965 | 005916P001-1467A-093<br>CIN05966 | 005917P001-1467A-093<br>CIN05967 | 005918P001-1467A-093<br>CIN05968 |
| 005919P001-1467A-093<br>CIN05969 | 005920P001-1467A-093<br>CIN05970 | 005921P001-1467A-093<br>CIN05971 | 005922P001-1467A-093<br>CIN05972 |
| 005923P001-1467A-093<br>CIN05973 | 005924P001-1467A-093<br>CIN05974 | 005925P002-1467A-093<br>CIN05975 | 005926P001-1467A-093<br>CIN05976 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005927P001-1467A-093<br>CIN05977 | 005928P001-1467A-093<br>CIN05978 | 005929P001-1467A-093<br>CIN05979 | 005930P001-1467A-093<br>CIN05980 |
| 005931P001-1467A-093<br>CIN05981 | 005932P001-1467A-093<br>CIN05982 | 005933P002-1467A-093<br>CIN05983 | 005934P002-1467A-093<br>CIN05984 |
| 005935P002-1467A-093<br>CIN05985 | 005936P001-1467A-093<br>CIN05986 | 005937P001-1467A-093<br>CIN05987 | 005938P001-1467A-093<br>CIN05988 |
| 005939P002-1467A-093<br>CIN05989 | 005940P001-1467A-093<br>CIN05990 | 005941P001-1467A-093<br>CIN05991 | 005942P001-1467A-093<br>CIN05992 |
| 005943P001-1467A-093<br>CIN05993 | 005944P001-1467A-093<br>CIN05994 | 005945P001-1467A-093<br>CIN05995 | 005946P001-1467A-093<br>CIN05996 |
| 005947P002-1467A-093<br>CIN05997 | 005948P001-1467A-093<br>CIN05998 | 005949P001-1467A-093<br>CIN05999 | 005950P001-1467A-093<br>CIN06000 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 005951P001-1467A-093<br>CIN06001 | 005952P002-1467A-093<br>CIN06002 | 005953P001-1467A-093<br>CIN06003 | 005954P001-1467A-093<br>CIN06004 |
| 005955P001-1467A-093<br>CIN06005 | 005956P001-1467A-093<br>CIN06006 | 005957P002-1467A-093<br>CIN06007 | 005958P001-1467A-093<br>CIN06008 |
| 005959P001-1467A-093<br>CIN06009 | 005960P001-1467A-093<br>CIN06010 | 005961P001-1467A-093<br>CIN06011 | 005962P001-1467A-093<br>CIN06012 |
| 005963P001-1467A-093<br>CIN06013 | 005964P001-1467A-093<br>CIN06014 | 005965P001-1467A-093<br>CIN06015 | 005966P001-1467A-093<br>CIN06016 |
| 005967P002-1467A-093<br>CIN06017 | 005968P001-1467A-093<br>CIN06018 | 005969P001-1467A-093<br>CIN06019 | 005970P001-1467A-093<br>CIN06020 |
| 005971P001-1467A-093<br>CIN06021 | 005972P001-1467A-093<br>CIN06022 | 005973P001-1467A-093<br>CIN06023 | 005974P001-1467A-093<br>CIN06024 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005975P002-1467A-093<br>CIN06025 | 006886P001-1467A-093<br>CIN06025 | 005976P001-1467A-093<br>CIN06026 | 005977P001-1467A-093<br>CIN06027 |
| 005978P001-1467A-093<br>CIN06028 | 005979P001-1467A-093<br>CIN06029 | 005980P003-1467A-093<br>CIN06030 | 005981P001-1467A-093<br>CIN06031 |
| 005982P001-1467A-093<br>CIN06032 | 005983P001-1467A-093<br>CIN06033 | 005984P001-1467A-093<br>CIN06034 | 005985P002-1467A-093<br>CIN06035 |
| 007006P003-1467A-093<br>CIN06035 | 005986P002-1467A-093<br>CIN06036 | 005987P001-1467A-093<br>CIN06037 | 005988P001-1467A-093<br>CIN06038 |
| 005989P001-1467A-093<br>CIN06039 | 005990P001-1467A-093<br>CIN06040 | 005991P001-1467A-093<br>CIN06041 | 005992P003-1467A-093<br>CIN06042 |
| 005993P001-1467A-093<br>CIN06043 | 005994P001-1467A-093<br>CIN06044 | 005995P001-1467A-093<br>CIN06045 | 005996P001-1467A-093<br>CIN06046 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005997P001-1467A-093<br>CIN06047 | 005998P001-1467A-093<br>CIN06048 | 005999P001-1467A-093<br>CIN06049 | 006000P001-1467A-093<br>CIN06050 |
| 006001P001-1467A-093<br>CIN06051 | 006002P001-1467A-093<br>CIN06052 | 006003P001-1467A-093<br>CIN06053 | 006004P002-1467A-093<br>CIN06054 |
| 006926P001-1467A-093<br>CIN06054 | 006005P002-1467A-093<br>CIN06055 | 006813P003-1467A-093<br>CIN06055 | 006006P002-1467A-093<br>CIN06056 |
| 006825P003-1467A-093<br>CIN06056 | 006967P002-1467A-093<br>CIN06056 | 006007P001-1467A-093<br>CIN06057 | 006008P001-1467A-093<br>CIN06058 |
| 006009P001-1467A-093<br>CIN06059 | 006010P001-1467A-093<br>CIN06060 | 006011P001-1467A-093<br>CIN06061 | 006012P001-1467A-093<br>CIN06062 |
| 006013P001-1467A-093<br>CIN06063 | 006014P001-1467A-093<br>CIN06064 | 006015P003-1467A-093<br>CIN06065 | 006015P003-1467A-093<br>CIN06065 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006016P001-1467A-093<br>CIN06066 | 006017P002-1467A-093<br>CIN06067 | 006018P001-1467A-093<br>CIN06068 | 006019P002-1467A-093<br>CIN06069 |
| 006020P001-1467A-093<br>CIN06070 | 006021P001-1467A-093<br>CIN06071 | 006022P001-1467A-093<br>CIN06072 | 006023P001-1467A-093<br>CIN06073 |
| 006024P001-1467A-093<br>CIN06074 | 006025P001-1467A-093<br>CIN06075 | 006026P002-1467A-093<br>CIN06076 | 006027P001-1467A-093<br>CIN06077 |
| 006028P001-1467A-093<br>CIN06078 | 006029P001-1467A-093<br>CIN06079 | 006030P002-1467A-093<br>CIN06080 | 006030P002-1467A-093<br>CIN06080 |
| 006031P002-1467A-093<br>CIN06081 | 006032P002-1467A-093<br>CIN06082 | 006033P001-1467A-093<br>CIN06083 | 006034P001-1467A-093<br>CIN06084 |
| 006035P001-1467A-093<br>CIN06085 | 006036P001-1467A-093<br>CIN06086 | 006037P001-1467A-093<br>CIN06087 | 006038P001-1467A-093<br>CIN06088 |

| | | | |
|---|---|---|---|
| 006039P002-1467A-093<br>CIN06089 | 006040P001-1467A-093<br>CIN06090 | 006041P001-1467A-093<br>CIN06091 | 006042P001-1467A-093<br>CIN06092 |
| 006043P001-1467A-093<br>CIN06093 | 006044P001-1467A-093<br>CIN06094 | 006045P001-1467A-093<br>CIN06095 | 006046P001-1467A-093<br>CIN06096 |
| 006047P001-1467A-093<br>CIN06097 | 006048P001-1467A-093<br>CIN06098 | 006049P001-1467A-093<br>CIN06099 | 006050P001-1467A-093<br>CIN06100 |
| 006051P001-1467A-093<br>CIN06101 | 006052P001-1467A-093<br>CIN06102 | 006053P001-1467A-093<br>CIN06103 | 006054P001-1467A-093<br>CIN06104 |
| 006055P001-1467A-093<br>CIN06105 | 006056P001-1467A-093<br>CIN06106 | 006057P001-1467A-093<br>CIN06107 | 006058P003-1467A-093<br>CIN06108 |
| 006058S001-1467A-093<br>CIN06108 | 006059P001-1467A-093<br>CIN06109 | 006060P001-1467A-093<br>CIN06110 | 006061P001-1467A-093<br>CIN06111 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006062P002-1467A-093<br>CIN06112 | 006063P001-1467A-093<br>CIN06113 | 006064P001-1467A-093<br>CIN06114 | 006065P001-1467A-093<br>CIN06115 |
| 006066P001-1467A-093<br>CIN06116 | 006067P001-1467A-093<br>CIN06117 | 006068P001-1467A-093<br>CIN06118 | 006069P001-1467A-093<br>CIN06119 |
| 006070P001-1467A-093<br>CIN06120 | 006071P001-1467A-093<br>CIN06121 | 006072P001-1467A-093<br>CIN06122 | 006073P001-1467A-093<br>CIN06123 |
| 006074P002-1467A-093<br>CIN06124 | 006721P002-1467A-093<br>CIN06124 | 006075P002-1467A-093<br>CIN06125 | 006076P001-1467A-093<br>CIN06126 |
| 006077P002-1467A-093<br>CIN06127 | 006078P001-1467A-093<br>CIN06128 | 006079P001-1467A-093<br>CIN06129 | 006080P001-1467A-093<br>CIN06130 |
| 006081P001-1467A-093<br>CIN06131 | 006082P001-1467A-093<br>CIN06132 | 006083P001-1467A-093<br>CIN06133 | 006084P001-1467A-093<br>CIN06134 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006086P002-1467A-093<br>CIN06136 | 006087P001-1467A-093<br>CIN06137 | 006088P001-1467A-093<br>CIN06138 | 006089P001-1467A-093<br>CIN06139 |
| 006090P001-1467A-093<br>CIN06140 | 006091P001-1467A-093<br>CIN06141 | 006092P001-1467A-093<br>CIN06142 | 006093P001-1467A-093<br>CIN06143 |
| 006094P001-1467A-093<br>CIN06144 | 006095P001-1467A-093<br>CIN06145 | 006096P001-1467A-093<br>CIN06146 | 006097P002-1467A-093<br>CIN06147 |
| 006098P001-1467A-093<br>CIN06148 | 006099P001-1467A-093<br>CIN06149 | 006100P001-1467A-093<br>CIN06150 | 006101P004-1467A-093<br>CIN06151 |
| 006101S001-1467A-093<br>CIN06151 | 006102P002-1467A-093<br>CIN06152 | 006814P001-1467A-093<br>CIN06152 | 006103P001-1467A-093<br>CIN06153 |
| 006104P001-1467A-093<br>CIN06154 | 006105P001-1467A-093<br>CIN06155 | 006106P002-1467A-093<br>CIN06156 | 006107P001-1467A-093<br>CIN06157 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006108P001-1467A-093<br>CIN06158 | 006109P001-1467A-093<br>CIN06159 | 006110P001-1467A-093<br>CIN06160 | 006111P001-1467A-093<br>CIN06161 |
| 006112P001-1467A-093<br>CIN06162 | 006113P001-1467A-093<br>CIN06163 | 006114P001-1467A-093<br>CIN06164 | 006115P002-1467A-093<br>CIN06165 |
| 006116P001-1467A-093<br>CIN06166 | 006117P001-1467A-093<br>CIN06167 | 006118P001-1467A-093<br>CIN06168 | 006119P001-1467A-093<br>CIN06169 |
| 006120P001-1467A-093<br>CIN06170 | 006121P002-1467A-093<br>CIN06171 | 006122P001-1467A-093<br>CIN06172 | 006123P001-1467A-093<br>CIN06173 |
| 006124P002-1467A-093<br>CIN06174 | 006125P001-1467A-093<br>CIN06175 | 006126P001-1467A-093<br>CIN06176 | 006127P001-1467A-093<br>CIN06177 |
| 006128P001-1467A-093<br>CIN06178 | 006129P001-1467A-093<br>CIN06179 | 006130P003-1467A-093<br>CIN06180 | 006130S001-1467A-093<br>CIN06180 |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006131P002-1467A-093<br>CIN06181 | 006952P001-1467A-093<br>CIN06181 | 006132P001-1467A-093<br>CIN06182 | 006133P002-1467A-093<br>CIN06183 |
| 006134P001-1467A-093<br>CIN06184 | 006135P001-1467A-093<br>CIN06185 | 006136P001-1467A-093<br>CIN06186 | 006137P002-1467A-093<br>CIN06187 |
| 006138P001-1467A-093<br>CIN06188 | 006139P001-1467A-093<br>CIN06189 | 006140P001-1467A-093<br>CIN06190 | 006141P001-1467A-093<br>CIN06191 |
| 006142P001-1467A-093<br>CIN06192 | 006143P002-1467A-093<br>CIN06193 | 006144P001-1467A-093<br>CIN06194 | 006145P001-1467A-093<br>CIN06195 |
| 006146P001-1467A-093<br>CIN06196 | 006147P001-1467A-093<br>CIN06197 | 006148P001-1467A-093<br>CIN06198 | 006149P002-1467A-093<br>CIN06199 |
| 006150P001-1467A-093<br>CIN06200 | 006151P001-1467A-093<br>CIN06201 | 006152P001-1467A-093<br>CIN06202 | 006153P001-1467A-093<br>CIN06203 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006154P001-1467A-093<br>CIN06204 | 006155P001-1467A-093<br>CIN06205 | 006156P001-1467A-093<br>CIN06206 | 006157P002-1467A-093<br>CIN06207 |
| 006158P001-1467A-093<br>CIN06208 | 006159P001-1467A-093<br>CIN06209 | 006160P001-1467A-093<br>CIN06210 | 006161P001-1467A-093<br>CIN06211 |
| 006162P001-1467A-093<br>CIN06212 | 006163P001-1467A-093<br>CIN06213 | 006164P002-1467A-093<br>CIN06214 | 006165P001-1467A-093<br>CIN06215 |
| 006166P002-1467A-093<br>CIN06216 | 006167P002-1467A-093<br>CIN06217 | 006168P003-1467A-093<br>CIN06218 | 006169P001-1467A-093<br>CIN06219 |
| 006170P002-1467A-093<br>CIN06220 | 006171P001-1467A-093<br>CIN06221 | 006172P002-1467A-093<br>CIN06222 | 006173P001-1467A-093<br>CIN06223 |
| 006174P001-1467A-093<br>CIN06224 | 006175P001-1467A-093<br>CIN06225 | 006176P001-1467A-093<br>CIN06226 | 006177P001-1467A-093<br>CIN06227 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006178P001-1467A-093<br>CIN06228 | 006179P002-1467A-093<br>CIN06229 | 006842P001-1467A-093<br>CIN06229 | 006180P001-1467A-093<br>CIN06230 |
| 006181P001-1467A-093<br>CIN06231 | 006182P001-1467A-093<br>CIN06232 | 006183P001-1467A-093<br>CIN06233 | 000017P001-1467A-093<br>CIN06234 |
| 006184P001-1467A-093<br>CIN06235 | 006185P001-1467A-093<br>CIN06236 | 006186P001-1467A-093<br>CIN06237 | 006187P001-1467A-093<br>CIN06238 |
| 006188P001-1467A-093<br>CIN06239 | 006189P001-1467A-093<br>CIN06240 | 006190P001-1467A-093<br>CIN06241 | 006191P002-1467A-093<br>CIN06242 |
| 006192P001-1467A-093<br>CIN06243 | 006193P001-1467A-093<br>CIN06244 | 006194P001-1467A-093<br>CIN06245 | 006195P001-1467A-093<br>CIN06246 |
| 006196P001-1467A-093<br>CIN06247 | 006197P001-1467A-093<br>CIN06248 | 006198P001-1467A-093<br>CIN06249 | 006199P001-1467A-093<br>CIN06250 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006200P001-1467A-093<br>CIN06251 | 006201P001-1467A-093<br>CIN06252 | 006202P001-1467A-093<br>CIN06253 | 006203P001-1467A-093<br>CIN06254 |
| 006204P001-1467A-093<br>CIN06255 | 006205P001-1467A-093<br>CIN06256 | 006206P002-1467A-093<br>CIN06257 | 006207P002-1467A-093<br>CIN06258 |
| 006388P001-1467A-093<br>CIN06258 | 006208P001-1467A-093<br>CIN06259 | 006209P001-1467A-093<br>CIN06260 | 006210P001-1467A-093<br>CIN06261 |
| 006211P001-1467A-093<br>CIN06262 | 006212P001-1467A-093<br>CIN06263 | 006213P001-1467A-093<br>CIN06264 | 006214P001-1467A-093<br>CIN06265 |
| 006215P001-1467A-093<br>CIN06266 | 006216P001-1467A-093<br>CIN06267 | 006217P001-1467A-093<br>CIN06268 | 006218P001-1467A-093<br>CIN06269 |
| 006219P001-1467A-093<br>CIN06270 | 006220P001-1467A-093<br>CIN06271 | 006221P001-1467A-093<br>CIN06272 | 006222P001-1467A-093<br>CIN06273 |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

04/20/2021 06:38:00 PM

| | | | |
|---|---|---|---|
| 006223P001-1467A-093<br>CIN06274 | 006224P001-1467A-093<br>CIN06275 | 006225P001-1467A-093<br>CIN06276 | 006226P002-1467A-093<br>CIN06277 |
| 006227P001-1467A-093<br>CIN06278 | 006228P001-1467A-093<br>CIN06279 | 006641P003-1467A-093<br>CIN06280 | 006819P001-1467A-093<br>CIN06281 |
| 006908P001-1467A-093<br>CIN06282 | 006831P001-1467A-093<br>CIN06283 | 006980P003-1467A-093<br>CIN06284 | 006981P002-1467A-093<br>CIN06285 |
| 007004P002-1467A-093<br>CIN06286 | 006795P002-1467A-093<br>CIN06287 | 006870P001-1467A-093<br>CIN06288 | 006975P001-1467A-093<br>CIN06289 |
| 006911P001-1467A-093<br>CIN06290 | 007069P003-1467A-093<br>CIN06599 | 007082P002-1467A-093<br>CIN06600 | 007068S001-1467A-093<br>CIN06601 |
| 007084P002-1467A-093<br>CIN06602 | 007083P001-1467A-093<br>CIN06603 | 007094P001-1467A-093<br>CIN06604 | 000018P001-1467S-093<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE<br>19803<br>SCOTT.COUSINS@COUSINS-LAW.COM |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

000036P001-1467S-093
DCP CAPITAL
KEVIN HU
KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA  VG1110
BRITISH VIRGIN ISLANDS
KEVIN@DCP.CAPITAL

000014P001-1467S-093
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000008P001-1467S-093
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000004P001-1467S-093
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000060P001-1467S-093
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA BRITISH VIRGIN
LINDSAY@DCP.CAPITAL

000055P001-1467S-093
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801-1621
PATRICK.JACKSON@FAEGREDRINKER.COM

000056P001-1467S-093
FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS IN 46240
DUSTIN.DENEAL@FAEGREDRINKER.COM

000059P001-1467S-093
FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK NY 10022
HOLLACE.COHEN@FISHERBROYLES.COM

000075P001-1467S-093
FOLEY & LARDNER LLP
JOANNE MOLINARO;GEOFFREY S GOODMAN
321 N CLARK ST.,STE 3000
CHICAGO IL 60654
JMOLINARO@FOLEY.COM

000075P001-1467S-093
FOLEY & LARDNER LLP
JOANNE MOLINARO;GEOFFREY S GOODMAN
321 N CLARK ST.,STE 3000
CHICAGO IL 60654
GGOODMAN@FOLEY.COM

000072P001-1467S-093
FOX ROTHSCHILD LLP
KEITH C OWENS
10250 CONSTELLATION BLVD.,STE 900
LOS ANGELES CA 90067
KOWENS@FOXROTHSCHILD.COM

000073P001-1467S-093
FOX ROTHSCHILD LLP
SETH A NIEDERMAN
919 NORTH MARKET ST.,STE 300
WILMINGTON DE 19899-2323
SNIEDERMAN@FOXROTHSCHILD.COM

000065P001-1467S-093
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-093
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-093
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000076P001-1467S-093
LEVENE NEALE BENDER YOO & BRILL LLP
DAVID B GOLUBCHIK
10250 CONSTELLATION BLVD STE 1700
LOS ANGELES CA 90067
DBG@LNBYB.COM

000061P001-1467S-093
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P002-1467S-093
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P002-1467S-093
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000062P002-1467S-093
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
JBEVANS@MWE.COM

000063P001-1467S-093
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000027P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P002-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000029P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000031P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000033P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000035P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000038P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000040P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000042P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000045P002-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000047P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000049P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000053P001-1467S-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006994P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

## Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006995P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006996P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006997P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 006998P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 006999P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007000P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007001P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 007002P001-1467A-093<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

007003P001-1467A-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007050P001-1467A-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

007051P001-1467A-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-093
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-093
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-093
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-093
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-093
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-093
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000078P001-1467S-093
THE BIFFERATO FIRM P.A.
IAN CONNOR BIFFERATO,ESQ
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
CBIFFERATO@TBF.LEGAL

000052P001-1467S-093
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-093
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

**Records Printed :** **6716**

**EXHIBIT 2**

# Cred Inc., et al.
## Exhibit Pages

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 006270P001-1467A-093<br>100 ACRE CRED OPPORTUNITIES FUND LTD<br>650 CALIFORNIA ST<br>STE 05-128<br>SAN FRANCISCO CA 94108 | 006461P001-1467A-093<br>10CLOUDS<br>LUKASZ GORCZYNSKI<br>BILLING SPECIALIST<br>UL PRZESKOK 2<br>WARSZAWA 00-032<br>POLAND | 007090P001-1467A-093<br>10CLOUDS SP ZOO<br>FINLANDZKA 10 03-903<br>WARSAW<br>POLAND | 006267P003-1467A-093<br>2121 SEC TT LLC<br>SCANLANKEMPERBARD COMPANIES LLC<br>ATTN: ASSET MANAGER, TOWER PLAZA<br>222 SW COLUMBIA ST STE 700<br>PORTLAND OR 97201 |
| 006267S001-1467A-093<br>2121 SEC TT LLC<br>SCHWABE WILLIAMSON & WYATT, P.C.<br>JOHN GUINASSO<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE, STE 1700<br>PORTLAND OR 97204 | 006267S002-1467A-093<br>2121 SEC TT LLC<br>TOWER PLAZA TOWER<br>LINCOLN PROPERTY COMPANY<br>2121 S EL CAMINO REAL<br>BLDG D SUITE 200<br>SAN MATEO CA 94403 | 006469P001-1467A-093<br>2655316 ONTARIO INC<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA | 006422P001-1467A-093<br>6C MARKETING<br>VAT NUMBER: 30-71584936-0<br>LIBERTAD 443 - 6C<br>BUENOS AIRES  1012<br>ARGENTINA |
| 007060P001-1467A-093<br>AARON M HEPP<br>5609 AXBRIDGE RD<br>LOUISVILLE KY 40216 | 006446P001-1467A-093<br>ABM INDUSTRY GROUPS<br>KATHRINE MORITZ<br>ASSISTANT PROPERTY MANAGER<br>15301 VENTURA BLVD<br>STE 360<br>SHERMAN OAKS CA 91403 | 007011P001-1467A-093<br>ACCUSOURCE INC<br>1181 CALIFORNIA AVE STE 240<br>CORONA CA 92881-7298 | 007012P001-1467A-093<br>ADOBE INC<br>345 PK AVE<br>SAN JOSE CA 95110-2704 |
| 006277P002-1467A-093<br>AHP 1<br>A SERIES OF AHP INVESTMENT LP<br>BELLTOWER FUND GROUP<br>PO BOX 3217<br>SEATTLE WA 98114 | 007010P002-1467A-093<br>AHP I<br>A SERIES OF AHP INVESTMENTS LP<br>PO BOX 3217<br>SEATTLE WA 98114 | 006414P001-1467A-093<br>AIRBITZ DBA EDGE<br>311 4TH AVE #413<br>SAN DIEGO CA 92101 | 006658P001-1467A-093<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 |
| 006491P001-1467A-093<br>ALABAMA DEPT OF REVENUE<br>50 NORTH RIPLEY ST<br>MONTGOMERY AL 36132 | 006659P001-1467A-093<br>ALASKA ATTORNEY GENERAL<br>KEVIN G CLARKSON<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994 | 006492P001-1467A-093<br>ALASKA/JUNEAU COMMISSIONER'S OFFICE<br>PO BOX 110400<br>JUNEAU AK 99811-0400 | 006354P001-1467A-093<br>CRISTIANE ALESSI FERREIRA<br>ADDRESS INTENTIONALLY OMITTED |
| 006281P002-1467A-093<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LINCENBERG AND RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S001-1467A-093<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S002-1467A-093<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED | 006281S003-1467A-093<br>JAMES ALEXANDER<br>ADDRESS INTENTIONALLY OMITTED |
| 006281S004-1467A-093<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S005-1467A-093<br>JAMES ALEXANDER<br>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS<br>LICENBERG & RHOW PC<br>ADDRESS INTENTIONALLY OMITTED | 006281S006-1467A-093<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER<br>ADDRESS INTENTIONALLY OMITTED | 006281S007-1467A-093<br>JAMES ALEXANDER<br>BUCHANAN INGERSOLL & ROONEY PC<br>KODY M SPARKS<br>ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 007100P001-1467A-093<br>JAMES ALEXANDER<br>MARK PFIEFFER ESQ<br>ADDRESS INTENTIONALLY OMITTED | 007425P001-1467A-093<br>JAMES ALEXANDER<br>13535 VENTURA BLVD<br>STE C PMB 405<br>SHERMAN OAKS CA 91423 | 006274P001-1467A-093<br>ALGO CAPITAL MASTER FUND LP<br>AKA BORDERLESS CAPITAL<br>CRAIGMUIR CHAMBERS<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 007428P001-1467A-093<br>ALGO CAPITAL MASTER FUND LP<br>NELSON MULLINS RILEY AND SCARBOROUGH LLP<br>JOSHUA H STEIN<br>201 17TH ST NW STE 1700<br>ATLANTA GA 30363 |
| 007429P001-1467A-093<br>ALGO CAPITAL MASTER FUND LP<br>NELSON MULLINS RILEY AND SCARBOROUGH LLP<br>JOSHUA H STEIN<br>201 17TH ST NW STE 1700<br>ATLANTA GA 30363 | 006758P001-1467A-093<br>AMAZON WEB SVC<br>410 TERRY AVE NORTH<br>SEATTLE WA 98109 | 006460P001-1467A-093<br>AMBER TECHNOLOGIES LIMITED<br>TIANTIAN KULLANDER<br>WICKHAMS CAY II<br>ROAD TOWN TORTOLA  VG 1110<br>BRITISH VIRGIN ISLANDS | 006440P001-1467A-093<br>ANCHORAGE TRUST CO<br>MATHEW PUKALO<br>CLIENT EXPERIENCE MANAGER<br>4901 S ISABEL PL<br>STE 200<br>SIOUX FALLS SD 57101 |
| 006782P001-1467A-093<br>ANGELROCK<br>CHRIS SPADAFORA<br>21 NELSON ST<br>TORONTO ON M5V 3H9<br>CANADA | 006480P001-1467A-093<br>ANTHEM INC<br>220 VIRGINIA AVE<br>INDIANAPOLIS IN 46204 | 006764P001-1467A-093<br>ANVIL ADVISOR<br>55 BROADWAY 4TH FLOOR<br>NEW YORK NY 10006 | 006283P001-1467A-093<br>ARCTOS CAPITAL CRYPTOASSET CREDIT FUND L<br>2443 FILLMORE ST STE 406<br>SAN FRANCISCO CA 94115 |
| 006468P001-1467A-093<br>ARENDT<br>41A AVE JF KENNEDY<br>LUXEMBOURG  L-2082<br>LUXEMBOURG | 006660P001-1467A-093<br>ARIZONA ATTORNEY GENERAL<br>MARK BRNOVICH<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007 | 000013P001-1467S-093<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 006493P001-1467A-093<br>ARIZONA DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX AZ 85007 |
| 006661P001-1467A-093<br>ARKANSAS ATTORNEY GENERAL<br>LESLIE RUTLEDGE<br>323 CENTER ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 | 006401P001-1467A-093<br>ARKANSAS DEPT OF FINANCE AND ADMIN<br>1509 W 7TH ST<br>LITTLE ROCK AR 72201 | 006494P001-1467A-093<br>ARKANSAS DEPT OF FINANCE AND ADMINISTRATION<br>700 W CAPITOL<br>LITTLE ROCK AR 72201 | 006400P001-1467A-093<br>ARKANSAS SECRETARY OF STATE<br>STATE CAPITOL SUITE 256<br>500 WOODLANE STREET<br>LITTLE ROCK AR 72201 |
| 006785P001-1467A-093<br>ARKONIS CAPITAL LTD<br>8 DUNCANNON ST<br>STE 218<br>LONDON  WC2N 4JF<br>UNITED KINGDOM | 006467P001-1467A-093<br>ARMANINO LLP<br>DIANA NAMAULEG<br>BILLING ADMINISTRATOR<br>50 W SAN FERNANDO ST<br>STE 600<br>SAN JOSE CA 95113-2433 | 006891P001-1467A-093<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006891S001-1467A-093<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |
| 006891S002-1467A-093<br>ARRINGTON CAPITAL MANAGEMENT<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890P001-1467A-093<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>TIMOTHY B FITZGERALD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S001-1467A-093<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>AI-LI CHIONG-MARTINSON<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 | 006890S002-1467A-093<br>ARRINGTON XRP APITAL CAYMAN SPV LTD<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>CHARLES WITTMAN-TODD<br>600 UNIVERSITY STREET SUITE 2700<br>SEATTLE WA 98101 |

# Cred Inc., et al.
## Exhibit Pages

006459P001-1467A-093
ASCALEX
2445 AUGUSTINE DR STE 150
SANTA CLARA CA 95054

007013P001-1467A-093
ATLASSIAN
HERBERT SMITH FREEHILLS LLP
EXCHANGE HOUSE
PRIMROSE ST
LONDON  EC2A 2EG
UNITED KINGDOM

007014P001-1467A-093
AUTOPILOTHQ INC
149 NEW MONTGOMERY ST
SAN FRANCISCO CA 94105-3739

006269P001-1467A-093
AX MOMENTUM LP
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

0071103P001-1467A-093
AXIS INSURANCE
CLAIMS DEPT
ADDRESS INTENTIONALLY OMITTED

006391P001-1467A-093
AXIS INSURANCE CO
11680 GREAT OAKS WAY
STE 500
ALPHARETTA GA 30022

006741P001-1467A-093
TRUPTI BALEKUND
ADDRESS INTENTIONALLY OMITTED

006285P001-1467A-093
BANK OF AMERICA NA
555 CALIFORNIA ST 6TH FLOOR
SAN FRANCISCO CA 94104

006285S001-1467A-093
BANK OF AMERICA NA
HAYNES & BOONE, LLP
ATTN: ANNIE CHEN
2323 VICTORY AVE., SUITE 700
DALLAS TX 75219

007440P001-1467A-093
BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899

006444P001-1467A-093
JOHN BARR
ADDRESS INTENTIONALLY OMITTED

006726P001-1467A-093
BAY AREA WINDOW DRESSING
10 MOUNDS RD # 3C
SAN MATEO CA 94402

006355P001-1467A-093
JOSHUA BEARDSLEY
ADDRESS INTENTIONALLY OMITTED

006433P001-1467A-093
BERKE
KIRSTEN STEELE
2970 PEACHTREE RD NW
STE 300
ATLANTA GA 30305

006458P001-1467A-093
BETTERSOURCE
33 NORTH FIRST ST
STE C2
CAMPBELL CA 95008

006356P001-1467A-093
DHIRAJ BHAT
ADDRESS INTENTIONALLY OMITTED

006409P001-1467A-093
BITANGELS
1250 AVENIDA JUAN PONCE DE LEON
THIRD FL
SAN JUAN PR 00907

006441P001-1467A-093
BITGO
6216 S PINNACLE PL
STE 101
SIOUX FALLS SD 57108

006411P001-1467A-093
BITPIE LIMITED
SECOND FL CAPITAL CITY INDEPENDENCE AVE
PO BOX 1008
VICTORIA, MAHE
SEYCHELLES

006781P001-1467A-093
BITTEMPLE
THREE EMBARCADERO CTR STE P5
SAN FRANCISCO CA 94111

006769P001-1467A-093
BITTREX INTERNATIONAL GMBH
800 5TH AVE
SEATTLE WA 98104

006430P001-1467A-093
BLACKLANE
FEURIGSTR 59
BERLIN  10827
GERMANY

006892P001-1467A-093
BLOCKCHAIN AT BERKELEY
110 SPROUL HALL #5800
BERKELEY CA 94720

006272P001-1467A-093
BLOCKFILLS
RELIZ LTD
2 N LASALLE ST 13TH FLOOR
CHICAGO IL 60602

006457P001-1467A-093
BLOCKPR/BLOCKGROUP
ADDISON HUEGEL
1 BLACKFIELD DR 188
TIBURON CA 94920

006278P001-1467A-093
BORDERLESS CAPITAL
CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA  VG 1110
BRITISH VIRGIN ISLANDS

007089P001-1467A-093
BREX
405 HOWARD ST STE 200
SAN FRANCISCO CA 94105

006442P001-1467A-093
BROOK FURNITURE RENTAL
LEASE #:1016508997
CUSTOMER #: 1016508997
100 N FIELD DR
STE 220
LAKE FOREST IL 60045

# Cred Inc., et al.
## Exhibit Pages

007015P001-1467A-093
BROOK FURNITURE RENTAL
100 N FIELD DR STE 220
LAKE FOREST IL 60045

006463P001-1467A-093
BRYAN CAVE LEIGHTON PAISNER LLP
BENJAMIN SAUL
1155 F ST NW
WASHINGTON DC 20004-1357

007076P001-1467A-093
BUCHANAN INGERSOLL AND ROONEY PC
MARK PFEIFFER
50 S 16TH STREET SUITE 3200
PHILADELPHIA PA 19102-2555

006901P001-1467A-093
BUSINESS WIRE INC
101 CALIFORNIA ST
20TH FLOOR
SAN FRANCISCO CA 94111

006495P002-1467A-093
CA- FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

007016P001-1467A-093
CALENDLY LLC
271 17TH ST NW STE 1000
ATLANTA GA 30363-6201

006662P001-1467A-093
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

006479P001-1467A-093
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880 MIC 83
SACRAMENTO CA 94280-0001

006549P001-1467A-093
CALIFORNIA LABOR AND WORKFORCE
DEVELOPMENT AGENCY
DIRECTOR
800 CAPITOL MALL
STE 5000
SACRAMENTO CA 95814

006496P001-1467A-093
CALIFORNIA STATE BOARD OF EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

007441P001-1467A-093
CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY UT 84131

006757P001-1467A-093
CARNEROS RESORT AND SPA
4048 SONOMA HWY
NAPA CA 94139

006777P001-1467A-093
CDW DIRECT
PO BOX 75723
CHICAGO IL 96790

006357P001-1467A-093
PAWAN CHAWLA
ADDRESS INTENTIONALLY OMITTED

006745P001-1467A-093
CHRISTEN INTERIORS
220 LOS CERROS DR
KENTFIELD CA 60675

006259P003-1467A-093
CIN00001

000025P002-1467A-093
CIN00009

000026P002-1467A-093
CIN00010

000032P002-1467A-093
CIN00016

006342P002-1467A-093
CIN00021

006342S001-1467A-093
CIN00021

000041P002-1467A-093
CIN00026

000046P002-1467A-093
CIN00031

000056P002-1467A-093
CIN00042

000058P002-1467A-093
CIN00044

000060P002-1467A-093
CIN00046

000066P003-1467A-093
CIN00052

000070P002-1467A-093
CIN00056

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000086P002-1467A-093<br>CIN00072 | 000090P002-1467A-093<br>CIN00076 | 000091P002-1467A-093<br>CIN00077 | 000102P002-1467A-093<br>CIN00088 |
| 000110P002-1467A-093<br>CIN00096 | 006262P003-1467A-093<br>CIN00099 | 006346P001-1467A-093<br>CIN00126 | 000142P002-1467A-093<br>CIN00130 |
| 000146P002-1467A-093<br>CIN00134 | 000175P002-1467A-093<br>CIN00163 | 000003P002-1467A-093<br>CIN00167 | 000179P002-1467A-093<br>CIN00168 |
| 000192P002-1467A-093<br>CIN00181 | 000195P003-1467A-093<br>CIN00184 | 000200P003-1467A-093<br>CIN00190 | 000201P002-1467A-093<br>CIN00191 |
| 000218P002-1467A-093<br>CIN00208 | 000222P002-1467A-093<br>CIN00212 | 000240P002-1467A-093<br>CIN00229 | 000252P003-1467A-093<br>CIN00241 |
| 006343P001-1467A-093<br>CIN00247 | 000258P002-1467A-093<br>CIN00248 | 000276P002-1467A-093<br>CIN00266 | 000280P002-1467A-093<br>CIN00270 |
| 000283P002-1467A-093<br>CIN00273 | 000284P002-1467A-093<br>CIN00274 | 000293P002-1467A-093<br>CIN00283 | 006349P001-1467A-093<br>CIN00284 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000295P002-1467A-093<br>CIN00286 | 000303P003-1467A-093<br>CIN00294 | 000303S001-1467A-093<br>CIN00294 | 000320P002-1467A-093<br>CIN00311 |
| 000327P002-1467A-093<br>CIN00318 | 000329P002-1467A-093<br>CIN00320 | 000330P003-1467A-093<br>CIN00321 | 000354P002-1467A-093<br>CIN00345 |
| 000357P003-1467A-093<br>CIN00348 | 000363P003-1467A-093<br>CIN00354 | 000379P002-1467A-093<br>CIN00370 | 000389P002-1467A-093<br>CIN00380 |
| 000391P002-1467A-093<br>CIN00382 | 000394P002-1467A-093<br>CIN00385 | 000402P002-1467A-093<br>CIN00393 | 000405P003-1467A-093<br>CIN00396 |
| 000408P002-1467A-093<br>CIN00399 | 000410P002-1467A-093<br>CIN00401 | 000433P002-1467A-093<br>CIN00424 | 000434P002-1467A-093<br>CIN00425 |
| 000436P002-1467A-093<br>CIN00427 | 000438P002-1467A-093<br>CIN00429 | 000443P002-1467A-093<br>CIN00434 | 000445P002-1467A-093<br>CIN00436 |
| 007062P001-1467A-093<br>CIN00436 | 000451P002-1467A-093<br>CIN00442 | 000459P002-1467A-093<br>CIN00450 | 000462P003-1467A-093<br>CIN00453 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000462S001-1467A-093<br>CIN00453 | 006230P002-1467A-093<br>CIN00454 | 000463P002-1467A-093<br>CIN00455 | 000467P002-1467A-093<br>CIN00459 |
| 000474P002-1467A-093<br>CIN00466 | 000475P002-1467A-093<br>CIN00467 | 000476P002-1467A-093<br>CIN00468 | 000478P002-1467A-093<br>CIN00470 |
| 006231P002-1467A-093<br>CIN00476 | 000487P002-1467A-093<br>CIN00480 | 000496P002-1467A-093<br>CIN00489 | 000499P002-1467A-093<br>CIN00492 |
| 000515P002-1467A-093<br>CIN00508 | 000524P002-1467A-093<br>CIN00517 | 000527P002-1467A-093<br>CIN00520 | 000528P002-1467A-093<br>CIN00521 |
| 007448P000-1467A-093<br>CIN00521 | 000529P002-1467A-093<br>CIN00522 | 000542P002-1467A-093<br>CIN00535 | 000543P002-1467A-093<br>CIN00536 |
| 000545P002-1467A-093<br>CIN00538 | 000580P002-1467A-093<br>CIN00574 | 000582P002-1467A-093<br>CIN00576 | 000583P002-1467A-093<br>CIN00578 |
| 000587P002-1467A-093<br>CIN00582 | 000589P002-1467A-093<br>CIN00584 | 000595P002-1467A-093<br>CIN00590 | 000602P002-1467A-093<br>CIN00597 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006352P001-1467A-093<br>CIN00599 | 000607P002-1467A-093<br>CIN00603 | 000610P002-1467A-093<br>CIN00606 | 000613P002-1467A-093<br>CIN00609 |
| 000614P002-1467A-093<br>CIN00610 | 000615P002-1467A-093<br>CIN00611 | 000616P002-1467A-093<br>CIN00612 | 000617P002-1467A-093<br>CIN00613 |
| 000620P002-1467A-093<br>CIN00616 | 000629P002-1467A-093<br>CIN00625 | 000630P002-1467A-093<br>CIN00626 | 000637P002-1467A-093<br>CIN00633 |
| 000643P002-1467A-093<br>CIN00639 | 000647P002-1467A-093<br>CIN00643 | 000656P002-1467A-093<br>CIN00652 | 000656S001-1467A-093<br>CIN00652 |
| 000658P002-1467A-093<br>CIN00654 | 000661P002-1467A-093<br>CIN00657 | 000665P002-1467A-093<br>CIN00661 | 000667P002-1467A-093<br>CIN00663 |
| 000674P002-1467A-093<br>CIN00670 | 007061P001-1467A-093<br>CIN00670 | 000692P002-1467A-093<br>CIN00688 | 000701P002-1467A-093<br>CIN00697 |
| 000703P002-1467A-093<br>CIN00699 | 006347P001-1467A-093<br>CIN00705 | 000710P002-1467A-093<br>CIN00707 | 000719P002-1467A-093<br>CIN00716 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000722P002-1467A-093<br>CIN00719 | 000730P002-1467A-093<br>CIN00727 | 000753P002-1467A-093<br>CIN00750 | 000755P002-1467A-093<br>CIN00752 |
| 006339P001-1467A-093<br>CIN00756 | 000762P002-1467A-093<br>CIN00760 | 000769P002-1467A-093<br>CIN00767 | 000773P002-1467A-093<br>CIN00771 |
| 000775P002-1467A-093<br>CIN00773 | 000784P002-1467A-093<br>CIN00783 | 000785P002-1467A-093<br>CIN00784 | 000786P002-1467A-093<br>CIN00785 |
| 000793P002-1467A-093<br>CIN00792 | 000799P002-1467A-093<br>CIN00798 | 000805P002-1467A-093<br>CIN00804 | 000808P002-1467A-093<br>CIN00807 |
| 000815P002-1467A-093<br>CIN00814 | 000834P002-1467A-093<br>CIN00832 | 000836P002-1467A-093<br>CIN00834 | 000837P002-1467A-093<br>CIN00835 |
| 000840P002-1467A-093<br>CIN00838 | 000843P002-1467A-093<br>CIN00841 | 000846P002-1467A-093<br>CIN00844 | 000850P002-1467A-093<br>CIN00848 |
| 000851P002-1467A-093<br>CIN00849 | 000862P002-1467A-093<br>CIN00860 | 000863P002-1467A-093<br>CIN00861 | 000865P002-1467A-093<br>CIN00863 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000871P005-1467A-093<br>CIN00869 | 000871S001-1467A-093<br>CIN00869 | 000872P002-1467A-093<br>CIN00870 | 000878P002-1467A-093<br>CIN00876 |
| 000911P002-1467A-093<br>CIN00909 | 000921P002-1467A-093<br>CIN00919 | 000925P002-1467A-093<br>CIN00923 | 000928P002-1467A-093<br>CIN00926 |
| 000938P003-1467A-093<br>CIN00936 | 000949P002-1467A-093<br>CIN00947 | 000950P002-1467A-093<br>CIN00948 | 000963P002-1467A-093<br>CIN00961 |
| 000983P002-1467A-093<br>CIN00981 | 000992P003-1467A-093<br>CIN00990 | 001004P002-1467A-093<br>CIN01002 | 001005P002-1467A-093<br>CIN01003 |
| 001008P002-1467A-093<br>CIN01006 | 001009P002-1467A-093<br>CIN01007 | 001020P002-1467A-093<br>CIN01018 | 001044P002-1467A-093<br>CIN01041 |
| 000012P002-1467A-093<br>CIN01043, CIN01044, CIN04542, CIN05311, CIN05312 | 001056P002-1467A-093<br>CIN01053 | 001057P002-1467A-093<br>CIN01054 | 001058P002-1467A-093<br>CIN01055 |
| 001063P002-1467A-093<br>CIN01060 | 001068P003-1467A-093<br>CIN01065 | 001069P002-1467A-093<br>CIN01066 | 001070P002-1467A-093<br>CIN01067 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001076P003-1467A-093<br>CIN01073 | 001083P002-1467A-093<br>CIN01080 | 001089P002-1467A-093<br>CIN01086 | 001093P002-1467A-093<br>CIN01090 |
| 001099P002-1467A-093<br>CIN01095 | 001103P002-1467A-093<br>CIN01099 | 001105P002-1467A-093<br>CIN01101 | 001107P002-1467A-093<br>CIN01103 |
| 001113P002-1467A-093<br>CIN01109 | 001114P002-1467A-093<br>CIN01110 | 001125P002-1467A-093<br>CIN01121 | 001131P002-1467A-093<br>CIN01127 |
| 001133P002-1467A-093<br>CIN01129 | 001134P002-1467A-093<br>CIN01130 | 001135P003-1467A-093<br>CIN01131 | 001139P002-1467A-093<br>CIN01135 |
| 001140P003-1467A-093<br>CIN01136 | 001144P002-1467A-093<br>CIN01140 | 001149P002-1467A-093<br>CIN01145 | 001150P002-1467A-093<br>CIN01146 |
| 001154P002-1467A-093<br>CIN01150 | 001160P002-1467A-093<br>CIN01156 | 001161P002-1467A-093<br>CIN01157 | 001170P002-1467A-093<br>CIN01166 |
| 001185P002-1467A-093<br>CIN01181 | 001196P002-1467A-093<br>CIN01192 | 001200P003-1467A-093<br>CIN01196 | 001201P002-1467A-093<br>CIN01197 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 001203P004-1467A-093<br>CIN01199 | 001205P002-1467A-093<br>CIN01201 | 001206P002-1467A-093<br>CIN01202 | 001208P002-1467A-093<br>CIN01204 |
| 001226P002-1467A-093<br>CIN01222 | 001229P002-1467A-093<br>CIN01225 | 001236P002-1467A-093<br>CIN01232 | 001251P002-1467A-093<br>CIN01247 |
| 001253P002-1467A-093<br>CIN01249 | 001255P002-1467A-093<br>CIN01251 | 001259P004-1467A-093<br>CIN01255 | 001260P003-1467A-093<br>CIN01256 |
| 001260S001-1467A-093<br>CIN01256 | 001268P002-1467A-093<br>CIN01264 | 001280P003-1467A-093<br>CIN01276 | 001281P002-1467A-093<br>CIN01277 |
| 001285P002-1467A-093<br>CIN01281 | 001288P002-1467A-093<br>CIN01284 | 001291P002-1467A-093<br>CIN01287 | 001297P002-1467A-093<br>CIN01293 |
| 001298P002-1467A-093<br>CIN01294 | 001299P002-1467A-093<br>CIN01295 | 001300P002-1467A-093<br>CIN01296 | 001301P002-1467A-093<br>CIN01297 |
| 001305P002-1467A-093<br>CIN01301 | 001319P003-1467A-093<br>CIN01315 | 001330P002-1467A-093<br>CIN01326 | 001331P003-1467A-093<br>CIN01327 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006846S001-1467A-093<br>CIN01327 | 001336P002-1467A-093<br>CIN01332 | 001342P002-1467A-093<br>CIN01338 | 001354P002-1467A-093<br>CIN01352 |
| 001358P002-1467A-093<br>CIN01356 | 001359P002-1467A-093<br>CIN01357 | 001365P002-1467A-093<br>CIN01363 | 001372P003-1467A-093<br>CIN01370 |
| 001379P002-1467A-093<br>CIN01377 | 001391P002-1467A-093<br>CIN01389 | 001395P002-1467A-093<br>CIN01393 | 001415P002-1467A-093<br>CIN01413 |
| 001426P002-1467A-093<br>CIN01424 | 001434P002-1467A-093<br>CIN01432 | 001441P002-1467A-093<br>CIN01439 | 001450P004-1467A-093<br>CIN01448 |
| 001450S001-1467A-093<br>CIN01448 | 001462P002-1467A-093<br>CIN01460 | 001474P002-1467A-093<br>CIN01472 | 001477P002-1467A-093<br>CIN01475 |
| 000004P002-1467A-093<br>CIN01482 | 001488P002-1467A-093<br>CIN01487 | 001492P003-1467A-093<br>CIN01491 | 007423P001-1467A-093<br>CIN01491 |
| 001499P002-1467A-093<br>CIN01498 | 001500P002-1467A-093<br>CIN01499 | 001515P002-1467A-093<br>CIN01514 | 001517P002-1467A-093<br>CIN01516 |

| | | | |
|---|---|---|---|
| 001518P002-1467A-093<br>CIN01517 | 001529P002-1467A-093<br>CIN01528 | 001530P003-1467A-093<br>CIN01529 | 001536P002-1467A-093<br>CIN01535 |
| 001540P003-1467A-093<br>CIN01539 | 001545P002-1467A-093<br>CIN01544 | 001547P002-1467A-093<br>CIN01546 | 001559P002-1467A-093<br>CIN01558 |
| 001579P002-1467A-093<br>CIN01578 | 001586P002-1467A-093<br>CIN01585 | 001593P002-1467A-093<br>CIN01592 | 001597P002-1467A-093<br>CIN01596 |
| 001598P002-1467A-093<br>CIN01597 | 001607P002-1467A-093<br>CIN01606 | 001608P002-1467A-093<br>CIN01607 | 001613P002-1467A-093<br>CIN01612 |
| 006644P004-1467A-093<br>CIN01612 | 001616P002-1467A-093<br>CIN01615 | 001618P002-1467A-093<br>CIN01617 | 001620P002-1467A-093<br>CIN01619 |
| 001621P002-1467A-093<br>CIN01620 | 001622P002-1467A-093<br>CIN01621 | 001626P004-1467A-093<br>CIN01625 | 001629P003-1467A-093<br>CIN01628 |
| 001631P002-1467A-093<br>CIN01630 | 001641P002-1467A-093<br>CIN01641 | 001643P002-1467A-093<br>CIN01643 | 001654P002-1467A-093<br>CIN01654 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 001657P002-1467A-093<br>CIN01657 | 001669P002-1467A-093<br>CIN01669 | 001672P002-1467A-093<br>CIN01672 | 001679P002-1467A-093<br>CIN01679 |
| 001681P002-1467A-093<br>CIN01681 | 001683P002-1467A-093<br>CIN01683 | 001690P002-1467A-093<br>CIN01690 | 001695P002-1467A-093<br>CIN01695 |
| 001707P002-1467A-093<br>CIN01707 | 001708P003-1467A-093<br>CIN01708 | 001709P002-1467A-093<br>CIN01709 | 001713P002-1467A-093<br>CIN01713 |
| 001719P002-1467A-093<br>CIN01719 | 001726P002-1467A-093<br>CIN01726 | 001729P002-1467A-093<br>CIN01729 | 001730P002-1467A-093<br>CIN01730 |
| 001740P002-1467A-093<br>CIN01740 | 001745P002-1467A-093<br>CIN01745 | 001747P002-1467A-093<br>CIN01747 | 001757P002-1467A-093<br>CIN01757 |
| 001769P002-1467A-093<br>CIN01769 | 001770P002-1467A-093<br>CIN01770 | 001784P002-1467A-093<br>CIN01784 | 001789P002-1467A-093<br>CIN01789 |
| 001799P002-1467A-093<br>CIN01799 | 001801P003-1467A-093<br>CIN01801 | 001803P002-1467A-093<br>CIN01803 | 001815P002-1467A-093<br>CIN01815 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001824P002-1467A-093<br>CIN01824 | 001826P002-1467A-093<br>CIN01826 | 001828P002-1467A-093<br>CIN01828 | 001833P002-1467A-093<br>CIN01833 |
| 001836P002-1467A-093<br>CIN01836 | 001839P002-1467A-093<br>CIN01839 | 001846P002-1467A-093<br>CIN01846 | 001849P003-1467A-093<br>CIN01849 |
| 001855P002-1467A-093<br>CIN01855 | 001858P002-1467A-093<br>CIN01858 | 001866P002-1467A-093<br>CIN01866 | 001871P002-1467A-093<br>CIN01871 |
| 001905P002-1467A-093<br>CIN01905 | 001936P003-1467A-093<br>CIN01936 | 001942P002-1467A-093<br>CIN01942 | 001955P003-1467A-093<br>CIN01955 |
| 001970P003-1467A-093<br>CIN01970 | 001971P002-1467A-093<br>CIN01971 | 001974P002-1467A-093<br>CIN01974 | 001997P002-1467A-093<br>CIN01997 |
| 002000P002-1467A-093<br>CIN02000 | 002004P002-1467A-093<br>CIN02004 | 002022P002-1467A-093<br>CIN02022 | 002034P002-1467A-093<br>CIN02034 |
| 002036P002-1467A-093<br>CIN02036 | 002038P002-1467A-093<br>CIN02038 | 002051P002-1467A-093<br>CIN02051 | 002056P002-1467A-093<br>CIN02056 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 002060P002-1467A-093<br>CIN02060 | 002063P002-1467A-093<br>CIN02063 | 006234P002-1467A-093<br>CIN02087 | 002095P002-1467A-093<br>CIN02096 |
| 002095S001-1467A-093<br>CIN02096 | 002104P003-1467A-093<br>CIN02106 | 002111P003-1467A-093<br>CIN02114 | 002120P002-1467A-093<br>CIN02123 |
| 002123P002-1467A-093<br>CIN02126 | 002127P002-1467A-093<br>CIN02130 | 002145P002-1467A-093<br>CIN02149 | 002151P002-1467A-093<br>CIN02155 |
| 002152P002-1467A-093<br>CIN02156 | 002153P002-1467A-093<br>CIN02157 | 002165P002-1467A-093<br>CIN02169 | 002173P002-1467A-093<br>CIN02177 |
| 002177P002-1467A-093<br>CIN02181 | 002193P002-1467A-093<br>CIN02197 | 002196P002-1467A-093<br>CIN02200 | 002207P002-1467A-093<br>CIN02211 |
| 002210P002-1467A-093<br>CIN02214 | 002233P002-1467A-093<br>CIN02237 | 002237P002-1467A-093<br>CIN02241 | 002239P002-1467A-093<br>CIN02243 |
| 002240P002-1467A-093<br>CIN02244 | 002243P002-1467A-093<br>CIN02247 | 002244P002-1467A-093<br>CIN02248 | 002250P002-1467A-093<br>CIN02254 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 002251P002-1467A-093<br>CIN02255 | 002256P002-1467A-093<br>CIN02260 | 002260P002-1467A-093<br>CIN02264 | 002262P002-1467A-093<br>CIN02266 |
| 002265P002-1467A-093<br>CIN02269 | 002270P002-1467A-093<br>CIN02274 | 002280P003-1467A-093<br>CIN02284 | 002284P003-1467A-093<br>CIN02288 |
| 002287P002-1467A-093<br>CIN02291 | 002300P002-1467A-093<br>CIN02304 | 002301P002-1467A-093<br>CIN02305 | 002308P002-1467A-093<br>CIN02312 |
| 002311P002-1467A-093<br>CIN02315 | 002314P002-1467A-093<br>CIN02318 | 002326P002-1467A-093<br>CIN02330 | 002329P003-1467A-093<br>CIN02333 |
| 002332P002-1467A-093<br>CIN02336 | 002336P002-1467A-093<br>CIN02340 | 002344P002-1467A-093<br>CIN02348 | 002372P002-1467A-093<br>CIN02376 |
| 002378P002-1467A-093<br>CIN02382 | 002390P002-1467A-093<br>CIN02394 | 002396P003-1467A-093<br>CIN02401 | 002404P002-1467A-093<br>CIN02409 |
| 002414P002-1467A-093<br>CIN02419 | 002417P002-1467A-093<br>CIN02422 | 002421P002-1467A-093<br>CIN02426 | 002429P002-1467A-093<br>CIN02434 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 002435P002-1467A-093<br>CIN02440 | 002438P002-1467A-093<br>CIN02444 | 002440P002-1467A-093<br>CIN02446 | 002450P003-1467A-093<br>CIN02456 |
| 002456P003-1467A-093<br>CIN02462 | 002460P002-1467A-093<br>CIN02466 | 002463P002-1467A-093<br>CIN02469 | 002466P002-1467A-093<br>CIN02472 |
| 002467P002-1467A-093<br>CIN02473 | 002474P002-1467A-093<br>CIN02480 | 002476P002-1467A-093<br>CIN02482 | 002483P003-1467A-093<br>CIN02489 |
| 002483S001-1467A-093<br>CIN02489 | 002488P002-1467A-093<br>CIN02494 | 002490P002-1467A-093<br>CIN02496 | 002492P002-1467A-093<br>CIN02498 |
| 002496P002-1467A-093<br>CIN02502 | 002500P002-1467A-093<br>CIN02506 | 002506P002-1467A-093<br>CIN02512 | 002507P002-1467A-093<br>CIN02513 |
| 002513P002-1467A-093<br>CIN02519 | 002513S001-1467A-093<br>CIN02519 | 002529P002-1467A-093<br>CIN02535 | 002530P003-1467A-093<br>CIN02536 |
| 002531P002-1467A-093<br>CIN02537 | 002532P002-1467A-093<br>CIN02538 | 002541P004-1467A-093<br>CIN02547 | 002547P002-1467A-093<br>CIN02553 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 002552P002-1467A-093<br>CIN02558 | 002553P003-1467A-093<br>CIN02559 | 002558P002-1467A-093<br>CIN02564 | 002577P002-1467A-093<br>CIN02583 |
| 002579P002-1467A-093<br>CIN02585 | 002586P002-1467A-093<br>CIN02592 | 002591P002-1467A-093<br>CIN02597 | 002597P002-1467A-093<br>CIN02603 |
| 002598P002-1467A-093<br>CIN02604 | 002601P002-1467A-093<br>CIN02607 | 002610P002-1467A-093<br>CIN02616 | 002617P002-1467A-093<br>CIN02623 |
| 002625P002-1467A-093<br>CIN02631 | 002626P002-1467A-093<br>CIN02632 | 002654P002-1467A-093<br>CIN02660 | 002663P002-1467A-093<br>CIN02669 |
| 002667P002-1467A-093<br>CIN02673 | 002668P003-1467A-093<br>CIN02674 | 002678P002-1467A-093<br>CIN02684 | 002689P002-1467A-093<br>CIN02697 |
| 002690P002-1467A-093<br>CIN02698 | 002702P002-1467A-093<br>CIN02710 | 002704P002-1467A-093<br>CIN02712 | 002709P002-1467A-093<br>CIN02717 |
| 002718P002-1467A-093<br>CIN02726 | 002725P002-1467A-093<br>CIN02733 | 002732P002-1467A-093<br>CIN02740 | 002739P002-1467A-093<br>CIN02747 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002746P002-1467A-093<br>CIN02754 | 002752P003-1467A-093<br>CIN02760 | 002986P002-1467A-093<br>CIN02774 | 002776P002-1467A-093<br>CIN02783 |
| 002779P002-1467A-093<br>CIN02786 | 002780P002-1467A-093<br>CIN02787 | 002789P002-1467A-093<br>CIN02796 | 002792P002-1467A-093<br>CIN02799 |
| 002796P002-1467A-093<br>CIN02804 | 002801P003-1467A-093<br>CIN02810 | 002802P002-1467A-093<br>CIN02811 | 002810P002-1467A-093<br>CIN02819 |
| 002812P002-1467A-093<br>CIN02821 | 002822P002-1467A-093<br>CIN02831 | 002823P003-1467A-093<br>CIN02832 | 002828P002-1467A-093<br>CIN02838 |
| 002829P002-1467A-093<br>CIN02839 | 002830P002-1467A-093<br>CIN02840 | 002839P002-1467A-093<br>CIN02849 | 002847P002-1467A-093<br>CIN02857 |
| 002850P002-1467A-093<br>CIN02860 | 002854P002-1467A-093<br>CIN02864 | 002856P002-1467A-093<br>CIN02866 | 002859P003-1467A-093<br>CIN02869 |
| 002862P002-1467A-093<br>CIN02872 | 002863P002-1467A-093<br>CIN02873 | 002874P003-1467A-093<br>CIN02884 | 002886P002-1467A-093<br>CIN02896 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 002889P002-1467A-093<br>CIN02899 | 002897P002-1467A-093<br>CIN02908 | 002904P002-1467A-093<br>CIN02915 | 002906P002-1467A-093<br>CIN02917 |
| 002913P002-1467A-093<br>CIN02924 | 002919P002-1467A-093<br>CIN02930 | 002925P002-1467A-093<br>CIN02936 | 002928P002-1467A-093<br>CIN02939 |
| 002929P002-1467A-093<br>CIN02940 | 002932P002-1467A-093<br>CIN02943 | 002946P002-1467A-093<br>CIN02957 | 002953P002-1467A-093<br>CIN02964 |
| 002955P003-1467A-093<br>CIN02966 | 002963P002-1467A-093<br>CIN02974 | 002971P002-1467A-093<br>CIN02982 | 002976P002-1467A-093<br>CIN02987 |
| 002982P002-1467A-093<br>CIN02993 | 002985P002-1467A-093<br>CIN02996 | 002987P002-1467A-093<br>CIN02997 | 002992P002-1467A-093<br>CIN03002 |
| 002993P002-1467A-093<br>CIN03003 | 002995P002-1467A-093<br>CIN03005 | 002997P002-1467A-093<br>CIN03007 | 003005P002-1467A-093<br>CIN03015 |
| 003014P002-1467A-093<br>CIN03024 | 003015P002-1467A-093<br>CIN03025 | 003016P002-1467A-093<br>CIN03026,CIN06438 | 003020P002-1467A-093<br>CIN03030 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 003020S001-1467A-093<br>CIN03030 | 003035P002-1467A-093<br>CIN03045 | 003046P002-1467A-093<br>CIN03056 | 003052P002-1467A-093<br>CIN03062 |
| 003057P002-1467A-093<br>CIN03067 | 003059P002-1467A-093<br>CIN03069 | 003064P002-1467A-093<br>CIN03074 | 003077P003-1467A-093<br>CIN03088 |
| 003078P002-1467A-093<br>CIN03089 | 003084P002-1467A-093<br>CIN03095 | 003090P002-1467A-093<br>CIN03101 | 003093P002-1467A-093<br>CIN03105 |
| 003097P002-1467A-093<br>CIN03109 | 003100P002-1467A-093<br>CIN03112 | 003108P003-1467A-093<br>CIN03120 | 003109P003-1467A-093<br>CIN03121 |
| 003110P002-1467A-093<br>CIN03122 | 003120P002-1467A-093<br>CIN03132 | 003123P002-1467A-093<br>CIN03135 | 003124P002-1467A-093<br>CIN03136 |
| 003127P002-1467A-093<br>CIN03139 | 003136P003-1467A-093<br>CIN03148 | 006341P001-1467A-093<br>CIN03162 | 006341S001-1467A-093<br>CIN03162 |
| 003150P002-1467A-093<br>CIN03163 | 003156P002-1467A-093<br>CIN03169 | 003162P002-1467A-093<br>CIN03175 | 003163P002-1467A-093<br>CIN03176 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 003164P002-1467A-093<br>CIN03177 | 003165P002-1467A-093<br>CIN03178 | 003173P002-1467A-093<br>CIN03186 | 003184P002-1467A-093<br>CIN03198 |
| 003185P004-1467A-093<br>CIN03199 | 003185S001-1467A-093<br>CIN03199 | 003189P002-1467A-093<br>CIN03203 | 003201P002-1467A-093<br>CIN03215 |
| 003204P002-1467A-093<br>CIN03218 | 003212P002-1467A-093<br>CIN03226 | 003217P002-1467A-093<br>CIN03231 | 003223P002-1467A-093<br>CIN03238 |
| 003232P002-1467A-093<br>CIN03247 | 003234P002-1467A-093<br>CIN03249 | 003241P002-1467A-093<br>CIN03256 | 003253P002-1467A-093<br>CIN03268 |
| 003274P002-1467A-093<br>CIN03289 | 003275P003-1467A-093<br>CIN03290 | 003281P002-1467A-093<br>CIN03296 | 003286P002-1467A-093<br>CIN03301 |
| 003287P002-1467A-093<br>CIN03302 | 003294P002-1467A-093<br>CIN03309 | 003294S001-1467A-093<br>CIN03309 | 003296P002-1467A-093<br>CIN03311 |
| 003303P002-1467A-093<br>CIN03318 | 003306P002-1467A-093<br>CIN03321 | 003308P002-1467A-093<br>CIN03323 | 003317P002-1467A-093<br>CIN03332 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003319P002-1467A-093<br>CIN03334 | 003320P002-1467A-093<br>CIN03335 | 003322P002-1467A-093<br>CIN03337 | 003325P002-1467A-093<br>CIN03341 |
| 003337P002-1467A-093<br>CIN03353 | 003338P002-1467A-093<br>CIN03354 | 003341P002-1467A-093<br>CIN03357 | 003342P002-1467A-093<br>CIN03358 |
| 003349P002-1467A-093<br>CIN03365 | 003353P002-1467A-093<br>CIN03369 | 003354P002-1467A-093<br>CIN03370 | 003362P002-1467A-093<br>CIN03378 |
| 003367P002-1467A-093<br>CIN03383 | 003376P002-1467A-093<br>CIN03392 | 003380P002-1467A-093<br>CIN03396 | 003381P002-1467A-093<br>CIN03397 |
| 003382P002-1467A-093<br>CIN03398 | 003388P002-1467A-093<br>CIN03404 | 003391P002-1467A-093<br>CIN03407 | 003408P002-1467A-093<br>CIN03424 |
| 003410P002-1467A-093<br>CIN03426 | 003415P002-1467A-093<br>CIN03431 | 003416P002-1467A-093<br>CIN03432 | 003420P002-1467A-093<br>CIN03436 |
| 003432P002-1467A-093<br>CIN03448 | 003435P002-1467A-093<br>CIN03451 | 003442P002-1467A-093<br>CIN03458 | 003444P002-1467A-093<br>CIN03460 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003446P004-1467A-093<br>CIN03462 | 003446S001-1467A-093<br>CIN03462 | 003451P002-1467A-093<br>CIN03467 | 003472P002-1467A-093<br>CIN03488 |
| 003475P002-1467A-093<br>CIN03491 | 003489P003-1467A-093<br>CIN03505 | 003490P002-1467A-093<br>CIN03506 | 003491P003-1467A-093<br>CIN03507 |
| 003507P002-1467A-093<br>CIN03523 | 003513P002-1467A-093<br>CIN03529 | 003514P002-1467A-093<br>CIN03530 | 003519P002-1467A-093<br>CIN03535 |
| 003521P002-1467A-093<br>CIN03537 | 003541P002-1467A-093<br>CIN03557 | 003545P002-1467A-093<br>CIN03561 | 003551P002-1467A-093<br>CIN03567 |
| 003555P002-1467A-093<br>CIN03571 | 003557P003-1467A-093<br>CIN03573 | 003559P002-1467A-093<br>CIN03575 | 003567P003-1467A-093<br>CIN03583 |
| 003568P003-1467A-093<br>CIN03584 | 003571P002-1467A-093<br>CIN03587 | 003579P005-1467A-093<br>CIN03595 | 003583P002-1467A-093<br>CIN03599 |
| 003585P002-1467A-093<br>CIN03601 | 003588P003-1467A-093<br>CIN03604 | 003593P002-1467A-093<br>CIN03609 | 003603P002-1467A-093<br>CIN03619 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 003606P002-1467A-093<br>CIN03622 | 003607P002-1467A-093<br>CIN03623 | 003611P003-1467A-093<br>CIN03627 | 003615P003-1467A-093<br>CIN03631 |
| 003624P002-1467A-093<br>CIN03640 | 003629P002-1467A-093<br>CIN03645 | 003631P002-1467A-093<br>CIN03647 | 003639P002-1467A-093<br>CIN03655 |
| 003644P002-1467A-093<br>CIN03660 | 003645P002-1467A-093<br>CIN03661 | 003647P002-1467A-093<br>CIN03663 | 003648P002-1467A-093<br>CIN03664 |
| 003653P002-1467A-093<br>CIN03669 | 003664P002-1467A-093<br>CIN03680 | 003675P002-1467A-093<br>CIN03691 | 003704P002-1467A-093<br>CIN03720 |
| 006340P002-1467A-093<br>CIN03721 | 003706P002-1467A-093<br>CIN03723 | 003712P002-1467A-093<br>CIN03729 | 003722P002-1467A-093<br>CIN03739 |
| 003723P002-1467A-093<br>CIN03740 | 003741P002-1467A-093<br>CIN03758 | 003748P003-1467A-093<br>CIN03765 | 003749P002-1467A-093<br>CIN03766 |
| 003761P002-1467A-093<br>CIN03778 | 003763P003-1467A-093<br>CIN03780 | 003764P002-1467A-093<br>CIN03781 | 003765P004-1467A-093<br>CIN03782 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003765S001-1467A-093<br>CIN03782 | 003769P003-1467A-093<br>CIN03786 | 003771P002-1467A-093<br>CIN03788 | 003772P002-1467A-093<br>CIN03789 |
| 003776P002-1467A-093<br>CIN03793 | 003784P003-1467A-093<br>CIN03801 | 003785P002-1467A-093<br>CIN03802 | 003811P002-1467A-093<br>CIN03829 |
| 003821P002-1467A-093<br>CIN03839 | 003825P002-1467A-093<br>CIN03843 | 003839P002-1467A-093<br>CIN03857 | 003843P003-1467A-093<br>CIN03861 |
| 003847P002-1467A-093<br>CIN03865 | 003849P002-1467A-093<br>CIN03867 | 003857P002-1467A-093<br>CIN03876 | 003861P002-1467A-093<br>CIN03880 |
| 003869P002-1467A-093<br>CIN03888 | 003871P002-1467A-093<br>CIN03890 | 003872P002-1467A-093<br>CIN03891 | 003880P002-1467A-093<br>CIN03899 |
| 003889P002-1467A-093<br>CIN03908 | 006344P001-1467A-093<br>CIN03910 | 003890P003-1467A-093<br>CIN03911 | 003892P002-1467A-093<br>CIN03913 |
| 003893P002-1467A-093<br>CIN03914 | 003897P002-1467A-093<br>CIN03918 | 003898P002-1467A-093<br>CIN03919 | 003921P002-1467A-093<br>CIN03942 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 003923P002-1467A-093<br>CIN03944 | 003924P002-1467A-093<br>CIN03945 | 003936P002-1467A-093<br>CIN03957 | 007402P003-1467A-093<br>CIN03957 |
| 003946P002-1467A-093<br>CIN03967 | 003951P002-1467A-093<br>CIN03972 | 003958P002-1467A-093<br>CIN03979 | 003959P002-1467A-093<br>CIN03980 |
| 003961P002-1467A-093<br>CIN03982 | 003968P002-1467A-093<br>CIN03990 | 003971P002-1467A-093<br>CIN03993 | 003984P002-1467A-093<br>CIN04007 |
| 004001P002-1467A-093<br>CIN04024 | 004003P002-1467A-093<br>CIN04026 | 004007P002-1467A-093<br>CIN04030 | 004013P002-1467A-093<br>CIN04036 |
| 004015P002-1467A-093<br>CIN04038 | 004023P002-1467A-093<br>CIN04047 | 004036P002-1467A-093<br>CIN04060 | 004037P002-1467A-093<br>CIN04061 |
| 004038P002-1467A-093<br>CIN04062 | 004040P002-1467A-093<br>CIN04064 | 004042P002-1467A-093<br>CIN04066 | 004043P002-1467A-093<br>CIN04067 |
| 004053P002-1467A-093<br>CIN04078 | 004073P003-1467A-093<br>CIN04098 | 004074P002-1467A-093<br>CIN04099 | 004075P002-1467A-093<br>CIN04100 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004078P003-1467A-093<br>CIN04103 | 004079P002-1467A-093<br>CIN04104 | 004082P003-1467A-093<br>CIN04107 | 004084P002-1467A-093<br>CIN04109 |
| 004093P002-1467A-093<br>CIN04118 | 004110P002-1467A-093<br>CIN04135 | 004123P002-1467A-093<br>CIN04148 | 004136P002-1467A-093<br>CIN04161 |
| 004159P002-1467A-093<br>CIN04184 | 004165P002-1467A-093<br>CIN04190 | 004169P002-1467A-093<br>CIN04194 | 004186P002-1467A-093<br>CIN04211 |
| 004189P002-1467A-093<br>CIN04214 | 004196P002-1467A-093<br>CIN04221 | 004203P002-1467A-093<br>CIN04228 | 004206P002-1467A-093<br>CIN04231 |
| 004211P002-1467A-093<br>CIN04236 | 004214P002-1467A-093<br>CIN04239 | 004216P002-1467A-093<br>CIN04241 | 004219P002-1467A-093<br>CIN04244 |
| 004230P002-1467A-093<br>CIN04255 | 004231P002-1467A-093<br>CIN04256 | 004232P002-1467A-093<br>CIN04257 | 004236P002-1467A-093<br>CIN04261 |
| 004246P002-1467A-093<br>CIN04271 | 004256P002-1467A-093<br>CIN04281 | 004266P002-1467A-093<br>CIN04291 | 004277P002-1467A-093<br>CIN04302 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004285P003-1467A-093<br>CIN04310 | 007449P002-1467A-093<br>CIN04310 | 007452P001-1467A-093<br>CIN04310 | 004286P002-1467A-093<br>CIN04311 |
| 004287P002-1467A-093<br>CIN04312 | 004289P002-1467A-093<br>CIN04314 | 004301P002-1467A-093<br>CIN04327 | 004304P002-1467A-093<br>CIN04330 |
| 004316P002-1467A-093<br>CIN04342 | 004319P002-1467A-093<br>CIN04345 | 004348P003-1467A-093<br>CIN04374 | 004349P002-1467A-093<br>CIN04375 |
| 004353P002-1467A-093<br>CIN04379 | 004367P002-1467A-093<br>CIN04393 | 004380P002-1467A-093<br>CIN04406 | 004381P002-1467A-093<br>CIN04407 |
| 004382P002-1467A-093<br>CIN04408 | 004394P002-1467A-093<br>CIN04420 | 004402P003-1467A-093<br>CIN04428 | 004411P002-1467A-093<br>CIN04437 |
| 004422P002-1467A-093<br>CIN04448 | 004436P002-1467A-093<br>CIN04462 | 004440P002-1467A-093<br>CIN04466 | 004454P002-1467A-093<br>CIN04481 |
| 004458P002-1467A-093<br>CIN04485 | 004466P002-1467A-093<br>CIN04493 | 004471P002-1467A-093<br>CIN04497 | 004484P002-1467A-093<br>CIN04510 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004487P002-1467A-093<br>CIN04513 | 004491P002-1467A-093<br>CIN04517 | 004493P002-1467A-093<br>CIN04519 | 004496P002-1467A-093<br>CIN04522 |
| 004512P002-1467A-093<br>CIN04538 | 004514P002-1467A-093<br>CIN04540 | 004520P002-1467A-093<br>CIN04546 | 004528P002-1467A-093<br>CIN04554 |
| 004530P002-1467A-093<br>CIN04556 | 004555P002-1467A-093<br>CIN04581 | 004556P002-1467A-093<br>CIN04582 | 004570P002-1467A-093<br>CIN04596 |
| 004579P002-1467A-093<br>CIN04605 | 004588P002-1467A-093<br>CIN04614 | 004592P004-1467A-093<br>CIN04618 | 004593P002-1467A-093<br>CIN04619 |
| 004597P002-1467A-093<br>CIN04623 | 004603P002-1467A-093<br>CIN04629 | 004604P002-1467A-093<br>CIN04630 | 004605P003-1467A-093<br>CIN04631 |
| 004614P002-1467A-093<br>CIN04640 | 004628P002-1467A-093<br>CIN04654 | 004631P002-1467A-093<br>CIN04657 | 004642P002-1467A-093<br>CIN04668 |
| 004646P003-1467A-093<br>CIN04672 | 004648P002-1467A-093<br>CIN04674 | 004652P002-1467A-093<br>CIN04678 | 004655P002-1467A-093<br>CIN04681 |

**Cred Inc., et al.**
**Exhibit Pages**

04/21/2021 04:00:10 PM

| | | | |
|---|---|---|---|
| 004656P002-1467A-093<br>CIN04682 | 004663P002-1467A-093<br>CIN04689 | 004672P002-1467A-093<br>CIN04697 | 004674P002-1467A-093<br>CIN04699 |
| 004678P002-1467A-093<br>CIN04703 | 004683P002-1467A-093<br>CIN04708 | 004687P002-1467A-093<br>CIN04712 | 004692P002-1467A-093<br>CIN04717 |
| 004695P002-1467A-093<br>CIN04720 | 004702P002-1467A-093<br>CIN04727 | 004711P002-1467A-093<br>CIN04736 | 004718P002-1467A-093<br>CIN04743 |
| 004721P002-1467A-093<br>CIN04746 | 004725P002-1467A-093<br>CIN04750 | 006345P001-1467A-093<br>CIN04760 | 004747P002-1467A-093<br>CIN04773 |
| 004749P002-1467A-093<br>CIN04775 | 004754P002-1467A-093<br>CIN04780 | 004769P003-1467A-093<br>CIN04795 | 004796P002-1467A-093<br>CIN04822 |
| 004797P002-1467A-093<br>CIN04823 | 004810P002-1467A-093<br>CIN04837 | 004837P002-1467A-093<br>CIN04865 | 004843P004-1467A-093<br>CIN04871 |
| 004847P002-1467A-093<br>CIN04875 | 004850P002-1467A-093<br>CIN04878 | 004857P002-1467A-093<br>CIN04885 | 004862P002-1467A-093<br>CIN04890 |

Cred Inc., et al.
Exhibit Pages

| | | | |
|---|---|---|---|
| 004868P003-1467A-093<br>CIN04897 | 004869P002-1467A-093<br>CIN04898 | 004883P002-1467A-093<br>CIN04912 | 004897P003-1467A-093<br>CIN04926 |
| 004902P002-1467A-093<br>CIN04931 | 004919P004-1467A-093<br>CIN04948 | 004932P002-1467A-093<br>CIN04962 | 004934P004-1467A-093<br>CIN04964 |
| 004942P002-1467A-093<br>CIN04972 | 004954P002-1467A-093<br>CIN04984 | 004960P002-1467A-093<br>CIN04990 | 004965P003-1467A-093<br>CIN04995 |
| 004968P002-1467A-093<br>CIN04998 | 004972P002-1467A-093<br>CIN05002 | 006263P003-1467A-093<br>CIN05005 | 004979P002-1467A-093<br>CIN05011 |
| 004984P002-1467A-093<br>CIN05016 | 004995P002-1467A-093<br>CIN05028 | 005003P002-1467A-093<br>CIN05036 | 005004P003-1467A-093<br>CIN05037 |
| 005005P002-1467A-093<br>CIN05038 | 005006P003-1467A-093<br>CIN05039 | 005024P003-1467A-093<br>CIN05057 | 007450P001-1467A-093<br>CIN05057 |
| 005030P002-1467A-093<br>CIN05063 | 005034P002-1467A-093<br>CIN05067 | 005035P002-1467A-093<br>CIN05069 | 005042P002-1467A-093<br>CIN05076 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005051P002-1467A-093<br>CIN05085 | 005055P002-1467A-093<br>CIN05089 | 005056P002-1467A-093<br>CIN05090 | 005061P002-1467A-093<br>CIN05095 |
| 005067P003-1467A-093<br>CIN05101 | 005069P002-1467A-093<br>CIN05103 | 005070P002-1467A-093<br>CIN05104 | 005072P002-1467A-093<br>CIN05106 |
| 005075P002-1467A-093<br>CIN05109 | 005084P003-1467A-093<br>CIN05118 | 005090P002-1467A-093<br>CIN05124 | 005092P002-1467A-093<br>CIN05126 |
| 005094P002-1467A-093<br>CIN05128 | 005102P002-1467A-093<br>CIN05136 | 005103P002-1467A-093<br>CIN05137 | 005107P002-1467A-093<br>CIN05141 |
| 005108P003-1467A-093<br>CIN05142 | 005114P002-1467A-093<br>CIN05148 | 005126P002-1467A-093<br>CIN05160 | 005130P002-1467A-093<br>CIN05164 |
| 005137P002-1467A-093<br>CIN05171 | 005138P004-1467A-093<br>CIN05172 | 005139P003-1467A-093<br>CIN05173 | 005140P002-1467A-093<br>CIN05174 |
| 005145P002-1467A-093<br>CIN05179 | 005148P002-1467A-093<br>CIN05182 | 005155P002-1467A-093<br>CIN05189 | 005161P002-1467A-093<br>CIN05195 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005164P003-1467A-093<br>CIN05198 | 005171P003-1467A-093<br>CIN05205 | 005171S001-1467A-093<br>CIN05205 | 005172P002-1467A-093<br>CIN05206 |
| 005180P002-1467A-093<br>CIN05214 | 005185P002-1467A-093<br>CIN05219 | 005186P002-1467A-093<br>CIN05220 | 005187P002-1467A-093<br>CIN05221 |
| 006248P002-1467A-093<br>CIN05238 | 005209P003-1467A-093<br>CIN05244 | 005212P002-1467A-093<br>CIN05247 | 005215P002-1467A-093<br>CIN05250 |
| 005217P002-1467A-093<br>CIN05252 | 005219P002-1467A-093<br>CIN05254 | 005220P002-1467A-093<br>CIN05255 | 005222P002-1467A-093<br>CIN05257 |
| 005227P002-1467A-093<br>CIN05262 | 005241P002-1467A-093<br>CIN05276 | 005254P002-1467A-093<br>CIN05289 | 005255P002-1467A-093<br>CIN05290 |
| 005258P003-1467A-093<br>CIN05293 | 005262P002-1467A-093<br>CIN05297 | 005263P002-1467A-093<br>CIN05298 | 005264P002-1467A-093<br>CIN05299 |
| 005265P002-1467A-093<br>CIN05300 | 005266P002-1467A-093<br>CIN05301 | 005267P002-1467A-093<br>CIN05302 | 005269P002-1467A-093<br>CIN05304 |

| | | | |
|---|---|---|---|
| 005277P002-1467A-093<br>CIN05314 | 005279P002-1467A-093<br>CIN05316 | 005282P002-1467A-093<br>CIN05319 | 005286P002-1467A-093<br>CIN05323 |
| 005295P002-1467A-093<br>CIN05334 | 005298P002-1467A-093<br>CIN05337 | 005301P002-1467A-093<br>CIN05340 | 005307P002-1467A-093<br>CIN05346 |
| 005311P002-1467A-093<br>CIN05350 | 005314P002-1467A-093<br>CIN05353 | 005317P002-1467A-093<br>CIN05356 | 005318P002-1467A-093<br>CIN05357 |
| 005325P002-1467A-093<br>CIN05364 | 005331P002-1467A-093<br>CIN05370 | 005336P002-1467A-093<br>CIN05375 | 005341P002-1467A-093<br>CIN05380 |
| 005357P002-1467A-093<br>CIN05396 | 005358P003-1467A-093<br>CIN05397 | 005364P002-1467A-093<br>CIN05403 | 005369P002-1467A-093<br>CIN05408 |
| 005372P002-1467A-093<br>CIN05411 | 005373P002-1467A-093<br>CIN05412 | 005374P002-1467A-093<br>CIN05414 | 005391P002-1467A-093<br>CIN05430 |
| 005397P002-1467A-093<br>CIN05436 | 005399P002-1467A-093<br>CIN05438 | 005412P002-1467A-093<br>CIN05451 | 005416P002-1467A-093<br>CIN05455 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005417P002-1467A-093<br>CIN05456 | 005426P002-1467A-093<br>CIN05465 | 005429P002-1467A-093<br>CIN05468 | 005433P002-1467A-093<br>CIN05472 |
| 005438P002-1467A-093<br>CIN05477 | 005453P002-1467A-093<br>CIN05492 | 005454P003-1467A-093<br>CIN05493 | 005454S001-1467A-093<br>CIN05493 |
| 005476P003-1467A-093<br>CIN05516 | 006353P001-1467A-093<br>CIN05530 | 005493P002-1467A-093<br>CIN05534 | 005500P002-1467A-093<br>CIN05541 |
| 005505P002-1467A-093<br>CIN05546 | 005518P002-1467A-093<br>CIN05559 | 005518S001-1467A-093<br>CIN05559 | 005519P002-1467A-093<br>CIN05560 |
| 005524P002-1467A-093<br>CIN05565 | 005540P002-1467A-093<br>CIN05581 | 005545P002-1467A-093<br>CIN05586 | 005548P002-1467A-093<br>CIN05589 |
| 005552P002-1467A-093<br>CIN05593 | 005554P002-1467A-093<br>CIN05595 | 005555P003-1467A-093<br>CIN05596 | 005559P002-1467A-093<br>CIN05600 |
| 005560P002-1467A-093<br>CIN05601 | 006350P002-1467A-093<br>CIN05606 | 001097P004-1467A-093<br>CIN05607,CIN05608 | 001097S001-1467A-093<br>CIN05607,CIN05608 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005568P002-1467A-093<br>CIN05612 | 005580P002-1467A-093<br>CIN05624 | 005581P003-1467A-093<br>CIN05625 | 005590P003-1467A-093<br>CIN05634 |
| 005593P002-1467A-093<br>CIN05637 | 005599P002-1467A-093<br>CIN05644, CIN06565 | 005607P002-1467A-093<br>CIN05652 | 005613P002-1467A-093<br>CIN05658 |
| 005631P002-1467A-093<br>CIN05676 | 005632P002-1467A-093<br>CIN05677 | 005637P002-1467A-093<br>CIN05682 | 005644P002-1467A-093<br>CIN05690 |
| 005657P002-1467A-093<br>CIN05703 | 005661P002-1467A-093<br>CIN05707 | 000015P002-1467A-093<br>CIN05708 | 005672P002-1467A-093<br>CIN05719 |
| 005678P002-1467A-093<br>CIN05725 | 000016P002-1467A-093<br>CIN05728 | 005690P002-1467A-093<br>CIN05738 | 005693P002-1467A-093<br>CIN05741 |
| 005694P002-1467A-093<br>CIN05742 | 005696P002-1467A-093<br>CIN05744 | 005700P002-1467A-093<br>CIN05748 | 005703P002-1467A-093<br>CIN05751 |
| 005714P003-1467A-093<br>CIN05762 | 005714S001-1467A-093<br>CIN05762 | 006351P001-1467A-093<br>CIN05763 | 005717P002-1467A-093<br>CIN05766 |

| | | | |
|---|---|---|---|
| 005720P002-1467A-093<br>CIN05769 | 005723P002-1467A-093<br>CIN05772 | 005730P002-1467A-093<br>CIN05779 | 005739P004-1467A-093<br>CIN05788 |
| 005739S001-1467A-093<br>CIN05788 | 005741P003-1467A-093<br>CIN05790 | 005753P002-1467A-093<br>CIN05802 | 005755P003-1467A-093<br>CIN05804 |
| 005761P002-1467A-093<br>CIN05810 | 007454P001-1467A-093<br>CIN05817 | 005772P002-1467A-093<br>CIN05821 | 005773P002-1467A-093<br>CIN05822 |
| 005774P002-1467A-093<br>CIN05823 | 005779P002-1467A-093<br>CIN05828 | 005780P002-1467A-093<br>CIN05829 | 005787P002-1467A-093<br>CIN05836 |
| 005800P002-1467A-093<br>CIN05849 | 005803P002-1467A-093<br>CIN05852 | 005807P002-1467A-093<br>CIN05857 | 005810P002-1467A-093<br>CIN05860 |
| 005822P002-1467A-093<br>CIN05872 | 005841P002-1467A-093<br>CIN05891 | 005846P002-1467A-093<br>CIN05896 | 005853P002-1467A-093<br>CIN05903 |
| 005857P003-1467A-093<br>CIN05907 | 005861P002-1467A-093<br>CIN05911 | 005876P002-1467A-093<br>CIN05926 | 005891P002-1467A-093<br>CIN05941 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 005895P002-1467A-093<br>CIN05945 | 005904P002-1467A-093<br>CIN05954 | 005906P002-1467A-093<br>CIN05956 | 005925P002-1467A-093<br>CIN05975 |
| 005933P002-1467A-093<br>CIN05983 | 005934P002-1467A-093<br>CIN05984 | 005935P002-1467A-093<br>CIN05985 | 005939P002-1467A-093<br>CIN05989 |
| 005947P002-1467A-093<br>CIN05997 | 005952P002-1467A-093<br>CIN06002 | 005957P002-1467A-093<br>CIN06007 | 005967P002-1467A-093<br>CIN06017 |
| 005975P002-1467A-093<br>CIN06025 | 005980P003-1467A-093<br>CIN06030 | 005985P002-1467A-093<br>CIN06035 | 005986P002-1467A-093<br>CIN06036 |
| 005992P003-1467A-093<br>CIN06042 | 006004P002-1467A-093<br>CIN06054 | 006005P002-1467A-093<br>CIN06055 | 006006P002-1467A-093<br>CIN06056 |
| 006015P003-1467A-093<br>CIN06065 | 006017P002-1467A-093<br>CIN06067 | 006019P002-1467A-093<br>CIN06069 | 006026P002-1467A-093<br>CIN06076 |
| 006030P002-1467A-093<br>CIN06080 | 006031P002-1467A-093<br>CIN06081 | 006032P002-1467A-093<br>CIN06082 | 006039P002-1467A-093<br>CIN06089 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006058P003-1467A-093<br>CIN06108 | 006058S001-1467A-093<br>CIN06108 | 006062P002-1467A-093<br>CIN06112 | 006074P002-1467A-093<br>CIN06124 |
| 006075P002-1467A-093<br>CIN06125 | 006077P002-1467A-093<br>CIN06127 | 006086P002-1467A-093<br>CIN06136 | 007455P001-1467A-093<br>CIN06142 |
| 006097P002-1467A-093<br>CIN06147 | 006101P004-1467A-093<br>CIN06151 | 006101S001-1467A-093<br>CIN06151 | 006102P002-1467A-093<br>CIN06152 |
| 006106P002-1467A-093<br>CIN06156 | 006115P002-1467A-093<br>CIN06165 | 006121P002-1467A-093<br>CIN06171 | 006124P002-1467A-093<br>CIN06174 |
| 006130P003-1467A-093<br>CIN06180 | 006130S001-1467A-093<br>CIN06180 | 006131P002-1467A-093<br>CIN06181 | 006133P002-1467A-093<br>CIN06183 |
| 006137P002-1467A-093<br>CIN06187 | 006143P002-1467A-093<br>CIN06193 | 006149P002-1467A-093<br>CIN06199 | 006157P002-1467A-093<br>CIN06207 |
| 006164P002-1467A-093<br>CIN06214 | 006166P002-1467A-093<br>CIN06216 | 006167P002-1467A-093<br>CIN06217 | 006168P003-1467A-093<br>CIN06218 |

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006170P002-1467A-093<br>CIN06220 | 006172P002-1467A-093<br>CIN06222 | 006179P002-1467A-093<br>CIN06229 | 006191P002-1467A-093<br>CIN06242 |
| 006206P002-1467A-093<br>CIN06257 | 006207P002-1467A-093<br>CIN06258 | 006226P002-1467A-093<br>CIN06277 | 006641P003-1467A-093<br>CIN06280 |
| 006819P001-1467A-093<br>CIN06281 | 006908P001-1467A-093<br>CIN06282 | 006831P001-1467A-093<br>CIN06283 | 006980P003-1467A-093<br>CIN06284 |
| 006981P002-1467A-093<br>CIN06285 | 007004P002-1467A-093<br>CIN06286 | 006795P002-1467A-093<br>CIN06287 | 006870P001-1467A-093<br>CIN06288 |
| 006975P001-1467A-093<br>CIN06289 | 006911P001-1467A-093<br>CIN06290 | 007155P002-1467A-093<br>CIN06341 | 007178P002-1467A-093<br>CIN06364 |
| 007206P002-1467A-093<br>CIN06395 | 007106P002-1467A-093<br>CIN06440 | 007285P002-1467A-093<br>CIN06476 | 007288P002-1467A-093<br>CIN06479 |
| 007330P002-1467A-093<br>CIN06526 | 007379P002-1467A-093<br>CIN06578 | 007392P002-1467A-093<br>CIN06591 | 007398P002-1467A-093<br>CIN06597 |

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 007069P003-1467A-093<br>CIN06599 | 007082P002-1467A-093<br>CIN06600 | 007068P002-1467A-093<br>CIN06601 | 007068S001-1467A-093<br>CIN06601 |
| 007084P002-1467A-093<br>CIN06602 | 007083P001-1467A-093<br>CIN06603 | 007094P001-1467A-093<br>CIN06604 | 007095P002-1467A-093<br>CIN06605 |
| 007408P001-1467A-093<br>CIN06606 | 007406P001-1467A-093<br>CIN06607 | 007405P002-1467A-093<br>CIN06608 | 007419P001-1467A-093<br>CIN06609 |
| 007436P001-1467A-093<br>CITICARD<br>PO BOX 6241<br>SIOUX FALLS SD 57117 | 006424P001-1467A-093<br>CLAYTON UTZ<br>LEVEL 15 1 BLIGH ST<br>SYDNEY NSW  2000<br>AUSTRALIA | 007091P001-1467A-093<br>CLOUDFARE<br>101 TOWNSEND ST<br>SAN FRANCISCO CA 94107 | 006449P001-1467A-093<br>CLOUDFLARE<br>101 TOWNSEND ST<br>SAN FRANCISCO CA 94107 |
| 006750P001-1467A-093<br>COINDESK INC<br>250 PK AVE SOUTH 5TH FLOOR<br>NEW YORK NY 94904 | 006416P002-1467A-093<br>COINSTATS INC<br>2035 SUNSET LAKE RD #B2<br>NEWARK DE 19702 | 006663P001-1467A-093<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203 | 006497P001-1467A-093<br>COLORADO DEPT OF REVENUE<br>1375 SHERMAN ST<br>DENVER CO 80261 |
| 006733P001-1467A-093<br>COMCAST<br>1485 BAYSHORE BLVD<br>SAN FRANCISCO CA 94124 | 006776P001-1467A-093<br>COMMERCIAL CLEANING PROS<br>PO BOX 30411<br>WALNUT CREEK CA 94598 | 006498P001-1467A-093<br>COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE<br>PO BOX 7010<br>BOSTON MA 02204 | 006499P001-1467A-093<br>COMPTROLLER OF MARYLAND REVENUE<br>REVENUE ADMINISTRATION CENTER<br>80 CALVERT ST<br>ANNAPOLIS MD 21404 |
| 007426P002-1467A-093<br>COMPTROLLER OF THE TREASURY<br>TRIA WHITE<br>301 W PRESTON ST RM #409<br>BALTIMORE MD 21201 | 006664P001-1467A-093<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120 | 007075P001-1467A-093<br>CONTRACT WRANGLER INC<br>922 S CLAREMONT ST<br>SAN MATEO CA 94402 | 007401P001-1467A-093<br>CONTRACT WRANGLER INC<br>PROXIFILE INC<br>CINDY CHAO<br>PO BOX 13211<br>OAKLAND CA 94612 |

# Cred Inc., et al.
## Exhibit Pages

006288P002-1467A-093
CORP SVC CO
JOANNE SMITH
251 LITTLE FALLS DR
WILMINGTON DE 19808

006289P001-1467A-093
CORP SVC CO
40 TECHNOLOGY PKWY SOUTH
#300
NORCROSS GA 30092

006290P001-1467A-093
CORP SVC CO
1003 BISHOP ST
STE 1600 PAUAHI TOWER
HONOLULU HI 96813

006291P001-1467A-093
CORP SVC CO
12550 W EXPLORER DR
STE 100
BOISE ID 83713

006292P001-1467A-093
CORP SVC CO
135 NORTH PENNSYLVANIA ST
STE 1610
INDIANAPOLIS IN 46204

006293P001-1467A-093
CORP SVC CO
2900 SW WANAMAKER DR
STE 204
TOPEKA KS 66614

006294P001-1467A-093
CORP SVC CO
45 MEMORIAL CIR
AUGUSTA ME 04330

006295P001-1467A-093
CORP SVC CO
2345 RICE ST
STE 230
ROSEVILLE MN 55113

006296P001-1467A-093
CORP SVC CO
26 WEST SIXTH AVE
PO BOX 1691
HELENA MT 59624-1691

006297P001-1467A-093
CORP SVC CO
2626 GLENWOOD AVE
STE 550
RALEIGH NC 27608

006298P001-1467A-093
CORP SVC CO
1709 NORTH 19TH ST
STE 3
BISMARCK ND 58501-2121

006299P001-1467A-093
CORP SVC CO
10 FERRY ST
STE 313
CONCORD NH 03301

006300P001-1467A-093
CORP SVC CO
PRINCETON SOUTH CORPORATE CTR
STE 160 100 CHARLES EWING BLVD
EWING NJ 08628

006301P001-1467A-093
CORP SVC CO
MC-CSC1
726 E MICHIGAN DR STE 101
HOBBS NM 88240-3465

006302P001-1467A-093
CORP SVC CO
112 NORTH CURRY ST
CARSON CITY NV 89703

006303P001-1467A-093
CORP SVC CO
80 STATE ST
ALBANY NY 12207-2543

006304P001-1467A-093
CORP SVC CO
50 WEST BROAD ST
STE 1330
COLUMBUS OH 43215

006305P001-1467A-093
CORP SVC CO
508 MEETING ST
WEST COLUMBIA SC 29169

006306P001-1467A-093
CORP SVC CO
9360 GLACIER HIGHWAY
STE 202
JUNEAU AK 99801

006307P001-1467A-093
CORP SVC CO
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

006308P001-1467A-093
CORP SVC CO
1900 W LITTLETON BLVD
LITTLETON CO 80120

006309P001-1467A-093
CORP SVC CO
100 PEARL ST
17TH FL MC-CSC1
HARTFORD CT 06103

006310P001-1467A-093
CORP SVC CO
1090 VERMONT AVE NW
WASHINGTON DC 20005

006311P001-1467A-093
CORP SVC CO
1201 HAYS ST
TALLAHASSEE FL 32301

006312P001-1467A-093
CORP SVC CO
505 5TH AVE
STE 729
DES MOINES IA 50309

006313P001-1467A-093
CORP SVC CO
421 WEST MAIN ST
FRANKFORT KY 40601

006314P001-1467A-093
CORP SVC CO
84 STATE ST
BOSTON MA 02109

006315P001-1467A-093
CORP SVC CO
7716 OLD CANTON RD
STE C
MADISON MS 39110

# Cred Inc., et al.
# Exhibit Pages

006316P001-1467A-093
CORP SVC CO
10300 GREENBRIAR PL
OKLAHOMA CITY OK 73159-7653

006317P001-1467A-093
CORP SVC CO
1127 BROADWAY ST NE
STE 310
SALEM OR 97301

006318P001-1467A-093
CORP SVC CO
2595 INTERSTATE DR
STE 103
HARRISBURG PA 17110

006319P001-1467A-093
CORP SVC CO
222 JEFFERSON BLVD
STE 200
WARWICK RI 02888

006320P001-1467A-093
CORP SVC CO
503 SOUTH PIERRE ST
PIERRE SD 57501

006321P001-1467A-093
CORP SVC CO
2908 POSTON AVE
NASHVILLE TN 37203

006322P001-1467A-093
CORP SVC CO
15 WEST SOUTH TEMPLE
STE 600
SALT LAKE CITY UT 84101

006323P001-1467A-093
CORP SVC CO
100 SHOCKOE SLIP
2ND FL
RICHMOND VA 23219

006324P001-1467A-093
CORP SVC CO
100 NORTH MAIN ST
STE 2
BARRE VT 05641

006325P001-1467A-093
CORP SVC CO
MC-CSC1
300 DESCHUTES WAY SW STE 208
TUMWATER WA 98501

006326P001-1467A-093
CORP SVC CO
8040 EXCELSIOR DR
STE 400
MADISON WI 53717

006327P001-1467A-093
CORP SVC CO
1821 LOGAN AVE
CHEYENNE WY 82001

006328P001-1467A-093
CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC CO
211 E 7TH ST
STE 620
AUSTIN TX 78701-3218

006329P001-1467A-093
CORP SVC CO
D/B/A CSC-LAWYERS INCORPORATING SVC
2710 GTWY OAKS DR
STE 150N
SACRAMENTO CA 95833-3505

006330P001-1467A-093
CORP SVC COMPANY, INC
641 SOUTH LAWRENCE ST
MONTGOMERY AL 36104

006477P001-1467A-093
COUNTY OF SAN MATEO TAX COLLECTOR
555 COUNTY CTR
1ST FLOOR
REDWOOD CITY CA 94063

006450P001-1467A-093
COWAN AGENCY
101 CALIFORNIA ST
STE 2710
SAN FRANCISCO CA 94111

006279P001-1467A-093
CR FUND
LPPO BOX 3217
SEATTLE WA 98114

007009P003-1467A-093
CR FUND I
A SERIES OF AHP INVESTMENTS LP
BELLTOWER FUND GROUP
PO BOX 3217
SEATTLE WA 98114

006426P001-1467A-093
CREATIVE SOLUTIONS
CUSTOMER # 900829
1230 CAMPUS DR
MORGANVILLE NJ 07751

006431P001-1467A-093
CRYPSIS
CARLTON E BEASLEY
1410 SPRING HILL RD
STE 300
MCLEAN VA 22102

006462P002-1467A-093
CSC
ACCOUNT NO 81108785579
CO ID:3851984
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

006331P001-1467A-093
CSC-LAWYERS INCORPORATING SVC (COMPANY)
601 ABBOT RD
EAST LANSING MI 48823

006332P001-1467A-093
CSC-LAWYERS INCORPORATING SVC CO
7 ST PAUL ST
STE 820
BALTIMORE MD 21202

006333P001-1467A-093
CSC-LAWYERS INCORPORATING SVC CO
221 BOLIVAR ST
JEFFERSON CITY MO 65101

006334P001-1467A-093
CSC-LAWYERS INCORPORATING SVC CO
233 SOUTH 13TH ST
STE 1900
LINCOLN NE 68508

006778P001-1467A-093
CT CORP
PO BOX 4349
CAROL STREAM IL 60197

006786P001-1467A-093
CYBER QUANTUM PTE LTD
16 RAFFLES QUAY #3303
HONG KONG LEONG BUILDING
SINGAPORE  48581
SINGAPORE

# Cred Inc., et al.
## Exhibit Pages

---

000077P001-1467S-093
DAVID KEITH GOTTLIEB
16255 VENTURA BLVD SUITE 440
ENCINO CA 91436

006780P001-1467A-093
DAVIES DESIGN GROUP LTD
PRINCE ALBERT ST
MARSA  MRS 1043
MALTA

006358P001-1467A-093
BETHANY DE LUDE
3516 LOCH HAVEN DR
EDGEWATER MD 21037

006359P001-1467A-093
DELON DE METZ
ADDRESS INTENTIONALLY OMITTED

006429P001-1467A-093
DECENTRAL MEDIA
KAYE QUEMA
HEAD OF ADVERTISING SOLUTIONS
954 LEXINGTON AVE #1070
NEW YORK NY 10021

006887P001-1467A-093
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B. FITZGERALD
600 UNIVERSITY ST
STE 2700
SEATTLE WA 98101

006887S001-1467A-093
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
AI LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006887S002-1467A-093
DEKRYPT CAPITAL
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888P001-1467A-093
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S001-1467A-093
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006888S002-1467A-093
DEKRYPT MASTER FUND LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889P001-1467A-093
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
TIMOTHY B FITZGERALD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006889S001-1467A-093
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
AI-LI CHIONG-MARTINSON
600 UNIVERSITY STREET
SUITE 2700
SEATTLE WA 98101

006889S002-1467A-093
DEKRYPT VENTRUES LP
MCNAUL EBEL NAWROT & HELGREN PLLC
CHARLES WITTMAN-TODD
600 UNIVERSITY STREET SUITE 2700
SEATTLE WA 98101

006665P001-1467A-093
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1467S-093
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-093
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

006465P001-1467A-093
DENTONS US LLP
VERONICA FUSCO
CLIENT SVC MANAGER
1530 PAGE MILL RD
STE 200
PALO ALTO CA 94304-1125

006744P001-1467A-093
DEPT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006775P001-1467A-093
DESTINATION DESIGN
PO BOX 2550
NAPA CA 94558

006423P001-1467A-093
DEVELOPING THE NEXT LEADERS
COLIN LAKES
5 WHISPERING PINE DR
STE 110
WESTBOROUGH MA 01581

006445P001-1467A-093
DIGITAL NINJA CONSULTING
612 N BRANNICK AVE
LOS ANGELES CA 90063

006421P001-1467A-093
DINWIDDIE, INC
1633 BROADWAY
NEW YORK NY 10019

007433P001-1467A-093
DISCOVER STUDENT LOANS
PO BOX 30948
SALT LAKE CITY UT 84130

006500P001-1467A-093
DISTRICT OF COLUMBIA
OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL ST NE 1ST FL
WASHINGTON DC 20002

006666P001-1467A-093
DISTRICT OF COLUMBIA ATTORNEY GENERAL
KARL A RACINE
441 4TH ST NW
STE 1100S
WASHINGTON DC 20001

006451P001-1467A-093
DLT PRODUCTIONS INC
230 CALIFORNIA ST
SAN FRANCISCO CA 94111

007017P001-1467A-093
DNH GODADDYCOM
14455 N HAYDEN RD STE 226
SCOTTSDALE AZ 85260-6947

# Cred Inc., et al.
# Exhibit Pages

007018P001-1467A-093
DOCKER INC
318 CAMBRIDGE AVE
PALO ALTO CA 94306

007019P001-1467A-093
DOCSEND
351 CALIFORNIA ST
SAN FRANCISCO CA 94104

006746P001-1467A-093
DOCUSIGN
221 MAIN ST #1550
SAN FRANCISCO CA 94105

007020P001-1467A-093
DOCUSIGN
221 MAIN ST STE 1550
SAN FRANCISCO CA 94105

006268P001-1467A-093
DOUGLAS EMMETT 2016 LLC
DOUGLAS EMMETT MANAGEMENT LLC
DIRECTOR OF PROPERTY MANAGEMENT
1299 OCEAN AVE
STE 1000
SANTA MONICA CA 90401

006447P001-1467A-093
DOUGLAS EMMETT 2016 LLC
KATHRINE MORITZ
ASSISTANT PROPERTY MANAGER
15301 VENTURA BLVD
BLDG B STE 360
SHERMAN OAKS CA 91403

007418P001-1467A-093
DOUGLAS EMMETT 2016 LLC
A DELAWARE LIMITED LIABILITY CO
CHARLES G BRACKINS
HINSHAW & CULBERTSON LLP
350 SOUTH GRAND AVE STE 3600
LOS ANGELES CA 90071

007418S001-1467A-093
DOUGLAS EMMETT 2016 LLC
MICHAEL REIBEL
1299 OCEAN AVE STE 1000
SANTA MONICA CA 90401

006280P001-1467A-093
DRAGONFLY INTERNATIONAL HOLDING LIMITED
KINGSTON CHAMBERS
PO BOX 173
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

007410P001-1467A-093
DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
548 MARKET ST # 18424
SAN FRANCISCO CA 94104

006439P002-1467A-093
ELEMENT TECHNOLOGIES LLC
4470 W 78TH ST CIR
STE 200
BLOOMINGTON MN 55435

006783P001-1467A-093
ELEVAR FINANCE LLC
555 MADISON AVE
STE 500
NEW YORK NY 10022

007412P001-1467A-093
ELEVAR FINANCE SPV PHOTON LLC
FOX ROTHSCHILD LLP
KEITH C OWENS
10250 CONSTELLATION BLVD STE 900
LOS ANGELES CA 90067

007412S001-1467A-093
ELEVAR FINANCE SPV PHOTON LLC
ARSHABH SARDA
16192 COASTAL HWY
LEWES DE 19958

006432P001-1467A-093
ELIG
112 BECKWITH AVE
CLAYTON NC 27527

006752P001-1467A-093
EMPLOYMENT DEVELOPMENT DEPT
297 W HEDDING ST
SAN JOSE CA 95110

006438P002-1467A-093
EQUITIES FIRST HOLDINGS
JULIE LAPOINT
10 WEST MARKET ST
STE 3050
INDIANAPOLIS IN 46204

007105P001-1467A-093
EUCLID
PAUL T CURLEY
KAUFMAN BORGEEST AND RYAN LLP
ADDRESS INTENTIONALLY OMITTED

006393P001-1467A-093
EUCLID FINANCIAL INSTITUTION UNDERWRITERS LLC
234 SPRING LAKE DR
ITASCA IL 60143

006397P001-1467A-093
EVOLVE BANK AND TRUST
JAMIE ROBINSON; KRISTEN KINES
6070 POPLAR AVE
STE 200
MEMPHIS TN 38119

006756P001-1467A-093
EXCOLO CONSTRUCTION SVC
333 HEGENBERGER RD STE 435
OAKLAND CA 94621

007021P001-1467A-093
EXPENSIFY
88 KEARNEY ST
SAN FRANCISCO CA 94104

006275P001-1467A-093
FENBUSHI INVESTMENT FUND LP
MAPLES CORPORATE SERVICES LIMITED
PO BOX 39
UGLAND HOUSE
GRAND CAYMAN  KY 1-1104
CAYMAN ISLANDS

007456P001-1467A-093
FENBUSHI INVESTMENT FUND LP
MING SUN
1133 CHANGNING RD
RAFFLES TOWER 1 30TH FLOOR ROOM 3001
SHANGHAI  310105
CHINA

006271P001-1467A-093
FIFTH KHAGAN LP
FIFTH KHAGAN MANAGEMENT LLC
GENERAL PARTNER
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006427P002-1467A-093
FIREBLOCKS
500 7TH AVE 14TH FLOOR
NEW YORK NY 10018

006448P001-1467A-093
FIRST ASSOCIATES
10182 TELESIS CT
3RD FL
SAN DIEGO CA 92121

007073P001-1467A-093
FIRST LEDGER CORP AKA BITBUY
341110 CUMBERLAND ST
TORONTO ON M5R 35V
CANADA

**Cred Inc., et al.**
**Exhibit Pages**

---

007446P001-1467A-093
FL- DEPT OF REVENUE
FREDERICK F RUDZIK
PO BOX 6668
TALLAHASSEE FL 32314

007446S001-1467A-093
FL- DEPT OF REVENUE
CHRISTOPHER THOMAS
P.O. BOX 8045
TALLAHASSEE FL 32343

006550P001-1467A-093
FLORIDA AGENCY FOR WORKFORCE INNOVATION
DIRECTOR
THE CALDWELL BUILDING
107 EAST MADISON ST STE 100
TALLAHASSEE FL 32399

006667P001-1467A-093
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

006615P001-1467A-093
FLORIDA DEPT OF REVENUE
FLORIDA REEMPLOYMENT TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

000009P001-1467S-093
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

006779P001-1467A-093
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240

007443P001-1467A-093
FRANCHISE TAX BOARD
SPECIAL PROCEDURES
PO BOX 2952
SACRAMENTO CA 95812

006266P001-1467A-093
GALOIS CAPITAL ALPHA FUND LP
230 CALIFORNIA ST
STE 303
SAN FRANCISCO CA 94111

006473P001-1467A-093
GANADO ADVOCATES
LEONARD BONELLO
171OLD BAKERY ST
VALLETTA  VLT 1455
MALTA

006360P001-1467A-093
ABHISHEK GARG
ADDRESS INTENTIONALLY OMITTED

007063P001-1467A-093
GARY IDRIS WOODFINE
35 SALT SPRING DRIVE ROYAL WOOTTON BASSETT
SWINDON WILTSHIRE  SN4 7SD
UNITED KINGDOM

006668P001-1467A-093
GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

006501P001-1467A-093
GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345

006420P002-1467A-093
GETTY/IO INC KLEVER
2711 CENTERVILLE RD
STE 400
WILMINGTON DE 19808

007023P001-1467A-093
GITHUB
88 COLIN P KELLY JR ST
SAN FRANCISCO CA 94107

006471P001-1467A-093
GLOBAL RELAY COMMUNICATIONS
220 CAMBIE ST
2ND FL
VANCOUVER BC V6B 2M9
CANADA

007024P001-1467A-093
GLOBAL RELAY USA INC
286 MADISON AVE 7TH FLOOR
NEW YORK NY 10017

006361P001-1467A-093
FERNANDO GOLDSTEIN
ADDRESS INTENTIONALLY OMITTED

007025P001-1467A-093
GOOGLE
1600 AMPHITHEATER PKWY
MOUNTAIN VIEW CA 94043

006417P001-1467A-093
GPD HOLDINGS LLC
5023 OAKTON ST
SKOKIE IL 60077

006456P001-1467A-093
GREENLEAF PLATTERS
2316 HASTE ST
BERKELEY CA 94704

006669P001-1467A-093
GUAM ATTORNEY GENERAL
LEEVIN TAITANO CAMACHO
OFFICE OF THE ATTORNEY GENERAL
ITC BUILDING 590 S MARINE CORPS DR
STE 706
TAMUNING GU 96913

006546P001-1467A-093
GUAM DEPT OF REVENUE AND TAXATION
1240 ROUTE 16
BARRIGADA GU 96913-1404

006481P001-1467A-093
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK NY 10001

006362P001-1467A-093
HAN HA
ADDRESS INTENTIONALLY OMITTED

006670P001-1467A-093
HAWAII ATTORNEY GENERAL
CLARE E CONNORS
425 QUEEN ST
HONOLULU HI 96813

006551P001-1467A-093
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
DIRECTOR
PRINCESS RUTH KE ELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 321
HONOLULU HI 96813

# Cred Inc., et al.
## Exhibit Pages

---

006765P001-1467A-093
MARA HERBKERSMAN
ADDRESS INTENTIONALLY OMITTED

006759P002-1467A-093
TODD HERSCHBERG
ADDRESS INTENTIONALLY OMITTED

006774P001-1467A-093
HIREUP LLC
PO BOX 2148
DURANGO CO 81302

006418P001-1467A-093
HOTGROUP LIMITED
OMC CHAMBERS WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

006406P004-1467A-093
LU HUA
ADDRESS INTENTIONALLY OMITTED

006425P001-1467A-093
HUBSPOT
ACCOUNT #: 785258
HUB ID: 7800467
25 FIRST ST
CAMBRIDGE MA 02141

007092P001-1467A-093
HUBSPOT
1 HARBOUR PL STE 275
PORTSMOUTH NH 03801

006893P001-1467A-093
HUMAN CLOUD BUSINESS SOLUTIONS
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA 411045
INDIA

006894P002-1467A-093
HUMANCLOUD TECHNOLOGIES
202 PRIDE GTWY
BANER PUNE
MAHARASHTRA  411045
INDIA

006363P001-1467A-093
DANIEL HUMMER
ADDRESS INTENTIONALLY OMITTED

006364P001-1467A-093
SUNG HWANG
ADDRESS INTENTIONALLY OMITTED

006671P001-1467A-093
IDAHO ATTORNEY GENERAL
LAWRENCE G WASDEN
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

006502P001-1467A-093
IDAHO STATE TAX COMMISION
800 E PK BLVD
PLAZA IV
BOISE ID 83712-7742

006672P001-1467A-093
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

006335P001-1467A-093
ILLINOIS CORP SVC CO
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

006503P001-1467A-093
ILLINOIS DEPT OF REVENUE
JAMES R THOMPSON CENTER  CONCOURSE LEVEL
100 WEST RANDOLPH ST
CHICAGO IL 60601-3274

006454P001-1467A-093
ILLUMANT
431 FLORENCE ST
STE 210
PALO ALTO CA 94301

006365P001-1467A-093
DANIYAL INAMULLAH
ADDRESS INTENTIONALLY OMITTED

007098P001-1467A-093
DANIYAL INAMULLAH
MARK M BILLION
BILLION LAW
ADDRESS INTENTIONALLY OMITTED

006773P001-1467A-093
INBOUND JUNCTION BG
INBOUNDJUNCTION IL
MENAHEM BEGIN 20 3RD FLOOR
RAMAT GAN  5270005
ISAREL

007026P001-1467A-093
INBOUNDJUNCTION
MENAHEIM BEGIN 20 3RD FLOOR
IL RAMAT GAN 5270005
TEL AVIV
ISRAEL

006787P001-1467A-093
INCOME OPPORTUNITIES (LUXEMBOURG) SA
19 RUE DE BITBOURG
LUXEMBOURG  L-1273
LUXEMBOURG

006676P001-1467A-093
INDIANA ATTORNEY GENERAL
CURTIS T HILL JR
INDIANA GOVERNMENT CENTER SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

006504P001-1467A-093
INDIANA DEPT OF REVENUE
BANKRUPTCY SECTION MS 108
100 NORTH SENATE AVE RM N240
INDIANAPOLIS IN 46204

007027P001-1467A-093
INFURA
CONSENSYS
49 BOGART ST
BROOKLYN NY 11206

006434P001-1467A-093
INNREG LLC
1101 BRICKELL AVE
SOUTH TOWER
MIAMI FL 33131

007028P001-1467A-093
INTERCOM.IO
55 2ND ST 4TH FLOOR
SAN FRANCISCO CA 94105

006740P001-1467A-093
INTERIOR PLANT DESIGN
1950 MONTEREY RD
SAN JOSE CA 95112

# Cred Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000001P001-1467S-093<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-093<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 006505P001-1467A-093<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 007444P001-1467A-093<br>INTERNAL REVENUE SVCS<br>INSOLVENCY I STOP 5022<br>300 N LOS ANGELES ST #4062<br>LOS ANGELES CA 90012 |
| 007453P001-1467A-093<br>INVICTUS GLOBAL MANAGEMENT LLC<br>MORRIS NICHOLS ARSHT AND TUNNELL<br>NADER AMER<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19899-1347 | 007453S001-1467A-093<br>INVICTUS GLOBAL MANAGEMENT LLC<br>KATTEN MUCHIN ROSENMAN LLP<br>MICHAEL E COMERFORD<br>575 MADISON AVE<br>NEW YORK NY 10022-2585 | 007029P001-1467A-093<br>INVISION SOFTWARE<br>110 LAKE AVE SOUTH<br>STE 35<br>NESCONSET NY 11767 | 006677P001-1467A-093<br>IOWA ATTORNEY GENERAL<br>TOM MILLER<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 |
| 006506P001-1467A-093<br>IOWA DEPT OF REVENUE<br>PO BOX 10471<br>DES MOINES IA 50306-3457 | 006507P001-1467A-093<br>IRS INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 007085P002-1467A-093<br>IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 007085S001-1467A-093<br>IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 7<br>300 N LOS ANGELES ST 5022<br>LOS ANGELES CA 90012 |
| 007030P001-1467A-093<br>JAMF SOFTWARE LLC<br>100 WASHINGTON AVE S<br>STE 1100<br>MINNEAPOLIS MN 55401 | 007031P001-1467A-093<br>JETBRAINS AMERICAS INC<br>989 EAST HILLSDALE BLVD STE 200<br>FOSTER CITY CA 94404 | 007445P001-1467A-093<br>JPMCB<br>700 KANSAS LN<br>MONROE LA 71203 | 006428P001-1467A-093<br>JST SYSTEMS<br>ANAMARIA GOLEMAC<br>ANALYST JST CAPITAL<br>152 W 57TH ST<br>24TH FL<br>NEW YORK NY 10019 |
| 007088P001-1467A-093<br>JST SYSTEMS LLC<br>DBA JST CAPITAL PARTNERS LLC<br>350 SPRINGFIELD AVE STE 200<br>SUMMIT NJ 07901 | 007088S001-1467A-093<br>JST SYSTEMS LLC<br>152 W 57TH ST, 24TH FL<br>NEW YORK NY 10019 | 007097P001-1467A-093<br>JST SYSTEMS LLC DBA JST CAPITAL LLC<br>AKERMAN LLP<br>MICHAEL GOLDBERG/ CATHERINE KRETZSCHMAR<br>201 EAST LAS OLAS BLVD<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | 006466P001-1467A-093<br>JUMIO CORP<br>395 PAGE MILL RD<br>STE 150<br>PALO ALTO CA 94306-2067 |
| 006366P001-1467A-093<br>MARIE KACMAREK<br>ADDRESS INTENTIONALLY OMITTED | 006482P001-1467A-093<br>KAISER PERMANENTE<br>ONE KAISER PLZ<br>OAKLAND CA 94612 | 006673P001-1467A-093<br>KANSAS ATTORNEY GENERAL<br>DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612-1597 | 006508P001-1467A-093<br>KANSAS DEPT OF REVENUE<br>915 SW HARRISON ST<br>TOPEKA KS 66625-9000 |
| 006678P001-1467A-093<br>KENTUCKY ATTORNEY GENERAL<br>DANIEL CAMERON<br>700 CAPITOL AVE<br>CAPITAL BUILDING SUITE 118<br>FRANKFORT KY 40601 | 006509P001-1467A-093<br>KENTUCKY DEPT OF REVENUE<br>501 HIGH ST<br>FRANKFORT KY 40601-2103 | 006367P001-1467A-093<br>ADNAN KHAKOO<br>ADDRESS INTENTIONALLY OMITTED | 006368P001-1467A-093<br>MIN KIM<br>ADDRESS INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Exhibit Pages**

006369P001-1467A-093
DEVON KLINE
ADDRESS INTENTIONALLY OMITTED

006436P002-1467A-093
KNOWBE4 INC
CUSTOMER ID C-031280
ALICIA DIETZEN
33 N GDN AVE
STE 1200
CLEARWATER FL 33755

007053P002-1467A-093
KOSTA MITIC
179 FALCONER ST
GOLD COAST QLD  4215
AUSTRALIA

006474P001-1467A-093
MAITRI KIRTIKUMAR KOTAK
ADDRESS INTENTIONALLY OMITTED

006895P001-1467A-093
LA CONCHA
PO BOX 6445
SAN JUAN PR 00914

007442P001-1467A-093
LA COUNTY TAX COLLECTOR
PO BOX 54018
LOS ANGELES CA 90054

007403P002-1467A-093
JON LABOVICH
PROXIFILE INC
CINDY CHAO
PO BOX 13211
OAKLAND CA 94612

006370P001-1467A-093
JONATHAN LABOVICH
ADDRESS INTENTIONALLY OMITTED

006371P001-1467A-093
JOSEPH LALLY
ADDRESS INTENTIONALLY OMITTED

006731P001-1467A-093
LEES FLORIST AND NURSERY
1420 UNIVERSITY AVE
BERKELEY CA 94702

007430P001-1467A-093
LEVENE NEALE BENDER YOO AND BRILL LLP
DAVID B GOLUBCHIK
10250 CONSTELLATION BLVD SUITE 1700
LOS ANGELES CA 90067

006719P002-1467A-093
LHV PLANK
ILONA LEBEDEV
AS LHV PANK
TARTU MNT 2
TALLINN  10145
ESTONIA

006727P001-1467A-093
LINKEDIN
1000 W MAUDE AVE
SUNNYVALE CA 94085

006412P001-1467A-093
LITECOIN FOUNDATION LIMITED
111 NORTH BRIDGE RD #08-19
PENINSUAL PLZ
SINGAPORE  179098
SINGAPORE

006372P001-1467A-093
JOSEPH LIYANA
ADDRESS INTENTIONALLY OMITTED

006390P001-1467A-093
LOCKTON COMPANIES LLC
DBA LOCKTON INSURANCE BROKERS LLC
THREE EMBARCADERO CTR
SIXTH FL
SAN FRANCISCO CA 94111

006753P001-1467A-093
LOCKTON INSURANCE BROKERS LLC
3 EMBARCADERO CTR 6TH FLOOR
SAN FRANCISCO CA 94111

006754P001-1467A-093
LOGMEIN
320 SUMMER ST
BOSTON MA 02210

007032P001-1467A-093
LOGMEIN LASTPASS
320 SUMMER ST
BOSTON MA 02210

006476P002-1467A-093
LOS ANGELES COUNTY TREASURER
AND TAX CONTROLLER
225 N HILL ST
1ST FLOOR LOBBY
LOS ANGELES CA 90012

006679P001-1467A-093
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

006403P002-1467A-093
LOUISIANA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE LA 70802

006510P001-1467A-093
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

006402P001-1467A-093
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

006896P001-1467A-093
LUAS CONSTRUCTION AND FACILITIES
2900 SCOTT BLVD
SANTA CLARA CA 95054

007033P001-1467A-093
LUCIDCHARTCOM
10355 S JORDAN GTWY STE 150
SOUTH JORDAN UT 84095

006718P001-1467A-093
GRANT LYON
ADDRESS INTENTIONALLY OMITTED

006674P001-1467A-093
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

# Cred Inc., et al.
## Exhibit Pages

006511P001-1467A-093
MAINE REVENUE SVC
24 STATE HOUSE STATION
AUGUSTA ME 04333

006751P001-1467A-093
MARLENA AGENCY
278 HAMILTON AVE
PRINCETON NJ 08540

006680P001-1467A-093
MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022

006552P001-1467A-093
MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N. CALVERT ST STE 401
BALTIMORE MD 21202

006681P001-1467A-093
MASSACHUSETTS ATTORNEY GENERAL
MAURA HEALY
ONE ASHBURTON PL
BOSTON MA 02108-1698

006483P001-1467A-093
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
1295 STATE ST
SPRINGFIELD MA 01111-0001

006747P001-1467A-093
MELTWATER
225 BUSH ST STE 1000
SAN FRANCISCO CA 94104

006742P001-1467A-093
METHODICAL VALUATION SVC
2 PARK AVE FLOOR 20
NEW YORK NY 10016

006284P002-1467A-093
METROPOLITAN COMMERCIAL BANK
LIZETTE PERALTA
99 PK AVE 4TH FLOOR
NEW YORK NY 10016

007409P001-1467A-093
METROPOLITAN COMMERCIAL BANK
MICHAEL GUARINO
PATRICIA GUIDI
99 PARK AVE
12TH FLOOR
NEW YORK NY 10016

006682P001-1467A-093
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

006512P001-1467A-093
MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

000010P001-1467S-093
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

007034P001-1467A-093
MICROSOFT
ONE MICROSOFT WAY
REDMOND WA 98052-7329

006683P001-1467A-093
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

006513P001-1467A-093
MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL MN 55146

006675P001-1467A-093
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

006514P001-1467A-093
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

006684P001-1467A-093
MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

006515P001-1467A-093
MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

006286P001-1467A-093
MOKREDIT INC
OFFSHORE INCORPORATIONS CAYMAN LTD
FLOOR 4 WILLOW HOUSE CRICKET SQUARE
PO BOX 2804
GRAND CAYMAN  KY1-1112
CAYMAN ISLANDS

006287P001-1467A-093
MOKREDIT TECHNOLOGY CO LTD
18 EAST YANAN RD
F17 SHANGHAI 200001
CHINA

006685P001-1467A-093
MONTANA ATTORNEY GENERAL
TIM FOX
215 N SANDERS THIRD FL
JUSTICE BUILDING
HELENA MT 59620-1401

006516P001-1467A-093
MONTANA DEPT OF REVENUE
5 SOUTH LAS CHANCE GULCH
HELENA MT 59860

006373P001-1467A-093
MEGAN MORAN
ADDRESS INTENTIONALLY OMITTED

006374P001-1467A-093
AMIT MOTGI
ADDRESS INTENTIONALLY OMITTED

000050P001-1467S-093
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

006766P001-1467A-093
NAME AND ADDRESS INTENTIONALLY OMITTED

# Cred Inc., et al.
# Exhibit Pages

006484P001-1467A-093
NAVIA BENEFITS SOLUTION
11400 SE 6TH ST
STE 125
BELLEVUE WA 98004

006686P001-1467A-093
NEBRASKA ATTORNEY GENERAL
DOUG PETERSON
2115 STATE CAPITOL
LINCOLN NE 68509-8920

006517P001-1467A-093
NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL SOUTH
2ND FLOOR
LINCOLN NE 68509-4818

006687P001-1467A-093
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME COURT BLDG
100 N CARSON ST
CARSON CITY NV 89701

006518P001-1467A-093
NEVADA DEPT OF TAXATION
1550 E COLLEGE PKWY
CARSON CITY NV 89706

006729P001-1467A-093
NEVTEC
1150 S BASCOM AVE STE 12
SAN JOSE CA 95128

006688P001-1467A-093
NEW HAMPSHIRE ATTORNEY GENERAL
GORDON MACDONALD
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397

006519P001-1467A-093
NEW HAMPSHIRE DEPT OF REV ADMIN
109 PLEASANT ST
CONCORD NH 03301

006689P001-1467A-093
NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

006520P001-1467A-093
NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

006690P001-1467A-093
NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BUILDING
SANTA FE NM 87501

006521P001-1467A-093
NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

006691P001-1467A-093
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

006522P001-1467A-093
NEW YORK DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

006375P001-1467A-093
HEIDI NG
ADDRESS INTENTIONALLY OMITTED

006692P001-1467A-093
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

006523P001-1467A-093
NORTH CAROLINA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

006693P001-1467A-093
NORTH DAKOTA ATTORNEY GENERAL
WAYNE STENEHEM
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040

006528P001-1467A-093
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 EAST BLVD AVE
DEPT 127
BISMARCK ND 58505-0599

006453P001-1467A-093
JIM OCHSENREITER
ADDRESS INTENTIONALLY OMITTED

007457P002-1467A-093
OH- BUREAU OF WORKERS COMPENSATION
PO BOX 15567
COLUMBUS OH 43215-0567

006694P001-1467A-093
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

007457S001-1467A-093
OHIO BUREAU OF WORKERS COMPENSATION
JILL WHITWORTH
30 W SPRING ST 26TH FL
COLUMBUS OH 43215

006553P001-1467A-093
OHIO DEPT OF COMMERCE
DIRECTOR
77 SOUTH HIGH ST 23RD FLOOR
COLUMBUS OH 43215-6123

006524P001-1467A-093
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

006695P001-1467A-093
OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

006529P001-1467A-093
OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

006396P001-1467A-093
ONE BEACON N/K/A INTACT INSURANCE
SPECIALTY SOLUTIONS
605 HIGHWAY 169 NORTH
STE 800
PLYMOUTH MN 55441

# Cred Inc., et al.
# Exhibit Pages

007102P001-1467A-093
ONEBEACON INSURANCE GROUP
CLAIMS
ADDRESS INTENTIONALLY OMITTED

0069287P002-1467A-093
ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD SHORES CA 94065

007413P001-1467A-093
ORACLE CREDIT CORP AND ORACLE AMERICA INC
SII TO NETSUITE INC ORACLE
BUCHALTER A PROFESSIONAL CORP
SHAWN M CHRISTIANSON
55 2ND ST 17TH FL
SAN FRANCISCO CA 94105

006696P001-1467A-093
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPT OF JUSTICE
1162 COURT ST NE
SALEM OR 97301-4096

006530P001-1467A-093
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM OR 97310

006762P002-1467A-093
RYAN ORTEGA
ADDRESS INTENTIONALLY OMITTED

006898P001-1467A-093
PARKER AND LYNCH
44 MONTGOMERY ST
STE 1950
SAN FRANCISCO CA 94104

006743P001-1467A-093
PAUL HASTINGS
200 PARK AVE
NEW YORK NY 10166

006737P001-1467A-093
PENINSULA SECURITY SVC
1755 E. BAYSHORE RD STE 28B
REDWOOD CITY CA 94063

006697P001-1467A-093
PENNSYLVANIA ATTORNEY GENERAL
JOSH SHAPIRO
1600 STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

006554P001-1467A-093
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
SECRETARY
651 BOAS ST
ROOM 1700
HARRISBURG PA 17121

006525P001-1467A-093
PENNSYLVANIA DEPT OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

007451P001-1467A-093
PHAM THANH PHUNG
36530 HAU GIANG ST WARD 11 DISTRICT 6
HO CHI MINH  700000
VIETNAM

006734P001-1467A-093
PILOTO 151
151 SAN FRANCISCO ST STE 201
OLD SAN JUAN PR 00901

007087P001-1467A-093
PILOTO 151 LLC
151 CALLE SAN FRANCISCO
STE 200
SAN JUAN PR 00901

006728P001-1467A-093
PMB SOLUTIONS
11 SOMMERSET CIR
GREENWOOD VILLAGE CO 80111

006377P001-1467A-093
JOSEPH PODULKA
3837 CARLSON CT
PALO ALTO CA 94306

006407P001-1467A-093
JOSEPH PODULKA
ADDRESS INTENTIONALLY OMITTED

007035P001-1467A-093
POSTMAN
309 VENKATESH COMPLEX 2ND FLOOR
100 FEET RD INDIRANAGAR
BANGALORE KARNATAKA  560038
INDIA

007036P001-1467A-093
POYNT CO
4151 MIDDLEFIELD RD FL 2
PALO ALTO CA 94303

006475P001-1467A-093
PRICEWATERHOUSECOOPERS
300 MADISON AVE
NEW YORK NY 10017

006749P001-1467A-093
MARY M PRINGLE
ADDRESS INTENTIONALLY OMITTED

007037P001-1467A-093
PRODUCTBOARD
612 HOWARD ST 4TH FLOOR
SAN FRANCISCO CA 94105

006399P001-1467A-093
PROVIDENT BANK
MEAGHAN SWEENEY; KYLE HINGHER
5 MARKET ST
AMESBURY MA 01913

006698P001-1467A-093
PUERTO RICO ATTORNEY GENERAL
DENNISE LONGO
CALLE OLIMPO ESQ AXTMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00907

006526P001-1467A-093
PUERTO RICO DEPT DE HACIENDA
EDIFICIO INTENDENTE RAMIREZ
EL PASEO COVDONGA
SAN JUAN PR 00901

006415P001-1467A-093
QTUM CHAIN FOUNDATION
JINGAN DISTRICT YUYUAN RD
419TH BLDG 34
SHANGHAI
CHINA

006378P001-1467A-093
XAVIER RASHOTSKY
ADDRESS INTENTIONALLY OMITTED

# Cred Inc., et al.
## Exhibit Pages

006379P001-1467A-093
SUDHA MADHURI RAVULA
ADDRESS INTENTIONALLY OMITTED

006767P001-1467A-093
REGULATION D RESOURCE
7333 WEST JEFFERSON AVE STE 225
LAKEWOOD CO 80235

006899P001-1467A-093
REGUS
15233 VENTURA BLVD
STE 500
SHERMAN OAKS CA 91403

006273P001-1467A-093
RELIZ LTD
BLOCKFILLS
12 OFFICE 1 TREIQET HUGGIEGA
TRIQ VICTOR SCERRI
NAXXAR
MALTA

006699P001-1467A-093
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

006527P001-1467A-093
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
1ST FLOOR
PROVIDENCE RI 02908

006486P002-1467A-093
RICHARDS LAYTON AND FINGER PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

006900P001-1467A-093
ROBERT HALF
2884 SAND HILL RD
MENLO PARK CA 94025

006738P001-1467A-093
ROCKETSPACE INC
180 SANSOME ST 2ND FLOOR
SAN FRANCISCO CA 94104

006380P001-1467A-093
MAKSIM ROKHLINE
ADDRESS INTENTIONALLY OMITTED

006487P001-1467A-093
RUDDY GREGORY PLLC
1225 15TH STREET NW
WASHINGTON DC 20005

006772P002-1467A-093
STEFAN RUST
ADDRESS INTENTIONALLY OMITTED

006488P001-1467A-093
RUTSAERT LEGAL
14 RE DE STRASSEN
LUEMBOURG  2555
LUXEMBOURG

006410P002-1467A-093
SAINT BITTS LLC
858 ZENWAY BLVD
FRIGATE BAY
SAINT KITTS AND NEVIS

006760P001-1467A-093
SALESFORCE
415 MISSION ST
SAN FRANCISCO CA 94105

006755P001-1467A-093
SALTIRE MANAGEMENT GROUP LLC
3281 SUTTON PL NW STE B
WASHINGTON DC 20016

006935P001-1467A-093
SARACHEK LAW FIRM
JOSEPH E SARACHEK / ZACHARY E MAZUR
670 WHITE PLAINS ROAD PENTHOUSE FLOOR
SCARSDALE NY 10583

006478P001-1467A-093
SARSON FUNDS LLC
9465 COUNSELORS ROW
STE 200
INDIANAPOLIS IN 46240

006282P003-1467A-093
DAN SCHATT
CRED INC
ADDRESS INTENTIONALLY OMITTED

006381P001-1467A-093
DAN SCHATT
ADDRESS INTENTIONALLY OMITTED

990000P000-1467A-093
SCOTT FRIEDBERG
177 HIRST ROAD
BRIARCLIFF MANOR NY 10510

006489P001-1467A-093
SD MAYER AND ASSOCIATES LLP
235 MONTGOMERY ST
30TH FLOOR
SAN FRANCISCO CA 94104

007038P001-1467A-093
SECURITY PUBLIC STORAGE
110 EAST 25TH AVE
SAN MATEO CA 94403

006739P001-1467A-093
CATHERINE A SEEMANN
ADDRESS INTENTIONALLY OMITTED

007039P001-1467A-093
SENDGRID
929 PEARL ST
BOULDER CO 80302

007040P001-1467A-093
SENDSAFELYCOM
1460 BROADWAY FOURTH FLOOR
NEW YORK NY 10036

007041P001-1467A-093
SENTRY
132 HAWTHORNE ST
SAN FRANCISCO CA 94107

006265P001-1467A-093
SEQUOIA ONE
22 4TH ST
3RD FLOOR
SAN FRANCISCO CA 94103

# Cred Inc., et al.
## Exhibit Pages

006490P001-1467A-093
SHEPPARD MULLIN
333 SOUTH HOPE ST
43RD FLOOR
LOS ANGELES CA 90071

006761P001-1467A-093
SHORELINE LABS
425 CALIFORNIA ST STE 1200
SAN FRANCISCO CA 94104

006768P001-1467A-093
SHRED-IT
7734 S 133RD ST
OMAHA NE 68138

006732P001-1467A-093
SHUTTLE FINANCE INC
DBA ACRE
1447 2ND ST 2ND FLOOR
SANTA MONICA CA 90401

006398P001-1467A-093
SILVERGATE
ASHTON KELLEY; OLLINKA EQUIHUA
TEDDY HANSON
4250 EXECUTIVE SQUARE
STE 100
LA JOLLA CA 92037

006770P001-1467A-093
SILVERLINE
860 BROADWAY 5TH FL
NEW YORK NY 10003

007042P001-1467A-093
SKETCH
FLIGHT FORUM 40 BEGANE GROND
5657 DB EINDHOVEN
NETHERLANDS

006382P001-1467A-093
NICOLE SKILLERN
ADDRESS INTENTIONALLY OMITTED

007043P001-1467A-093
SLACK
500 HOWARD ST
SAN FRANCISCO CA 94105

000012P001-1467S-093
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

007435P001-1467A-093
SOFI
2750 E COTTONWOOD PKWY
SALT LAKE CITY UT 84121

006383P001-1467A-093
RANDY SONG
ADDRESS INTENTIONALLY OMITTED

007093P001-1467A-093
SOPHOS
THE PENTAGON ABINGDON SCIENCE PK
ABINGDON OXFORDSHIRE  OX14 3Y
UNITED KINGDOM

006561P001-1467A-093
SOS DISTRICT OF COLUMBIA
KIMBERLY A BASSETT
1350 PENNSYLVANIA AVE NW
ROOM 419
WASHINGTON DC 20004

006562P001-1467A-093
SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

006563P001-1467A-093
SOS OF ALASKA
KEVIN MEYER
333 W WILLOUGHBY AVE
9TH FLOOR
JUNEAU AK 99801

006564P001-1467A-093
SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

006565P001-1467A-093
SOS OF ARKANSAS
JOHN THURSTON
STATE CAPITOL
500 WOODLANE AVE
STE 256
LITTLE ROCK AR 72201

006566P001-1467A-093
SOS OF CALIFORNIA
ALEX PADILLA
1500 11TH ST
SACRAMENTO CA 95814

006567P001-1467A-093
SOS OF COLORADO
JENA GRISWOLD
COLORADO DEPT OF STATE
1700 BROADWAY
STE 200
DENVER CO 80290

006568P001-1467A-093
SOS OF CONNECTICUT
DENISE W MERRILL
30 TRINITY ST
HARTFORD CT 06106

006569P001-1467A-093
SOS OF DELAWARE
JEFFREY W BULLOCK
401 FEDERAL ST
STE 3
DOVER DE 19901

006570P001-1467A-093
SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

006571P001-1467A-093
SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

006572P001-1467A-093
SOS OF GUAM
JOSH TENORIO
LEUTENANT GOVERNOR
RICARDO J BORDALLO GOVERNORS COMPLEX
PO BOX 2950 HAGATNA GUAM 96932
ADELUP GU 96910

006573P001-1467A-093
SOS OF HAWAII
JOSH GREEN
LEUTENANT GOVERNOR
STATE CAPITOL
ROOM 415
HONOLULU HI 96813

006574P001-1467A-093
SOS OF IDAHO
LAWERENCE DENNEY
700 WEST JEFFERSON ST RM E205
PO BOX 83720
BOISE ID 83720-0080

006575P001-1467A-093
SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD IL 62756

**Cred Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006576P001-1467A-093<br>SOS OF INDIANA<br>CONNIE LAWSON<br>200 W WASHINGTON ST<br>ROOM 201<br>INDIANAPOLIS IN 46204 | 006577P001-1467A-093<br>SOS OF IOWA<br>PAUL D PATE<br>FIRST FLOOR LUCAS BUILDING<br>321 E 12TH ST<br>DES MOINES IA 50319 | 006582P001-1467A-093<br>SOS OF KANSAS<br>SCOTT SCHWAB<br>MEMORIAL HALL 1ST FLOOR<br>120 SW 10TH AVE<br>TOPEKA KS 66612-1594 | 006583P001-1467A-093<br>SOS OF KENTUCKY<br>MICHAEL ADAMS<br>OFFICE OF THE KENTUCY SECRETARY OF STATE<br>700 CAPITAL AVE STE 152<br>FRANKFORT KY 40601 |
| 006584P001-1467A-093<br>SOS OF LOUISIANA<br>R KYLE ARDOIN<br>8585 ARCHIVES AVE<br>PO BOX 94125 BATON ROUGE LA 708049125<br>BATON ROUGE LA 70809 | 006578P001-1467A-093<br>SOS OF MAINE<br>MATTHEW DUNLAP<br>148 STATE HOUSE STATION<br>AUGUSTA ME 00433-0148 | 006579P001-1467A-093<br>SOS OF MARYLAND<br>JOHN C WOBENSMITH<br>FRED L WINELAND BUILDING<br>16 FRANCIS ST<br>ANNAPOLIS MD 21401 | 006585P001-1467A-093<br>SOS OF MASSACHUSETTS<br>WILLIAM FRANCIS GALVIN<br>ONE ASHBURTON PLACE<br>ROOM 1611<br>BOSTON MA 02108-1512 |
| 006580P001-1467A-093<br>SOS OF MICHIGAN<br>JOCELYN BENSON<br>MICHIGAN DEPARTMENT OF STATE<br>LANSING MI 48919 | 006586P001-1467A-093<br>SOS OF MINNESOTA<br>STEVE SIMON<br>OFFICE OF THE SECRETARY OF STATE<br>RETIREMENT SYSTEMS OF MINNESOTA BLDG<br>60 EMPIRE DR STE 100<br>ST. PAUL MN 55103 | 006581P001-1467A-093<br>SOS OF MISSISSIPPI<br>MICHAEL WATSON<br>401 MISSISSIPPI ST<br>JACKSON MS 39201 | 006587P001-1467A-093<br>SOS OF MISSOURI<br>JOHN R ASHCROFT<br>600 WEST MAIN ST<br>JEFFERSON CITY MO 65101 |
| 006588P001-1467A-093<br>SOS OF MONTANA<br>COREY STAPLETON<br>STATE CAPITOL BUILDING 1301 E 6TH AVE<br>PO BOX 202801 HELENA MT 59620<br>HELENA MT 59601 | 006589P001-1467A-093<br>SOS OF NEBRASKA<br>ROBERT BEVNEN<br>PO BOX 94608<br>LINCOLN NE 68509-4608 | 006590P001-1467A-093<br>SOS OF NEVADA<br>BARBARA K CEGAVSKE<br>NEVADA STATE CAPITOL BLDG<br>101 N CARSON ST STE 3<br>CARSON CITY NV 89701 | 006591P001-1467A-093<br>SOS OF NEW HAMPSHIRE<br>WILLIAM M GARDNER<br>107 N MAIN ST RM 204<br>STATE HOUSE<br>CONCORD NH 03301 |
| 006592P001-1467A-093<br>SOS OF NEW JERSEY<br>TAHESHA WAY ESQ<br>225 W STATE ST<br>PO BOX 001<br>TRENTON NJ 08625-0300 | 006593P001-1467A-093<br>SOS OF NEW MEXICO<br>MAGGIE TOULOUSE OLIVER<br>NEW MEXICO STATE CAPITOL ANNEX NORTH<br>325 DON GASPAR STE 300<br>SANTA FE NM 87501 | 006594P001-1467A-093<br>SOS OF NEW YORK<br>ROSSANA ROSADO<br>ONE COMMERCE PLAZA<br>99 WASHINGTON AVE<br>ALBANY NY 12231-0001 | 006595P001-1467A-093<br>SOS OF NORTH CAROLINA<br>ELAINE F MARSHALL<br>2 SOUTH SALISBURY ST<br>PO BOX 29622<br>RALEIGH NC 27626-0622 |
| 006596P001-1467A-093<br>SOS OF NORTH DAKOTA<br>ALVIN A AL JAEGER<br>600 E BLVD AVE<br>DEPT 108 1ST FLOOR<br>BISMARCK ND 58505-0500 | 006597P001-1467A-093<br>SOS OF OHIO<br>FRANK LAROSE<br>180 EAST BROAD ST<br>16TH FLOOR<br>COLUMBUS OH 43215 | 006598P001-1467A-093<br>SOS OF OKLAHOMA<br>MICHAEL ROGERS<br>2300 N LINCOLN BLVD<br>STE 101<br>OKLAHOMA CITY OK 73105-4897 | 006599P001-1467A-093<br>SOS OF OREGON<br>BEV CLARNO<br>900 COURT ST NE<br>CAPTIAL RM 136<br>SALEM OR 97310-0722 |
| 006600P001-1467A-093<br>SOS OF PENNSYLVANIA<br>KATHY BOOCKVAR<br>302 NORTH OFFICE BLDG<br>HARRISBURG PA 17120 | 006602P001-1467A-093<br>SOS OF PUERTO RICO<br>ELMER ROMAIN<br>DEPTO DE ESTADO DE PR<br>CALLE SAN JOSE<br>SAN JUAN PR 00901 | 006601P001-1467A-093<br>SOS OF RHODE ISLAND<br>NELLIE M GORBEA<br>82 SMITH ST<br>STATE HOUSE ROOM 217<br>PROVIDENCE RI 02903 | 006603P001-1467A-093<br>SOS OF SOUTH CAROLINA<br>MARK HAMMOND<br>EDGAR BROWN BLDG<br>1205 PENDELTON ST STE 525<br>COLUMBIA SC 29201 |

# Cred Inc., et al.
## Exhibit Pages

006604P001-1467A-093
SOS OF SOUTH DAKOTA
STEVE BARNETT
CAPITOL BUILDING
500 E CAPITOL AVE STE 204
PIERRE SD 57501-5070

006605P001-1467A-093
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

006606P001-1467A-093
SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

006607P001-1467A-093
SOS OF UTAH
SPENCER COX
160 E 300 S
2ND FLOOR
SALT LAKE CITY UT 84111

006608P001-1467A-093
SOS OF VERMONT
JIM CONDOS
26 TERREACE ST
MONTPELIER VT 05609-1101

006609P001-1467A-093
SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

006610P001-1467A-093
SOS OF WASHINGTON
KIM WYMAN
LEGISLATEIVE BUILDING
PO BOX 40220
OLYMPIA WA 98504-0220

006611P001-1467A-093
SOS OF WEST VIRGINIA
MAC WARNER
BLDG 1 SUITE 157K
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305-0770

006612P001-1467A-093
SOS OF WISCONSIN
DOUG LAFOLLETTE
PO BOX 7848
MADISON WI 53707-7848

006613P001-1467A-093
SOS OF WYOMING
EDWARD A BUCHANAN
SECRETARY OF STATES OFFICE
2020 CAREY AVE
STE 600
CHEYENNE WY 82002-0020

006700P001-1467A-093
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

006531P001-1467A-093
SOUTH CAROLINA DEPT OF REVENUE
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29201

006701P001-1467A-093
SOUTH DAKOTA ATTORNEY GENERAL
JASON RAVNSBORG
1302 EAST HWY 14
STE 1
PIERRE SD 57501-8501

006532P001-1467A-093
SOUTH DAKOTA DEPT OF REVENUE AND REGULATION
445 E CAPITOL AVE
PIERRE SD 57501

007044P001-1467A-093
SPECTRUM
60 COLUMBUS CIR
NEW YORK NY 10023

006276P001-1467A-093
SPICE VENTURE CAPITAL PTD LTD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE
SINGAPORE

007045P001-1467A-093
SPROUT SOCIAL INC
131 S DEARBORN ST STE 700
CHICAGO IL 60603

006338P002-1467A-093
STATE OF CALIFORNIA
DEPT OF FIN PROTECTION & INNOVATION
DEPARTMENT OF BUSINESS OVERSIGHT
2101 ARENA BLVD
SACRAMENTO CA 95834

006614P001-1467A-093
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826880
SACRAMENTO CA 94280-0001

006621P001-1467A-093
STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS COMPENSATION
455 GOLDEN GATE AVE 2ND FLOOR
SAN FRANCISCO CA 94102-7014

006533P001-1467A-093
STATE OF CONNECTICUT DEPT OF REVENUE SVC
25 SIGOURNEY ST
STE 2
HARTFORD CT 06106

006534P001-1467A-093
STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON DE 19801

006622P001-1467A-093
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

006535P001-1467A-093
STATE OF FLORIDA DEPT OF REVENUE
5050 WEST TENNESSEE ST
TALLAHASSE FL 32399-0100

006616R001-1467A-093
STATE OF HAWAII
HAWAII DEPT OF LABOR AND INDUSTRIAL RELATIONS
830 PUNCHBOWL ST ROOM 437
HONOLULU HI 96813-5096

006623P001-1467A-093
STATE OF HAWAII
DEPT OF LABOR AND INDUSTRIAL RELATIONS
DISABILITY COMPENSATION DIVISION
PRINCESS KEELIKOLANI BUILDING
830 PUNCHBOWL ST ROOM 209 PO BOX 3769
HONOLULU HI 96812-3769

006536P001-1467A-093
STATE OF HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU HI 96809

006617P001-1467A-093
STATE OF MARYLAND
MARYLAND DEPT OF LABOR LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

# Cred Inc., et al.
## Exhibit Pages

006624P001-1467A-093
STATE OF MARYLAND
WORKERS COMPENSATION COMMISSION
10 EAST BALTIMORE ST 4TH FLOOR
BALTIMORE MD 21202

006618P001-1467A-093
STATE OF OHIO
OHIO DEPT OF JOB AND FAMILY SVC
PO BOX 182404
COLUMBUS OH 43218-2404

006625P001-1467A-093
STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
30 WEST SPRING ST
COLUMBUS OH 43215-2256

006619P001-1467A-093
STATE OF PENNSYLVANIA
PENNSYLVANIA DEPT OF LABOR AND INDUSTRY
7TH AND FORSTER ST ROOM 915
HARRISBURG PA 17121-0001

006626P001-1467A-093
STATE OF PENNSYLVANIA
BUREAU OF WORKERS COMPENSATION
DEPT OF LABOR AND INDUSTRY
1171 S CAMERON ST RM 324
HARRISBURG PA 17104-2501

006620P001-1467A-093
STATE OF TENNESSEE
TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

006627P001-1467A-093
STATE OF TENNESSEE
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WORKERS COMPENSATION
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

007074P001-1467A-093
STERICYCLE D/B/A SHRED IT
350 HATCH DR
SAN MATEO CA 94404

007432P001-1467A-093
STRADLING LAW
GREGORY K JONES
10100 SANTA MONICA BLVD SUITE 1400
LOS ANGELES CA 90067

006736P001-1467A-093
TABLEAU
1621 N 34TH ST
SEATTLE WA 98103

006730P001-1467A-093
TANGENT CAPITAL PARTNERS
135 EAST 57TH ST
NEW YORK NY 10022

006763P001-1467A-093
TEKNOS
44 MONTGOMERY ST L 3RD FLOOR L
SAN FRANCISCO CA 94104

006437P001-1467A-093
TELEMEIO
7 TERMAASEK BLVD
SINGAPORE  038987
SINGAPORE

006702P001-1467A-093
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

006555P001-1467A-093
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

006537P001-1467A-093
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

006452P001-1467A-093
TERNARY INTELLIGENCE INC
BEAU GIANNINI
CEO
222 COLUMBUS AVE
STE 209
SAN FRANCISCO CA 94113

006703P001-1467A-093
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

006538P001-1467A-093
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

006464P001-1467A-093
THE HARTFORD
JEFF KOO
VICE PRESIDENT LOCKTON COMPANIES
PO BOX 660916
DALLAS TX 75266-0916

006464S001-1467A-093
THE HARTFORD
SENTINEL INSURANCE CO, LIMITED
ONE HARTFORD PLZ
HARTFORD CT 06155

006392P001-1467A-093
THE HARTFORD FINANCIAL SVC GROUP INC
690 ASYLUM AVE
HARTFORD CT 06155

006337P001-1467A-093
THE PRENTICEHALL CORP SYSTEM OF
PUERTO RICO, INC
FAST SOLUTIONS LLC
CITI TOWER 252 FL 20
PONCE DE LEON AVE
SAN JUAN PR 00918

006934P001-1467A-093
THE ROSNER LAW GROUP LLC
JASON A. GIBSON
824 N MARKET ST SUITE 810
WILMINGTON DE 19801

006735P001-1467A-093
THE TINTWORKS ENTERPRISE
15245 SYCAMORE AVE
SAN MARTIN CA 95046

006455P001-1467A-093
TOWER PLAZA TOWER (LINCOLN PROPERTY COMPANY)
DIANA BORROMEO
PROPERTY ADMINISTRATOR
2121 S EL CAMINO REAL
BLDG D STE 200
SAN MATEO CA 94403

007072P002-1467A-093
TRANSFORM GROUP INTERNATIONAL
MICHAEL TERPIN
157 CALLE DE LA LUNA
THIRD FLOOR
SAN JUAN PR 00901

006413P001-1467A-093
TRUECOIN LLC
325 9TH ST
SAN FRANCISCO CA 94103

**Cred Inc., et al.**
**Exhibit Pages**

---

006472P001-1467A-093
TRULIOO INFORMATION SVC
WEST HASTINGS ST
STE 1200-1055
VANCOUVER BC V6E 2E9
CANADA

007046P001-1467A-093
TRULIOO INFORMATION SYSTEMS
1200 1055 WEST HASTINGS ST
VANCOUVER BC V6E 2E9
CANADA

007047P001-1467A-093
TWILIO INC
101 SPEAR ST FL 1
SAN FRANCISCO CA 94105-1580

007447P001-1467A-093
UNITED STATES OF AMERICA
UNITED STATES DEPARTMENT OF JUSTICE
AUGUSTUS T. CURTIS, TRIAL ATTORNEY
1100 L STREET NW ROOM 7024
WASHINGTON DC DC 20005

006784P001-1467A-093
UNIVERSAL PROTOCOL ALLIANCE
1 IRVING PLACE #0811
THE COMMERZE@IRVING
SINGAPORE 369546
SINGAPORE

007086P001-1467A-093
UPHOLD HQ INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

007424P001-1467A-093
UPHOLD HQ INC
BAKER AND HOSTETLER LLP
JORIAN L ROSE
45 ROCKEFELLER PLZ
NEW YORK NY 10111

007424S001-1467A-093
UPHOLD HQ INC
LEE HANSEN
6 W 18TH ST, 3RD FLR
NEW YORK NY 10011

006408P001-1467A-093
UPHOLD, INC
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939

007434P001-1467A-093
US BANK
PO BOX 13
HILLSBORO OH 45133

006556P001-1467A-093
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

006557P001-1467A-093
US DEPT OF LABOR OSHA
OSHA REGION 3
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

006558P001-1467A-093
US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH S SW
RM 6T50
ATLANTA GA 30303

006559P001-1467A-093
US DEPT OF LABOR OSHA
OSHA REGION 5
JOHN C KLUCZYNSKI FEDERAL BUILDING
230 SOUTH DEARBORN ST ROOM 3244
CHICAGO IL 60604

006560P001-1467A-093
US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

006547P001-1467A-093
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

006548P001-1467A-093
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000011P001-1467S-093
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

007431P001-1467A-093
US TRUSTEE
RUSSELL CLEMENTSON
915 WILSHIRE BOULEVARD SUITE 1850
LOS ANGELES CA 90017

007437P001-1467A-093
USAA
PO BOX 47504
SAN ANTONIO TX 78265

006771P002-1467A-093
USER CENTERED EXPERIENCES LLC
DEB VOISIN
95 MOUNTAIN SPRINGS DR
SANTA CRUZ CA 95060

006704P001-1467A-093
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320

006539P001-1467A-093
UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

007104P001-1467A-093
VALIDUS DO
ERIC LEVINE FI PROFESSIONAL LIABILITY
ADDRESS INTENTIONALLY OMITTED

007101P001-1467A-093
VALIDUS SPECIALITY
ERIC LEVINE FI PROFESSIONAL LIABILITY
ADDRESS INTENTIONALLY OMITTED

006395P002-1467A-093
VALIDUS SPECIALTY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006705P001-1467A-093
VERMONT ATTORNEY GENERAL
TJ DONOVAN
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001

006540P001-1467A-093
VERMONT DEPT OF TAXES
109 STATE ST PAVILION OFFICE BLDG
MONTPELIER VT 05609-0201

# Cred Inc., et al.
# Exhibit Pages

007022P001-1467A-093
VERVENT FIRST ASSOCIATES
10182 TELESIS CT STE 300
SAN DIEGO CA 92121

006419P002-1467A-093
VIRTUSE GROUP PTE LTD
60BIS AVE DE LA LANTERNE
NICE  06200
FRANCE

007439P001-1467A-093
WELLS FARGO BANK
PO BOX 14517
DES MOINES IA 50306

006404P001-1467A-093
WEST VIRGINIA SECRETARY OF STATE
1900 KANAWHA BLVD E
CHARLESTON WV 25305

006336P001-1467A-093
STANLEY C WILSON
ADDRESS INTENTIONALLY OMITTED

006545P001-1467A-093
WYOMING DEPT OF REVENUE
122 WEST 25TH ST HERSCHLER BLDG
3RD FL EAST
CHEYENNE WY 82002

007048P001-1467A-093
YOUR REMOTE ASSISTANT
3193 ASHBROOK LN
SAN RAMON CA 94582

006470P001-1467A-093
VIKING PC HEALTH LTD
SOPHIE CROUZET
EVENTS DIRECTOR
GAMING HUB JUDGE PAOLO DEBONO ST
MSIDA SKATE PK
MSIDA  MSD2032
MALTA

006485P001-1467A-093
VSP VISION CARE
3333 QUALITY DR
RANCHO CORDOVA CA 95670

006709P001-1467A-093
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 ROOM E26
CHARLESTON WV 25305-0220

006394P001-1467A-093
WESTERN WORLD INSURANCE GROUP
UNDERWRITING MANAGER -
FI PROFESSIONAL LIABILITY
4 WORLD TRADE CTR
150 GREENWICH ST 47TH FL
NEW YORK NY 10007

006708P001-1467A-093
WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

006385P001-1467A-093
YIHAN XU
ADDRESS INTENTIONALLY OMITTED

006387P001-1467A-093
ALEXANDER ZAVODNIK
ADDRESS INTENTIONALLY OMITTED

006706P001-1467A-093
VIRGINIA ATTORNEY GENERAL
MARK R HERRING
202 NORTH NINTH ST
RICHMOND VA 23219

006707P001-1467A-093
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

006405P001-1467A-093
WEST VIRGINIA DEPT OF REVENUE
1124 SMITH ST
CHARLESTON WV 25301

007438P001-1467A-093
WF CREDIT SVCS
PO BOX 14517
DES MOINES IA 50306

006544P001-1467A-093
WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

006435P001-1467A-093
YEARWOOD MEDIA
JOHN YEARWOOD
PRESIDENT CEO
680 NE 119TH ST
BISCAYNE PARK FL 33161

006748P001-1467A-093
ZEROTH LINK LLC
24016 2ND ST
HAYWARD CA 95054

006541P001-1467A-093
VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

006542P001-1467A-093
WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

006543P001-1467A-093
WEST VIRGINIA DEPT OF REVENUE
1206 QUARRIER ST
CHARLESTON WV 23501

006384P001-1467A-093
DANIEL WHEELER
ADDRESS INTENTIONALLY OMITTED

006710P001-1467A-093
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BUILDING ROOM 123
CHEYENNE WY 82002

006386P001-1467A-093
ZACHARY YOUNG
ADDRESS INTENTIONALLY OMITTED

006389P001-1467A-093
SALLY ZHANG
ADDRESS INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Exhibit Pages**

007049P001-1467A-093
ZOOM US
55 ALMADEN BLVD 6TH FL
SAN JOSE CA 95113

006443P001-1467A-093
ZUAR INC
KEVIN STELLNAR
504 LONG BOW LN
UNIT B
AUSTIN TX 78704

Records Printed :   **1738**