# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss:
COUNTY OF KINGS          )

I, Delicia A. Chung, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 23rd day of April, 2021, DRC, acting under my supervision, caused to be served the *Monthly Operating Report* (Docket No. 743), via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of April, 2021, Brooklyn, New York.

By _____
Delicia A. Chung

Sworn before me this
26th day of April, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

# EXHIBIT 1

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000079P002-1467S-095<br>AKERMAN LLP<br>MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR<br>201 EAST LAS OLAS BLVD., STE 1800<br>FT LAUDERDALE FL 33301<br>MICHAEL.GOLDBERG@AKERMAN.COM | 000079P002-1467S-095<br>AKERMAN LLP<br>MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR<br>201 EAST LAS OLAS BLVD., STE 1800<br>FT LAUDERDALE FL 33301<br>CATHERINE.KRETZSCHMAR@AKERMAN.COM | 000074P001-1467S-095<br>ARCHER & GREINER PC<br>ALAN M ROOT,ESQ<br>300 DELAWARE AVE.,STE 1100<br>WILMINGTON DE 19801<br>AROOT@ARCHERLAW.COM | 000071P001-1467S-095<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM |
| 000071P001-1467S-095<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-095<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-095<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-095<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM |
| 000066P001-1467S-095<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-095<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM | 000070P001-1467S-095<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM | 000069P001-1467S-095<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| 000064P001-1467S-095<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-095<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM | 000036P001-1467S-095<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-095<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000008P001-1467S-095<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-095<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000060P001-1467S-095<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-095<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000056P001-1467S-095<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000059P001-1467S-095<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000075P001-1467S-095<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO;GEOFFREY S GOODMAN<br>321 N CLARK ST.,STE 3000<br>CHICAGO IL 60654<br>JMOLINARO@FOLEY.COM | 000075P001-1467S-095<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO;GEOFFREY S GOODMAN<br>321 N CLARK ST.,STE 3000<br>CHICAGO IL 60654<br>GGOODMAN@FOLEY.COM |

# Cred Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000072P001-1467S-095<br>FOX ROTHSCHILD LLP<br>KEITH C OWENS<br>10250 CONSTELLATION BLVD.,STE 900<br>LOS ANGELES CA 90067<br>KOWENS@FOXROTHSCHILD.COM | 000073P001-1467S-095<br>FOX ROTHSCHILD LLP<br>SETH A NIEDERMAN<br>919 NORTH MARKET ST.,STE 300<br>WILMINGTON DE 19899-2323<br>SNIEDERMAN@FOXROTHSCHILD.COM | 000065P001-1467S-095<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>MBUSENKELL@GSBBLAW.COM | 000065P001-1467S-095<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>MICHAEL BUSENKELL;AMY D BROWN<br>1201 N ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>ABROWN@GSBBLAW.COM |
| 000044P001-1467S-095<br>JST CAPITAL<br>SCOTT FREEMAN<br>350 SPRINGFIELD AVE<br>STE 200<br>SUMMIT NJ 07901<br>SFREEMAN@JSTCAP.COM | 000076P001-1467S-095<br>LEVENE NEALE BENDER YOO & BRILL LLP<br>DAVID B GOLUBCHIK<br>10250 CONSTELLATION BLVD STE 1700<br>LOS ANGELES CA 90067<br>DBG@LNBYB.COM | 000061P001-1467S-095<br>MAPLE PARTNERS LLC<br>JOSHUA SEGALL<br>1309 COFFEEN AVE STE 1200<br>SHERIDAN WY 82801<br>MAPLEPARTNERSLLC@GMAIL.COM | 000062P002-1467S-095<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>TWWALSH@MWE.COM |
| 000062P002-1467S-095<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>DAZMAN@MWE.COM | 000062P002-1467S-095<br>MCDERMOTT WILL & EMERY LLP<br>TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS<br>340 MADISON AVE<br>NEW YORK NY 10173-1922<br>JBEVANS@MWE.COM | 000063P001-1467S-095<br>MCDERMOTT WILL & EMERY LLP<br>DAVID R HURST<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>DHURST@MWE.COM | 000024P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000025P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000026P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000027P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000028P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000029P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000030P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000031P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000032P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000033P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000034P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000035P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000037P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000038P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000039P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000040P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000041P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000042P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000043P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000045P002-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000046P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 000047P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000048P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000049P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000051P001-1467S-095<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

000053P001-1467S-095
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-095
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-095
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-095
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-095
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-095
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-095
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000078P001-1467S-095
THE BIFFERATO FIRM P.A.
IAN CONNOR BIFFERATO,ESQ
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
CBIFFERATO@TBF.LEGAL

000052P001-1467S-095
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-095
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Records Printed :    **70**

# EXHIBIT 2

**Cred Inc., et al.**
**Exhibit Page**

000013P001-1467S-095
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000077P001-1467S-095
DAVID KEITH GOTTLIEB
16255 VENTURA BLVD SUITE 440
ENCINO CA 91436

000006P001-1467S-095
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1467S-095
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1467S-095
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1467S-095
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1467S-095
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000010P001-1467S-095
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000050P001-1467S-095
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000012P001-1467S-095
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000011P001-1467S-095
US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed :  **11**