**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20- 12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of April, 2021, DRC, acting under my supervision, caused to be served the following documents:

    a. "Certificate of No Objection Regarding Fourth Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2021 Through February 28, 2021 (No Order Required)" (Docket No. 735); and

    b. "Certificate of No Objection Regarding Fourth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 Through February 28, 2021 (No Order Required)" (Docket No. 736),

via electronic mail upon the parties set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of April, 2021, Brooklyn, New York.

By: _____
Sung Jae Kim

Sworn before me this
26th day of April, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000079P002-1467S-094<br>AKERMAN LLP<br>MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR<br>201 EAST LAS OLAS BLVD., STE 1800<br>FT LAUDERDALE FL 33301<br>MICHAEL.GOLDBERG@AKERMAN.COM | 000079P002-1467S-094<br>AKERMAN LLP<br>MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR<br>201 EAST LAS OLAS BLVD., STE 1800<br>FT LAUDERDALE FL 33301<br>CATHERINE.KRETZSCHMAR@AKERMAN.COM | 000074P001-1467S-094<br>ARCHER & GREINER PC<br>ALAN M ROOT,ESQ<br>300 DELAWARE AVE.,STE 1100<br>WILMINGTON DE 19801<br>AROOT@ARCHERLAW.COM | 000071P001-1467S-094<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>GTAYLOR@ASHBYGEDDES.COM |
| 000071P001-1467S-094<br>ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR; KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899<br>KEARLE@ASHBYGEDDES.COM | 000067P001-1467S-094<br>BAKER HOSTETLER LLP<br>JEFFREY J LYONS<br>1201 NORTH MARKET ST.,14TH FLOOR<br>WILMINGTON DE 19801-1147<br>JLYONS@BAKERLAW.COM | 000068P001-1467S-094<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>JROSE@BAKERLAW.COM | 000068P001-1467S-094<br>BAKER HOSTETLER LLP<br>JORIAN L ROSE;MICHAEL SABELLA<br>45 ROCKEFELLER PLAZA<br>NEW YORK NY 10111<br>MSABELLA@BAKERLAW.COM |
| 000066P001-1467S-094<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNOR AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000070P001-1467S-094<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>ACARTY@BROWNRUDNICK.COM | 000070P001-1467S-094<br>BROWN RUDNICK LLP<br>ANDREW M CARTY;MICHAEL W REINING<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>MREINING@BROWNRUDNICK.COM | 000069P001-1467S-094<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| 000064P001-1467S-094<br>CARLTON FIELDS PA<br>DAVID L GAY,ESQ<br>2 MIAMI CENTRAL<br>700 NW 1ST AVE.,STE 1200<br>MIAMI FL 33136-4118<br>DGAY@CARLTONFIELDS.COM | 000018P001-1467S-094<br>COUSINS LAW LLC<br>SCOTT D. COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE<br>SUITE 301 WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM | 000036P001-1467S-094<br>DCP CAPITAL<br>KEVIN HU<br>KINGSTON CHAMBERS<br>PO BOX 173<br>RD TOWN<br>TORTOLA  VG1110<br>BRITISH VIRGIN ISLANDS<br>KEVIN@DCP.CAPITAL | 000014P001-1467S-094<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000008P001-1467S-094<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1467S-094<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000060P001-1467S-094<br>DRAGONFLY INTERNATIONAL HOLDING LIMITED<br>LINDSAY LIN<br>MAPLES CORPORATE SERVICES (BVI)LIMITED<br>KINGTON CHAMBERS ,P O BOX 173<br>ROAD TOWN TORTOLA BRITISH VIRGIN<br>LINDSAY@DCP.CAPITAL | 000055P001-1467S-094<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801-1621<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000056P001-1467S-094<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>DUSTIN R DENEAL<br>600 E 96TH ST.,STE 600<br>INDIANAPOLIS IN 46240<br>DUSTIN.DENEAL@FAEGREDRINKER.COM | 000059P001-1467S-094<br>FISHERBROYLES LLP<br>HOLLACE TOPOL COHEN,ESQ<br>445 PARK AVE<br>NEW YORK NY 10022<br>HOLLACE.COHEN@FISHERBROYLES.COM | 000075P001-1467S-094<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO;GEOFFREY S GOODMAN<br>321 N CLARK ST.,STE 3000<br>CHICAGO IL 60654<br>JMOLINARO@FOLEY.COM | 000075P001-1467S-094<br>FOLEY & LARDNER LLP<br>JOANNE MOLINARO;GEOFFREY S GOODMAN<br>321 N CLARK ST.,STE 3000<br>CHICAGO IL 60654<br>GGOODMAN@FOLEY.COM |

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 3                                                                                     04/21/2021 06:42:41 PM

---

000072P001-1467S-094
FOX ROTHSCHILD LLP
KEITH C OWENS
10250 CONSTELLATION BLVD.,STE 900
LOS ANGELES CA 90067
KOWENS@FOXROTHSCHILD.COM

000073P001-1467S-094
FOX ROTHSCHILD LLP
SETH A NIEDERMAN
919 NORTH MARKET ST.,STE 300
WILMINGTON DE 19899-2323
SNIEDERMAN@FOXROTHSCHILD.COM

000065P001-1467S-094
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

000065P001-1467S-094
GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON DE 19801
ABROWN@GSBBLAW.COM

000044P001-1467S-094
JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT NJ 07901
SFREEMAN@JSTCAP.COM

000076P001-1467S-094
LEVENE NEALE BENDER YOO & BRILL LLP
DAVID B GOLUBCHIK
10250 CONSTELLATION BLVD STE 1700
LOS ANGELES CA 90067
DBG@LNBYB.COM

000061P001-1467S-094
MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN WY 82801
MAPLEPARTNERSLLC@GMAIL.COM

000062P002-1467S-094
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
TWWALSH@MWE.COM

000062P002-1467S-094
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
DAZMAN@MWE.COM

000062P002-1467S-094
MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK NY 10173-1922
JBEVANS@MWE.COM

000063P001-1467S-094
MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHURST@MWE.COM

000024P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000025P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000026P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000027P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000028P002-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000029P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000030P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000031P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000032P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000033P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000034P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000035P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000037P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Cred Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                                                          04/21/2021 06:42:41 PM

000038P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000039P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000040P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000041P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000042P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000043P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000045P002-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000046P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000047P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000048P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000049P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000053P001-1467S-094
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000003P001-1467S-094
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

000003P001-1467S-094
OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON DE 19801
JOHN.SCHANNE@USDOJ.GOV

000019P001-1467S-094
PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
JAMESGROGAN@PAULHASTINGS.COM

000020P001-1467S-094
PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON TX 77002
MACKWILSON@PAULHASTINGS.COM

000021P001-1467S-094
PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK NY 10166
ALEXBONGARTZ@PAULHASTINGS.COM

000054P001-1467S-094
SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MARK.MINUTI@SAUL.COM

000078P001-1467S-094
THE BIFFERATO FIRM P.A.
IAN CONNOR BIFFERATO,ESQ
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
CBIFFERATO@TBF.LEGAL

000052P001-1467S-094
UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR CA 94939
JP.THIERIOT@UPHOLD.COM

000005P001-1467S-094
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

**Records Printed :    70**

**EXHIBIT 2**

**Cred Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                                          04/21/2021 06:42:26 PM

| | | | |
|---|---|---|---|
| 000013P001-1467S-094<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000077P001-1467S-094<br>DAVID KEITH GOTTLIEB<br>16255 VENTURA BLVD SUITE 440<br>ENCINO CA 91436 | 000006P001-1467S-094<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1467S-094<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000009P001-1467S-094<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1467S-094<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1467S-094<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000010P001-1467S-094<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000050P001-1467S-094<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000012P001-1467S-094<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000011P001-1467S-094<br>US EPA REG 3<br>OFFICE OF REG. COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed :   11