# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF LETTER FROM CRED INC. LIQUIDATION TRUST TO UNSECURED CREDITORS OF CRED INC.

PLEASE TAKE NOTICE that on March 11, 2021, the Court confirmed and approved on a final basis the *Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629-1] (as amended, the "Plan").

PLEASE TAKE FURTHER NOTICE that the Plan became effective on April 19, 2021 (the "Effective Date"). *See* Docket No. 730. On the Effective Date of the Plan, the Cred Inc. Liquidation Trust (the "Liquidation Trust") was established and all assets of the Debtors were transferred and assigned to the Liquidation Trust. *See* Plan, § 12.3.

PLEASE TAKE FURTHER NOTICE that on April 28, 2021, the Liquidation Trust posted a letter to unsecured creditors (the "Creditor Letter") on the official website of the chapter 11 cases, available at https://www.donlinrecano.com/Clients/cred/Index, and the official website of the Official Committee of Unsecured Creditors in the chapter 11 cases, available at https://cases.stretto.com/Cred.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

2

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a copy of the Creditor Letter is attached hereto as **Exhibit A**.

Dated:  Wilmington, Delaware
April 29, 2021

**MCDERMOTT WILL & EMERY LLP**

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711
E-mail:  dhurst@mwe.com

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*