EXHIBIT A

<u>Letter from Liquidation Trust</u>

April 28, 2021

Dear unsecured creditors of Cred Inc., *et al.*,

On April 19, 2021 (the "Effective Date"), Cred Inc. and its affiliated debtors' (collectively, "Cred") *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Chapter 11 Plan") became effective.  Three members of the Official Committee of Unsecured Creditors have been appointed to serve as the Liquidation Trustees of the Cred Inc. Liquidation Trust (the "Liquidation Trust").  Additionally, two members of the Official Committee of Unsecured Creditors and two other creditors will serve on the Trust Advisory Board, which is responsible for overseeing the activities of the Liquidation Trust and the Liquidation Trustees.

On the Effective Date, the Liquidation Trust took possession of Cred's assets.  Such assets primarily consist of: (i) Bitcoin; (ii) Ether; (iii) altcoins; (iv) outstanding debts owed to Cred; and (v) all causes of action, including avoidance actions, that Cred could have brought against third parties as of the date of the bankruptcy filing.  There may also be value in certain licenses, intellectual property, and tax loss carryforwards.  The assets are of uncertain value and the Liquidation Trust will likely need significantly more time to accurately assess the value.  Additionally, the Liquidation Trustees are responsible for ascertaining Cred's liabilities and making distributions to creditors according to the statutory order of priorities.

The Liquidation Trust has begun to determine courses of action to recover additional funds.  As there may be a number of potentially significant recovery avenues that may require legal action, it is uncertain when distributions will be paid.

As of the Effective Date:

1.  Some claims may be disallowed.  If a claim is proposed to be disallowed in whole or in part, notice will be provided pursuant to the contact information on that specific claim, and the respective creditor will have an opportunity to object to such disallowance.

2.  There can be no assurance of the total: (i) value of assets that will be available after all administrative and priority claims have been paid; and (ii) amount of general unsecured claims that will be allowed until a claims reconciliation process is completed.  The rate of recovery for unsecured creditors will be dependent on the value of assets and the amount of allowed claims.

3. Although the Liquidation Trustees and the Liquidation Trust's professionals will work quickly and efficiently, it is unclear at this time as to the specific date distributions will be made.

We encourage all creditors to review the Chapter 11 Plan.

Best regards,

The Liquidation Trustees

<div style="border:1px solid black; padding:10px;">

**<u>DISCLAIMER</u>**

**The information contained in this Letter is for informational purposes only and may not be relied upon for any other purpose. Nothing stated in this Letter shall be deemed or construed as an admission of any fact or liability by any party, or be admissible in any proceeding involving the Liquidation Trust, the Liquidation Trustees, the Liquidation Trust Advisory Board, or any other party, or be deemed conclusive evidence of the tax or other legal effects of the Chapter 11 Plan. Certain statements contained in this Letter, by nature, are forward looking. There can be no assurance that such statements will reflect actual outcomes. To the extent there is any inconsistency between the Chapter 11 Plan and this Letter, the Chapter 11 Plan will govern.**

**This Letter is not and should not be construed as legal advice, and may not be relied upon by any person for any reason. To the extent you have a legal question or issue, you should consult with your own legal counsel. All creditors are encouraged to review pleadings filed in Cred's chapter 11 cases by visiting the following link free of charge: https://www.donlinrecano.com/Clients/cred/Index.**

</div>