**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 4, 2021 AT 10:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND
REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER
IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-yoqjkjGED0Xr87CQC7oNDMqlXJVlY

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**<u>MATTER GOING FORWARD</u>**

1.  Status Conference Regarding Discovery Dispute

    Related Documents:

    (a)  Letter from Cred Inc. Liquidation Trust to Judge Dorsey Regarding Alexander Discovery Dispute (Filed 4/26/21) [Docket No. 744]

    (b)  Letter to Judge Dorsey from Geoffrey Grivner Regarding April 26, 2021 Letter from Cred Inc. Liquidation Trust (Filed 4/26/21) [Docket No. 745]

    <u>Status</u>:   This matter will be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

|  |  |
|---|---|
| Dated: Wilmington, Delaware<br>April 30, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: twwalsh@mwe.com<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |