**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |
| | ) | |

**DECLARATION OF SERVICE**

I, Cathy Greer, declare:

1.      I am over the age of 18 years.

2.      I am a paralegal employed by McDermott Will & Emery LLP, 1007 N. Orange Street, 10th Floor, Wilmington, Delaware 19801.

3.      On April 30, 2021, I caused a copy of the following document to be served via first class mail upon the parties identified on **Exhibit A** hereto and by electronic mail upon the parties identified on **Exhibit B** hereto:

*Notice of Agenda of Matters Scheduled for Hearing on May 4, 2021 a 10:00 a.m. (Eastern Time) Before the Honorable John T. Dorsey* [Docket No. 750]

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

I declare under penalty of perjury, pursuant to section 1746 of title 28 of the United

States Code, that the foregoing is true and correct to the best of my knowledge, information, and

belief.


Dated:  Wilmington, Delaware
        April 30, 2021


                                                    /s/ Cathy Greer
                                                    Cathy Greer
                                                    Paralegal
                                                    MCDERMOTT WILL & EMERY LLP
                                                    1007 North Orange Street, 10th Floor
                                                    Wilmington, Delaware 19801