## **Exhibit A**

By First Class Mail

Cred Inc., et al.

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR | | 201 EAST LAS OLAS BLVD., STE 1800 | | FT LAUDERDALE | FL | 33301 | |
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | | 300 DELAWARE AVE.,STE 1100 | | WILMINGTON | DE | 19801 | |
| ARIZONA ATTORNEY GENERALS OFFICE | | | PO BOX 6123 | | PHOENIX | AZ | 85005-6123 | |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | | 500 DELAWARE AVE.,8TH FLOOR | P O BOX 1150 | WILMINGTON | DE | 19899 | |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | | 1201 NORTH MARKET ST.,14TH FLOOR | | WILMINGTON | DE | 19801-1147 | |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | |
| BILLION LAW | MARK N BILLION,ESQ | | 1073 S GOVERNOR AVE | | DOVER | DE | 19904 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | | 55 SECOND ST.,17TH FLOOR | | SAN FRANCISCO | CA | 94105-3493 | |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | MIAMI | FL | 33136-4118 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| COUSINS LAW LLC | SCOTT D. COUSINS | | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE | SUITE 301 | WILMINGTON | DE | 19803 |
| CRED INC. | ATTN:  PRESIDENT/CEO | | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | |
| DAVID KEITH GOTTLIEB | | | 16255 VENTURA BLVD SUITE 440 | | ENCINO | CA | 91436 | |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS | PO BOX 173 | RD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| Name Address and Email intentionally omitted | | | | | | | | |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS | | |
| Name Address and Email intentionally omitted | | | | | | | | |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | | 222 DELAWARE AVE.,STE 1410 | | WILMINGTON | DE | 19801-1621 | |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | | 600 E 96TH ST.,STE 600 | | INDIANAPOLIS | IN | 46240 | |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | | 445 PARK AVE | | NEW YORK | NY | 10022 | |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | | 321 N CLARK ST.,STE 3000 | | CHICAGO | IL | 60654 | |
| FOX ROTHSCHILD LLP | KEITH C OWENS | | 10250 CONSTELLATION BLVD.,STE 900 | | LOS ANGELES | CA | 90067 | |
| FOX ROTHSCHILD LLP | SETH A NIEDERMAN | | 919 NORTH MARKET ST.,STE 300 | | WILMINGTON | DE | 19899-2323 | |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | | 1201 N ORANGE ST.,STE 300 | | WILMINGTON | DE | 19801 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| Name Address and Email intentionally omitted | | | | | | | | |
| JST CAPITAL | SCOTT FREEMAN | | 350 SPRINGFIELD AVE | STE 200 | SUMMIT | NJ | 07901 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | | 10250 CONSTELLATION BLVD STE 1700 | | LOS ANGELES | CA | 90067 | |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | | 1309 COFFEEN AVE STE 1200 | | SHERIDAN | WY | 82801 | |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | | 340 MADISON AVE | | NEW YORK | NY | 10173-1922 | |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST.,4TH FLOOR | WILMINGTON | DE | 19801 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| OFFICE OF THE US TRUSTEE | | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| PAUL HASTINGS LLP | JAMES T. GROGAN | | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | MACK WILSON | | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | DEREK CASH | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| THE BIFFERATO FIRM P.A. | IAN CONNOR BIFFERATO,ESQ | | 1007 N ORANGE ST.,4TH FLOOR | | WILMINGTON | DE | 19801 | |
| Name Address and Email intentionally omitted | | | | | | | | |
| Name Address and Email intentionally omitted | | | | | | | | |
| Name Address and Email intentionally omitted | | | | | | | | |
| UPHOLD, INC | JP THIERIOT | | 900 LARKSPUR LANDING CIR | STE 209 | LARKSPUR | CA | 94939 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | |
| Name Address and Email intentionally omitted | | | | | | | | |