| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Virgil | CHRISTINE | Creditor | |
| Evan | Wu | Self | |
| Linda | Richenderfer | UST | |
| Michael | Hammill | Pro per | |
| Richard | Parsons | Richard P Parsons | |
| Julius | Hudec | pro per | |
| Scott | Jones | Cred Inc. | Cousins Law LLC |
| Augustus | Curtis | Department of Justice | |
| Gregg | Steinman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| morton | branzburg | alfred giuliano, in his capacity as Chapter 7 trustee | Klehr Harrison Harvey Branzburg, LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Carol | Slocum | Alfred T. Giuliano | Klehr Harrison |
| Timothy | Walsh | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the United States Trustee (Wilmington, Delaware) |
| Scott | Cousins | Cred Inc. | Cousins Law LLC |
| Geoffrey | Grivner | James Alexander | Buchanan Ingersoll Rooney |
| Becky | Yerak | Wall Street Journal | |
| Kody | Sparks | James Alexander | Buchanan Ingersoll Rooney |
| John | Evans | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Guenadi | Jilevski | CRED customer | n/A |
| David | Hurst | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Darren | Azman | Cred Inc. Liquidation Trust | McDermott Wil & Emery LLP |
| Jack | Newsham | N/A (Journalist) | |