IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.¹ | ) | (Jointly Administered) |
| | ) | |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | ) | Adv. Proc. No. 20-51006 |
| Plaintiffs, | ) | |
| v. | ) | |
| JAMES ALEXANDER, | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF JAMES ALEXANDER**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rules 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure Rules 7026 and 7030, Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the *Order Approving the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (I) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (II) Related Relief*, *In re Cred*, Case No. 20-12836, Adv. Proc. D.I. 19 (February 5, 2021), the Cred Inc. Liquidation Trust (the "Cred Liquidation Trust"), by and through its undersigned counsel, will continue the

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

deposition upon oral examination of James Alexander, beginning at 12:00 p.m. (prevailing Eastern time) on May 13, 2021.

      **PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely by Zoom;

2. The court reporter will report the deposition from a location separate from the witness;

3. Counsel for the parties will participate from various, separate locations;

4. The court reporter will administer the oath to the witness remotely;

5. Each participating attorney will be visible to all other participants and their statements will be audible to all participants;

6. Exhibits, if any, will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically;

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of deposition.

      *[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
       May 4, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  dhurst@mwe.com

-and-

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444
Email:  twwalsh@mwe.com
Email:  dazman@mwe.com
Email:  jbevans@mwe.com

*Counsel to Cred Inc. Liquidation Trust*