# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>JAMES ALEXANDER,<br><br>      Defendant. | Adv. Proc. No. 20-51006 |

## DECLARATION OF SERVICE

I, Cathy Greer, declare:

1. I am over the age of 18 years.

2. I am a paralegal employed by McDermott Will & Emery LLP, 1007 N. Orange Street, 10th Floor, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

3. On May 4, 2021, I caused a copy of the following document to be served via first class mail upon the parties identified on **Exhibit A** hereto and by electronic mail upon the parties identified on **Exhibit B** hereto:

*Notice of Deposition of James Alexander* [Docket No. 754; Adversary Docket No. 44]

I declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: Wilmington, Delaware
May 4, 2021

/s/ Cathy Greer
Cathy Greer
Paralegal
MCDERMOTT WILL & EMERY LLP
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801