## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket No. 708** |

### CERTIFICATION OF NO OBJECTION WITH RESPECT TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE COMMITTEE TO FILE OBJECTION UNDER SEAL

The undersigned counsel hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Objection Under Seal* [Docket No. 708] (the "Motion"), filed on April 15, 2021. The undersigned counsel further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 29, 2021 (the "Objection Deadline").

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. Accordingly, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: Wilmington, Delaware
May 7, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Fax: (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Fax: (212) 547-5444

*Counsel to Cred Inc. Liquidation Trust*