**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2021 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## CONTINUED MATTERS

1. Motion to Withdraw as Attorney of Record for James Alexander (Filed 2/23/21) [Docket No. 542]

    Related Documents:   None.

    Responses Received:

    (a) Objection of the Official Committee of Unsecured Creditors to Motion of Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James Alexander (Filed 3/15/21) [Docket No. 640]

    Objection Deadline:   March 10, 2021 at 4:00 p.m. (ET)

    Status:   This matter will not be going forward. With the consent of the parties, this matter has been adjourned until the next omnibus hearing in these cases.

2. Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 717]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] **Amended agenda items are noted in bold.**

Related Documents:

(a) Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Filed Under Seal]

(b) Notice of Filing of Proposed Redacted Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 718]

Objection Deadline:  April 29, 2021 at 4:00 p.m. (ET); extended to May 12, 2021 for the U.S. Trustee.

Status:  This matter is continued to the next omnibus hearing date. In the event the Liquidation Trust, the Examiner and the Office of the United States Trustee are able to reach a resolution regarding the proposed form of order on the Motion, a certification of counsel will be filed.

**ORDER ENTERED**

3. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Objection Under Seal (Filed 4/15/21) [Docket No. 708]

   Related Documents:

   (a) Objection of the Official Committee of Unsecured Creditors to Amended Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(1)(A), 503(b)(3)(D) and 503(b)(4) (Filed 4/14/21) [Filed Under Seal]

   (b) Notice of Filing of Proposed Redacted Version of Objection of the Official Committee of Unsecured Creditors to Amended Application of Invictus Global Management, LLC for Allowance and Payment of Fees Pursuant to Bankruptcy Code Sections 503(b)(1)(1), 503(b)(3)(D) and 503(b)(4) (Filed 4/15/21) [Docket No. 709]

   (c) Certification of No Objection with Respect to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Objection Under Seal (Filed 5/7/21) [Docket No. 758]

   (d) Order Authorizing the Committee to File Objection Under Seal (Filed 5/7/21) [Docket No. 763]

   Objection Deadline:  April 29, 2021 at 4:00 p.m. (ET)

   Status:  This matter will not be going forward. The Court has entered an order granting the Motion.

Dated: Wilmington, Delaware
May 10, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: twwalsh@mwe.com
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*