UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

**2021 MAY 12  AM 8: 33**

In re:

Case No. 21-10622

PRODIGY NETWORK, LLC,

Chapter 7

Debtor.

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Sharestates Inc., an interested party in the above-

referenced case, by and through its counsel, hereby enters its appearance pursuant to the

Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to

Bankruptcy Rules 2002 and 9007 of the Bankruptcy Code, that copies of all notices and

pleadings in this case be given and served upon the undersigned counsel at the following address

and telephone number:

**BOND, SCHOENECK & KING, PLLC**
**Stephen A. Donato, Esq.**
**One Lincoln Center, 18th Floor**
**110 West Fayette Street**
**Syracuse, New York 13202**
**Tel.: (315) 218-8000**
**Fax: (315) 218-8100**
**Email:  sdonato@bsk.com**

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the

referenced case and the proceedings herein.

12456696.1

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sharestates Inc.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; and (ii) right to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Sharestates Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: May 5 2021
      Syracuse, New York

                    BOND, SCHOENECK & KING, PLLC

By: _____
                Stephen A. Donato, Esq.
                *Attorneys for Sharestates Inc.*
                Office and Post Office Address
                One Lincoln Center, 18th Floor
                110 West Fayette Street
                Syracuse, New York 13202
                Telephone: (315) 218-8000
                Facsimile: (315) 218-8100
                Email: sdonato@bsk.com

12456696.1