# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>CRED INC., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

### NOTICE OF MOTION OF ROBERT J. STARK, EXAMINER, FOR ENTRY OF ORDER (I) DISCHARGING EXAMINER; (II) INCREASING FINAL BUDGET FOR INVESTIGATION; (III) GRANTING RELIEF FROM THIRD PARTY DISCOVERY; (IV) APPROVING THE DISPOSITION OF DOCUMENTS AND INFORMATION; AND (V) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on May 14, 2021, Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") filed the *Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging the Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Relief from Third-Party Discovery; (IV) Approving the Disposition of Documents and Information; and (V) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Motion must be (a) in writing and served on or before **June 3, 2021 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Examiner.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 17, 2021 AT 2:00 P.M. (PREVAILING EASTERN STANDARD TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01688034;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 14, 2021
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email : GTaylor@ashbygeddes.com
       KEarle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel : (212) 209-4800
Email : acarty@brownrudnick.com
       mreining@brownrudnick.com

*Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors*