**EXHIBIT B**

**Time Value for the Monthly Period February 1, 2021 through April 19, 2021**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Cook, Stephen R. | 85.90 | $1,105.00 | $94,919.50 |
| Stark, Robert J. | 56.90 | $1,100.00 | $62,590.00 |
| Baynham, Ashley L. | 5.70 | $1,025.00 | $5,842.50 |
| Carty, Andrew M. | 130.00 | $975.00 | $126,750.00 |
| Gilman, E. Patrick | 261.60 | $805.00 | $210,588.00 |
| Lietz, Tiffany B. | 264.10 | $720.00 | $190,152.00 |
| Reining, Michael W. | 138.00 | $685.00 | $94,530.00 |
| Rosenthal, David L. | 173.20 | $660.00 | $114,312.00 |
| Irwin, Alannah | 334.30 | $570.00 | $190,551.00 |
| Vignali, Erio | 72.10 | $535.00 | $38,573.50 |
| McKenzie Rachel C. | 327.00 | $435.00 | $142,245.00 |
| Cohen, Harriet E. | .80 | $435.00 | $348.00 |
| Crawford, Roderick J. | 39.10 | $415.00 | $16,226.50 |
| Khalatova, Nina | 28.40 | $395.00 | $11,218.00 |
|  | **1,917.10** |  | **$1,298,846.00** |

**TOTAL HOURS:** 1,917.10
**TOTAL FEES:** $1,298,846.00

**Time Value for the Final Period January 8, 2021 through April 19, 2021**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Cook, Stephen R. | 99.20 | $1,105.00 | $109,616.00 |
| Stark, Robert J. | 61.20 | $1,100.00 | $67,320.00 |
| Baynham, Ashley L. | 6.00 | $1,025.00 | $6,150.00 |
| Carty, Andrew M. | 130.00 | $975.00 | $126,750.00 |
| Gilman, E. Patrick | 363.10 | $805.00 | $292,295.50 |
| Lietz, Tiffany B. | 335.90 | $720.00 | $241,848.00 |
| Reining, Michael W. | 168.40 | $685.00 | $115,354.00 |
| Rosenthal, David L. | 210.10 | $660.00 | $138,666.00 |
| Irwin, Alannah | 377.00 | $570.00 | $214,890.00 |
| Vignali, Erio | 72.10 | $535.00 | $38,573.50 |
| McKenzie Rachel C. | 393.40 | $435.00 | $171,129.00 |
| Cohen, Harriet E. | .80 | $435.00 | $348.00 |
| Crawford, Roderick J. | 48.60 | $415.00 | $20,169.00 |
| Khalatova, Nina | 40.10 | $395.00 | $15,839.50 |
|  | **2,305.90** |  | **$1,558,948.50** |

**TOTAL HOURS:** 2,305.90
**TOTAL FEES:** $1,558,948.50