# EXHIBIT D

**(Summary of the Disbursements for the Monthly and Final Periods)**

| Category of Expenses | Total Expenses for the Monthly Period | Total Expenses for the Final Period |
|---|---:|---:|
| Copies (B&W and Color @ 10 cents per page | $281.40 | $317.70 |
| EDiscovery Hosting | $30.00 | $30.00 |
| Outside Copies | $2,137.67 | $2,137.67 |
| Pacer | $403.70 | $403.70 |
| Westlaw Online Transactional Searches | $1,727.00 | $3,109.00 |
| **Total:** | **$4,579.77** | **$5,998.07** |