# EXHIBIT E

## (CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed** Firm-wide for preceding calendar year[1] | **Billed** This Application |
| Partner | **$905.61** | $1,045.33 |
| Associate & Other Counsel | **$596.82** | $631.64 |
| Paralegal | **$345.21** | $406.22 |
| **Aggregated:** | **$702.72** | **$676.07** |

---

[1] Excluding blended hourly rates for the Restructuring section of the firm.