**EXHIBIT F**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATION OF ANDREW M. CARTY

I, Andrew M. Carty, an attorney-at-law, duly admitted and in good standing to practice in the State of New York, hereby certify that:

1.  I am a partner at the firm of Brown Rudnick LLP ("**Brown Rudnick**") and I am duly authorized to make this certification on behalf of Brown Rudnick.

2.  Brown Rudnick was retained by Robert J. Stark, the Court-appointed Examiner in the above-captioned Chapter 11 case, pursuant to an order of the Bankruptcy Court.

3.  This certification is made in support of the *Second Monthly and Final Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period January 8, 2021 through April 19, 2021* (the "**Second Monthly and Final Application**") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Rule 2016-2**") of the Bankruptcy Court, and with the *Guidelines for Reviewing Applications for Compensation and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

*Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"), 28 C.F.R. pt. 58, app. A (1996).

4. I have read the Second Monthly and Final Application and I certify that, to the best of my knowledge, the Second Monthly and Final Application substantially complies with the Rule 2016-2 and the UST Guidelines to the extent applicable.

Dated: May 14, 2021

                                           Respectfully submitted,

                                           **BROWN RUDNICK LLP**

                                           By: */s/ Andrew M. Carty*
                                           Andrew M. Carty
                                           Seven Times Square
                                           New York, NY 10036
                                           Tel: (212) 209-4800
                                           Email: acarty@brownrudnick.com