IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) |

**CERTIFICATION TO SECOND COMBINED MONTHLY AND FINAL FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR (I) THE MONTHLY PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 19, 2021, AND (II) THE FINAL PERIOD JANUARY 8, 2021 THROUGH APRIL 19, 2021**

Gregory A. Taylor, pursuant to 28 U.S.C. § 1746, states as follows

(a) I am an attorney with fee applicant Ashby & Geddes and have been admitted to appear before this Court.

(b) I personally have performed many of the legal services rendered by Ashby & Geddes as Delaware counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner"). I generally am familiar with the work performed on behalf of the Examiner by the other lawyers and staff in the firm.

(c) I have reviewed the foregoing Second Combined Monthly and Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Second Combined Monthly and Final Fee Application substantially complies with such rule.

(d) To that end, the following is provided in response to the request for additional information set forth in ¶ C.5 of the U.S. Trustee Guidelines.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01687288;v1 }

| QUESTION | RESPONSE |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher than 10% or more, did you discuss the reasons for the variation with the client? | Contemporaneous with the filing of this application, the Examiner has filed the Discharge Motion seeking, among other things, an increase in the budget for the investigation to cover all allowed fees and expenses of the Examiner's professionals. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. | No. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | N/A |

    I certify, under penalty of perjury, the foregoing statements are true to the best of my current knowledge, information and belief.

Dated: May 14, 2021      */s/ Gregory A. Taylor*
    Wilmington, Delaware      Gregory A. Taylor   (DE Bar No. 4008)

{01687288;v1 }      2