# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

## NOTICE OF SECOND COMBINED MONTHLY AND FINAL FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR (I) THE MONTHLY PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 19, 2021, AND (II) THE FINAL PERIOD JANUARY 8, 2021 THROUGH APRIL 19, 2021

  **PLEASE TAKE NOTICE** that on May 14, 2021, the *Second Combined Monthly and Final Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for (I) the Monthly Period from February 1, 2021 through April 19, 2021, and (II) the Final Period January 8, 2021 through April 19, 2021* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Application seeks final allowance of fees in the amount of $29,542.00 and final expenses in the amount of $2,608.73.

  **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **June 3, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, DE 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (a) undersigned counsel to the Examiner (i) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, Delaware 19801, Attn: Gregory A. Taylor and Katharina Earle, (GTaylor@ashbygeddes.com, KEarle@ashbygeddes.com) and (ii) Brown Rudnick LLP, Seven Time Square, New York, New York 10036, Attn: Andrew M. Carty and Michael W. Reining (acarty@brownrudnick.com, mreining@brownrudnick.com); (b) counsel to the Debtors (i) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002, Attn: James T. Grogan and Mack Wilson, (jamesgrogan@paulhastings.com, mackwilson@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: G. Alexander Bongartz and Derek Cash

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01687985;v1 }

(alexbongartz@paulhastings.com, derekcash@paulhastings.com) and (ii) Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott D. Cousins (scott.cousins@cousins-law.com); (c) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph James McMahon, Jr. (joseph.mcmahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov); and (d) counsel to the statutory committee appointed in these chapter 11 cases (the "Committee") and the Liquidation Trustee (i) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173-1922, Attn. Timothy Walsh and Darren Azman (twwalsh@mwe.com, dazman@mwe.com) and (ii) McDermott Will & Emery LLP, The Nemours Building, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801, Attn. David Hurst (dhurst@mwe.com).

**PLEASE TAKE FURTHER NOTICE** that if any objection to the Application is timely filed, a hearing on the Application will be held on **June 17, 2021 at 2:00 p.m. (ET)** before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: May 14, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email : GTaylor@ashbygeddes.com<br>            KEarle@ashbygeddes.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Andrew M. Carty (admitted *pro hac vice*)<br>Michael W. Reining (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Email : acarty@brownrudnick.com<br>            mreining@brownrudnick.com<br><br>*Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors* |

{01687985;v1 }                                   2