## <u>EXHIBIT A</u>

**(Ashby & Geddes, P.A.'s Combined Monthly Invoice for the Period
from February 1, 2021 through April 19, 2021)**

{01687288;v1 }

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

## 500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FED ID#23-2193414

INVOICE

May 11, 2021
Billed through   04/19/21
Account:   STARK  -00001  - GAT      76570

Robert J. Stark, Examiner
Brown Rudnick LLP
7 Times Square
New York, NY  10036

Robert J. Stark, Examiner (In re: Cred Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/01/21 GAT | 07 | Review of agenda for hearing (.1); | 0.10 | $64.50 |
| 02/01/21 GAT | 11 | Emails with A. Carty and attention to filing of Ashby and Brown Rudnick retention applications (.6); | 0.60 | $387.00 |
| 02/01/21 AH | 11 | Correspondence with G. Taylor re: retrieval of agenda for February 3, 2021 and circulate to Brown Rudnick team (0.1); retrieval of the same and circulate to A. Carty, R. Stark, M. Reining, G. Taylor and K. Earle (0.2); correspondence with A. Carty re: filing versions of Brown Rudnick retention application and supplemental R. Stark statement (0.1); review re: the same (0.3); correspondence with G. Taylor and K. Earle re: revisions to be made to Brown Rudnick retention application and Stark Statement (0.1); prepare revisions of the same (0.3); prepare notice of hearing for Brown Rudnick retention application (0.2); prepare and file supplemental verified statement of R. Stark, Brown Rudnick Retention Application and Ashby & Geddes, P.A. Retention application (0.4); prepare and serve via email those parties as listed on the certificate of service re: the same (0.2); coordinate service of first class mail re: the same with Reliable (0.1); update case calendar | 2.10 | $556.50 |

Bill number    STARK 76570                                          PAGE    2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | re: objection deadline; certificate of no objection eligibility and hearing for Brown Rudnick and Ashby & Geddes retention applications (0.1); |  |  |
| 02/02/21 | AH | 07 | Update case calendar re: February 3, 2021 omnibus hearing date and time (0.1); retrieve and review agenda for February 3, 2021 hearing (0.2); correspondence with G. Taylor re: register appearance via zoom for hearing on February 3, 2021 (0.1); register G. Taylor re: the same (0.1); | 0.50 | $132.50 |
| 02/03/21 | GAT | 07 | Appearance at hearing regarding motion to dismiss chapter 11 case (1.7); | 1.70 | $1,096.50 |
| 02/03/21 | AH | 07 | Retrieve and review amended agenda for February 3, 2021 hearing (0.1); update case calendar re: the same; retrieve and review notice of hearing on emergency motion of the official committee of unsecured creditors re: intervening adversary proceeding and temporary restraining order re: preliminary injunction (0.1); update case calendar re: the same; circulate the same to R. Stark, A. Carty, M. Reining, K. Earle and G. Taylor (0.1); additional correspondence with G. Taylor re: zoom appearance for emergency hearing (0.1); coordinate G. Taylor zoom appearance for February 5, 2021 emergency hearing; update case calendar re: the same (0.2); | 0.60 | $159.00 |
| 02/04/21 | GAT | 07 | Review of agenda for 2/5 hearing (.1) | 0.10 | $64.50 |
| 02/04/21 | AH | 07 | Set up zoom confirmation for G. Taylor for February 5, 2021 hearing (0.1); update case calendar and circulate the same to G. Taylor (0.1); | 0.20 | $53.00 |
| 02/05/21 | GAT | 01 | Review of briefing on Committee's motion for TRP/PI as to J. Alexander (.8); appearance at hearing regarding same (1.1); review of proposed order and related emails among counsel regarding same (.3); | 2.60 | $1,677.00 |

Bill number      STARK 76570                                    PAGE    3

|  |  |  |  |  |
|---|---|---|---|---|
| | | review of multiple emails among debtors, committee and counsel for J. Alexander regarding return of debtors' property (.4); | | |
| 02/05/21 GAT | 07 | Attention to obtaining hearing transcripts and forward same to A. Carty (.2); | 0.20 | $129.00 |
| 02/05/21 CW | 07 | Obtain transcripts of February 3rd and 5th hearings (.2); | 0.20 | $53.00 |
| 02/06/21 GAT | 01 | Review of emails from committee counsel and counsel to J. Alexander regarding return of Debtors' property (.2); exchange emails with A. Carty regarding J. Alexander declaration (.1). | 0.30 | $193.50 |
| 02/07/21 GAT | 01 | Email from A. Carty forwarding J. Alexander's declaration and review of same (.1); | 0.10 | $64.50 |
| 02/09/21 GAT | 14 | Exchange of emails with A. Carty regarding J. Alexander deposition (.1); | 0.10 | $64.50 |
| 02/10/21 GAT | 07 | Appearance at status conference regarding turnover of estate assets from J. Alexander (.7) | 0.70 | $451.50 |
| 02/10/21 GAT | 07 | Review of suggestion of bankruptcy filed by J. Alexander (.1); participation in status conference regarding turnover of assets from J. Alexander (.5); | 0.60 | $387.00 |
| 02/10/21 AH | 07 | Retrieve and review agenda for February 10, 2021 hearing (0.1); correspondence with G. Taylor re: zoom confirmation (0.1); update case calendar re: the same for status conference (0.1); circulate agenda to M. Reining, A. Carty and R. Stark (0.1); set up G. Taylor zoom confirmation for February 10, 2021 hearing (0.1); retrieve and review amended agenda for February 10, 2021 hearing; circulate the same to M. Reining, A. Carty, R. Stark, G. Taylor and K. Earle (0.1); update case calendar re: the same (0.1); | 0.70 | $185.50 |
| 02/16/21 AH | 11 | Prepare certificate of no objection to Ashby & Geddes and Brown Rudnick retention applications (0.4); circulate drafts of the same to G. | 0.60 | $159.00 |

Bill number     STARK 76570                                    PAGE   4

|  |  |  |  |  |
|---|---|---|---|---|
| | | Taylor and K. Earle (0.1); circulate the same for comment to A. Carty, M. Reining, and R. Stark (0.1); | | |
| 02/17/21 GAT | 11 | Emails with A. Hyrcak regarding CNOs on Brown Rudnick and Ashby retention applications (.1); | 0.10 | $64.50 |
| 02/17/21 AH | 11 | Correspondence with A. Carty, R. Stark, and M. Reining re: follow up re: comments to certificate of no objection for Brown Rudnick and Ashby & Geddes retention applications (0.1); review updated core 2002 list and update certificate of service re: the same (0.3); prepare and file certificate of no objection for Brown Rudnick and Ashby & Geddes retention applications (0.2); upload orders re: the same (0.1); email correspondence with R. Cavello re: uploaded orders and filed certificates of no objection for Ashby & Geddes and Brown Rudnick retention applications (0.1); | 0.80 | $212.00 |
| 02/18/21 AH | 11 | Retrieve orders granting retention of Brown Rudnick and Ashby & Geddes, P.A. (0.1); circulate the same to G. Taylor, K. Earle, A. Carty, M. Reining, and R. Stark (0.1); prepare and serve via email to core 2002 orders granting retention of Brown Rudnick and Ashby & Geddes, P.A and certificates of no objection re: the same (0.1); revise certificate of service to include orders (0.1); prepare and file certificate of service re: the same (0.1); coordinate service of the same via first class mail to core 2002 with Reliable (0.1); retrieve and review interim compensation order (0.3); update case calendar re: deadline of eligibility to file monthly fee applications (0.1); correspondence with G. Taylor and K. Earle re: the same (0.1); prepare notice of monthly fee application draft (0.4); correspondence with G. Taylor re: filing of supplemental rule 2014 affidavit (0.1); | 1.60 | $424.00 |
| 02/19/21 GAT | 07 | Review of agenda for 2/23 omnibus | 0.20 | $129.00 |

Bill number     STARK 76570                                    PAGE   5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | hearing (.1); review of notice of appeal filed by J. Alexander (.1); |  |
| 02/19/21 AH | 07 | Retrieve and review agenda for February 23, 2021 hearing (0.1); circulate the same to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle (0.1); set up zoom confirmation for G. Taylor re: the same (0.1); update case calendar re: agenda and zoom confirmation for G. Taylor (0.1); | 0.40 | $106.00 |
| 02/19/21 AH | 11 | Update case calendar re: follow up re: filing of supplemental 2014 affidavit (0.1); | 0.10 | $26.50 |
| 02/19/21 AH | 14 | Retrieve and review notices of appeal (0.3); update case file (0.1); circulate the same to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle re: setting up CM/ECF notifications (0.1) | 0.50 | $132.50 |
| 02/23/21 GAT | 07 | Appearance at omnibus hearing regarding status of turnover of assets from J. Alexander (.6); | 0.60 | $387.00 |
| 02/23/21 AH | 07 | Follow up correspondence with A. Carty, M. Reining, R. Stark, G. Taylor, and K. Earle re: CM/ECF notifications for filed appeals (0.1); | 0.10 | $26.50 |
| 02/23/21 AH | 11 | Prepare draft of first monthly fee application (1.0); prepare certificate of service for monthly fee applications and notice of monthly fee applications (0.3); | 1.30 | $344.50 |
| 02/24/21 GAT | 07 | Email from A. Carty regarding amended work plan, review of same and attention to filing same (.5); | 0.50 | $322.50 |
| 02/24/21 AH | 07 | Various email correspondence with G. Taylor and K. Earle re: preparing notice for proposed amendment to budget (0.1); prepare notice of filing for proposed amendment to budget (0.2); additional correspondence with G. Taylor and K. Earle re: the same (0.1); additional correspondence with A. Carty re: approval of draft of notice of filing of proposed amendment to budget (0.1); prepare and file | 1.10 | $291.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | notice of filing of proposed amendment to budget and work plan (0.2); prepare certificate of service re: the same (0.1); prepare and file re: the same (0.1); retrieve time stamped pleading re the same and serve via email re: the same to core 2002 (0.1); coordinate first class mail service of the same with Reliable (0.1); |  |  |
| 02/24/21 | GAT | 11 | Email from A. Carty regarding Ankura retention application, review of same and attention to filing of same (.4); | 0.40 | $258.00 |
| 02/24/21 | AH | 11 | Various email correspondence with G. Taylor, K. Earle and A. Carty re: preparing notice for retention application for Ankura consulting (0.2); prepare notice for Ankura retention application (0.2); additional correspondence with G. Taylor and K. Earle re: the same (0.1); additional correspondence with A. Carty re: approval of draft notice for filing for Ankura Consulting (0.1); prepare and file retention application for Ankura Consulting (0.2); prepare certificate of service re: the same (0.1); prepare and file re: the same (0.1); retrieve time stamped pleading re the same and serve via email re: the same to core 2002 (0.1); coordinate first class mail service of the same with Reliable (0.1); | 1.20 | $318.00 |
| 02/24/21 | AH | 11 | Research and retrieve example of monthly fee application re: examiner counsel (0.4); update draft of first monthly fee application (0.3); | 0.70 | $185.50 |
| 02/25/21 | GAT | 11 | Review and attention to filing of Brown Rudnick's first monthly fee application (.3); | 0.30 | $193.50 |
| 02/25/21 | CW | 11 | Preparation, filing, and service of Brown Rudnick's first monthly fee application (2.0); | 2.00 | $530.00 |
| 02/25/21 | KE | 11 | Review and coordinate filing of Brown Rudnick's first monthly fee application and confer with C. Warnick re the same (.7); review | 0.80 | $300.00 |

Bill number     STARK 76570                                              PAGE    7

|  |  |  |  |  |
|---|---|---|---|---|
| | | notice (.1); | | |
| 03/01/21 KE | 11 | Review and revise A&G first fee application (.5); | 0.50 | $187.50 |
| 03/01/21 AH | 11 | Correspondence with K. Earle and G. Taylor re: finalizing Ashby and Geddes first monthly fee application (0.1); review January monthly invoice and finalize first monthly fee application for A&G (0.5); prepare exhibit a to monthly fee application (0.1); finalize notice of first monthly fee application for A&G (0.1); correspondence with K. Earle and G. Taylor re: prepared finalized draft of A&G first monthly fee application (0.1); prepare and file A&G first monthly fee application (0.2); update case calendar re: objection deadline and cno eligibility re: the same (0.1); prepare and serve A&G first monthly fee application via email (0.1); coordinate first class mail service of notice of the same with Reliable (0.1); | 1.40 | $371.00 |
| 03/02/21 AH | 11 | Correspondence with clerks office re: filed fee applications for Ashby & Geddes, P.A. and Brown Rudnick and event code to use/capturing fees and expenses for reporting purposes per UST rules (0.1); additional correspondence with J. Spencer in clerks office re: the same (0.1); | 0.20 | $53.00 |
| 03/03/21 AH | 07 | Prepare certificate of no objection for proposed amendment to work plan and budget (0.2); correspondence with G. Taylor and K. Earle re: the same (0.1); additional correspondence with A. Carty. M. Reining, and R. Stark re: prepared draft re: the same (0.1); | 0.40 | $106.00 |
| 03/04/21 AH | 07 | Email correspondence with A. Carty, M. Reining, and R. Stark re: follow up certificate of no objection for proposed amended work plan and budget (0.1); additional correspondence with G. Taylor and K. Earle re: the same (0.1); update case calendar re: omnibus hearing date of April 1, 2021 (0.1); | 0.30 | $79.50 |

| | | | | |
|---|---|---|---|---|
| 03/04/21 AH | 11 | Email correspondence with G. Taylor and K. Earle re: preparing supplemental Rule 2014 affidavit (0.1); | 0.10 | $26.50 |
| 03/05/21 AH | 07 | Retrieve confirmation brief; update case file; circulate the same to K. Earle and G. Taylor (0.1); retrieve and review agenda for March 9, 2021 hearing; update case calendar; circulate the same to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle (0.1); | 0.20 | $53.00 |
| 03/06/21 GAT | 01 | Review of email from A. Carty forwarding draft of Examiner's report (.1); review of draft Examiner's report (1.5); | 1.60 | $1,032.00 |
| 03/08/21 GAT | 01 | Emails with A. Carty regarding filing and transmittal of Examiner's report and compendium (.2); attention to filing of same (.2); | 0.40 | $258.00 |
| 03/08/21 AH | 07 | Review of email correspondence from A. Carty re: filing of examiners report and sending highly confidential compendium to report to chambers (0.1); correspondence with G. Taylor, K. Earle and A. Carty re: Judge preference of delivery of exhibits via email (0.1); additional correspondence with R. Cavello re: sending compendium to examiner's report via email and verification of file size to court (0.1); email correspondence with A. Carty, G. Taylor, K. Earle, P. Gilman, T. Lietz, and E. Poplack re: file size limit and chamber preference for compressed file (0.1); prepare certificate of service to examiners report (0.1); prepare and file examiners report (0.1); retrieve time stamped examiners report and serve the same to core 2002 via email (0.1); coordinate first class mail service of the same with Reliable (0.1); additional correspondence with A. Carty re: file size and sending link to chambers; correspondence with E. Poplack re: information needed to send linked compendium (0.1); | 1.50 | $397.50 |

retrieve and circulate chambers
contact information to E. Poplack
(0.1); update case file re:
compendium to examiner's report
(0.1); email correspondence with K.
Earle and G. Taylor re: the same;
email correspondence with G. Taylor
re: rescheduled time for hearing on
March 9, 2021 and update case
calendar re: the same (0.1);
retrieve and review amended agenda
for rescheduled hearing to March 11,
2021; update case calendar re: the
same (0.1); additional
correspondence with G. Taylor re:
the same (0.1); review of email
correspondence from A. Carty to UST
office re: compendium; circulate
email correspondence to K. Earle and
G. Taylor re: the same (0.1);

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/09/21 | GAT | 07 | Exchange of emails with A. Hrycak and A. Carty regarding Examiner's amended work plan and budget and filing of CNO (.3); | 0.30 | $193.50 |
| 03/09/21 | AH | 07 | Correspondence with G. Taylor re: follow up with Brown Rudnick re: certificate of no objection to proposed amendment to work plan and budget (0.1); additional correspondence with A. Carty re: the same (0.1); prepare and file certificate of no objection to proposed amendment to work plan and budget; upload order re: the same (0.1); email correspondence with R. Cavello re: uploaded order and filed cno for proposed amendment to work plan and budget (0.1); retrieve order granting proposed amendment to work plan and budget (0.1); prepare certificate of service re: cno and order granting the same (0.1); prepare and serve via email to core 2002 re: the same (0.1); coordinate first class mail service of the same with Reliable (0.1); | 0.80 | $212.00 |
| 03/09/21 | AH | 11 | Email correspondence with K. Earle re: supplemental Rule 2014 affidavit (0.1); coordinate conflicts search to include matters opened from February 1, 2021 to March 9, 2021 (0.1); | 0.20 | $53.00 |

Bill number      STARK 76570                              PAGE  10

| Date | Init | | Description | Hours | Amount |
|------|------|---|-------------|-------|--------|
| 03/10/21 | AH | 11 | Prepare certificate of no objection to Ankura Consulting retention application (0.2); correspondence with G. Taylor and K. Earle re: draft of the same (0.1); correspondence with A. Carty, M. Reining, R. Stark re: the same and confirmation no informal comments received (0.1); | 0.40 | $106.00 |
| 03/11/21 | GAT | 01 | Emails with A. Carty regarding compendium of exhibits to Examiner's report (.2); call with A. Hrycak regarding same (.1); attendance at confirmation hearing regarding presentation/questions concerning Examiner's report (.9); | 1.20 | $774.00 |
| 03/11/21 | AH | 07 | Retrieve and amended agenda for March 11, 2021 hearing and circulate the same to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle (0.1); | 0.10 | $26.50 |
| 03/11/21 | AH | 11 | Email correspondence with A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle re: follow up re: Ankura Consulting certificate of no objection (0.1); prepare and file cno for Ankura Consulting retention application and upload order re: the same (0.1); retrieve and circulate time stamped cno to A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle (0.1); email correspondence with R. Cavello re: uploaded order re: the same (0.1); prepare and serve cno and corresponding order granting Ankura Consulting retention application to core 2002 (0.1); coordinate service of the same with Reliable re: first class mail; prepare certificate of service re: the same (0.1); prepare and file the same (0.1); | 0.70 | $185.50 |
| 03/12/21 | GAT | 07 | Email to A. Carty regarding anticipated filings for Examiner (.1); | 0.10 | $64.50 |
| 03/15/21 | GAT | 07 | Review of hearing agenda (.1); | 0.10 | $64.50 |
| 03/15/21 | AH | 07 | Retrieve and review agenda for March 17, 2021 hearing; update case calendar; email correspondence with K. Earle re: the same (0.1); email | 0.50 | $132.50 |

Bill number     STARK 76570                                    PAGE  11

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | correspondence with A. Carty, M. Reining, R. Stark, G. Taylor and K. Earle re: the same and confirmation of attendance at hearing (0.1); various email correspondence with A. Carty and G. Matthew of Reliable re: hearing transcript order from March 11, 2021 hearing (0.2); email correspondence with A. Heining re: the same (0.1); |  |  |
| 03/16/21 AH | 07 | Email correspondence with G. Matthews re: transcript from confirmation hearing on March 11, 2021 (0.1); update case file; circulate the same to A. Carty and K. Earle (0.1); retrieve and circulate amended agenda for March 17, 2021 hearing to A. Carty, M. Reining, R. Stark, K. Earle and G. Taylor (0.1); | 0.30 | $79.50 |
| 03/17/21 KE | 11 | Review CNO re Brown Rudnick's fee application (.1); | 0.10 | $37.50 |
| 03/17/21 AH | 11 | Correspondence with K. Earle and G. Taylor re: draft certificate of no objection for Brown Rudnick first monthly fee application (0.1); email correspondence with A. Carty, R. Stark, and M. Reining re: draft certificate of no objection to Brown Rudnick first monthly fee application (0.1); | 0.20 | $53.00 |
| 03/18/21 AH | 11 | Email correspondence with A. Carty, M. Reining, and R. Stark re: follow up re: certificate of no objection to Brown Rudnick first monthly fee application (0.1); | 0.10 | $26.50 |
| 03/19/21 AH | 11 | Email correspondence with A. Carty, M. Reining, and R. Stark re: approval of certificate of no objection re: Brown Rudnick first monthly fee application for filing (0.1); prepare certificate of service re: the same (0.1); prepare and file certificate of no objection to Brown Rudnick first monthly fee application with corresponding certificate of service (0.1); prepare and serve via email re: the same (0.1); coordinate first class mail service of the same with | 0.50 | $132.50 |

Bill number      STARK 76570                                    PAGE  12

|            |    |    |                                                                                                                                                                                                                                                                                 |      |          |
|------------|----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |    |    | Reliable (0.1);                                                                                                                                                                                                                                                                  |      |          |
| 03/22/21 KE | 11 |    | Review CNO re A&G's fee application (.1);                                                                                                                                                                                                                                        | 0.10 | $37.50   |
| 03/22/21 AH | 11 |    | Email correspondence with K. Earle and G. Taylor re: draft certificate of no objection re: First Monthly Fee Application of Ashby & Geddes, P.A. (0.1);                                                                                                                          | 0.10 | $26.50   |
| 03/23/21 AH | 11 |    | Prepare and file certificate of no objection to first monthly fee application of Ashby & Geddes, P.A. (0.1); prepare and serve re: the same via email; coordinate first class mail service of the same with Reliable (0.1);                                                       | 0.20 | $53.00   |
| 03/30/21 GAT | 07 |    | Exchange of emails with A. Carty regarding status of anticipated filings (.2);                                                                                                                                                                                                   | 0.20 | $129.00  |
| 03/30/21 AH | 07 |    | Review of email correspondence by and between A. Carty and G. Taylor re: additional case filings to be done prior to motion to discharge the examiner (0.1); email correspondence with A. Carty re: omnibus hearing dates and final fee applications (0.1); update case calendar re: April 21, 2021 omnibus hearing (0.1); | 0.30 | $79.50   |
| 03/31/21 GAT | 07 |    | Emails with A. Hrycak regarding anticipated filings (.2);                                                                                                                                                                                                                        | 0.20 | $129.00  |
| 03/31/21 AH | 07 |    | Email correspondence with K. Earle re: sealed compendium and filing of final fee applications (0.1); email correspondence with A. Carty re: motion to seal compendium (0.1); prepare certificate of service for sealed compendium to those parties as previously served (0.2); prepare notice of redacted document for compendium (0.4); circulate drafts of the same to G. Taylor and K. Earle (0.1); | 0.90 | $238.50  |
| 03/31/21 AH | 11 |    | Prepare second monthly fee application (0.8); circulate draft of the same to G. Taylor and K. Earle (0.1);                                                                                                                                                                       | 0.90 | $238.50  |
| 04/13/21 GAT | 07 |    | Email from A. Carty regarding filing of compendium to examiner's report                                                                                                                                                                                                         | 0.10 | $64.50   |

Bill number    STARK 76570                                    PAGE  13

                     (.1);

| Date | Init | | Description | Hours | Amount |
|------|------|---|-------------|-------|--------|
| 04/13/21 | AH | 07 | Email correspondence with A. Carty and R. Crawford re: filing of sealed compendium, motion to seal and notice of redacted document (0.1); | 0.10 | $26.50 |
| 04/14/21 | GAT | 07 | Numerous emails with A. Carty and A. Hrycak regarding filing of compendium and seal motion (.5); | 0.50 | $322.50 |
| 04/14/21 | AH | 07 | Email correspondence with R. Crawford re: update of filing re: compendium of exhibits (0.1); email correspondence with G. Taylor and K. Earle re: motion to shorten and objection deadline and hearing date re: the same (0.2); teleconference with R. Crawford re: logistics re: sealed and public compendium (0.3); email correspondence with Reliable re: service of public compendium (0.1); email correspondence with A. Carty and R. Crawford re: notice of filing of proposed redacted document, cos to sealed compendium and objection deadline re: motion to seal (0.1); additional email correspondence with A. Carty, G. Taylor, R. Crawford, and K. Earle re: omnibus hearing date scheduled on May 12, 2021 (0.1); update case calendar re: the same (0.1); | 1.00 | $265.00 |
| 04/15/21 | AH | 07 | Email correspondence with G. Taylor and K. Earle re: follow up with A. Carty re: status of compendium filing (0.1); correspondence with R. Crawford and A. Carty re: status of compendium filing (0.1); | 0.20 | $53.00 |
| 04/16/21 | GAT | 07 | Emails with A. Carty regarding motion to seal compendium to examiner's report (.3); call with A. Hrycak regarding same (.2); emails with same and A. Carty regarding same (.4); | 0.90 | $580.50 |
| 04/16/21 | KE | 07 | Review motion to seal and confer with A. Hrycak re the same; revise certification language; coordinate filings (1.4); | 1.40 | $525.00 |
| 04/16/21 | AH | 07 | Email correspondence with. A. Carty re: filing of sealed compendium and motion to seal (0.1); additional | 3.10 | $821.50 |

correspondence with. A. Carty and R.
Crawford re: logistics of filing the
same and circulate draft of notice
of filing of proposed redacted
document (0.1); review and revise
motion to seal and notice re: the
same re: hearing date and objection
deadline and signature block (0.2);
circulate the same for review to K.
Earle and G. Taylor (0.1);
additional email correspondence with
R. Crawford re: confirmation of
received sealed and unsealed
compendium of exhibits to be filed
(0.1); additional email
correspondence with K. Earle re:
notice of filing of proposed
redacted document and updating to
specify volumes I through IV (0.1);
revise notice re: the same and
prepare exhibit cover sheets (0.2);
review of local rule 9018-1(d) in
regards to certification for motion
to seal (0.2) teleconference with K.
Earle re: local rule 9018-1(d)
certification (0.2); teleconference
with G. Taylor re: the same (0.2);
email correspondence with A. Carty
and R. Crawford re: the same (0.1);
revise motion to seal to include
9018-1(d) certification (0.2);
circulate draft of the same to K.
Earle and G. Taylor (0.1);
additional email correspondence with
A. Carty re: revised motion and
9018-1(d) certification for review
(0.1); prepare and file seal
compendium, motion to seal and
notice of filing of proposed
redacted document (0.4); prepare
certificate of service re: the same
for motion to seal and notice of
filing of proposed redacted document
(0.2); prepare and file re: the same
(0.1); coordinate with Reliable
service of public compendium via
email and first class mail (0.1);
prepare serve motion to seal via
email to core/2002 (0.1); coordinate
the same with Reliable to be served
via first class mail (0.1); update
case calendar re: objection deadline
and certificate of no objection
eligibility for motion to seal

Bill number      STARK 76570                                    PAGE  15

                      (0.1);

04/19/21 GAT   07   Emails with A. Hrycak regarding        0.30  $193.50
                    response to Examiner's report (.2);
                    review of notice of effective date
                    of plan (.1);

04/19/21 AH    07   Retrieve and review agenda for April   0.50  $132.50
                    21, 2021 hearing (0.1); circulate
                    the same to G. Taylor and K. Earle
                    (0.1); additional email
                    correspondence with A. Carty, M.
                    Reining, R. Stark, G. Taylor and K.
                    Earle re: verify zoom confirmation
                    re: the same (0.1); retrieve and
                    review notice of effective date
                    (0.1); circulate the same to K.
                    Earle and G. Taylor (0.1); update
                    case calendar re: final fee
                    application deadline (0.1);


          Total fees                                          $18,750.50


DISBURSEMENTS

02/03/21    Costs Advanced (Reliable Wilmington - Inv. No.      150.75
            WL097161, 2/2/21 Document Duplication and
            Mail-Out)
02/09/21    Costs Advanced (Reliable Wilmington - Inv. No.      116.40
            WL097279, 2/3/21 & 2/5/21 Transcripts)
02/22/21    Costs Advanced (Reliable Wilmington - Inv. No.       19.50
            WL097472, 2/18/21 Document Duplication and
            Mailout)
02/26/21    Costs Advanced (Reliable Wilmington - Inv. No.       81.15
            WL097571, 2/24/21 Document Duplication and
            Mailout)
02/26/21    Costs Advanced (Reliable Wilmington - Inv. No.       67.34
            WL097597, 2/25/21 Document Duplication and
            Mail-Out)
03/02/21    Costs Advanced (Reliable Wilmington - Inv. No.       16.43
            WL097669, 3/1/21 Document Duplication and
            Mail-Out)
03/09/21    Costs Advanced (Reliable Wilmington - Inv. No.      139.05
            WL097777, 3/8/21 Document Duplication and
            Mail-Out)
03/11/21    Costs Advanced (Reliable Wilmington - Inv. No.       15.90
            WL097798, 3/9/21 Document Duplication and
            Mail-Out)
03/15/21    Costs Advanced (Reliable Wilmington - Inv. No.       15.00
            WL097832, 3/11/21 Document Duplication and
            Mail-Out)

```
Bill number    STARK 76570                              PAGE  16
```

| 03/23/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL097975, 3/11/21 Transcript Fee) | 261.00 |
| 03/23/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL097957, 3/19/21 Document Duplication and Mail-Out) | 16.80 |
| 03/24/21 | Costs Advanced (Reliable Wilmington - Inv. NO. WL098066, 3/23/21 Mailout Services) | 16.80 |
| 04/19/21 | Costs Advanced (Reliable Wilmington - Inv. No. WL098506, 4/17/21 Document Duplication and Mail-Out) | 1,156.30 |
| 04/19/21 | Photocopies | 0.40 |
| 04/19/21 | Pacer Service - Court On-Line Docket System Charges | 3.90 |
| | Total disbursements | $2,076.72 |

BILLING SUMMARY

| Taylor, Gregory A. | 15.10 hrs | 645.00 /hr | $9,739.50 |
| Earle, Katharina | 2.90 hrs | 375.00 /hr | $1,087.50 |
| Warnick, Chris | 2.20 hrs | 265.00 /hr | $583.00 |
| Hrycak, Amanda | 27.70 hrs | 265.00 /hr | $7,340.50 |

| TOTAL FEES | 47.90 hrs | $18,750.50 |
| TOTAL DISBURSEMENTS | | $2,076.72 |
| TOTAL CHARGES FOR THIS BILL | | $20,827.22 |
| PAST DUE BALANCE | | $2,158.30 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER | | $22,985.52 |

RECAP BY TIMEKEEPER

| GAT | Taylor, Gregory A. | 15.10 hrs | 645 /hr | $9,739.50 |
| KE | Earle, Katharina | 2.90 hrs | 375 /hr | $1,087.50 |
| CW | Warnick, Chris | 2.20 hrs | 265 /hr | $583.00 |
| AH | Hrycak, Amanda | 27.70 hrs | 265 /hr | $7,340.50 |
| | | | TOTAL | $18,750.50 |

RECAP BY TASK

Bill number    STARK 76570

| 01 | Asset Analysis and Recovery | 6.20 hours | $3,999.00 |
| 07 | Case Administration | 22.80 hours | $9,008.00 |
| 11 | Employment and Fee Apps | 18.30 hours | $5,546.50 |
| 14 | Litigation/Adversary Proceedin | 0.60 hours | $197.00 |

RECAP BY EXPENSE CODE

| CA | Costs Advanced | 2072.42 | $2,072.42 |
| PC | Photocopies | 4.00 | $0.40 |
| PCR | Pacer Service - Court On-Line | 3.90 | $3.90 |