## Exhibit B

### SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION
### FOR THE FINAL FEE PERIOD FROM JANUARY 8, 2021 THROUGH APRIL 19, 2021

| Name | Position | Department | Date of Admission | Hourly Rate Billed | Fees Billed | Hours Billed | Number of Rate Increases |
|---|---|---|---|---|---|---|---|
| Gregory A. Taylor (GAT) | Partner | Bankruptcy | 2000 | $645.00 | $13,803.00 | 21.4 | None |
| Katharina Earle (KE) | Associate | Bankruptcy | 2017 | $375.00 | $3,787.50 | 10.1 | None |
| Amanda Hrycak (AH) | Paralegal | Bankruptcy | N/A | $265.00 | $11,368.50 | 42.9 | None |
| Chris Warnick (CW) | Paralegal | Bankruptcy | N/A | $265.00 | $583.00 | 2.20 | None |
| **TOTALS:** | | | | | **$29,542.00** | **76.6** | |

**Attorney Blended Rate: $558.43**
**Paraprofessional Blended Rate: $265.00**
**Attorney and Paraprofessional Blended Rate: $385.67**

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ashby & Geddes, P.A.

{01687288;v1 }