# Exhibit C

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE FINAL APPLICATION PERIOD FROM JANUARY 8, 2021 THROUGH APRIL 19, 2021

| PROJ. CODE | PROJECT CATEGORY | HOURS BILLED | TOTAL FEES |
|---|---|---|---|
| 01 | Asset Analysis and Recovery | 6.20 | $3,999.00 |
| 02 | Asset Disposition | 0 | 0 |
| 03 | Assumption and Rejection of Leases and Contracts | 0 | 0 |
| 04 | Avoidance Action Analysis | 0 | 0 |
| 05 | Budgeting (Case) | 2.20 | $583.00 |
| 06 | Business Operations | 0 | 0 |
| 07 | Case Administration | 31.70 | $13,076.50 |
| 08 | Claims Administration and Objections | 0 | 0 |
| 09 | Corporate Governance and Board Matters | 0 | 0 |
| 10 | Employee Benefits and Pensions | 0 | 0 |
| 11 | Employment and Fee Applications | 35.9 | $11,686.50 |
| 12 | Employment Fee and Application Objections | 0 | 0 |
| 13 | Financing and Cash Collateral | 0 | 0 |
| 14 | Litigation: Contested Matters and Adversary Proceedings | 0.60 | $197.00 |
| 15 | Meetings and Communications with Creditors | 0 | 0 |
| 16 | Non-Working Travel | 0 | 0 |
| 17 | Plan and Disclosure Statement | 0 | 0 |
| 18 | Real Estate | 0 | 0 |
| 19 | Relief from Stay and Adequate Protection | 0 | 0 |
| 20 | Reporting | 0 | 0 |
| 21 | Tax | 0 | 0 |
| 22 | Valuation | 0 | 0 |
| 23 | Investigation | 0 | 0 |
| TOTAL | | 76.6 | $29,542.00 |

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ashby & Geddes, P.A.

{01687288;v1 }