## Exhibit D

**SUMMARY OF EXPENSES FOR THE FINAL APPLICATION PERIOD FROM JANUARY 8, 2021 THROUGH APRIL 19, 2021**

| Expense Category | Amount |
| --- | --- |
| Reliable Wilmington (Transcript Fees) | $742.20 |
| Reliable Wilmington (Hand Deliveries, Copy and Mail Out) | $1,803.63 |
| Court Filing Fees (U.S. District Court – Pro Hac Fees) | $50.00 |
| Photocopies | $9.00 |
| Pacer Service Charges | $3.90 |
| **TOTAL DISBURSEMENTS** | **$2,608.73** |

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ashby & Geddes, P.A.

{01687288;v1 }