## Exhibit E

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Ashby & Geddes' hourly rates for bankruptcy services are comparable to (and in most cases, lower than) the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Ashby & Geddes' hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for all firmwide matters, whether in court or otherwise, regardless of whether a fee application is required.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | | |
|---|---|---|---|
| | BILLED Firmwide for previous calendar year (2020) (excluding bankruptcy)[1] | BILLED In this Application for the Second Combined Monthly Period (February 1, 2021 through April 19, 2021) | BILLED In this Application for the Final Period (January 8, 2021 through April 19, 2021) |
| Partner | $659.00 | $645.00 | $645.00 |
| Counsel | $550.00 | N/A | N/A |
| Associate | $327.00 | $375.00 | $375.00 |
| Law Clerk | $260.00 | N/A | N/A |
| Paralegal | $249.00 | $265.00 | $265.00 |
| Legal Assistant | $235.00 | N/A | N/A |
| **Aggregated** | **$400.10** | **$428.33** | **$428.33** |

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ashby & Geddes, P.A.

---

[1] This column reflects the blended 2020 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation and Intellectual Property Litigation.

{01687288;v1 }