## Exhibit F

### STAFFING PLAN FOR THE FINAL PERIOD FINAL APPLICATION PERIOD FROM JANUARY 8, 2021 THROUGH APRIL 19, 2021

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 1 | $645.00 |
| Associates and Counsel | 1 | $375.00 |
| Paralegals | 2 | $265.00 |
| Legal Assistants | N/A | N/A |
| **BLENDED TOTAL** | **4** | **$387.50** |

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ashby & Geddes, P.A.

{01687288;v1 }