# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) |

**CERTIFICATION OF VIKRAM KAPOOR REGARDING THE FIRST AND FINAL FEE APPLICATION OF ANKURA CONSULTING GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 3, 2021 THROUGH AND INCLUDING MARCH 3, 2021**

I, Vikram Kapoor, certify as follows:

1. I am a Senior Managing Director at Ankura Consulting, LLC ("Ankura"), and I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2. I have read the application of Ankura, as financial advisor to Robert J. Stark, in his capacity as chapter 11 Examiner for the Debtors (the "Examiner") for final allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred from February 3, 2021 through and including March 3, 2021 (the "Final Fee Application").[2] I have personally led and overseen many of the advisement services

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Final Fee Application.

rendered by Ankura, and I am familiar with all of the work performed on behalf of the Examiner by Ankura professionals.

3. I understand the Local Rules and believe the Final Fee Application complies with the Local Rules, the Bankruptcy Code, the Bankruptcy Rules, and the orders of this Court.

4. The facts set forth in the foregoing Final Fee Application are true and correct to the best of my current knowledge, information and belief.

| | |
|---|---|
| Wilmington, Delaware<br>May 14, 2021 | **ANKURA CONSULTING GROUP, LLC**<br><br>*/s/ Vikram Kapoor*<br>Vikram Kapoor, Senior Managing Director<br>485 Lexington Avenue<br>10th Floor<br>New York, NY 10017<br>Tel: (646)-227-4259<br>Email: vikram.kapoor@ankura.com |