## **EXHIBIT A**

**(Summary of Fees by Professional)**

**Summary of Compensation Earned by Professional for the Period February 3, 2021 to March 3, 2021**

| PROFESSIONAL | TITLE | FUNCTION | RATE | HOURS 02/03/2021 - 03/05/2021 | FEES |
|---|---|---|---|---|---|
| Flemmons, Jason | Senior Managing Director | Engagement Personnel | $ 875.00 | 3.5 | $ 3,062.50 |
| Hilfer, Steven | Senior Managing Director | Engagement Personnel | $ 875.00 | 2.2 | 1,925.00 |
| Kapoor, Vikram | Senior Managing Director | Engagement Personnel | $ 875.00 | 139.8 | 122,325.00 |
| McDowell, Brian | Managing Director | Engagement Personnel | $ 600.00 | 14.6 | 8,760.00 |
| Kang, Jonathan | Director | Engagement Personnel | $ 450.00 | 14.9 | 6,705.00 |
| Dat, Brandon | Associate | Engagement Personnel | $ 300.00 | 155.3 | 46,590.00 |
| **Subtotal - Engagement Personnel** | | | | **330.3** | **$ 189,367.50** |
| Less: 15% Discount | | | | | (28,405.13) |
| **Total Invoice Amount** | | | | **330.3** | **$ 160,962.38** |

Case Name: *In re Cred Inc.*
Case Number: 20-12836 (JTD)
Applicant's Name: Ankura Consulting Group, LLC