# EXHIBIT B

**(Detailed Descriptions of Services Provided)**

| Professional | Billing Rate | Hours | Amount | Date | Comments | Task Code |
|---|---|---|---|---|---|---|
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/2/2021 | Participate on telephone call with counsel and examiner to kick-off project. | 5 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/3/2021 | Participate on telephone call with internal Cred team to discuss the status of Cred. | 1 |
| Dat, Brandon | $ 300.00 | 3.0 | $ 900.0 | 2/3/2021 | Read through case materials and articles. | 1 |
| Kang, Jonathan | $ 450.00 | 1.6 | $ 720.0 | 2/3/2021 | Participate on telephone call with internal Cred team to discuss Cred status and review relevant case documents. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/3/2021 | Review of documents received. | 1 |
| Dat, Brandon | $ 300.00 | 0.9 | $ 270.0 | 2/3/2021 | Research crypto currencies. | 1 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/3/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/4/2021 | Participate on telephone call with internal Cred team to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/4/2021 | Review of documents received. | 1 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/4/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 4.5 | $ 1,350.0 | 2/4/2021 | Review documents relieved. | 1 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 2/4/2021 | Read through case documents and create issues template. | 1 |
| Dat, Brandon | $ 300.00 | 0.5 | $ 150.0 | 2/5/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 2.9 | $ 870.0 | 2/5/2021 | Discuss analysis, issues, and possible solutions. | 1 |
| Dat, Brandon | $ 300.00 | 1.4 | $ 420.0 | 2/5/2021 | Prepare work plan. | 1 |
| Kapoor, Vikram | $ 875.00 | 0.5 | $ 437.5 | 2/5/2021 | Participate on telephone call with internal Cred team to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 0.5 | $ 437.5 | 2/5/2021 | Review of documents received. | 1 |
| Kapoor, Vikram | $ 875.00 | 0.6 | $ 525.0 | 2/5/2021 | Participate on telephone call with counsel to discuss the case status. | 5 |
| Kang, Jonathan | $ 450.00 | 1.3 | $ 585.0 | 2/5/2021 | Participate on telephone call with internal Cred team to discuss Cred status and review relevant case documents. | 1 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 2/8/2021 | Review interview binders. | 2 |
| Dat, Brandon | $ 300.00 | 2.0 | $ 600.0 | 2/8/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 3.9 | $ 1,170.0 | 2/8/2021 | Review case materials. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/8/2021 | Participate on telephone call with internal Cred team to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.8 | $ 1,575.0 | 2/8/2021 | Review of documents received and interview binder. | 2 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/8/2021 | Interview of Matt Foster. | 2 |
| Kang, Jonathan | $ 450.00 | 0.5 | $ 225.0 | 2/8/2021 | Review of interview binder. | 2 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/9/2021 | Review interview binders. | 2 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/9/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 4.5 | $ 1,350.0 | 2/9/2021 | Review case materials. | 1 |
| Dat, Brandon | $ 300.00 | 1.8 | $ 540.0 | 2/9/2021 | Search case documents. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.1 | $ 962.5 | 2/9/2021 | Interview of Scott Wiley. | 2 |
| Kapoor, Vikram | $ 875.00 | 3.1 | $ 2,712.5 | 2/9/2021 | Review of interview materials. | 2 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 2/10/2021 | Review interview binders. | 2 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/10/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 6.1 | $ 1,830.0 | 2/10/2021 | Review case materials. | 1 |
| Kapoor, Vikram | $ 875.00 | 3.1 | $ 2,712.5 | 2/10/2021 | Interview of Daniyal Inamullah. | 2 |
| Kapoor, Vikram | $ 875.00 | 2.6 | $ 2,275.0 | 2/10/2021 | Interview Pablo and Paul. | 2 |
| Kapoor, Vikram | $ 875.00 | 3.8 | $ 3,325.0 | 2/10/2021 | Review of interview materials. | 2 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 2/11/2021 | Review interview binders. | 2 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/11/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 5.9 | $ 1,770.0 | 2/11/2021 | Review case materials. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/11/2021 | Interview of Grant Lyon. | 2 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/11/2021 | Participate on telephone call with counsel to discuss the case status. | 5 |
| Kapoor, Vikram | $ 875.00 | 3.6 | $ 3,150.0 | 2/11/2021 | Review of interview materials. | 2 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/12/2021 | Review interview binders. | 2 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/12/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 6.1 | $ 1,830.0 | 2/12/2021 | Review case materials. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/12/2021 | Participate on telephone call with B. Dat (Ankura) to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.2 | $ 1,050.0 | 2/12/2021 | Participate on telephone call with counsel to discuss the case status. | 5 |
| Kapoor, Vikram | $ 875.00 | 1.6 | $ 1,400.0 | 2/12/2021 | Review of documents received. | 1 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/16/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 5.0 | $ 1,500.0 | 2/16/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 4.2 | $ 1,260.0 | 2/16/2021 | Review JST documents. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/16/2021 | Participate on telephone call with B. Dat (Ankura) to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 0.5 | $ 437.5 | 2/16/2021 | Interview of Joe Padulka. | 2 |
| Kapoor, Vikram | $ 875.00 | 4.8 | $ 4,200.0 | 2/16/2021 | Review of documents received. | 1 |
| Dat, Brandon | $ 300.00 | 1.5 | $ 450.0 | 2/17/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 5.9 | $ 1,770.0 | 2/17/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 4.8 | $ 1,440.0 | 2/17/2021 | Summarize hedging positions from JST. | 3 |
| Kapoor, Vikram | $ 875.00 | 1.2 | $ 1,050.0 | 2/17/2021 | Participate on telephone call with B. Dat (Ankura) to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 5.2 | $ 4,550.0 | 2/17/2021 | Interview with Dan Schatt. | 2 |
| Kapoor, Vikram | $ 875.00 | 2.2 | $ 1,925.0 | 2/17/2021 | Review of documents received. | 1 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/18/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 6.2 | $ 1,860.0 | 2/18/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 3.2 | $ 960.0 | 2/18/2021 | Consolidate reports. | 4 |
| Dat, Brandon | $ 300.00 | 1.1 | $ 330.0 | 2/18/2021 | Review contracts. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/18/2021 | Interview of Chris Mosser. | 2 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/18/2021 | Interview of Mike Michelin. | 2 |
| Kapoor, Vikram | $ 875.00 | 3.1 | $ 2,712.5 | 2/18/2021 | Interview of Lu Hua. | 2 |
| Kapoor, Vikram | $ 875.00 | 2.5 | $ 2,187.5 | 2/18/2021 | Review of documents and hedging analyses. | 3 |
| Flemmons, Jason | $ 875.00 | 1.0 | $ 875.0 | 2/18/2021 | Participate on telephone call with internal Cred team to debrief calls. | 1 |
| Kang, Jonathan | $ 450.00 | 0.6 | $ 270.0 | 2/18/2021 | Review of hedge positions and risk reports. | 3 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/19/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 6.4 | $ 1,920.0 | 2/19/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 1.2 | $ 360.0 | 2/19/2021 | Consolidate reports. | 4 |
| Dat, Brandon | $ 300.00 | 0.6 | $ 180.0 | 2/19/2021 | Review contracts. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/19/2021 | Interview of Cedric De Lisser. | 2 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/19/2021 | Interview of controller. | 2 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/19/2021 | Participate on telephone call with B. Dat (Ankura) to discuss the status of Cred. | 1 |

| Professional | Billing Rate | Hours | Amount | Date | Comments | Task Code |
|---|---|---|---|---|---|---|
| Kapoor, Vikram | $ 875.00 | 0.5 | $ 437.5 | 2/19/2021 | Participate on telephone call with P. Gilman (Brown Rudnick) and internal Ankura team to discuss the status of the case. | 5 |
| Kapoor, Vikram | $ 875.00 | 1.6 | $ 1,400.0 | 2/19/2021 | Review of documents and hedging analyses. | 3 |
| Flemmons, Jason | $ 875.00 | 1.0 | $ 875.0 | 2/19/2021 | Participate on telephone call with Cred controller. | 5 |
| Flemmons, Jason | $ 875.00 | 0.5 | $ 437.5 | 2/19/2021 | Participate on telephone call with internal Cred team to debrief call with Cred controller. | 1 |
| McDowell, Brian | $ 600.00 | 2.2 | $ 1,320.0 | 2/19/2021 | Review and analyze project documents. | 1 |
| McDowell, Brian | $ 600.00 | 3.5 | $ 2,100.0 | 2/19/2021 | Prepare for and participate in the interview of Cred controller. | 2 |
| McDowell, Brian | $ 600.00 | 1.0 | $ 600.0 | 2/19/2021 | Participate on telephone call with internal Cred team to discuss the status of Cred. | 1 |
| Dat, Brandon | $ 300.00 | 1.5 | $ 450.0 | 2/22/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 6.2 | $ 1,860.0 | 2/22/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 2/22/2021 | Review payoffs. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/22/2021 | Participate on telephone call with B. Dat (Ankura) and J. Kang (Ankura) to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 0.5 | $ 437.5 | 2/22/2021 | Participate on telephone call with P. Gilman (Brown Rudnick) to discuss the status of the case. | 5 |
| Kapoor, Vikram | $ 875.00 | 4.1 | $ 3,587.5 | 2/22/2021 | Review of documents and hedging analyses. | 3 |
| McDowell, Brian | $ 600.00 | 5.5 | $ 3,300.0 | 2/22/2021 | Review and analysis of client provided digital currency transaction details and discuss with team. | 1 |
| Kang, Jonathan | $ 450.00 | 1.5 | $ 675.0 | 2/22/2021 | Review of risk reports and review of hedging strategy. | 3 |
| Kang, Jonathan | $ 450.00 | 1.5 | $ 675.0 | 2/22/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/23/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 2.0 | $ 600.0 | 2/23/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 1.5 | $ 450.0 | 2/23/2021 | Consolidate reports. | 4 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/23/2021 | Review contracts. | 1 |
| Dat, Brandon | $ 300.00 | 3.0 | $ 900.0 | 2/23/2021 | Index account statements. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/23/2021 | Participate on telephone call with counsel to discuss the case status. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/23/2021 | Participate on telephone call with D. Imanullah (Cred) to discuss various outstanding items related to the case. | 5 |
| Kapoor, Vikram | $ 875.00 | 4.1 | $ 3,587.5 | 2/23/2021 | Review of documents and hedging analyses. | 3 |
| Flemmons, Jason | $ 875.00 | 1.0 | $ 875.0 | 2/23/2021 | Participate on telephone call with creditors committee and examiner counsel. | 5 |
| McDowell, Brian | $ 600.00 | 2.4 | $ 1,440.0 | 2/23/2021 | Preparation for and participate on telephone call with credit committee and counsel. | 5 |
| Dat, Brandon | $ 300.00 | 1.1 | $ 330.0 | 2/24/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 5.5 | $ 1,650.0 | 2/24/2021 | Conduct hedging analysis. | 3 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/24/2021 | Consolidate reports. | 4 |
| Dat, Brandon | $ 300.00 | 2.8 | $ 840.0 | 2/24/2021 | Review contracts. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 2/24/2021 | Participate on telephone call with counsel to discuss the report. | 5 |
| Kapoor, Vikram | $ 875.00 | 1.1 | $ 962.5 | 2/24/2021 | Participate on telephone call with B. Dat (Ankura) and J. Kang (Ankura) to discuss the status of Cred. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/24/2021 | Review of documents and hedging analyses. | 3 |
| Kang, Jonathan | $ 450.00 | 1.1 | $ 495.0 | 2/24/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Kang, Jonathan | $ 450.00 | 0.5 | $ 225.0 | 2/24/2021 | Review of hedging strategy. | 3 |
| Kang, Jonathan | $ 450.00 | 0.5 | $ 225.0 | 2/24/2021 | Review of risk reports & account statements for price of margin account liquidation. | 3 |
| Kang, Jonathan | $ 450.00 | 0.6 | $ 270.0 | 2/24/2021 | Review of prospectus. | 1 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 2/25/2021 | Review of documents and hedging analyses. | 3 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 2/25/2021 | Edits to report. | 4 |
| Hilfer, Steven | $ 875.00 | 0.2 | $ 175.0 | 2/25/2021 | Review documents. | 1 |
| Kang, Jonathan | $ 450.00 | 0.2 | $ 90.0 | 2/25/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Kang, Jonathan | $ 450.00 | 2.6 | $ 1,170.0 | 2/25/2021 | Review of hedging strategy; review of risk reports, account statements and timeline; review of prospectus. | 1 |
| Hilfer, Steven | $ 875.00 | 0.2 | $ 175.0 | 2/25/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/26/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 4.5 | $ 1,350.0 | 2/26/2021 | Review asset managers. | 1 |
| Dat, Brandon | $ 300.00 | 2.0 | $ 600.0 | 2/26/2021 | Find financials' and consolidate statements to summarize allocation and returns from asset managers. | 1 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 2/26/2021 | Answer and review questions regarding documents received. | 1 |
| Kapoor, Vikram | $ 875.00 | 11.2 | $ 9,800.0 | 2/26/2021 | Edits to report. | 4 |
| Kapoor, Vikram | $ 875.00 | 1.1 | $ 962.5 | 2/26/2021 | Participate on telephone call with Dundon Capital Partners to discuss matters related to the case. | 5 |
| Hilfer, Steven | $ 875.00 | 0.4 | $ 350.0 | 2/26/2021 | Review documents. | 1 |
| Hilfer, Steven | $ 875.00 | 1.0 | $ 875.0 | 2/26/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Kang, Jonathan | $ 450.00 | 2.4 | $ 1,080.0 | 2/27/2021 | Review of report drafts. | 4 |
| Kapoor, Vikram | $ 875.00 | 3.5 | $ 3,062.5 | 2/28/2021 | Edits to report. | 4 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 3/1/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 0.2 | $ 60.0 | 3/1/2021 | Send documents related to asset manager information. | 1 |
| Dat, Brandon | $ 300.00 | 2.1 | $ 630.0 | 3/1/2021 | Calculate and depict asset manager information in table. | 1 |
| Kapoor, Vikram | $ 875.00 | 6.6 | $ 5,775.0 | 3/1/2021 | Edits to report. | 4 |
| Kapoor, Vikram | $ 875.00 | 1.5 | $ 1,312.5 | 3/1/2021 | Review of documents received. | 1 |
| Kapoor, Vikram | $ 875.00 | 1.0 | $ 875.0 | 3/1/2021 | Participate on telephone call with counsel to discuss the report. | 5 |
| Dat, Brandon | $ 300.00 | 1.1 | $ 330.0 | 3/2/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 4.2 | $ 1,260.0 | 3/2/2021 | Prepare hedging strategy tables. | 3 |
| Hilfer, Steven | $ 875.00 | 0.3 | $ 262.5 | 3/2/2021 | Review documents. | 1 |
| Hilfer, Steven | $ 875.00 | 0.1 | $ 87.5 | 3/2/2021 | Prepare and sent internal Cred team a follow up email based on document review and telephone call. | 1 |
| Kapoor, Vikram | $ 875.00 | 5.6 | $ 4,900.0 | 3/2/2021 | Edits to report. | 4 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 3/2/2021 | Participate on telephone call with counsel to discuss the report. | 4 |
| Dat, Brandon | $ 300.00 | 1.0 | $ 300.0 | 3/3/2021 | Participate on telephone call with internal Cred team to discuss Cred status. | 1 |
| Dat, Brandon | $ 300.00 | 2.5 | $ 750.0 | 3/3/2021 | Digital wallet drafting and answer email questions. | 1 |
| Kapoor, Vikram | $ 875.00 | 5.7 | $ 4,987.5 | 3/3/2021 | Edits to report. | 4 |
| Kapoor, Vikram | $ 875.00 | 3.5 | $ 3,062.5 | 3/3/2021 | Interview of James Alexander. | 2 |
| Kapoor, Vikram | $ 875.00 | 2.0 | $ 1,750.0 | 3/3/2021 | Participate on telephone call with counsel to discuss the report. | 5 |
| Kapoor, Vikram | $ 875.00 | 5.2 | $ 4,550.0 | 3/4/2021 | Edits to report. | 4 |
| Kapoor, Vikram | $ 875.00 | 1.1 | $ 962.5 | 3/4/2021 | Participate on telephone call with counsel to discuss the report. | 5 |
| Kapoor, Vikram | $ 875.00 | 1.4 | $ 1,225.0 | 3/5/2021 | Edits to report. | 4 |
| **SUBTOTAL** | | **330.30** | **$189,367.50** | | | |