**Exhibit A**
**Budget and Staffing Plan**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Case Administration (B110) | 120.00 | $50,000.00 |
| Asset Analysis (B120) | 70.00 | $50,000.00 |
| Asset Disposition (B130) | 10.00 | $5,500.00 |
| Relief from Stay/Adequate Protection Proceeding (B140) | 10.00 | $7,500.00 |
| Meetings of and Communications with Creditors (B150) | 30.00 | $25,000.00 |
| Fee/Employment Applications (B160) | 75.00 | $45,000.00 |
| Fee/Employment Objections (B170) | 0.00 | $0.00 |
| Avoidance Action Analysis (B180) | 10.00 | $7,500.00 |
| Assumption/Rejection of Leases and Contracts (B185) | 5.00 | $3,000.00 |
| Business Operations (B210) | 10.00 | $5,000.00 |
| Financing/Cash Collection (B230) | 0.00 | $0.00 |
| Claims Administration and Objections (B310) | 10.00 | $7,500.00 |
| Plan and Disclosure Statement (Including Business Plan) (B320) | 75.00 | $50,000.00 |
| Analysis/Strategy (L120) | 0.00 | $0.00 |
| Document/File Management (L140) | 85.00 | $15,000.00 |
| Budgeting (L150) | 0.00 | $0.00 |
| Pleadings (L210) | 70.00 | $50,000.00 |
| Retention of Others (L240) | 5.00 | $2,500.00 |
| Other Written Motions and Submissions (L250) | 5.00 | $2,500.00 |
| Document Production (L320) | 0.00 | $0.00 |
| Written Motions and Submissions (L430) | 0.00 | $0.00 |
| Other Trial Preparation and Support (L440) | 0.00 | $0.00 |
| Trial and Hearing Attendance (L450) | 165.00 | $115,000.00 |
| Appellate Motions and Submissions (L510) | 10.00 | $5,000.00 |
| **TOTAL** | **765** | **$446,000.00** |

2

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 1 | $750.00 |
| Associate | 1 | $350.00 |
| Paralegals | 1 | $150.00 |