**Exhibit B**

**Summary of Fees/Hours Budgeted Compared with Fee/Hours Billed**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration (B110) | 120.00 | 102.00 | $50,000.00 | $41,960.00 |
| Asset Analysis (B120) | 70.00 | 74.70 | $50,000.00 | $56,025.00 |
| Asset Disposition (B130) | 10.00 | 7.40 | $5,500.00 | $5,550.00 |
| Relief from Stay/Adequate Protection Proceeding (B140) | 10.00 | 11.70 | $7,500.00 | $8,475.00 |
| Meetings of and Communications with Creditors (B150) | 30.00 | 33.10 | $25,000.00 | $24,825.00 |
| Fee/Employment Applications (B160) | 75.00 | 76.90 | $45,000.00 | $35,515.00 |
| Fee/Employment Objections (B170) | 0.00 | 3.00 | $0.00 | $2,250.00 |
| Avoidance Action Analysis (B180) | 10.00 | 15.70 | $7,500.00 | $11,775.00 |
| Assumption/Rejection of Leases and Contracts (B185) | 5.00 | 4.40 | $3,000.00 | $3,300.00 |
| Business Operations (B210) | 10.00 | 4.30 | $5,000.00 | $3,225.00 |
| Financing/Cash Collection (B230) | 0.00 | 2.70 | $0.00 | $2,025.00 |
| Claims Administration and Objections (B310) | 10.00 | 8.70 | $7,500.00 | $6,525.00 |
| Plan and Disclosure Statement (Including Business Plan) (B320) | 75.00 | 66.10 | $50,000.00 | $39,095.00 |
| Analysis/Strategy (L120) | 0.00 | 0.80 | $0.00 | $600.00 |
| Document/File Management (L140) | 85.00 | 91.10 | $15,000.00 | $13,665.00 |
| Budgeting (L150) | 0.00 | 0.10 | $0.00 | $75.00 |
| Pleadings (L210) | 70.00 | 68.90 | $50,000.00 | $50,295.00 |
| Retention of Others (L240) | 5.00 | 0.40 | $2,500.00 | $300.00 |
| Other Written Motions and Submissions (L250) | 5.00 | 6.30 | $2,500.00 | $2,325.00 |
| Document Production (L320) | 0.00 | 0.40 | $0.00 | $300.00 |
| Written Motions and Submissions (L430) | 0.00 | 0.80 | $0.00 | $280.00 |
| Other Trial Preparation and Support (L440) | 0.00 | 1.30 | $0.00 | $455.00 |
| Trial and Hearing Attendance (L450) | 165.00 | 168.20 | $115,000.00 | $118,350.00 |
| Appellate Motions and Submissions (L510) | 10.00 | 8.40 | $5,000.00 | $2,940.00 |
| **TOTAL** | **765** | **757.40** | **$446,000.00** | **$430,130.00** |

**Proposed and Actual Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Final Compensation Period | Expected Average Hourly Rate | Actual Number of Timekeepers During Final Compensation Period | Hourly Rate of Timekeepers Based on Actual Hours Worked During Final Compensation Period |
|---|---|---|---|---|
| Partners | 1 | $750.00 | 1 | $750.00 |
| Associates | 0 | $0.00 | 1 | $350.00 |
| Paralegals | 1 | $150.00 | 1 | $150.00 |

### INFORMATION ABOUT STAFFING PLAN
### (APPENDIX B, PART C.6)

Due to internal staffing changes, Cousins Law used one more associate attorney timekeeper than anticipated during the Final Compensation Period. The involvement of the additional associate attorney reduced Cousins Law's overall blended rate.