**<u>Exhibit C</u>**

**<u>Invoice for the Monthly Compensation Period</u>**