**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[6] | ) |
| | ) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |
| | ) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |
| | ) |

**NOTICE OF COMBINED SIXTH MONTHLY AND FINAL FEE APPLICATION OF
COUSINS LAW LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE
<u>PERIOD FROM NOVEMBER 7, 2020 THROUGH APRIL 19, 2021</u>**

TO:    (I) THE DEBTORS; (II) THE U.S. TRUSTEE; (III) COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL PARTIES THAT
HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO
BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that the *Combined Sixth Monthly and Final Fee Application of Cousins Law LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 7, 2020 Through April 19, 2021* (the "<u>Application</u>") has been filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").  The Application seeks allowance of monthly fees in the amount of $20,525.00 and monthly expenses in the amount of $220.95.  The Application further seeks final allowance of fees in the amount of $435,130.00 and final allowance of expenses in the amount of $3,996.85

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **June 3, 2021 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  You must also serve any such objection so as to be received by the following on or before the Objection Deadline:  (a) counsel to the Debtors (i) Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002, Attn: James T. Grogan and Mack Wilson, (jamesgrogan@paulhastings.com, mackwilson@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: G. Alexander Bongartz and Derek Cash (alexbongartz@paulhastings.com, derekcash@paulhastings.com) and (ii) Cousins Law LLC,

---

[6]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott D. Cousins (scott.cousins@cousins-law.com); (b) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph James McMahon, Jr. (joseph.mcmahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov); (c) counsel to the statutory committee appointed in these chapter 11 cases (the "Committee") (i) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173-1922, Attn. Timothy Walsh and Darren Azman (twwalsh@mwe.com, dazman@mwe.com) and (ii) McDermott Will & Emery LLP, The Nemours Building, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801, Attn. David Hurst (dhurst@mwe.com); and (d) to the extent not listed herein, those parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **June 17, 2021 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID WITHOUT FURTHER HEARING OR ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE FINAL FEE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.**

*[Remainder of page intentionally left blank]*

Dated: May 14, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:      (302) 824-7081
Facsimile:      (302) 295-0331
Email:              scott.cousins@cousins-law.com

- and -
James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:      (713) 860-7300
Facsimile:      (713) 353-3100
Email:              jamesgrogan@paulhastings.com
                       mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:      (212) 318-6000
Facsimile:      (212) 319-4090
Email:              pedrojimenez@paulhastings.com
                       aviluft@paulhastings.com

*Co-Counsel to the Debtors*