# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for Paul Hastings timekeepers in the Houston, New York, and Los Angeles offices who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on May 1, 2020 and ending on April 30, 2021 was, in the aggregate, approximately $975 per hour (the "Non-Bankruptcy Blended Hourly Rate").  The blended hourly rate for Paul Hastings' timekeepers who billed to the Debtors during the Fee Period was approximately $1,105 per hour (the "Debtor Blended Hourly Rate").  A detailed comparison of these rates follows:[2]

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE ||
|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | DEBTOR BLENDED HOURLY RATE |
| Partner | $1,255 | $1,382 |
| Counsel | $1,157 | $1,300 |
| Associate | $809 | $886 |
| Paraprofessional | $435 | $392 |
| **All timekeepers aggregated** | **$975** | **$1,105** |

---

[1]  It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group.  Accordingly, the Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor or an official committee under the Bankruptcy Code.  As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2]  Given the complexity and challenges faced by the Debtors in these cases, a significant amount of time by senior partners, of counsel, and senior associates, including James Grogan, Pedro Jimenez, Alex Bongartz, Avi Luft, Scott Shelley, Bryant Lin, and Mack Wilson has been necessary.  Because their rates are at the higher end of the range of rates billed by Paul Hastings partners, of counsel, and associates, respectively, and in light of the fact that a significant amount of senior partner, of counsel, and senior associate time has been required for this engagement, the blended rate for this case moved to the higher end of the range of rates billed by Paul Hastings partners, of counsel, and associates.