# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN APPLICATION

| Name, Position, and Initials Used in Invoices | Date of First Admission; Department | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed[1] | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | For period from 11/7/20 through 1/31/21 | For period from 2/1/21 through 4/30/21 | |
| **Partner** | | | | | | |
| Carlton, D. Scott, DSC3 | 2005, Litigation | $154,687.50 | 118.00 | $1,275.00 | $1,400.00 | 1 |
| Dayanim, Behnam, BD2 | 1993, Corporate | $405.00 | 0.30 | $1,350.00 | n/a | n/a |
| Grogan, James, JTG4 | 2000, Corporate | $994,582.50 | 728.90 | $1,325.00 | $1,425.00 | 1 |
| Jimenez, Pedro, PJ1 | 1998, Corporate | $255,925.00 | 181.40 | $1,400.00 | $1,475.00 | 1 |
| Makso, David, DM12 | 2001, Tax | $3,220.00 | 2.30 | $1,400.00 | n/a | n/a |
| Nelson, Gregory V., GVN | 1981, Tax | $48,150.00 | 32.10 | $1,450.00 | $1,525.00 | 1 |
| Rawlins, Justin, JR28 | 2000, Corporate | $7,965.00 | 5.90 | n/a | $1,350.00 | 1 |
| Snow, Holly, HS5 | 2009, Corporate | $5,757.50 | 4.70 | $1,225.00 | n/a | n/a |
| Stellenberg, Daniel S, DSS4 | 2002, Tax | $570.00 | 0.40 | $1,425.00 | n/a | n/a |
| Song, Jane I., JIS2 | 2000, Corporate | $2,025.00 | 1.50 | $1,350.00 | n/a | n/a |
| Stone, Peter M., PMS | 1992, Litigation | $61,250.00 | 44.30 | $1,375.00 | $1,450.00 | 1 |
| Schwartz, Todd, TMS8 | 2007, Corporate | $625.00 | 0.50 | $1,250.00 | n/a | n/a |
| Zuppone, Michael L., MLZ | 1989, Corporate | $135,422.50 | 88.30 | $1,525.00 | $1,600.00 | 1 |
| | Total Partner: | $1,670,585.00 | 1208.60 | | | |
| **Counsel** | | | | | | |
| Bongartz, Alex, AB21 | 2007, Restructuring | $403,000.00 | 310.00 | $1,300.00 | n/a | n/a |
| Hilson, John Francis, JFH2 | 1977, Corporate | $775.00 | 0.50 | $1,550.00 | n/a | n/a |
| Luft, Avi E., AEL2 | 2000, Corporate | $846,045.00 | 626.70 | $1,350.00 | $1,350.00 | n/a |
| Shelley, Scott C., SCS8 | 1994, Corporate | $300,000.00 | 240.00 | $1,250.00 | $1,250.00 | n/a |
| Traxler, Katherine A, KAT2 | 1990, Corporate | $44,953.00 | 49.70 | $890.00 | $920.00 | 1 |
| | Total Counsel: | $1,594,773.00 | 1226.90 | | | |

---

[1] As noted in the *Notice of Change in Hourly Rates* [Docket No. 341], Paul Hastings adjusted its hourly rates effective February 1, 2021. In the retention application [Docket No. 64], the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

| Name, Position, and Initials Used in Invoices | Date of First Admission; Department | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed[1] | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | For period from 11/7/20 through 1/31/21 | For period from 2/1/21 through 4/30/21 | |
| **Associate** | | | | | | |
| Barnes, Chanse J., CB24 | 2017, Corporate | $1,337.00 | 1.40 | n/a | $955.00 | n/a |
| Barron, Douglass E., DEB4 | 2012, Restructuring | $414.00 | 0.40 | $1,035.00 | n/a | n/a |
| Cash, Derek D., DDC1 | 2015, Corporate | $222,813.00 | 260.60 | $855.00 | n/a | n/a |
| Clark, Kiaura, KC23 | 2021, Litigation | $16,170.00 | 23.10 | n/a | $700.00 | n/a |
| Counihan, Brendan, BC1 | 2019, Tax | $3,442.50 | 4.50 | $765.00 | n/a | n/a |
| Doherty, Casey W., CWD1 | 2011, Corporate | $103,600.00 | 92.50 | n/a | $1,120.00 | n/a |
| Farmer, Will C., WCF | 2018, Corporate | $13,465.50 | 14.10 | n/a | $955.00 | n/a |
| Hua, April, AH35 | 2019, Litigation | $15,147.00 | 19.80 | n/a | $765.00 | n/a |
| Hwang, Phil Mhan, PMH1 | 2021, Litigation | $27,720.00 | 39.60 | n/a | $700.00 | n/a |
| Lin, Bryant P., BPL2 | 2016, Litigation | $308,455.50 | 321.50 | $930.00 | $1,035.00 | 1 |
| Lopez, Leah M., LML1 | Pending Admission, Corporate | $56,359.50 | 77.80 | $690.00 | $765.00 | 1 |
| Lysle, Lily R., LL22 | 2017, Litigation | $76,662.00 | 88.40 | $855.00 | $955.00 | 1 |
| Maza, Shlomo, SM29 | 2012, Restructuring | $319.50 | 0.30 | $1,065.00 | n/a | n/a |
| Mottweiler, Michael, MM48 | 2019, Litigation | $9,715.50 | 12.70 | n/a | $765.00 | n/a |
| Prouty Austin M., AMP1 | 2019, Litigation | $134,925.00 | 191.50 | $690.00 | $765.00 | 1 |
| Roberts, Max M., MMR | 2019, Corporate | $9,103.50 | 11.90 | n/a | $765.00 | n/a |
| Shah, Asna Erfan, AE4 | 2018, Corporate | $10,260.00 | 12.00 | $855.00 | n/a | n/a |
| Shin, Joyce (Jungwon), JS49 | 2013, Corporate | $40,530.50 | 38.00 | $1,065.00 | $1,120.00 | 1 |
| Wilson, Mack, MW26 | 2016, Corporate | $776,406.50 | 866.30 | $855.00 | $955.00 | 1 |
| Zwillinger, Zachary S., ZSZ | 2013, Litigation | $62,260.00 | 56.60 | $1,100.00 | n/a | n/a |
| Total Associate: | | $1,889,106.50 | 2133.00 | | | |
| **Other Attorney** | | | | | | |
| Goldstein, Irena M., IG1 | 1988, Corporate | $132,312.50 | 146.50 | $875.00 | $905.00 | 1 |
| Total Other Attorney: | | **$132,312.50** | **146.50** | | | |
| **Paraprofessional** | | | | | | |
| Boyle, Terrence G., TGB2 | Paralegal | $1,534.50 | 3.10 | n/a | $495.00 | n/a |
| Elliott, Elizabeth, EE3 | Legal Research Analyst | $508.00 | 1.30 | $385.00 | $400.00 | 1 |

| Name, Position, and Initials Used in Invoices | Date of First Admission; Department | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed[1] | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | For period from 11/7/20 through 1/31/21 | For period from 2/1/21 through 4/30/21 | |
| Graham, Lesley, R., LRG | Tech. Operations Senior Analyst | $810.00 | 1.80 | $450.00 | n/a | n/a |
| Holthuis, Ingrid, M., IMH | Paralegal | $1,960.00 | 4.00 | $490.00 | n/a | n/a |
| Kuo, Jocelyn, JK21 | Paralegal | $27,589.50 | 56.50 | $480.00 | $495.00 | 1 |
| Limaldi, Jacob, JL45 | Case Assistant | $117.50 | 0.50 | n/a | $235.00 | n/a |
| Wijemanne, Manel, MW3 | Paralegal | $828.00 | 1.80 | $460.00 | n/a | n/a |
| Wrench, Patricia L., PLE | Paralegal | $1,276.00 | 2.90 | $440.00 | n/a | n/a |
| Wu, Winnie, WW6 | Case Assistant | $8,816.50 | 38.80 | $220.00 | $235.00 | 1 |
| **Total Paraprofessional:** | | **$43,440.00** | **110.70** | | | |
| **Subtotal:** | | **$5,330,217.00** | **4825.70** | | | |
| **Blended Rate:** | | | | **$1,105** | | |
| **Blended Rate Excluding Paraprofessionals:** | | | | **$1,121** | | |
| **Post-Effective Date Fees for Preparation of, and Hearing on, Fee Applications** | | **$50,000.00** | | | | |
| **Total:** | | **$5,380,217.00** | | | | |