# EXHIBIT C

## STAFFING PLANS

Please note that the Staffing Plans below conform to the budget periods from November 7, 2020 through January 31, 2021 and from February 1, 2021 through April 30, 2021, which were the anticipated first and second interim fee periods in the Chapter 11 Cases under the Interim Compensation Order.

**Period Covered**: November 7, 2020 through January 31, 2021

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the period | Average hourly rate for the period |
|---|---|---|
| **Partner** | 12 | $1,396 |
| **Counsel & Other Attorneys** | 6 | $1,295 |
| **Associate** | 12 | $893 |
| **Paraprofessional** | 6 | $383 |

**Period Covered**: February 1, 2021 through April 30, 2021[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the period | Estimated average hourly rate for the period |
|---|---|---|
| **Partner** | 12 | $1,535 |
| **Counsel & Other Attorneys** | 6 | $1,420 |
| **Associate** | 12 | $980 |
| **Paraprofessional** | 6 | $420 |

---

[1] The staffing plan set forth herein is based on the following assumptions: **(i) the lack of material litigation regarding, among other things, the approval and confirmation of the Debtors' Combined Plan and Disclosure Statement**; and (ii) no adversary proceedings will require discovery and trial preparation. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Debtors may need to respond to motions that are not and cannot be anticipated. Accordingly, the staffing plan is speculative at this time.