# EXHIBIT D

# COMPENSATION BY PROJECT CATEGORY AND COMPARISON TO BUDGET

The Budget Period covers November 7, 2020 through April 30, 2021 in accordance with the Interim Compensation Order.

| U.S. Trustee Task Code and Project Category | | Hours Budgeted[1] | Hours Billed | Fees Budgeted | Fees Billed |
|---|---|---|---|---|---|
| B110 | Case Administration | 365 | 323.00 | $428,595 | $350,525.00 |
| B111 | Schedules and Statements of Financial Affairs | 30 | 24.30 | $35,430 | $29,756.50 |
| B112 | General Creditor Inquiries | 15 | 4.40 | $18,285 | $5,336.00 |
| B113 | Pleadings Review | 0 | 1.90 | $0.00 | $1,882.50 |
| B120 | Asset Analysis and Recovery | 120 | 137.30 | $147,420 | $171,121.50 |
| B130 | Asset Disposition | 190 | 186.10 | $218,310 | $221,597.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 175 | 149.70 | $204,585 | $166,822.50 |
| B150 | Meetings of and Communications with Creditors | 30 | 16.90 | $35,430 | $21,265.50 |
| B155 | Court Hearings | 330 | 338.00 | $388,590 | $387,954.50 |
| B160 | Employment / Fee Applications (Paul Hastings) | 150 | 123.40 | $180,000 | $122,759.00 |
| B161 | Budgeting (Case) | 5 | 7.70 | $6,285 | $6,788.50 |
| B165 | Employment / Fee Applications (Other Professionals) | 120 | 119.00 | $140,010 | $128,031.00 |
| B180 | Avoidance Action Analysis | 160 | 75.00 | $192,000 | $85,544.50 |
| B185 | Assumption / Rejection of Leases and Contracts | 20 | 12.70 | $24,000 | $14,093.50 |
| B190 | Other Contested Matters | 975 | 941.80 | $1,128,675 | $991,321.50 |
| B191 | General Litigation | 605 | 770.80 | $705,765 | $833,712.50 |
| B210 | Business Operations | 50 | 58.20 | $59,430 | $71,410.00 |
| B211 | Financial Reports (Monthly Operating Reports) | 10 | 6.70 | $12,000 | $9,215.00 |

---

[1] The budget set forth herein is based on the following assumptions: **(i) the lack of material litigation regarding, among other things, the approval and confirmation of the Debtors' Combined Plan and Disclosure Statement**; and (ii) no adversary proceedings will require discovery and trial preparation. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Debtors may need to respond to motions that are not and cannot be anticipated. Accordingly, the budget is speculative at this time.

| U.S. Trustee Task Code and Project Category | | Hours Budgeted[1] | Hours Billed | Fees Budgeted | Fees Billed |
|---|---|---|---|---|---|
| B220 | Employee Benefits / Pensions | 5 | 2.30 | $5,715 | $3,077.50 |
| B230 | Financing / Cash Collections | 170 | 179.30 | $194,310 | $207,545.50 |
| B231 | Security Document Analysis | 10 | 0.70 | $12,570 | $598.50 |
| B240 | Tax Issues | 55 | 44.10 | $67,425 | $63,605.50 |
| B260 | Board of Directors Matters | 10 | 4.00 | $12,000 | $6,060.00 |
| B261 | Investigations | 0 | 358.30 | $0.00 | $381,123.00 |
| B310 | Claims Administration and Objections | 50 | 69.10 | $60,570 | $79,026.50 |
| B320 | Plan and Disclosure Statement | 725 | 870.50 | $868,575 | $969,269.00 |
| B410 | General Bankruptcy Advice/Opinions | 50 | 0.50 | $60,000 | $775.00 |
| **TOTAL** | | **4,425** | **4,825.70** | **$5,205,975**[2] | **$5,330,217.00** |

---

[2] The total budgeted fees are calculated with a blended billing rate of (a) $1,089 for the budget period from 11-7-20 through 1-31-21 and (b) $1,257 for the budget period from 2-1-21 through 4-30-21 for the Paul Hastings timekeepers expected to work on this matter.

2