## **EXHIBIT E**

## **EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Attorney Service | $2,565.85 |
| Reproduction Charges (7,468 pages at $0.08 per page) | $597.44 |
| Reproduction Charges (Color) (487 pages at $0.50 per page) | $243.50 |
| Court Call | $43.50 |
| Filing Fee | $855.00 |
| Postage/Express Mail | $282.46 |
| Computer Search | $12,522.32 |
| Outside Professional Services | $16,112.50 |
| Courier Service | $399.08 |
| Court Reporting Services | $9,131.05 |
| **TOTAL** | **$42,752.70** |