**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) Chapter 11 |
| In re: | ) |
| | ) Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |
| | ) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |
| | ) |

**NOTICE OF FIRST INTERIM AND FINAL APPLICATION OF PAUL HASTINGS LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2020
THROUGH FINAL FEE HEARING**

TO:    (I) THE DEBTORS; (II) THE U.S. TRUSTEE; (III) COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL PARTIES THAT
HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO
BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that the *First Interim and Final Application of Paul
Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for
the Period from November 7, 2020 Through Final Fee Hearing* (the "Application") has been filed
with the United States Bankruptcy Court for the District of Delaware (the "Court").   The
Application seeks final allowance of total fees in the amount of $5,380,217.00 and final allowance
of expenses in the amount of $42,752.70.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any,
are required to be filed on or before **June 3, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline")
with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824
N. Market Street, Wilmington, Delaware 19801.  You must also serve any such objection so as to
be received by the following on or before the Objection Deadline:  (a) counsel to the Debtors (i)
Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002, Attn: James T.
Grogan and Mack Wilson, (jamesgrogan@paulhastings.com, mackwilson@paulhastings.com);
200 Park Avenue, New York, New York 10166, Attn: G. Alexander Bongartz and Derek Cash
(alexbongartz@paulhastings.com, derekcash@paulhastings.com) and (ii) Cousins Law LLC,
Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott
D. Cousins (scott.cousins@cousins-law.com); (b) the Office of The United States Trustee, 844

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number,
as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant
Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue,
Suite 200, San Mateo, California 94401.

King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph James McMahon, Jr. (joseph.mcmahon@usdoj.gov) and John Schanne (John.Schanne@usdoj.gov); (c) counsel to the statutory committee appointed in these chapter 11 cases (the "Committee") (i) McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173-1922, Attn. Timothy Walsh and Darren Azman (twwalsh@mwe.com, dazman@mwe.com) and (ii) McDermott Will & Emery LLP, The Nemours Building, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801, Attn. David Hurst (dhurst@mwe.com); and (d) to the extent not listed herein, those parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Application will be held before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **June 17, 2021 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID WITHOUT FURTHER HEARING OR ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE FINAL FEE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.**

*[Remainder of page intentionally left blank]*

Dated: May 14, 2021
Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:      (302) 824-7081
Facsimile:      (302) 295-0331
Email:          scott.cousins@cousins-law.com

- and -
James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:      (713) 860-7300
Facsimile:      (713) 353-3100
Email:          jamesgrogan@paulhastings.com
                mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:      (212) 318-6000
Facsimile:      (212) 319-4090
Email:          pedrojimenez@paulhastings.com
                aviluft@paulhastings.com

*Co-Counsel to the Debtors*