**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |

**SUMMARY OF FINAL FEE APPLICATION OF MACCO RESTRUCTURING GROUP, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2020 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | MACCO Restructuring Group, LLC |
| Authorized to Provide Professional Services to: | Financial Advisor to Cred Inc., et al. (Debtors) |
| Date of Retention: | December 18, 2020 *Nunc Pro Tunc* to November 7, 2020 |

**Summary of Total Fees and Expense Requested During the Final Period**

| | |
|---|---|
| Period for which compensation and Reimbursement is sought: | November 7, 2020 through March 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $874,236.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $248.65 |
| Estimated Fees for Completion of Fee Application: | $2,000.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

2

| | |
|---|---|
| Total Compensation and Expenses sought as actual, reasonable and necessary during the Final Period: | $876,485.15 |
| Blended hourly rate for fees incurred during the Final Fee Period (1,766.10 hours) | $495.01 |

**Summary of Payments and Outstanding Amount Due During the Final Period**

| | |
|---|---|
| Total Allowed Compensation paid to date: | $699.389.20 |
| Total Allowed Expenses paid to date: | $248.65 |
| Total Compensation and Expenses due and owing: | $176,847.30 |

This is a(n) __interim __ monthly __X__ final fee application.

## COMPENSATION BY INDIVIDUAL DURING THE FINAL FEE PERIOD
## NOVEMBER 7, 2020 THROUGH MARCH 18, 2021

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Drew McManigle | Founder and CEO | $600.00 | 115.30 | $69,180.00 |
| Paul Maniscalco | Managing Director | $550.00 | 237.40 | $130,570.00 |
| Pablo Bonjour | Managing Director | $525.00 | 405.20 | $212,730.00 |
| Patrick Stewart | Managing Director | $550.00 | 14.60 | $8,030.00 |
| Kathy Mayle | Senior Director | $465.00 | 245.80 | $114,297.00 |
| Frank Cottrell | Director | $465.00 | 398.80 | $185,442.00 |
| Micah Miller | Director | $450.00 | 226.50 | $101,925.00 |
| Arpna Chheda | Senior Financial Analyst | $425.00 | 122.50 | $52,062.50 |
| **Grand Total:** | | | 1,766.10 | $874,236.50 |
| **Blended Rate:** | | $495.01 | | |

**COMPENSATION BY CATEGORY DURING THE FINAL FEE PERIOD**
**NOVEMBER 7, 2020 THROUGH MARCH 31, 2021**

| ACTIVITY | DESCRIPTION | PROFESSIONAL | HOURS | AMOUNT |
|---|---|---|---|---|
| *009:* | *Operations* | | | |
| | | Arpna Chheda | 11.30 | $4,802.50 |
| | | Drew McManigle | 10.10 | $6,060.00 |
| | | Pablo Bonjour | 1.50 | $787.50 |
| | | 009: TOTAL: | 22.90 | $11,650.00 |
| *010:* | *Accounting and Financials* | | | |
| | | Arpna Chheda | 51.00 | $21,675.00 |
| | | Drew McManigle | 17.00 | $10,200.00 |
| | | Frank Cottrell | 252.00 | $117,180.00 |
| | | Micah Miller | 123.50 | $55,575.00 |
| | | Pablo Bonjour | 121.80 | $63,945.00 |
| | | Patrick Stewart | 0.80 | $440.00 |
| | | Paul Maniscalco | 106.60 | $58,630.00 |
| | | 010: TOTAL: | 672.70 | $327,645.00 |
| *015:* | *Cash Collateral/DIP Finance* | | | |
| | | Drew McManigle | 2.50 | $1,500.00 |
| | | Frank Cottrell | 1.10 | $511.50 |
| | | Pablo Bonjour | 6.70 | $3,517.50 |
| | | Patrick Stewart | 1.30 | $715.00 |
| | | 015: TOTAL: | 11.60 | $6,244.00 |
| *016:* | *Case Administration* | | | |
| | | Drew McManigle | 30.20 | $18,120.00 |
| | | Frank Cottrell | 0.70 | $325.50 |
| | | Kathy Mayle | 62.60 | $29,109.00 |
| | | Micah Miller | 16.60 | $7,470.00 |
| | | Pablo Bonjour | 149.00 | $78,225.00 |
| | | Patrick Stewart | 0.70 | $385.00 |
| | | Paul Maniscalco | 77.50 | $42,625.00 |
| | | 016: TOTAL: | 337.30 | $176,259.50 |
| *017:* | *Asset Analysis, Recovery and Disposition* | | | |
| | | Drew McManigle | 6.30 | $3,780.00 |
| | | Frank Cottrell | 135.00 | $62,775.00 |
| | | Kathy Mayle | 1.00 | $465.00 |
| | | Pablo Bonjour | 4.90 | $2,572.50 |
| | | Patrick Stewart | 9.60 | $5,280.00 |
| | | Paul Maniscalco | 1.70 | $935.00 |
| | | 017: TOTAL: | 158.50 | $75,807.50 |

4

| | | | | |
|---|---|---|---|---|
| *018:* | *Employment/Fee Applications/Objections* | | | |
| | | Drew McManigle | 11.20 | $6,720.00 |
| | | Frank Cottrell | 2.80 | $1,302.00 |
| | | Kathy Mayle | 21.70 | $10,090.50 |
| | | Pablo Bonjour | 2.00 | $1,050.00 |
| | | Patrick Stewart | 1.20 | $660.00 |
| | | 018: TOTAL: | 38.90 | $19,822.50 |
| *019:* | *Contested Matters/Litigation* | | | |
| | | Drew McManigle | 32.50 | $19,500.00 |
| | | Pablo Bonjour | 95.00 | $49,875.00 |
| | | Patrick Stewart | 1.00 | $550.00 |
| | | Paul Maniscalco | 1.40 | $770.00 |
| | | 019: TOTAL: | 129.90 | $70,695.00 |
| *020:* | *Claims* | | | |
| | | Arpna Chheda | 22.40 | $9,520.00 |
| | | Drew McManigle | 0.30 | $180.00 |
| | | Kathy Mayle | 4.90 | $2,278.50 |
| | | 020: TOTAL: | 27.60 | $11,978.50 |
| *021:* | *Plan/Disclosure Statement* | | | |
| | | Arpna Chheda | 3.60 | $1,530.00 |
| | | Frank Cottrell | 3.10 | $1,441.50 |
| | | Kathy Mayle | 13.00 | $6,045.00 |
| | | Micah Miller | 1.30 | $585.00 |
| | | Pablo Bonjour | 5.90 | $3,097.50 |
| | | Paul Maniscalco | 7.70 | $4,235.00 |
| | | 021: TOTAL: | 34.60 | $16,934.00 |
| *023:* | *Preparation of Schedules and Statements* | | | |
| | | Arpna Chheda | 34.20 | $14,535.00 |
| | | Drew McManigle | 5.20 | $3,120.00 |
| | | Frank Cottrell | 4.10 | $1,906.50 |
| | | Kathy Mayle | 142.60 | $66,309.00 |
| | | Micah Miller | 85.10 | $38,295.00 |
| | | Pablo Bonjour | 18.40 | $9,660.00 |
| | | Paul Maniscalco | 42.50 | $23,375.00 |
| | | 023: TOTAL: | 332.10 | $157,200.50 |
| | | | | |
| | | | **1,766.10** | **$874,236.50** |

**EXPENSE SUMMARY DURING THE FINAL FEE PERIOD**
**NOVEMBER 7, 2020 THROUGH MARCH 18, 2021**

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| E105 | Court Fees for telephonic hearing attendance | $95.25 |
| E124 | Chart software for flow of funds | $95.40 |
| E124 | Crypto Excel Add-ins | $58.00 |
| **Total:** | | **$248.65** |

## SUMMARY OF FEE APPLICATIONS DURING THE FINAL PERIOD
## NOVEMBER 7, 2020 THROUGH MARCH 31, 2021

### Prior Monthly Applications:

| Date Filed; ECF No. | Period Covered | Certificate of No Objection | Requested Fees | Expenses | Paid or To Be Paid Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|---|
| 01/11/2021; ECF #345 | 11/07/2020-11/30/2020 | 02/02/2021; ECF #459 | $333,060.50 | $219.65 | $266,448.40 | $219.65 | $66,612.10 |
| 01/18/2021; ECF #360 | 12/01/2020-12/31/2020 | 02/09/2021; ECF #494 | $375,475.50 | $29.00 | $300,380.40 | $29.00 | $75,095.10 |
| 02/16/2021; ECF #510 | 01/01/2021-01/31/2021 | 03/10/2021; ECF #615 | $123,988.00 | $0.00 | $99,190.40 | $0.00 | $24,797.60 |
| 03/31/2021; ECF #695 | 02/01/2021-02/28/2021 | 04/21/2021; ECF #735 | $25,173.50 | $0.00 | $20,138.80 | $0.00 | $5,034.70 |
| 04/19/2021; ECF #728 | 03/01/2021-03/31/2021 | 05/12/2021; ECF #766 | $16,539.00 | $0.00 | $13,231.20 | $0.00 | $3,307.80 |
| TOTALS: | | | $874,236.50 | $248.65 | $699,389.20 | $248.65 | $174,847.30 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)**<br>) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |

**FINAL FEE APPLICATION FOR THE PERIOD OF NOVEMBER 7, 2020 THROUGH MARCH 31, 2021 OF MACCO RESTRUCTURING GROUP, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS**

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code, §§ 101 – 1532, as amended (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 269] (the "Interim Compensation Order"), MACCO Restructuring Group, LLC (the "Applicant" or "MACCO"), Financial Advisor for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this *Final Fee Application for the Period of November 7, 2020 through March 31, 2021 of MACCO Restructuring Group, LLC for Allowance of Compensation for Services Rendered Reimbursement of Expenses Incurred as Financial Advisor for the Debtors* (the "Application").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

In support of this Application, MACCO respectfully represents as follows:

## Jurisdiction and Venue

1.  The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Pursuant to Local Rule 9013-1(f), the Debtors confirm their consent to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The statutory bases for the relief requested herein are sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## Background

4.  On November 7, 2020 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors are authorized to continue operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), Local Rule 1015-1, and the *Order Granting Motion of Debtors and Debtors in Possession for Order Directing Joint Administration of Their Chapter 11 Cases* [Docket No. 27].  On December 3, 2020, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors

[Docket No. 120] (the "Committee").  On January 8, 2020, the Court appointed Robert J. Stark, Esq., as Examiner in these chapter 11 cases [Docket No. 338].

6. On March 11, 2021, the Court confirmed the *Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred, Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 629].  On April 19, 2021, the Plan went effective [Docket No. 730].

**Retention of MACCO Restructuring Group LLC as Debtors' Financial Advisor**

7. On November 17, 2020, the Debtors filed *Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisor to the Debtors, Effective* Nunc Pro Tunc *to the Petition Date* (the "Retention Application") [Docket No. 57]. On December 12, 2020, Debtors filed the *Supplemental Declaration of Drew McManigle in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of MACCO Restructuring Group, LLC as Financial Advisor to the Debtors, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 181].

8. On December 21, 2020, the Court entered the *Order Authorizing Employment and Retention of MACCO Restructuring Group LLC as Financial Advisor for Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 272] (the "Retention Order").  The Retention Order authorizes the Applicant to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

**Summary of Professional Compensation
and Reimbursement of Expenses Requested**

9. By this Application, in accordance with the Interim Compensation Order, MACCO requests final allowance of compensation for professional services rendered to the Debtors in the

3

amount of $874,236.50 and expenses in the amount of $248.65 during the Final Fee Period, plus $2,000.00 for the completion of MACCO's Final Fee Application, totaling $876,485.15.

10. MACCO received the sum of $699,389.20 during the Final Fee Period and seeks payment of its balance due of $176,847.30.

11. All services for which compensation is requested were performed for or on behalf of the Debtors.

12. During the Final Fee Period, MACCO received no payment or any promise of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between the Applicant and any other person for the sharing of compensation to be received for services rendered in these chapter 11 cases.

13. The fees charged by the Applicant in these chapter 11 cases are billed in accordance with its existing billing rates and procedures in effect during the Final Fee Period and in accordance with the Retention Order. The rates the Applicant charged for the services rendered by its professionals during the Final Fee Period are no greater than the rates the Applicant charged for services rendered in comparable non-bankruptcy related matters. Applicant's fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive market.

14. To the best of the Applicant's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Interim Compensation Order. To the extent necessary, the Applicant requests a waiver for cause shown of any such requirement not met by this Application.

15.     The Applicant maintains computerized records of the time spent by all the Applicant's attorneys and paraprofessionals in connection with its representation of the Debtors. Attached hereto as **Exhibit A** are true and correct copies of the Applicant's fee statements for services performed for the Debtors during the Final Fee Period (collectively the "Fee Statement"). The Fee Statement contains daily time logs describing the time spent by each professional during the Final Fee Period. To the best of the Applicant's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Compensation Order. The time reports are organized on a daily basis.

16.     The Applicant's time records comply with the requirements set forth in Local Rule 2016-2 and the *Department of Justice Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys in Larger Chapter 11 Cases*, as described below in greater detail.

### Summary of Services Rendered

17.     MACCO was employed as financial advisor to provide assistance to the Debtors with financial reporting, reconciliation of accounts, more specifically related to its cryptocurrency assets, preparation of monthly operating reports, assisting with preparation of schedules and statements, preparing 13-week cash flow, attendance at contested hearings, communications with Examiner, and assistance with maintaining Debtor in Possession compliance. The services rendered by the Applicant during the Final Fee Period are grouped into the project categories set forth in the Fee Statement. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the Fee Statement.

18. The professionals who rendered services relating to each category or matter are identified, along with the number of hours for each individual and the total compensation sought for each category, in the summary attachments hereto.

**Code 009 – Operations**

19. During the Fee Period, MACCO performed services on behalf of the Debtors related to operational issues.

**Code 010 –Accounting and Financials**

20. During the Fee Period, MACCO monitored Debtors' liquidity position, preparing the 13-week cash flow and its assumptions, comparing to Debtors' forecasts, and reviewed financials in preparation for discussions with CRO and interim CFO.

**Code 015 - Cash Collateral/DIP Finance**

21. During the Fee Period, MACCO performed services related to the potential for DIP financing.

**Code 016 – Case Administration**

22. Services performed in this category related to case administration: attendance and preparation for First Day hearings, assisting Debtors and noticing agent with preparation of matrix, preparation and attendance and IDI with Debtors, counsel and U. S. Trustee, attendance and preparation for second hearing on First Day motions, responsive communications and documentation provided upon requests of Debtors and UCC counsel and professionals, and U. S. Trustee, preparation of Monthly Operating Reports, preparation and attendance at 341 meeting, and responsive communications and documentation provided to Examiner.

**Activity Code 017 - Asset Analysis, Recovery and Disposition**

23. MACCO professionals rendered services in this category related to the sales process, sales motion, and communications with potential buyers, in addition to the verification of Debtors' assets, including cryptocurrency.

**Code 018 - Employment/Fee Applications/Objections**

24. Time spent in this category related to MACCO's preparation of the application of employment and declaration in support of same, calls regarding role of investment banker and financial advisors employed by Debtors, preparation and attendance at hearing on applications of professionals, preparation of monthly applications, drafting of final fee application, and services related to the Interim Compensation Order and compliance of same.

**Code 019 - Contested Matters/Litigation**

25. Time spent in this category related to the preparation and attendance at the hearings on the contested motions to dismiss or convert, U.S. Trustee's motion to appoint chapter 11 trustee, preparation and attendance at hearing on motion to compel, and 2004 exam of JST, preparation and attendance at hearing on Upgradeya Investments' motion for relief from automatic stay, attendance at hearings on various motions and contested matters, and monitoring pleadings related to same.

**Code 020 - Claims**

26. MACCO spent time in this category related to the claims docket and charting of claims as related to scheduled customer claims.

**Code 021 – Plan/Disclosure Statement**

27. MACCO spent time in this category related to potential substantive consolidation remedies and liquidation analysis, and attention to the supplemental mailing of ballots and claims based upon amended schedules.

**Code 023 - Preparation of Schedules and Statements**

28. MACCO spent time in this category related to the preparation of the Debtors' schedules and statements, and amendments to same, and attention to the sources of amending of schedules and statements for discussion with Examiner's advisors.

29. The professional services set forth in the Fee Statement (a) were necessary and appropriate to the administration of these chapter 11 cases, (b) were in the best interests of the Debtors, the estates, and their stakeholders, and (c) were provided without unnecessary duplication of effort or expense. Compensation for the services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved. The professional services were performed skillfully and efficiently.

## Valuation of Services

30. The Fee Statement for the Final Fee Period is attached hereto as **Exhibit A**.

31. All of the services during the Final Fee Period were rendered by the Applicant's restructuring and financial professionals. MACCO has extensive experience and knowledge in the field of business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, expertise, experience and knowledge in financial advisory services, and the ability to respond quickly to emergency matters. Moreover, the Applicant brings to these chapter 11 cases a high level of expertise and experience that inures to the benefit of the Debtors and all parties in interest.

32. The Applicant has been involved in a meaningful way in all facets of the Debtors' chapter 11 cases. The Applicant submits that in view of its integral role in every aspect of these

chapter 11 cases, its request for compensation and reimbursement of expenses is reasonable and warranted.

33. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the Applicant respectfully submits that the amount requested here is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

### Actual and Necessary Disbursements

34. The Applicant requests allowance and payment of actual and necessary expenses incurred during the Final Fee Period in the aggregate amount of $248.65. Attached hereto as **Exhibit B** is a summary of such expenses. It is the Applicant's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's matter. The Applicant charged at actual cost for all ancillary services and expenses such as court fees, online or computerized research, software add-ins specific to the services performed for Debtors, document processing, facsimile, postage, printing, travel related expenses, parking and similar expenses, whether internal or paid to third parties.

### Notice

35. In accordance with the Interim Compensation Order, the Applicant has provided notice of this Application to: (a) the U.S. Trustee, (b) counsel to the Committee, and (c) those parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. The Applicant submits that no other or further notice need be given.

### No Prior Request

36. No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, the Applicant respectfully requests (i) final allowance of compensation for professional services rendered to the Debtors in the amount of $874,236.50 and expenses in the amount of $248.65 during the Final Fee Period, plus $2,000.00 for the completion of MACCO's Final Fee Application, totaling $876,485.15; (ii) the Debtors be authorized to pay MACCO the outstanding balance of $176,847.30; and (iv) such other and further relief as is just and proper.

Dated: May 14, 2021                                MACCO RESTRUCTURING GROUP, LLC
                                                   700 Milam St., Suite 1300
                                                   Houston, Texas 77002


                                                   */s/ Drew McManigle*
                                                   Drew McManigle
                                                   Founder and Chief Executive Officer
                                                   MACCO Restructuring Group LLC
                                                   The Pennzoil Building
                                                   700 Milam Street, Suite 1300
                                                   Houston, Texas 77002
                                                   Telephone: (410) 350-1839
                                                   Email: drew@macco.group

                                                   *Financial Advisor to the Debtors*