# EXHIBIT A

## FEE STATEMENTS FOR THE FINAL FEE PERIOD
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 1150 | 11/07/2020-11/30/2020 | $333,060.50 | $219.65 |
| 1159 | 12/01/2020-12/31/2020 | $375,475.50 | $29.00 |
| 1169 | 01/01/2021-01/31/2021 | $123,988.00 | $0.00 |
| 1181 | 02/01/2021-02/28/2021 | $25,173.50 | $0.00 |
| 1188 | 03/01/2021-03/31/2021 | $16,539.00 | $0.00 |
|  | **Total:** | **$874,236.50** | **$248.65** |