## EXHIBIT B

### ACTUAL AND NECESSARY EXPENSES FOR THE FINAL FEE PERIOD

| Expense Category | Amount |
|---|---:|
| Court Fees for telephonic hearing attendance | $95.25 |
| Chart software for flow of funds | $95.40 |
| Crypto Excel Add-ins | $58.00 |
| **Total** | **$248.65** |