# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                 Debtors.[4] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)**<br>) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |

## CERTIFICATION

I, Drew McManigle, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am the Founder and Chief Executive Officer of MACCO Restructuring Group, LLC ("MACCO"), and I make this Certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2.    I have read the *Final Fee Application of MACCO Restructuring Group, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through March 31, 2021*.

3.    I or any of the Debtors' Advisor participating in or connected with MACCO's engagement with the Debtors understand Local Rule 2016-2 and, to the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Final Fee Application materially comply

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

with the provisions of Local Rule 2016-2, the Bankruptcy Code, and the Interim Compensation Order.

    I, Drew McManigle, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2021       MACCO RESTRUCTURING GROUP, LLC
         Houston, Texas

                         */s/ Drew McManigle*
                         Drew McManigle
                         Founder and CEO
                         MACCO Restructuring Group LLC
                         The Pennzoil Building
                         700 Milam Street, Suite 1300
                         Houston, Texas 77002
                         Telephone: (410) 350-1839
                         Email: drew@macco.group

                         *Financial Advisor to the Debtors*