**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)**<br>)<br>) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

**SUMMARY OF COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION REQUEST OF SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM <u>NOVEMBER 30, 2020 THROUGH APRIL 30, 2021</u>**

| | |
|---|---|
| **Applicant**: | Sonoran Capital Advisors LLC ("<u>Sonoran Capital</u>") |
| **Name of Client:** | Debtors |
| **Date of Retention:** | November 30, 2020 |
| **Petition Date:** | November 7, 2020 |
| **Monthly Compensation Period for Which Compensation and Reimbursement are Sought** | April 1, 2021 – April 30, 2021 |
| **Amount of Monthly Compensation Sought as Actual, Reasonable, and Necessary:** | $34,251.50[2] |
| **Amount of Monthly Expense Reimbursement Sought as Actual, Reasonable, and Necessary:** | $109.90 |
| **Final Compensation Period for Which Compensation and Reimbursement are Sought:** | November 30, 2021 through April 30, 2021 |
| **Amount of Final Compensation Sought as Actual, Reasonable, and Necessary:** | $213,666.50[2] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Sonoran Capital's final requested fees include $5,196.50 for compensation for services incurred during the period between April 20, 2021 (immediately after the effective date of the *Modified First Amended Combined Joint Plan of Liquidation and*

| | |
|---|---|
| **Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary:** | $154.88 |
| **Total Allowed Compensation and Expense Reimbursement Paid to Date:** | $179,459.98 |

This is a:     X   monthly         interim     X   final application.

## Summary of Monthly Fee Applications

| Date Filed and Docket No. | Period Covered | Fees | Expenses | Total | Amount Outstanding |
|---|---|---|---|---|---|
| First Fee Application filed on 1/08/2021 [Docket #339] | 11/30/20 to 12/31/20 | $ 50,577.50 | $       - | $ 50,577.50 | $       - |
| Second Fee Application filed on 2/03/2021 [Docket #469] | 1/01/21 to 1/31/21 | $ 55,305.00 | $       - | $ 55,305.00 | $       - |
| Third Fee Application filed on 3/03/2021 [Docket #580] | 2/01/21 to 2/28/21 | $ 41,305.00 | $       - | $ 41,305.00 | $       - |
| Fourth Fee Application filed on 4/05/2021 [Docket #697] | 3/01/21 to 3/31/21 | $ 32,227.50 | $     44.98 | $ 32,272.48 | $       - |
| Final Fee Application filed on 5/12/2021 [Docket #N/A] | 4/01/21 to 4/19/21 | $ 14,055.00 | $   109.90 | $ 14,164.90 | $ 14,164.90 |
| | 4/20/21 to 4/30/21 | $   5,196.50 | $       - | $   5,196.50 | $   5,196.50 |
| | After 4/30/21 (A) | $ 15,000.00 | $       - | $ 15,000.00 | $ 15,000.00 |
| Total | | $213,666.50 | $   154.88 | $213,821.38 | $ 34,361.40 |

(A) - Amount represents an estimate for transition services and review/payment of professional fee amounts.

---

*Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 602]) through April 30, 2021 for transition services and the review/payment of professional fee amounts approved by the Court. Sonoran Capital's final requested fees also include an estimated $15,000 for these same type of services to be performed after April 30, 2021. Sonoran Capital will provide the Debtors with supplemental detail of such time and expenses when available.

**Monthly Compensation by Professional**

| Name of Professional Individual | Period Covered | Total Hours Billed | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| Mark Byars | 11/30/20 to 12/31/20 | 8.5 | $ 450 | $ 3,825.00 |
| Ry Neri |  | 0.5 | $ 195 | $ 97.50 |
| Scott Wiley |  | 100.0 | $ 395 | $ 39,500.00 |
| Tonia Tautolo |  | 47.7 | $ 150 | $ 7,155.00 |
| Total |  | 156.7 |  | $ 50,577.50 |
| Scott Wiley | 1/01/21 to 1/310/21 | 111.0 | $ 395 | $ 43,845.00 |
| Tonia Tautolo |  | 76.4 | $ 150 | $ 11,460.00 |
| Total |  | 187.4 |  | $ 55,305.00 |
| Scott Wiley | 2/01/21 to 2/28/21 | 83.0 | $ 395 | $ 32,785.00 |
| Tonia Tautolo |  | 56.8 | $ 150 | $ 8,520.00 |
| Total |  | 139.8 |  | $ 41,305.00 |
| Scott Wiley | 3/01/21 to 3/31/21 | 70.5 | $ 395 | $ 27,847.50 |
| Tonia Tautolo |  | 29.2 | $ 150 | $ 4,380.00 |
| Total |  | 99.7 |  | $ 32,227.50 |
| Scott Wiley | 4/01/21 to 4/19/21 | 30.0 | $ 395 | $ 11,850.00 |
| Tonia Tautolo |  | 14.7 | $ 150 | $ 2,205.00 |
| Total |  | 44.7 |  | $ 14,055.00 |
| Scott Wiley | 4/20/21 to 4/30/21 | 12.7 | $ 395 | $ 5,016.50 |
| Tonia Tautolo |  | 1.2 | $ 150 | $ 180.00 |
| Total |  | 13.9 |  | $ 5,196.50 |
| Total | 11/30/20 to 4/30/21 | 642.2 | $ 309 | $ 198,666.50 |

**Monthly Expenses by Category**

| Date | Expense Category | Service Provider | Total Expenses |
|---|---|---|---|
| 3/31/2021 | Postage expense | UPS | $ 44.98 |
| 4/16/2021 | PACER fees | U.S Bankruptcy Court | $ 109.90 |
| Total |  |  | $ 154.88 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)**<br>)<br>) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

**COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION REQUEST OF SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 30, 2020 THROUGH APRIL 30, 2021**

By this application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Sonoran Capital Advisors LLC ("Sonoran Capital") hereby seeks approval of (i) a monthly allowance of compensation for professional services rendered as financial advisor in the above-captioned cases of Cred Inc. and its affiliated debtors (collectively, the "Debtors") in the amount of $34,251.50 together with reimbursement of actual and necessary expenses incurred in the amount of $109.90 for the period from April 1, 2021 through April 30, 2021 (the "Monthly Compensation Period"), and (ii) final compensation for professional services rendered as financial advisor to the Debtors in the amount of $213,666.50 together with reimbursement for actual and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

necessary expenses incurred in the amount of $154.88 for the period commencing November 30, 2020 through and including April 30, 2021 (the "Final Compensation Period").  Pursuant to Local Bankruptcy Rule 2016-2, this Application is supported by the Certification of Matthew Foster, which is annexed hereto as **Exhibit A**.  In support of this Application, Sonoran Capital respectfully represents as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has jurisdiction over this Application pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court.

2. Pursuant to Local Rule 9013-(f), Sonoran Capital consents to the entry of a final order by the Bankruptcy Court in connection with this Application to the extent that it is later determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3. The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local rule 2016-2.

### BACKGROUND

4. On November 7, 2020, the Debtors commenced these chapter 11 cases (these "Chapter 11 Cases") by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors were managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These Chapter 11 Cases were jointly administered

pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

5. On December 3, 2020, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee of Unsecured Creditors to serve in these Chapter 11 Cases [Docket No. 120]. On January 7, 2021, the U.S. Trustee appointed Robert J. Stark as the Examiner in these Chapter 11 Cases [Docket No. 329], and the Court approved the appointment on January 8, 2021 [Docket No. 338].

6. On December 1, 2020, the Debtors filed an application to retain and employ Matt Foster as the Debtors Chief Restructuring Officer and Sonoran Capital as financial advisor, effective as of November 30, 2020 [Docket No. 95] (the "Retention Application"). On December 21, 2020, the Bankruptcy Court entered the *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer,* [Docket No. 267] (the "Retention Order"). The Retention Order authorized Sonoran Capital to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Bankruptcy Court may direct.

7. On December 18, 2020, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 244] (the "Compensation Order").

### SONORAN CAPITAL'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Application Covered Herein

8. The monthly fee applications of Sonoran Capital for the period November 30, 2020 through March 31, 2021 have been filed and served pursuant to the Compensation Order (the

"Monthly Fee Applications"). Sonoran Capital has previously filed the Monthly Fee Applications noted below:

| Summary of Prior Monthly Fee Applications | | | | | |
|---|---|---|---|---|---|
| **Date Filed and Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Total** | **Amount Outstanding** |
| First Fee Application filed on 1/08/2021 [Docket #339] | 11/30/20 to 12/31/20 | $ 50,577.50 | $ - | $ 50,577.50 | $ - |
| Second Fee Application filed on 2/03/2021 [Docket #469] | 1/01/21 to 1/31/21 | $ 55,305.00 | $ - | $ 55,305.00 | $ - |
| Third Fee Application filed on 3/03/2021 [Docket #580] | 2/01/21 to 2/28/21 | $ 41,305.00 | $ - | $ 41,305.00 | $ - |
| Fourth Fee Application filed on 4/05/2021 [Docket #697] | 3/01/21 to 3/31/21 | $ 32,227.50 | $ 44.98 | $ 32,272.48 | $ - |
| Total | | $179,415.00 | $ 44.98 | $179,459.98 | $ - |

9.   The Monthly Fee Applications, which have been incorporated as if set forth herein, contain the detailed daily time logs describing the actual and necessary services provided by Sonoran Capital during part of the Final Compensation Period, as well as other detailed information required to be included in fee applications.

## REQUESTED RELIEF

10.   By this Application, Sonoran Capital requests that the Bankruptcy Court (i) allow and approve payment of one hundred percent (100%) of the fees and expenses incurred by Sonoran Capital during the Monthly Compensation Period and (ii) allow and approve payment of one hundred percent (100%) of the fees and expenses incurred by Sonoran Capital during the Final Compensation Period.

11. At all relevant times, Sonoran Capital has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the Debtors.

12. All services for which compensation is requested by Sonoran Capital were performed for or on behalf of the Debtors.

13. Sonoran Capital has received no payment or promises for payment from any source for services rendered in connection with these Chapter 11 Cases other than those in accordance with the Bankruptcy Rules. There is no agreement or understanding between Sonoran Capital and any other person (other than members of Sonoran Capital) for the sharing of compensation to be received for the services rendered in these Chapter 11 Cases.

14. The professional services and related expenses for which Sonoran Capital requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Sonoran Capital's professional responsibilities as financial advisor for the Debtors in these Chapter 11 Cases. Sonoran Capital's services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

15. In accordance with the factors enumerated in §330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Sonoran Capital is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under the Bankruptcy Code. Moreover, Sonoran Capital has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, Sonoran Capital respectfully requests (i) approval of a monthly allowance of $34,251.50 as compensation for professional services rendered to the Debtors and $109.90 for reimbursement of actual and necessary costs and expenses incurred by Sonoran Capital during the Monthly Compensation Period, and (ii) approval of $213,666.50 as the total compensation for professional services rendered to the Debtors and the sum of $154.88 for reimbursement of actual and necessary costs and expenses incurred by Sonoran Capital during the Final Compensation period in these Chapter 11 Cases.

[*Remainder of page left intentionally blank*]

Dated: May 14, 2021

/s/ Scott D. Cousins
------
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**SONORAN CAPITAL LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:  (302) 824-7081
Facsimile:  (302) 295-0331
Email:  scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  jamesgrogan@paulhastings.com
         mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  pedrojimenez@paulhastings.com
         aviluft@paulhastings.com

*Co-Counsel to the Debtors*