**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |
| | ) |
| | ) **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |
| | ) |

**<u>CERTIFICATION OF MATTHEW FOSTER</u>**

I, Matthew Foster, a founding partner with the firm Sonoran Capital Advisors LLC

("<u>Sonoran Capital</u>"), after being duly sworn according to law, deposes and says:

1.    I am a Partner of the applicant firm Sonoran Capital, with offices located in the

Phoenix, Arizona metro area.  I am duly authorized to make this verification on behalf of Sonoran

Capital.  Sonoran Capital was retained as financial advisor to the Debtors on November 30, 2020,

and Sonoran Capital's employment application was approved by the Court on December 21, 2020.

2.    I have personally performed many of the services rendered by Sonoran Capital as

financial advisor to the Debtors and am familiar with the other work performed on behalf of the

Debtors by the other professionals in the firm.

3.    The *Combined Fifth Monthly and Final Fee Application Request of Sonoran*

*Capital Advisors LLC for Compensation for Services Rendered and Reimbursement of Expenses*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

2

*Incurred as Financial Advisor to the Debtors, for the Period from November 30, 2020 through*

*April 30, 2021* (the "Application") was prepared at my direction. The facts set forth in the

foregoing Application are true to the best of my knowledge, information and belief.

4.      Sonoran Capital's rates for the services rendered by its professionals in these

Chapter 11 Cases are similar to the rates Sonoran Capital charges for professional services

rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for

financial advisory services.

5.      I have reviewed the Court's Local Rule 2016-2 and the United States Trustee's

Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed

under 11 U.S.C. s.330 (the "Guidelines"). The Application substantially complies with Local Rule

2016-2 and the Guidelines.

Executed under penalty of perjury of the laws of the United States on this 14th day

of May 2021.

/s/ Matthew Foster

Matthew Foster, Partner

Sonoran Capital Advisors LLC