## **EXHIBIT B**

**INVOICES FOR PERIOD APRIL 1, 2021 TO APRIL 30, 2021**



Sonoran Capital Advisors  
602.405.5380  

1733 N Greenfield Rd  
Mesa, Arizona  
85205  
United States  

**Billed To**  
Cred Inc.  
2121 S. El Camino Real, Suite 500  
San Mateo, California  
94401  
United States  

**Date of Issue**  
05/05/2021  

**Due Date**  
05/05/2021  

**Invoice Number**  
0000317  

**Amount Due (USD)**  
$5,196.50  

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Apr 20, 2021<br>Call with S.Wiley and M.Foster regarding outstanding items for transition to Trustee. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Scott Wiley – Apr 20, 2021<br>Transition to Trust | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 21, 2021<br>Post accrual and estimate invoices for professional fees. Post payment made from escrow account. | $150.00 | 1 | $150.00 |
| Financial Analysis<br>Scott Wiley – Apr 21, 2021<br>Preparation of Mar-21 MOR | $395.00 | 6.2 | $2,449.00 |
| Client Admin<br>Scott Wiley – Apr 22, 2021<br>Work to close Silvergate bank accounts. | $395.00 | 0.6 | $237.00 |
| Financial Analysis<br>Scott Wiley – Apr 22, 2021<br>Approval and payment of professional fee amounts | $395.00 | 1.4 | $553.00 |
| Financial Analysis | $395.00 | 2.5 | $987.50 |

Scott Wiley – Apr 22, 2021
Preparation of updated Weekly Cash Forecast and Crypto sales analy-
sis

|  |  |
|---|---:|
| Subtotal | 5,196.50 |
| Tax | 0.00 |
| Total | 5,196.50 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $5,196.50 |

## Notes

Scott Wiley 12.7 hours @ $395 = $5,016.50
Tonia Tautolo 1.2 hours @ $150 = $180.00

## Terms

Checks can be sent to address above in header.



|  | Sonoran Capital Advisors | 1733 N Greenfield Rd |
|---|---|---|
|  | 602.405.5380 | Mesa, Arizona |
|  |  | 85205 |
|  |  | United States |

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Cred Inc. (CFO) | 05/05/2021 | 0000315 | **$12,071.52** |
| United States | | | |
| | Due Date | | |
| | 05/05/2021 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Apr 1, 2021<br>Review executory contracts | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Apr 1, 2021<br>Review and approve administrative claims | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Apr 2, 2021<br>Prepare and record payroll for PPE 3/31/21 | $395.00 | 1.5 | $592.50 |
| Financial Analysis<br>Scott Wiley – Apr 2, 2021<br>Prepare crypto sales analysis | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Apr 2, 2021<br>Review and approve various administrative claims | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Apr 5, 2021<br>Review status and recommendations for executory contracts | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Apr 5, 2021<br>Preparation of Weekly Cash Forecast for week ended 4/02/21 | $395.00 | 1.5 | $592.50 |

| Item | Rate | Qty | Amount |
|---|---|---|---|
| Financial Analysis<br>Scott Wiley – Apr 6, 2021<br>Update Weekly Cash Forecast for actual payments | $395.00 | 0.4 | $158.00 |
| Financial Analysis<br>Scott Wiley – Apr 6, 2021<br>Review and approve certain administrative claims | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Apr 8, 2021<br>Review and approve certain administrative claims | $395.00 | 0.5 | $197.50 |
| Conference Call<br>Scott Wiley – Apr 9, 2021<br>Call regarding transition issues | $395.00 | 0.5 | $197.50 |
| Financial Analysis<br>Scott Wiley – Apr 9, 2021<br>Transition tasks to Trustee | $395.00 | 0.8 | $316.00 |
| Financial Analysis<br>Scott Wiley – Apr 9, 2021<br>Review and approve certain administrative claims | $395.00 | 0.7 | $276.50 |
| Financial Analysis<br>Scott Wiley – Apr 12, 2021<br>Update Weekly Cash Forecast | $395.00 | 2 | $790.00 |
| Financial Analysis<br>Scott Wiley – Apr 13, 2021<br>Transition tasks, including flow of funds analysis | $395.00 | 4.5 | $1,777.50 |
| Financial Analysis<br>Scott Wiley – Apr 14, 2021<br>Review closing flow of funds analysis with counsel | $395.00 | 0.5 | $197.50 |
| Client Admin<br>Scott Wiley – Apr 14, 2021<br>Review and pay certain administrative claims | $395.00 | 1 | $395.00 |
| Financial Analysis<br>Scott Wiley – Apr 15, 2021<br>Review closing flow of funds | $395.00 | 2.8 | $1,106.00 |
| Financial Analysis<br>Scott Wiley – Apr 16, 2021<br>Analyze professional fees and final escrow account deposit | $395.00 | 2.5 | $987.50 |
| Financial Analysis<br>Scott Wiley – Apr 19, 2021<br>Review and execute final professional fee transfer | $395.00 | 3 | $1,185.00 |

| | | | |
|---|---:|---:|---:|
| **Walmart** <br> Apr 4, 2021 - Printer toner cartridges | $111.62 | 1 | $111.62 |
| **Pacer** <br> Apr16, 2021 - Quarterly PACER fees | $109.90 | 1 | $109.90 |

|  |  |
|---:|---:|
| Subtotal | 12,071.52 |
| Tax | 0.00 |
| Total | 12,071.52 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$12,071.52** |

## Notes

Scott Wiley 30.0 hours @ $395 = $11,850.00

## Terms

Checks can be sent to address above in header.



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Cred Inc.
2121 S. El Camino Real, Suite 500
San Mateo, California
94401
United States

**Date of Issue**
05/05/2021

**Due Date**
05/05/2021

**Invoice Number**
0000316

**Amount Due (USD)**
$2,205.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Financial Analysis**<br>Tonia Tautolo – Apr 1, 2021<br>Respond to payment request with request for additional details. Post professional invoice. | $150.00 | 0.2 | $30.00 |
| **Financial Analysis**<br>Tonia Tautolo – Apr 1, 2021<br>Post professional invoices. Initiate ACH payments. | $150.00 | 0.6 | $90.00 |
| **Financial Analysis**<br>Tonia Tautolo – Apr 2, 2021<br>Cryptocurrency trades. | $150.00 | 0.4 | $60.00 |
| **Administrative**<br>Tonia Tautolo – Apr 6, 2021<br>Upload documents to file server. | $150.00 | 0.1 | $15.00 |
| **Financial Analysis**<br>Tonia Tautolo – Apr 6, 2021<br>Set up ACH to EWB for withdrawal of account fees in March. Post to GL. | $150.00 | 0.1 | $15.00 |
| **Financial Analysis**<br>Tonia Tautolo – Apr 6, 2021<br>Pull bank statement for EWB for March. Email to H.Ha and S.Wiley regarding fees. Email reminder to H.Ha to post March invoices/fees. | $150.00 | 0.2 | $30.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Financial Analysis<br>Tonia Tautolo – Apr 6, 2021<br>Post professional invoices. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 6, 2021<br>Cryptocurrency trades. Post transactions from 4/2 and 4/6 to GL. | $150.00 | 0.6 | $90.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 7, 2021<br>Post professional invoices. Set up ACH payments for approval. | $150.00 | 0.1 | $15.00 |
| Administrative<br>Tonia Tautolo – Apr 9, 2021<br>Read documentation on new Treasury Management system for MCB. Attempt setup. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 9, 2021<br>Post OTC trades and transfers to GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 9, 2021<br>Set up professional fee payments and transfers to escrow. Post to GL. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 9, 2021<br>Call with Dundon regarding outstanding items for turnover on effective date. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 9, 2021<br>Cryptocurrency trades. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 13, 2021<br>Set up professional fee ACH payments (required creation of new templates in MCB's new Treasury Management platform). Post to GL. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 13, 2021<br>Set up ACH transfers and wire to MCB. First setup failed due to transaction limit. Set up replacement wires to split transfer of funds into amounts that do not exceed the transaction limit. Post to GL. Create and post journal entry for OTC trades. | $150.00 | 0.7 | $105.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 13, 2021<br>Cryptocurrency trades. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 13, 2021<br>Set up payroll ACH for approval. Create and post payroll journal en- | $150.00 | 0.4 | $60.00 |

tries in GL.

| | | | |
|---|---|---|---|
| Administrative<br>Tonia Tautolo – Apr 13, 2021<br>Set up new Treasury Management login info for MCB. Download and install required software and tokens. | $150.00 | 1.1 | $165.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 13, 2021<br>Call with M.Foster and S.Wiley regarding turnover and bank platform. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 14, 2021<br>Post US Trustee invoices and payments to GL. Post new bank transactions. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 14, 2021<br>Set up ACH to EWB for holdback amount. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 15, 2021<br>Set up ACH payments for final payroll. Post invoices for payroll fees. Create and post payroll journal entries. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 15, 2021<br>Cryptocurrency trades. Transfer and wire funds to MCB. Create and post journal entries for trades. Post transfers in GL. | $150.00 | 0.8 | $120.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 16, 2021<br>Calls with H.Ha regarding wire from MCB to escrow. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 16, 2021<br>Post cold storage transfers to GL. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 16, 2021<br>Call regarding clarification of transfer amount to fund professional fees with M.Foster and S.Wiley. | $150.00 | 0.5 | $75.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 16, 2021<br>Discussion with M.Foster regarding transfer amount to escrow account. Verify receipt of UPT and return of ETH balance from cold storage device. | $150.00 | 0.2 | $30.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 16, 2021<br>Check bank to verify that all transactions are posted to GL. Post final payment to MCB credit card to GL. Call with S.Wiley to discuss final | $150.00 | 0.7 | $105.00 |

| | | | |
|---|---:|---:|---:|
| items for transfer to Trustee. Attempt setup of wire to escrow account - wire limit not changed to allow final transfer. Transfer ETH to fund UPT transfer from cold storage device to Fireblocks. | | | |
| Financial Analysis<br>Tonia Tautolo – Apr 19, 2021<br>Complete cryptocurrency sales worksheet for S.Wiley. | $150.00 | 1.3 | $195.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 19, 2021<br>Call with M.Wilson regarding wire to EWB. Verify wire is showing in MCB account. Send confirmation number to PH. Check Stretto for deposit confirmation. | $150.00 | 0.3 | $45.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 19, 2021<br>Begin work on cryptocurrency sales worksheet for S.Wiley. Download activity reports from Fireblocks and review Uphold transactions. | $150.00 | 1.3 | $195.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 19, 2021<br>Post Sarson redemption to GL. | $150.00 | 0.1 | $15.00 |
| Financial Analysis<br>Tonia Tautolo – Apr 19, 2021<br>Set up wire transfer for professional fees to escrow. Inform S.Wiley that issue regarding wire limit still has not been resolved. Retry wire after confirmation that limit has been adjusted. Post transfer to GL. | $150.00 | 0.3 | $45.00 |

|  |  |
|---:|---:|
| Subtotal | 2,205.00 |
| Tax | 0.00 |
| Total | 2,205.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,205.00 |

## Notes

Tonia Tautolo 14.7 hours @ $150 = $2,205.00

## Terms

Checks can be sent to address above in header.