**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |
| | ) | **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |

**FINAL FEE APPLICATION OF TENEO CAPITAL GROUP LLC**
**FOR THE PERIOD OF NOVEMBER 16, 2020 THROUGH JANUARY 15, 2021**

| | |
|---|---|
| **Name of Applicant:** | Teneo Capital Group LLC |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession ("Debtors") |
| Date of Retention: | December 21, 2020; effective as of November 16, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 16, 2020 through January 15, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $100,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| **Total Compensation and Expenses Requested:** | **$100,000.00** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

## RELIEF REQUESTED

Teneo Capital Group LLC ("Teneo") respectfully submits the final application for compensation and reimbursement of expenses (the "Final Fee Application") for the period November 16, 2020 through January 15, 2021 (the "Fee Period") filed pursuant to the *Order Authorizing the Employment and Retention of Teneo Capital Group LLC as the Debtors' Investment Banker Nunc Pro Tunc to November 16, 2020* (the "Teneo Retention Order"; Docket No. 261).

By this Final Fee Application, Teneo respectfully requests payment of fees in the sum of $100,000.00. Teneo is not seeking reimbursement of any expenses incurred in connection with the professional services rendered to the Debtors.

## PRIOR PAYMENT TO APPLICANT

On or about November 16, 2020, in connection with the execution of its engagement letter (the "Engagement Letter") [Docket No. 63-3], Teneo received a retainer in the amount of $75,000 (the "Retainer") to be credited against any fees or expenses incurred by Teneo during the term of its engagement. Accordingly, Teneo intends to apply the full amount of the Retainer against the fees requested in this Final Fee Application.

Teneo has not filed any monthly fee statements and, accordingly, has not received any payment and has not applied the Retainer to any of the compensation sought in this Final Fee Application.

## DESCRIPTION OF SERVICES RENDERED

A description of the services provided by Teneo is set forth in the Declaration of Christopher Wu (the "Wu Declaration"), annexed hereto as **Exhibit A.** As set forth in the Wu Declaration, Teneo was engaged to assist the Debtors as of November 16, 2020. Teneo promptly

assembled a core team of five professionals, led by Christopher K. Wu, the President of Teneo Restructuring and Senior Managing Director, to the review and analyze the Debtors' business, operations and financial situation, and to market the Debtors' assets. The team was augmented by senior professionals and consultants with deep expertise and knowledge of both financial technology companies and blockchain/cryptocurrency. Pierre-Alain Rikkers, a Senior Managing Director and leader of the firm's FinTech practice for the last four years, led the process with potential buyers. The team was assisted by Matt Shapiro, an independent consultant specializing in cryptocurrencies and Senior Advisor to Teneo. Mr. Rikkers was supported by Zachary Messenger, a vice president of the team, and Fernando Soto, an analyst.

The Teneo team consisted of the professionals listed below, along with their standard billing rates:

| Professional | Hourly Billing Rate |
|---|---|
| 1. Christopher K. Wu | $1,075.00 |
| 2. Pierre-Alain Rikkers | $1,075.00 |
| 3. Matt Shapiro | $750.00 |
| 4. Zachary Messenger | $725.00 |
| 5. Fernando Soto | $375.00 |

Working with the Debtors' and their other professionals, Teneo quickly determined that an expeditious sale of the Debtors' assets and/or transfer of those assets to a liquidating trust under a chapter 11 plan was the best way to maximize the value of the Debtors' estates.

Teneo thus assisted the Debtors in conducting an extensive outreach effort in connection with the marketing and potential sale of the Debtors' business as a going concern, or a sale of some subset of the Debtors' assets, including the Debtors' proprietary technology platform.

Overall, Teneo reached out to over 80 strategic and financial investors. Teneo and the Debtors' conducted fourteen (14) videoconference meetings with potential interested parties of which four had contacted Cred on an unsolicited basis. Thirteen (13) of those parties executed non-disclosure agreements and received access to the data room supplied with diligence information regarding the Debtor's business and operations. The data room was prepared by Teneo after various communication with the Debtors' professional and included, among other things, operational and asset details, licensure, IT and technological information, and other commercial agreements. In connection with the sale process, the Teneo team also prepared marketing materials to support the sale process and efforts to raise debtor in possession or exit financing.

Due to the nature of the Debtors' business and the prevailing business environment, the Debtors were unable to enter into a sale transaction, and the Teneo team refocused their efforts on obtaining postpetition financing for the Debtors and formulating a liquidating chapter 11 plan.

Teneo and the Debtors evaluated various options for the debtors in possession financing, to ensure that the Debtors have adequate liquidity to complete the chapter 11 process and/or consummate a sale transaction. Matt Foster, the Debtors' CRO, requested that Teneo continue that process throughout December 2020. In an effort to obtain the most attractive financing possible, the Debtors conducted an extensive marketing process. Teneo contacted 36 parties regarding potentially providing DIP financing for the Debtors. Of the 36 parties Teneo solicited, five signed non-disclosure agreements and two submitted term sheets. The Debtors and Teneo engaged in extensive negotiations concerning both proposals received from the potential DIP Lenders, including exchanging multiple drafts of the DIP Loan Documents and conducting hours of intense negotiations over the telephone and on video conference, with the active participation of Teneo and the Debtors' CRO.

The Teneo team also provided financial advice to the Debtors in connection with the proposed chapter 11 plan, including assisting with a valuation of the company. The Debtors filed a combined chapter 11 plan and disclosure statement on December 31, 2020, and an amended combined chapter 11 plan and disclosure statement on January 21, 2021. When it became clear that a sale transaction would not materialize, Teneo's retention terminated on January 15, 2021.

In connection with this engagement, the Teneo team dedicated approximately 300 hours of services to the Debtors. In accordance with the Engagement Letter, by this Fee Application Teneo is seeking $100,000 in compensation, representing two monthly fees under the Engagement Letter.[2] Teneo is not seeking reimbursement for any expenses incurred on behalf of the Debtors.

**NOTICE AND OBJECTION PROCEDURES**

The Debtors, on behalf of Teneo, have provided notice of this Final Fee Application to the following parties (collectively, the "Fee Notice Parties"): (a) the Debtors; (b) Paul Hastings LLP, restructuring counsel to the Debtors; (c) McDermott Will & Emery LLP, counsel to the Official Committee of Unsecured Creditors; and (d) the Office of the United States Trustee for the District of Delaware.

In accordance with the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Docket No. 629] and the Court's *Revised Order Establishing Procedures for Interim Compensation and*

[2] As is common with the retention of many investment banking firms, Teneo's compensation was structured to reward the firm if a transaction were consummated, with monthly fees to mitigate losses to the firm in the event a transaction is not consummated. In the present case, in which no transaction was consummated, Teneo's losses are partially mitigated by the monthly fees requested.

*Reimbursement of Expenses for Retain Professionals, dated December 321, 2020* [Docket No. 269] (the "Compensation Order"), which set forth the procedures for compensation and reimbursement of expenses in these Chapter 11 Cases, any objection to this Final Fee Application must be filed and served upon the undersigned within twenty (20) days of the date of this filing. Pursuant to the Teneo Retention Order, Teneo's request for compensation is subject to review under Bankruptcy Code section 328(a), provided, however, that the United States Trustee may object to Teneo's request for compensation and reimbursement based on the reasonableness standard provided in Bankruptcy Code section 330.

WHEREFORE, pursuant to the Teneo Retention Order and the Compensation Order, Teneo respectfully requests entry of an order allowing compensation in the amount of $100,000.00 for professional services rendered during the Fee Period (100% of fees and 100% of expenses) (the "Compensation Award"), authorizing Teneo to apply the Retainer to the Compensation Award, and directing payment of the balance of the Compensation Award after application of the Retainer.

*[signature page follows]*

Dated: May 14, 2021

Teneo Capital Group, LLC

__________________________
Christopher Wu
President and Senior Managing Director