# **EXHIBIT A**

**(Certification)**

Case 20-12836-JTD    Doc 778-1    Filed 05/14/21    Page 1 of 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION OF CHRISTOPHER K. WU IN SUPPORT OF**
**FINAL FEE APPLICATION OF TENEO CAPITAL GROUP LLC**

I, Christopher K. Wu, declare and state under penalty of perjury as follows:

1. I submit this declaration (the "Declaration") in support of the *Final Fee Application of Teneo Capital Group for the Period of November 16, 2020 through January 15, 2021* (the "Fee Application").[2]

2. I am the President of Teneo Restructuring and Senior Managing Director at Teneo Capital LLC ("Teneo"), a professional services firm engaged in the business of providing professional investment banking services. The Debtors previously hired Teneo as their investment banker.[3] I am over the age of 18 and am authorized to make this Declaration.

3. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follows.

4. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Teneo professionals or the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Fee Application.

[3] *See Order Authorizing Employment and Retention of Teneo Capital Group LLC as Investment Banker for Debtors, Effective Nunc Pro Tunc to November 16, 2020* [Docket No. 261].

Debtors' other professionals, the Debtors' Chief Restructuring Officer, Matthew K. Foster, or learned from my review of other documents.

5. Teneo was engaged to assist the Debtors as of November 16, 2020. Teneo promptly assembled a core team of five professionals, led by Christopher K. Wu, the President of Teneo Restructuring and Senior Managing Director, to the review and analyze the Debtors' business, operations and financial situation, and to market the Debtors' assets. The team was augmented by senior professionals and consultants with deep expertise and knowledge of both financial technology companies and blockchain/cryptocurrency. Pierre-Alain Rikkers, a Senior Managing Director and leader of the firm's FinTech practice for the last four years, led the process with potential buyers. The team was assisted by Matt Shapiro, an independent consultant specializing in cryptocurrencies and Senior Advisor to Teneo. Mr. Rikkers was supported by Zachary Messenger, a vice president of the team, and Fernando Soto, an analyst.

6. The Teneo team consisted of the professionals listed below, along with their standard billing rates:

| Professional | Hourly Billing Rate |
| --- | --- |
| a. Christopher K. Wu | $1,075.00 |
| b. Pierre-Alain Rikkers | $1,075.00 |
| c. Matt Shapiro | $750.00 |
| d. Zachary Messenger | $725.00 |
| e. Fernando Soto | $375.00 |

7. Working with the Debtors' and their other professionals, Teneo quickly determined that an expeditious sale of the Debtors' assets and/or transfer of those assets to a

liquidating trust under a chapter 11 plan was the best way to maximize the value of the Debtors' estates.

8.  Teneo thus assisted the Debtors in conducting an extensive outreach effort in connection with the marketing and potential sale of the Debtors' business as a going concern, or a sale of some subset of the Debtors' assets, including the Debtors' proprietary technology platform.  Overall, Teneo reached out to over 80 strategic and financial investors.  Teneo and the Debtors' conducted fourteen (14) videoconference meetings with potential interested parties of which four had contacted Cred on an unsolicited basis.  Thirteen (13) of those parties executed non-disclosure agreements and received access to the data room supplied with diligence information regarding the Debtor's business and operations.  The data room was prepared by Teneo after various communication with the Debtors' professional and included, among other things, operational and asset details, licensure, IT and technological information, and other commercial agreements.  In connection with the sale process, the Teneo team also prepared marketing materials to support the sale process and efforts to raise debtor in possession or exit financing.

9.  Due to the nature of the Debtors' business and the prevailing business environment, the Debtors were unable to enter into a sale transaction, and the Teneo team refocused their efforts on obtaining postpetition financing for the Debtors and formulating a liquidating chapter 11 plan.

10.  Teneo and the Debtors evaluated various options for the debtors in possession financing, to ensure that the Debtors have adequate liquidity to complete the chapter 11 process and/or consummate a sale transaction.  Matt Foster, the Debtors' CRO, requested that Teneo continue that process throughout December 2020.  In an effort to obtain the most attractive

financing possible, the Debtors conducted an extensive marketing process. Teneo contacted 36 parties regarding potentially providing DIP financing for the Debtors. Of the 36 parties Teneo solicited, five signed non-disclosure agreements and two submitted term sheets. The Debtors and Teneo engaged in extensive negotiations concerning both proposals received from the potential DIP Lenders, including exchanging multiple drafts of the DIP Loan Documents and conducting hours of intense negotiations over the telephone and on video conference, with the active participation of Teneo and the Debtors' CRO.

11. The Teneo team also provided financial advice to the Debtors in connection with the proposed chapter 11 plan, including assisting with a valuation of the company. The Debtors filed a combined chapter 11 plan and disclosure statement on December 31, 2020, and an amended combined chapter 11 plan and disclosure statement on January 21, 2021. When it became clear that a sale transaction would not materialize, Teneo's retention terminated on January 15, 2021.

12. In connection with this engagement, the Teneo team dedicated approximately 300 hours of services to the Debtors. In accordance with the Engagement Letter, by this Fee Application Teneo is seeking $100,000 in compensation, representing two monthly fees under the Engagement Letter. Teneo is not seeking reimbursement for any expenses incurred on behalf of the Debtors.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2021

_____
Christopher K. Wu
Senior Managing Director
Teneo Capital LLC

5