## <u>EXHIBIT A</u>

### FEE STATEMENTS FOR THE FEE PERIOD
(attached)

| Invoice number | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 2272116 | April 2021 | $122,904.00 (80% of which is $98,323.20) | $3,181.02 |
| 2272117 | April 2021 | $5,479.50 (80% of which is $4,383.60) | $0.00 |
| 2272118 | April 2021 | $20,874.50 (80% of which is $16,699.60) | $1,058.80 |
| 2272119 | April 2021 | $33,324.00 (80% of which is $26,659.20) | $182.60 |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272116

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Chapter 11 Bankruptcy Proceeding
PH LLP Client/Matter # 48112-00002
James T. Grogan

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $122,904.00 |
| Costs incurred and advanced | 3,181.02 |
| **Current Fees and Costs Due** | **$126,085.02** |
| **Total Balance Due - Due Upon Receipt** | **$126,085.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272116

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**<u>Chapter 11 Bankruptcy Proceeding</u>**
PH LLP Client/Matter # 48112-00002
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $122,904.00 |
| Costs incurred and advanced | 3,181.02 |
| **Current Fees and Costs Due** | **$126,085.02** |
| **Total Balance Due - Due Upon Receipt** | **$126,085.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **<u>Remittance Address</u>:** |
|---|
|   Paul Hastings LLP<br>  Lockbox 4803<br>  PO Box 894803<br>  Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272116

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

## Chapter 11 Bankruptcy Proceeding                    $122,904.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 04/01/2021 | JK21 | Review docket sheet for critical dates | 0.20 | 495.00 | 99.00 |
| 04/05/2021 | WW6 | Correspond with M. Wilson regarding section 341 meeting | 0.20 | 235.00 | 47.00 |
| 04/06/2021 | JK21 | Review pro hac vice order for J. Grogan in adversary proceeding 20-3134 (CANB) | 0.20 | 495.00 | 99.00 |
| 04/06/2021 | JK21 | Review docket sheet for critical dates | 0.20 | 495.00 | 99.00 |
| 04/06/2021 | MW26 | Call with S. Wiley on case matters (0.1); calls with S. Cousins on case matters (0.2) | 0.30 | 955.00 | 286.50 |
| 04/07/2021 | JK21 | Review docket sheet for critical dates | 0.20 | 495.00 | 99.00 |
| 04/08/2021 | JK21 | Review docket sheet for critical dates | 0.20 | 495.00 | 99.00 |
| 04/13/2021 | JK21 | Review docket sheet for critical dates | 0.20 | 495.00 | 99.00 |
| 04/14/2021 | JK21 | Review docket sheet for critical dates (0.2); update case calendar (0.2) | 0.40 | 495.00 | 198.00 |
| 04/15/2021 | JK21 | Review docket sheet for critical dates (0.2); update case calendar (0.4) | 0.60 | 495.00 | 297.00 |
| 04/19/2021 | MW26 | Correspond with W. Wu regarding section 341 meeting transcript (.1) | 0.10 | 955.00 | 95.50 |

Cred Inc. and its subsidiaries as Debtors in Possession                                   Page 2
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/2021 | JK21 | Review docket sheet for critical dates (0.2); update case calendar (0.2) | 0.40 | 495.00 | 198.00 |
| | | **Subtotal: B110  Case Administration** | **3.20** | | **1,716.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/2021 | JTG4 | Discuss upcoming hearing dates with S. Cousins (.3) | 0.30 | 1,425.00 | 427.50 |
| 04/16/2021 | JTG4 | Prepare outline for hearing on motion to transfer venue (.6); calls with M. Wilson about same (.3); handle hearing before Judge Montali on motion to transfer California litigation to Delaware (.5); follow up call with S. Carlton about same (.2) | 1.60 | 1,425.00 | 2,280.00 |
| 04/16/2021 | MW26 | Attend ND California hearing on motion to transfer | 0.50 | 955.00 | 477.50 |
| 04/19/2021 | WW6 | Prepare Grant Lyon regarding the April 21, 2021 hearing | 0.20 | 235.00 | 47.00 |
| 04/21/2021 | JTG4 | Attend hearing on Invictus administrative expense motion (.8); emails with G. Lyon and S. Cousins about hearing and preparations for same (.6) | 1.40 | 1,425.00 | 1,995.00 |
| 04/30/2021 | JTG4 | Review agenda for upcoming hearing (.1) | 0.10 | 1,425.00 | 142.50 |
| | | **Subtotal: B155  Court Hearings** | **4.10** | | **5,369.50** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | JTG4 | Emails with S. Cousins and S. Wiley regarding PH February 2021 fee application (.3); discuss March 2021 fee application with M. Pearson (.3); review draft March 2021 fee application (.4) | 1.00 | 1,425.00 | 1,425.00 |
| 04/12/2021 | JTG4 | Review draft March 2021 fee application (1.3) | 1.30 | 1,425.00 | 1,852.50 |

Cred Inc. and its subsidiaries as Debtors in Possession                                    Page 3
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | KAT2 | Prepare parts of monthly fee application for March 2021 services (.2); correspond with C. Edge regarding same (.1) | 0.30 | 920.00 | 276.00 |
| 04/14/2021 | IG1 | Revise monthly fee application | 2.00 | 905.00 | 1,810.00 |
| 04/14/2021 | JTG4 | Correspond with I. Goldstein about monthly fee application (.3); review same (.7) | 1.00 | 1,425.00 | 1,425.00 |
| 04/14/2021 | MW26 | Review draft invoices for March 2021 services | 0.40 | 955.00 | 382.00 |
| 04/15/2021 | IG1 | Review final form of fee application | 0.30 | 905.00 | 271.50 |
| 04/15/2021 | JTG4 | Emails with C. Edge about monthly fee application (.3); review updated draft of same (.6) | 0.90 | 1,425.00 | 1,282.50 |
| 04/15/2021 | KAT2 | Revise monthly fee application for March 2021 services (.2); correspond with C. Edge regarding same (.1) | 0.30 | 920.00 | 276.00 |
| 04/15/2021 | MW26 | Revise Paul Hastings' March 2021 fee application | 0.80 | 955.00 | 764.00 |
| 04/19/2021 | KAT2 | Prepare first interim and final fee application (2.3); review correspondence from M. Wilson regarding effective date of plan (.1); prepare response to UST Appendix B inquiries for fee period (.4) | 2.80 | 920.00 | 2,576.00 |
| 04/19/2021 | MW26 | Email K. Traxler and I. Goldstein regarding final fee application | 0.30 | 955.00 | 286.50 |
| 04/27/2021 | KAT2 | Prepare sixth monthly fee application for April 2021 services (.3); correspond with M. Wilson regarding same (.1); prepare first interim and final fee application (1.1) | 1.50 | 920.00 | 1,380.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **12.90** | | **14,007.00** |

**B165     Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | MW26 | Emails with S. Wiley and J.C. Athey regarding Prickett fee statements | 0.20 | 955.00 | 191.00 |
| 04/01/2021 | MW26 | Emails with S. Wiley regarding February 2021 fee statements | 0.10 | 955.00 | 95.50 |

Cred Inc. and its subsidiaries as Debtors in Possession                    Page 4
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/15/2021 | JTG4 | Correspond with M. Foster, M. Wilson and S. Wiley about examiner fee request and related issues (.4) | 0.40 | 1,425.00 | 570.00 |
| 04/27/2021 | MW26 | Review MACCO fee app | 1.10 | 955.00 | 1,050.50 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **1.80** | | **1,907.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | JTG4 | Emails with S. Carlton and A. Prouty regarding supplement for Judge Montali related to transfer of Alexander litigation in San Mateo county (.4); review draft of same (.4) | 0.80 | 1,425.00 | 1,140.00 |
| 04/13/2021 | AEL2 | Correspond with M. Wilson regarding document question | 0.80 | 1,350.00 | 1,080.00 |
| 04/13/2021 | JTG4 | Emails with A. Prouty, S. Carlton and A. Luft regarding supplement for Judge Montali (.5); review and revise supplemental brief (.3); discuss upcoming hearing on venue transfer with D. Azman (.2) | 1.00 | 1,425.00 | 1,425.00 |
| 04/14/2021 | AEL2 | Analyze cases regarding work product's relation to turnover | 1.10 | 1,350.00 | 1,485.00 |
| 04/15/2021 | AEL2 | Correspond with S. Carlton regarding documents on the system | 0.20 | 1,350.00 | 270.00 |
| 04/15/2021 | JTG4 | Emails with S. Carlton and A. Prouty regarding upcoming venue transfer hearing with Judge Montali (.4) | 0.40 | 1,425.00 | 570.00 |
| 04/16/2021 | MW26 | Calls with J. Grogan regarding ND Cal transfer hearing (0.3); correspond with A. Luft regarding ND Cal transfer hearing (0.1); draft argument outline for same (2.5) | 2.90 | 955.00 | 2,769.50 |
| 04/26/2021 | AEL2 | Review trustee letter regarding Alexander deposition | 0.40 | 1,350.00 | 540.00 |
| 04/29/2021 | JTG4 | Email with A. Carty about sealing order (.2); review and comment on same (.3); emails with A. Luft and S. Cousins about same (.3) | 0.80 | 1,425.00 | 1,140.00 |

Cred Inc. and its subsidiaries as Debtors in Possession
48112-00002
Invoice No. 2272116

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/30/2021 | JTG4 | Emails with A. Luft and S. Cousins regarding sealing order (.3) | 0.30 | 1,425.00 | 427.50 |
| | | **Subtotal: B191  General Litigation** | **8.70** | | **10,847.00** |

**B210     Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/2021 | MW26 | Emails with M. Foster and G. Lyon regarding corporate documents (0.3); emails with M. Zuppone regarding corporate documents (0.2) | 0.50 | 955.00 | 477.50 |
| | | **Subtotal: B210  Business Operations** | **0.50** | | **477.50** |

**B211     Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/22/2021 | JTG4 | Emails with M. Foster, S. Wiley and M. Wilson about monthly operating report (.5); review same (.6) | 1.10 | 1,425.00 | 1,567.50 |
| 04/23/2021 | JTG4 | Emails with S. Wiley and S. Cousins about monthly operating report (.3) | 0.30 | 1,425.00 | 427.50 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **1.40** | | **1,995.00** |

**B310     Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/2021 | JTG4 | Confer with D. Azman about Invictus claim and related issues (.4) | 0.40 | 1,425.00 | 570.00 |
| 04/08/2021 | MW26 | Emails with D. Azman regarding Invictus claim | 0.50 | 955.00 | 477.50 |
| 04/09/2021 | JTG4 | Review U.S. Trustee objection to Invictus motion (.4) | 0.40 | 1,425.00 | 570.00 |
| 04/14/2021 | JTG4 | Review UCC objection to Invictus motion (.3) | 0.30 | 1,425.00 | 427.50 |
| 04/16/2021 | JTG4 | Emails with G. Lyon about upcoming Invictus hearing (.3); calls with M. Comerford about same (.5) | 0.80 | 1,425.00 | 1,140.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                    Page 6
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/2021 | JTG4 | Discuss upcoming Invictus hearing with S. Cousins and review agenda for same (.3) | 0.30 | 1,425.00 | 427.50 |
| | | **Subtotal: B310  Claims Administration and Objections** | **2.70** | | **3,612.50** |

**B320     Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | JTG4 | Emails with M. Wilson and case professionals regarding fee estimates for effective date (.6) | 0.60 | 1,425.00 | 855.00 |
| 04/02/2021 | IG1 | Review exit plan issues in advance of call with team (.20); participate on call with J. Grogan, M. Zuppone, M. Wilson, S. Shelley (.30) | 0.50 | 905.00 | 452.50 |
| 04/02/2021 | JTG4 | Call with M. Zuppone, M. Wilson, I. Goldstein, S. Shelley, M. Foster and S. Wiley to review and discuss closing checklist for plan effective date (.3); review related checklists (.4) | 0.70 | 1,425.00 | 997.50 |
| 04/02/2021 | MW26 | Exit issue/task list call with J. Grogan, M. Zuppone, I. Goldstein, S. Shelley, and Sonoran | 0.30 | 955.00 | 286.50 |
| 04/02/2021 | SCS8 | Call with J. Grogan, M. Zuppone, M. Wilson, and I. Goldstein regarding preparations for plan effective date | 0.30 | 1,250.00 | 375.00 |
| 04/04/2021 | JTG4 | Emails with Foster, Hummer and Wiley about exit planning and open issues | 0.20 | 1,425.00 | 285.00 |
| 04/05/2021 | JTG4 | Review S. Wiley email about cash flow forecast (.2); review related crypto sales analysis (.3); discuss cash needs for exit with M. Foster (.3) | 0.80 | 1,425.00 | 1,140.00 |
| 04/06/2021 | JTG4 | Email with M. Zuppone regarding Cred closing documents (.1); review same (.7); emails with S. Wiley about crypto sales related to exit planning (.6); calls with S. Wiley and M. Foster about exit planning (.7); emails with M. Wilson about same (.3) | 2.40 | 1,425.00 | 3,420.00 |

Cred Inc. and its subsidiaries as Debtors in Possession
48112-00002
Invoice No. 2272116

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/2021 | MW26 | Emails with J. Grogan and S. Wiley regarding fee estimates for effective date planning | 0.30 | 955.00 | 286.50 |
| 04/07/2021 | JTG4 | Review and revise corporate documents related to effective date (.8); emails with M. Wilson, D. Azman and G. Steinman about same (.2); emails with Donlin about termination of services (.3); email with M. Wilson about same (.2) | 1.50 | 1,425.00 | 2,137.50 |
| 04/07/2021 | MW26 | Email Donlin team about terminating claims and noticing agent | 0.90 | 955.00 | 859.50 |
| 04/08/2021 | IG1 | Telephone conference with M. Wilson regarding substitution of claims agent (.10); review related rules (.10). | 0.20 | 905.00 | 181.00 |
| 04/08/2021 | JTG4 | Discuss Cred closing documents with M. Foster and G. Lyon (.6); emails with M. Wilson and M. Zuppone about same (.5); email E. Reubel and M. Foster regarding transition planning (.3) | 1.40 | 1,425.00 | 1,995.00 |
| 04/08/2021 | JTG4 | Correspond with M. Wilson and I. Goldstein about termination of Donlin (.3); review closing checklist (.3); calls with M. Foster to go over closing checklist and open issues for effective date (.6); call with M. Wilson about same (.2) | 1.40 | 1,425.00 | 1,995.00 |
| 04/08/2021 | MW26 | Draft motion to terminate Donlin Recano (3.6); call with I. Goldstein regarding motion to terminate Donlin (0.1) | 3.70 | 955.00 | 3,533.50 |
| 04/08/2021 | MW26 | Call with J. Grogan on plan effective date and closing matters | 0.20 | 955.00 | 191.00 |
| 04/09/2021 | IG1 | Review and revise draft motion to retain new claims agent (.40); telephone conference with M. Wilson regarding same (.40) | 0.80 | 905.00 | 724.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                                     Page 8
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/09/2021 | JTG4 | Review draft motion to terminate Donlin (.4); emails with I. Goldstein and M. Wilson about same (.3); emails with M. Wilson and D. Azman about corporate documents for exit (.2); discuss corporate documents with M. Foster (.2); emails with Donlin team about termination and transition to Stretto (.6) | 1.70 | 1,425.00 | 2,422.50 |
| 04/09/2021 | JTG4 | Call with D. Azman about effective date planning (.3); emails with S. Wiley and Walsh regarding fee reserve (.2); calls with M. Foster about matters related to effective date (1.1); call with M. Wilson about same (.1) | 1.70 | 1,425.00 | 2,422.50 |
| 04/09/2021 | MW26 | Call with I. Goldstein regarding motion to terminate Donlin (0.4); revise motion to terminate Donlin (0.2); email to D. Azman regarding Donlin termination (0.4); call with J. Grogan regarding Donlin termination (0.1); emails with W. Yeung and Stretto regarding Donlin termination (0.3) | 1.40 | 955.00 | 1,337.00 |
| 04/12/2021 | JTG4 | Calls with M. Foster about matters related to effective date (1.5); emails with G. Steinman, M. Zuppone, and M. Wilson regarding corporate documents and related filings in Delaware (.7); call with M. Wilson about same (.1); discuss cash funding and crypto sales with M. Foster and S. Wiley (.4) | 2.70 | 1,425.00 | 3,847.50 |
| 04/12/2021 | JTG4 | Discuss Donlin termination with L. Wickel (.3); emails with S. Carlton, D. Azman, M. Zuppone and A. Luft regarding transition of data room (.7); further correspond with S. Carlton about same (.3) | 1.30 | 1,425.00 | 1,852.50 |
| 04/12/2021 | MW26 | Emails with V. Kapoor, D. Glassman, and A. Carty regarding professional fee escrow | 0.30 | 955.00 | 286.50 |
| 04/13/2021 | IG1 | Telephone conference with M. Wilson regarding substitution of claims agent. | 0.10 | 905.00 | 90.50 |

Cred Inc. and its subsidiaries as Debtors in Possession                                    Page 9
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | JTG4 | Emails with D. Azman, M. Wilson, G. Steinman and M. Zuppone about effective date planning and related funding issues (.3); calls with M. Wilson about same (.5); review updates to corporate documents (.4); emails with M. Foster and G. Lyon about effective date planning (.8); review examiner discharge motion from Carty (.7); emails with S. Carlton and D. Azman regarding transfer of data room (.3) | 3.00 | 1,425.00 | 4,275.00 |
| 04/13/2021 | MW26 | Calls with J. Grogan regarding effective date documents and preparation for effective date (0.5); call with M. Zuppone regarding same (0.1) | 0.60 | 955.00 | 573.00 |
| 04/13/2021 | MW26 | Review motion to discharge examiner | 0.50 | 955.00 | 477.50 |
| 04/13/2021 | MW26 | Call with S. Wiley regarding effective date tasks (0.4); prepare effective date documents (1.2); revise effective date checklist (4.4); call with I. Goldstein regarding claims agent (.1) | 6.10 | 955.00 | 5,825.50 |
| 04/14/2021 | DSC3 | Review transfer of Cred database to Creditors Committee | 0.20 | 1,400.00 | 280.00 |
| 04/14/2021 | JTG4 | Correspond with D. Azman and M. Wilson about technical plan modifications (.4); review revisions to plan (.3); correspond with G. Steinman, M. Wilson and S. Cousins about same (.4); review updates to corporate documents (.3); correspond with M. Zuppone about same (.2); correspond with S. Carlton and A. Luft about transfer of data room to UCC (.5); review and revise notice of effective date (.5); calls and emails with M. Foster about effective date planning and execution of documents (.6) | 3.20 | 1,425.00 | 4,560.00 |
| 04/14/2021 | JTG4 | Review updated effective date checklist (.2); correspond with M. Wilson about same (.2) | 0.40 | 1,425.00 | 570.00 |
| 04/14/2021 | MW26 | Update plan | 1.30 | 955.00 | 1,241.50 |

Cred Inc. and its subsidiaries as Debtors in Possession                                          Page 10
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/2021 | MW26 | Update effective date task list (1.2); email with J. Grogan regarding effective date task list (0.1); email to D. Azman on effective date task list (0.2); update notice of effective date (1.2); email to D. Azman and G. Steinman on notice of effective date (0.3) | 3.00 | 955.00 | 2,865.00 |
| 04/15/2021 | BPL2 | Review/address issues regarding transfer of document review database to the Creditors Committee | 0.30 | 1,035.00 | 310.50 |
| 04/15/2021 | JTG4 | Review updated drafts of liquidation trust agreement and corporate documents for closing (.8); emails with G. Steinman, M. Wilson, D. Azman and M. Zuppone about same (1.6); calls and emails with M. Foster and S. Wiley about closing (.9); emails with S. Cousins and J. McMahon about technical changes to plan (.3); emails with M. Wilson about plan closing checklist (.4) | 4.00 | 1,425.00 | 5,700.00 |
| 04/15/2021 | JTG4 | Review modification to plan (.3) | 0.30 | 1,425.00 | 427.50 |
| 04/15/2021 | JTG4 | Correspond with LitCon and B. Lin about transfer of data room (.5) | 0.50 | 1,425.00 | 712.50 |
| 04/15/2021 | MW26 | Prepare effective date documents (0.4); update effective date checklist (0.2) | 0.60 | 955.00 | 573.00 |
| 04/16/2021 | IG1 | Correspond with M. Wilson regarding effective date issues. | 0.20 | 905.00 | 181.00 |
| 04/16/2021 | JTG4 | Emails with G. Steinman, S. Cousins, M. Wilson and D. Azman about plan modifications and related issues (.6); calls with M. Wilson about effective date planning (.3); calls with M. Foster and S. Wiley about same (.5); email with case professionals regarding fee escrow estimates (.1); review examiner motion to file exhibits under seal (.3); correspond with M. Zuppone and M. Wilson about updated corporate documents (.8) | 2.60 | 1,425.00 | 3,705.00 |
| 04/16/2021 | JTG4 | Emails with M. Foster, Reubel, M. Wilson and D. Azman regarding status of cryptocurrency and related transfers (.4) | 0.40 | 1,425.00 | 570.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                                        Page 11
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2021 | MW26 | Call with J. Grogan regarding effective date (0.2); call with A. Kimm regarding effective date (0.1); draft email to estate professionals regarding effective date and professional fee escrow (1.8); call with J. Grogan regarding effective date and professional fee escrow (0.1); calls with S. Wiley regarding same (0.3) | 2.50 | 955.00 | 2,387.50 |
| 04/17/2021 | JTG4 | Emails with M. Foster and S. Wiley regarding Sarsons distribution | 0.30 | 1,425.00 | 427.50 |
| 04/18/2021 | JTG4 | Emails with case professionals about fee estimates for effective date | 0.20 | 1,425.00 | 285.00 |
| 04/19/2021 | DSC3 | Emails with J. Evans regarding transfer of Cred database (.1); follow up correspondence with J. Grogan and M. Wilson regarding same (.1) | 0.20 | 1,400.00 | 280.00 |
| 04/19/2021 | JTG4 | Emails with M. Foster and M. Wilson about plan distribution issues (.4); review plan for open issues prior to effective date (.7); emails with S. Cousins and D. Azman about upcoming hearing (.2); correspond with M. Foster and Reubel about Sarsons (.4); correspond with M. Zuppone and M. Wilson about case progress and filing of corporate documents (.2); review final summary of professional fee escrow (.2); emails with S. Wiley about same (.2); calls with M. Wilson to discuss pending deadlines and upcoming plan events (.7); email to D. Azman, Evans and Walsh about same (.1); emails with G. Steinman and M. Wilson about notice of effective date (.2); review final version of same (.2); discuss filing of corporate documents with T. Boyle (.3) | 3.80 | 1,425.00 | 5,415.00 |
| 04/19/2021 | JTG4 | Emails with T. Tautolo, M. Foster and S. Wiley regarding funding of professional escrow account (.5); emails with M. Foster, D. Azman, M. Wilson, S. Cousins and S. Jones regarding occurrence of effective date (.5) | 1.00 | 1,425.00 | 1,425.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                                  Page 12
48112-00002
Invoice No. 2272116

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/19/2021 | MW26 | Emails with J. Grogan and M. Foster regarding convenience class (0.9); calls with J. Grogan regarding effective date (0.7); call with S. Wiley regarding effective date (0.1); correspond with B. Lin regarding effective date (0.1); call with D. Azman regarding effective date (0.1); call with T. Tautolo regarding effective date (0.1); revise professional fee escrow (1.2); revise effective date documents (1.6); correspond with W. Wu regarding Wednesday hearing (0.1) | 4.90 | 955.00 | 4,679.50 |
| 04/20/2021 | BPL2 | Telephone conference with MWE and LitCon regarding transfer of document database | 0.30 | 1,035.00 | 310.50 |
| 04/20/2021 | JTG4 | Emails with M. Foster and Wisbey (Stretto) regarding confirmation of effective date wires (.3); emails with LitCon and B. Lin regarding transfer of documents to MWE (.2) | 0.50 | 1,425.00 | 712.50 |
| 04/20/2021 | KAT2 | Review notice of effective date | 0.10 | 920.00 | 92.00 |
| 04/22/2021 | JTG4 | Emails with S. Wiley about professional fee escrow (.3) | 0.30 | 1,425.00 | 427.50 |
| 04/23/2021 | JTG4 | Discuss professional fee escrow with S. Wiley (.3) | 0.30 | 1,425.00 | 427.50 |
| 04/27/2021 | JTG4 | Emails with G. Steinman and D. Azman about Donlin termination | 0.20 | 1,425.00 | 285.00 |
| 04/28/2021 | JTG4 | Emails with D. Azman, B. Lin, A. Luft and M. Wilson regarding customer contracts and status of same | 0.70 | 1,425.00 | 997.50 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **67.90** | | **82,972.50** |
| **Total** | | | **103.20** | | **122,904.00** |

Cred Inc. and its subsidiaries as Debtors in Possession                    Page 13
48112-00002
Invoice No. 2272116

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| JTG4 | James T. Grogan | Partner | 53.00 | 1,425.00 | 75,525.00 |
| DSC3 | D. Scott Carlton | Partner | 0.40 | 1,400.00 | 560.00 |
| AEL2 | Avi E. Luft | Of Counsel | 2.50 | 1,350.00 | 3,375.00 |
| SCS8 | Scott C. Shelley | Of Counsel | 0.30 | 1,250.00 | 375.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 5.00 | 920.00 | 4,600.00 |
| BPL2 | Bryant P. Lin | Associate | 0.60 | 1,035.00 | 621.00 |
| MW26 | Mack Wilson | Associate | 34.30 | 955.00 | 32,756.50 |
| IG1 | Irena M. Goldstein | Attorney | 4.10 | 905.00 | 3,710.50 |
| JK21 | Jocelyn Kuo | Paralegal | 2.60 | 495.00 | 1,287.00 |
| WW6 | Winnie Wu | Other Timekeeper | 0.40 | 235.00 | 94.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 04/13/2021 | Photocopy Charges | 11.00 | 0.08 | 0.88 |
| 04/14/2021 | Court Reporting Services - TSG Reporting, Inc., Invoice# 2044675 Dated 04/14/21, Cost to transcribe 341 hearing audio tape | | | 648.00 |
| 02/22/2021 | UPS/Courier Service - Nationwide Legal, LLC (USD)(JPMPCARD); Invoice # 00000027161 dated 2021-02-26; Paul Hastings LOS ANGELES 90071; TKT# 00LA129222 dated 02/22/2021 | | | 16.00 |
| 04/12/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543161; 04/12/2021; 1Z9305430190974187 (MAN) | | | 25.44 |
| 04/13/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000W674V6161; 04/13/2021; Gary S. Lincenburg; Bird, Marella,Boxer,Wolpert,Nessium; Drooks, Lincenburg & Rhow, P.C.; Los Angeles, CA 90067 ; 1ZW674V60198544975 (MAN) | | | 17.79 |
| 03/23/2021 | Attorney Service - Nationwide Legal, LLC (USD)(JPMPCARD); Invoice # 00000027730 dated 2021-03-26; SANFRANCISCOCA94107; TKT# 00LA139438 dated 03/23/2021 | | | 62.75 |

Cred Inc. and its subsidiaries as Debtors in Possession | Page 14
48112-00002
Invoice No. 2272116

| | | |
|---|---|---|
| 01/22/2021 | Outside Professional Services - SPI Corporate Solutions, Inc., Invoice# 57482 Dated 01/22/21, Corporate documents order request | 2,345.25 |
| 04/09/2021 | Westlaw | 23.72 |
| 04/16/2021 | Westlaw | 7.17 |
| 04/13/2021 | Computer Search (Other) | 34.02 |
| **Total Costs incurred and advanced** | | **$3,181.02** |
| | **Current Fees and Costs** | **$126,085.02** |
| | **Total Balance Due - Due Upon Receipt** | **$126,085.02** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession    May 12, 2021
c/o Sonoran Capital Advisors
Suite 104                                                  Please Refer to
1733 N. Greenfield Rd.                                     Invoice Number: 2272117
Mesa, AZ 85205

Attn: Matt Foster                                          PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Litigation Matters**
PH LLP Client/Matter # 48112-00003
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021                                    $5,479.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$5,479.50** |
| **Total Balance Due - Due Upon Receipt** | **$5,479.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<table>
<tr><td><strong>Remittance Address:</strong></td></tr>
<tr><td>Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA  90189-4803</td></tr>
</table>

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272117

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Litigation Matters**
PH LLP Client/Matter # 48112-00003
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021

|  |  |
|---|---|
| | $5,479.50 |
| **Current Fees and Costs Due** | **$5,479.50** |
| **Total Balance Due - Due Upon Receipt** | **$5,479.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272117

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Litigation Matters**                                                                          **$5,479.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 04/15/2021 | DSC3 | Review docket regarding motion to transfer J. Alexander case (.1); prepare notes for hearing on same (.2) | 0.30 | 1,400.00 | 420.00 |
| 04/16/2021 | AMP1 | Attend hearing regarding motion to transfer venue | 0.50 | 765.00 | 382.50 |
| 04/16/2021 | DSC3 | Review issues to prepare for hearing on motion to transfer venue of J. Alexander case (.3); attend hearing on motion to transfer venue (.5); follow up call with J. Grogan regarding same (.2) | 1.00 | 1,400.00 | 1,400.00 |
| | | **Subtotal: B155  Court Hearings** | **1.80** | | **2,202.50** |
| **B191** | **General Litigation** | | | | |
| 04/01/2021 | PMS | Emails with S. Carlton regarding creditor committee and developments with J. Alexander | 0.30 | 1,450.00 | 435.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                    Page 2
48112-00003
Invoice No. 2272117

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | AMP1 | Prepare statement of recent development (1.8); prepare email regarding statement of recent development to S. Carlton, A. Luft, and J. Grogan (.2) | 2.00 | 765.00 | 1,530.00 |
| 04/12/2021 | DSC3 | Review and comment on supplemental submission regarding J. Alexander bankruptcy | 0.30 | 1,400.00 | 420.00 |
| 04/13/2021 | AMP1 | Prepare email to T. Schwartz regarding statement of recent development (.2); review same and related filing issues (.4); prepare email to S. Carlton, J. Grogan, and A. Luft regarding filing of statement of recent development (.2) | 0.80 | 765.00 | 612.00 |
| 04/13/2021 | DSC3 | Review and revise supplemental submission regarding J. Alexander's bankruptcy action | 0.20 | 1,400.00 | 280.00 |
| | | **Subtotal: B191  General Litigation** | **3.60** | | **3,277.00** |
| | **Total** | | **5.40** | | **5,479.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PMS | Peter M. Stone | Partner | 0.30 | 1,450.00 | 435.00 |
| DSC3 | D. Scott Carlton | Partner | 1.80 | 1,400.00 | 2,520.00 |
| AMP1 | Austin M. Prouty | Associate | 3.30 | 765.00 | 2,524.50 |

**Current Fees and Costs**                                    **$5,479.50**

**Total Balance Due - Due Upon Receipt**                      **$5,479.50**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272118

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Corporate Matters**
PH LLP Client/Matter # 48112-00004
James T. Grogan

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $20,874.50 |
| Costs incurred and advanced | 1,058.80 |
| **Current Fees and Costs Due** | **$21,933.30** |
| **Total Balance Due - Due Upon Receipt** | **$21,933.30** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272118

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**<u>Corporate Matters</u>**
PH LLP Client/Matter # 48112-00004
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021 | $20,874.50

| | |
|---|---:|
| Costs incurred and advanced | 1,058.80 |
| **Current Fees and Costs Due** | **$21,933.30** |
| **Total Balance Due - Due Upon Receipt** | **$21,933.30** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**<u>Remittance Address</u>:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtors in Possession
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272118

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Corporate Matters**                                          **$20,874.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 04/02/2021 | MLZ | Review Section 303 of DGCL to amend certificate of incorporation for Cred Inc. | 0.80 | 1,600.00 | 1,280.00 |
| 04/02/2021 | MLZ | Prepare amended and restated charter for Cred Inc. | 2.20 | 1,600.00 | 3,520.00 |
| 04/02/2021 | MLZ | Call with J. Grogan, S. Shelley, M. Wilson, I. Goldstein, M. Foster, S. Wiley regarding Cred certificate of incorporation and transition matters | 0.30 | 1,600.00 | 480.00 |
| 04/05/2021 | MLZ | Prepare Board written consent to effect plan of reorganization actions | 2.60 | 1,600.00 | 4,160.00 |
| 04/05/2021 | MLZ | Revise amended and restated Cred charter | 1.70 | 1,600.00 | 2,720.00 |
| 04/06/2021 | MLZ | Review Cred I bylaws (.2); prepare G. Lyons letter of resignation (.3) | 0.50 | 1,600.00 | 800.00 |
| 04/06/2021 | MLZ | Prepare follow up explanatory email to J. Grogan and M. Wilson regarding letter of resignation | 0.20 | 1,600.00 | 320.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                                    Page 2
48112-00004
Invoice No. 2272118

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/07/2021 | MW26 | Review Cred corporate transfer documents (1.3); email with D. Azman and G. Steinman regarding Cred corporate documents (0.3) | 1.60 | 955.00 | 1,528.00 |
| 04/08/2021 | MLZ | Correspond with M. Wilson regarding corporate filings and resolutions | 0.20 | 1,600.00 | 320.00 |
| 04/09/2021 | MW26 | Email to G. Steinmann and D. Azman regarding corporate documents | 0.30 | 955.00 | 286.50 |
| 04/12/2021 | MW26 | Call with J. Grogan regarding corporate documents (0.1); revise Cred corporate transfer documents (2.0) | 2.10 | 955.00 | 2,005.50 |
| 04/12/2021 | MLZ | Review revised A&R charter and related documents reflecting McDermott comments (.1); follow up email with M. Wilson regarding same (.1) | 0.20 | 1,600.00 | 320.00 |
| 04/13/2021 | MLZ | Telephone conference with M. Wilson on final effectiveness and planning for charter filing (.1); follow up emails to T. Boyle regarding filing in Delaware (.4) | 0.50 | 1,600.00 | 800.00 |
| 04/13/2021 | TGB2 | Email with M. Zuppone regarding preclearance expediting options (.3); review amended and restated certificate of incorporation for Cred, Inc. (.3); correspond with CSC regarding preclearance in Delaware (.2) | 0.80 | 495.00 | 396.00 |
| 04/14/2021 | MLZ | Review Delaware secretary comments to charter amendment (.1); revise same (.1); correspond with M. Wilson and T. Boyle regarding filing of same (.1) | 0.30 | 1,600.00 | 480.00 |
| 04/14/2021 | TGB2 | Review preclearance for certificate of incorporation for Cred, Inc. (.4); correspond with M. Zuppone regarding same (.1) | 0.50 | 495.00 | 247.50 |
| 04/15/2021 | MLZ | Follow up correspondence with M. Wilson and T. Boyle regarding Delaware filing | 0.20 | 1,600.00 | 320.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                    Page 3
48112-00004
Invoice No. 2272118

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2021 | TGB2 | Email M. Zuppone with expediting options for Delaware filing (.4); correspond with CSC regarding amended and restated certificate of incorporation for Cred, Inc. to hold in escrow (.1) | 0.50 | 495.00 | 247.50 |
| 04/19/2021 | TGB2 | Emails with M. Zuppone, M. Wilson and J. Grogan regarding filing deadlines and expediting options (.5); email CSC with instructions for filing amended and restated certificate of incorporation for Cred, Inc. (.3); review filed certificate of incorporation (.2); discuss same and corporate documents with J. Grogan (.3) | 1.30 | 495.00 | 643.50 |
| | | **Subtotal: B210  Business Operations** | **16.80** | | **20,874.50** |
| | **Total** | | **16.80** | | **20,874.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| MLZ | Michael L. Zuppone | Partner | 9.70 | 1,600.00 | 15,520.00 |
| MW26 | Mack Wilson | Associate | 4.00 | 955.00 | 3,820.00 |
| TGB2 | Terrence G. Boyle | Paralegal | 3.10 | 495.00 | 1,534.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE Service Fee | | | 100.00 |
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE Delaware State Access Fee | | | 19.00 |

Cred Inc. and its subsidiaries as Debtors in Possession                          Page 4
48112-00004
Invoice No. 2272118

| | | |
|---|---|---|
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE State Fee | 250.00 |
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE Electronic Delivery | 5.00 |
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE State Fee | 500.00 |
| 04/13/2021 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(JPMSUA); Invoice # 81110883453 dated 2021-04-13; Cred Inc. Filing - Domestic DE Service Fee - Preclearance | 184.80 |

| | |
|---|---|
| **Total Costs incurred and advanced** | **$1,058.80** |
| | |
| **Current Fees and Costs** | **$21,933.30** |
| **Total Balance Due - Due Upon Receipt** | **$21,933.30** |



**PAUL HASTINGS LLP**
Chase Tower
600 Travis Street, 58th Floor, Houston, TX 77002
t: +1.713.860.7300 | f: +1.713.353.3100 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtor
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

Attn: Matt Foster

May 12, 2021

Please Refer to
Invoice Number: 2272119

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**James Alexander Bankruptcy**
PH LLP Client/Matter # 48112-00005
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021

|  |  |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $33,324.00 |
| Costs incurred and advanced | 182.60 |
| **Current Fees and Costs Due** | **$33,506.60** |
| **Total Balance Due - Due Upon Receipt** | **$33,506.60** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
Chase Tower
600 Travis Street, 58th Floor, Houston, TX 77002
t: +1.713.860.7300 | f: +1.713.353.3100 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtor
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272119

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**James Alexander Bankruptcy**
PH LLP Client/Matter # 48112-00005
James T. Grogan

Legal fees for professional services
for the period ending April 30, 2021                                    $33,324.00

Costs incurred and advanced                                                    182.60

**Current Fees and Costs Due**                                     **$33,506.60**

**Total Balance Due - Due Upon Receipt**                    **$33,506.60**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
Chase Tower
600 Travis Street, 58th Floor, Houston, TX 77002
t: +1.713.860.7300 | f: +1.713.353.3100 | www.paulhastings.com

Cred Inc. and its subsidiaries as Debtor
c/o Sonoran Capital Advisors
Suite 104
1733 N. Greenfield Rd.
Mesa, AZ 85205

May 12, 2021

Please Refer to
Invoice Number: 2272119

Attn: Matt Foster

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**James Alexander Bankruptcy**                                      **$33,324.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 04/02/2021 | AEL2 | Attend Alexander Chapter 7 transfer hearing | 1.70 | 1,350.00 | 2,295.00 |
| 04/02/2021 | JTG4 | Review issues and notes to prepare for transfer of venue hearing (.5); participate in hearing on transfer of venue of Alexander chapter 7 case (1.7); call with A. Luft about same (.2) | 2.40 | 1,425.00 | 3,420.00 |
| 04/02/2021 | MW26 | Attend hearing on motion to transfer venue | 1.70 | 955.00 | 1,623.50 |
| | **Subtotal: B155  Court Hearings** | | **5.80** | | **7,338.50** |
| **B190** | **Other Contested Matters(excl. assumption/rejections motions)** | | | | |
| 04/01/2021 | MW26 | Call with A. Luft regarding motion to transfer venue (0.7); analyze case law in support of motion to transfer venue (5.4) | 6.10 | 955.00 | 5,825.50 |

Cred Inc. and its subsidiaries as Debtor                                    Page 2
48112-00005
Invoice No. 2272119

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2021 | MW26 | Review case law, papers, and calendar to prepare for venue transfer hearing (2.0); draft proposed order post-hearing (0.5); emails with A. Luft and W. Farmer regarding order (0.2); call with A. Luft regarding same (0.2); calls with W. Farmer regarding same (0.2); revise order (0.2) | 3.30 | 955.00 | 3,151.50 |
| 04/02/2021 | WCF | Revise proposed order in C.D. Cal. bankruptcy matter (.3); calls with M. Wilson regarding same (.2) | 0.50 | 955.00 | 477.50 |
| 04/02/2021 | WW6 | Review order regarding motion to transfer venue (.2); correspond with M. Wilson regarding same (.1) | 0.30 | 235.00 | 70.50 |
| 04/06/2021 | MW26 | Correspond with A. Luft regarding venue transfer and related order (0.5); revise Alexander transfer order (1.9) | 2.40 | 955.00 | 2,292.00 |
| 04/06/2021 | WW6 | Update proposed order regarding motion to transfer venue (.2); submit same to court (.2); correspond with M. Wilson regarding same (.3) | 0.70 | 235.00 | 164.50 |
| 04/19/2021 | MW26 | Correspond with D. Azman, G. Steinman, T. Walsh, and J. Evans regarding Alexander bankruptcy (1.8) | 1.80 | 955.00 | 1,719.00 |
| | | **Subtotal: B190  Other Contested Matters(excl. assumption/rejections motions)** | **15.10** | | **13,700.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | AEL2 | Teleconference with M. Wilson regarding transfer case law | 0.70 | 1,350.00 | 945.00 |
| 04/01/2021 | AEL2 | Review caselaw and pleadings for Alexander transfer hearing | 3.10 | 1,350.00 | 4,185.00 |
| 04/02/2021 | AEL2 | Teleconference with J. Grogan following up on hearing on motion to transfer venue | 0.20 | 1,350.00 | 270.00 |
| 04/02/2021 | AEL2 | Revise proposed order regarding transfer of venue | 0.20 | 1,350.00 | 270.00 |
| 04/02/2021 | AEL2 | Teleconference with D. Azman regarding hearing on motion to transfer venue | 0.10 | 1,350.00 | 135.00 |

Cred Inc. and its subsidiaries as Debtor                                                      Page 3
48112-00005
Invoice No. 2272119

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2021 | AEL2 | Teleconference with M. Wilson regarding proposed order on motion to transfer venue | 0.20 | 1,350.00 | 270.00 |
| 04/02/2021 | AEL2 | Prepare oral argument for transfer hearing | 3.30 | 1,350.00 | 4,455.00 |
| 04/02/2021 | AEL2 | Correspond with M. Wilson following up on transfer hearing | 0.30 | 1,350.00 | 405.00 |
| 04/09/2021 | AEL2 | Review proposed order | 0.20 | 1,350.00 | 270.00 |
| 04/09/2021 | AEL2 | Correspond with M. Wilson regrading proposed order | 0.40 | 1,350.00 | 540.00 |
| 04/09/2021 | AEL2 | Correspond with M. Wilson regarding Alexander issue | 0.20 | 1,350.00 | 270.00 |
| 04/09/2021 | AEL2 | Correspond with J. Grogan regarding Alexander | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B191  General Litigation** | **9.10** | | **12,285.00** |

|  | **Total** | | **30.00** | | **33,324.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JTG4 | James T. Grogan | Partner | 2.40 | 1,425.00 | 3,420.00 |
| AEL2 | Avi E. Luft | Of Counsel | 10.80 | 1,350.00 | 14,580.00 |
| WCF | Will Clark Farmer | Associate | 0.50 | 955.00 | 477.50 |
| MW26 | Mack Wilson | Associate | 15.30 | 955.00 | 14,611.50 |
| WW6 | Winnie Wu | Other Timekeeper | 1.00 | 235.00 | 235.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 03/31/2021 | Attorney Service - Nationwide Legal, LLC (USD)(JPMPCARD); Invoice # 00000028297 dated 2021-04-02; TEMECULATEMECULA92591; TKT# 00LA141924 dated 03/31/2021 | | | 109.55 |
| 04/01/2021 | Lexis/On Line Search | | | 25.05 |

Cred Inc. and its subsidiaries as Debtor                                              Page 4
48112-00005
Invoice No. 2272119

| | | |
|---|---|---:|
| 04/19/2021 | Lexis/On Line Search | 25.05 |
| 04/02/2021 | Computer Search (Other) | 0.90 |
| 04/06/2021 | Computer Search (Other) | 1.26 |
| 04/06/2021 | Computer Search (Other) | 17.55 |
| 04/08/2021 | Computer Search (Other) | 1.35 |
| 04/12/2021 | Computer Search (Other) | 1.89 |
| **Total Costs incurred and advanced** | | **$182.60** |
| | **Current Fees and Costs** | **$33,506.60** |
| | **Total Balance Due - Due Upon Receipt** | **$33,506.60** |