## **EXHIBIT B**

## **ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD**

| Expense Category | Amount |
|---|---:|
| Computer Search | $1,196.76 |
| Outside Professional Services | $2,345.25 |
| Attorney Service | $172.30 |
| Court Reporting Services | $648.00 |
| Reproduction Charges | $0.88 |
| Courier Service | $59.23 |
| **Total** | **$4,422.42** |