**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: June 7, 2021 at 4:00  p.m. (ET)**<br>**Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

**SUMMARY OF FIFTH MONTHLY AND FINAL FEE APPLICATION OF DONLIN
RECANO & COMPANY, INC. AS ADMINISTRATIVE ADVISOR TO THE DEBTORS
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE MONTHLY PERIOD FROM APRIL 1, 2021 THROUGH
APRIL 19, 2021 AND THE FINAL PERIOD FROM NOVMEBER 7, 2020
<u>THROUGH AND INCLUDING APRIL 19, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Donlin, Recano & Company, Inc. |
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | December 18, 2020, *nunc pro tunc* to November 7, 2020 |
| Period for which monthly compensation and reimbursement is sought: | April 1, 2021 through April 19, 2021 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $866.50 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Final Period for which compensation and reimbursement is sought: | November 7, 2020 through April 19, 2021 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $33,902.00[2] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Amount of Final Expenses Reimbursement sought                    $0.00
as actual, reasonable and necessary:

This is an __X__ monthly ___X___final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees at 80% | Expenses |
| January 19, 2021; Docket No. 362 | 12/01/2020 through 12/31/2020 | $1,187.50 | N/A | $950.00 | N/A |
| February 18, 2021; Docket No. 520 | 01/01/2021 through 01/31/2021 | $6,844.50 | N/A | $5,475.60 | N/A |
| March 16, 2021; Docket No. 649 | 02/01/2021 through 02/28/2021 | $18,159.50 | N/A | $14,527.60 | N/A |
| April 16, 2021; Docket No. 712 | 03/01/2021 through 03/31/2021 | $6,229.00 | N/A | $4,983.20 | N/A |
| TOTAL | | $32,420.50 | N/A | $25,936.40 | N/A |

## MONTHLY COMPENSATION BY INDIVIDUAL
## APRIL 1, 2021 THROUGH APRIL 19, 2021

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | $205.00 | 0.6 | $123.00 |
| Lisa Terry | Senior Bankruptcy Consultant | $205.00 | 1.90 | $389.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | $205.00 | 0.30 | $61.50 |
| Robin Charles | Senior Bankruptcy Consultant | $195.00 | 1.40 | $273.00 |
| Robert Gillin | Senior Bankruptcy Consultant | $195.00 | 0.1 | $19.50 |
| TOTAL | | | 4.3 | $866.50 |
| Blended Rate | | | | $201.51 |

---

[2] The total amount includes the final compensation amount of $33,287.00 for the Final Fee Period of November 7, 2020 through April 19, 2021 and $615.00 of fees incurred for the preparation of this Final Application (which constitutes 3.0 hours for preparation).

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2021 THROUGH APRIL 19, 2021**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee Statement and Application Preparation | 2.8 | $574.00 |
| Voting and Solicitation | 1.5 | $292.50 |
| **TOTAL** | **4.3** | **$866.50** |

**FINAL COMPENSATION PERIOD TIMEKEEPER SUMMARY**
**NOVEMBER 7, 2020 THROUGH APRIL 19, 2021**

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | $205.00 | 3.7 | $758.50 |
| Lisa Terry | Senior Bankruptcy Consultant | $205.00 | 7.7 | $1,578.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | $205.00 | 0.9 | $184.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | $195.00 | 1.6 | $312.00 |
| John Burlacu | Senior Bankruptcy Consultant | $205.00 | 4.1 | $840.50 |
| John Burlacu | Senior Bankruptcy Consultant | $195.00 | 104.4 | $20,358.00 |
| Robin Charles* | Case Manager | $195.00 | 15.6 | $3,042.00 |
| Robin Charles | Case Manager | $155.00 | 5.2 | $806.00 |
| Robert Gillin | Senior Bankruptcy Consultant | $195.00 | 17.7 | $3,451.50 |
| Calvin Dickson | Case Manager | $175.00 | 0.9 | $157.50 |
| Winnie Yeung | Case Manager | $175.00 | 9.8 | $1,715.00 |
| Rommel Mapa | Case Manager | $175.00 | 0.2 | $35.00 |
| Leena Vohra | Programming Consultant | $120.00 | 0.4 | $48.00 |
| **Grand Total** | | | **172.2** | **$33,287.00** |
| **Blended Rate** | | | | **$193.30** |

*Different rates apply depending upon tasks performed.

**FINAL COMPENSATION PROJECT CATEGORY**
**NOVEMBER 7, 2020 THROUGH APRIL 19, 2021**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee Statement & Application Preparation | 11.4 | $2,337.00 |
| Voting & Solicitation | 160.8 | $30,950.00 |
| **Grand Total:** | **172.2** | **$33,287.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: June 7, 2021 at 4:00 p.m. (ET)** |
| | **Hearing Date: June 17, 2021 at 2:00 p.m. (ET)** |

**FIFTH MONTHLY AND FINAL FEE APPLICATION OF DONLIN RECANO &
COMPANY, INC. AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE MONTHLY PERIOD FROM APRIL 1, 2021 THROUGH
APRIL 19, 2021 AND THE FINAL PERIOD FROM NOVMEBER 7, 2020
THROUGH AND INCLUDING APRIL 19, 2021**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy

Procedure, Donlin, Recano & Company, Inc., (hereinafter "**DRC**") hereby moves this Court for

reasonable compensation for professional services rendered as administrative advisor to Cred

Inc. and its affiliated debtors (collectively, the "**Debtors**") (i) in the amount of $866.50, together

with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the

monthly period commencing April 1, 2021 through and including April 19, 2021(the "**Fifth

Monthly Fee Period**"); and (ii) in the amount of $33,902.00[2] together with reimbursement for

actual and necessary expenses incurred in the amount of $0.00 for the final period commencing

November 7, 2020 through and including April 19, 2021 (the "**Final Fee Period**").  In support of

this Application, DRC respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.
[2] The total amount includes the final compensation amount of $33,287.00 for the Final Fee Period of November 7, 2020 through April 19, 2021 and $615.00 of fees incurred for the preparation of this Final Application (which constitutes 3.0 hours for preparation).

## JURISDICTION

1.      This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

2.      On November 7, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.  On December 3, 2020, the Office of the United States Trustee for Region 3 (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors [Docket No. 120] (the "**Committee**"). On January 8, 2020, the Court appointed Robert J. Stark, Esq., as Examiner in these chapter 11 cases [Docket No. 338].

3.      On November 17, 2020, the Debtors filed the *Debtors' Application For Entry Of An Order Approving Employment And Retention Of Donlin, Recano & Company, Inc. As Administrative Advisor For Debtors, Effective* Nunc Pro Tunc *To The Petition Date* [Docket No. 56]  (the "**Employment Application**").  On December 18, 2020, the Court entered the *Order Approving The Employment And Retention Of Donlin, Recano & Company, Inc. As Administrative Advisor For Debtors, Effective* Nunc Pro Tunc *To The Petition Date* (the "**DRC Retention Order**") [Docket No. 246].

4.      The DRC Retention Order authorized DRC to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.      On March 11, 2021, this court entered the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of*

*Cred Inc. and Its Subsidiaries under Chapter 11 of the Bankruptcy Code* [Docket No. 629] (as modified on April 16, 2021 [Docket No. 722), the "Plan"). The Plan went effective on April 19, 2021.

6.      DRC has submitted monthly fee applications for services rendered form the Petition Date through March 31, 2021, which are incorporated herein by this reference. See Docket Nos. 362, 520, 649, and 712.

7.      All services for which compensation is requested by DRC were performed for or on behalf of the Debtors. DRC has received no payment and no promises for payment from any source other than the Debtors for services rendered as administrative advisor during the Final Fee Period in connection with the Debtors' chapter 11 cases. There exists no agreement or understanding between DRC and any other person for the sharing of any compensation to be received for services rendered by DRC in the Debtors' chapter 11 cases.

## SUMMARY OF SERVICES RENDERED

8.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fifth Monthly Fee Period showing the amount of $866.50 due for fees.

9.      The services rendered by DRC during the Fifth Monthly Fee Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category.

10.      Annexed as **Exhibit B** and made part hereof is the Certification of Roland Tomforde, pursuant to Section 504 of the Bankruptcy Code.

**DISBURSEMENTS**

11.     DRC did not incur any out-of-pocket disbursements as administrative advisor to the Debtors during the Fifth Monthly Fee Period.

**VALUATION OF SERVICES**

12.     DRC professionals expended a total of 4.3 hours in connection with this matter during the Fifth Monthly Fee Period.

13.     The amount of time spent by each of these persons providing services to the Debtors for the Fifth Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**.  These are DRC's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by DRC for the Fifth Monthly Fee Period as administrative advisor for the Debtors in these chapter 11cases is $866.50.

14.     DRC believes that the time entries included in **Exhibit A** attached hereto attached hereto are in compliance with the requirements of Local Rule 2016-2.

15.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c)  the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16.     This Monthly Application covers the fifth monthly period April 1, 2021 through April 19, 2021 (the effective date).

**FINAL FEE PERIOD AND**
**REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES**

17.     This Application also covers the Final Fee Period of November 7, 2020 through and including April 19, 2021.  DRC seeks $33,902.00[3] together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the Final Fee Period.   DRC professionals expended a total of 172.2 hours in connection with this matter during the Final Fee Period.  In addition, DRC is seeking fees in connection with the preparation of this Application. Attached hereto as **Exhibit C** is a detailed statement of fees DRC seeks in connection with preparation of this Final Fee Application.

18.     DRC has filed the below referenced monthly fee statements and pursuant to the interim compensation order, the Debtors have been authorized to pay 80% of fees and 100% of expenses, absent an objection. As of the date hereof, DRC has received payment as outlined below.

| REQUESTED FEES AND EXPENSES | | | | APPROVED FEES AND EXPENSES | | PAID FEES AND EXPENSES | |
|---|---|---|---|---|---|---|---|
| Application Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees, on interim basis (80%) | Approved Expenses (100%) | Paid Fees | Paid Expenses |
| January 19, 2021; Docket No. 362 | 12/01/2020 through 12/31/2020 | $1,187.50 | N/A | $950.00 | N/A | $950.00 | N/A |
| February 18, 2021; Docket No. 520 | 01/01/2021 through 01/31/2021 | $6,844.50 | N/A | $5,475.60 | N/A | $0.00 | N/A |
| March 16, 2021; Docket No. 649 | 02/01/2021 through 02/28/2021 | $18,159.50 | N/A | $14,527.60 | N/A | $0.00 | N/A |
| April 16, 2021; Docket No. 712 | 03/01/2021 through 03/31/2021 | $6,229.00 | N/A | $4,983.20 | N/A | $4,938.20 | N/A |

19.     During the Final Fee Period, DRC performed necessary services and incurred out-of-pocket disbursements for the Debtors and their estates.  As set forth in prior monthly

---

[3] The total amount includes the final compensation amount of $33,287.00 for the Final Fee Period of November 7, 2020 through April 19, 2021 and $615.00 of fees incurred for the preparation of this Final Application (which constitutes 3.0 hours for preparation).

applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Debtors and (ii) of preserving the value of the Debtors' estates.

*Remainder of page intentionally blank*

## CONCLUSION

WHEREFORE, DRC requests that allowance be made to it in the sum of (i) $866.50 as compensation for necessary professional services rendered to the Debtors for the Fifth Monthly Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred during the Fifth Monthly Fee Period; and (ii) $33,902.00[4] as final allowance for compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  May 17, 2021
      Brooklyn, New York

Respectfully submitted,

**DONLIN, RECANO & COMPANY, INC.**

By: _____
    Roland Tomforde
    Chief Operating Officer
    Donlin, Recano & Company, Inc.
    6201 15th Avenue
    Brooklyn, NY 11219
    Telephone:  (212) 481-1411
    Facsimile:  (212) 481-1416
    E-mail: rtomforde@donlinrecano.com

---

[4] The total amount includes the final compensation amount of $33,287.00 for the Final Fee Period of November 7, 2020 through April 19, 2021 and $615.00 of fees incurred for the preparation of this Final Application (which constitutes 3.0 hours for preparation).