**EXHIBIT A**

Case 20-12836-JTD    Doc 780-1    Filed 05/17/21    Page 1 of 6

**EXHIBIT A**

**DONLIN RECANO**
An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

May 07, 2021

Scott Wiley
Chief Financial Officer
Cred, Inc.
scott@mycred.io

**Re: Cred Inc. Vote/SOFA – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # 2467 - 5**

For Professional Services: April 1 through April 30, 2021

| **Current Charges:** | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 0.60 | 205.00 | $123.00 |
| Lisa Terry | Senior Bankruptcy Consultant | 1.90 | 205.00 | $389.50 |
| Roland Tomforde | Senior Bankruptcy Consultant | 0.30 | 205.00 | $61.50 |
| Robin Charles | Senior Bankruptcy Consultant | 1.40 | 195.00 | $273.00 |
| Robert Gillin | Senior Bankruptcy Consultant | 0.10 | 195.00 | $19.50 |
| Total Hours & Fees | | 4.3 | | $866.50 |
| | | | | |
| Less 20% Holdback on Fees | | | | <$173.30> |
| Subtotal of Fees | | | | $693.20 |
| Expenses | | | | $0.00 |
| **Total Amount Due** | | | | **$693.20** |

*-Different rates apply depending upon tasks being worked on.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|   |   |
|---|---|
| Account #: | 590872834 |
| Account Name: | Donlin, Recano & Company, Inc. |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

_____
Nellwyn Voorhies
President

Enclosures
2467

    cc:    G. Alexander Bongartz, Esq.
            James T. Grogan, Esq.
            Paul Hastings, LLP
            200 Park Avenue
            New York, NY 10166

    email:    alexbongartz@paulhastings.com

**Donlin Recano & Company, Inc.**  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Cred Inc. Vote/SOFA**
**Invoice # 5 - April 1 through April 30, 2021**

**I. Consulting Fees (See Exhibit A for details)**

| | |
|---|---:|
| 2.8 hours @ $205.00/hour | 574.00 |
| 1.5 hours @ $195.00/hour | 292.50 |
| **SUB TOTAL - Consulting Fees** | **866.50** |

**II. Out of Pocket Expenses**

| | |
|---|---:|
| None Required in April 1, through April 30, 2021 | 0.00 |
| **SUB TOTAL - Out of Pocket Expenses** | **0.00** |
| **TOTAL CHARGES - April 1 through April 30, 2021** | **$866.50** |
| **Less: 20% Holdback on Fees** | <$173.30> |
| **AMOUNT DUE** | **$693.20** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Cred Inc. Vote/SOFA**
**Invoice # 5 - April 1 through April 30, 2021**

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Fee Statement and Application Preparation | 2.8 | hours | $574.00 |
| Voting and Solicitation | 1.5 | hours | $292.50 |
| **Total** | **4.3** | | **$866.50** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 5 - April 1 through April 30, 2021

| Date | User | Activity - Voting and Solicitation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-05 | R Charles | Processed solicitation ballots (0.2) | 0.2 | 195.0 | $39.00 |
| 04-08 | R Charles | Answered creditors' inquires (0.3) | 0.3 | 195.0 | $58.50 |
| 04-09 | R Gillin | Processed ballots (0.1). | 0.1 | 195.0 | $19.50 |
| 04-19 | R Charles | Batched and processed solicitation ballots (0.3) | 0.3 | 195.0 | $58.50 |
| 04-20 | R Charles | Answered creditors inquires (0.3) | 0.3 | 195.0 | $58.50 |
| 04-28 | R Charles | Processed and batched solicitation ballots (0.3) | 0.3 | 195.0 | $58.50 |

|  |  |  |
|---|---|---|
| TOTAL HOURS - April 1 through April 30, 2021 | | 1.5 |
| TOTAL CHARGES | | $292.50 |

**Exhibits A**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

Invoice #: 2467 - 5 - April 1 through April 30, 2021

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-12 | L Terry | Analyze the 327 invoices for professional services rendered during March 1, 2021 through and including March 31, 2021 in preparation to draft the Fourth Monthly Fee Application (0.6); Draft the Fourth Monthly Fee Application for professional services rendered during March 1, 2021 through and including March 31, 2021 (1.3). | 1.9 | 205.0 | $389.50 |
| 04-13 | A Logan | Review and revise and proof and finalize DRC's 4th monthly fee statement for court filing (0.6). | 0.6 | 205.0 | $123.00 |
| 04-14 | R Tomforde | Reviewed and signed monthly fee application | 0.3 | 205.0 | $61.50 |
| | | TOTAL HOURS - April 1 through April 30, 2021 | 2.8 | | |
| | | TOTAL CHARGES | | | $574.00 |