**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATION OF ROLAND TOMFORDE

I, Roland Tomforde, verify as follows:

1. I am Chief Operating Officer of Donlin, Recano & Company, Inc., ("**DRC**") the administrative advisor for Cred Inc. and its affiliated debtors (collectively, the "**Debtors**"), in the above-captioned matter and submit this Certification in connection with the application of DRC for the Fifth Monthly and Final Fee Application for services rendered to the Debtors during the fifth monthly period April 1, 2021 through April 19, 2021, and the final period from November 7, 2020 through April 19, 2021 (the "**Application**").

2. In compliance with the Title 18 U.S.C.§ 155 and the Rules of this Court, neither I nor anyone of DRC has entered into any agreement, written or oral, express or implied, with the Debtors, any creditor, or any other party in interest, nor any attorney for such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors other than in accordance with the compensation provisions of the Bankruptcy Code and Rules.

3. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, DRC or any of our personnel, on the one hand, and any other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

person, on the other hand, for the division of such compensation as DRC may receive from the Debtors herein, nor will I nor any officer, director or staff of DRC make any division of fees prohibited by Section 504 of the Bankruptcy Code.

4. I have reviewed the requirements of Local Rule 2016-2, and the Application complies with it. To the extent that DRC's policies or customary changes vary from those permitted by Local Rule 2016-2, the policies and changes set by Rule 2016-2 have been used.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: May 17, 2021

_____
Roland Tomforde