# EXHIBIT C

**Time Detail of DRC for Final Fee Application Preparation**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Invoice # : 2467 - 005  - May, 2021**

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 5-4 | A Logan | Begin drafting and preparing DRC's 5th monthly and final fee application (1.8). | 1.8 | 205.00 | 369.00 |
| 5-5 | A Logan | Continue work on preparing and reconciling DRC's 5th monthly & Final Fee Application (0.4). | 0.4 | 205.00 | 82.00 |
| 5-13 | A Logan | Review and revise and update DRC's 5th monthly and final fee application to incorporate April 2021 billing statement (0.8). | 0.8 | 205.00 | 164.00 |
|  |  | TOTAL HOURS - May 2021 |  |  | 3.0 |
|  |  | TOTAL CHARGES |  |  | $615.00 |