## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
|  | **Obj. Deadline: 6/8/21 at 4:00 p.m. (ET)** |
|  | **Hearing Date: 6/17/21 at 2:00 p.m. (ET)** |

### SUMMARY OF FIRST AND FINAL FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM DECEMBER 7, 2020 TO APRIL 19, 2021

| | |
|---|---|
| Name of Applicant: | Dundon Advisers LLC |
| Authorized to Provide Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 27, 2021 *nunc pro tunc* to December 7, 2020 [D.I. 427] |
| Period for which Compensation/ Reimbursement is Sought: | December 7, 2020 – April 19, 2021 |
| Total Compensation Sought as Actual, Reasonable and Necessary, of which 100% is Payable upon approval hereof: | $635,000.00 |
| Expenses: | None |

This is a first and final fee application

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## FEE SUMMARY BY PROFESSIONAL

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Matthew Dundon | 750 | 134.6 | $100,950.00 |
| Alex Mazier | 700 | 273.1 | $191,170.00 |
| Mark Friedler | 675 | 213.6 | $144,180.00 |
| Eric Reubel | 600 | 391.2 | $234,720.00 |
| Ming Shen | 650 | 16.3 | $10,595.00 |
| Michael Garbe | 525 | 78.0 | $40,950.00 |
| Hejing Cui | 400 | 13.0 | $5,200.00 |
| Ammar Alyemany | 400 | 57.2 | $22,880.00 |
| **Total** | | **1,177.0** | **$750,645.00** |
| Discount based on blended average hour cap | | | $103,295.00 |
| **Adjusted total, subject to rate cap** | | | **$647,350.00** |
| Additional Discount | | | $12,350.00 |
| **Adjusted total, subject to fee cap** | | | **$635,000.00** |

## FEE SUMMARY BY TASK CODE

| Categories | Hours | Fees |
|---|---|---|
| Asset Recovery | 61.5 | $37,885.00 |
| Business Analysis | 475.8 | $301,082.50 |
| Case Administration | 50.4 | $33,400.00 |
| Claims Analysis | 27.4 | $18,292.50 |
| Committee Member/Professional Meetings & Communications | 186.4 | $121,605.00 |
| Communications with Debtors' Professionals | 12.2 | $6,800.00 |
| Court Hearings | 14.1 | $9,005.00 |
| Investigations | 186.7 | $116,392.50 |
| Plan & Disclosure Statement | 40.9 | $27,505.00 |
| Post-Effective Planning | 56.4 | $35,385.00 |
| Retention and Fee Applications | 18.1 | $11,335.00 |
| Review of Other Professionals fee Applications | 16.3 | $11,600.00 |
| Sale Process | 30.8 | $20,357.50 |
| **Undiscounted Total** | **1,177.0** | **$750,645.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No.: 20-12836 (JTD)<br><br>Jointly Administered<br><br>**Obj. Deadline: 6/8/21 at 4:00 p.m. (ET)**<br>**Hearing Date: 6/17/21 at 2:00 p.m. (ET)** |

**FIRST AND FINAL FEE APPLICATION OF DUNDON ADVISERS LLC, FINANCIAL
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE
PERIOD FROM DECEMBER 7, 2020 TO APRIL 19, 2021**

Dundon Advisers LLC ("Dundon") files this first and final fee application (the "First and Final Fee Application" or this "Application") seeking compensation for services rendered and reimbursement of expenses incurred in its capacity as financial advisor for the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee") for the period from December 7, 2020 through April 19, 2021 (the "Fee Period"). Pursuant to this Application, Dundon seeks allowance of compensation for professional services Dundon performed during the Fee Period in the amount of $635,000, which consists of Dundon's accrued fees at its ordinary rates of $750,645 less certain discounts agreed with and subsequently modified by the Committee. No reimbursable expenses were incurred in connection with Dundon's representation of the Committee. The total amount sought for fees represents 1,177.0 hours of professional services. In support of this Application, Dundon respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## BACKGROUND

1.      On November 7, 2020 (the "Petition Date"), the Debtors commenced voluntary cases (collectively, the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").

2.      On December 3, 2020, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  *See* Docket No. 120.  On December 4 and 5, 2020, the Committee met by video conference, and further deliberated, and engaged McDermott Will & Emery LLP as its counsel.  On December 7, 2020, the Committee met by video conference and engaged Dundon Advisers as its financial advisor in these Chapter 11 Cases.

3.      Information regarding the Debtors' history, business operations, capital structure, and the events leading up to the commencement of these Chapter 11 Cases can be found in certain declarations in favor the Debtors' first day relief set forth at Docket Nos. 12 and 16, and supplemented by other pleadings filed in these cases.

4.      On January 27, 2021, the Court entered an order approving the employment and retention of Dundon as financial advisor for the Committee, *nunc pro tunc* to December 7, 2020 (D.I. 427) (the "Retention Order").

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Dundon consents to the entry of a final order by the Court.

7.      The statutory and legal predicates for the relief sought herein are Bankruptcy Code sections 330 and 331, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 269) entered on December 21, 2020 (the "Interim Compensation Order").

### RELIEF REQUESTED

8.      Pursuant to the Retention Order, the Interim Compensation Order, and sections 330 and 331 of the Bankruptcy Code, Dundon seeks allowance of compensation for professional services Dundon performed during the Fee Period in the amount of $635,000, which consists of Dundon's accrued fees at its ordinary rates of $750,645 less certain discounts agreed with and subsequently modified by the Committee.

9.      Dundon has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the fees sought to be allowed pursuant to this Application.  With respect to the fees requested by Dundon, there is no agreement or understanding between Dundon and any other person, other than the members of the firm, for the sharing of compensation to be received for services rendered in these cases.

10.      All financial advisory services provided by Dundon during the Fee Period were performed on behalf of the Committee, and not on behalf of any other person or entity.

11.      This is Dundon's First and Final Fee Application.

## SUMMARY OF SERVICES RENDERED

12.    Dundon maintained detailed records of the time spent in rendition of professional services to the Committee during the Fee Period.  Attached hereto as **Exhibit A** and incorporated herein by reference are detailed time records for services rendered during the Fee Period.  The time records include the date that the services were rendered, a detailed narrative description of the services provided, the amount of time spent for each service and the designation of the professional who performed the service.

13.    Dundon professionals expended a total of 1,177.0 hours in connection with this matter during the Fee Period, as follows:

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Matthew Dundon | 750 | 134.6 | $100,950.00 |
| Alex Mazier | 700 | 273.1 | $191,170.00 |
| Mark Friedler | 675 | 213.6 | $144,180.00 |
| Eric Reubel | 600 | 391.2 | $234,720.00 |
| Ming Shen | 650 | 16.3 | $10,595.00 |
| Michael Garbe | 525 | 78.0 | $40,950.00 |
| Hejing Cui | 400 | 13.0 | $5,200.00 |
| Ammar Alyemany | 400 | 57.2 | $22,880.00 |
| **Total** | | **1,177.0** | **$750,645.00** |
| Discount | | | $103,295.00 |
| **Adjusted total, subject to rate cap** | | | **$647,350.00** |
| Additional Discount | | | $12,350.00 |
| **Adjusted total, subject to fee cap** | | | **$635,000.00** |

14.    Services rendered during the Fee Period can be grouped as follows:

| Categories | Hours | Fees |
|------------|-------|------|
| Asset Recovery | 61.5 | $37,885.00 |
| Business Analysis | 475.8 | $301,082.50 |
| Case Administration | 50.4 | $33,400.00 |
| Claims Analysis | 27.4 | $18,292.50 |
| Committee Member/Professional Meetings & Communications | 186.4 | $121,605.00 |
| Communications with Debtors' Professionals | 12.2 | $6,800.00 |

4

| | | |
|---|---|---|
| Court Hearings | 14.1 | $9,005.00 |
| Investigations | 186.7 | $116,392.50 |
| Plan & Disclosure Statement | 40.9 | $27,505.00 |
| Post-Effective Planning | 56.4 | $35,385.00 |
| Retention and Fee Applications | 18.1 | $11,335.00 |
| Review of Other Professionals fee Applications | 16.3 | $11,600.00 |
| Sale Process | 30.8 | $20,357.50 |
| **Undiscounted Total** | **1,177.0** | **$750,645.00** |

15.     The following are summaries of the more material project categories for Dundon's professional services rendered during the Fee Period:

a.      Asset Recovery

The Debtors entered chapter 11 with investments held at outside managers, in-the-money swaps and large receivables for loans outstanding, principally the moKredit loan facility.  The Dundon team took the lead, and also coordinated with both the Debtors' advisers and counsel for the Committee, to maximize asset recovery on a variety of investments with outside managers.

Fees: $37,885.00 // Hours 61.5

b.      Business Analysis

The Dundon team conducted an analysis of the Debtors' dataroom materials and available financial statements and engaged in detailed discussions with the Debtors' financial advisors to diligence the Debtors' financial model, reduce headcount, value the Debtors' assets, diligence the sale process, and maximize recoveries.  The Dundon team developed a cryptocurrency monetization strategy designed to maximize cryptocurrency value.  Dundon participated in developing case strategy, and supported Committee counsel negotiations with key management and investigative targets.  Further, the Dundon team worked on a daily basis to support Committee counsel by monitoring the bankruptcy docket and court transcripts and reviewing reports from the Debtors' financial advisors tracking the 13-week budget and variances across the reporting entities to help the Committee's counsel manage the financial aspects of these cases.

Fees: $301,082.50 // Hours 475.8

c.      Committee Member/Professional Meetings and Communications

The Dundon team provided analyses, reports and presentations to the Committee, reporting on cryptocurrency assets, budgets, insurance coverage, custody and a

wide variety of post-effective date planning and coordination for the transfer of the Debtors' assets to the Cred Inc. Liquidation Trust.

Fees: $121,605.00 // Hours 186.4

d.      Investigations

The Dundon team served two investigative roles in the case: A) supporting Committee counsel as financial adviser and B) supporting the Court-appointed chapter 11 examiner.  Through its work, Dundon pursued a variety of financial analyses to opine on solvency and support Committee counsel legal strategies to gain control of assets in the possession of James Alexander and Cred Capital.

Fees: $116,392.50 // Hours 186.7

## NOTICE

16.    As required under the Interim Compensation Order, the Application will be served on the Notice Parties (as defined in the Interim Compensation Order).  Moreover, notice of the hearing on this Application will be served on all parties that have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

*[Remainder of Page Intentionally Left Blank]*

## CONCLUSION

**WHEREFORE**, Dundon hereby respectfully requests final allowance of its fees in the

amount of $635,000.

Dated: May 19, 2021
Harrison, New York

**DUNDON ADVISERS LLC**

*/s/Matthew Dundon*
Matthew Dundon
440 Mamaroneck Ave., Ste. 507
Harrison, NY 10528
Telephone: (917) 838-1930
md@dundon.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*