# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 6/8/21 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: 6/17/21 at 2:00 p.m. (ET)** |
| | ) | **Related to Docket Nos. 371, 611, 664, 721** |

**NOTICE OF THE FIFTH MONTHLY AND FINAL FEE
APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR (I) THE MONTHLY PERIOD FROM
APRIL 1, 2021 THROUGH APRIL 19, 2021 AND (II) THE CASE
PERIOD FROM DECEMBER 5, 2020 THROUGH APRIL 19, 2021**

PLEASE TAKE NOTICE that, on May 19, 2021, the *Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from April 1, 2021 through April 19, 2021 and (ii) the Case Period from December 5, 2020 through April 19, 2021* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Application seeks, on a final basis, approval of fees in the amount of $2,945,180.00 and reimbursement of expenses in the amount of $117,144.98.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application or the relief requested therein must be made in accordance with the *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 269] (the "Interim Compensation Order") and must be filed with the Bankruptcy Court and served so as to be received by the following parties listed in the Interim Compensation Order no later than **June 8, 2021, at 4:00 p.m. (Eastern Time)**:

(a) Counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002, Attn: James T. Grogan and Mack Wilson (jamesgrogan@paulhastings.com and mackwilson@paulhastings.com) and 200 Park Avenue, New York, New York 10166, Attn: G. Alexander Bongartz and Derek Cash (alexbongartz@paulhastings.com and derekcash@paulhastings.com);

(b) Co-counsel to the Debtors, Cousins Law LLC, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, Delaware 19803, Attn: Scott D. Cousins (scott.cousins@cousins-law.com);

(c) The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph James McMahon, Jr. and John Schanne (joseph.mcmahon@usdoj.gov and john.schanne@usdoj.gov); and

(d) Counsel to the Cred Inc. Liquidation Trust, McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173-1922, Attn: Timothy W. Walsh and Darren Azman (twwalsh@mwe.com and dazman@mwe.com) and 1007 North Orange Street, 10th Floor, Wilmington, Delaware, 19801, Attn: David R. Hurst (dhurst@mwe.com).

PLEASE TAKE FURTHER NOTICE that a hearing ("Hearing") on the Application will be held on **June 17, 2021 at 2:00 p.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.  Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such Hearing.

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  Wilmington, Delaware
        May 19, 2021

**MCDERMOTT WILL & EMERY LLP**

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*