# EXHIBIT A

**Walsh Certification**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.¹ | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

### CERTIFICATION OF TIMOTHY W. WALSH

I, Timothy W. Walsh, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner of the firm of McDermott Will & Emery LLP ("McDermott or the "Firm")² which maintains offices for the practice of law at, among other locations, 340 Madison Avenue, New York, New York, 10173-1922. I have been duly admitted to practice in the States of New York, Michigan, and Wisconsin; the United States District Courts for the Northern, Southern, and Eastern Districts of New York, Eastern District of Michigan, and Western District of Wisconsin; and the United States Court of Appeals for the Second Circuit.

2. I have personally performed many of the legal services rendered by McDermott as counsel to the Committee and am familiar with the other work performed on behalf of the Committee by the attorneys and other persons in the Firm.

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from April 1, 2021 through April 19, 2021 and (II) the Case Period from December 5, 2020 through April 19, 2021* (the "Application").

3.      I have reviewed the Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, I believe that such deviations are not material and respectfully request that any such requirement be waived.

4.      In addition, I certify that McDermott has made reasonable efforts to comply with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "U.S. Trustee Guidelines"). With respect to section C.5 of the U.S. Trustee Guidelines, I certify the following with respect to the Case Period:

**Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

**Response**: No, except that McDermott did not increase its rates in these Chapter 11 Cases to reflect its standard 2021 rate increases.

**Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**: The fees sought in the Application did not exceed the fees budgeted for the time period covered by the Application by 10% or more.

**Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**: No.

**Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be

2

compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

Response: The Application includes 34.4 hours, totaling $30,439.75, for time spent to review and revise time entries to ensure compliance with the Local Bankruptcy Rules and to avoid disclosure of privileged or confidential information.

**Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response: As described above, the Application includes 34.4 hours, totaling $30,439.75, for time spent to review and revise time entries to ensure compliance with the Local Bankruptcy Rules and to avoid disclosure of privileged or confidential information.

**Question**: If the fee application includes any rate increases since retention:

i. Did your client review and approve those rate increases in advance?

ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

Response: The Application does not include any rate increases since McDermott's retention.

5. McDermott's staffing plan is attached as **Exhibit 1** hereto. A schedule setting forth a description of the task codes utilized in these Chapter 11 Cases, the number of budgeted and billed hours expended by McDermott Professionals by task code, and the budgeted and billed aggregate fees associated with each task code is attached as **Exhibit 2** hereto. Additionally, a summary of blended hourly rates for McDermott timekeepers who billed to (a) non-bankruptcy matters and (b) the Chapter 11 Cases is attached as **Exhibit 3** hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
May 19, 2021

                                MCDERMOTT WILL & EMERY LLP

                                */s/ Timothy W. Walsh*
                                Timothy W. Walsh
                                340 Madison Avenue
                                New York, New York 10173-1922
                                Telephone: (212) 547-5400
                                Fax: (212) 547-5444

# EXHIBIT 1

## Staffing Plan

Average hourly rates are based on the individual hourly rate of all timekeepers and are provided by position and overall.

| Position | Estimated Number of Timekeepers | Average Hourly Rate ($) |
|---|---|---|
| Partners | 17 | $1,103 |
| Associates | 9 | $674 |
| Litigation Technology Data Analysts | 2 | $195 |
| Paralegals | 3 | $353 |
| Discovery Professionals | 1 | $490 |
| **Total** | **32** | **$836.13** |

# EXHIBIT 2

## Budget & Compensation Summary by Matter
## December 5, 2020 through April 19, 2021

| # | Matter | Hours Budgeted Low | Hours Budgeted High | Hours Billed | Compensation ($) Budgeted Low | Compensation ($) Budgeted High | Compensation ($) Billed |
|---|---|---|---|---|---|---|---|
| B110 | Case Administration | 40 | 60 | 73.0 | $34,000 | $51,000 | $40,748.50 |
| B120 | Asset Analysis and Recovery | 400 | 600 | 453.4 | $340,000 | $510,000 | $357,447.00 |
| B130 | Asset Disposition | 40 | 60 | 21.4 | $34,000 | $51,000 | $23,599.50 |
| B140 | Relief from Stay/Adequate Protection | 100 | 200 | 377.0 | $85,000 | $170,000 | $315,359.00 |
| B150 | Meetings/Communication with Creditors | 200 | 400 | 290.4 | $170,000 | $340,000 | $259,203.50 |
| B155 | Court Hearings | 200 | 400 | 352.7 | $170,000 | $340,000 | $323,180.00 |
| B160 | Fee/Employment Applications | 100 | 200 | 229.8 | $85,000 | $170,000 | $146,532.00 |
| B185 | Assumption/Rejection of Leases | 10 | 20 | 3.0 | $8,500 | $17,000 | $2,643.00 |
| B180 | Avoidance Action Analysis | 10 | 20 | 2.5 | $8,500 | $17,000 | $1,982.50 |
| B190 | Other Contested Matters | 600 | 800 | 938.1 | $510,000 | $680,000 | $719,034.00 |
| B210 | Business Operations | 10 | 20 | 0.5 | $8,500 | $17,000 | $492.50 |
| B220 | Employee Benefits/Pensions | 10 | 20 | 1.6 | $8,500 | $17,000 | $1,610.00 |
| B230 | Financing/Cash Collections | 20 | 40 | 31.0 | $17,000 | $34,000 | $32,198.50 |
| B260 | Board of Directors Matters | 10 | 20 | 0.7 | $8,500 | $17,000 | $962.50 |
| B290 | Insurance | 100 | 200 | 173.4 | $85,000 | $170,000 | $159,704.50 |
| B240 | Tax Matters | 40 | 60 | 53.2 | $34,000 | $51,000 | $62,033.00 |
| B310 | Claims Administration & Objections | 100 | 200 | 93.5 | $85,000 | $170,000 | $76,392.50 |
| B320 | Plan and Disclosure Statement | 200 | 400 | 280.5 | $170,000 | $340,000 | $268,175.00 |
| B430 | Examiner Matters and Data Collection | 100 | 200 | 139.4 | $85,000 | $170,000 | $105,433.00 |
| B460 | General Corporate | 10 | 20 | 13.2 | $8,500 | $17,000 | $12,567.50 |
| **Total** | | **2,300** | **3,940** | **3,528.3** | **$1,955,000** | **$3,349,000** | **$2,909,298.00** |

# EXHIBIT 3

## Rate Disclosure

The blended hourly rate for all U.S.-based McDermott timekeepers (including both professionals and paraprofessionals), excluding time billed on bankruptcy and pro bono engagements and by timekeepers practicing primarily in McDermott's Restructuring and Insolvency Group, during period beginning on December 5, 2020 to April 19, 2021 (the "Comparable Period"), was in the aggregate, approximately $957 per hour (the "Non-Bankruptcy Blended Hourly Rate").[1]

The blended hourly rate for all McDermott timekeepers who billed time to McDermott's representation of the Committee during the Case Period was approximately $825 per hour (the "Committee Blended Hourly Rate"). The following is a comparison of these rates:

| Position | Committee Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $1,064 | $1,147 |
| Associates | $675 | $783 |
| Paralegals | $380 | $334 |
| Discovery Professionals | $490 | $459 |
| Litigation Technology Data Analysts | $195 | $219 |
| **All Positions** | **$825** | **$957** |

---

[1] McDermott calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed during the Comparable Period by U.S.-based McDermott timekeepers, excluding time billed on bankruptcy and pro bono engagements and by timekeepers practicing primarily in McDermott's Restructuring and Insolvency Group, by the total number of corresponding hours billed by U.S.-based McDermott timekeepers during the Comparable Period.