**EXHIBIT B**

**Time Detail for Monthly Period**
**From April 1, 2021 Through April 19, 2021**



Invoice: 3500621                                            04/30/2021
Client: 113270 UCC in re Cred LLC

Debtor's Estate
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Committee Representation

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B110 04/01/21 | Case Administration C. Greer | 0.20 | 77.00 | Update critical dates calendar. |
| B110 04/02/21 | Case Administration C. Greer | 0.10 | 38.50 | Update critical dates calendar. |
| B110 04/14/21 | Case Administration C. Greer | 0.10 | 38.50 | Review docket for upcoming omnibus hearings for D. Hurst. |
| | | 0.40 | 154.00 | |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | Payor: | 111614 |
| | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B120 04/02/21 | Asset Analysis and Recovery S. Ashworth | 5.20 | 3,874.00 | Review and analyze Alexander's third production to determine disposition of assets traceable to Cred. |
| B120 04/03/21 | Asset Analysis and Recovery J. Evans | 1.50 | 1,275.00 | Emails with S. Ashworth and D. Yang re: service of process on third party vendors (.3); emails with S. Ashworth concerning third party claims (.1); review Alexander materials (1.1). |
| B120 04/03/21 | Asset Analysis and Recovery D. Yang | 0.80 | 436.00 | Research re: service addresses for Rule 2004 subpoenas. |
| B120 04/05/21 | Asset Analysis and Recovery J. Evans | 0.90 | 765.00 | Phone conference with A. Kratenstein regarding strategy and next steps (.4); correspondence with S. Ashworth re: issues concerning J. Alexander and third party custodians (.5). |
| B120 04/05/21 | Asset Analysis and Recovery A. Kratenstein | 0.30 | 355.50 | Call with J. Evans re: strategy re: contempt motion and discovery of Alexander. |
| B120 04/05/21 | Asset Analysis and Recovery M. Ferrara | 0.20 | 109.00 | Revise research plan regarding regulation of serving subpoenas pursuant to Bankruptcy Rule 2004 in foreign jurisdictions. |
| B120 04/05/21 | Asset Analysis and Recovery T. Walsh | 0.50 | 687.50 | Review liquidation trust recovery issues. |
| B120 04/05/21 | Asset Analysis and Recovery S. Ashworth | 4.80 | 3,576.00 | Review and analyze Alexander's third production (2.4); outline relevant new information for contempt |



Debtor's Estate

Payor:        111614
Invoice:      3500621
Invoice Date: 04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | hearing and 341 examination (2.4). |
| B120 04/06/21 | Asset Analysis and Recovery M. Ferrara | 2.30 | 1,253.50 | Research international service subpoenas pursuant to Bankruptcy Rule 2004. |
| B120 04/06/21 | Asset Analysis and Recovery T. Walsh | 0.70 | 962.50 | Review Rule 2004 discovery issues. |
| B120 04/06/21 | Asset Analysis and Recovery G. Steinman | 1.70 | 1,266.50 | Review of additional discovery received from J. Alexander. |
| B120 04/07/21 | Asset Analysis and Recovery J. Evans | 0.60 | 510.00 | Emails with counsel for third party vendors regarding subpoenas (.3); correspondence with S. Ashworth regarding next steps (.3). |
| B120 04/07/21 | Asset Analysis and Recovery M. Ferrara | 2.50 | 1,362.50 | Research and summarize findings pertaining to the service of a Rule 2004 bankruptcy proceeding subpoena in foreign jurisdictions. |
| B120 04/08/21 | Asset Analysis and Recovery J. Evans | 1.10 | 935.00 | Review analysis by Dundon concerning J. Alexander (.1); phone conference with Dundon regarding analysis concerning J. Alexander (.5); debrief phone conference with S. Ashworth (.1); review and revise draft letter to J. Alexander (.3); emails with S. Ashworth regarding draft letter to J. Alexander (.1). |
| B120 04/08/21 | Asset Analysis and Recovery S. Ashworth | 3.20 | 2,384.00 | Research and draft demand letter to Alexander regarding deficiencies in his productions |


McDermott
Will & Emery

Debtor's Estate

Payor: 111614
Invoice: 3500621
Invoice Date: 04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | and declarations. |
| B120 04/09/21 | Asset Analysis and Recovery J. Evans | 1.20 | 1,020.00 | Emails with third party regarding subpoena compliance (.2); review subpoena response (.2); emails regarding subpoena responses (.2); emails regarding service of international subpoenas (.2); phone conference with S. Ashworth regarding discovery issues (.4). |
| B120 04/09/21 | Asset Analysis and Recovery A. Hart | 1.00 | 165.00 | Review document productions and create spreadsheet of bank accounts. |
| B120 04/09/21 | Asset Analysis and Recovery S. Ashworth | 4.50 | 3,352.50 | Review and analyze productions and account statements provided by Alexander (4); revise demand letter (.5). |
| B120 04/09/21 | Asset Analysis and Recovery T. Walsh | 0.80 | 1,100.00 | Review 2004 issues. |
| B120 04/09/21 | Asset Analysis and Recovery T. Walsh | 1.00 | 1,375.00 | Review causes of action analysis. |
| B120 04/10/21 | Asset Analysis and Recovery J. Evans | 1.00 | 850.00 | Review and revise Alexander discovery letter (.6); phone conference with S. Ashworth regarding discovery issues (.3); emails regarding Alexander discovery letter (.1). |
| B120 04/11/21 | Asset Analysis and Recovery J. Evans | 1.80 | 1,530.00 | Review and revise letter concerning Alexander (1.4); correspondence with S. |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

Payor: 111614
Invoice: 3500621
Invoice Date: 04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Ashworth regarding letter concerning Alexander (.3); emails with T. Walsh and D. Azman regarding letter concerning Alexander (.1). |
| B120 04/11/21 | Asset Analysis and Recovery S. Ashworth | 6.20 | 4,619.00 | Research, draft, and revise demand letter to Alexander regarding deficiencies in Alexander's declarations and productions. |
| B120 04/12/21 | Asset Analysis and Recovery S. Ashworth | 3.10 | 2,309.50 | Review and analyze causes of action (1.5); draft notice and demand letters to third party vendors (1.6). |
| B120 04/12/21 | Asset Analysis and Recovery T. Walsh | 1.00 | 1,375.00 | Review 2004 investigation issues. |
| B120 04/13/21 | Asset Analysis and Recovery J. Evans | 0.30 | 255.00 | Correspondence regarding 341 hearing and Alexander bankruptcy issues. |
| B120 04/14/21 | Asset Analysis and Recovery J. Evans | 0.90 | 765.00 | Emails with D. Azman regarding Alexander issues (.2); phone conference with counsel for Alexander (.2); review discovery response from Alexander (.4); emails with counsel for Alexander (.1). |
| B120 04/14/21 | Asset Analysis and Recovery T. Walsh | 0.50 | 687.50 | Review Alexander's counsel response to 4/12/21 communications. |
| B120 04/14/21 | Asset Analysis and Recovery D. Azman | 0.10 | 98.50 | Communication with J. Evans re: motion to compel hearing. |
| B120 04/15/21 | Asset Analysis and Recovery | 0.80 | 308.00 | Review Northern District of California Bankruptcy Court website re: telephonic |

 McDermott
Will & Emery

Debtor's Estate

Payor:         111614
Invoice:       3500621
Invoice Date:  04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | C. Greer | | | appearance information for 4/16/21 (.2); retrieve pleadings for same (.6). |
| B120 04/15/21 | Asset Analysis and Recovery C. Greer | 0.30 | 115.50 | Retrieve and circulate letter to District Court by Buchanan (.2); update calendar re: new hearing re: motion to contempt (.1). |
| B120 04/15/21 | Asset Analysis and Recovery J. Evans | 2.90 | 2,465.00 | Emails with C. Greer concerning pro hac vice issues in Alexander case (.1); review emails from counsel for Alexander (.1); prepare for contempt hearing (.5); draft and revise letter to court concerning contempt hearing (.7); phone conferences with E. Townsend (.3); phone conference with D. Azman (.1); correspondence with S. Ashworth regarding contempt hearing (.3); review Court order (.1); review correspondence and production from third party (.3); emails with McDermott discovery concerning third party production (.1); emails with Paul Hastings regarding document collection (.1); phone conference with McDermott discovery regarding document collection (.1); emails with T. Walsh and D. Azman regarding causes of action (.1). |
| B120 | Asset Analysis and | 0.70 | 735.00 | Draft multiple correspondence |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Debtor's Estate

| | | | Payor: | 111614 |
|---|---|---|---|---|
| | | | Invoice: | 3500621 |
| | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/15/21 | Recovery<br>D. Hurst | | | to D. Azman, E. Townsend, et al., re: status of hearing regarding Alexander contempt motion (.4); review and revise notice of redacted form of objection (.2); draft correspondence to C. Greer re: filing and service of same (.1). |
| B120<br>04/16/21 | Asset Analysis and Recovery<br>C. Greer | 1.10 | 423.50 | File notice of deposition of J. Alexander in main bankruptcy case (.2); file notice of deposition of J. Alexander in adversary case (.2); coordinate service (.1); email service to J. Alexander's counsel (.1); prepare declaration of service re: same (.4); update calendar (.1). |
| B120<br>04/16/21 | Asset Analysis and Recovery<br>D. Hurst | 0.60 | 630.00 | Review and revise drafts of deposition notice (.2); draft multiple correspondence to J. Evans, D. Yang re: same (.3); draft correspondence to C. Greer re: filing and service of same (.1). |
| B120<br>04/16/21 | Asset Analysis and Recovery<br>J. Evans | 1.00 | 850.00 | Phone conference with D. Azman regarding J. Alexander issues and strategy (.3); review and revise notice of deposition for J. Alexander (.2); emails with D. Hurst, D. Azman, and D. Yang regarding notice of deposition issues (.2); phone conference with S. Ashworth |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | regarding deposition and discovery issues (.3). |
| B120 04/16/21 | Asset Analysis and Recovery D. Yang | 0.20 | 109.00 | Draft notice of Alexander deposition. |
| B120 04/16/21 | Asset Analysis and Recovery S. Ashworth | 0.50 | 372.50 | Draft list of pending claims and forward to J. Evans. |
| B120 04/16/21 | Asset Analysis and Recovery T. Walsh | 0.20 | 275.00 | Review Dundon update on Ethereum Blockchain. |
| B120 04/17/21 | Asset Analysis and Recovery J. Evans | 0.20 | 170.00 | Correspondence with S. Ashworth regarding correspondence and deposition preparation. |
| B120 04/18/21 | Asset Analysis and Recovery J. Evans | 0.30 | 255.00 | Review and revise cause of action list (.2); correspondence with S. Ashworth regarding cause of action list (.1). |
| B120 04/19/21 | Asset Analysis and Recovery C. Greer | 0.40 | 154.00 | File declaration of service of notice of deposition of J. Alexander in main and adversary cases. |
| B120 04/19/21 | Asset Analysis and Recovery J. Evans | 3.40 | 2,890.00 | Review letter from counsel for Alexander (.2); emails with D. Azman, T. Walsh, and D. Hurst regarding deposition and next steps (.2); phone conference with A. Kratenstein regarding strategy (.3); zoom conference with Examiner regarding causes of action (.5); draft list of potential causes of action (.4); emails with D. Azman regarding |



McDermott
Will & Emery

Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | causes of action (.2); correspondence with S. Ashworth regarding deposition and next steps (.2); zoom conference with Chapter 7 trustee (1); emails with D. Azman and T. Walsh regarding zoom conference with Chapter 7 trustee (.1); emails with Paul Hastings regarding document collection (.2); emails with D. Azman and T.  Walsh regarding meeting with regulatory agency (.1). |
| B120 04/19/21 | Asset Analysis and Recovery A. Kratenstein | 0.30 | 355.50 | Call with J. Evans re: strategy vis Alexander refusing to appear for deposition. |
| B120 04/19/21 | Asset Analysis and Recovery S. Ashworth | 2.30 | 1,713.50 | Draft and revise demand letter to Alexander related to deficiencies in document production. |
| | | 64.90 | 51,075.50 | |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Debtor's Estate

| | | | |
|---|---|---|---|
| Payor: | 111614 | | |
| Invoice: | 3500621 | | |
| Invoice Date: | 04/30/2021 | | |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 04/05/21 | Mtgs/Communications w/Creditor G. Steinman | 1.60 | 1,192.00 | Review of questions raised by the Committee (.6); draft response to same (.8); draft and circulate agenda for April 6 Committee meeting (.2). |
| B150 04/05/21 | Mtgs/Communications w/Creditor T. Walsh | 0.50 | 687.50 | Review Committee agenda. |
| B150 04/05/21 | Mtgs/Communications w/Creditor D. Azman | 0.20 | 197.00 | Communication with T. Walsh and Committee re: Committee questions re: Trust transition issues. |
| B150 04/06/21 | Mtgs/Communications w/Creditor G. Steinman | 1.00 | 745.00 | Prepare for and attend pre-Committee call with Dundon (.3); prepare for and attend weekly Committee call (.7). |
| B150 04/06/21 | Mtgs/Communications w/Creditor T. Walsh | 0.50 | 687.50 | Prepare for Committee call. |
| B150 04/06/21 | Mtgs/Communications w/Creditor T. Walsh | 0.50 | 687.50 | Attend Committee call. |
| B150 04/06/21 | Mtgs/Communications w/Creditor T. Walsh | 0.50 | 687.50 | Attend weekly financial advisor pre-call. |
| B150 04/06/21 | Mtgs/Communications w/Creditor D. Azman | 1.00 | 985.00 | Attend weekly Committee call (.7); pre-call with Dundon re: same (.3). |
| B150 04/08/21 | Mtgs/Communications w/Creditor G. Steinman | 0.50 | 372.50 | Revise Committee meeting minutes. |
| B150 04/12/21 | Mtgs/Communications w/Creditor G. Steinman | 0.30 | 223.50 | Draft Committee meeting agenda and circulate same (.2); circulate executed Stretto services agreement (.1). |
| B150 | Mtgs/Communications | 0.10 | 98.50 | Communication with |



Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/12/21 | w/Creditor<br>D. Azman | | | Committee re: Invictus objection. |
| B150<br>04/13/21 | Mtgs/Communications w/Creditor<br>D. Yang | 4.30 | 2,343.50 | Draft Committee meeting minutes. |
| B150<br>04/13/21 | Mtgs/Communications w/Creditor<br>G. Steinman | 2.00 | 1,490.00 | Prepare for and attend weekly Committee meeting (1); draft email correspondence in response to Committee inquiries (.8); teleconference and email correspondence with D. Azman regarding same (.2). |
| B150<br>04/13/21 | Mtgs/Communications w/Creditor<br>D. Azman | 1.50 | 1,477.50 | Call with Dundon re: plan going effective (.5); status call with Committee re: same (1). |
| B150<br>04/14/21 | Mtgs/Communications w/Creditor<br>G. Steinman | 0.30 | 223.50 | Revise correspondence with Committee in response to inquiries. |
| B150<br>04/14/21 | Mtgs/Communications w/Creditor<br>T. Walsh | 1.20 | 1,650.00 | Review and respond to Committee inquiry (.8); discussions with D. Azman and G. Steinman (.4). |
| B150<br>04/14/21 | Mtgs/Communications w/Creditor<br>D. Yang | 1.30 | 708.50 | Draft Committee meeting minutes. |
| B150<br>04/14/21 | Mtgs/Communications w/Creditor<br>D. Azman | 0.10 | 98.50 | Communication with Committee re: Invictus objection. |
| B150<br>04/15/21 | Mtgs/Communications w/Creditor<br>D. Azman | 0.30 | 295.50 | Call with J. Capp (individual creditor's counsel). |
| B150<br>04/15/21 | Mtgs/Communications w/Creditor<br>T. Walsh | 0.90 | 1,237.50 | Review Committee inquiry (.4); discussions with D. Azman (.5). |
| B150 | Mtgs/Communications | 0.90 | 1,237.50 | Review Dundon's Committee |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Debtor's Estate

| | Payor: | 111614 |
| --- | --- | --- |
| | Invoice: | 3500621 |
| | Invoice Date: | 04/30/2021 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| 04/15/21 | w/Creditor<br>T. Walsh | | | presentation materials. |
| B150<br>04/19/21 | Mtgs/Communications<br>w/Creditor<br>G. Steinman | 0.30 | 223.50 | Prepare and circulate Committee meeting agenda for April 20, 2021 meeting (.2); email correspondence with Committee regarding effective date (.1). |
| | | 19.80 | 17,549.00 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | Payor: | 111614 |
| | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155<br>04/02/21 | Court Hearings<br>G. Steinman | 1.80 | 1,341.00 | Prepare for and attend hearing on Alexander transfer venue motion (1.5); teleconference with D. Azman regarding same (.2); email correspondence with T. Walsh regarding same (.1). |
| B155<br>04/02/21 | Court Hearings<br>T. Walsh | 1.20 | 1,650.00 | Review Alexander litigation and hearing issues. |
| B155<br>04/14/21 | Court Hearings<br>D. Hurst | 0.10 | 105.00 | Draft multiple correspondence to S. Cousins re: upcoming hearing date. |
| B155<br>04/14/21 | Court Hearings<br>J. Evans | 1.10 | 935.00 | Prepare for contempt hearing and review 341 hearing audio. |
| B155<br>04/15/21 | Court Hearings<br>S. Ashworth | 7.20 | 5,364.00 | Review and analyze 341 examination and prepare argument for Alexander contempt hearing. |
| B155<br>04/15/21 | Court Hearings<br>E. Townsend | 0.80 | 716.00 | Review emails regarding case strategy (.6); review of letter to chambers (.2). |
| B155<br>04/16/21 | Court Hearings<br>G. Steinman | 1.00 | 745.00 | Prepare for and attend hearing on Alexander venue transfer. |
| B155<br>04/16/21 | Court Hearings<br>S. Ashworth | 2.10 | 1,564.50 | Outline and draft motion for contempt arguments and supporting facts. |
| B155<br>04/19/21 | Court Hearings<br>T. Walsh | 1.50 | 2,062.50 | Preparation for Alexander contempt hearing. |
| B155<br>04/19/21 | Court Hearings<br>D. Azman | 0.80 | 788.00 | Prepare for Invictus hearing. |
| | | 17.60 | 15,271.00 | |



Debtor's Estate

| | | |
|---|---|---|
| Payor: | 111614 |
| Invoice: | 3500621 |
| Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 04/01/21 | Fee/Employment Applications T. Walsh | 0.80 | 1,100.00 | Review Grant Thornton negotiations. |
| B160 04/01/21 | Fee/Employment Applications T. Walsh | 0.50 | 687.50 | Review Paul Hastings fee issues. |
| B160 04/02/21 | Fee/Employment Applications C. Greer | 0.80 | 308.00 | Prepare McDermott March fee application. |
| B160 04/05/21 | Fee/Employment Applications C. Greer | 2.20 | 847.00 | Prepare McDermott March fee application. |
| B160 04/06/21 | Fee/Employment Applications C. Greer | 2.00 | 770.00 | Prepare McDermott fee application. |
| B160 04/06/21 | Fee/Employment Applications C. Greer | 3.00 | 1,155.00 | Review and revise McDermott March invoice for confidential information and prepare fee application. |
| B160 04/06/21 | Fee/Employment Applications G. Steinman | 0.90 | 670.50 | Review and revise liquidation trust independent contractor agreement (.8); email correspondence with E. Reubel regarding same (.1). |
| B160 04/07/21 | Fee/Employment Applications G. Steinman | 0.80 | 596.00 | Revise Stretto services agreement (.6); email correspondence with D. Azman regarding same (.2). |
| B160 04/07/21 | Fee/Employment Applications T. Walsh | 1.50 | 2,062.50 | Review Reid Collins fee proposal. |
| B160 04/08/21 | Fee/Employment Applications G. Steinman | 1.50 | 1,117.50 | Review and revise McDermott's March invoice for privileged information. |
| B160 04/08/21 | Fee/Employment Applications | 0.30 | 223.50 | Review and compile Stretto retention documents. |



Debtor's Estate

| | | | Payor: | 111614 |
| | | | Invoice: | 3500621 |
| | | | Invoice Date: | 04/30/2021 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>04/08/21 | G. Steinman<br>Fee/Employment<br>Applications | 0.50 | 687.50 | Review Stretto retention. |
| B160<br>04/09/21 | T. Walsh<br>Fee/Employment<br>Applications | 4.00 | 1,540.00 | Review and revise McDermott March invoice for privileged information. |
| B160<br>04/09/21 | C. Greer<br>Fee/Employment<br>Applications | 0.20 | 77.00 | Prepare certificate of no objection re: McDermott fee application. |
| B160<br>04/09/21 | C. Greer<br>Fee/Employment<br>Applications | 0.20 | 149.00 | Call with D. Azman regarding Stretto retention. |
| B160<br>04/09/21 | G. Steinman<br>Fee/Employment<br>Applications | 0.80 | 1,100.00 | Review Reid Collins retention negotiations. |
| B160<br>04/11/21 | T. Walsh<br>Fee/Employment<br>Applications | 2.00 | 770.00 | Review and revise McDermott March invoice for privileged information. |
| B160<br>04/12/21 | C. Greer<br>Fee/Employment<br>Applications | 0.10 | 105.00 | Review certificate of no objection, and draft correspondence to C. Greer re: filing of same re: McDermott fee application. |
| B160<br>04/12/21 | D. Hurst<br>Fee/Employment<br>Applications | 1.20 | 462.00 | Review and manage payment to third party vendor, CipherTrace, regarding services from January and February 2021. |
| B160<br>04/12/21 | C. Greer<br>Fee/Employment<br>Applications | 0.30 | 115.50 | File certificate of no objection re: McDermott February fee application (.2); retrieve and email to debtors' counsel (.1). |
| B160<br>04/12/21 | C. Greer<br>Fee/Employment<br>Applications | 0.30 | 115.50 | Update fee application chart. |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Debtor's Estate

| | | Payor: | 111614 |
| --- | --- | --- | --- |
| | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B160 04/12/21 | Fee/Employment Applications G. Steinman | 5.30 | 3,948.50 | Draft motion to retain Stretto and terminate Donlin (4.2); email correspondence with D. Azman regarding same (.1); email correspondence with Stretto regarding same (.1); review and revise McDermott's march invoice (.8); email correspondence with CipherTrace regarding outstanding invoices (.1). |
| B160 04/13/21 | Fee/Employment Applications C. Greer | 0.30 | 115.50 | Update fee application chart. |
| B160 04/13/21 | Fee/Employment Applications C. Greer | 2.50 | 962.50 | Revise McDermott March invoice for privileged information. |
| B160 04/13/21 | Fee/Employment Applications T. Walsh | 0.50 | 687.50 | Review Examiner discharge motion review. |
| B160 04/14/21 | Fee/Employment Applications C. Greer | 0.20 | 77.00 | Update fee application chart. |
| B160 04/14/21 | Fee/Employment Applications C. Greer | 1.00 | 385.00 | Review and revise McDermott March fee invoice for privileged information. |
| B160 04/14/21 | Fee/Employment Applications C. Greer | 1.80 | 693.00 | Prepare McDermott March fee application. |
| B160 04/15/21 | Fee/Employment Applications G. Steinman | 0.50 | 372.50 | Review and revise McDermott March fee statement. |
| B160 04/15/21 | Fee/Employment Applications T. Walsh | 0.70 | 962.50 | Review fee structure proposal from Reid Collins. |
| B160 | Fee/Employment | 1.00 | 385.00 | Review and revise McDermott March fee application. |

 McDermott
Will & Emery

Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/16/21 | Applications<br>C. Greer | | | |
| B160<br>04/16/21 | Fee/Employment<br>Applications<br>C. Greer | 0.50 | 192.50 | File McDermott fourth fee application (.2); review interim compensation order (.1); coordinate service (.1); circulate (.1). |
| B160<br>04/16/21 | Fee/Employment<br>Applications<br>D. Hurst | 3.30 | 3,465.00 | Review time detail for privilege and compliance with local rules (1.6); review and revise drafts of March fee application (1.4); draft multiple correspondence to C. Greer re: same (.3). |
| B160<br>04/16/21 | Fee/Employment<br>Applications<br>G. Steinman | 0.20 | 149.00 | Email correspondence with C. Greer regarding third party invoices. |
| | | 41.70 | 27,054.50 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott
## Will & Emery

Debtor's Estate

| | | | Payor: | 111614 |
|---|---|---|---|---|
| | | | Invoice: | 3500621 |
| | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 04/01/21 | Other Contested Matters D. Azman | 0.10 | 98.50 | Communication with C. Greer et al. re: Alexander venue transfer. |
| B190 04/08/21 | Other Contested Matters C. Greer | 0.20 | 77.00 | Retrieve and circulate Alexander order granting transfer of venue. |
| B190 04/12/21 | Other Contested Matters G. Steinman | 0.50 | 372.50 | Review of Innreg response to Examiner's report (.4); correspondence with J. Evans regarding same (.1). |
| B190 04/12/21 | Other Contested Matters T. Walsh | 1.00 | 1,375.00 | Review Alexander bankruptcy litigation. |
| B190 04/13/21 | Other Contested Matters D. Hurst | 0.20 | 210.00 | Draft multiple correspondence to A. Giuliano, D. Azman re: James Alexander chapter 7 case. |
| B190 04/13/21 | Other Contested Matters D. Azman | 0.50 | 492.50 | Call with A. Giuliano re: Alexander (.4); follow-up communication with T. Walsh re: same (.1). |
| B190 04/13/21 | Other Contested Matters T. Walsh | 0.50 | 687.50 | Review Alexander litigation. |
| B190 04/14/21 | Other Contested Matters D. Hurst | 0.20 | 210.00 | Draft multiple correspondence to R. Jareck, D. Azman re: James Alexander chapter 7 case. |
| B190 04/14/21 | Other Contested Matters T. Walsh | 0.70 | 962.50 | Review open issues and related status in Alexander matters. |
| B190 04/14/21 | Other Contested Matters S. Ashworth | 6.20 | 4,619.00 | Review and analyze Alexander's account statements, declaration and revised declarations, productions of documents and bankruptcy schedules; draft argument for April 16 |



Debtor's Estate

| | | Payor: | 111614 |
| | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | hearing on the Committee's motion for contempt. |
| B190 04/15/21 | Other Contested Matters G. Steinman | 0.30 | 223.50 | Call and email correspondence with D. Azman regarding hearing on Alexander venue transfer. |
| B190 04/18/21 | Other Contested Matters G. Steinman | 0.10 | 74.50 | Email correspondence with D. Azman regarding hearing on Alexander venue transfer motion. |
| B190 04/19/21 | Other Contested Matters D. Hurst | 0.20 | 210.00 | Review letter from J. Alexander re: scheduled deposition (.1); draft correspondence to D. Azman re: same (.1). |
| B190 04/19/21 | Other Contested Matters D. Azman | 1.00 | 985.00 | Communication with J. Evans et al. re: Alexander contempt hearing (.5); call with Alexander's chapter 7 counsel re: various issues (.5). |
| | | 11.70 | 10,597.50 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*

 McDermott
Will & Emery

Debtor's Estate

| | |
|---|---|
| Payor: | 111614 |
| Invoice: | 3500621 |
| Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 04/08/21 | Financing/Cash Collections G. Steinman | 0.30 | 223.50 | Correspondence and teleconference with J. Evans and Bitgo regarding trust account. |
| B230 04/08/21 | Financing/Cash Collections J. Evans | 0.40 | 340.00 | Phone conference with BitGo (.2); review emails concerning BitGo and onboarding issues (.2). |
| B230 04/09/21 | Financing/Cash Collections G. Steinman | 0.60 | 447.00 | Correspondence and meeting with J. Evans and Bitgo regarding trust account onboarding. |
| B230 04/09/21 | Financing/Cash Collections J. Evans | 0.30 | 255.00 | Video conference with BitGo. |
| B230 04/12/21 | Financing/Cash Collections J. Evans | 1.80 | 1,530.00 | Emails with D. Azman and T. Walsh concerning letter to Alexander (.3); emails with D. Hurst regarding discovery issues (.2); correspondence with S. Ashworth regarding discovery issues (.4); review filing by InnReg (.5); phone conference with D. Azman regarding issues concerning Alexander and discovery (.2); emails with D. Azman and T. Walsh concerning document collection issues (.2). |
| B230 04/12/21 | Financing/Cash Collections G. Steinman | 1.00 | 745.00 | Email correspondence with Bitgo regarding trust account (.4); meeting with E. Reubel regarding same (.6). |
| B230 04/13/21 | Financing/Cash Collections G. Steinman | 2.00 | 1,490.00 | Teleconferences with Bitgo, Metropolitan Bank, and E. Reubel regarding transfer and |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | opening of accounts (1.5); email correspondence with E. Reubel and M. Dundon regarding same (.2); draft account registration information with BitGo (.2); email correspondence with BitGo regarding same (.1). |
| B230 04/14/21 | Financing/Cash Collections G. Steinman | 1.10 | 819.50 | Prepare financial account information for trust (.5); email correspondence and calls with BitGo and E. Reubel regarding same (.5); email correspondence with Metropolitan Bank regarding same (.1). |
| B230 04/15/21 | Financing/Cash Collections G. Steinman | 1.10 | 819.50 | Email correspondence with BitGo regarding account opening (.2); finalize documents regarding same (.2); email correspondence with M. Michelin regarding same (.1); review of trust agreement for appropriate authorities (.3); teleconference with Metropolitan Bank (.3). |
| B230 04/16/21 | Financing/Cash Collections G. Steinman | 0.30 | 223.50 | Email correspondence with BitGo regarding account opening (.1); call and email correspondence with Metropolitan Bank regarding account transfers (.2). |
| B230 04/16/21 | Financing/Cash Collections T. Walsh | 0.50 | 687.50 | Review escrow issues. |
| B230 | Financing/Cash | 0.10 | 85.00 | Review emails concerning |


McDermott
Will & Emery

Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/16/21 | Collections<br>J. Evans | | | BitGo issues. |
| B230<br>04/19/21 | Financing/Cash<br>Collections<br>G. Steinman | 0.20 | 149.00 | Email correspondence with<br>BitGo regarding trust account. |
| | | 9.70 | 7,814.50 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

Payor:         111614
Invoice:       3500621
Invoice Date:  04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 04/02/21 | Claims Administration & Object D. Azman | 0.60 | 591.00 | Communication with D. Yang re: Invictus objection. |
| B310 04/03/21 | Claims Administration & Object D. Yang | 1.70 | 926.50 | Revise Dundon declaration in support of objection to Invictus claim. |
| B310 04/05/21 | Claims Administration & Object D. Yang | 5.50 | 2,997.50 | Revise Dundon declaration in support of objection to Invictus claim (2.8); draft objection to Invictus claim (2.7). |
| B310 04/05/21 | Claims Administration & Object D. Azman | 0.40 | 394.00 | Communication with D. Yang re: Invictus objection. |
| B310 04/06/21 | Claims Administration & Object D. Yang | 0.70 | 381.50 | Draft objection to Invictus claim (.4); review proof of claim deadline in Alexander individual bankruptcy (.3). |
| B310 04/06/21 | Claims Administration & Object T. Walsh | 1.00 | 1,375.00 | Review claims analysis. |
| B310 04/06/21 | Claims Administration & Object D. Azman | 0.70 | 689.50 | Review and revise Invictus objection (.5); discuss same with T. Walsh (.2). |
| B310 04/07/21 | Claims Administration & Object D. Yang | 1.40 | 763.00 | Draft objection to Invictus claim. |
| B310 04/07/21 | Claims Administration & Object D. Hurst | 0.70 | 735.00 | Review and analyze Committee objection to substantial contribution claim and related declaration, and draft comments re: same (.6); draft correspondence to D. Azman re: same (.1). |
| B310 04/08/21 | Claims Administration & Object | 0.50 | 525.00 | Analyze issue re: filing Invictus objection under seal |

340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | D. Hurst | | | (.3); draft correspondence to D. Yang re: same (.1); telephone call with D. Azman re: same (.1). |
| B310 04/08/21 | Claims Administration & Object D. Yang | 2.40 | 1,308.00 | Draft objection to Invictus claim. |
| B310 04/08/21 | Claims Administration & Object G. Steinman | 0.30 | 223.50 | Email correspondence with D. Azman and D. Yang regarding objection to substantial contribution claim. |
| B310 04/08/21 | Claims Administration & Object T. Walsh | 0.30 | 412.50 | Review Invictus objection filing under seal. |
| B310 04/09/21 | Claims Administration & Object D. Yang | 0.30 | 163.50 | Conference with Katten, Morris Nichols regarding Invictus claim. |
| B310 04/09/21 | Claims Administration & Object D. Hurst | 0.90 | 945.00 | Review revised objection to substantial contribution claim and related declaration, and finalize in preparation for filing (.7); telephone call with D. Azman re: same (.1); draft multiple correspondence to D. Yang re: same (.1). |
| B310 04/09/21 | Claims Administration & Object D. Azman | 0.30 | 295.50 | Call with Invictus counsel re: potential settlement. |
| B310 04/12/21 | Claims Administration & Object D. Hurst | 0.50 | 525.00 | Draft multiple correspondence to D. Azman re: status of objection to substantial contribution claim (.1); research re: discovery issue (.2); draft multiple correspondence to J. Evans re: same (.2). |
| B310 | Claims Administration & | 1.20 | 1,650.00 | Review Invictus negotiations |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

Payor: 111614
Invoice: 3500621
Invoice Date: 04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/12/21 | Object<br>T. Walsh | | | and objection revisions. |
| B310<br>04/13/21 | Claims Administration &<br>Object<br>J. Evans | 0.10 | 85.00 | Correspondence with D. Yang and D. Azman regarding insurance denials. |
| B310<br>04/13/21 | Claims Administration &<br>Object<br>T. Walsh | 0.50 | 687.50 | Review Invictus negotiations. |
| B310<br>04/13/21 | Claims Administration &<br>Object<br>T. Walsh | 0.70 | 962.50 | Review Invictus objection revisions. |
| B310<br>04/14/21 | Claims Administration &<br>Object<br>C. Greer | 0.50 | 192.50 | File Committee objection to Invictus substantial contribution motion (.3); review docket for service information (.1); serve same by email (.1). |
| B310<br>04/14/21 | Claims Administration &<br>Object<br>D. Yang | 1.70 | 926.50 | Draft motion to redact exhibit to Invictus objection. |
| B310<br>04/14/21 | Claims Administration &<br>Object<br>D. Hurst | 1.90 | 1,995.00 | Review revised objection to substantial contribution claim (.5); draft multiple correspondence to D. Azman, D. Yang re: same (.4); review related motion to seal (.3); draft correspondence to D. Yang re: same (.1); draft multiple correspondence to C. Greer re: filing of objection to substantial contribution claim under seal (.2); analyze issues re: prosecution of certain motions after plan effective date (.2); draft multiple correspondence to D. |



Debtor's Estate

Payor: 111614
Invoice: 3500621
Invoice Date: 04/30/2021

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 04/14/21 | Claims Administration & Object D. Azman | 0.40 | 394.00 | Azman re: same (.2). Communication with D. Hurst re: Invictus objection (.2); review 107 motion re: same (.2). |
| B310 04/14/21 | Claims Administration & Object T. Walsh | 1.00 | 1,375.00 | Review settlement negotiations re Invictus. |
| B310 04/15/21 | Claims Administration & Object C. Greer | 0.80 | 308.00 | File motion for Committee to file objection under seal re Invictus substantial contribution motion (.2); retrieve same (.1); coordinate service (.1); file notice of filing of proposed redacted version of objection to Invictus substantial contribution motion (.2); retrieve same (.1); coordinate service (.1). |
| B310 04/15/21 | Claims Administration & Object D. Hurst | 0.70 | 735.00 | Draft multiple correspondence to D. Yang re: status of motion to seal objection to substantial contribution claim (.1); review and revise motion to seal in preparation for filing (.5); draft correspondence to C. Greer re: filing and service of same (.1). |
| B310 04/15/21 | Claims Administration & Object D. Yang | 0.70 | 381.50 | Draft motion to redact exhibit to Invictus objection and notice of filing of redacted version. |
| B310 04/16/21 | Claims Administration & Object T. Walsh | 0.20 | 275.00 | Review Invictus issues. |
| B310 04/19/21 | Claims Administration & Object | 0.10 | 105.00 | Review and revise declaration of service, and draft |

340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.


McDermott
Will & Emery

Debtor's Estate

| | Payor: | 111614 |
| --- | --- | --- |
| | Invoice: | 3500621 |
| | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| | D. Hurst | | | correspondence to C. Greer re: filing of same re: objection to Invictus substantial contribution claim. |
| B310 04/19/21 | Claims Administration & Object T. Walsh | 0.90 | 1,237.50 | Review Invictus issues and upcoming hearing. |
| B310 04/19/21 | Claims Administration & Object D. Hurst | 0.30 | 315.00 | Review and analyze Invictus reply to objections to motion for substantial contribution claim. |
| | | 29.90 | 24,876.00 | |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | | | | |
|---|---|---|---|---|---|
| | | | Payor: | 111614 | |
| | | | Invoice: | 3500621 | |
| | | | Invoice Date: | 04/30/2021 | |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320<br>04/01/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 0.70 | 962.50 | Review issues regarding plan effective date. |
| B320<br>04/02/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 0.80 | 1,100.00 | Review liquidation trust structure. |
| B320<br>04/05/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 0.80 | 1,100.00 | Review plan effective date issues. |
| B320<br>04/06/21 | Plan and Disclosure<br>Statement<br>G. Steinman | 0.30 | 223.50 | Teleconference with T. Walsh and D. Azman regarding steps to go effective. |
| B320<br>04/07/21 | Plan and Disclosure<br>Statement<br>D. Azman | 0.40 | 394.00 | Communication with Stretto re: agency transition. |
| B320<br>04/07/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 0.30 | 412.50 | Review director issues. |
| B320<br>04/08/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 1.00 | 1,375.00 | Review effective date issues and trust formation. |
| B320<br>04/09/21 | Plan and Disclosure<br>Statement<br>D. Hurst | 0.30 | 315.00 | Review motion for dismissal of claims agent (.1); telephone call with D. Azman re: retention of alternative claims agent (.2). |
| B320<br>04/09/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 1.00 | 1,375.00 | Review effective date issues. |
| B320<br>04/12/21 | Plan and Disclosure<br>Statement<br>T. Walsh | 0.50 | 687.50 | Review effective date issues. |
| B320<br>04/14/21 | Plan and Disclosure<br>Statement<br>G. Steinman | 2.70 | 2,011.50 | Review of plan and trust agreement regarding Committee dissolution (.8); research regarding same (1); |



McDermott
Will & Emery

Debtor's Estate

| | | | | Payor: | 111614 |
| | | | | Invoice: | 3500621 |
| | | | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | email correspondence and call with D. Azman regarding same (.3); email correspondence with Debtors regarding same (.2); review of notice of effective date (.2); email correspondence and call with Stretto regarding same (.2). |
| B320 04/14/21 | Plan and Disclosure Statement T. Walsh | 0.50 | 687.50 | Review open issues regarding plan effective date. |
| B320 04/14/21 | Plan and Disclosure Statement D. Azman | 0.50 | 492.50 | Communication with G. Steinman et al. re plan modification (.4); call with U.S. Trustee re: plan effectiveness (.1). |
| B320 04/15/21 | Plan and Disclosure Statement G. Steinman | 1.20 | 894.00 | Revise notice of effective date (.2); email correspondence with Debtors regarding same (.1); review of notice of amended plan and plan changes (.2); email correspondence with Debtors regarding same (.1); email correspondence with Debtors regarding executed trust documents (.2); teleconference with E. Reubel regarding effective date preparations (.4). |
| B320 04/15/21 | Plan and Disclosure Statement D. Azman | 0.20 | 197.00 | Call with E. Reubel re: plan effective issues. |
| B320 04/16/21 | Plan and Disclosure Statement G. Steinman | 0.20 | 149.00 | Email correspondence with Debtors regarding amended plan filing. |



Debtor's Estate

| | Payor: | 111614 |
|---|---|---|
| | Invoice: | 3500621 |
| | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 04/16/21 | Plan and Disclosure Statement T. Walsh | 0.50 | 687.50 | Review pre-effective date open issues. |
| B320 04/19/21 | Plan and Disclosure Statement G. Steinman | 0.10 | 74.50 | Review of revised notice of effective date. |
| B320 04/19/21 | Plan and Disclosure Statement T. Walsh | 0.80 | 1,100.00 | Review effective date issues and final checklist. |
| B320 04/19/21 | Plan and Disclosure Statement D. Azman | 0.20 | 197.00 | Communication with M. Foster re effective date issues. |
| | | 13.00 | 14,435.50 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

Payor:          111614
Invoice:        3500621
Invoice Date:   04/30/2021

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B430<br>04/13/21 | Examiner Matters and<br>Data Collection<br>G. Steinman | 1.10 | 819.50 | Review of motion to discharge Examiner (.6); research regarding same (.3); email correspondence with D. Azman regarding same (.2). |
| B430<br>04/15/21 | Examiner Matters and<br>Data Collection<br>B. Casten | 0.70 | 343.00 | Coordinate transfer, tracking, processing, and loading of the received third party production into the document repository, update all text indexes and search term reports for the same. |
| | | 1.80 | 1,162.50 | |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


# McDermott
# Will & Emery

Debtor's Estate

| | Payor: | 111614 |
| --- | --- | --- |
| | Invoice: | 3500621 |
| | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B460 04/01/21 | General Corporate D. Azman | 0.30 | 295.50 | Communication with Dundon re: Trust transition issues. |
| B460 04/05/21 | General Corporate E. Belosa | 1.30 | 1,430.00 | Review and edit consulting agreement. |
| B460 04/07/21 | General Corporate G. Steinman | 1.40 | 1,043.00 | Review of Debtor bylaws and related corporate organization documents (1.2); email correspondence with M. Mihanovic regarding same (.2). |
| B460 04/08/21 | General Corporate G. Steinman | 0.70 | 521.50 | Email correspondence with M. Mihanovic and D. Azman regarding trust corporate organization. |
| B460 04/09/21 | General Corporate G. Steinman | 1.30 | 968.50 | Review of corporate organization documents received from the Debtors (1); email correspondence with M. Mihanovic regarding same (.2); email correspondence with Debtors regarding same (.1). |
| B460 04/09/21 | General Corporate M. Mihanovic | 0.50 | 602.50 | Review corporate governance and corporate approval issues. |
| B460 04/10/21 | General Corporate G. Steinman | 0.20 | 149.00 | Email correspondence with A. Sharma regarding corporate trust documents. |
| B460 04/10/21 | General Corporate M. Mihanovic | 0.30 | 361.50 | Review corporate governance issues corporate approval issues. |
| B460 04/10/21 | General Corporate A. Sharma | 0.90 | 747.00 | Review and provide comments to resignation letter, board consent and amended charter (.7); communications with G. |



McDermott
Will & Emery

Debtor's Estate

| | Payor: | 111614 |
| --- | --- | --- |
| | Invoice: | 3500621 |
| | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| | | | | Steinman regarding same (.2). |
| B460 04/11/21 | General Corporate G. Steinman | 0.80 | 596.00 | Review of revised trust corporate organizational documents received from A. Sharma (.7); email correspondence with D. Azman regarding same (.1). |
| B460 04/11/21 | General Corporate M. Mihanovic | 0.30 | 361.50 | Review bylaws Issue and directors issue. |
| B460 04/12/21 | General Corporate G. Steinman | 1.00 | 745.00 | Review of trust corporate organization documents (.5); email correspondence with A. Sharma and Debtors regarding same (.2); call with A. Sharma regarding same (.2); email correspondence with Dundon regarding same (.1). |
| B460 04/12/21 | General Corporate A. Sharma | 0.50 | 415.00 | Telephone conference with G. Steinman regarding board appointment (.2); revise board consent (.2); review communications with M. Mihanovic regarding same (.1). |
| B460 04/13/21 | General Corporate G. Steinman | 0.20 | 149.00 | Email correspondence with Debtors regarding final corporate organizational documents. |
| B460 04/14/21 | General Corporate G. Steinman | 0.70 | 521.50 | Email correspondence with D. Azman, Debtors, and trustees regarding trust documents (.3); email correspondence with Debtors regarding corporate organization documents (.1); review of |

340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Debtor's Estate

| | | Payor: | 111614 |
|---|---|---|---|
| | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same (.3). |
| B460 04/16/21 | General Corporate G. Steinman | 0.30 | 223.50 | Email correspondence with E. Belosa and D. Azman regarding independent contractor agreement. |
| B460 04/16/21 | General Corporate T. Walsh | 0.40 | 550.00 | Review of Trust corporate governance issues. |
| B460 04/19/21 | General Corporate T. Walsh | 0.60 | 825.00 | Review of Trust corporate governance issues. |
| B460 04/19/21 | General Corporate T. Walsh | 1.50 | 2,062.50 | Review of Trust administration issues (1.0); correspondence with D. Azman regarding same (.5). |
| | | 13.20 | 12,567.50 | |

**Total Hours**   223.70      **Total For Services**   182,557.50

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Ashworth | 45.30 | 745.00 | 33,748.50 |
| D. Azman | 9.70 | 985.00 | 9,554.50 |
| E. Belosa | 1.30 | 1,100.00 | 1,430.00 |
| B. Casten | 0.70 | 490.00 | 343.00 |
| J. Evans | 20.90 | 850.00 | 17,765.00 |
| M. Ferrara | 5.00 | 545.00 | 2,725.00 |
| C. Greer | 27.80 | 385.00 | 10,703.00 |
| A. Hart | 1.00 | 165.00 | 165.00 |
| D. Hurst | 11.30 | 1,050.00 | 11,865.00 |
| A. Kratenstein | 0.60 | 1,185.00 | 711.00 |
| M. Mihanovic | 1.10 | 1,205.00 | 1,325.50 |
| A. Sharma | 1.40 | 830.00 | 1,162.00 |
| G. Steinman | 40.20 | 745.00 | 29,949.00 |
| E. Townsend | 0.80 | 895.00 | 716.00 |
| T. Walsh | 35.60 | 1,375.00 | 48,950.00 |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


## McDermott
## Will & Emery

Debtor's Estate

Payor:        111614
Invoice:      3500621
Invoice Date:  04/30/2021

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Yang | 21.00 | 545.00 | 11,445.00 |
| **Totals** | **223.70** | | **$182,557.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 0.40 | 154.00 |
| B120 | Asset Analysis and Recovery | 64.90 | 51,075.50 |
| B150 | Mtgs/Communications w/Creditor | 19.80 | 17,549.00 |
| B155 | Court Hearings | 17.60 | 15,271.00 |
| B160 | Fee/Employment Applications | 41.70 | 27,054.50 |
| B190 | Other Contested Matters | 11.70 | 10,597.50 |
| B230 | Financing/Cash Collections | 9.70 | 7,814.50 |
| B310 | Claims Administration & Object | 29.90 | 24,876.00 |
| B320 | Plan and Disclosure Statement | 13.00 | 14,435.50 |
| B430 | Examiner Matters and Data Collection | 1.80 | 1,162.50 |
| B460 | General Corporate | 13.20 | 12,567.50 |
| | | 223.70 | 182,557.50 |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*