**EXHIBIT C**

**Expense Detail for Monthly Period
From April 1, 2021 Through April 19, 2021**



Debtor's Estate

| | |
|---|---|
| Payor: | 111614 |
| Invoice: | 3500621 |
| Invoice Date: | 04/30/2021 |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 12/31/20 | Depositions<br>VENDOR: Veritext INVOICE#: 4745812 DATE: 12/31/2020 - deposition video - cancellation of Marc Parrish | 395.00 |
| 12/31/20 | Depositions<br>VENDOR: Veritext INVOICE#: 4747193 DATE: 12/31/2020 - cancelation of deposition reporting services and exhibit share for Marc Parrish | 745.00 |
| 01/26/21 | Depositions<br>VENDOR: Veritext INVOICE#: 4788322 DATE: 1/26/2021 - deposition services for Marc Parrish | 1,685.00 |
| 01/28/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097074 | 195.33 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Date | Description | Amount |
|---|---|---:|
| 01/31/21 | Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL097131 DATE: 1/28/2021 - mailout services | 88.80 |
| 02/02/21 | Depositions<br>VENDOR: Veritext INVOICE#: 4801773 DATE: 2/2/2021 - deposition of Daniyal Bali Mohamnmad Inamullah | 800.00 |
| 02/18/21 | Obtain Copy of Transcripts<br>VENDOR: Briggs Reporting Company Inc INVOICE#: 21935 DATE: 2/18/2021 - hearing transcript for 2/16/21 in California | 82.00 |
| 03/04/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL097720 DATE: 3/4/2021 - mailout services | 1,658.30 |
| 03/22/21 | Depositions<br>VENDOR: Veritext INVOICE#: 4898326 DATE: 3/22/2021 - deposition of James Alexander | 1,451.00 |
| 03/24/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL098056 DATE: 3/24/2021 - mailout services | 255.30 |
| 03/24/21 | Express Mail<br>FedEx #732297430 - 773254677431, WILMINGTON | 15.72 |
| 03/24/21 | Express Mail<br>FedEx #732297430 - 773254691067, SHERMAN OAKS | 23.78 |
| 03/24/21 | Express Mail<br>FedEx #732297430 - 773254707276, LOS ANGELES | 23.78 |
| 03/24/21 | Express Mail<br>FedEx #732297430 - 773254719214, LOS ANGELES | 23.78 |
| 03/25/21 | Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL098081 DATE: 3/25/2021 - mailout services | 115.56 |
| 03/26/21 | Filing/Registration Fee<br>VENDOR: BMO Harris Bank NA INVOICE#: 2064032621LS DATE: 3/26/2021 - 2021-03-11 USBC Northern District of California | 317.00 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Debtor's Estate

| | |
|---|---|
| Payor: | 111614 |
| Invoice: | 3500621 |
| Invoice Date: | 04/30/2021 |

| Date | Description | Amount |
|---|---|---|
| 03/26/21 | Filing/Registration Fee<br>VENDOR: BMO Harris Bank NA INVOICE#: 2064032621LS DATE: 3/26/2021 - 2021-03-23 USBC District of Delaware - Withdrawal of Reference Motion | 188.00 |
| 03/30/21 | Express Mail<br>FedEx #733088873 - 773310985762, LOS ANGELES | 25.28 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604250-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 4.20 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604250-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 1.70 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604250-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 96.00 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604250-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 0.70 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604250-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 7.10 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 4841559-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 5.30 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 4841559-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 37.00 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 846.50 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | 3.60 |
| 03/31/21 | Computer Research<br>Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; | 4.00 |



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Date | Description | Amount |
|---|---|---|
| | usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 19.00 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 57.60 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 9.60 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 12.70 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 10.20 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 41.70 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 29.00 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 1.00 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 0.70 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 5.20 |
| | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 92.00 |
| | Pacer; Invoice# 3104636-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021 | |
| 03/31/21 | Computer Research | 1.50 |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



| | | Payor: | 111614 |
|---|---|---|---|
| Debtor's Estate | | Invoice: | 3500621 |
| | | Invoice Date: | 04/30/2021 |

| Date | Description | Amount |
|---|---|---:|
| 03/31/21 | Pacer; Invoice# 2604251-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 252.40 |
| 03/31/21 | Pacer; Invoice# 2604251-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 3.20 |
| 03/31/21 | Pacer; Invoice# 2604251-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 9.30 |
| 03/31/21 | Pacer; Invoice# 2604251-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 16.10 |
| 03/31/21 | Pacer; Invoice# 2604251-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 0.60 |
| 03/31/21 | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Computer Research | 2.00 |
| 03/31/21 | Pacer; Invoice# 2604266-Q12021; Invoice Date 4/7/2021; usage 1/1/2021 - 3/31/2021<br>Express Mail | 58.00 |
| 03/31/21 | VENDOR: Reliable Copy Service INVOICE#: WL098174 DATE: 3/31/2021 - Duplication and mailing services on March 30, 2021<br>Professional Services | 1,054.32 |
| | VENDOR: Stretto INVOICE#: 4815 DATE: 3/31/2021 - website hosting fees | |
| 04/07/21 | Computer Research | 121.86 |
| | Computer Research, MIKE FERRARA | |
| 04/08/21 | Computer Research | 802.75 |
| | Computer Research, DARREN YANG | |
| 04/19/21 | Document Services | 51.20 |
| | VENDOR: Reliable Copy Service INVOICE#: WL098510 DATE: 4/19/2021 - mailout services | |
| 04/19/21 | Document Services | 106.60 |



Debtor's Estate

| | |
|---|---|
| Payor: | 111614 |
| Invoice: | 3500621 |
| Invoice Date: | 04/30/2021 |

| Date | Description | Amount |
|---|---|---|
| 04/21/21 | VENDOR: Reliable Copy Service INVOICE#: WL098511 DATE: 4/19/2021 - mailout services<br>Obtain Copy of Transcripts<br>VENDOR: Reliable Copy Service INVOICE#: WL098547 DATE: 4/21/2021 - hearing transcript | 1,121.00 |
| 04/22/21 | Filing/Registration Fee<br>VENDOR: Executive Attorney Service, Inc INVOICE#: 63160 DATE: 4/22/2021 - This is for a subpoena/process server for c/m 11327011 â€" Cred Inc. | 200.00 |
| 04/23/21 | Express Mail<br>FedEx #735218652 - 773526155340, MELVILLE | 18.46 |
| 04/30/21 | Professional Services<br>VENDOR: Stretto INVOICE#: 4944 DATE: 4/30/2021 - professional services | 7,398.78 |
| | **Total Costs and Other Charges** | **$20,591.50** |
| | **Total This Invoice** | **$203,149.00** |

340 Madison Avenue New York, NY 10173-1922 Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.