**EXHIBIT D**

**Time Detail for Post-Effective Date Period**

Case 20-12836-JTD  Doc 784-5  Filed 05/19/21  Page 1 of 5



Invoice: 3511916  05/14/2021
Client: 113270 UCC in re Cred LLC

Debtor's Estate
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011         Committee Representation

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 04/23/21 | Fee/Employment Applications C. Greer | 4.10 | 1,578.50 | Prepare McDermott combined fifth monthly and final fee application. |
| B160 04/23/21 | Fee/Employment Applications D. Hurst | 0.10 | 105.00 | Draft correspondence to C. Greer re preparation of final fee application. |
| B160 04/26/21 | Fee/Employment Applications C. Greer | 2.80 | 1,078.00 | Review and revise McDermott April invoice for privileged information. |
| B160 04/27/21 | Fee/Employment Applications C. Greer | 1.10 | 423.50 | Prepare McDermott final fee application. |
| B160 04/27/21 | Fee/Employment Applications G. Steinman | 1.80 | 1,341.00 | Revise McDermott's April invoice for privilege. |
| B160 04/28/21 | Fee/Employment Applications D. Hurst | 0.10 | 105.00 | Draft correspondence to C. Greer re: preparation of Dundon final fee application. |
| B160 04/30/21 | Fee/Employment Applications C. Greer | 3.00 | 1,155.00 | Review and revise April invoice for privileged information. |
| B160 04/30/21 | Fee/Employment Applications C. Greer | 1.10 | 423.50 | Prepare McDermott final fee application. |
| B160 05/01/21 | Fee/Employment Applications C. Greer | 1.00 | 385.00 | Review and finalize McDermott April invoice re privileged information. |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*

1



| Debtor's Estate | | | | Payor: | 111614 |
| | | | | Invoice: | 3511916 |
| | | | | Invoice Date: | 05/14/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/03/21 | Fee/Employment Applications C. Greer | 5.30 | 2,040.50 | Review revised invoice and prepare fifth monthly and final fee application. |
| B160 05/04/21 | Fee/Employment Applications D. Hurst | 0.30 | 315.00 | Draft multiple correspondence to T. Walsh, C. Greer re: timing for preparation of final fee applications (.2); draft correspondence to S. Cousins re: same (.1). |
| B160 05/04/21 | Fee/Employment Applications C. Greer | 0.20 | 77.00 | Update McDermott final fee application. |
| B160 05/05/21 | Fee/Employment Applications C. Greer | 0.60 | 231.00 | Preparation of McDermott final fee application (.5); email to Dundon professionals re: final fee application (.1). |
| B160 05/05/21 | Fee/Employment Applications C. Greer | 0.60 | 231.00 | Prepare McDermott final fee application. |
| B160 05/05/21 | Fee/Employment Applications D. Hurst | 0.80 | 840.00 | Draft multiple correspondence to S. Cousins re: hearing date for final fee applications (.2); draft multiple correspondence to T. Walsh, C. Greer re: preparation of final fee applications (.6). |
| B160 05/06/21 | Fee/Employment Applications C. Greer | 0.30 | 115.50 | Review revised McDermott April invoice for privileged information. |
| B160 05/07/21 | Fee/Employment Applications C. Greer | 0.50 | 192.50 | Prepare certificate of no objection re: McDermott fourth fee application (.2); file same (.2); retrieve filed certificate of no objection and email to Dundon (.1). |
| B160 05/07/21 | Fee/Employment Applications | 1.80 | 693.00 | Prepare Dundon first and final fee application. |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



| | | | | Payor: | 111614 |
|---|---|---|---|---|---|
| Debtor's Estate | | | | Invoice: | 3511916 |
| | | | | Invoice Date: | 05/14/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/08/21 | C. Greer Fee/Employment Applications | 0.30 | 115.50 | Prepare Dundon first and final fee application. |
| B160 05/09/21 | C. Greer Fee/Employment Applications | 1.90 | 731.50 | Prepare Dundon first and final fee application. |
| B160 05/10/21 | C. Greer Fee/Employment Applications | 4.70 | 1,809.50 | Review further revised April invoice and prepare McDermott final fee application. |
| B160 05/10/21 | C. Greer Fee/Employment Applications | 4.00 | 1,540.00 | Review revised invoice for privileged information and prepare McDermott fifth monthly and final fee application. |
| B160 05/10/21 | C. Greer Fee/Employment Applications | 1.50 | 577.50 | Prepare Dundon first and final fee application. |
| B160 05/11/21 | C. Greer Fee/Employment Applications | 0.60 | 447.00 | Revise McDermott final fee application. |
| B160 05/11/21 | G. Steinman Fee/Employment Applications | 3.70 | 1,424.50 | Review revised April invoice and prepare McDermott final fee application. |
| B160 05/11/21 | C. Greer Fee/Employment Applications | 3.00 | 1,155.00 | Prepare McDermott final fee application. |
| B160 05/12/21 | C. Greer Fee/Employment Applications | 2.30 | 885.50 | Review McDermott final fee application. |
| B160 05/12/21 | C. Greer Fee/Employment Applications | 3.40 | 1,309.00 | Prepare McDermott final fee application. |
| B160 05/12/21 | C. Greer Fee/Employment Applications | 2.80 | 2,940.00 | Review and revise initial draft of Dundon final fee |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Debtor's Estate

| | | Payor: | 111614 |
|---|---|---|---|
| | | Invoice: | 3511916 |
| | | Invoice Date: | 05/14/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | D. Hurst | | | application (1.6); draft correspondence to C. Greer re: same (.1); review McDermott April time detail for privilege and compliance with local rules (1.1). |
| B160 05/13/21 | Fee/Employment Applications C. Greer | 4.10 | 1,578.50 | Revise McDermott final fee application. |
| B160 05/13/21 | Fee/Employment Applications C. Greer | 0.10 | 38.50 | Discussion with Dundon professionals re: final fee application. |
| | | 57.90 | 25,882.00 | |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **57.90** | | **Total For Services** | **25,882.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Greer | 51.40 | 385.00 | 19,789.00 |
| D. Hurst | 4.10 | 1,050.00 | 4,305.00 |
| G. Steinman | 2.40 | 745.00 | 1,788.00 |
| **Totals** | **57.90** | | **$25,882.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 57.90 | 25,882.00 |
| | | 57.90 | 25,882.00 |

| | | **Total This Invoice** | **$25,882.00** |
|---|---|---|---|