# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | Adv. Proc. No: 20-51006 |
| Plaintiffs, | **Re: Adv. Docket No. 19; Main Docket No. 486** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

IT IS HEREBY AGREED this 26th day of May, 2021, pursuant to Fed. R. Bankr. P. 8023 that the above captioned appeal of the Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [*Main Docket No. 526*] is voluntarily dismissed with prejudice. Each party will bear its own costs and fees.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (#3743)
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone: (302) 485-3930
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5423
Email: dazman@mwe.com
jbevans@mwe.com
twwalsh@mwe.com

*Attorneys for the Cred Inc. Liquidating Trust, as successor-in-interest to the Official Committee of Unsecured Creditors*

Dated: May 26, 2021