IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CRED INC., *et al.* | |
| James Alexander | Civil Action No. 21-cv-240 |
| Appellant, | Bankruptcy Case No. 20-12836 |
| v. | Bankruptcy BAP No. 21-05 |
| Cred Capital, Inc. | |
| Appellee. | |

## NOTICE OF VOLUNTARY DISMISSAL OF APPEAL

PLEASE TAKE NOTICE that this 26th day of May, 2021, pursuant to Fed. R. Bankr. P. 8023, the above captioned appeal of the Order Denying Motion of James Alexander to Dismiss the Cred Capital, Inc. Case [*Main Docket No. 526*] is voluntarily dismissed with prejudice. Each party will bear its own costs and fees.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: May 26, 2021