# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 791 |

## CERTIFICATE OF SERVICE

      I, Nicolas E. Jenner, Esquire hereby certify that on May 26, 2021, a true and correct copy of the *Objection of UpgradeYa Investments, LLC to Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* [D.I. 791] was caused to be served on the attached service list via Electronic Mail.

Dated: May 27, 2021
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

{1311.001-W0064922.}

**VIA ELECTRONIC MAIL**
**MCDERMOTT WILL & EMERY LLP**
David R. Hurst
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

**VIA ELECTRONIC MAIL**
**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Joseph B. Evans
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: twwalsh@mwe.com
         dazman@mwe.com
         jbevans@mwe.com

**VIA ELECTRONIC MAIL**
**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph James McMahon, Jr.
John Henry Schanne, II
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
         john.schanne@usdoj.gov