**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 716, 717, & 799** |

**ORDER GRANTING**
**MOTION TO FILE UNDER SEAL COMPENDIUM OF**
**EXHIBITS TO REPORT OF ROBERT J. STARK, EXAMINER**

Upon the motion (the "Motion") of the Examiner appointed in the above-captioned Chapter 11 cases, for entry of an order (this "Order") authorizing the Examiner to file under seal the *Compendium of Exhibits to Report of Robert J. Stark, Examiner* [D.I. 716] (the "Compendium of Exhibits"); and the documents contained in the Compendium of Exhibits proposed to be filed under seal having been designated as "Highly Confidential" by the Cred Inc. Liquidation Trust under the *Confidentiality Agreement and Stipulated Protective Order* previously approved by this Court by order entered at D.I. 356; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion has been provided under the circumstances; and after due deliberation thereon; and there being good and sufficient cause;

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**IT IS HEREBY ORDERED THAT**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Bankruptcy Code Sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(d), the Examiner is authorized to file an unredacted copy of the Compendium of Exhibits under seal. Unredacted copies of the Compendium of Exhibits shall not be made available to anyone except for this Court, counsel to the Debtors, counsel to Committee, and the Office of the United States Trustee; *provided*, *however*, that nothing contained in this Order shall impede or restrict the U.S. Trustee's ability to disclose unredacted copies of documents contained in the Compendium of Exhibits to the extent disclosure of Designated Material is authorized by the confidentiality agreement and stipulated protective order previously approved by this Court [*See* Order at D.I. 356].

3. The Examiner is authorized to file on this Court's docket and to serve on all parties a redacted copy of the Compendium of Exhibits.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction to hear and decide any dispute related to or arising from this Order.

**Dated: June 3rd, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{01692585;v1 }                    2