# **<u>Exhibit A</u>**

{1311.001-W0064989.}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF CHRISTMAN RICE IN SUPPORT OF THE OBJECTION OF UPGRADEYA INVESTMENTS, LLC TO THE INTERIM RELIEF REQUESTED IN THE EMERGENCY MOTION OF THE CRED INC. LIQUIDATION TRUST TO (I) ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER AND (II) ENJOIN UPGRADEYA INVESTMENTS, LLC FROM PROSECUTING THE CIVIL ACTION AND SIMILAR CLAIMS IN OTHER FORUMS**

I, Christman Rice, hereby declare that the following is true and correct to the best of my knowledge:

1. I am an attorney of the law firm BraunHagey & Borden, LLP, litigation counsel to UpgradeYa Investments, LLC ("UpgradeYa"). I submit this declaration (the "Declaration") in support of the *Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* (the "Objection").[2] Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. I am authorized by UpgradeYa to submit this Declaration and, if called upon to testify, I could and would testify to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms utilized but not otherwise defined herein shall have the same meanings ascribed to them in the Objection.

{1311.001-W0064988.}

2. On April 7, 2021, UpgradeYa initiated an action (the "Civil Action") in the Supreme Court for the State of New York in the County of New York captioned *UpgradeYa Investments, LLC v. Fireblocks, Inc., et al.*, Index No. 652311/2021 (N.Y. Sup. Ct.). A true and correct copy of the Complaint in the Civil Action is attached to the MTS Objection as **Exhibit 1**.

3. The Civil Action names the following individuals and entities as defendants: Daniel Schatt, Lu Hua, Joe Podulka, Dan Wheeler (together, the "D&O Defendants"); and Fireblocks, Inc., Fireblocks LLC, Mokredit Inc. d/b/a mo9, Elevar Finance LLC, Galois Capital Alpha Fund LP, Silvergate Bank, 100 Acre Ventures, LLC, 100 Acre Cred Opportunities Fund LTD., Sarson Funds, AX Momentum, L.P., Fifth Khagan, LP, Fifth Khagan Management, LLC, and Reliz Technologies LLC d/b/a Blockfills (together, the "Corporate 3rd Party Defendants").

4. Pursuant to New York's Civil Practice Law & Rules ("CPLR") 312-a, UpgradeYa served the Summons and Complaint in the Civil Action on each of the D&O Defendants in that action via first-class U.S. Mail on April 21, 2021.

5. Defendant Podulka executed an Acknowledgement of Receipt and Summons and Complaint (an "Acknowledgement") on April 23, 2021. UpgradeYa received Defendant Podulka's Acknowledgement on May 24, 2021. Accordingly, Defendant Podulka's response to the Complaint is due on June 24, 2021.

6. Defendant Schatt executed an Acknowledgement on May 20, 2021. UpgradeYa received Defendant Schatt's Acknowledgement on May 25, 2021. Accordingly, Defendant Schatt's response to the Complaint is due on June 25, 2021.

7. Defendants Hua and Wheeler have not executed and returned Acknowledgements. UpgradeYa is in the process of effecting personal service on Defendants Hua and Wheeler pursuant to CPLR 308.

8. Upon information and belief, Defendants Hua and Wheeler are each domiciled outside of the State of New York. Pursuant to CPLR 3012(c), the response deadlines for Defendants Hua and Wheeler will therefore be thirty (30) days from the date of service—in other words, no earlier than July 3, 2021.

9. With respect to the D&O Defendants, there are presently no deadlines or proceedings scheduled in the Civil Action on or before June 17, 2021.

10. Pursuant to CPLR 312-a, UpgradeYa has completed service by mail of the Summons and Complaint in the Civil Action on Sarson Funds, AX Momentum, L.P., and Fifth Khagan. LP. Each of these defendants were served on May 3, 2021. UpgradeYa has agreed to extend the deadline to respond to the Complaint for Sarson Funds, AX Momentum, L.P., and Fifth Khagan, LP to July 16, 2021.

11. Pursuant to CPLR 310-a, 311, and 311-a, UpgradeYa has completed personal service of the Summons and Complaint in the Civil Action on Fireblocks, Inc., Fireblocks LLC, Elevar Finance LLC, Galois Capital Alpha Fund LP, and Silvergate Bank. Each of these defendants were served on May 12, 2021. UpgradeYa has agreed to extend the deadline to respond to the Civil Action Complaint for Fireblocks, Inc. and Fireblocks LLC to July 16, 2021. UpgradeYa has agreed to extend the deadline to respond to the Complaint for Elevar Finance LLC, Galois Capital Alpha Fund LP, and Silvergate Bank to July 1, 2021.

12. Pursuant to CPLR 311-a, UpgradeYa has completed personal service of the Summons and Complaint in the Civil Action on Fifth Khagan Management, LLC and Reliz Technologies LLC d/b/a Blockfills on May 13, 2021. UpgradeYa has agreed to extend the deadline to respond to the Complaint for Fifth Khagan Management, LLC to July 16, 2021. Defendant Reliz Technologies LLC d/b/a Blockfills response to the Complaint is due June 13, 2021.

13. Pursuant to CPLR 311-a, UpgradeYa has completed personal service of the Summons and Complaint in the Civil Action on 100 Acre Ventures, LLC on May 28, 2021. UpgradeYa has agreed to extend the deadline to respond to the Complaint for 100 Acre Ventures, LLC to July 16, 2021.

14. UpgradeYa is in the process of effecting personal service on 100 Acre Cred Opportunities Fund Ltd. and MoKredit Inc. pursuant to CPLR 311 and 311-a.

15. Upon information and belief, Defendants 100 Acre Cred Opportunities Fund Ltd. and MoKredit Inc. are each domiciled outside of the State of New York. Pursuant to CPLR 3012(c), the response deadlines for Defendants 100 Acre Cred Opportunities Fund Ltd. and MoKredit Inc. will therefore be thirty (30) days from the date of service—in other words, no earlier than July 3, 2021.

16. After the Civil Action was filed, certain of the Corporate 3rd Party Defendants contacted UpgradeYa and expressed a willingness to engage in voluntary discovery. UpgradeYa is actively engaged in voluntary discovery with these Corporate 3rd Party Defendants, almost all of whom have been served, in an action that has been proceeding for almost two (2) months now. UpgradeYa has expended a significant amount in legal fees and costs drafting and pursuing voluntary discovery from these Corporate 3rd Party Defendants.

17. UpgradeYa is also actively engaged in negotiating briefing schedules with certain Corporate 3rd Party Defendants with regards to responsive pleadings and working with these defendants to determine deadlines for dispositive motion briefing.

18. If the Civil Action is enjoined with respect to the Corporate 3rd Party Defendants, UpgradeYa will be harmed by the likely cessation of voluntary discovery and by having to incur additional fees and expenses getting back up to speed following the Court's ruling on the Emergency Injunction Motion.

19. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 3, 2021 /s/ *Christman Rice*
CHRISTMAN RICE, ESQ.
BRAUNHAGEY & BORDEN LLP