# **Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) **Related to Docket No.  786, 787, 791,    ** |
|  | ) |
|  | ) |

**INTERIM ORDER GRANTING CERTAIN OF THE INTERIM RELIEF REQUESTED IN THE EMERGENCY MOTION OF THE CRED INC. LIQUIDATION TRUST TO (I) ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER AND (II) ENJOIN UPGRADEYA INVESTMENTS, LLC FROM PROSECUTING THE CIVIL ACTION AND SIMILAR CLAIMS IN OTHER FORUMS**

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors (collectively, the "Debtors") for entry of an order (i) enforcing the terms of the Plan and Confirmation Order and (ii) enjoining, barring, and/or estopping UpgradeYa Investments, LLC ("UpgradeYa") from prosecuting the Civil Action and similar claims and causes of action in other forums and the Trust's request for certain interim relief staying the Civil Action until the Court rules on the Motion on a final basis, and the *Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* (the "Objection"); and this Court having jurisdiction to decide the Motion and the relief

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion and the Objection; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that the relief requested in the Motion is in the best interests of the Trust, the Debtors' creditors, and other parties in interest; and this Court finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Motion is granted on an interim basis to the extent set forth herein.

2.      The Civil Action, solely with regard to the D&O Defendants, is stayed pending a final hearing on the Motion (the "Interim Stay") and all of the D&O Defendants' deadlines in the Civil Action are hereby extended to the latter of (1) the applicable deadline or (2) thirty (30) days from when the Court enters the final order on the Motion (the "D&O Deadline Extension").

3.      UpgradeYa shall file a notice of the stayInterim Stay and the D&O Deadline Extension, attaching this Interim Order, in the Civil Action.

4.      The final hearing shall be held on **June 17, 2021 at 2:00 p.m. (EST)**. Any objections or responses to the Motion shall be in writing, filed with the Court, and served in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

5.      The Trust isand UpgradeYa are authorized to take all actions necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be effective immediately

{1311.001-W0064958.0064958.2}                                2

and enforceable upon its entry.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Document comparison by Workshare 9.5 on Thursday, June 3, 2021 3:14:22 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\wdox\LRCDocs\1311\001\ORD\~VER\1\W0064958.DOCX |
| Description | W0064958 |
| Document 2 ID | file://S:\wdox\LRCDocs\1311\001\ORD\W0064958.DOCX |
| Description | W0064958 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 15 |