## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | Ref. No. 802 |

## <u>CERTIFICATE OF SERVICE</u>

I, Nicolas E. Jenner, Esquire hereby certify that on June 3, 2021, a true and correct copy

of the *Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the*

*Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and*

*Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil*

*Action and Similar Claims in Other Forums*  [D.I. 802] was caused to be served on the attached

service list via Electronic Mail.

Dated:  June 4, 2021
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: jenner@lrclaw.com

*Counsel to UpgradeYa Investments, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**VIA ELECTRONIC MAIL**
**MCDERMOTT WILL & EMERY LLP**
David R. Hurst
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: dhurst@mwe.com

**VIA ELECTRONIC MAIL**
**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Joseph B. Evans
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: twwalsh@mwe.com
          dazman@mwe.com
          jbevans@mwe.com

**VIA ELECTRONIC MAIL**
**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph James McMahon, Jr.
John Henry Schanne, II
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
          john.schanne@usdoj.gov