| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Manuel | Diaz | Self | |
| Rick | Archer | Law360 | Law360 |
| Mark | Billion | Inamullah | Billion Law |
| Cristian | Cabrera | Creditor = Cristian Cabrera | |
| Matthew | Pierce | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Nicolas | Jenner | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Evan | Wu | Self | |
| Jonas | Simonsen | Jonas Simonsen | |
| Scott | Jones | Cred Inc. | Cousins Law LLC |
| Julius | Hudec | self | |
| Gregg | Steinman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Laura | Haney | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Adam | Landis | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Timothy | Walsh | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Scott | Cousins | Cred Inc. | Cousins Law LLC |
| OSTAP | LERNATOVYCH | ol | ol |
| Michele | Budicak | Court | |
| Becky | Yerak | Wall Street Journal | |
| Kimberly | Brown | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Pratik K. Raj G | Ghosh | Pratik K. Raj Ghosh | Fleischman, Bonner & Rocco, LLP |
| Sam | Ashworth | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Joseph | Evans | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Eric | Boatwright | my self | eboatconsulting.crypto |
| Christman | Rice | UpgradeYa Investments, LLC | Fleischman, Bonner & Rocco, LLP |
| David | Hurst | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Darren | Azman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |