# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Re: D.I. 605, 716, 717, 718, & 801** |

### NOTICE OF FILING OF FINAL REDACTED VERSION OF THE
### COMPENDIUM OF EXHIBITS TO REPORT OF ROBERT J. STARK, EXAMINER

**PLEASE TAKE NOTICE** that, on March 8, 2021, Robert J. Stark, in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") filed the *Report of Robert J. Stark, Examiner* (the "Examiner Report") [D.I. 605].

**PLEASE TAKE FURTHER NOTICE** that on April 16, 2021, the Examiner filed the [SEALED] *Compendium of Exhibits to Report of Robert J. Stark, Examiner: Volumes I through VI* (the "Sealed Compendium") [D.I. 716]

**PLEASE TAKE FURTHER NOTICE** that on April 16, 2021 the Examiner also filed the *Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner* (the "Motion to Seal") [D.I. 717]

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Del. Bankr. L.R. 9018-1(d)(ii), on April 16, 2021, a proposed redacted public version of the Sealed Compendium [D.I. 718] was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2021, the Court entered the *Order Granting Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner* (the "Order") [D.I. 801].

**PLEASE TAKE FURTHER NOTICE** that the Examiner hereby files the final redacted version of the *Compendium of Exhibits to Report of Robert J. Stark, Examiner: Volumes I through VI* (the "Final Redacted Compendium") pursuant to Del. Bankr. L.R. 9018-1(d)(iv), attached hereto as the following Exhibits:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01690787;v1 }

**Exhibit A:** Final Redacted Compendium – Volume I

**Exhibit B**: Final Redacted Compendium – Volume II

**Exhibit C:** Final Redacted Compendium – Volume III

**Exhibit D:** Final Redacted Compendium – Volume IV

**Exhibit E**: Final Redacted Compendium – Volume V

**Exhibit F**: Final Redacted Compendium – Volume VI

Dated:  June 4, 2021  
Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Email: gtaylor@ashbygeddes.com
       kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
       mreining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors*