**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: June 3, 2021 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 17, 2021 at 2:00 p.m.** |
| | ) | |
| | ) | **Docket No. 777** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION REQUEST OF SONORAN CAPITAL ADVISORS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 30, 2020 THROUGH APRIL 30, 2021**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Combined Fifth Monthly and Final Fee Application Request of Sonoran Capital Advisors LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period from November 30, 2020 Through April 30, 2021* (the "Final Fee Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 14, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Final Fee Application has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the notice filed and served with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- 2 -

Final Fee Application, any objections or responses to the Final Fee Application were to be filed and served by no later than June 3, 2021 at 4:00 p.m. (ET).

It is hereby respectfully requested that an order approving the Final Fee Application be entered at the Bankruptcy Court's earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: June 8, 2021
      Wilmington, Delaware

*/s/ Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:   (302) 295-0331
Email:   scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:   (713) 353-3100
Email:   jamesgrogan@paulhastings.com
          mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:   (212) 319-4090
Email:   pedrojimenez@paulhastings.com
          aviluft@paulhastings.com

*Co-Counsel to the Debtors*