**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> Hearing Date: June 17, 2021 at 2:00 p.m. (ET) <br><br> Re: D.I. 771 |

**SUPPLEMENT TO SECOND COMBINED MONTHLY AND FINAL FEE APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE EXAMINER FOR (I) THE MONTHLY PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 19, 2021, AND (II) THE FINAL PERIOD JANUARY 8, 2021 THROUGH APRIL 19, 2021**

Ashby & Geddes, P.A. ("Ashby & Geddes"), as Delaware Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors (the "Examiner") hereby files this Supplement (the "Supplement") to its *Second Combined Monthly and Final Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for (I) the Monthly Period from February 1, 2021 through April 19, 2021, and (II) the Final Period January 8, 2021 through April 19, 2021* (the "Final Fee Application") [D.I. 771]. In its Final Fee Application, Ashby & Geddes estimated it would incur $4,500 in fees and additional expenses in connection with final preparation and presentation of the Final Fee Application, the final fee applications of the Examiner's other professionals, and additional Examiner pleadings to complete representation.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{01694807;v1 }

1.   After the Effective Date of the Plan on April 19, 2021, Ashby & Geddes incurred an additional $6,389.50 in fees and $1,546.65 in expenses in connection with the services that it provided on behalf of the Examiner with respect to preparing and filing final applications of compensation for the Examiner's professionals and also additional pleadings as they related to the Examiner's representation.

2.   A description of (i) the professional performing these services, (ii) the date these services were performed, (iii) a detailed description of the nature of these services and the time expended; (iv) a summary of the fees and hours of each professional and other timekeepers by Project Category; and (v) summary of expenses incurred is set forth in **Exhibit A** attached hereto.

3.   Summaries by project category of all services rendered by timekeepers and expenses incurred by Ashby & Geddes for this Supplement are included below.

**COMPENSATION BY TIMEKEEPER (SUPPLEMENT TO FINAL FEE APPLICATION)**

| Name | Position | Year Admitted | Department | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Gregory A. Taylor (GAT) | Partner | 2000 | Bankruptcy | $645.00 | 4.60 | $2,967.00 |
| Katharina Earle (KE) | Associate | 2017 | Bankruptcy | $375.00 | 1.00 | $375.00 |
| Amanda Hrycak (AH) | Paralegal | n/a | Bankruptcy | $265.00 | 11.50 | $3,047.50 |
| **Totals (Before Discount)** | | | | | 17.10 | $6,389.50 |
| **Total (After Discount)** | | | | | | $6,133.92[2] |

---

[2]   This reflects a 4% reduction of fees per the agreement with the Official Committee of Unsecured Creditors.

{01694807;v1 }   2

## COMPENSATION BY PROJECT CATEGORY
## (SUPPLEMENT TO FINAL FEE APPLICATION)

| Project Category/Task Code | Hours | Fees |
|---|---|---|
| Case Administration (07) | 6.00 | $2,350.00 |
| Employment and Fee Applications (11) | 11.10 | $4,039.50 |
| **TOTALS (After Discount)** | **17.10** | **$6,133.92** |
| **Blended Rate (After Discount)** | | **$358.71** |

## EXPENSE SUMMARY  (SUPPLEMENT TO FINAL FEE APPLICATION)

| Expense Category | Amount |
|---|---|
| Reliable Wilmington (Hand Deliveries, Copy and Mail Out) | $1,546.65 |
| **TOTAL DISBURSEMENTS** | **$1,546.65** |

## CONCLUSION

WHEREFORE, Ashby & Geddes respectfully requests that it be allowed final compensation in the amount of $34,748.64[3] for professional services rendered and actual necessary expenses in the of $4,255.38[4] for the Final Fee Application Period.

[*Signature Page to Follow*]

---

[3] This includes an overall 4% reduction of fees from the Final Fee Application at D.I. 717, which totaled $28,360.32 (discounted from $29,542.00) and $6,133.92 (discounted from $6,389.50) which totals $34,494.24. This final additional amount also includes an estimated 1 hour of time and $254.40 (discounted from $265) in fees for additional services rendered regarding work performed for related pleadings to the *Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Relief from Third-Party Discovery; (IV) Approving the Disposition of Documents and Information; and (V) Granting Related Relief* [D.I. 769] (the "Examiner Discharge Motion"), for a total amount owed for the final period of $34,748.64. Ashby & Geddes further reserves the right to supplement this final fee application to further include any additional fees or expenses incurred after the effective date.

[4] This total includes the expenses referenced in the Final Fee Application in the amount of $2,608.73 and the Supplement in the amount of $1,546.65. This amount also includes an estimate of $100.00 in additional expenses to be incurred regarding the service of any pleadings in related to the Examiner Discharge Motion and this Supplement for a total of $4,255.38 in expense reimbursement owed for the Final Fee Application.

<table>
<tr><td>Dated: June 9, 2021<br>Wilmington, Delaware</td><td>**ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email : GTaylor@ashbygeddes.com<br>           KEarle@ashbygeddes.com<br><br>*Delaware Counsel to Robert J. Stark in his capacity as Chapter 11 Examiner for the Debtors*</td></tr>
</table>