## Exhibit A

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

### 500 DELAWARE AVENUE

INVOICE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FED ID#23-2193414

June 9, 2021
Billed through  06/09/21
Account:  STARK  -00001  - GAT    76756

Robert J. Stark, Examiner
Brown Rudnick LLP
7 Times Square
New York, NY  10036

Robert J. Stark, Examiner (In re: Cred Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| 04/20/21 AH | 11 | Email correspondence with A. Carty, M. Reining, R. Stark re: notice of effective date and final fee application deadline (0.1); | 0.10 | $26.50 |
|---|---|---|---|---|
| 04/28/21 GAT | 07 | Email from UST regarding motion to seal compendium to examiner's report (.1); | 0.10 | $64.50 |
| 04/29/21 GAT | 07 | Email from UST regarding comments to proposed order regarding sealing of compendium to examiner's report and review of same (.2); | 0.20 | $129.00 |
| 04/30/21 GAT | 07 | Review of agenda for 5/4 hearing (.1); | 0.10 | $64.50 |
| 04/30/21 AH | 07 | Retrieve and review agenda for status conference scheduled for May 4, 2021 (0.1); circulate the same to K. Earle and G. Taylor (0.1); update case calendar re: the same; email correspondence with G. Taylor and K. Earle re: United States Trustee comments to proposed order re: motion to seal compendium (0.1); | 0.30 | $79.50 |
| 05/03/21 AH | 07 | Email correspondence with A. Carty, M. Reining, and R. Stark re: agenda for May 4, 2021 omnibus hearing (0.1); | 0.10 | $26.50 |
| 05/05/21 AH | 07 | Update case calendar re: June 17, 2021 omnibus hearing (0.1); email correspondence with G. Taylor re: | 0.20 | $53.00 |

| | | | | |
|---|---|---|---|---|
| | | updated deadline to file final fee applications; update case calendar re: the same (0.1); | | |
| 05/05/21 GAT | 11 | Email from T. Walsh regarding filing of final fee applications (.1); emails with A. Hrycak regarding same (.1); | 0.20 | $129.00 |
| 05/07/21 GAT | 07 | Emails with C. Greer and A. Carty regarding filing of CNO regarding Examiner seal motion (.1); | 0.10 | $64.50 |
| 05/10/21 GAT | 07 | Emails with UST and Committee regarding seal order (.1); | 0.10 | $64.50 |
| 05/10/21 AH | 07 | Review of email from G. Taylor re: agreed extended deadline for United States Trustee to respond to Motion to Seal Compendium to May 12, 2021 (0.1); update case calendar re: the same (0.1); retrieve and circulate agenda for May 12, 2021 hearing to R. Stark, A. Carty, M. Reining, G. Taylor and K. Earle (0.1); | 0.30 | $79.50 |
| 05/11/21 AH | 11 | Email correspondence with G. Taylor re: budget for final fee application (0.1); additional email correspondence with A. Carty and R. Crawford re: the same (0.1); prepare second combined monthly and final fee application and corresponding exhibits (4.0); review of United States Trustee guidelines re: Appendix B re: the same (0.5); email correspondence with G. Taylor and K. Earle re: draft of second combined monthly and final fee application (0.1); | 4.80 | $1,272.00 |
| 05/12/21 AH | 07 | Update case calendar re: extended deadline for United States Trustee to respond to motion to seal compendium to May 17, 2021 (0.1); | 0.10 | $26.50 |
| 05/12/21 GAT | 11 | Review of draft A&G final fee application and emails with A. Hrycak regarding same (.4); | 0.40 | $258.00 |
| 05/12/21 AH | 11 | Email correspondence with B. Ross re: confirmation of final amounts owed for compensation and expenses (0.1); email correspondence with G. Taylor re: reviewed second combined monthly and final fee application | 0.80 | $212.00 |

Bill number      STARK 76756                                         PAGE   3

and filing of supplement re:
post-effective date fees to final
fee hearing (0.1); email
correspondence with A. Carty, R.
Crawford, G. Taylor and K. Earle re:
Ashby draft final fee application
and filing supplement (0.1); review
of case examples re: footnotes re:
filing of final fee application
supplement; prepare footnote re: the
same (0.3); email correspondence re:
the same with G. Taylor and K. Earle
(0.1); email correspondence with J.
Flemmons re: Ankura final fee
application (0.1);

| | | | | | |
|---|---|---|---|---|---|
| 05/13/21 | AH | 07 | Email correspondence with A. Carty re: motion to discharge examiner (0.1); prepare notice of hearing re: the same (0.1); | 0.20 | $53.00 |
| 05/13/21 | GAT | 11 | Emails with A. Hrycak regarding final fee applications for Examiner's professionals (.3); review of Ankura's draft final fee application and emails with A. Hyrcak regarding same (.3); review of draft Examiner's discharge motion and emails with A. Carty regarding same (.8); | 1.40 | $903.00 |
| 05/14/21 | GAT | 07 | Emails with A. Carty and A. Hrycak regarding Examiner's discharge motion (.5); | 0.50 | $322.50 |
| 05/14/21 | AH | 07 | Prepare and file Motion to Discharge Examiner (0.2); retrieve time stamped pleading re: the same and coordinate email service of the same (0.1); coordinate first class mail service of the same with Reliable (0.1); update case calendar re: objection deadline and certificate of no objection eligibility deadline (0.1); | 0.40 | $106.00 |
| 05/14/21 | GAT | 11 | Attention to final fee applications for Examiner's professionals (.4); | 0.40 | $258.00 |
| 05/14/21 | KE | 11 | Confer with A. Hrycak re the filing of discharge motion and fee applications (.5); monitor filings (.5); | 1.00 | $375.00 |
| 05/14/21 | AH | 11 | Prepare final versions of final fee applications of Ashby & Geddes, | 1.50 | $397.50 |

Brown Rudnick and Ankura Consulting for review (0.2); email correspondence with K. Earle and G. Taylor re: the same (0.1); email correspondence with A. Carty, V. Kapoor, G. Taylor and J. Flemmons re: Exhibit B to Ankura final fee application re: detailed time entries (0.1); revise Brown Rudnick final fee application to include footnote re: reservation of rights to supplement (0.1): email correspondence with G. Taylor and A. Carty re: the same (0.1); prepare and file final fee applications for Ashby & Geddes, Brown Rudnick and Ankura Consulting (0.5); retrieve time stamped pleadings re: the same and coordinate email service of the same (0.1); coordinate first class mail service of the same with Reliable (0.1); update case calendar re: objection deadline and certificate of no objection eligibility deadline (0.1); prepare and file certificate of service re: the same (0.1);

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/21 | GAT | 07 | Email from J. McMahon regarding seal order regarding Examiner's compendium (.1); | 0.10 | $64.50 |
| 05/27/21 | GAT | 07 | Emails with A. Hyrcak and to A. Carty regarding revised examiner seal order (.2) | 0.20 | $129.00 |
| 05/28/21 | GAT | 07 | Email from S. Niederman regarding requested revisions to Examiner's report (.1); email to A. Carty regarding same (.1); | 0.20 | $129.00 |
| 06/01/21 | AH | 07 | Email correspondence with G. Taylor re: prepare redline of revised order re: motion to seal compendium (0.1); prepare re: the same (0.2); finalize certification of counsel to the same (0.1); additional email correspondence with G. Taylor re: final draft of the same (0.1); additional email correspondence with G. Taylor re: language in order (0.1); revise re: the same per comments reviewed from UST (0.1); | 0.70 | $185.50 |
| 06/02/21 | AH | 07 | Prepare final version of | 0.50 | $132.50 |

Bill number     STARK  76756                                    PAGE    5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | certification of counsel, revised proposed order and corresponding redline re: motion to seal compendium to report of examiner (0.2); circulate the same to K. Earle and G. Taylor (0.1); prepare and file certification of counsel re: order re: motion to seal compendium to report of examiner and upload order re: the same (0.1); email correspondence with R. Cavello and L. Haney re: uploaded order re: the same (0.1); |  |  |
| 06/03/21 | GAT | 07 | Review of draft notice of filing of final redacted compendium and emails with A. Carty and A. Hrycak regarding same (.2). | 0.20 | $129.00 |
| 06/03/21 | AH | 07 | Retrieve order granting motion to seal compendium to examiner's report (0.1); prepare and serve certification of counsel and order granting motion to seal compendium to examiner's report to core 2002 via email (0.1); coordinate first class mail of the same with Reliable (0.1); finalize notice of filing of final redacted document (0.2); email correspondence with A. Carty, G. Taylor and K. Earle re: draft of the same (0.1); | 0.60 | $159.00 |
| 06/04/21 | GAT | 07 | Emails with A. Hyrcak regarding filing of final redacted compendium (.2); | 0.20 | $129.00 |
| 06/04/21 | AH | 07 | Email correspondence with A. Carty re: follow up re: notice of filing of final redacted document (0.1); prepare and file notice of filing of final redacted document re: compendium to Examiner's report (0.4); coordinate email and first class mail service of the same with Reliable (0.1); | 0.60 | $159.00 |
| 06/04/21 | GAT | 11 | Emails with A. Hrycak and D. Hurst regarding final fee hearing and preparation of binders and omnibus order (.2); | 0.20 | $129.00 |
| 06/04/21 | AH | 11 | Various email correspondence with G. Taylor re: supplemental final fee application of Ashby & Geddes (0.2); email correspondence with A. Heining | 0.30 | $79.50 |

```
                            re: final fee application binder and
                            omnibus order re: the same (0.1);
```

Total fees                                            $6,389.50

DISBURSEMENTS

05/17/21    Costs Advanced (Reliable Wilmington - Inv. No.           388.95
            WL099051, 5/14/21 Document Duplication and
            Mail-Out)
06/09/21    Costs Advanced (Reliable Wilmington - Inv. No.            24.96
            WL099436, 6/3/21 Document Duplication and
            Mail-Out)
06/09/21    Costs Advanced (Reliable Wilmington - Inv. No.         1,132.74
            WL099472, 6/4/21 Document Duplication and
            Mail-Out)

Total disbursements                                   $1,546.65

BILLING SUMMARY

        Taylor, Gregory A.        4.60 hrs  645.00 /hr     $2,967.00
        Earle, Katharina          1.00 hrs  375.00 /hr       $375.00
        Hrycak, Amanda           11.50 hrs  265.00 /hr     $3,047.50


    TOTAL FEES                   17.10 hrs                  $6,389.50

    TOTAL DISBURSEMENTS                                     $1,546.65

    TOTAL CHARGES FOR THIS BILL                             $7,936.15

    PAST DUE BALANCE                                       $22,985.52

    TOTAL BALANCE NOW DUE FOR THIS MATTER                  $30,921.67

RECAP BY TIMEKEEPER

GAT   Taylor, Gregory A.        4.60 hrs   645 /hr     $2,967.00
KE    Earle, Katharina          1.00 hrs   375 /hr       $375.00
AH    Hrycak, Amanda           11.50 hrs   265 /hr     $3,047.50
                                                TOTAL   $6,389.50


RECAP BY TASK

Bill number       STARK 76756                                        PAGE    7


| 07 | Case Administration    | 6.00 hours  | $2,350.00 |
| 11 | Employment and Fee Apps | 11.10 hours | $4,039.50 |


RECAP BY EXPENSE CODE

| CA | Costs Advanced | 1546.65 | $1,546.65 |