IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 784** |

**NOTICE OF FILING OF TIME DETAIL**
**IN SUPPORT OF APPROVAL OF ESTIMATED FEES**

PLEASE TAKE NOTICE that on May 19, 2021, McDermott Will & Emery LLP ("McDermott"), in its capacity as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, filed the *Fifth Monthly and Final Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) the Monthly Period from April 1, 2021 Through April 19, 2021 and (II) the Case Period from December 5, 2020 Through April 19, 2021* [Docket No. 784] (the "Application").

PLEASE TAKE FURTHER NOTICE that the Application seeks final approval of fees in the amount of $2,945,180, which amount includes a reserve of $10,000 for fees incurred after May 14, 2021 in connection with the preparation and filing of professional fee applications and attendance at and other work related to the hearing on such fee applications (the "Estimated Fees"). The Application also seeks final approval of expenses in the amount of $117,144.98.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

PLEASE TAKE FURTHER NOTICE that time detail for the Estimated Fees was not included with the Application, but is attached hereto as **Exhibit A**.

Dated:  Wilmington, Delaware
        June 10, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*