## EXHIBIT A

**Time Detail Supporting Approval of Estimated Fees**



Invoice: 3521199                                                                                       06/10/2021
Client: 113270

UCC in re Cred LLC
DE

For Services Rendered in Connection with:

Matter: 0011          Committee Representation

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/16/21 | Fee/Employment Applications C. Greer | 5.20 | 2,002.00 | Review and revise McDermott final fee application. |
| B160 05/18/21 | Fee/Employment Applications C. Greer | 4.30 | 1,655.50 | Review and revise McDermott final fee application. |
| B160 05/18/21 | Fee/Employment Applications D. Hurst | 5.90 | 6,195.00 | Review and revise McDermott final fee application (2.8); telephone calls with and draft multiple correspondence to G. Steinman, C. Greer re: same (.8); review and revise Dundon final fee application (2.2); draft multiple correspondence to M. Dundon re: same (.1). |
| B160 05/19/21 | Fee/Employment Applications C. Greer | 2.50 | 962.50 | Revise McDermott final fee application (2.1); file (.2); coordinate service (.1); circulate same (.1). |
| B160 05/19/21 | Fee/Employment Applications C. Greer | 0.80 | 308.00 | Revise Dundon final fee application (.4); file same (.2); coordinate service (.1); circulate (.1). |
| B160 05/19/21 | Fee/Employment Applications D. Hurst | 4.60 | 4,830.00 | Review and finalize Dundon final fee application in preparation for filing (.8); review and revise notice of |

**340 Madison Avenue  New York, NY  10173-1922   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



| | | | | |
|---|---|---|---|---|
| UCC in re Cred LLC | | | Client:<br>Invoice:<br>Invoice Date: | 113270<br>3521199<br>06/10/2021 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same (.2); draft multiple correspondence to C. Greer re: filing and service of same (.3); review and finalize McDermott final fee application in preparation for filing (2.6); draft multiple correspondence to C. Greer re: revisions to documents, filing and service of same (.7). |
| B160<br>05/20/21 | Fee/Employment Applications<br>C. Greer | 0.30 | 115.50 | Update fee application chart. |
| B160<br>05/24/21 | Fee/Employment Applications<br>D. Hurst | 0.50 | 525.00 | Review draft omnibus fee order, and draft comments re: same (.2); draft correspondence to D. Azman re: same (.1); draft multiple correspondence to S. Jones re: same (.2). |
| B160<br>05/25/21 | Fee/Employment Applications<br>D. Hurst | 0.10 | 105.00 | Draft correspondence to C. Greer re: omnibus fee order. |
| B160<br>06/08/21 | Fee/Employment Applications<br>C. Greer | 3.00 | 1,155.00 | Review docket and prepare final fee applications index (1.0); prepare final fee binders (2.0). |
| B160<br>06/08/21 | Fee/Employment Applications<br>D. Hurst | 1.60 | 1,680.00 | Review and revise omnibus fee order, including review of certain fee applications (1.2); draft multiple correspondence to G. Steinman re: same (.2); draft correspondence to Chambers re: final fee binders (.1); draft correspondence to C. Greer re: form of final fee binders to |



UCC in re Cred LLC

| | |
|---|---|
| Client: | 113270 |
| Invoice: | 3521199 |
| Invoice Date: | 06/10/2021 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | be provided to Chambers (.1). |
| | | 28.80 | 19,533.50 | |

| | | | |
|---|---|---|---|
| | **Total Hours** | **28.80** | **Total For Services** 19,533.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Greer | 16.10 | 385.00 | 6,198.50 |
| D. Hurst | 12.70 | 1,050.00 | 13,335.00 |
| **Totals** | **28.80** | | **$19,533.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 28.80 | 19,533.50 |
| | | 28.80 | 19,533.50 |

| | |
|---|---|
| **Total This Invoice** | **$19,533.50** |

**340 Madison Avenue  New York, NY  10173-1922  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*

3