# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) | **Obj. Deadline: March 10, 2021 at 4:00 p.m. (ET)** |
|  | ) ) | **Docket No. 520** |
|  | ) ) | **No Hearing or Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021 (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading to the *Second Monthly Application of Donlin, Recano & Company, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtors for the Period from January 1, 2021 through January 31, 2021* (the "Second Monthly Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 18, 2021. The undersigned further certifies that no answer, objection, or other responsive pleading to the Second Monthly Application has appeared on the Bankruptcy Court's docket in these cases. Pursuant to the *Notice of Monthly Fee Application* filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- 2 -

with the Second Monthly Application, any objections or responses to the Second Monthly Application were to be filed and served by no later than March 10, 2021 at 4:00 p.m. (ET).

Pursuant to the *Revised Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 269], the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") are now authorized to pay 80% ($5,475.60) of the requested fees ($6,844.50) and 100% ($0.00) of the requested expenses on an interim basis without further Court order.

*[Remainder of page intentionally left blank]*

Dated: June 10, 2021
      Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:   (302) 824-7081
Facsimile:    (302) 295-0331
Email:       scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:   (713) 860-7300
Facsimile:    (713) 353-3100
Email:       jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090
Email:       pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*