# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 770** |

**CERTIFICATION OF COUNSEL REGARDING THE SECOND MONTHLY AND FINAL FEE APPLICATION OF EXAMINER AND BROWN RUDNICK LLP, AS CO-COUNSEL TO EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR PERIOD JANUARY 8, 2021 THROUGH APRIL 19, 2021**

The undersigned counsel hereby certifies and states as follows:

1. On May 14, 2021, Robert J. Stark, in his capacity as the Court-appointed examiner (the "Examiner") in the above-captioned Chapter 11 cases of Cred, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and Brown Rudnick ("Brown Rudnick") as Co-Counsel to the Examiner, filed the *Second Monthly and Final Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for Period January 8, 2021 through April 19, 2021* [D.I. 770] (the "Final Application").[2]

2. Pursuant to the *Notice of Second Monthly and Final Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Reimbursement of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

{01695439;v2 }

*Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for Period January 8, 2021 through April 19, 2021* filed with the Final Application, objections to the Final Application were to be filed by no later than June 3, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Examiner and Brown Rudnick received informal comments to the relief requested in the Final Application from the Cred Inc. Liquidation Trust (the "Trust"). Other than the informal comments received by the Trust, the Examiner and Brown Rudnick have received no other informal responses to the Final Application, and no other objection or responsive pleading to the Final Application has appeared on the Court's docket in these chapter 11 cases.

4. The Examiner and Brown Rudnick have agreed to a consensual resolution of the Trust's informal comments.[3] The Examiner and Brown Rudnick understand that such agreement will be reflected in a proposed form of omnibus order approving all Professional's fees for the final fee period, and that such form of order will be submitted to the Court prior to the June 17, 2021 hearing.

5. Accordingly, the Examiner and Brown Rudnick request that the Final Application be approved and that fees in the amount of $1,496,590.56 and expenses in the amount of $5,998.07 be allowed.

[*Signature Page to Follow*]

---

[3] Pursuant to the consensual agreement with the Trust, the Examiner and Brown Rudnick have agreed to a 4% reduction in their original final fee request of $1,558,948.50, resulting in an agreed-upon final fee amount of $1,496,590.56 (plus $5,998.07 in expenses).

{01695439;v2}                                             2

Dated:  June 10, 2021
Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Email: gtaylor@ashbygeddes.com
          kearle@ashbygeddes.com

-and-

**BROWN RUDNICK LLP**
Andrew M. Carty (admitted *pro hac vice*)
Michael W. Reining (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: acarty@brownrudnick.com
          mreining@brownrudnick.com

*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors*