IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> CRED INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Re: D.I. 772** |

**CERTIFICATION OF COUNSEL REGARDING FIRST AND FINAL FEE APPLICATION OF ANKURA CONSULTING GROUP, LLC, AS FINANCIAL ADVISOR TO THE EXAMINER, FOR THE PERIOD FROM FEBRUARY 3, 2021 THROUGH AND INCLUDING MARCH 3, 2021**

The undersigned counsel hereby certifies and states as follows:

1. On May 14, 2021, Ankura Consulting Group LLC ("Ankura") as Financial Advisor to Robert J. Stark, in his capacity as the Court-appointed examiner (the "Examiner") in the above-captioned Chapter 11 cases of Cred, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *First and Final Fee Application of Ankura Consulting Group, LLC, as Financial Advisor to the Examiner, for the Period from February 3, 2021 through and including March 3, 2021* [D.I. 772] (the "Final Application").[2]

2. Pursuant to the *Notice of First and Final Fee Application of Ankura Consulting Group, LLC, as Financial Advisor to the Examiner, for the Period from February 3, 2021 through and including March 3, 2021* filed with the Final Application, objections to the Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

{01695430;v1 }

Application were to be filed by no later than June 3, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, Ankura received informal comments to the relief requested in the Final Application from the Cred Inc. Liquidation Trust (the "Trust"). Other than the informal comments received by the Trust, Ankura has received no other informal responses to the Final Application, and no other objection or responsive pleading to the Final Application has appeared on the Court's docket in these chapter 11 cases.

4. The Examiner and Ankura have agreed to a consensual resolution of the Trust's informal comments.[3] The Examiner and Ankura understand that such agreement will be reflected in a proposed form of omnibus order approving all Professional's fees for the final fee period, and that such form of order will be submitted to the Court prior to the June 17, 2021 hearing.

5. Accordingly, the Examiner and Ankura respectfully request that the Final Application be approved and that fees in amount of $154,523.89 and expenses in the amount of $0.00 as requested in the Final Application, be allowed.

[*Signature Page to Follow*]

---

[3] Pursuant to the consensual agreement with the Trust, the Examiner and Ankura have agreed to a 4% reduction in their original final fee request of $160,962.38, resulting in an agreed-upon final fee amount of $154,523.89 (plus $0.00 in expenses).

| | |
|---|---|
| Dated: June 10, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Email: gtaylor@ashbygeddes.com<br>         kearle@ashbygeddes.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Andrew M. Carty (admitted *pro hac vice*)<br>Michael W. Reining (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Email: acarty@brownrudnick.com<br>         mreining@brownrudnick.com<br><br>*Counsel to Robert J. Stark, in his capacity as Chapter 11 Examiner for Debtors* |