**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 775**<br>) |

**CERTIFICATION OF COUNSEL REGARDING FIRST INTERIM AND FINAL APPLICATION OF PAUL HASTINGS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2020 THROUGH FINAL FEE HEARING**

The undersigned counsel hereby certifies and states as follows:

1.   On May 14, 2021, Paul Hastings LLP ("Paul Hastings"), counsel to Cred Inc. and its affiliated debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, filed the *First Interim and Final Application of Paul Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 Through Final Fee Hearing* [Docket No. 775] (the "Final Application").[2]

2.   Pursuant to the *Notice of First Interim and Final Application of Paul Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 Through Final Fee Hearing* filed with the Final Application, objections to the Final Application were to be filed by no later than June 3, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Final Application.

3.      Prior to the Objection Deadline, Paul Hastings received informal comments to the relief requested in the Final Application from the United States Trustee (the "U.S. Trustee"). In addition to the U.S. Trustee, Paul Hastings also received informal comments to the relief requested in the Final Application from the Cred Inc. Liquidation Trust (the "Trust"). Other than the aforementioned informal comments, Paul Hastings has received no other informal responses to the Final Application, and no other objection or responsive pleading to the Final Application has appeared on the Court's docket in these chapter 11 cases.

4.      Paul Hastings has reached a consensual resolution to the informal comments of the U.S. Trustee. First, Paul Hasting agreed to extend the Objection Deadline to June 9, 2021 at 4:00 p.m. (ET) with regards to the U.S. Trustee. In addition, Paul Hastings corrected an accounting error in its *First Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 Through November 30, 2020* [Docket No. 340] (the "First Monthly Application"). The accounting error in the First Monthly Application resulted in expenses being overstated by $162.13.[3]

5.      Paul Hastings has also reached a consensual resolution of the Trust's informal comments.[4] Paul Hastings understands that such agreement will be reflected in a proposed form of omnibus order approving all Professional's fees for the final fee period, and that such form of order will be submitted to the Court prior to the June 17, 2021 hearing.

6.      Accordingly, Paul Hastings requests that the Final Application be approved and that the fees in the amount of $5,040,330.00 and expenses in the amount of $42,410.57 be allowed.

---

[3]     This reduces the total expenses sought in the Final Application from $42,572.70 to $42,410.57.
[4]     Pursuant to the consensual agreement with the Trust, Paul Hastings has agreed to a $350,000.00 reduction in their original final fee request of $5,390,330.00 earned during the course of these chapter 11 cases resulting in an agreed-upon final fee amount of $5,040,330.00 (plus $42,410.57 in expenses).

Dated: June 10, 2021
    Wilmington, Delaware

/s/ *Scott D. Cousins*
_____
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

- and -

James T. Grogan (admitted *pro hac vice*)
Mack Wilson (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:    jamesgrogan@paulhastings.com
              mackwilson@paulhastings.com

- and -

Pedro A. Jimenez (admitted *pro hac vice*)
Avram Emmanuel Luft (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
Email:    pedrojimenez@paulhastings.com
              aviluft@paulhastings.com

*Co-Counsel to the Debtors*