# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.¹ | ) ) ) ) | Jointly Administered |
|  |  | **Related to Docket Nos. 784, 820** |

**CERTIFICATION OF COUNSEL REGARDING FIFTH MONTHLY AND FINAL FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) THE MONTHLY PERIOD FROM APRIL 1, 2021 THROUGH APRIL 19, 2021 AND (II) THE <u>CASE PERIOD FROM DECEMBER 5, 2020 THROUGH APRIL 19, 2021</u>**

The undersigned, former counsel to the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On May 19, 2021, the *Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) the Monthly Period from April 1, 2021 Through April 19, 2021 and (II) the Case Period from December 5, 2020 Through April 19, 2021* [Docket No. 784] (the "<u>Application</u>") was filed with the Court; and on June 10, 2021, the *Notice of Filing of Time Detail in Support of Approval of Estimated Fees* [Docket No. 820] was filed with the Court.

2. As set forth in the notice of the Application, objections, if any, to the Application were to be filed with the Court and served no later than 4:00 p.m., prevailing Eastern time, on

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

June 8, 2021 (as extended, the "Objection Deadline").  McDermott Will & Emery LLP ("McDermott") extended the Objection Deadline for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") through and including June 11, 2021.

3. Prior to the Objection Deadline, the U.S. Trustee provided informal comments regarding the Application.  In order to resolve the U.S. Trustee's concerns regarding the Application, McDermott voluntarily agreed to a reduction in expenses requested in the amount of $45,785.73 (the "UST Reduction").

4. Also prior to the Objection Deadline, the Cred Inc. Liquidation Trust (the "Trust") provided informal comments regarding the Application.  In order to resolve the Trust's concerns regarding the Application, McDermott voluntarily agreed to an aggregate reduction in fees and expenses requested in the amount of $117,807.20, which represents 4% of the amount of fees being sought by McDermott in the Application (*i.e.*, $2,945,180.00).  This reduction is inclusive of the UST Reduction.[2]

*[Remainder of Page Intentionally Left Blank]*

---

[2] The Application seeks payment of fees in the amount of $2,945,180.00 and expenses in the amount of $117,144.98.  Applying the voluntary reductions, McDermott now seeks payment of fees in the amount of $2,873,158.53 (reflecting a reduction of $72,021.47) and expenses in the amount of $71,359.25 (reflecting a reduction of $45,785.73).  Thus, McDermott's aggregate reduction in fees and expenses totals $117,807.20.

5.      The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.  Moreover, the informal comments regarding the Application raised by the U.S. Trustee and the Trust have been resolved as set forth above.

Dated:  Wilmington, Delaware
        June 14, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Former Counsel to the Official Committee of Unsecured Creditors*