## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 4, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 06/04/2021 | 809 | Order (INTERIM) Granting Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpGradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Related Doc #,786) Order Signed on 6/4/2021. (LJH) (Entered: 06/04/2021) |
|---|---|---|

X _____
Laurie Heggan

Dated: June 14, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 14th day of June 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

AKERMAN LLP
MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR
201 EAST LAS OLAS BLVD., STE 1800
FT LAUDERDALE, FL 33301

ARCHER & GREINER PC
ALAN M ROOT,ESQ
300 DELAWARE AVE.,STE 1100
WILMINGTON, DE 19801

ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX, AZ 85005-6123

ASHBY & GEDDES P.A.
GREGORY A TAYLOR; KATHARINA EARLE
500 DELAWARE AVE.,8TH FLOOR
P O BOX 1150
WILMINGTON, DE 19899

BAKER HOSTETLER LLP
JEFFREY J LYONS
1201 NORTH MARKET ST.,14TH FLOOR
WILMINGTON, DE 19801-1147

BAKER HOSTETLER LLP
JORIAN L ROSE;MICHAEL SABELLA
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BILLION LAW
MARK M BILLION,ESQ
1073 S GOVERNOR AVE
DOVER, DE 19904

BOND SCHOENECK & KING PLLC
STEPHEN A DONATO,ESQ
ONE LINCOLN CENTER, 18THFLOOR
110 WEST FAYETTE ST
SYRACUSE, NY 13202

BROWN RUDNICK LLP
ANDREW M CARTY;MICHAEL W REINING
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
55 SECOND ST.,17TH FLOOR
SAN FRANCISCO, CA 94105-3493

CARLTON FIELDS PA
DAVID L GAY,ESQ
2 MIAMI CENTRAL
700 NW 1ST AVE.,STE 1200
MIAMI, FL 33136-4118

COUSINS LAW LLC
SCOTT D. COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE
SUITE 301, WILMINGTON DE
19803

CRED INC.
ATTN:  PRESIDENT/CEO
3 EAST THIRD AVENUE
SAN MATEO, CA 94401

DAVID KEITH GOTTLIEB
16255 VENTURA BLVD SUITE 440
ENCINO, CA 91436

DCP CAPITAL
KEVIN HU  - KINGSTON CHAMBERS
PO BOX 173
RD TOWN
TORTOLA,  VG1110
BRITISH VIRGIN ISLANDS

DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON, DE 19801

DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER, DE 19901

DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER, DE 19904

DRAGONFLY INTERNATIONAL HOLDING LIMITED
LINDSAY LIN
MAPLES CORPORATE SERVICES (BVI)LIMITED
KINGTON CHAMBERS ,P O BOX 173
ROAD TOWN TORTOLA, BRITISH VIRGIN ISLANDS

FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON, DE 19801-1621

FAEGRE DRINKER BIDDLE & REATH LLP
DUSTIN R DENEAL
600 E 96TH ST.,STE 600
INDIANAPOLIS, IN 46240

FISHERBROYLES LLP
HOLLACE TOPOL COHEN,ESQ
445 PARK AVE
NEW YORK, NY 10022

FOLEY & LARDNER LLP
JOANNE MOLINARO;GEOFFREY S GOODMAN
321 N CLARK ST.,STE 3000
CHICAGO, IL 60654

FOX ROTHSCHILD LLP
KEITH C OWENS
10250 CONSTELLATION BLVD.,STE 900
LOS ANGELES, CA 90067

FOX ROTHSCHILD LLP
SETH A NIEDERMAN
919 NORTH MARKET ST.,STE 300
WILMINGTON, DE 19899-2323

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GELLERT SCALI BUSENKELL & BROWN LLC
MICHAEL BUSENKELL;AMY D BROWN
1201 N ORANGE ST.,STE 300
WILMINGTON, DE 19801

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA, PA 19104-5016

JST CAPITAL
SCOTT FREEMAN
350 SPRINGFIELD AVE
STE 200
SUMMIT, NJ 07901

LEVENE NEALE BENDER YOO & BRILL LLP
DAVID B GOLUBCHIK
10250 CONSTELLATION BLVD STE 1700
LOS ANGELES, CA 90067

MAPLE PARTNERS LLC
JOSHUA SEGALL
1309 COFFEEN AVE STE 1200
SHERIDAN, WY 82801

MCDERMOTT WILL & EMERY LLP
TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS
340 MADISON AVE
NEW YORK, NY 10173-1922

MCDERMOTT WILL & EMERY LLP
DAVID R HURST
THE NEMOURS BUILDING
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON, DE 19801

MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING, MI 48922

OFFICE OF THE US TRUSTEE
844 KING ST
STE 2207
WILMINGTON, DE 19801

PAUL HASTINGS LLP
JAMES T. GROGAN
600 TRAVIS STREET
58TH FLOOR
HOUSTON, TX 77002

PAUL HASTINGS LLP
MACK WILSON
600 TRAVIS STREET
58TH FLOOR
HOUSTON, TX 77002

PAUL HASTINGS LLP
G. ALEXANDER BONGARTZ
200 PARK AVENUE
NEW YORK, NY 10166

PAUL HASTINGS LLP
DEREK CASH
200 PARK AVENUE
NEW YORK, NY 10166

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON, DE 19899

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA, PA 19123

THE BIFFERATO FIRM P.A.
IAN CONNOR BIFFERATO,ESQ
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON, DE 19801

UPHOLD, INC
JP THIERIOT
900 LARKSPUR LANDING CIR
STE 209
LARKSPUR, CA 94939

US ATTORNEY FOR DELAWARE
CHARLES OBERLY - ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON, DE 19801

US EPA REG 3
OFFICE OF REG. COUNSEL
1650 ARCH ST
PHILADELPHIA, PA 19103

J. Noah Hagey
Jonathan G. Kortmansky
Douglas S. Curran
Gunnar K. Martz
Braunhagey & Borden LLP
7 Times Square, 27th Floor
New York, NY 10036-6524

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801