**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 17, 2021 AT 2:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE JOHN T. DORSEY**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND**
**REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER**
**IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-GvpzorHimMTp0DC8YvVasYb1xjNUw

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL**
**CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**RESOLVED MATTERS**

1.      Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 717]

      Related Documents:

      (a)      Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Filed Under Seal]

      (b)      Notice of Filing of Proposed Redacted Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 718]

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

(c)      Certification of Counsel Regarding Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, as Examiner (Filed 6/2/21) [Docket No. 799]

(d)      Order Granting Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 6/3/21) [Docket No. 801]

(e)      Notice of Filing of Final Redacted Version of the Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 6/4/21) [Docket No. 808]

Objection Deadline:    April 29, 2021 at 4:00 p.m. (ET); extended to May 17, 2021 for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

Status:      This matter will not be going forward. The Court has entered an order granting the Motion.

2.      Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Relief from Third-Party Discovery; (IV) Approving the Disposition of Documents and Information; and (V) Granting Related Relief (Filed 5/14/21) [Docket No. 769]

Related Documents:

(a)      Certification of Counsel Regarding Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Related Relief from Third-Party Discovery; (IV); Approving the Disposition of Documents and Information; and (V) Granting Related Relief (Filed 6/10/21) [Docket No. 828]

(b)      Order Granting Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner, (II) Increasing Final Budget for Investigation; (III) Granting Relief (Filed 6/11/21) [Docket No. 832]

Objection Deadline:    June 3, 2021 at 4:00 p.m. (ET)

Status:      This matter will not be going forward. The Court has entered an order granting the Motion.

## CONTINUED MATTER

3.      Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 786]

Related Documents:

(a)     Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc.
        Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and
        (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and
        Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 787]

(b)     Notice of Hearing on the Emergency Motion of the Cred Inc. Liquidation Trust to
        (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin
        UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar
        Claims in Other Forums (Filed 5/27/21) [Docket No. 793]

(c)     Order Granting Motion to Shorten Time for Notice of Emergency Motion of the
        Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation
        Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil
        Action and Similar Claims in Other Forums (Filed 5/28/21) [Docket No. 795]

Responses Received:

(a)     Objection of UpgradeYa Investments, LLC to Motion to Shorten Time for Notice
        of Emergency Motion of Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11
        Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from
        Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/26/21)
        [Docket No. 791]

(b)     Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the
        Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter
        11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC
        from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed
        6/3/21) [Docket No. 802]

(c)     Reply of the Cred Inc. Liquidation Trust to the Objection of UpgradeYa
        Investments, LLC to the Interim Relief Requested in the Emergency Motion of
        the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and
        Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from
        Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/4/21)
        [Docket No. 803]

Objection Deadline:   June 4, 2021 at 11:00 a.m. (ET); extended to July 26, 2021 at
                      4:00 p.m. solely for UpgradeYa Investments, LLC.

Status:     This matter is adjourned to the omnibus hearing scheduled for August 4,
            2021 at 10:00 a.m. (ET).

**MATTERS GOING FORWARD**

4.      Motion to Withdraw as Attorney of Record for James Alexander (Filed 2/23/21)
        [Docket No. 542]

3

Related Documents:    None.

Responses Received:

(a)    Objection of the Official Committee of Unsecured Creditors to Motion of
       Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James
       Alexander (Filed 3/15/21) [Docket No. 640]

Objection Deadline:    March 10, 2021 at 4:00 p.m. (ET)

Status:        This matter will be going forward.

5.    Final Fee Applications

Related Documents:

(a)    Certification of Counsel Regarding Proposed Omnibus Order Awarding Final
       Allowance of Compensation for Services Rendered and Reimbursement of
       Expenses [Docket No. TBD]

Status:        This matter will be going forward.  Counsel expects to file a proposed
               form of omnibus fee order under certification of counsel in advance of the
               June 17, 2021 hearing.  Such order will reflect the fee and expense
               reductions voluntarily taken by certain case professionals to resolve
               informal objections raised to their respective fee applications.

Dated:  Wilmington, Delaware          MCDERMOTT WILL & EMERY LLP
        June 15, 2021

                                      /s/ David R. Hurst
                                      David R. Hurst (I.D. No. 3743)
                                      1007 North Orange Street, 10th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 485-3900
                                      Facsimile: (302) 351-8711
                                      E-mail: dhurst@mwe.com

                                      - and -

                                      Timothy W. Walsh (admitted *pro hac vice*)
                                      Darren Azman (admitted *pro hac vice*)
                                      340 Madison Avenue
                                      New York, NY 10173
                                      Telephone: (212) 547-5400
                                      Facsimile:  (212) 547-5444
                                      E-mail: twwalsh@mwe.com
                                      E-mail: dazman@mwe.com

                                      *Counsel to Cred Inc. Liquidation Trust*