**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No. 20-12836 (JTD) |
| CRED INC., *et al.,* | § | Jointly Administered |
| | § | |
| Debtors.[1] | § | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Reid Collins & Tsai LLP hereby enters its appearance in the above-captioned cases as counsel to the Liquidation Trust of Cred Inc. and its debtor affiliates (the "Trust"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of all notices and pleadings given or filed in the above captioned matter be given to and served upon the following:

REID COLLINS & TSAI LLP

Jonathan Kass
1007 N. Orange St.
Nemours Bldg – 4th Floor
Wilmington, DE 19801
(302) 467-1765
jkass@reidcollins.com

Angela J. Somers
Vincenzo Novelli
330 West 58th Street, Suite 403
New York, New York 10019
(212) 344-5200
asomers@reidcollins.com
vnovelli@reidcollins.com

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each debtor's tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by electronic means, mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Trust's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related to these cases; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which the Trust is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   Wilmington, DE
        June 15, 2021

                                      REID COLLINS & TSAI LLP

                                      /s/ *Jonathan Kass*
                                      Jonathan Kass (6003)
                                      1007 N. Orange St.
                                      Nemours Bldg – 4th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 467-1765
                                      Email: jkass@reidcollins.com

and

Angela J. Somers (*pro hac vice* to be filed)
Vincenzo Novelli (*pro hac vice* to be filed)
330 West 58th Street
Suite 403
New York, New York 10019
asomers@reidcollins.com
vnovelli@reidcollins.com

*Counsel to The Liquidation Trust of Cred Inc.
and its debtor affiliates*