IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12836 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket Nos. 770, 771, 772, 774, 775**<br>) **776, 777, 778, 780, 783, 784, 817, 820**<br>) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED OMNIBUS ORDER AWARDING FINAL
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned, former counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, hereby certifies as follows:

1.　　The final fee applications (collectively, the "Final Fee Applications") of the professionals (each a "Professional" and, collectively, the "Professionals") employed by the debtors and debtors in possession (the "Debtors"), the Committee, and Robert J. Stark (the "Examiner") in the above-captioned cases, for the periods specified in the Professionals' respective Final Fee Applications (the "Compensation Period"), are referenced in the proposed omnibus order attached hereto as Exhibit A (the "Proposed Omnibus Order").

2.　　The Proposed Omnibus Order, including Exhibit 1 thereto, identifies the name of each Professional seeking approval of a Final Fee Application, such Professional's role in the chapter 11 cases, the Compensation Period covered by such application, the amount of fees and expenses requested in such application, the amount of any voluntary reduction in fees and/or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

expenses, and the amount of fees and expenses now proposed to be approved by the Court at the hearing scheduled for June 17, 2021, at 2:00 p.m. (ET).

3. The Proposed Omnibus Order was circulated to the Office of the United States Trustee for the District of Delaware and the Professionals for their review and these parties have confirmed that they do not object to entry of the Proposed Omnibus Order.

4. Accordingly, counsel respectfully requests that the Court enter the Proposed Omnibus Order at the convenience of the Court.

Dated: Wilmington, Delaware
        June 15, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  twwalsh@mwe.com
E-mail:  dazman@mwe.com

*Former Counsel to the Official Committee of Unsecured Creditors*