IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | **Chapter 11** |
| **CRED INC., *et al.*,**[1] | **Case No. 20-12836 (JTD)** |
| **Debtors.** | **Jointly Administered** |

## NOTICE OF EXAMINATION AND PRODUCTION UNDER BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1

Notice is hereby given that Armanino LLP ("**Armanino**") will produce the documents described in Schedule A hereto to Reid Collins & Tsai LLP, counsel to Cedric de Lisser, Christopher Moser, and Michael Michelin, as Trustees of the Liquidation Trust of Cred Inc. and its debtor affiliates, at 330 West 58th Street, Suite 403, New York, NY 10019, on a rolling basis to be completed no later than June 23, 2021, at 5:00 p.m. EST. Armanino will also appear for an examination on September 8, 2021 concerning the topics described in Schedule A. Please take further notice that:

1. The examination will be conducted remotely by video conference and any party wishing to participate should contact Angela J. Somers from Reid Collins & Tsai LLP, at the email address listed below, to request the conference link;

2. The court reporter will report the examination from a location separate from the witness;

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each debtor's tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).

1

3. Counsel for the parties will participate from various, separate locations;

4. The court reporter will administer the oath to the witness remotely;

5. Each participating attorney will be visible to all other participants and their statements will be audible to all participants;

6. Exhibits, if any, will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The examination may be recorded electronically;

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of examination; and

    b. Their waiver of any objection to this manner of examination, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of examination;

10. The Trust reserves the right to amend this Notice and conduct the examination in person, rather than remotely.

Dated: June 15, 2021

Respectfully submitted,

*/s/ Jonathan Kass*
Jonathan Kass
REID COLLINS & TSAI LLP
1007 N. Orange St.
Nemours Bldg - 4th Floor
Wilmington, DE 19801
jkass@reidcollins.com

-and-

Angela J. Somers (*pro hac vice* pending)
Vincenzo Novelli (*pro hac vice* pending)
REID COLLINS & TSAI LLP

330 West 58th Street
Suite 403
New York, New York 10019
asomers@reidcollins.com
vnovelli@reidcollins.com

*Special Counsel to the Liquidation Trust of Cred Inc. and affiliated debtors*