**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 17, 2021 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

<div style="border:1px solid black">

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,
THE HEARING IS CANCELLED**

</div>

**RESOLVED MATTERS**

1.      Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 717]

        Related Documents:

        (a)      Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Filed Under Seal]

        (b)      Notice of Filing of Proposed Redacted Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 4/16/21) [Docket No. 718]

        (c)      Certification of Counsel Regarding Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, as Examiner (Filed 6/2/21) [Docket No. 799]

        (d)      Order Granting Motion to File Under Seal Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 6/3/21) [Docket No. 801]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]     **Amended agenda items are noted in bold.**

    (e)      Notice of Filing of Final Redacted Version of the Compendium of Exhibits to Report of Robert J. Stark, Examiner (Filed 6/4/21) [Docket No. 808]

Objection Deadline:   April 29, 2021 at 4:00 p.m. (ET); extended to May 17, 2021 for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

Status:      This matter will not be going forward.  The Court has entered an order granting the Motion.

2.     Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Relief from Third-Party Discovery; (IV) Approving the Disposition of Documents and Information; and (V) Granting Related Relief (Filed 5/14/21) [Docket No. 769]

Related Documents:

    (a)      Certification of Counsel Regarding Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner; (II) Increasing Final Budget for Investigation; (III) Granting Related Relief from Third-Party Discovery; (IV); Approving the Disposition of Documents and Information; and (V) Granting Related Relief (Filed 6/10/21) [Docket No. 828]

    (b)      Order Granting Motion of Robert J. Stark, Examiner, for Entry of Order (I) Discharging Examiner, (II) Increasing Final Budget for Investigation; (III) Granting Relief (Filed 6/11/21) [Docket No. 832]

Objection Deadline:   June 3, 2021 at 4:00 p.m. (ET)

Status:      This matter will not be going forward.  The Court has entered an order granting the Motion.

## CONTINUED MATTER

3.     Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 786]

Related Documents:

    (a)      Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 787]

    (b)      Notice of Hearing on the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin

UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/27/21) [Docket No. 793]

(c)    Order Granting Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/28/21) [Docket No. 795]

Responses Received:

(a)    Objection of UpgradeYa Investments, LLC to Motion to Shorten Time for Notice of Emergency Motion of Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/26/21) [Docket No. 791]

(b)    Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/3/21) [Docket No. 802]

(c)    Reply of the Cred Inc. Liquidation Trust to the Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/4/21) [Docket No. 803]

Objection Deadline:   June 4, 2021 at 11:00 a.m. (ET); extended to July 26, 2021 at 4:00 p.m. solely for UpgradeYa Investments, LLC.

Status:    This matter is adjourned to the omnibus hearing scheduled for August 4, 2021 at 10:00 a.m. (ET).

## MATTERS GOING FORWARD

4.    Motion to Withdraw as Attorney of Record for James Alexander (Filed 2/23/21) [Docket No. 542]

Related Documents:   None.

Responses Received:

(a)    Objection of the Official Committee of Unsecured Creditors to Motion of Buchanan Ingersoll & Rooney to Withdraw as Attorneys of Record for James Alexander (Filed 3/15/21) [Docket No. 640]

3

Objection Deadline:    March 10, 2021 at 4:00 p.m. (ET)

Status:            This matter has been adjourned until the next omnibus hearing in these cases by agreement of the parties.

5.    Final Fee Applications

Related Documents:

(a)    Certification of Counsel Regarding Proposed Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses (Filed 6/15/21) [Docket No. 839]

Status:            **This matter will not be going forward.  The case professionals' final fee applications remain under consideration by the Court, and the Court will schedule a hearing on the final fee applications to the extent necessary.**

*[Remainder of Page Intentionally Left Blank]*

Dated:  Wilmington, Delaware
        June **16**, 2021

**MᴄDᴇʀᴍᴏᴛᴛ Wɪʟʟ & Eᴍᴇʀʏ LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: twwalsh@mwe.com
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*