**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**INDEX OF FINAL FEE APPLICATIONS**
**TO BE CONSIDERED AT THE JUNE 17, 2021 HEARING**

1.    Second Monthly and Final Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for Period January 8, 2021 through April 19, 2021 (Filed 5/14/21) [Docket No. 770]

Related Documents:

(a)    First Monthly Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for the Period January 8, 2021 through January 31, 2021 (Filed 2/25/21) [Docket No. 561]

(b)    Certificate of No Objection (Filed 3/19/21) [Docket No. 663]

(c)    Certification of Counsel Regarding the Second Monthly and Final Fee Application of Examiner and Brown Rudnick LLP, as Co-Counsel to Examiner, for Allowance of Compensation and Reimbursement of Disbursements Pursuant to 11 U.S.C. §§ 330 and 331 for Period January 8, 2021 through April 19, 2021 (Filed 6/10/21) [Docket No. 824]

Objection Deadline:  June 3, 2021 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the Cred Inc. Liquidation Trust (the "Trust"), which have been resolved by agreement via a voluntary reduction in fees requested.  Such fee reduction is reflected in the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

proposed Omnibus Order Approving Final Fee Applications [Docket No. 839-1] (the "Proposed Omnibus Order").

2.    Second Combined Monthly and Final Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for (I) the Monthly Period from February 1, 2021 through April 19, 2021, and (II) the Final Period January 8, 2021 through April 19, 2021 (Filed 5/14/21) [Docket No. 771]

Related Documents:

(a)    First Monthly Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for the Period from January 8, 2021 through January 31, 2021 (Filed 3/1/21) [Docket No. 574]

(b)    Certification of No Objection (Filed 3/23/21) [Docket No. 676]

(c)    Supplement to Second Combined Monthly and Final Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for (I) the Monthly Period from February 1, 2021 through April 19, 2021, and (II) the Final Period January 8, 2021 through April 19, 2021 (Filed 6/9/21) [Docket No. 817]

(d)    Certification of Counsel Regarding Second Combined Monthly and Final Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Examiner for (I) the Monthly Period from February 1, 2021 through April 19, 2021, and (II) the Final Period January 8, 2021 through April 19, 2021 (Filed 6/10/21) [Docket No. 825]

Response Deadline: June 3, 2021 at 4:00 p.m. (ET)

Responses Received: Informal comments from the Trust, which have been resolved by agreement via a voluntary reduction in fees requested. Such fee reduction is reflected in the Proposed Omnibus Order.

3.    First and Final Fee Application of Ankura Consulting Group, LLC for Allowance of Compensation and Reimbursement of Expenses (Filed 5/14/21) [Docket No. 772]

Related Documents:

(a)    Certification of Counsel Regarding First and Final Fee Application of Ankura Consulting Group, LLC, as Financial Advisor to the Examiner, for the Period from February 3, 2021 through and including March 3, 2021 (Filed 6/10/21) [Docket No. 826]

Response Deadline:  June 3, 2021 at 4:00 p.m. (ET)

Responses Received:  Informal comments from the Trust, which have been resolved by agreement via a voluntary reduction in fees requested.  Such fee reduction is reflected in the Proposed Omnibus Order.

4.    Combined Sixth Monthly and Final Fee Application of Cousins Law LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 7, 2020 through April 19, 2021 (Filed 5/14/21) [Docket No. 774]

Related Documents:

(a)    First Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from November 8, 2020 through November 30, 2020 (Filed 1/8/21) [Docket No. 342]

(b)    Certification of No Objection (Filed 1/29/21) [Docket No. 438]

(c)    Second Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 through December 31, 2020 (Filed 1/22/21) [Docket No. 401]

(d)    Certification of No Objection (Filed 2/16/21) [Docket No. 509]

(e)    Third Monthly Application of Cousins Law for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021 (Filed 2/16/21) [Docket No. 511]

(f)    Certification of No Objection (Filed 3/1021) [Docket No. 616]

(g)    Fourth Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021 (Filed 3/15/21) [Docket No. 637]

(h)    Certification of No Objection (Filed 4/6/21) [Docket No. 698]

(i)    Fifth Monthly Application of Cousins Law LLC for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021 (Filed 4/16/21) [Docket No. 711]

(j)    Certification of No Objection (Filed 5/7/21) [Docket No. 761]

(k)    Certification of No Objection (Filed 6/8/21) [Docket No. 815]

Response Deadline:  June 3, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

5.    First Interim and Final Application of Paul Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through Final Fee Hearing (Filed 5/14/21) [Docket No. 775]

Related Documents:

(a)    First Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through November 30, 2020 (Filed 1/8/21) [Docket No. 340]

(b)    Certification of No Objection (Filed 1/29/21) [Docket No. 439]

(c)    Second Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 through December 31, 2020 (Filed 2/2/21) [Docket No. 461]

(d)    Certification of No Objection (Filed 2/26/21) [Docket No. 564]

(e)    Third Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021 (Filed 3/3/21) [Docket No. 581]

(f)    Certification of No Objection (Filed 3/26/21) [Docket No. 682]

(g)    Fourth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021 (Filed 3/31/21) [Docket No. 696]

(h)    Certification of No Objection (Filed 4/21/21) [Docket No. 736]

(i)    Fifth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021 (Filed 4/16/21) [Docket No. 710]

(j)    Certification of No Objection (Filed 5/7/21) [Docket No. 762]

(k)    Sixth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through April 30, 2021 (Filed 5/14/21) [Docket No. 779]

(l)    Certification of No Objection (Filed 6/10/21) [Docket No. 821]

(m)     Certification of Counsel Regarding First Interim and Final Application of Paul Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through Final Fee Hearing (Filed 6/10/21) [Docket No. 829]

Response Deadline:    June 3, 2021 at 4:00 p.m. (ET); extended to June 9, 2021 for the U.S. Trustee.

Responses Received:  Informal comments from the Trust and the U.S. Trustee, which have been resolved by agreement via voluntary reductions in fees and expenses requested.  Such fee and expense reductions are reflected in the Proposed Omnibus Order.

6.     Final Fee Application of MACCO Restructuring Group, LLC for Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through March 31, 2021 (Filed 5/14/21) [Docket No. 776]

Related Documents:

(a)     First Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of November 7, 2020 through November 30, 2020 (Filed 1/11/21) [Docket No. 345]

(b)     Certification of No Objection (Filed 2/2/21) [Docket No. 459]

(c)     Second Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of December 1, 2020 through December 31, 2020 (Filed 1/18/21) [Docket No. 360]

(d)     Certification of No Objection (Filed 2/9/21) [Docket No. 494]

(e)     Third Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of January 1, 2021 through January 31, 2021 (Filed 2/16/21) [Docket No. 510]

(f)     Certification of No Objection (Filed 3/10/21) [Docket No. 615]

(g)     Fourth Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2021 through February 28, 2021 (Filed 3/31/21) [Docket No. 695]

(h)     Certification of No Objection (Filed 4/21/21) [Docket No. 735]

(i)      Fifth Monthly Fee Application of MACCO Restructuring Group LLC as Financial Advisors to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2021 through March 31, 2021 (Filed 4/19/21) [Docket No. 728]

(j)      Certification of No Objection (Filed 5/12/21) [Docket No. 766]

(k)      Certification of No Objection (Filed 6/8/21) [Docket No. 814]

Response Deadline:  June 3, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

7.      Combined Fifth Monthly and Final Fee Application Request of Sonoran Capital Advisors LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period from November 30, 2020 through April 30, 2021 (Filed 5/14/21) [Docket No. 777]

Related Documents:

(a)      First Monthly Fee Statement by Sonoran Capital Advisors LLC for Compensation Earned and Expenses Incurred for the Period November 30, 2020 through and including December 31, 2020 (Filed 1/8/21) [Docket No. 339]

(b)      Second Monthly Fee Statement by Sonoran Capital Advisors LLC for Compensation Earned and Expenses Incurred for the Period January 1, 2021 through and including January 31, 2021 (Filed 2/3/21) [Docket No. 469]

(c)      Third Monthly Fee Statement by Sonoran Capital Advisors LLC for Compensation Earned and Expenses Incurred for the Period February 1, 2021 through and including February 28, 2021 (Filed 3/3/21) [Docket No. 580]

(d)      Fourth Monthly Fee Statement by Sonoran Capital Advisors LLC for Compensation Earned and Expenses Incurred for the Period March 1, 2021 through and including March 31, 2021 (Filed 4/5/21) [Docket No. 697]

(e)      Certification of No Objection (Filed 6/8/21) [Docket No. 812]

Response Deadline:  June 3, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

8.      Final Fee Application of Teneo Capital Group LLC for the Period of November 16, 2020 through January 15, 2021 (Filed 5/14/21) [Docket No. 778]

Related Documents:

(a)    Certification of No Objection (Filed 6/8/21) [Docket No. 813]

Response Deadline:  June 3, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

9.    Fifth Monthly and Final Fee Application of Donlin Recano & Company, Inc. as
Administrative Advisor to the Debtors for Allowance of Compensation and
Reimbursement of Expenses Incurred for the Monthly Period from April 1, 2021 through
April 19, 2021 and the Final Period from November 7, 2020 through and including April
19, 2021 (Filed 5/17/21) [Docket No. 780]

Related Documents:

(a)    First Monthly Application of Donlin, Recano & Company, Inc. for Compensation
for Services Rendered and Reimbursement of Expenses as Administrative
Advisor to the Debtors for the Period December 1, 2020 through December 31,
2020 (Filed 1/19/21) [Docket No. 362]

(b)    Certification of No Objection (Filed 2/17/21) [Docket No. 512]

(c)    Second Monthly Application of Donlin, Recano & Company, Inc. for
Compensation for Services Rendered and Reimbursement of Expenses as
Administrative Advisor to the Debtors for the Period January 1, 2021 through
January 31, 2021 (Filed 2/18/21) [Docket No. 520]

(d)    Certification of No Objection (Filed 6/10/21) [Docket No. 822]

(e)    Third Monthly Application of Donlin, Recano & Company, Inc. for
Compensation for Services Rendered and Reimbursement of Expenses as
Administrative Advisor to the Debtors for the Period February 1, 2021 through
February 28, 2021 (Filed 3/16/21) [Docket No. 649]

(f)    Certification of No Objection (Filed 6/10/21) [Docket No. 823]

(g)    Fourth Monthly Application of Donlin, Recano & Company, Inc. for
Compensation for Services Rendered and Reimbursement of Expenses as
Administrative Advisor to the Debtors for the Period March 1, 2021 through
March 31, 2021 (Filed 4/16/21) [Docket No. 712]

(h)    Certification of No Objection (Filed 5/7/21) [Docket No. 760]

(i)    Certification of No Objection (Filed 6/8/21) [Docket No. 816]

Response Deadline:  June 7, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

10.    First and Final Fee Application of Dundon Advisers LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered for the Period from December 7, 2020 to April 19, 2021 (Filed 5/19/21) [Docket No. 783]

Related Documents:

(a)    Certification of No Objection (Filed 6/10/21) [Docket No. 819]

Response Deadline:  June 8, 2021 at 4:00 p.m. (ET)

Responses Received:  None.

11.    Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from April 1, 2021 through April 19, 2021 and (II) the Case Period from December 5, 2020 through April 19, 2021 (Filed 5/19/21) [Docket No. 784]

Related Documents:

(a)    First Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 5, 2020 through December 31, 2020 (Filed 1/20/21) [Docket No. 371]

(b)    Certification of No Objection (Filed 2/11/21) [Docket No. 506]

(c)    Second Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021 (Filed 3/8/21) [Docket No. 611]

(d)    Certification of No Objection (Filed 3/30/21) [Docket No. 693]

(e)    Third Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021 (Filed 3/19/21) [Docket No. 664]

(f)    Certification of No Objection (Filed 4/12/21) [Docket No. 703]

(g)     Fourth Monthly Fee Application of McDermott Will & Emery, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021 (Filed 4/16/21) [Docket No. 721]

(h)     Certification of No Objection (Filed 5/7/21) [Docket No. 759]

(i)      Notice of Filing of Time Detail in Support of Approval of Estimated Fees (Filed 6/10/21) [Docket No. 820]

(j)      Certification of Counsel Regarding Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) the Monthly Period from April 1, 2021 through April 19, 2021 and (II) the Case Period from December 5, 2020 through April 19, 2021 (Filed 6/14/21) [Docket No. 834]

Response Deadline:   June 8, 2021 at 4:00 p.m. (ET); extended to June 11, 2021 for the U.S. Trustee.

Responses Received: Informal comments from the Trust and the U.S. Trustee, which have been resolved by agreement via voluntary reductions in fees and expenses requested.  Such fee and expense reductions are reflected in the Proposed Omnibus Order.