UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
2021 JUN 16 PM 3: 27
DONLIN RECANO & CO. INC.

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CRED INC., et al. ) | Case No.: 20-12836 (JTD) |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |
| v. ) | Jointly Administered |
| ) | |
| COMPTROLLER OF MARYLAND ) | |
| ) | |
| Claimant ) | |

## WITHDRAWAL OF CLAIM

Please withdraw **Claim No. 1241** filed by the Comptroller of Maryland, dated **January 29, 2021**, in the amount of **$3,619.00**.

Respectfully submitted,

/s/ Kimberly B. Stephens
Kimberly B. Stephens, Bar No. 28572
Compliance Division – Room 410
301 W. Preston Street
Baltimore, Maryland 21201
(410) 767-1562
(410) 333-7499 fax
kstephens@marylandtaxes.gov

ATTORNEY FOR THE
COMPTROLLER OF MARYLAND

Dated: June 14, 2021

Fill in this information to identify the case:

Debtor 1: Cred Inc.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: United States Bankruptcy Court - District of Delaware

Case number: 20-12836

RECEIVED
1/29/2021 3:21:11 PM (Eastern Time)
US BANKRUPTCY COURT-DRC
Claim No. ECN-883

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim arising under section 503(b)(9) of the Bankruptcy Code. Make a request for an administrative expense claim (other than 503(b)(9) claims) according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Comptroller of the Treasury
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Comptroller of the Treasury
301 W Preston Street Room #409
Baltimore MD 21201
4107671653
twhite2@marylandtaxes.gov

Where should payments to the creditor be sent? (if different)

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7A. How much is the claim in lawful currency of the United States?**

$ $3,619.00

Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**7B. Is your claim based on a form of cryptocurrency transferred to the Debtors?**

☑ No
☐ Yes. If you answered yes, on the table below, you must state the number of units for each kind of cryptocurrency that you transferred to the Debtors, the name of the cryptocurrency, and the conversion rate you used to calculate the amount of your claim in lawful currency of the United States. You are required to calculate the amount of your claim as at 12:00 a.m. (prevailing Eastern Time) on November 7, 2020. You may attach additional pages as needed.

| Number of Units | Name of Cryptocurrency | Conversion Rate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Withholding Tax

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                  $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured: $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410                              Proof of Claim                                page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| | ☑ Yes. Check all that apply: | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| * Amounts are subject to adjustment on 04/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 3,153.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

| 13. Is all or part of the claim entitled to priority under 11 U.S.C. § 503(b)(9)? | ☑ No |
|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |
| | $_____ |

| 14. Cryptocurrency distribution election | If you answered "yes" in line 7.B, do you prefer to receive distributions on account of your claim in the same form of cryptocurrency you indicated in line 7.B, instead of US dollars? |
|---|---|
| | ☑ No. Creditor prefers to receive distributions in the form of US dollars. |
| | ☐ Yes. Creditor prefers to receive distributions in the same form of cryptocurrency indicated in line 7.B, instead of US dollars. |
| | IMPORTANT NOTE: Even if you answer "yes" in line 14, there is no guarantee that you will receive distributions on account of your claim in the form of cryptocurrency. You may still receive distributions on account of your claim in the form of US dollars. |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  1/29/2021         /s/ Tria White
                  MM / DD / YYYY        Signature

Print the name of the person who is completing and signing this claim:

Tria White
Revenue Examiner II
Comptroller of the Treasury
301 W Preston Street Room #409
Baltimore MD 21201
4107671653
twhite2@marylandtaxes.gov

| IN THE MATTER OF: | : UNITED STATES BANKRUPTCY COURT |
|---|---|
| CRED INC., et al-CREDA INC | : DISTRICT OF DELAWARE |
|  | : CASE NUMBER: 20-12836-JTD |
|  | : CHAPTER: 11 |

NAME

Debtor                                PROOF OF CLAIM

Lisa LeCompte, the undersigned, is an agent for the State of Maryland, Comptroller of the Treasury, Room 409, State Office Building, 301 West Preston Street, Baltimore, Maryland 21201 duly authorized to make this Proof of Claim on behalf of the Comptroller.

The above debtor is justly and truly indebted to the State of Maryland, Comptroller of the Treasury, as follows:

|  |  | Tax | Interest | Penalty | Total |
|---|---|---|---|---|---|
| Sales and Use Priority |  |  |  |  |  |
| Unsecured |  |  |  |  |  |
| Withholding Priority |  | $1,612.00 | $1,541.00 |  | $3,153.00 |
| Unsecured |  |  |  | $466.00 | $466.00 |
| CORP |  |  |  |  |  |
| Unsecured |  |  |  |  |  |
| Total Claim |  | $1,612.00 | $1,541.00 | $466.00 | $3,619.00 |

No judgment has been rendered on and no security interest is held for this claim, and this claim is not subject to any set-off or counterclaim except for the liens filed on: August 27, 2012 Baltimore City $2,704.00

Tax and Interest entitled to priority under Section 507 of the Bankruptcy Code.

**STATE OF MARYLAND**
**COMPTROLLER OF THE TREASURY**

By:  T.W          /s/ Lisa LeCompte
                  410-767-1653
          Date 1/29/21

CR# 07407701

*Penalty for presenting fraudulent claims: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.*
*(18 USC Sections 152 and 3571)*

- Menu

# Creditors/Claims Search — 2 claim(s)

| | | |
|---|---|---|
| **Claim #: 1241 [883]** :<br>**COMPTROLLER OF THE TREASURY**<br>TRIA WHITE<br>301 W PRESTON ST RM #409<br>BALTIMORE, MD 21201<br><br>View full claim PDF (0.4meg / 5 pages)<br>(/Clients/cred/GetClaim?<br>claimNumber=1241) | Debtor<br><br>Filed<br>Class<br><br>Claim Amt<br><br>Status | CRED INC.<br>Case # : 20-12836<br><br>01/29/2021<br>PRIORITY CLAIM<br><br>$3,153.00 |
| **Claim #: 1241 [883]** :<br>**COMPTROLLER OF THE TREASURY**<br>TRIA WHITE<br>301 W PRESTON ST RM #409<br>BALTIMORE, MD 21201<br><br>View full claim PDF (0.4meg / 5 pages)<br>(/Clients/cred/GetClaim?<br>claimNumber=1241) | Debtor<br><br>Filed<br>Class<br><br>Claim Amt<br><br>Status | CRED INC.<br>Case # : 20-12836<br><br>01/29/2021<br>UNSECURED CLAIM<br><br>$466.00 |