# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 770, 771, 772, 774, 775<br>776, 777, 778, 780, 783, 784, 817, 820** |

## OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of the professionals (each a "Professional" and, collectively, the "Professionals") employed by the debtors and debtors in possession (the "Debtors"), the official committee of unsecured creditors (the "Committee"), and Robert J. Stark (the "Examiner") in the above-captioned cases, a list of which is attached hereto as Exhibit 1, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefore;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

2

**IT IS HEREBY ORDERED THAT:**

The Final Fee Applications are hereby APPROVED on a final basis in the amounts set forth in <u>Exhibit 1</u>.

1. The Professionals are granted final allowance of compensation in the amounts set forth on <u>Exhibit 1</u>.

2. The Professionals are granted reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit 1</u>.

3. The Professionals are authorized and directed to apply retainer funds they hold, if any, toward payment of their allowed fees and expenses.

4. Matthew Foster, as custodian of the Professional Fee Escrow, is authorized and directed to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on <u>Exhibit 1</u>, less all amounts previously paid on account of such fees and expenses and less the amounts of any retainer funds applied by the Professionals.

5. For the avoidance of doubt, and in light of the Court's *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629] directing substantive consolidation of the Debtors' estates, all of the Debtors shall be deemed to be jointly and severally liable and responsible for payment of the Professionals' allowed fees and expenses.

6. This Order shall be deemed a separate order for each of the Professionals, and the appeal of any order with respect to any of the Professionals shall have no effect on the authorized fees and expenses of any of the other Professionals.

7. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: June 24th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

3