**EXHIBIT 1**

| Case Professional | Fees Requested | Expenses Requested | Voluntary Fee Reduction | Voluntary Expense Reduction | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| **Debtor Professionals** | | | | | | |
| Paul Hastings LLP<br>Co-Counsel to Debtors<br>11/7/20 – 4/30/21<br>Docket No. 775 | $5,390,330.00[2] | $42,572.70 | $350,000.00 | $162.13 | $5,040,330.00 | $42,410.57 |
| Cousins Law LLC<br>Co-Counsel to Debtors<br>11/7/20 – 4/19/21<br>Docket No. 774 | $436,815.00[3] | $3,996.85 | - | - | $436,815.00 | $3,996.85 |

---

[2] In the *First Interim and Final Application of Paul Hastings LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 7, 2020 through Final Fee Hearing* [Docket No. 775] (the "Paul Hastings Fee Application"), Paul Hastings included $50,000 in estimated compensation for services rendered and expenses incurred after April 30, 2021 related to preparing Paul Hastings' monthly and final fee applications and the monthly and final fee applications of the Debtors' other professionals. Paul Hastings earned $60,113.00 in such compensation and expenses. Thus, the $5,380,217.00 in total compensation requested in the Paul Hastings Fee Application has been increased to $5,390,330.00 to reflect this difference. In addition, Paul Hastings included $47,610 in expenses paid by the Debtors to Quinlan Partners LLC and $63,023 in expenses paid by the Debtors to LitCon Group LLC. These vendors' expenses were paid directly by the Debtors during the course of the cases in connection with various litigation matters that arose in the chapter 11 cases and thus no reimbursement is requested. In an abundance of caution, Paul Hastings, on behalf of Quinlan and LitCon, requests final allowance of such fees and expenses.

[3] In the *Combined Sixth Monthly and Final Fee Application of Cousins Law LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 7, 2020 Through April 19, 2021* [Docket No. 774] (the "Cousins Law Fee Application"), Cousins Law included $5,000.00 in estimated compensation for services rendered and expenses incurred after the April 19, 2021 plan effective date related to preparing, filing, and serving the Cousins Law Fee Application and the monthly and final fee applications of the Debtors' other professionals. Cousins Law earned $6,685.00 in such compensation and expenses. Thus, the $435,130.00 in total compensation requested in the Cousins Law Fee Application has been increased to $436,815.00 to reflect this difference.

| | | | | | | |
|---|---|---|---|---|---|---|
| MACCO Restructuring Group, LLC<br>Financial Advisor to Debtors<br>11/7/20 – 3/31/21<br>Docket No. 776 | $876,236.50[4] | $248.65 | - | - | $876,236.50 | $248.65 |
| Sonoran Capital Advisors LLC[5]<br>Financial Advisor to Debtors<br>11/7/20 – 4/30/21<br>Docket No. 777 | $213,666.50[6] | $154.88 | - | - | $213,666.50 | $154.88 |
| Teneo Capital Group LLC<br>Investment Banker to Debtors<br>11/16/20 – 1/15/21<br>Docket No. 778 | $100,000.00 | $0.00 | - | - | $100,000.00 | $0.00 |
| Donlin, Recano & Company, Inc.<br>Administrative Advisor to Debtors<br>11/7/20 – 4/19/21<br>Docket No. 780 | $33,902.00[7] | $0.00 | - | - | $33,902.00 | $0.00 |

---

[4] In the *Final Fee Application for the Period of November 7, 2020 Through March 31, 2021 of Macco Restructuring Group, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Debtors* [Docket No. 776], Macco Restructuring included $2,000 in estimated compensation for preparing its final fee application.

[5] Although the Debtors were authorized to pay the fees and expenses of Sonoran Capital Advisors, LLC in the ordinary course of business pursuant to the *Order (I) Authorizing Employment and Retention of Sonoran Capital Advisors, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Matthew Foster as Debtors' Chief Restructuring Officer* [Docket No. 267], such amounts are being listed in this Order for purposes of disclosure.

[6] In the *Combined Fifth Monthly and Final Fee Application Request of Sonoran Capital Advisors LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period from November 30, 2020 Through April 30, 2021* [Docket No. 777], Sonoran Capital included $15,000 in estimated compensation for services rendered and expenses incurred related to services provided by Sonoran Capital to the Debtors after April 30, 2021.

[7] This total amount includes $615.00 in fees incurred for the preparation of the *Fifth Monthly and Final Fee Application of Donlin Recano & Company, Inc. as Administrative Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from April 1, 2021 Through April 19, 2021 and the Final Period from November 7, 2021 Through and Including April 19, 2021* [Docket No. 780].

| | | | | | | |
|---|---|---|---|---|---|---|
| **Committee Professionals** | | | | | | |
| McDermott Will & Emery LLP<br>Counsel to Committee<br>12/5/20 – 4/19/21<br>Docket Nos. 784, 820 | $2,945,180.00[8] | $117,144.98 | $72,021.47 | $45,785.73 | $2,873,158.53 | $71,359.25 |
| Dundon Advisers LLC<br>Financial Advisor to Committee<br>12/7/20 – 4/19/21<br>Docket No. 783 | $635,000.00 | $0.00 | - | - | $635,000.00 | $0.00 |
| **Examiner Professionals** | | | | | | |
| Brown Rudnick LLP<br>Examiner; Co-Counsel to Examiner<br>1/8/21 – 4/19/21<br>Docket No. 770 | $1,558,948.50 | $5,998.07 | $62,357.94 | - | $1,496,590.56 | $5,998.07 |
| Ashby & Geddes, P.A.<br>Delaware Counsel to Examiner<br>1/8/21 – 4/19/21<br>Docket Nos. 771, 817 | $36,196.50 | $4,255.38 | $1,447.86 | - | $34,748.64 | $4,255.38 |
| Ankura Consulting Group, LLC<br>Financial Advisor to Examiner<br>2/3/21 – 3/5/21<br>Docket No. 772 | $160,962.38 | $0.00 | $6,438.50 | - | $154,523.88 | $0.00 |

---

[8] This amount includes $25,882.00 in fees incurred after April 19, 2021 (the "Effective Date") through May 14, 2021 plus a $10,000.00 reserve for fees incurred after May 14, 2021 in connection with the preparation and filing of McDermott's final fee application and the final fee applications of the Committee's other chapter 11 professionals and attendance at and other work related to the hearing on such fee applications.