# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF DEPOSITION OF FRANCESCO MATTEINI

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors (collectively, the "Debtors"), by and through its undersigned counsel, will take the deposition upon oral examination of Francesco Matteini, beginning at 12:00 p.m. (prevailing Eastern time) on July 12, 2021.

**PLEASE TAKE FURTHER NOTICE** that:

    1.     The deposition will be conducted remotely by Zoom;

    2.     The court reporter will report the deposition from a location separate from the witness;

    3.     Counsel for the parties will participate from various, separate locations;

    4.     The court reporter will administer the oath to the witness remotely;

    5.     Each participating attorney will be visible to all other participants and their statements will be audible to all participants;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

6. Exhibits, if any, will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition will be audio and visually recorded;

9. Counsel for all parties will be required to stipulate on the record:

   a. Their consent to this manner of deposition; and

   b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of deposition.

   *[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
July 8, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:   (302) 351-8711
Email:   dhurst@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:   (212) 547-5400
Facsimile:   (212) 547-5444
Email:   dazman@mwe.com
Email:   jbevans@mwe.com

*Counsel to Cred Inc. Liquidation Trust*