# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | Adv. Proc. No: 20-51006 |
| Plaintiffs, | **Re: Adv. Docket No. 34; Main Docket No. 529** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

IT IS HEREBY AGREED this 12th day of July, 2021, pursuant to Fed. R. Bankr. P. 8023 that the above captioned appeal of the Order Approving the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting (i) Temporary Restraining Order and Preliminary Injunction Against James Alexander and (ii) Related Relief [*Main Docket No. 529*], United States District Court for the District of Delaware C.A. No. 21-cv-244, is voluntarily dismissed with prejudice. Each party will bear its own costs and fees.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

**MCDERMOTT WILL & EMERY LLP**

*/s/  David R. Hurst*
David R. Hurst (#3743)
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Telephone:  (302) 485-3930
Facsimile:   (302) 351-8711
Email:  dhurst@mwe.com

- and -

Darren Azman
Joseph B. Evans
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5423
Email:  dazman@mwe.com
jbevans@mwe.com
twwalsh@mwe.com

*Attorneys for the Cred Inc. Liquidating Trust, as successor-in-interest to the Official Committee of Unsecured Creditors*

Dated:  July 13, 2021