IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | Adv. Proc. No: 20-51006 |
| | Hearing date: **August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)** |
| Plaintiffs, | **Objections due by: July 28, 2021** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## RENEWED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Delaware Lawyers' Rule of Professional Conduct 1.16(b)(4) and 1.16(b)(5), Buchanan Ingersoll & Rooney PC (the "Firm"), counsel to James Alexander, respectfully renews its February 23, 2021 Motion to Withdraw as Attorney of Record for James Alexander [Main D.I. 542; Adv. D.I. 37] (the "First Motion to Withdraw") and again moves this Court for an Order permitting the Firm and its attorneys to withdraw as counsel to Mr. Alexander in the above-captioned matter and the adversary proceeding pending against Mr. Alexander, Adversary Case 20-51006, and states in support thereof as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

1. On or about October 2, 2020, the Firm was engaged to provide legal services for Mr. Alexander in connection with the action entitled *James Alexander v. Daniel Brian Schatt and Joseph Podulka v. Cred Capital, Inc.*, C.A. No. 2020-0941-KSJM filed in the Delaware Court of Chancery on or about November 4, 2020.

2. Since that time, the needs of Mr. Alexander evolved and the Firm has provided additional services to Mr. Alexander.

3. Specifically, on or about November, 2020, the Debtors filed a voluntary petition for bankruptcy pursuant to Chapter 11 and the Firm provided Mr. Alexander services in connection with this bankruptcy proceeding. The Firm represents Mr. Alexander in both the main case, Case No. 20-12836, and the adversary proceeding, Adv. Proc. No.: 20-51006.

4. On February 23, 2021, the Firm filed the First Motion to Withdraw, citing "[i]rreconcilable differences and professional considerations . . . pursuant to Delaware Lawyers' Rule of Professional Conduct ["DLRPC"] . . . 1.16(b)(4) and 1.16(b)(5)."

5. On March 17, 2021, Your Honor adjourned the Firm's First Motion to Withdraw, citing Mr. Alexander's need for counsel in order to comply with pending discovery obligations under this Court's February 5, 2021 Emergency Order [D.I. 486; Adv. D.I. 19] (the "Emergency Order"). Your Honor further noted that, should circumstances arise effecting the bases for the Firm's First Motion to Withdraw, the Firm should report them to the Court.

6. Since the Court's March 17, 2021 Order, the Firm has continued to diligently coordinate with and advise the Mr. Alexander with respect to the Court's Emergency Order and other matters regarding the above captioned action and adversary proceeding. The Firm has, *inter alia*: (i) responded to all requests from opposing counsel based on information provided by Mr. Alexander, (ii) responded to a motion for contempt against Mr. Alexander, (iii) appeared before

Your Honor with respect to Mr. Alexander's discovery obligations, (iv) reviewed, prepared, and produced three supplemental productions of documents from Mr. Alexander amounting to 928 pages of documents, (v) in consultation with and based upon information provided by Mr. Alexander, prepared and produced Mr. Alexander's responses and objections to discovery, (vi) in consultation with and based upon information provided by Mr. Alexander, prepared and produced three supplemental declarations; and (vii) participated in three deposition sessions of three to four hours each. As of June 21, 2021, with the order of the United States District Court for the District of Delaware, Judge Maryellen Noreika presiding,[2] Mr. Alexander's discovery obligations under this Court's February 5, 2021 Emergency Order are complete.

7. Due to the reasons set forth in the Firm's First Motion to Withdraw and because Mr. Alexander's discovery obligations under this Court's February 5, 2021 Emergency Order are now complete, this Firm renews its motion to withdraw as counsel pursuant to DLRPC Rules 1.16(b). The Firm is available at Your Honor's convenience for an in camera discussion regarding its reasons for seeking withdrawal should Your Honor require or deem prudent.

8. The Firm has notified Mr. Alexander in advance of this Motion that it intended to renew its motion to withdraw as his counsel and Mr. Alexander has agreed that it is necessary and prudent for the Firm to withdraw. The Firm has thoroughly advised Mr. Alexander of the status of this action as well as the potential consequences of the Firm's withdrawal.

9. A copy of this Motion is being concurrently sent to Mr. Alexander *via* email.

## CONCLUSION

---

[2] D.I. 31 in *Official Committee of Unsecured Creditors of Cred Inc. v. James Alexander*, C.A. No. 1:21-cv-00417 (D. Del. Mar. 23, 2021).

WHEREFORE Buchanan Ingersoll & Rooney PC respectfully requests that this Court permit the Firm to withdraw its appearance in the above-captioned matter.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: July 13, 2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　Debtors.[3]<br>―――――――――――――――――<br>CRED INC., CRED CAPITAL, INC., and CRED (US) LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES ALEXANDER<br><br>　　　　　Defendant. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered<br><br>Adv. Proc. No: 20-51006<br><br>**Hearing date: August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)**<br>**Objections due by: July 28, 2021** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Buchanan Ingersoll & Rooney PC ("Movant"), withdrawing counsel for James Alexander has filed the attached Renewed Motion To Withdraw As Counsel (the "Motion"), which seeks the following relief: Withdrawal of Movant's appearance as counsel of record for James Alexander.

Any objections or other responses (collectively, the "Objections") to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before July 28, 2021 (the "Objection Deadline"). In addition, copies of any Objections must be served upon the following entities so as to be actually received no later than the Objection Deadline:

>　　Geoffrey G. Grivner, Esq.
>　　Buchanan Ingersoll & Rooney PC
>　　919 North Market Street, Suite 990
>　　Wilmington, DE 19801
>　　geoffrey.grivner@bipc.com

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5

      A hearing on the Motion will be held on August 4, 2021 at 10:00 a.m. before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

      Respectfully submitted,

      **BUCHANAN INGERSOLL & ROONEY PC**

      */s/ Geoffrey G. Grivner*
      Geoffrey G. Grivner (#4711)
      Mark Pfeiffer (admitted *pro hac vice*)
      919 North Market Street, Suite 990
      Wilmington, DE 19801
      Telephone: (302) 552-4200
      Facsimile: (302) 552-4295
      Email: geoffrey.grivner@bipc.com

      *Attorneys for James Alexander*

Dated: July 13, 2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[4] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| Plaintiffs, | **Hearing date: August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)** |
| v. | **Objections due by: July 28, 2021** |
| JAMES ALEXANDER | |
| Defendant. | |

**ORDER GRANTING BUCHANAN INGERSOLL & ROONEY PC'S**
<u>**RENEWED MOTION TO WITHDRAW AS COUNSEL**</u>

UPON CONSIDERATION OF the Renewed Motion To Withdraw as Counsel (the "Motion") filed by Buchanan Ingersoll & Rooney PC ("Movant"), and any responses filed thereto; the Court having reviewed the Motion; the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is justified and authorized in accordance with Bankr. L.R. 9010-2 of the Delaware Bankruptcy Court, D. Del. L.R. 83.7 and Del. R. Prof. Conduct 1.16(b); it is HEREBY ORDERED as follows:

---

[4] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

8

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Movant's representation of James Alexander in the above-captioned bankruptcy proceeding and the adversary proceeding against Mr. Alexander, Adversary Case 20-51006, is hereby TERMINATED, effective IMMEDIATELY.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2021
Wilmington, Delaware

_____
HON. JOHN T. DORSEY
UNITED STATES BANKRUPTCY COURT