# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[3] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| Plaintiffs, | **Hearing date: August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)** <br> **Objections due by: July 28, 2021** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Buchanan Ingersoll & Rooney PC ("Movant"), withdrawing counsel for James Alexander has filed the attached Renewed Motion To Withdraw As Counsel (the "Motion"), which seeks the following relief: Withdrawal of Movant's appearance as counsel of record for James Alexander.

Any objections or other responses (collectively, the "Objections") to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before July 28, 2021 (the "Objection Deadline"). In addition, copies of any Objections must be served upon the following entities so as to be actually received no later than the Objection Deadline:

> Geoffrey G. Grivner, Esq.
> Buchanan Ingersoll & Rooney PC
> 919 North Market Street, Suite 990
> Wilmington, DE 19801
> geoffrey.grivner@bipc.com

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5

A hearing on the Motion will be held on August 4, 2021 at 10:00 a.m. before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

            Respectfully submitted,

            **BUCHANAN INGERSOLL & ROONEY PC**

            */s/ Geoffrey G. Grivner*
            Geoffrey G. Grivner (#4711)
            Mark Pfeiffer (admitted *pro hac vice*)
            919 North Market Street, Suite 990
            Wilmington, DE 19801
            Telephone: (302) 552-4200
            Facsimile: (302) 552-4295
            Email: geoffrey.grivner@bipc.com

            *Attorneys for James Alexander*

Dated: July 13, 2021