# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[4] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| | **Hearing date: August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)** |
| Plaintiffs, | **Objections due by: July 28, 2021** |
| v. | |
| JAMES ALEXANDER | |
| Defendant. | |

### ORDER GRANTING BUCHANAN INGERSOLL & ROONEY PC'S
### <u>RENEWED MOTION TO WITHDRAW AS COUNSEL</u>

UPON CONSIDERATION OF the Renewed Motion To Withdraw as Counsel (the "Motion") filed by Buchanan Ingersoll & Rooney PC ("Movant"), and any responses filed thereto; the Court having reviewed the Motion; the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is justified and authorized in accordance with Bankr. L.R. 9010-2 of the Delaware Bankruptcy Court, D. Del. L.R. 83.7 and Del. R. Prof. Conduct 1.16(b); it is HEREBY ORDERED as follows:

---

[4] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

8

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Movant's representation of James Alexander in the above-captioned bankruptcy proceeding and the adversary proceeding against Mr. Alexander, Adversary Case 20-51006, is hereby TERMINATED, effective IMMEDIATELY.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2021
Wilmington, Delaware

_____
HON. JOHN T. DORSEY
UNITED STATES BANKRUPTCY COURT