IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>              Debtors.¹ | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: July 30, 2021 at 4:00 p.m. (ET)**<br>**Hrg. Date: August 19, 2021 at 11:00 a.m. (ET)** |

**NOTICE OF HEARING ON MOTION OF THE LIQUIDATION TRUST FOR ENTRY OF ORDER TERMINATING DONLIN, RECANO & COMPANY, INC.'S RETENTION AS CLAIMS AND NOTICING AGENT FOR DEBTORS AND AUTHORIZING THE EMPLOYMENT AND RETENTION OF STRETTO AS CLAIMS AND NOTICING AGENT FOR THE LIQUIDATION TRUST**

TO:    (i) the Office of the United States Trustee for the District of Delaware; (ii) Donlin Recano; (iii) Stretto; and (iv) all parties entitled to notice pursuant to Del. Bankr. L.R. 2002-1(b)

       PLEASE TAKE NOTICE that, on July 16, 2021, the Cred Inc. Liquidation Trust (the "Liquidation Trust") filed the *Motion of the Liquidation Trust for Entry of an Order Terminating Donlin, Recano & Company, Inc.'s Retention as Claims and Noticing Agent for Debtors and Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent for the Liquidation Trust* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

       An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned counsel to the Liquidation Trust, so that it is received on or before 4:00 p.m. (ET) on July 30, 2021.

       A HEARING ON THE MOTION WILL BE HELD ON AUGUST 19, 2021 AT 11:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

---

¹    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
July 16, 2021

        **MCDERMOTT WILL & EMERY LLP**

        */s/ David R. Hurst*
        David R. Hurst (I.D. No. 3743)
        1007 North Orange Street, 10th Floor
        Wilmington, DE 19801
        Telephone: (302) 485-3900
        Facsimile:  (302) 351-8711

        - and -

        Darren Azman (admitted *pro hac vice*)
        340 Madison Avenue
        New York, NY 10173
        Telephone: (212) 547-5400
        Facsimile:  (212) 547-5444

        *Counsel to the Cred Inc. Liquidation Trust*