# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| | Jointly Administered |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 13th day of July, 2021, I caused a copy of the foregoing Renewed Motion to Withdraw as Counsel (DI 858) to be served upon interested parties via ECF notification and/or electronic mail as indicated below.

**Appellee:**

1.  Cred Capital, Inc., Debtors

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081
    Facsimile: (302) 295-0331
    Email: scott.cousins@cousins-law.com

    - and -

    James T. Grogan
    Mack Wilson
    PAUL HASTINGS LLP
    600 Travis Street, Fifty-Eighth Floor
    Houston, Texas 77002
    Telephone: (713) 860-7300
    Facsimile: (713) 353-3100

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Email: jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

- and -

G. Alexander Bongartz
Derek Cash
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: alexbongartz@paulhastings.com
derekcash@paulhastings.com

**Interested Parties:**

1. Cred Inc., Cred (US) LLC, Cred Merchant Solutions LLC, Cred (Puerto Rico) LLC, Debtors

    Scott D. Cousins (No. 3079)
    COUSINS LAW LLC
    Brandywine Plaza West
    1521 Concord Pike, Suite 301
    Wilmington, Delaware 19803
    Telephone: (302) 824-7081
    Facsimile: (302) 295-0331
    Email: scott.cousins@cousins-law.com

    - and -

    James T. Grogan
    Mack Wilson
    PAUL HASTINGS LLP
    600 Travis Street, Fifty-Eighth Floor
    Houston, Texas 77002
    Telephone: (713) 860-7300
    Facsimile: (713) 353-3100
    Email: jamesgrogan@paulhastings.com
    mackwilson@paulhastings.com

    - and -

    G. Alexander Bongartz
    Derek Cash
    PAUL HASTINGS LLP

      200 Park Avenue
      New York, New York 10166
      Telephone: (212) 318-6000
      Facsimile: (212) 319-4090
      Email: alexbongartz@paulhastings.com
            derekcash@paulhastings.com

2.    Official Committee of Unsecured Creditors

      David R. Hurst
      MCDERMOTT WILL & EMERY LLP
      The Nemours Building
      1007 North Orange Street
      4th Floor
      Wilmington, DE 19801
      Telephone:  (302) 485-3930
      Facsimile:  (302) 351-8711
      Email:  dhurst@mwe.com

      - and -

      Darren Azman
      Joseph B. Evans
      Timothy W. Walsh
      MCDERMOTT WILL & EMERY LLP
      340 Madison Avenue
      New York, NY 10173-1922
      Telephone:  (212) 547-5423
      Email:  dazman@mwe.com
             jbevans@mwe.com
             twwalsh@mwe.com

      - and -

      Gregg A. Steinman
      MCDERMOTT WILL & EMERY LLP
      333 SE 2nd Avenue, Suite 4500
      Miami, FL 33131
      Telephone:  (305) 358-3500
      Email:  gsteinman@mwe.com

3.   Examiner

   Katharina Earle
   Gregory A. Taylor
   ASHBY & GEDDES, P.A.
   500 Delaware Avenue, 8th Floor
   P.O. Box 1150
   Wilmington, DE 19801
   Telephone: (302) 504-3729
   Facsimile: (302) 654-2067
   Email: kearle@ashbygeddes.com
             gtaylor@ashbygeddes.com

   - and -

   Andrew Carty
   Michael Reining
   BROWN RUDNICK
   Seven Times Square
   New York, NY 10036
   Telephone: (212) 209-4800
   Fax: (212) 209-4801
   Email: acarty@brownrudnick.com
             mreining@brownrudnick.com

4.   United States Trustee

   Joseph James McMahon, Jr.
   John Henry Schanne, II
   UNITED STATES DEPARTMENT OF JUSTICE
   844 King Street, Suite 2207
   Lockbox #35
   Wilmington, DE 19801
   Telephone: (302) 573-6491
   Fax: (302) 573-6497
   Email: joseph.mcmahon@usdoj.gov
             John.schanne@usdoj.gov

5.   James Alexander (via email)

   35551 Dixie Canyon Place
   Sherman Oaks, CA 91423

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

<u>/s/  Geoffrey G. Grivner</u>
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated:  July 21, 2021