## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | Adv. Proc. No.: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | Related to Main Docket No. 858/Adv. Docket No. 48 |
| Plaintiffs, | |
| v. | |
| JAMES ALEXANDER, | |
| Defendant | |

### CERTIFICATE OF NO OBJECTION

The undersigned, withdrawing counsel to James Alexander ("Mr. Alexander") hereby certifies, pursuant to Local Rule 9013-1(j), that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the undersigned counsel's *Renewed Motion to Withdraw As Counsel* [Main Docket No. 858/Adv. Docket No. 48] (the "Motion"), filed on July 13, 2021. The undersigned counsel further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 28, 2021 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.  Accordingly, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Withdrawing attorneys for James Alexander*

Dated:  July 30, 2021