# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[4] | Jointly Administered |
| | Adv. Proc. No: 20-51006 |
| CRED INC., CRED CAPITAL, INC., and CRED (US) LLC, | |
| Plaintiffs, | Hearing date: **August 4, 2021 at 10:00 a.m. (Prevailing Eastern Time)** |
| v. | **Objections due by: July 28, 2021** |
| JAMES ALEXANDER | |
| Defendant. | |

### ORDER GRANTING BUCHANAN INGERSOLL & ROONEY PC'S RENEWED MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION OF the Renewed Motion To Withdraw as Counsel (the "Motion") filed by Buchanan Ingersoll & Rooney PC ("Movant"), and any responses filed thereto; the Court having reviewed the Motion; the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is justified and authorized in accordance with Bankr. L.R. 9010-2 of the Delaware Bankruptcy Court, D. Del. L.R. 83.7 and Del. R. Prof. Conduct 1.16(b); it is HEREBY ORDERED as follows:

---

[4] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Movant's representation of James Alexander in the above-captioned bankruptcy proceeding and the adversary proceeding against Mr. Alexander, Adversary Case 20-51006, is hereby TERMINATED, effective IMMEDIATELY.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: August 2nd, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

8