IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 786, 802, 803, 809** |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF ORDER APPROVING STIPULATION OF SETTLEMENT REGARDING (A) EMERGENCY MOTION OF THE CRED INC. LIQUIDATION TRUST TO (I) ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER AND (II) ENJOIN UPGRADEYA INVESTMENTS, LLC FROM PROSECUTING THE CIVIL ACTION AND SIMILAR CLAIMS IN OTHER FORUMS AND (B) ALL POTENTIAL CLAIMS BETWEEN AND AMONG UPGRADEYA AND THE DEBTORS' ESTATES**

The undersigned, counsel to the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases of Cred Inc. and its affiliated debtors (collectively, the "Debtors"), hereby certifies as follows:

1.      On May 24, 2021, the Trust filed the *Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* [Docket No. 786] (the "Motion to Enjoin").[2]  Pursuant to the Motion to Enjoin, the Trust sought interim relief staying the Civil Action pending final adjudication of the Motion to Enjoin.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Enjoin.

2.     Contemporaneously, the Trust filed the *Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* [Docket No. 787] (the "Motion to Shorten"). On May 26, 2021, UpgradeYa Investments, LLC ("UpgradeYa") objected to the Motion to Shorten. *See* Docket No. 791.

3.     Notwithstanding UpgradeYa's objection, on May 28, 2021, the Court entered an order granting the Motion to Shorten and scheduled an interim hearing on the Motion to Enjoin for June 4, 2021. *See* Docket No. 795.

4.     On June 3, 2021, UpgradeYa filed the *Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* [Docket No. 802] (the "Interim Relief Objection"). On June 4, 2021, the Trust filed its reply to the Interim Relief Objection. *See* Docket No. 803.

5.     After the June 4 hearing, the Court entered the *Interim Order Granting Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums* [Docket No. 809] (the "Interim Order"). Pursuant to the Interim Order, the Civil Action was stayed pending a final hearing on the Motion to Enjoin, which was scheduled for June 17, 2021.

6.     Since entry of the Interim Order, the Trust has been engaged in good-faith negotiations with UpgradeYa Investments, LLC ("UpgradeYa") in an effort to consensually

resolve both the Motion to Enjoin and (ii) all potential claims between UpgradeYa and the Debtors' estates. In connection with these negotiations, the parties agreed to adjourn the June 17 hearing to August 4, 2021.

7. As a result of these negotiations, the Trust and UpgradeYa have entered into that certain *Stipulation of Settlement Regarding (A) Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums and (B) All Potential Claims Between and Among UpgradeYa and the Debtors' Estates* (the "Stipulation"), fully resolving all disputes between the parties.

8. The Stipulation and the proposed order approving same have been reviewed and approved by counsel for UpgradeYa.

9. Accordingly, the Trust respectfully requests that the Court enter the proposed order, attached hereto as **Exhibit A**, approving the Stipulation.

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
August 2, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*