IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 786, 802, 803, 809, 869** |

**FINAL AGREED ORDER APPROVING STIPULATION OF SETTLEMENT REGARDING (A) EMERGENCY MOTION OF THE CRED INC. LIQUIDATION TRUST TO (I) ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER AND (II) ENJOIN UPGRADEYA INVESTMENTS, LLC FROM PROSECUTING THE CIVIL ACTION AND SIMILAR CLAIMS IN OTHER FORUMS AND (B) ALL POTENTIAL CLAIMS BETWEEN AND AMONG UPGRADEYA AND THE DEBTORS' ESTATES**

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors (collectively, the "Debtors") for entry of an order (i) enforcing the terms of the Plan and Confirmation Order and (ii) enjoining, barring, and/or estopping UpgradeYa Investments, LLC ("UpgradeYa") from prosecuting the Civil Action and similar claims and causes of action in other forums; and upon the certification of counsel (the "Certification of Counsel") regarding the Motion and the settlement reached by and among the Trust and UpgradeYa; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1]　The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]　Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2012; and upon consideration of the Motion and the Certification of Counsel; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that the relief requested in the Motion is in the best interests of the Trust, the Debtors' creditors, and other parties in interest; and this Court finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth in the *Stipulation of Settlement Regarding (A) Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums and (B) All Potential Claims Between and Among UpgradeYa and the Debtors' Estates* (the "Stipulation"), which is attached hereto as **Exhibit 1**.

2. The Stipulation is approved.

3. The Trust and UpgradeYa are authorized to take all actions necessary or appropriate to effectuate the Stipulation and the other relief granted in this Order.

4. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation, construction, implementation, or enforcement of the Stipulation and this Order.

**Dated: August 2nd, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE