### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON AUGUST 4, 2021 AT 10:00 A.M. (EASTERN TIME)
### <u>BEFORE THE HONORABLE JOHN T. DORSEY</u>

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND
REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER
IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItc--vpz0iG8cfEDETCmSKXzR1gIK5Xhg

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

### <u>MATTER WITH ORDER ENTERED</u>

1.      Renewed Motion to Withdraw as Counsel filed by Buchanan Ingersoll & Rooney PC
(Filed 7/13/21) [Docket No. 858]

Related Documents:

(a)     Motion to Withdraw as Attorney of Record for James Alexander (Filed 2/23/21)
[Docket No. 542]

(b)     Certificate of No Objection (Filed 7/30/21) [Docket No. 867]

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number,
as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant
Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue,
Suite 200, San Mateo, California 94401.

    (c)    Order Granting Buchanan Ingersoll & Rooney PC's Renewed Motion to Withdraw as Counsel (Filed 8/2/21) [Docket No. 868]

Responses Received:  None.

Objection Deadline:    July 28, 2021

<u>Status</u>:        This matter will not be going forward. The Court entered an order granting the Motion.

## MATTER WITH CERTIFICATION OF COUNSEL

2.    Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 786]

Related Documents:

    (a)    Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/24/21) [Docket No. 787]

    (b)    Notice of Hearing on the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/27/21) [Docket No. 793]

    (c)    Order Granting Motion to Shorten Time for Notice of Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/28/21) [Docket No. 795]

    (d)    Interim Order Granting Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/4/21) [Docket No. 809]

    (e)    Certification of Counsel in Support of Entry of Order Approving Stipulation of Settlement Regarding (A) Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums and (B) All Potential Claims Between and Among UpgradeYa and the Debtors' Estates (Filed 8/2/21) [Docket No. 869]

Responses Received:

(a) Objection of UpgradeYa Investments, LLC to Motion to Shorten Time for Notice of Emergency Motion of Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 5/26/21) [Docket No. 791]

(b) Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/3/21) [Docket No. 802]

(c) Reply of the Cred Inc. Liquidation Trust to the Objection of UpgradeYa Investments, LLC to the Interim Relief Requested in the Emergency Motion of the Cred Inc. Liquidation Trust to (I) Enforce the Chapter 11 Plan and Confirmation Order and (II) Enjoin UpgradeYa Investments, LLC from Prosecuting the Civil Action and Similar Claims in Other Forums (Filed 6/4/21) [Docket No. 803]

Objection Deadline:   June 4, 2021 at 11:00 a.m. (ET); extended to July 26, 2021 at 4:00 p.m. solely for UpgradeYa Investments, LLC.

Status:   A certification of counsel was filed regarding this matter. This matter will not be going forward unless otherwise directed by the Court.

Dated: Wilmington, Delaware
August 2, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*