IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 863** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE
LIQUIDATION TRUST FOR ENTRY OF ORDER TERMINATING DONLIN,
RECANO & COMPANY, INC.'S RETENTION AS CLAIMS AND NOTICING AGENT
FOR DEBTORS AND AUTHORIZING THE EMPLOYMENT AND RETENTION OF
STRETTO AS CLAIMS AND NOTICING AGENT FOR THE LIQUIDATION TRUST**

The undersigned, counsel to the Cred Inc. Liquidation Trust (the "Trust") in the above-captioned chapter 11 cases, hereby certifies as follows:

1.    On July 16, 2021, the *Motion of the Liquidation Trust for Entry of Order Terminating Donlin, Recano & Company, Inc.'s Retention as Claims and Noticing Agent for Debtors and Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent for the Liquidation Trust* [Docket No. 863] (the "Motion") was filed with the Court.

2.    Pursuant to the Notice of Motion, objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. on July 30, 2021 (the "Objection Deadline"), and no extensions of the Objection Deadline were granted.

3.    The Objection Deadline has passed, and no objections to the Motion appear on the docket or were served upon undersigned counsel. However, the United States Trustee for the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

District of Delaware (the "U.S. Trustee") informally raised concerns regarding the Motion (the "Informal Objections").

4. The Trust and the U.S. Trustee have negotiated in good faith to resolve the Informal Objections, and the Trust has amended the proposed form of order approving the Motion to reflect the agreement of the parties (the "Revised Order"). The U.S. Trustee has reviewed and does not object to the entry of the Revised Order, which order is attached hereto as Exhibit A. A blackline version of the Revised Order reflecting all changes from the form of order submitted with the Motion is attached hereto as Exhibit B.

5. Accordingly, the Trust respectfully requests that the Court enter the Revised Order at the convenience of the Court.

Dated: Wilmington, Delaware
August 5, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Fax: (302) 351-8711
E-mail: dhurst@mwe.com

and

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Fax: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to the Cred Inc. Liquidation Trust*