# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | Obj. Deadline: 8/19/21 at 4:00 p.m. (ET) |
|  | Hrg. Date: 8/26/21 at 3:00 p.m. (ET) |
|  | Related to Docket No. 879 |

## MOTION OF THE LIQUIDATION TRUST FOR REDACTION OF CERTAIN PERSONAL DATA IDENTIFIERS PURSUANT TO FED. R. BANKR. P. 9037 AND DEL. BANKR. L.R. 9037-1

The Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors (collectively, the "Debtors") hereby moves (the "Motion") pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9037-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order, substantially in the form attached hereto as **Exhibit A**, directing the Clerk of the Court (the "Clerk") to substitute the proposed redacted form of the Rule 2004 Motion (as defined herein) attached here as **Exhibit B** for the version of the Rule 2004 Motion currently filed on the docket in these cases. In support of this Motion, the Trust respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). In accordance with Local Rule 9013-1(f), the Trust confirms its consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief sought herein are Bankruptcy Rule 9037 and Local Rule 9037-1.

## BACKGROUND

4. On November 7, 2020 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code.

5. On March 11, 2021, the Court entered an order [Docket No. 629] confirming the *Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629-1] (as amended, the "Plan").[2] The Plan became effective on April 19, 2021 (the "Effective Date"). *See* Docket No. 730. On the Effective Date, the Trust was established and the Debtors' assets were transferred and assigned to the Trust. *See* Plan, § 12.3. The Trust is being administered by the Liquidation Trustees (as defined in the Plan). *See* Plan, § 12.3(a).

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

6. To facilitate the recovery of the Debtors' assets, the Trust filed the *Motion of the Liquidation Trust For Entry of an Order Directing Winslow Carter Strong to (I) Sit for a Rule 2004 Examination and (II) Produce Documents in Response to a Rule 2004 Subpoena* [Docket No. 879] (the "Rule 2004 Motion"), thereby seeking the production of documents from, and the Bankruptcy Rule 2004 examination of, Mr. Winslow Carter Strong.

## RELIEF REQUESTED

7. By this Motion, the Trust requests entry of an order, substantially in the form attached hereto as **Exhibit A**, directing the Clerk to substitute the proposed redacted form of the Rule 2004 Motion attached here as **Exhibit B** for the version of the Rule 2004 Motion currently filed on the docket in these cases.

## BASIS FOR RELIEF REQUESTED

8. Local Rule 9037-1(b) provides that "[t]he filer of the document containing personal data identifiers shall . . . file a motion to redact that identifies the proposed document for redaction by docket number …. The filer shall submit, with the motion to redact, an exhibit containing the document to be substituted for the original filing." Del. Bankr. L.R. 9037-1(b).

9. Relatedly, Local Rule 9037-1(c) provides that "[u]pon filing of the motion to redact, the Clerk's Office will restrict the original image containing the personal data identifiers from public view (except as to the filer, the case trustee, the United States Trustee and the claims agent) on the docket." Del. Bankr. L.R. 9037-1(c).

10. The Rule 2004 Motion inadvertently included Mr. Strong's social security number (the "SSN"), which is a personal data identifier within the meaning of Bankruptcy Rule 9037. Accordingly, the Trust requests that the Court direct the Clerk to substitute the proposed redacted form of the Rule 2004 Motion attached here as **Exhibit B** for the version of the Rule

2004 Motion currently filed on the docket in these cases, so that only the last four digits of Mr. Strong's SSN are shown in the pleading.

## **NOTICE**

11.     Notice of the Motion has been provided to (i) Mr. Strong, (ii) counsel to the Mr. Strong, and (iii) parties that have requested notice pursuant to Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Trust submits that no other or further notice is required.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Trust requests entry of an order, substantially in the form attached hereto as **Exhibit A**, directing the Clerk to substitute the proposed redacted form of the Rule 2004 Motion attached here as **Exhibit B** for the version of the Rule 2004 Motion currently filed on the docket in these cases.

Dated:  Wilmington, Delaware
         August 12, 2021

**MCDERMOTT WILL & EMERY LLP**

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*