# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 879, 882** |
| | ) | |

### ORDER GRANTING MOTION OF THE LIQUIDATION TRUST FOR REDACTION OF CERTAIN PERSONAL DATA IDENTIFIERS PURSUANT TO FED. R. BANKR. P. 9037 AND DEL. BANKR. L.R. 9037-1

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust") for entry of an order pursuant to Bankruptcy Rule 9037 and Local Rule 9037-1(b), directing the Clerk to substitute the proposed redacted form of the Rule 2004 Motion attached to the Motion as **Exhibit B** for the version of the Rule 2004 Motion currently filed on the docket in these cases; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Motion is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Rule 9037 and Local Rule 9037-1(b), the Clerk is hereby directed to substitute the proposed redacted form of the Rule 2004 Motion attached to the Motion as **Exhibit B** for the version of the Rule 2004 Motion currently filed on the docket in these cases.

3. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 12th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE