# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON AUGUST 19, 2021 AT 11:00 A.M. (EASTERN TIME)
### BEFORE THE HONORABLE JOHN T. DORSEY

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## MATTER WITH ORDER ENTERED

1. Motion of the Liquidation Trust for Entry of Order Terminating Donlin, Recano & Company, Inc.'s Retention as Claims and Noticing Agent for Debtors and Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent for the Liquidation Trust (Filed 7/16/21) [Docket No. 863]

   Related Documents:

   (a) Certification of Counsel Regarding Motion of the Liquidation Trust for Entry of Order Terminating Donlin, Recano & Company, Inc.'s Retention as Claims and Noticing Agent for Debtors and Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent for the Liquidation Trust (Filed 8/5/21) [Docket No. 875]

   (b) Order Granting Motion of the Liquidation Trust for Entry of Order Terminating Donlin, Recano & Company, Inc.'s Retention as Claims and Noticing Agent for Debtors and Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent for the Liquidation Trust (Filed 8/6/21) [Docket No. 877]

   Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Objection Deadline: July 30, 2021

<u>Status</u>: This matter will not be going forward. The Court entered an order granting the Motion.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 17, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |