## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. [1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 11, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on the Motion of the Liquidation Trust for Entry of an Order Directing Winslow Carter Strong to (I) Sit for a Rule 2004 Examination and (II) Produce Documents in Response to a Rule 2004 Subpoena** (Docket No. 879)

- **Order Scheduling Omnibus Hearing Date** (Docket No. 881)

On August 11, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing on the Motion of the Liquidation Trust for Entry of an Order Directing Winslow Carter Strong to (I) Sit for a Rule 2004 Examination and (II) Produce Documents in Response to a Rule 2004 Subpoena** (Docket No. 879)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 18, 2021

*Amanda Hinchey*
Amanda Hinchey

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 18th day of August  2021 by Amanda Hinchey.

_____
(Notary's official signature)

VICTORIA XUAN HUONG TRAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194011214
MY COMMISSION EXPIRES MARCH 21, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| AKERMAN LLP | MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR | 201 EAST LAS OLAS BLVD., STE 1800 | | | FT LAUDERDALE | FL | 33301 | |
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | 300 DELAWARE AVE.,STE 1100 | | | WILMINGTON | DE | 19801 | |
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | | PHOENIX | AZ | 85005-6123 | |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | 500 DELAWARE AVE.,8TH FLOOR | P O BOX 1150 | | WILMINGTON | DE | 19899 | |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | 45 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10111 | |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | 1201 NORTH MARKET ST.,14TH FLOOR | | | WILMINGTON | DE | 19801-1147 | |
| BILLION LAW | MARK M BILLION,ESQ | 1073 S GOVERNOR AVE | | | DOVER | DE | 19904 | |
| BOND SCHOENECK & KING PLLC | STEPHEN A DONATO,ESQ | ONE LINCOLN CENTER, 18THFLOOR | 110 WEST FAYETTE ST | | SYRACUSE | NY | 13202 | |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | 55 SECOND ST.,17TH FLOOR | | | SAN FRANCISCO | CA | 94105-3493 | |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | 2 MIAMI CENTRAL | 700 NW 1ST AVE.,STE 1200 | | MIAMI | FL | 33136-4118 | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE | SUITE 301 | WILMINGTON | DE | 19803 | |
| CRED INC. | ATTN:  PRESIDENT/CEO | 3 EAST THIRD AVENUE | | | SAN MATEO | CA | 94401 | |
| DAVID KEITH GOTTLIEB | | 16255 VENTURA BLVD SUITE 440 | | | ENCINO | CA | 91436 | |
| DCP CAPITAL | KINGSTON CHAMBERS | | PO BOX 173 | RD TOWN | TORTOLA | | VG1110 | Virgin Islands, British |
| DELAWARE ATTORNEY GENERAL | KEVIN HU | | | | | | | |
| DELAWARE DIVISION OF REVENUE | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | | | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS ,P O BOX 173 | | ROAD TOWN TORTOLA | | | Virgin Islands, British |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | 222 DELAWARE AVE.,STE 1410 | | | WILMINGTON | DE | 19801-1621 | |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | 600 E 96TH ST.,STE 600 | | | INDIANAPOLIS | IN | 46240 | |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | 445 PARK AVE | | | NEW YORK | NY | 10022 | |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | 321 N CLARK ST.,STE 3000 | | | CHICAGO | IL | 60654 | |
| FOX ROTHSCHILD LLP | KEITH C OWENS | 10250 CONSTELLATION BLVD.,STE 900 | | | LOS ANGELES | CA | 90067 | |
| FOX ROTHSCHILD LLP | SETH A NIEDERMAN | 919 NORTH MARKET ST.,STE 300 | | | WILMINGTON | DE | 19899-2323 | |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | 1201 N ORANGE ST.,STE 300 | | | WILMINGTON | DE | 19801 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE | STE 200 | | SUMMIT | NJ | 07901 | |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | 10250 CONSTELLATION BLVD STE 1700 | | | LOS ANGELES | CA | 90067 | |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | 1309 COFFEEN AVE STE 1200 | | | SHERIDAN | WY | 82801 | |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | 340 MADISON AVE | | | NEW YORK | NY | 10173-1922 | |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST.,4TH FLOOR | | WILMINGTON | DE | 19801 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | | LANSING | MI | 48922 | |
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | | WILMINGTON | DE | 19801 | |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET | 58TH FLOOR | | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 2

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REID COLLINS & TSAI LLP | JONATHAN KASS | NEMOURS BLDG 4TH FLOOR | | | WILMINGTON | DE | 19801 | |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | 330 WEST 58TH ST.,STE 403 | | | NEW YORK | NY | 10019 | |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | | WILMINGTON | DE | 19899 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | | PHILADELPHIA | PA | 19123 | |
| THE BIFFERATO FIRM P.A. | IAN CONNOR BIFFERATO,ESQ | 1007 N ORANGE ST.,4TH FLOOR | | | WILMINGTON | DE | 19801 | |
| UPHOLD, INC | JP THIERIOT | 900 LARKSPUR LANDING CIR | STE 209 | | LARKSPUR | CA | 94939 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | | PHILADELPHIA | PA | 19103 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AKERMAN LLP | MICHAEL I GOLDBERG;CATHERINE DOUGLAS KRETZSCHMAR | MICHAEL.GOLDBERG@AKERMAN.COM CATHERINE.KRETZSCHMAR@AKERMAN.COM |
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | AROOT@ARCHERLAW.COM |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | GTAYLOR@ASHBYGEDDES.COM KEARLE@ASHBYGEDDES.COM |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | JROSE@BAKERLAW.COM MSABELLA@BAKERLAW.COM |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | JLYONS@BAKERLAW.COM |
| BILLION LAW | MARK M BILLION,ESQ | MARKBILLION@BILLIONLAW.COM |
| BOND SCHOENECK & KING PLLC | STEPHEN A DONATO,ESQ | SDONATO@BSK.COM |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | ACARTY@BROWNRUDNICK.COM MREINING@BROWNRUDNICK.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON,ESQ | SCHRISTIANSON@BUCHALTER.COM |
| CARLTON FIELDS PA | DAVID L GAY,ESQ | DGAY@CARLTONFIELDS.COM |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| COUSINS LAW LLC | SCOTT D. COUSINS | SCOTT.COUSINS@COUSINS-LAW.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CHRISTINA.ROJAS@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK A JACKSON | PATRICK.JACKSON@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | DUSTIN R DENEAL | DUSTIN.DENEAL@FAEGREDRINKER.COM |
| FISHERBROYLES LLP | HOLLACE TOPOL COHEN,ESQ | HOLLACE.COHEN@FISHERBROYLES.COM |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | JMOLINARO@FOLEY.COM GGOODMAN@FOLEY.COM |
| FOX ROTHSCHILD LLP | KEITH C OWENS | KOWENS@FOXROTHSCHILD.COM |
| FOX ROTHSCHILD LLP | SETH A NIEDERMAN | SNIEDERMAN@FOXROTHSCHILD.COM |
| GELLERT SCALI BUSENKELL & BROWN LLC | MICHAEL BUSENKELL;AMY D BROWN | MBUSENKELL@GSBBLAW.COM ABROWN@GSBBLAW.COM |
| JST CAPITAL | SCOTT FREEMAN | SFREEMAN@JSTCAP.COM |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | DBG@LNBYB.COM |
| MAPLE PARTNERS LLC | JOSHUA SEGALL | MAPLEPARTNERSLLC@GMAIL.COM |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | TWWALSH@MWE.COM DAZMAN@MWE.COM JBEVANS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | DHURST@MWE.COM |
| OFFICE OF THE US TRUSTEE | | JOSEPH.MCMAHON@USDOJ.GOV JOHN.SCHANNE@USDOJ.GOV |
| PAUL HASTINGS LLP | JAMES T. GROGAN | JAMESGROGAN@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | MACK WILSON | MACKWILSON@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | DEREK CASH | DEREKCASH@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | ALEXBONGARTZ@PAULHASTINGS.COM |
| REID COLLINS & TSAI LLP | JONATHAN KASS | JKASS@REIDCOLLINS.COM |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | ASOMERS@REIDCOLLINS.COM VNOVELLI@REIDCOLLINS.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | MARK MINUTI,ESQ | MARK.MINUTI@SAUL.COM |
| THE BIFFERATO FIRM P.A. | IAN CONNOR BIFFERATO,ESQ | CBIFFERATO@TBF.LEGAL |
| UPHOLD, INC | JP THIERIOT | JP.THIERIOT@UPHOLD.COM |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | USADE.ECFBANKRUPTCY@USDOJ.GOV |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2

# Exhibit C



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ARENT FOX LLP | ATTN: JACKSON DAVID TOOF | 1717 K STREET NW | | WASHINGTON | DC | 20006 |
| MR. WINSLOW CARTER STRONG | | 100 CARR 114 | UNIT 778 | RINCON | PR | 00677-2755 |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 1

# **Exhibit D**



**Exhibit D**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ARENT FOX LLP | ATTN: JACKSON DAVID TOOF | JACKSON.TOOF@ARENTFOX.COM |
| MR. WINSLOW CARTER STRONG | | WINSLOW.STRONG@GMAIL.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 1