**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 26, 2021 AT 3:00 P.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

**<u>MATTER WITH ORDER ENTERED</u>**

1.  Motion of the Liquidation Trust for Redaction of Certain Personal Data Identifiers Pursuant to Fed. R. Bankr. P. 9037 and Del. Bankr. L.R. 9037-1 (Filed 8/12/21) [Docket No. 882]

    Related Documents:

    (a)  Order Granting Motion of the Liquidation Trust for Redaction of Certain Personal Data Identifiers Pursuant to Fed. R. Bankr. P. 9037 and Del. Bankr. L.R. 9037-1 (Filed 8/12/21) [Docket No. 884]

    Responses Received:   None.

    Objection Deadline:   August 19, 2021

    <u>Status</u>:   This matter will not be going forward. The Court entered an order granting the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**ADJOURNED MATTER**

2. Motion of the Liquidation Trust for Entry of an Order Directing Winslow Carter Strong to (I) Sit for a Rule 2004 Examination and (II) Produce Documents in Response to a Rule 2004 Subpoena (Filed 8/11/21) [Docket No. 879] (Restricted on Docket)

    Related Documents:  None.

    Responses Received:

    (a)  Informal response from Winslow Carter Strong

    Objection Deadline:   August 19, 2021; extended for Winslow Carter Strong until one week prior to any hearing scheduled for this Motion.

    Status:   This matter is adjourned to a date to be determined.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 19, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |