# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |

## AMENDED NOTICE OF EXAMINATION UNDER BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1

Notice is hereby given that the examination of Armanino LLP ("Armanino") scheduled for September 8, 2021 (ECF #841) is rescheduled to October 13, 2021, or such other date as is agreed to by Armanino and the Liquidation Trust of Cred Inc.

Dated: September 7, 2021

Respectfully submitted,

*/s/ Jonathan Kass*
Jonathan Kass
REID COLLINS & TSAI LLP
1007 N. Orange St.
Nemours Bldg - 4th Floor
Wilmington, DE 19801
jkass@reidcollins.com

-and-

Angela J. Somers (*pro hac vice*)
Vincenzo Novelli (*pro hac vice*)
REID COLLINS & TSAI LLP
330 West 58th Street, Suite 403

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each debtor's tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).

New York, New York 10019
asomers@reidcollins.com
vnovelli@reidcollins.com

*Special Counsel to the Liquidation Trust of Cred Inc. and affiliated debtors*