# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

## NOTICE OF FILING OF POST-CONFIRMATION QUARTERLY SUMMARY REPORTS FOR CRED INC. AND THE CRED INC. LIQUIDATION TRUST FOR THE PERIOD FROM APRIL 20, 2021 THROUGH JUNE 30, 2021

PLEASE TAKE NOTICE that, on September 20, 2021, counsel to the Cred Inc. Liquidation Trust (the "Cred Liquidation Trust") filed with the United States Bankruptcy Court for the District of Delaware: (i) Cred Inc.'s Post-Confirmation Quarterly Summary Report for the Period from April 20, 2021 through June 30, 2021 and (ii) the Cred Inc. Liquidation Trust's Post-Confirmation Quarterly Summary Report for the Period from April 20, 2021 through June 30, 2021, copies of which are attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 182357016-1.113270.0012

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 20, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |

# EXHIBIT A

Post-Confirmation Reports
of Cred Inc. and the Cred Inc. Liquidation Trust

UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF  DELAWARE

In re:  Cred Inc (20-12836) § Case No.  20-12836
§
§ Lead Case No.  20-12836
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021     Petition Date: 11/07/2020

Plan Confirmed Date: 03/11/2021     Plan Effective Date: 04/19/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity:  Cred Inc.
                                     Name of Authorized Party or Entity

/s/ Matthew Dundon in his capacity as President of Cre    Matthew Dundon in his capacity as President of Cred In
Signature of Responsible Party                             Printed Name of Responsible Party

09/20/2021
Date

440 Mamaroneck Avenue, Fifth Floor
Harrison, NY 10528
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                    1

Debtor's Name Cred Inc (20-12836)                                                              Case No.  20-12836

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $5,968,906 | $5,600,056 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $5,968,906 | $5,600,056 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $7,681,674 | $7,681,674 | $3,510,241 | $7,681,674 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Paul Hastings | Lead Counsel | $5,422,970 | $5,422,970 | $2,916,308 | $5,422,970 |
| | ii | Cousins Law | Local Counsel | $439,127 | $439,127 | $206,713 | $439,127 |
| | iii | Macco Restructuring Group | Financial Professional | $876,485 | $876,485 | $210,217 | $876,485 |
| | iv | Sonoran Capital | Financial Professional | $376,960 | $376,960 | $81,846 | $376,960 |
| | v | Teneo | Financial Professional | $100,000 | $100,000 | $0 | $100,000 |
| | vi | Donlin Recano | Other | $276,846 | $276,846 | $30,871 | $276,846 |
| | vii | Arete | Other | $150,000 | $150,000 | $25,000 | $150,000 |
| | viii | Prickett Jones | Other | $39,286 | $39,286 | $39,286 | $39,286 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $13,053,502 | $13,053,502 | $7,911,518 | $13,053,502 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name Cred Inc (20-12836)        Case No. 20-12836

### Part 4: Questionnaire

a. Is this a final report?    Yes ○   No ●
     If yes, give date Final Decree was entered: _____
     If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ●

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Matthew Dundon in his capacity as President of Cre      Matthew Dundon in his capacity as President of Cred In
Signature of Responsible Party      Printed Name of Responsible Party

President of Cred Inc      09/20/2021
Title      Date

UNITED STATES BANKRUPTCY COURT

DISTRICT OF   DELAWARE

In re: Cred Inc. (20-12836) on behalf of the Cred Inc Liquidation Trust

Debtor(s)

Case No.   20-12836

Lead Case No.   20-12836

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 11/07/2020

Plan Confirmed Date: 03/11/2021

Plan Effective Date: 04/19/2021

This Post-confirmation Report relates to:  ◉ Reorganized Debtor

○ Other Authorized Party or Entity:  Cred Inc. Liquidation Trust

Name of Authorized Party or Entity

/s/ Christopher Moser in his capacity as Co-Trustee
Signature of Responsible Party

Christopher Moser in his capacity as Co-Trustee
Printed Name of Responsible Party

09/20/2021
Date

440 Mamaroneck Avenue, Harrison, NY 10528
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Cred Inc. (20-12836) on behalf of the Cred Inc Liquidation Trust    Case No. 20-12836

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $381,916 | $381,916 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $381,916 | $381,916 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Financial Professional | $0 | $0 | $0 | $0 |
| ii | | Other | $0 | $0 | $0 | $0 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $13,053,502 | $7,911,517 | $13,045,201 | $13,053,502 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $170,900,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                                                                Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○    No ⦿

| Debtor's Name Cred Inc. (20-12836) on behalf of the Cred Inc Liquidation Trust | Case No. 20-12836 |
|---|---|

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Christopher Moser in his capacity as Co-Trustee | Christoper Moser |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Co-Trustee of Cred Inc. Liquidation Trust | 09/20/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)         3