**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF FILING OF POST-CONFIRMATION QUARTERLY**
**SUMMARY REPORT FOR CRED MERCHANT SOLUTIONS LLC**
**FOR THE PERIOD FROM APRIL 20, 2021 THROUGH JUNE 30, 2021**

PLEASE TAKE NOTICE that, on September 20, 2021, counsel to the Cred Inc.

Liquidation Trust (the "Cred Liquidation Trust") filed with the United States Bankruptcy Court

for the District of Delaware Cred Merchant Solutions LLC's Post-Confirmation Quarterly

Summary Report for the Period from April 20, 2021 through June 30, 2021, a copy of which is

attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Dated:  Wilmington, Delaware
        September 20, 2021

**McDermott Will & Emery LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*

<u>EXHIBIT A</u>

Post-Confirmation Report of Cred Merchant Solutions LLC

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   DELAWARE

_____

_____

| | | |
|---|---|---|
| In re:  Cred Merchant Solutions LLC | § | Case No.    20-12839 |
| | § | |
| _____ | § | Lead Case No.   20-12836 |
| Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report                                            Chapter 11

Quarter Ending Date: 06/30/2021                              Petition Date: 11/07/2020

Plan Confirmed Date: 03/11/2021                          Plan Effective Date: 04/19/2021

This Post-confirmation Report relates to:  ⊙ Reorganized Debtor

                             ○ Other Authorized Party or Entity: Cred Inc.

                                                     Name of Authorized Party or Entity

/s/ Matthew Dundon in his capacity as President of Cre      Matthew Dundon in his capacity as President of Cred In
_____                              _____
Signature of Responsible Party                                       Printed Name of Responsible Party

09/20/2021
_____
Date

                                          440 Mamaroneck Avenue, Fifth Floor
                                          Harrison, NY 10528
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§  1320.4(a)(2) applies.

Debtor's Name Cred Merchant Solutions LLC                          Case No. 20-12839

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| i | | Financial Professional | $0 | $0 | $0 | $0 |
| ii | | Other | $0 | $0 | $0 | $0 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                        Yes ⦿   No ○

   If yes, give date Final Decree was entered:          08/06/2021

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ⦿

Debtor's Name Cred Merchant Solutions LLC                                      Case No.  20-12839

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**


/s/ Matthew Dundon in his capacity as President of Cre          Matthew Dundon in his capacity as President of Cred In
Signature of Responsible Party                                 Printed Name of Responsible Party

President of Cred Inc                                          09/20/2021
Title                                                          Date