# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jesse Brown, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 20, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. And the Cred Inc. Liquidation Trust for the Period From April 20, 2021 Through June 30, 2021** (Docket No. 899)

- **Notice of Filing of Post-Confirmation Quarterly Summary Report for Cred (Puerto Rico) LLC for the Period From April 20, 2021 Through June 30, 2021** (Docket No. 900)

- **Notice of Filing of Post-Confirmation Quarterly Summary Report for Cred Merchant Solutions LLC for the Period From April 20, 2021 Through June 30, 2021** (Docket No. 901)

- **Notice of Filing of Post-Confirmation Quarterly Summary Report for Cred Capital, Inc. For the Period From April 20, 2021 Through June 30, 2021** (Docket No. 902)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- **Notice of Filing of Post-confirmation Quarterly Summary Report for Cred (US) LLC for the Period From April 20, 2021 Through June 30, 2021** (Docket No. 903)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 23, 2021

_____
Jesse Brown

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 23rd day of September 2021 by Jesse Brown

_____
(Notary's official signature)

VICTORIA XUAN HUONG TRAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194011214
MY COMMISSION EXPIRES MARCH 21, 2023

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 |
| US TRUSTEE | RUSSELL CLEMENTSON | 915 WILSHIRE BOULEVARD SUITE 1850 | | LOS ANGELES | CA | 90017 |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| OFFICE OF THE US TRUSTEE | | JOSEPH.MCMAHON@USDOJ.GOV<br>JOHN.SCHANNE@USDOJ.GOV |
| US TRUSTEE | RUSSELL CLEMENTSON | RUSSELL.CLEMENTSON@USDOJ.GOV |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 1