# EXHIBIT A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket No. ___** |

**ORDER AUTHORIZING MCDERMOTT**
**TO REPRESENT THE TRUST FIDUCIARIES**

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned bankruptcy cases of Cred, Inc. and its affiliated debtors for entry of an order pursuant to Bankruptcy Code section 105(a) authorizing McDermott to represent the Trust Fiduciaries; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.　　　The Motion is granted to the extent set forth herein.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2. McDermott is authorized to represent the Trust Fiduciaries.

3. The Trust is deemed to have given its informed consent, in writing, to McDermott's concurrent representation of the Trust and the Trust Fiduciaries sufficient to satisfy Rules 1.7(b)(4) and 1.13(e) of the Delaware Rules of Professional Conduct.

4. McDermott, the Trust, and the Trust Fiduciaries have satisfied the requirements of Rules 1.7(b) and 1.13 of the Delaware Rules of Professional Conduct.

5. McDermott, the Trust, and the Trust Fiduciaries are authorized to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.