# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winslow Strong ("Strong"), by and through his counsel, Arent Fox LLP and The Rosner Law Group LLC, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers and e-mail addresses:

| | |
|---|---|
| Mary Joanne Dowd, Esq. | Frederick B. Rosner, Esq. |
| Jackson D. Toof, Esq. | Scott Leonhardt, Esq. |
| ARENT FOX LLP | Jason A. Gibson, Esq. |
| 1717 K Street, NW | The Rosner Law Group LLC |
| Washington, DC 20006-5344 | 824 N. Market Street, Suite 810 |
| Telephone: (202) 857-6000 | Wilmington, Delaware 19801 |
| E-mail: jackson.toof@arentfox.com | Telephone: (302) 777-1111 |
| mary.dowd@arentfox.com | Email: rosner@teamrosner.com |
| | leonhardt@teamrosner.com |
| | gibson@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

{00031689. }

the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Strong: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Strong is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Strong expressly reserves.

| | |
|---|---|
| Dated: October 19, 2021<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Frederick B. Rosner (DE 3995)<br>Scott Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br>Email: rosner@teamrosner.com<br>leonhardt@teamrosner.com<br>gibson@teamrosner.com<br><br>-and-<br><br>**ARENT FOX LLP** |

3

                                              Mary Joanne Dowd, Esq.
                                              Jackson D. Toof, Esq.
                                              1717 K Street, NW
                                              Washington, DC 20006-5344
                                              Telephone: (202) 857-6000
                                              E-mail: jackson.toof@arentfox.com
                                                           mary.dowd@arentfox.com

*Counsel to Winslow Strong*