# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Mary Joanne Dowd, Esq. of Arent Fox LLP to represent Winslow Strong in the above-captioned case.

Dated: October 19, 2021

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email:   gibson@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the District of Columbia, the Commonwealth of Virginia and the States of New York, Maryland and Florida; and the bars of the U.S. Court of Appeals for the Fourth Circuit; and the U.S. District Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Eastern District of New York, the Southern District of New York, the Northern District of New York, the Western District of New York, the Middle District of Florida, the Northern District of Florida, the Southern District of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 19, 2021

*/s/ Mary Joanne Dowd*
Mary Joanne Dowd, Esq.
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
E-mail: mary.dowd@arentfox.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{00031691. }