### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.,*<br><br>Debtors. | Chapter: 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jackson D. Toof, Esq. of Arent Fox LLP to represent Winslow Strong in the above-captioned case.

Dated: October 19, 2021

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the District of Columbia, the Commonwealth of Virginia and the State of New York; and the bars of the U.S. Court of Appeals for the Armed Forces; the U.S. Court of Appeals for the Fourth, Seventh and Eleventh Circuits; and the U.S. District Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia and Southern District of New York, the Navy-Marine Corps Court of Criminal Appeals, and the United States Court of International Trade and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 19, 2021

*/s/ Jackson D. Toof*
Jackson D. Toof, Esq.
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
E-mail: jackson.toof@arentfox.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 19th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{00031690. }