**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 4, 2021 AT 11:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

**MATTER WITH ORDER ENTERED**

1. Motion of the Cred Inc. Liquidation Trust for Entry of an Order Authorizing McDermott to Represent the Trust Fiduciaries (Filed 9/28/21) [Docket No. 906]

   Related Documents:

   (a) Certification of No Objection with Respect to Motion of the Cred Inc. Liquidation Trust for Entry of an Order Authorizing McDermott to Represent the Trust Fiduciaries (Filed 10/14/21) [Docket No. 915]

   (b) Order Authorizing McDermott to Represent the Trust Fiduciaries (Filed 10/14/21) [Docket No. 916]

   Responses Received: None.

   Objection Deadline: October 12, 2021

   Status: This matter will not be going forward. The Court entered an order granting the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 29, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |

DM_US 182907233-1.113270.0011