EXHIBIT A

Post-Confirmation Reports
of Cred Inc. and the Cred Inc. Liquidation Trust

## UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Delaware

In re:  Cred Inc (20-12836)

Debtor(s)

Case No.  20-12836

Lead Case No.  20-12836

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 11/07/2020

Plan Confirmed Date: 03/11/2021

Plan Effective Date: 04/19/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity:  Cred Inc.
Name of Authorized Party or Entity

/s/ Matthew Dundon in his capacity as President of Cre
Signature of Responsible Party

11/16/2021
Date

Matthew Dundon in his capacity as President of Cred In
Printed Name of Responsible Party

Ten Bank Street, Suite 110
White Plains, New York, 10606
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Cred Inc (20-12836)                                                      Case No.  20-12836

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $5,600,560 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $5,600,560 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $7,681,674 | $0 | $7,681,674 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Paul Hastings | Lead Counsel | $0 | $5,422,970 | $0 | $5,422,970 |
| | ii | Cousins Law | Lead Counsel | $0 | $439,127 | $0 | $439,127 |
| | iii | Macco Restructuring Group | Financial Professional | $0 | $876,485 | $0 | $876,485 |
| | iv | Sonoran Capital | Financial Professional | $0 | $376,960 | $0 | $376,960 |
| | v | Teneo | Financial Professional | $0 | $100,000 | $0 | $100,000 |
| | vi | Donlin Recano | Other | $0 | $276,846 | $0 | $276,846 |
| | vii | Arete | Other | $0 | $150,000 | $0 | $150,000 |
| | viii | Prickett Jones | Other | $0 | $39,286 | $0 | $39,286 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $13,053,502 | $0 | $13,053,502 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name Cred Inc (20-12836)     Case No. 20-12836

## Part 4: Questionnaire

a. Is this a final report?    Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◯   No ◉

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Matthew Dundon in his capacity as President of Cre | Matthew Dundon in his capacity as President of Cred In |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President of Cred Inc. | 11/16/2021 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

| | | |
|---|---|---|
| In re: Cred Inc. (20-12836) on behalf of the Cred Inc. Liquidation Trust § § § § § Debtor(s) | | Case No.  20-12836 Lead Case No.  20-12836 ☒ Jointly Administered |

## Post-confirmation Report                                                       Chapter 11

Quarter Ending Date: 09/30/2021                                    Petition Date: 11/07/2020

Plan Confirmed Date: 03/11/2021                                    Plan Effective Date: 04/19/2021

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor
                                            ○ Other Authorized Party or Entity: Cred Inc. Liquidation Trust
                                                                                  Name of Authorized Party or Entity

/s/ Christopher Moser in his capacity as Co-Trustee
Signature of Responsible Party

11/16/2021
Date

Christopher Moser in his capacity as Co-Trustee
Printed Name of Responsible Party

Ten Bank Street, Suite 1100
White Plains, New York 10606
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | |
|---|---|
| Debtor's Name Cred Inc. (20-12836) on behalf of the Cred Inc. Liquidation Trust | Case No. 20-12836 |

### Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,383,793 | $2,765,709 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,383,793 | $2,765,709 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $13,053,502 | $0 | $13,053,502 | $13,053,502 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $170,900,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?  Yes ◯  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◯  No ⦿

| | |
|---|---|
| Debtor's Name Cred Inc. (20-12836) on behalf of the Cred Inc. Liquidation Trust | Case No. 20-12836 |

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Christopher Moser in his capacity as Co-Trustee | Christopher Moser in his capacity as Co-Trustee |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Co-Trustee of Cred Inc. Liquidation Trust | 11/16/2021 |
| Title | Date |