**EXHIBIT 14**

**Proposed Letter – MoKredit Technology (Hong Kong) Limited**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## <u>REQUEST FOR INTERNATIONAL ASSISTANCE – LETTER OF REQUEST</u>

The United States Bankruptcy Court for the District of Delaware (this "<u>Court</u>")
respectfully requests international judicial assistance to obtain evidence, under the Hague
Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial
Matters (the "<u>Hague Convention</u>"), to be used in the above-captioned chapter 11 cases (the
"<u>Chapter 11 Cases</u>") of Cred Inc. ("<u>Cred</u>") and its affiliated debtors (collectively, the "<u>Debtors</u>").

Based on the representations made by the Cred Inc. Liquidation Trust (the "<u>Trust</u>")
established in the Chapter 11 Cases, this Court has determined that MoKredit Technology (Hong
Kong) Company Limited ("<u>MoKredit</u>") may be in possession of documents, information, and
knowledge concerning material facts that are relevant to the Trust's ongoing investigation and
recovery of the Debtors' assets.  This Court requests the assistance described below:

| | |
|---|---|
| 1.  Sender | Cred Inc. Liquidation Trust |
| | Represented by: |
| | McDermott Will & Emery LLP<br>David R. Hurst<br>1007 North Orange Street, 10th Floor |

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred
Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third
Avenue, San Mateo, California 94401.

| | |
|---|---|
| | Wilmington, Delaware 19801<br>dhurst@mwe.com<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br><br>Darren Azman<br>Joseph B. Evans<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>dazman@mwe.com<br>jbevans@mwe.com<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 |
| 2.  Central Authority of Requested State | Registrar of the High Court<br>38 Queensway<br>Hong Kong<br>China |
| 3.  Person to whom the executed request is to be returned | Cred Inc. Liquidation Trust<br><br>Represented by:<br><br>McDermott Will & Emery LLP<br>David R. Hurst<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>dhurst@mwe.com<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br><br>Darren Azman<br>Joseph B. Evans<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>dazman@mwe.com<br>jbevans@mwe.com<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 |
| 4.  Requesting judicial authority (Article 3, a) | United States Bankruptcy Court<br>District of Delaware<br>Judge John T. Dorsey<br>824 North Market Street<br>3rd Floor<br>Wilmington, Delaware 19801 |
| 5.  To the competent authority of (Article 3, a) | Hong Kong Special Administrative Region |

| | |
|---|---|
| 6.   Names of the case and any identifying number | In re: Cred, Inc. *et al.*, Case No. 20-12836 (JTD) |
| 7.   Names and addresses of the parties and their representatives (Article 3, b) | Cred Inc. Liquidation Trust<br><br>Represented by:<br><br>McDermott Will & Emery LLP<br>David R. Hurst<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>dhurst@mwe.com<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br><br>Darren Azman<br>Joseph B. Evans<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>dazman@mwe.com<br>jbevans@mwe.com<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 |
| 8.   Evidence to be obtained or judicial act to be performed (Article 3, d) | It is respectfully requested that a judicial authority of the Hong Kong Special Administrative Region order MoKredit to produce copies of documents as described in Attachment 1 from:<br><br>MoKredit Technology (Hong Kong) Company Limited<br>402 Jardine House<br>1 Connaught Place<br>Central, Hong Kong |
| 9.   The fees and costs incurred that are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by | Cred Inc. Liquidation Trust<br><br>Represented by:<br><br>McDermott Will & Emery LLP<br>David R. Hurst<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>dhurst@mwe.com<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711 |

|  | Darren Azman |
|  | Joseph B. Evans |
|  | McDermott Will & Emery LLP |
|  | One Vanderbilt Avenue |
|  | New York, New York 10017 |
|  | dazman@mwe.com |
|  | jbevans@mwe.com |
|  | Telephone: (212) 547-5400 |
|  | Facsimile: (212) 547-5444 |

In conformity with article 3 of the Hague Convention, the undersigned applicant submits this request in the above-titled action.  This Court presents its compliments to the judicial authorities of the Hong Kong Special Administrative Region and requests international judicial assistance to obtain evidence to be used in an investigation before this Court in the Chapter 11 Cases.  This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is for the appropriate judicial authority in the Hong Kong Special Administrative Region to compel MoKredit to produce the documents detailed below.

## **RELEVANT INFORMATION ABOUT THE BANKRUPTCY CASES**

On November 7, 2020, the Debtors filed for bankruptcy by filing petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On March 11, 2021, the Court confirmed the plan of liquidation, and the plan became effective on April 19, 2021.  On that effective date, the Trust was established and the Debtors' assets, including all claims and causes of action, were transferred and assigned to the Trust.

The Debtors' business and the Chapter 11 Bankruptcy Cases involve various forms of cryptocurrency transactions.  MoKredit was a significant part of the Debtors' business model. Cred promised its customers participating in its "CredEarn" program that it would earn a yield on the customer's cryptocurrency and, that at the end of a six or twelve month period, would return the cryptocurrency, plus interest. The primary method by which Cred earned a yield on

borrowed cryptocurrency was by lending those funds to MoKredit.  MoKredit borrowed from Cred, and Cred's business model relied on MoKredit's timely payments.  MoKredit failed to meet its obligations to Cred and currently owes Cred more than $40 million.

The information from MoKredit is not available by any other means and will be essential to the potential recovery of significant assets of the Debtors' estates.  Accordingly, the Trust now seeks targeted discovery to obtain information relevant to the Trust's ongoing investigation and recovery of assets, including information concerning MoKredit, its assets, and its current business operations.

### RELEVANCE OF THIS REQUEST TO THE ABOVE-CAPTIONED MATTER

The entity subject to this request, MoKredit, is located in the Hong Kong Special Administrative Region. MoKredit possesses important information bearing on issues central to the investigation.  The information sought below is critical to recover assets for the Trust.

For the foregoing reasons and in the interests of justice, this Court therefore requests that an order be issued in accordance with the laws and procedures of the courts of the Hong Kong Special Administrative Region for the acquisition of documentary evidence in the Chapter 11 Cases.  The requests for documents and deposition testimony are described below.

## <u>SCHEDULING AND OTHER SPECIFIC REQUESTS</u>

It is respectfully requested by the below signed authority that the documents be produced to the Trust on or before 30 days after MoKredit is ordered to produce them to the Trust.  When required, this Court will provide similar assistance as requested herein, to the appropriate judicial authorities of the Hong Kong Special Administrative Region.


**Dated: _____, 2021**          **JOHN T. DORSEY**
         **Wilmington, Delaware**                  **UNITED STATES BANKRUPTCY JUDGE**

**ATTACHMENT 1**

**REQUEST FOR DOCUMENTS**

**DEFINITIONS**

The following definitions of terms apply to all Requests under the below heading "Requests." Unless otherwise defined herein, all words and phrases used herein shall be accorded their usual meaning and shall be interpreted in their common, ordinary sense.

1.     Any references to a corporation, partnership, proprietorship, association, organization, or any other business or legal entity (including any of the Debtors) shall be deemed to include the corporation's, partnership's, proprietorship's, association's, organization's, or other business or legal entities' agents, accountants, advisors, employees, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, successors, assigns, or any other person acting or purporting to act on behalf of the corporation, partnership, proprietorship, association, organization, or other business or legal entity.

2.     The use of any singular noun shall be construed to include the plural, and vice versa, and a verb in any tense shall be construed as the use of the verb in all other tenses.

3.     The terms "all," "any," and "each" shall each be construed as encompassing any and all.

4.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

5.     "You" or "Your," shall mean MoKredit Technology (Hong Kong) Company Limited and other entities affiliated with the entity commonly known as MoKredit, including

1

MoKredit Inc., MoKredit (Shanghai) Information Technology, Co. Ltd., Shanghai Bestone Information Technology Co. Ltd., Mo9, and as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

6.      "1AV" means 1AV including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants, or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

7.      "100 Acre Ventures" means 100 Acre Ventures, LLC (www.100acreventures.com) including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants, including but not limited to 100 Acre Cred Opportunities Fund Limited, or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

8.      "Account(s)" means any fiat or cryptocurrency depository, including, but not limited to any company or service that hosts or provides digital wallets or otherwise permits trading and storage of cryptocurrency (including cryptocurrency exchanges and cryptocurrency custodians), checking accounts, savings accounts, trust accounts, custodian accounts, money market accounts, investment accounts, transactional accounts, certificates of deposit, safety deposit boxes, and any other holder of assets or value of any kind, including cash, securities, debt

2

instruments, precious metals, jewelry, important documents, deeds, or any other asset or medium of exchange.

9.      "Armanino" means Armanino LLP (www.Armanino LLP.com), including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

10.      "BlockFills" means Reliz Limited DBA "BlockFills" (https://www.blockfills.com/), including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

11.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).  This may encompass any oral, written, or electronic transmission of information without limitation, including meetings, discussions, conversations, telephone calls, e-mail messages, text messages, chats, iMessages, Bloomberg, Telegram, WhatsApp, Groupme, WeChat, Signal, Dust, Slack, Proton, memoranda, letters, analyst reports, telecopies, telefaxes, telexes, conferences, seminars, messages, notes, videotapes, photographs, microfilm, microfiche, magnetic disks, or other media of any kind.

12.      "Concerning" means relating to, referring to, describing, evidencing, or constituting.

3

13.    "Cred" means Cred Inc., Cred (US) LLC, Cred Capital, Inc., Cred Merchant

Solutions LLC, and Cred (Puerto Rico) LLC, and each of their predecessors, successors,

subsidiaries, partners, principals, officers, directors, attorneys, managers, professionals, and other

advisors, agents, employees, representatives, and persons acting or purporting to act on their

behalf.

14.    "CredBorrow" means the program launched by Cred in December 2018 as a

mechanism to offer Cred customers loans in U.S. dollars (USD) using a customer's

cryptocurrency as collateral for the loan.

15.    "CredEarn" means the program launched by Cred in February 2019 where Cred

customers where offered the opportunity to earn interest on their cryptocurrency assets by

depositing them with Cred for a predetermined period of time at a set interest rate.

16.    "Cryptocurrency" means all digital assets that are traded on a blockchain, this

definition is broadly defined to include all types of digital assets, including virtual currency,

tokens, ERC-20 compliant tokens, security tokens, utility tokens, stablecoins, and any other

digital assets.  This definition includes, but is not limited to, Bitcoin, Bitcoin Cash, Ethereum,

U.S. Dollar Coin, Tether (USDt), Libra Token (LBA), Ripple (XRP), Dai, IDOL,  Cardano,

Polkadot, Binance Coin, Litecoin, Chainlink, Stellar, Dogecoin, Aave, Uniswap, Wrapped

Bitcoin, Bitcoin SV, EOS, Monero, Maker, Cosmos, TRON, NEM, Synthetix, Tezos, THETA,

Compound, VeChain, Neo SushiSwap, Huobi Token, UMA, Elrond, IOTA, Solana, and any

other digital asset.

17.    "CryptoLab Capital" means CryptoLab Capital LLC including, as applicable, its

predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors,

officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors,

accountants, consultants or any other Person(s) now or heretofore under the control of the

foregoing or acting or purporting to act on its behalf.

18.     "Digital address" means the alphanumerical sequence that identifies a digital

wallet.

19.     "Digital Wallet(s)" means the place in which cryptocurrency (and/or the keys that

give access to cryptocurrency) is stored, including hosted wallets, non-hosted wallets, multi-sig

wallets, and any other place in which cryptocurrency can be stored.

20.     "Documents" is defined to be synonymous in meaning and equal in scope to the

usage of the term "documents or electronically stored information" in Federal Rule of Civil

Procedure 34(a)(1)(A).  For the avoidance of doubt, this encompasses all written, graphic, or

printed matter of any kind, however produced or reproduced, including all originals, drafts,

working papers, and non-identical copies, whether different from the originals by reason of any

notation made on such copies or otherwise, and all electronic, mechanical, or optical records or

representations of any kind or other data compilations from which information can be obtained

or translated, if necessary, through detection devices into reasonable usable form.  The term

"Documents" includes, but is not limited to:

a.     correspondence, memoranda, notes, calendar or diary entries, statistics,
letters, electronic mail, notebooks, telegrams, journals, minutes, agendas,
notices, announcements, instructions, charts, schedules, requests,
contracts, prospective contracts, agreements, prospective agreements,
licenses, prospective licenses, order forms, books, accounts, records,
reports, studies, surveys, experiments, analyses, checks, cancelled checks,
wire confirmations, statements, receipts, returns, vouchers, statements,
credit memoranda, sales slips, promissory notes, summaries, pamphlets,
prospectuses, manuals, brochures, announcements, certificates, drawings,
plans, inter-office and intraoffice communications, pitchbooks, marketing
materials, or offers;

b.     any written, or electronic transmission of information without limitation,
including meetings, discussions, conversations, telephone calls, e-mail
messages, text messages, chats, iMessages, Bloomberg, Telegram,

5

WhatsApp, Groupme, WeChat, Signal, Dust, Slack, Proton, memoranda, letters, analyst reports, telecopies, telefaxes, telexes, conferences, seminars, messages, notes, videotapes, photographs, microfilm, microfiche, magnetic disks, or other media of any kind;

c.    notations in any form made of conversations, telephone calls, meetings, negotiations, or other communications;

d.    bulletins, circulars, schedules, lists, guides, printed matter (including newspapers, magazines and other publications, articles and clippings therefrom), press releases, computer printouts, teletypes, telecopies, telexes, invoices, ledgers, balance sheets, financial statements, or worksheets;

e.    electronic, mechanical, or optical records or representations of any kind (including tapes, cassettes, discs, hard drives, recordings, voice mail, electronic mail, and computer-stored data or material), or transcriptions thereof; and

f.    all drafts, alterations, modifications, changes and amendments of any of the foregoing, and any material underlying, supporting, or used in the preparation of any document.

g.    A draft or non-identical copy is a separate document within the meaning of this term.

21.    "Examiner's Report" means the Report of Robert J. Stark, Examiner, In re Cred, Inc., et al., No. 20-12836 (JTD) (Bankr. D. Del.), ECF No. 605.

22.    "Fireblocks" means Fireblocks, Inc. (www.fireblocks.com), including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

23.    "Future Set LLC" means Future Set LLC, including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

6

24. "Galois Capital" means Galois Capital (https://galois.capital/), including including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

25. "Income Opportunities" means Income Opportunities (Luxembourg) S.A., and each of their predecessors, successors, subsidiaries, partners, principals, officers, directors, attorneys, managers, professionals, and other advisors, agents, employees, representatives, and persons acting or purporting to act on their behalf, including, but not limited to all Aequitas entities and Andrew Macritchie.

26. "June 2020 Alexander Cryptocurrency Transfer" means the transfer on June 24, 2020 of 224.899 Bitcoin and $204,567 United States Dollar Coin from Cred to digital wallets owned or controlled by Christopher Giovanni Silvio Spadafora, which was subsequently transferred to digital wallets owned and controlled by James Alexander.  The Transaction Hashes (defined below) are as follows:

BTC: ██████████████████████████████████████████bba0

USDC:███████████████████████████████████████████c413

27. "JST Capital" means JST Capital LLC (www.jstcap.com) and JST Alpha Master Fund Ltd., including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

28.    "<u>Level Capital</u>" means Level Capital (www.levelcapital.io), including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

29.    "<u>Luxembourg Notes</u>" means the notes issued by Income Opportunities (Luxembourg) S.A. in connection with the Final Terms for the Notes, dated January 30, 2020 the associated Base Prospectus, dated January 30, 2020, and the Subscription Form, dated January 31, 2020.

30.    "<u>MoKredit Agreements</u>" means the series of agreements between Cred and Cred-related entities and MoKredit including: the Multi-Tranche Credit Agreement between MoKredit Inc. and Cyber Quantum PTE, LTD dated December 27, 2018; the January 4, 2019 Loan and Security Agreement between MoKredit Technology (Hong Kong) Company Limited and Cyber Quantum PTE, LTD executed June 5, 2019; and the December 27, 2018 Loan and Security Agreement executed February 4, 2020.

31.    "<u>Person</u>" means any individual, natural person, or business entity, including, without limitation, a sole proprietorship, partnership, association, corporation, organization, joint venture, company, or any other legal, business, formal, or informal entity, including governmental bodies and/or agencies, and any department, affiliate, joint enterprise, or representative thereof.

32.    "<u>QuantCoin</u>" means the entity that Cred transferred a total of 800 Bitcoin in February, March and April 2020 (see Examiner's Report at 77-86) including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors,

officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.  The term "QuantCoin," includes the persons that identified themselves as "Richard Chapman" and "Scott Foster."

33.    "Records" means all documents and communications in any way related to an Account, including emails, statements, applications, onboarding forms, communications, correspondence, know your customer/anti-money laundering related documents, SWIFT records, records reflecting transactions, checks (front and back), wire transfers, tax documents and filings, certificates of foreign status of beneficial owners, memoranda, notes, custodian agreements, trustee agreements, forms and/or related documents and communications, beneficiary agreements, forms and/or related documents and communications, and all other documents concerning the owners, signatories, beneficial owners, trustees, and all other persons associated with an Account in any way, and any other documents, communications, or bank records.

34.    "Sarson Funds" means Sarson Funds LLC (https://www.sarsonfunds.com/) including, as applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys, auditors, accountants, consultants, and its sub-funds including but not limited to AX Momentum and Fifth Kagan or any other Person(s) now or heretofore under the control of the foregoing or acting or purporting to act on its behalf.

35.    "Settlement Agreement" means the Settlement Agreement and Mutual Release dated June 19, 2020 between JST and Cred.

36.    "Transaction Hash" means the unique string of characters that are given to every cryptocurrency transaction that is verified and added to the blockchain.

37.     "<u>Transfer Agreement</u>" means the Transfer Certificate and Terms dated May 11,

2020, in which Cred LLC purchased the Luxembourg Notes from JST Alpha 1 Master Fund,

LTD and the associated Purchase Agreement and Mutual Release dated June 19, 2020.

38.     "<u>Uphold</u>" means Uphold HQ Inc. (https://uphold.com/en-us), including, as

applicable, its predecessors, successors, partners, joint ventures, subsidiaries, affiliates, divisions,

directors, officers, principals, trustees, employees, agents, representatives, consultants, attorneys,

auditors, accountants, consultants or any other Person(s) now or heretofore under the control of

the foregoing or acting or purporting to act on its behalf.

39.     The "<u>300 Bitcoin</u>" means Lu Hua's transfer of 300 Bitcoin to Cred between

March 13, 2020 and March 16, 2020.

40.     "<u>Suspect Transactions</u>" means the transactions identified in Attachment 2, which

were compiled by the Trust's cryptocurrency tracing consultant CipherTrace LLC.

41.     "<u>Suspect Addresses</u>" means the digital addresses identified in the Suspect

Transactions.

42.     "<u>Suspect Accounts</u>" means all wallets and accounts associated with the Suspect

Addresses.

### INSTRUCTIONS

1.     The preceding definitions apply to these Instructions and each of the succeeding

Requests.

2.     All terms defined above shall have the meanings set forth therein, whether

capitalized in the Requests or not.

3.      You are required to produce all responsive documents in your possession, custody, or control, wherever located, including without limitation those in the custody of your representatives, agents, Professionals, affiliates, or anyone acting on your behalf.

4.      These Requests are for documents only to the extent they have not already been provided to the Trust.

5.      These Requests are continuing requests pursuant to the Bankruptcy Rules. You must supplement any production of documents that are received, discovered, or created after any of your responses to the Requests, or that are otherwise within your possession, custody, or control, wherever located, including without limitation those in the custody of your representatives, agents, Professional, affiliates, or anyone acting on your behalf.

6.      If You object to any part of any Request, You must produce all documents that are responsive to the portions of the Request to which You do not object. You also must state the nature of, and grounds for, the objection.

7.      If You cannot comply with any Request in full, You must comply to the fullest extent possible, and You should provide an explanation as to why full compliance is not possible.

8.      Where You assert a claim of privilege in objecting to a Request and withhold a responsive document on this basis, You must provide a privilege log setting forth (a) the nature of the privilege being claimed, (b) the type of document being withheld, (c) the general subject matter of the document, (d) the date of the document, and (e) such other information sufficient to Identify the document, including, where appropriate, the author of the document, the title or subject line of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other.

9.     If a document contains both privileged and non-privileged material, You must disclose the non-privileged material to the fullest extent possible without thereby disclosing the privileged material.  If a party asserts a privilege to part of the material contained in a document, the party asserting the privilege must clearly indicate the portions as to which it claims the privilege.  When a document has been redacted or altered in any fashion, You must Identify as to each document the reason for the redaction or alteration, the date of the redaction or alteration, and the person performing the redaction or alteration.  Any redaction must be clearly visible on the redacted documents.

10.    Additional special processing of certain electronically stored information shall be as follows:  Microsoft Excel spreadsheet fields shall not be converted to TIFF files and shall be produced in native format.  A placeholder TIFF image shall be created, Bates numbered, and the produced Excel file shall be renamed to match the Bates number on its corresponding placeholder page.  The exception shall be for redacted spreadsheets which shall be produced in TIFF format.  Images for the redacted spreadsheets shall display the content in the same manner as if it were printed.  The extractable metadata and text shall be provided for native files, and OCR will be provided for the un-redacted portions of the documents.  ESI and emails produced pursuant to this request shall be produced in a searchable format with accompanying index that states the following metadata:

    a.     BEG_NO (Bated number associated with first page of document);
    b.     END_NO (Bates number associated with last page of document);
    c.     CUSTODIAN (Who provided the document; usually a person. Only provide the names of custodians relevant to the specific matter; any superfluous names should be removed from metadata);
    d.     ATTACH_RANGE (Attachment range for parent email and children attachments);
    e.     FILE_EXT (File extension of native document);
    f.     FILE_NAME (Original file name of native document);
    g.     HASH (MD5 hash value of document or "de-duplication key");

12

h.     AUTHOR (Author of document or email);
i.     DATE_LAST_MOD (Date file was last modified: mm/dd/yyyy);
j.     TIME_LAST_MOD (Time file was last modified: EST);
k.     TITLE/SUBJECT (Information from title or subject line);
l.     FROM (Author of email message);
m.     TO (Recipient(s) of email message);
n.     CC (Recipient(s) of Carbon Copies of email message);
o.     BCC (Recipient(s) of Blind Carbon Copies of email message);
p.     DATE_SENT (Sent date of email message: mm/dd/yyyy);
q.     TIME_SENT (Sent time of email message: EST);
r.     DATE_RCVD (Received date of email message: mm/dd/yyyy);
s.     TIME_RCVD (Received time of email message: EST).

11.    If any document called for by these Requests has been destroyed or discarded, You must Identify that document in writing by providing the following information: (a) any sender/author and any addressee; (b) any indicated or blind copies; (c) the document's date, subject matter, number of pages, and attachments or appendices; (d) all persons to whom the document was distributed, shown, or explained; (e) its date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; (f) the persons who authorized and carried out such destruction or discard; and (g) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

12.    Any copy of a document that varies in any way whatsoever from the original or from any other copy of the document, whether by reason or any handwritten mark or other notation or any omission, is a separate document and must be produced, whether or not the original of such a document is within your possession, custody, or control. A request for any document includes a request for all drafts thereof, and all revisions and modifications thereto, including any red-lined versions or document comparisons, in addition to the document itself. Each document is to be produced in its entirety, without abbreviation or expurgation.

13.     In producing documents, all documents that are physically attached to each other, or segregated or separated from other documents, when originally located, should be produced as is.  If no document exists that is responsive to a particular request, You must state so in writing.

14.     Except where otherwise specified, the Document Requests seek documents, records, communications, and information dated between January 1, 2017 to the present.

## REQUESTS

1.    All documents, communications, records, or other data concerning Cred.

2.    All electronic communications, including mobile and messaging application data, with Daniel Schatt, Daniel Wheeler, James Alexander, Joseph Podulka, and Daniyal Inamullah.

3.    All documents and communications concerning the MoKredit Agreement.

4.    All documents and communications concerning transfers that MoKredit made to Cred, including the digital addresses used and the transaction hashes of each transaction.

5.    Documents sufficient to identify each cryptocurrency exchange, digital wallet, decentralized finance product, third party custodian, and any other entity or person holding cryptocurrency that You own, have access to, or otherwise control.  Include the type and amount of each cryptocurrency that You own, have access to, or otherwise control.

6.    Documents, communications, records, and the loan tapes concerning loans owed to MoKredit in connection with the Play Now Pay Later, mo9 Credit Wallet, and all other programs in which MoKredit lent customers funds.

7.    Documents, communications, records, and the loan tapes concerning payments made to MoKredit in connection with the Play Now Pay Later, mo9 Credit Wallet, and all other programs in which MoKredit lent customers funds.

8.    All documents and communications concerning CredEarn.

9.    All documents and communications concerning CredBorrow.

10.    All documents and communications concerning marketing materials and disclosures concerning the CredEarn and the CredBorrow programs.

11.     All documents and communications concerning Cred's cryptocurrency trading and hedging strategies, including, but not limited to perpetual swaps, futures, repurchase agreements, options, other leveraged trades, and the "all-weather" strategy.

12.     All documents and communications concerning the Investment Committee, including, but not limited to meeting minutes, notes, agendas, analysis, due diligence, memoranda, emails, and recommendations.

13.     All documents and communications concerning Quantcoin, including but not limited to, Richard Chapman, Scott Foster, and Kingdom Trust.

14.     All documents and communications concerning the June 2020 Alexander Cryptocurrency Transfer.

15.     All documents and communications concerning James Alexander.

16.     All documents and communications concerning Level Capital.

17.     All documents and communications concerning Chris Spadafora.

18.     All documents and communications concerning UpHold.

19.     All documents and communications concerning Fireblocks.

20.     All documents and communications concerning financial statements and audits, including but not limited to all communications with Armanino LLP.

21.     All documents and communications concerning Cyber Quantum Pte. Ltd. and /or LBA tokens.

22.     All documents and communications concerning Income Opportunities and the Luxembourg Notes, including, but not limited to the Transfer Agreement with JST and Winslow Strong and the associated Settlement Agreement with JST.

23.     All documents and communications concerning Income Opportunities and the Luxembourg Notes, including, but not limited to the following persons and entities:

      a.      Income Opportunities;

      b.      Aequitas;

      c.      Andrew Macritchie;

      d.      Barry M Gertz 2010 Trust, Barry M Gertz, Trustee;

      e.      Christian Community Foundation, Inc. dba WaterStone;

      f.      ACA Master Select Fund LP – AEQ;

      g.      Trust Capital Holdings;

      h.      REW Alt Income, LP;

      i.      Sandra J Gertz;

      j.      Hany Girgis;

      k.      Summer Girgis;

      l.      Michael Courts McChesney;

      m.      the Satire Management Group LLC;

      n.      the Sentry Foundation; Aequitas Enhanced Income Fund LLC;

      o.      Société Générale Bank and Trust S.A.;

      p.      Clearstream Banking S.A.; and

      q.      Euroclear Bank S.A./N.V.

24.     All documents and communications concerning Martingale.

25.     All documents and communications concerning Cred Capital, including the formation of Cred Capital, the relationship between Cred and Cred Capital, and the 300 Bitcoin Transfer and any related contracts, negotiations or agreements.

26.     All documents, communications, and records concerning the 300 Bitcoin Transfer, including concerning loans, if any, made to Lu Hua or MoKredit in connection with the 300 Bitcoin Transfer.

27.     All documents and communications concerning Cred's use of third-party cryptocurrency "hedge funds" and other advisers, including, but not limited to, JST Capital, Sarson Funds, AX Momentum, Fifth Khagan, Elevar LLC, CryptoLab Capital, BlockFills, Future Set LLC, 100 Acre Ventures, 100 Acre Cred Opportunities Fund Limited, 1AV, and Galois Capital.

28.     All documents and communications concerning the "ExCredCrew."

29.     All documents and communications concerning Cred's bankruptcy filings.

30.     All documents and communications concerning communications about Cred with law enforcement or regulatory agencies, including, but not limited to the Securities and Exchange Commission, the Federal Bureau of Investigations, and the United States Attorney's Office.

31.     All documents and communications concerning any of:

    a.     Drawbridge Lending;

    b.     Dragonfly Capital;

    c.     Asana;

    d.     Nightendale;

    e.     Insightly;

    f.     Galawon

    g.     Cambrian and/or Cambrian Systematic Strategies, LP; or

    h.     Bittrex.

18

32.    All documents and communications concerning any Chinese COVID-19 related regulations that caused MoKredit to face liquidity challenges.

33.    Copies of current account statements for each bank account MoKredit owns or to which MoKredit has access.

34.    All documents and communications concerning MoKredit's assets.

35.    Documents sufficient to show all of MoKredit's assets, including cash, cryptocurrency, interests in decentralized finance products, real property, outstanding mortgages, stocks, debts, securities, investments, bank accounts, automobiles, boats, and any other items of value exceeding $3,000.

36.    All documents and information concerning third party lenders the MoKredit repaid, in fiat or crypto, in 2020 and 2021, including their names, contact information, last known address, copies of related contracts, payment records, bank account information, wire transfer information, and evidence of any other transfers, payments, or similar between MoKredit and such third party.

37.    All documents and communications concerning any third party service provider that has assisted, or is assisting, MoKredit with the collection of loans that MoKredit made, including the service provider's name, contact information, last known address, copies of related contracts, payment records, bank account information, wire transfer information, documents reflecting which loans MoKredit assigned to the third party service provider, and evidence of any other transfers, payments, or similar between MoKredit and such third party service provider.

38.    All documents and communications concerning third parties who extended investments in the form of capital or extended loans or financing to MoKredit during the years 2018 and 2019, including their names, contact information, last known address, copies of related

contracts, payment records, bank account information, wire transfer information, and evidence of any other transfers, payments, or similar between MoKredit and such third party.

39.     All documents and communications concerning third parties who extended investments in the form of capital or extended loans or financing to MoKredit during the year 2019, including their names, contact information, last known address, copies of related contracts, payment records, bank account information, wire transfer information, and evidence of any other transfers, payments, or similar between MoKredit and any such third party.

40.     Identify all cryptocurrency that You own, have access to, or otherwise control.

41.     Identify all cryptocurrency transactions in which cryptocurrency was transferred from a digital wallet owned or controlled by Cred to a digital wallet that You own, have access to, or otherwise control.

42.     Documents sufficient to show all cryptocurrency transactions in which cryptocurrency was transferred from a digital wallet owned or controlled by Cred to a digital wallet that You own, have access to, or otherwise control.

43.     All documents, records, communications, or other information concerning the Suspect Transactions, Suspect Addresses, or the Suspect Accounts.

44.     All onboarding, know-your-customer and anti-money laundering information concerning the Suspect Addresses or Suspect Accounts, including, but not limited to, account opening documents, applications, onboarding forms, and any other information identifying the owners.

45.     All account statements and transaction records for the Suspect Transactions, Suspect Addresses, or Suspect Accounts.

46.     All internet protocol addresses associated with the Suspect Transactions, Suspect Addresses, or Suspect Accounts.

47.     All documents, records, or other information reflecting persons or entities that own or control the Suspect Addresses or Suspect Accounts, including signers, beneficiaries, joint owners, or partial owners.

48.     All documents, records, or other information reflecting the source of funds contained in the Suspect Addresses or Suspect Accounts, including deposit information.

49.     Identify all of Your:  (1) physical addresses of places of business; (2) email addresses; (3) business phone numbers; (4) social media websites that You have accounts with and all social media handles and/or screen names associated with each of Your social media accounts; (5) the messaging apps You use or have used to communicate, including but not limited to iMessage, Bloomberg, Telegram, WhatsApp, Groupme, WeChat, Signal, Dust, Slack, QQ, or Proton, and, if applicable, identify all handles or screen names associated with each of Your messaging app accounts; and (6) any other physical or electronic addresses or accounts that You use to communicate.

50.     All of Your document destruction or preservation policies.

**Attachment 2**

| Exchange | Asset | Amount | Digital Address | Transaction Hash |
|---|---|---|---|---|
| Binance | BTC | | BCGS | 0819 |
| BlockFi | BTC | | HzWS | eb29 |
| Unknown | BTC | | A1AX | ec95 |
| Unknown | BTC | | Dcwm | adce |
| Unknown | BTC | | ufFt | 3f52 |
| Binance | USDC | | f0be | 3279 |
| FTX | USDC | | 6ad2 | 17fd |
| Binance | USDC | | f0be | 88b1 |
| Coinbase | BTC | | NNsg | 260a |
| Coinbase/FTX | BTC | | ZzbH | b725 |
| Unknown | BTC | | Dcwm | adce |
| Unknown | BTC | | A1AX | ec95 |
| Binance | BTC | 11 89 | 3otG | 051b |
| Binance | BTC | 0 327 | jwVJ | 74e7 |
| Binance | BTC | 0 35 | AvJg | 6457 |
| Binance | BTC | 0 04 | RHH7 | be43 |
| Binance | BTC | 10 873 | qrJL | 89f7 |
| Binance | BTC | 7 578 | qrJL | af5c |
| Binance | BTC | 23 775 | qrJL | 6441 |
| Binance | BTC | 23 708 | qrJL | 10cf |
| Binance | BTC | 14 264 | dVEz | 2709 |
| Binance | BTC | 19 | qrJL | 857c |
| Binance | BTC | 0 0538 | uKuN | 894ff |
| Huobi | BTC | 70 | RbXm | de1b |
| Huobi | BTC | 21 93 | RbXm | 34e9 |
| Huobi | BTC | 40 | 9FMZ | e89d |
| Bitkan | BTC | 51 582 | QbTW | 6821 |
| CloudBet | BTC | 11 67 | pwxe | 475e |
| CoinPayments | BTC | 0 059 | oEEE | 2653 |
| CoinPayments | BTC | 0 111 | RBXq | 5180 |
| CoinPayments | BTC | 4 663 | jhWn | 52d0 |
| CoinPayments | BTC | 0 928 | 4mj4 | ec51 |
| CoinPayments | BTC | 1 478 | MrxN | 7111 |
| CoinPayments | BTC | 0 187 | uyTi | 5b52 |
| CoinPayments | BTC | 0 189 | cr8Z | 1146 |
| ExpertOption | BTC | 0 00314 | tnHg | 8608 |
| ExpertOption | BTC | 0 00 | tnHg | fc5cb |
| ExpertOption | BTC | 0 0033 | hYYe | 4a24 |
| Luno | BTC | 0 0061 | ziar | 24fe |
| Payeer | BTC | 0 2605 | SLMu | 7f2a |
| Payeer | BTC | 0 2881 | 7AG1 | a477 |
| Bitfinex | BTC | 10 | zfhU | ed89 |
| Bitfinex | BTC | 2 | zfhU | 3115 |
| Bitfinex | BTC | 15 | zfhU | af5e |
| LocalBitcoins | BTC | 1 397 | PHZq | d63f |
| Alameda/FTX | ETH | | e3bd | 3588 |
| Alameda/FTX | ETH | | 5803 | e249 |
| Alameda/FTX | ETH | | 5803 | 818a |
| Alameda/FTX | ETH | | 4621 | ae4e3 |
| Alameda/FTX | ETH | | 4886 | 1c17 |
| Alameda/FTX | ETH | | e3bd | da35 |
| Alameda/FTX | ETH | | e882 | 53ca |
| Alameda/FTX | ETH | | e882 | 0f17 |
| Alameda/FTX | ETH | | e882 | 43fa |
| Alameda/FTX | ETH | | e882 | 93cd |
| Alameda/FTX | ETH | | e882 | 095a |
| Binance | BTC | | bu1s | 2d52 |
| Binance | BTC | | 2vu5 | |
| Binance | BTC | | bu1s | 43d3 |
| Binance | BTC | | bu1s | 43d3 |
| Binance | BTC | | bu1s | 43d3 |
| Binance | ETH | | 98ba | ddea |
| Binance | ETH | | 8c10 | 6335 |
| Binance | ETH | | b580 | b0a9 |
| Binance | ETH | | 3171 | 0d6c |
| Binance | ETH | | fd68 | 14ae |
| Binance | ETH | | 1110 | 5683 |
| Binance | ETH | | 9da7 | cda7 |
| Binance | ETH | | 6b7d | a3952 |
| Binance | ETH | | 6cc0 | 94c1 |
| Binance | ETH | | cb9b | 4326 |
| Binance | ETH | | 352c | b2da |
| Binance | ETH | | 352c | b602 |
| Binance | ETH | | 352c | 47cd |
| Binance | ETH | | 352c | 602b |
| Binance | ETH | | 352c | 259e |
| Binance | ETH | | e144 | 8f91 |
| Binance | ETH | | ad7d | efbd |
| Binance | ETH | | bb94 | 51be |
| Binance | ETH | | 3fa6 | b482 |
| Binance | ETH | | 3fa6 | 0c8b |
| Binance | ETH | | 3fa6 | f087 |
| Binance | ETH | | 3fa6 | 823f |
| Binance | ETH | | 3fa6 | 8ca1 |
| Binance | ETH | | 94b2 | 195f |
| Binance | ETH | | 1a9e | 0ee5 |
| Binance | ETH | | 1a9e | fc37 |
| Binance | ETH | | 94b2 | 195f |

| | | | | | |
|---|---|---|---|---|---|
| Binance | ETH | | e100 | | 6d85 |
| Binance | ETH | | ba17 | | 367e |
| Binance | ETH | | 538d | | 424a |
| Binance | ETH | | ba17 | | 367e |
| Binance | ETH | | df3b | | 3e7c |
| Binance | ETH | | efb5 | | 0a74 |
| Binance | ETH | | df3b | | 3e7c |
| Binance | ETH | | 8163 | | 5c79 |
| Binance | ETH | | bb94 | | 2da6 |
| Binance | ETH | | a12f | | c139 |
| Binance | ETH | | 318d | | 128f |
| Binance | ETH | | aed1 | | 14c7 |
| Binance | ETH | | aed1 | | 6ff5 |
| Binance | ETH | | 9650 | | d790 |
| Binance | ETH | | d98d | | ef29 |
| Binance | ETH | | 3fa6 | | 3d0b |
| Binance | ETH | | 538d | | 47c6 |
| Binance | ETH | | 744b | | 4ff3 |
| Binance | ETH | | 538d | | 410b |
| Binance | ETH | | 3fa6 | | 65a9 |
| Binance | ETH | | 8163 | | 2888 |
| Binance | ETH | | 4121 | | eaa7 |
| Binance | ETH | | 2e96 | | a30e |
| Binance | ETH | | ba17 | | a37c |
| Binance | ETH | | bd0a | | 0061 |
| Binance | ETH | | 8163 | | 2c87 |
| Binance | ETH | | ef5b | | 6933 |
| Binance | ETH | | 2e96 | | 1de3 |
| Binance | ETH | | 2e96 | | d539 |
| Binance | ETH | | 2e96 | | 0908 |
| Binance | ETH | | 2e96 | | 5087 |
| Binance | ETH | | 2e96 | | 9a64 |
| Binance | ETH | | ce91 | | ccb0 |
| Binance | ETH | | ce92 | | 6dbf |
| Binance | ETH | | ba17 | | 0e47 |
| Binance | ETH | | ba17 | | b9fb |
| Binance | ETH | | ba17 | | 0ddd |
| Binance | ETH | | ba18 | | b2e1 |
| Binance | ETH | | ba19 | | c8ee |
| Binance | ETH | | ba20 | | 9b52 |
| Binance | ETH | | 744b | | b996 |
| Binance | ETH | | ba19 | | 6d60 |
| Binance | ETH | | 3fa6 | | db96 |
| Binance | ETH | | 92ff | | 8f70 |
| Binance | ETH | | 92ff | | 0a4f |
| Binance | ETH | | f0bE | | 4af4 |
| Binance | ETH | | f0bE | | bea0 |
| Binance | ETH | | dbbf | | bec6 |
| Binance | ETH | | f0be | | 4af4 |
| Binance | ETH | | f0be | | f605 |
| Binance | ETH | | dbbf | | eae4 |
| Binance | ETH | | dbbf | | 3412 |
| Binance | ETH | | f0be | | 21ac |
| Binance | ETH | | f0be | | a56b |
| Binance | ETH | | aced | | 74df |
| Binance | ETH | | 92ff | | 6445 |
| Binance | ETH | | dbbf | | e090 |
| Binance | ETH | | f0be | | b9f8 |
| Binance | ETH | | aced | | 552f |
| Binance | ETH | | aced | | 552f |
| Binance | ETH | | dbbf | | 8462 |
| Binance | ETH | | dbbf | | 59dc |
| Binance | ETH | | f0be | | 4e75 |
| Binance | ETH | | f0be | | 37ee |
| Binance | ETH | | f0be | | 6de0 |
| Binance | ETH | | dbbf | | bb6e |
| Binance | ETH | | 92ff | | f62d |
| Binance | ETH | | 92ff | | f3f9 |
| Binance | ETH | | dbbf | | ed3b |
| Binance | ETH | | f0be | | f450 |
| Binance | ETH | | 92ff | | f4d2 |
| Binance | ETH | | dbbf | | ef95 |
| Binance | ETH | | f0be | | 2e14 |
| Binance | ETH | | f0be | | 1261 |
| Binance | ETH | | dbbf | | d8fc |
| Binance | ETH | | f0be | | b470 |
| Binance | ETH | | f0be | | 1a6d |
| Binance | ETH | | aced | | 9095 |
| Binance | ETH | | f0be | | 7964 |
| Binance | ETH | | f0be | | 94f6 |
| Binance | ETH | | 92ff | | cc4b |
| Binance | ETH | | f0be | | 1813 |
| Binance | ETH | | 92ff | | 2579 |
| Binance | ETH | | f0be | | 77d2 |

| Exchange | Asset | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| Binance | ETH | | f0be | f90c |
| Binance | ETH | | aced | cbf5 |
| Binance | ETH | | dbbf | aab4 |
| Binance | ETH | | dbbf | 67d9 |
| Binance | ETH | | dbbf | e2d9 |
| Binance | ETH | | 92ff | 234d |
| Binance | ETH | | 92ff | 3abb |
| Binance | ETH | | f0be | b992 |
| Binance | ETH | | 92ff | fba6 |
| Binance | ETH | | f0be | bf33 |
| Binance | ETH | | aced | a11b |
| Bittrex | Omni | jQZp | | 3771 |
| Bittrex | Omni | jQZp | | 3771 |
| Bittrex | Omni | jQZp | | d56d |
| Bittrex | Omni | jQZp | | d611 |
| Bittrex | Omni | jQZp | | 1eeb |
| Bittrex | Omni | jQZp | | 109d |
| Bittrex | ETH | | 8df5 | 3f21 |
| Bittrex | ETH | | 8df5 | 5d70 |
| Bittrex | ETH | | 43ef | 75d5 |
| Bittrex | ETH | | b982 | 060b |
| Bittrex | ETH | | b982 | bc14 |
| Circle | ETH | | 722f | 3a85 |
| Circle | ETH | | 4d08 | 5195 |
| Circle | ETH | | 2274 | 9138 |
| Circle/Poloniex | ETH | | 8652 | 73f2 |
| Circle/Poloniex | ETH | | a30b | 19c0 |
| Circle/Poloniex | ETH | | d5d2 | 6db3 |
| Circle/Poloniex | ETH | | ef8d | 4578 |
| Circle/Poloniex | ETH | | 1244 | 482e |
| Coinbase | ETH | | bcda | 41b5 |
| Coinbase | ETH | | 4526 | 3258 |
| Coinbase | ETH | | ba05 | 4d79 |
| Coinbase | ETH | | 253b | 30df |
| Coinbase | ETH | | 7de1 | 362f |
| Coinbase | ETH | | 7de1 | 0b98 |
| Coinbase | ETH | | 7de1 | 70a6 |
| Coinbase | ETH | | 136a | ad05 |
| Coinbase | ETH | | 136a | 3c66 |
| Crypto.com | ETH | | 2995 | bb43 |
| Deribit | ETH | | b4a3 | ffaa |
| Gemini.com | Omni | YRjA | | a1b4 |
| Gemini.com | Omni | YRjA | | a1b4 |
| Gemini.com | Omni | YRjA | | 3ec7 |
| Gemini.com | Omni | YRjA | | 8af5 |
| Gemini.com | Omni | YRjA | | 77dc |
| Gemini.com | Omni | YRjA | | 8fe4 |
| Gemini.com | Omni | YRjA | | 74c7 |
| Gemini.com | Omni | YRjA | | dad7 |
| Gemini.com | Omni | YRjA | | e9ea |
| Gemini.com | Omni | YRjA | | bf49 |
| Huobi Global | BTC | cn1T | | 5245 |
| Huobi Global | BTC | cn1T | | 5245 |
| Huobi Global | BTC | mEmZ | | e6ac |
| Huobi Global | BTC | mEmZ | | e33e |
| Huobi Global | Omni | gh8P | | 81ad |
| Huobi Global | Omni | gh8P | | 81ad |
| Huobi Global | Omni | gh8P | | 4202 |
| Huobi Global | Omni | gh8P | | 5f5a |
| Huobi Global | Omni | gh8P | | 4202 |
| Huobi Global | Omni | mLaZ | | 1a9f |
| Huobi Global | Omni | mLaZ | | d4eb |
| Huobi | ETH | | 7a5c | 4f20 |
| Huobi | ETH | | 07c0 | 3c5f |
| Huobi | ETH | | 82f4a | deb4 |
| Kraken | Omni | DRqX | | 42e0 |
| Kraken | ETH | | 886b | 12ba |
| Kraken | ETH | | 886b | 4f3a |
| Nexo | ETH | | 5a92 | ee07 |
| Nexo | ETH | | 7564 | 9ffb |
| Nexo | ETH | | e9e3 | 26d2 |
| Nexo | ETH | | 3a0e | 9b6d |
| Nexo | ETH | | 3a0e | 475a |
| Nexo | ETH | | 2542 | 9e16 |
| OKEx | BTC | rh3E | | d68f |
| OKEx | BTC | | y4x6 | 33f9 |
| OKEx | ETH | | 11dd | 2cbf |
| OKEx | ETH | | 8e7f | a748 |
| OKEx | ETH | | 4955 | fef9 |
| OKEx | ETH | | 0b53 | ae64 |
| OKEx | ETH | | 0b53 | 593d |
| OKEx | ETH | | 58b8 | 5c1e |
| Uphold | ETH | | 78fc | ccc3 |
| Uphold | ETH | | 78fc | 29e0 |

| Uphold | ETH | | 78fc | | ed03 |
|--------|-----|---|------|---|------|
| Uphold | ETH | | d851 | | 799d |
| Uphold | ETH | | d851 | | b0ac |