# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) | (Jointly Administered) |

### NOTICE REGARDING REQUIREMENT TO RENEW REQUEST TO RECEIVE SERVICE OF NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO:   All parties that have requested notice pursuant to Del. Bankr. L.R. 2002-1(b)

PLEASE TAKE NOTICE that, on March 11, 2021, the United States Bankruptcy Court for the District of Delaware entered the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629] confirming the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 629-1] (as amended, the "Plan").[2]

PLEASE TAKE FURTHER NOTICE that pursuant to Section 20.20 of the Plan, "the Liquidation Trustees may, in their sole discretion, notify Entities that, to continue to receive documents pursuant to Bankruptcy Rule 2002, such Entity must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002."

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 20.20 of the Plan, if you wish to continue to receive service of notices pursuant to Bankruptcy Rule 2002 and Del. Bankr. L.R. 2002-1(b), you must file a renewed request for service of notices pursuant to Bankruptcy Rule 2002 on or before December 21, 2021.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2]   Capitalized terms undefined herein shall have the meaning ascribed to them in the Plan.

DM_US 184362428-2.113270.0017

Dated: Wilmington, Delaware
December 7, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*