IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CRED INC., *et al.*, <br><br> Debtors.¹ | Chapter 11 <br><br> Case No. 20-12836 (JTD) <br><br> (Jointly Administered) <br><br> **Related to Docket No. 932** |

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER GRANTING MOTION OF THE CRED INC. LIQUIDATION TRUST FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The undersigned, counsel to the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases of Cred Inc. and its affiliated debtors, hereby certifies as follows:

1. On November 24, 2021, the Trust filed the *Motion of the Cred Inc. Liquidation Trust for the Issuance of Letters of Request for International Judicial Assistance* [Docket No. 932] (the "Motion"),² which sought the issuance from the Court, pursuant to Bankruptcy Code section 105(a), 28 U.S.C. § 1781(b)(2), and the Hague Convention, under its seal and signature, the Letters of Request attached to the Motion as Exhibits 1-16.

2. The proposed form of order attached to the Motion (the "Proposed Order") provided for the issuance of only the Letters of Request identified in the Motion. However, the Trust requests that the Court enter the form of proposed order attached hereto as **Exhibit A** (the

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

² All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

"Revised Proposed Order"),[3] which would enable the Trust to seek the issuance of additional Letters of Request from the Court upon the discovery of additional parties that may be in possession of the documents listed in the Motion.  The Revised Proposed Order would permit the Trust to seek issuance of such additional Letters of Request by filing notice of such request, and providing parties in interest seven (7) days to object to such request.  The Trust believes that such procedure will conserve time and resources by allowing the Trust to file a notice, as opposed to a renewed motion, each time an additional party is identified, but will still provide parties in interest sufficient time to object to the issuance of additional Letters of Request.

3.      Pursuant to the Notice of Hearing filed with the Motion, objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. (ET) on December 8, 2021 (the "Objection Deadline").  The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon undersigned counsel.

*[Remainder of Page Intentionally Left Blank]*

---

[3] A blackline version of the Revised Proposed Order reflecting all revisions to the order since the Motion was filed is attached hereto as **Exhibit B**.

4. Accordingly, the Trust respectfully requests that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at the convenience of the Court.

Dated: Wilmington, Delaware
December 10, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*