# Exhibit B

**Blackline Version of Revised Proposed Order**

DM_US 184401414-2.113270.0011

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) | **Related to Docket No. 932** |

**ORDER GRANTING MOTION OF THE
CRED INC. LIQUIDATION TRUST FOR THE ISSUANCE OF
LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases of the Debtors for entry of an order pursuant to Bankruptcy Code section 105(a), 28 U.S.C. § 1781(b)(2), and the Hague Convention; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that the issuance of Letters of Request ~~or~~ is appropriate for the reasons set forth in the Motion, and that the time for compliance

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

with the Letters of Request is reasonable; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. ~~This Court shall issue~~Upon issuance of the Letters of Request in the forms ~~appearing in~~attached to the Motion as Exhibits 1 through 16~~.  Counsel~~, counsel shall arrange to collect the signed ~~letters~~Letters of ~~request~~Request for transmission to the applicable foreign authorities through the United States Department of State.

3. ~~This Order is without prejudice to the right of the Trust to seek further discovery of any other entity.~~ The Trust may seek issuance by the Court of additional Letters of Request (each, an "Additional Letter of Request") by filing a notice of such request with the Court, which notice shall request that any objections to the issuance of such Additional Letter of Request be filed and served within seven (7) days on counsel to the Trust and all parties entitled to receive notice pursuant to Del. Bankr. L.R. 2002-1(b).  If no objection is timely filed, the Trust may file a certificate of no objection ("CNO") indicating same, and requesting that the Court issue the Additional Letter of Request for transmission by counsel to the applicable foreign authorities through the United States Department of State.  If an objection is timely filed, the Trust will schedule such objection for hearing before the Court.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2