# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED, INC., *et al.*,<br><br>            Debtors[1]. | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered) |

## RENEWED REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Jeffrey J. Lyons, Jorian L. Rose and Michael A. Sabella of Baker & Hostetler LLP hereby renew their request, as counsel to Uphold HQ Inc., and pursuant to Bankruptcy Rule 2002, that copies of all pleadings and other papers, including all notices, motions, applications, objections, responses, lists, schedules, statements and all other matters arising in this bankruptcy proceeding be served upon them at the addresses set forth below:

BAKER & HOSTETLER LLP
Jeffrey J. Lyons
1201 North Market Street, Suite 1402
Wilmington, DE 19801-1147
Telephone: (302) 468-7088
Email: jjlyons@bakerlaw.com

BAKER & HOSTETLER LLP
Jorian L. Rose
Michael A. Sabella
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com
Email: msabella@bakerlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing renewed request includes the notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, any notices

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, email or otherwise, or made with regard to the referenced cases or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this neither this renewed request nor any later appearance, pleading, claim or suit shall be deemed to waive or construed to waive: (1) the rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) any other rights, claims, actions, setoffs, or recoupments to Uphold HQ Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs or recoupments are expressly reserved.

Dated: December 17, 2021
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1402
Wilmington, DE 19801-1147
Telephone: (302) 468-7088
Email: jjlyons@bakerlaw.com

By: */s/ Jorian L. Rose*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com

By: */s/ Michael Sabella*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: msabella@bakerlaw.com

*Attorneys for Uphold HQ Inc.*