# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: 1/4/22 at 4:00 p.m. (ET)** |
| | ) **Hrg. Date: 1/11/22 at 11:00 a.m. (ET)** |

**NOTICE OF HEARING ON THE MOTION OF THE CRED INC. LIQUIDATION TRUST TO COMPEL COMPLIANCE WITH SUBPOENAS UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TO:  (i) counsel to Earnity Inc., Earnity Financial Inc., and ET Trader Inc., and (ii) all parties that have requested notice pursuant to Del. Bankr. L.R. 2002-1(b)

PLEASE TAKE NOTICE that, on December 28, 2021, the Cred Inc. Liquidation Trust established in the above-captioned chapter 11 cases (the "Trust") filed the *Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE NOTICE that portions of the Motion and attached exhibits have been redacted pursuant to the procedure approved by the Court in the *Order Granting Debtors' Motion for Entry of a Confidentiality Agreement and Stipulated Protective Order* [Docket No. 356].

An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned counsel to the Trust, so that it is received on or before 4:00 p.m. (ET) on January 4, 2022.

*[Remainder of Page Intentionally Left Blank]*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

2

A HEARING ON THE MOTION WILL BE HELD ON JANUARY 11, 2022 AT 11:00 A.M. (ET) BEFORE THE HONORABLE JOHN. T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  Wilmington, Delaware
        December 28, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*