**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket No. ___** |

**ORDER COMPELLING EARNITY TO COMPLY WITH CRED INC.
LIQUIDATION TRUST'S SUBPOENAS UNDER RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion (the "Motion")[2] of the Cred Inc. Liquidation Trust (the "Trust"), established in the above-captioned chapter 11 cases of Cred Inc. and its affiliated debtors, for entry of an order pursuant to Federal Rule of Civil Procedure 45, Bankruptcy Code section 105(a), Bankruptcy Rule 2004, and Local Rule 2004-1, to compel Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "Earnity") to comply with the Subpoenas for Rule 2004 Examination dated August 11, 2021 (the "Subpoenas"), to produce all documents responsive to the Trust's document requests, to certify under penalty of perjury that their document productions are complete, and to reimburse the Trust for attorneys' fees and costs incurred in making the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that Bankruptcy Rule 2004 discovery of Earnity is appropriate for the reasons set forth in the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Earnity shall respond to the Subpoenas and produce all requested documents in fourteen (14) days after the date of this Order.

3. A designated representative of Earnity shall schedule and sit for a Rule 2004 Examination via Zoom on or before thirty (30) days after the date of this Order, or at such other time or location or in such other form as Earnity and the Trust may hereafter agree.

4. Earnity shall reimburse the Trust for reasonable attorneys' fees and costs associated with the Motion.

5. The Trust is authorized and empowered to take any and all actions necessary to implement the terms of this Order.

6. The Trust's rights are reserved to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

7. This Order is without prejudice to the right of the Trust to seek further discovery of any other entity.

8. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.