**EXHIBIT D**



Deposition of:

**Joseph J. Podulka**

*July 23, 2021*

In the Matter of:

**In Re: Cred Inc.**

Veritext Legal Solutions
800-462-2233 | calendar-de@veritext.com |

JOSEPH J. PODULKA

Page 214



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

JOSEPH J. PODULKA



Page 218