**EXHIBIT E**



Deposition of:

# Daniel Schatt

*July 28, 2021*

In the Matter of:

# In Re: Cred Inc.

Veritext Legal Solutions
800-462-2233 | calendar-de@veritext.com |

DANIEL SCHATT - CONTAINS CONFIDENTIAL INFORMATION



DANIEL SCHATT - CONTAINS CONFIDENTIAL INFORMATION



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830