**EXHIBIT F**

**mwe.com**

Joseph B. Evans
jbevans@mwe.com
+1 212 547 5767

August 11, 2021

**VIA PERSONAL SERVICE**

Earnity Inc.
Earnity Financial Inc.
ET Trader Inc.
c/o
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Re:**   *In re Cred Inc., et al.*, No. 20-bk-12836 (Bankr. D. Del.)

Dear Earnity:

We represent the Cred Inc. Liquidation Trust (the "Trust"), established in the chapter 11 cases of Cred Inc. and its affiliated debtors (collectively, the "Debtors")[1] in connection with the above-captioned Chapter 11 Bankruptcy case (the "Bankruptcy Cases") pending in the United States Bankruptcy Court for the District of Delaware.

We are seeking the agreement of Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (referred to collectively as "Earnity" as that term is defined in the attached discovery requests), to produce documents and to designate a corporate representative to appear for a deposition. We have attached the Trust's requests for information, which have been styled as a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. Under the Local Rules for the United States Bankruptcy Court for the District of Delaware, "a motion under Fed. R. Bankr. P. 2004 is not required if the proposed examinee agrees to voluntarily appear or produce documents." *See* Del. Bankr. L.R. 2004-1(c); *see also* Del. Bankr. L.R. 2004-1(e) ("consensual discovery can be conducted by agreement and not under the provisions of Fed. R. Bankr. P. 2004 or this Local Rule, as applicable.") We urge Earnity to cooperate to avoid unnecessary motion practice.

Along with emails and other documents, the Trust is also seeking electronic communications stored on personal mobile phones and other devices, including messages stored via SMS, iMessage, WeChat, WhatsApp, Signal, Dust, QQ, Facebook Messenger, Protonmail, Telegram, and any other mode of electronic communication. Please feel free to contact us if Earnity has any questions concerning the format and method of producing such information.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).



340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

Letter to Earnity
August 11, 2021
Page 2

Please confirm via email or other writing no later than August 19, 2021, that Earnity will provide the requested information by August 25, 2021, designate a corporate representative by Wednesday September 1, 2021, and appear for a deposition on September 14, 2021.  If Earnity refuses to comply or does not timely respond, the Trust will promptly seek court intervention.  We are available to discuss and provide additional information if necessary.
.
Sincerely,



Joseph B. Evans

CC:    Darren Azman (dazman@mwe.com)
       David Hurst (dhurst@mwe.com)
       Andrew B. Kratenstein (akratenstein@mwe.com)

Enclosure



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Cred Inc., et al
Debtor.

ATTORNEY: MCDERMOTT WILL & EMERY

CASE NUMBER: 20-12836 (JTD)

DATE OF FILING:

COURT DATE: 09/14/2021

## AFFIDAVIT OF SERVICE

STATE OF Delaware: COUNTY OF NEW CASTLE    ss:

I, Adam Golden, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Delaware.

That on **8/12/2021** at **12:21 PM** at **c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**,
Deponent served the **Letter, Subpoena for Rule 2004 Examination** upon **Earnity, Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner:

By delivering to and leaving a true copy to **Patrick Duffy** personally, a person who stated to be an authorized agent to receive process service for **Earnity, Inc.**. Deponent knew said corporation so served to be the corporation described in said **Letter, Subpoena for Rule 2004 Examination** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Registered Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Brown** Age (Approx): **30** Height(Approx): **5'7"** Weight(Approx): **200-225 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Adam Golden

Sworn to before me this

August __13__ 2021

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1632283

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: Cred Inc., et al
Debtor.

ATTORNEY: MCDERMOTT WILL & EMERY

CASE NUMBER: 20-12836 (JTD)

DATE OF FILING:

COURT DATE: 09/14/2021

## AFFIDAVIT OF SERVICE

STATE OF Delaware: COUNTY OF NEW CASTLE   ss:

I, Adam Golden, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Delaware.

That on **8/12/2021** at **12:21 PM** at **c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**,
Deponent served the **Letter, Subpoena for Rule 2004 Examination** upon **ET Trader, Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Patrick Duffy** personally, a person who stated to be an authorized agent to receive process service for **ET Trader, Inc.**. Deponent knew said corporation so served to be the corporation described in said **Letter, Subpoena for Rule 2004 Examination** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Registered Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Brown** Age (Approx): **30** Height(Approx): **5'7"** Weight(Approx): **200-225 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Adam Golden

Sworn to before me this

August  13  2021

[Notary seal: GEORGE H. COVERT, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES FEB. 13, 2022]

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447  Lic# 1422060
Case No: 1632285

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Cred Inc., et al
Debtor.

ATTORNEY: MCDERMOTT WILL & EMERY

CASE NUMBER: 20-12836 (JTD)

DATE OF FILING:

COURT DATE: 09/14/2021

## AFFIDAVIT OF SERVICE

STATE OF Delaware: COUNTY OF NEW CASTLE    ss:

I, Adam Golden, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Delaware.

That on **8/12/2021** at **12:21 PM** at **c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**,
Deponent served the **Letter, Subpoena for Rule 2004 Examination** upon **Earnity Financial, Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Patrick Duffy** personally, a person who stated to be an authorized agent to receive process service for **Earnity Financial, Inc.**. Deponent knew said corporation so served to be the corporation described in said **Letter, Subpoena for Rule 2004 Examination** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Registered Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Brown** Age (Approx): **30** Height(Approx): **5'7"** Weight(Approx): **200-225 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Adam Golden

Sworn to before me this

August 13 2021

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1632284