**EXHIBIT G**

**Subject:** FW: Cred, Inc. - Earnity Subpoenas

---

**From:** Glassman, Dan M. <Dan.Glassman@klgates.com>
**Sent:** Monday, August 30, 2021 1:30 PM
**To:** Evans, Joseph <Jbevans@mwe.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** RE: Cred, Inc. - Earnity Subpoenas

[ External Email ]

Joe,

We propose the response and designee(s) identification be due on September 10 (which is still less than 30 days from service) and any documents be produced by September 17. I will note that Earnity is a wholly separate company from Cred and holds $0 of Cred money (i.e. no Cred $$ passed through to Earnity). The only connection between the two is the handful of Cred employees who now work for Earnity (and it shouldn't be surprising that folks got new jobs after their prior employer went BK).

Please let me know if our proposed timing works.

Best,

Dan



**Daniel M. Glassman**
Partner
K&L Gates LLP
1 Park Plaza, 12th Floor
Irvine, CA 92614
949-623-3565
Fax: 949-623-4484
dan.glassman@klgates.com
www.klgates.com

---

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Friday, August 27, 2021 9:48 AM
**To:** Glassman, Dan M. <Dan.Glassman@klgates.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** RE: Cred, Inc. - Earnity Subpoenas

Dan,

On August 12, 2021, we served 2004 discovery requests on the three Earnity entities (referred to collectively as "Earnity").  The compliance date was August 25, 2021.  We will agree to a short deadline for Earnity to formally respond to the discovery requests and to designate its corporate representatives by **September 1, 2021** and for Earnity to complete its document production by **September 8, 2021**.  The Trust needs Earnity's responses to the discovery requests as soon as possible so that it can evaluate whether motion practice is necessary.  Thank you.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**   One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767     **Mobile** +1 917 841 4738     **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

**** We have moved. Please note our new address (above). ****

---

**From:** Glassman, Dan M. <Dan.Glassman@klgates.com>
**Sent:** Wednesday, August 25, 2021 4:17 PM
**To:** Evans, Joseph <Jbevans@mwe.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** RE: Cred, Inc. - Earnity Subpoenas

**[ External Email ]**

Joe,

Confirmed, subject to a reservation of rights of all available and appropriate objections.

Best,

Dan



**Daniel M. Glassman**
Partner
K&L Gates LLP
1 Park Plaza, 12th Floor
Irvine, CA 92614
949-623-3565
Fax: 949-623-4484
dan.glassman@klgates.com
www.klgates.com

---

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Wednesday, August 25, 2021 1:07 PM
**To:** Glassman, Dan M. <Dan.Glassman@klgates.com>

2

**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** RE: Cred, Inc. - Earnity Subpoenas

Dan,

Can you confirm that the Earnity entities will be complying with the subpoenas voluntarily under Local Rule 2004-1?

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767    **Mobile** +1 917 841 4738    **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499    **Email** malbino@mwe.com

**\*\* We have moved. Please note our new address (above). \*\***

---

**From:** Glassman, Dan M. <Dan.Glassman@klgates.com>
**Sent:** Wednesday, August 25, 2021 3:52 PM
**To:** Evans, Joseph <Jbevans@mwe.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** RE: Cred, Inc. - Earnity Subpoenas

**[ External Email ]**

Joe,

Thanks for reaching out.  We will be representing Earnity in connection with these subpoenas, and just waiting for the paperwork to clear (which it should hopefully in the next day or 2).  Once it does, I'll reach out to you to discuss a new deadline to respond to the subpoenas.

Best,

Dan

**Daniel M. Glassman**
Partner
K&L Gates LLP
1 Park Plaza, 12th Floor
Irvine, CA 92614
949-623-3565
Fax: 949-623-4484
dan.glassman@klgates.com
www.klgates.com

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Wednesday, August 25, 2021 8:56 AM
**To:** Glassman, Dan M. <Dan.Glassman@klgates.com>
**Cc:** Azman, Darren <Dazman@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Ashworth, Sam <Sashworth@mwe.com>
**Subject:** Cred, Inc. - Earnity Subpoenas

Dan,

I hope all is well. I just left you a voicemail. We understand from the voicemail you left on Friday, August 20, 2021, that the Earnity entities (Earnity, Inc., Earnity Financial, Inc. and ET Trader Inc.) would be voluntarily complying with the discovery requests we served on August 12, 2021. But I also understood that you were still in the process of being retained. Separately, I received an email from Scott Shipman at Earnity (scott.shipman@earnity.com) asking for an extension of time to respond. I told him to have Earnity's counsel contact me immediately to discuss timing.

Are you representing the Earnity entities in connection with the subpoenas? We need to know who we are dealing with. Notably, the response date for document production is today, August 25, 2021. Please let me know as soon as possible. Thanks.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767     **Mobile** +1 917 841 4738     **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

**\*\* We have moved. Please note our new address (above). \*\***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Dan.Glassman@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Dan.Glassman@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Dan.Glassman@klgates.com.