IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 5, 2022 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## MATTER WITH ORDER ENTERED

1. Motion of the Cred Inc. Liquidation Trust for the Issuance of Letters of Request for International Judicial Assistance (Filed 11/24/21) [Docket No. 932]

    Related Documents:

    (a) Certification of Counsel Regarding Revised Proposed Order Granting Motion of the Cred Inc. Liquidation Trust for the Issuance of Letters of Request for International Judicial Assistance (Filed 12/10/21) [Docket No. 936]

    (b) Order Granting Motion of the Cred Inc. Liquidation Trust for the Issuance of Letters of Request for International Judicial Assistance (Filed 12/14/21) [Docket No. 939]

    Responses Received:  None.

    Objection Deadline:  December 8, 2021

    Status:  This matter will not be going forward. The Court entered an order granting the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>December 29, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |