## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., et al., | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively "Earnity") enter their appearance and such counsel request that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex, facsimile or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

Margaret R. Westbrook, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Tel:  (919) 743-7311
Fax:  (919) 743-7300
Email:  margaret.westbrook@klgates.com

-and-

Daniel M. Glassman, Esq.
K&L Gates LLP
1 Park Plaza, 12th Floor
Irvine, CA  92614
Tel:  (949) 253-0900
Fax:  (949) 253-0902
Email: dan.glassman@klgates.com

Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller, Esq. (No. 6283)
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel: (302) 416-7000
Fax: (302) 416-7020
Email: steven.caponi@klgates.com
            mathew.goeller@klgates.com

Carly S. Everhardt, Esq.
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900
Miami, FL  33131
Tel:  (305) 539-3300
Fax:  (305) 358-7095
Email: carly.everhardt@klgates.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of Earnity, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by Earnity or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Earnity to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated:  December 29, 2021

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel: (302) 416-7000
Fax: (302) 416-7020
Email: steven.caponi@klgates.com
       matthew.goeller@klgates.com

*Counsel to Earnity Inc., Earnity Financial Inc., and ET Trader Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Steven L. Caponi, certify that on December 29, 2021 I caused a copy of the forgoing

*Notice of Appearance and Request for Service of Papers* to be served on those persons receiving

notice through CM/ECF.

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
