# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al*., | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Carly S. Everhardt, Esq. of the law firm of K&L Gates LLP, 200 South Biscayne Boulevard, Suite 3900, Miami, FL 33131, to represent Earnity Inc., Earnity Financial Inc., and ET Trader Inc. in this action.

Dated: December 29, 2021

**K&L GATES LLP**
*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Email: steven.caponi@klgates.com
    matthew.goeller@klgates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Florida and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 29, 2021

*/s/ Carly S. Everhardt*
Carly S. Everhardt
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Email: carly.everhardt@klgates.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.