# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 11, 2022 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

> **AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## CONTINUED MATTER

1. Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal]

    Related Documents:

    (a) Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

    Responses Received:  None.

    Objection Deadline:  January 4, 2022; extended to February 1, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**").  By agreement between the Cred Inc. Liquidation Trust (the "**Trust**") and Earnity, the Trust's reply to any objection filed by Earnity shall be filed on or before February 8, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Status: This matter will not be going forward. With the consent of the parties, this matter has been adjourned until the February 15, 2022 (11:00 a.m.) hearing in these cases.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 3, 2022 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |