IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: 1/25/22 at 4:00 p.m. (ET)**<br>**Hrg. Date: 2/15/22 at 11:00 a.m. (ET)** |

**NOTICE OF HEARING ON MOTION OF THE CRED INC.
LIQUIDATION TRUST FOR ENTRY OF A SECOND ORDER
EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

TO:    All parties entitled to notice pursuant to Del. Bankr. L.R. 2002-1(b)

PLEASE TAKE NOTICE that, on January 11, 2022, the Cred Inc. Liquidation Trust (the "Trust") filed the *Motion of the Cred Inc. Liquidation Trust for Entry of a Second Order Extending the Deadline to Object to Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned counsel to the Liquidation Trust, so that it is received on or before 4:00 p.m. (ET) on January 25, 2022.

A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 15, 2022 AT 110:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       January 11, 2022

                                   **McDermott Will & Emery LLP**

                                   */s/ David R. Hurst*
                                   David R. Hurst (I.D. No. 3743)
                                   1007 North Orange Street, 10th Floor
                                   Wilmington, DE 19801
                                   Telephone: (302) 485-3900
                                   Facsimile: (302) 351-8711

                                   - and -

                                   Darren Azman (admitted *pro hac vice*)
                                   1 Vanderbilt Avenue
                                   New York, NY 10017
                                   Telephone: (212) 547-5400
                                   Facsimile: (212) 547-5444

                                   *Counsel to the Cred Inc. Liquidation Trust*