# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 964** |

## CERTIFICATION OF NO OBJECTION WITH RESPECT TO MOTION OF THE CRED INC. LIQUIDATION TRUST FOR ENTRY OF A SECOND ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned counsel hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of the Cred Inc. Liquidation Trust for Entry of a Second Order Extending the Deadline to Object to Claims* [Docket No. 964] (the "Motion"), filed on January 11, 2022. The undersigned counsel further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 25, 2022 (the "Objection Deadline").

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 186182085-1.113270.0011

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. Accordingly, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: Wilmington, Delaware
February 1, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*

DM_US 186182085-1.113270.0011