IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 15, 2022 AT 11:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## CONTINUED MATTER

1. Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal]

    Related Documents:

    (a) Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

    Responses Received:   None.

    Objection Deadline:   January 4, 2022; extended to March 14, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**"). By agreement between the Cred Inc. Liquidation Trust (the "**Trust**") and Earnity, the Trust's reply to any objection filed by Earnity shall be filed on or before March 28, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Status:   This matter will not be going forward. With the consent of the parties, this matter has been adjourned to the next omnibus hearing scheduled in these cases.

**MATTER WITH ORDER ENTERED**

2.  Motion of the Cred Inc. Liquidation Trust for Entry of a Second Order Extending the Deadline to Object to Claims (Filed 1/11/22) [Docket No. 964]

    Related Documents:

    (a)   Certification of No Objection with Respect to Motion of the Cred Inc. Liquidation Trust for Entry of a Second Order Extending the Deadline to Object to Claims (Filed 2/1/22) [Docket No. 967]

    (b)   Order Granting the Motion of the Cred Inc. Liquidation Trust for Entry of a Second Order Extending the Deadline to Object to Claims (Filed 2/1/22) [Docket No. 968]

    Responses Received:  None.

    Objection Deadline:  January 25, 2022

    Status:   This matter will not be going forward. The Court has entered an order granting the Motion.

Dated: Wilmington, Delaware
       February 2, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*