# Exhibit C

**To:** winslow.strong@gmail.com[winslow.strong@gmail.com]
**From:** michael zhang[michael.zhang@mycred.io]
**Sent:** Thur 1/2/2020 7:41:18 PM (UTC-05:00)
**Subject:** CredEarn Call follow up
Cred - KYC and KYB.docx

Hey Winslow,

Happy New Years! It was a pleasure speaking to you today.

Attached above is our KYC form, please complete and send the form along with a picture (front and back) of your passport and a current selfie securely to our processing team at https://www.sendsafely.com/u/travis@mycred.io

I spoke to my CCO, James, and got approval to offer you a 8% APR for any enrollment over 200 BTC and a one-time 9% APR for any enrollment of 500+ BTC. This is the highest rates we can offer as we plan to lower our" cookie cutter" interest rate to 8%. The lock in period would be 6 months and interest payments will be paid in kind based off the total number of BTC you enroll at the end of every calendar quarter. For example an enrollment of 100 BTC for a 1 year term will yield 10 BTC at a 10% APR.

For you reference below is a quick summary of what we went over today and some additional information about Cred:

**Manual Ticket via DocuSign**
1. Can begin anytime
2. 6 month lock-in
3. No transfer fees, withdrawal fees, or hidden fees
4. Paid out in USD, stable coin, or underlying asset
5. Interest payment at end of each calendar quarter


**Our Risk Mitigation: How assets are protected**
1. We only do collateralized or guaranteed lending.

    a.  For the former, we lend stable coin or fiat against collateral (ETH, BTC or XRP) typically at 50% LTV at origination and up to 80% LTV.
    b.  For guaranteed lending we require corporate and other guarantees sufficient to ensure coverage of principal loan amounts.
    c.  We do not lend to short sellers.  Although we can't guarantee this, we design our terms to manage against short-selling.  For example, longer duration, higher collateral requirements.

2. We have various layers of risk management and specifically as relates to collateral, notably:

    a.  We perform daily risk management assessments and have real-time market monitoring 24/7 through OTC relationships in US, EU and Asia, and these relationships have some pledge of liquidity from their balance sheet if required to execute trades;
    b.  We have robust collateral ratio—as stated above;
    c.  Reserve accounts are in place to support trading activities;
    d.  All crypto positions are hedged and swaps are used where possible, always with high collateral requirements and against solid counterparties.  Mindful there is no perfect solution that protects against all market risk.
    e.  As a data point, in the last severe crypto market correction in Nov. 2018 we did not experience a single borrower default and were able to make all our redemption/interest commitments.

3. Institutional Framework:

    a.  Cred adopts best practices related to risk management. Our investment management, lending and capital markets teams all have decades of experience from top firms.  We have several "firsts" in crypto, including a legal opinion in the US related to the utility of our LBA token. And comprehensive insurance policy on E&O, D&O and other cyber protection.

b. We have a $2M USD line from Lockton covering transfers. Since we convert assets to USD we do not require insurance to cover wallets.

4. Regulatory:

    a. Cred take a conservative approach to compliance with all local lending laws in jurisdictions where we operate. We have a compliance team and periodic outside audits.  Our service providers include top legal, consulting, servicing and other.

5. Insurance:

    a.  Funds enrolled in our program are swept daily. However, during the time that they are with us we have a comprehensive insurance policy with Lockton that includes protection against any hacking, E&O, and regulatory coverage.

    b.  Funds are swept to one of our custodians who have their own induvial insurance policy. BitGo, Bittrex being the biggest ones.

**Cred executive team:**
1. CEO – Dan Schatt

    a. Board of Directors – Blockchain Advocacy Coalition
    b. Chairman – Universal Protocol Alliance
    c. Board of Directors – Uphold Inc
    d. GM – Paypal

2. CCO – James Alexander

    a. Partner – A Capital A
    b. Structured Equity – Goldman Sachs
    c. Two decades of capital market experience

3. General Counsel – Daniel Wheeler

    a. Partner -Bryan Cave Leighton Paisner LLP
    b. Banking, Crypto, and Fintech Regulatory Expert


Let me know what you think. Looking forward to your reply.

Thanks,

--
Ka Zhang (Michael)
Senior Wealth Associate
**Cred**
m: +1.310.291.2597
w:mycred.io e:michael.zhang@mycred.io

