# Exhibit F

**<u>FILED UNDER SEAL</u>**