# Exhibit G

Message

| | |
|---|---|
| **From**: | James Alexander [james.alexander@mycred.io] |
| on behalf of | James Alexander <james.alexander@mycred.io> [james.alexander@mycred.io] |
| **Sent**: | 1/16/2020 1:55:02 PM |
| **To**: | jonmcfaul@gmail.com; winslow.strong@gmail.com; del@whalepod.io; Michael Zhang [michael.zhang@mycred.io] |
| **Subject**: | PR moKredit DD |
| **Attachments**: | CONFIDENTIAL moKredit Inc Overview_20190807.pdf |

Gentlemen,

Here is link to confidential moKredit Data Room

Also attached confidential overview report on moKredit.

Regards,
--
James Alexander
Chief Capital Officer
**Cred**
m: +1 213-262-6000
w: mycred.io   e: james.alexander@mycred.io