# Exhibit H

# moKredit Inc.
# OVERVIEW REPORT

**August 7th, 2019**

# Industry Overview

## 1.1 Background

As a provider of online credit products, we use blockchain technology and our proprietary AI risk management to transform the consumer finance experience in China. We target hundreds of millions of unserved or underserved consumers in China with our mission to "Make credit life better."

Our customers are typically in their twenties and thirties with average monthly salaries of 2-6K RMB. These users are part of the 400-600 million white and blue-collar workers in China without credit histories. They need access to small credit for their discretionary spending but are underserved by traditional financial institutions.

We have built a powerful data warehouse and platform which hosts core lending data as well as collected data from various external partners. We have extracted hundreds of features to create a comprehensive user persona for our borrowers. Over the past over 2 years, we have successfully accumulated almost one million independent borrowers. We also have established a sophisticated risk management system. We believe our machine learning and big data-based credit scoring models represent one of our key competitive advantages.

We currently offer cash credit products which provide funds in digital form, and merchandise credit products. We mainly generate financing income from cash credit products and both financing income and sales commission fees from merchandise credit products.

In 2018, we facilitated approximately RMB 2.8 billion in transactions to three hundred thousand active borrowers. Small credit products serve consumers' immediate needs for discretionary consumption. They typically have short durations, enabling us to quickly understand a borrower's behavior and further refine our data analytics and credit assessment model upon the completion of transaction cycles. On average, an active borrower drew down credit approximately 6 times in 2018.

**2018 Performance Statistics**

- Transaction value: 2.8 billion RMB
- Transaction #: 1.83 Million
- Revenue: 230 Million RMB

## 1.2 China's Consumer Finance Market

According to the 2016 China Credit Card Industry Report, active card users in China are less than 140 million, despite 455 million cards issued. The size of China's working-age population is about 800 million (National Bureau of Statistics). Among this group, there are at least 400 million people unserved by financial institutions in China. There are 400-600 million young white and blue-collar workers without a credit record in China. The market size in China is expected to exceed 1 trillion RMB, based on the penetration rate of cash loans in the United States. **Market size of Gen Y without a credit record = RMB 1 Trillion.** Ref: Population 1.3 Billion x penetration rate (US) 5% x Average lending times (US) 8 times x Loan amount (RMB 2000)

# Company Overview

## 2.1 Corporate History

Founded in 2012, and funded by leading VCs, such as Sequoia, BAI, and Ventech China, mo9 initiates "Play Now, Pay Later" credit service to game players. Mo9 has expanded into virtual product transactions and beyond. By the end of 2015, mo9 tapped into micro-financing sector with "mo9 Credit Wallet"—a mobile APP that offers short-term micro-credit service through WeChat, or iOS- and Android-based devices.




## 2.2 Organizational Structure



## 2.3 Our Team

**CEO - Lu Hua**
CEO of moKredit; Paypal China Head of Core Payment; Paypal US Head of Global Banking Platform
Lu Hua is a fintech entrepreneur and expert in payment solutions with a strong connection to Silicon Valley. As the former US Head of PayPal Bank Transfer Platform, his team handled over 30 percent of PayPal TPV. During his tenure at Paypal, Hua also held several other leadership roles such as Manager of Transaction Expense, Manager of Merchant Services, and the Head of Core Payments. He co-founded moKredit, a leading digital credit services company in China, which serves more than 30 million users. His venture garnered investment from Sequoia Capital, Bertelsmann Asia Fund and Ventech China. He holds M.Sc. in Engineering from the University of British Columbia and a B.Sc. in Engineering from Zhejiang University. https://www.linkedin.com/in/luhua/

**Yana Zhao, VP**
Yana Zhao is an expert in PR management, business development, and IPO financing with experience in notable companies such as Shanghai Zhongyi Investment Corp, where she served as Partner and Director of Investment; and Air International FuturisInvestment, as the Director of Design & PR Department.

**Greg Guo, VP**
Greg is a highly experienced operational management and HR management professional. He served as the Vice GM of Everlearn Group and has a Ph.D. in Psychology from China Normal East University.

**Ray Ma**
Graduated from New York University, U.S. As MoKredit technology manager, having years of experience in big data platform, machine learning and data analysis pipeline engineering. Rich business knowledge in finance and payment services. Recognized professional in banking service certified by China Union. Past engineering working experience in SAP and Sybase.

**Hao Wu**
Graduated from Simon Fraser University in Vancouver, Canada. As a data mining engineer, having rich experience in machine learning and data analysis project. Extensive business knowledge in finance and automotive industry. Good at Spark, Python, R, SAS and other data analysis software. used to work in Unionpay Advisors and MathArtSystem software Co., Ltd.

**Xiwen Zheng**
Graduated from Simon Fraser University in Vancouver, Canada. Had 4-year experience in consulting industry rotating from strategy to financial services. Focused on risk management of financial institutions with expertise in risk, financial forecasting and valuation models. Worked in PwC management consulting before joining moKredit.

## 2.4 Our Competitive Strengths

We believe the following competitive strengths contribute to our success and differentiate us from our competitors:

- ***Massive data and sophisticated big-data analytics capabilities***. We have adopted a data-driven business model. Our platform collects, aggregates, processes and analyzes massive amounts of data from various sources and uses such data in various aspects of our operations leveraging our robust big-data analytics and machine learning capabilities. We have been making progress with many of our endeavors to optimize operational efficiency and plan to continue our efforts along this direction to achieve higher efficiency.
- ***Highly effective risk management system proven through loan lifecycles.*** We have established systematic risk management procedures covering the entire loan lifecycle, from fraud detection, credit assessment and decision-making, risk pricing, to post-facilitation monitoring, repayment facilitation and loan collection. Throughout our operations in various macro-economic environments, our risk management system, which is being continuously upgraded and optimized, has proven to be effective at monitoring and controlling risks within our expected range.
- ***Highly automated and secure platform powered by proprietary technologies.*** Our technology platform automates our operation, allowing users to invest and borrow through mobile and PC devices anytime, anywhere. Our technology platform also provides a highly reliable, scalable and secure IT environment to support the robust growth of our business.
- ***Collaboration with institutional funding partners.*** In addition to peer to peer lending, matching borrowers with investors, we also have collaboration with institutional funding partners to provide fund for our small credit short-term lending business. This allows us to quickly expand lending scale, not limited to P2P lending.
- ***Visionary and experienced management team.*** Our founder and management team represent a unique combination of technology and finance backgrounds. With rich professional work experience, proven execution capabilities and extensive knowledge of China's online consumer finance market. Under their leadership, we are confident to build upon the successes that we have achieved so far and further enhance our leading position.

### 2.5 Our Users:




Our user base is comprised 87% between 20-35 years old with average monthly income 2K-6K RMB.

### 2.6 Our Investors

**Series A- Sequoia Capital**

Sequoia Capital is an American venture capital firm. The firm is located in Menlo Park, California and mainly focuses on the technology industry. It has backed companies that now control $1.4 trillion of the combined stock market value. Sequoia manages multiple investment funds including funds specific to India, Israel, and China.

Sequoia Capital China is a VC firm focused on seed stage, mid stage, late stage, and growth investments in the fintech sector. Formed in September 2005, Sequoia Capital China has offices in Hong Kong, Beijing, Shanghai, Guangzhou, Hangzhou, Suzhou and Shenzhen. Over the past nine years, Sequoia Capital China has an impressive and diverse portfolio comprising about 300 dynamic companies that deliver high returns on investment using differentiated technologies and innovative business models, including Alibaba, VIPshop.com, Sina.com, Didi, JD.com, Ourpalm, Qihoo 360, Jumei, Momo, SINNET, Dianping.com, Meituan, Meilishuo, Toutiao, AutoNavi, Ganji.com, DJI, VanceInfo, Noah Private Wealth Management, Wanda Cinemas, Alibaba Pictures, Plateno Hotels Group, Deppon Logistics, ZTO Express, Beta Pharma, Snibe Diagnostic, BGI, WEGO, and Yuwell Medical.

**Series B- Bertelsmann Asia Investments**

Bertelsmann Asia Investments (BAI) is a testament to Bertelsmann's longstanding commitment in China. Unlike many other funds, BAI sees itself as a strategic fund that takes a long-term view of its holdings. It invests in industries such as education, media, or technology where Bertelsmann already operates. With a strong team led by Annabelle Long, BAI fulfills a number of important strategic functions for Bertelsmann. China is already one of the world's largest media markets and is growing rapidly. While traditional media are heavily regulated, the new media are a different story. Bertelsmann is using BAI to position itself in the Chinese market with moderate resource

commitment, networking and accumulating valuable experience in the process. At the same time, a skilled local management team is in place on the ground. In 2008 BAI acquired a stake in China Distance Education Holdings (CDEL), an online training specialist. The company went public in August 2008 and is now the largest provider of its kind in China. www.baifund.com/

**Series C- Ventech China**

Ventech Capital was founded in 1998 in France. Ventech is one of the most famous VC funds in Europe and manages four funds. In China, Ventech China manages three funds. Globally, this represents more than USD 1B total asset under management.

Ventech China is based in Shanghai. Ventech China 3 is a USD 220 million venture capital fund focused on communities, M-commerce, Big Data and Fintech. Its current portfolio companies include Keep, the No.1 fitness training and community app in China, WonderFull, the emerging Japanese product M-commerce platform, Juzi, the leading entertainment news platform, Datawin, the leading big data company in sales leads generation, and Blued, the No.1 gay community app in China. Ventech China is dedicated to growing together with innovative startups and help them to become global leaders in their fields. www.ventechchina.com/

## Our Product and Service

### 2.7 Our Credit Products and Platform

Our credit products are mainly in two categories: merchandise credit products and cash credit products. Both are unsecured short-term small-credit products. The borrower only needs to submit the application online through the mobile phone and obtain the credit line given by the system in a short period of time. Small credit products typically have short durations, enabling us to quickly understand a borrower 's behavior and further refine our data analytics and credit assessment model. A borrower is more likely to repay a smaller amount on time to maintain the quality of his or her credit profile, which may impact future borrowing activities. Benefits to fraudulent borrowers are also limited given the small amount of money borrowed.

### 2.8 Merchandise credit product - "Play Now, Pay Later"

Designed as a payment solution integrated into the payment centers of major game platforms provides game players with a credit line ranging from RMB10 (US$ 1.45) to RMB1000 (US$145). When game players want to purchase a game item, they simply enter the phone number and verification code to get the initial credit limit for consumption in seconds. The repayment needs to be completed within 14 days after consumption.




The borrower only needs to return the principal within 7 days without paying additional borrowing fees. However, a penalty fee will be charged if the payment is overdue. Compared to other payment methods that require a bank card, the fast payment experience increases the paid conversion rate for merchants. Game merchants pay commissions based on transaction flow. Based on this business model, we have cooperated with thousands of game merchants and obtained more than 30 million registered game users.

### 2.9 Cash credit product - "Mo9 Credit Wallet"

We launched “mo9 Credit Wallet” at the end of 2015, which addresses and serves the needs of creditworthy borrowers who we believe are of emerging prime credit quality but have limited credit history and access to traditional consumer credit from banks or other lenders in China. Different from the merchandise credit products, the Mo9 Credit Wallet provides a credit line ranging from RMB 500 (US$73) to RMB2000 (US$290) with a term of 14 days. The money is deposited directly into borrower's bank account for varied financial needs.

Borrowers are able to apply for a credit on Wechat , iOS or Android based device by providing certain basic information, including bank account information, educational level, marital status, occupation, email address, and mobile phone number of one or two alternative contact persons, in addition to the borrowers’ PRC identity card information and mobile phone numbers which are mandatory for initial user registration. Then our platform will provide applicants with a credit decision within 30 minutes of application for first-time applicants and in as little as few seconds for repeat borrowers.




Approved borrowers typically receive loan disbursements within few minutes. The repayment consists of principal, interest, financing service fee and a penalty fee (if any). Different credit limits and borrowing costs are applicable to different tiers of borrowers based on their respective credit scores. Borrowers have the option to extend the existing loan for another one to two weeks without going through another credit evaluation. Our platform has a comprehensive collection system that can automatically create collection plans for our own collection team and third-party collection team. Using this business model, our platform works as an intermediary agent that connect borrowers with investors and also is responsibility for risk control and collection.



## 2.10 MoKredit Risk Management System

We have a powerful data warehouse and platform which hosts core lending data as well as data from various external partners. We extract hundreds of features to create a comprehensive persona for our borrowers. Over the past two years, we have successfully accumulated almost one million independent borrowers. We also have established a sophisticated risk management system which has proven to be accurate in various market situations. We believe our machine learning and big data-based credit scoring models are one of our key competitive advantages. We have been iteratively testing and optimizing the risk detection rule engine as we continue to study the growing amount of data accumulated via our loan products. We have also achieved improvement in organizational efficiency when we apply big-data capabilities and machine learning models to other aspects of our business operations, such as marketing campaigns and loan collection.

We utilize our powerful credit assessment model which is built upon massive data collected through various sources and calculated by our sophisticated Artificial Intelligence and state-of-art machine learning techniques.

Our models categorize borrowers into different credit scoring intervals according to their risk profiles, based on which our risk management system gives them appropriate evaluations. A borrower's credit risk evaluation for a particular type of loan is determined considering a range of factors, including but not limited to:

(i) the borrower's credit level based on credit score generate by MoKredit—borrowers with better credit scores are generally more inclined to be approved for loan application
(ii) the borrower's actual needs, such as the type of loans being applied for
(iii) the borrower's past credit performance on our platform
(iv) feedback from loan collection if applicable.

We continuously improve the algorithms, data processing and machine learning stack used by MoKredit models with a typical refining cycle of one month for a better tradeoff between responsiveness and accuracy.

In addition, our success largely attributes to our ability to constantly integrate full use of technologies into provision of inclusive financial services. We focus on leveraging our big data capabilities and machine learning models to increase the automation of our platform and optimize our organizational efficiency in various aspects. Our state-of-art credit scoring model allows us to make the best use of our massive credit data and gives us the ability to evaluate potential borrowers based on their MoKredit scores. As we continue to accumulate more data through borrower acquisition, credit assessment, loan collection and other aspects of our business flows, our evolving credit scoring model is able to test, optimize and improve performance of its credit assessment output in a promising direction.

Upon the incoming data pipeline and aggregation, our system converts the originally unstructured data (text, web search, external reports, etc.) into structured data using big data framework like Hadoop or Spark and machine learning techniques. For example, to combat fraud detection task, we leverage a large database (both internal and external) of past fraud accounts information and sophisticated rule-based detection technology (rule engine) in detecting fraudulent behaviors. We work closely with multiple external partners in a joint effort to identify emerging fraudulent schemes,

patterns, trends, threats, and criminal organizations and have accumulated massive data as related to fraud behavior.

This database helps us to fine-tune our set rules and enhance our fraud detection capabilities. We have adopted a multi-layered fraud detection methodology: e.g., firstly, we set up rules based on known fraud cases to filter activities for fraudulent behaviors; then we conduct social network analysis (graph traversal and computing like PageRank) to identify relationships pertinent to fraud and connect the individual fraudulent activities to discover complex fraud schemes and criminal organizations. In addition, we run anomaly detection to detect individual and aggregated abnormal patterns in order to catch unknown fraud behaviors. If available information is insufficient for our system to draw a conclusion, the relevant loan applications will be forwarded to our anti-fraud team for offline verification, which involves members of our anti-fraud team researching any inconsistencies in a loan application.

Following data aggregation and fraud detection, potential borrowers enter into the credit assessment phase. Different algorithms (like traditional Logistic Regression based scorecard or XGBoost ensemble) are applied to borrowers with various features in assessing the potential risks associated with them and based on the assessment results, our credit scoring model generates MoKredit scores for each of the potential borrowers. The following factors are associated with features that are important for assessing the probability of default or delinquency:

- Repayment History
- Personal Identity Information
- Education and Occupation
- Consumption and Purchase Behavior
- Social Network Behavior
- Credit Reports
- Mobile Communication Pattern
- Internet and Mobile Behavior Pattern
- Fraudulent Records

Aside from credit risk assessment, we have also developed advanced engineering procedures and tools to transform the massive amount of data into valuable information that supports our business decision making and operation optimization. For example, we use machine learning models to assess the probability of collection case by case and optimize collection strategy accordingly, e.g., by assigning more tough cases to more seasoned staff or third-party collection service providers. We also use machine learning models to identify borrowers with greater potential for repeat borrowing interaction to allocate our marketing resources more efficiently. In addition, we use predictive technologies like Recurrent Neural Network to forecast customer enquiry activities and automatically allocate customer enquiry to appropriate customer service representatives. All these help us to reduce operational cost and boost revenue in loan facilitation business.

## Financial Performance

The following selected consolidated statement of comprehensive income/(loss) data for the years ended December 31, 2017 and 2018, and the six months ended June 30, 2019 have been derived from unaudited interim condensed consolidated financial statements. Our historical results do not necessarily indicate results expected for any future periods. You should read this Selected

Consolidated Financial Data section together with "Analysis of Financial Condition and Results of Operations" included elsewhere in this report.

| Selected Consolidated Statements of Comprehensive Income/(Loss) Data: | Year Ended December 31, | | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | 2019 | |
| | RMB | US$ | RMB | US$ | RMB | US$ |
| Operating revenues: | | | | | | |
| Loan facilitation service fees | 469,390,620 | 70,104,806 | 203,160,225 | 31,016,828 | 177,081,076 | 25,851,252 |
| Post-facilitation service fees | 40,816,576 | 7,789,423 | 27,395,422 | 4,182,507 | 18,736,265 | 2,735,221 |
| Total operating revenues | 510,207,196 | 77,894,228 | 230,555,647 | 35,199,335 | 195,817,342 | 28,586,473 |
| Cost of goods sold: | | | | | | |
| Payment Channel Cost | 14,929,149 | 2,279,259 | 6,686,114 | 1,020,781 | 6,655,089 | 971,546 |
| Risk Control Exp. | 1,149,015 | 175,422 | 82,112 | 12,536 | 1,459,339 | 213,042 |
| Fund Cost | 65,789,750 | 10,044,237 | 25,906,578 | 3,955,203 | 20,743,714 | 3,028,279 |
| Marketing Exp. | 54,230,235 | 8,279,425 | 1,258,800 | 192,183 | 5,093,860 | 743,629 |
| MSM Exp. | 1,168,434 | 178,387 | 730,822 | 111,576 | 765,002 | 111,679 |
| Credit Loss | 199,090,000 | 30,395,420 | 92,050,589 | 14,053,525 | 104,097,909 | 15,196,775 |
| Total cost of goods sold | 336,356,583 | 51,352,150 | 126,715,015 | 19,345,804 | 138,814,914 | 20,264,951 |
| Gross profit | 173,850,613 | 26,542,078 | 103,840,631 | 15,853,531 | 57,002,428 | 8,321,522 |
| Operating expenses: | | | | | | |
| Human Resource | 63,637,035 | 9,715,578 | 68,332,680 | 10,432,470 | 26,292,280 | 3,838,289 |
| Uncontrollable Exp. | 10,606,516 | 1,619,315 | 6,684,657 | 1,020,558 | 1,521,864 | 222,170 |
| Controllable Exp. | 6,788,132 | 1,036,356 | 2,367,594 | 361,465 | 1,125,300 | 164,277 |
| Financial Exp. | -2,368,735 | -361,639 | -126,661 | -19,338 | -189,563 | -27,673 |
| Total operating expenses | 78,662,948 | 12,009,610 | 77,258,269 | 11,795,156 | 28,749,881 | 4,197,063 |
| Profit/(Loss) before income tax expenses | 95,187,665 | 14,532,468 | 26,582,362 | 4,058,376 | 28,252,547 | 4,124,459 |
| Income tax expense | 1,797,998 | 274,504 | 3,436,069 | 524,591 | 2,840,055 | 414,607 |
| Net profit/(loss) | 93,389,667 | 14,257,964 | 23,146,293 | 3,533,785 | 25,412,493 | 3,709,853 |

## 2.11 Analysis of Financial Condition and Results of Operations

As a provider of online credit products, we use big data-enabled technologies, such as artificial intelligence and machine learning, to transform the consumer finance experience in China. We target hundreds of millions of unserved or underserved consumers in China. We strategically focus on serving borrowers between the ages of 20 and 40, the young generation that is typically more receptive to internet financial services and many of whom have very limited or no credit record. We primarily offer short-term loans to our borrowers to meet their immediate credit needs while allowing them to gradually establish their credit history through activities on our platform.

We currently offer cash credit products, which provide funds in digital form, and merchandise credit products. From 2017 to 2019, our cash credit products had an average size of approximately RMB1500 (US$214) and weighted average term of approximately two weeks, and our merchandise credit products had an average size of approximately RMB1000 (US$143) and weighted average term of approximately 10 days.

Small credit products typically have short durations, enabling us to quickly understand a borrower's behavior and further refine our data analytics and credit assessment model upon the completion of

transaction cycles. Small credit products also enjoy favorable risk characteristics compared to larger credit products.

On average, an active borrower repeats using our cash credit product approximately six times in the 12 months ended December 31, 2018. As of June 30, 2019, approximately 20% of our approximately 650 thousand registered users had been approved with credit.

We engage the majority of our active borrowers through the Alipay consumer interface. Zhima Credit provides us with credit analysis information of prospective borrowers, which enhances our credit analysis capabilities.

Since inception in 2016, our business has witnessed significant growth and increased borrower activities. We facilitated approximately RMB2.8 billion (US$427 million) and RMB2.5 billion (US$365 million) in 2018 and first half year of 2019 respectively in transactions to about 300 thousand active borrowers, as illustrated by the charts below:




We mainly generate financing income from cash credit products and both financing income and sales commission fees from merchandise credit products.

Our total revenues and gross profit rose to RMB195.8 million and RMB57 million respectively with gross margin declined to 29.11% in the six months ended June 30, 2019 due to a modest increase in non-performing loans.







## 2.12 Credit Performance

The credit performance of the transactions affects our financial condition and results of operations. Based on our experience, cash credit past due 1 to 7 calendar days would be largely recovered by collection, therefore our focus on credit performance are those transactions for which any payment was more than 7 calendar days past due.

***Provision Ratio***

We define "Provision Ratio" as the amount of provision for loan principal and financing service fee receivables incurred during a period as a percentage of the total amount of on-balance sheet transactions during such period. The following table sets forth our Provision Ratio for the periods presented:

| | Year Ended December 31, | | Six Months Ended June 30, |
|---|---|---|---|
| | 2017 | 2018 | 2019 |
| Provision Ratio | 3.74% | 3.28% | 4.14% |

We periodically adjust our allowance for loan principal and financing service fee receivables when we believe that the future collection of principal is unlikely. We recognize any increase in allowance for loan principal and financing service fee receivables as provision for loan principal and financing service fee receivables for the relevant period. Our Provision Ratio decreased from 3.74% in 2017 to 3.28% in 2018. The decrease in Provision Ratio was primarily due to the fact that we enhanced our credit assessment model and risk management system, as we have gradually automated our data collection and risk management process and put increasing emphasis on big data analytics. We experienced 0.86% rise in Provision Ratio by the end of June, 2019. The increase in Provision Ratio was due to the fact that we set less restricted risk management criteria for old registered users from previous years in order to expand our transaction volume in 2019 in an economic manner.