# Exhibit K

**New message**

To: Winslow.Ξ ×

**Jamie Shiller** 2:22 PM
Ah CRED responded: "Cred did lose money in 2019 but ended with about $2M in equity. The company is expected to be profitable by Q4 of this year. Current burn is about $400K a month decreasing by $100K each month as revenue increases and expenses remain relatively flat. The company has plenty of working capital as well as access to $5M in debt. In addition, we're in the process of raising $3M-$5M in equity to help accelerate growth."

**Winslow.Ξ** 2:51 PM
Hey Jamie, so far so good. Received 2 interest payments thus far.

I havent really delved under the hood into the corporate. I decided to stay in teh bankruptcy remote entity for now, so am not particularly concerned with the corporate balance sheet

**Jamie Shiller** 2:52 PM
Ok. Cool thanks. Just wanted to check-in on them.

Bankruptcy remote entity?

What is that?

**Winslow.Ξ** 2:53 PM
The Luxembour entity

**Jamie Shiller** 2:53 PM
It's can't go bankrupt?

**Winslow.Ξ** 2:53 PM
It could, but its assets aren't accessible to creditors of Cred or to Cred itself

It also has first 10% capital buffer of the Asian guy

One of their owners, Im blanking on his name

**Jamie Shiller** 2:54 PM
Oh interesting

**Winslow.Ξ** 2:55 PM
Surprised they didnt mention that option to you

Message Winslow.Ξ