# Exhibit L

**<u>FILED UNDER SEAL</u>**