# Exhibit M

# <u>FILED UNDER SEAL</u>