# Exhibit O

# Income Opportunities (Luxembourg) S.A.
*Société anonyme de titrisation*

Registered office:
19, rue de Bitbourg
L-1273 Luxembourg

R.C.S. Luxembourg: B198.395
(the "**Company**")

Acting on behalf of its Compartment Cred Global Notes 1
(the "**Issuer**")

## SUBSCRIPTION FORM

The undersigned, WINSLOW CARTER STRONG (the "**Noteholder**"), an individual having a principal residence in the Commonwealth of Puerto Rico, hereby irrevocably agrees to subscribe, with effective date as of January 30, 2020, to purchase one (1) of the Series 2020-1 Tranche 1 notes (collectively, the "**Notes**"), with a face amount of USD 3,939,535.00 issued by the Issuer on January 31, 2020, in accordance with the terms and conditions of the Notes for the aggregate purchase price of $3,939,535.00.

1. The Noteholder acknowledges that it has received and read the Base Prospectus dated January 30, 2020, as amended or supplemented, including the general terms and conditions of the Notes and that it has received and read the applicable Final Terms for the Notes, attached herewith in Schedule 1, and confirms to be familiar with their content. By signing this Subscription Form, the Noteholder adheres to the terms & conditions of the Notes.

2. The Noteholder understands that its subscription to the Notes will first become effective after a decision from (or on behalf of) the Issuer to accept this subscription. At any time, the Issuer may request the Noteholder to provide it with information with respect to AML and KYC, as well as about the origin of the funds. In particular, such request may occur before the decision from the Issuer to accept the Noteholder as a holder of the Notes.

3. The Noteholder confirms that it has completed and executed the Tax Form W-8BEN or Tax Form W8-BEN-E as set out in Schedule 2 and Schedule 3 of this Subscription Form in accordance with the instructions accompanying the Form. Such Tax Form will be retained by the Company for its own records and will only be released by the Company in accordance with Clause 7 below.

4. The Noteholder confirms that it has sent a copy of the entire completed Subscription Form appropriately executed and any additional required documents, including the appropriate Tax Form as set out in Schedule 2 and Schedule 3 of this Subscription Form, to the CRED LLC (the "**Arranger**") via email to investorservices@mycred.io, and the original documents by overnight courier to:

> Income Opportunities (Luxembourg) S.A.
> Attn: The Board of Directors
> 19, rue de Bitbourg
> L-1273 Luxembourg
> Grand Duchy of Luxembourg
> Tel: (352) 27 44 41 839

5. Reserved.

6. **Use and Processing of Note Purchases Made With Cryptocurrency.** The Issuer has appointed Cred LLC, a Delaware limited liability company ("**Calculation Agent**"), as its processing and calculation agent for purposes of making calculations and determinations as described in the Prospectus. Further, the Calculation Agent may act as conversion agent acting on behalf of the Noteholder (if so instructed by the Noteholder) to convert cryptocurrency into USD, which would then be transferred to the Issuer or its Paying Agent for the purpose of paying the subscription money of the Notes. Noteholder understands and acknowledges that nothing in this subsection modifies Issuer's obligations under the Notes in any way and that Issuer's delivery of the principal and interest amounts stated in the Notes to Calculation Agent, acting as an agent of the Noteholder, satisfies Issuer's obligations in full under the Notes, this Subscription Form and all related documents. Noteholder understands that all calculations and determinations made by Calculation Agent, as communicated to Noteholder in written confirmations, are binding and final for all purposes. Noteholder has checked the boxes below to indicate which processing term or provision does or does not apply to this purchase of Notes and to the repayment of those Notes.

| Applicable | Not Applicable | Processing Term or Provision |
|---|---|---|
| [__] | [X] | 1. Purchase with new crypto. Noteholder elects to pay for Notes by paying and transferring cryptocurrency to Issuer or to Issuer's agent (specifically including Calculation Agent) with a value equal to or greater than the purchase price for the |

| Applicable | Not Applicable | Processing Term or Provision |
|---|---|---|
| | | Notes, as such value is calculated by Calculation Agent as of the purchase date. |
| [X] | [_] | 2. <u>Purchase by contract conversion</u>. Noteholder elects to terminate its contract with Calculation Agent specified below (the "**Existing Cred Contract**") and instructs Calculation Agent to transfer all cryptocurrency pledged or loaned to Calculation Agent under the Existing Cred Contract, along with all interest or yield accrued under the Existing Cred Contract, as consideration to be applied to the purchase price for the Notes. Calculation Agent will use the same value for the transferred cryptocurrency as Calculation Agent determined at the initiation of the transactions.<br><br><u>Existing Cred Contract</u>:<br><br>[_] Enhanced Yield Agreement dated _____<br><br>[X] Secured Line of Credit Agreement and Pledge Agreement dated January 9, 2020, between Cred LLC and Winslow Strong<br><br>[_] Loan and Security Agreement dated _____ |
| [_] | [X] | 3. <u>Note repayment -- cryptocurrency VARIABLE</u>. Noteholder elects to have Calculation Agent, acting as its agent, convert the principal and interest due to Noteholder under the purchased Notes into the cryptocurrency specified below at the value or fiat-to-cryptocurrency conversion rate calculated by Calculation Agent as of the payment date.<br><br>Specified cryptocurrency to be received by Noteholder in lieu of the fiat currency specified in the Notes:<br><br>[_] BTC    [_] ETH    [_] Litecoin<br><br>[_] UPUSD    [_] LBA    [_] XRP |
| [X] | [_] | 4. <u>Note repayment -- cryptocurrency FIXED</u>. Noteholder elects to have Calculation Agent repay the fiat principal and interest due to Noteholder under the purchased Notes in the form of the cryptocurrency specified below and the cryptocurrency interest specified below. |

| Applicable | Not Applicable | Processing Term or Provision |
|---|---|---|
| | | The specified cryptocurrency to be received by Noteholder in lieu of the fiat principal and interest specified in the Notes:<br><br>[X] BTC  [__] ETH  [__] Litecoin<br><br>[__] UPUSD  [__] LBA  [__] XRP<br><br>The specified manner of paying 500 BTC principal and interest in cryptocurrency in lieu of fiat principal and interest on the Notes:<br><br>Principal: Noteholder is repaid cryptocurrency tokens 1-for-1 for each cryptocurrency token paid to purchase the Notes<br><br>Interest: Noteholder is paid an additional  ((0.08 / 12) x 5))  of a cryptocurrency token for each cryptocurrency token paid to purchase the Notes |

Calculation Agent's calculation of cryptocurrency value is generally determined with reference to the closing price for such cryptocurrency as reported on www.Coinbase.com at 4 P.M. Eastern Time on the calculation date, as such price is adjusted by Calculation Agent to factor in intraday trading conditions and Calculation Agent's hedging and crypto transaction processing costs.

7. **Noteholder information:**

_____

Residence/Principal Business Address of the Noteholder:

[redacted]

Mailing address for receiving communications *(Do not complete if same as prior column)*:

Telephone Number: [redacted]

Telephone Number: _____

*(Do not complete if same as prior column)*:

Email Address: [redacted]

8. The Noteholder shall cooperate with the Issuer and the Arranger to provide in a timely manner any other information, form, disclosure, certification or documentation that the Issuer may reasonably request (including, without limitation, any information requested pursuant to Sections 1471-1474 of the US Internal Revenue Code of 1986 (the "**Code**") in order to maintain appropriate records and provide for withholding amounts, if any, relating to the Noteholder's Notes, or otherwise as the Issuer or Arranger deems reasonably necessary. In the event that the Noteholder fails to provide any such information, or provides false information, regarding U.S. tax withholding, the Issuer and its respective direct or indirect shareholders, managers, officers, directors, employees, agents, service providers and their affiliates shall have no obligation or liability to the Noteholder with respect to any U.S. tax matters or obligations that may be assessed against the Noteholder or the Noteholder's beneficial owners. The Noteholder expressly acknowledges that such tax forms and withholding information may be provided to any withholding agent that has control, receipt or custody of the income of which the Noteholder is the beneficial owner or any withholding agent that can disburse or make payments of the income of which is the beneficial owner. In addition, the Noteholder consents to the use of any information provided by the Noteholder for purposes of complying with Section 1471-1474 of the Code. Without limiting the generality of the foregoing, the Noteholder agrees to waive, in accordance with Section 1471(b)(1)(F)(i) of the Code, any provision of foreign law that, absent such waiver, would prevent any reporting of information described in Section 1471(b) or (c) of the Code.

9. This Subscription Form shall be governed by and construed in accordance with the laws of the Grand Duchy of Luxembourg and the courts of Luxembourg, Grand Duchy of Luxembourg shall

have exclusive jurisdiction to hear and determine any suit, action or proceeding, and to settle any disputes, which may arise out of or in connection with this Subscription Form.

Signed in THE CITY OF __Rincon__, STATE OF __Puerto Rico__, ON JANUARY __30__, 2020.

*Winslow Carter Strong*
(DocuSigned by: D1B00B53037C403...)

WINSLOW CARTER STRONG on his own behalf

## Schedule 1

## Final Terms for the Notes

Final Terms for the Notes dated January 30, 2020

Income Opportunities (Luxembourg) S.A.

(the "Company")

acting on behalf of its Compartment Cred Global Notes 1

Issue of USD 100,000,000 Notes

under the

Notes Issuance Programme

Terms used herein shall be deemed to be defined as such for the purposes of the Terms and Conditions included in the Base Prospectus dated January 30, 2020 as amended or supplemented. This document constitutes the Final Terms for the Notes described herein and must be read in conjunction with the Base Prospectus. Full information on the Issuer and the Notes is only available on the basis of the combination of these Final Terms for the Notes and the Base Prospectus containing the Terms and Conditions. The Base Prospectus is available for inspection at, and copies may be obtained, free of charge, from, the Company's registered office at 19, rue de Bitbourg, L-1273 Luxembourg, Grand Duchy of Luxembourg.

Include whichever of the following apply or specify as "Not Applicable" (N/A). Note that the numbering should remain as set out below, even if "Not Applicable" is indicated for individual paragraphs or sub-paragraphs. Italics denote directions for completing the Final Terms.

References herein to numbered Conditions are to the Terms and Conditions of the relevant series of Notes and words and expressions defined in such Terms and Conditions shall bear the same meaning in these Final Terms for the Notes in so far as it relates to such series of Notes, save as where otherwise expressly provided.

**GENERAL**

| 1. | Issuer: | Income Opportunities (Luxembourg) S.A., acting on behalf of its Compartment Cred Global Notes 1 |
|---|---|---|
| 2. | Series Number of the Notes: | 1 |
| 3. | Tranche Number of the Series: | 1 |
| 4. | If Notes to be consolidated with Notes of existing Series: | No |
| 5. | Aggregate Number of Notes in the Series: | 2 |
| 6. | Aggregate Number of Notes in the Tranche: | 2 |
| 7. | Form of Notes: | Registered |
| 8. | (a) Issue Date: | January 31, 2020 |
|   | (b) Interest Commencement Date: | February 1, 2020 |

| 9. | Date of board resolution approving the issue: | January 28, 2020 |
|---|---|---|
|  | Nominal value per Note | USD 3,939,535 |
|  | Number of Notes subscribed by the Noteholder | 1 |
| 10. | Issue Price | USD 3,939,535 |
| 11. | Maturity Date: | June 30, 2020 |
| 12. | Redemption Price at Maturity Date: | USD 3,939,535 plus interest |
| 13. | Compartment General Account: | Not Applicable |

**PROVISIONS RELATING TO INTEREST**

| 14. | Fixed Interest Rate: | Eight per cent. (8%) per annum |
|---|---|---|
| 15. | Interest Payment Date(s): | June 30, 2020 |
| 16. | Interest Period End Date(s): | At maturity |
| 17. | Other terms relating to the method of calculating interest for Fixed Rate Notes: | None |
| 18. | Day Count Fraction: | 30/360 |

**PROVISIONS RELATING TO SECURITY**

| 19. | Secured Notes: | Not Applicable<br><br>(If applicable give details of security. If not applicable, delete the remaining sub-paragraphs of this paragraph) |
|---|---|---|
|  | (a) Beneficiary: | Winslow Carter Strong |
|  | (b) specific details: | Not Applicable |

## PROVISIONS RELATING TO EARLY REDEMPTION

| 20. | Issuer Call: | Not Applicable |
|---|---|---|
|  | (b) Notice period (if other than as set out in the Conditions of the Notes): | Not Applicable |
| 21. | Early Redemption Amount payable on redemption for taxation reasons or on event of default and/or the method of calculating the same (if required or if different from that set out in Condition of the Notes): | An amount determined by the Calculation Agent, in its sole and absolute discretion, to be equal to the fair market value of the Notes immediately prior to the date of redemption. |

## GENERAL PROVISIONS APPLICABLE TO THE NOTES

| 22. | Global Note: | No |
|---|---|---|
| 23. | Listing and Trading: | The Paying Agent is: Cred LLC<br><br>No application has been made in relation with the listing and trading of the Notes |
| 24. | Ratings: | Not Applicable |
| 25. | Other final terms of the Notes: | Not Applicable |
| 26. | Governing Law: | Luxembourg Law |
| 27. | Additional selling restrictions: | Transfer only to Affiliates |

## OPERATIONAL INFORMATION

| 28. | ISIN Temporary Code of the Tranche: | Not Applicable |
|---|---|---|
| 29. | ISIN Permanent Code of the Series: | Not Applicable |
| 30. | Common Code: | Not Applicable |
| 31. | Clearing systems(s): | Not Applicable |

## Schedule 2

## Tax Form W-8BEN

## Schedule 3

## Tax Form W-8BEN-E