# Exhibit P

Message

| | |
|---|---|
| From: | James Alexander [archive@mycred.io] |
| on behalf of | James Alexander <archive@mycred.io> [archive@mycred.io] |
| Sent: | 1/28/2020 4:31:43 PM |
| To: | Winslow Strong [winslow.strong@gmail.com] |
| CC: | michael zhang [michael.zhang@mycred.io] |
| Subject: | Re: Loan change request |

Hi Winslow,

Your 500 BTC have already been moved to escrow for the Lux. structure. So we will proceed with that amount for the initial Luxembourg vehicle. That said, I will revisit both your standard Cred "Earn" and your Luxembourg participations together. It seems the easiest will be a partial redemption (250 BTC) from Lux. as soon as possible (TBC next closing date in February) and re-subscribe to Earn.

Regards,

James


On Tue, Jan 28, 2020 at 11:25 AM Winslow Strong <winslow.strong@gmail.com> wrote:
Dear James and Michael,

When it becomes feasible for you, I'd like to reallocate my 500 BTC to Cred as follows:

- 250 BTC to the Luxembourg bankruptcy-remote entity, maturing in 6 months
- 250 BTC to the standard Cred lending activities, maturing in 6 months.

Previously, I allocated all 500 BTC to the Luxembourg entity, with terms as follows:
- 200 BTC maturing in 6 months
- 100 BTC maturing in 9 months
- 200 BTC maturing in 12 months

I understand that you may not be able to make this reallocation immediately, but as soon as its practicable for you, that would be greatly appreciated!

Excited to help facilitate your PR trip, and get you a large crypto audience. I'll be syncing with Michael weekly on that project.

Cheers,
Winslow


--



**James Alexander**
Chief Capital Officer

Cred LLC

---

📞 [213 262 6000](tel:2132626000)
✉️ [james.alexander@mycred.io](mailto:james.alexander@mycred.io)
🔗 [mycred.io](https://mycred.io)