# Exhibit Q

Appointment
_____

**From:**  michael.zhang@mycred.io [michael.zhang@mycred.io]
**To:**  winslow.strong@gmail.com; dan@mycred.io; d.inamullah@mycred.io; michael.zhang@mycred.io; jamie@cryptx.capital

**Subject:**  Winslow Strong / Dan Schatt - Cred
**Location:**  San Juan, Puerto Rico

**Start:**  2/25/2020 11:00:00 AM
**End:**  2/25/2020 11:45:00 AM
**Show Time As:** Tentative

**Recurrence:**  (none)


Dan is Cred's President and co-founder and has been an investor in crypto for a long time. He was head of financial innovations in the early days of Paypal and has really been the driving force in our growth at Cred. You are both Gaucho Almuni's and probably share similar connections from Santa Barbara :)


Winslow is a current resident of PR under Act 20/22 and is currently participating in our CredEarn Manual ticket program in addition to our Lux bond. He is a leader in the PR crypto space and has been consistently introducing Cred to his network.

-::~:~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-
Please do not edit this section of the description.

View your event at
https://www.google.com/calendar/event?action=VIEW&eid=M20yamhhYzloZ2ZobmFmYTJobTNxMmNob2ogZC5pbmFtdWxsYwhAbXljcmVkLmlv&tok=MjMjbWljaGFlbC56aGFuZ0BteWNyZWQuaW8wZjJiYWQxYTU4Mzg4OTU4YTAzZjFkY2M4YWE3YzMyOTk4N2ZlYzj&ctz=America%2FLos_Angeles&hl=en&es=1.
-::~:~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-