# Exhibit R

| | |
|---|---|
| To: | Michael Zhang[michael.zhang@mycred.io] |
| From: | Winslow Strong[winslow.strong@gmail.com] |
| Sent: | Thur 2/13/2020 3:09:10 PM (UTC-05:00) |
| Subject: | Re: PR - meeting |

La Concha is great. One of the more prestigious spots in SJ. Outdoors is very nice, right on the beach.
Fine to reach out to my referrals, but I think chances of success would be better after I reach out to them using the invitation link. Then go for it.

Re time, here's what I see



On Thu, Feb 13, 2020 at 1:45 PM Michael Zhang <michael.zhang@mycred.io> wrote:

I will note it down for now in the meeting notes that its for noon. In the meantime, I'll look into it and see how we can get google calender to function haha.
Other than that, we should be securing a venue by tomorrow - it will be an outdoor pool venue at La Concha. What are your thoughts?

Also any updates regarding referrals and would it be okay if I reached out to your referrals prior to the event. I would give them a brief overview of our program and event and potentially set up a one-on-one with Dan.


Best regards,
.

**Ka Zhang (Michael)**
Senior Wealth Associate
Cred LLC

---

310-291-2597

michael.zhang@mycred.io

mycred.io


On Thu, Feb 13, 2020 at 9:40 AM Winslow Strong <winslow.strong@gmail.com> wrote:

Yes, very strange. AST is + 4 from pt until daylight time begins, which isn't until March 8th

On Thu, Feb 13, 2020, 13:31 Michael Zhang <michael.zhang@mycred.io> wrote:

Hey Winslow,
I have it scheduled under AST +4 hrs on our calendar. Is it showing up as 11 AM on your end?

Best regards,

**Ka Zhang (Michael)**
Senior Wealth Associate
Cred LLC

---

310-291-2597

michael.zhang@mycred.io

mycred.io

On Thu, Feb 13, 2020 at 6:02 AM Winslow Strong <winslow.strong@gmail.com> wrote:

> Just FYI, I see you scheduled lunch at 11am, PR time on the 25th. I can make this time, but did you mean noon?
>
> On Wed, Feb 12, 2020 at 5:18 PM Michael Zhang <michael.zhang@mycred.io> wrote:
>
>> Awesome.
>> Lunch would be perfect. I'll put it on the calendar for noon on the 25th. We can determine a location closer to the date.
>>
>> Best regards,
>>
>> **Ka Zhang (Michael)**
>> Senior Wealth Associate
>> Cred LLC
>>
>> ---
>>
>> 310-291-2597
>>
>> michael.zhang@mycred.io
>>
>> mycred.io

On Wed, Feb 12, 2020 at 1:14 PM Winslow Strong <winslow.strong@gmail.com> wrote:

> Schedule is open. Want to do a lunch meeting?
>
> On Wed, Feb 12, 2020 at 4:52 PM Michael Zhang <michael.zhang@mycred.io> wrote:
>
>> Hey Winslow,
>> How does your schedule look on Feb. 25th for a one-on-one with Dan, Cred's CEO?
>>
>> Also please let me know if any of your referrals would like to schedule a one-on-one as well. I can help coordinate.
>>
>> Best regards,
>>
>> **Ka Zhang (Michael)**
>> Senior Wealth Associate

310-291-2597

michael.zhang@mycred.io

mycred.io