# Exhibit S

**To:** michael.zhang@mycred.io[michael.zhang@mycred.io]
**From:** Cred[noreply@eventbrite.com]
**Sent:** Sat 2/22/2020 5:01:54 PM (UTC-05:00)
**Subject:** Reminder for Puerto Rico: Digital Asset Investment Strategies
94280069225-1259650181-ticket.pdf

Find events  My Tickets

# Puerto Rico: Digital Asset Investment Strategies
is Monday at 6:00 PM

Organized by Cred

## Don't forget your tickets

**Mobile Tickets**

Add to Wallet

*or*

**Paper Tickets**
Open the email attachment
or download here

## Questions about this event?

Contact the organizer

## About this event

Monday, February 24, 2020 from 6:00 PM to 9:00 PM (AST)

La Concha Renaissance San Juan Resort (Ocean Lounge)
1077 Ashford Avenue
San Juan 00907
Puerto Rico

Add to my calendar:
Google · Outlook · iCal · Yahoo



### Create your own event
Anyone can sell tickets or manage registration with Eventbrite.
Learn More

### Discover great events
Find local events that match your passions.
See events

This email was sent to michael.zhang@mycred.io
Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103
Copyright © 2020 Eventbrite. All rights reserved.