# Exhibit V

https://twitter.com/TheBlock__/status/12174453...

January 24th, 2020

> **The Block** @TheBlock__
>
> Commission-free crypto broker Voyager to offer interest on stablecoins, including Tether (via @Yogita_Khatri5)
>
> https://www.theblockcrypto.com/post/53092/commission-free-crypto-broker-voyager-to-offer-interest-on-stablecoins-including-tether
>
> Twitter · Jan 15th, 2020

January 27th, 2020

**Winslow.Ξ** 9:41 PM

@channel I've learned new info about Cred, whom previously was enthusiastic about. I do not recommend lending to them. I can't discuss why, unfortunately. I don't think they are fraudelnt or anything, but I don't think the risk is worth the reward, and have learned of what I'd describe as "bad behavior" on their part. I'm going to attempt to exit my loan with them. (edited)

👍 12  🙏 4  ✊

11 replies & 1 draft  Last reply 2 years ago

January 29th, 2020

**Winslow.Ξ** 10:38 AM

Had a call with Cred yesterday. I feel less concerned than I did, and am keeping 6-month loans with them. My concerns were based on exposure to MoKredit, a Chinese short-term, high-rate, uncollateralized lender, owned by the CEO of Cred Lu Hua. The Luxembourg bankruptcy-remote entity is 90% exposed to these loans (but not to MoKredit itself), and has a 10% junior collateral backstop consisting of 100% Lu's money. This would get eaten first before lenders would take any losses. Additional circumstance related to MoKredit that I can't share also made me more confident on the 6-month horizon. Lu's ownership of both co's makes me believe he'd be unlikely to screw over Cred due to a choice of his own. What remains concerning for me is generalized China-specific risk, e.g. China just saying FU to all foreign creditors, by decree. I see this as plausible but not likely within the next 6 months.

All the above strictly applies to Cred loans made in the Luxembourg bankruptcy-remote entity. Loans made through Uphold or Cred Earn are totally different with different counterparty exposures. I decided to split my loan 50/50 to Luxembourg entity and Cred Earn.

I couldnt confront them about the "bad behavior" bit, bc of NDA and need to protect a party. It makes me concerned about the character of the executives at Cred, and the integrity of operations. I can say the situation was somewhat different than we are in as uncollateralized lenders, and that I only heard one side of the story, and it was short on details.

Message #talk-lending