# Exhibit W

# **<u>FILED UNDER SEAL</u>**