# Exhibit X

Message

| | |
|---|---|
| **From:** | James Alexander [archive@mycred.io] |
| on behalf of | James Alexander <archive@mycred.io> [archive@mycred.io] |
| **Sent:** | 2/17/2020 11:48:13 PM |
| **To:** | Michael Zhang [michael.zhang@mycred.io] |
| **Subject:** | Fwd: Loan change request |

Hi Michael remind me to respond to this week and just send him a placeholder that we will take his instruction and respond as soon as possible. I don't expect any issues re-enrolling in unearned program.

---------- Forwarded message ---------
From: **Winslow Strong** <winslow.strong@gmail.com>
Date: Mon, Feb 17, 2020, 15:59
Subject: Re: Loan change request
To: James Alexander <james.alexander@mycred.io>
Cc: michael zhang <michael.zhang@mycred.io>


Hi Michael and James,

I'm feeling pretty uncomfortable about the Corona virus situation and my exposure to China via MoKredit. Would it be possible to shift 100% of my BTC loan out of that entity and into Cred Earn at the next opportunity?

I don't mean to be a hassle, but I think this one all caught us by surprise, and I am pretty concerned about it. It would definitely help me sleep better at night. ☐

Thanks, and looking forward to connecting next week in PR.
Cheers,
Winslow

> On Tue, Jan 28, 2020 at 10:05 PM Winslow Strong <winslow.strong@gmail.com> wrote:
> Thanks James!
>
> On Tue, Jan 28, 2020, 17:31 James Alexander <james.alexander@mycred.io> wrote:
> Hi Winslow,
>
> Your 500 BTC have already been moved to escrow for the Lux. structure. So we will proceed with that amount for the initial Luxembourg vehicle. That said, I will revisit both your standard Cred "Earn" and your Luxembourg participations together. It seems the easiest will be a partial redemption (250 BTC) from Lux. as soon as possible (TBC next closing date in February) and re-subscribe to Earn.
>
> Regards,
>
> James
>
>
>
> On Tue, Jan 28, 2020 at 11:25 AM Winslow Strong <winslow.strong@gmail.com> wrote:
> Dear James and Michael,
>
> When it becomes feasible for you, I'd like to reallocate my 500 BTC to Cred as follows:

- 250 BTC to the Luxembourg bankruptcy-remote entity, maturing in 6 months
- 250 BTC to the standard Cred lending activities, maturing in 6 months.

Previously, I allocated all 500 BTC to the Luxembourg entity, with terms as follows:
- 200 BTC maturing in 6 months
- 100 BTC maturing in 9 months
- 200 BTC maturing in 12 months

I understand that you may not be able to make this reallocation immediately, but as soon as its practicable for you, that would be greatly appreciated!

Excited to help facilitate your PR trip, and get you a large crypto audience. I'll be syncing with Michael weekly on that project.

Cheers,
Winslow


--



James Alexander
Chief Capital Officer
Cred LLC

213 262 6000
james.alexander@mycred.io
mycred.io