# Exhibit Y

**Winslow.Ξ**
Winslow Strong
https://www.linkedin.com/in/winslowstrong

This is the very beginning of your direct message history with @Winslow.Ξ. Only the two of you are in this conversation, and no one else can join it. Learn more

---

February 20th, 2020

---

**Jamie Shiller** 1:25 PM
I just spoke to Michael over at CRED. I'm set to chat with them at 1pm on the 25th at La Concha. I understand you're meeting with them at 12pm. I could arrive earlier and join your chat. Up to you. It would be great to understand the terms you've negotiated with them. They seem pretty flexible.

**Winslow.Ξ** 2:06 PM
Sure thing that's fine by me

**Jamie Shiller** 2:06 PM
ok great!

**Winslow.Ξ** 2:07 PM
I have a 500 BTC loan with cred earn at 9% for 6 months. They only offered 8% for 100 - 499 btc

I liked their Luxemburg bankruptcy remote entity until I learned how it's 100% exposed the china. Then coronavirus hit. So I bailed from that exposure

But it's a good construct in principle

**Jamie Shiller** 2:09 PM
Michael said 10% on the phone for BTC

And he said if I did 9% then I could have the option to refinance during the term if the price of BTC goes up. (edited)

He said 6% for ETH (edited)

Message Winslow.Ξ