# Exhibit Z

**To:**     James Alexander[James.alexander@mycred.io]; Heidi Ng[Heidi@mycred.io]; Dan Schatt[dan@mycred.io]; joe podulka[joe@mycred.io]; Sally Zhang[sally@mycred.io]; Daniyal Inamullah[d.inamullah@mycred.io]
**Cc:**     Todd Morakis[tmorakis@jstcap.com]; Anamaria Golemac[agolemac@jstcap.com]; Pallop Angsupun[pangsupun@jstcap.com]
**From:**     Scott Freeman[sfreeman@jstcap.com]
**Sent:**     Thu 3/12/2020 10:29:05 AM (UTC-04:00)
**Subject:**     URGENT- Risk Report
CRED Risk Report 20200312.pdf
ATT00002.bin

James, please see today's risk report attached.  As discussed, despite our best efforts, as a result of the drastic move in the market overnight, all of your BTC futures positions were liquidated.  Some of your XPR futures were also liquidated.  You still have ETH, BCH and LTC futures as well as some XRP/BTC futures.  Please refer to the last two pages of your report for your positions.  We are happy to review with you when you have some time.
**You now have a short position equal to $27,483,181.   For every $100 move in BTC, you will make or lose around $400,000.**

Additionally, we have requested that you post an additional **$3mm** of collateral with us for the outstanding repos you have with us.   We need this cash ASAP to meet margin calls with other counterparties.

Let's speak in a little bit to discuss next steps.

Thanks.