# Exhibit AA

**To:** Lu Hua[lu@mycred.io]; Dan Schatt[dan@mycred.io]; Daniyal Inamullah[d.inamullah@mycred.io]; Sally Zhang[sally@mycred.io]; joe podulka[joe@mycred.io]
**From:** James Alexander[james.alexander@mycred.io]
**Sent:** Thur 3/12/2020 10:09:22 AM (UTC-04:00)
**Subject:** Cash needs - urgent

Hi Lu,

We need to recall cash urgently to support our hedge positions. Our immediate cash requirement is approximately $10 million.

Could you please call as soon as you get this message? +12132626000.

Regards,

James