# Exhibit HH

**To:** Michael Zhang[michael.zhang@mycred.io]
**Cc:** Daniel Wheeler[dan.wheeler@credcapital.io]; Colleen McDonald[CMcDonald@sheppardmullin.com]; Daniyal Inamullah[d.inamullah@credcapital.io]
**From:** James Alexander[james@credcapital.io]
**Sent:** Mon 6/22/2020 2:58:02 PM (UTC-04:00)
**Subject:** Re: LUX escrow type contract -- 200 BTC

Hi Mike,

Where do we stand on this redemption? I'm reviewing the thread but I don't see any conclusion.

As I understand, the bonds are coming to term on June 30, and there is an obligation to return 500 BTC + 20 BTC interest = 520 BTC.

Are there any issues with returning the 530 BTC on June 30?

Regards,

James

On Mon, Jun 22, 2020 at 10:33 AM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey All,
> @Daniel Wheeler  @James Alexander From my understanding and the way Winslow's contract was structured is that his bond for the 1st securitization is due for maturity at the end of this month 06/30/20. Don't we have an obligation to return his assets?
>
> Although this may not be the best solution, I have 711 BTC coming in by the end of this week. This can provide the liquidity we need to return Winslows assets.
>
> Winslow has stated that he has the intention to lend to Cred again at a future date. I hope we can give him a satisfactory customer experience.
>
> Best regards,
>
>> **Ka Zhang (Michael)**
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>> +1 (310) 291-2597
>> mycred.io
>> Linkedin
>
> On Mon, Jun 22, 2020 at 10:22 AM Daniel Wheeler <dan.wheeler@credcapital.io> wrote:
>
>> Remember, a redemption is not possible as a legal matter. Cred Inc. or Cred Capital can purchase the bond and if it does so, then it would use the same transfer agreement.
>>
>> Be very careful about committing to any purchase. Liquidity is very tight and I am not sure we have the ability or the

willingness to buy the bond. The rollover into a manual ticket is really the best option all around.

Case 20-12836-JTD    Doc 972-34    Filed 02/17/22    Page 3 of 7

|  |  |
|---|---|
| **CRED CAPITAL** | **Daniel Wheeler** |
|  | General Counsel |
|  |  |
|  | 415.218.9074 |
|  | dan.wheeler@credcapital.io |
|  |  |
|  | credcapital.io |

**From:** Michael Zhang <michael.zhang@mycred.io>
**Sent:** Monday, June 22, 2020 10:13 AM
**To:** Colleen McDonald <CMcDonald@sheppardmullin.com>
**Cc:** Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: LUX escrow type contract -- 200 BTC

Hey All,

Please cancel the transfer. Winslow has requested a full redemption of his 500 BTC.

Best regards,



**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

Linkedin

On Mon, Jun 22, 2020 at 7:18 AM Colleen McDonald <CMcDonald@sheppardmullin.com> wrote:

Will do.

**Colleen H. McDonald**
+1 415-260-1207 | mobile
CMcDonald@sheppardmullin.com | Bio

**From:** Daniel Wheeler <dan.wheeler@credcapital.io>
**Sent:** Monday, June 22, 2020 6:31 AM
**To:** Colleen McDonald <CMcDonald@sheppardmullin.com>
**Cc:** Michael Zhang <michael.zhang@mycred.io>
**Subject:** FW: LUX escrow type contract -- 200 BTC

Colleen,

Would you prepare another transfer form where Cred takes ownership of the Winslow bond for the crypto due at maturity and then Winslow will concurrently enter into a loan agreement where he loans that crypto to Cred? Essentially, it is reversing the way Cred allows investors to convert a Cred agreement they have into a bond.

CRED CAPITAL

CRED

**Daniel Wheeler**

General Counsel

415.218.9074

dan.wheeler@credcapital.io

credcapital.io

**From:** Michael Zhang <michael.zhang@mycred.io>
**Sent:** Thursday, June 18, 2020 11:05 AM
**To:** Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: LUX escrow type contract -- 200 BTC

Hey Dan,

D recommended enrolling Winslow into a 6-month Manual Ticket with no penalty for termination. We would roll him into the new bond when it's ready. I can propose this to Winslow with your approval.

Best regards,

> **Ka Zhang (Michael)**
>
> VP, Wealth
>
> [michael.zhang@mycred.io](mailto:michael.zhang@mycred.io)
>
> +1 (310) 291-2597
>
> mycred.io
>
> Linkedin

On Wed, Jun 17, 2020 at 9:31 PM Daniel Wheeler <dan.wheeler@credcapital.io> wrote:

> I think we rolled Winslow from CredEarn into the bond.  I think we roll him from the bond into a HNW loan agreement where he loans Cred the money and then we let him roll that loan agreement into the new bond.  Touch base with D to see if he also thinks that would work.
>
> 
>
> **Daniel Wheeler**
>
> General Counsel
>
> 415.218.9074
>
> dan.wheeler@credcapital.io
>
> credcapital.io

**From:** Michael Zhang <michael.zhang@mycred.io>
**Sent:** Wednesday, June 17, 2020 5:38 PM
**To:** Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: LUX escrow type contract -- 200 BTC

Hey Dan,

Yeah, it's for Winslow. Travis and I also have several clients that may want to enroll prior to the official closing date - if this is an option.

Great, please let me know if I can help in any way.

Best regards,

**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

Linkedin


On Wed, Jun 17, 2020 at 5:10 PM Daniel Wheeler <dan.wheeler@credcapital.io> wrote:

> Is that Winslow?  Yes, we should be able to do that.

**Daniel Wheeler**

General Counsel

415.218.9074

dan.wheeler@credcapital.io


credcapital.io

**From:** Michael Zhang <michael.zhang@mycred.io>
**Sent:** Wednesday, June 17, 2020 5:02 PM

Hey Dan,

I have a client from the 1st securitization that plans to roll 200 BTC into our next closing. We realized that there will be a gap between the maturity of the 1st coupon, 06/30/20, and the closing of the next round in mid-July.

James recommended that we draft a contract to roll his BTC into a month to month escrow-type account where we would maintain his interest rate until we can enroll him in the next closing.

Best regards,

**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

Linkedin

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

.

--
.

**James Alexander**

President

213 262 6000

james@credcapital.io

credcapital.io