# Exhibit II

| | |
|---|---|
| To: | James Alexander[james@credcapital.io]; Michael Zhang[michael.zhang@mycred.io] |
| Cc: | Daniyal Inamullah[d.inamullah@credcapital.io] |
| From: | Daniel Wheeler[dan.wheeler@credcapital.io] |
| Sent: | Wed 6/24/2020 12:52:14 AM (UTC-04:00) |
| Subject: | RE: Winslow Strong LUX redemption |

One last time: IOL does not do redemptions. Cred does not do redemptions. Cred can purchase the bond but that is all it can do.




**Daniel Wheeler**
General Counsel

415.218.9074
dan.wheeler@credcapital.io

credcapital.io

---

**From:** James Alexander <james@credcapital.io>
**Sent:** Tuesday, June 23, 2020 6:01 PM
**To:** Michael Zhang <michael.zhang@mycred.io>
**Cc:** Daniyal Inamullah <d.inamullah@credcapital.io>; Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: Winslow Strong LUX redemption

Confirming this is the client instruction.

On Tue, Jun 23, 2020 at 4:35 PM Michael Zhang <michael.zhang@mycred.io> wrote:
Hey All,

I hope everyone is having a great start to the week.

The client, Winslow Strong, has instructed Cred to redeem 100% of his **500 BTC** principal from Series 2020-1 upon maturity of the note on **06/30/20**.

We will return 500 BTC plus interest (coordinating with accounting to receive an exact number) to his wallet below:



Please confirm.

Best regards,

**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

[Linkedin](#)

--

**James Alexander**

President

213 262 6000

james@credcapital.io

[credcapital.io](#)