# Exhibit JJ



**Winslow.Ξ**

**Kyle W** 8:02 PM
nice! (edited)

**Winslow.Ξ** 8:02 PM
I was pretty nervous about that given covids impact

**Kyle W** 8:03 PM
yeah, so far all no mass defaults (that we know of). Definitely the chilling thing about CeFi

really no transparency

**Winslow.Ξ** 8:03 PM
You saw the fine print? We can redeem early from the Meta commitment

And still get the rewards tier of the highest month threshold we met

**Kyle W** 8:03 PM
Yes, I did. But I think you forfeit remaining bonuses, right?

ah, I see

**Winslow.Ξ** 8:03 PM
So seems like no downside to commit to 12 months. If you want out at 1,3,6, you just exit then with no penalty

I'll doublecheck with Henrik to see if thats right

**Kyle W** 8:04 PM
seems like poor design on their part 🤷

**Winslow.Ξ** 8:04 PM
Not necessarily, might convince folks like us to go in when we wouldnt have ow

**Kyle W** 8:07 PM
hmm, makes sense. So it's really not a lockup, now that I've digested the fine print. Really just scaling awards

**Winslow.Ξ** 8:09 PM
The return projectsion loook pretty damn good 🤤

June 23rd, 2020







Winslow.Ξ ●
Winslow
Accumulate

This is the very beginning of your direct message history with @Winslow

 June 23rd, 2020 ▾

 **Kyle W**  7:50 PM
Hey Winslow - just curious, are you planning to participate in the mstable early liquidity mining program? I'm trying to make up my mind, especially regarding lockup period

 **Winslow.Ξ**  7:56 PM
Havent read the doc yet.  Think I will read it today.  How longs lockup?

ok reading now.  Well just 1 month lock and we get early meta liquidity.  Could be a good deal, depending on how much Meta we get

 **Kyle W**  7:59 PM
yeah, honestly for me it's balancing liquidity mining FOMO with the fear of smart contract bugs

 **Winslow.Ξ**  8:00 PM
yup.  But diversifying across different smart conctracts is a way to reduce risk

 👍 1  😀

Where's your liquidity now?

 **Kyle W**  8:01 PM
Some in curve, some in compound.  I locked up a lot of stablecoins with Cred as well, expiring end of month

**Winslow.Ξ**  8:02 PM
Im getting 500 BTC back from Cred EOM 👌

**Kyle W**  8:02 PM



 Message Winslow.Ξ



