# Exhibit KK

**To:**     Michael Zhang[michael.zhang@mycred.io]
**From:**  Winslow Strong[winslow.strong@gmail.com]
**Sent:**   Fri 6/26/2020 2:10:31 PM (UTC-04:00)
**Subject:** Re: LUX redemption

Sounds good, thank you Michael

On Fri, Jun 26, 2020 at 10:57 AM Michael Zhang <michael.zhang@mycred.io> wrote:

Hey Winslow,
I am currently working on processing your LUX redemption.

Due to the bond being issued from LUX we will need to sign a transfer agreement. Essentially Cred will purchase the bond from you and once purchased, Cred will send you your 500 BTC principal plus interest owed.

I will have an update for you later today or early Monday morning. There are no issues regarding the redemption, but there are certain processes we need to take due to the different structure of LUX.

Please let me know if you have any questions.

Best regards,

**Ka Zhang (Michael)**

VP, Wealth

michael.zhang@mycred.io

+1 (310) 291-2597

mycred.io

Linkedin

.