# Exhibit LL

**To:** Michael Zhang[michael.zhang@mycred.io]
**From:** Winslow Strong[winslow.strong@gmail.com]
**Sent:** Thur 7/2/2020 3:20:36 PM (UTC-04:00)
**Subject:** Re: LUX redemption

Case 20-12836-JTD   Doc 972-38   Filed 02/17/22   Page 2 of 7

Confirming receipt of 1 BTC.   Ready for the rest.

On Thu, Jul 2, 2020 at 12:12 PM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey Winslow,
> Attached is the Transfer Certificate for your records.
>
> Let me know when you get a chance to confirm the test transfer and we will send the remaining balance of 516.0915501 BTC to you.
>
>
> Best regards,
>
>> **Ka Zhang (Michael)**
>>
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>>
>> +1 (310) 291-2597
>>
>> mycred.io
>>
>> Linkedin

On Thu, Jul 2, 2020 at 11:58 AM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey Winslow,
> The 1 BTC test transfer has been completed.
>
> [REDACTED] 87a2
>
> Please confirm.
>
>
> Best regards,
>
>> **Ka Zhang (Michael)**
>>
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>>
>> +1 (310) 291-2597
>>
>> mycred.io
>>
>> Linkedin

On Thu, Jul 2, 2020 at 11:40 AM Michael Zhang <michael.zhang@mycred.io> wrote:

> Hey Winslow,
> Received. Everything looks good and we'll begin the transfer shortly.
>
> We'll send you a test transfer of 1 BTC since it is a new wallet. Once confirmed we will send the remaining balance.
>
> I'll ping you with the TXID once our accounting team initiates the test transfer.
>
>
> Best regards,
>
>> **Ka Zhang (Michael)**
>>
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>>
>> +1 (310) 291-2597
>>
>> mycred.io
>>
>> Linkedin

On Thu, Jul 2, 2020 at 9:50 AM Winslow Strong <winslow.strong@gmail.com> wrote:

> Ok, just sent in the W9.
>
> On Thu, Jul 2, 2020 at 9:26 AM Michael Zhang <michael.zhang@mycred.io> wrote:
>
>> Hey Winslow,
>> Please send it securely here.
>>
>>
>> Best regards,
>>
>>> **Ka Zhang (Michael)**
>>>
>>> VP, Wealth
>>>
>>> michael.zhang@mycred.io
>>>
>>> +1 (310) 291-2597
>>>
>>> mycred.io
>>>
>>> Linkedin
>>
>> On Thu, Jul 2, 2020 at 9:11 AM Michael Zhang <michael.zhang@mycred.io> wrote:
>>
>>> Hey Winslow,
>>> I hope all is well.

First apologies for the delay, Elvin had issues access the DocuSign so we had to send him a copy via email and combine the DocuSign and separate document to finalize all the signatures.

Going through final approval for the agreement, I was notified that we will need you to complete a [W-9](#) as stated on the W-8BEN for U.S. citizens.

Once completed we will execute the transfer. I have confirmed your new BTC wallet address on WhatsApp and have noted it internally.

Again so sorry for the delay, please let me know if you have any questions.

Best regards,

> **Ka Zhang (Michael)**
>
> VP, Wealth
>
> [michael.zhang@mycred.io](mailto:michael.zhang@mycred.io)
>
> +1 (310) 291-2597
>
> mycred.io
>
> [Linkedin](#)

On Wed, Jul 1, 2020 at 2:13 PM Winslow Strong <[winslow.strong@gmail.com](mailto:winslow.strong@gmail.com)> wrote:

> Is it a problem to change the address?   I'd prefer to use
> ███████████████████████████4a89
> Will confirm it to you over WhatsApp as well

On Wed, Jul 1, 2020 at 12:25 PM Michael Zhang <[michael.zhang@mycred.io](mailto:michael.zhang@mycred.io)> wrote:

> Hey Winslow,
> Quick update.
>
> We are currently waiting on one last signature from Elvin, one of the directors from IOL. Once signed we will transfer 517.0915501 BTC to you.
>
> In the meantime, please confirm your BTC wallet address.
>
> ███████████████████████████79yh
>
> Best regards,
>
> > **Ka Zhang (Michael)**
> >
> > VP, Wealth
> >
> > [michael.zhang@mycred.io](mailto:michael.zhang@mycred.io)

+1 (310) 291-2597

mycred.io

[Linkedin](#)

On Tue, Jun 30, 2020 at 10:47 AM Winslow Strong <winslow.strong@gmail.com> wrote:

> Thanks, Michael.  I just signed the docs.
>
> On Tue, Jun 30, 2020 at 10:30 AM Michael Zhang <michael.zhang@mycred.io> wrote:
>
>> Hey Winslow,
>> I've sent the Transfer Certificate via DocuSign for your review and Signature.
>>
>> Please let me know if you have any problems receiving it.
>>
>> Additionally, attached is a break down of what you can expect to receive - 500 BTC principal, 16.39344262 BTC interest, and 0.698107512 BTC referral. The total is 517.0915501 BTC.
>>
>> Best regards,
>>
>> **Ka Zhang (Michael)**
>>
>> VP, Wealth
>>
>> michael.zhang@mycred.io
>>
>> +1 (310) 291-2597
>>
>> mycred.io
>>
>> Linkedin
>>
>> On Mon, Jun 29, 2020 at 3:55 PM Michael Zhang <michael.zhang@mycred.io> wrote:
>>
>>> Hey Winslow,
>>> Received. Thank you.
>>>
>>> Best regards,
>>>
>>> **Ka Zhang (Michael)**
>>>
>>> VP, Wealth
>>>
>>> michael.zhang@mycred.io
>>>
>>> +1 (310) 291-2597
>>>
>>> mycred.io
>>>
>>> Linkedin

On Mon, Jun 29, 2020 at 12:18 PM Winslow Strong <winslow.strong@gmail.com> wrote:

> Thanks Michael.  Sent it.
>
> On Mon, Jun 29, 2020 at 11:26 AM Michael Zhang <michael.zhang@mycred.io> wrote:
>
>> Hey Winslow,
>> I hope you had a great weekend.
>>
>> I will have the transfer agreement to you by tomorrow morning. Once all parties (Cred, IOL, and you) have signed off on the contract Cred will send you the 500 BTC principal + outstanding interest in-kind. We expect this to be no later than 07/01/20 which will also be reflected in the transfer agreement.
>>
>> Prior to the agreement, please fill out a **W-8BEN or Tax Form W8-BEN-E and send it back securely here**.
>>
>> **As always let me know if you have any questions.**
>>
>> Best regards,
>>
>>> **Ka Zhang (Michael)**
>>>
>>> VP, Wealth
>>>
>>> michael.zhang@mycred.io
>>>
>>> +1 (310) 291-2597
>>>
>>> mycred.io
>>>
>>> Linkedin
>
> On Fri, Jun 26, 2020 at 11:10 AM Winslow Strong <winslow.strong@gmail.com> wrote:
>
>> Sounds good, thank you Michael
>>
>> On Fri, Jun 26, 2020 at 10 57 AM Michael Zhang   michael zhang@mycred io   wrote
>>
>>> Hey Winslow,
>>> I am currently working on processing your LUX redemption.
>>>
>>> Due to the bond being issued from LUX we will need to sign a transfer agreement  Essentially Cred will purchase the bond from you and once purchased, Cred will send you your 500 BTC principal plus interest owed.
>>>
>>> I will have an update for you later today or early Monday morning. There are no issues regarding the redemption, but there are certain processes we need to take due to the different structure of LUX
>>>
>>> Please let me know if you have any questions.

Best regards

**Ka Zhang (Michael)**

VP, Wealth

[michael.zhang@mycred.io](mailto:michael.zhang@mycred.io)

+1 (310) 291-2597

mycred.io

Linkedin

.