# Exhibit MM

