# Exhibit NN



**RCS**
REGISTRE DE COMMERCE
ET DES SOCIÉTÉS

Références de dépôt
Numéro RCS : B198395
Référence de dépôt : L220000672
Déposé le 04/01/2022

Helpdesk LBR : (+352) 26 428-1 / helpdesk@lbr.lu

# Modification statutaire

### Etablissement principal

Income Opportunities (Luxembourg) SA
B198395

*Société anonyme*

9, rue de Bitbourg
L - 1273 Luxembourg

### Données à modifier

| | |
|---|---|
| ☐ Dénomination ou raison sociale | ☐ Administrateur(s) / Gérant(s) |
| ☐ Enseigne(s) commerciale(s) | ☐ Délégué(s) à la gestion journalière |
| ☐ Forme juridique | ☐ Directeur général / Comité de direction |
| ☐ Siège social | ☐ Personne(s) chargée(s) du contrôle des comptes |
| ☐ Objet social | ☐ Dépositaire (Art. 42 LSC) |
| ☐ Capital social / Fonds social | ☐ Fusion / Scission |
| ☐ Durée | ☐ Transfert d'actifs, de branche d'activité, d'universalité, du patrimoine professionnel |
| ☐ Exercice social | ☑ Liquidation volontaire    page 2 |

En application de l'article 21 paragraphe 2 de la loi modifiée du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises et l'article 21 du règlement grand-ducal modifié du 23 janvier 2003 portant exécution de la loi du 19 décembre 2002, le présent formulaire reprend au moins la situation à jour des données communiquées au registre de commerce et des sociétés jusqu'à un jour avant la date d'émission dudit formulaire. Si une modification a été notifiée au registre de commerce et des sociétés entre temps, il se peut qu'elle n'ait pas été prise en compte lors de l'émission de ce formulaire.

# Liquidation volontaire

Date à laquelle la liquidation a été décidée
23/12/2021

Pouvoir général (indication)

| 1 | Nouveau liquidateur : | |
|---|---|---|
| | Saltire Management Group LLC | page 3 |

## 1 | Nouveau liquidateur :

### Saltire Management Group LLC

Type de personne
Personne morale étrangère

## Personne morale étrangère

| | |
|---|---|
| Pays | Nom du registre |
| Etats Unis d'Amérique | Registre de Commerce et des Sociétés des Etats-Unis |
| N° d'Immatriculation | Dénomination ou raison sociale |
| 2016-000709683 | Saltire Management Group LLC |
| Forme juridique étrangère | |
| société à responsabilité limitée | |

### Siège

| | |
|---|---|
| Numéro | Rue (Veuillez indiquer le nom complet de la rue comme par exemple : Rue de la gare) |
| 3281 | Sutton P1 NW |
| Bâtiment | Etage |
| Code postal   Localité | Pays |
| DC 20016    Washington | Etats Unis d'Amérique |

### Type de mandat
Pouvoir de signature (indication)

### Représentant permanent

| | |
|---|---|
| Nom | Prénom(s) |
| MacRitchie | Andrew |
| Date de naissance   Lieu de naissance | Pays de naissance |
| 13/09/1963    Bellshill | Royaume-Uni |

### Adresse privée ou professionnelle

| | |
|---|---|
| Numéro | Rue (Veuillez indiquer le nom complet de la rue comme par exemple : Rue de la gare) |
| 3281 | Sutton P1 NW |
| Bâtiment | Etage |
| Code postal   Localité | Pays |
| DC 20016    Washington | Etats Unis d'Amérique |

Registre de Commerce et des Sociétés
Numéro RCS : B198395
Référence de dépôt : L220000672
Déposé le 04/01/2022

Income Opportunities (Luxembourg) SA

Société anonyme

Siège social : 9, rue de Bitbourg, L-1273 Luxembourg, Grand-Duché de Luxembourg

R.C.S. Luxembourg B198395

---

**ASSEMBLEE GENERALE EXTRAORDINAIRE**

**DU 23 DECEMBRE 2021**

**NUMÉRO 3708**

---

In the year two thousand and twenty-one, on the twenty-third day of the month of December.

Before us, Maître Marc Elvinger, notary residing in Ettelbruck, Grand Duchy of Luxembourg

was held the extraordinary general meeting of shareholders of **Income Opportunities (Luxembourg) SA**, a public limited liability company (*société anonyme*) existing under the laws of the Grand Duchy of Luxembourg, having its registered office at 9, rue de Bitbourg, L-1273 Luxembourg, Grand Duchy of Luxembourg, registered with the Luxembourg Trade and Companies Register under number B198395 (the "**Company**") incorporated pursuant to a deed of Maître Marc Loesch, notary then residing in Mondorf-les-Bains, Grand Duchy of Luxembourg, on 6 July 2015, published in the *Mémorial C, Recueil des Sociétés et Associations* n° 1792 on 20 July 2015. The articles of association were amended for the last time pursuant to a deed of Maître Marc Loesch, notary then residing in Mondorf-les-Bains, Grand Duchy of Luxembourg, on 17 November 2016, published in the *Recueil Electronique des Sociétés et Associations* RESA_2016_157.949 on 28 November 2016.

The meeting was opened with Mr. Caroline Ramier in the chair, professionally residing in Ettelbruck, who appointed as secretary Mr. Ben Brouscher, professionally residing in Ettelbruck. The meeting elected as scrutineer Mr. Ben Brouscher, professionally residing in Ettelbruck.

The board of the meeting having thus been constituted, the chairman declared and requested the undersigned notary to record the following:

I.   The shareholders present or represented, the proxies of the represented shareholders and the number of their shares are shown on an attendance list which, signed by the shareholders present, the proxyholders of the represented shareholders, the board of the meeting and the undersigned notary, shall remain annexed to this deed to be filed at the same time with the registration authorities.

The proxies from the represented shareholders after having been initialled "*ne varietur*" by the appearing persons will also remain annexed to the present deed.

1

II. Pursuant to the attendance list, the whole share capital is present or represented and all the shareholders present or represented declare that they have had notice and got knowledge of the agenda prior to this meeting and that thus no convening notices were necessary and waived their right to be formally convened.

III. The present meeting is thus regularly constituted and could validly deliberate on all the items on the agenda.

IV. The agenda of the present meeting is the following:

### AGENDA

1. Approval of the interim balance sheet as opening balance sheet of the liquidation.
2. Dissolution and liquidation of the Company.
3. Appointment of a liquidator and determination of its powers and duties.
4. Miscellaneous.

Having duly considered each item on the agenda, the general meeting of shareholders unanimously takes, and requires the notary to enact, the following resolutions:

### First Resolution

The general meeting of shareholders resolves to approve the interim balance sheet dated 21 December 2021 as opening balance sheet of the liquidation.

### Second Resolution

In compliance with Articles 1100-1 to 1100-15 of the law of 10 August 1915 on commercial companies, as amended, (the "**Law**") the general meeting of shareholders resolves to dissolve and liquidate the Company.

### Third Resolution

As a consequence of the preceding resolution, the general meeting of shareholders resolves to appoint **Saltire Management Group LLC**, limited liability company, incorporated and existing under the laws of Wyoming, registered with United States, with a company number 2016-000709683, having its registered office at 3281 Sutton P1 NW, Ste. B, Wahsington, DC 20016, United States, represented by Mr. Andrew MacRitchie born on September 13, 1963 in Bellshill, Schottland with his professional address at 3281, Sutton P1 NW, Ste. B, Wahsington, DC 20016 with his professional address at 3281 Sutton P1 NW, Ste. B, Wahsington, DC 20016, United States, as liquidator, as liquidator of the Company (the "**Liquidator**").

The Liquidator has the broadest powers as provided for by Articles 1100-4 to 1100-10 of the Law.

The Liquidator is hereby expressly empowered to carry out all such acts as provided for by Article 1100-5 of the Law without requesting further authorisations of the general meeting of shareholders.

The general meeting of shareholders hereby resolves to grant the liquidator of the Company the power to carry out any remaining actions related to the closing of the liquidation of the Company, in particular the signing of any documents (including in particular notarial deeds, tax documentation and any other documents) necessary or simply useful to finalise the closing of the liquidation of the Company, as well as the payment of any remaining taxes, fees, expenses and other charges referred to in the report of the Liquidator and/or any such taxes, fees, expenses and other charges that may arise hereafter; such power shall continue to apply after the closing of the liquidation.

The Liquidator is relieved from drawing-up inventory and may refer to the accounts of the Company.

The Company will be bound by the sole signature of the Liquidator.

The Liquidator may, under its responsibility, for special or specific operations, delegate to one or more proxyholders such powers as it determines and for the period as it thinks fit.

The Liquidator may distribute the Company's assets to the shareholders in cash and/or in kind in its sole discretion. Such distribution may take the form of advance payments on future liquidation proceeds.

<u>Costs and Expenses</u>

The costs, expenses, fees and charges of any kind which shall be borne by the Company as a result of this deed are estimated at one thousand three hundred euro (EUR 1,300.-).

Whereof the present notarial deed was drawn up in Ettelbruck, on the day specified at the beginning of this document.

The undersigned notary who understands and speaks English, states herewith that on request of the appearing parties, this deed is worded in English followed by a French translation; on the request of the same appearing parties and in case of discrepancy between the English and the French text, **the English version shall prevail.**

The document having been read to the appearing parties, known to the notary by name, first name and residence, the appearing parties signed together with the notary the present deed.

**Suit la traduction en français du texte qui précède**

L'an deux mille vingt-et-un, le vingt-troisième jour du mois de décembre.

Par-devant nous, Maître Marc Elvinger, notaire de résidence à Ettelbruck, Grand-Duché de Luxembourg,

s'est tenue l'assemblée générale extraordinaire de **Income Opportunities (Luxembourg) SA**, une société anonyme par actions régie par les lois du Grand-Duché de Luxembourg, ayant son siège social au 9, rue de Bitbourg, L-1273 Luxembourg, Grand-Duché de Luxembourg, immatriculée auprès du Registre de Commerce et des Sociétés de Luxembourg sous le numéro B198395, (la « **Société** »), constituée suivant acte reçu par Maître Marc

3

Loesch, notaire alors de résidence à Mondorf-les-Bains, Grand-Duché de Luxembourg, en date du 6 juillet 2015, publié au Mémorial C, Recueil des Sociétés et Associations n° 1792 en date du 20 juillet 2015. Les statuts ont été modifiés la dernière fois suivant acte reçu par Maître Marc Loesch, notaire alors de résidence à Mondorf-les-Bains, Grand-Duché de Luxembourg, en date du 17 novembre 2016, publié au Recueil Electronique des Sociétés et Associations n° RESA_2016_157.949 on 28 novembre 2016.

L'assemblée est ouverte sous la présidence de Madame Caroline Ramier, résidant professionnellement à Ettelbruck, qui nomme comme secrétaire Monsieur Ben Brouscher, résidant professionnellement à Ettelbruck. L'assemblée élit comme scrutateur Monsieur Ben Brouscher, résidant professionnellement à Ettelbruck.

Le bureau de l'assemblée étant ainsi constitué, le président déclare et requiert le notaire instrumentant d'acter ce qui suit :

I.  Les actionnaires présents ou représentés, les mandataires des actionnaires représentés et le nombre d'actions qu'ils détiennent sont renseignés sur une liste de présence, qui après signature par les actionnaires présents, les mandataires des actionnaires représentés, le bureau de l'assemblée et le notaire soussigné, restera annexée au présent acte pour être soumise avec lui aux formalités de l'enregistrement.

    Les procurations des actionnaires représentés, après avoir été paraphées "*ne varietur*" par les comparantes, resteront également annexées au présent acte.

II. Il résulte de la liste de présence que l'intégralité du capital social est représentée à l'assemblée et que tous les actionnaires présents ou représentés ont déclaré avoir eu connaissance de l'ordre du jour qui leur a été communiqué avant l'assemblée et qu'ainsi aucune convocation n'était nécessaire et ont renoncé à leur droit d'être convoqués formellement.

III. La présente assemblée, réunissant l'intégralité du capital social est régulièrement constituée et peut valablement délibérer sur tous les points inscrits à l'ordre du jour.

IV. L'ordre du jour de la présente assemblée est le suivant :

### ORDRE DU JOUR

1. Approbation du bilan intérimaire comme bilan d'ouverture de la liquidation.
2. Dissolution et liquidation de la Société.
3. Nomination d'un liquidateur et détermination de ses pouvoirs et de ses obligations.
4. Divers.

4

Après avoir dûment examiné chaque point figurant à l'ordre du jour, l'assemblée générale des actionnaires adopte à l'unanimité et requiert le notaire instrumentant d'acter les résolutions suivantes :

### Première Résolution

L'assemblée générale des actionnaires décide d'approuver le bilan intérimaire en date du 21 décembre 2021 comme bilan d'ouverture de la liquidation.

### Deuxième Résolution

Conformément aux articles 1100-1 à 1100-15 de la loi du 10 août 1915 concernant les sociétés commerciales, telle que modifiée (la « **Loi** »), l'assemblée générale des actionnaires décide de dissoudre et de liquider la Société.

### Troisième Résolution

En conséquence de la résolution qui précède, l'assemblée générale des actionnaires décide de nommer **Saltire Management Group LLC**, une société à responsabilité limitée constituée et régie par les lois du Grand-Duché de Luxembourg, immatriculée auprès du Registre de Commerce et des Sociétés de Luxembourg sous le numéro 2016-000709683, ayant son siège social au 3281 Sutton P1 NW, Ste. B, Washington, DC 20016, United States, représentée par M. Andrew-MacRitchie né le 13 septembre 1963 à Bellshill, Ecosse résidant professionnellement au 3281 Sutton P1 NW, Ste. B, Washington, DC 20016, United States Grand-Duché de Luxembourg, en tant que liquidateur de la Société (le « **Liquidateur** »).

Le Liquidateur dispose des pouvoirs les plus étendus tels que prévus aux articles 1100-4 à -1100-10 de la Loi.

Le Liquidateur est par la présente expressément autorisé à accomplir tous les actes visés à l'article 1100-5 de la Loi sans devoir requérir des autorisations supplémentaires auprès de l'assemblée générale des actionnaires.

L'assemblée générale des actionnaires décide de donner au liquidateur de la Société le pouvoir d'effectuer toutes les actions restantes liées à la clôture de la liquidation de la Société, en particulier la signature de tous les documents (y compris notamment les actes notariés, les documents fiscaux et tout autre document) nécessaires ou simplement utiles à la finalisation de la clôture de la liquidation de la Société, ainsi que le paiement de tous les impôts, frais, dépenses et autres charges restants mentionnés dans le rapport du Liquidateur et/ou tous les impôts, frais, dépenses et autres charges qui pourraient survenir par la suite, un tel pouvoir continuant de s'appliquer après la clôture de la liquidation.

Le Liquidateur est dispensé de dresser un inventaire et peut se référer aux comptes de la Société.

La Société est engagée par la seule signature du Liquidateur.

Le Liquidateur pourra, sous sa responsabilité, pour des opérations spéciales ou déterminées, déléguer à un ou plusieurs mandataires une partie de ses pouvoirs dont il fixera l'étendue et la durée.

Le Liquidateur pourra distribuer, à sa discrétion, les actifs de la Société aux actionnaires en espèce et/ou en nature. Cette distribution pourra prendre la forme d'une avance sur le boni de liquidation.

### Frais et Dépenses

Le montant des frais, dépenses, honoraires et charges de toute nature qui incombe à la Société en raison de cet acte est évalué à environ mille trois cents euros (EUR 1.300,-).

Dont acte, passé à Ettelbruck, à la date figurant en tête des présentes.

Le notaire soussigné, qui comprend et parle l'anglais, déclare qu'à la demande des parties comparantes, le présent acte est rédigé en langue anglaise suivi d'une traduction en français ; et qu'à la demande des mêmes parties comparantes et en cas de divergence entre le texte anglais et le texte français, **le texte anglais fait foi.**

L'acte ayant été lu aux parties comparantes connues du notaire instrumentant par nom, prénom, et résidence, lesdites parties comparantes ont signé avec le notaire le présent acte.
(signé) C. RAMIER, B. BROUSCHER, M. ELVINGER.

---

Enregistré à Diekirch Actes Civils, le 27 décembre 2021
Relation : DAC/2021/17421
Reçu douze euros
12,00 €
Le Receveur, (signé) Carlo RODENBOUR

---

POUR EXPEDITION CONFORME,
délivrée sur demande de la Société.
Ettelbruck, le 3 janvier 2022.