IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 7, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on US Trustee at Russell Clementson, 915 Wilshire Boulevard Suite 1850, Los Angeles, CA 90017, and via electronic mail on US Trustee at Russell Clementson at russell.clementson@usdoj.gov:

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. and the Cred Inc. Liquidation Trust for the Period from October 1, 2021 Through December 31, 2021** (Docket No. 976)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 7, 2022

/s/ Amanda Hinchey
Amanda Hinchey

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 7th day of March 2022 by Amanda Hinchey.

_____
(Notary's official signature)

PARKER LEATHERBURY POPKY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214038112
MY COMMISSION EXPIRES SEPTEMBER 27, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.