**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC,<br><br>      Debtor. | Case No. 20-12836-JTD<br><br>Chapter 11 |

**NOTICE OF CHANGE OF FIRM ADDRESS**

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

                          **425 Market St., Suite 2900**
                             **San Francisco, CA 94105**

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

| | |
|---|---|
| Dated: April 13, 2022 | By:   /s/ Shawn M. Christianson<br>Shawn M. Christianson, Esq.<br>425 Market St., Suite 2900<br>San Francisco, CA 94105<br>Telephone:  (415) 227-0900<br><br>Attorneys for Oracle Credit Corporation and Oracle America, Inc. |

-1-