# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| CRED INC. LIQUIDATION TRUST, | ) |
| Plaintiff, | ) Adv. Proc. No. 22-50134 |
| v. | ) |
| WINSLOW CARTER STRONG, | ) |
| Defendant. | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 26, 2022 AT 1:00 P.M. (EASTERN TIME)
## BEFORE THE HONORABLE JOHN T. DORSEY

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

**CONTINUED MATTERS**

1. Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 186195868-1.113270.0011

2

Related Documents:

(a) Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

Responses Received:  None.

Objection Deadline:  January 4, 2022; extended to March 14, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**").  By agreement between the Cred Inc. Liquidation Trust (the "**Trust**") and Earnity, the Trust's reply to any objection filed by Earnity shall be filed on or before March 28, 2022.

Status:  This matter will not be going forward.  With the consent of the parties, this matter has been adjourned to the hearing scheduled for June 2, 2022 at 11:00 (ET).

2. Complaint to Avoid and Recover a Fraudulent Transfer (Filed 2/17/22) [Docket No. 972] [Adv. Case No. 22-50134; Adv. Docket No. 1]

   Related Documents:

   (a) Certification of Counsel Submitting Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/10/22) [Adv. Case No. 22-50134; Adv. Docket No. 7]

   (b) Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 8]

   (c) Certification of Counsel Submitting Order Approving Stipulation for Further Extension of Time for Defendant to Respond to the Complaint (Filed 4/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 10]

   Responses Received:  None.

   Objection Deadline:  May 4, 2022

   Status:  This matter will not be going forward.  With the consent of the parties, the pretrial conference has been adjourned to the hearing scheduled for June 2, 2022 at 11:00 (ET).

Dated: Wilmington, Delaware
April 21, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*