## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>     Debtors.[1] | )<br>)   Chapter 11<br>)<br>)   Case No. 20-12836 (JTD)<br>)<br>)   (Jointly Administered)<br>)<br>)   **Related to Docket Nos. 947, 948** |

### NOTICE OF HEARING ON MOTION OF THE CRED INC. LIQUIDATION TRUST TO COMPEL COMPLIANCE WITH SUBPOENAS UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

  PLEASE TAKE NOTICE that, on December 28, 2021, the Cred Inc. Liquidation Trust (the "Trust") filed the *Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 947] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

  PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on June 2, 2022 at 11:00 a.m. (ET) before the Honorable John. T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated:   Wilmington, Delaware
      April 22, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 188186534-1.113270.0017

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*

2