## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Statement of the Cred Inc. Liquidation Trust Regarding Current Trust Assets** (Docket No. 1001)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 12, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 12th day of May, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | 300 DELAWARE AVE.,STE 1100 | | | WILMINGTON | DE | 19801 | |
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | | PHOENIX | AZ | 85005-6123 | |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | 500 DELAWARE AVE.,8TH FLOOR | P O BOX 1150 | | WILMINGTON | DE | 19899 | |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | 45 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10111 | |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | 1201 NORTH MARKET ST.,14TH FLOOR | | | WILMINGTON | DE | 19801-1147 | |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE STE 301 | | WILMINGTON | DE | 19803 | |
| CRED INC. | ATTN:  PRESIDENT/CEO | 3 EAST THIRD AVENUE | | | SAN MATEO | CA | 94401 | |
| DAVID KEITH GOTTLIEB | | 16255 VENTURA BLVD SUITE 440 | | | ENCINO | CA | 91436 | |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS | PO BOX 173 RD TOWN | | TORTOLA | | VG1110 | VIRGIN ISLANDS, BRITISH |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST 6TH FL | | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CARVEL STATE OFFICE BUILD 8TH FLOOR | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | MAPLES CORPORATE SERVICES (BVI)LIMITED | KINGTON CHAMBERS , PO BOX 173 | | ROAD TOWN TORTOLA | | | VIRGIN ISLANDS, BRITISH |
| FOLEY & LARDNER LLP | GOODMAN | 321 N CLARK ST.,STE 3000 | | | CHICAGO | IL | 60654 | |
| FRANCHISE TAX BOARD | C/O BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | | SACRAMENTO | CA | 95812-2952 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE | STE 200 | | SUMMIT | NJ | 07901 | |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | 2818 LA CIENEGA AVE | STE 200 | | LOS ANGELES | CA | 90034-2646 | |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | 340 MADISON AVE | | | NEW YORK | NY | 10173-1922 | |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | THE NEMOURS BUILDING | ST.,4TH FLOOR | | WILMINGTON | DE | 19801 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | | LANSING | MI | 48922 | |
| OFFICE OF THE US TRUSTEE | | 844 KING ST | STE 2207 | | WILMINGTON | DE | 19801 | |
| AMERICA INC | SII TO NETSUITE INC ORACLE | BUCHALTER A PROFESSIONAL CORP | SHAWN M CHRISTIANSON | 55 2ND ST 17TH FL | SAN FRANCISCO | CA | 94105 | |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET | 58TH FLOOR | | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| REID COLLINS & TSAI LLP | JONATHAN KASS | NEMOURS BLDG 4TH FLOOR | | | WILMINGTON | DE | 19801 | |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | 330 WEST 58TH ST.,STE 403 | | | NEW YORK | NY | 10019 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | | PHILADELPHIA | PA | 19123 | |
| UPHOLD, INC | JP THIERIOT | 530 5TH AVE | STE 3A | | NEW YORK | NY | 10036-5121 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | | PHILADELPHIA | PA | 19103 | |
| WINSLOW STRONG | C/O ARENT FOX LLP | ATTN: MARY JOANNE DOWD, ESQ. & JACKSON D. TOOF, ESQ. | 1717 K STREET, NW | | WASHINGTON | DC | 20006-5344 | |
| WINSLOW STRONG | C/O THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., SCOTT LEONHARDT, ESQ. & JASON A. GIBSON, ESQ | 824 N. MARKET STREET, SUITE 810 | | WILMINGTON | DE | 19801 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | AROOT@ARCHERLAW.COM |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | GTAYLOR@ASHBYGEDDES.COM KEARLE@ASHBYGEDDES.COM |
| BAKER HOSTETLER LLP | JORIAN L ROSE;MICHAEL SABELLA | JROSE@BAKERLAW.COM MSABELLA@BAKERLAW.COM |
| BAKER HOSTETLER LLP | JEFFREY J LYONS | JLYONS@BAKERLAW.COM |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | ACARTY@BROWNRUDNICK.COM MREINING@BROWNRUDNICK.COM |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | EMAIL ADDRESS ON FILE |
| COUSINS LAW LLC | SCOTT D. COUSINS | SCOTT.COUSINS@COUSINS-LAW.COM |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | CHRISTINA.ROJAS@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 2



**Exhibit B**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | DAN.GLASSMAN@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | CARLY.EVERHARDT@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | MARGARET.WESTBROOK@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | STEVEN.CAPONI@KLGATES.COM; STEVEN.CAPONI@KLGATES.COM |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | JMOLINARO@FOLEY.COM GGOODMAN@FOLEY.COM |
| JST CAPITAL | SCOTT FREEMAN | SFREEMAN@JSTCAP.COM |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | DBG@LNBYB.COM |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | TWWALSH@MWE.COM DAZMAN@MWE.COM JBEVANS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | DHURST@MWE.COM |
| OFFICE OF THE US TRUSTEE | | JOSEPH.MCMAHON@USDOJ.GOV JOHN.SCHANNE@USDOJ.GOV |
| ORACLE CREDIT CORP AND ORACLE AMERICA INC | SII TO NETSUITE INC ORACLE | SCHRISTIANSON@BUCHALTER.COM |
| PAUL HASTINGS LLP | JAMES T. GROGAN | JAMESGROGAN@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | MACK WILSON | MACKWILSON@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | DEREK CASH | DEREKCASH@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | ALEXBONGARTZ@PAULHASTINGS.COM |
| REID COLLINS & TSAI LLP | JONATHAN KASS | JKASS@REIDCOLLINS.COM |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | ASOMERS@REIDCOLLINS.COM VNOVELLI@REIDCOLLINS.COM |
| UPHOLD, INC | JP THIERIOT | JP.THIERIOT@UPHOLD.COM |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WINSLOW STRONG | C/O ARENT FOX LLP | JACKSON.TOOF@ARENTFOX.COM MARY.DOWD@ARENTFOX.COM |
| WINSLOW STRONG | C/O THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM LEONHARDT@TEAMROSNER.COM GIBSON@TEAMROSNER.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2