### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Cred Inc., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Customer CIN02462[2] ("Claimant"), by and through his undersigned counsel, hereby withdraws the following proofs of claim filed in the above-captioned bankruptcy cases, and authorizes the Clerk of this Court and the Debtors' claims agent to update the official claims register accordingly.

| Claim Number | Claim Amount |
|---|---|
| 448/ECN-450 | $104,816.00 plus unliquidated amounts |
| 537/ECN-519 | $104,186.00 plus unliquidated amounts |
| 769/ECN-715 | $104,186.00 plus unliquidated amounts |

Dated: May 19, 2022
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
*Attorneys for Claimant*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are, as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, CA 94401.

[2] Pursuant to the Order Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on a Final Basis and File Such Information Under Seal [D.I. 264], Claimant is identified herein by reference to his customer number on file with the Debtors' claims agent.