## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, do hereby certify that a copy of the foregoing **NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM** was served this 19th day of May, 2022, upon the following counsel in the manner indicated:

**BY E-MAIL**

Scott D. Cousins
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Email: scott.cousins@cousins-law.com

David R. Hurst
McDermott Will & Emery LLP
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com

James T. Grogan
Mack Wilson
Paul Hastings LLP
600 Travis Street, 58th Floor
Houston, TX 77002
Email: jamesgrogan@paulhastings.com
       mackwilson@paulhastings.com

Timothy W. Walsh
Darren Azman
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Email: twwalsh@mwe.com
       dazman@mwe.com

G. Alexander Bongartz
Derek Cash
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: alexbongartz@paulhastings.com
       derekcash@paulhastings.com

/s/ Donna L. Culver
Donna L. Culver (#2983)