# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 947, 948, 997** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING DISCOVERY STIPULATION BY AND BETWEEN CRED INC. LIQUIDATION TRUST AND EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC.

The undersigned, counsel to the Cred Inc. Liquidation Trust (the "Trust") in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On August 12, 2021, the Trust issued a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Subpoena") to Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "Earnity" and, together with the Trust, the "Parties").

2. On December 28, 2021, the Trust filed the *Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket Nos. 947, 948] (the "Motion").[2] The Motion currently is set for hearing on June 2, 2022 (11:00 a.m. ET). *See* Docket No. 997.

3. The Parties have met and conferred, and Earnity has agreed to complete the production of documents pursuant to the terms of the *Discovery Stipulation* (the "Stipulation") attached as Exhibit 1 to the proposed order attached hereto as **Exhibit A** (the "Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] A sealed version of the Motion was filed at Docket No. 947, and a redacted version of the Motion was filed at Docket No. 948.

4.	The Parties request that the Court (i) schedule a status conference on or about June 24, 2022, to review compliance with the Stipulation; and (ii) adjourn the hearing on the Motion, to a date to be determined at the status conference.

5.	Earnity has reviewed the Proposed Order, and agrees to its entry. Accordingly, the Trust respectfully requests that the Court enter the Proposed Order at the convenience of the Court.

Dated:  Wilmington, Delaware
        May 26, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
Fax:  (302) 351-8711
E-mail:  dhurst@mwe.com

and

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  dazman@mwe.com

*Counsel to the Cred Inc. Liquidation Trust*