# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) <br> ) |
| Debtors.[1] | ) (Jointly Administered) <br> ) |
|  |  |
| CRED INC. LIQUIDATION TRUST, | ) <br> ) |
| Plaintiff, | ) Adv. Proc. No. 22-50134 (JTD) <br> ) |
| v. | ) <br> ) |
| WINSLOW CARTER STRONG, | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 2, 2022 AT 11:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY
BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT
LEAST 2 HOURS IN ADVANCE.**

**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER
IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuysrDksHAMm0VFG2DeUn6nXDcfzftU

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

**MATTERS GOING FORWARD**

1.  Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal] (the "**Motion to Compel**")

    Related Documents:

    (a) Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

    (b) Notice of Hearing on Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 4/22/22) [Docket No. 997]

    (c) Certification of Counsel Regarding Order Approving Discovery Stipulation by and between Cred Inc. Liquidation Trust and Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (Filed 5/26/22) [Docket No. 1006] (the "**Certification**")

    Responses Received:  None.

    Objection Deadline:  January 4, 2022; extended to March 14, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**").

    Status:  As set forth in the Certification, the parties have agreed upon a proposed discovery stipulation and have requested that the Court approve the stipulation. The proposed order approving the stipulation also would adjourn the Motion to Compel to a date to be determined. Accordingly, if the proposed order approving the stipulation is entered by the Court, this matter will not be going forward.

2.  Complaint to Avoid and Recover a Fraudulent Transfer (Filed 2/17/22) [Docket No. 972] [Adv. Case No. 22-50134; Adv. Docket No. 1]

    Related Documents:

    (a) Certification of Counsel Submitting Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/10/22) [Adv. Case No. 22-50134; Adv. Docket No. 7]

    (b) Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 8]

    (c) Certification of Counsel Submitting Order Approving Stipulation for Further Extension of Time for Defendant to Respond to the Complaint (Filed 4/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 10]

(d)     Order Approving Stipulation for Further Extension of Time for Defendant to Respond to the Complaint (Filed 4/21/22) [Adv. Case No. 22-50134; Adv. Docket No. 12]

(e)     Notice of Pretrial Conference (Filed 4/22/22) [Adv. Case No. 22-50134; Adv. Docket No. 13]

(f)     Certification of Counsel Regarding Proposed Scheduling Order (Filed 5/27/22) [Adv. Case No. 22-50134; Adv. Docket No. 17]

Responses Received: None.

Status: The pretrial conference will be going forward.

Dated: Wilmington, Delaware
May 31, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*