**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| CRED INC. LIQUIDATION TRUST, | ) |  |
|  | ) |  |
| Plaintiff, | ) | Adv. Proc. No. 22-50134 (JTD) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| WINSLOW CARTER STRONG, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 2, 2022 AT 11:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,
THE HEARING IS CANCELLED**

**MATTERS GOING FORWARD**

1. Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal] (the "**Motion to Compel**")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] **Amended agenda items are noted in bold.**

Related Documents:

(a)  Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

(b)  Notice of Hearing on Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 4/22/22) [Docket No. 997]

(c)  Certification of Counsel Regarding Order Approving Discovery Stipulation by and between Cred Inc. Liquidation Trust and Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (Filed 5/26/22) [Docket No. 1006] (the "**Certification**")

Responses Received:  None.

Objection Deadline:  January 4, 2022; extended to March 14, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**").

Status:  **This matter will not be going forward.  The Court has scheduled a status conference to review compliance with the *Discovery Stipulation by and between the Cred Inc. Liquidation Trust and Earnity Inc., Earnity Financial Inc., and ET Trader Inc.* [Docket No. 1006-1] for June 29, 2022 (1:00 p.m.).**

2.  Complaint to Avoid and Recover a Fraudulent Transfer (Filed 2/17/22) [Docket No. 972] [Adv. Case No. 22-50134; Adv. Docket No. 1]

   Related Documents:

   (a)  Certification of Counsel Submitting Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/10/22) [Adv. Case No. 22-50134; Adv. Docket No. 7]

   (b)  Order Approving Stipulation for Extension of Time for Defendant to Respond to the Complaint (Filed 3/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 8]

   (c)  Certification of Counsel Submitting Order Approving Stipulation for Further Extension of Time for Defendant to Respond to the Complaint (Filed 4/11/22) [Adv. Case No. 22-50134; Adv. Docket No. 10]

   (d)  Order Approving Stipulation for Further Extension of Time for Defendant to Respond to the Complaint (Filed 4/21/22) [Adv. Case No. 22-50134; Adv. Docket No. 12]

   (e)  Notice of Pretrial Conference (Filed 4/22/22) [Adv. Case No. 22-50134; Adv. Docket No. 13]

(f)      Certification of Counsel Regarding Proposed Scheduling Order (Filed 5/27/22) [Adv. Case No. 22-50134; Adv. Docket No. 17]

**(g)      Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 19]**

**(h)      Unopposed Motion to Shorten with Respect to Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 20]**

**(i)      Order Denying Unopposed Motion to Shorten Notice (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 21]**

**(j)      Certification of Counsel Regarding Amended Proposed Scheduling Order (Filed 6/1/22) [Adv. Case No. 22-50134; Adv. Docket No. 22]**

Responses Received:  None.

Status:      The pretrial conference will **not** be going forward.  **The Court has scheduled** *Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss* **[Adv. Docket No. 19] for hearing on June 29, 2022 (1:00 p.m.).**

Dated:  Wilmington, Delaware
        June 1, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*