## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket Nos. 947, 948, 997, 1006** |

## ORDER APPROVING DISCOVERY STIPULATION
## BY AND BETWEEN CRED INC. LIQUIDATION TRUST AND
## EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC.

Upon the certification of counsel (the "<u>Certification of Counsel</u>")[2] of the Cred Inc.

Liquidation Trust (the "<u>Trust</u>") regarding approval of the stipulation attached hereto as **<u>Exhibit 1</u>**

(the "<u>Stipulation</u>"); and the Court having jurisdiction to consider the Certification of Counsel and

the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing*

*Order of Reference* from the United States District Court for the District of Delaware, dated

February 29, 2012; and consideration of the Certification of Counsel and the requested relief

being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this

proceeding and the Certification of Counsel in this District being proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of

the United States Constitution; and the Court having reviewed the Certification of Counsel and

the Stipulation; and it appearing that entry of an order approving the Stipulation is in the best

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification of Counsel.

interests of the Debtors' creditors and all parties-in-interest; and after due deliberation and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Stipulation attached hereto as **<u>Exhibit 1</u>** is hereby approved.

2.      Earnity shall produce documents and communications responsive to the Subpoena

by June 10, 2022 in accordance with the Stipulation.

3.      The Court will hold a status conference to review compliance with the Stipulation

on **June 29, 2022 at 1:00 p.m. (ET)**.

4.      The hearing on the Motion currently scheduled for June 2, 2022 (11:00 a.m. ET)

shall be adjourned to a date to be determined at the status conference.

5.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 1st, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**