EXHIBIT 1

Discovery Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Cred Inc., *et al.*,[1] | ) | Case No. 20-12836 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DISCOVERY STIPULATION

This stipulation (the "Stipulation") is entered into by and between the Cred Inc. Liquidation Trust (the "Trust") established in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Cred Inc. and its affiliated debtors (collectively, the "Debtors") and Earnity, Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "Earnity"). The Trust and Earnity are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On August 12, 2021, the Trust issued a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Subpoena") to Earnity.

B. On December 28, 2021, the Trust filed the Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion"). *See* D.I. 947, 948.

C. Subject to the terms of this Stipulation, the Parties agree that (1) Earnity will complete the production of documents pursuant to this Stipulation by June 10, 2022; (2) the Parties will seek adjournment of the pending hearing on the Motion, dated June 2, 2022; and (3) the Parties

will seek to schedule a compliance conference with the Court at a time at the Court's convenience, on or around June 24, 2022.

**NOW, THEREFORE,** in consideration of the mutual promises and agreements set forth below, the following is hereby stipulated and agreed to, subject to the approval of the Bankruptcy Court.

1. <u>Recitals</u>. The preceding recitals are true and correct and are incorporated into this Stipulation by this reference.

2. <u>Authority</u>. The undersigned represent that they are fully authorized to enter into this Stipulation on their own behalf and on behalf of their respective clients.

3. <u>Jurisdiction</u>. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

4. Earnity shall produce documents and communications responsive to the Subpoena by June 10, 2022 in accordance with this Stipulation.

5. Earnity shall search for documents and communications[2] through the emails, mobile devices,[3] and other electronic and physical mediums in which documents and communications are stored for the following custodians (the "<u>Custodians</u>"):

    a. Daniel Schatt
    b. Domenic Carosa
    c. Joseph Podulka
    d. Daniel Goldstein
    e. Dan Hummer
    f. Pawan Chawla
    g. Marie Kacmarek
    h. Nicole Skillern

---

[2] "Documents," "communications," and all other relevant terms shall have the same definitions set forth in the Subpoena.

[3] Earnity also agrees to search the personal mobile devices of Daniel Schatt and Domenic Carosa.

      i.      Han Ha
      j.      Joseph Lall

6.      Earnity will apply the following search terms (the "Search Terms") to the emails, mobile devices, and other electronic and physical mediums in which documents and communications are stored for each of the Custodians:

    a.    Cred
    b.    CredEarn
    c.    CredBorrow
    d.    CredPartner
    e.    "Earn* NOT Earnity"
    f.    DeFi
    g.    Decentralized
    h.    CeFi
    i.    Centralized
    j.    Stafi
    k.    XTP
    l.    TAP
    m.    "Fast Track Program"
    n.    Borrow*
    o.    Lend*
    p.    Loan*
    q.    Web3
    r.    LEGOS
    s.    Algo
    t.    Tezos
    u.    Compound
    v.    Curve
    w.    Yearn
    x.    Staking
    y.    Node
    z.    Hedg!
    aa.    "Universal Protocol Alliance"
    bb.    Amun
    cc.    C-loc
    dd.    Income /3 Opportunities
    ee.    "Options agreement"
    ff.    "Merchant solution"
    gg.    "All weather approach"
    hh.    "Omnibus wallet"
    ii.    Liquidity
    jj.    "Cayman Reserve Account"
    kk.    "Structured derivative"

        ll.       Certik
        mm.   "Capital sweep"
        nn.     Singapore /4 VPN
        oo.     Systematic /3 alpha
        pp.     Reserves /3 management
        qq.     Reserve /3 methodology
        rr.      Ledger
        ss.      One-stop
        tt.      Dhiraj
        uu.     Confluence
        vv.     "Secret sauce"
        ww.   Combine /3 earnings
        xx.     Sean /3 Michael
        yy.     Stan /3 Miroshnik
        zz.     Uphold
        aaa.    JST

7. Earnity will use the time period January 1, 2020 to present to search for and produce documents and communications.

8. Earnity will produce all non-privileged communications (including text messages, WhatsApps and communications on other messaging applications) prior to March 2021 between Mr. Carosa and any of the following individuals: Mr. Schatt, Mr. Podulka, and Mr. Goldstein.

9. Earnity will prepare a declaration to explain and document the search procedures and review process it undertook to comply with the Subpoena and this Stipulation.

10. Earnity will produce the customer lists and any contact information of any former Cred customers and investors in its possession, custody, or control.

11. The Parties agree to continue to confer concerning the Earnity source code.

12. Earnity will produce the documents and communications described herein in a Relativity load file containing native documents with associated metadata by no later than June 10, 2022.

13. The Parties will request that the Court Order compliance with this Stipulation.

14. The Parties agree to seek adjournment of the hearing currently scheduled for June 2, 2022.

15. The Parties agree to schedule a status conference with the Court when the Court may be available on or about June 24, 2022.

16. The Parties reserve all rights and claims against one another, including the right to seek attorneys' fees and costs.

IN WITNESS WHEREOF, the Parties have executed this Stipulation on this 26th day of May, 2022.

Dated: Wilmington, Delaware
May 26, 2022

| **K&L Gates** | **McDermott Will & Emery LLP** |
|---|---|
| */s/ Daniel M. Glassman* | */s/ David R. Hurst* |
| Daniel M. Glassman (admitted *pro hac vice*) | David R. Hurst (I.D. No. 3743) |
| 1 Park Plaza, 12th Floor | 1007 North Orange Street, 10th Floor |
| Irvine, CA 92614 | Wilmington, DE 19801 |
| Telephone: (949) 623-3565 | Telephone: (302) 485-3900 |
| Facsimile: (949) 623-4484 | Facsimile: (302) 351-8711 |
| | - and - |
| | Joseph B. Evans (admitted *pro hac vice*) |
| | Darren Azman (admitted *pro hac vice*) |
| | 1 Vanderbilt Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 547-5767 |
| | Facsimile: (212) 547-5444 |
| | *Counsel to the Cred Inc. Liquidation Trust* |