# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
| CRED INC. LIQUIDATION TRUST, | ) |
| Plaintiff, | ) Adv. Proc. No. 22-50134 (JTD) |
| v. | ) |
| WINSLOW CARTER STRONG, | ) |
| Defendant. | ) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2022 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdO-ppjgqE6QpZXLmMdIx65XCciZxlmA

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] **Amended agenda items are noted in bold.**

**MATTERS GOING FORWARD**

1.  Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 947] [Filed Under Seal]

    Related Documents:

    (a)  Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 12/28/21) [Docket No. 948] [Redacted Version]

    (b)  Notice of Hearing on Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Filed 4/22/22) [Docket No. 997]

    (c)  Certification of Counsel Regarding Order Approving Discovery Stipulation by and between Cred Inc. Liquidation Trust and Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (Filed 5/26/22) [Docket No. 1006]

    (d)  Order Approving Discovery Stipulation by and between Cred Inc. Litigation Trust and Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (Filed 6/1/22) [Docket No. 1010]

    Responses Received:  None.

    Objection Deadline:  January 4, 2022; extended to March 14, 2022 for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "**Earnity**").

    Status:  This matter will be going forward as a status conference to review compliance with the Discovery Stipulation by and between the Cred Inc. Liquidation Trust and Earnity [Docket No. 1010-1].

2.  Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 19]

    Related Documents:

    (a)  Unopposed Motion to Shorten with Respect to Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 20]

    (b)  Order Denying Unopposed Motion to Shorten Notice (Filed 5/31/22) [Adv. Case No. 22-50134; Adv. Docket No. 21]

(c)   Notice of Hearing Regarding Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 6/1/22) [Adv. Case No. 22-50134; Adv. Docket No. 25]

(d)   Affirmation of Joseph B. Evans in Support of the Cred Inc. Liquidation Trust's Opposition to Winslow Strong's Motion to Stay Discovery [Adv. Case No. 22-50134; Adv. Docket No. 34]

Responses Received:

(a)   Memorandum of Law in Opposition to Winslow Strong's Motion to Stay [Adv. Case No. 22-50134; Adv. Docket No. 33]

**(b)   Winslow Carter Strong's Reply in Support of Motion to Stay Discovery Pending a Ruling on His Motion to Dismiss (Filed 6/24/22) [Adv. Case No. 22-50134; Adv. Docket No. 37]**

Objection Deadline:   June 15, 2022 at 4:00 p.m. (ET)

<u>Status</u>:   This matter will be going forward.

Dated: Wilmington, Delaware
       June 27, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*