Cred Inc.   20-12836   Status Conference   6-29-2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| David | Hurst | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Matthew | Goeller | ET Trader Inc., Earnity Financial Inc., and Earnity Inc. | K&L Gates LLP |
| Jason | Gibson | Winslow Strong | The Rosner Law Group LLC |
| Jackson | Toof | Winslow Strong | ARENTFOX SCHIFF LLP |
| Mary Joanne | Dowd | Winslow Strong | ArentFox Schiff LLP |
| Ellen | Oberwetter | Winslow Strong | Williams & Connolly LLP |
| Daniel | Glassman | Earnity | K&L Gates |
| Julius | Hudec | pro per | |
| Evan | Wu | Self | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Darren | Azman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Stephen | Wohlgemuth | Winslow Strong | Williams & Connolly LLP |
| Joseph | Evans | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Andrew | Kratenstein | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Dietrich | Knauth | non-attorney, media observer, Reuters | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Carly | Everhardt | Earnity Inc., Earnity Financial Inc., and ET Trader Inc. | K&L Gates LLP |
| Alexander | Herkert | Winslow Carter Strong | Williams & Connolly |
| Matthew | Pierce | Interested Party | Landis Rath & Cobb |
| Timothy | Cramon | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| JaKayla | DaBera | court | |
| Laura | Haney | Court | |