# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. Nos. 947, 948, 997, 1006, 1010** |

## CERTIFICATION OF COUNSEL

I, Matthew B. Goeller, counsel for Earnity Inc., Earnity Financial Inc., and ET Trader Inc. ("Earnity") in the above-captioned case, certify as follows:

1. On August 12, 2021, the Cred Inc. Liquidation Trust (the "Trust") issued a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Subpoena") to Earnity Inc., Earnity Financial Inc., and ET Trader Inc. (collectively, "Earnity" and, together with the Trust, the "Parties").

2. On December 28, 2021, the Trust filed the *Motion of the Cred Inc. Liquidation Trust to Compel Compliance with Subpoenas Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket Nos. 947, 948] (the "Motion").[2]

3. A status conference on the Motion was held on June 29, 2022.

4. In accordance with the Court's ruling, Earnity shall complete the production of documents within fourteen (14) days of the entry of the Proposed Order attached as **Exhibit A**.

5. The Trust has reviewed the Proposed Order, and agrees to its entry. Accordingly,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] A sealed version of the Motion was filed at Docket No. 947, and a redacted version of the Motion was filed at Docket No. 948.

Earnity respectfully requests that the Court enter the Proposed Order at the convenience of the Court.

| | |
|---|---|
| Dated: June 30, 2022 | **K&L GATES LLP** |
| | */s/ Matthew B. Goeller* |
| | Steven L. Caponi (No. 3484) |
| | Matthew B. Goeller (No. 6283) |
| | 600 N. King St., Suite 901 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 416-7080 |
| | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | |
| | *Counsel to Earnity Inc., Earnity Financial Inc., and ET Trader Inc. ("Earnity")* |