# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |
| | **Re: D.I. Nos. 947, 948, 997, 1006, 1010** |

## ORDER REGARDING SUBPOENA FOR RULE 2004 EXAMINATION

Upon the certification of counsel (the "Certification of Counsel") of Earnity Inc., Earnity Financial Inc., and ET Trader Inc. ("Earnity") and the Cred Inc. Liquidation Trust (the "Trust"); and the Court having jurisdiction to consider the Certification of Counsel and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Certification of Counsel and the requested relief being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Certification of Counsel in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and the Court having reviewed the Certification of Counsel, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. Earnity shall comply with the Court's prior order entered on June 1, 2022 (D.I. 1010) (the "June 1, 2022 Order") in its entirety by no later than July 13, 2022.

2. Upon completion of its production, counsel for Earnity shall file a declaration, under seal for in camera review with a copy to the Trust, describing (A) all of the discovery that has been produced by Earnity; (B) the process utilized to collect, review, produce, and otherwise ensure

completion of the production and compliance with the June 1, 2022 Order; and (C) the information required by Paragraph 9 of the June 1, 2022 Order.

3. If Earnity has not complied with the June 1, 2022 Order or this Order in their entirety by July 13, 2022, the Trust is permitted to file a motion for sanctions and other relief.

4. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation or enforcement of this Order.