## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) <br> ) |
| Debtors.[1] | ) (Jointly Administered) <br> ) <br> ) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON JULY 19, 2022 AT 3:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY
BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT
LEAST 2 HOURS IN ADVANCE.**

**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER
IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdOCsrT0rHKiQhZ2bTAyJQazomhxMlZQ

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**CONTESTED MATTER GOING FORWARD**

1. Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures (Filed 6/23/22) [Docket No. 1015]

    Related Documents: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Responses Received:

(a) Objection of Uphold HQ Inc. to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures (Filed 7/7/22) [Docket No. 1027]

(b) Objection of Uphold Plaintiffs to the Motion of the Cred Inc. Liquidating Trust for Entry of Order Approving Third Party Claim Assignment Procedures (Filed 7/11/22) [Docket No. 1029]

(c) Omnibus Reply of the Cred Inc. Liquidation Trust to Objections of Uphold HQ Inc. and the Uphold Plaintiffs to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures (Filed 7/14/22) [Docket No. 1031]

Objection Deadline:   July 7, 2022 at 4:00 p.m. (ET); extended to July 11, 2022 for the Uphold Plaintiffs

Status:   This matter will be going forward.

Dated: Wilmington, Delaware
       July 14, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

*Counsel to Cred Inc. Liquidation Trust*