**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 14, 2022　　　　　　　　　　　*/s/ Catherine E. Anderson*
　　　　　　　　　　　　　　　　　　　　Catherine E. Anderson
　　　　　　　　　　　　　　　　　　　　Giskan Solotaroff & Anderson LLP
　　　　　　　　　　　　　　　　　　　　90 Broad Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 847-8315, ext. 12
　　　　　　　　　　　　　　　　　　　　Email: canderson@gslawny.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Uphold Plaintiffs*