## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 14, 2022                             */s/ Rachel Geman*
                                                                    Rachel Geman
                                                                    Lieff Cabraser Heimann & Bernstein, LLP
                                                                    250 Hudson Street, 8th Floor
                                                                    New York, New York 10013-1413
                                                                    Telephone: (212) 355-9500
                                                                    Email: rgeman@lchb.com

                                                                    *Counsel for Uphold Plaintiffs*