Cred Inc.
Case No. 20-12836 (JTD)

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| David | Hurst | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Darren | Azman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| JOSEPH | Sarachek | Premoli | 6468614950 |
| Howard | Robertson | UpgradeYa Investments, LLC | Landis Rath & Cobb |
| Juliet | Sarkessian | US Trustee | |
| Evan | Wu | Self | |
| Matthew | Dundon | Cred Inc Liquidating Trust | Dundon Advisers LLC |
| Michael | Delaney | Uphold HQ Inc. | BakerHostetler LLP |
| Edward | Neiger | Uphold Plaintiffs | ASK LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Jason | Gibson | Winslow Carter Strong | The Rosner Law Group LLC |
| Mary | Augustine | Uphold Plaintiffs | A.M. Saccullo Legal, LLC |
| Rachel | Geman | Plaintiffs | Lieff Cabraser Heimann & Bernstein, LLP |
| Cedric | Delisser | Trustee of Cred Inc. Liquidation Trust | Trustee of Cred Inc. Liquidation Trust |
| Jorian | Rose | Uphold HQ, Inc. | Baker & Hostetler LLP |
| Gregg | Steinman | Cred Inc. Liquidation Trust | McDermott Will & Emery LLP |
| Eyal | Berger | JST Capital, LLC | Akerman LLP |
| Jeffrey | Lyons | Uphold HQ Inc. | Baker & Hostetler LLP |
| Eric | Reubel | Financial Advisor for Cred Inc. Liquidation Trust | Dundon Advisers, LLC |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Mathew | Pierce | Interested Party | Landis Rath & Cobb |
| Christopher | Coleman | Uphold Plaintiffs | Lieff Cabraser Heimann & Bernstein |