# <u>Exhibit C</u>

# Filed Under Seal