# <u>Exhibit D</u>

# Filed Under Seal