# <u>Exhibit M</u>

# Filed Under Seal