# Exhibit N

**To:** JuanPablo Thieriot[jp.thieriot@uphold.com]; Simon mcloughlin[simon@uphold.com]
**Cc:** Maxim Rokhline[maxim@mycred.io]; Lu Hua[lu@mycred.io]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Fri 12/21/2018 10:48:43 PM (UTC-05:00)
**Subject:** Uphold Earn!

MO9 Introduction.pdf
Cred -- Enhanced Yield Agreement - Uphold customer.docx
moKredit Review Paper_20181217_V1.5.docx
Cred Referral Agreement - Uphold.docx

Gentlemen,

Great speaking with you both today. As discussed, over the next 4-6 weeks Cred will be focusing exclusively on the Earn product. I've attached the following:

- An early screen shot of the Earn product (we can make this for BTC, UP tokens, Fiat…and put together an Uphold branded version)
- Introduction to Mo9: Lu Hua's very successful mobile lending platform for gamers.
- Cred Enhanced Yield Agreement: This is the agreement Uphold customers will sign, reviewed by our legal counsel and Francesco
- Referral agreement: Cred will pay Uphold 2% referral fees on all BTC, USD, Universal Dollar, Universal Euros placed

Please confirm you are on board with proposal below:

**The Proposed High-Level Plan:**

1. We put C-LOC on hold and put 100% of our efforts on an **early to mid-January rollout** of Uphold Earn, capped at $20m
2. We leverage Cred engineering & design resources as much as possible to alleviate Uphold engineering / product bandwidth concerns
3. We craft a very tight, coordinated, integrated PR and marketing plan that will support the launch of UP USD, UP EURO and the ICO.
4. We resume with an automated Uphold Earn and Borrow product to launch in Q1 2019

**Dec 24 – Jan 4:**
- Maxim will propose an operational plan to Rui and Tiago.
- Meghan will work with Michelle and Addison on a coordinated PR, Marketing, Community Plan
- Dan/Simon/JP to connect on strategy & messaging vis a vis ICO + UP Token Launch

**Jan 7-18**
- All required design/engineering work from Cred team completed, e.g.
    - custom email templates
    - co-branded web pages
    - customer support
- All marketing messaging completed
- Marketing --- "Get ready to EARN" campaign kicked off
- "Bittrex joins UP Alliance" press release
- BTC offer opened – "Earn 10%"
- USD and Euro offer opened "Earn 5%"
- Announcing launch of Universal Dollar and Universal Euro – Earn 10% for a limited time
- ICO Announcement – begins January 28

**Jan 21-25:**
- All funds swept to Cred account – 6 month period
- Final pre-sale, preparations for ICO

**Jan 28-31:**
- **ICO!**
- Review of Manual Uphold Earn, plan to automate

**About Uphold Earn *Powered by Cred***
Cred currently offers financial returns on various crypto, fiat and stablecoin assets.  Customers can lock in their digital assets for a period of six months, which can be renewed in six months increments. Interest revenue is paid to customers on a quarterly basis.  Cred provides its returns to customers by lending to a variety of customer segments, including Crypto Miners, digital asset companies, crypto investment funds and retail investors.
Cred's current rates and structure are as follows:

**Uphold Earn - Bitcoin**
- Minimum investment: $5,000 or 1 BTC
- Minimum investment period: 6 months
- Annualized return: 10%
- Interest paid quarterly in USD or Universal Dollar
- Principal returned at end of period in Bitcoin
    - Example 1: Invest 1 BTC @ $4,000.  Receive $100 interest in three months and receive $100 interest plus 1 BTC in six months.
    - Example 2: Invest $4,000 directly (assume 1 BTC=$4,000).  Receive $100 interest in three months and receive an additional $100 plus 1 BTC in six months.

Uphold Earn - Bitcoin allows customers to benefit from their Bitcoin investment whether the market moves up or down.
- In a down market, customers will still receive USD or Universal Dollar interest payments based on the price of Bitcoin at time of the initial investment.
- In an up market, customers benefit from the full price appreciation of their initial BTC investment.

**Uphold Earn - Universal Dollar or Universal Euro**
- Minimum investment: $5,000
- Minimum investment period: 6 months
- Annualized return: 5%
- Interest paid quarterly in USD or Universal Dollar
- Principal returned at end of period in USD, or Universal Dollar
    - Example: Invest $10,000.  Receive $500 interest in three months and receive an additional $500 interest plus $10,000 in six months.




