# Exhibit Q

The Wayback Machine - https://web.archive.org/web/20200422052159/https://uphold.com/en/credearn/



Menu 

# CredEarn

Become an Uphold member for a chance to earn up to 10% interest on the loan of your digital assets with CredEarn.

Learn more





We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

Accept      Decline



**1** **Sign up for an Uphold account**

Create an Uphold account to authorize the CredEarn app.

[ Sign up ]

**2** **Verify your ID**

Please submit your residency address and a valid ID document to verify your identity.

[ Verify ID ]

**3** **Deposit funds**

Connect your **bank account** and/or **credit card** to fund your Uphold account.

[ Deposit funds ]

**4** **Continue to CredEarn**

Congratulations! You are ready to get started with CredEarn.

[ Go to CredEarn ]

Uphold is not a lender, loan broker, or loan arranger and is not offering anyone advice or assistance in obtaining a loan.

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

[ Accept ]   Decline



| Help | Social | | | |
|---|---|---|---|---|
| FAQ & Support | Facebook | English US | | |
| Platform Status | Twitter | | | |
| Cryptionary | Instagram | | | |
| Pricing | Linkedin | | | |

Personal   About
Business   Careers
Partners   Press
           Blog

### Legal

Uphold Europe Limited, Reg No. 09281410, Registered Office: Suite A, 6 Honduras Street, London, England, EC1Y 0TH

Uphold HQ Inc. NMLS ID No. 1269875

© Uphold 2020. All Rights Reserved.   Agreements   Privacy & Data Policy   California Privacy   Cookie Policy

English US

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

Accept   Decline

The Wayback Machine - https://web.archive.org/web/20191106180122/https://uphold.com/



**Earn with Cred** NEW

Start earning up to 10% on your digital assets

# Buy and sell digital currencies easily.

From Dollar to Bitcoin in seconds.

Enter your email

Get started



Personal    Business    Partners    

Sign in    Sign up    Menu

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

Accept    Decline



fiat currencies | cryptocurrencies and utility tokens | stablecoins | precious metals

## Easy funding

Link your wallet to your bank account or debit card.

## Instant conversion

Seamless exchange between major digital and fiat currencies.

## Blockchain access

Transact with any wallet on seven crypto networks.

## Earn NEW

Access a 3 - 10% return on your digital currency holdings.*

## Borrow SOON

Access low cost credit, secured by your digital currency holdings.*

## Debit cards SOON

Spend your balances with physical and virtual cards.*

Personal Business Partners uphold

Sign in Sign up Menu

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our cookies policy.

Accept Decline

Personal    Business    Partners     uphold

Sign in    Sign up    Menu

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

Accept    Decline