# <u>Exhibit T</u>

# Filed Under Seal