# <u>Exhibit V</u>

# Filed Under Seal