# <u>Exhibit Y</u>

# Filed Under Seal