# <u>Exhibit Z</u>

# Filed Under Seal