# Exhibit AA

**To:** JuanPablo Thieriot[jp.thieriot@uphold.com]
**Cc:** Michelle O'Connor[michelle.oconnor@uphold.com]; Dan Schatt[dan@mycred.io]; Simon McLoughlin[simon@uphold.com]
**From:** Meghan Gardler[meghan@mycred.io]
**Sent:** Mon 6/3/2019 11:49:11 AM (UTC-04:00)
**Subject:** Re: 10% announcment

https://www.businesswire.com/news/home/20190603005557/en/Earn-10-Interest-USD-Euro-Uphold



### Earn up to 10% Interest on USD and Euro on Uphold | Business Wire
SAN FRANCISCO--(BUSINESS WIRE)--Cred, the leading provider of crypto borrowing and lending with over $300 million in credit facilities, today announced Uphold customers will be earning higher ...
www.businesswire.com

### Meghan Gardler
Director of Marketing
**Cred**
m: +16107643514
w: mycred.io   e: meghan@mycred.io

---

**From:** JuanPablo Thieriot <jp.thieriot@uphold.com>
**Sent:** Sunday, June 2, 2019 9:36 PM
**To:** Meghan Gardler
**Cc:** Michelle O'Connor; Dan Schatt; Simon McLoughlin
**Subject:** Re: 10% announcment

Looks good to me. Fire away.

 **JP Thieriot**
Chief Executive Officer • uphold.com

On Sun, Jun 2, 2019 at 9:28 PM Meghan Gardler <meghan@mycred.io> wrote:

> Hi,
> Just following up one more time. If I do not hear back I will delay until Tuesday morning.
>
> Thanks,
>
> Meghan
>
> Get Outlook for iOS

**From:** Michelle O'Connor <michelle.oconnor@uphold.com>
**Sent:** Sunday, June 2, 2019 7:48 PM
**To:** Meghan Gardler

**Cc:** Dan Schatt; JuanPablo Thieriot; Simon McLoughlin
**Subject:** Re: 10% announcment

Just pinged JP again for approval

On Sun, Jun 2, 2019 at 6:01 PM Meghan Gardler <meghan@mycred.io> wrote:

> Hi,
>
> I'm ready on my end to put this over the wire tomorrow morning with a coinciding Twitter and email campaign. Just want to make sure we are a go from the Uphold side.
>
> Thanks,
>
> **Meghan Gardler**
> Director of Marketing
> **Cred**
> m: +16107643514
> w: mycred.io   e: meghan@mycred.io

---

**From:** Dan Schatt
**Sent:** Sunday, June 2, 2019 7:56 AM
**To:** Michelle O'Connor
**Cc:** Meghan Gardler; Simon McLoughlin; JuanPablo Thieriot
**Subject:** Re: 10% announcment

Michelle – sounds great!

Simon / JP – Looking forward to seeing what happens with a 10% fiat announcement! Hopefully this will blunt some of the impact of the XRP rate reduction from 9% to 5%.

Thanks,

Dan

---

**From:** Michelle O'Connor <michelle.oconnor@uphold.com>
**Date:** Sunday, June 2, 2019 at 5:43 AM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Meghan Gardler <meghan@mycred.io>
**Subject:** Re: 10% announcment

Hi there,

I've forward the details to JP/Simon and need approval before we can set a time. Will follow up with them today to see when we can share this news!

On Sat, Jun 1, 2019 at 18:14 Dan Schatt <dan@mycred.io> wrote:

> Hi Michelle and Meghan!
>
> I've attached a draft announcement – excited to see this go out! https://docs.google.com/document/d/18e6d6ijxBoX-LG0VHwNWRuITbIQnU4BffxissN5fmso/edit?usp=sharing
>
> A few thoughts:
>
> - Can we put this over the wire Monday 9am EST, coinciding with:
>   - Banner ads on Uphold
>   - Uphold Email notifications
>   - Tweets
>   - Blog posts
>
> - We have a comprehensive insurance post Cred is planning to do. I'm wondering if we should consider combining this – an Uphold email and/or blog post could link to it, to give customers an even higher level of comfort about Cred…Up to you…
>
> Exciting! Hope we can pull off everything to announce on Monday, to get ahead of any concerns about the lowering of XRP…
>
> Thanks,
>
> Dan

--

Michelle O'Connor
VP OF COMMUNICATIONS AND COMMUNITY

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties. If you received this email in error, please advise me and delete this email immediately. Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.

--

Michelle O'Connor
VP OF COMMUNICATIONS AND COMMUNITY

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties. If you received this email in error, please advise me and delete this email immediately. Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties. If you received this email in error, please advise me and delete this email immediately. Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.