# <u>Exhibit CC</u>

# Filed Under Seal