# Exhibit KK

**To:** Dan Wheeler[dan_wheeler@mycred.io]
**From:** Daniyal Inamullah[d.inamullah@mycred.io]
**Sent:** Thur 3/12/2020 3:04:47 PM (UTC-04:00)
**Subject:** Fwd: URGENT- Risk Report

Swap schedule below

Best regards,

**Daniyal Inamullah, CFA**
VP, Capital Markets
Cred LLC

213 344 6983
d.inamullah@mycred.io
mycred.io

---------- Forwarded message ---------
From: **Scott Freeman** <sfreeman@jstcap.com>
Date: Thu, Mar 12, 2020 at 10:22 AM
Subject: Re: URGENT- Risk Report
To: Daniyal Inamullah <d.inamullah@mycred.io>
Cc: James Alexander <James.alexander@mycred.io>, Todd Morakis <tmorakis@jstcap.com>, Anamaria Golemac <agolemac@jstcap.com>, Pallop Angsupun <pangsupun@jstcap.com>

Daniyal, here is the additional information:
- You are short BTC @ $5,900.
- You are short XRP @ $0.155

Swaps, the market is moving a bit
- For Tranche 22, you've borrowed $3mm against 20,000,000 XRP.  With XRP at $0.15, we need $600k to get you back to 125% collateral.
- For Tranche 24, you've borrowed $1,951,440 against 282 BTC.  With BTC at $6,000, we need $900k to get you back to 125% collateral.
- For Tranche 21, you've borrow $2,713,388 against 14,187,651 XRP.  With XRP at $0.15, we need $600k to get you back to 125% collateral.
- For Tranche 13c, you've borrow $500,000 against 1,754 BCH.  With BCH at $170, we need $300k to get you back to 125% collateral.

The total is $2.4mm.  We asked for $3mm to have a little bit of a cushion.  Let us know if you have any more questions.  Thanks.


> On Mar 12, 2020, at 12:56 PM, Daniyal Inamullah <d.inamullah@mycred.io> wrote:
>
> Scott,
> Working with MoKredit now, need some info to get the numbers right. Can you please confirm:
>
> - What levels we are now short on a blended basis for each coin.
> - What amount is needed to cure each of the outstanding swaps.

Best regards,

**Daniyal Inamullah, CFA**
VP, Capital Markets
Cred LLC

213 344 6983
d.inamullah@mycred.io
mycred.io

On Thu, Mar 12, 2020 at 7:29 AM Scott Freeman <sfreeman@jstcap.com> wrote:

James, please see today's risk report attached.  As discussed, despite our best efforts, as a result of the drastic move in the market overnight, all of your BTC futures positions were liquidated.  Some of your XPR futures were also liquidated.  You still have ETH, BCH and LTC futures as well as some XRP/BTC futures.  Please refer to the last two pages of your report for your positions.  We are happy to review with you when you have some time.
**You now have a short position equal to $27,483,181**.  **For every $100 move in BTC, you will make or lose around $400,000.**

Additionally, we have requested that you post an additional **$3mm** of collateral with us for the outstanding repos you have with us.   We need this cash ASAP to meet margin calls with other counterparties.

Let's speak in a little bit to discuss next steps.

Thanks.