# <u>Exhibit NN</u>

# Filed Under Seal