# <u>Exhibit OO</u>

# Filed Under Seal