# Exhibit QQ

| | |
|---|---|
| To: | Karen Wong[karen@mycred.io]; James Alexander[James.alexander@mycred.io]; Lu Hua[lu@mycred.io] |
| From: | Dan Schatt[dan@mycred.io] |
| Sent: | Fri 3/15/2019 9:16:07 PM (UTC-04:00) |
| Subject: | Re: Uphold Loan Terms |

Thanks Karen, very helpful.  While we won't make as much for the 6 month period, we do need to be good partners to Uphold to help them raise their Series D and there are some optics of lending at more than 14%.  We are 100% dependent on Uphold for our revenue at this time, and that's another important reason to help them.   I think we'll quickly find another $5 million that we can use with Lu's generous 36% in the future, so I wouldn't look at this as a "revenue loss" as much as an opportunity cost that will give us continued business leverage over Uphold for the next 6 months.  BTW, don't forget that the six month prepayment is valuable and if it is compared "apples to apples", it would be done against a 30% loan to Mo9…

---

**From:** Karen Wong <karen@mycred.io>
**Date:** Friday, March 15, 2019 at 6:07 PM
**To:** Dan Schatt <dan@mycred.io>, James Alexander <James.alexander@mycred.io>, Lu Hua <lu@mycred.io>
**Subject:** Re: Uphold Loan Terms

Hi Dan, James, and Lu,

I know you guys have been talking about this.  Dan looped me in.  Just want to share my thoughts.

Dan, thanks for calling me so quickly.  Per our conversation, I modeled this out to compare Uphold's proposed terms to our existing ones with moKredit.  In summary it looks like we'd be foregoing $130K in revenue for the 6 month term by lending the $4.6M to Uphold vs. moKredit despite the savings from waived Uphold fees, JST costs, and no hedging costs.  Below is a screenshot of the numbers and enclosed for your perusal is the spreadsheet.

I propose we get better terms from Uphold (e.g., leaving everything else equal, increase their interest rate from 14% to 20%) in order to breakeven.  I understand that we need to consider the intangible benefits of doing this deal.  Given our cash situation and that Uphold is in the cusp of a fundraising round, I think this is a fair ask.

**Loaning to moKredit:**

| | | Annualized $$ | Annualized % | |
|---|---|---|---|---|
| XRP principal @ 9% | $ 4,600,000 | $ 414,000 | 9% | return to lender |
| Loan amount @ 20% reserve | $ 3,680,000 | $ 1,324,800 | 29% | revenue @ 36% interest rate |
| | | $ 91,080 | 2% | JST rev share |
| | | $ 92,000 | 2% | referral fee |
| | | $ - | 0% | JST monthly fee |
| | | $ 23,000 | 1% | Slippage (FX, hedge, etc.) |
| monthly profit | $ 58,727 | $ 704,720 | 15% | company profit |

$ 259,720  Annualized revenue loss from Uphold loan agreement vs. moKredit

**Loaning to Uphold:**

| | |
|---|---|
| XRP principal @ 9% | $ 4,600,0 |
| Loan amount @ 0% reserve | $ 4,600,0 |
| monthly profit | $ 37,0 |

--kw

---

**From:** Karen Wong <karen@mycred.io>
**Date:** Friday, March 15, 2019 at 4:59 PM
**To:** Dan Schatt <dan@mycred.io>
**Subject:** Uphold Loan Terms

Hi Dan,
A quick update and some questions.  I reached out to James today, but we haven't connected about the logistics and implications

of loaning the $8M XRP to Uphold.  Meanwhile, I'm trying to do an apples to apples comparison of their proposed terms with that which we get when issuing a loan to moKredit.  Could you please verify and update my understanding below from our conversation?

- Interest payable to lender (Earn customer) = 9%
- Uphold referral fee of 2% to be waived
- Uphold to pay interest of 15%
- Loan term 6 months
- Uphold to waive the monthly maintenance costs for LBA of $5,000 for April – December 2019

Am I missing anything else?

--kw