# <u>Exhibit SS</u>

## Filed Under Seal