# <u>Exhibit TT</u>

# Filed Under Seal