# <u>Exhibit VV</u>

# Filed Under Seal