# **<u>Exhibit WW</u>**

# **Filed Under Seal**