# **<u>Exhibit XX</u>**

# **Filed Under Seal**