# <u>Exhibit ZZ</u>

# Filed Under Seal