# Exhibit CCC

# Filed Under Seal