# **<u>Exhibit DDD</u>**

# **Filed Under Seal**