# **<u>Exhibit EEE</u>**

# **Filed Under Seal**