# <u>Exhibit GGG</u>

# Filed Under Seal