# <u>Exhibit III</u>

# Filed Under Seal