# Exhibit JJJ

# Filed Under Seal