# Exhibit LLL

**To:** Daniyal Inamullah[d.inamullah@mycred.io]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Wed 3/25/2020 1:35:43 PM (UTC-04:00)
**Subject:** FW: Update

---

**From:** Daniel Wheeler <dan.wheeler@mycred.io>
**Date:** Tuesday, March 24, 2020 at 5:29 PM
**To:** Lu Hua <lu@mycred.io>, Dan Schatt <dan@mycred.io>, James Alexander <james.alexander@mycred.io>, Joe Podulka <joe@mycred.io>
**Subject:** RE: Update

Thank you Lu.  This is a strong message of support and true partnership.  I greatly appreciate it.

**Daniel F. Wheeler**
General Counsel
dan.wheeler@mycred.io
415.218.9074



**From:** Lu Hua <lu@mycred.io>
**Sent:** Tuesday, March 24, 2020 4:57 PM
**To:** Dan Schatt <dan@mycred.io>; James Alexander <james.alexander@mycred.io>; Daniel Wheeler <dan.wheeler@mycred.io>; Joe Podulka <joe@mycred.io>
**Subject:** Update

Team,

It was great to speak with you yesterday, and my apologies for the delay in getting back to you.  As we discussed, although we're facing some tighter liquidity challenges in the short term, we have seen some encouraging signs in the economy and we expect to be in a much stronger position by the summer.  I realize our inability to provide you with a significant amount of principal in the short term is quite challenging for you and I want to assure you that we will continually look for ways to release more principal as the liquidity environment improves. After discussing at length with our finance team, this is a payment schedule that we can support at minimum:

April: Full payment of Interest @ 20% [~$650,000] + $100,000 of principal.
May: Full payment of Interest @ 20% [~$650,000] + $200,000 of principal.
June: Full payment of interest @ 20% [~$650,000] + $4 million of principal.
July: Full payment of interest @20% [~$650,000] + $4 million of principal.

We expect our business to be operating normally beginning in August.

Thank you for your support during these interesting times, we will get through this together.

Thanks,
Lu