# Exhibit NNN

| | |
|---|---|
| **To:** | Dan Schatt[dan@mycred.io] |
| **Cc:** | Daniyal Inamullah[d.inamullah@credcapital.io]; james.alexander@mycred.io[james.alexander@mycred.io] |
| **From:** | Lu Hua[lu@mycred.io] |
| **Sent:** | Sun 4/5/2020 7:20:56 AM (UTC-04:00) |
| **Subject:** | Re: Please DocuSign: Cred LLC - Register of Directors and W9 |

Case 20-12836-JTD    Doc 1042-66    Filed 07/22/22    Page 2 of 3

Hi, Dan:

There is no change to the payment schedule since we discussed last time. I am working on more BTC lending leads and will update you guys next week.

Best

Lu

Dan Schatt <dan@mycred.io>于2020年4月5日 周日下午2:14写道：

> + Lu
>
> Hi Lu – I assume there are no updates since your last email regarding the repayment schedule?  If not, no worries… The team is looking for funds as soon as possible to rebuild the hedges…BTW - if you can access any more BTC to borrow, it would be awesome!
>
> Thanks,
>
> Dan
>
> ---
>
> **From:** Daniyal Inamullah <d.inamullah@credcapital.io>
> **Date:** Saturday, April 4, 2020 at 9:45 AM
> **To:** Dan Schatt <dan@mycred.io>
> **Subject:** Re: Please DocuSign: Cred LLC - Register of Directors and W9
>
> Btw, resent with just your name. Please sign at your convenience, we are targeting a Tuesday allocation.
>
> Another question - did you get any updates from Lu on the MoKredit repayment schedule? All technical signs are pointing to quite a precipitous drop in crypto prices in the near term - any chance to reconstitute more of these hedges over the next few wks would be tremendously helpful.
>
> Best regards,
>
> **Daniyal Inamullah, CFA**
> VP
> Cred Capital

- 213 344 6983
- d.inamullah@credcapital.io