# <u>Exhibit OOO</u>

# Filed Under Seal