# Exhibit QQQ

| | |
|---|---|
| **To:** | James Alexander[james@credcapital.io] |
| **From:** | Daniel Wheeler[dan.wheeler@credcapital.io] |
| **Sent:** | Tue 5/26/2020 6:04:47 PM (UTC-04:00) |
| **Subject:** | RE: employee email domains |

Got it.



**Daniel Wheeler**
General Counsel

415.218.9074
dan.wheeler@credcapital.io

credcapital.io

---

**From:** James Alexander <james@credcapital.io>
**Sent:** Tuesday, May 26, 2020 2:51 PM
**To:** Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: employee email domains

[PRIVILEGED]

Hi Dan,

The underlying issue appears to be a struggle by Dan S. for control.

At this point Cred Capital needs to distance itself from Cred. Based on the recent solvency analysis I'm not sure Cred can continue as a going concern. Except as outlined in the AMA, I'm not inclined to have any other point of connection with Cred.

It's a blessing Cred suddenly wants all the sales--and sales support, people working for Cred. Cred Capital does not want to be perceived as enabling Cred's asset gathering.

I don't need any Cred Inc. people or services to complete--and place--securitizations. And if Cred does fail, Cred Capital could hire the Cred salespeople anyway.

I'm trying to be measured and maintain cordial relations with our largest client Cred Inc.; and not "throwing my toys out of the pram".

Regards,

James


On Tue, May 26, 2020 at 2:07 PM Daniel Wheeler <dan.wheeler@credcapital.io> wrote:
Let me know your thoughts on this before I send this out to Joe and Dan S. We need to simplify employee oversight and simplify life for employees.
_____

I think it will be unlikely as a practical matter for employees to know in every case the right email domain to use if they are given the choice of two domains. Once I have the Cred Capital compliance policy in place, there will be rules around what can be done and what can't be done in Cred Capital and I think that framework is the best one for the in-person salesforce to be under. Simple, clear rules are generally the most effective.

I think the operational employees that handle the existing retail portfolio should do so under the mycred.io / Cred Inc. domain. Same thing for the marketing team members that work on general retail marketing campaigns, not one-on-one sales calls. We have a loan servicing policy and marketing policy in place that governs all the retail marketing and servicing activities and these

Employees are on a spectrum in terms of employees whose role is purely related to the retail user portfolio, employees whose role is purely Cred Capital (e.g., securitization) and some who are truly shared purpose employees (e.g., me). My suggestions is that, for the shared purpose employees who seldom touch the retail user portfolio, the default choice would be to use only the Cred Capital domain. Any email sent from a Cred Capital domain that is actually a Cred Inc. matter would be covered from a compliance perspective under the agency relationship.

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Tuesday, May 26, 2020 1:34 PM
**To:** Dan Hummer <dan.hummer@credcapital.io>; Joe Podulka <joe@mycred.io>; James Alexander <james@credcapital.io>; Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: Devon and Josh

Sounds like we have some shared CRM systems that Cred Capital and Cred Inc sales professionals need to access. In that case, both emails for Randy make sense to me.

If we do this, we'll need to reinforce with Randy that he must only use his Cred Capital email for all correspondence related to Cred Capital.

**From:** Dan Hummer <dan.hummer@credcapital.io>
**Date:** Tuesday, May 26, 2020 at 11:44 AM
**To:** Joe Podulka <joe@mycred.io>, James Alexander <james@credcapital.io>, Dan Schatt <dan@mycred.io>, Daniel Wheeler <dan.wheeler@credcapital.io>
**Subject:** Re: Devon and Josh

Just a heads up, I am going to be processing the @mycred.io account onboarding this afternoon and tomorrow morning with Both Devon and Josh to get them into the systems they need.

After further review with Randy on Friday, it looks like he will be doing sales similar to Mike and Travis so he as well will need access to all the similar @mycred.io systems.

**Do I have the Green Light to also set up Randy with @mycred.io system access for now?**

On Tue, May 26, 2020 at 8:33 AM Joe Podulka <joe@mycred.io> wrote:
> Hi James.
>
> I spoke with Dan H. on this last week. From a systems perspective, it's better for Devon and Josh to have @mycred.io emails. It makes access much cleaner.
>
> For the agreements, I also worked with Josh and Devon last week. Both understand the change and have signed new Cred Inc. offer letters. We're all good!
>
> Joe
>
> **From:** James Alexander <james@credcapital.io>
> **Sent:** Tuesday, May 26, 2020 8:23 AM
> **To:** Joe Podulka <joe@mycred.io>
> **Cc:** Dan Schatt <dan@mycred.io>; Daniel Wheeler <dan.wheeler@credcapital.io>; Dan Hummer <dan.hummer@credcapital.io>
> **Subject:** Re: Devon and Josh
>
> Hi Joe,
>
> There will need to be an IT transition for Josh and Devon. @Dan Hummer
>
> And I need advance notice before you send any agreements so I can explain the transition.

Regards,

James

On Thu, May 21, 2020 at 4:17 PM Joe Podulka <joe@mycred.io> wrote:
> I agree.  For now we can leave them with Cred Inc.  They were already onboarded that way, so no incremental work.
>
> Joe
>
>
> -----Original Message-----
> From: Dan Schatt <dan@mycred.io>
> Sent: Thursday, May 21, 2020 4:15 PM
> To: James Alexander <james.alexander@credcapital.io>; Joe Podulka <joe@mycred.io>
> Subject: Devon and Josh
>
> Hi guys - based on what Devon and Josh are doing for the company, I don't see a reason they should be classified as Cred Capital.  I'd opt to keep people at Cred unless their role is primarily connected to securitizations.
>
> Dan
>
> Sent from my iPhone

--

**James Alexander**

President

213 262 6000

james@credcapital.io

credcapital.io

--

**James Alexander**

President

213 262 6000

james@credcapital.io

credcapital.io