# **<u>Exhibit SSS</u>**

# **Filed Under Seal**