# Exhibit TTT

# Filed Under Seal