# Exhibit UUU

