IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |
|  | **Related to Docket No. 1043** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| October 5, 2022 | 11:00 a.m. |

Dated: July 22nd, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

DM_US 189734453-1.113270.0012