# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No.: 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Zachary R. Taylor, Esq. to represent Uphold HQ Inc., Uphold Inc. and Uphold Ltd. in this action.

Dated: August 25, 2022

    */s/ Jeffrey J. Lyons*
    Jeffrey J. Lyons (#6437)
    BAKER & HOSTETLER LLP
    1201 N. Market Street, Suite 1402
    Wilmington, DE 19801
    Telephone: 302.468.7088
    Email: jjlyons@bakerlaw.com

    *Counsel for Creditor Uphold HQ Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 25, 2022

    */s/ Zachary R. Taylor*
    Zachary R. Taylor
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111
    212.589.4200
    ztaylor@bakerlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.