# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No.: 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ORDER FOR ADMISSION *PRO HAC VICE*

 Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Douglas W. Greene, Esq. to represent Uphold HQ Inc., Uphold Inc. and Uphold Ltd. in this action.

| | |
|---|---|
| Dated: August 25, 2022 | */s/ Jeffrey J. Lyons* <br> Jeffrey J. Lyons (#6437) <br> BAKER & HOSTETLER LLP <br> 1201 N. Market Street, Suite 1402 <br> Wilmington, DE 19801 <br> Telephone: 302.468.7088 <br> Email: jjlyons@bakerlaw.com <br><br> *Counsel for Creditor Uphold HQ Inc.* |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

 Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: August 25, 2022 | */s/ Douglas W. Greene* <br> Douglas W. Greene <br> BAKER & HOSTETLER LLP <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> 212.589.4200 <br> dgreene@bakerlaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: August 26th, 2022  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE