# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No.: 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Genevieve G. York-Erwin, Esq. to represent Uphold HQ Inc., Uphold Inc. and Uphold Ltd. in this action.

Dated: August 25, 2022

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1402
Wilmington, DE 19801
Telephone: 302.468.7088
Email: jjlyons@bakerlaw.com

*Counsel for Creditor Uphold HQ Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Washington, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 25, 2022

*/s/ Genevieve G. York-Erwin*
Genevieve G. York-Erwin
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
212.589.4200
gyorkerwin@bakerlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: August 26th, 2022**  
**Wilmington, Delaware**

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE