| | |
|---|---|
| 律政司<br>國際法律科<br>司法互助組<br><br>香港中環<br>下亞厘畢道 18 號<br>律政中心中座 7 樓<br><br>圖文傳真：(852) 3918 4792<br>　　　　　(852) 3918 4793<br>網　站：http://www.doj.gov.hk | DEPARTMENT OF JUSTICE<br>International Law Division<br>Mutual Legal Assistance Unit<br><br>7/F., Main Wing, Justice Place<br>18 Lower Albert Road<br>Central, Hong Kong<br><br>Fax: (852) 3918 4792<br>　　　(852) 3918 4793<br>Web Site: http://www.doj.gov.hk |

| 本司檔號 | Our Ref.: | LR(CIV)027/22(USA)IN |
|---|---|---|
| 來函檔號 | Your Ref.: | |
| 電話號碼 | Tel. No.: | +852 3918 4757 |
| 電郵地址 | E-mail: | cathyszeto@doj.gov.hk |

31 August 2022

United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington
Delaware 19801
United States of America

**By Post**



Dear Sir,

                **Re: Letter of Request**
                **Case No. 20-12836JTD)**
                <u>**Credit, Inc, *et al*.**</u>

      I refer to the captioned Letter of Request (the "Request") which was received by us through the Chief Secretary for Administration and the Registrar of the High Court of the Hong Kong Special Administrative Region. Please be informed that the Request has been passed to us for consideration as no local agent has been appointed in the Request.

2.      I have reviewed the Request and notice that it seeks to obtain documents from Huobi Global Limited. It is further noted that Huobi Global Limited is not a party to the civil proceedings in the USA.

3.  According to the record of the Hong Kong Companies Registry, Huobi Global Limited is <u>not</u> a company registered in Hong Kong. Therefore, it is not possible to obtain documents from Huobi Global Limited, unless there is sufficient information to show that its representative, who is in possession of the requested documents, is residing in Hong Kong and the relevant contact information is provided to us. As no individual witness from Huobi Global Limited has been identified in the Request, there is insufficient information for us to further process the Request.

4.  I hope the above is of assistance.

Yours faithfully,

*(signature)*

( Cathy Szeto )
Senior Government Counsel
Mutual Legal Assistance Unit
International Law Division

cc.  Credit Inc. Liquidation Trust
McDermott Will & Emery LLP
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
United States of America
(By Post)

律政司
國際法律科
司法互助組



**DEPARTMENT OF JUSTICE**
**International Law Division**
**Mutual Legal Assistance Unit**

香港中環下亞厘畢道18號
律政中心中座7樓
圖文傳真： (852) 3918 4792
　　　　　(852) 3918 4793
網站：http://www.doj.gov.hk

7/F., Main Wing, Justice Place
18 Lower Albert Road
Central, Hong Kong
Fax: (852) 3918 4792
     (852) 3918 4793
Web Site: http://www.doj.gov.hk

| 本司檔號 | Our Ref. | : | LR(CIV)028/22(USA)IN |
| 來函檔號 | Your Ref. | : | Case No. 20-12836 (JTD) |

2 September 2022

United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801
United States of America

**BY POST**



Dear Sirs

**Letter of Request**
**Case No. 20-12836 (JTD)**
**In re: CRED INC., et al.**

　　We refer to the captioned letter of request seeking to obtain documents from Amber Group (Hong Kong). As no local agent was named in the request, the matter has been referred to us for consideration through the Chief Secretary for Administration and the Registrar of the High Court of the Hong Kong Special Administrative Region.

2.　According to the record of the Hong Kong Companies Registry, there has been no company registered in the name of Amber Group (Hong Kong). Therefore, it is not possible to obtain documents from Amber Group (Hong Kong), unless there is sufficient information showing that its representative, who is in possession of the requested documents, is residing in Hong Kong. As no individual witness from Amber Group (Hong Kong) has been identified in the request, we are unable to further consider the matter.

3.　Please note that any parties to the civil proceedings in the United States may retain a Hong Kong lawyer as their agent to handle the letter of request in Hong Kong. The Hong Kong lawyer should be able to advise on the relevant requirements of processing a letter of request in Hong Kong and to assist in ascertaining whether an individual witness may be located in Hong Kong.

2

4. If a local agent is appointed, please state the name of the agent in the letter of request and transmit the same to the Chief Secretary for Administration. In such circumstances, this Department would not be involved in the processing of the matter.

Mutual Legal Assistance Unit
International Law Division
Department of Justice
Hong Kong Special Administrative Region

c.c.   McDermott Will & Emery LLP, acting for Cred Inc. Liquidation Trust
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801, United States of America
(By Post)