# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned, counsel to the Cred Inc. Liquidation Trust (the "Cred Liquidation Trust"), hereby certifies as follows:

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has provided an omnibus hearing date in the above-captioned chapter 11 cases.

2. Attached hereto, as **Exhibit A**, is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3. The Cred Liquidation Trust respectfully requests that the Proposed Order be entered at the earliest convenience of the Court.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 190999187-1.113270.0012

<table>
<tr><td>

Dated:  Wilmington, Delaware
         September 29, 2022

</td><td>

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*

</td></tr>
</table>

DM_US 190999187-1.113270.0012