## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| CRED INC. LIQUIDATION TRUST, | ) | |
| Plaintiff, | ) | Adv. Proc. No. 22-50398 |
| v. | ) | |
| UPHOLD HQ INC., a South Carolina Corporation, UPHOLD INC., a Washington Corporation, and UPHOLD LTD., a Cayman Islands exempted limited liability company, | ) | |
| Defendants. | ) | |

### NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON OCTOBER 5, 2022 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

DM_US 190812912-1.113270.0012

**ADJOURNED MATTER**

1.  Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 1] [Redacted Version]

    Related Documents:

    (a)  Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 3] [Sealed Version]

    (b)  Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 7/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 4]

    (c)  Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 5]

    (d)  Memorandum of Law in Support of Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 6]

    (e)  Request for Judicial Notice in Support of Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 7]

    (f)  Declaration of Douglas W. Greene in Support of Defendants' Request for Judicial Notice and Motion to Dismiss All Counts in the Complaint (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 8]

    (g)  Defendant Uphold HQ Inc.'s Disclosure Statement Pursuant to Bankruptcy Rule 7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 10]

    (h)  Defendant Uphold Inc.'s Disclosure Statement Pursuant to Bankruptcy Rule 7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 11]

    (i)  Defendant Uphold Ltd.'s Disclosure Statement Pursuant to Bankruptcy Rule 7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 12]

    (j)  Certification of Counsel Regarding Order Approving Stipulation for Extension of Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 9/8/22) [Adv. Case No. 22-50398; Adv. Docket No. 13]

    (k)  Order Approving Stipulation for Extension of Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 9/8/22) [Adv. Case No. 22-50398; Adv. Docket No. 14]

    (l)  Notice of Pretrial Conference (Filed 9/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 15]

3

Responses Received:  None.

Status:   By agreement of the parties, the pretrial conference has been adjourned to the hearing scheduled for December 14, 2022 at 1:00 p.m.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 29, 2022 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>Andrew B. Kratenstein (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |