## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*,[1] | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that, based on the confidential settlement agreement regarding the same and related issues, Daniel Schatt hereby withdraws the following proof of claim in the above-captioned, jointly administered bankruptcy proceedings:

| DEBTOR | CASE NUMBER | CLAIM NUMBER | DATE OF FILING | CLAIM AMOUNT |
|---|---|---|---|---|
| Cred Inc. | 20-12836 (JTD) | 1231 | 2/9/2021 | $0.00[2] |

Dated:  November 15, 2022

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Counsel for Daniel Schatt*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California  94401.

[2] Listed on *Final Claims Register Alpha and Numeric*, filed on August 18, 2021 (D.I. 886) as unsecured for $0.00, but in the amount of 15 Bitcoin.