## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| CRED INC. LIQUIDATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 22-50398 |
| | ) | |
| v. | ) | |
| | ) | |
| UPHOLD HQ INC., a South Carolina Corporation, UPHOLD INC., a Washington Corporation, and UPHOLD LTD., a Cayman Islands exempted limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTER SCHEDULED FOR
### HEARING ON DECEMBER 14, 2022 AT 1:00 P.M. (EASTERN TIME)
### BEFORE THE HONORABLE JOHN T. DORSEY

---

### AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED

---

## ADJOURNED MATTER

1.      Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 1] [Redacted Version]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

Related Documents:

(a)   Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 3]
       [Sealed Version]

(b)   Summons and Notice of Pretrial Conference in an Adversary Proceeding
       (Filed 7/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 4]

(c)   Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ
       Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398;
       Adv. Docket No. 5]

(d)   Memorandum of Law in Support of Defendants' Motion to Dismiss All Counts in
       the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd.
       (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 6]

(e)   Request for Judicial Notice in Support of Defendants' Motion to Dismiss All
       Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd.
       (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 7]

(f)    Declaration of Douglas W. Greene in Support of Defendants' Request for Judicial
       Notice and Motion to Dismiss All Counts in the Complaint (Filed 8/29/22)
       [Adv. Case No. 22-50398; Adv. Docket No. 8]

(g)   Defendant Uphold HQ Inc.'s Disclosure Statement Pursuant to Bankruptcy Rule
       7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 10]

(h)   Defendant Uphold Inc.'s Disclosure Statement Pursuant to Bankruptcy Rule
       7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 11]

(i)    Defendant Uphold Ltd.'s Disclosure Statement Pursuant to Bankruptcy Rule
       7007.1 (Filed 8/30/22) [Adv. Case No. 22-50398; Adv. Docket No. 12]

(j)    Certification of Counsel Regarding Order Approving Stipulation for Extension of
       Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 9/8/22)
       [Adv. Case No. 22-50398; Adv. Docket No. 13]

(k)   Order Approving Stipulation for Extension of Time for Opposition and Reply to
       Defendants' Motion to Dismiss (Filed 9/8/22) [Adv. Case No. 22-50398;
       Adv. Docket No. 14]

(l)    Notice of Pretrial Conference (Filed 9/29/22) [Adv. Case No. 22-50398;
       Adv. Docket No. 15]

(m)  Memorandum of Law of Cred Inc. Liquidation Trust in Opposition to Defendants'
       Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398;
       Adv. Docket No. 18] [Sealed Version]

DM_US 191210504-1.113270.0012

(n)      Declaration of David R. Hurst in Support of Cred Inc. Liquidation Trust's Opposition to Defendants' Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398; Adv. Docket No. 19]

(o)      Memorandum of Law of Cred Inc. Liquidation Trust in Opposition to Defendants' Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398; Adv. Docket No. 20] [Redacted Version]

(p)      Defendants' Reply in Further Support of Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/10/22) [Adv. Case No. 22-50398; Adv. Docket No. 21] [Sealed Version]

(q)      Defendants' Reply in Further Support of Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/10/22) [Adv. Case No. 22-50398; Adv. Docket No. 22] [Redacted Version]

(r)      The Cred Inc. Liquidation Trust's Request for Oral Argument on Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/15/22) [Adv. Case No. 22-50398; Adv. Docket No. 23]

(s)      Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd.'s Request for Oral Argument on Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/17/22) [Adv. Case No. 22-50398; Adv. Docket No. 24]

(t)      Notice of Completion of Briefing filed by Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 11/23/22) [Adv. Case No. 22-50398; Adv. Docket No. 26]

(u)      Notice of Completion of Briefing filed by filed by Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 11/28/22) [Adv. Case No. 22-50398; Adv. Docket No. 27]

Responses Received:  None.

Status:      The pretrial conference, if necessary, will be rescheduled to a date to be determined.

DM_US 191210504-1.113270.0012

Dated: Wilmington, Delaware
November 29, 2022

**McDermott Will & Emery LLP**

*/s/ David R. Hurst*

David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*