**<u>EXHIBIT A</u>**

To:      Dan Schatt[dan@mycred.io]
From:    Joe Podulka[joe@mycred.io]    Case 20-12836-JTD     Doc 1063-1     Filed 12/05/22     Page 2 of 4
Sent:     Mon 10/26/2020 2:21:38 AM (UTC-04:00)
Subject:    RE: Cred Follow-up

We could rename or create new company 'CreDeFi' and probably raise capital just on the name **

I also have some ideas about reducing staff, as we would no longer need anyone working on bringing in Cred Earn money, liquidity, or supporting Uphold/Retail.

- No Randy, Travis, Michael, Devon, Delon, Colin.  Would close the LA (and SM) office as part of bankruptcy and be fully remote.
- No Megan (only would need Min for BD/Marketing)
- No Poland or Shanghai. Danny could use the local engineering team to support current initiatives.  Maybe Amit goes.
- Maybe no Jonathan or Nicole (and contractors) depending on future projects.
- Maybe no Addy if D could and would be willing to manage Amun and similar initiatives.  Although depending on what we decide to pursue, having a #2 and an analyst in capital markets might be a good idea.  Maybe we could work closer with and also be somewhat of a lead-gen for 1AV.
- Not sure what level Security would be required.
- Not sure about Product beyond Maxim and maybe Dhiraj
- Probably no AscaleX, although would likely need Pawan and Cristiane for sure through bankruptcy and likely after given they would manage reporting, account management, integration, customer service, etc.
- Could outsource Legal through PH and/or Scott (or similar)

All energy and resources would be dedicated to fee-based or revenue sharing products – nothing balance sheet related.  I think the remaining team (and likely current investors) could rally around a more focused company.  The key will be segregating all of the unnecessary, risky, and unwanted parts of the company away from everything we want to keep.

Joe

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Sunday, October 25, 2020 10:08 PM
**To:** Joe Podulka <joe@mycred.io>
**Subject:** Re: Cred Follow-up

Really great thoughts, agree wholeheartedly. I'll start digging into those ideas and the communication plan

Sent from my iPhone

On Oct 25, 2020, at 10:01 PM, Joe Podulka <joe@mycred.io> wrote:

Hi Dan.

I have most of this stuff and can put in a folder or share directly over email tomorrow.

I also had an idea about keeping the company alive.  Assuming Chapter 11 is a possibility, I think the objective should be to select the non-balance sheet elements of the company that could possibly grow into a stand-alone business.  Maybe products like Amun, payments for buying/selling crypto, other things Product and Engineering are building today.  This way, the focus could be on closing CredEarn and CredBorrow, but coming away with a leaner company and hopefully some start-up capital to focus on areas of Cred we've been working on lately.  If we're able to make progress on these items over the next 90 days, there may be a company to operate in 2021.

One key will be communicating with employees and investors that the company is not ending, but pivoting.  We'll need to communicate that we're pivoting away from a risky balance sheet business and into a more stable and sustainable one.

Joe

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Sunday, October 25, 2020 9:19 PM
**To:** Steve Mayer <sdmayer@sdmayer.com>; Joe Podulka <joe@mycred.io>; Wyatt Nelson <wnelson@sdmayer.com>
**Subject:** Re: Cred Follow-up

Steve – thank you, very helpful. 8:30am would be great, we'll get cracking on these.

---

**From:** Steve Mayer <sdmayer@sdmayer.com>
**Date:** Sunday, October 25, 2020 at 9:15 PM
**To:** Dan Schatt <dan@mycred.io>, Joe Podulka <joe@mycred.io>, Wyatt Nelson <wnelson@sdmayer.com>
**Subject:** RE: Cred Follow-up

Dan and Joe,  I can do a call at 8:30, noon or about 2.  Each slot I have an hour.  I have copied Wyatt Nelson who works with me on variety of special assignments.   Wyatt, can you join at one of these times?

Dan and Joe,  it would be great if you could send me:

1.  the audited financials from 2018.
2.  If you have a draft of the 12/21/19 financials that would be helpful.
3.  Current financials as of sept 2020.

I can look at this material and be more informed for the call.

We can jump on this right away and after we talk I can get you an engagement letter.

A few thoughts:

1.  Quickly create a spreadsheet on a weekly basis for the next 3-4 month that would give us a game plan.
2.  We should probably interview a couple of bankruptcy firms.  I have a few recommendations and we can use your current firm
3.  We need to create a staffing plan that starts with your current employees and figure out who to cut and when over the next 30 days and maybe quicker
4.  If we have access to Netsuite that would be great.
5.  You cannot take any more new money in the door
6.  You should probably download the business chapter 11 forms which are b-201 through 207.  All of this will need to be completed. The more we can set up the better we will be for the attorney.
7.  We should review your insurance coverage and talk with your broker to make sure we understand coverage.
8.  You have to begin to convert all assets to cash
9.  Please send a copy of the lease so we can review

I am sure I will have some other thoughts by the time we talk tomorrow.


Talk later

Stephen D. Mayer (Steve)
Founder and Managing Partner
sdmayer@sdmayer.com

<image001.png>
SD Mayer & Associates LLP
235 Montgomery Street, 30th Floor | San Francisco, CA 94104
415 691 4040 main | 415 691 4030 direct | 415 760 8824 mobile | 415 691 4033 fax
sdmayer.com
Assistant Gail Jenkin gjenkin@sdmayer.com Direct 415 691 4033

**CONFIDENTIALITY NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (415) 691-4040 and destroy this message.

**DISCLAIMER:** This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation. It should not be used or interpreted as legal or professional advice. Unless otherwise stated, those accessing such advice should contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Sunday, October 25, 2020 7:07 PM
**To:** Joe Podulka <joe@mycred.io>
**Cc:** Steve Mayer <sdmayer@sdmayer.com>
**Subject:** Re: Cred Follow-up

Thanks Joe.

Hi Steve - nice to meet you. Do you have time for a call tomorrow?

Thanks,
Dan

Sent from my iPhone

> On Oct 25, 2020, at 5:41 PM, Joe Podulka <joe@mycred.io> wrote:
>
> Hi Steve.
>
> Thanks for taking the time to chat with me this afternoon. Copied is Cred's CEO, Dan Schatt. You can reply to this email with your thoughts based on what we discussed today.
>
> Thanks
>
> --

<image003.png>

**Joe Podulka**
Chief Financial Officer
joe@mycred.io
mycred.io