**EXHIBIT B**

Message

| | |
|---|---|
| **From:** | Dan Schatt [dan@mycred.io] |
| on behalf of | Dan Schatt <dan@mycred.io> [dan@mycred.io] |
| **Sent:** | 9/24/2020 10:58:09 PM |
| **To:** | Ray Ma [lma@mycred.io]; Daniel Goldstein [danny@mycred.io] |
| **CC:** | Lu Hua [lu@mycred.io] |
| **Subject:** | Re: A bit of thinking around DeFi |

Hi Ray – absolutely we should add all stablecoins!

Regarding the platform, we will start offering higher fixed rates than CeFi or DeFi because we have found a way to combine the earnings, which will be our secret sauce! Get ready to attract back all our users!!

Dan

**From:** Ray Ma <lma@mycred.io>
**Date:** Thursday, September 24, 2020 at 7:19 PM
**To:** Daniel Goldstein <danny@mycred.io>
**Cc:** Lu Hua <lu@mycred.io>, Dan Schatt <dan@mycred.io>
**Subject:** Re: A bit of thinking around DeFi

Hi, Danny,

Coinbase is a centralized exchange thus "conversion" between them (buy/sell/hold) is what it does and what it lives for.

Glad to see if we decide to add more crypto tokens to Cred platform but that maybe not the only thing we could try and add to our product matrix.

From a customer perspective, earning more (or even the most/best among market) on those most notable cryptos like BTC/ETH via Cred also values a lot. If you check around the Cred community in Telegram or Twitter, you will easily find that community are complaining about decreasing rates of CredEarn programs since this year and leave our platform for other competitors. Of course, there are other factors like UI/Mobile/Customer communications involved in their decision. But always providing a competitive earning rate is one killer-strategy to win community love. Maybe we could start to think/discuss/build about sth like shorter maturity (like 2 weeks or even 7 days) programs and higher rates (say 10%-15%) to attract more customers and funds coming into Cred.

Another confusing question related to above topic in my mind is WHY can't we add more stablecoins like USDT (1st stablecoin share from Tether/Bitfinex) and USDC (2nd stablecoin share from Coinbase/Circle)? We already support USDT (TRC20 version) in Klever and TUSD across all platform partners, WHY can't we extend the USDT support (maybe ERC20 version) to all platform partners? Why would we stop ourselves to accept those most popular stablecoins which have billions of dollars circulation?

Just my 1 cents.
Thanks.


On Fri, Sep 25, 2020 at 6:58 AM Daniel Goldstein <danny@mycred.io> wrote:
> Hi Ray,
>
> Algo, Tezos, Yearn, DAI… are all on Coinbase and I can convert any crypto to and from .
>
> Danny

On Tue, Sep 22, 2020 at 1:10 AM Ray Ma <lma@mycred.io> wrote:

Hi, Dan/Danny,

Thanks for sharing your thoughts and insights on this DeFi topic.

Let me share an interesting screenshot of earning vaults below from https://yearn.finance/stats (whose governance token YFI rocket to above $40000 one week ago):
Those vaults in red circle accept only mainstream cryptos like ETH/BTC/stablecoins(DAI/USDC/USDT/TUSD) and their, while the vault for YFI token itself actually earns very very little (less than 2%).



Same pattern applies to UNI token from Uniswap (https://app.uniswap.org/#/uni).
Currently there is NO liquidity pair of UNI token which could earn mining rewards (roughly 40% to 50% apr till this November), Only ETH/BTC/USDT/USDC/DAI pairs accepted.



I myself really a big fan of Ethereum and its related technology like smart contract powered finance innovations so I would suggest to fully utilize all these DeFi LEGOs out there to maximize CredEarn profit by attracting more mainstream cryptos (BTC/ETH/stablecoins) from both retail customers/partners and institution whale clients who trust and love Cred. We could make them happier by connecting DeFi world with a more friendly way (as you may notice in my previous email, the steps to participate in yearn.finance earning looks a bit intimidating to DeFi rookies).

P.S., Staking rewards with PoS tokens like Algo/Tezos are actually single digit these days(around 5%, source: https://staked.us/ and https://www.coinbase.com/staking).
And supporting these new PoS tokens like Algo/Tezos would require complex technical integration of fresh new blockchains which may take months depending on resources.

Looking forward to your reply.
Thanks


On Tue, Sep 22, 2020 at 11:32 AM Dan Schatt <dan@mycred.io> wrote:
> I would suggest we follow the same path as Coinstar/Binance – their listing strategies have generally paid off…If we overlay that with our partnership relationships, the following are all great candidates: Algo, Yearn, Uni, Tezos are good bets to start, generating good volumes…


**From:** Daniel Goldstein <danny@mycred.io>
**Date:** Monday, September 21, 2020 at 8:26 PM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Ray Ma <lma@mycred.io>, Lu Hua <lu@mycred.io>, Maxim Rokhline <maxim@mycred.io>, Daniyal

Inamullah <d.inamullah@mycred.io>
**Subject:** Re: A bit of thinking around DeFi

I agree with Ray that supporting tokens is the best way to start as it will not be different from what we are already doing today.

What tokens should we go after first? in what order?

Danny

On Mon, Sep 21, 2020 at 7:12 PM Dan Schatt <dan@mycred.io> wrote:

Hi Ray!

Thanks for your email, we've been doing LOTs of thinking on this topic, and I'm glad you are involved in helping us lead the charge to do much more in DeFi!

Here's the current thinking:

Phase 0: Start accepting DeFi tokens through our institutional channels, and allocating these to DeFi projects through our asset managers

Phase 1: Retail: Begin supporting key DeFi tokens including Algo, Tezos, Compound, Curve, Yearn

Phase 2: Become a staking node / allocate to DeFi projects directly through Cred / investigate insurance capabilities on DeFi / extend credit card purchasing to DeFi tokens

Phase 3: Retail interface: Offer customers the choice of DeFi vs. CeFi from one interface

We're looking forward to working with you to figure this all out! We'll plan to start setting up some regular meetings soon to make progress!

Thanks,
Dan

**From:** Ray Ma <lma@mycred.io>
**Date:** Monday, September 21, 2020 at 7:19 AM
**To:** Dan Schatt <dan@mycred.io>, Daniel Goldstein <danny@mycred.io>
**Cc:** Lu Hua <lu@mycred.io>
**Subject:** A bit of thinking around DeFi

Hi, Dan/Danny

Hope this email finds you well.

As you may have heard of the names like Uniswap/YFI/Yearn/Curve, those are the most hot names in DeFi and crypto these days.

Those projects already have billions of crypto AUM today (source: https://defipulse.com/).

I have been thinking about the topic around how to utilize DeFi to boost CredEarn earning if possible.

Please allow me to introduce a straight-forward earning practice with yearn.finance as an interesting example. (of which the ROI could reach 50%-70%, source: https://yearn.finance/stats)

[Preparation]
1. recommend to use google Chrome browser and Metamask wallet plugin
2. please download and setup a Metamask wallet on Ethereum: https://metamask.io/download.html
3. please DO keep safe and backup the private key or mnemonic phrases (usually 12 words) for above generated wallet
4. move earning principal (for example USDC) and some ETH (as transaction gas on Ethereum) into above generated wallet

[Steps to try yearn.finance for DeFi earning] (take USDC as an example)
1. go to https://www.curve.fi/iearn/deposit for USDC deposit and you will receive yUSDC LP (Liquidity Provider ) token as receipt (https://etherscan.io/token/0xdf5e0e81dff6faf3a7e52ba697820c5e32d806a8)
2. go to https://yearn.finance/vaults and choose curve.fi/y LP pool to deposit your yUSDC received in above step and you will receive yUSD from yearn.finance (https://etherscan.io/token/0x5dbcf33d8c2e976c6b560249878e6f1491bca25c)
3. then all set, your USDC is compounding-earning now! If you want to withdraw both interest and principal (notice there is 0.5% fee upon principal if withdrawn so it is better to stay there a bit longer to cover the fee), just withdraw from above yearn vault pool and get back the the yUSDC LP token and head to https://www.curve.fi/iearn/withdraw to turn it back to USDC or other stablecoin you want.
4. please notice for above steps, you will need to pay transaction gas using ETH in your metamask wallet and it may cost depending on Ethereum congestion. Recommend to try it with 10K or above principal or the earning may not even make sense to cover the gas cost. you could always check gas cost on Ethereum at https://etherscan.io/gastracker and recommend always use highest gas price to ensure the transaction go through smoothly.

[References]
https://docs.yearn.finance/how-to-guides/how-to-participate-in-a-yvault
https://docs.yearn.finance/how-to-guides/how-to-understand-yvault-roi
https://docs.yearn.finance/faq

IMO, if Cred could start to explore and consider to include DeFi into its offering matrix, like higher earning rate but shorter maturity or bridge other DeFi markets (like Compound/Aave) to facilitate more flexible loans,

believing it would bring additional benefits to Cred customers and the entire LBA ecosystem.

Above is just my two cents and thanks for reading this long email.

Glad to hear your insightful advice.

Have a nice day.


--

Ray Ma

Cred Engineering

Case 20-12836-JTD    Doc 1063-2    Filed 12/05/22    Page 7 of 7

Telegram: @rayEaster | Email: lma@mycred.io

--

Error! Filename not specified.

**Daniel Goldstein**
CTO

danny@mycred.io
(415) 254-5608
mycred.io

--
Ray Ma
Cred Engineering
Telegram: @rayEaster | Email: lma@mycred.io

--

**Daniel Goldstein**
CTO

danny@mycred.io
(415) 254-5608
mycred.io

--
Ray Ma
Cred Engineering
Telegram: @rayEaster | Email: lma@mycred.io