**EXHIBIT F**

| | |
|---|---|
| **To:** | Kevin Hu[kevin@dcp.capital]; Dan Schatt[dan@mycred.io] |
| **Cc:** | Haseeb Qureshi[haseeb@dcp.capital] |
| **From:** | Stan Miroshnik[stan@mycred.io] |
| **Sent:** | Wed 6/10/2020 11:44:05 PM (UTC-04:00) |
| **Subject:** | Re: Cred Intro |

Haseeb, thank you. Kevin - great to connect. Adding Dan, our CEO, to the thread.
Is there a good time for a call/zoom over the next few days?

Stan

On Wed, Jun 10, 2020 at 6:13 PM Haseeb Qureshi <haseeb@dcp.capital> wrote:

> Hi Stan, thanks for reaching out! Cred looks quite interesting, we'd love to learn more. Looping in @Kevin Hu who is our leads our investments into crypto lending.
>
> On Wed, Jun 10, 2020 at 1:27 PM Stan Miroshnik <stan@mycred.io> wrote:
>
>> Haseeb,
>>
>> We've crossed paths in the crypto world and I wanted to connect as we are raising our first round of outside capital. I think it's within your fairway, so hopefully not an imposition.
>>
>> Cred is an enabling technology platform in the digital asset lending space. The co is 2 years old, being built by an ex-PayPal team, with 25FTEs, nearing 100,000 accounts, $250MM in assets serviced, $7mm revenue in '19, and on a strong growth path. We are "The bank platform for the token economy". Cred also enables use of the LBA utility token when staked, provides premium interest rates, providing additional liquidity support.
>>
>> We are technology first, pursuing a Stripe-like b2b2c strategy, so not burning on retail accounts but working with large partners like Uphold, Litecoin Foundation, Huobi Wallet, Blockchain, and exchanges as a plug-in/API solution.
>>
>> Link to the deck here - https://docsend.com/view/mxii4998srasb7aa
>>
>> Pls let me know if your team is interested in connecting and having a conversation.
>>
>> Kind regards,
>> Stan Miroshnik
>
> --
> Haseeb Qureshi
> Managing Partner, Dragonfly Capital
> dcp.capital