**EXHIBIT H**

## Ongoing Projects

- Bitcoin.com Relaunch - still need to set up meeting with Jason for this week to hear his plan.
- Visa FasTrak program - need to finish press release and get over to IJ for pitching and release
- Don Kingsborough/investor release?
- Devon Kline event
- Security Landing Page
- AMA Video Series - going to have Dan do another one and then after that have different members of the team join
- Crisis PR Plan
- Autopilot Transition outstanding items
- PR firm - Inbound Junction contract up at the end of August
- Megan will share everything in google drive
- Firebase Amit

## Things to go over

- Accessing Tableau
    - Ask Heidi for any lists you need instead of trying to figure out Tableau yourself. It's unwieldy and complicated and Heidi can pull a list for you in a few minutes.
- Paid ads
    - You need to get the landing page up to drive traffic to before any ads can be run. Push this back onto Devon or Xavier for assistance if they want to prioritize it with product and engineering. Make sure there is a consultant, do not let anyone try to run paid ads themselves.
- Product marketing
    - Follow any templates that exist in google drive. I have done product marketing examples for pretty much every partner we have and it can all be found in google drive in slides. If you have any questions about it or where things are, Jonathan can help.
- Autopilot - correct link to start earn button if its a generic campaign (ex: Just Browsing campaign)
    - For any emails that are sent, make sure you first run it by Dan S if he is available, or send test emails to a small group for quality control. I used to send test emails to Heidi, Jonathan, Marie (or Nicole) for any feedback on the subject line and to test all of the links. You have access to Sendgrid and can always pull up 2 years worth of email marketing that I have sent out to customers if you need help in getting ideas for what content to use. Rinse and repeat if necessary with campaigns that have been successful in the past. Mary Michael also has done a ton of content in google drive that can be used.

- When/ why to send emails
  - Promotional
  - Newsletters/ Updates
  - Partner campaign
  - Comms with customers about compliance or product changes

## Processes:

- New Partner
  - Confirm dates with BD and Product
  - Create a strategy doc - use the templates that have already been created
  - Meet with partner - really lean on the partner to do the marketing. Your only job is to support and encourage.
  - Marketing/PR - make sure the dates are concrete before committing to a marketing launch date. I have seen dates get pushed back too many times on the product side, so just assume a target launch date is going to change.

- New Product Announcement
  - Confirm dates with Product
  - Create a strategy doc
  - Blog content, email content, social promotion, etc.

- Email Campaigns
  - Get Tableau list from Heidi
  - Draft content
  - Make sure that there are UTM links in everything
  - Put into Autopilot template
  - Send test email to Nicole S, Heidi, Xavier, etc for spot checking. Always send test emails around for feedback.
  - Send to compliance for signoff
  - Triple-check that all links are correct, there are not spelling or grammar errors, etc.
  - Create an Autopilot journey to track the data.

## Things I feel great about:

- Blog
- Social
- Content for email
- Email templates and journeys
- Press releases
- PR team meetings
- Telegram

- Partner marketing
- AMAs

## Current Projects:

- Explainer video
- Bitcoin relaunch
- Klever partnership
- Crisis PR doc
- July AMA

## Things I will avoid:

1. Messaging around Active Programs in Blocked States
2. Messaging around XAU decommission
3. Messaging around programs in general
4. Autopilot responsibilities - push back on Danny for the migration. We did our job in getting all of the content, templates, and journeys set up. He needs to take the lead on Q/A and ultimately sunset Sendgrid. I took on too much as it is and he shouldnt have leaned on us so heavily for that migration. It is purely technical at this point. If you get pushback from him then bring in Jonathan and Dan Schatt if need be but Jonathan should be able to help.

## Passwords

- Tableau - get from Heidi but I dont think you need it
- Make sure Dan H gives u access to my Cred email so you can find anything you might need