**EXHIBIT I**

| | |
|---|---|
| **To:** | Dan Schatt[dan@mycred.io]; Joe Podulka[joe@mycred.io]; Adnan Khakoo[adnan@mycred.io] |
| **From:** | Daniyal Inamullah[d.inamullah@credcapital.io] |
| **Sent:** | Thur 7/2/2020 1:03:42 AM (UTC-04:00) |
| **Subject:** | Strategies |

Cred Strategy.xlsx

All -

I put together the attached to help with ideation for go-forward strategy. Addy helped me develop a few of these concepts, as well as others. It may be a good idea to put together a meeting to discuss these concepts as there's a lot of random stuff there (just to get all my thoughts out on paper!).

Also, these are one person's thoughts, maybe there's a way to get everyone else's as well...

**Daniyal Inamullah, CFA**

Head of Capital Markets

(213) 344-6983

d.inamullah@credcapital.io

credcapital.io

**CRED 3.0 PLAN**

## Company Overview

**WHAT WE ARE**
- Partners
- Reputable Brand
- Customer Service / Distribution
- Operate ~ breakeven
- Licensed
- Experienced
- Connected
- Security
- RIA
- Altcoin / Partnership focused

**WHAT WE ARE NOT (/ NOT YET)**
- Technology Leader
- API Platform
- Liquid
- Balance Sheet Lenders
- DeFi
- Thought leader for developers
- Traders
- Single project focused

**What to focus on? Partners**

### Current Product Platform Assessments

**Cred Borrow**

| Strengths | Weaknesses |
|---|---|
| Opportunity for substantial return | Requires strong balance sheet to scale |
| Tax efficiency | Low Demand |
| Cheaper Leverage | Lack of back-end servicing system to scale |
| White glove service | Significant competition, little differentiation |

**Strategy**
Cred does not have the capital to scale this business today. We should partner with a lending solution such as Tradestation, SIG, FLEX, etc. to set up loans. We should also sell loan participations to potential investors in a forward flow manner.
We can introduce no-margin call, no-liquidation product or a 0% interest product to the industry.
Reduce marketing for CredBorrow. Currently, our strategy is to sell enough of the crypto we receive as collateral in order to fund the loans (which is not a scalable or profitable strategy).

**Cred Earn**

| Strengths | Weaknesses |
|---|---|
| High yield relative to competitors | Competition on lending and yield strats will reduce yields over time |
| Partnerships in place | |
| Generated significant revenue | High risk strategy |
| Multiple distribution channels | MoKred liquidity |
| White glove service | Inflexible risk profile |
| | Significant competition, little differentiation |

**Strategy**
Decreasing volatility and lending rates will drive down yields we are able to pay out over time. We already see this impact in the data (IV down, rates down to even 3% in some cases).
Lowering rates too fast may have the impact of accelerating redemptions - sales team indicated the primary reason customers come to us are the high rates. We are losing our competitive edge with unregulated competitors for risk tolerant investors.
Should consider transitioning the product to retail focus only - lower redemptions, relatively inelastic demand for rates, and more predictable maturities. HNW should eventually go to Private Wealth Mgmt.

**Luxembourg**

| Strengths | Weaknesses |
|---|---|
| Tax efficient | Limited borrower pool |
| Bankruptcy-remote structure | Complex structure for FP&A teams |
| Scalable | Potential legal dispute |
| Strong team | |

**Strategy**
Should hold off until there is legal clarity surrounding strategy.
Structure may be too complex for current operations. This could change quickly with the dramatic increase of mining and exchange companies in north america.

## Other

Implement breakout sessions (Xavier organized great ones at Salt) to test different ideas, and mix-n-match our team in more intimate conversations. The tech team needs to speak to the business team a lot more. We should prioritize BTC/ETH/SC marketing over all others. Significant cash drag as a result of new tokens that typically lack liquidity.

## Strategy Overview

*Conduct a three phased roadmap to growth*

**Stage 1: Balance sheet / team strengthening**
Core tenets:
 - Focus on fee-based services
 - Minimize balance sheet restrictive operations
 - Increase product diversity for direct sales force execution

**Stage 2: Technology stack and product differentiation**
Core tenets:
 - Cred 2.0 API integrations
 - Build tech sales force
 - DeFi integrations (need engineers)
 - Payments

**Stage 3: Expansion**
Core tenets:
 - Revisit securitization
 - Project / developer finance (VC)

**New Product Concepts (No specific order)**

**1/ Private Debt:** Take advantage of our ability to underwrite deals and structure accordingly. We should begin to work on smaller deals that we can sell to our HNW investor base. Randy specialized in fixed income sales and can put together a specific program for the sales team to model. This will also allow us to market different types of deals (miners, exchanges, types of collateral, etc.) and also allow us to market traditional deals (like real estate, for example) to cryptocurrency holders looking for exposure.
Private debt can also be scaled via back leverage and a syndicate model to maximize revenues (target 3-5% on a deal by deal basis).
The weakness in the strategy is that it's operationally burdensome, but we have some rock stars on the ops from (Devon, Heidi, and Xavier) to put together a platform that works and is scalable. Over time, we can then create a dashboard (maybe outsource or use our own engineers / lawyers) and create a dashboard for investors to more easily review deals. We may also have to hire another credit underwriter to help scale the platform (or we could outsource). Our consultant John Barr is highly qualified in the space and brings legitimacy to our operation, we should use him more.
The idea for the business is to begin churning loan opportunities as quickly as possible as fee-based advisory. This will require minimal loan capital to scale the business and take advantage of our network. Selling the deals will also help get us in front of different types of investors looking for bespoke yield. We would have the most competitive set of financial products in the space - while everyone pitches a singular 'yield' product, we have a menu for prospective investors.

**2/ Money Markets:** Arca is releasing a digital money markets product and are looking for a few firms to partner with. This product targets a low 2-3% yield on dollars, but could be a great way to get fiat/sc on the platform - it's competitive with wealthfront and sofi, and is exposure to relatively risk free assets (80% treasuries, 20% munis). Having both this and our stablecoin yield product will allow us to shape our story.
The weakness here is that the return may be minimal (have not released the revenue share at this point, but should be out soon), but there is a massive industry for these products - even 1% would be an incredible platform to introduce. With ACH draw, wire, and stablecoins, we could put together a unique niche here.
Our advantage is that we are first in line of select market makers to add this to their platform.

**3/ Fund Management:** We have an opportunity with Sarson Funds to cheaply launch fund products as a sub-advisor. Sarson is desperate for more thought leadership on their platform, and they are also a marketing machine. Initially launching a volatility capture (covered call option) fund is a secure product that we can begin to offer to our customers as a higher risk option. It benefits Cred as we do not take balance sheet risk (opportunity cost is the return profile).
The weakness here is getting through the legal hurdles to launch this or a new fund. We may have to think through how our sales team interacts with this fund since they are not licensed advisors - there may be some hoops we have to go through in order to get it up and running the right way.
Our advantage is that we have 3 derivatives focused traders that know the space very well now and Paul Brownstein, who has 30+ years in the space.

**4/ Private Wealth Management:** The lack of financial advisory guidance is quite stark in the industry. Large crypto holders typically keep their assets given the lack of investment opportunities. A private wealth management practice would allow our sales team to sell financial products (fee-based) and provide advice to businesses looking to meet certain goals.
Partnering with 100 Acre Ventures may provide an excellent mechanism to provide a suite of financial products with various risk profiles (low, base, aggressive - for example).
The weakness in this strategy is that we have to train our advisors quite a bit and be able to increase our product suite by ourselves and with others to have a full suite ready to go.
Our advantage is the sales strength we have, and the ability to be the first to shape how financial advisory works in crypto.

**5/ Staking Partnerships:** The staking economy continues to grow and will growth futher with ETH 2.0. There are numerous staking validator pools that are looking for distribution channels. We could charge fees in order to facilitate staking in a variety of different coins as a partner, and offload the work to the validators. Min is in conversations with Node40, but others may as also fit those roles.
The weakness in this strategy is that it requires a unique tech build out and maybe marketing of some of the coins on the platform. It will not earn too much with respect to fees, but it will build coalitions with the right communities.

**6/ Gold Product Ideation:** We should build out unique projects in the tokenized gold space - potentially separate from our crypto projects if possible. Gold has an independent marketing angle and a significant community that needs to be convinced to go to a crypto company to buy gold - tough sell in my opinion. If we can create a challenger precious metals platform, it will help diversify our outreach and marketing.
The weakness here is that it will cost developer time and resources.
The opportunity is to partner with a company (like Craxel) looking to build products in the space, but lack lending/investment licenses to operate.
The industry is obviously quite massive, and Paul B has significant sales/marketing for Precious Metals.

**7/ Celebrity NFT -** Sponsored activities that are essentially geo-cached hunts for mneumonic phrases or other private key data to earn rewards. Individual celebrities can be brough on the platform to and promote those products. Access to clues are enhanced by staking certain amounts of LBA. Revenue stream can be a combination of sponsorship/marketing and bringing users to the platform, and liquidity for LBA holders.
Guess who we need for this one :)