**EXHIBIT K**

**To:** Jonker, Jeremy[jjonker@paypal.com]
**Cc:** Haseeb Qureshi[haseeb@dcp.capital]; Kevin Hu[kevin@dcp.capital]; BANCES, Paul[pabances@paypal.com]; Ganatra, Jay[jganatra@paypal.com]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Wed 7/29/2020 5:42:18 PM (UTC-04:00)
**Subject:** Jeremy || Dragonfly Capital

Hey Jeremy,

Just a quick update – Dragonfly Capital (Haseeb and Kevin cc'd) will lead Cred's convertible note round. Haseeb and Kevin are great guys, and I wanted to put you in touch with them directly, as they are strong investors in the blockchain space…

I had a productive call with Jay (thanks Jay!), and let him know we'd come back when we've identified a lead. As discussed with Paul and team, lots of commercial possibilities, just a longer timeframe to implement…

We'll be closing by mid-August – would be great to have an investment from PayPal to a bunch of ex-Paypalers* .

Thanks,
Dan