**EXHIBIT L**



**A licensed credit provider to the blockchain community, providing a technology platform that enables lending and borrowing**

# Cred Investor Presentation

Q3 2020

**Dan Schatt**
**CEO**
dan@mycred.io
415-706-1374

Private and Confidential



# Cred at a Glance



**Founded**
**January 2018**



**Employees**
**25 FTE**



**Locations**
**San Mateo**          **Los Angeles**
**(Cred HQ)**          **(Cred Capital HQ)**



**Countries**
**190+**



**Customers / Partners**
**100,000+ Customers**
**Over a dozen partners**



**Loans serviced**
**$250M+**

A licensed lender and technology platform providing financial services:

- Lending
- Borrowing
- Merchant Services

Private and Confidential



CRED

# Team

### An experienced leadership team skilled in the banking of digital assets, ...

### and a highly entrepreneurial advisory team attuned to next gen banking

Advisors.


**Dan Schatt**
Founder and CEO
Former PayPal / Salomon
Columbia University


**Dan Wheeler**
General Counsel
Former Bryan Cave
New York University


**Scott Thompson**
Former President
PayPal


**Brett King**
Founder / Author
Moven Bank / Bank 2.0


**Joe Podulka**
Chief Financial Officer
Former PayPal
Stanford University


**Bethany De Lude**
Chief Information Security Officer
Former NSA / Federal Judiciary
Johns Hopkins University


**Don Kingsborough**
Founder
Blackhawk Network


**Mike Arrington**
Founder
TechCrunch/XRP Capital


**Maxim Rokhline**
Chief Product Officer
Former PayPal / Intuit
California State University


**Daniel Goldstein**
Chief Technology Officer
Former Western Union / Symantec
Haifa University


**Lu Hua**
Co-Founder
moKredit and Cred


**Francesco Matteini**
Chief Compliance Officer
Former TradeKing
Harvard University

Private and Confidential



# Opportunity

"We need banking,
but we don't need banks"

— Bill Gates



# The blockchain community lacks access to banking services - Cred is solving this problem

❌ Lending and Borrowing Services

❌ Cash Management Solutions

❌ Debt financing solutions

✅ Custodians, wallets, media publications and financial application providers are looking for monetization opportunities beyond ad sales

✅ Miners of cryptocurrency lack access to financial products such as cash flow and production-based credit

✅ Exchanges are looking to avoid balance sheet financing, create tax efficiency, and get access to mainstream investors

Private and Confidential



CRED

# Global demand for banking services of crypto assets on the rise

*A $200B asset class with $200T of potential tokenization, spurring demand for funding and deployment of debt capital*

| **Consumers** desire to: *Earn and borrow crypto assets* | **Institutions** desire to: *Invest in fixed income crypto instruments* | **Businesses** desire: *Cash management / hedging of crypto* |
|---|---|---|

 Value of all crypto assets expected to reach $1T+

 Wyoming law effective July 1 allows insurance company investment in bitcoin, 1st in US

 Tokenization of new assets such as gold are valued as $7T asset class

 An estimated 30+ million people hold crypto assets

 Significant inflows to Bitcoin ETFs and over $125B of ETF Fixed Income Interest in past year.

 Growing asset pools in token form require liquidity and investment services

 *Cred serves businesses, institutions and high net worth investors. Cred has serviced over $200M of loans across 30 crypto and fiat assets, with 100,000+ customers in 190 countries across 12+ partners in the past year*

Source: CoinMarketCap, PwC Advisory LLC Analysis

Private and Confidential



# Cred provides retail and institutional services for crypto assets

*Applying financial services best practices and bridging the gap to crypto*



## *Crypto Lending & Borrowing Platform*

*Lending and Borrowing services for partner applications and high net worth individuals*

- Cred is a licensed California lender active in 33 US states

- Manages legal, operations, tech integration for partners

- Standard lending terms for 30 digital assets

- Customers include crypto media publications, wallets, exchanges, NBA fan sites, and application providers



## *Capital Markets Platform*

*Asset management and advisory services to top-tier blockchain companies and foundations*

- Enables investor exposure to crypto

- Manages $100M+ portfolio, targeting $350M by year-end

- Develop allocation strategies for a volatile asset class

- Customers include HNW / institutional investors in crypto



Private and Confidential

# Cred is emerging as the most creditable provider of financial services to the blockchain economy



**Time**

| | H1 '19 | H2 '19 | H1 '20 | H2 '20 | Q1 '21 | Q2 '21 | Cred Initiatives |

Total Assets Serviced

Future State

Launch merchant & supply chain financing solutions

Launch payment cards, trading and market operations, Defi services

Complete wealth management offering
*Buy BTC/LBA Trading / fiat accounts / API platform*

$200M — Private debt term sheets, Cred in 190+ countries, 12+ partners live, compound interest launched

$100M — Completed successful $14M Bond offering, expansion to 30+ currencies, Partnership with Litecoin Foundation

$5M — Launched CredEarn in 50 countries
Obtained California lender's license / state licenses

Today          Products



Private and Confidential

# Growing loan book and active programs despite market volatility…



Partial Data -
Last Updated 6/12/2020

# Cred's Retail and Institutional Services



# What does Cred do that is different than traditional banks?


J.P.Morgan

- Serve customers that lend and borrow in 190+ countries
 

- Offer returns on both Fiat and Crypto assets
 

- Pay interest denominated in any crypto or fiat asset
 

- Borrow dollars against crypto assets
 

- Receive one credit line that values all your crypto holdings
 

- Offer bonds denominated in crypto

- Architecting blockchain based merchant solutions cash-intensive businesses
 

Private and Confidential



# Mobile first

85% of our users are coming through mobile

**Current Dashboard**



**Redesign**







# Investing In Technology





*Custodial and non-custodial regimes require complex approaches to cross-app collaboration.*

*CRED B2B platform dynamically exposes its services via comprehensive mix of methods and authentication techniques to ensure 'native' user experience and minimal implementation effort for prospect partners.*

*Full spectrum of integration (from loose to tight) and scope of implementation effort (from minimal to more involved) is supported by CRED B2B platform*

*Any custom implementation requirements are simplified via expandable architecture and ready to use templates*

# What differentiates Cred?

| Cred Differentiators | Functions / Core Competencies |
|---|---|
| **Capital Markets**<br>• Generates investment income<br>• Attracts institutional funding<br>• Lowers cost of funds | **Sourcing Funds:** Institutional borrowing & corporate treasury relationships<br>**Generating Returns** Asset management "fund of funds" & securitization participations<br>**Hedging:** Token issuers, Exchange & OTC relationships<br>**Fixed Income: Institutional funding:** SPV / Public Vehicle capable of providing exchange-traded / BTC denominated bonds |
| **Legal / Regulatory**<br>• Enables compliant operations in US<br>• Lowers cost of doing business<br>• Attracts institutional business / asset managers | **Licensing:** Lending licenses, availability in 33 states<br>**Compliance:** Tax and securities opinions, crypto lending requirement and MSB memos<br>**Trademarks:** Logo / wordmark<br>**Inside / Outside Counsel Expertise:** Bryan Cave, Paul Hastings, Dentons |
| **Exclusive Distribution**<br>• Lowers cost of customer acquisition<br>• Attracts retail funding at low cost<br>• Scales business at low fixed costs | **Crypto wallets & Crypto Exchanges,**<br>**Stablecoins & Token Foundations,**<br>**Professional Sports, Media Companies** |
| **Technology**<br>• Lowers cost of onboarding customers & partners<br>• Scales business across geographies / asset types<br>• Safeguards assets & lowers cost of compliance | **Borrow / Lend / Commerce as a service**<br>**Utility token / stablecoin / blockchain operating system expertise**<br>**API / Microservices**<br>**Application & Custody security** |
| **People / Expertise**<br>• Traditional wall street expertise to new asset classes<br>• Traditional fintech expertise to drive crypto & fiat<br>• Native crypto expertise to support blockchain integrations<br>• Navigation of securities / lending / payment industry regulatory regimes | **Lending, borrowing & capital markets**<br>**Payments, acquiring and issuing**<br>**Crypto Compliance & Multi continent coverage**<br>**Platform services and UI / UX** |

CRED

# Crypto Lending as a Service is valuable for the ecosystem...

## Exchanges



Keep customers on your brokerage or exchange.

## Investors



Allow investors ability to tap into margin.

## Wallet Providers



Provide more utility and engagement.

## Fintech Platforms



Offer crypto lending/borrowing.

## Customers



Access credit and earnings wherever you are most comfortable.

Private and Confidential



# Crypto Lending Use Case

Crypto Wallet XYZ would like to bring in more assets from new and existing customers, increase customer retention, and find a way to net an incremental $1 million of annual profit.

**Cred's Blockchain Banking integration…**

- A more efficient use of capital than building outside of company's core competency;
- Removes regulatory liability since Cred is the lender of record;
- Generates commissions from day 1;
- Removes the need to manage licensing, technology, lending operations

| Features | CredEarn Solution | Become a Lender | Affiliate marketing |
|---|---|---|---|
| No operational overhead | ✓ | ✗ | ~ |
| Full regulatory approval | ✓ | ✓ | ~ |
| Immediately profitable | ✓ | ✗ | ✗ |
| Keep customers engaged on site | ✓ | ✓ | ✗ |

Private and Confidential

CRED

# Growth in Partnerships

Cred now launches a new partner monthly - crypto wallets, stablecoin providers, crypto exchanges, the crypto media, and sports celebrities!









Private and Confidential

# Competitive Advantages

### Sophisticated Platform



- Cred APIs allow for deep integration with partners' applications and platforms

- Flexible platform is able to deliver partner-specific, co-branded Cred applications within weeks

### Competitive Rates



- Cred's interest rates are highly competitive

- Compound interest and choice of payment methods are differentiators

- Cred offers interest on fiat, crypto, stable-coin, as well as commodities

### Strategic Partnerships



- Formal partnerships with best of breed companies and alt-coin issuers

- These includes top wallets, exchanges, and custodians

- Alt-coin issuers include top market-cap coins

### Investment Management



- New source of revenue for partners

- Risk-adjusted returns

- Competent managers

- Scaleable

### Experienced Leadership



- Experienced team skilled in the banking of digital assets

- Proven ability to apply traditional financial services best practices to a new asset class

- International execution success



C R E D

# Financials



# Cred is built to win and has cracked the code to attract low cost funding



### Reputation and Relationships
Cred books profitable loans to borrowers through its collective reputation and deep relationships in the global crypto community.



### Sophisticated and Technology-enabled
The loans are funded through a sophisticated institutional securitization channel and technology-enabled retail channel - which cleverly leverages third party platforms so cost of capital and acquisition costs are minimized.



### Gross profit

### Operating expenses

### Built to Scale
Cred is built to scale without materially increasing headcount.  The right team is in place and can be augmented with selective outsourcing.

### Infrastructure In Place
With the company's infrastructure in place, day-to-day expenses are expected to grow significantly slower than revenue.  Most non-employee expenses will come from the manageable use of professional services and technology.

Private and Confidential



# Cred is positioned for growth
## Increasing revenue and focused expense management will drive profitability in 2020

| $M | FY2018 | FY2019 | FY2020 | FY2021 |
|---|---|---|---|---|
| Loan Portfolio (Y/E) | 0.0 | 77.2 | 218.5 | 356.8 |
| Income | N/M | 7.3 | 23.4 | 30.4 |
| Cost of Sales | 0.0 | 4.9 | 11.6 | 16.3 |
| Gross Profit | N/M | 2.4 | 11.8 | 14.2 |
| Expenses | (3.4) | 4.8 | 7.8 | 8.5 |
| Operating Margin | (3.4) | (2.3) | 4.0 | 5.7 |
| Net Income | (3.4) | 0.9 | 2.0 | 3.5 |

*(Chart: Q1'20, Q2'20, Q3'20, Q4'20 — Income, COS, Expense, Operating Margin)*

**Comments**
- 2019 positive Net Income due to successful trading activity that generated $3.2M in Other Income
- 2020 Revenue growth primarily based on increasing Y/Y active funds-in from $77M to about $220M
- Growth in Q2 significantly exceeded plans due to significant trading gains.
- Decreasing cost of capital, managing day-to-day expenses, and successful investment strategies are driving Q2 profitability.



Private and Confidential

# Seeking Convertible Notes to Series A

| Type | Convertible Note to Preferred shares in Series A |
|---|---|
| Size | Seeking $5M **Convertible Notes** to Series A, minimum $250,000 |
| Investor Rights | Guaranteed participation in Series A equity raise |
| Use of Proceeds | Invest in technology platform<br>Lower cost of capital through more efficient liquidity management<br>Satisfy capital requirements for future regulatory licensing (e.g state money transmitter licenses) |



Private and Confidential