**EXHIBIT M**

| | |
|---|---|
| **To:** | Dusan Kovacic[dusan.kovacic@rockawayblockchain.com]; Viktor Fischer[viktor.fischer@rockawayblockchain.com]; Radek Horák[radek.horak@rockawayblockchain.com] |
| **Bcc:** | stan@mycred.io[stan@mycred.io] |
| **From:** | Dan Schatt[dan@mycred.io] |
| **Sent:** | Thur 8/20/2020 11:33:20 PM (UTC-04:00) |
| **Subject:** | Re: Cred <> Rockaway Blockchain |

Hi Dusan, Viktor, Radek,

We are in the process of closing the round and would like to get your signed docs early next week and wires by end of the month latest. Dragonfly is leading as you know and will be joined by Distributed Global, Uncorrelated Ventures, Coinbase Ventures, Fenbushi, Global Brain, and we are finalizing with a broad investment and strategic partnership with Ripple that's really game-changing to us.

We've got a number of strategic announcements scheduled for next week and would like to announce the round first week of September.

Let me know your timing on the above,

Dan

---

**From:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
**Date:** Thursday, August 13, 2020 at 12:11 PM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Viktor Fischer <viktor.fischer@rockawayblockchain.com>, Radek Horák <radek.horak@rockawayblockchain.com>, Dianne Urquia <dianne@mycred.io>
**Subject:** RE: Cred <> Rockaway Blockchain

Hi Dan,

We had a great call with Daniyal today. After discussing internally, we would like to proceed. Can you please share with us the investment documentation?

I also noticed that the online investor deck became unavailable. Could you please send me a copy?

Thanks a lot.
Dusan

# DUSAN KOVACIC
*Investments*

+420 739 368 324 (Mobile, Signal, Telegram, Whatsapp)
dusan.kovacic@rockawayblockchain.com

Web | Twitter | Medium



---

**From:** Dianne Urquia <dianne@mycred.io>
**Sent:** Tuesday, August 11, 2020 5:28 PM
**To:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
**Cc:** Viktor Fischer <viktor.fischer@rockawayblockchain.com>; Radek Horák <radek.horak@rockawayblockchain.com>; Dan Schatt <dan@mycred.io>
**Subject:** Re: Cred <> Rockaway Blockchain

Hi Dusan,

No worries. The calendar invite is updated.

Best,



**Dianne Urquia**

Assistant

dianne@mycred.io

mycred.io

On Tue, Aug 11, 2020 at 1:50 AM Dusan Kovacic <dusan.kovacic@rockawayblockchain.com> wrote:
Hi Dianne,

I apologize for inconvenience. Can we please reschedule to today 11:AM PST? Alternatively, if sooner time was possible, 9:00 AM PST today or 8:00 AM PST tomorrow would work better. To speed up the scheduling process, feel free to call me on Whatsapp or Telegram. My number is +420 739 368 324.

Unfortunately, one of my colleagues cannot join on Wednesday.

Thank you.

Best Regards,
Dusan

**DUSAN KOVACIC**
*Investments*

+420 739 368 324 (Mobile, Signal, Telegram, Whatsapp)
dusan.kovacic@rockawayblockchain.com
Web | Twitter | Medium

rockaway **BLOCKCHAIN**

**From:** Dianne Urquia <dianne@mycred.io>
**Sent:** Monday, August 10, 2020 6:20 PM
**To:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
**Cc:** Viktor Fischer <viktor.fischer@rockawayblockchain.com>; Radek Horák <radek.horak@rockawayblockchain.com>
**Subject:** Re: Cred <> Rockaway Blockchain

Hi Dan, moving you to bcc.

Hi Dusan,

Please see Dan's availability below:
1. Tuesday, 11 AM PST
2. Tuesday, 1 PM PST
3. Wednesday, 10:30 AM PST

I'll send the calendar invite once your availability is confirmed. Thanks.

Best,



**Dianne Urquia**

Assistant

dianne@mycred.io

mycred.io

On Mon, Aug 10, 2020 at 8:55 AM Dan Schatt <dan@mycred.io> wrote:
Thanks Dusan, sounds great. Including Dianne who can schedule something that works with your calendars.

Dan

Sent from my iPhone

> On Aug 10, 2020, at 8:39 AM, Dusan Kovacic <dusan.kovacic@rockawayblockchain.com> wrote:
>
> Hi Dan,
>
> Thanks for the response. We also discussed with Haseeb and Kevin from Dragonfly and are close to make our final decision. Can we please have a call tomorrow or on Wednesday to talk about the final points below? I will also include my CEO Viktor and COO Radek.
>
> 1. Competitive advantage of Cred to other platforms (how difficult is it for other lending platform to white label their solution)
> 2. Growth strategy (why is the forecast for AUM growth in 2020 300% and only 60% in 2021)
> 3. Viability of the business model (how sustainable is it to generate yield 12-20% p.a. – estimated based on forecasted AUM and income)
> 4. Exit plan
>
> Looking forward.
>
> Best Regards,
> Dusan
>
> **DUSAN KOVACIC**
> *Investments*
>
> +420 739 368 324 (Mobile, Signal, Telegram, Whatsapp)
> dusan.kovacic@rockawayblockchain.com
> Web | Twitter | Medium
>
> <image001.png>
>
> **From:** Dan Schatt <dan@mycred.io>
> **Sent:** Tuesday, August 4, 2020 9:15 PM
> **To:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
> **Subject:** Re: Cred <> Rockaway Blockchain
>
> Hi Dusan,

Nice connecting with you yesterday. My comments below in **bold.**  BTW – thanks for sending Gumi to us, we had a good call, and it sounds likely they'll participate.

Thanks,
Dan

---

**From:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
**Date:** Tuesday, August 4, 2020 at 11:21 AM
**To:** Dan Schatt <dan@mycred.io>
**Subject:** RE: Cred <> Rockaway Blockchain

Hi Dan,

Thanks for the call yesterday. I reviewed the deck. Before I approach Haseeb to share the internal memo, I would like to ask few questions related to the business (so I can provide back an unbiased option).

1. How does the money flow in the Cred ecosystem look like? Who pays the fees and how much (by each party)?

**Partner receives a rev share (~1%) / Customer receives interest (~5%) / Cred pays fund managers (~1%)**
1. Are the shared Q2 2020 financial data actuals or a forecast from the past?

**Actuals**
1. Can you please describe the trading/portfolio management strategy and show historical performance on monthly basis?

**We've had our Cap markets head on several due diligence calls to discuss this, probably best to have Dragonfly share their info with you…**

Looking forward to discuss further.

Best Regards,
Dusan

**DUSAN KOVACIC**
*Investments*

+420 739 368 324 (Mobile, Signal, Telegram, Whatsapp)
dusan.kovacic@rockawayblockchain.com
Web | Twitter | Medium

<image004.png>

---

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Monday, August 3, 2020 5:30 PM
**To:** Dusan Kovacic <dusan.kovacic@rockawayblockchain.com>
**Subject:** Re: Cred <> Rockaway Blockchain

Hi Dusan,

Great to meet you!  As promised, I am including the investor deck.

Thank you,
Dan

---

**From:** dan@mycred.io
**When:** 8:00 AM - 8:30 AM August 3, 2020

**Subject:** Cred <> Rockaway Blockchain
**Location:** https://mycred.zoom.us/j/91933576220?pwd=bHBFektXL1BtUVRQSlRkaXZVZ0RlUT09

Dan Schatt is inviting you to a scheduled Zoom meeting.

Topic: Cred <> Rockaway Blockchain
Time: Aug 3, 2020 08:00 AM Pacific Time (US and Canada)

Join Zoom Meeting
https://mycred.zoom.us/j/91933576220?pwd=bHBFektXL1BtUVRQSlRkaXZVZ0RlUT09

Meeting ID: 919 3357 6220
Passcode: 826193
One tap mobile
+14086380968,,91933576220#,,,,,,0#,,826193# US (San Jose)
+16468769923,,91933576220#,,,,,,0#,,826193# US (New York)

Dial by your location
    +1 408 638 0968 US (San Jose)
    +1 646 876 9923 US (New York)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 346 248 7799 US (Houston)
Meeting ID: 919 3357 6220
Passcode: 826193
Find your local number: https://mycred.zoom.us/u/adSjehhwSG