**<u>EXHIBIT N</u>**

**Short Message Report**

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 1 | Date Range: 8/27/2020 |

**Outline of Conversations**

 **mpdm-nicole.skillern--dan--devon--min--jonathan-1 - 2020/08/27** • 1 message on 8/27/2020 • Dan Schatt <dan@mycred.io> • Devon Kline <devon@mycred.io> • Jonathan Labovich <jonathan@mycred.io> • Min Kim <min@mycred.io> • Nicole Skillern • Nicole Skillern <nicole.skillern@mycred.io>

**Messages in chronological order** (times are shown in GMT -04:00)

---

**mpdm-nicole.skillern--dan--devon--min--jonathan-1 - 2020/08/27**

D    **Dan Schatt <dan@mycred.io>**                                    8/27/2020, 7:00 PM

1. We allow you to earn where you are most comfortable – your favorite wallet, exchange, or even NBA player 😄
2. Want to mix and match between crypto and fiat? Give us your crypto and we'll give you USD interest, or vice versa! We're highly versatile, across 30+ assets!
3. Interested in going into new asset classes? Cred is the only company offering interest on gold tokens!
4. Want to borrow at single digit rates? If you have some crypto, it's very easy with Cred!
5. Are you located in a country that doesn't have very good financial services? We're in 190 countries!
6. Are you interested in compounding your interest to make your money work even harder? We can help!
7. Do you have a new token that you'd like to borrow against or earn? We can probably help!
8. Interested in purchasing crypto? Coming soon!
9. Interested in spending a line of credit against your crypto? Coming soon!
10. Interested in taking advantage of cefi AND defi opportunities all in one place? Coming soon!

🙌 1 · Nicole Skillern