**<u>EXHIBIT O</u>**

**To:**        Josh Klein[jklein@ripple.com]
**Cc:**        Joe Podulka[joe@mycred.io]
**From:**     Dan Schatt[dan@mycred.io]
**Sent:**     Thur 9/3/2020 3:51:04 PM (UTC-04:00)
**Subject:**  Re: Quick Request
[Visa Fast Track PR_Visa Consolidated_9.1[1].docx](#)

Hi Josh,

Adding Joe for the finance questions.  Per the other questions:
- Dragonfly, Fenbushi, Borderless Capital have come in, and we're expecting 2-4 more commitments soon. ~$2M has come in so far, we expect another $2M over the couple of weeks (independent of the $1M we've earmarked for Ripple).
- Use of funds: Developers, Customer Service and Operations, Partner Management

BTW – a few quick updates to share –
- We're getting great press this week on our Klever Wallet Integration: [https://cointelegraph.com/news/cred-to-enable-in-app-staking-through-klever-wallet](https://cointelegraph.com/news/cred-to-enable-in-app-staking-through-klever-wallet)

- Visa just approved our release – going out on Tuesday (attached). First release that has the head of Visa crypto endorsing a fin-tech.
- Cred received over $10M of new money throughout August, net of redemptions…great for us, as August is usually a sleepy month!

Feel free to ping us through the weekend if you need anything.

Thanks,
Dan

---

**From:** Josh Klein <jklein@ripple.com>
**Date:** Thursday, September 3, 2020 at 12:24 PM
**To:** Dan Schatt <dan@mycred.io>
**Subject:** Quick Request

Dan,

I realize that a few of these items are in the data room but hoping you can let us know and/or confirm the following:
- Other participants in the note: Dragonfly (1.5M) who else?
- Use of funds: hiring developers, general corporate purposes
- Revenue: $7.3M in '19; what are your latest targets for 2020 and 2021? Can you bridge 2020 to 2021 with rev connected to existing customers, identified opportunities, and yet to be identified?
- EBITDA: roughly maps to net income if I recall correctly, but please confirm. '19 was about 875k and also provide the latest target for 2020.
- Cash position: what is your balance as of ~8/31, and how much has been accepted in connection with the convertible note?

**Josh Klein**
Corporate Development
jklein@ripple.com | ripple.com

