**EXHIBIT P**

**To:** Joe Podulka[joe@mycred.io]; Maxim Rokhline[maxim@mycred.io]; Daniyal Inamullah[d.inamullah@mycred.io]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Thur 10/1/2020 8:42:35 PM (UTC-04:00)
**Subject:** Re: Strategy

Hi guys –

Here's the latest version of the strategy deck…As always, please continue to push, pull, poke at it. It's a living, breathing document…

Thanks,
Dan

**From:** Joe Podulka <joe@mycred.io>
**Date:** Monday, September 14, 2020 at 10:48 AM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Daniyal Inamullah <d.inamullah@mycred.io>, Maxim Rokhline <maxim@mycred.io>
**Subject:** RE: Strategy

Hi Dan.

On Slide 7, I would also include an objective about Infrastructure. This would include things like improving Security, expanding our data capabilities, increasing automation, building out Operations, etc. These create the framework to support the initiatives for 2021.

Joe

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Sunday, September 13, 2020 7:01 PM
**To:** Joe Podulka <joe@mycred.io>
**Cc:** Daniyal Inamullah <d.inamullah@mycred.io>; Maxim Rokhline <maxim@mycred.io>
**Subject:** Re: Strategy

Joe – thanks for putting this in Google Slides and for the edits.

Guys – I've incorporated feedback from all of our conversations – the goal is to help everyone with clarity of focus as we head into the last quarter of the year, and into 2021. The idea is have each department structure its plan/budget based on the corporate objectives in this presentation…If there are no additional comments, I'll plan on introducing this at an upcoming All Hands.

https://docs.google.com/presentation/d/1u9krjW7S9rPKTxbI247BFvoDBQKcQLNZOMEhxnwLIGc/edit?usp=sharing

Thanks,
Dan

**From:** Joe Podulka <joe@mycred.io>
**Date:** Monday, September 7, 2020 at 3:32 PM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Daniyal Inamullah <d.inamullah@mycred.io>, Maxim Rokhline <maxim@mycred.io>
**Subject:** RE: Strategy

Hi Dan.

Some version of the top 3 should be used as Objectives for the 2021 budget, so resource allocation is focused and aligned.

I also put the presentation into Google Slides, so it's easier to edit.

Joe

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Sunday, September 6, 2020 8:42 PM
**To:** Joe Podulka <joe@mycred.io>; Daniyal Inamullah <d.inamullah@mycred.io>; Maxim Rokhline <maxim@mycred.io>
**Subject:** Strategy

Hi guys,

Sending you an updated strategy deck --- I'll find some time on our calendars to solicit feedback and tighten up our strategy.  A few observations / thoughts –

1.  Funds In / Liquidity remain our #1 focus.   Implications: Anything that requires too much labor / complexity / development that cannot be translated into more funds in may become deprioritized.  One of the bigger decisions we're making on this front is to forego private debt placements, bonds, sub-advisory services for the time being.  We're heavily focused on obtaining lines of credit as we close up our investor round, and focus on larger custodial type distribution partners, and capital markets partners that can give us more liquidity / yield on our various assets.

2.  Fee-based services / fiat & a stronger billing engine capable of servicing our institutional customers remain high priority.  It will help us 1. Lower our redemption rate, 2. Increase fee-based services, 3. Increase funds-in.

3.  Defi is exploding (in good and bad ways) and we'll want to position ourselves as a company that can act as a gateway to CeFi and DeFi services, in terms of our allocations, LBA liquidity, and in our future consumer interface.

4.  Crypto-backed loans will take a back-seat to CredEarn unless: 1. They are over-collateralized and we have sufficient liquidity, 2. We can deploy in the form of a credit card, which can help us generate fee-based income and allow us to lock up CredEarn programs long-term (e.g. an Uphold C-LOC might allow us to increase our renewal rates significantly since that will be a requirement to have an open credit line).   By the end of this month, we might have a legal path that will no longer obligate us to offer loans to cred earn customers, which should eliminate the tremendous tech and operations work required to support this type of compliance…

Thanks, and talk soon!
Dan