# **EXHIBIT W**

# Short Message Report

| Conversations: 1 | Participants: 8 |
| --- | --- |
| Total Messages: 7 | Date Range: 9/25/2020 |

## Outline of Conversations

 **cred-defi - 2020/09/25** • 7 messages on 9/25/2020 • Dan Schatt • Dan Schatt <dan@mycred.io> • Daniel Hummer • Daniel Hummer <dan.hummer@mycred.io> • Daniyal Inamullah <d.inamullah@mycred.io> • Danny Goldstein <danny@mycred.io> • Maxim Rokhline • Ray Ma <lma@mycred.io>

**Messages in chronological order** (times are shown in GMT -04:00)

---

### cred-defi - 2020/09/25

**Danny Goldstein <danny@mycred.io>** — 9/25/2020, 11:53 AM
has renamed the channel from "dred-defi" to "cred-defi"
😄 1 • Daniel Hummer

**Daniyal Inamullah <d.inamullah@mycred.io>** — 11:54 AM
*Joined the conversation*
Daniyal Inamullah has joined the channel

**Daniyal Inamullah <d.inamullah@mycred.io>** — 11:54 AM
👋

**Daniel Hummer <dan.hummer@mycred.io>** — 11:56 AM
*Joined the conversation*
Daniel Hummer has joined the channel

**Daniel Hummer <dan.hummer@mycred.io>** — 11:59 AM
Dan Schatt Daniyal Inamullah Dan Schatt — I will reach out to Stan and get him invited to Slack   Approved?

**Dan Schatt <dan@mycred.io>** — 12:00 PM
yes perfect
👍 1 • Daniel Hummer

**Daniel Hummer <dan.hummer@mycred.io>** — 1:07 PM
Once I get Stan in here, I will jump out, feel free to pull me in if I can help