**EXHIBIT X**

**To:** Daniel Hummer[dan.hummer@mycred.io]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Mon 9/28/2020 11:59:50 AM (UTC-04:00)
**Subject:** Re: Adding New System - Slack!

Hi Dan – can we limit Stan in the DeFi channel? No need to have him in other other channels…thanks

---

**From:** Daniel Hummer <dan.hummer@mycred.io>
**Date:** Monday, September 28, 2020 at 8:32 AM
**To:** Stan Miroshnik <stan@mycred.io>
**Cc:** Dan Schatt <dan@mycred.io>, Daniel Goldstein <danny@mycred.io>
**Subject:** Re: Adding New System - Slack!

Yes sir, you were added quickly when you first boarded as a single channel guest.

What is your availability today for a quick 5-10 minute zoom call? It looks like your account needs to be re-binded to Slack so we can get you added into these channels, no biggie.

| Name ↑ | Account type | Billing status | Authentication |
|---|---|---|---|
| Stan Miroshnik<br>stan@mycred.io | Single-Channel Guest | Inactive | SSO + 2FA |



**Dan Hummer**

Director, IT

(650) 246-9363

dan.hummer@mycred.io

mycred.io

On Fri, Sep 25, 2020 at 9:08 PM Stan Miroshnik <stan@mycred.io> wrote:
Hi Dan - I am already on the Cred slack, but I can't see the additional channels. Is there a trick?

On Fri, Sep 25, 2020 at 9:59 AM Daniel Hummer <dan.hummer@mycred.io> wrote:
Hey Stan,

Wanted to connect with you today for 10 minutes and quickly get you onboard into our Slack instance Dan and Danny want to get you inside a couple slack channels that were recently created.

Let me know if you have some time today.



**Dan Hummer**

Director, IT

(650) 246-9363

dan.hummer@mycred.io

mycred.io