**EXHIBIT Y**

