**EXHIBIT Z**

| | |
|---|---|
| To: | Haseeb Qureshi[haseeb@dcp.capital]; Kevin Hu[kevin@dcp.capital]; Alexander Pack[alexander.h.pack@gmail.com] |
| From: | Dan Schatt[dan@mycred.io] |
| Sent: | Wed 9/30/2020 5:03:52 PM (UTC-04:00) |
| Subject: | Re: Checking in |

Case 20-12836-JTD    Doc 1063-26    Filed 12/05/22    Page 2 of 3

Quick update:

- Ripple (Breanne + Boris + Josh) agreed to a 90 day trial period to begin a $1m to $2M line of credit with Cred. If this works out, they will consider a larger line and an investment. Documents/terms expected next week.
- Spark Capital (Securitize) signed docs, wired $250k
- Algo + Cred Press release out today. As a result of the good press, Borderless today requested to increase their investment from $200k to $250k.
- Good conversation with OKCoin CEO Hong. Expecting commercial + investment decision soon.
- Genesis decided to not grant credit to Cred, would like to see more investors, longer track record.

Would love to solicit your help:
- Can you help us to attract $2m to $5m of Cred Earn placements this month? Our sales team is offering competitive rates on stablecoin, USD, BTC. Mike Zhang (sales) can facilitate.
- Can you help us with introductions to alternative lenders that could offer a revolving line of credit -- $500k - $5M to support larger redemptions
- If you come across strong, seasoned sales people, we're on the lookout!

Thanks!
Dan


**From:** Dan Schatt <dan@mycred.io>
**Date:** Friday, September 25, 2020 at 1:33 PM
**To:** Haseeb Qureshi <haseeb@dcp.capital>
**Cc:** Kevin Hu <kevin@dcp.capital>, Alexander Pack <alexander.h.pack@gmail.com>
**Subject:** Re: Checking in

Thanks! BTW – check this Forbes Article out!

Quote from Cuy, Head of Crypto at Visa:

"We've seen significant innovation in new financial services for consumers that hold digital currencies. The growth in demand for lending and borrowing of digital currencies is an example of that. We're excited to partner with fintechs like Cred that are building new products in this ecosystem and to find new ways for Visa to improve the fiat on-ramps and off-ramps connected to those products."

**From:** Haseeb Qureshi <haseeb@dcp.capital>
**Date:** Thursday, September 24, 2020 at 9:41 PM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** Kevin Hu <kevin@dcp.capital>, Alexander Pack <alexander.h.pack@gmail.com>
**Subject:** Re: FW: Checking in

Fantastic news Dan! Keep us updated.

On Thu, Sep 24, 2020 at 5:45 PM Dan Schatt <dan@mycred.io> wrote:
> FYI – looks like we're still moving things forward with Ripple! The relationship has now moved to Breanne and Boris…will keep you posted! A few other quick updates:

1. Speaking with OK Coin CEO tomorrow (Hong). Appears to be the final step in the decision-making process…
2. Carlos (Securitize) plans to come back tomorrow
3. Algo + Roger Ver + Genesis credit lines all in the works
4. Planning to roll out in all 50 states (17 additional states) next month!
5. Rolling out DeFi+CeFi strategy next month! (hint – combines the best of both)

Talk soon!
Dan

**From:** Josh Klein <jklein@ripple.com>
**Date:** Thursday, September 24, 2020 at 5:05 PM
**To:** Dan Schatt <dan@mycred.io>
**Subject:** Re: Checking in

Thanks for following up I think the meeting went well and there was good feedback all around.

Can we talk about terms on a pilot early next week? Does either 11:30 or 1:30 on Tuesday work for you? Breanne and Borris will be running point on our end but I'll join the conversation for continuity-sake.

Best,
Josh


On Thu, Sep 24, 2020 at 2:47 PM Dan Schatt <dan@mycred.io> wrote:
> Hi Josh - just checking in to get your thoughts on how the meeting went and next steps.
>
> Thanks,
> Dan
>
> Sent from my iPhone


--
**Josh Klein**
Corporate Development
jklein@ripple.com | ripple.com
**Error! Filename not specified.**


--
Haseeb Qureshi
Managing Partner, Dragonfly Capital
dcp.capital