**EXHIBIT AA**

**To:** Alexander Pack[alexander.h.pack@gmail.com]
**From:** Dan Schatt[dan@mycred.io]
**Sent:** Fri 10/9/2020 1:12:20 PM (UTC-04:00)
**Subject:** Cred Investors

Hi Alex,

Here's the current list of signed/wired investors.  We're still working on the additional strategics – e.g.  OKCoin, Ripple, Visa, others…

Dragonfly: $1.5M
Borderless VC: $300,000
Spice VC: $250,000
Fenbushi: $250,000
**Total: $2.3M**

[Alex Pack + LPs: $350,000]

**Total w/Alex + LPs: $2.65M**