**<u>EXHIBIT BB</u>**

 **danny**  2020-11-09 20:27
has joined #cred-2

 **abhishek**  2020-11-09 20:27
has joined #cred-2

 **alex**  2020-11-09 20:27
has joined #cred-2

 **dhiraj**  2020-11-09 20:27
has joined #cred-2

 **heidi**  2020-11-09 20:27
has joined #cred-2

 **joseph.lally**  2020-11-09 20:27
has joined #cred-2

 **joseph.liyana**  2020-11-09 20:27
has joined #cred-2

 **maitri**  2020-11-09 20:27
has joined #cred-2

 **marie**  2020-11-09 20:27
has joined #cred-2

 **sudha**  2020-11-09 20:27
has joined #cred-2

 **dan.hummer**  2020-11-09 20:27
has joined #cred-2

 **danny**  2020-11-09 20:28
https://mycred.atlassian.net/jira/software/projects/WLW/boards/25

 **danny**  2020-11-09 20:28
https://mycred.atlassian.net/wiki/spaces/WLW/overview

 **dhiraj**  2020-11-09 23:05
Can we call Account Owner 'Asset owner' instead? I think it makes more sense. The word account vs Wallet has long been a cause of a lot of confusion

 **dhiraj**  2020-11-09 23:05
Thoughts?


**dhiraj** 2020-11-09 23:06
Assets could be crypto, fiat, loan accounts, stock (Demat accounts), credit cards, fixed deposits, etfs or other bank offerings....


**alex** 2020-11-09 23:23
For WLW SDK do we want a JavaScript SDK as a library to: 1) only connect a bank's client to our APIs and let bank's developers write their own UI, or 2) connect a bank's client to our APIs and inject our UI components? I'm thinking this would only relate to the case of Persona 2. Thoughts?


**marie** 2020-11-10 00:02
@alex ? when you have a moment, would you please point me to the admin screens? i'm just getting started with wrapping my head around nicole's files. i reached out to her today and she said she "the developers designed the admin tool." since @danny referenced repurposing visual and ux assets for future designs, it would be optimal to have access to these files in .svg or .eps format if possible. please lmk.


**joseph.lally** 2020-11-10 00:03
@marie It was the Polish 10-clouds team that built the new admin portal. I can check to see if they had designs for it in file format...otherwise I think the frontend developer may have just been doing it free form.


**alex** 2020-11-10 00:05
@marie, I wouldn't know about those assets and the project but I would assume you can find those in Invision. Do you have access?


**danny** 2020-11-10 00:06
we want a basic SDK and have the bank build 100% of the UI


**marie** 2020-11-10 00:09
@alex i'm just going through them now but nothing i see particularly related to admin tool. @joseph.lally let's try to source anything we can get our hands on from 10 C. thanks


**joseph.lally** 2020-11-10 00:10
sounds good. Will get answer for you tomorrow when the Polish folks start their day

 alex  2020-11-10 00:13
We can create and publish npm for SDK client-to-Cred communications only. However, we can, also inject our UI components to make it as a complete (all inclusive) product to be more attractive to banks.

 alex  2020-11-10 00:15
We can, also, provide a tag as a lib to inject our components + service without NPM

 alex  2020-11-10 00:17
something I've done in the past for a client. This would use iframes and secure
`*`window.postMessage()`*` mechanism

 abhishek  2020-11-10 00:21
But I think a bank would want to build their own UI and apply their own themes (CSS) and stuff. Just my 2cents here.

 alex  2020-11-10 00:22
we can support themes

 alex  2020-11-10 00:23
the question is more on how to sell our product. what's more attractive to them?

 alex  2020-11-10 00:24
any links in Jira?

 danny  2020-11-10 00:25
There is no Ui design for the admin. You have to get access to the tool

 marie  2020-11-10 00:31
k, can someone provide me access?

 marie  2020-11-10 00:31
@joseph.lally thanks ? please keep me posted

 danny  2020-11-10 01:31
tomorrow morning we will collaborate on expanding the use case list using this diagram:
https://app.lucidchart.com/lucidchart/22df1276-7f8c-45ac-b50f-ee66f539c08d/edit?page=0_0#?folder_id=home&browser=icon you should all have access to the WLW folder in lucid chart and to this diagram. feel free to add to it before the meeting tomorrow

 **alex** 2020-11-10 02:55
I don't have access to this chart

 **alex** 2020-11-10 02:57
Danny, previously you shared a blank doc with me

 **joseph.lally** 2020-11-10 15:59
@marie for DEV, the admin url is https://platform-admin-vue-dev.mycred.io/login

 **joseph.lally** 2020-11-10 16:00
the credentials are shared in Lastpass. If you'd prefer to have them shared with you over Slack, just let me know.

 **marie** 2020-11-10 16:42
LastPass is perfect. Thank you @joseph.lally

 **marie** 2020-11-10 16:43
I don't seem to have access either

 **marie** 2020-11-10 16:49
@dhiraj also was there a regular UX/Design stand-up before? If so, please let's continue using this time for collaboration.

 **heidi** 2020-11-10 16:57
for mvp, we should deliver SDK and have bank partners own 100% of the UI. that's most scalable. for the purpose of a demo, we should build a prototype to showcase the functionalities.

 **dhiraj** 2020-11-10 16:58
I will set up a new one @heidi and you please let me know what a good time of day would be?

 **dhiraj** 2020-11-10 16:58
Thank you Danny. Everyone please look at the page ?Use case?

 **heidi** 2020-11-10 16:59
@marie i am happy to walk you through the admin tool if you would like.

 **dhiraj** 2020-11-10 16:59
The actual thing he shared was different by accident I believe

 **heidi** 2020-11-10 17:02
i am open at noon today

 **joseph.lally** 2020-11-10 17:04
this is what I see for WLW folder

 **dhiraj** 2020-11-10 17:05
Don't see that, just open the "Use case" on Confluence

 **dhiraj** 2020-11-10 17:05
@joseph.lally

 **joseph.lally** 2020-11-10 17:06
I'm in, thanks.

 **alex** 2020-11-10 17:09
I can see the chart in Confluence but when clicking on the link bellow under Wireframe I get the following page

 **marie** 2020-11-10 17:13
my calendar should be up-to-date and noon works fine for me too :slightly_smiling_face:

 **danny** 2020-11-10 17:25
@alex make sure you are loged into lucidchart with your mycred emails

 **alex** 2020-11-10 17:28
I'm logged in with my cred email. I don't see the doc there

 **danny** 2020-11-10 17:47
do you see a shared folder WLW?

 **joseph.lally** 2020-11-10 17:48
Hi team, I will be off for a few hours starting early this afternoon while driving :car:

 **danny** 2020-11-10 17:50
https://app.lucidchart.com/invitations/accept/ba05159c-002c-4146-9c56-55576c7315cd

 **alex** 2020-11-10 17:50
I'm in Lucid. Under 'Shared with Me' there's a WLW folder. When I open it is empty.

 **alex** 2020-11-10 17:50
ok. this link works now.

 **danny** 2020-11-10 17:52
my bad, i did not put the document in the folder i shared.

 **danny** 2020-11-10 17:52
i moved it there now



danny  2020-11-10 17:53

for the 10 am meeting , please have the use case doc open on lucid chart. i want to try to collaborate on the document



danny  2020-11-10 17:54

you should see a shared folder WLW in lucid charts. the doc is in there now



danny  2020-11-10 17:56

https://app.lucidchart.com/lucidchart/22df1276-7f8c-45ac-b50f-ee66f539c08d/edit?page=0_0#?folder_id=home&browser=icon



dan.hummer  2020-11-10 18:04
Pulled into another call, will join right after



heidi  2020-11-10 21:37
i can only join for half an hour from 3-30 this afternoon for the prototyping session.



dhiraj  2020-11-10 23:21
Happy roadtrip, Joe!



dhiraj  2020-11-10 23:21
Can we wrap up today at 4 then and proceed further tomorrow? @danny



heidi  2020-11-10 23:22
sorry i thought meeting was 3-4. so i actually can't make this at all today!



dhiraj  2020-11-10 23:26

Can we just do tomorrow then ? I am available, but @marie would also need a bit more time to bring us some wireframes, the product team had a good discussion earlier this afternoon. Unless you wanted to discuss something else, I will move the discussion forward



dhiraj  2020-11-10 23:29
Moved, see you tomorrow.



danny  2020-11-10 23:31
tomorrow is fine



danny  2020-11-10 23:34

i want to get past this initial phase and have individuals start working on parallel initiatives . i would like everybody to start documenting what they are working on so we can collaborate. as an

example, i am working on the key management problem (not sure if it is a problem or not yet) this is what i am doing to organize my thoughts:

https://mycred.atlassian.net/wiki/spaces/WLW/pages/162365445/private+keys



danny  2020-11-11 00:08

@joseph.liyana please take the API inventory you created an move the relevant APIs into this page: https://mycred.atlassian.net/wiki/spaces/WLW/pages/162365499/WLW+API



danny  2020-11-11 00:08

include a link to the original document



danny  2020-11-11 00:09

@alex i moved the SDK page under "Design and build"



danny  2020-11-11 00:16

@alex good progress on the SDK front!



danny  2020-11-11 00:17

FYI, i asked Dan about the brand name, i wanted to know if we will continue to use cred or will it be something else . the reason i asked as that i want to start creating documentation and some external facing artifacts (like public npm packages or swagger portal) he said that the name will not be CRED but we do not have another alternative yet.



marie  2020-11-11 01:13

looks like naming/branding exercises are also on the horizon then as well



danny  2020-11-11 19:29

please follow this method for documenting and planning. i will create the top pages and we can add more tomorrow. we will also review this methodology tomorrow

https://mycred.atlassian.net/wiki/spaces/WLW/overview#defining-requirements-and-scope.



dhiraj  2020-11-12 21:40

can someone briefly explain what is the meaning of 'correct and replay transaction?



dhiraj  2020-11-12 21:40

under WLW Admin? - I forgoty



joseph.liyana  2020-11-12 23:00

If for some reason recharge failed to credit customers account, replay the block or directly credit customer?s wallet balance



heidi  2020-11-12 23:55
That?s those correction tools we went through today with Marie - for example xrp missing tag

  dhiraj  2020-11-16 17:17
Just read this, thought it may be useful (not at the moment of course)

  dhiraj  2020-11-16 17:17
https://link.medium.com/f9YrZstVsbb



danny  2020-11-19 00:20
just got of the phone with Dan. we now have a much better understanding of what the future of the company will look like and Dan will give an update in our all hands tomorrow. basically it comes down to building a product and be a service company or sell the business to somebody that want to do exactly what CRED did until last month. the direction right now is the second option and that means a change in direction.

  danny  2020-11-19 00:20
i will give more details in tomorrows call

  danny  2020-11-20 16:56
@danny has renamed the channel from "wlw-white-label-wallet" to "cred-2"



danny  2020-11-20 17:03
today we will review the active sprint board and the backlog.
https://mycred.atlassian.net/secure/RapidBoard.jspa?rapidView=1 our mission is:to make the product ready for a buyer. our objectives: ? to make the UX as smooth as possible. ? remove CRED specific flows, where possible ? make the program as flexible as possible ? document the customer and admin flow ? create "blue print" for adding networks ? ...

  danny  2020-11-20 17:04
we will close the active sprint today. the new sprint will start on Monday

  danny  2020-11-20 17:04

  dan.hummer  2020-11-20 17:54
add :point_up:? API documentation / Evolution.

  dhiraj  2020-11-20 18:12
I think we should sunset some older channels to avoid confusion too!

 **dan.hummer**  2020-11-20 18:14
for sure.

 **dan.hummer**  2020-11-20 18:14
I will work on that.

 **dan.hummer**  2020-11-20 18:15
Going to be ?un-sharing? 10c channels? but trying to figure out how to best keep them active so we can reference old info.

 **dhiraj**  2020-11-20 19:25
Just to clarify, do we have to backup Whimsical or not?

 **dan.hummer**  2020-11-20 19:26
Service is active until Feb 2021 ** Updated. Billed Annually (5 Users) Next bill date is Feb 4, 2021

 **dhiraj**  2020-11-20 20:59
Just added a zoom link

 **dhiraj**  2020-11-20 21:51
Just saw this on Coinbase

 **dhiraj**  2020-11-20 22:18
, I am going to be moving Admin board tickets into PFRM - please don't do any JIRA work till 3:30pm

 **dhiraj**  2020-11-20 22:19
Only active ones will be moved.

 **marie**  2020-11-20 22:21
Here's the whitepaper I was referring to in today's meeting

 **marie**  2020-11-20 22:28
it's focus is on how users enter information ? the speed they type info into forms, the ease of knowledge, cutting pasting habits, and other behavior biometrics.

 **dhiraj**  2020-11-20 23:13
Added a JIRA changelog

 **dhiraj**  2020-11-20 23:13
https://mycred.atlassian.net/wiki/spaces/PROD/pages/197099521/JIRA+Changelog


dhiraj  2020-11-20 23:13
Has a detailed list of changed tickets, and all that have been changed now have [Admin]


dhiraj  2020-11-20 23:13
In the title.


sudha  2020-11-23 21:36
update on institutional app as of now. Only the below functionalities work ? create sales customer ? Add funds ? Withdraw funds ? Add program (from admin) ? Programs visible on customer?s dashboard ? Cancel program from dashboard


sudha  2020-11-23 21:42
there are some issues, both UI and functionality issues. i will create tickets for them.


dhiraj  2020-11-23 22:03
Thanks Sudha. Let me know if I can help with anything


danny  2020-11-28 05:17
I got an sms message from Cred. Is it a prod message?


danny  2020-11-28 11:26
@joseph.liyana please confirm that no sweep activities will run tomorrow


joseph.liyana  2020-11-28 19:10
@danny No jobs are running in Prod/Stage (confirmed in DB and logs) I tried checking DEV as timers are running. There appears to be messages sent out, either.


joseph.liyana  2020-11-28 19:21
Besides the SMS, you would have received 3 emails at `` , but considering that this email was triggered on 28th and not 1st,15th. Leads me to believe that this is a institutional investor plan, you can check the ?login? link to verify the partner and environment


danny  2020-11-28 19:26
Thanks @joseph.liyana I was hoping that is the case


danny  2020-11-30 19:33
@joseph.liyana please put here what will be the 11/7 fixed rate


joseph.liyana  2020-11-30 19:47
```'BAT','1604811698108','USD','0.192700000000000000','CRYPTOCOMPARE'

'BCH','1604811698108','USD','254.680000000000000000','CRYPTOCOMPARE'
'BTC','1604811698108','USD','15007.010000000000000000','CRYPTOCOMPARE'
'BUSD','1604811698108','USD','0.999900000000000000','CRYPTOCOMPARE'
'DAI','1604811698108','USD','1.008000000000000000','CRYPTOCOMPARE'
'ETH','1604811698108','USD','438.690000000000000000','CRYPTOCOMPARE'
'LBA','1604811698108','USD','0.009478000000000000','CRYPTOCOMPARE'
'LTC','1604811698108','USD','59.490000000000000000','CRYPTOCOMPARE'
'OMG','1604811698108','USD','3.127000000000000000','CRYPTOCOMPARE'
'PAX','1604811698108','USD','0.999900000000000000','CRYPTOCOMPARE'
'TRX','1604811698108','USD','0.025150000000000000','CRYPTOCOMPARE'
'TUSD','1604811698108','USD','1.000000000000000000','CRYPTOCOMPARE'
'UPBTC','1604811698108','USD','15007.010000000000000000','CRYPTOCOMPARE'
'UPEUR','1604811698108','USD','1.193000000000000000','CRYPTOCOMPARE'
'UPUSD','1604811698108','USD','0.976000000000000000','CRYPTOCOMPARE'
'USD','1604811698108','USD','1.000000000000000000','CRYPTOCOMPARE'
'USDC','1604811698108','USD','0.999800000000000000','CRYPTOCOMPARE'
'USDT','1604811698108','USD','1.001000000000000000','CRYPTOCOMPARE' 'USDT-
TRC20','1604811698108','USD','1.001000000000000000','CRYPTOCOMPARE'
'XRP','1604811698108','USD','0.251500000000000000','CRYPTOCOMPARE'```



danny  2020-12-01 18:14
https://docs.google.com/presentation/d/155aW-gD2I7tOxnnrDosUJtQ5TIVQVMngsksZzm8qJ6k/edit#slide=id.gad7d5316d4_7_0



sudha  2020-12-01 18:14
i dont have access, can u please add me



danny  2020-12-01 18:15
do not know why the slack google integrations stoped working for me. it does not ask me to grant access



dhiraj  2020-12-01 18:15
Added



dhiraj  2020-12-01 18:15
:slightly_smiling_face:



joseph.lally  2020-12-01 18:16
thanks @danny @dhiraj


danny  2020-12-01 18:19
https://docs.google.com/presentation/d/155aW-gD2I7tOxnnrDosUJtQ5TIVQVMngsksZzm8qJ6k/edit#slide=id.gad7d5316d4_7_0


danny  2020-12-01 18:20
granted to all in channel


danny  2020-12-01 18:21
add actions for me if you want me to change something. let me know if you change content


dhiraj  2020-12-01 19:02
https://link.medium.com/TaqHoDzWRbb


sudha  2020-12-01 21:19
@dan.hummer or @danny can u please add @alex to Sentry?


dan.hummer  2020-12-01 21:24
on it


sudha  2020-12-01 21:25
@heidi @danny just to confirm again, we are enabling all agreements and monthly statements for non-US users


sudha  2020-12-01 21:25
thank you


heidi  2020-12-01 21:26
non-us customers only would see agreements and program summary - so just one out of the 3 tiles, there is no monthly statements nor CLOC letters for them.


sudha  2020-12-01 21:26
@joseph.liyana clarified above that no monthly statements, we can ignore them then


sudha  2020-12-01 21:28
@heidi so should we remove the other 2 tiles on the FE as well?


heidi  2020-12-01 21:30
yes. for non-US, they only see one tile


sudha  2020-12-01 21:30
ok thank you, @alex can you please take care of this one?

alex  2020-12-01 21:54

what about Payment Accounts?

sudha  2020-12-01 21:54
where do u see them?

alex  2020-12-01 21:55
no... there's another nested level for `isFiatEnabled`

alex  2020-12-01 21:55
is this applicable to the non-US customers?



sudha  2020-12-01 21:56
i think this is the Payment Profile section where we see the added cards for Fiat. @heidi should this be present for non-US?

heidi  2020-12-01 21:58
We don?t have fiat support on the platform today right?

sudha  2020-12-01 21:58
nope

alex  2020-12-01 21:58
so that flag above would always be `false`?

sudha  2020-12-01 21:59
Alex, for now only remove those 2 tiles and leave the rest as is

alex  2020-12-01 21:59
that's not the case

alex  2020-12-01 21:59
that's why I'm asking this question... there's a nested logic

alex  2020-12-01 21:59
need to know business logic

alex  2020-12-01 22:00
if `isFiatEnabled` always false than I don't need to do anything

sudha  2020-12-01 22:00
yes please leave it to false then

alex  2020-12-01 22:01
Sudha, I'll leave this one for you to test

sudha  2020-12-01 22:01

 sure

 alex  2020-12-01 22:01
ok thanks

 alex  2020-12-01 22:22
fyi, do I have to create a new account? After clicking on the email link I'm at the page with a button to create a new account or login using an existing account.

 alex  2020-12-01 22:23
if I choose the link with the existing account I'm redirected to another page where I select my google account and than redirected to the page with New Identity...

 dhiraj  2020-12-02 00:03
@marie @danny You guys joining the 4pm?

 danny  2020-12-02 00:03
i am on

 marie  2020-12-02 00:04
i'm on too

 marie  2020-12-02 00:04
let me retry

 dhiraj  2020-12-02 00:04
We dont see you

 dhiraj  2020-12-02 00:04
https://mycred.zoom.us/j/93216739281?pwd=RVhBZU9ha2h6cSt2dkZSQVNWczRJQT09

 danny  2020-12-02 00:39
for the fund now flow we probably want to implement: https://walletlink.org/#/

 danny  2020-12-02 00:40
for ETH

 sudha  2020-12-02 01:51
@danny @heidi @dhiraj these fixes deployed to prod ? fix for non-US customers ? price freeze for 11/07

heidi  2020-12-02 01:52

 thanks @sudha. @cristiane :point_up:

 sudha  2020-12-02 01:53
i also let CS team know

 heidi  2020-12-02 01:53
@sudha this is platform only right?

 danny  2020-12-02 01:54
i will do Uphold once i receive the prices

 sudha  2020-12-02 01:54
yes this is platform only

 cristiane  2020-12-02 18:15
has joined #cred-2 

 cristiane  2020-12-02 18:16
@danny did we add any messaging on the price freeze?

 sudha  2020-12-02 18:16
@cristiane yes we did on the banner

 cristiane  2020-12-02 18:17
are you using the prices we collected?

 cristiane  2020-12-02 18:17
it was based on Nov 7th 12:00 am EST


heidi  2020-12-02 18:55
@cristiane the platform prices are from our database. we are planning to use the prices in google sheet for uphold as they have not provided us with their recorded prices yet.

 cristiane  2020-12-02 18:57
Ok, thanks Heidi

 dhiraj  2020-12-02 20:46
I will be OOO this Friday, taking time out to see some family.

 sudha  2020-12-03 17:02
will be out until 11. Have doctors appointmnt


cristiane  2020-12-03 17:38
Guys, just to let you know that tomorrow I?ll be off with very limited internet access (flying). Please

let me know if you need anything from my side :wink:

 joseph.liyana 2020-12-04 03:23
Dev is mostly up with new code except for Algo and Trx workers

 danny 2020-12-04 17:59
i am using stage to demo. please do not touch!

 alex 2020-12-04 18:00
don't show them the console :slightly_smiling_face:

 sudha 2020-12-04 18:01
what time is the demo?


marie 2020-12-04 18:53
i'll miss the am call ? small family health issue popped up i need to deal with right now, but wanted to update that the security guidelines are relatively completed. i'll ask bethany if she want to meet about it early next week with you @danny

 heidi 2020-12-04 19:04
do we have meeting today?

 joseph.lally 2020-12-04 19:04
started now

 joseph.lally 2020-12-04 19:04
if you're referring to standup

 heidi 2020-12-04 19:05
yes. :slightly_smiling_face: i got in!


abhishek 2020-12-04 21:23
I am taking sometime off today, see you all on Monday. Have a great weekend! Please ping me if need anything urgent.


dhiraj 2020-12-07 16:55
not going to be at my desk at 10am due to an airport run. I?m available and working all day :)

 sudha 2020-12-08 00:25
closing Sprint-42 and starting Sprint-43

 joseph.liyana 2020-12-08 00:47
created sprint-43 branch

 abhishek  2020-12-09 20:51
Does anybody know if we have ssh access to our nexus server?

 dan.hummer  2020-12-09 22:48
I would imagine @lma dose?


heidi  2020-12-10 00:00
@danny @joseph.lally i put this together using apiary 2 years ago for CLOC (a product that never went live lol). all the code samples are not there on the grey panel anymore because as Danny mentioned, the service has been disabled.

 heidi  2020-12-10 00:00
https://developers.mycred.io/

 heidi  2020-12-10 00:15
actually, now the right panel are showing all the endpoints, request and respone info now.

 danny  2020-12-10 04:21
i thought i turned it off.

 danny  2020-12-10 04:22
this is exactly how we should do it. i have access to the account i will look at it tomorrow

 dhiraj  2020-12-10 05:59
Thanks Heidi

 dhiraj  2020-12-10 17:57
Danny, should we just be editing this?

 dhiraj  2020-12-10 17:57
Above link.

 danny  2020-12-10 18:41
it is controlled from here https://app.apiary.io/credx/editor

 joseph.lally  2020-12-10 18:53
I may create "New API Project" to experiment


danny  2020-12-10 19:28
i am going to look into creating a new account. i do not have access to the Oracle account used for billing. @dan.hummer do you have access to it?

 danny  2020-12-10 19:28
we should also create a new repo

 dan.hummer  2020-12-10 19:29
checking now.

 danny  2020-12-10 19:31
@joseph.lally create a new project under the team and link to a repo.

 danny  2020-12-10 19:32
call it something like CRED-EARN


danny  2020-12-10 19:33
i created a project with that in the past under my personal account so it may not let you use the same name. i can not find a way to move it into the team account

 danny  2020-12-10 19:36
@joseph.lally found a way to transfer it to the team

 danny  2020-12-10 19:36
use that project


joseph.lally  2020-12-10 19:36
@danny new Github project: https://github.com/Credx/cred-platform-api-apiary/tree/main new Apiary project: https://credearn.docs.apiary.io/# They are synced together

 joseph.lally  2020-12-10 19:36
arghh

 joseph.lally  2020-12-10 19:36
already did it

 joseph.lally  2020-12-10 19:36
lol

 danny  2020-12-10 19:37
made you admin on the team

 danny  2020-12-10 19:38
i can not remove Utkarsh because he has the Oracle account

 joseph.lally  2020-12-10 19:40
Yeah I don't see a way to remove members

 danny  2020-12-10 19:44
looking into creating a new account linked to my oracle user


joseph.lally  2020-12-10 19:45
okay


joseph.lally  2020-12-10 19:48
maybe we could reach out to their customer service and just ask for team member to be removed.


danny  2020-12-10 19:48
i am trying to do password reset


danny  2020-12-10 19:48
the account is under a mycred email


danny  2020-12-10 19:49
use the CRED-EARN project for now


danny  2020-12-10 19:50
do you see it? drop down in the upper left corner


joseph.lally  2020-12-10 19:50
I do


joseph.lally  2020-12-10 19:50
okay I'll get rid of the one I created then


danny  2020-12-10 19:53
we want to use apiary for the external facing documentation. it will contain all services


danny  2020-12-10 19:54
only what we want partners to see and use


joseph.lally  2020-12-10 19:54
Okay yeah I copy and pasted identity-service swagger just to test


joseph.lally  2020-12-10 19:54
but will revert back


danny  2020-12-10 19:54
we can make this reflect a future state of the API does not have to be all current


joseph.lally  2020-12-10 19:55
might be easier to go API by API


joseph.lally  2020-12-10 19:55
I'll add in registration now


joseph.lally  2020-12-10 19:57
@danny by the way, we want to use swagger format (`swagger.yml`) not `apiary.apib`


joseph.lally  2020-12-10 19:59
Here is the Github it is synced with: https://github.com/Credx/cred-platform-api-apiary We can change the repo name if you prefer.


dhiraj  2020-12-10 21:30
Getting a 404 @joseph.lally I only see the other one.


dhiraj  2020-12-10 21:30
https://credearn.docs.apiary.io/#


joseph.lally  2020-12-10 21:55
oh sorry I deleted that project and switched to one danny created


joseph.lally  2020-12-10 21:55
I'll update message


joseph.lally  2020-12-10 21:59
we will use this one: https://credearn.docs.apiary.io/#


joseph.lally  2020-12-10 23:32
@dhiraj @danny @heidi I just setup the first endpoint in Apiary. It is the `/api/v2/users/register` call to kickoff registration for a user. Let me know what you think is missing, should be changed, etc. Can be viewed here: https://credearn.docs.apiary.io/#reference


joseph.lally  2020-12-10 23:34
Would it be possible for us to upgrade to the Pro level so we can use branches? I think people working on documentation at the same time could get a little tricky. Although, we all could just work out of Github.


dhiraj  2020-12-11 00:03
I?ll take a look in an hour Joe. Thanks :)


danny  2020-12-11 00:41
can't do anything that costs money right now


abhishek  2020-12-11 17:19
QQ - when we create a pull request to the sprint branch, how do we test the changes?


abhishek  2020-12-11 17:20
Or we test only after merging the changes to sprint branch and deployed to ?dev? env?

sudha  2020-12-11 17:22

 Thats correct

 abhishek  2020-12-11 17:22
thanks.

 sudha  2020-12-11 17:23
This depends on if the ticket or the developer wants me to test on the feature branch

 abhishek  2020-12-11 17:24
if dev does want you to test on the feature branch, then which env do you test it on?

 sudha  2020-12-11 17:25
I test on my local but this scenario is mostly only for FE


abhishek  2020-12-11 17:26
gotcha, thanks for the confirmation. I am trying to clean up and document the workflow how we do things now.

 marie  2020-12-11 17:58
I'm on an other call right now and may miss the am standup.

 dhiraj  2020-12-11 17:59
Will be 5 mins late to standup. Joining at 10:05


joseph.lally  2020-12-11 18:34
@heidi @dhiraj @danny Should we start a slack channel for discussing and collaborating on documentation, API flows, diagrams, etc. ?

 dhiraj  2020-12-11 18:35
Just do it in a chat with 4 of us

 heidi  2020-12-11 18:35
Yes pls

 dhiraj  2020-12-11 18:35
Ok, channel then :slightly_smiling_face:

 heidi  2020-12-11 18:35
Jospeh too?

 joseph.lally  2020-12-11 18:35
yes

dhiraj  2020-12-11 18:35

 Also, @joseph.lally Can you give me a good time to call you this AM?

 joseph.lally  2020-12-11 18:53
sure sending you a DM

 sudha  2020-12-11 23:27
pushing fix for Total portfolio value to prod right now

 sudha  2020-12-11 23:43
deployment complete. please check ur portfolio values if u have users in prod

 alex  2020-12-11 23:49
how can I get high values in prod? :slightly_smiling_face:


dan.hummer  2020-12-12 22:25
@heidi @sudha ? I am offboarding the CS Team, can you please offboard them from the Admin tools. I don?t have access to remove those users. Any other Dev / Prod system I am missing?

 abhishek  2020-12-14 15:47
What is the CS team?

 dan.hummer  2020-12-14 15:56
Customer support, Ascalex team in PH


abhishek  2020-12-14 16:03
gotcha, you also would want to off-board 10c, Ray?s team and others from lastpass. I don?t seem to have admin access to lastpass to take care.


abhishek  2020-12-14 21:06
Seems like we are getting a snowstorm all this week starting tonight, so going out to get some stuff, will be back in 30-40mins.


heidi  2020-12-15 17:10
@sudha @joseph.liyana @joseph.lally is our dev environment stable? i have been trying to complete the signup flow on dev since last night but kept failing at different points in the flow.

 sudha  2020-12-15 17:15
Dev is not stable right now

heidi  2020-12-15 18:51


@dhiraj - i have a conflict at 1 pm PST now can we move this to noon or 2? thanks


**dhiraj**  2020-12-15 18:52
Moving to noon


**heidi**  2020-12-15 18:57
thanks!


**dhiraj**  2020-12-15 20:00
everyone please publish the doc before we meet? It will be easier to have latest updates


**dhiraj**  2020-12-15 20:00
https://mycred.atlassian.net/wiki/spaces/EN/pages/241401861/Backend+API+Documentation


**marie**  2020-12-17 17:03
I have a doctor?s appointment this am and may be late for our standup.


**danny**  2020-12-17 19:57
the court session just ended for today. will start again tomorrow morning 9:30 AM EST. no decisions. but it wax mentioned the there are two "stalking horse bid" in the range of $2MM . for the platform and the team


**danny**  2020-12-17 23:59
i like this doc @sudha will be useful as a reference. add comments to the version for what sprint it is from so we can keep track as it changes!!!
https://mycred.atlassian.net/wiki/spaces/EN/pages/286162960/Platform+Flows


**marie**  2020-12-18 18:30
Passcode: 7817907#


**marie**  2020-12-18 18:41
been meaning to let you know that when bethany started this summer she had me sign up to take the CISA certification (Certified Information Security Auditor) as it is a core competency we desperately need. anyway, i had until may to take the six hour exam. since cred has paid for it in full, she said i need to take it on an accelerated timeline. so basically i'm studying 24/7 around the edges of my other security and product design duties. so it'll end being another certification we can add to our credentials. just so you have visibility into this!

**danny**  2020-12-18 20:07

 judge ruled not to convert to chapter 7

 marie 2020-12-18 20:14
and no need for trustee / court appointed examiner

 joseph.lally 2020-12-18 20:17
I thought the judge said that he is asking for an examiner to be used in the case now? But not a court appointed examiner, it would be examiner from creditors committee I don't fully understand the legal language though lol :sweat_smile:

 marie 2020-12-18 20:21
the creditor committee can conduct an examination of debtor's pre-petition conduct w/out the appointment of a court appointed examiner to be precise, sorry! but the judge said not to expect the court to pick up the costs of examination. he seemed to want to wash his hands of this matter from my perspective.

 joseph.lally 2020-12-18 20:21
hmm interesting, thanks

 marie 2020-12-18 20:22
we'll see ... :slightly_smiling_face:

 sudha 2020-12-21 16:57
I will be late to today?s standup. Have doctor?s appointment.

 heidi 2020-12-21 17:12
I cannot join 10 am today. I will be working on api doc today. Will reach out to @joseph.liyana if I have questions.

 dhiraj 2020-12-21 18:05
Is everyone joining 10am?

 joseph.lally 2020-12-21 18:05
we are in

 abhishek 2020-12-21 18:05
we are already on the call. :slightly_smiling_face:

 marie 2020-12-21 18:05
https://mycred.zoom.us/j/95206238794?pwd=ZWs0WGRBMVh5QzZEaklwQmNTKzB4Zz09

 **alex** 2020-12-21 21:22
fyi, stepping out for 20 minutes

 **sudha** 2020-12-22 06:22
I will be out tomoro. I will be travelling. Please ping me if you need anything! Thank you

 **joseph.lally** 2020-12-22 14:25
I will be offline today but will check slack messages later in the afternoon. Feel free to message me and and I will respond later today

 **joseph.liyana** 2020-12-22 16:25
Same

 **marie** 2020-12-22 17:23
I have to p/u a grocery order between 10 and 11 am so will miss our am standup too

 **dhiraj** 2020-12-22 18:01
Do we need a standup at 10 then? Would it be better to cancel/move?

 **danny** 2020-12-22 20:39
@joseph.liyana @joseph.lally please provide and API flow with examples for MFA switch from EMAIL -> SMS,AUTH ; AUTH-> EMAIL,SMS ; SMS-> EMAIL,AUTH . from what i can see the flow going to AUTH is different from flow going to SMS and EMAIL. am i correct? please include the full flow in V2.

 **joseph.liyana** 2020-12-23 12:10
https://app.lucidchart.com/lucidchart/invitations/accept/e00c281b-0c49-4327-97ae-3ef4f3751fd8

 **alex** 2020-12-23 17:09
Joseph, thanks for supplying this. Its helpful. Does the UPDATETYPE square represent `/users/${ req.body.uuid }/twoFactorAuth/updateType`?

 **alex** 2020-12-23 17:10
If so, locally that endpoint is not used by UI

 **joseph.lally** 2020-12-23 17:23
This link can be used for viewing the consolidated swagger documentation in the DEV environment: https://earn-swagger-dev.mycred.io/api-docs/


abhishek  2020-12-23 17:24
What was the issue?


joseph.lally  2020-12-23 17:26
The consolidated doc pulls the swagger documentation from each Java service via `https://earn-api-dev.mycred.io/swagger/<serviceName>/docs` But when sprint-40 java backend was deployed to DEV on Monday, those endpoints don't exist in sprint-40. Only sprint-43 and beyond


abhishek  2020-12-23 17:27
ah okay, makes sense. Thanks for explaining.


joseph.liyana  2020-12-23 17:31
yes


danny  2020-12-23 17:41
great job @joseph.lally . please add more response examples . need some negative responses and cover all possible response values.


danny  2020-12-23 17:44
it is used when you change to EMAIL or SMS. @joseph.liyana? @alex what do you mean by locally?


alex  2020-12-23 17:46
local dev. Is this correct @joseph.liyana?


alex  2020-12-23 17:47
EMAIL to SMS or SMS to EMAIL?


danny  2020-12-23 17:48
or AUTH to EMAI,SMS


alex  2020-12-23 17:48
no Danny. That doesn't trigger that call


joseph.liyana  2020-12-23 17:49
Follow the swim lanes in the FlowChart If you want to go to Email => updateType If you want to go to Sms => updateType If you want to go to Auth => bind, bindQr


joseph.liyana  2020-12-23 17:49
regardless of the current MFA method


alex  2020-12-23 17:49
I can only see a possibility EMAIL <=> SMS. My users are not SMS enabled and that endpoint is never triggered


joseph.liyana  2020-12-23 17:50
it was removed on front end for Onboarding 1.5


alex  2020-12-23 17:50
but not Auth to EMAIL/SMS or SMS/EMAIL to Auth


alex  2020-12-23 17:52
So, what's now? Should this be enabled?


joseph.liyana  2020-12-23 17:57
yes


danny  2020-12-24 16:30
FYI, i am on a buyer call right now and he requested access to the code base. i am going to give him read access to the new BE and FE repos.


dhiraj  2020-12-25 20:03
@joseph.liyana I heard news about some explosion in Nashville. Hope everyone?s doing ok


alex  2020-12-28 22:09
fyi, I'll be on the road on 1/04 but will be checking Slack for anything urgent.


marie  2021-01-04 19:02
> a link to Cred's latest and greatest style guidelines : https://projects.invisionapp.com/dsm/cred-product/cred-product


alex  2021-01-04 19:03
I get this page "The link you clicked may be broken or the page may have been removed."


alex  2021-01-04 19:04
@marie, do you have the admin rights to Invision?


marie  2021-01-04 19:05
yep, what do you need?


alex  2021-01-04 19:05
Can you check if there are any issue for my account?

marie  2021-01-04 19:05

 ok, hold on a sec

 alex 2021-01-04 19:06
I remember I couldn't get to some pages there and Jonathan couldn't figure out why

 marie 2021-01-04 19:12
I sent you an invite. FYI, every user is an admin since we don't have the enterprise version.

 alex 2021-01-04 19:17
thank you. I'm now able to see the page.


alex 2021-01-04 19:21
, got an email link to Sentry. Who's handling this? I have a question. When joining, I'm selecting our corp Google account but I'm getting to the page with "New Identity" and a button with "New Organization".

 abhishek 2021-01-04 19:23
huh

 alex 2021-01-04 19:23
Hi Abhishek

 alex 2021-01-04 19:24
I select to sign in with Google

 abhishek 2021-01-04 19:24
I just sent you a new invite, can you please try with that?

 alex 2021-01-04 19:25
yeah... login with existing account?

 alex 2021-01-04 19:25
the same story

 abhishek 2021-01-04 19:25
?cred-dj? try entering this as the organization

 alex 2021-01-04 19:26
I need a password

 abhishek 2021-01-04 19:26
Try creating one if possible

 alex 2021-01-04 19:27
I'm in. thanks


**abhishek** 2021-01-04 19:27
:thumbsup::skin-tone-3:


**dhiraj** 2021-01-04 19:49
i'm facing the same issue


**dhiraj** 2021-01-05 00:12
as discussed at the Sprint plan meeting this afternoon, I have moved tickets
https://mycred.atlassian.net/browse/PFRM-1743 and https://mycred.atlassian.net/browse/PFRM-1757 to DONE and moved all 'not done' subtasks (In dev, QA etc) into new tickets (1798 and 1799) for S44


**dhiraj** 2021-01-05 00:12
For any questions, contact myself or Sudha


**heidi** 2021-01-05 22:09
@joseph.liyana @sudha do you know how a user can run into this error when they try to access their account? this is from a uphold user from Vietnam.


**heidi** 2021-01-05 22:09
when user tries to log into their CredEarn uphold account, they get this: https://partner-earn.mycred.io/profile/auth?error=invalid_request&error_description=The%20user%20is%20geoblocked


**joseph.liyana** 2021-01-05 22:12
Don?t know about Uphold region blocking checks


**sudha** 2021-01-05 22:46
not sure about uphold


**danny** 2021-01-06 01:40
i am checking


**danny** 2021-01-06 01:41
i was able to log in to cred uphold in prod


**danny** 2021-01-06 01:42
the error in the URL above is returned from Uphold


**danny** 2021-01-06 01:45
@heidi can you check with the user if they are able to log into Uphold?

 danny 2021-01-06 01:45
the actual Uphold application

 danny 2021-01-06 19:08
if you submit a withdrawal in dev or stage the FB approval will come to me. i just approved one.

ping me if you do not see the approval

 joseph.lally 2021-01-06 19:08
that was me, thanks

 joseph.lally 2021-01-06 19:13
@danny I don't see withdrawal coming through to address, @sudha is checking eth-worker logs

 heidi 2021-01-06 19:13
I see that it was initiated in fireblocks.

 danny 2021-01-06 19:14
first thing to do is to check in a ETH explorer the transaction and then what block it was on

 joseph.lally 2021-01-06 19:14
I did, nothing in ETH explorer I meant

 danny 2021-01-06 19:14
then check the worker or the DB to see what block we are on

 heidi 2021-01-06 19:14
It is in fireblocks. Not approved

 danny 2021-01-06 19:14
take the hash from FB

 joseph.lally 2021-01-06 19:15
it was .01 ETH to `0xA3c2359364bAdE2F7886b76E06E460194C78384A`

 sudha 2021-01-06 19:15
is this the one?

 danny 2021-01-06 19:15
i got a whitelist approval not transfer

 danny 2021-01-06 19:15
@heidi did you get a transfer approval?

 heidi 2021-01-06 19:15
Only Matt can approve

 **joseph.lally** 2021-01-06 19:15
for DEV?

 **heidi** 2021-01-06 19:16
It?s all production on fireblocks

 **danny** 2021-01-06 19:16
there are two orgs

 **danny** 2021-01-06 19:16
i am checking

 **heidi** 2021-01-06 19:17
All workspaces in fb has been updated with Matt being the sole approver

 **sudha** 2021-01-06 19:17
ohhh, he was the one who cancelled my test withdrawal in FB sometime ago

 **danny** 2021-01-06 19:18
he asked me about this and i explained

 **danny** 2021-01-06 19:18
why would they change the test workspace

 **danny** 2021-01-06 19:18
i am looking into this

 **sudha** 2021-01-06 19:18
thank you

 **danny** 2021-01-06 19:23
i sent an email to Matt, it may take some time to fix


**joseph.lally** 2021-01-06 19:26
ok thanks, from FE perspective I'll consider withdraw unblocked then since it got all the way to
fireblocks

 **sudha** 2021-01-07 00:30
@heidi @dhiraj add, withdraw, start programs -> these are enabled on dev now

 **dhiraj** 2021-01-07 00:33
Thanks Sudha


**joseph.lally** 2021-01-07 17:05
@danny @heidi @dhiraj @sudha After completing E-Sign agreement (i.e. the `ACCEPT_TOS`

event), the user enters the `KYC_REVIEW` state. I understand in the past, the user would've gone through a flow to be KYC Verified. Since we don't have that currently, we use an admin api (https://earn-swagger-dev.mycred.io/api-docs/#/Admin%20User/markKycSuccessUsingPOST) to advance the user into the next state (`ADDRESS_FORM_SUBMIT`). I realize in the future there will be KYC steps the user goes through, but currently there isn't, so to "unblock" the registration flow, how do we want to handle the requirement to make an admin call (I use Postman) to advance the user to the next state? Should we just display a screen that says "You are currently in KYC REVIEW" and internally we will know to go into Postman?

 **joseph.lally** 2021-01-07 17:06
Basically, I am wondering what is expected for the registration flow to be "unblocked".

 **danny** 2021-01-07 17:14
we have the manual review state that we use for direct sales. we can then approve them from admin tool

 **danny** 2021-01-07 17:15
model it after the user creation for direct/inside sale process

 **heidi** 2021-01-07 17:19
this is a little diff than direct sales - as direct sales customer is created on admin manually and along with any kyc flag to be set. but retail client goes through the account creation systematically via the app... and then gets stuck in kyc (because we are bypassing the jumio flow). i would agree that for now, let's just expect to handle this manually as proposed - display "you are in review" screen and internally we mark this as successful.

 **abhishek** 2021-01-07 18:36
QuickSight invitation sent to - Joe, Joseph and Sudha (must have received an email for it).

 **abhishek** 2021-01-08 19:46
cred-earn-ui (new frontend repo) is now setup to use github actions instead of jenkins (sprint-44). Did this cause we want to be consistent for new repos both for BE and FE.

 **sudha** 2021-01-08 20:20
@heidi @dhiraj registration process is working on dev now. There are some minor bugs, but the happy path should work

 **heidi** 2021-01-08 20:21
@sudha i am still not getting the "confirmation code" entry page

 sudha  2021-01-08 20:21
can u clear ur cache and retry

 heidi  2021-01-08 20:24
yes that worked!

 heidi  2021-01-08 20:24
thanks1

 heidi  2021-01-08 20:26
does login work?

 sudha  2021-01-08 20:26
yeah


abhishek  2021-01-08 21:34
@sudha and @joseph.liyana Please confirm if I should move forward setting up deploying to stg?

 joseph.liyana  2021-01-08 21:37
Seems like Action failed

 joseph.liyana  2021-01-08 21:37
with code I just deployed

 joseph.liyana  2021-01-08 21:37
rerunning

 danny  2021-01-11 17:50
Will ping you guys when I am available

 dhiraj  2021-01-11 18:03
Works

 danny  2021-01-11 18:40
i am back. ping me if you need me. i will be working on the security stuff.


abhishek  2021-01-11 19:50
BE and FE new repos are setup to deploy to stg when any change is merged/commited to master branch.


abhishek  2021-01-11 23:31
Tomorrow will work on setting up the switch between old and new repo to have it simplified and

work with minimal work.



heidi  2021-01-12 18:17

please take a look - Identity and Wallet services are mostly done:

https://mycred.atlassian.net/wiki/spaces/PROD/pages/343212033/CredEarn+Product+Overview



abhishek  2021-01-12 19:36

@danny @joseph.lally Dev EKS cluster has been setup with the notifications if any of the new node fails to initiate/terminate, going to enable the same in prod now. Notifications will show up in the slack channel #aws-notifications



danny  2021-01-13 16:59

not feeling well. Skipping the morning meetings. I will be in touch if I feel better later.



marie  2021-01-13 16:59

Take care @danny and feel better soon!



sudha  2021-01-13 17:57

take care @danny



dhiraj  2021-01-13 18:05

Lets do a check-in



2021-01-13 18:05

dhiraj has started a meeting



dhiraj  2021-01-13 18:05

Please join



marie  2021-01-13 19:57

I'm off to Stanford for the rest of the day ? feel free to call me in the car if you need me or want to chat!



abhishek  2021-01-13 21:16

Did somebody change anything with our docker plan?



dan.hummer  2021-01-13 21:18

I didn't, but lets review @abhishek



heidi  2021-01-14 17:51

i cannot join standup today. need to do some more recon with Scott. no blocker on my side. ping

me if you need anything from me.

 heidi  2021-01-15 20:28
Did anyone get their paycheck today?

 sudha  2021-01-15 20:28
nope

 dhiraj  2021-01-15 21:52
I did.

 danny  2021-01-15 21:57
i also did + expenses

 marie  2021-01-15 22:00
same, pay plus COBRA payment for Jan.

 heidi  2021-01-15 22:02
yes i see the wire transfer now.

 dhiraj  2021-01-15 22:13
Are we going to receive termination letters or something?