<u>**EXHIBIT DD**</u>

**To:** Dan Schatt[dan@mycred.io]; Chris Wu[chris.wu@teneo.com]; Matt Shapiro[matt@multicoin.capital]
**Cc:** Zachary Messenger[zachary.messenger@teneo.com]; Fernando Soto[fernando.soto@teneo.com]
**From:** Pierre-Alain Rikkers[pierre-alain.rikkers@teneo.com]
**Sent:** Fri 11/27/2020 3:18:28 PM (UTC-05:00)
**Subject:** RE: Intro: Banxa - Cred Process

Understood.  10:30am ET won't work but let me ask for more times.

Pierre-Alain

**Pierre-Alain Rikkers**
Senior Managing Director

**Teneo**
280 Park Avenue, 4th Floor
New York, NY 10017
**O:** +1 (212) 220-8801
**M:** +1 (917) 742-1399
**E:** pierre-alain.rikkers@teneo.com



**teneo.com**

**From:** Dan Schatt <dan@mycred.io>
**Sent:** Friday, November 27, 2020 3:17 PM
**To:** Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>; Chris Wu <chris.wu@teneo.com>; Matt Shapiro <matt@multicoin.capital>
**Cc:** Zachary Messenger <zachary.messenger@teneo.com>; Fernando Soto <fernando.soto@teneo.com>
**Subject:** Re: Intro: Banxa - Cred Process

I'd love to avoid a 6am call if possible, Would Monday 10:30am ET work for everyone?

**From:** Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>
**Date:** Friday, November 27, 2020 at 12:15 PM
**To:** Dan Schatt <dan@mycred.io>, Chris Wu <chris.wu@teneo.com>, Matt Shapiro <matt@multicoin.capital>
**Cc:** Zachary Messenger <zachary.messenger@teneo.com>, Fernando Soto <fernando.soto@teneo.com>
**Subject:** FW: Intro: Banxa - Cred Process

Dan, Chris, Matt – would 9am ET work for you on Monday?  Dan, please let us know if it's too early, but both Chris and I are conflicted at 10am ET.  We can also suggest other times, but please note that Dom is out of Amsterdam.

Thanks,

Pierre-Alain

**Pierre-Alain Rikkers**
Senior Managing Director

**Teneo**
280 Park Avenue, 4th Floor
New York, NY 10017
**O:** +1 (212) 220-8801

**M:** +1 (917) 742-1399
**E:** pierre-alain.rikkers@teneo.com



**teneo.com**

---

**From:** Domenic Carosa <dom@banxa.com>
**Sent:** Friday, November 27, 2020 2:43 PM
**To:** Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>; Matt Shapiro <matt@multicoin.capital>
**Cc:** Chris Wu <chris.wu@teneo.com>; Zachary Messenger <zachary.messenger@teneo.com>; Fernando Soto
<fernando.soto@teneo.com>; Lexie Jowett <pa@dominet.com.au>
**Subject:** Re: Intro: Banxa - Cred Process


Hi Pierre,
Bcc: thanks Matt for your kind words ☺)

YES please send an NDA and I have cc'ed my PA Lexie who will organise a call for Monday ideally between 9am – 11am EST (I am assuming you are in NY – I am Amsterdam based).


Ciao dom

---

**From:** Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>
**Date:** Friday, 27 November 2020 at 5:14 pm
**To:** Matt Shapiro <matt@multicoin.capital>, Domenic Carosa <dom@banxa.com>
**Cc:** Chris Wu <chris.wu@teneo.com>, Zachary Messenger <zachary.messenger@teneo.com>, Fernando Soto
<fernando.soto@teneo.com>
**Subject:** RE: Intro: Banxa - Cred Process

Absolutely, thanks Matt.

Dom – very nice to meet you by way of email.

As Matt I imagine Matt explained it to you, we were just hired to handle the sale of Cred Inc. ("Cred"), a crypto-lending platform that recently file for voluntary bankruptcy.

Founded in early 2018, Cred is a global digital asset platform that bridges traditional finance and decentralized finance by allowing owners of cryptocurrency to lend or rent their digital assets (more than a dozen fiat or crypto currencies) and earn a return (i.e. interest in the digital asset of their choosing).  Cred's proprietary platform is integrated with exchanges, wallets, asset managers, FinTech providers, media and sports venues to support earning on digital assets and its API platform makes it easy for others to customize the user experience.  Attached hereto is a teaser outlining the business and some key highlights.

On November 18, 2020, Cred filed a motion (attached) with the U.S. Bankruptcy Court for the District of Delaware seeking approval of bidding procedures for the sale of some or all of Cred's assets pursuant to section 363 of the Bankruptcy Code (such sale(s), a "363 Sale"), free and clear of all liens and encumbrances.  In its motion, Cred proposes the following timeline:

| Proposal Deadline | January 6, 2021, at 5:00 p.m. (ET) |
|---|---|
| Stalking Horse Bid Deadline | January 6, 2020, at 5:00 p.m. (ET) |
| Stalking Horse Designation Deadline | January 12, 2020, at 5:00 p.m. (ET) |
| Final Bid Deadline | January 15, 2021, at 5:00 p.m. (ET) |

| Auction | January 18, 2021, at a time to be determined (subject to extension by Debtors) |
|---|---|
| Objection Deadline | January 27, 2021, at 5:00 p.m. (ET) |
| Sale Hearing | February 3, 2021, as determined by, and subject to the availability of, the Court |

The bidding procedures motion is scheduled to be heard on December 9, 2020 at 2:00 p.m. (ET).

As further detailed in the motion, the proposed 363 Sale also allows for Cred to designate a "stalking horse" bidder whose bid would serve as the baseline bid in the auction, which bid other bidders would have to exceed.  In exchange for serving as the stalking horse bidder, such bidder may be entitled to receive break-up fees and transaction expense reimbursement to be negotiated in conformity with generally accepted bankruptcy standards.

Please let us know if you are interested in learning more about this opportunity and we will send you an NDA to put in place before we can share more information and facilitate an introduction to the Cred team.  We are also at your disposal if you want to have a brief introductory call before putting an NDA in place.

We look forward to hearing back from you.

Thanks,

Pierre-Alain

**Pierre-Alain Rikkers**
Senior Managing Director

**Teneo**
280 Park Avenue, 4th Floor
New York, NY 10017
**O:** +1 (212) 220-8801
**M:** +1 (917) 742-1399
**E:** pierre-alain.rikkers@teneo.com

**teneo.com**

**From:** Matt Shapiro <matt@multicoin.capital>
**Sent:** Friday, November 27, 2020 10:45 AM
**To:** Domenic Carosa <dom@banxa.com>; Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>; Fernando Soto <fernando.soto@teneo.com>
**Subject:** Intro: Banxa - Cred Process

Pierre,

I'd like to introduce you to Dom Carosa, the CEO of Banxa. Banxa is one of the top (if not the best) fiat on-ramps in crypto. I mentioned the Cred situation to him and he was interested in learning more. Can you shoot him some materials and we can arrange a call sometime next week?

Best,
Matt

Matt Shapiro
Partner
Multicoin Capital

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized

copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Case 20-12836-JTD    Doc 1063-30    Filed 12/05/22    Page 5 of 5

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.