**EXHIBIT EE**



# Cred Inc.

## Business Description

Cred Inc. ("Cred") is a global digital asset platform that bridges the best of traditional finance and decentralized finance, enabling companies to offer earning and borrowing programs. Cred was founded in January 2018.

- Cred's proprietary platform allows owners of cryptocurrency to lend or rent their digital assets and earn a return. The platform enables customers to pledge more than a dozen fiat or crypto assets and receive interest payments in the digital asset of their choosing.
- Cred's platform integrates with exchanges, wallets, asset managers, financial technology providers, media and sports venues to support earning on digital assets and its API platform makes it easy for others to customize the user experience.

## Key Highlights

| | |
|---|---|
| **Successful Asset Gathering Platform** | <ul><li>Cred has originated over $300M in loans across 30 crypto and fiat assets in less than two years</li><li>Customer acquisition is driven by a combination of strategic partnerships and institutional sales</li></ul> |
| **Global Customer Base** | <ul><li>Cred has a globally diverse user base that ranges from small retail investors with as few as $10 held with the company to high-net-worth investors with over $20M invested:<ul><li>190+ countries with customers</li><li>130,000+ registered users</li><li>51,000+ KYC'd users</li><li>6,600+ active users</li></ul></li></ul> |
| **Extensive Partnerships Network** | <ul><li>Cred has an extensive distribution partner network including crypto wallet providers, stablecoin providers, crypto exchanges, the crypto media, among others<ul><li>Main partners include: Uphold, TrustToken, Litecoin Foundation, edge, Virtuse Exchange, and Huobi Wallet</li></ul></li><li>Cred has created an elaborate ecosystem of deep integrations with high quality operators in compliance, distribution, asset management, custody, and servicing</li></ul> |
| **Turnkey Regulatory Framework** | <ul><li>Licenses: Lending licenses in CA, UT and MT; pending applications in NY, TX, OH, MO, WI, MN and KY<ul><li>Proprietary legal opinions supporting crypto rental activities in 50 states and beyond</li></ul></li><li>Compliance: Tax and securities opinions, crypto lending requirement, and MSB memos</li><li>Counsel: Paul Hastings, Bryan Cave, and Dentons</li></ul> |
| **Highly Scalable and Secure Technology Platform** | <ul><li>Onboarding/asset collection/ledger core platform working as a turnkey engine for a growing range of digital asset financial services<ul><li>Lending and borrowing module, wealth management module; additional modules under development</li></ul></li></ul> |
| **Highly Adaptable Business Model** | <ul><li>Cred's infrastructure easily enables other digital asset use cases including:<ul><li>Ongoing trials with leading FinTechs (e.g. Visa) to facilitate crypto usage in retail environment (e.g. acquiring, loyalty and prepaid partnerships) and grow fee-based FIAT services (e.g. card purchases)</li><li>Crypto/FIAT plug & play opportunities for financial institutions and asset managers (e.g. crypto "lending as a service")</li><li>Payment activities to generate fee income</li></ul></li></ul> |
| **Experienced Team** | <ul><li>Highly experienced engineering and operations team with extensive blockchain operating system expertise and technical integration capabilities, and broad literacy across relevant FinTech verticals (payments, banking, etc.)</li></ul> |
| **Utility Token** | <ul><li>Cred has a Utility Token that was launched in 2018, approximately $6 million used to capitalize Cred<ul><li>Out of total supply of 1bn, 900m are unlocked and in circulation; Cred holds 300m (including the 150m locked tokens to be unlocked in May 2021); remaining 700m constitute the float</li><li>Currently trading on a number of exchanges including Huobi, Bithumb, OKEX, Bittrex Global</li></ul></li></ul> |

## All inquiries should be directed to any of the individuals at Teneo listed below:

| **Chris Wu** | **Pierre-Alain Rikkers** | **Zachary Messenger** |
|---|---|---|
| *Senior Managing Director* | *Senior Managing Director* | *Vice President* |
| *(646) 561-3541* | *(917) 742-1399* | *(332) 999-5401* |
| *chris.wu@teneo.com* | *pierre-alain.rikkers@teneo.com* | *zachary.messenger@teneo.com* |

