# **EXHIBIT FF**

| | |
|---|---|
| **Organizer:** | dom@crowdmedia.com **:** dom@crowdmedia.com |
| **Subject:** | *Call with Dan Schatt @ My Cred and Domenic Carosa P. +61411196979 |
| **Location:** | 11am PST / 8pm CET | Please see zoom details below: |
| **Start Time:** | 2020-12-03T19:00:00Z |
| **End Time:** | 2020-12-03T19:30:00Z |
| **Attendees:** | Domenic Carosa **:** dom@banxa.com**,** dan@mycred.io **:** dan@mycred.io**,** Pierre-Alain Rikkers**,** pierre-alain.rikkers@teneo.com**,** Domenic Carosa **:** dom@dominet.com.au |

Domenic Carosa is inviting you to a scheduled Zoom meeting.

Topic: Call with Dan Schatt and Domenic Carosa
Time: Dec 3, 2020 08:00 PM Amsterdam / 11AM PST

Join Zoom Meeting
https://us02web.zoom.us/j/82584020170

Meeting ID: 825 8402 0170
One tap mobile
+13126266799,,82584020170# US (Chicago)
+13462487799,,82584020170# US (Houston)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 346 248 7799 US (Houston)
    +1 646 558 8656 US (New York)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 301 715 8592 US (Washington D.C)
Meeting ID: 825 8402 0170
Find your local number: https://us02web.zoom.us/u/kdgMHdbY1w

Great, thanks Lexie.



Pierre-Alain Rikkers
Senior Managing Director

Teneo
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (212) 220-8801
M: +1 (917) 742-1399
E: pierre-alain.rikkers@teneo.com



teneo.com

From: Lexie Jowett <pa@dominet.com.au>
Sent: Wednesday, December 2, 2020 8:42 PM
To: Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>

Subject: Re: Intro: Banxa - Cred Process*

Hi Pierre-Alain, thank you so much.  I have sent across the invitation and sent you a copy also.

Thank you,

Kindest Regards
Lexie Jowett | Personal Assistant to Domenic Carosa
cidimage002.png@01D691B8.E0FDAEA0          +61 (0) 415 549 103
cidimage003.png@01D691B8.E0FDAEA0          lexiejowett.ea

https://crowdmobile.com/wp-content/uploads/2019/03/CrowdMedia.png
http://www.crowdmedia.com
cidimage007.png@01D691B9.05B00F90
http://www.dominet.com.au


From: Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>
Date: Thursday, 3 December 2020 at 12:22 pm
To: Lexie Jowett <pa@dominet.com.au>
Subject: Re: Intro: Banxa - Cred Process*

Hi Lexie - this is confirmed.  Please send the invite to dan@mycred.io.

Thanks,

Pierre-Alain


Pierre-Alain Rikkers
Senior Managing Director


Teneo
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (212) 220-8801
M: +1 (917) 742-1399



teneo.com


On Dec 2, 2020, at 7:42 PM, Lexie Jowett <pa@dominet.com.au> wrote:

Hi Pierre-Alain,

Would 11am PST be suitable for tomorrow/Thursday 3rd December.  It will be 8pm for Domenic in Amsterdam.  If you could please advise as soon as possible I can send through a calendar invitation if you could please advise Dan's email address for the invitation unless you would like to send the invitation through to dom@banxa.com and pa@dominet.como.au.

Thank you, I look forward to hearing from you shortly.

Kindest Regards
Lexie Jowett | Personal Assistant to Domenic Carosa
<image001.png>
 +61 (0) 415 549 103
<image002.png>
 lexiejowett.ea

<image003.png>
http://www.crowdmedia.com
<image004.png>
http://www.dominet.com.au


From: Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>
Date: Thursday, 3 December 2020 at 12:55 am
To: Domenic Carosa <dom@banxa.com>, Chris Wu <chris.wu@teneo.com>, Fernando Soto <fernando.soto@teneo.com>, Lexie Jowett <pa@dominet.com.au>
Cc: Zachary Messenger <zachary.messenger@teneo.com>, Matt Shapiro <matt@multicoin.capital>
Subject: RE: Intro: Banxa - Cred Process*

Thanks, Dom.

Lexie – would you like to suggest some times that work for Dom on Thursday for a call with Dan Schatt? Please note that Dan is West Coast based so Pacific Time.

Thanks,

Pierre-Alain



Pierre-Alain Rikkers
Senior Managing Director



Teneo
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (212) 220-8801
M: +1 (917) 742-1399
E: pierre-alain.rikkers@teneo.com



<image005.png>
<image006.png>


teneo.com

From: Domenic Carosa <dom@banxa.com>
Sent: Wednesday, December 2, 2020 4:22 AM

To: Chris Wu <chris.wu@teneo.com>; Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>; Fernando Soto <fernando.soto@teneo.com>; Lexie Jowett <pa@dominet.com.au>
Cc: Zachary Messenger <zachary.messenger@teneo.com>; Matt Shapiro <matt@multicoin.capital>
Subject: Re: Intro: Banxa - Cred Process*

Chris

YES please make an intro to the lawyer mentioned.

Secondly, Dan meeting for Thu please for the 1 on 1 and I will review the dataroom when you send me the link etc.

Ciao dom

From: Chris Wu <chris.wu@teneo.com>
Date: Wednesday, 2 December 2020 at 1:33 am
To: Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>, Domenic Carosa <dom@banxa.com>, Fernando Soto <fernando.soto@teneo.com>, Lexie Jowett <pa@dominet.com.au>
Cc: Zachary Messenger <zachary.messenger@teneo.com>, Matt Shapiro <matt@multicoin.capital>
Subject: RE: Intro: Banxa - Cred Process*

In addition to Pierre's questions, it occurs to me that I know of a bankruptcy lawyer who managed the Giga bankruptcy in Seattle if you are seeking a cost effective counsel to assist.  Maybe that is premature but I figured I'd mention it.

Chris Wu
President, Restructuring Advisory
SMD, Capital Advisory

Teneo
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (646) 561 3541
M: +1 (917) 940 0266
E: chris.wu@teneo.com

<image007.png>
<image008.png>

teneo.com

From: Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>
Sent: Tuesday, December 1, 2020 6:50 PM
To: Domenic Carosa <dom@banxa.com>; Fernando Soto <fernando.soto@teneo.com>; Lexie Jowett <pa@dominet.com.au>
Cc: Chris Wu <chris.wu@teneo.com>; Zachary Messenger <zachary.messenger@teneo.com>; Matt Shapiro <matt@multicoin.capital>
Subject: RE: Intro: Banxa - Cred Process*

Thanks for taking the time to speak, Dom, and thanks for the below list, which is very helpful.

We are aiming to open the dataroom, which will contain information addressing most of your below questions, in the next few days. Hopefully that timing works for you.

Two questions:
Happy to organize a one on one with Dan. Would you rather have it now, or after having accessed the dataroom?
If you/your counsel wishes to discuss the stalking horse approach, we'd be happy to organize a call with Chris and/or the recently appointed CRO. Please let us know.

Thanks,

Pierre-Alain



Pierre-Alain Rikkers
Senior Managing Director

Teneo
280 Park Avenue, 4th Floor
New York, NY 10017
O: +1 (212) 220-8801
M: +1 (917) 742-1399
E: pierre-alain.rikkers@teneo.com

<image007.png>
<image009.png>


teneo.com

From: Domenic Carosa <dom@banxa.com>
Sent: Tuesday, December 1, 2020 5:24 PM
To: Fernando Soto <fernando.soto@teneo.com>; Lexie Jowett <pa@dominet.com.au>
Cc: Chris Wu <chris.wu@teneo.com>; Zachary Messenger <zachary.messenger@teneo.com>; Pierre-Alain Rikkers <pierre-alain.rikkers@teneo.com>; Matt Shapiro <matt@multicoin.capital>
Subject: Re: Intro: Banxa - Cred Process*


Gents,

It was good chatting yesterday. I am open to learning more re Stalking horse. Here are my first lot of requests.

Identification of key IP (software, operating platforms both working and in development/WIP) with any roadmap for the future
Overview of regulatory licences and/or registrations in place + list of WIP registrations in the USA and abroad + any major gaps in the regulatory framework (or major risks identified)
List of key people, salaries, location, time with the company and approx. cost to make them redundant
Financials: historical (ideally audited) and any cashflow forecasts (Note: I am trying to work out how much extra working capital the business will need to continue operating until a relaunch and then starting to generating income again)
ICO whitepaper and further details on the current market for the tokens including top 10 token holders by volume (Question: is there an ability to issue more tokens than the circa 160m in treasury)
Historical investor decks + capital raising documents + details of prior capital and ICO raising rounds (and who led them, internal or external)

One on One meeting with the CEO (@Lexie Jowett will organise for this Wednesday/Thursday this week)

Ciao dom

PS. I will be speaking to my US counsel in the next 48 hours.


From: Fernando Soto <fernando.soto@teneo.com>
Date: Monday, 30 November 2020 at 6: