**EXHIBIT GG**

**Cred Inc: All User Activity**

| Project Name | Date | Time | Event By User | Event User By EMail | Group | Company Name | Activity | Client IP |
|---|---|---|---|---|---|---|---|---|
| Cred Inc | 12/8/2020 | 6:09:27 PM | Amit Cheela | amit@blockfi.com | BlockFi Team | BlockFi | Agree T&C | 207.237.107.156 |
| Cred Inc | 12/8/2020 | 6:09:27 PM | Amit Cheela | amit@blockfi.com | BlockFi Team | BlockFi | AccessToProject | 207.237.107.156 |
| Cred Inc | 12/7/2020 | 3:58:30 AM | Domenic Carosa | dom@banxa.com | Banxa Team | dominet | AccessToProject | 212.238.161.215 |
| Cred Inc | 12/7/2020 | 3:58:30 AM | Domenic Carosa | dom@banxa.com | Banxa Team | dominet | Agree T&C | 212.238.161.215 |
| Cred Inc | 12/4/2020 | 10:19:57 PM | Jonathan Mayers | jonathan@blockfi.com | BlockFi Team | BlockFi Inc. | Agree T&C | 108.6.22.138 |
| Cred Inc | 12/4/2020 | 10:19:57 PM | Jonathan Mayers | jonathan@blockfi.com | BlockFi Team | BlockFi Inc. | AccessToProject | 108.6.22.138 |
| Cred Inc | 12/4/2020 | 5:37:00 PM | Zac princ | zac@blockfi.com | BlockFi Team | blockfi | AccessToProject | 104.162.38.177 |
| Cred Inc | 12/4/2020 | 5:37:00 PM | Zac princ | zac@blockfi.com | BlockFi Team | blockfi | Agree T&C | 104.162.38.177 |
| Cred Inc | 12/4/2020 | 12:15:40 PM | Robert Margolis | rob@blockfi.com | BlockFi Team | BlockFi | Agree T&C | 47.156.238.144 |
| Cred Inc | 12/4/2020 | 12:15:39 PM | Robert Margolis | rob@blockfi.com | BlockFi Team | BlockFi | AccessToProject | 47.156.238.144 |
| Cred Inc | 12/4/2020 | 12:02:31 PM | Jonathan Coffey | jonathan@current.com | Current Team | Current | AccessToProject | 216.158.142.10 |
| Cred Inc | 12/4/2020 | 12:02:31 PM | Jonathan Coffey | jonathan@current.com | Current Team | Current | Agree T&C | 216.158.142.10 |
| Cred Inc | 12/4/2020 | 11:12:55 AM | Christopher Ferraro | chris.ferraro@galaxydigital.io | Galaxy Team | Galaxy Digital | Agree T&C | 165.225.39.101 |
| Cred Inc | 12/4/2020 | 11:12:55 AM | Christopher Ferraro | chris.ferraro@galaxydigital.io | Galaxy Team | Galaxy Digital | AccessToProject | 165.225.39.101 |
| Cred Inc | 12/4/2020 | 10:29:50 AM | Jeremie Beaudry | jeremie.beaudry@celsius.network | Celsius Team | Celsius Network | Agree T&C | 76.20.231.103 |
| Cred Inc | 12/4/2020 | 10:29:50 AM | Jeremie Beaudry | jeremie.beaudry@celsius.network | Celsius Team | Celsius Network | AccessToProject | 76.20.231.103 |