**EXHIBIT NN**

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 12 |
| Total Messages: 2 | Date Range: 1/11/2021 |

## Outline of Conversations

 **cred-us - 2021-01-11T17:38:05 - 2021/01/11** • 2 messages on 1/11/2021 • Dan Schatt • Dan Schatt <dan@mycred.io> • Daniel Hummer • Daniel Hummer <dan.hummer@mycred.io> • Danny Goldstein • Dhiraj Bhat • Heidi Ng • Heidi Ng <heidi@mycred.io> • Marie Kacmarek • Marie Kacmarek <marie@mycred.io> • Pawan Chawla • Sudha Ravula <sudha@mycred.io>

**Messages in chronological order** (times are shown in GMT -05:00)

**cred-us - 2021-01-11T17:38:05 - 2021/01/11**

**Dan Schatt <dan@mycred.io>**  1/11/2021, 12:38 PM

Hi all - per our convo this morning, I'll send an invite later for a call with Domenic, that will happen sometime between 12:45pm and 1:30pm.

**Daniel Hummer <dan.hummer@mycred.io>**  3:32 PM

I am waiting on Host to let me in, just FYI. Not sure if anyone else is also stuck there. Thread broadcast: Hi all - per our convo this morning, I'll send an invite later for a call with Domenic, that will happen sometime between 12:45pm and 1:30pm.