
**EXHIBIT OO**

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 10 | Date Range: 1/12/2021 |

## Outline of Conversations

 **D018M1TFAN7 - 2021/01/12** • 10 messages on 1/12/2021 • Abhishek Garg <abhishek@mycred.io> • Daniel Hummer <dan.hummer@mycred.io>

**Messages in chronological order** (times are shown in GMT -05:00)

### D018M1TFAN7 - 2021/01/12

DH **Daniel Hummer <dan.hummer@mycred.io>** 1/12/2021, 1:32 PM
I didn't even hear what he needed us to review with Caching

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:32 PM
loop me in if you want my support.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:38 PM
Sounds good.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:38 PM
Figured, out of us, you are the big brain.  : )

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:38 PM
💪

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:54 PM
If we do infact get to Re-establish all new services on a new Credit Card.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:55 PM
Will be really GOOD I think... we can choose the 10 Tools we need to build this product and go deep on them.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:59 PM
Yup, no problem.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:59 PM
I think we are going to keep with Google Services.

DH **Daniel Hummer <dan.hummer@mycred.io>** 1:59 PM
very easy to Re-direct it with wherever the Domain is hosted.