**EXHIBIT QQ**

# Short Message Report

| Conversations: 1 | Participants: 11 |
| --- | --- |
| Total Messages: 4 | Date Range: 1/11/2021 |

## Outline of Conversations

 **cred-us - 2021/01/12** • 4 messages on 1/11/2021 • Dan Schatt • Daniel Hummer • Daniel Hummer <dan.hummer@mycred.io> • Danny Goldstein • Dhiraj Bhat • Heidi Ng • Heidi Ng <heidi@mycred.io> • Marie Kacmarek • Marie Kacmarek <marie@mycred.io> • Pawan Chawla • Sudha Ravula <sudha@mycred.io>

**Messages in chronological order** (times are shown in GMT -05:00)

---

**cred-us - 2021/01/12**

**Heidi Ng <heidi@mycred.io>**     1/11/2021, 7:16 PM
We did a whole name change exercise in 2018 from Libra Credit to Cred. we had a short list of 4 names each with its theme, color and meaning etc.. i wonder if we can still find that deck from Jonathan. extensive research was done on each one of the names.

**Heidi Ng <heidi@mycred.io>**     7:38 PM
i can't find the other ones... but this is the one for Cred. something fun to read. 😀

**Heidi Ng <heidi@mycred.io>**     7:40 PM

*Attachment: CRED Brand Style Guide Folder V1.03 08_15_2018.pdf (18 MB)*

**Heidi Ng <heidi@mycred.io>**     10:07 PM
Oliv was my pick
<https://docs.google.com/presentation/d/1rHmZ1iXkIIqLwLkHuVq4axVnvZEHy2F4ztoJWN4vuv0/edit#slide=id.g3bf4b16eb7_1_876>