**EXHIBIT VV**

**FILED UNDER SEAL**