## <u>EXHIBIT CCC</u>

**FILED UNDER SEAL**