**EXHIBIT DDD**

**FILED UNDER SEAL**