**EXHIBIT KKK**

**FILED UNDER SEAL**