# EXHIBIT LLL

**FILED UNDER SEAL**