**EXHIBIT MMM**

**FILED UNDER SEAL**