# **EXHIBIT NNN**

**FILED UNDER SEAL**