# EXHIBIT PPP

**FILED UNDER SEAL**