## **EXHIBIT QQQ**

**FILED UNDER SEAL**