**<u>EXHIBIT RRR</u>**

**FILED UNDER SEAL**