EXHIBIT A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Related to Docket No.** __ |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| March 8, 2023 | 10:00 a.m. |