# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
| | ) | |
| CRED INC. LIQUIDATION TRUST, | ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 22-50398 |
| v. | ) ) ) | |
| UPHOLD HQ INC., a South Carolina Corporation, UPHOLD INC., a Washington Corporation, and UPHOLD LTD., a Cayman Islands exempted limited liability company, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON JANUARY 11, 2023 AT 2:00 P.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT
THE LINK BELOW BY JANUARY 11, 2023 AT 12:00 P.M. (ET).**

**Non-participants, please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-CupzsrEuTWkNMIIe5tdGXdM0KS4Fg**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**MATTER GOING FORWARD**

1. Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 5]

    Related Documents:

    (a) Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 1] [Redacted Version]

    (b) Complaint (Filed 7/22/22) [Adv. Case No. 22-50398; Adv. Docket No. 3] [Sealed Version]

    (c) Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 7/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 4]

    (d) Memorandum of Law in Support of Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 6]

    (e) Request for Judicial Notice in Support of Defendants' Motion to Dismiss All Counts in the Complaint filed by Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 7]

    (f) Declaration of Douglas W. Greene in Support of Defendants' Request for Judicial Notice and Motion to Dismiss All Counts in the Complaint (Filed 8/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 8]

    (g) Certification of Counsel Regarding Order Approving Stipulation for Extension of Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 9/8/22) [Adv. Case No. 22-50398; Adv. Docket No. 13]

    (h) Order Approving Stipulation for Extension of Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 9/8/22) [Adv. Case No. 22-50398; Adv. Docket No. 14]

    (i) Notice of Pretrial Conference (Filed 9/29/22) [Adv. Case No. 22-50398; Adv. Docket No. 15]

(j)      Declaration of David R. Hurst in Support of Cred Inc. Liquidation Trust's Opposition to Defendants' Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398; Adv. Docket No. 19]

(k)      The Cred Inc. Liquidation Trust's Request for Oral Argument on Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/15/22) [Adv. Case No. 22-50398; Adv. Docket No. 23]

(l)      Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd.'s Request for Oral Argument on Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/17/22) [Adv. Case No. 22-50398; Adv. Docket No. 24]

(m)      Notice of Completion of Briefing filed by Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 11/23/22) [Adv. Case No. 22-50398; Adv. Docket No. 26]

(n)      Notice of Completion of Briefing filed by Defendants Uphold HQ Inc., Uphold Inc., and Uphold Ltd. (Filed 11/28/22) [Adv. Case No. 22-50398; Adv. Docket No. 27]

Responses Received:

(a)      Memorandum of Law of Cred Inc. Liquidation Trust in Opposition to Defendants' Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398; Adv. Docket No. 18] [Sealed Version]

(b)      Memorandum of Law of Cred Inc. Liquidation Trust in Opposition to Defendants' Motion to Dismiss the Complaint (Filed 10/13/22) [Adv. Case No. 22-50398; Adv. Docket No. 20] [Redacted Version]

(c)      Defendants' Reply in Further Support of Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/10/22) [Adv. Case No. 22-50398; Adv. Docket No. 21] [Sealed Version]

(d)      Defendants' Reply in Further Support of Defendants' Motion to Dismiss All Counts in the Complaint (Filed 11/10/22) [Adv. Case No. 22-50398; Adv. Docket No. 22] [Redacted Version]

<u>Status</u>:      This matter will be going forward.

Dated: Wilmington, Delaware
January 9, 2023

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*