# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re** | ) Chapter 11 <br> ) <br> ) Case No. 20-12836 (JTD) <br> ) (Jointly Administered) |
| **CRED INC.,** *et al.*, | |
| **Debtors**[1] | |

## ORDER GRANTING THE MOTION OF THE TRUSTEES OF CRED INC. LIQUIDATION TRUST PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE FOR CLARIFICATION OF JULY 19, 2022 BENCH RULING REGARDING TRUST'S AUTHORITY TO ACQUIRE CERTAIN THIRD- PARTY CLAIMS

Upon the motion (the "**Motion**")[2] of the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the "**Trust**") established in the above-captioned bankruptcy cases of Cred, Inc. and its affiliated debtors for entry of an order clarifying this Court's July 19, 2022 Bench Ruling regarding the Trust's authority to acquire certain third party claims; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and1334(b), 11 U.S.C. § 105 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion is granted to the extent set forth herein.

2. The July 19, 2022 Bench Ruling determined that, in accordance with the Plan and the Trust Agreement, the Trustees can acquire Third-Party Claims obtained through individual preference settlements, and, if valid grounds exist, prosecute those claims against defendants, including, without limitation, Lockton Companies LLC and Lockton Companies LLC Pacific Series.

3. The Order is effective immediately and the Trustees are authorized to take all actions necessary to implement the relief granted in this Order.