## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## **DECLARATION OF CEDRIC DE LISSER**

I, Cedric de Lisser, pursuant to 28 U.S. Code § 1746, make the following declaration:

1. I am a trustee of the Cred Inc. Liquidation Trust (the "**Trust**") established in the chapter 11 bankruptcy cases of the above-captioned debtors.

2. I submit this Declaration in support of the Trustees' *Motion Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust Authority to Acquire Third Party Claims*, filed concurrently herewith.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

4. The Trustees commenced an action in the Superior Court of the State of California, County of San Francisco (case no. CGC-22-603638) against Lockton Companies, LLC and Lockton Companies LLC Pacific Series prosecuting claims that were assigned to the Trust by customers/creditors of Cred, Inc.

5. In connection with these assignments, the Trust acquired the claims on an individual basis, customer-by-customer, as part of preference settlements between those customers/creditors and the Trust.

6. The Trust did not use an online portal or otherwise solicit Cred customers to assign their claims to the Trust.

7. No assignor received an increase with respect to his/her allowed claim against the estates in these Chapter 11 cases as part of the preference settlement process.

8. I declare that the foregoing is true and correct.

Executed in Frome, United Kingdom on January 23, 2023.

_____
Cedric de Lisser