## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | ) Chapter 11 |
| | ) |
| **CRED INC.,** *et al.,* | ) Case No. 20-12836 (JTD) |
| | ) (Jointly Administered) |
| **Debtors[1]** | ) |
| | ) **Obj. Deadline: February 2, 2023,** |
| | ) **at 4:00 p.m. (ET)** |
| | ) **Hearing Date:  February 9, 2023 at 2:00 PM** |
| | ) **(ET)** |

## DECLARATION OF ANGELA J. SOMERS

I, Angela J. Somers, pursuant to 28 U.S. Code § 1746, make the following declaration:

1.     I am an attorney admitted to practice in the State of New York.  I am a partner at Reid, Collins & Tsai LLP, counsel to the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the "**Trust**") established in the chapter 11 bankruptcy cases of the above-captioned debtors.

2.     I submit this Declaration in support of the Trustees' *Motion Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust Authority to Acquire Third Party Claims*, filed concurrently herewith.

3.     I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

4.     Attached hereto as **Exhibit A** is a true and correct copy of *Transcript of Hearing Before The Honorable John T. Dorsey, United States Bankruptcy Judge*, docketed in these proceedings as ECF No. 1041.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the *First Amended*

*Verified Complaint* electronically docketed in the Superior Court of the State of California,

County of San Francisco in Case No. CGC-22-60358 on January 17, 2023.

6.      Attached hereto as **Exhibit C** is a true and correct copy of *the Notice of Removal*,

filed on January 18, 2023 in the United States District Court for the Northern District of

California, in Case No. 3:23-cv-00243.

7.      I declare that the foregoing is true and correct.

Executed in Greenwich Connecticut on January 23, 2023.

                                    Angela J. Somers