## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. [1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 24, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-party Claims** (Docket No. 1070)

- **Declaration of Cedric De Lisser** (Docket No. 1071)

- **Declaration of Angela J. Somers** (Docket No. 1072)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 26, 2023

_____
Amanda Hinchey

State of Illinois        )
                         ) SS.
County of Cook           )

Subscribed and sworn before me this 26th day of January 2023 by Amanda Hinchey.

_____
(Notary's official signature)

```
OFFICIAL SEAL
DONALD J SCRIVNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/24
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

# **<u>Exhibit A</u>**

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | 300 DELAWARE AVE.,STE 1100 | | | WILMINGTON | DE | 19801 | |
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | | PHOENIX | AZ | 85005-6123 | |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | 500 DELAWARE AVE.,8TH FLOOR | P O BOX 1150 | | WILMINGTON | DE | 19899 | |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | | |
| COUSINS LAW LLC | SCOTT D. COUSINS | 1521 CONCORD PIKE STE 301 | BRANDYWINE PLAZA WEST | | WILMINGTON | DE | 19803 | |
| CRED INC. | ATTN: PRESIDENT/CEO | 3 EAST THIRD AVENUE | | | SAN MATEO | CA | 94401 | |
| DAVID KEITH GOTTLIEB | | 16255 VENTURA BLVD SUITE 440 | | | ENCINO | CA | 91436 | |
| DCP CAPITAL | KEVIN HU | PO BOX 173 RD TOWN | KINGSTON CHAMBERS | | TORTOLA | | VG1110 | VIRGIN ISLANDS, BRITISH |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | 820 N FRENCH ST 6TH FL | CARVEL STATE OFFICE BUILDING | | WILMINGTON | DE | 19801 | |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | 820 N FRENCH ST | FLOOR | | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD STE 100 | | | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LTD | LINDSAY LIN | KINGTON CHAMBERS PO BOX 173 | MAPLES CORPORATE SERVICES (BVI)LTD | | ROAD TOWN TORTOLA | | | VIRGIN ISLANDS, BRITISH |
| EARNITY EARNITY FINANCIAL ET TRADER | C/O K&L GATES LLP | 1 PARK PLAZA, 12TH FLOOR | ATTN: DANIEL M. GLASSMAN, ESQ. | | IRVINE | CA | 92614 | |
| EARNITY EARNITY FINANCIAL ET TRADER | C/O K&L GATES LLP | 200 SOUTH BISCAYNE BLVD STE 3900 | ATTN: CARLY S. EVERHARDT, ESQ. | | MIAMI | FL | 33131 | |
| EARNITY EARNITY FINANCIAL ET TRADER | C/O K&L GATES LLP | 4350 LASSITER N HILLS AVE STE 300 | ATTN: MARGARET R. WESTBROOK, ESQ. | | RALEIGH | NC | 27609 | |
| EARNITY EARNITY FINANCIAL ET TRADER | C/O K&L GATES LLP | 600 N. KING STREET, SUITE 901 | GOELLER | | WILMINGTON | DE | 19801 | |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | 321 N CLARK ST.,STE 3000 | | | CHICAGO | IL | 60654 | |
| FRANCHISE TAX BOARD | C/O BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | | SACRAMENTO | CA | 95812-2952 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| JST CAPITAL | SCOTT FREEMAN | 350 SPRINGFIELD AVE STE 200 | | | SUMMIT | NJ | 7901 | |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | 2818 LA CIENEGA AVE STE 200 | | | LOS ANGELES | CA | 90034-2646 | |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | 1007 NORTH ORANGE ST.,4TH FLOOR | THE NEMOURS BUILDING | | WILMINGTON | DE | 19801 | |
| MCDERMOTT WILL & EMERY LLP | T WALSH D AZMAN J EVANS | 340 MADISON AVE | | | NEW YORK | NY | 10173-1922 | |
| MICHIGAN DEPT TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST 2ND FL | AUSTIN BUILDING | | LANSING | MI | 48922 | |
| OFFICE OF THE US TRUSTEE | | 844 KING ST STE 2207 | | | WILMINGTON | DE | 19801 | |
| ORACLE CREDIT CORP ORACLE AMERICA | SII TO NETSUITE INC ORACLE | 425 MARKET ST SUITE 2900 | SHAWN M CHRISTIANSON | BUCHALTER A PC | SAN FRANCISCO | CA | 94105 | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | JAMES T. GROGAN | 600 TRAVIS STREET 58TH FL | | | HOUSTON | TX | 77002 | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET 58TH FL | | | HOUSTON | TX | 77002 | |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | 330 WEST 58TH ST.,STE 403 | | | NEW YORK | NY | 10019 | |
| REID COLLINS & TSAI LLP | JONATHAN KASS | NEMOURS BLDG 4TH FLOOR | | | WILMINGTON | DE | 19801 | |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | 300 SPRING GARDEN ST | | | PHILADELPHIA | PA | 19123 | |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | 1201 NORTH MARKET ST FL 14 STE 1402 | JEFFREY J LYONS | | WILMINGTON | DE | 19801-1147 | |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | 45 ROCKEFELLER PLAZA | JORIAN L ROSE; MICHAEL SABELLA | | NEW YORK | NY | 10111 | |
| UPHOLD, INC | JP THIERIOT | 530 5TH AVE STE 3A | | | NEW YORK | NY | 10036-5121 | |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | 1313 NORTH MARKET ST | ELLEN SLIGHTS | | WILMINGTON | DE | 19801 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | | PHILADELPHIA | PA | 19103 | |
| WINSLOW STRONG | C/O ARENT FOX LLP | 1717 K STREET, NW | ATTN: MARY JOANNE DOWD JACKSON TOOF | | WASHINGTON | DC | 20006-5344 | |
| WINSLOW STRONG | C/O THE ROSNER LAW GROUP LLC | 824 N. MARKET STREET, SUITE 810 | ATTN: FREDERICK B. ROSNER, ET AL | | WILMINGTON | DE | 19801 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | | AROOT@ARCHERLAW.COM |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | | GTAYLOR@ASHBYGEDDES.COM KEARLE@ASHBYGEDDES.COM |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | | ACARTY@BROWNRUDNICK.COM MREINING@BROWNRUDNICK.COM |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | SCOTT.COUSINS@COUSINS-LAW.COM |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | DOSDOC_FTAX@STATE.DE.US |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: CARLY S. EVERHARDT, ESQ. | CARLY.EVERHARDT@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: DANIEL M. GLASSMAN, ESQ. | DAN.GLASSMAN@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: MARGARET R. WESTBROOK, ESQ. | MARGARET.WESTBROOK@KLGATES.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)



**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ & MATTHEW B. GOELLER, ESQ. | STEVEN.CAPONI@KLGATES.COM STEVEN.CAPONI@KLGATES.COM |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | | JMOLINARO@FOLEY.COM GGOODMAN@FOLEY.COM |
| JST CAPITAL | SCOTT FREEMAN | | SFREEMAN@JSTCAP.COM |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | | DBG@LNBYB.COM |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | | DHURST@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | | TWWALSH@MWE.COM DAZMAN@MWE.COM JBEVANS@MWE.COM |
| OFFICE OF THE US TRUSTEE | | | JOSEPH.MCMAHON@USDOJ.GOV JOHN.SCHANNE@USDOJ.GOV |
| ORACLE CREDIT CORP AND ORACLE AMERICA INC | SII TO NETSUITE INC ORACLE | BUCHALTER A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | | ALEXBONGARTZ@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | JAMES T. GROGAN | | JAMESGROGAN@PAULHASTINGS.COM |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | | ASOMERS@REIDCOLLINS.COM VNOVELLI@REIDCOLLINS.COM |
| REID COLLINS & TSAI LLP | JONATHAN KASS | | JKASS@REIDCOLLINS.COM |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | JEFFREY J LYONS | JJLYONS@BAKERLAW.COM |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | JORIAN L ROSE; MICHAEL SABELLA | JROSE@BAKERLAW.COM MSABELLA@BAKERLAW.COM |
| UPHOLD, INC | JP THIERIOT | | JP.THIERIOT@UPHOLD.COM |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WINSLOW STRONG | C/O ARENT FOX LLP | ATTN: MARY JOANNE DOWD, ESQ. & JACKSON D. TOOF, ESQ. | JACKSON.TOOF@ARENTFOX.COM MARY.DOWD@ARENTFOX.COM |
| WINSLOW STRONG | C/O THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., SCOTT LEONHARDT, ESQ. & JASON A. GIBSON, ESQ | ROSNER@TEAMROSNER.COM LEONHARDT@TEAMROSNER.COM GIBSON@TEAMROSNER.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2