IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re** | ) Chapter 11 <br> ) <br> ) Case No. 20-12836 (JTD) <br> ) (Jointly Administered) <br> ) <br> ) <u>Obj. Deadline</u>: February 2, 2023, <br> ) at 2:00 p.m. (ET) <br> ) <u>Hearing Date</u>:  February 9, 2023, <br> ) at 2:00 p.m. (ET) |
| **CRED INC.**, *et al.*, |  |
| Debtors[1] |  |

**NOTICE OF CHANGE IN HEARING ON THE MOTION OF THE TRUSTEES
OF THE CRED INC. LIQUIDATION TRUST PURSUANT TO SECTION 105
OF THE BANKRUPTCY CODE FOR CLARIFICATION OF JULY 19, 2022
BENCH RULING REGARDING TRUST'S AUTHORITY
TO ACQUIRE CERTAIN THIRD- PARTY CLAIMS**

To: All parties entitled to notice pursuant to Del. Bankr. L.R. 2002-1(b) and Lockton Companies LLC and Lockton Companies LLC Pacific Series:

**PLEASE TAKE NOTICE** that, on January 23, 2023, the Trustees (the "<u>Trustees</u>") of the Cred Inc. Liquidation Trust established in the above-captioned chapter 11 cases (the "<u>Trust</u>") served a Notice of Hearing ("<u>Notice of Hearing</u>") on the Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code  for Clarification of the July 19, 2022 Bench Ruling Regarding Trust' Authority to Acquire Certain Third Party Claims (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").The Notice of Hearing provided an objection deadline. Objections to the Motion must be in writing, filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned special counsel to the Trustees, so that it is received seven days before the hearing **on or before 4:00 p.m. (ET) on February 2, 2023**.

The Notice of Hearing indicated that a hearing on the Motion would be held on  **FEBRUARY 9, 2023 at 2:00 (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom No. 5, Wilmington Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**THE HEARING WILL NOW BE HELD BEFORE THE HONORABLE JUDGE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DE 19801**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 27, 2023

*/s /Jonathan M. Kass*
REID COLLINS & TSAI LLP
Jonathan M. Kass (DE ID 6003)
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
(302) 467-1765
jkass@reidcollins.com

REID COLLINS & TSAI LLP
Angela J. Somers (*pro hac vice*)
Jeffrey Gross (*pro hac vice* to be filed)
Minyao Wang (*pro hac vice* to be filed)
420 Lexington Avenue
Suite 2731
New York, NY 10170
(212) 344-5200
asomers@reidcollins.com
jgross@reidcollins.com
mwang@reidcollins.com

*Special Counsel to the Trustees of Cred Inc. Liquidation Trust*