## **CERTIFICATE OF SERVICE**

      I, Andrew R. Remming, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on February 2, 2023, via CM/ECF upon those parties registered to receive such electronic notifications, and in the manner indicated on counsel below.

Date: February 2, 2023

                                                    */s/ Andrew R. Remming*
                                                    Andrew R. Remming (No. 5120)

*VIA EMAIL*

**REID COLLINS & TSAI LLP**
Jonathan M. Kass
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
T: 302-467-1765
Email: jkass@reidcollins.com

**REID COLLINS & TSAI LLP**
Angela J. Somers
Jeffrey Gross
Minyao Wang
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200
Email: asomers@reidcollins.com
        jgross@reidcollins.com
        mwang@reidcollins.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph McMahon
John Schanne
Juliet M. Sarkessian
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
T: 302-573-6491
Email: joseph.mcmahon@usdoj.gov
        john.schanne@usdoj.gov
        juliet.m.sarkessian@usdoj.gov

*Special Counsel to the Trustees of Cred Inc. Liquidation Trust*