**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>     Debtors.[1] | Chapter 11<br>Case No. 20-12836 (JTD)<br><br>**RE: D.I. 1076** |

## <u>DECLARATION OF TERRY L. WIT</u>

I, Terry L. Wit, pursuant to 28 U.S.C. § 1746, make the following declaration:

1.  I am an attorney admitted to practice in the State of California.  I am a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel to Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series.

2.  I submit this Declaration in support of the *Objection of Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust Authority to Acquire Third Party Claims*, filed concurrently herewith.

3.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

4.  Attached hereto as **Exhibit A** is a true and correct copy of the *First Set of Requests for Production to the Cred Inc. Liquidation Trust.*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the *Plaintiffs' Objection and Responses to First Set of Requests for Production to the Cred Inc. Liquidation Trust*.

6.      I declare under penalty of the perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in Alameda, California on February 2, 2023.


_Terry L. Wit_____
Terry L. Wit