**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., | Case No. 20-12836 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Minyao Wang of Reid Collins & Tsai LLP, 420 Lexington Avenue, Suite 2731, New York, NY 10170, to represent the Liquidation Trust of Cred Inc. and its debtor affiliates.

Dated: February 6, 2023
Wilmington, Delaware

*/s/ Jonathan Kass*
Jonathan Kass (Del. Bar No.6003)
REID COLLINS & TSAI LLP
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: jkass@reidcollins.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the state of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 6, 2023

*/s/ Minyao Wang*
Minyao Wang
REID COLLINS & TSAI LLP
420 Lexington Avenue, Suite 2731
Telephone: 212.344.5200
Facsimile: 212.344.5299
Email: myang@reidcollins.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.