**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re** | ) Chapter 11 |
| | ) |
| | ) Case No. 20-12836 (JTD) |
| **CRED INC.,** *et al.*, | ) (Jointly Administered) |
| | ) |
| **Debtors**[1] | ) |
| | ) |

**SECOND DECLARATION OF ANGELA J. SOMERS**

I, Angela J. Somers, pursuant to 28 U.S. Code § 1746, make the following declaration:

1. I am an attorney admitted to practice in the State of New York. I am a partner at Reid, Collins & Tsai LLP, counsel to the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the "**Trust**") established in the chapter 11 bankruptcy cases of the above-captioned debtors.

2. I submit this Declaration in support of the Trustees' *Reply to Objections of Lockton Companies, LLC and Lockton Companies, LLC-Pacific Series and Uphold HQ Inc. to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims*, filed concurrently herewith.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the *Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures*, docketed in these proceedings as ECF No. 1015.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the *Omnibus Reply of the Cred Inc. Liquidation Trust to Objections of Uphold HQ Inc. and the Uphold Plaintiffs to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures*, docketed in these proceedings as ECF No. 1031.

6.      I declare that the foregoing is true and correct.

Executed in Greenwich, Connecticut on February 6, 2023.

          */s/ Angela Somers*
          Angela J. Somers