IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 ) |
| CRED INC., *et al.*, | ) Case No. 20-12836 (JTD) ) (Jointly Administered) ) |
| Debtors[1] | ) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON FEBRUARY 9, 2023, AT 2:00 P.M. (ET)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND ANY WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY FEBRUARY 9, 2023 AT 12:00 P.M. (ET).**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItcuqoqDMpEp2gTjj3vsrgAzRV-zGSSA8

## CONTESTED MATTER GOING FORWARD

1. Motion of the Trustees of the Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third Party Claims (D.I. 1070, Filed 01/23/23).

   Objection Deadline: February 2, 2023, at 4:00 p.m. (ET).

   Responses Received:

   a) Objection of Lockton Companies, LLC and Lockton Companies, LLC-Pacific Series D/B/A Lockton Insurance Brokers, LLC to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

        Regarding Trust's Authority to Acquire Third-Party Claims (D.I. 1076, Filed 02/02/23);

b)     Joinder of Uphold HQ Inc. to Objection of Lockton Companies, LLC, et al., to Motion of the Trustees of the Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust' Authority to Acquire Certain Third Party Claims; and Reservation of Rights (D.I. 1086, filed 02/02/23); and

c)     Reply to Objections of Lockton Companies, LLC and Lockton Companies, LLC-Pacific Series and Uphold HQ Inc. to Motion of the Trustees of the Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third Party Claims (D.I. 1093, Filed 02/06/23);

Related Pleadings:

a)     Declaration of Angela J. Somers (D.I. 1072, Filed 01/23/23);

b)     Declaration of Cedric De Lisser (D.I. 1071, Filed 01/23/23);

c)     Notice of Change in Hearing on the Motion of the Trustees of the Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of the July 19, 2022 Bench Ruling Regarding Trust' Authority to Acquire Certain Third Party Claims (D.I. 1075, Filed 01/27/23);

d)     Declaration of Terry L. Wit (D.I. 1077, Filed 02/02/23); and

e)     Second Declaration of Angela J. Somers (D.I. 1094, Filed 02/06/23).

Status: This matter is going forward.

Dated: February 7, 2023

        */s/ Jonathan M. Kass*
        REID COLLINS & TSAI LLP
        Jonathan M. Kass (DE ID 6003)
        300 Delaware Avenue, Suite 770
        Wilmington, DE 19801-6600
        (302) 467-1765
        jkass@reidcollins.com

        REID COLLINS & TSAI LLP
        Angela J. Somers (*pro hac vice*)
        Jeffrey Gross (*pro hac vice*)
        Minyao Wang (*pro hac vice*)
        420 Lexington Avenue
        Suite 2731

New York, NY  10170  
(212) 344-5200  
asomers@ reidcollins.com  
jgross@reidcollins.com  
mwang@reidcollins.com