# SIGN-IN SHEET

**JUDGE:** CTG  **COURTROOM:** 7

**CASE NUMBER:** 20-12836  **CASE NAME:** Cred Inc.  **DATE:** 2/09/2023 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Lyons | Baker Hostetler | Uphold HQ Inc. |
| Michael T. Delaney | Baker Hostetler | Uphold HQ Inc. |
| Angela J. Somers | Reid Collins | Tst of Cred |
| Bratha Kass | Reid Collins | Tst of Cred |
| Renita Sharma | Quinn Emanuel | Lockton entities |
| ERIC SCHWARTZ | Morris, Nichols | " |
| Chris Cundra | " | " |

Cred Inc. (20-12836)
Feb. 9, 2023 @ 2:00 PM

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Minyao | Wang | Trustees of Cred Inc. Liquidation Trust | Reid Collins & Tsai LLP |
| Jeffrey | Gross | Trustees of Cred Inc. Liquidation Trust | Reid Collins & Tsai LLP |
| Cedric | de Lisser | Trustee | |
| Jorian | Rose | Interested party | Baker Hostetler |
| Rachel | Geman | Plaintiffs in a class action lawsuit against Uphold pending in the S.D.N.Y., No 1:21-cv-07579-VSB-BCM | Lieff Cabraser Heimann & Bernstein, LLP |
| Mary | Dowd | W. Strong | ArentFox Schiff LLP |
| juliet | sarkessian | U.S. Trustee | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Eric | Winston | Lockton Companies, LLC | Quinn Emanuel Urquhart & Sullivan, LLP |