## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.,* | Case No. 20-12836 (JTD) |
| Debtors. | Jointly Administered |

### ORDER GRANTING THE MOTION OF THE TRUSTEES OF CRED INC. LIQUIDATION TRUST TO CLARIFY THE TRUST'S AUTHORITY TO ACQUIRE CERTAIN THIRD- PARTY CLAIMS

Upon the motion (the "**Motion**") of the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the "**Trust**") established in the above-captioned bankruptcy cases of Cred, Inc. and its affiliated debtors for entry of an order clarifying this Court's July 19, 2022 Bench Ruling regarding the Trust's authority to acquire certain third party claims; and the district court having subject-matter jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334(b); and this matter having been referred by the district court to this Court under 28 U.S.C. § 157(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given as it relates to the parties who appeared in opposition to the motion (and without prejudice to the rights of any other party to assert that it failed to receive adequate notice); and after due deliberation and sufficient cause appearing therefor, and for the reasons

more fully set forth on the record at the February 9, 2023 hearing, it is hereby **ORDERED THAT**:

1. The Motion is granted to the extent set forth herein.

2. Consistent with the Court's comments during the July 19, 2022 hearing, the Court concludes as a matter of law (without the need to consider or rely upon extrinsic evidence of the drafters' intent) that the Plan and the Trust Agreement (as authorized by this Court's confirmation order) permit the Trustees to acquire Third-Party Claims obtained through individual preference settlements, and, if valid grounds exist, to prosecute those claims against any defendant that received adequate notice of the Motion.

3. The Order is effective immediately and the Trustees are authorized to take all actions necessary to implement the relief granted in this Order.

Dated: February 10, 2023

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE