# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No.: 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEAL

Uphold HQ Inc., a creditor in the above-captioned bankruptcy cases and beneficiary of the Cred Inc. Liquidation Trust, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, from the *Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims* [Docket No. 1099] (the "**Order**") entered February 10, 2023.  A copy of the Order is attached hereto as **Exhibit A**.

The parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **BAKER & HOSTETLER LLP** |
|---|---|
| | Jeffrey J. Lyons |
| **Uphold HQ Inc.** | 1201 North Market Street, 14th Floor |
| | Wilmington, DE  19801-1147 |
| | Telephone:  302.468.7088 |
| | Email: jjlyons@bakerlaw.com |
| | |
| | - and – |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| | |
|---|---|
| | Jorian L. Rose (*pro hac vice*)<br>Michael Sabella (*pro hac vice*)<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212.589.4200<br>Email: jrose@bakerlaw.com<br>       msabella@bakerlaw.com<br><br>- and -<br><br>Michael T. Delaney (*pro hac vice*)<br>Key Tower, 127 Public Sq., Suite 2000<br>Cleveland, OH 44114<br>Telephone: 216.621.0200<br>Email: mdelaney@bakerlaw.com |
| **Appellees**<br><br>**Cred Inc. Liquidation Trust, and**<br><br>**Cedric de Lisser,**<br>**Christopher Moser, and**<br>**Michael Michelin,**<br>   **as Trustees of Cred Inc. Liquidation Trust** | **REID COLLINS & TSAI LLP**<br>Jonathan M. Kass (DE ID 6003)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801-6600<br>Telephone: 302.467.1765<br>Email: jkass@reidcollins.com<br><br>- and -<br><br>Angela J. Somers (*pro hac vice*)<br>Jeffrey Gross (*pro hac vice*)<br>Vincenzo Novelli (*pro hac vice*)<br>Minyao Wang (*pro hac vice*)<br>420 Lexington Avenue, Suite 2731<br>New York, NY 10170<br>Telephone: 212.344.5200<br>Email: asomers@reidcollins.com<br>       jgross@reidcollins.com<br>       mwang@reidcollins.com<br><br>**- and -**<br><br>**MCDERMOTT WILL & EMERY LLP**<br>David R. Hurst (DE ID 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: 302.485.3900<br>Email: dhurst@mwe.com |

|  | Darren Azman (*pro hac vice*)<br>Timothy W. Walsh (*pro hac vice*)<br>Joseph V. Evans (*pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY  10017-3852<br>Telephone:  212.547.5400<br>Email: @mwe.com |
|---|---|

Dated: February 23, 2023
       Wilmington, Delaware

**BAKER & HOSTETLER LLP**

 /s/ *Jeffrey J. Lyons*
Jeffrey J. Lyons
1201 North Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone:  302.468.7088
Email: jjlyons@bakerlaw.com

- and -

Jorian L. Rose (*pro hac vice*)
Michael Sabella (*pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Email: jrose@bakerlaw.com
       msabella@bakerlaw.com

- and -

Michael T. Delaney (*pro hac vice*)
Key Tower, 127 Public Sq., Suite 2000
Cleveland, OH 44114
Telephone:  216.621.0200
Facsimile:  216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for Uphold HQ Inc.*