# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered<br><br>**Re: D.I. 1099** |

### NOTICE OF APPEAL FILED BY LOCKTON COMPANIES, LLC AND LOCKTON COMPANIES, LLC – PACIFIC SERIES D/B/A <u>LOCKTON INSURANCE BROKERS, LLC</u>

Pursuant to 28 U.S.C. § 158(a), Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC (collectively, "**Lockton**"), appeal from the *Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims* [D.I. 1099] dated February 10, 2023, which was entered on the docket in the above-captioned bankruptcy cases, and is attached hereto as **Exhibit A**.

The names of all parties to the judgments, orders, or decrees from which Lockton appeals, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Counsel for the Cred Inc. Liquidation Trust | Counsel for Lockton |
|---|---|
| Jonathan M. Kass (No. 6003)<br>Reid Collins & Tsai LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801-6600<br>Telephone: (302) 467-1765<br>Email: jkass@reidcollins.com<br><br>Angela J. Somers (admitted *pro hac vice*)<br>Jeffrey Gross (admitted *pro hac vice*) | Eric D. Schwartz (No. 3134)<br>Thomas W. Briggs, Jr. (No. 4076)<br>Andrew R. Remming (No. 5120)<br>Ryan D. Stottman (No. 5237)<br>Evanthea Hammer (No. 7061)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>PO Box 1347<br>Wilmington, DE 19899 |

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| | |
|---|---|
| Minyao Wang (admitted *pro hac vice*)<br>Reid Collins & Tsai LLP<br>420 Lexington Avenue Suite 2731<br>New York, NY 10170<br>Telephone: (212) 344-5200<br>Email: asomers@reidcollins.com<br>         jgross@reidcollins.com<br>         mwang@reidcollins.com | Telephone: (302) 658-9200<br>eschwartz@morrisnichols.com<br>tbriggs@morrisnichols.com<br>aremming@morrisnichols.com<br>rstottman@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>Michael B. Carlinsky (admitted *pro hac vice*)<br>Renita N. Sharma (admitted *pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: michaelcarlinsky@quinnemanuel.com<br>           renitasharma@quinnemanuel.com<br><br>Terry L. Wit (admitted *pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Email: terrywit@quinnemanuel.com<br><br>Eric D. Winston (admitted *pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Email: ericwinston@quinnemanuel.com |
| | **Counsel for Uphold HQ Inc.**<br><br>Jeffrey J. Lyons (No. 6437)<br>Baker & Hostetler LLP<br>1201 North Market Street, Suite 1407<br>Wilmington, DE 19801-1147<br>Telephone: (302) 468-7088<br>Email: jjlyons@bakerlaw.com<br><br>Jorian L. Rose (admitted *pro hac vice*)<br>Michael Sabella (admitted *pro hac vice*)<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: jrose@bakerlaw.com |

|  | msabella@bakerlaw.com<br><br>Michael T. Delaney (admitted *pro hac vice*)<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., Suite 2000<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>Email: mdelaney@bakerlaw.com |
|---|---|

*[Signature Page Follows]*

Dated: February 23, 2023
Wilmington, Delaware

Respectfully submitted,

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Andrew R. Remming*
Eric D. Schwartz (No. 3134)
Thomas W. Briggs, Jr. (No. 4076)
Andrew R. Remming (No. 5120)
Ryan D. Stottman (No. 5237)
Evanthea Hammer (No. 7061)
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
eschwartz@morrisnichols.com
tbriggs@morrisnichols.com
aremming@morrisnichols.com
rstottman@morrisnichols.com
ehammer@morrisnichols.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Michael B. Carlinsky (admitted *pro hac vice*)
Renita Sharma (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
renitasharma@quinnemanuel.com

Terry L. Wit (admitted *pro hac vice*)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
terrywit@quinnemanuel.com

Eric D. Winston (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
ericwinston@quinnemanuel.com

*Counsel to Lockton Companies LLC and Lockton Companies LLC – Pacific Series*