# **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on February 23, 2023, via CM/ECF upon those parties registered to receive such electronic notifications, and in the manner indicated on counsel below.

Date: February 23, 2023

/s/ *Andrew R. Remming*
Andrew R. Remming (No. 5120)

### *VIA EMAIL*

**REID COLLINS & TSAI LLP**
Jonathan M. Kass
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
T: 302-467-1765
Email: jkass@reidcollins.com

Angela J. Somers
Jeffrey Gross
Minyao Wang
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200
Email: asomers@reidcollins.com
jgross@reidcollins.com
mwang@reidcollins.com

*Special Counsel to the Trustees of Cred Inc. Liquidation Trust*

**BAKER & HOSTETLER LLP**
Jeffrey J. Lyons
1201 North Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone: 302.468.7088
Email: jjlyons@bakerlaw.com

Jorian L. Rose
Michael Sabella
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

Email: jrose@bakerlaw.com
      msabella@bakerlaw.com

Michael T. Delaney
Key Tower, 127 Public Sq., Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for Uphold HQ Inc*

**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph McMahon
John Schanne
Juliet M. Sarkessian
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
T: 302-573-6491
Email: joseph.mcmahon@usdoj.gov
      john.schanne@usdoj.gov
      juliet.m.sarkessian@usdoj.gov