# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRED INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12836 (JTD)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, S. Christopher Cundra IV hereby withdraws as counsel to Lockton Companies LLC and Lockton Companies LLC – Pacific Series (together with Lockton Companies LLC, "Lockton"). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove Mr. Cundra from the electronic and paper noticing matrix for the above-captioned case.

All other current counsel of record will continue to represent Lockton and are not intended to be affected by this notice.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

| | |
|---|---|
| Dated:  February 24, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ S. Christopher Cundra IV*<br>Thomas W. Briggs, Jr. (No. 4076)<br>Andrew R. Remming (No. 5120)<br>Ryan D. Stottman (No. 5237)<br>S. Christopher Cundra IV (No. 6775)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>PO Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200<br>tbriggs@morrisnichols.com<br>aremming@morrisnichols.com<br>rstottman@morrisnichols.com<br>scundra@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Michael B. Carlinsky (*pro hac vice*)<br>Renita N. Sharma (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>renitasharma@quinnemanuel.com<br><br>Terry L. Wit (*pro hac vice*)<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>terrywit@quinnemanuel.com<br><br>Eric D. Winston (*pro hac vice*)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>ericwinston@quinnemanuel.com<br><br>*Counsel to Lockton Companies LLC and Lockton Companies LLC – Pacific Series* |