## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No.:  20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey J. Lyons, hereby certify that I am not less than 18 years of age, and that service of Uphold HQ, Inc.'s Notice of Appeal (Doc. 1100) was caused to be made on February 23, 2023, via CM/ECF upon those parties registered to receive such electronic notifications, and on February 24, 2023 upon the counsel below via email:

**REID COLLINS & TSAI LLP**
Jonathan M. Kass
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
T: 302-467-1765
Email: jkass@reidcollins.com

Angela J. Somers
Jeffrey Gross
Minyao Wang
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200
Email: asomers@reidcollins.com
        jgross@reidcollins.com
        mwang@reidcollins.com

*Special Counsel to the Trustees of Cred Inc. Liquidation Trust*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

**MORRIS NICHOLS ARSHT & TUNNELL LLP**
Eric D. Schwartz (No. 3134)
Thomas W. Briggs, Jr. (No. 4076)
Andrew R. Remming (No. 5120)
Ryan D. Stottman (No. 5237)
Evanthea Hammer (No. 7061)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Email:  eschwartz@morrisnichols.com
        tbriggs@morrisnichols.com
        aremming@morrisnichols.com
        rstottman@morrisnichols.com
        ehammer@morrisnichols.com

*Counsel for Lockton*

**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph McMahon
John Schanne
Juliet M. Sarkessian
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
T: 302-573-6491
Email:  joseph.mcmahon@usdoj.gov
        john.schanne@usdoj.gov
        juliet.m.sarkessian@usdoj.gov

Dated: February 24, 2023
      Wilmington, Delaware

**BAKER & HOSTETLER LLP**

 _/s/ Jeffrey J. Lyons_
Jeffrey J. Lyons
1201 North Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone:  302.468.7088
Email: jjlyons@bakerlaw.com

- and -

Jorian L. Rose (*pro hac vice*)
Michael Sabella (*pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Email: jrose@bakerlaw.com
        msabella@bakerlaw.com

- and -

Michael T. Delaney (*pro hac vice*)
Key Tower, 127 Public Sq., Suite 2000
Cleveland, OH 44114
Telephone:  216.621.0200
Facsimile:  216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for Uphold HQ Inc.*