IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: CRED INC., et al.

| | |
|---|---|
| Lockton Companies, LLC ) | |
| Lockton Companies, LLC - Pacific Series ) | Civil Action No. 23-210 |
| d/b/a Lockton Insurance Brokers, LLC, ) | |
| ) | |
| Appellants, ) | |
| ) | Bankruptcy Case No.  20-12836 (JTD) |
| v.           ) | Bankruptcy BAP No.  23-00008 |
| ) | |
| ) | |
| Cred Inc. Liquidation Trust ) | |
| | |
| Appellee, | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Ruling of the Bankruptcy Court dated 2/10/2023 was docketed in the District Court on 2/24/2023:

## ORDER GRANTING THE MOTION OF THE TRUSTEES OF CRED INC. LIQUIDATION TRUST TO CLARIFY THE TRUST'S AUTHORITY TO ACQUIRE CERTAIN THIRD- PARTY CLAIMS

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

/twk
Date: 2/24/2023
CC.    U.S. Bankruptcy Court
         Counsel via CM/ECF