# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| CRED INC. LIQUIDATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 22-50474 (JTD) |
| | ) | |
| v. | ) | |
| | ) | |
| EARNITY, INC., EARNITY FINANCIAL, INC., EARNITY FINANCIAL INC., ET TRADER, INC. AND DOMENIC CAROSA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON MARCH 8, 2023 AT 10:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY
BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER AT
LEAST 2 HOURS IN ADVANCE.  COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER
IN ADVANCE FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdOCurjMqGtT6wCkY_MqoFE6ugAABsuM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**MATTER GOING FORWARD**

1. Complaint (Filed 12/5/22) [Adv. Case No. 22-50474; Adv. Docket No. 1] [Redacted Version]

   Related Documents:

   (a)  Complaint (Filed 12/5/22) [Adv. Case No. 22-50474; Adv. Docket No. 3] [Sealed Version]

   (b)  Certification of Counsel Submitting Order Approving Stipulation for Extension of Time for Defendants to Respond to the Complaint and Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 1/10/23) [Adv. Case No. 22-50474; Adv. Docket No. 4]

   (c)  Order Approving Stipulation for Extension of Time for Defendants to Respond to the Complaint and Time for Opposition and Reply to the Defendants' Motion to Dismiss (Filed 1/10/23) [Adv. Case No. 22-50474; Adv. Docket No. 5]

   (d)  Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 3/2/23) [Adv. Case No. 22-50474; Adv. Docket No. 9]

   (e)  Certification of Counsel Regarding Proposed Scheduling Order (Filed 3/3/23) [Adv. Case No. 22-50474; Adv. Docket No. 10]

   Responses Received:

   (a)  Earnity Defendants' Answer, Affirmative Defenses, and Demand for Jury Trial (Filed 3/1/23) [Adv. Case No. 22-50474; Adv. Docket No. 7]

   (b)  Domenic Carosa's Motion to Dismiss Complaint (Filed 3/1/23) [Adv. Case No. 22-50474; Adv. Docket No. 8]

   Status:    The pretrial conference is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 6, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>Andrew B. Kratenstein (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |