IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| CRED INC. LIQUIDATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 22-50474 (JTD) |
| | ) | |
| v. | ) | |
| | ) | |
| EARNITY, INC., EARNITY FINANCIAL, INC., EARNITY FINANCIAL INC., ET TRADER, INC. AND DOMENIC CAROSA, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTER SCHEDULED FOR
HEARING ON MARCH 8, 2023 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## MATTER GOING FORWARD

1. Complaint (Filed 12/5/22) [Adv. Case No. 22-50474; Adv. Docket No. 1] [Redacted Version]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] **Amended agenda items are noted in bold.**

Related Documents:

(a) Complaint (Filed 12/5/22) [Adv. Case No. 22-50474; Adv. Docket No. 3] [Sealed Version]

(b) Certification of Counsel Submitting Order Approving Stipulation for Extension of Time for Defendants to Respond to the Complaint and Time for Opposition and Reply to Defendants' Motion to Dismiss (Filed 1/10/23) [Adv. Case No. 22-50474; Adv. Docket No. 4]

(c) Order Approving Stipulation for Extension of Time for Defendants to Respond to the Complaint and Time for Opposition and Reply to the Defendants' Motion to Dismiss (Filed 1/10/23) [Adv. Case No. 22-50474; Adv. Docket No. 5]

(d) Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 3/2/23) [Adv. Case No. 22-50474; Adv. Docket No. 9]

(e) Certification of Counsel Regarding Proposed Scheduling Order (Filed 3/3/23) [Adv. Case No. 22-50474; Adv. Docket No. 10]

**(f) Scheduling Order (Filed 3/6/23) [Adv. Case No. 22-50474; [Adv. Docket No. 12]**

Responses Received:

(a) Earnity Defendants' Answer, Affirmative Defenses, and Demand for Jury Trial (Filed 3/1/23) [Adv. Case No. 22-50474; Adv. Docket No. 7]

(b) Domenic Carosa's Motion to Dismiss Complaint (Filed 3/1/23) [Adv. Case No. 22-50474; Adv. Docket No. 8]

Status: **As the Court has entered the parties' proposed scheduling order, the pretrial conference has been cancelled.**

<table>
<tr><td>

Dated: Wilmington, Delaware
       March 6, 2023

</td><td>

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel to Cred Inc. Liquidation Trust*

</td></tr>
</table>