# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF
## MICHAEL R. HUTTENLOCHER

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael R. Huttenlocher of the law firm McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10173-3852, to represent the Cred Inc. Liquidation Trust in the above-captioned cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated:  March 9, 2023 | */s/ David R. Hurst* |
| | David R. Hurst (I.D. No. 3743) |
| | **McDERMOTT WILL & EMERY LLP** |
| | 1007 North Orange Street, 10th Floor |
| | Wilmington, Delaware 19801 |
| | Telephone:    (302) 485-3900 |
| | Facsimile:    (302) 351-8711 |
| | Email:            dhurst@mwe.com |

*Counsel for Cred Inc. Liquidation Trust*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

### CERTIFICATION OF COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Courts for the Eastern and Southern Districts of New York, the U.S. Courts of Appeals for the Second Circuit, and the Supreme Court of the United States, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 9, 2023  */s/ Michael R. Huttenlocher*
Michael R. Huttenlocher
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10173-3852
Telephone:   (212) 547-5400
Facsimile:   (212) 547-5444
Email:        mhuttenlocher@mwe.com

*Counsel for Cred Inc. Liquidation Trust*