**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF
ANDREW B. KRATENSTEIN**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew B. Kratenstein of the law firm McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10173-3852, to represent the Cred Inc. Liquidation Trust in the above-captioned cases.

Dated:  March 9, 2023

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:    (302) 351-8711
Email:        dhurst@mwe.com

*Counsel for Cred Inc. Liquidation Trust*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: March 9th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE