IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF
SAMUEL C. ASHWORTH**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Samuel C. Ashworth of the law firm McDermott Will & Emery LLP, The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531, to represent the Cred Inc. Liquidation Trust in the above-captioned cases.

Dated: March 9, 2023

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:     (302) 351-8711
Email:           dhurst@mwe.com

*Counsel for Cred Inc. Liquidation Trust*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 9th, 2023
Wilmington, Delaware**

**JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE**