## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED, INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| UPHOLD HQ INC., | |
| Appellant, | C.A. No. 23-211 (MN) |
| v. | |
| CRED INC. LIQUIDATION TRUST, *et al*., | |
| Appellees. | |

### APPELLANT'S DESIGNATION OF RECORD AND STATEMENT
### OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(A)

Pursuant to Fed. R. Bankr. P. 8009(a) and Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Uphold HQ Inc. ("**Appellant**"), by and through its undersigned counsel, hereby submits this designation of the record and statement of issues on appeal in connection with its appeal from the *Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims* [Docket No. 1099] (the "**Order**")[2] entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on February 10, 2023.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

[2] As used herein, "**Motion**" refers to the *Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims* [Docket No. 1070].

**DESIGNATION OF THE RECORD ON APPEAL**

Appellant hereby designates the following pleadings and other documents, including any documents, declarations, exhibits or attachments thereto, as the record on appeal:

| Item No. | Description | Docket No.[3] | Filing/Entry Date |
|---|---|---|---|
| 1 | *Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Cred Inc.] | 1 | 11/07/2020 |
| 2 | *Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Cred (US) LLC] | 1[4] | 11/07/2020 |
| 3 | *Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Cred Capital, Inc.] | 1[5] | 11/07/2020 |
| 4 | *Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Cred Merchant Solutions LLC] | 1[6] | 11/07/2020 |
| 5 | *Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Cred (Puerto Rico) LLC] | 1[7] | 11/07/2020 |
| 6 | *Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 301 | 12/31/2020 |
| 7 | *Debtors' Motion for Entry of Order: (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final* | 303 | 12/31/2020 |

[3] Unless otherwise noted, all docket references refer to the subject docket entry in *In re Cred Inc.*, Case No. 20-12836-JTD.

[4] Docket number refers to the docket entry in *In re Cred (US) LLC*, Case No. 20-12837-JTD.

[5] Docket number refers to the docket entry in *In re Cred Capital, Inc.*, Case No. 20-12838-JTD.

[6] Docket number refers to the docket entry in *In re Cred Merchant Solutions LLC*, Case No. 20-12839-JTD.

[7] Docket number refers to the docket entry in *In re Cred (Puerto Rico) LLC*, Case No. 20-12840-JTD.

| | | | |
|---|---|---|---|
| | *Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures* | | |
| 8 | *Notice of Filing Liquidation Analysis to Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 379 | 01/20/2021 |
| 9 | *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 380 | 01/21/2021 |
| 10 | *Order pursuant to Bankruptcy Code Sections 105, 502, 1125, 1126 and 1128, Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, and Local Rules 3017-1, 3017-2, 3018-1, and 3020-1: (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures* | 399 | 01/21/2021 |
| 11 | *Transcript of January 21, 2021, Hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge* | 402 | 01/22/2021 |
| 12 | *Order pursuant to Bankruptcy Code Sections 363(b) and 105(a) Authorizing Debtors to Enter into and Perform under a Plan Support Agreement Term Sheet* | 480 | 02/05/2021 |
| 13 | *Notice of Filing of Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 533 | 02/19/2021 |
| 14 | *Notice of Filing of Liquidation Trust Agreement* | 579 | 03/02/2021 |
| 15 | *Notice of Filing of Amended Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 589 | 03/04/2021 |

| 16 | *Debtors' Memorandum of Law (I) in Support of (A) Final Approval of the Adequacy of Disclosure Statement under Section 1125 of the Bankruptcy Code and (B) Confirmation of the Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code and (II) in Response to Objections to Approval of, and Confirmation of Combined Plan and Disclosure Statement* | 595 | 03/04/2021 |
| 17 | *Notice of Filing of Modified Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 602 | 03/05/2021 |
| 18 | *Report of Robert J. Stark, Examiner* | 605 | 03/08/2021 |
| 19 | *Notice of Filing of Revised Modified Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 619 | 03/10/2021 |
| 20 | *Minute Entry re Confirmation of Plan of Liquidation* | 626 | 03/11/2021 |
| 21 | *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code[8]* | 629 | 03/11/2021 |
| 22 | *Transcript of March 11, 2021, Hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge* | 655 | 03/17/2021 |
| 23 | *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* | 722 | 04/16/2021 |
| 24 | *Notice Of (A) Entry Of Order Confirming The First Amended Combined Joint Plan Of Liquidation And Disclosure Statement Of Cred Inc. And Its Subsidiaries Under Chapter 11 Of The Bankruptcy Code And (B) The Occurrence Of The Effective Date* | 730 | 04/19/2021 |

---

[8] As used herein, "**Plan**" or "**Disclosure Statement**," as applicable, refer to the disclosure statement approved on a final basis and plan confirmed, as amended and supplemented, and "**Trust Agreement**" refers to the Liquidation Trust Agreement [*see* Docket No. 579-1] approved pursuant to the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code* [Docket No. 629] (the "**Confirmation Order**").

| 25 | *Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures*[9] | 1015 | 06/23/2022 |
|----|----|----|----|
| 26 | *Affidavit of Service* regarding Item No. 25 | 1020 | 06/28/2022 |
| 27 | *Objection of Uphold HQ Inc. to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures* | 1027 | 07/07/2022 |
| 28 | *Objection of Uphold Plaintiffs to the Motion of the Cred Inc. Liquidating Trust for Entry of Order Approving Third Party Claim Assignment Procedures*[10] | 1029 | 07/11/2022 |
| 29 | *Omnibus Reply of the Cred Inc. Liquidation Trust to Objections of Uphold HQ Inc. and the Uphold Plaintiffs to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures* | 1031 | 07/14/2022 |
| 30 | *Notice of Agenda of Matter Scheduled for Hearing on July 19, 2022 at 3:00 p.m. (Eastern Time) Before the Honorable John T. Dorsey* | 1032 | 07/14/2022 |
| 31 | *Minute Entry Denying without Prejudice a New Motion the Motion to Approve Third Party Claim Assignment Procedures* | 1040 | 07/19/2022 |
| 32 | *Transcript of July 19, 2022, Hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge* | 1041 | 07/20/2022 |
| 33 | *Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims* | 1070 | 01/23/2023 |
| 34 | *Declaration of Cedric de Lisser* [in Support of Item No. 33] | 1071 | 01/23/2023 |
| 35 | *Declaration of Angela J. Somers* [in Support of Item No. 33] | 1072 | 01/23/2023 |
| 36 | *Affidavit of Service* regarding Item No. 33 | 1074 | 01/26/2023 |

[9] As used herein, "**Assignment Motion**" refers to the *Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures* [Docket No. 1015].

[10] "Uphold Plaintiffs" refers to the named plaintiffs in the consumer class action proceeding against Uphold HQ, Inc., styled *Sandoval v. Uphold HQ Inc.*, 1:21-cv-07579 (VSB), which is pending in the United States District Court for the Southern District of New York.

| 37 | *Notice of Change in Hearing on the Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims* | 1075 | 01/27/2023 |
|---|---|---|---|
| 38 | *Objection of Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC to Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims* | 1076 | 02/02/2023 |
| 39 | *Declaration of Terry L. Wit* [in Support of Item No. 38] | 1077 | 02/02/2023 |
| 40 | *Joinder of Uphold HQ Inc. to Objection of Lockton Companies, LLC, et al., to Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims; and Reservation of Rights* | 1086 | 02/02/2023 |
| 41 | *Reply to Objections of Lockton Companies and Lockton Companies, LLC-Pacific Series and Uphold HQ Inc. to Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims* | 1093 | 02/06/2023 |
| 42 | *Second Declaration of Angela J. Somers* [in Support of Item No. 41] | 1094 | 02/06/2023 |
| 43 | *Notice of Agenda of Matter Scheduled for Hearing on February 9, 2023, at 2:00 p.m. (ET) before the Honorable Craig T. Goldblatt* | 1095 | 02/07/2023 |
| 44 | *Transcript of February 9, 2023, Hearing before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge* | 1098 | 02/10/2023 |
| 45 | *Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims* | 1099 | 02/10/2023 |
| 46 | Uphold HQ, Inc. *Notice of Appeal* from the Order | 1100 | 02/23/2023 |

| 47 | Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC *Notice of Appeal* from the Order | 1102 | 02/23/2023 |
| 48 | *Memorandum Opinion* in Support of the Order[11] | 1110 | 02/27/2023 |

## STATEMENT OF ISSUES ON APPEAL

Appellant hereby states the following as the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1.       Whether the Bankruptcy Court erred in finding that the Plan and Trust Agreement authorize the Cred Inc. Liquidation Trust (the "**Liquidation Trust**") to acquire Third-Party Claims.

2.       Whether the Bankruptcy Court erred when it concluded "as a matter of law (without the need to consider or rely upon extrinsic evidence of drafters' intent) that the Plan and Trust Agreement (as authorized by this Court's confirmation order) permit the Trustees to acquire Third-Party Claims obtained through individual preference settlements.…"  Docket No. 1099, at p. 2.

3.       Whether the Bankruptcy Court erred when it concluded that Section 2.4(7) of the Trust Agreement and Section 12.3(b)(vii) of the Plan, which pertain to the authority to "adjudicate third party claims" [*see* Docket Nos. 579-1, at p.4, and 629-1, at p. 57], "make[] it unambiguously clear that the acquisition of third-party claims was contemplated by the trust" [*see* Docket No. 1110, at p. 14]—particularly in light of the Bankruptcy Court's finding that the authority to acquire Third-Party Claims is not "clear because the word 'acquire' does not appear in the plan or trust documents."  *See* Docket No. 1041, at 49:5-7.

---

[11] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Order or Memorandum Opinion, as applicable.

4.      Whether the Bankruptcy Court violated Appellant's due process rights or otherwise erred in granting relief beyond the scope of the Motion or otherwise finding the Liquidation Trust was authorized by the Plan and Trust Agreement to acquire Third-Party Claims pursuant to settlements of preferential transfer claims under Section 547 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**").

5.      Whether the Bankruptcy Court violated Appellant's due process rights or otherwise erred in granting the Motion despite insufficient notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure and/or Rule 2002-1(b) of the Local Rules for the United States Bankruptcy Court, District of Delaware.

6.      Whether the Bankruptcy Court erred when it interpreted the terms of the Plan and Trust Agreement without permitting Appellant or any other party in interest to conduct discovery or present extrinsic evidence regarding the interpretation of and/or the intent of the Plan proponents (i.e., the Debtors) in including the "third-party claim" provisions in the Plan and Trust Agreement.

7.      Whether the Bankruptcy Court erred in finding that the Liquidation Trust may engage in any business not prohibited by the Plan or Trust Agreement.

8.      Whether the Bankruptcy Court erred when it interpreted the Plan and Trust Agreement in a manner violative of or inconsistent with the laws of the State of Delaware, Internal Revenue Code, Treasury Regulations, Revenue Procedures, and/or other applicable law or procedures, including, without limitation, Treasury Regulations and Revenue Procedures governing the treatment of the Liquidation Trust as a "liquidating trust" and "grantor trust."

9.      Whether the Order and the Bankruptcy Court's interpretation of the Plan and/or Trust Agreement resulted in an impermissible modification to the Plan in contravention of Section 1127(b) of the Bankruptcy Code and/or the terms of the Plan and/or Trust Agreement, including,

without limitation, by modifying the treatment of Class 4 under the Plan and assets distributable to beneficiaries of the Liquidation Trust.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Fed. R. Bankr. P. 8009(b)(1), Appellant hereby certifies that a transcript of the February 9, 2023 Bankruptcy Court hearing has been ordered and filed publicly on the Bankruptcy Court docket as **Exhibit A** hereto and is designated in the foregoing designation of record. All other transcripts designated by Appellant are filed on and publicly available through the Bankruptcy Court docket. Except as provided herein or otherwise designated, Appellant hereby certifies that it is not ordering any transcripts.

[*Remainder of Page Intentionally Blank*]

Dated: March 9, 2023
      Wilmington, Delaware

BAKER & HOSTETLER LLP

*/s/  Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801-1147
Telephone:  302.468.7088
Email: jjlyons@bakerlaw.com

- and -

Jorian L. Rose (*pro hac vice*)
Michael Sabella (*pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Email: jrose@bakerlaw.com
      msabella@bakerlaw.com

- and -

Michael T. Delaney (*pro hac vice*)
Key Tower, 127 Public Sq., Suite 2000
Cleveland, OH 44114
Telephone:  216.621.0200
Facsimile:  216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for Uphold HQ Inc.*

**<u>EXHIBIT A</u>**