## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | **RE: D.I. 1099, 1110** |

## APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009 AND DELAWARE LOCAL BANKRUPTCY RULE 8009-1

Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC (collectively, "**Lockton**"), pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, submit the following statement of issues and items to be included in the record in connection with Lockton's appeal of the *Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims* [Bankr. D.I. 1099].

### I.      Statement of Issues on Appeal

1.      Whether the Bankruptcy Court correctly granted the Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims ("**Motion**").

---

[1]      The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

2.      Whether the Bankruptcy Court erred when it concluded that the Plan and Trust Agreement unambiguously permitted the Trustees to acquire third-party claims through individual preference settlements, even though neither the Plan nor the Trust Agreement authorize the Liquidation Trust to acquire claims.

3.      Whether the Bankruptcy Court erred when it refused to permit the parties to engage in discovery concerning the intent of the Plan and Trust Agreement with respect to the acquisition of third-party claims.

4.      Whether the Bankruptcy Court erred when it concluded that the Plan and Trust Agreement unambiguously permitted the Trustees to distribute the proceeds of any acquired third-party claims, even though the Plan and Trust Agreement provide that distributions to creditors can only be made from assets of the debtors that were transferred to the Liquidation Trust.

5.      Whether the Bankruptcy Court's interpretation of the Plan and Trust Agreement resulted in an impermissible modification to the Plan contrary to Bankruptcy Code section 1127(b).

II.      **Designation of Items to be Included in the Record on Appeal**

| | Document | Date | Bankr D.I.[2] |
|---|---|---|---|
| 1 | Voluntary Petition for Non-Individuals Filing for Bankruptcy [Cred Inc.] | 11/7/20 | 1 |
| 2 | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief | 11/8/20 | 10 |
| 3 | Declaration of Drew McManigle, Founder and Chief Executive Officer, MACCO Restructuring Group, LLC | 11/9/20 | 16 |
| 4 | Notice of Appointment of Creditors' Committee | 12/3/20 | 120 |
| 5 | Letter to the Honorable John T. Dorsey from the Official Committee of Unsecured Creditors | 12/8/20 | 151 |

---

[2]      Unless otherwise noted, all docket references refer to the subject docket entry in *In re Cred Inc.*, Case No. 20-12836-JTD.  For the avoidance of doubt, each docket entry listed includes all of its exhibits and attachments.

| 6 | Notice of Deposition of Marc Parrish | 12/9/20 | 167 |
|---|---|---|---|
| 7 | Affidavit of Service | 12/9/20 | 168 |
| 8 | Objection of the Official Committee of Unsecured Creditors to Motion of Upgradeya Investments, LLC for Relief from Stay Under Bankruptcy Code Section 362 | 12/14/20 | 190 |
| 9 | The Official Committee of Unsecured Creditors' Omnibus Objection to Motions Seeking Conversion, Dismissal, and Appointment of a Chapter 11 Trustee | 12/14/20 | 191 |
| 10 | The Official Committee of Unsecured Creditors' Joinder to the Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information | 12/14/20 | 193 |
| 11 | Final Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief | 12/18/20 | 248 |
| 12 | Order Authorizing Debtors to Redact or Withhold Publication of Certain Personal Identification Information on a Final Basis and File Such Information Under Seal | 12/21/20 | 264 |
| 13 | Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter Into and Perform Under a Plan Support Agreement Term Sheet | 12/23/20 | 279 |
| 14 | Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code | 12/31/20 | 301 |
| 15 | Debtors' Motion for Entry of Order: (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures | 12/31/20 | 303 |
| 16 | Notice of Filing Liquidation Analysis to Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 1/20/21 | 379 |
| 17 | First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code | 1/21/21 | 380 |
| 18 | Order Pursuant to Bankruptcy Code Sections 105, 502, 1125, 1126 and 1128, Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, and Local Rules 3017-1, 3017-2, 3018-1, and 3020-1: (I) Approving, on an Interim Basis, the Debtors' Disclosure Statement; (II) Establishing Voting Record Date; (III) | 1/21/21 | 399 |

| | Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Liquidation; (V) Approving Forms of Notices to Non-Voting Classes under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Hearing Date for Final Approval of Disclosure Statement and Confirmation of Joint Plan of Liquidation and Related Notice and Objection Procedures | | |
|---|---|---|---|
| 19 | Transcript of January 21, 2021, Hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge | 1/22/21 | 402 |
| 20 | Order Pursuant to Bankruptcy Code Sections 363(b) and 105(a) Authorizing Debtors to Enter into and Perform under a Plan Support Agreement Term Sheet | 2/5/21 | 480 |
| 21 | Notice of Filing of Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 2/19/21 | 533 |
| 22 | Notice of Filing of Liquidation Trust Agreement | 3/2/21 | 579 |
| 23 | Notice of Filing of Amended Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 3/4/21 | 589 |
| 24 | Debtors' Memorandum of Law (I) in Support of (A) Final Approval of the Adequacy of Disclosure Statement under Section 1125 of the Bankruptcy Code and (B) Confirmation of the Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code and (II) in Response to Objections to Approval of, and Confirmation of Combined Plan and Disclosure Statement | 3/4/21 | 595 |
| 25 | Notice of Filing of Modified Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 3/5/21 | 602 |
| 26 | Report of Robert J. Stark, Examiner | 3/8/21 | 605 |
| 27 | Notice of Filing of Revised Modified Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 3/10/21 | 619 |
| 28 | Minute Entry re Confirmation of Plan of Liquidation | 3/11/21 | 626 |
| 29 | Order Confirming and Approving on a Final Basis Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code | 3/11/21 | 629 |
| 30 | Transcript of March 11, 2021, Hearing before the Honorable John T. Dorsey, United States Bankruptcy Judge | 3/17/21 | 655 |

| 31 | Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code | 4/16/21 | 722 |
|----|---|---|---|
| 32 | Notice Of (A) Entry Of Order Confirming The First Amended Combined Joint Plan Of Liquidation And Disclosure Statement Of Cred Inc. And Its Subsidiaries Under Chapter 11 Of The Bankruptcy Code And (B) The Occurrence Of The Effective Date | 4/19/21 | 730 |
| 33 | Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures | 6/23/22 | 1015 |
| 34 | Affidavit of Service | 6/28/22 | 1020 |
| 35 | Objection of Uphold HQ Inc. to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures | 7/7/22 | 1027 |
| 36 | Objection of Uphold Plaintiffs to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures | 7/11/22 | 1029 |
| 37 | Omnibus Reply of the Cred Inc. Liquidation Trust to Objections of Uphold HQ Inc. and the Uphold Plaintiffs to the Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures | 7/14/22 | 1031 |
| 38 | Notice of Agenda of Matter Scheduled for Hearing on July 19, 2022 at 3:00 p.m. (Eastern Time) Before the Honorable John T. Dorsey | 7/14/22 | 1032 |
| 39 | Minute Entry Denying without Prejudice to a New Motion the Motion to Approve Third Party Claim Assignment Procedures | 7/19/22 | 1040 |
| 40 | Transcript Regarding Hearing Held 07/19/22 | 7/20/22 | 1041 |
| 41 | Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims | 1/23/23 | 1070 |
| 42 | Declaration of Cedric de Lisser | 1/23/23 | 1071 |
| 43 | Declaration of Angela J. Somers | 1/23/23 | 1072 |
| 44 | Affidavit of Service | 1/26/23 | 1074 |
| 45 | Notice of Change in Hearing on the Motion of the Trustees of Cred Inc. Liquidation Trust pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling regarding Trust's Authority to Acquire Certain Third-Party Claims | 1/27/23 | 1075 |
| 46 | Objection of Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a/ Lockton Insurance Brokers, LLC to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims | 2/2/23 | 1076 |

| 47 | Declaration of Terry L. Wit | 2/2/23 | 1077 |
|----|------------------------------|--------|------|
| 48 | Joinder of Uphold HQ Inc. to Objection of Lockton Companies, LLC, et al., to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims; and Reservation of Rights | 2/2/23 | 1086 |
| 49 | Reply to Objections of Lockton Companies, LLC and Lockton Companies, LLC-Pacific Series and Uphold HQ Inc. to Motion of the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-Party Claims | 2/6/23 | 1093 |
| 50 | Second Declaration of Angela J. Somers | 2/6/23 | 1094 |
| 51 | Notice of Agenda of Matter Scheduled for Hearing on February 9, 2023, at 2:00 p.m. (ET) before the Honorable Craig T. Goldblatt | 2/7/23 | 1095 |
| 52 | Transcript Regarding Hearing Held 02/09/23 | 2/10/23 | 1098 |
| 53 | Order Granting the Motion of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-Party Claims | 2/10/23 | 1099 |
| 54 | Notice of Appeal Filed by Uphold HQ Inc. | 2/23/23 | 1100 |
| 55 | Notice of Appeal Filed by Lockton Companies, LLC and Lockton Companies, LLC – Pacific Series d/b/a Lockton Insurance Brokers, LLC | 2/23/23 | 1102 |
| 56 | Memorandum Opinion | 2/27/23 | 1110 |

Lockton reserves its right to supplement the Designation of Items to be Included in the Record on Appeal, if necessary.

## CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either: (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript. Pursuant to Bankruptcy Rule 8009(b), Lockton respectfully certifies to the Clerk of Court that it is not ordering any transcripts as all transcripts designated by Lockton are

already on file.  A copy of the February 9, 2023 Bankruptcy Court hearing transcript has been ordered and filed on the Bankruptcy Court docket and is attached hereto as **<u>Exhibit A</u>**.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 9, 2023                        Respectfully submitted,
         Wilmington, Delaware

                                            **MORRIS NICHOLS ARSHT & TUNNELL LLP**

                                            */s/ Andrew R. Remming*
                                            Eric D. Schwartz (No. 3134)
                                            Thomas W. Briggs, Jr. (No. 4076)
                                            Andrew R. Remming (No. 5120)
                                            Ryan D. Stottman (No. 5237)
                                            Evanthea Hammer (No. 7061)
                                            1201 North Market Street, 16th Floor
                                            PO Box 1347
                                            Wilmington, DE 19899
                                            Telephone: (302) 658-9200
                                            eschwartz@morrisnichols.com
                                            tbriggs@morrisnichols.com
                                            aremming@morrisnichols.com
                                            rstottman@morrisnichols.com
                                            ehammer@morrisnichols.com

                                            **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                            Michael B. Carlinsky (admitted *pro hac vice*)
                                            Renita N. Sharma (admitted *pro hac vice*)
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010
                                            Telephone:  (212) 849-7000
                                            michaelcarlinsky@quinnemanuel.com
                                            renitasharma@quinnemanuel.com

                                            Terry L. Wit (admitted *pro hac vice*)
                                            50 California Street, 22nd Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 875-6600
                                            terrywit@quinnemanuel.com

                                            Eric D. Winston (admitted *pro hac vice*)
                                            865 S. Figueroa St., 10th Floor
                                            Los Angeles, California 90017
                                            Telephone: (213) 443-3000
                                            ericwinston@quinnemanuel.com

                                            *Counsel to Lockton Companies LLC and Lockton*
                                            *Companies LLC – Pacific Series*