# **CERTIFICATE OF SERVICE**

   I, Andrew R. Remming, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on March 9, 2023, via CM/ECF upon those parties registered to receive such electronic notifications, and in the manner indicated on counsel identified below.

Date: March 9, 2023

                 */s/ Andrew R. Remming*
                 Andrew R. Remming (No. 5120)

*VIA EMAIL*

**MCDERMOTT WILL & EMERY LLP**
David R. Hurst
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: 302.485.3900
dhurst@mwe.com

Darren Azman
Andrew B. Kratenstein
Joseph V. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: 212.547.5400
dazman@mwe.com
akratenstein@mwe.com
jbevans@mwe.com

*Counsel to the Cred Inc. Liquidation Trust*

**REID COLLINS & TSAI LLP**
Jonathan M. Kass
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
T: 302-467-1765
Email: jkass@reidcollins.com

Angela J. Somers
Jeffrey Gross
Minyao Wang
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200

Email: asomers@reidcollins.com
       jgross@reidcollins.com
       mwang@reidcollins.com

*Special Counsel to the Trustees of Cred Inc. Liquidation Trust*

**BAKER & HOSTETLER LLP**
Jeffrey J. Lyons
1201 North Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone: 302.468.7088
Email: jjlyons@bakerlaw.com

Jorian L. Rose
Michael Sabella
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
       msabella@bakerlaw.com

Michael T. Delaney
Key Tower, 127 Public Sq., Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for Uphold HQ Inc*

**OFFICE OF THE UNITED STATES TRUSTEE**
Joseph McMahon
John Schanne
Juliet M. Sarkessian
Joseph F. Cudia
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
T: 302-573-6491
Email: joseph.mcmahon@usdoj.gov
       john.schanne@usdoj.gov
       juliet.m.sarkessian@usdoj.gov
       joseph.cudia@usdoj.go