**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., | Case No. 20-12836 (JTD) |
| Debtors[1]. | (Jointly Administered) |

**APPELLEES' CONSOLIDATED COUNTER-STATEMENT OF ISSUE AND
DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON
APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009
AND DELAWARE LOCAL BANKRUPTCY RULE 8009-1**

The Cred Inc. Liquidation Trust (the "Trust") and Cedric de Lisser, Christopher Moser,

and Michael Michelin, as trustees of the Trust (collectively with the Trust, "Appellees"), pursuant

to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule

8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court"), submit in this consolidated appeal the following counter-statement of issue

and additional items to be included in the record in connection with the appeals by Lockton

Companies, LLC and Lockton Companies, LLC Pacific Series (together "Lockton") and Uphold

HQ Inc. ("Uphold") of the Bankruptcy Court's Order [Bankr. D.I. 1099] granting *the Motion of

the Trustees of Cred Inc. Liquidation Trust Pursuant to Section 105 of the Bankruptcy Code for

Clarification of July 19, 2022 Bench Ruling Regarding Trust's Authority to Acquire Certain Third-

Party Claims* (the "Trustees' Motion for Bench Ruling Clarification").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

## I.    Counterstatement of Issue on Appeal

Whether the Bankruptcy Court abused its discretion in granting the Trustees' Motion for Bench Ruling Clarification and finding that the Bankruptcy Court had previously determined that individual assignment of third party claims as part of settlement agreements were permissible and consistent with the Debtors' Chapter 11 plan.

## II.    Designation of Additional Items to be Included in the Record on Appeal

|     | Document | Date | Bankr D.I.[2] |
| --- | --- | --- | --- |
| 1. | Affidavit/Declaration in Support of First Day Motion | 11/9/2020 | 12 |
| 2. | Order (INTERIM) (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay All Related Obligations, and (II) Granting Related Relief | 11/10/2020 | 31 |
| 3. | Motion of the United States Trustee for Entry of an Order Directing the Appointment of a Trustee, or in the Alternative, (I) Directing the Appointment of an Examiner, or (II) Converting the Cases to Chapter 7 Cases | 12/4/2020 | 133 |
| 4. | Order Denying in Part, and Granting in Part, the Trustee/Examiner Motions | 12/23/2020 | 281 |
| 5. | Appointment of Examiner | 1/7/2021 | 329 |
| 6. | Order Approving Appointment of Examiner | 1/8/2021 | 338 |
| 7. | Notice of Filing of Blackline of First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 1/21/2021 | 388 |
| 8. | Notice of Filing of Letter of The Official Committee of Unsecured Creditors in Support of First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries under Chapter 11 of the Bankruptcy Code | 1/21/2021 | 393 |
| 9. | Liquidation Trust Agreement | 3/2/2021 | 579-1[3] |

---

[2]  Unless otherwise noted, all docket references to the subject docket entry in *In re Cred Inc*, Case No. 20-12836-JTD in the United States Bankruptcy Court for the District of Delaware.  For the avoidance of doubt, each docket entry listed includes all of its exhibits and attachments.

[3] This document is already included due to footnote 2 in Lockton's Designation of Items (ECF No. 1124) (*see also* (D.I. 1123, p. 2) (Uphold's designations)), but for clarity the Trust has listed it separately.

| | Document | Date | Bankr D.I.[2] |
|---|---|---|---|
| 10. | Causes of Action List | 4/16/2021 | 722-1[4] |

Appellees reserve their right to supplement their Designation of Additional Items to be

Included in the Record on Appeal, if necessary.

Dated:  March 23, 2023
        Wilmington, Delaware

**Respectfully submitted,**

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
E-mail:  dhurst@mwe.com

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
Samuel C. Ashworth (admitted *pro hac vice*)
Max J. Kellogg (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Email: dazman@mwe.com
      akratenstein@mwe.com
      jbevans@mwe.com
      sashworth@mwe.com
      mkellogg@mwe.com

*Counsel to Cred Inc. Liquidation Trust* (for
District Court Case No. 23-cv-00211-MN)

**Respectfully submitted,**

/s/ Jonathan Kass
Jonathan Kass (Del. Bar No.6003)
REID COLLINS & TSAI LLP
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: jkass@reidcollins.com

Angela J. Somers (admitted *pro hac vice*)
Jeffrey E. Gross (admitted *pro hac vice*)
Minyao Wang (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
420 Lexington Avenue, Suite 2731
New York, New York 10170
Telephone: (212) 344-5200
Email: asomers@reidcollins.com
      jgross@reidcollins.com
      mwang@reidcollins.com

*Counsel to Cred Inc. Liquidation Trust* (for District
Court Case No. 23-cv-00210-MN)

---

[4] This document is already included due to footnote 2 in Lockton's Designation of Items (ECF No. 1124) (*see also* (D.I. 1123, p. 2) (Uphold's designations)), but for clarity the Trust has listed it separately.