## **CERTIFICATE OF SERVICE**

I, Jonathan M. Kass, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on March 23, 2023, via CM/ECF upon those parties registered to receive such electronic notifications.

Date:   March 23, 2023

*/s/ Jonathan M. Kass*
Jonathan M. Kass