Montenegro
Ministry of Justice

 RECEIVED
MAR 3 1 2023
By_____

Adresa: Vuka Karadžića 3,
81000 Podgorica, Crna Gora
tel: +382 20 407 510
fax: +382 20 407 566

**Directorate for International Judicial Cooperation**
Directorate for International Judicial Cooperation in Criminal Matters

No : 0802-053/23-21-K                                              10 March, 2023.

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE
IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Judge John T. Dorsey**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Link: Your no. 20-12836 (JTD)
**Subject: Cloudbet - response to the request**

Dear Sir ,

We are submitting a copy of the letter from the Commercial Court of Montenegro, Pom. no. 212/23 of 10 March 2023, with an attachment, which informs about the reasons for non-compliance with the requester under the above-mentioned number.

**DIRECTOR GENERAL
Branimir Č. Janjević**

Attachment: as in the text - a copy of the letter from the PS of Montenegro, extract from the central register of business entities of the revenue and customs administration, no. 5 – 0615951/005

Edited by: Vera Vešković

email: vera.veskovic @ mpa.gov.me


Crna Gora
Ministarstvo pravde


RECEIVED
MAR 3 1 2023
By_____

Adresa: Vuka Karadžića 3,
81000 Podgorica, Crna Gora
tel: +382 20 407 510
fax: +382 20 407 566

**Direktorat za međunarodnu pravosudnu saradnju**
Direkcija za međunarodnu pravosudnu saradnju u krivičnim stvarima

Br: 0802-053/2~~3~~-868-6                              10. 3. 2023.

**STEČAJNI SUD SJEDINJENIH AMERIČKIH DRŽAVA OKRUGA DELAWARE
IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Judge John T. Dorsey**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Veza: Vaš br. 20-12836 ( JTD )
**Predmet: Cloudbet - odgovor na zamolnicu**

Poštovani,

Dostavljamo kopiju dopisa Privrednog suda Crne Gore Pom. br. 212/23 od 10.3.2023. godine, sa prilogom, kojim se obavještava o razlozima neudovoljenja zamolnici pod gore navedenim brojem.

**GENERALNI DIREKTOR
Branimir Č. Janjević**

Prilog: kao u tekstu – kopija dopisa PS CG, izvod iz centralnog registra privrednih subjekata uprave prihoda i carina, br. 5 – 0615951/005
Obradila: Vera Vešković
email: vera.veskovic@mpa.gov.me





**CRNA GORA**
**PRIVREDNI SUD CRNE GORE**
Pom.br. 212/23
Dana, 10.03.2023. godine

## CRNA GORA
### MINISTARSTVO PRAVDE
Direktorat za međunarodnu pravosudnu saradnju
Direkcija za međunarodnu pravosudnu saradnju u građanskim stvarima

Predmet: odgovor na zamolnicu - Cloudbet
Vaš broj: 0802-053/22-868-G

    Naslovnom sudu je dostavljena zamolnica stečajnog suda Sjedinjenih država u okviru Delaver, broj 20-12836(JTD), radi dostavljanja dokumentacije, podataka i izvođenja drugih procesnih radnji, radi potreba postupka, a u odnosu na društvo „E Gambling Montenegro" DOO Podgorica, Moskovska broj 65, Crna Gora.
    Obavještavamo Vas da nismo bili u mogućnosti da udovoljimo po zamolnici, budući da je društvo „E Gambling Montenegro" DOO Podgorica, Moskovska broj 65, Crna Gora brisano iz Centralnog registra privrednih subjekata dana 27.02.2020. godine.
    U prilogu dostavljamo poslednji izvod i potvrdu iz jedinstvene informacione baze podataka CRPS-a za privredni subjekat društvo sa ograničenom odgovornošću „E Gambling Montenegro" Podgorica, Moskovska broj 65, Crna Gora, PIB 02857154.

S uvažavanjem,

SUDIJA
Marija Adžić



# IZVOD IZ CENTRALNOG REGISTRA PRIVREDNIH SUBJEKATA UPRAVE PRIHODA I CARINA

**Registarski broj**   5 - 0615951 / 005            Datum registracije:   11.10.2011.
**PIB:**   02857154

                                                    Datum brisanja:   27.02.2020.

## DRUŠTVO SA OGRANIČENOM ODGOVORNOŠĆU "E GAMBLING MONTENEGRO" - PODGORICA

Broj važeće registracije:   /005

| | |
|---|---|
| Skraćeni naziv: | E GAMBLING MONTENEGRO |
| Telefon: | |
| eMail: | |
| Web adresa: | |
| Datum zaključivanja ugovora: | 10.10.2011. |
| Datum donošenja Statuta: | 10.10.2011.   Datum promjene Statuta: 25.10.2016. |
| Adresa glavnog mjesta poslovanja: | |
| Adresa za prijem službene pošte: | MOSKOVSKA BR. 65 PODGORICA |
| Adresa sjedišta: | MOSKOVSKA BR. 65 PODGORICA |
| Pretežna djelatnost: | 9200 Kockanje i klađenje |
| Obavljanje spoljno-trgovinskog poslovanja: | DA |
| Oblik svojine: | Privatna |
| Porijeklo kapitala: | Strani |
| Upisani kapital: | 120.001,00Euro (Novčani 120.001,00Euro, nenovčani 0,00Euro ) |

## OSNIVAČI:

**MERIG INTERNATIONAL INC** 094972 SEJŠELI

| | | | |
|---|---|---|---|
| Uloga: | Osnivač | | |
| Udio: | 100% | Adresa: | GLOBAL GATEWAY 8. RUE DE LA PERLE PROVIDENCE, MAHE |

## LICA U DRUŠTVU:

**ENDRE KODOLANYI** BA2873395 MAĐARSKA

Adresa:
Uloga:      Izvršni direktor
Ovlašćenja u prometu: Ograničeno  ( U skladu sa Statutom )
Ovlašćen da djeluje:    POJEDINAČNO ( )

## RATKO POTPARA

Adresa:
Uloga:      Stečajni upravnik
Ovlašćenja u prometu: Neograničeno ( )
Ovlašćen da djeluje:    POJEDINAČNO ( )

Obrazloženje: St. br. 922/19 od 21.01.2020. (datum pravosnažnosti 18.02.2020.)

Izdato: 16.02.2023 godine u 10:45h                Načelnica

**MP**

Sanja Bojanić



**CRNA GORA**

UPRAVA PRIHODA I CARINA
CENTRALNI REGISTAR PRIVREDNIH SUBJEKATA
U Podgorici, dana   16.2.2023. god.

Podaci o registovanom privrednom subjektu

| | |
|---|---|
| **Registarski broj:** | **50615951** |
| **PIB:** | **02857154** |
| **Broj izmjene:** | **5** |
| **Naziv:** | **DRUŠTVO SA OGRANIČENOM ODGOVORNOŠĆU "E GAMBLING MONTENEGRO" - PODGORICA** |
| Status: | **Obrisan** |
| Stari registarski broj: | |
| Djelatnost: | 9200 Kockanje i klađenje |
| Skraćeni naziv: | E GAMBLING MONTENEGRO |
| Adresa za prijem službene pošte: | MOSKOVSKA BR. 65  PODGORICA |
| Adresa sjedišta: | MOSKOVSKA BR. 65  PODGORICA |

Datum registracije:   11.10.2011. god.
Datum promjene:      27.2.2020. god.

Izdato: 16.2.2023. god.      M.P.    Načelnica
                                                        Sanja Bojanić



CRNA GORA
MINISTARSTVO PRAVDE
Direktorat za međunarodnu saradnju
Direkcija za međunarodnu pravnu pomoć
Broj: 0802-053/22-868-G
Podgorica, 14. 03. 2023. godine

PORT PAYE



Pošta Crne Gore
RR 301509226 ME
81102  14.03.2023  18:12
00087  00367  32g  3.50
RR301509226ME

S.M.S. X-RAY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF EELAWARE
Judge John T. Dorsey

824 Nort Mrket Street
3rd Floor
WILMINGTON, Delaware 19801