IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 24, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on David Keith Gottlieb at 21650 Oxnard St, Ste 500, Woodland Hls, CA 91367-4911, pursuant to USPS forwarding instructions:

- **Notice of Agenda of Matter Scheduled for Hearing on March 8, 2023 at 10:00 A.M. (Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 1111)

- **Notice of Amended Agenda of Matter Scheduled for Hearing on March 8, 2023 at 10:00 A.M. (Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 1112)

Dated: April 3, 2023

_____
Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 3rd day of April, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.