## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors. [1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 6, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of the Cred Inc. Liquidation Trust for Entry of a Third Order Extending the Deadline to Object to Claims** (Docket No. 1130)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 7, 2023

Amanda Hinchey

| | | |
|---|---|---|
| State of Illinois | ) | |
| | ) | SS. |
| County of Cook | ) | |

Subscribed and sworn before me this 7th day of April 2023 by Amanda Hinchey.

(Notary's official signature)

```
OFFICIAL SEAL
DONALD J SCRIVNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/24
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERALS OFFICE | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | |
| CONFIDENTIAL CREDITOR | | [ADDRESS REDACTED] | | | | | |
| CRED INC. | ATTN: PRESIDENT/CEO | 3 EAST THIRD AVENUE | | SAN MATEO | CA | 94401 | |
| DAVID KEITH GOTTLIEB | | 16255 VENTURA BLVD SUITE 440 | | ENCINO | CA | 91436 | |
| DCP CAPITAL | KEVIN HU | KINGSTON CHAMBERS | PO BOX 173 RD TOWN | TORTOLA | | VG1110 | Virgin Islands, British |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | FLOOR | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | |
| DRAGONFLY INTERNATIONAL HOLDING LIMITED | LINDSAY LIN | (BVI)LIMITED | BOX 173 | ROAD TOWN TORTOLA | | | Virgin Islands, British |
| FRANCHISE TAX BOARD | C/O BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | |
| INTERNAL REVENUE SVC | OPERATION | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SVC | OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| MICHIGAN DEPT OF TREASURY TAX POL DIV | LITIGATION LIAISON | 430 WEST ALLEGAN ST | 2ND FLOOR AUSTIN BUILDING | LANSING | MI | 48922 | |
| PAUL HASTINGS LLP | DEREK CASH | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| PAUL HASTINGS LLP | MACK WILSON | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | |
| SOCIAL SECURITY ADMINISTRATION | REGION 3 | 300 SPRING GARDEN ST | | PHILADELPHIA | PA | 19123 | |
| US EPA REG 3 | OFFICE OF REG. COUNSEL | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|------|-------------|-------------|-------|
| ARCHER & GREINER PC | ALAN M ROOT,ESQ | | AROOT@ARCHERLAW.COM |
| ASHBY & GEDDES P.A. | GREGORY A TAYLOR; KATHARINA EARLE | | GTAYLOR@ASHBYGEDDES.COM KEARLE@ASHBYGEDDES.COM |
| BROWN RUDNICK LLP | ANDREW M CARTY;MICHAEL W REINING | | ACARTY@BROWNRUDNICK.COM MREINING@BROWNRUDNICK.COM |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| CONFIDENTIAL CREDITOR | | | ADDRESS ON FILE |
| COUSINS LAW LLC | SCOTT D. COUSINS | BRANDYWINE PLAZA WEST | SCOTT.COUSINS@COUSINS-LAW.COM |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | CARVEL STATE OFFICE BUILDING | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | DOSDOC_FTAX@STATE.DE.US |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: CARLY S. EVERHARDT, ESQ. | CARLY.EVERHARDT@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: DANIEL M. GLASSMAN, ESQ. | DAN.GLASSMAN@KLGATES.COM |
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: MARGARET R. WESTBROOK, ESQ. | MARGARET.WESTBROOK@KLGATES.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| EARNITY INC., EARNITY FINANCIAL INC., AND ET TRADER INC. | C/O K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ & MATTHEW B. GOELLER, ESQ. | STEVEN.CAPONI@KLGATES.COM STEVEN.CAPONI@KLGATES.COM |
| FOLEY & LARDNER LLP | JOANNE MOLINARO;GEOFFREY S GOODMAN | | JMOLINARO@FOLEY.COM GGOODMAN@FOLEY.COM |
| JST CAPITAL | SCOTT FREEMAN | | SFREEMAN@JSTCAP.COM |
| LEVENE NEALE BENDER YOO & BRILL LLP | DAVID B GOLUBCHIK | | DBG@LNBYB.COM |
| MCDERMOTT WILL & EMERY LLP | DAVID R HURST | | DHURST@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | TIMOTHY W WALSH;DARREN AZMAN;JOSEPH B. EVANS | | TWWALSH@MWE.COM DAZMAN@MWE.COM JBEVANS@MWE.COM |
| OFFICE OF THE US TRUSTEE | | | JOSEPH.MCMAHON@USDOJ.GOV JOHN.SCHANNE@USDOJ.GOV |
| ORACLE CREDIT CORP AND ORACLE AMERICA INC | SII TO NETSUITE INC ORACLE | BUCHALTER A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| PAUL HASTINGS LLP | G. ALEXANDER BONGARTZ | | ALEXBONGARTZ@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | JAMES T. GROGAN | | JAMESGROGAN@PAULHASTINGS.COM |
| REID COLLINS & TSAI LLP | ANGELA J SOMERS;VINCENZO NOVELLI | | ASOMERS@REIDCOLLINS.COM VNOVELLI@REIDCOLLINS.COM |
| REID COLLINS & TSAI LLP | JONATHAN KASS | | JKASS@REIDCOLLINS.COM |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | JEFFREY J LYONS | JJLYONS@BAKERLAW.COM |
| UPHOLD HQ, INC. | C/O BAKER HOSTETLER LLP | JORIAN L ROSE; MICHAEL SABELLA | JROSE@BAKERLAW.COM MSABELLA@BAKERLAW.COM |
| UPHOLD, INC | JP THIERIOT | | JP.THIERIOT@UPHOLD.COM |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY | ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WINSLOW STRONG | C/O ARENT FOX LLP | ATTN: MARY JOANNE DOWD, ESQ. & JACKSON D. TOOF, ESQ. | JACKSON.TOOF@ARENTFOX.COM MARY.DOWD@ARENTFOX.COM |
| WINSLOW STRONG | C/O THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., SCOTT LEONHARDT, ESQ. & JASON A. GIBSON, ESQ | ROSNER@TEAMROSNER.COM LEONHARDT@TEAMROSNER.COM GIBSON@TEAMROSNER.COM |

In re: Cred Inc., et al.
Case No. 20-12836 (JTD)

Page 2 of 2