IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON MAY 2, 2023 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

## MATTER WITH ORDER ENTERED

1. Motion of the Cred Inc. Liquidation Trust for Entry of a Third Order Extending the Deadline to Object to Claims (Filed 4/6/23) [Docket No. 1130]

   Related Documents:

   (a) Certification of No Objection with Respect to Motion of the Cred Inc. Liquidation Trust for Entry of a Third Order Extending the Deadline to Object to Claims (Filed 4/21/23) [Docket No. 1135]

   (b) Third Order Extending the Deadline to Object to Claims Filed 4/24/23) [Docket No. 1136]

   Responses Received:  None.

   Objection Deadline:   April 20, 2023 at 4:00 p.m.

   Status:    This matter will not be going forward.  The Court has entered an order granting the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows:  Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 25, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |