IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRED INC., *et al.*, | ) | Case No. 20-12836 (JTD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF FILING OF POST-CONFIRMATION QUARTERLY SUMMARY REPORTS FOR CRED INC. AND THE CRED INC. LIQUIDATION TRUST FOR THE PERIOD FROM APRIL 1, 2022 THROUGH JUNE 30, 2022**

PLEASE TAKE NOTICE that, on May 9, 2023, counsel to the Cred Inc. Liquidation Trust (the "Cred Liquidation Trust") filed with the United States Bankruptcy Court for the District of Delaware: (i) Cred Inc.'s Post-Confirmation Quarterly Summary Report for the Period from April 1, 2022 through June 30, 2022 and (ii) the Cred Inc. Liquidation Trust's Post-Confirmation Quarterly Summary Report for the Period from April 1, 2022 through June 30, 2022, copies of which are attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>　　　　May 9, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Darren Azman (admitted *pro hac vice*)<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to Cred Inc. Liquidation Trust* |