IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., *et al.*, | Case No. 20-12836 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on The Office of the US Trustee at 844 King St, Ste 2207, Wilmington, DE 19801, and via electronic mail on The Office of the US Trustee at joseph.mcmahon@usdoj.gov, john.schanne@usdoj.gov, and joseph.cudia@usdoj.gov:

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. and the Cred Inc. Liquidation Trust for the Period from April 1, 2022 Through June 30, 2022** (Docket No. 1140)

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. and the Cred Inc. Liquidation Trust for the Period from July 1, 2022 Through September 30, 2022** (Docket No. 1141)

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. and the Cred Inc. Liquidation Trust for the Period from October 1, 2022 Through December 30, 2022** (Docket No. 1142)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

- **Notice of Filing of Post-Confirmation Quarterly Summary Reports for Cred Inc. and the Cred Inc. Liquidation Trust for the Period from January 1, 2022 Through March 30, 2022** (Docket No. 1143)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 12, 2023

_____
Amanda Hinchey

State of Illinois        )
                         ) SS.
County of Cook           )

Subscribed and sworn before me this 12th day of May 2023 by Amanda Hinchey.

_____
(Notary's official signature)

OFFICIAL SEAL
DONALD J SCRIVNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/24