# EXHIBIT A

**Rizvi Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., et al., | Case No. 20-12836 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF TABISH RIZVI IN SUPPORT OF
THE LIQUIDATION TRUST'S SEVENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO LATE CLAIMS ASSERTED PURSUANT
TO 11 U.S.C. § 502(B), BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

I, Tabish Rizvi, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a managing director at Dundon Advisors LLC ("Dundon"), a leading national business advisory firm which has two (2) offices nationwide and over 30 professionals. Dundon was retained by the Official Committee of Unsecured Creditors appointed in the above-captioned Chapter 11 Cases (the "Committee") to provide services as a financial advisor in the Chapter 11 Cases.[2] Following the Effective Date, I have served as a consultant to the Trust.

2. I submit this declaration (the "Declaration") in support of *The Liquidation Trust's Seventh Omnibus Objection (Non-Substantive) to Late Claims Asserted Pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Objection"). I am over the age of 18, competent to testify and authorized to submit the Declaration on behalf of the Trust.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Objection, as applicable.

3. Every matter set forth herein is based on (a) my personal knowledge and experience as a former advisor to the Committee and current consultant to the Trust, (b) my review of relevant documents, (c) my view, based on my experience with and knowledge of the Debtors' business and financial condition, and/or (d) my understanding based on information obtained from the Trust's counsel and the claims agent in these cases.

4. I have read and reviewed the Objection, including the information set forth on the schedule to the Proposed Order attached to the Objection as **Exhibit B**, and I am familiar with the information contained in those documents.

5. To the best of my knowledge, information, and belief, the information that is contained in the Objection and the Proposed Order is true and correct.

6. The Trust has reviewed the Proofs of Claim filed in the Chapter 11 Cases, together with any supporting documentation attached thereto, and has determined that the Late Claims listed on **Schedule 1** to the Proposed Order should be disallowed in full as untimely because the Proofs of Claim were filed after the Bar Date. Accordingly, the Trust seeks to disallow the Late Claims as set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 31, 2025

*/s/ Tabish Rizvi*
Tabish Rizvi