**<u>EXHIBIT B</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRED INC., et al., | Case No. 20-12836 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. ___** |

### ORDER GRANTING AND SUSTAINING THE
### LIQUIDATION TRUST'S SEVENTH OMNIBUS OBJECTION
### (NON-SUBSTANTIVE) TO LATE CLAIMS ASSERTED PURSUANT
### TO 11 U.S.C. § 502(B), BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

Upon consideration of *The Liquidation Trust's Seventh Omnibus Objection (Non-Substantive) to Late Claims Asserted Pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Objection");[2] and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of this matter in the District of Delaware being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection, the claims listed on **Schedule 1** hereto, the Rizvi Declaration in support of the Objection, any formal responses to the Objection, and any replies to those responses; and due notice of the Objection having been provided; and the relief sought by the Objection being in the best interests of the Trust, the Debtors' creditors and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

[2] Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Objection is GRANTED to the extent set forth herein.

2.    Pursuant to Bankruptcy Code section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1, each Late Claim identified on **Schedule 1** hereto is hereby disallowed.

3.    The Trust is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.    Stretto, the claims agent in the Chapter 11 Cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.    The Trust shall retain and shall have the right to object in the future to any of the Late Claims listed on **Schedule 1** hereto on any additional grounds, and to amend, modify and/or supplement the Objection as may be necessary.

6.    The Trust's objection to each Late Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7.    This Order is without prejudice to the Trust's right to object to any other claim filed in the Chapter 11 Cases.

8.      The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement, and implementation of the Order.

## Schedule 1

**Late Claims**

7TH OMNIBUS CLAIMS OBJECTION
SCHEDULE 1

CRED, INC., ET AL. CASE NO. 20-12836
LATE FILED CLAIMS

| | NAME | CIN | CLAIM NUMBER | DATE FILED | ASSERTED CLAIM CLASSIFICATION | ASSERTED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 | Abrishamchi, Benyamin | CIN00021 | 1315 | 02/11/21 | GENERAL UNSECURED | $625,736.50 | Claim number 1315 was filed after the Bar Date. |
| 2 | Adefope, Olumide | CIN00044 | 993 | 03/23/21 | GENERAL UNSECURED | $48.97 | Claim number 993 was filed after the Bar Date. |
| 3 | Ahuja, Rohit | N/A | 1353 | 07/09/22 | GENERAL UNSECURED | $27,950.09 | Claim number 1353 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 4 | Aresca, Walter | CIN00248 | 1195 | 03/05/21 | GENERAL UNSECURED | $1,615.52 | Claim number 1195 was filed after the Bar Date. |
| 5 | Avila, Eulises | CIN00324 | 1045 | 05/30/21 | GENERAL UNSECURED | $12,764.02 | Claim number 1045 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 6 | Barwell, John | CIN00429 | 1083 | 03/31/21 | GENERAL UNSECURED | $77.12 | Claim number 1083 was filed after the Bar Date. |
| 7 | Bello, Carlos Manuel Gonzalez | N/A | 1010 | 04/07/21 | GENERAL UNSECURED | $2,000.00 | Claim number 1010 was filed after the Bar Date. |
| 8 | Blair-Smith, Robert | CIN00582 | 50 | 03/12/21 | GENERAL UNSECURED | $7,257.22 | Claim number 50 was filed after the Bar Date. |
| 9 | Bodnar, Zachary | CIN00616 | 122 | 04/10/21 | GENERAL UNSECURED | $2,000.00 | Claim number 122 was filed after the Bar Date. |
| 10 | Broering, Daniel | N/A | 96 | 02/16/21 | GENERAL UNSECURED | $85.65 | Claim number 96 was filed after the Bar Date. |
| 11 | Bunt, Carl | CIN00804 | 795 | 03/30/21 | GENERAL UNSECURED | $3,307.80 | Claim number 795 was filed after the Bar Date. |
| 12 | Burnett, Thomas | CIN00814 | 1172 | 02/15/21 | GENERAL UNSECURED | $47.25 | Claim number 1172 was filed after the Bar Date. |
| 13 | Caggianese, Gabriele | CIN00848 | 834 | 04/05/21 | GENERAL UNSECURED | $570.00 | Claim number 834 was filed after the Bar Date. |
| 14 | Calleros, Alonzo | CIN00865 | 1196 | 05/10/21 | GENERAL UNSECURED | $577.05 | Claim number 1196 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 15 | Cardenas, Ingrid | CIN00923 | 859 | 02/19/21 | GENERAL UNSECURED | $155.66 | Claim number 859 was filed after the Bar Date. |
| 16 | Carrasco, Belisbeth | CIN00948 | 1203 | 02/18/21 | GENERAL UNSECURED | $325.73 | Claim number 1203 was filed after the Bar Date. |
| 17 | Chow, Ronald | CIN01130 | 831 | 02/22/21 | GENERAL UNSECURED | $2,604.08 | Claim number 831 was filed after the Bar Date. |
| 18 | Cluff, Thomas | CIN01181 | 799 | 04/16/21 | GENERAL UNSECURED | $441.23 | Claim number 799 was filed after the Bar Date. |
| 19 | Colleu, Killian | CIN01201 | 907 | 02/13/21 | GENERAL UNSECURED | $1,817.73 | Claim number 907 was filed after the Bar Date. |
| 20 | Collings, Cameron | CIN01202 | 1284 | 02/23/21 | GENERAL UNSECURED | $254,657.80 | Claim number 1284 was filed after the Bar Date. |
| 21 | Colmenares, Sterling Alberto Martorano | N/A | 1356 | 10/31/23 | GENERAL UNSECURED | $5,841.00 | Claim number 1356 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 22 | Curry, Jason | CIN01300 | 804 | 05/14/21 | GENERAL UNSECURED | $258.49 | Claim number 804 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 23 | Dehart, Sherry | CIN01400 | 1111 | 05/11/21 | GENERAL UNSECURED | $797.49 | Claim number 1111 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 24 | Drouillard, Josh | CIN01535 | 807 | 04/11/21 | GENERAL UNSECURED | $9,114.41 | Claim number 807 was filed after the Bar Date. |

CRED, INC., ET AL. CASE NO. 20-12836
LATE FILED CLAIMS

| | NAME | CIN | CLAIM NUMBER | DATE FILED | ASSERTED CLAIM CLASSIFICATION | ASSERTED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 25 | Emili, Andrea | CIN01619 | 811 | 04/15/21 | GENERAL UNSECURED | $101.71 | Claim number 811 was filed after the Bar Date. |
| 26 | Escobar Duque, Nelson De Jesus | CIN06610 | 966 | 04/27/21 | GENERAL UNSECURED | $1,400.93 | Claim number 966 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 27 | Fábregas, Rafael | CIN01692 | 1344 | 09/23/21 | GENERAL UNSECURED | 30000 XRP | Claim number 1344 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 28 | Fenbushi Investment Fund Lp | N/A | 1295 | 04/12/21 | GENERAL UNSECURED | $250,000.00 | Claim number 1295 was filed after the Bar Date. |
| 29 | Fussy, Cory | N/A | 1349 | 01/10/22 | GENERAL UNSECURED | $24,356.90 | Claim number 1349 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 30 | Garcia, Fernando Paredes | N/A | 1354 | 04/09/23 | GENERAL UNSECURED | $12,596.59 | Claim number 1354 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 31 | Giacomotti, Juan Pablo | N/A | 1352 | 03/03/22 | GENERAL UNSECURED | $15,000.00 | Claim number 1352 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 32 | Goslin, Patrick | CIN02120 | 1327 | 07/13/21 | GENERAL UNSECURED | $87.93 | Claim number 1327 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 33 | Grünwald, Philipp | CIN02169 | 908 | 03/03/21 | GENERAL UNSECURED | $81.09 | Claim number 908 was filed after the Bar Date. |
| 34 | Guinand, Carlos | N/A | 1343 | 09/22/21 | GENERAL UNSECURED | $1,000.00 | Claim number 1343 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 35 | Gulmammadov, Ravan | CIN02197 | 1333 | 02/18/21 | GENERAL UNSECURED | $2,244.00 | Claim number 1333 was filed after the Bar Date. |
| 36 | Hanson, Stephen | CIN02291 | 1332 | 04/08/21 | GENERAL UNSECURED | $200.00 | Claim number 1332 was filed after the Bar Date. |
| 37 | Hestbech, Nicholas | CIN02418 | 1253 | 06/10/21 | GENERAL UNSECURED | $320.07 | Claim number 1253 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 38 | Kapil, Abhimanyu | CIN02811 | 1049 | 02/19/21 | GENERAL UNSECURED | $400.00 | Claim number 1049 was filed after the Bar Date. |
| 39 | Khosbayar, Tsogtoo | CIN02899 | 1192 | 03/05/21 | GENERAL UNSECURED | $165.00 | Claim number 1192 was filed after the Bar Date. |
| 40 | Kim, Soo Wung | CIN02915 | 1054 | 04/18/21 | GENERAL UNSECURED | $11,877.75 | Claim number 1054 was filed after the Bar Date. |
| 41 | Kindler, Daniel | CIN02917 | 1059 | 03/08/21 | GENERAL UNSECURED | $38.24 | Claim number 1059 was filed after the Bar Date. |
| 42 | King, Nicholas Andrew | N/A | 1347 | 10/14/21 | GENERAL UNSECURED | $4,807.65 | Claim number 1347 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 43 | Lui, Mark | CIN03392 | 954 | 04/14/21 | GENERAL UNSECURED | $2,490.54 | Claim number 954 was filed after the Bar Date. |
| 44 | Luyten, Woraphong | CIN03404 | 957 | 04/13/21 | GENERAL UNSECURED | $4,772.05 | Claim number 957 was filed after the Bar Date. |
| 45 | Martinsen, Nicholai | CIN03557 | 1199 | 02/11/21 | GENERAL UNSECURED | $1,027.43 | Claim number 1199 was filed after the Bar Date. |
| 46 | Mcateer, Daniel | CIN03614 | 1120 | 06/09/21 | GENERAL UNSECURED | $24.09 | Claim number 1120 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 47 | Mcconaghay, David | N/A | 1361 | 10/10/24 | GENERAL UNSECURED | $268,218.68 | Claim number 1361 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 48 | Mcinnes-Smylie, Adam | N/A | 1358 | 02/20/24 | GENERAL UNSECURED | $10,413.00 | Claim number 1358 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 49 | Meric, Ozgur | CIN03720 | 1012 | 04/05/21 | GENERAL UNSECURED | $1,050.00 | Claim number 1012 was filed after the Bar Date. |

CRED, INC., ET. AL. CASE NO. 20-12836
LATE FILED CLAIMS

| | NAME | CIN | CLAIM NUMBER | DATE FILED | ASSERTED CLAIM CLASSIFICATION | ASSERTED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 50 | Montero Muguerza, Juan Manuel | CIN06086 | 1022 | 05/07/21 | GENERAL UNSECURED | $1,393.69 | Claim number 1022 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 51 | Naito, Kisomi | N/A | 1359 | 09/20/24 | GENERAL UNSECURED | $50,000.00 | Claim number 1359 was filed after the Bar Date. |
| 52 | Neves, Fernando | CIN03993 | 1331 | 02/11/21 | GENERAL UNSECURED | $2,000.00 | Claim number 1331 was filed after the Bar Date. |
| 53 | Nieves, Manuel | N/A | 816 | 07/08/21 | GENERAL UNSECURED | $0.00 | Claim number 816 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 54 | Nishogoza, Martha | CIN04026 | 1121 | 03/28/21 | GENERAL UNSECURED | $4,323.58 | Claim number 1121 was filed after the Bar Date. |
| 55 | Nkambule, Lungelo | CIN04032 | 1038 | 06/18/21 | GENERAL UNSECURED | $77.53 | Claim number 1038 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 56 | Ortiz, Jonathan | CIN04165 | 817 | 05/04/21 | GENERAL UNSECURED | $322.40 | Claim number 817 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 57 | Pauza, Edvin | CIN04310 | 1081 | 03/17/21 | GENERAL UNSECURED | Unknown / unliquidated | Claim number 1081 was filed after the Bar Date. |
| 58 | Paver, Vincent | CIN04311 | 1328 | 11/16/21 | GENERAL UNSECURED | $162,249.24 | Claim number 1328 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 59 | Perez, Jonathan | N/A | 1371 | 02/22/25 | GENERAL UNSECURED | $8,872.55 | Claim number 1371 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 60 | Pham, Phung | CIN04420 | 1322 | 03/18/21 | GENERAL UNSECURED | $180.00 | Claim number 1322 was filed after the Bar Date. |
| 61 | Podulka, Joseph | CIN04470 | 1317 | 02/12/21 | GENERAL UNSECURED | $21,243.85 | Claim number 1317 was filed after the Bar Date. |
| 62 | Polkowski, Robert | CIN04480 | 1098 | 08/12/21 | GENERAL UNSECURED | $2,348.06 | Claim number 1098 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 63 | Prasad, Guru | CIN04510 | 1330 | 04/15/21 | GENERAL UNSECURED | $2,040.96 | Claim number 1330 was filed after the Bar Date. |
| 64 | Rajput, Abhishek | CIN04605 | 1321 | 02/21/21 | GENERAL UNSECURED | $2,176.06 | Claim number 1321 was filed after the Bar Date. |
| 65 | Ramos, Juan | CIN04621 | 20 | 11/06/22 | GENERAL UNSECURED | $24.52 | Claim number 20 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 66 | Ramos, Juan | CIN04621 | 24 | 11/21/22 | GENERAL UNSECURED | $24.52 | Claim number 24 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 67 | Ramos, Julio | N/A | 1362 | 10/23/24 | GENERAL UNSECURED | $3,505.96 | Claim number 1362 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 68 | Rociunas-Englert, Lukas | CIN04775 | 1323 | 03/07/21 | GENERAL UNSECURED | $1,556.59 | Claim number 1323 was filed after the Bar Date. |
| 69 | Rociunas-Englert, Lukas | N/A | 1363 | 10/16/24 | GENERAL UNSECURED | $1,556.59 | Claim number 1363 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 70 | Scarciofolo, Marco | CIN05057 | 1289 | 03/18/21 | GENERAL UNSECURED | $4,669.76 | Claim number 1289 was filed after the Bar Date. |
| 71 | Shapiro, Robert | CIN05187 | 978 | 05/25/21 | GENERAL UNSECURED | $964.88 | Claim number 978 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 72 | Shum, Patrick | CIN05219 | 990 | 02/18/21 | GENERAL UNSECURED | $20,405.11 | Claim number 990 was filed after the Bar Date. |
| 73 | Spenard, Ben | CIN05403 | 1300 | 04/07/21 | GENERAL UNSECURED | $96.89 | Claim number 1300 was filed after the Bar Date. |
| 74 | Srambickal, Antony | CIN05411 | 1297 | 04/13/21 | GENERAL UNSECURED | $7,925.99 | Claim number 1297 was filed after the Bar Date. |

CRED, INC., ET AL. CASE NO. 20-12836
LATE FILED CLAIMS

| | NAME | CIN | CLAIM NUMBER | DATE FILED | ASSERTED CLAIM CLASSIFICATION | ASSERTED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 75 | Steinhoff, Sebastian | CIN05450 | 1346 | 10/01/21 | GENERAL UNSECURED | $7,500.00 | Claim number 1346 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 76 | Thadem, Vinay Kumar | CIN05601 | 1115 | 02/28/21 | GENERAL UNSECURED | $18,839.21 | Claim number 1115 was filed after the Bar Date. |
| 77 | Udstuen, Jerry | CIN05751 | 235 | 02/15/21 | GENERAL UNSECURED | $108.08 | Claim number 235 was filed after the Bar Date. |
| 78 | Upadhyay, Money | CIN05761 | 1291 | 06/12/21 | GENERAL UNSECURED | $1,000.00 | Claim number 1291 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 79 | Van Der Eems, Diederik | N/A | 1360 | 09/21/24 | GENERAL UNSECURED | $2,490.54 | Claim number 1360 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 80 | Vardam , Umesh | CIN06578 | 241 | 02/24/21 | GENERAL UNSECURED | $22.74 | Claim number 241 was filed after the Bar Date. |
| 81 | Welch, Robert | CIN06042 | 1307 | 02/12/21 | GENERAL UNSECURED | $14,932.28 | Claim number 1307 was filed after the Bar Date. |
| 82 | Williams, Daniqua | CIN06084 | 1306 | 05/03/21 | GENERAL UNSECURED | $177.23 | Claim number 1306 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 83 | Young, Ripley | CIN06221 | 415 | 05/12/21 | GENERAL UNSECURED | $987.61 | Claim number 415 was filed after both the Bar Date and the Effective Date. The claimant did not seek nor receive prior authorization from the Trust in accordance with the Plan. |
| 84 | Zon, Matthew | CIN06597 | 31 | 03/13/21 | GENERAL UNSECURED | $1,025.00 | Claim number 31 was filed after the Bar Date. |